BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

Electronically Filed February 7, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>    CASH CLOUD, INC.,<br>    dba COIN CLOUD,<br><br>                         Debtor. | Case No.  23-10423-mkn<br><br>Chapter 11<br><br>**EMERGENCY FIRST DAY MOTION PURSUANT TO 11 U.S.C. § 521, FED. R. BANKR. P. 1007 AND LOCAL RULE 1007 FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**<br><br>Hearing Date:  OST PENDING<br>Hearing Time:  OST PENDING |

Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its proposed undersigned counsel, Fox Rothschild LLP, hereby submits this motion (the "Motion") for an order pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules") and rule 1007 of the Local Rules of Bankruptcy Procedure for the District of Nevada (as amended, the

141496739.1

"Local Rules"), authorizing an extension of time to file the schedules and statements of financial affairs required under Bankruptcy Code section 521(a)(1) (collectively, the "Schedules and SOFA") and, based on the *Omnibus Declaration of Christopher Andrew McAlary in Support of First Day Motions* (the "Omnibus Declaration") filed concurrently herewith and the pleadings and papers on file in this Chapter 11 Case, respectfully represent as follows:

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. On February 7, 2023 (the "Petition Date"), Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Debtor is continuing to operate its businesses and manage its properties as a debtor in possession, pursuant to Bankruptcy Code sections 1107(a) and 1108. No trustee or examiner has been appointed in the Chapter 11 Case. See Chapter 11 Docket.

3. Pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007(c), the Debtor is required to file, within fourteen (14) days of the Petition Date, the Schedules and the SOFA. Bankruptcy Rule 1007(c) and Local Rule 1007(d) provide that an extension may be granted for cause on motion with notice to the United States Trustee and appropriate parties.

4. By this Motion, and for the reasons detailed below, Debtor requests an extension of the 14-day period to file the Schedules and SOFA to a 30-day period pursuant to Bankruptcy Rule 1007(c) and Local Rule 1007(d), without prejudice to Debtor's ability to request additional time should it become necessary.

5. On the Petition Date, in partial satisfaction of the requirements of Bankruptcy Rule 1007, Debtor filed with this Court a list of creditors holding the twenty (20) largest unsecured claims against Debtor's estate. See Chapter 11 Docket.

6. Due to the large number of pressing matters present in the early stages of Debtor's Chapter 11 Case, Debtor anticipates that it will be unable to complete the Schedules and SOFA in the 14-day time period established under Bankruptcy Rule 1007(c). See Omnibus Declaration.

141496739.1

7. To prepare its Schedules and SOFA, Debtor must compile a large amount of financial information from books, records, and documents relating to its assets, contracts and claims of creditors. This information is voluminous and assembling the necessary information requires a significant expenditure of time and effort on the part of Debtor and its employees. While Debtor is working diligently and expeditiously on the preparation of the Schedules and SOFA, resources are limited. See Omnibus Declaration.

7. In view of the amount of work entailed in completing the Schedules and SOFA and the competing demands upon Debtor's employees and professionals during the initial postpetition period, Debtor will not be able to properly and accurately complete the Schedules and SOFA within the 14-day time period established under Bankruptcy Rule 1007(c). Creditors and other parties in interest will not be harmed by the proposed extension of the filing deadline, because, even under the extended deadline, the Schedules and SOFA would be filed in advance of any planned bar date or other significant event in this case. See Omnibus Declaration.

8. Accordingly, Debtor submits that, based upon the amount of information that must be assembled and compiled, the limited resources available and the other more pressing items that must be addressed at the inception of this case, good and sufficient cause exists for granting the requested extension of time.

9. At present, Debtor anticipates that it will require at least thirty (30) days from the Petition Date to complete the Schedules and SOFA. See Omnibus Declaration.

10. Debtor therefore requests that the Court extend the filing period up to and including March 9, 2023, without prejudice to Debtor's ability to request additional time should it become necessary.

11. Based on the foregoing, Debtor submits that the relief requested herein is necessary and appropriate, is in the best interests of its estate and all other interested parties, and should be granted in all respects.

///

///

///

141496739.1

1  WHEREFORE, Debtor respectfully requests that the Court grant this Motion and enter an
2  order (i) extending the time within which Debtor must file its Schedules and SOFA up to and
3  including March 9, 2023; and (ii) granting such other and further relief as the Court may deem just
4  and appropriate without prejudice to Debtor's ability to request additional time.

DATED this 7th day of February 2023.

**FOX ROTHSCHILD LLP**

By: _____/s/Brett Axelrod_____
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

141496739.1

# EXHIBIT A
## PROPOSED ORDER

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>  CASH CLOUD, INC.,<br>     dba COIN CLOUD,<br><br>                    Debtor. | Case No.  23-10423-mkn<br><br>Chapter 11<br><br>**ORDER GRANTING EMERGENCY FIRST DAY MOTION PURSUANT TO 11 U.S.C. § 521, FED. R. BANKR. P. 1007 AND LOCAL RULE 1007 FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**<br><br>Hearing Date:<br>Hearing Time: |

141496739.1

1

|   |   |
|---|---|
| 1 | The Court, having reviewed and considered Debtor's motion (the "Motion")[1] for an order, |
| 2 | pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, |
| 3 | the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (as amended, the |
| 4 | "Bankruptcy Rules") and rule 1007 of the Local Rules of Bankruptcy Procedure for the District of |
| 5 | Nevada (as amended, the "Local Rules"), authorizing an extension of time to file the schedules and |
| 6 | statements of financial affairs required under Bankruptcy Code Section 521(a)(1) (collectively, the |
| 7 | "Schedules and SOFA"); appearances having been noted on the record, the arguments made by |
| 8 | counsel, and the evidence submitted at the hearing on the Motion, and with the findings of the Court |
| 9 | having been made on the record and incorporated herein, pursuant to Bankruptcy Rule 7052; |
| 10 | And Notice of this Motion having been provided to the Office of the United States Trustee, |
| 11 | secured creditors, those creditors holding the twenty (20) largest unsecured claims, those |
| 12 | governmental agencies required to receive notice under Bankruptcy Rule 5003(e), and any party |
| 13 | which has filed and served on the Debtor a request for special notice prior to entry of this Order; |
| 14 | And it appearing that no other or further notice of the Motion need be provided; |
| 15 | And good and sufficient cause appearing therefor; |
| 16 | **IT IS HEREBY ORDERED** that the Motion is granted; and |
| 17 | **IT IS FURTHER ORDERED** that the time within which Debtor must file its Schedules and |
| 18 | SOFA is extended up to and including March 9, 2023, without prejudice to Debtor's ability to request |
| 19 | additional time. |

---

[1] All capitalized, undefined terms shall have the meaning ascribed to them in the Motion.

2

141496739.1

Prepared and Respectfully Submitted by:

**FOX ROTHSCHILD LLP**

By: ___/s/Brett A. Axelrod___
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

APPROVED/DISAPPROVED:

**OFFICE OF THE UNITED STATES TRUSTEE**

BY: _____

    Trial Attorney for United States Trustee,
    Tracy Hope Davis

## **CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

- ☐ The Court has waived the requirement of approval in LR 9021(b)(1).

- ☐ No party appeared at the hearing or filed an objection to the motion

- ☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

    Trial Attorney
    Office of the United States Trustee

    __Approved / Disapproved__

- ☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

3

141496739.1