James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:   jshea@shea.law
        blarsen@shea.law
        kwyant@shea.law

-and-

**MORRISON & FOERSTER LLP**
Gary Lee, Esq. (*pro hac vice forthcoming*)
New York Bar No. 2397669
Andrew Kissner, Esq. (*pro hac vice forthcoming*)
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601
Telephone:   212.468.8000
Facsimile:   212.468.7900
Email:   glee@mofo.com
        akissner@mofo.com

*Attorneys for Creditor*
*Enigma Securities Limited*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | Chapter 11 |
| CASH CLOUD, INC. *DBA COIN CLOUD* | Case No.: 23-10423-mkn |
| Debtor. | |

**CREDITOR ENIGMA SECURITIES LIMITED'S NOTICE OF APPEARANCE AND
<u>REQUEST FOR SPECIAL NOTICE IN BANKRUPTCY PROCEEDING</u>**

Page 1 of 5

*Left margin (vertical):* **SHEA LARSEN** · 1731 Village Center Circle, Suite 150 · Las Vegas, Nevada 89134 · (702) 471-7432

Creditor Enigma Securities Limited ("Enigma"), by and through its undersigned counsel:

James Patrick Shea, Esq.
Bart K. Larsen, Esq.
Kyle M. Wyant, Esq.
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 741-7432
jshea@shea.law
blarsen@shea.law
kwyant@shea.law

-and-

**MORRISON & FOERSTER LLP**
Gary Lee, Esq. (*pro hac vice forthcoming*)
Andrew Kissner, Esq. (*pro hac vice forthcoming*)
250 West 55th Street
New York, New York 10019-3601
Telephone:   212.468.8000
Facsimile:  212.468.7900
glee@mofo.com
akissner@mofo.com

hereby appears in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings.

///
///
///
///
///
///
///
///
///
///

Page 2 of 5

1    All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule

2  2002(g), all notices required to be mailed pursuant to Bankruptcy Rule 2002, should be directed

3  to the law firm of Shea Larsen and Morrison & Foerster LLP at the above addresses.

4    DATED this 7th day of February, 2023.

**SHEA LARSEN**

*/s/ Bart K. Larsen, Esq.*
James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

-and-

**MORRISON & FOERSTER LLP**
Gary Lee, Esq.
New York Bar No. 2397669
Andrew Kissner, Esq.
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601
Telephone: 212.468.8000
Facsimile: 212.468.7900
Email: glee@mofo.com
        akissner@mofo.com

*Attorneys for Creditor Enigma Securities Limited*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

## CERTIFICATE OF SERVICE

1.  On February 7, 2023, I served the following document(s): **CREDITOR ENIGMA SECURITIES LIMITED'S NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE IN BANKRUPTCY PROCEEDING**

2.  I served the above document(s) by the following means to the persons as listed below:

    ☒    a.    ECF System:

BRETT A. AXELROD on behalf of Debtor CASH CLOUD *DBA COIN CLOUD*
baxelrod@foxrothschild.com

CHAPTER 11 – LV TRUSTEE

U.S. TRUSTEE – LV – 11

    ☐    b.    United States mail, postage fully prepaid:

    ☐    c.    Personal Service:

I personally delivered the document(s) to the persons at these addresses:

    ☐    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    ☐    For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    ☐    d.    By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    ☐    e.    By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

///
///
///

☐      f.      By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 7, 2023

By: /s/ *Bart K. Larsen, Esq,* _____