BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

Electronically Filed February 8, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>    CASH CLOUD, INC.,<br>    dba COIN CLOUD,<br><br>                    Debtor. | Case No.<br><br>Chapter 11<br><br>**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S EMERGENCY FIRST DAY MOTIONS AND LIMITING NOTICE THEREOF** |

As required by this Court, Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its proposed undersigned counsel, Fox Rothschild LLP, has contacted the parties listed below, concerning the *Application for Order Shortening Time for Hearing* (the "Application") on *Debtor's Emergency First Day Motions* (the "Emergency First Day Motions"), as indicated below:

| Contact Name | Date Contacted | Agree/ Disagree/ No Response | Contacted via Telephone/Fax/Email |
|---|---|---|---|
| Edward M. McDonald, Jr.<br>*Trial Attorney for Tracy Hope Davis, Acting United States Trustee-Region 17 Office of the United States Trustee* | 02/07/2023 | No Response | Edward.M.McDonald@usdoj.gov |

1

142472356.1

| Contact Name | Date Contacted | Agree/ Disagree/ No Response | Contacted via Telephone/Fax/Email |
|---|---|---|---|
| Genesis Global Trading Inc. | 02/07/2023 | No Response | ATsang@genesistrading.com |
| Cole Kepro | 02/07/2023 | No Response | info@colekepro.com |
| Brink's U.S. | 02/07/2023 | Agree | beau.anderson@brinksinc.com |
| EZ Blackhole | 02/07/2023 | Disagree | echaltiel@victoireventures.com |
| EG America LLC | 02/07/2023 | No Response | David.allen@eg-america.com |
| National Services, LLC | 02/07/2023 | No Response | Stefanie.Farmer@nsa.bz |
| OptConnect | 02/07/2023 | No Response | blake.barber@optconnect.com |
| Cennox Reactive Field Services | 02/07/2023 | No Response | us.svc.invoicing@cennox.com |
| Yesway | 02/07/2023 | No Response | derek.gaskins@yesway.com |
| Thorntons | 02/07/2023 | No Response | Kim.James@mythorntons.com |
| American Express | 02/07/2023 | No Response | amexsru@aexp.com |
| Two Farms Inc (d/b/a Royal Farms) | 02/07/2023 | No Response | corporate@royalfarms.com |
| The Jimmerson Law Firm | 02/07/2023 | No Response | jimmerson@jimmersonlawfirm.com |
| Sectran Security Inc. | 02/07/2023 | No Response | r.ghaby@sectransecurity.com |
| Trangistics Inc | 02/07/2023 | No Response | ar@trangistics.com |
| ACE Cash Express | 02/07/2023 | No Response | ttovo@populusfinancial.com |
| I Heart Media | 02/07/2023 | No Response | invoices@iheartmedia.com |
| Spec's - Parent | 02/07/2023 | No Response | rholder@specsonline.com |
| CALS CONVENIENCE INC - Parent Account | 02/07/2023 | No Response | Ray.Harrison@calscstores.com |
| Loomis | 02/07/2023 | No Response | TJ.Niko@us.loomis.com |
| Enigma Securities Limited | 02/07/2023 | No Response | blarsen@shea.law |
| Enigma Securities Limited | 02/07/2023 | Agree, provided hearing is 2/10/23 or later | jshea@shea.law |
| Enigma Securities Limited | 02/07/2023 | No Response | kwyant@shea.law |
| Enigma Securities Limited | 02/07/2023 | No Response | glee@mofo.com |
| Enigma Securities Limited | 02/07/2023 | No Response | akissner@mofo.com |
| Genesis Global Capital LLC | 02/07/2023 | No Response | soneal@cgsh.com |
| Genesis Global Capital LLC | 02/07/2023 | No Response | mdweinberg@cgsh.com |
| AVT Nevada, L.P. | 02/07/2023 | No Response | cemery@avtechcapital.com |
| AVT Nevada, L.P. | 02/07/2023 | No Response | jrobertson@avtechcapital.com |

Pursuant to Rule 9006(a)(5) of the Local Bankruptcy Rules for the United States Bankruptcy Court, District of Nevada, Debtor anticipates that the time needed for a hearing on the Emergency First Day Motions is approximately 60 minutes.

DATED this 8th day of February 2023.

**FOX ROTHSCHILD LLP**

By: _____/s/Brett Axelrod_____
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

142472356.1