James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: jshea@shea.law
blarsen@shea.law
kwyant@shea.law

-and-

**MORRISON & FOERSTER LLP**
Gary Lee, Esq. (*pro hac vice pending*)
New York Bar No. 2397669
Andrew Kissner, Esq. (*pro hac vice pending*)
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601
Telephone: 212.468.8000
Facsimile: 212.468.7900
akissner@mofo.com

*Attorneys for Creditor*
*Enigma Securities Limited*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| IN RE:<br><br>CASH CLOUD, INC. *DBA COIN CLOUD*<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-10423-mkn<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**<br><br>**EFFECTIVE JANUARY 1, 2015 FILING FEE IS $250.00** |
|---|---|

Andrew Kissner, Esq. ("<u>Petitioner</u>") respectfully represents to the above-captioned Court:

1. That Petitioner resides in Brooklyn, New York.

2. That Petitioner is an attorney at law and a member of the law firm of Morrison &

Page 1 of 5

Foerster LLP ("Morrison & Foerster") with an office and mailing address at 250 West 55th Street, New York, New York 10019-3601.

3. That Petitioner has been retained as a member of Morrison & Foerster by creditor Enigma Securities Limited to provide legal representation in connection with the above-entitled case now pending before this Court.

4. Since 2017, Petitioner has been and presently is a member of good standing of the bar of the highest Court of the State of New York where Petitioner regularly practices law. A copy of the certificate of good standing for Petitioner is attached hereto as **Exhibit 1**.

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

6. That Petitioner has never been denied admission to the State Bar of Nevada.

7. That Petitioner is a member of good standing in the following Bar Associations: New York State Bar Association.

8. Petitioner was admitted to practice before the following courts on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said courts:

**STATE BAR MEMBERSHIPS**

| STATE | BAR ID | DATE OF LICENSURE |
|---|---|---|
| New York | 5507652 | May 24, 2017 |

**FEDERAL BAR MEMBERSHIPS**

| COURT | DATE OF LICENSURE |
|---|---|
| United States District Court – S.D.N.Y. | January 9, 2018 |
| United States District Court – E.D.N.Y. | March 30, 2021 |

9. Petitioner has not filed any application to appear as counsel under Local Rule IA 11-2 in the last three (3) years. Members of the Petitioner's law firm have filed applications to appear as counsel under Local Rule IA 11-2 during the last three (3) years as follows: None.

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the

State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the Petitioner is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED this 8th day of February, 2023.

_____
Petitioner's Signature

STATE OF NEW YORK )
                  )
COUNTY OF NEW YORK )

Andrew Kissner, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to me before this

_____8th_____ day of ___February___, __2023__.

_____Sanan Ibne_____ Notary public

SANAN IBNE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01IB6406549
Qualified in Queens County
My Commission Expires 03-30-2024

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**CERTIFICATE OF SERVICE**

1. On February 8, 2023, I served the following document(s): **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

2. I served the above document(s) by the following means to the persons as listed below:

    ☒   a.   ECF System:

BRETT A. AXELROD on behalf of Debtor CASH CLOUD *DBA COIN CLOUD*
baxelrod@foxrothschild.com

CHAPTER 11 – LV TRUSTEE

U.S. TRUSTEE – LV – 11

☐   b.   United States mail, postage fully prepaid:

☐   c.   Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐   For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐   d.   By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   e.   By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

///
///
///

///

☐    f.    By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2023.

By: /s/ *Bart K. Larsen, Esq.*

**<u>EXHIBIT 1</u>**



# Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Andrew Ralph Kissner

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 24, 2017**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on February 6, 2023.

*Maria T. Fasulo*

Clerk of the Court

CertID-00103538



**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
Presiding Justice

MARIA T. FASULO
Clerk of the Court

DARRELL M. JOSEPH
Deputy Clerks

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
Associate Deputy Clerks

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022