James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  jshea@shea.law
            blarsen@shea.law
            kwyant@shea.law

-and-

**MORRISON & FOERSTER LLP**
Gary Lee, Esq. (*pro hac vice pending*)
New York Bar No. 2397669
Andrew Kissner, Esq. (*pro hac vice pending*)
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601
Telephone:  212.468.8000
Facsimile:  212.468.7900
Email:  glee@mofo.com
            akissner@mofo.com

*Attorneys for Creditor*
*Enigma Securities Limited*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>CASH CLOUD, INC. *DBA COIN CLOUD*<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-10423-mkn |

**CREDITOR ENIGMA SECURITIES LIMITED'S DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO**

The undersigned, attorney for Creditor Enigma Securities Limited ("Enigma"), is in the process of submitting to the Court a "Verified Petition for Permission to Practice in this Case Only." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the bests interests of the clients to designate James Patrick Shea, Esq., attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada counsel is:

>James Patrick Shea, Esq.
>Bart K. Larsen, Esq.
>Kyle M. Wyant, Esq.
>SHEA LARSEN PC
>1731 Village Center Circle, Suite 150
>Las Vegas, Nevada 89134
>(702) 741-7432
>jshea@shea.law
>blarsen@shea.law
>kwyant@shea.law

By this designation the undersigned attorneys and party agree that all documents and papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

>*/s/ Gary Lee, Esq.*
>Gary Lee, Esq.
>*Counsel for Creditor Enigma Securities Limited*

**CONSENT OF DESIGNATED NEVADA COUNSEL**

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

/s/ *James Patrick Shea, Esq.*
James Patrick Shea, Esq.
*Counsel for Creditor Enigma Securities Limited*

**APPOINTMENT OF DESIGNATED NEVADA COUNSEL**

The undersigned parties appoint James Patrick Shea, Esq. as their Designated Nevada Counsel in this case.

/s/ *Ian Epstein*
ENIGMA SECURITIES LIMITED
Name: Ian Epstein
Title: CEO

**CERTIFICATE OF SERVICE**

1. On February 8th, 2023, I served the following document(s): **CREDITOR ENIGMA SECURITIES LIMITED'S DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO**

2. I served the above document(s) by the following means to the persons as listed below:

    ☒ a. ECF System:

BRETT A. AXELROD on behalf of Debtor CASH CLOUD *DBA COIN CLOUD*
baxelrod@foxrothschild.com

CHAPTER 11 – LV TRUSTEE

U.S. TRUSTEE – LV – 11

    ☐ b. United States mail, postage fully prepaid:

    ☐ c. Personal Service:

I personally delivered the document(s) to the persons at these addresses:

    ☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    ☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    ☐ d. By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    ☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

///

///

///

☐    f.    By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2023

By: /s/ *Bart K. Larsen, Esq,*