**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:     (702) 685-4444
Facsimile:     (725) 220-4360
ccarlyon@carlyoncica.com
dcica@carlyoncica.com
tosteen@carlyoncica.com
*Counsel for Chris McAlary*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423- MKN |
|---|---|
| CASH CLOUD, INC. (DBA COIN CLOUD) | Chapter 11 |
| Debtor. | **REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. of the law firm Carlyon Cica Chtd., hereby request, on behalf of interested party Chris McAlary, notice of all hearings, actions, contested matters, and proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with this proceeding. All notices and copies in response to the foregoing and, pursuant to Bankruptcy Rule 2002(g), all notices required to be mailed to counsel for Chris McAlary, should be sent to the following addresses:

**CARLYON CICA CHTD**
CANDACE C. CARLYON, ESQ.
TRACY M. O'STEEN, ESQ.
DAWN M. CICA., ESQ.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this request does not constitute an appearance, nor consent to service.

Respectfully submitted this 8th day of February 2023.

> **CARLYON CICA, CHTD.**
>
> /s/ Dawn M. Cica, Esq.
> CANDACE C. CARLYON, ESQ.
> Nevada Bar No. 2666
> DAWN M. CICA, ESQ.
> Nevada Bar No. 4565
> TRACY M. O'STEEN, ESQ.
> Nevada Bar No. 10949
> 265 E. Warm Springs Road, Suite 107
> Las Vegas, NV 89119
> Telephone:    (702) 685-4444
> Facsimile:    (725) 220-4360
> ccarlyon@carlyoncica.com
> dcica@carlyoncica.com
> tosteen@carlyoncica.com
> *Counsel for Chris McAlary*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case on February 8, 2023.

> /s/ Nancy Rodriguez
> An Employee of Carlyon Cica Chtd.