

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 08, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S EMERGENCY FIRST DAY MOTIONS AND LIMITING NOTICE THEREOF**<br><br>Hearing Date: February 15, 2023<br>Hearing Time: 10:30 a.m. |

This Court, having reviewed and considered the *Ex Parte Application For Order Shortening Time For Hearing* (the "Application") on Debtor's Emergency First Day Motions and Limiting Notice Thereof, and for good cause appearing therefor;

1

142608622.1

**IT IS HEREBY ORDERED,** and **NOTICE IS HEREBY GIVEN** that an emergency hearing on the following Emergency First Day Motions:

1. *Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures* (the "Case Management Procedures Motion") [ECF No. 10];

2. *Application for Order Authorizing Retention and Employment of Fox Rothschild LLP, as Debtor's Counsel, Effective as of the Petition Date* ("Fox Application") [ECF No. 13]; and

3. *Application for Order Authorizing Retention and Employment of Province LLC as Debtor's Financial Advisor, Effective as of the Petition Date* ("Province Application") [ECF No. 15]

will be held before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada 89101, on **February 15, 2023** at the hour of **10:30 a.m.** Any opposition(s) shall be filed and served on required notice parties by **February 13, 2023**, and any reply to such opposition(s) shall be filed and served on required notice parties by **5:00 p.m.** Pacific Time on **February 14, 2023**.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.

**NOTICE IS FURTHER GIVEN** that copies of the Emergency First Day Motions are available at https://cases.stretto.com/CashCloud (the "Case Website"). Copies of the Emergency First Day Motions may also be obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Patricia Chlum, Paralegal, Telephone: (702) 262-6899.

**IT IS SO ORDERED.**

142608622.1

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By /s/Brett A. Axelrod
   BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
   NICHOLAS A. KOFFROTH, ESQ.
   Nevada Bar No. 16264
   ZACHARY T. WILLIAMS, ESQ.
   Nevada Bar No. 16023
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

142608622.1