BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
[Proposed] Counsel for Debtor

Electronically Filed February 8, 2023

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF ENTRY OF ORDER SHORTENING TIME AND NOTICE OF HEARING ON DEBTOR'S EMERGENCY FIRST DAY MOTIONS AND LIMITING NOTICE THEREOF** |

**PLEASE TAKE NOTICE** that on the 8th day of February, 2023 the Court entered an *Order Shortening Time for Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof* [ECF No. 29], a copy of which is attached here.

DATED this 8th day of February 2023.

**FOX ROTHSCHILD LLP**

By:  */s/Brett Axelrod*
  BRETT A. AXELROD, ESQ.
  Nevada Bar No. 5859
  NICHOLAS A. KOFFROTH, ESQ.
  Nevada Bar No. 16264
  ZACHARY T. WILLIAMS, ESQ.
  Nevada Bar No. 16023
  1980 Festival Plaza Drive, Suite 700
  Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

1

142607420.1


Honorable Mike K. Nakagawa
United States Bankruptcy Judge


Entered on Docket
February 08, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
[Proposed] Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S EMERGENCY FIRST DAY MOTIONS AND LIMITING NOTICE THEREOF** |
| | Hearing Date: February 10, 2023<br>Hearing Time: 2:00 p.m. |

This Court, having reviewed and considered the *Ex Parte Application For Order Shortening Time For Hearing* (the "Application") on Debtor's Emergency First Day Motions and Limiting Notice Thereof, and for good cause appearing therefor;

1

142472335.1

**IT IS HEREBY ORDERED,** and **NOTICE IS HEREBY GIVEN** that an emergency hearing on the following Emergency First Day Motions:

1. *Emergency First Day Motion Pursuant to 11 U.S.C. § 521, Fed. R. Bankr. P. 1007 and Local Rule 1007 for Order Extending Time to File Schedules and Statement of Financial Affairs* (the "Schedules Motion") [ECF No. 03];

2. *Emergency First Day Motion for An Order (1) Prohibiting Utilities from Altering, Refusing or Discontinuing Service; (2) Authorizing Ordinary Course Payments to Utilities; (3) Deeming Utilities Adequately Assured of Future Performance; and (4) Establishing Procedures for Determining Requests for Additional Adequate Assurance* ( the "Utilities Motion") [ECF No. 04];

3. *Emergency First Day Motion for Order Pursuant to 11 U.S.C. §§ 363, 1107 and 1108 (I) Authorizing Continued Use of Prepetition Bank Accounts; and (II) Granting Related Relief* (the "Cash Management Motion") [ECF No. 05];

4. *Emergency Motion for Interim and Final Orders: (I) Authorizing Debtor to Pay Prepetition Employee Wages and Benefits: and (II) Authorizing and Directing Financial Institutions to Honor Checks and Transfers Related to Such Obligations* (the "Wage and Benefit Motion") [ECF No. 06];

5. *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Payprepetition Vendor Liabilities and (II) Authorizing and Directing Financial Institutions to Receive, Process, Honor and Pay All Checks Issued Relating to Vendor Liabilities* (the "Critical Vendor Motion") [ECF No. 07];

6. *Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Maintain and Administer Customer Programs and Deposits; and (II) Honor Prepetition Obligations Related Thereto* (the "Customer Programs Motion") [ECF No. 08];

7. *Emergency First Day Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* (the "Tax Motion") [ECF No. 09];

8. *Emergency First Day Application for Order Authorizing Retention and Employment of Stretto, Inc. as Claims, Noticing, and Solicitation Agent Effective as of the Petition Date* ("Stretto Employment Application") [ECF No. 17].

142472335.1

1  will be held before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge in the Foley
2  Federal Building located at 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada
3  89101, on **February 10, 2023** at the hour of **2:00 p.m.**  Oppositions may be made orally at the
4  hearing.

5        **NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all
6  hearings are currently being held telephonically absent further order of the Court. Parties are
7  permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560
8  and entering access code or passcode 029066#.

9        **NOTICE IS FURTHER GIVEN** that copies of the Emergency First Day Motions are
10  available at https://cases.stretto.com/CashCloud (the "Case Website").  Copies of the Emergency
11  First Day Motions may also be obtained by contacting Debtor's proposed reorganization counsel,
12  Fox Rothschild, LLP, Attn: Patricia Chlum, Paralegal, Telephone: (702) 262-6899.

13        **IT IS SO ORDERED.**

15  Prepared and respectfully submitted by:
16  **FOX ROTHSCHILD LLP**

17  By  */s/Brett A. Axelrod*
18      BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
19      NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
20      ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
21      1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
22  *[Proposed] Counsel for Debtor*

23                                          # # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

142472335.1