BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

Electronically Filed February 8, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>***ERRATA* TO (1) EMERGENCY FIRST DAY APPLICATION FOR ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF FOX ROTHSCHILD LLP AS DEBTOR'S COUNSEL, EFFECTIVE AS OF THE PETITION DATE [ECF NO. 13]; AND (2) VERIFIED STATEMENT OF BRETT A. AXELROD [ECF NO. 14]** |

Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its proposed undersigned counsel, Fox Rothschild LLP, hereby files this errata (the "Errata") to the *Application for Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Nunc Pro Tunc to the Petition Date* [ECF No. 13] (the "Fox Application"); and (2) the *Verified Statement of Brett A. Axelrod* [ECF No. 14] (the "Axelrod Verified Statement").

1

142591656.1

By this Errata, Debtor replaces paragraph 19 of the Fox Application and paragraph 13 of the Axelrod Verified Statement with the following:

"Prior to Fox Rothschild's engagement by Cash Cloud, Fox was employed by Chris McAlary to provide advice with respect to Cash Cloud's and its board of directors' potential liability for sales tax and use tax but that the company believes that the taxes have already been collected from its vendor. Fox reviewed secured loan documents, perfection issues, insider loans to and from Cash Cloud, executive employment agreements, and WARN Act issues. When it became clear that the issues presented and advice given concerned Cash Cloud, not Mr. McAlary personally, Cash Cloud engaged Fox and the prior engagement dropped away. Prior to the Petition Date, Fox received $5,265.50 from Cash Cloud as payment for services rendered in connection with this prior engagement."

DATED this 8th day of February 2023.

**FOX ROTHSCHILD LLP**

By:  /s/Brett Axelrod
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

142591656.1