BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

Electronically Filed February 8, 2023

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>    CASH CLOUD, INC.,<br>    dba COIN CLOUD,<br><br>                         Debtor. | Case No.  BK-23-10423-mkn<br><br>Chapter 11<br><br>***ERRATA* TO OMNIBUS DECLARATION OF CHRISTOPHER ANDREW MCALARY IN SUPPORT OF EMERGENCY FIRST DAY MOTIONS [ECF NO. 19]** |

Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its proposed undersigned counsel, Fox Rothschild LLP, hereby files this errata (the "Errata") to the *Omnibus Declaration of Christopher Andrew McAlary in Support of Emergency First Day Motions* [ECF No. 19] (the "Omnibus Declaration").

By this Errata, Debtor replaces paragraph 13 of the Omnibus Declaration with the following:

    13.    Debtor's liabilities currently consist primarily of: (a) accounts payable in the approximate amount of December 31, 2022, $29,975,641.77; (b) unsecured debt

1

142598046.1

owed to Genesis Global Holdco, LLC ("Genesis Holdco") in the approximate amount of $108,568,654.00; (c) secured debt owed to Genesis Holdco in the approximate amount of $7,784,780.00; and (d) secured debt owed to Enigma Securities Limited ("Enigma") in the approximate amount of $7,573,699.00.

By this Errata, Debtor replaces paragraph 22 of the Omnibus Declaration with the following:

22.  **Genesis Open Term Loan.**  On or about July 24, 2020, Cash Cloud entered into a Master Loan Agreement with a Genesis Holdco affiliate (which subsequently assigned its rights and obligations to Genesis Holdco), providing an unsecured line of credit (the "Genesis Open Term Loan") of up to $100,000,000.00.  The Genesis Open Term Loan allows Cash Cloud to borrow either US dollars or digital currency with either fixed or open maturities denominated in US dollars, though Cash Cloud only borrows open maturities.  Each advance under the Genesis Open Term Loan is callable by Genesis Holdco with 180 days' notice and can be prepaid at any time without penalty.  The Genesis Open Term Loan has no defined expiration and is cancellable by either party if no outstanding balance exists.  Each advance under the Genesis Open Term Loan bears interest at a rate of 11.5% 11.5% per year.  Cash Cloud has an outstanding balance (including principal and interest) of approximately $108,568,654.00 under the Genesis Open Term Loan.

By this Errata, Debtor replaces paragraph 25 of the Omnibus Declaration with the following:

25.  **Enigma Secured Loan.**  On or about April 22, 2022, Cash Cloud entered into a Secured Loan Facility Agreement with Enigma, providing a loan in the amount of up to $8,000,000 million (the "Enigma Secured Loan").  The Enigma Secured Loan matured on October 11, 2022.  On November 9, 2022, Enigma sent Cash Cloud a Conditional Forbearance Letter, extending the maturity date to November 18, 2022.  On December 22, 2022, Enigma sent Cash Cloud a Second Conditional Forbearance Letter, extending the maturity date to February 1, 2023. On February 3, 2023, Enigma sent Cash Cloud a Third Conditional Forbearance Letter, extending the

142598046.1

maturity date to February 8, 2023. Enigma has filed a UCC-1 Financing Statement, asserting a security interest in 3677 DCMs. Cash Cloud has a total outstanding balance of approximately $7,573,699.00 (including principal and interest) under the Enigma Secured Loan.

DATED this 8th day of February 2023.

        **FOX ROTHSCHILD LLP**

By:    */s/Brett Axelrod*
      BRETT A. AXELROD, ESQ.
      Nevada Bar No. 5859
      NICHOLAS A. KOFFROTH, ESQ.
      Nevada Bar No. 16264
      ZACHARY T. WILLIAMS, ESQ.
      Nevada Bar No. 16023
      1980 Festival Plaza Drive, Suite 700
      Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

142598046.1