BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

Electronically Filed February 8, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | Case No. BK-23-10453-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, INC. | Chapter 11 |
| Debtor. | **DECLARATION OF PAUL HUYGENS IN SUPPORT OF MOTION FOR INTERIM AND FINAL ORDERS: (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION SENIOR SECURED, SUPERPRIORITY FINANCING; (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS; (III) MODIFYING THE AUTOMATIC STAY; (IV) SCHEDULING FINAL HEARING; AND (V) GRANTING RELATED RELIEF**<br><br>Hearing Date:  OST PENDING<br>Hearing Time:  OST PENDING |

142113510.3

1

I, Paul Huygens, declare under penalty of perjury as follows:

1. I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, except where stated as based upon information and belief, and if called upon to testify, could and would do so.

2. I make this Declaration in support of the *Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* (the "Motion")[1] filed by Cash Cloud, Inc. dba Coin Cloud (the "Debtor").

3. I am a principal of Province, LLC ("Province"). Province's professionals have extensive experience and a national reputation in providing the type of services required by Debtor in this Chapter 11 Case. With a breadth of experience in complex restructuring matters and finance, its professionals advise debtors, shareholders, equity committees, lenders, and creditors in Chapter 11 proceedings, compiling an impressive track record of debtor and creditor advisory assignments. Province has professionals with the ability to act as expert witnesses in litigation matters on such issues as economic damages and valuation, and has professionals with substantial experience in recovery of assets for creditors in cases similar to this Chapter 11 Case.

4. Attached here as **Exhibit 1** hereto is an analysis Province performed of the approximate net book value of the DCMs owned by the Debtor.

5. As set forth in Exhibit 1, the aggregate net book value of the Enigma DCMs is approximately $11,292,316, which leaves an equity cushion of approximately $3,718,617 (apx. 49%) above the Enigma Claim.

6. As set forth in Exhibit 1, the aggregate net book value of the Debtor's DCMs that are not Enigma DCMs is approximately $22,937,653, which leaves an equity cushion of approximately $15,152,872 (apx. 195%) above the Genesis Secured Claim.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

142113510.3

1  I declare, under penalty of perjury of the laws of the United States of America, that the
2  foregoing statements are true and correct to the best of my knowledge, information and belief.
3  Executed this 8th day of February, 2023.

*Paul Huygens*
Paul Huygens

142113510.3

# EXHIBIT 1

4

142113510.3

**Adequate Protection Analysis**  
**Cash Cloud Inc**

*Machine Useful Life:* 1,825 Days  
*DIP Loan Obligation:* $ 5,000,000

**Coin Cloud - Collateral Analysis:**

*Note*: Assumes the useful life for all machines is 5-years from the first date of deployment.  
*Note*: Assumes the value of all machines marked "Decommissioned" or "Stolen" is zero.  
*Note*: The value of each machine is determined by dividing the unit acquisition price by its estimated useful life in days, multiplied by its estimated remaining useful life in days.  
*Note*: The Debtor is in the process of reconciling certain invoices with its books and records, which indicate a higher book value for its machines than set forth in this analysis.  
*Note*: This analysis is subject to further diligence by the Debtor as it reconciles its books and records.

| Enigma First Lien | Acquisition Price | Avg. Machines Age (Days) | Total Units | Est. Gross Value | Est. Net Value |
|---|---|---|---|---|---|
| *Operational Units* | | | | | |
| Slabb 1.0 | $ 7,387 | 1,501 | 4 | $ 29,549 | $ 5,246 |
| Lynna 1.0 | 7,387 | 1,825 | 1 | 7,387 | - |
| APSM 1.1 | 5,550 | 1,226 | 26 | 144,300 | 47,362 |
| ColeKepro 5.0 | 8,753 | 525 | 125 | 1,094,125 | 779,324 |
| ColeKepro 3.0 | 5,729 | 845 | 2,995 | 17,158,355 | 9,210,951 |
| ColeKepro 1.0 | 5,550 | 995 | 194 | 1,076,700 | 489,677 |
| ColeKepro 2.0 | 5,550 | 856 | 201 | 1,115,550 | 592,512 |
| ColeKepro 4.0 | 8,529 | 591 | 29 | 247,341 | 167,243 |
| **Net Book Value - Enigma First Lien** | | | **3,575** | **$ 20,873,308** | **$ 11,292,316** |
| (-) Enigma Security Interest | | | | | (7,573,699) |
| **Excess Collateral - Enigma First Lien** | | | | | **$ 3,718,617** |
| | | | | *Enigma Coverage:* | 0.49x |

**Adequate Protection Analysis**  
**Cash Cloud Inc**

| | | | | | |
|---|---|---|---|---|---|
| | | | | *Machine Useful Life :* | *1,825 Days* |
| | | | | *DIP Loan Obligation :* $ | *5,000,000* |

**Coin Cloud - Collateral Analysis:**

*Note* : Assumes the useful life for all machines is 5-years from the first date of deployment.  
*Note* : Assumes the value of all machines marked "Decommissioned" or "Stolen" is zero.  
*Note* : The value of each machine is determined by dividing the unit acquisition price by its estimated useful life in days, multiplied by its estimated remaining useful life in days.  
*Note* : The Debtor is in the process of reconciling certain invoices with its books and records, which indicate a higher book value for its machines than set forth in this analysis.  
*Note* : This analysis is subject to further diligence by the Debtor as it reconciles its books and records.

| Genesis First Lien | Acquisition Price | Avg. Machines Age (Days) | Total Units | Est. Gross Value | Est. Net Value |
|---|---|---|---|---|---|
| *Operational Units* | | | | | |
| Slabb 1.0 | $ 7,387 | - | - | $ - | $ - |
| Lynna 1.0 | 7,387 | - | - | - | - |
| APSM 1.1 | 5,550 | 1,226 | 5 | 27,750 | 9,108 |
| ColeKepro 5.0 | 8,753 | 371 | 3,237 | 28,333,461 | 22,576,730 |
| ColeKepro 3.0 | 5,729 | 847 | 64 | 366,656 | 196,487 |
| ColeKepro 1.0 | 5,550 | 995 | 9 | 49,950 | 22,717 |
| ColeKepro 2.0 | 5,550 | 882 | 2 | 11,100 | 5,736 |
| ColeKepro 4.0 | 8,529 | 591 | 22 | 187,638 | 126,874 |
| **Net Book Value - Genesis First Lien** | | | 3,339 | $ 28,976,555 | $ 22,937,653 |
| (-) Genesis Blanket Lien Interest | | | | | (7,784,780) |
| **Excess Collateral - Genesis First Lien** | | | | | $ 15,152,872 |
| | | | | *Genesis Coverage:* | *1.95x* |