BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

Electronically Filed February 8, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

    CASH CLOUD, INC.,
    dba COIN CLOUD, INC.

                  Debtor.

Case No. BK-23-10423-mkn

Chapter 11

**DECLARATION OF DANIEL MOSES IN SUPPORT OF MOTION FOR INTERIM AND FINAL ORDERS: (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION SENIOR SECURED, SUPERPRIORITY FINANCING; (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS; (III) MODIFYING THE AUTOMATIC STAY; (IV) SCHEDULING FINAL HEARING; AND (V) GRANTING RELATED RELIEF**

Hearing Date:   OST PENDING
Hearing Time:   OST PENDING

1

142115079.1

I, Daniel Moses, declare under penalty of perjury as follows:

1. I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, except where stated as based upon information and belief, and if called upon to testify, could and would do so.

2. I make this Declaration in support of the *Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* (the "Motion")[1] filed by Cash Cloud, Inc. dba Coin Cloud ("Debtor").

3. I am a principal of Province, LLC ("Province") and Head of Province's Institutional Creditor Advisory Business. Our practice focuses on reorganization advisory services for secured lenders, bondholders and other creditor groups, in or out-of-court solutions, pre-packaged/prearranged chapter 11 bankruptcies and traditional chapter 11 processes. My team has been selected to participate in an array of complex chapter 11 cases, restructurings, liquidations, distressed financial transactions and traditional equity investments.

4. I reviewed a list of potential DIP financing candidates that might be appropriate given the Debtor's size and industry. I reached out to sixteen (16) potential lenders, all of whom responded, and seven (7) of whom signed NDAs and received access to the virtual data room.

5. Only two (2) parties offered term sheets, the DIP Lender and one other lender. The Debtor chose the DIP Lender term sheet for a number of reasons, including that it had a better rate, a similar fee structure, more flexible milestones, and a collateral package and covenants that align with the Debtor's business. Further, the DIP Lender has expertise in the cryptocurrency space, which will facilitate its working together with the Debtor.

6. During the process of negotiating the terms of the DIP Facility, the Debtor attempted to identify other sources of post-petition financing to determine whether it could obtain debtor in possession financing on better terms. However, given its current financial condition, financing

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

142115079.1

1  arrangements and capital structure, the Debtor has been unable to obtain financing on more favorable
2  terms than those provided in the DIP Facility Agreement.

3      I declare, under penalty of perjury of the laws of the United States of America, that the
4  foregoing statements are true and correct to the best of my knowledge, information and belief.

5      Executed this 8th day of February, 2023.

                        *Daniel Moses*
                        Daniel Moses

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

142115079.1