BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
   nkoffroth@foxrothschild.com
   zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

Electronically Filed February 8, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11<br><br>**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME FOR HEARING ON MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION SENIOR SECURED, SUPERPRIORITY FINANCING; (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS (THE "DIP MOTION")** |

As required by this Court, Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its proposed undersigned counsel, Fox Rothschild LLP, has contacted the parties listed below, concerning the *Application for Order Shortening Time for Hearing* (the "Application") on *Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims* (the "DIP Motion"), as indicated below:

1

142613889.1

| Contact Name | Date Contacted | Agree/ Disagree/ No Response | Contacted via Telephone/Fax/Email |
|---|---|---|---|
| Jared A. Day. *Trial Attorney for Tracy Hope Davis, Acting United States Trustee-Region 17 Office of the United States Trustee* | 02/08/2023 | Agree | Jared.A.Day@usdoj.gov |
| *Genesis Global Trading Inc.* | 02/08/2023 | No Response | ATsang@genesistrading.com |
| Enigma Securities Limited | 02/08/2023 | | blarsen@shea.law |
| Enigma Securities Limited | 02/08/2023 | | jshea@shea.law |
| Enigma Securities Limited | 02/08/2023 | | kwyant@shea.law |
| Enigma Securities Limited | 02/08/2023 | | glee@mofo.com |
| Enigma Securities Limited | 02/08/2023 | Agree | akissner@mofo.com |
| Genesis Global Capital LLC | 02/08/2023 | Agree | soneal@cgsh.com |
| Genesis Global Capital LLC | 02/08/2023 | No Response | mdweinberg@cgsh.com |
| AVT Nevada, L.P. | 02/08/2023 | No Response | cemery@avtechcapital.com |
| AVT Nevada, L.P. | 02/08/2023 | No Response | jrobertson@avtechcapital.com |

Pursuant to Rule 9006(a)(5) of the Local Bankruptcy Rules for the United States Bankruptcy Court, District of Nevada, Debtor anticipates that the time needed for a hearing on the Emergency First Day Motions is approximately 20 minutes.

DATED this 8th day of February 2023.

**FOX ROTHSCHILD LLP**

By: /s/Brett Axelrod
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

2

142613889.1