SYLVESTER & POLEDNAK, LTD.  
JEFFREY R. SYLVESTER, ESQ.  
Nevada Bar No. 4396  
1731 Village Center Circle  
Las Vegas, NV 89134  
Telephone: (702) 952-5200  
Email: Jeff@SylvesterPolednak.com  
*Attorneys for Interested Party CKDL Credit, LLC*

E-Filed: **February 9, 2023**

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> CASH CLOUD, INC., dba COIN CLOUD, <br><br> Debtor(s). | Case No.: BK-S-23-10423-mkn <br> Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND COPIES OF ALL FILED PLANS AND DISCLOSURE STATEMENTS
### [F.R.B.P. 9010(b), 2002 and 3017(a)]

Jeffrey R. Sylvester, Esq., of the law firm of Sylvester & Polednak, Ltd., attorneys for *Interested Party CKDL Credit, LLC* ("*Interested Party*"), hereby enters its appearance on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b) and pursuant to Bankruptcy Rule 2002 and 3017(a) hereby requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings by the Court, Debtor, or other parties in interest, including copies of all plans of reorganization and disclosure statements.

All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002, required to be mailed to Interested Party, pursuant to Bankruptcy Rule 2002, should be directed to:

JEFFREY R. SYLVESTER, ESQ.  
SYLVESTER & POLEDNAK, LTD.  
1731 Village Center Circle  
Las Vegas, Nevada 89134  
Email: Jeff@SylvesterPolednak.com

1

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on Interested Party, or (ii) constitute a waiver of any of the following rights of Interested Party:

(a) Right to have any and all final orders in any and all non-core matters entered only after <u>de novo</u> review by United States District Court Judge;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, notwithstanding the designation <u>val non</u> of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto Interested Party, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

DATED this 9th day of February, 2023.

**SYLVESTER & POLEDNAK, LTD.**

/s/ Jeffrey R. Sylvester
By: _____
Jeffrey R. Sylvester, Esq
1731 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Interested Party CKDL Credit, LLC*