Terri H. Didion, Assistant United States Trustee
State Bar #CA 133491
Jared A. Day, Trial Attorney
State Bar #CA 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, NV 89101
Telephone: (775) 784-5335
Fax: (775) 784-5531
E-mail: jared.a.day@usdoj.gov

Attorney for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**CASH CLOUD, INC dba COIN CLOUD,**<br><br>　　　　　Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

>Office of the United States Trustee
>Attn: Jared A. Day
>300 Booth Street, Suite 3009
>Reno, NV 89509
>Email: *jared.a.day@usdoj.gov*

Dated: February 9, 2023

　　　　　　　　　　　　　　　　　　　TRACY HOPE DAVIS
　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE

　　　　　　　　　　　　　　　　　　　/s/ *Jared A. Day*
　　　　　　　　　　　　　　　　　　　Trial Attorney