NVB 5075 (Rev. 3/22)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–23–10423–mkn |
| CASH CLOUD, INC.<br>　　dba COIN CLOUD | CHAPTER 11 |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **24** – Attorney Information Sheet for proposed for Order Shortening Time for Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)23 Motion for Order Shortening Time filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) |
| Filed On: | 2/8/23 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Case Number(s)

Dated: 2/9/23

*Mary A Schott*

Mary A. Schott
Clerk of Court

For additional information, please visit the court's web site at **https://www.nvb.uscourts.gov**