BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com

*[Proposed] Counsel for Debtor*

Electronically Filed February 9, 2023

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Chapter 11<br><br>**AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON FEBRUARY 10, 2023 AT 2:00 P.M.** |

Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its proposed undersigned counsel, Fox Rothschild LLP, hereby files this *Agenda Regarding Matters Scheduled for Hearing on February 10, 2023 at 2:00 p.m.*

**1.** *Emergency First Day Motion Pursuant to 11 U.S.C. § 521, Fed. R. Bankr. P. 1007 and Local Rule 1007 for Order Extending Time to File Schedules and Statement of Financial Affairs* (the "Schedules Motion") [ECF No. 03];

Related Documents:

A.  Omnibus Declaration of Christopher Andrew McAlary [ECF No. 19];
B.  Errata to Omnibus Declaration of Christopher Andrew McAlary [ECF No. 34]

1

142631266.1

2. *Emergency First Day Motion for An Order (1) Prohibiting Utilities from Altering, Refusing or Discontinuing Service; (2) Authorizing Ordinary Course Payments to Utilities; (3) Deeming Utilities Adequately Assured of Future Performance; and (4) Establishing Procedures for Determining Requests for Additional Adequate Assurance* ( the "<u>Utilities Motion</u>") [ECF No. 04];

   <u>Related Documents</u>:

   A. Omnibus Declaration of Christopher Andrew McAlary [ECF No. 19];
   B. *Errata* to Omnibus Declaration of Christopher Andrew McAlary [ECF No. 34]

3. *Emergency First Day Motion for Order Pursuant to 11 U.S.C. §§ 363, 1107 and 1108 (I) Authorizing Continued Use of Prepetition Bank Accounts; and (II) Granting Related Relief* (the "<u>Cash Management Motion</u>") [ECF No. 05];

   <u>Related Documents</u>:

   A. Omnibus Declaration of Christopher Andrew McAlary [ECF No. 19];
   B. Errata to Omnibus Declaration of Christopher Andrew McAlary [ECF No. 34]

4. *Emergency Motion for Interim and Final Orders: (I) Authorizing Debtor to Pay Prepetition Employee Wages and Benefits: and (II) Authorizing and Directing Financial Institutions to Honor Checks and Transfers Related to Such Obligations* (the "<u>Wage and Benefit Motion</u>") [ECF No. 06];

   <u>Related Documents</u>:

   A. Omnibus Declaration of Christopher Andrew McAlary [ECF No. 19];
   B. Errata to Omnibus Declaration of Christopher Andrew McAlary [ECF No. 34]

5. *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Payprepetition Vendor Liabilities and (II) Authorizing and Directing Financial Institutions to Receive, Process, Honor and Pay All Checks Issued Relating to Vendor Liabilities* (the "<u>Critical Vendor Motion</u>") [ECF No. 07];

   <u>Related Documents</u>:

   A. Omnibus Declaration of Christopher Andrew McAlary [ECF No. 19]; and
   B. *Errata* to Omnibus Declaration of Christopher Andrew McAlary [ECF No. 34]

142631266.1

6. *Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Maintain and Administer Customer Programs and Deposits; and (II) Honor Prepetition Obligations Related Thereto* (the "Customer Programs Motion") [ECF No. 08];

   Related Documents:

   A. Omnibus Declaration of Christopher Andrew McAlary [ECF No. 19];
   B. Errata to Omnibus Declaration of Christopher Andrew McAlary [ECF No. 34]

7. *Emergency First Day Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* (the "Tax Motion") [ECF No. 09];

   Related Documents:

   A. Omnibus Declaration of Christopher Andrew McAlary [ECF No. 19];
   B. Errata to Omnibus Declaration of Christopher Andrew McAlary [ECF No. 34]

8. *Emergency First Day Application for Order Authorizing Retention and Employment of Stretto, Inc. as Claims, Noticing, and Solicitation Agent Effective as of the Petition Date* ("Stretto Employment Application") [ECF No. 17].

   Related Documents:

   A. Omnibus Declaration of Christopher Andrew McAlary [ECF No. 19]; and
   B. Errata to Omnibus Declaration of Christopher Andrew McAlary [ECF No. 34];

///
///
///
///
///
///
///
///

142631266.1

Pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#. Copies of all pleadings are available at https://cases.stretto.com/CashCloud (the "Case Website").

DATED this 9th day of February 2023.

**FOX ROTHSCHILD LLP**

By:  /s/Brett Axelrod
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

142631266.1