Jeffrey R. Sylvester, Esq.
Nevada Bar Number 4396
SYLVESTER & POLEDNAK, LTD.
1731 Village Center Circle
Las Vegas, NV 89134
Tel: (702) 952-5200
Fax: (702) 952-5205
Email: jeff@SylvesterPolednak.com

*Attorneys for CKDL Credit, LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>CASH CLOUD, INC. dba COIN CLOUD<br><br><br><br>Debtor. | Case No. BK-23-10423-mkn<br>Chapter 11<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS COURT ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** |

Jordi Guso, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Miami, Florida.

2. That Petitioner is an attorney at law and through his professional corporation, a partner of the law firm of Berger Singerman LLP, with offices at 1450 Brickell Avenue, Suite 1900, Miami, FL 33131, (305) 755-9500.

3. That Petitioner has been retained personally or through his professional corporation, as a partner of the law firm by CKDL Credit, LLC to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since September 29, 1990, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Florida, where Petitioner regularly practices law.

11920153-1

5.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Name of Court | Date Admitted |
|---|---|
| State Bar of Florida | September 28, 1990 |
| United States District Court for the Southern District of Florida | May 21, 1992 |
| United States District Court for the Middle District of Florida | September 25, 1992 |
| United States District Court for the Northern District of Florida | July 14, 2000 |

6.    That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

7.    That Petitioner has never been denied admission to the State Bar of Nevada.

8.    That Petitioner is a member of good standing in the following Bar Associations: The Florida Bar.

9.    That Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 03/29/21 (Paul Steven Singerman, Esq.) | BK-19-50103-gs | U.S. Bankruptcy Court, District of Nevada | Granted |
| 03/29/21 (Ilyse M. Homer, Esq.) | BK-19-50103-gs | U.S. Bankruptcy Court, District of Nevada | Granted |
| 03/29/21 (Gavin C. Gaukroger, Esq.) | BK-19-50103-gs | U.S. Bankruptcy Court, District of Nevada | Granted |

10.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11920153-1

11.  Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.  Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: February 8, 2023

_____
Jordi Guso

STATE OF FLORIDA         )
COUNTY OF MIAMI-DADE     )

Jordi Guso, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

STATE OF FLORIDA         )
COUNTY OF MIAMI-DADE     )

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization, this ___8th___ day of February, 2023, by Jordi Guso, who is personally known to me or who has produced _____ as identification.

My commission expires:

_____
NOTARY PUBLIC, State of Florida
Print Name: Janette B. Diaz

[Notary Seal]

JANETTE B. DIAZ
MY COMMISSION # GG956100
EXPIRES: February 06, 2024

3

11920153-1

# EXHIBIT 1

# EXHIBIT 1

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,**   Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Jordi Guso**, Florida Bar # **863580**, was duly admitted to practice in this Court on **May 21, 1992**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on February 10, 2023.



*Court Administrator & Clerk of Court*