# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| CASH CLOUD, INC.[1] | Case No. 23-10423 (MKN) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Angela Tasi, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On February 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Emergency First Day Motion Pursuant to 11 U.S.C. § 521, Fed. R. Bankr. P. 1007 and Local Rule 1007 for Order Extending Time to File Schedules and Statement of Financial Affairs** (Docket No. 3)

- **Emergency Motion for Interim and Final Orders: (1) Prohibiting Utilities from Altering, Refusing or Discontinuing Service; (2) Authorizing Ordinary Course Payments to Utilities; (3) Deeming Utilities Adequately Assured of Future Performance; and (4) Establishing Procedures for Determining Requests for Additional Adequate Assurance** (Docket No. 4)

- **Emergency Motion for Interim and Final Orders (I) Authorizing Continued Use of Prepetition Bank Accounts; and (II) Granting Related Relief** (Docket No. 5)

- **Emergency Motion for Interim and Final Orders: (I) Authorizing Debtor to Pay Prepetition Employee Wages and Benefits; and (II) Authorizing and Directing Financial Institutions to Honor Checks and Transfers Related to Such Obligations** (Docket No. 6)

- **Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Prepetition Vendor Liabilities and (II) Authorizing and Directing Financial Institutions to Receive, Process, Honor and Pay All Checks Issued Relating to Vendor Liabilities** (Docket No. 7)

- **Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Maintain and Administer Customer Programs and Deposits; and (II) Honor Prepetition Obligations Related Thereto** (Docket No. 8)

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is 10190 Covington Cross Dive, Las Vegas, NV 89144.

- **Emergency First Day Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief** (Docket No. 9)

- **Emergency Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures** (Docket No. 10)

- **Emergency First Day Application for Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date** (Docket No. 13)

- **Emergency First Day Application for Order Authorizing Retention and Employment of Province, LLC as Debtor's Financial Advisor, Effective as of the Petition Date** (Docket No. 15)

- **Emergency First Day Application for Entry of an Order (A) Authorizing the Retention and Appointment of Stretto, Inc. as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief** (Docket No. 17)

- **Omnibus Declaration of Christopher Andrew Mcalary in Support of Emergency First Day Motions** (Docket No. 19)

- **Ex Parte Application for Order Shortening Time for Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 23)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 31)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 32)

- **Errata to (1) Emergency First Day Application for Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date [ECF No. 13]; and (2) Verified Statement of Brett A. Axelrod [ECF No. 14]** (Docket No. 33)

- **Errata to Omnibus Declaration of Christopher Andrew Mcalary in Support of Emergency First Day Motions [Ecf No. 19]** (Docket No. 34)

- **Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 35)

- **Declaration of Christopher Andrew Mcalary in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 36)

- **Declaration of Paul Huygens in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 37)

- **Declaration of Daniel Moses in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 38)

- **Ex Parte Application for Order Shortening Time for Hearing on Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 39)

Furthermore, on February 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **Emergency Motion for Interim and Final Orders (I) Authorizing Continued Use of Prepetition Bank Accounts; and (II) Granting Related Relief** (Docket No. 5)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 31)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 32)

Furthermore, on February 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on Surety Bank, Attn: Ryan James, Drew Gerhart, & Suzette Hill at rjames@mysuretybank.com, dgerhart@mysuretybank.com, and shill@mysuretybank.com:

- **Emergency First Day Motion Pursuant to 11 U.S.C. § 521, Fed. R. Bankr. P. 1007 and Local Rule 1007 for Order Extending Time to File Schedules and Statement of Financial Affairs** (Docket No. 3)

- **Emergency First Day Application for Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date** (Docket No. 13)

- **Emergency First Day Application for Order Authorizing Retention and Employment of Province, LLC as Debtor's Financial Advisor, Effective as of the Petition Date** (Docket No. 15)

- **Emergency First Day Application for Entry of an Order (A) Authorizing the Retention and Appointment of Stretto, Inc. as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief** (Docket No. 17)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 31)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 32)

- **Errata to (1) Emergency First Day Application for Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date [ECF No. 13]; and (2) Verified Statement of Brett A. Axelrod [ECF No. 14]** (Docket No. 33)

- **Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 35)

- **Declaration of Christopher Andrew Mcalary in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 36)

- **Declaration of Paul Huygens in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 37)

- **Declaration of Daniel Moses in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 38)

- **Ex Parte Application for Order Shortening Time for Hearing on Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 39)

Furthermore, on February 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit C**:

- **Emergency First Day Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief** (Docket No. 9)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 31)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 32)

Furthermore, on February 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit D**:

- **Emergency Motion for Interim and Final Orders: (1) Prohibiting Utilities from Altering, Refusing or Discontinuing Service; (2) Authorizing Ordinary Course Payments to Utilities; (3) Deeming Utilities Adequately Assured of Future Performance; and (4) Establishing Procedures for Determining Requests for Additional Adequate Assurance** (Docket No. 4)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 31)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 32)

Furthermore, on February 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on Accelerant Specialty Insurance, c/o Allegiance Underwriting Group, Inc, Attn:        Brian        Conroy        at bconroy@allegianceunderwriting.com and on Accelerant Specialty Insurance c/o Premier Claims Management, LLC at claims@premierclaimsllc.com:

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 31)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 32)

Furthermore, on February 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on CKDL Credit, LLC, c/o Berger Singerman LLP, Attn: Scott Jablonski, Mitchell W. Goldberg, and Jordi Guso, at jguso@bergersingerman.com, sjablonski@bergersingerman.com, mgoldberg@bergersingerman.com:

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 31)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 32)

- **Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 35)

- **Declaration of Christopher Andrew Mcalary in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 36)

- **Declaration of Paul Huygens in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 37)

- **Declaration of Daniel Moses in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 38)

- **Ex Parte Application for Order Shortening Time for Hearing on Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 39)

Furthermore, on February 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit E**:

- **Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Prepetition Vendor Liabilities and (II) Authorizing and Directing Financial Institutions to Receive, Process, Honor and Pay All Checks Issued Relating to Vendor Liabilities** (Docket No. 7)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 31)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 32)

Furthermore, on February 9, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit F**:

- **Emergency First Day Motion Pursuant to 11 U.S.C. § 521, Fed. R. Bankr. P. 1007 and Local Rule 1007 for Order Extending Time to File Schedules and Statement of Financial Affairs** (Docket No. 3)

- **Emergency Motion for Interim and Final Orders: (1) Prohibiting Utilities from Altering, Refusing or Discontinuing Service; (2) Authorizing Ordinary Course Payments to Utilities; (3) Deeming Utilities Adequately Assured of Future Performance; and (4) Establishing Procedures for Determining Requests for Additional Adequate Assurance** (Docket No. 4)

- **Emergency Motion for Interim and Final Orders (I) Authorizing Continued Use of Prepetition Bank Accounts; and (II) Granting Related Relief** (Docket No. 5)

- **Emergency Motion for Interim and Final Orders: (I) Authorizing Debtor to Pay Prepetition Employee Wages and Benefits; and (II) Authorizing and Directing Financial Institutions to Honor Checks and Transfers Related to Such Obligations** (Docket No. 6)

- **Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Prepetition Vendor Liabilities and (II) Authorizing and Directing Financial Institutions to Receive, Process, Honor and Pay All Checks Issued Relating to Vendor Liabilities** (Docket No. 7)

- **Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Maintain and Administer Customer Programs and Deposits; and (II) Honor Prepetition Obligations Related Thereto** (Docket No. 8)

- **Emergency First Day Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief** (Docket No. 9)

- **Emergency First Day Application for Entry of an Order (A) Authorizing the Retention and Appointment of Stretto, Inc. as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief** (Docket No. 17)

- **Declaration of Sheryl Betance in Support of Debtor's Emergency Application for Entry of an Order (A) Authorizing the Employment and Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief** (Docket No. 18)

- **Omnibus Declaration of Christopher Andrew Mcalary in Support of Emergency First Day Motions** (Docket No. 19)

- **Ex Parte Application for Order Shortening Time for Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 23)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 31)

- **Errata to Omnibus Declaration of Christopher Andrew Mcalary in Support of Emergency First Day Motions [Ecf No. 19]** (Docket No. 34)

- **Agenda Regarding Matters Scheduled for Hearing on February 10, 2023 at 2:00 P.M.** (Docket No. 49)

Furthermore, on February 9, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit G**:

- **Emergency Motion for Interim and Final Orders: (1) Prohibiting Utilities from Altering, Refusing or Discontinuing Service; (2) Authorizing Ordinary Course Payments to Utilities; (3) Deeming Utilities Adequately Assured of Future Performance; and (4) Establishing Procedures for Determining Requests for Additional Adequate Assurance** (Docket No. 4)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 31)

- **Agenda Regarding Matters Scheduled for Hearing on February 10, 2023 at 2:00 P.M.** (Docket No. 49)

Furthermore, on February 9, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit H**:

- **Emergency First Day Motion Pursuant to 11 U.S.C. § 521, Fed. R. Bankr. P. 1007 and Local Rule 1007 for Order Extending Time to File Schedules and Statement of Financial Affairs** (Docket No. 3)

- **Emergency First Day Application for Entry of an Order (A) Authorizing the Retention and Appointment of Stretto, Inc. as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief** (Docket No. 17)

- **Declaration of Sheryl Betance in Support of Debtor's Emergency Application for Entry of an Order (A) Authorizing the Employment and Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief** (Docket No. 18)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 31)

- **Agenda Regarding Matters Scheduled for Hearing on February 10, 2023 at 2:00 P.M.** (Docket No. 49)

Furthermore, on February 9, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit I**:

- **Emergency First Day Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief** (Docket No. 9)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 31)

- **Agenda Regarding Matters Scheduled for Hearing on February 10, 2023 at 2:00 P.M.** (Docket No. 49)

Furthermore, on February 9, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on The United States Trustee, Attn: Jared A. Day at jared.a.day@usdoj.gov, and on CKDL Credit, LLC, c/o Sylvester & Polednak, LTD., Attn: Jeffery R. Sylvester, Esq. at Jeff@sylvesterPolednak.com:

- **Emergency First Day Motion Pursuant to 11 U.S.C. § 521, Fed. R. Bankr. P. 1007 and Local Rule 1007 for Order Extending Time to File Schedules and Statement of Financial Affairs** (Docket No. 3)

- **Emergency Motion for Interim and Final Orders: (1) Prohibiting Utilities from Altering, Refusing or Discontinuing Service; (2) Authorizing Ordinary Course Payments to Utilities; (3) Deeming Utilities Adequately Assured of Future Performance; and (4) Establishing Procedures for Determining Requests for Additional Adequate Assurance** (Docket No. 4)

- **Emergency Motion for Interim and Final Orders (I) Authorizing Continued Use of Prepetition Bank Accounts; and (II) Granting Related Relief** (Docket No. 5)

- **Emergency Motion for Interim and Final Orders: (I) Authorizing Debtor to Pay Prepetition Employee Wages and Benefits; and (II) Authorizing and Directing Financial Institutions to Honor Checks and Transfers Related to Such Obligations** (Docket No. 6)

- **Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Prepetition Vendor Liabilities and (II) Authorizing and Directing Financial Institutions to Receive, Process, Honor and Pay All Checks Issued Relating to Vendor Liabilities** (Docket No. 7)

- **Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Maintain and Administer Customer Programs and Deposits; and (II) Honor Prepetition Obligations Related Thereto** (Docket No. 8)

- **Emergency First Day Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief** (Docket No. 9)

- **Emergency Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures** (Docket No. 10)

- **Emergency First Day Application for Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date** (Docket No. 13)

- **Emergency First Day Application for Order Authorizing Retention and Employment of Province, LLC as Debtor's Financial Advisor, Effective as of the Petition Date** (Docket No. 15)

- **Emergency First Day Application for Entry of an Order (A) Authorizing the Retention and Appointment of Stretto, Inc. as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief** (Docket No. 17)

- **Omnibus Declaration of Christopher Andrew Mcalary in Support of Emergency First Day Motions** (Docket No. 19)

- **Ex Parte Application for Order Shortening Time for Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 23)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 31)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 32)

- **Errata to (1) Emergency First Day Application for Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date [ECF No. 13]; and (2) Verified Statement of Brett A. Axelrod [ECF No. 14]** (Docket No. 33)

- **Errata to Omnibus Declaration of Christopher Andrew Mcalary in Support of Emergency First Day Motions [Ecf No. 19]** (Docket No. 34)

- **Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 35)

- **Declaration of Christopher Andrew Mcalary in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 36)

- **Declaration of Paul Huygens in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 37)

- **Declaration of Daniel Moses in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 38)

- **Ex Parte Application for Order Shortening Time for Hearing on Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 39)

Furthermore, on February 9, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit J**:

- **Verified Statement of Brett A. Axelrod in Support of Emergency First Day Application for Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date** (Docket No. 14)

- **Verified Statement of Paul Huygens in Support of Emergency First Day Application for Order Authorizing Retention and Employment of Province LLC as Debtor's Financial Advisor, Effective as of the Petition Date** (Docket No. 16)

- **Declaration of Sheryl Betance in Support of Debtor's Emergency Application for Entry of an Order (A) Authorizing the Employment and Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief** (Docket No. 18)

- **Notice of Entry of Order Shortening Time for Hearing on Debtor's Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims** (Docket No. 48)

- **Agenda Regarding Matters Scheduled for Hearing on February 10, 2023 at 2:00 P.M.** (Docket No. 49)

Furthermore, on February 9, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on Surety Bank, Attn: Ryan James, Drew Gerhart, & Suzette Hill at rjames@mysuretybank.com, dgerhart@mysuretybank.com, and shill@mysuretybank.com:

- **Emergency Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures** (Docket No. 10)

- **Verified Statement of Brett A. Axelrod in Support of Emergency First Day Application for Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date** (Docket No. 14)

- **Verified Statement of Paul Huygens in Support of Emergency First Day Application for Order Authorizing Retention and Employment of Province LLC as Debtor's Financial Advisor, Effective as of the Petition Date** (Docket No. 16)

- **Declaration of Sheryl Betance in Support of Debtor's Emergency Application for Entry of an Order (A) Authorizing the Employment and Retention of Stretto, Inc. as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief** (Docket No. 18)

- **Notice of Entry of Order Shortening Time for Hearing on Debtor's Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims** (Docket No. 48)

- **Agenda Regarding Matters Scheduled for Hearing on February 10, 2023 at 2:00 P.M.** (Docket No. 49)

Furthermore, on February 9, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on CKDL Credit, LLC, c/o Berger Singerman LLP, Attn: Scott Jablonski, Mitchell W. Goldberg, and Jordi Guso, at jguso@bergersingerman.com, sjablonski@bergersingerman.com, mgoldberg@bergersingerman.com:

- **Emergency First Day Motion Pursuant to 11 U.S.C. § 521, Fed. R. Bankr. P. 1007 and Local Rule 1007 for Order Extending Time to File Schedules and Statement of Financial Affairs** (Docket No. 3)

- **Emergency Motion for Interim and Final Orders: (1) Prohibiting Utilities from Altering, Refusing or Discontinuing Service; (2) Authorizing Ordinary Course Payments to Utilities; (3) Deeming Utilities Adequately Assured of Future Performance; and (4) Establishing Procedures for Determining Requests for Additional Adequate Assurance** (Docket No. 4)

- **Emergency Motion for Interim and Final Orders (I) Authorizing Continued Use of Prepetition Bank Accounts; and (II) Granting Related Relief** (Docket No. 5)

- **Emergency Motion for Interim and Final Orders: (I) Authorizing Debtor to Pay Prepetition Employee Wages and Benefits; and (II) Authorizing and Directing Financial Institutions to Honor Checks and Transfers Related to Such Obligations** (Docket No. 6)

- **Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Prepetition Vendor Liabilities and (II) Authorizing and Directing Financial Institutions to Receive, Process, Honor and Pay All Checks Issued Relating to Vendor Liabilities** (Docket No. 7)

- **Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Maintain and Administer Customer Programs and Deposits; and (II) Honor Prepetition Obligations Related Thereto** (Docket No. 8)

- **Emergency First Day Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief** (Docket No. 9)

- **Emergency Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures** (Docket No. 10)

- **Emergency First Day Application for Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date** (Docket No. 13)

- **Emergency First Day Application for Order Authorizing Retention and Employment of Province, LLC as Debtor's Financial Advisor, Effective as of the Petition Date** (Docket No. 15)

- **Emergency First Day Application for Entry of an Order (A) Authorizing the Retention and Appointment of Stretto, Inc. as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief** (Docket No. 17)

- **Omnibus Declaration of Christopher Andrew Mcalary in Support of Emergency First Day Motions** (Docket No. 19)

- **Ex Parte Application for Order Shortening Time for Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 23)

- **Errata to Omnibus Declaration of Christopher Andrew Mcalary in Support of Emergency First Day Motions [Ecf No. 19]** (Docket No. 34)

Furthermore, on February 9, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first class mail on the service list attached hereto as **Exhibit K**:

- **Emergency Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures** (Docket No. 10)

- **Emergency First Day Application for Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date** (Docket No. 13)

- **Verified Statement of Brett A. Axelrod in Support of Emergency First Day Application for Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date** (Docket No. 14)

- **Emergency First Day Application for Order Authorizing Retention and Employment of Province, LLC as Debtor's Financial Advisor, Effective as of the Petition Date** (Docket No. 15)

- **Verified Statement of Paul Huygens in Support of Emergency First Day Application for Order Authorizing Retention and Employment of Province LLC as Debtor's Financial Advisor, Effective as of the Petition Date** (Docket No. 16)

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Emergency First Day Motions and Limiting Notice Thereof** (Docket No. 32)

- **Errata to (1) Emergency First Day Application for Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date [ECF No. 13]; and (2) Verified Statement of Brett A. Axelrod [ECF No. 14]** (Docket No. 33)

- **Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 35)

- **Declaration of Christopher Andrew Mcalary in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 36)

- **Declaration of Paul Huygens in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 37)

- **Declaration of Daniel Moses in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 38)

- **Ex Parte Application for Order Shortening Time for Hearing on Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief** (Docket No. 39)

- **Notice of Entry of Order Shortening Time for Hearing on Debtor's Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims** (Docket No. 48)

Dated: February 10, 2023

    _/s/ Angela Tsai_
Angela Tsai
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 720-792-9194
Email: TeamCoinCloud@stretto.com

# **Exhibit A**



## Exhibit A
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| ACE Cash Express | Attn: Tino Tovo | ttovo@populusfinancial.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson | cemery@avtechcapital.com<br>jrobertson@avtechcapital.com |
| Brink's U.S. | | beau.anderson@brinksinc.com |
| Brink's U.S. | Attn: Beau Anderson | beau.anderson@brinksinc.com |
| Brink's U.S. | c/o Hirschler | BFalabella@hirschlerlaw.com |
| CALS Convenience Inc - Parent Account | Attn: Ray Harrison | Ray.Harrison@calscstores.com |
| Cennox Reactive Field Services | Attn: Heather Spence | us.svc.invoicing@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | ccarlyon@carlyoncica.com<br>dcica@carlyoncica.com<br>tosteen@carlyoncica.com |
| Cole Kepro | Attn: Andrew Cashin | info@colekepro.com |
| Deployment Logix Inc. | Attn: Ken Rogers | ken.rogers@deploymentlogix.com |
| EG America LLC | Attn: Dave Allen | David.allen@eg-america.com |
| Enigma Securities Limited | c/o Shea Larsen | kwyant@shea.law<br>blarsen@shea.law<br>jshea@shea.law |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | glee@mofo.com<br>akissner@mofo.com |
| EZ Blackhole | Attn: Edouard Chaltiel | echaltiel@victoireventures.com |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | baxelrod@foxrothschild.com<br>zwilliams@foxrothschild.com |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | soneal@cgsh.com<br>mdweinberg@cgsh.com |
| Genesis Global Trading Inc. | Attn: Andrew Tsang | ATsang@genesistrading.com |
| I Heart Media | | invoices@iheartmedia.com |
| I Heart Media | Attn: Roy Vann | invoices@iheartmedia.com |
| Loomis | | TJ.Niko@us.loomis.com |
| Loomis | Attn: TJ Niko | TJ.Niko@us.loomis.com |
| National Services, LLC | Attn: Stefanie Farmer | Stefanie.Farmer@nsa.bz |
| OptConnect | Attn: Chris Baird | chris.baird@optconnect.com |
| Spec's - Parent | Attn: Ryan Holder | rholder@specsonline.com |
| The Jimmerson Law Firm | Attn: Jim Jimmerson | jimmerson@jimmersonlawfirm.com |
| Thorntons LLC | Attn: Kim James | Kim.James@mythorntons.com |
| Trangistics Inc | | ar@trangistics.com |
| Trangistics Inc | Attn: Arlette Warner | ar@trangistics.com |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | Edward.M.McDonald@usdoj.gov<br>jared.a.day@usdoj.gov |
| Yesway | Attn: Derek Gaskins | derek.gaskins@yesway.com |

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| PeopleFirst Bank | Attn: Matt Bibo & Joseph Nowdomski | mbibo@peoplefirstbank.com<br>JNowdomski@peoplefirstbank.com |
| Surety Bank | Attn: Ryan James, Drew Gerhart & Suzette Hill | rjames@mysuretybank.com<br>dgerhart@mysuretybank.com<br>shill@mysuretybank.com |
| The Commercial Bank | Attn: Andy Thomas & Will Thornhill | athomas@thecommercialbank.net<br>wthornhill@thecommercialbank.net |

# **<u>Exhibit C</u>**



**Exhibit C**
Served via Electronic Mail

| Name | Attention | Email |
| --- | --- | --- |
| Christina McMurray, Tax A/C | | christina.mcmurray@randallcounty.gov |
| Christina McMurray, Tax A/C | | christina.mcmurray@randallcounty.gov |
| Duval County Tax Collector | Jim Overton | taxcollector@coj.net |
| Duval County Tax Collector | Jim Overton | taxcollector@coj.net |
| Kansas City MO Tax Administration | Attn: Business License Office | business.license@kcmo.org |
| Potter County Tax Assessor/Collector - Sherri Aylor | | pcto@co.potter.tx.us |
| Potter County Tax Assessor/Collector - Sherri Aylor | | pcto@co.potter.tx.us |
| Puerto Rico Bureau of Financial Institutions | Attn: Treasury Department | procuradordelcontribuyente@hacienda.pr.gov |
| State of Arkansas | Attn: Director | Bailey.Gibbs@dfa.arkansas.gov |
| State of Colorado | | DOR_TaxpayerService@state.co.us |
| State of Connecticut | | DRS@ct.gov <br> mark.boughton@po.state.ct.us |
| State of Delaware | | jennifer.noel@delaware.gov |
| State of Florida | Attn: General Counsel | EMAILDOR@FLORIDAREVENUE.COM |
| State of Georgia | | corporate.incometaxissues@dor.ga.gov |
| State of Hawaii | | Tax.Directors.Office@hawaii.gov |
| State of Idaho | | taxrep@tax.idaho.gov |
| State of Illinois | | REV.TA-BIT-WIT@illinois.gov |
| State of Kansas | | KDOR_tac@ks.gov |
| State of Kentucky | | businessregistration@kentucky.gov |
| State of Maine | | income.tax@maine.gov |
| State of Maryland | Attn: Comptroller of Maryland | taxhelp@marylandtaxes.gov |
| State of Michigan | | MIStateTreasurer@michigan.gov |
| State of Minnesota | | SALESUSE.TAX@STATE.MN.US |
| State of Missouri | | salesuse@dor.mo.gov |
| State of Montana | | DORCustomerAssistance@mt.gov |
| State of Nebraska | | tony.fulton@nebraska.gov |
| State of New Jersey | | taxation.director@treas.state.nj.us |
| State of North Carolina | | ronald.penny@ncdor.gov |
| State of North Dakota | | taxinfo@nd.gov |
| State of Oklahoma | | OTCMASTER@TAX.OK.GOV |
| State of Oregon | | directors.office@oregon.gov |
| State of Oregon | | questions.dor@oregon.gov |
| State of South Carolina | | director@dor.sc.gov |
| State of Texas | | glenn.hegar@cpa.texas.gov |
| State of Utah | | taxmaster@utah.gov |
| State of Wisconsin | | dorsecretary@revenue.wi.gov |
| State of Wyoming | | dor@wyo.gov |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)

# **<u>Exhibit D</u>**



**Exhibit D**

Served via Electronic Mail

| Name | Attention | Email |
|------|-----------|-------|
| AWS (Amazon Web Services) | Amazon.com Legal Department | abuse@amazonaws.com |
| AWS (Amazon Web Services) | | abuse@amazonaws.com |
| Las Vegas Valley Water District | | legal@lvwd.com |
| Las Vegas Valley Water District | | legal@lvwd.com |
| Lumen | | billing@lumen.com |
| Lumen | | billing@lumen.com |
| Republic Services | | legal@republicservices.com |
| Republic Services | | legal@republicservices.com |
| Republic Services #620 | | legal@republicservices.com |
| Ring Central | | legal@ringcentral.com |
| Ring Central | | legal@ringcentral.com |
| Southwest Gas | | anthony.sassi@swgas.com |
| Southwest Gas | | anthony.sassi@swgas.com |
| Verizon | Attn: Cendy Castro | Cendy.Castro@verizonwireless.com |

# Exhibit E



**Exhibit E**

Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| AWS (Amazon Web Services) | Amazon.com Legal Department | abuse@amazonaws.com |
| AWS (Amazon Web Services) | | abuse@amazonaws.com |
| Brink's U.S. | | beau.anderson@brinksinc.com |
| Brink's U.S. | c/o Hirschler | BFalabella@hirschlerlaw.com |
| Brink's U.S. | Attn: Beau Anderson | beau.anderson@brinksinc.com |
| Deployment Logix Inc. | Attn: Ken Rogers | ken.rogers@deploymentlogix.com |
| Lola Tech Limited | Nick Boni | nick@lola.tech |
| Loomis | Attn: TJ Niko | TJ.Niko@us.loomis.com |
| OptConnect | Attn: Chris Baird | chris.baird@optconnect.com |
| Oracle America, Inc | Ethan Masse | ethan.masse@oracle.com |
| PAC Armed LLC | Samson | info@pacarmed.com |
| Rochester Armored Car Co, Inc | Bill Shea | wpshea@rocarmco.com |
| Trangistics Inc | | ar@trangistics.com |
| Trangistics Inc | Attn: Arlette Warner | ar@trangistics.com |

# Exhibit F



**Exhibit F**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| ACE Cash Express | Attn: Tino Tovo | 300 E John Carpenter Fwy Ste 900 | | Huntington Park | TX | 75062 |
| American Express | Attn: Legal | 200 Vesey St | | New York | NY | 10285 |
| American Express | Attn: Legal | PO Box 981535 | | El Paso | TX | 79998 |
| AVT Nevada L.P. | Attn: Chris Emery Jared Robertson | 6995 Union Park Center | Suite 400 | Cottonwood Heights | UT | 84047 |
| Brink's U.S. | Attn: Legal | 1801 Bayberry Ct. | | Richmond | VA | 23226-8100 |
| Brink's U.S. | Attn: Beau Anderson | PO Box 101031 | | Atlanta | GA | 30392-1031 |
| Brink's U.S. | c/o Hirschler | 2100 East Cary St | Attn: Brittany B. Falabella | Richmond | VA | 23223-7078 |
| CALS Convenience Inc | Attn: Ray Harrison | 7460 Warren Pkwy | | Frisco | TX | 75034 |
| Cennox Reactive Field Services | Attn: Heather Spence | 3130 S. Delaware Ave | | Springfields | MO | 65804 |
| Chris McAlary | c/o Carlyon Cica Chtd. | 265 E. Warm Springs Road Suite 107 | Attn: C Carlyon D Cica & T O'Steen | Las Vegas | NV | 89119 |
| CKDL Credit  LLC | c/o Sylvester & Polednak  LTD. | 1731 Village Center Circle | Attn: Jeffery R. Sylvester  Esq. | Las Vegas | NV | 89134 |
| CKDL Credit  LLC | Berger Singerman LLP | 1450 Brickell Avenue | Attn: Jordi Guso | Miami | FL | 33131 |
| CKDL Credit  LLC | Berger Singerman LLP | 201 East Las Olas Blvd | Attn: S. Jablonski & M. Goldberg | Fort Lauderdale | FL | 33301 |
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | Box 551220 | Las Vegas | NV | 89155-1220 |
| Cole Kepro | Attn: Andrew Cashin | 4170-103 Distribution Circle | | North Las Vegas | NV | 89030 |
| Deployment Logix Inc. | Attn: Ken Rogers | 920 Twilight Peak Ave | | Henderson | NV | 89012 |
| EG America LLC | Attn: Dave Allen | 165 Flanders Rd | | Westborough | MA | 01581 |
| Enigma Securities Limited | c/o Shea Larsen | 1731 Village Center Cir Ste 150 | Attn: J Shea B Larsen & K Wyant | Las Vegas | NV | 89134 |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | 250 West 55th St | Attn: Gary Lee & Andrew Kissner | New York | NY | 10019-9601 |
| EZ Blackhole | Attn: Edouard Chaltiel | 480 NW Albemarle Terrace | | Portland | OR | 97210 |
| Fox Rothschild LLP | Attn: B Axelrod & Z Williams | 1980 Festival Plaza Drive | Suite 700 | Las Vegas | NV | 89135 |
| Franchise Tax Board | Attn: Legal | Bankruptcy Section  MS A340 | PO Box 2952 | Sacramento | CA | 95812-2952 |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | One Liberty Plaza | Attn Sean O'Neal & Michael Weinberg | New York | NY | 10006 |
| Genesis Global Trading Inc. | Attn: Andrew Tsang | 111 Town Square Place | Suite 1203 | Jersey City | NJ | 07310 |
| I Heart Media | Attn: Legal | 200 East Basse Road | | San Antonio | TX | 78209 |
| I Heart Media | Attn: Roy Vann | PO Box 98849 | | Chicago | IL | 60693 |
| Loomis | Attn: Legal | 2500 Citywest Blvd Suite 2300 | | Houston | TX | 77042 |
| Loomis | Attn: TJ Niko | Dept 0757 PO Box 120757 | | Dallas | TX | 75312 |
| National Services LLC | Attn: Stefanie Farmer | 315 Trane Dr | | Knoxville | TN | 37919 |
| OptConnect | Attn: Blake Barber | 854 West 450 North #4 | | Kaysville | UT | 84037 |
| Sectran Security Inc. | Attn: Legal | 7633 Industry Ave | | Pico Rivera | CA | 90660 |
| Sectran Security Inc. | Attn: Rony Ghaby | PO Box 227267 | | Los Angeles | CA | 90022 |
| Spec's - Parent | Attn: Ryan Holder | 1420 Kingwood Dr | | Kingwood | TX | 77339 |
| Texas Workforce Commission | Regulatory Integrity Division - SAU | 101 E. 15th Street | Room 556 | Austin | TX | 78778-0001 |
| The Jimmerson Law Firm | Attn: Jim Jimmerson | 415 S 6th St #100 | | Las Vegas | NV | 89101 |
| Thorntons LLC | Attn: Kim James | 2600 James Thornton Way | | Louisville | KY | 40245 |
| Trangistics Inc | Attn: Legal | 7555 Falcon Crest Dr Suite 27 | | Redmond | OR | 97756 |
| Trangistics Inc | Attn: Arlette Warner | PO Box 1750 | | Sisters | OR | 97759 |
| Two Farms Inc (d/b/a Royal Farms) | Attn: John Kemp | 3611 Roland Ave | | Baltimore | MD | 21211 |
| United States Trustee | Attn: Edward M. McDonald Jr. | 300 Booth Street Room 3009 | C. Clifton Young Federal Building | Reno | NV | 89509 |
| Yesway | Attn: Derek Gaskins | 138 Conant St Suite 3 | | Beverly | MA | 01915 |

# **Exhibit G**



**Exhibit G**

Served via Overnight Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| Cox Business | Attn: Legal | PO Box 1259 | Oaks | PA | 19456 |
| Cox Communications | Attn: Legal | PO Box 53262 | Phoenix | AZ | 85072-3262 |
| Cox Communications | Attn: Legal | 6205-B Peachtree Dunwoody Road NE | Atlanta | GA | 30328 |
| NV Energy | Attn: Legal | PO Box 30150 | Reno | NV | 89520-3150 |
| NV Energy | Attn: Legal | 6226 W. Sahara Ave. | Las Vegas | NV | 89146 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)

# **Exhibit H**



**Exhibit H**
Served via Overnight Mail

| Name | Attention | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Cole Kepro International  LLC. | Attn: Legal | 4170-103 DISTRIBUTION CIRCLE | North Las Vegas | NV | 89030 | |
| Corporation Service Company as Rep | Attn: Legal | 801 Adlai Stevenson Drive | Springfield | IL | 62703 | |
| Enigma Securities Limited | Attn: Legal | 30 Panton St, 6th Floor | London | | SW1Y 4AJ | United Kingdom |
| Prime Alliance Bank Inc | Attn: Legal | 1868 South 500 West | Woods Cross | UT | 84087 | |

# Exhibit I



**Exhibit I**

Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Bristol CT Assessor | Attn: Legal | 111 N. Main St | | Bristol | CT | 06010 | |
| Chatham County GA Tax Collector | Attn: Legal | 222 W Oglethorpe Ave #107 | | Savannah | GA | 31401 | |
| City of Merced CA | Attn: Legal | 678 W 18th St | | Merced | CA | 95340 | |
| Department of Banking and Finance | Attn: Legal | 2990 Brandywine Road | Suite 200 | Atlanta | GA | 30341 | |
| District of Columbia | Attn: Legal | 1101 4Th St. Sw # 270 | Office of Tax And Revenue | Washington | DC | 20024 | |
| Employment Development Dept | Attn: Legal | PO Box 989061 | | West Sacramento | CA | 95798-9061 | |
| Employment Development Dept | Attn: Legal | 3321 Power Inn Road Suite 220 | | Sacramento | CA | 95826 | |
| Florida Office of Financial Reg | Attn: Legal | 200 E. Gaines Street | | Tallahassee | FL | 32399 | |
| Glynn County | Occupation Tax Registration | 1725 Reynolds St. Ste 200 | | Brunswick | GA | 31520 | |
| Internal Revenue Service | Attn: Legal | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Iowa Division of Banking | Attn: Legal | 200 E. Grand Avenue | Suite 300 | Des Moines | IA | 50309 | |
| Jackson County Collector | Attn: Legal | P O Box 219747 | | Kansas City | MO | 64121-9747 | |
| Michelle Worth | Attn: Legal | PO Box 100 | 729 Maple Street | Hillsboro | MO | 63050 | |
| Nevada Financial Institutions Div | Attn: Legal | 1830 E. College Pkwy | Ste. 100 | Carson City | NV | 89706 | |
| New Mexico Reg & Licensing Dept | Attn: Legal | 2550 Cerrilos Rd. | Toney Anaya Building | Santa Fe | NM | 87505 | |
| New Mexico Reg & Licensing Dept | Attn: Legal | 5500 San Antonio Dr. | | Albuquerque | NM | 87109 | |
| Oregon Division of Financial Reg | Attn: Legal | PO Box 14480 | | Salem | OR | 97309 | |
| Oregon Division of Financial Reg | Attn: Legal | 350 Winter St. NE | Room 410 | Salem | OR | 97309 | |
| Puerto Rico Bureau of Fin Institut | Attn: Bankruptcy | PO Box 11855 | | San Juan | | 00910-3855 | Puerto Rico |
| Puerto Rico Bureau of Fin Institut | Attn: Bankruptcy | 1492 Ave. Ponce De Leon Suite 600 | Centro Europa Building | Santurce | | | Puerto Rico |
| Puerto Rico Bureau of Fin Institut | Attn: Treasury Department | PO Box 9024140 | | San Juan | PR | 00902-4140 | |
| Rhode Island Dept of Business Reg | Attn: Legal | 1511 Pontiac Avenue | | Cranston | RI | 02920 | |
| Roy City UT | Attn: Legal | 5051 S 1900 West | | Roy | UT | 84067 | |
| St Louis County Dept of Revenue | Collector of Revenue | PO Box 11491 | | Saint Louis | MO | 63105-0291 | |
| St Louis County Dept of Revenue | Collector of Revenue | 41 South Central | | Clayton | MO | 63105 | |
| State of Alabama | Alabama Department of Revenue | 50 N. Ripley | | Montgomery | AL | 36104 | |
| State of Alaska | Alaska Department of Revenue | P.O. Box 110400 | | Juneau | AK | 99811-0400 | |
| State of Arizona | Arizona Department of Revenue | PO Box 29085 | | Phoenix | AZ | 85038 | |
| State of California | State Board of Equalization | 450 N Street Mic:121 | | Sacramento | CA | 94279-0121 | |
| State of Indiana | Indiana Department of Revenue | 100 N. Senate Ave | | Indianapolis | IN | 46204 | |
| State of Iowa | Department of Revenue | 4Th Fl 1305 E. Walnut | Hoover State Office Building | Des Moines | IA | 50319 | |
| State of Louisiana | Dept of Revenue | 617 North Third St | | Baton Rouge | LA | 70802 | |
| State of Massachusetts | Massachusetts Department of Revenue | 100 Cambridge Street | | Boston | MA | 02114 | |
| State of Mississippi | Mississippi Department of Revenue | 500 Clinton Center Drive | | Clinton | MS | 39056 | |
| State of Nevada | Department of Taxation | 1550 College Parkway Suite 115 | | Carson City | NV | 89706 | |
| State of Nevada | Department of Taxation | 500 East Third Street | | Carson City | NV | 89713-0030 | |
| State of New Hampshire | Department of Revenue Admin | 109 Pleasant Street | Gov Hugh Gallen State Office Park | Concord | NH | 03301 | |
| State of New Jersey | New Jersey Division of Taxation | PO Box 281 | Revenue Processing Center | Trenton | NJ | 08695-0281 | |
| State of New Jersey | New Jersey Division of Taxation | PO Box 666 | Revenue Processing Center | Trenton | NJ | 08646-0666 | |
| State of New Mexico | New Mexico Tax And Revenue Dept | 1100 South St. Francis Drive | | Sante Fe | NM | 87504 | |
| State of New York | Dept. of Taxation And Finance | P.O. Box 5300 | Bankruptcy Section | Albany | NY | 12205-0300 | |
| State of Ohio | Ohio Department of Taxation | PO Box 530 | | Columbus | OH | 43216-0530 | |
| State of Ohio | Ohio Department of Taxation | 4485 Northland Ridge Blvd. | | Columbus | OH | 43229 | |
| State of Pennsylvania | Pennsylvania Dept. of Revenue | 1846 Brookwood St | | Harrisburg | PA | 17104 | |
| State of Rhode Island | Division of Taxation | One Capitol Hill | | Providence | RI | 02908 | |
| State of South Dakota | South Dakota Department of Revenue | 445 East Capitol Ave | | Pierre | SD | 57501-3185 | |
| State of Tennessee | Tennessee Department of Revenue | 500 Deaderick Street | Collection Services | Nashville | TN | 37242 | |
| State of Vermont | Vermont Department of Taxes | 133 State Street | | Montpelier | VT | 05633 | |
| State of Virginia | Virginia Department of Taxation | 1957 Westmoreland Street | | Richmond | VA | 23230 | |
| State of Washington | Depart of Revenue | PO Box 47473 | | Olympia | WA | 98504-7463 | |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)



**Exhibit I**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| State of West Virginia | West Virginia Department of Revenue | 1124 Smith Street | | Charleston | WV | 25301 | |
| Village of Palm Springs FL | Attn: Legal | 226 Cypress Lane | | Palm Springs | FL | 33461 | |
| Washington County Trustee | Attn: Legal | PO BOX 215 | | Jonesborough | TN | 37659 | |
| Washington County Trustee | Attn: Legal | 100 E Main Street | | Jonesborough | TN | 37659 | |
| Washington Dept of Fin Institutions | Attn: Legal | PO Box 41200 | | Olympia | WA | 98504 | |
| Washington Dept of Fin Institutions | Attn: Legal | 150 Israel Rd. SW | | Tumwater | WA | 98501 | |

# Exhibit J



**Exhibit J**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| ACE Cash Express | Attn: Tino Tovo | ttovo@populusfinancial.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson | cemery@avtechcapital.com<br>jrobertson@avtechcapital.com |
| Brink's U.S. | | beau.anderson@brinksinc.com |
| Brink's U.S. | Attn: Beau Anderson | beau.anderson@brinksinc.com |
| Brink's U.S. | c/o Hirschler | BFalabella@hirschlerlaw.com |
| CALS Convenience Inc - Parent Account | Attn: Ray Harrison | Ray.Harrison@calsstores.com |
| Cennox Reactive Field Services | Attn: Heather Spence | us.svc.invoicing@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | ccarlyon@carlyoncica.com<br>dcica@carlyoncica.com<br>tosteen@carlyoncica.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | jguso@bergersingerman.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | sjablonski@bergersingerman.com<br>mgoldberg@bergersingerman.com |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Jeff@sylvesterPolednak.com |
| Cole Kepro | Attn: Andrew Cashin | info@colekepro.com |
| Deployment Logix Inc. | Attn: Ken Rogers | ken.rogers@deploymentlogix.com |
| EG America LLC | Attn: Dave Allen | David.allen@eg-america.com |
| Enigma Securities Limited | c/o Shea Larsen | kwyant@shea.law<br>blarsen@shea.law<br>jshea@shea.law |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | glee@mofo.com<br>akissner@mofo.com |
| EZ Blackhole | Attn: Edouard Chaltiel | echaltiel@victoireventures.com |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | baxelrod@foxrothschild.com<br>zwilliams@foxrothschild.com |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | soneal@cgsh.com<br>mdweinberg@cgsh.com |
| Genesis Global Trading Inc. | Attn: Andrew Tsang | ATsang@genesistrading.com |
| I Heart Media | | invoices@iheartmedia.com |
| I Heart Media | Attn: Roy Vann | invoices@iheartmedia.com |
| Loomis | | TJ.Niko@us.loomis.com |
| Loomis | Attn: TJ Niko | TJ.Niko@us.loomis.com |
| National Services, LLC | Attn: Stefanie Farmer | Stefanie.Farmer@nsa.bz |
| OptConnect | Attn: Chris Baird | chris.baird@optconnect.com |
| Spec's - Parent | Attn: Ryan Holder | rholder@specsonline.com |
| The Jimmerson Law Firm | Attn: Jim Jimmerson | jimmerson@jimmersonlawfirm.com |
| Thorntons LLC | Attn: Kim James | Kim.James@mythorntons.com |
| Trangistics Inc | | ar@trangistics.com |
| Trangistics Inc | Attn: Arlette Warner | ar@trangistics.com |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | Edward.M.McDonald@usdoj.gov<br>jared.a.day@usdoj.gov |
| Yesway | Attn: Derek Gaskins | derek.gaskins@yesway.com |

# **<u>Exhibit K</u>**



**Exhibit K**
Served via First Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ACE Cash Express | Attn: Tino Tovo | 300 E John Carpenter Fwy Ste 900 | | Huntington Park | TX | 75062 | |
| American Express | | 200 Vesey St | | New York | NY | 10285 | |
| American Express | | PO Box 981535 | | El Paso | TX | 79998 | |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson | 6995 Union Park Center | Suite 400 | Cottonwood Heights | UT | 84047 | |
| Brink's U.S. | | 1801 Bayberry Ct. | | Richmond | VA | 23226-8100 | |
| Brink's U.S. | Attn: Beau Anderson | PO Box 101031 | | Atlanta | GA | 30392-1031 | |
| Brink's U.S. | c/o Hirschler | Attn: Brittany B. Falabella | 2100 East Cary St | Richmond | VA | 23223-7078 | |
| CALS Convenience Inc - Parent Account | Attn: Ray Harrison | 7460 Warren Pkwy | | Frisco | TX | 75034 | |
| Cennox Reactive Field Services | Attn: Heather Spence | 3130 S. Delaware Ave | | Springfields | MO | 65804 | |
| Chris McAlary | c/o Carlyon Cica Chtd. | Attn: Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. | 265 E. Warm Springs Road, Suite 107 | Las Vegas | NV | 89119 | |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Jordi Guso | 1450 Brickell Avenue | Miami | FL | 33131 | |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Scott Jablonski & Mitchell W. Goldberg | 201 East Las Olas Blvd | Fort Lauderdale | FL | 33301 | |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Attn: Jeffery R. Sylvester, Esq. | 1731 Village Center Circle | Las Vegas | NV | 89134 | |
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | Box 551220 | Las Vegas | NV | 89155-1220 | |
| Cole Kepro | Attn: Andrew Cashin | 4170-103 Distribution Circle | | North Las Vegas | NV | 89030 | |
| Cole Kepro International  LLC. | Attn: Legal | 4170-103 DISTRIBUTION CIRCLE | | North Las Vegas | NV | 89030 | |
| Corporation Service Company as Rep | Attn: Legal | PO BOX 2576 | | Springfield | IL | 62708 | |
| Corporation Service Company as Rep | Attn: Legal | 801 Adlai Stevenson Drive | | Springfield | IL | 62703 | |
| Deployment Logix Inc. | Attn: Ken Rogers | 920 Twilight Peak Ave | | Henderson | NV | 89012 | |
| EG America LLC | Attn: Dave Allen | 165 Flanders Rd | | Westborough | MA | 01581 | |
| Enigma Securities Limited | c/o Shea Larsen | Attn: James Shea, Esq., Bart Larsen, Esq., Kyle Wyant, Esq. | 1731 Village Center Cir, Ste 150 | Las Vegas | NV | 89134 | |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | Attn: Gary Lee & Andrew Kissner | 250 West 55th St | New York | NY | 10019-9601 | |
| Enigma Securities Limited | Attn: Legal | 30 Panton St | 6th Floor | London | | SW1Y 4AJ | United Kingdom |
| EZ Blackhole | Attn: Edouard Chaltiel | 480 NW Albemarle Terrace | | Portland | OR | 97210 | |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | 1980 Festival Plaza Drive, Suite 700 | | Las Vegas | NV | 89135 | |
| Franchise Tax Board | Bankruptcy Section, MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | Attn: Sean O'Neal & Michael Weinberg | One Liberty Plaza | New York | NY | 10006 | |
| Genesis Global Trading Inc. | Attn: Andrew Tsang | 111 Town Square Place | Suite 1203 | Jersey City | NJ | 07310 | |
| I Heart Media | | 200 East Basse Road | | San Antonio | TX | 78209 | |
| I Heart Media | Attn: Roy Vann | PO Box 98849 | | Chicago | IL | 60693 | |
| Loomis | | 2500 Citywest Blvd, Suite 2300 | | Houston | TX | 77042 | |
| Loomis | Attn: TJ Niko | Dept 0757 PO Box 120757 | | Dallas | TX | 75312 | |
| National Services, LLC | Attn: Stefanie Farmer | 315 Trane Dr | | Knoxville | TN | 37919 | |
| OptConnect | Attn: Chris Baird | 854 West 450 North #4 | | Kaysville | UT | 84037 | |
| Prime Alliance Bank Inc | Attn: Legal | 1868 South 500 West | | Woods Cross | UT | 84087 | |
| Sectran Security Inc. | | 7633 Industry Ave | | Pico Rivera | CA | 90660 | |
| Sectran Security Inc. | Attn: Rony Ghaby | PO Box 227267 | | Los Angeles | CA | 90022 | |
| Spec's - Parent | Attn: Ryan Holder | 1420 Kingwood Dr | | Kingwood | TX | 77339 | |
| Texas Workforce Commission | Regulatory Integrity Division - SAU | 101 E. 15th Street | Room 556 | Austin | TX | 78778-0001 | |
| The Jimmerson Law Firm | Attn: Jim Jimmerson | 415 S 6th St #100 | | Las Vegas | NV | 89101 | |
| Thorntons LLC | Attn: Kim James | 2600 James Thornton Way | | Louisville | KY | 40245 | |
| Trangistics Inc | | 7555 Falcon Crest Dr, Suite 27 | | Redmond | OR | 97756 | |
| Trangistics Inc | Attn: Arlette Warner | PO Box 1750 | | Sisters | OR | 97759 | |
| Two Farms Inc (d/b/a Royal Farms) | Attn: John Kemp | 3611 Roland Ave | | Baltimore | MD | 21211 | |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | C. Clifton Young Federal Building | 300 Booth Street, Room 3009 | Reno | NV | 89509 | |
| Yesway | Attn: Derek Gaskins | 138 Conant St Suite 3 | | Beverly | MA | 01915 | |