BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com

*[Proposed] Counsel for Debtor*

Electronically Filed February 10, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD<br><br>                    Debtor. | Case No.  BK-23-10423-MKN<br><br>Chapter 11<br><br>**DECLARATION OF CHRISTOPHER ANDREW MCALARY IN SUPPORT OF DEBTOR'S MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACT WITH B. RILEY SECURITIES, INC. PURSUANT TO 11 U.S.C. § 365(a)**<br><br>Hearing Date:   March 15, 2023<br>Hearing Time:   9:30 a.m. |

I, Christopher Andrew McAlary, declare as follows:

1. I am the Chief Executive Officer ("CEO") of Cash Cloud, Inc. dba Coin Cloud (the "Debtor" or "Cash Cloud"), debtor and debtor in possession in the above captioned chapter 11 case (the "Chapter 11 Case").

2. Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would

1

142603978.1

1  testify competently to the facts set forth in this Declaration.

2      3.    On February 7, 2023 (the "Petition Date"), the Debtor initiated its Chapter 11 Case by
3  filing a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the
4  "Bankruptcy Code").

5      4.    The Debtor intends to operate its business and manage its properties as debtor-in-
6  possession under section 1107(a) and 1108 of the Bankruptcy Code.

7      5.    I am advised by counsel that this Court has jurisdiction over this Chapter 11 Case
8  pursuant to 28 U.S.C. §§ 157 and 1334 and venue is proper in this United States Bankruptcy Court
9  for the District of Nevada pursuant to 28 U.S.C. §§ 1408 and 1409.

10     6.    Prepetition, on or about September 21, 2022, the Debtor entered into an agreement
11 with B. Riley Securities, Inc. ("B.Riley").  Under this agreement (the "B.Riley Agreement"), B.
12 Riley was engaged to provide financial advisory services to the Debtor relating to a financing
13 transaction, sale transaction, and/or a restructuring transaction. As part of this engagement, B.Riley
14 agreed to provide ongoing strategic advice.  In exchange, the Debtor was to provide financial
15 information to B.Riley as requested, and was also obligated to compensate B.Riley under the terms
16 of the B.Riley Agreement. In addition, under the B.Riley Agreement, the Debtor agreed to
17 indemnify B.Riley and its officers, directors, members, etc. from liability.  A true and correct copy
18 of the B. Riley Agreement is attached to the Motion as **Exhibit 2**.

19     7.    As CEO of the Debtor, I have determined, in my business judgment, that the B.Riley
20 Agreement is financially burdensome to the estate and is not necessary for the Debtor's operations
21 or beneficial to the Debtor. I believe that rejection of the B.Riley Agreement is in the best interest of
22 creditors.

23 I declare, under penalty of perjury of the laws of the United States of America, that the
24 foregoing statements are true and correct to the best of information, knowledge and belief.

25 Executed this 10th day of February, 2023 in Las Vegas, Nevada.

                              /s/*Christopher Andrew McAlary*
                              Christopher Andrew McAlary

142603978.1