BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

Electronically Filed February 10, 2023

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                              Debtor. | Case No. 23-10423-MKN<br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACT WITH B. RILEY SECURITIES, INC. PURSUANT TO 11 U.S.C. § 365(a)**<br><br>Hearing Date:    March 15, 2023<br>Hearing Time:    9:30 a.m.<br>Estimated Time for Hearing: 20 Minutes |

**PLEASE TAKE NOTICE** that on the 8th day of February, 2023, Cash Cloud, Inc. (the "Debtor"), by and through its counsel, filed a Motion For Entry Of Order Approving Rejection Of Executory Contract With B. Riley Securities, Inc. Pursuant To 11 U.S.C. § 365(a) (the "Motion").[1]

**NOTICE IS FURTHER GIVEN** that the Motion is available at https://cases.stretto.com/CashCloud (the "Case Website"). Copies of the Motion may also be obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal, Telephone: (702) 262-6899.

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

1

142605548.1

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> <u>If you do not file a written response</u> with the court, or <u>if you do not serve your written response</u> on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on **March 15, 2023,** at the hour of **9:30 a.m. prevailing Pacific time**. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.

Dated this 10th day of February, 2023.    **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

142605548.1