United States Bankruptcy Court
District of Nevada

In re:                                                                                  Case No. 23-10423-mkn
CASH CLOUD, INC.                                                        Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2                                 User: admin                                              Page 1 of 2
Date Rcvd: Feb 08, 2023                         Form ID: ndef11ni                                 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + CASH CLOUD, INC., 10190 COVINGTON CROSS DRIVE, LAS VEGAS, NV 89144-7044 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BART K. LARSEN | on behalf of Creditor Enigma Securities Limited BLARSEN@SHEA.LAW  3542839420@filings.docketbird.com |
| BRETT A. AXELROD | on behalf of Plaintiff CASH CLOUD  INC., dba COIN CLOUD baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com |
| BRETT A. AXELROD | on behalf of Debtor CASH CLOUD  INC. baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com |
| CHAPTER 11 - LV | USTPRegion17.lv.ecf@usdoj.gov |
| JEANETTE E. MCPHERSON | on behalf of Plaintiff CASH CLOUD  INC., dba COIN CLOUD JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com |

District/off: 0978-2                              User: admin                                    Page 2 of 2
Date Rcvd: Feb 08, 2023                          Form ID: ndef11ni                               Total Noticed: 1

U.S. TRUSTEE - LV - 11
                          USTPRegion17.lv.ecf@usdoj.gov

ZACHARY WILLIAMS
                          on behalf of Plaintiff CASH CLOUD  INC., dba COIN CLOUD zwilliams@foxrothschild.com,
                          ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com

TOTAL: 7

NVB 1007−4 (Rev. 3/22)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                               BK−23−10423−mkn
                                                     CHAPTER 11
CASH CLOUD, INC.
    dba COIN CLOUD

                                                     NOTICE OF INCOMPLETE
                        Debtor(s)                    AND/OR DEFICIENT FILING

_____

**NOTICE IS GIVEN** that the above debtor(s) filed a voluntary petition on 2/7/23. Pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules for the District of Nevada, the Clerk has noted deficiencies to the petition and/or schedules and statements of this debtor(s) as listed below. This Notice advises the debtor(s) of deficiencies noted by the Clerk in the filing of the Voluntary Petition and related documents. This Notice does not cover all duties and requirements a debtor must perform, and there may be other deficiencies not noted below. **Failure to cure the deficiencies within the time allowed by law or by an extension granted by court order may result in the dismissal of this case.**

<u>SCHEDULES, STATEMENTS AND CERTIFICATIONS:</u>

*      The following schedules, required pursuant to Fed. R. Bankr. P. 1007 and LR 1007, were not filed with the Voluntary Petition:
  *      Summary of Assets and Liabilities for Non−Individuals (Official Form 206Sum)
  *      Schedule A/B: Property (Official Form 206A/B)
  *      Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
  *      Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
  *      Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
  *      Schedule H: Codebtors (Official Form 206H)
*      The Statement of Financial Affairs for Non−Individuals Filing for Bankruptcy (Official Form 207), required pursuant to LR 1007(b) and (c), was not filed with the Voluntary Petition.

<u>DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S):</u>

*      Pursuant to Fed. R. Bankr. P. 2016(b), the attorney for the debtor(s) has failed to file a Disclosure of Compensation (Form 2030) as required by 11 U.S.C. Section 32.

<u>LIST OF CREDITORS AND EQUITY SECURITY HOLDERS:</u>

*      Pursuant to Fed. R. Bankr. P. 1007(a) and LR 1007(b), the voluntary petition was not accompanied by a list containing the names and addresses of the debtor's creditors. In addition, the debtor(s) has not filed a schedule of liabilities.
*      Pursuant to Fed. R. Bankr. P. 1007(a)(3), the debtor(s) failed to file a list of equity security holders.

<u>DECLARATION RE: ELECTRONIC FILING:</u>

*

The debtor(s) failed to file a Declaration under penalty of perjury re: Electronic Filing pursuant to LR 5005, and Electronic Filing Procedures, or has failed to include a proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and LR 5005.

**NOTICE IS FURTHER GIVEN** that the Federal Rules of Bankruptcy Procedure, Local Rules and Electronic Filing Procedures are available on the court's web site at http://www.nvb.uscourts.gov.

Dated: 2/8/23

*Mary A Schott*

Mary A. Schott
Clerk of Court