United States Bankruptcy Court
District of Nevada

In re:  
CASH CLOUD, INC.  
Debtor

Case No. 23-10423-mkn  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0978-2 | User: admin | Page 1 of 2
Date Rcvd: Feb 08, 2023 | Form ID: nverpet | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

**Recip ID          Recipient Name and Address**
+ MORRISON & FOERSTER LLP, Gary Lee, Esq, Andrew Kissner, Esq., 250 West 55th Street, NEW YORK, NY 10019-9710

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 10, 2023           Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:

**Name**                         **Email Address**

BART K. LARSEN
                                 on behalf of Creditor Enigma Securities Limited BLARSEN@SHEA.LAW  3542839420@filings.docketbird.com

BRETT A. AXELROD
                                 on behalf of Plaintiff CASH CLOUD  INC., dba COIN CLOUD baxelrod@foxrothschild.com,
                                 pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD
                                 on behalf of Debtor CASH CLOUD  INC. baxelrod@foxrothschild.com,
                                 pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

CHAPTER 11 - LV
                                 USTPRegion17.lv.ecf@usdoj.gov

JEANETTE E. MCPHERSON
                                 on behalf of Plaintiff CASH CLOUD  INC., dba COIN CLOUD JMcPherson@FoxRothschild.com,
                                 ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 08, 2023 | Form ID: nverpet | Total Noticed: 1 |

U.S. TRUSTEE - LV - 11
    USTPRegion17.lv.ecf@usdoj.gov

ZACHARY WILLIAMS
    on behalf of Plaintiff CASH CLOUD  INC., dba COIN CLOUD zwilliams@foxrothschild.com, ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com

TOTAL: 7

NVB 10−2(b) (Rev. 9/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−23−10423−mkn<br>CHAPTER 11 |
| CASH CLOUD, INC.<br>    dba COIN CLOUD | |
| Debtor(s) | NOTIFICATION OF VERIFIED<br>PETITION REQUIREMENT |

**NOTICE IS GIVEN** that the following document was recently filed:

*11 −* Notice of Appearance CREDITOR ENIGMA SECURITIES LIMITEDS NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE IN BANKRUPTCY PROCEEDING with Certificate of Service Filed by BART K. LARSEN on behalf of Enigma Securities Limited (LARSEN, BART)

In accordance with LR IA 11−2, "An attorney who is not a member of the bar of this court, who has been retained or appointed to appear in a particular case may do so only with the permission of the court." Application for such permission shall be by verified petition on the form furnished by the clerk and the required admission fee. An attorney whose verified petition is pending shall take no action in the case beyond filing the first pleading or motion. In bankruptcy cases, attorneys shall have fourteen (14) days after their first appearance to comply with the provisions. Failure to comply timely with this rule may result in the striking of any and all documents previously filed by such attorney, the imposition of other sanctions, or both.

LR IA 11−3 addresses the requirements for government attorneys.

The required forms for verified petition and designation of local counsel can be found at our web site www.nvb.uscourts.gov.

The filing of a Notice of Appearance in a case requires the filing of a Verified Petition and Designation of Local Counsel along with the required fee. Payments made in cash are not accepted. If you were only interested in receiving notice in a case, the Notice of Appearance is not the appropriate document to be filed with the court. A Notice to Withdraw the Notice of Appearance will need to be filed and then file a Request for Special Notice.

Dated: 2/8/23

*Mary A. Schott*

Mary A. Schott
Clerk of Court