E-filed: February 13, 2023

Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
bgriffith@swlaw.com
cgianelloni@swlaw.com

*Attorneys for Genesis Global Holdco, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. 23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Genesis Global Holdco, LLC, by and through its undersigned counsel:

      Robert R. Kinas, Esq.
      Blakeley E. Griffith, Esq.
      Charles E. Gianelloni, Esq.
      SNELL & WILMER L.L.P.
      3883 Howard Hughes Parkway, Suite 1100
      Las Vegas, Nevada 89169

hereby formally appears and requests that all notices, demand for notices, and copies of any and all filings and/or hearings in either the above-captioned proceeding or in any contested matter or adversary proceeding therein or related thereto be provided to Snell & Wilmer L.L.P. at the address

///

///

///

///

4880-3561-0960

listed above; that this request shall remain a continuing request; and that Snell & Wilmer L.L.P. be added to the master mailing matrix.

DATED this 13th day of February 2023.    SNELL & WILMER L.L.P.

/s/ RB Kinas
Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Genesis Global Holdco, LLC*

- 2 -

4880-3561-0960