SYLVESTER & POLEDNAK, LTD.  
JEFFREY R. SYLVESTER, ESQ.  
Nevada Bar No. 4396  
1731 Village Center Circle  
Las Vegas, NV 89134  
Telephone: (702) 952-5200  
Email: Jeff@SylvesterPolednak.com  
*Attorneys for Interested Party CKDL Credit, LLC*

E-Filed: February 13, 2023

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

In re:

CASH CLOUD, INC., dba COIN CLOUD,

Debtor(s).

Case No.: BK-S-23-10423-mkn  
Chapter 11

## DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

The undersigned, attorney of record for Interested Party CKDL Credit, LLC, has submitted to the Court a *"Verified Petition for Permission to Practice in this Case Only."* [ECF No. 51]. Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, (s)he believes it to be in the best interests of the client(s) to designate Jeffrey R. Sylvester, Esq., attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

Jeffrey R. Sylvester, Esq.  
SYLVESTER & POLEDNAK, LTD.  
Nevada Bar No. 4396  
1731 Village Center Circle  
Las Vegas, NV 89134  
Telephone: (702) 952-5200  
Email: Jeff@SylvesterPolednak.com

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated

1

local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

/s/ [signature]

JORDI GUSO, ESQ.
*Counsel for Interested Party CKDL Credit, LLC*

### CONSENT TO DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

/s/ *Jeffrey R. Sylvester*

Jeffrey R. Sylvester, Esq.
*Counsel for Interested Party CKDL Credit, LLC*

### APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party(ies) appoint(s) Jeffrey R. Sylvester, Esq., as their Designated Nevada Counsel in this case.

/s/ *John Crane*

CKDL Credit, LLC

By: John Crane

Its: President

2