E-filed: February 13, 2023

Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: rkinas@swlaw.com
          bgriffith@swlaw.com
          cgianelloni@swlaw.com

*Attorneys for Genesis Global Holdco, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC., dba COIN CLOUD,<br><br>Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I served a true and correct copy of the *Notice of Appearance and Request for Notice* [ECF No. 67 for Snell & Wilmer L.L.P., attorneys for Genesis Global Holdco, LLC in the above matter, via the following means, on the date specified, to the persons as listed below:

**VIA THE COURT'S CM/ECF SYSTEM (February 13, 2023):**

See filing receipt for ECF No. 67 attached as **Exhibit 1**.

**VIA U.S. MAIL (postage fully pre-paid) (February 13, 2023):**

STATE OF NEVADA
DEPT OF EMPLOYMENT, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 E THIRD ST
CARSON CITY NV 89713-0001

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

NEVADA DEPT OF TAXATION
BANKRUPTCY SECTION
555 E WASHINGTON AVE #1300
LAS VEGAS NV 89101-1046

4865-8048-1872

| | |
|---|---|
| 1 | |
| 2 | GENESIS GLOBAL TRADING INC<br>111 TOWN SQUARE PL STE 1203<br>JERSEY CITY NJ 07310 |
| 3 | |
| 4 | COLE KEPRO<br>4170-103 DISTRIBUTION CIR<br>NORTH LAS VEGAS NV 89030 |
| 5 | |
| 6 | BRINK'S US<br>PO BOX 101031<br>ATLANTA GA 30392-1031 |
| 7 | |
| 8 | EZ BLACKHOLE<br>480 NW ALBEMARLE TERRACE<br>PORTLAND OR 97210 |
| 9 | |
| 10 | EG AMERICA LLC<br>165 FLANDERS RD<br>WESTBOROUGH MA 01581 |
| 11 | |
| 12 | NATIONAL SERVICES, LLC<br>315 TRANE DR<br>KNOXVILLE TN 37919 |
| 13 | |
| 14 | OPTCONNECT<br>854 W 450 N #4<br>KAYSVILLE UT 84037 |
| 15 | |
| 16 | CENNOX REACTIVE FIELD SERVICES<br>3130 S DELAWARE AVE<br>SPRINGFIELD MO 65804 |
| 17 | |
| 18 | YESWAY<br>138 CONANT ST STE 3<br>BEVERLY MA 01915 |
| 19 | |
| 20 | LOOMIS<br>DEPT 0757<br>PO BOX 120757<br>DALLAS TX 75312 |
| 21 | |
| 22 | AMERICAN EXPRESS<br>PO BOX 981535<br>EL PASO TX 79998 |
| 23 | |
| 24 | TWO FARMS INC<br>D/B/A ROYAL FARMS<br>3611 ROLAND AVE<br>BALTIMORE MD 21211 |
| 25 | |
| 26 | THORNTONS<br>2600 JAMES THORNTON WAY<br>LOUISVILLE KY 40245 |
| 27 | |
| 28 | |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4865-8048-1872

```
 1   ACE CASH EXPRESS
     300 E JOHN CARPENTER FWY STE 900
 2   HUNTINGTON PARK TX 75062

 3   TRANGISTICS INC
     PO BOX 1750
 4   SISTERS OR 97759

 5   THE JIMMERSON LAW FIRM
     415 S 6TH ST #100
 6   LAS VEGAS NV 89101

 7   SECTRAN SECURITY INC
     PO BOX 227267
 8   LOS ANGELES CA 90022

 9   I HEART MEDIA
     PO BOX 98849
10   CHICAGO IL 60693

11   SPEC'S – PARENT
     1420 KINGWOOD DR
12   KINGWOOD TX 77339

13   DEPLOYMENT LOGIX INC
     920 TWILIGHT PEAK AVE
14   HENDERSON NV 89012
```

16  I declare under penalty of perjury that the foregoing is true and correct.

17  DATED this 13th day of February 2023.

*Jill Math*
Jill Math

Snell & Wilmer L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 3 -

4865-8048-1872

# EXHIBIT 1

# EXHIBIT 1

**Miscellaneous:**

[23-10423-mkn CASH CLOUD, INC.](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: mkn | Case Flag: PlnDue, BAPCPA |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ROBERT R. KINAS entered on 2/13/2023 at 10:58 AM PST and filed on 2/13/2023

**Case Name:** CASH CLOUD, INC.
**Case Number:** [23-10423-mkn](#)
**Document Number:** [67](#)

**Docket Text:**
Notice of Appearance , Request for Special Notice Filed by ROBERT R. KINAS on behalf of GENESIS GLOBAL HOLDCO, LLC (KINAS, ROBERT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** NOA - Genesis Global Holdco-Cash Cloud.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/13/2023] [FileNumber=34887702-0
] [85effdab7ab368d32db280388bd4ba0269382295b2b9e6edd4fc833904ccc6f34e0
880d5c513d41b2c309f3256ec3952f9587b06eef908e6f6490560d9563ddc]]

**23-10423-mkn Notice will be electronically mailed to:**

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com

BART K. LARSEN on behalf of Creditor Enigma Securities Limited
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
jshea@shea.law, blarsen@shea.law;support@shea.law

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

ZACHARY WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
zwilliams@foxrothschild.com, ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com

**23-10423-mkn Notice will not be electronically mailed to:**

JARED A. DAY on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
OFFICE OF THE US TRUSTEE
300 BOOTH ST #3009
RENO, NV 89509

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited

MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

LAW OFFICE OF SHEA LARSEN on behalf of Creditor Enigma Securities Limited
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

GARY LEE on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134