_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
February 14, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINES TO RESPOND TO DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION SENIOR SECURED, SUPERPRIORITY FINANCING; (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS**<br><br>Hearing Date:  February 15, 2023<br>Hearing Time:  10:30 a.m. |

1

142739221.1

Upon consideration of the Stipulation Between Cash Cloud, Inc. ("Debtor"), CKDL Credit, LLC and OptConnect to Extend Deadlines to Respond to Debtor's Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims [ECF No. 78];

**IT IS HEREBY ORDERED** that the Stipulation, a copy of which is attached hereto as Exhibit A, is APPROVED; and

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:    /s/Brett A. Axelrod
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

# # #

142739221.1

**EXHIBIT A**

3

142739221.1

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
[Proposed] Counsel for Debtor

Electronically Filed February 13, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                  Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND DEADLINES TO RESPOND TO DEBTOR'S' MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION SENIOR SECURED, SUPERPRIORITY FINANCING; (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS**<br><br>Hearing Date: February 15, 2023<br>Hearing Time: 10:30 a.m. |

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its proposed counsel, Fox Rothschild LLP, CKDL Credit, LLC ("CKDL") by and through its counsel, Berger Singermann LLP, and OptConnect ("OptConnect", and together with CKDL and the Debtor, the "Parties"), by and through its counsel Dechert LLP, stipulate and agree as follows (the "Stipulation"):

1

142734736.2

**RECITALS**

A.   WHEREAS, on February 7, 2023 (the "Petition Date"), Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada (the "Court"), commencing the chapter 11 case (the "Chapter 11 Case");

B.   WHEREAS, on February 8, 2023, Debtor filed a *Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [ECF No. 35] (the "DIP Motion");

C.   WHEREAS, on February 13, 2023, Debtor filed a *Notice of Filing Revised (1) Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* (the "Revised DIP Motion") *and (2) Interim Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Grant Adequate Protection and (II) Scheduling Final Hearing* (the "Proposed DIP Interim Order") [ECF No. 75]

D.   WHEREAS, the hearing date for the DIP Motion and Revised DIP Motion is set for February 15, 2023, at 10:30 a.m. Pacific Time (the "Hearing Date");

E.   WHEREAS, the deadline to file Oppositions to the DIP Motion and Revised DIP Motion is February 13, 2023;

F.   WHEREAS, Debtor's deadline to file a Reply is 5:00 p.m. Pacific Time on February 14, 2023; and

G.   WHEREAS, the Parties desire to extend OptConnect's Opposition deadline and the respective Debtor's Reply deadline.

2

142734736.2

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that OptConnect's deadline to object to Debtor's DIP Motion, as amended by the Revised DIP Motion, is extended to 12:00 p.m. Pacific Time on February 14, 2023; and

IT IS FURTHER STIPULATED AND AGREED that Debtor's deadline to file a Reply to OptConnect's Objection, if any, is extended to midnight on February 14, 2023.

Dated this 13th day of February 2013.

**FOX ROTHSCHILD LLP**

By: /s/Brett A. Axelrod
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

**BERGER SINGERMAN LLP**

By: /s/Jordi Guso
    JORDI GUSO, ESQ.
    1450 Brickell Avenue
    Miami, Florida 33131
*Counsel for CKDL Credit, LLC*

**DECHERT LLP**

By: /s/Craig P. Druehl
    CRAIG P. DRUEHL, ESQ.
    Three Bryant Park
    1095 Avenue of the Americas
    New York, New York 10036-6797
*Counsel for OptConnect*

142734736.2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)