

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 14, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-23-10423-mkn |
| | Chapter 11 |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER ESTABLISHING CERTAIN CASE MANAGEMENT, NOTICE AND ADMINISTRATIVE PROCEDURES [ECF No. 10]** |
| Debtor. | Old Hearing Date:  February 15, 2023<br>Old Hearing Time:  10:30 a.m.<br><br>**New Hearing Date:  March 17, 2023**<br>**New Hearing Time: 9:30 a.m.** |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

142776013.1

1

Upon consideration of the *Stipulation to Continue Hearing on Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures [ECF No. 10]* [ECF No. 82] (the "Stipulation");

**IT IS HEREBY ORDERED** that the Stipulation, a copy of which is attached hereto as Exhibit A, is APPROVED; and

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:  /s/Brett A. Axelrod
      BRETT A. AXELROD, ESQ.
      Nevada Bar No. 5859
      NICHOLAS A. KOFFROTH, ESQ.
      Nevada Bar No. 16264
      ZACHARY T. WILLIAMS, ESQ.
      Nevada Bar No. 16023
      1980 Festival Plaza Drive, Suite 700
      Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

142776013.1

**EXHIBIT A**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

142776013.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

Electronically Filed February 14, 2023

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

CASH CLOUD, INC.,
dba COIN CLOUD,

Debtor.

Case No. BK-23-10423-mkn

Chapter 11

**STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER ESTABLISHING CERTAIN CASE MANAGEMENT, NOTICE AND ADMINISTRATIVE PROCEDURES [ECF No. 10];**

Hearing Date:   February 15, 2023
Hearing Time:  10:30 a.m.

142756443.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its proposed counsel, Fox Rothschild LLP and the United States Trustee ("UST", and together with the Debtor, the "Parties"), stipulate and agree as follows (the "Stipulation"):

## RECITALS

A.    WHEREAS, on February 7, 2023 (the "Petition Date"), Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada (the "Court"), commencing the chapter 11 case (the "Chapter 11 Case");

B.    WHEREAS, on February 8, 2023, Debtor filed a *Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures* [ECF No. 10] (the "Case Management Procedures Motion");

C.    WHEREAS, on February 14, 2023, the UST filed an Objection and Reservation of Rights to Debtor's *Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures* [ECF No. 75];

D.    WHEREAS, the hearing date for the Case Management Procedures Motion is set for February 15, 2023, at 10:30 a.m. Pacific Time (the "Hearing Date");

E.    WHEREAS, Debtor's deadline to file a Reply is 5:00 p.m. Pacific Time on February 14, 2023; and

F.    WHEREAS, the Parties desire to continue the hearing date to March 17, 2023 at 9:30 a.m. and Debtor's reply deadline to March 10, 2023.

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that the hearing on the Case Management Procedures Motion shall be continued to March 17, 2017 at 9:30 a.m.; and

142756443.1

1    IT IS FURTHER STIPULATED AND AGREED that Debtor's deadline to file a Reply to the

2  UST Objection, is extended to March 10, 2023.

3    Dated this 14th day of February 2013.

4    **FOX ROTHSCHILD LLP**                          **OFFICE OF THE UNITED STATES TRUSTEE**

5    By:  */s/Brett A. Axelrod*

6       BRETT A. AXELROD, ESQ.                 By:  */s/Jared A. Day*
         Nevada Bar No. 5859                         JARED A. DAY,
7       NICHOLAS A. KOFFROTH, ESQ.              Trial Attorney
         Nevada Bar No. 16264                       U.S. Department of Justice
8       ZACHARY T. WILLIAMS, ESQ.               Office of the U.S. Trustee, Region 17
         Nevada Bar No. 16023                       300 Booth Street, Suite 3009
9       1980 Festival Plaza Drive, Suite 700        Reno, NV 89509
         Las Vegas, Nevada 89135
10   *[Proposed] Counsel for Debtor*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

142756443.1

3