BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

Electronically Filed February 14, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**DECLARATION OF PAUL HUYGENS IN SUPPORT OF OMNIBUS REPLY IN SUPPORT OF MOTION FOR INTERIM AND FINAL ORDERS:**<br>**(I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION SENIOR SECURED, SUPERPRIORITY FINANCING; (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS; (III) MODIFYING THE AUTOMATIC STAY; (IV) SCHEDULING FINAL HEARING; AND (V) GRANTING RELATED RELIEF**<br><br>Hearing Date: February 15, 2023<br>Hearing Time: 10:30 a.m. |

1  I, Paul Huygens, declare under penalty of perjury as follows:

2  1.  I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, except where stated as based upon information and belief, and if called upon to testify, could and would do so.

3  2.  I make this Declaration in support of the *Omnibus Reply in Support of the Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* (the "Reply")[1] filed by Cash Cloud, Inc. dba Coin Cloud ("Debtor").

4  3.  I am a principal of Province, LLC ("Province"). Province's professionals have extensive experience and a national reputation in providing the type of services required by Debtor in this Chapter 11 Case. With a breadth of experience in complex restructuring matters and finance, its professionals advise debtors, shareholders, equity committees, lenders, and creditors in Chapter 11 proceedings, compiling an impressive track record of debtor and creditor advisory assignments. Province has professionals with the ability to act as expert witnesses in litigation matters on such issues as economic damages and valuation, and has professionals with substantial experience in recovery of assets for creditors in cases similar to this Chapter 11 Case.

5  4.  If the Debtor does not receive a minimum of $2,500,000 in DIP Financing, the Debtor will be unable, among other things, to make payments under its host and other operating agreements (for placement of the DCMs in stores, malls, etc.), to pay for collection of cash from the DCMs via its armored carriers, to make payroll, and to set aside professional and other costs associated with the bankruptcy as they're incurred. In short, in the absence of the DIP Financing, the Debtor will be required to close its operations in the immediate future.

6  5.  As set forth in the revised budget attached hereto as **Exhibit A**, after receipt of the full amount of the DIP Financing, which will be used to right-size the Debtor's business and fund the costs of bankruptcy (allowing the Debtor to reject non-profitable host agreements and restructure

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Reply.

2

prepetition debt and other liabilities, while seeking exit financing), the Debtor projects it will produce positive cash flow from operations.  See Exhibit A, line 17.

6. Province used the book value of the Debtor's assets to calculate the current value of the Secured Creditors' collateral for purposes of the DIP Motion.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed this 14th day of February, 2023.

*Paul Huygens*
Paul Huygens

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada  89135
(702) 262-6899
(702) 597-5503 (fax)

3

**EXHIBIT A**

**Coin Cloud**
**13-Week Cash Flow**
*HIGHLY PRELIMINARY DRAFT & SUBJECT TO MATERIAL CHANGE*
*PREPARED AT THE REQUEST OF COUNSEL*

February 14, 2023
**SUBJECT TO DIP LENDER APPROVAL**

Effective Date: *Week 19*
Admin Cure Funding: $ 3,000,000

| Week Number | Week 0 24-Jan 30-Jan | Week 1 31-Jan 6-Feb | CV Cures Week 2 7-Feb 13-Feb | Week 2 7-Feb 13-Feb | Week 3 14-Feb 20-Feb | Week 4 21-Feb 27-Feb | Week 5 28-Feb 6-Mar | Week 6 7-Mar 13-Mar | Week 7 14-Mar 20-Mar | Week 8 21-Mar 27-Mar | Week 9 28-Mar 3-Apr | Week 10 4-Apr 10-Apr | Week 11 11-Apr 17-Apr | Week 12 18-Apr 24-Apr | Week 13 25-Apr 1-May | Total Week 13 31-Jan 1-May | Total Week 19 31-Jan 12-Jun | Total Week 24 31-Jan 17-Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Revenue | $ 3,825,219 | $ 3,755,400 | $ 3,755,400 | $ 3,755,400 | $ 3,755,400 | $ 3,830,400 | $ 3,905,400 | $ 3,960,900 | $ 3,960,900 | $ 3,960,900 | $ 3,801,300 | $ 3,801,300 | $ 3,801,300 | $ 3,801,300 | $ 3,801,300 | $ 49,891,200 | $ 72,699,000 | $ 72,699,000 |
| *Kiosk Cash* | | | | | | | | | | | | | | | | | | |
| 2 Beginning Balance | $ 5,328,167 | $ 5,380,061 | $ 5,310,242 | $ 5,310,242 | $ 5,310,242 | $ 5,310,242 | $ 5,385,242 | $ 5,460,242 | $ 5,515,742 | $ 5,515,742 | $ 5,515,742 | $ 5,356,142 | $ 5,356,142 | $ 5,356,142 | $ 5,356,142 | $ 5,380,061 | $ 5,380,061 | $ 5,380,061 |
| 3 (+) Customer Deposits | 3,825,219 | 3,755,400 | 3,755,400 | 3,755,400 | 3,755,400 | 3,830,400 | 3,905,400 | 3,960,900 | 3,960,900 | 3,960,900 | 3,801,300 | 3,801,300 | 3,801,300 | 3,801,300 | 3,801,300 | 49,891,200 | 72,699,000 | 72,699,000 |
| 4 (-) Armored Collections | (3,773,325) | (3,825,219) | (3,755,400) | (3,755,400) | (3,755,400) | (3,755,400) | (3,830,400) | (3,905,400) | (3,960,900) | (3,960,900) | (3,960,900) | (3,801,300) | (3,801,300) | (3,801,300) | (3,801,300) | (49,915,119) | (72,722,919) | (72,722,919) |
| 5 **Ending Balance** | **$ 5,380,061** | **$ 5,310,242** | **$ 5,310,242** | **$ 5,310,242** | **$ 5,310,242** | **$ 5,385,242** | **$ 5,460,242** | **$ 5,515,742** | **$ 5,515,742** | **$ 5,515,742** | **$ 5,356,142** | **$ 5,356,142** | **$ 5,356,142** | **$ 5,356,142** | **$ 5,356,142** | **$ 5,356,142** | **$ 5,356,142** | **$ 5,356,142** |
| *Receipts* | | | | | | | | | | | | | | | | | | |
| 6 Armored Deposits | $ 2,662,263 | $ 3,773,325 | $ 3,825,219 | $ 3,825,219 | $ 3,755,400 | $ 3,755,400 | $ 3,755,400 | $ 3,830,400 | $ 3,905,400 | $ 3,960,900 | $ 3,960,900 | $ 3,960,900 | $ 3,801,300 | $ 3,801,300 | $ 3,801,300 | $ 49,887,144 | $ 72,694,944 | $ 72,694,944 |
| 7 **Total Receipts** | **$ 2,662,263** | **$ 3,773,325** | **$ 3,825,219** | **$ 3,825,219** | **$ 3,755,400** | **$ 3,755,400** | **$ 3,755,400** | **$ 3,830,400** | **$ 3,905,400** | **$ 3,960,900** | **$ 3,960,900** | **$ 3,960,900** | **$ 3,801,300** | **$ 3,801,300** | **$ 3,801,300** | **$ 49,887,144** | **$ 72,694,944** | **$ 72,699,000** |
| *Disbursements* | | | | | | | | | | | | | | | | | | |
| 8 Crypto Currency Purchases | $ (3,130,000) | $ (3,004,320) | $ (3,004,320) | $ (3,004,320) | $ (3,004,320) | $ (3,064,320) | $ (3,124,320) | $ (3,168,720) | $ (3,168,720) | $ (3,168,720) | $ (3,041,040) | $ (3,041,040) | $ (3,041,040) | $ (3,041,040) | $ (3,041,040) | $ (39,912,960) | $ (58,159,200) | $ (58,159,200) |
| 9 Exchange Fees | | (1,803) | (1,803) | (1,803) | (1,803) | (1,839) | (1,875) | (1,901) | (1,901) | (1,901) | (1,825) | (1,825) | (1,825) | (1,825) | (1,825) | (23,948) | (34,896) | (34,896) |
| 10 Host Expense[1] | | (761,650) | (75,000) | (700,000) | (75,000) | (75,000) | (761,650) | (75,000) | (75,000) | (75,000) | (809,918) | (75,000) | (75,000) | (75,000) | (809,918) | (3,818,136) | (5,003,054) | (5,003,054) |
| 11 Location Expenses[2] | | | | | | (675,430) | | | | (675,170) | | | | (659,440) | | (2,010,040) | (2,653,480) | (2,653,480) |
| 12 Payroll & Benefits | | (22,600) | (332,600) | (332,600) | (22,600) | (332,600) | (22,600) | (332,600) | (22,600) | (332,600) | (22,600) | (332,600) | (22,600) | (332,600) | (22,600) | (2,153,800) | (3,219,400) | (3,219,400) |
| 13 Building Expenses | | | | | | (72,500) | | | | (72,500) | | | | (72,500) | | (217,500) | (290,000) | (290,000) |
| 14 In-Transit Slippage Contingency | | (13,388) | (13,144) | (13,144) | (13,144) | (13,144) | (13,406) | (13,669) | (13,863) | (13,863) | (13,863) | (13,305) | (13,305) | (13,305) | (13,305) | (174,703) | (254,530) | (254,530) |
| 15 Other G&A | | (36,425) | (36,425) | (36,425) | (111,882) | (36,425) | (36,425) | (36,425) | (114,713) | (36,425) | (36,425) | (36,425) | (113,249) | (36,425) | (36,425) | (704,094) | (1,074,696) | (1,074,696) |
| 16 **Total Operating Disbursements** | **$ (3,675,534)** | **$ (3,840,186)** | **$ (3,463,291)** | **$ (3,228,749)** | **$ (3,228,749)** | **$ (4,271,257)** | **$ (3,960,276)** | **$ (3,628,315)** | **$ (3,396,797)** | **$ (4,376,179)** | **$ (3,925,671)** | **$ (3,500,194)** | **$ (3,267,018)** | **$ (4,232,134)** | **$ (3,925,112)** | **$ (49,015,181)** | **$ (70,689,256)** | **$ (70,689,256)** |
| 17 **Cashflow From Operations** | **$ (1,013,271)** | **$ (66,861)** | **$ 361,928** | **$ 526,651** | **$ (515,857)** | **$ (204,876)** | **$ 202,085** | **$ (3,396,315)** | **$ 508,603** | **$ (415,279)** | **$ 35,229** | **$ 460,706** | **$ 534,282** | **$ (430,834)** | **$ (123,812)** | **$ 871,963** | **$ 2,005,688** | **$ 2,009,744** |
| *Restructuring Related* | | | | | | | | | | | | | | | | | | |
| 18 DIP Fees / Expansion Fee[3] | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (150,000) | $ - | $ - | $ - | $ - | $ - | $ (150,000) | $ (150,000) | $ (150,000) |
| 19 Lease Cures[4] | | | | (700,000) | | | | | | | | | | | | (700,000) | (700,000) | (3,200,000) |
| 20 Critical Vendor Payments[5] | | | | | | | | | | | | | | | | (150,000) | (150,000) | (2,067,517) |
| 21 Retention Bonuses (TBD) | | | | | | | | | | | | | (150,000) | | | (150,000) | (150,000) | (150,000) |
| 22 Post-Petition Cash Interest (Genesis / Enigma) | | | (63,615) | | | | | (63,615) | | | | (63,615) | | | | (190,844) | (318,073) | (318,073) |
| 23 Bitaccess Machine Reactivation[6] | | | | | | | (120,000) | | | | | | | | | (120,000) | (120,000) | (120,000) |
| 24 UST Fees | | | | | | | | | | | | | | | (97,628) | (97,628) | (97,628) | (228,272) |
| 25 US Litigation Counsel | | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (325,000) | (475,000) | (500,000) |
| 26 Misc Reserve | | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (195,000) | (285,000) | (385,000) |
| 27 **Total Restructuring Related Disbursements** | **$ -** | **$ (40,000)** | **$ (803,615)** | **$ (40,000)** | **$ (40,000)** | **$ (40,000)** | **$ (160,000)** | **$ (103,615)** | **$ (40,000)** | **$ (190,000)** | **$ (40,000)** | **$ (103,615)** | **$ (190,000)** | **$ (40,000)** | **$ (137,628)** | **$ (1,928,472)** | **$ (2,295,701)** | **$ (7,118,862)** |
| *Bankruptcy Professional Accruals[7]* | | | | | | | | | | | | | | | | | | |
| 28 Debtor Counsel (Fox Rothschild) | | $ (120,000) | $ (60,000) | $ (60,000) | $ (60,000) | $ (60,000) | $ (60,000) | $ (50,000) | $ (50,000) | $ (50,000) | $ (40,000) | $ (40,000) | $ (40,000) | $ (40,000) | $ (40,000) | $ (710,000) | $ (900,000) | $ (900,000) |
| 29 Debtor Financial Advisor (Province) | | (120,000) | (60,000) | (60,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (50,000) | (40,000) | (30,000) | (30,000) | (680,000) | (800,000) | (800,000) |
| 30 DIP Lender Counsel | | (40,000) | (20,000) | (20,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) | (230,000) | (300,000) | (300,000) |
| 31 Other Lender Counsel | | | | | | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (100,000) | (150,000) | (150,000) |
| 32 Claims & Noticing Reserves (Stretto) | | (25,000) | (12,500) | (12,500) | (12,500) | (12,500) | (12,500) | (12,500) | (12,500) | (12,500) | (12,500) | (12,500) | (12,500) | (12,500) | (12,500) | (175,000) | (250,000) | (250,000) |
| 33 Independent Director | | | | | | | (5,000) | | | (5,000) | (5,000) | | | | (5,000) | (15,000) | (20,000) | (20,000) |
| 34 UCC Financial Advisor (TBD) | | | | | (8,824) | (8,824) | (8,824) | (8,824) | (8,824) | (8,824) | (8,824) | (8,824) | (8,824) | (8,824) | (8,824) | (97,059) | (150,000) | (150,000) |
| 35 UCC Counsel (TBD) | | | | | (14,706) | (14,706) | (14,706) | (14,706) | (14,706) | (14,706) | (14,706) | (14,706) | (14,706) | (14,706) | (14,706) | (161,765) | (250,000) | (250,000) |
| 36 **Total Non-Operating / Professional Fee Reserve** | **$ -** | **$ (305,000)** | **$ (152,500)** | **$ (152,500)** | **$ (166,029)** | **$ (171,029)** | **$ (176,029)** | **$ (161,029)** | **$ (161,029)** | **$ (161,029)** | **$ (156,029)** | **$ (151,029)** | **$ (141,029)** | **$ (131,029)** | **$ (136,029)** | **$ (2,168,824)** | **$ (2,820,000)** | **$ (2,820,000)** |
| 37 **Net Cash Flow before Financing Activities** | **$ (1,013,271)** | **$ (411,861)** | **$ (594,187)** | **$ 320,622** | **$ (726,887)** | **$ (726,887)** | **$ (540,905)** | **$ (62,559)** | **$ 307,573** | **$ (616,309)** | **$ (310,800)** | **$ 206,062** | **$ 203,252** | **$ (601,864)** | **$ (397,470)** | **$ (3,225,332)** | **$ (3,110,013)** | **$ (7,929,118)** |
| 38 Beginning DIP Balance (& Admin Cure Funding) | $ - | $ - | $ - | $ 2,500,000 | $ 2,500,000 | $ 2,500,000 | $ 2,500,000 | $ 2,500,000 | $ 2,500,000 | $ 2,500,000 | $ 2,500,000 | $ 5,000,000 | $ 5,000,000 | $ 5,000,000 | $ 5,000,000 | $ 5,000,000 | $ 5,000,000 | $ - |
| 39 Draw / (Repayment) | | 2,500,000 | | | | | | | | | 2,500,000 | | | | | 5,000,000 | 5,000,000 | 8,000,000 |
| 40 **Ending DIP Balance (& Admin Cure Funding)** | **$ -** | **$ 2,500,000** | **$ 2,500,000** | **$ 2,500,000** | **$ 2,500,000** | **$ 2,500,000** | **$ 2,500,000** | **$ 2,500,000** | **$ 2,500,000** | **$ 2,500,000** | **$ 5,000,000** | **$ 5,000,000** | **$ 5,000,000** | **$ 5,000,000** | **$ 5,000,000** | **$ 5,000,000** | **$ 5,000,000** | **$ 8,000,000** |
| 41 **Net Cash Flow After Financing Activities** | **$ (1,013,271)** | **$ 2,088,139** | **$ (594,187)** | **$ 320,622** | **$ (726,887)** | **$ (726,887)** | **$ (540,905)** | **$ (62,559)** | **$ 307,573** | **$ (616,309)** | **$ 2,189,200** | **$ 206,062** | **$ 203,252** | **$ (601,864)** | **$ (397,470)** | **$ 1,774,668** | **$ 1,889,987** | **$ 70,882** |
| *Operating Cash Account* | | | | | | | | | | | | | | | | | | |
| 42 Beginning Balance | $ 1,239,301 | $ 226,030 | $ 2,314,169 | $ 1,719,982 | $ 2,040,604 | $ 1,313,717 | $ 772,812 | $ 710,253 | $ 1,017,826 | $ 401,517 | $ 2,590,717 | $ 2,796,779 | $ 3,000,031 | $ 2,398,168 | $ 226,030 | $ 226,030 | $ 226,030 | |
| 43 Chg. In Cash Balance (Including Professional Accruals) | (1,013,271) | 2,088,139 | (594,187) | 320,622 | (726,887) | (540,905) | (62,559) | 307,573 | (616,309) | 2,189,200 | 206,062 | 203,252 | (601,864) | (392,500) | 1,774,668 | 1,889,987 | 70,882 | |
| 44 **Ending Balance** | **$ 226,030** | **$ 2,314,169** | **$ 1,719,982** | **$ 2,040,604** | **$ 1,313,717** | **$ 772,812** | **$ 710,253** | **$ 1,017,826** | **$ 401,517** | **$ 2,590,717** | **$ 2,796,779** | **$ 3,000,031** | **$ 2,398,168** | **$ 2,000,698** | **$ 2,000,698** | **$ 2,116,017** | **$ 296,913** | |
| 45 (+) Professional Fee Reserves | | 305,000 | 457,500 | 623,529 | 794,559 | 970,588 | 1,131,618 | 1,292,647 | 1,453,676 | 1,609,706 | 1,760,735 | 1,901,765 | 2,032,794 | 2,168,824 | 2,168,824 | 2,820,000 | 2,820,000 | |
| 46 (-) Disbursements From Professional Fee Reserves | | (411,861) | | (65,000) | (65,000) | (65,000) | (65,000) | (65,000) | (65,000) | (205,000) | (205,000) | (205,000) | (205,000) | (392,500) | (392,500) | (1,873,559) | (2,820,000) | |
| 47 **Ending Balance (Including Professional Fees Set Aside)** | **$ 226,030** | **$ 2,619,169** | **$ 2,177,482** | **$ 2,599,134** | **$ 2,043,276** | **$ 1,678,400** | **$ 1,776,870** | **$ 2,105,473** | **$ 1,650,194** | **$ 3,995,423** | **$ 4,352,514** | **$ 4,696,796** | **$ 4,038,462** | **$ 3,777,021** | **$ 3,777,021** | **$ 3,062,458** | **$ 296,913** | |
| *Memo: Estimated Enterprise Cash* | | | | | | | | | | | | | | | | | | |
| Total Kiosk Balance[8] | $ 5,380,061 | $ 5,310,242 | $ 5,310,242 | $ 5,310,242 | $ 5,310,242 | $ 5,385,242 | $ 5,460,242 | $ 5,515,742 | $ 5,515,742 | $ 5,515,742 | $ 5,356,142 | $ 5,356,142 | $ 5,356,142 | $ 5,356,142 | $ 5,356,142 | $ 5,356,142 | $ 5,356,142 | |
| Cash In-Transit Estimate[9] | 3,036,790 | 1,691,357 | 1,691,357 | 1,691,357 | 1,725,136 | 1,758,914 | 1,783,910 | 1,783,910 | 1,783,910 | 1,712,030 | 1,712,030 | 1,712,030 | 1,712,030 | 1,712,030 | 1,712,030 | 1,712,030 | | |
| Estimated Crypto Assets Balance[10] | 550,000 | 895,438 | 895,438 | 934,048 | 934,048 | 934,048 | 934,048 | 934,048 | 934,048 | 934,048 | 934,048 | 934,048 | 934,048 | 934,048 | 934,048 | 934,048 | | |
| Operating Cash Account | 226,030 | 2,619,169 | 2,177,482 | 2,599,134 | 2,043,276 | 1,678,400 | 1,776,870 | 2,105,473 | 1,650,194 | 3,995,423 | 4,352,514 | 4,696,796 | 4,038,462 | 3,777,021 | 3,777,021 | 3,062,458 | 296,913 | |
| **Total Cash & Equivalents (Including Inventory Cash)** | **$ 9,192,881** | **$ 10,516,206** | **$ 10,074,519** | **$ 10,534,780** | **$ 10,087,701** | **$ 9,831,604** | **$ 10,010,570** | **$ 10,339,173** | **$ 9,883,894** | **$ 11,997,642** | **$ 12,354,733** | **$ 12,699,015** | **$ 12,040,681** | **$ 11,779,241** | **$ 11,779,241** | **$ 11,064,677** | **$ 296,913** | |
| Minimum Liquidity Threshold | | (6,500,000) | (6,500,000) | (6,500,000) | (6,500,000) | (6,500,000) | (6,500,000) | (6,500,000) | (6,500,000) | (6,500,000) | (6,500,000) | (6,500,000) | (6,500,000) | (6,500,000) | (6,500,000) | (6,500,000) | | |
| Crypto Balance Exclusion | | (895,438) | (895,438) | (934,048) | (934,048) | (934,048) | (934,048) | (934,048) | (934,048) | (934,048) | (934,048) | (934,048) | (934,048) | (934,048) | (934,048) | (934,048) | | |
| **Excess Liquidity Availability** | **$ 9,192,881** | **$ 3,120,769** | **$ 2,679,081** | **$ 3,100,733** | **$ 2,653,654** | **$ 2,397,556** | **$ 2,576,523** | **$ 2,905,125** | **$ 2,449,846** | **$ 4,563,595** | **$ 4,920,686** | **$ 5,264,968** | **$ 4,606,633** | **$ 4,345,193** | **$ 4,345,193** | **$ 3,630,630** | **$ 296,913** | |

*Footnotes:*
*(1) Primarily includes payments on certain post petition leases and host-related contracts.*
*(2) Includes payments on certain post petition services for armored trucks and DCM service providers.*
*(3) 3% of total loan commitment per DIP term sheet.*
*(4) Estimated amount due in lease cures for go-forward leases; to be refined.*
*(5) Preliminary estimate to cure certain critical vendors at a discount.*
*(6) Cost of reactivating certain go/forward machines paid in advance.*
*(7) Professionals reflected on an accrual basis; includes a $100k carve-out for Debtor and UCC.*
*(8) Inventory cash reported as physically inside of the kiosk / machine; cannot be used for operations unless collected.*
*(9) Cash being transported to company bank accounts by contracted armored truck servicers; cannot be used for operations until received.*
*(10) Cryptocurrency working capital cushion being utilized for customer transactions; account is continuously depleted and then recapitalized throughout each period.*
*Note : Does not include adjustments for seasonal ramp-up associated with physical cash economies.*
*Note : Assumes the reorganized Debtor is the beneficiary of cash flow from operations after the effective date if Admin Cure Funding is active.*
*Note : Assumes there is a cash sweep of working capital cash and equivalents after the effective date for administrative claim funding.*