BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

Electronically Filed February 14, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No.  BK-23-10423-mkn<br><br>Chapter 11<br><br>**DECLARATION OF DANIEL MOSES IN SUPPORT OF OMNIBUS REPLY IN SUPPORT OF MOTION FOR INTERIM AND FINAL ORDERS:<br>(I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION SENIOR SECURED, SUPERPRIORITY FINANCING; (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS; (III) MODIFYING THE AUTOMATIC STAY; (IV) SCHEDULING FINAL HEARING; AND (V) GRANTING RELATED RELIEF**<br><br>Hearing Date:  February 15, 2023<br>Hearing Time:  10:30 a.m. |

142776545.1

1

I, Daniel Moses, declare under penalty of perjury as follows:

1. I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, except where stated as based upon information and belief, and if called upon to testify, could and would do so.

2. I make this Declaration in support of the *Omnibus Reply in Support of the Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* (the "Reply")[1] filed by Cash Cloud, Inc. dba Coin Cloud ("Debtor").

3. I am a principal of Province, LLC ("Province") and Head of Province's Institutional Creditor Advisory Business. Our practice focuses on reorganization advisory services for secured lenders, bondholders and other creditor groups, in or out-of-court solutions, pre-packaged/prearranged chapter 11 bankruptcies and traditional chapter 11 processes. My team has been selected to participate in an array of complex chapter 11 cases, restructurings, liquidations, distressed financial transactions and traditional equity investments.

4. The DIP Lender has insisted in all of the DIP Loan provisions discussed in the Reply as a condition to making the DIP Loan.

5. Province reached out to sixteen prospective lenders and/or investors. In the end the Debtor only received two offers. The DIP Lender's offer was demonstrably more favorable than the other offer for a number of reasons, including that it had a better rate, more flexible milestones, and a collateral package and covenants that aligned with the Debtor's business.

6. The Adequate Protection Provisions were heavily negotiated and insisted on by the Secured Creditors as a condition to consenting to the priming of their liens under the DIP Loan.

7. The Secured Creditors dispute that book value is the correct methodology and are prepared to engage in protracted and expensive valuation litigation in the absence of the Debtor's and DIP Lender's agreement to the Adequate Protection Provisions.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Reply.

142776545.1

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed this 14th day of February, 2023.

                                              *Daniel Moses*
                                              Daniel Moses

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

142776545.1