E-filed: February 14, 2023

Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       bgriffith@swlaw.com
       cgianelloni@swlaw.com

*Attorneys for Genesis Global Holdco, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC., dba COIN CLOUD,<br><br>Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11<br><br>**DECLARATION OF JAMAL ZUL IN SUPPORT OF REPLY BY GENESIS GLOBAL HOLDCO, LLC**<br><br>Hearing Date: February 15, 2023<br>Hearing Time: 10:30 a.m. |

I, Jamal Zul, make this Declaration in support of the *Genesis Global Holdco, LLC Reply in Support of Debtors' Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* (the "Reply").[1]

1. I am a Managing Director in the Capital Structure Advisory group of Moelis & Company LLC ("Moelis"), where I specialize in advising distressed companies or their stakeholders in recapitalization and restructuring situations. Moelis is an investment banking firm that has its principal office at 399 Park Avenue, 5th Floor, New York, New York, 10022. I am employed in that office. Moelis provides a broad range of financial advisory and investment

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Reply.

4854-3506-2865

1  banking services to its clients, including (a) general corporate finance; (b) mergers, acquisitions, and divestitures; (c) corporate restructurings; (d) special committee assignments; and (e) capital raising. Moelis and its senior professionals have extensive experience in the reorganization and restructuring of distressed companies, both out-of-court and in chapter 11 cases. Moelis serves as proposed investment banker to Genesis Global Holdco, LLC and its debtor affiliates (collectively, "Genesis").

2. I received a B.S. in Economics from the Wharton School at the University of Pennsylvania, graduating magna cum laude in 1999.

3. I have extensive experience in investment banking and for the past twenty two years my work has focused on advising debtors, creditors, and equity holders in a wide range of recapitalization and restructuring transactions, including procuring, structuring, and negotiating postpetition financing facilities across a broad range of industries, such as industrials, transportation, media, and telecommunications.

4. Prior to joining Moelis, I was a Senior Vice President at Jefferies & Company, where I advised clients on a wide variety of restructuring transactions, including chapter 11 bankruptcies, exchange offers, consent solicitations, lender negotiations, and distressed financings. I also worked at Jefferies International in London where I was responsible for international financial sponsor, restructuring, and leveraged finance activities. I joined Moelis in 2008 as a Senior Vice President and was promoted to the position of Managing Director in 2011.

5. At Moelis, I have focused full-time on bankruptcy and restructuring situations, representing debtors, creditors, and investors in both in-court and out-of-court restructurings in the United States, Europe, and Asia. As a Managing Director, I am responsible for the day-to-day activities of the Moelis deal team.

6. Since I began my career, my experience includes numerous notable restructuring assignments, such as Alpha Media, American Media, Inc., AMR Corporation, Core Digital Media, Inc., Dex Media, Inc., Energy Future Holdings, Hexion Topco, LLC, Innkeepers USA Trust, Lyondell Chemical Company, Momentive Performance Materials, Inc., RentPath, Sorenson Communications, Inc., Tribune Company, Aleris International Inc., Aston Martin., Advanced

1  Glassfiber Yarns, Advanced Lighting Technologies, Cone Mills Corp, Crown Cork & Seal Co, Holley Performance Products, Inc., Jason Industries, and Russell-Stanley Holdings, Inc.

8. Except as otherwise noted herein, the facts set forth in this Declaration are based upon my personal knowledge, information provided to me by Genesis's representatives or advisors, my discussions with employees of Moelis working directly with me or under my supervision or direction, or my review of relevant documents, including Genesis's books and records maintained in the ordinary course of their business. In making this Declaration, I have relied in part on information and material that Genesis's representatives and advisors have gathered, prepared, verified and provided to me, at my direction or for my benefit in preparing this Declaration. I am not being compensated for this testimony other than through payments received by Moelis in its capacity as proposed investment banker to Genesis. If I were called to testify as a witness in this matter, I would testify competently to the facts set forth herein.

**Adequate Protection**

9. The proposed adequate protection package has been negotiated at arms' length between the Debtor and Genesis and represents customary terms for a secured creditor whose existing lien is proposed to be primed by a superpriority DIP facility under these circumstances. In the absence of the negotiated adequate protection package, Genesis would not have agreed to the priming of the Genesis Liens by the DIP Facility.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 14th day of February 2023.

*/s/ Zul Jamal*

4854-3506-2865

- 3 -