BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
   nkoffroth@foxrothschild.com
   zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

Electronically Filed February 14, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

   CASH CLOUD, INC.,
      dba COIN CLOUD,

            Debtor.

Case No. BK-23-10423-mkn

Chapter 11

**AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON FEBRUARY 15, 2023 AT 10:30 A.M.**

Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its proposed undersigned counsel, Fox Rothschild LLP, hereby files this *Agenda Regarding Matters Scheduled for Hearing on February 15, 2023 at 10:30 a.m.*

   1.   *Application for Order Authorizing Retention and Employment of Fox Rothschild LLP, as Debtor's Counsel, Effective as of the Petition Date* ("**Fox Application**") [ECF No. 13];

         Related Documents:
         A.   *Declaration of Brett Axelrod* in support of Fox Application [ECF No. 14];
         B.   *Omnibus Declaration of Christopher Andrew McAlary* [ECF No. 19]; and
         C.   *Errata to Omnibus Declaration of Christopher Andrew McAlary* [ECF No. 34].

1

142740625.1

Objection Deadline:   February 13, 2023
Reply Deadline:   5:00 p.m. Pacific Time on February 14, 2023

**Objections/Responses Filed:**

D.   *United States Trustee's Omnibus Opposition and Reservation of Rights to Debtor's Emergency First Day Applications for Order Authorizing the Retention and Employment of Fox Rothschild LLP as Debtor's General Bankruptcy Counsel and Province, LLC as Debtor's Financial Advisor, Effective as of the Petition Date* [ECF No. 76]; and

E.   *Debtor's Omnibus Reply to United States Trustee's Omnibus Opposition and Reservation of Rights to Debtor's Emergency First Day Applications for Order Authorizing the Retention and Employment of Fox Rothschild LLP as Debtor's General Bankruptcy Counsel and Province, LLC as Debtor's Financial Advisor, Effective as of the Petition Date [ECF No. 76]* [ECF No. 93].

2.   *Application for Order Authorizing Retention and Employment of Province LLC as Debtor's Financial Advisor, Effective as of the Petition Date* ("**Province Application**") [ECF No. 15];

Related Documents:
A.   *Verified Statement/Declaration of Huygens* [ECF No.16];
B.   *Omnibus Declaration of Christopher Andrew McAlary* [ECF No. 19];
C.   *Errata to Omnibus Declaration of Christopher Andrew McAlary* [ECF No. 34]; and
D.   *Supplemental Verified Statement of Paul Huygens in Support of Emergency First Day Application for Order Authorizing Retention and Employment of Province LLC as Debtors Financial Advisor, Effective as of the Petition Date* [ECF No. 86].

Objection Deadline:   February 13, 2023
Reply Deadline:   5:00 p.m. Pacific Time on February 14, 2023

**Objections/Responses Filed**:

E.   *United States Trustee's Omnibus Opposition and Reservation of Rights to Debtor's Emergency First Day Applications for Order Authorizing the Retention and Employment of Fox Rothschild LLP as Debtor's General Bankruptcy Counsel and Province, LLC as Debtor's Financial Advisor, Effective as of the Petition Date* [ECF No. 76]; and

2

142740625.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

F.   Debtor's Omnibus Reply to United States Trustee's Omnibus Opposition and Reservation of Rights to Debtor's Emergency First Day Applications for Order Authorizing the Retention and Employment of Fox Rothschild LLP as Debtor's General Bankruptcy Counsel and Province, LLC as Debtor's Financial Advisor, Effective as of the Petition Date [ECF No. 76] [ECF No. 93].

3.   *Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims* [ECF No. 35] (the "**DIP Motion**")

   Related Documents:
   A.   *Declaration of Christopher Andrew McAlary* [ECF No. 36];
   B.   *Declaration of Paul Huygens* [ECF No. 37];
   C.   *Declaration of Daniel Moses* [ECF No. 38];
   D.   *Notice of Filing Revised: (1) Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief; and (2) Interim Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Grant Adequate Protection and (II) Scheduling Final Hearing* [ECF No. 74]; and
   E.   *Stipulation By Cash Cloud, Inc. and Between CKDL Credit, LLC and OptConnect to Extend Deadlines to Respond to Debtor's Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims* [ECF No. 78].

   Objection Deadline:   February 13, 2023
   Reply Deadline:   5:00 p.m. Pacific Time on February 14, 2023

   **Objections/Responses Filed**:

   A.   *United States Trustee's Omnibus Opposition and Reservation of Rights to Debtor's Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Other Relief* [ECF No. 77];

   B.   *Cole Kepro International, LLC's Objection to Debtor's Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority*

3

142740625.1

*Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Other Relief* [ECF No. 80];

C. *Omnibus Reply in Support of the Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [ECF No. 90] (the "Omnibus Reply");

D. *Declaration of Paul Huygens* in support of the Omnibus Reply [ECF No 91];

E. *Declaration of Daniel Moses* in support of the Omnibus Reply [ECF No. 92];

F. *CKDL Credit, LLC's Joinder to and Declaration in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [ECF No. 88];

G. Enigma Securities Limited Response to Cole Kepro International, LLC's Objection to *Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [ECF No. 89];

H. Genesis Global Holdco, LLC's Reply *in Support of Debtor's Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (IV )Granting Relief* [ECF No. 94]; and

I. *Declaration of Jamal Zul in Support of Reply by Genesis Global Holdco, LLC* [ECF No. 95]

142740625.1

Pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#. Copies of all pleadings are available at https://cases.stretto.com/CashCloud (the "Case Website").

DATED this 14th day of February 2023.

**FOX ROTHSCHILD LLP**

By: /s/Brett Axelrod
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

142740625.1