UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

**CERTIFICATE OF SERVICE**

I, Parker Popky, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On February 10, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Hearing on Debtor's Motion for Entry of Order Approving Rejection of Executory Contract with B. Riley Securities, Inc. Pursuant to 11 U.S.C. § 365(A)** (Docket No. 57)

Furthermore, on February 13, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Notice of Filing *Revised:* (1) Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief; and (2) Interim Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) And 364(e) and Bankruptcy Rules 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Grant Adequate Protection And (II) Scheduling Final Hearing** (Docket No. 74)

[THIS SPACE LEFT INTENTIONALLY BLANK]

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is 10190 Covington Cross Dive, Las Vegas, NV 89144.

Furthermore, on February 14, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit E**, and via electronic mail on the service list attached hereto as **Exhibit F**:

- **Order Approving Stipulation to Continue Hearing on Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures [Ecf No. 10]** (Docket No. 84)

- **Agenda Regarding Matters Scheduled for Hearing on February 15, 2023 at 10:30 A.M.** (Docket No. 96)

Dated: February 15, 2023

    */s/* Parker Popky
Parker Popky
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 720-792-9194
Email: TeamCoinCloud@stretto.com

# **Exhibit A**



# Exhibit A
Served via First Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| American Express | | 200 Vesey St | | New York | NY | 10285 |
| American Express | | PO Box 981535 | | El Paso | TX | 79998 |
| B. Riley Securities | Attn: Perry Mandarin | 11100 Santa Monica Blvd. | Suite 800 | Los Angeles | CA | 90225 |
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | Box 551220 | Las Vegas | NV | 89155-1220 |
| Franchise Tax Board | Bankruptcy Section, MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| Sectran Security Inc. | | 7633 Industry Ave | | Pico Rivera | CA | 90660 |
| Sectran Security Inc. | Attn: Rony Ghaby | PO Box 227267 | | Los Angeles | CA | 90022 |
| Texas Workforce Commission | Regulatory Integrity Division - SAU | 101 E. 15th Street | Room 556 | Austin | TX | 78778-0001 |
| Two Farms Inc (d/b/a Royal Farms) | Attn: John Kemp | 3611 Roland Ave | | Baltimore | MD | 21211 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)

# **Exhibit B**



# Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ACE Cash Express | Attn: Tino Tovo | | ttovo@populusfinancial.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson | | cemery@avtechcapital.com<br>jrobertson@avtechcapital.com |
| B. Riley Securities | Attn: Perry Mandarin | | pmandarino@brileyfin.com |
| Brink's U.S. | | | beau.anderson@brinksinc.com |
| Brink's U.S. | c/o Hirschler | Attn: Brittany B. Falabella | BFalabella@hirschlerlaw.com |
| Brink's U.S. | Attn: Beau Anderson | | beau.anderson@brinksinc.com |
| CALS Convenience Inc - Parent Account | Attn: Ray Harrison | | Ray.Harrison@calscstores.com |
| Cennox Reactive Field Services | Attn: Heather Spence | | us.svc.invoicing@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | Attn: Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. | ccarlyon@carlyoncica.com<br>dcica@carlyoncica.com<br>tosteen@carlyoncica.com |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Attn: Jeffery R. Sylvester, Esq. | Jeff@sylvesterPolednak.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Jordi Guso | jguso@bergersingerman.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Scott Jablonski & Mitchell W. Goldberg | sjablonski@bergersingerman.com<br>mgoldberg@bergersingerman.com |
| Cole Kepro | Attn: Andrew Cashin | | info@colekepro.com |
| Deployment Logix Inc. | Attn: Ken Rogers | | ken.rogers@deploymentlogix.com |
| EG America LLC | Attn: Dave Allen | | David.allen@eg-america.com |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | Attn: Gary Lee & Andrew Kissner | glee@mofo.com<br>akissner@mofo.com |
| Enigma Securities Limited | c/o Shea Larsen | Attn: James Shea, Esq., Bart Larsen, Esq., Kyle Wyant, Esq. | kwyant@shea.law<br>blarsen@shea.law<br>jshea@shea.law |
| EZ Blackhole | Attn: Edouard Chaltiel | | echaltiel@victoireventures.com |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | | baxelrod@foxrothschild.com<br>zwilliams@foxrothschild.com |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | Attn: Sean O'Neal & Michael Weinberg | soneal@cgsh.com<br>mdweinberg@cgsh.com |
| Genesis Global Trading Inc. | Attn: Andrew Tsang | | ATsang@genesistrading.com |
| I Heart Media | | | invoices@iheartmedia.com |
| I Heart Media | Attn: Roy Vann | | invoices@iheartmedia.com |
| Loomis | | | TJ.Niko@us.loomis.com |
| Loomis | Attn: TJ Niko | | TJ.Niko@us.loomis.com |
| National Services, LLC | Attn: Stefanie Farmer | | Stefanie.Farmer@nsa.bz |
| OptConnect | Attn: Chris Baird | | chris.baird@optconnect.com |
| Spec's - Parent | Attn: Ryan Holder | | rholder@specsonline.com |
| The Jimmerson Law Firm | Attn: Jim Jimmerson | | jimmerson@jimmersonlawfirm.com |
| Thorntons LLC | Attn: Kim James | | Kim.James@mythorntons.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Trangistics Inc | | | ar@trangistics.com |
| Trangistics Inc | Attn: Arlette Warner | | ar@trangistics.com |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | | Edward.M.McDonald@usdoj.gov<br>jared.a.day@usdoj.gov |
| Yesway | Attn: Derek Gaskins | | derek.gaskins@yesway.com |

# **<u>Exhibit C</u>**



**Exhibit C**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| American Express | Attn: Legal | 200 Vesey St | | New York | NY | 10285 | |
| American Express | Attn: Legal | PO Box 981535 | | El Paso | TX | 79998 | |
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | Box 551220 | Las Vegas | NV | 89155-1220 | |
| Cole Kepro International  LLC. | Attn: Legal | 4170-103 DISTRIBUTION CIRCLE | | North Las Vegas | NV | 89030 | |
| Corporation Service Company as Rep | Attn: Legal | 801 Adlai Stevenson Drive | | Springfield | IL | 62703 | |
| Corporation Service Company as Rep | Attn: Legal | PO BOX 2576 | | Springfield | IL | 62708 | |
| Enigma Securities Limited | Attn: Legal | 30 Panton St | 6th Floor | London | | SW1Y 4AJ | United Kingdom |
| Franchise Tax Board | Attn: Legal | Bankruptcy Section  MS A340 | PO Box 2952 | Sacramento | CA | 95812-2952 | |
| Genesis Global Holdco  LLC | c/o Snell & Wilmer LLP | 3883 Howard Hughes Pkwy Ste 1100 | Atn R Kinas B Griffith C Gianelloni | Las Vegas | NV | 89169 | |
| Internal Revenue Service | Attn: Kimberly Wheelock | 178 S Rio Grande St | M/S 5021 | Salt Lake City | UT | 84101 | |
| Internal Revenue Service | Attn: Mary Sevilla | 915 2nd Ave | M/S W244 | Seattle | WA | 98174 | |
| Internal Revenue Service | Attn: Legal | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Prime Alliance Bank Inc | Attn: Legal | 1868 South 500 West | | Woods Cross | UT | 84087 | |
| Sectran Security Inc. | Attn: Legal | 7633 Industry Ave | | Pico Rivera | CA | 90660 | |
| Sectran Security Inc. | Attn: Rony Ghaby | PO Box 227267 | | Los Angeles | CA | 90022 | |
| Texas Workforce Commission | Regulatory Integrity Division - SAU | 101 E. 15th Street | Room 556 | Austin | TX | 78778-0001 | |
| Two Farms Inc (d/b/a Royal Farms) | Attn: John Kemp | 3611 Roland Ave | | Baltimore | MD | 21211 | |

# **Exhibit D**



# Exhibit D
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ACE Cash Express | Attn: Tino Tovo | | ttovo@populusfinancial.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson | | cemery@avtechcapital.com<br>jrobertson@avtechcapital.com |
| Brink's U.S. | | | beau.anderson@brinksinc.com |
| Brink's U.S. | c/o Hirschler | Attn: Brittany B. Falabella | BFalabella@hirschlerlaw.com |
| Brink's U.S. | Attn: Beau Anderson | | beau.anderson@brinksinc.com |
| Cal's Convenience Inc - Parent Account | Attn: Ray Harrison | | Ray.Harrison@calscstores.com |
| Cennox Reactive Field Services | Attn: Heather Spence | | michael.goggans@cennox.com<br>legal@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | Attn: Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. | ccarlyon@carlyoncica.com<br>dcica@carlyoncica.com<br>tosteen@carlyoncica.com |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Attn: Jeffery R. Sylvester, Esq. | Jeff@sylvesterPolednak.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Jordi Guso | jguso@bergersingerman.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Scott Jablonski & Mitchell W. Goldberg | sjablonski@bergersingerman.com<br>mgoldberg@bergersingerman.com |
| Cole Kepro International, LLC | Attn: Andrew Cashin | | info@colekepro.com |
| Deployment Logix Inc. | Attn: Ken Rogers | | ken.rogers@deploymentlogix.com |
| EG America LLC | Attn: Dave Allen | | David.allen@eg-america.com |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | Attn: Gary Lee & Andrew Kissner | glee@mofo.com<br>akissner@mofo.com |
| Enigma Securities Limited | c/o Shea Larsen | Attn: James Shea, Esq., Bart Larsen, Esq., Kyle Wyant, Esq. | kwyant@shea.law<br>blarsen@shea.law<br>jshea@shea.law |
| EZ Blackhole | Attn: Edouard Chaltiel | | echaltiel@victoireventures.com |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | | baxelrod@foxrothschild.com<br>zwilliams@foxrothschild.com |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | Attn: Sean O'Neal & Michael Weinberg | soneal@cgsh.com<br>mdweinberg@cgsh.com |
| Genesis Global Trading Inc. | Attn: Andrew Tsang | | ATsang@genesistrading.com |
| I Heart Media | | | invoices@iheartmedia.com |
| I Heart Media | Attn: Roy Vann | | invoices@iheartmedia.com |
| Loomis | | | TJ.Niko@us.loomis.com |
| Loomis | Attn: TJ Niko | | TJ.Niko@us.loomis.com |
| National Services, LLC | Attn: Stefanie Farmer | | Stefanie.Farmer@nsa.bz |
| OptConnect | Attn: Chris Baird | | chris.baird@optconnect.com |
| Spec's - Parent | Attn: Ryan Holder | | rholder@specsonline.com |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)



**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Surety Bank | Attn: Ryan James, Drew Gerhart & Suzette Hill | | rjames@mysuretybank.com<br>dgerhart@mysuretybank.com<br>shill@mysuretybank.com |
| The Jimmerson Law Firm | Attn: Jim Jimmerson | | jimmerson@jimmersonlawfirm.com |
| Thorntons LLC | Attn: Kim James | | Kim.James@mythorntons.com |
| Trangistics Inc | | | ar@trangistics.com |
| Trangistics Inc | Attn: Arlette Warner | | ar@trangistics.com |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | | Edward.M.McDonald@usdoj.gov<br>jared.a.day@usdoj.gov |
| Yesway | Attn: Derek Gaskins | | derek.gaskins@yesway.com |

# **Exhibit E**



**Exhibit E**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| American Express | Attn: Legal | 200 Vesey St | | New York | NY | 10285 | |
| American Express | Attn: Legal | PO Box 981535 | | El Paso | TX | 79998 | |
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | Box 551220 | Las Vegas | NV | 89155-1220 | |
| Cole Kepro International  LLC. | Attn: Legal | 4170-103 DISTRIBUTION CIRCLE | | North Las Vegas | NV | 89030 | |
| Corporation Service Company as Rep | Attn: Legal | 801 Adlai Stevenson Drive | | Springfield | IL | 62703 | |
| CORPORATION SERVICE COMPANY AS REP | Attn: Legal | PO BOX 2576 | | Springfield | IL | 62708 | |
| Enigma Securities Limited | Attn: Legal | 30 Panton St | 6th Floor | London | | SW1Y 4AJ | United Kingdom |
| Franchise Tax Board | Attn: Legal | Bankruptcy Section  MS A340 | PO Box 2952 | Sacramento | CA | 95812-2952 | |
| Genesis Global Holdco  LLC | c/o Snell & Wilmer LLP | 3883 Howard Hughes Pkwy Ste 1100 | Atn R Kinas B Griffith C Gianelloni | Las Vegas | NV | 89169 | |
| Internal Revenue Service | Attn: Kimberly Wheelock | 178 S Rio Grande St | M/S 5021 | Salt Lake City | UT | 84101 | |
| Internal Revenue Service | Attn: Mary Sevilla | 915 2nd Ave | M/S W244 | Seattle | WA | 98174 | |
| Internal Revenue Service | Attn: Legal | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Prime Alliance Bank Inc | Attn: Legal | 1868 South 500 West | | Woods Cross | UT | 84087 | |
| Sectran Security Inc. | Attn: Legal | 7633 Industry Ave | | Pico Rivera | CA | 90660 | |
| Sectran Security Inc. | Attn: Rony Ghaby | PO Box 227267 | | Los Angeles | CA | 90022 | |
| Texas Workforce Commission | Regulatory Integrity Division - SAU | 101 E. 15th Street | Room 556 | Austin | TX | 78778-0001 | |
| Two Farms Inc (d/b/a Royal Farms) | Attn: John Kemp | 3611 Roland Ave | | Baltimore | MD | 21211 | |

# **Exhibit F**



# Exhibit F
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ACE Cash Express | Attn: Tino Tovo | | ttovo@populusfinancial.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson | | cemery@avtechcapital.com<br>jrobertson@avtechcapital.com |
| Brink's U.S. | | | beau.anderson@brinksinc.com |
| Brink's U.S. | c/o Hirschler | Attn: Brittany B. Falabella | BFalabella@hirschlerlaw.com |
| Brink's U.S. | Attn: Beau Anderson | | beau.anderson@brinksinc.com |
| Cal's Convenience Inc - Parent Account | Attn: Ray Harrison | | Ray.Harrison@calscstores.com |
| Cennox Reactive Field Services | Attn: Heather Spence | | michael.goggans@cennox.com<br>legal@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | Attn: Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. | ccarlyon@carlyoncica.com<br>dcica@carlyoncica.com<br>tosteen@carlyoncica.com |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Attn: Jeffery R. Sylvester, Esq. | Jeff@sylvesterPolednak.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Jordi Guso | jguso@bergersingerman.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Scott Jablonski & Mitchell W. Goldberg | sjablonski@bergersingerman.com<br>mgoldberg@bergersingerman.com |
| Cole Kepro International, LLC | Attn: Andrew Cashin | | info@colekepro.com |
| Deployment Logix Inc. | Attn: Ken Rogers | | ken.rogers@deploymentlogix.com |
| EG America LLC | Attn: Dave Allen | | David.allen@eg-america.com |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | Attn: Gary Lee & Andrew Kissner | glee@mofo.com<br>akissner@mofo.com |
| Enigma Securities Limited | c/o Shea Larsen | Attn: James Shea, Esq., Bart Larsen, Esq., Kyle Wyant, Esq. | kwyant@shea.law<br>blarsen@shea.law<br>jshea@shea.law |
| EZ Blackhole | Attn: Edouard Chaltiel | | echaltiel@victoireventures.com |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | | baxelrod@foxrothschild.com<br>zwilliams@foxrothschild.com |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | Attn: Sean O'Neal & Michael Weinberg | soneal@cgsh.com<br>mdweinberg@cgsh.com |
| Genesis Global Trading Inc. | Attn: Andrew Tsang | | ATsang@genesistrading.com |
| I Heart Media | | | invoices@iheartmedia.com |
| I Heart Media | Attn: Roy Vann | | invoices@iheartmedia.com |
| Loomis | | | TJ.Niko@us.loomis.com |
| Loomis | Attn: TJ Niko | | TJ.Niko@us.loomis.com |
| National Services, LLC | Attn: Stefanie Farmer | | Stefanie.Farmer@nsa.bz |
| OptConnect | Attn: Chris Baird | | chris.baird@optconnect.com |
| Spec's - Parent | Attn: Ryan Holder | | rholder@specsonline.com |



**Exhibit F**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Surety Bank | Attn: Ryan James, Drew Gerhart & Suzette Hill | | rjames@mysuretybank.com<br>dgerhart@mysuretybank.com<br>shill@mysuretybank.com |
| The Jimmerson Law Firm | Attn: Jim Jimmerson | | jimmerson@jimmersonlawfirm.com |
| Thorntons LLC | Attn: Kim James | | Kim.James@mythorntons.com |
| Trangistics Inc | | | ar@trangistics.com |
| Trangistics Inc | Attn: Arlette Warner | | ar@trangistics.com |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | | Edward.M.McDonald@usdoj.gov<br>jared.a.day@usdoj.gov |
| Yesway | Attn: Derek Gaskins | | derek.gaskins@yesway.com |