

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Paul Robert Hage, P70460 of Southfield, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on January 03, 2007 in Oakland County and became a member of the State Bar of Michigan on April 25, 2007.

Peter W. Cunningham, Executive Director
February 14, 2023