SYLVESTER & POLEDNAK, LTD.
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
1731 Village Center Circle
Las Vegas, NV 89134
Telephone: (702) 952-5200
Email: Jeff@SylvesterPolednak.com

BERGER SINGERMAN LLP
JORDI GUSO, ESQ. *(admitted pro hac vice)*
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: JGuso@bergersingerman.com

*Attorneys for Interested Party CKDL Credit, LLC*

E-Filed: **February 15, 2023**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

In re:

CASH CLOUD, INC., dba COIN CLOUD,

Debtor(s).

Case No.: BK-S-23-10423-mkn
Chapter 11

## CERTIFICATE OF SERVICE

I HEREBY certify that I am an employee of SYLVESTER & POLEDNAK, LTD., and that on the below listed date, I caused to be served a true and correct copy of the listed documents in the following manner:

On February 9, 2023:

1.  Notice of Appearance and Request for Special Notice and Copies of All Filed Plans and Disclosure Statements [F.R.B.P. 9010(B), 2002 and 3017(a)] [Doc 41].

On February 10, 2023:

1.  Verified Petition for Permission to Practice in This Court Only By Attorney Not Admitted to the Bar of This Court [Doc 51].

1

<u>On February 13, 2023:</u>

1. Designation of Local Counsel and Consent Thereto [Doc 69].

<u>On February 14, 2023:</u>

1. CKDL Credit, LLC's Joinder to and Declaration in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [Doc 88].

■ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed as follows and on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addresses to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) that I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

DATED this 15th day of February, 2023.

       */s/ Kelly L. Easton*
       _____
       An Employee of Sylvester & Polednak, Ltd.