BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

Electronically Filed February 15, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                           Debtor. | Case No.  BK-23-10423-mkn<br><br>Chapter 11<br><br>**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S MOTION FOR APPROVAL OF REJECTION OF UNEXPIRED LEASE WITH TSSP LLC PURSUANT TO 11 U.S.C. § 365(a) AND ABANDONMENT OF ANY PROPERTY THAT REMAINS AT PREMISES** |

As required by this Court, Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its proposed undersigned counsel, Fox Rothschild LLP, has contacted the parties listed below, concerning the *Application for Order Shortening Time for Hearing* (the "Application") on *Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims* (the "DIP Motion"), as indicated below:

/ / /

1

142794757.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

| Contact Name | Date Contacted | Agree/ Disagree/ No Response | Contacted via Telephone/Fax/Email |
|---|---|---|---|
| Edward M. McDonald, Jr. Jared A. Day *Trial Attorney for Tracy Hope Davis, Acting United States Trustee-Region 17 Office of the United States Trustee* | 02/15/2023 | Takes No Position | Edward.M.McDonald@usdoj.gov Jared.A.Day@usdoj.gov |
| Offir Hagay, Landlord | 02/15/2023 | No Response | Ofir@moonwatercapital.com |
| SKR Real Estate | 02/15/2023 | No Response | SDugan@SKRRES.com |
| Genesis Global Trading Inc. | 02/15/2023 | No Response | ATsang@genesistrading.com |
| Cole Kepro | 02/15/2023 | No Response | info@colekepro.com |
| Brink's U.S. | 02/15/2023 | No Response | beau.anderson@brinksinc.com |
| EZ Blackhole | 02/15/2023 | No Response | echaltiel@victoireventures.com |
| EG America LLC | 02/15/2023 | No Response | David.allen@eg-america.com |
| National Services, LLC | 02/15/2023 | No Response | Stefanie.Farmer@nsa.bz |
| OptConnect | 02/15/2023 | No Response | blake.barber@optconnect.com |
| Cennox Reactive Field Services | 02/15/2023 | No Response | us.svc.invoicing@cennox.com |
| Yesway | 02/15/2023 | No Response | derek.gaskins@yesway.com |
| Thorntons | 02/15/2023 | No Response | Kim.James@mythorntons.com |
| American Express | 02/15/2023 | No Response | amexsru@aexp.com |
| Two Farms Inc (d/b/a Royal Farms) | 02/15/2023 | No Response | corporate@royalfarms.com |
| The Jimmerson Law Firm | 02/15/2023 | No Response | jimmerson@jimmersonlawfirm.com |
| Sectran Security Inc. | 02/15/2023 | No Response | r.ghaby@sectransecurity.com |
| Trangistics Inc | 02/15/2023 | No Response | ar@trangistics.com |
| ACE Cash Express | 02/15/2023 | No Response | ttovo@populusfinancial.com |
| I Heart Media | 02/15/2023 | No Response | invoices@iheartmedia.com |
| Spec's - Parent | 02/15/2023 | No Response | rholder@specsonline.com |
| CALS CONVENIENCE INC - Parent Account | 02/15/2023 | No Response | Ray.Harrison@calscstores.com |
| Loomis | 02/15/2023 | No Response | TJ.Niko@us.loomis.com |
| Enigma Securities Limited | 02/15/2023 | No Response | blarsen@shea.law |
| Enigma Securities Limited | 02/15/2023 | No Response | jshea@shea.law |
| Enigma Securities Limited | 02/15/2023 | No Response | kwyant@shea.law |
| Enigma Securities Limited | 02/15/2023 | No Response | glee@mofo.com |
| Enigma Securities Limited | 02/15/2023 | Agree | akissner@mofo.com |
| Genesis Global Capital LLC | 02/15/2023 | No Response | soneal@cgsh.com |
| Genesis Global Capital LLC | 02/15/2023 | No Response | mdweinberg@cgsh.com |
| AVT Nevada, L.P. | 02/15/2023 | No Response | cemery@avtechcapital.com |
| AVT Nevada, L.P. | 02/15/2023 | No Response | jrobertson@avtechcapital.com |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

142794757.1

Pursuant to Rule 9006(a)(5) of the Local Bankruptcy Rules for the United States Bankruptcy Court, District of Nevada, Debtor anticipates that the time needed for a hearing on the *Motion For Approval Of Rejection Of Unexpired Lease With TSSP LLC Pursuant To 11 U.S.C. § 365(a) And Abandonment Of Any Property That Remains At Premises* is approximately 20 minutes.

Dated this 15th day of February, 2023.            **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

3

142794757.1