

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 16, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No.   BK-23-10423-mkn |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER GRANTING EMERGENCY FIRST DAY MOTION PURSUANT TO 11 U.S.C. § 521, FED. R. BANKR. P. 1007 AND LOCAL RULE 1007 FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**<br><br>Hearing Date:  February 10, 2023<br>Hearing Time: 2:00 p.m. |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

142672587.1

The Court, having reviewed and considered Debtor's motion (the "<u>Motion</u>")[1] for an order, pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "<u>Bankruptcy Code</u>"), rule 1007 of the Federal Rules of Bankruptcy Procedure (as amended, the "<u>Bankruptcy Rules</u>") and rule 1007 of the Local Rules of Bankruptcy Procedure for the District of Nevada (as amended, the "<u>Local Rules</u>"), authorizing an extension of time to file the schedules and statements of financial affairs required under Bankruptcy Code Section 521(a)(1) (collectively, the "<u>Schedules and SOFA</u>"); appearances having been noted on the record, the arguments made by counsel, and the evidence submitted at the hearing on the Motion, and with the findings of the Court having been made on the record and incorporated herein, pursuant to Bankruptcy Rule 7052;

And Notice of this Motion having been provided to the Office of the United States Trustee, secured creditors, those creditors holding the twenty (20) largest unsecured claims, those governmental agencies required to receive notice under Bankruptcy Rule 5003(e), and any party which has filed and served on the Debtor a request for special notice prior to entry of this Order;

And it appearing that no other or further notice of the Motion need be provided;

And good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** that the Motion is granted; and

**IT IS FURTHER ORDERED** that the time within which Debtor must file its Schedules and SOFA is extended up to and including March 9, 2023, without prejudice to Debtor's ability to request additional time.

Prepared and Respectfully Submitted by:

**FOX ROTHSCHILD LLP**

By: _/s/Brett A. Axelrod_
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

---

[1] All capitalized, undefined terms shall have the meaning ascribed to them in the Motion.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

142672587.1

WAIVED:

**OFFICE OF THE UNITED STATES TRUSTEE**

BY: __WAIVED_____
    Jared A. Day,
    Trial Attorney for United States Trustee,
    Tracy Hope Davis

### CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐   The Court has waived the requirement of approval in LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

    Jared A. Day, Trial Attorney
    Office of the United States Trustee

     __WAIVED____

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

142672587.1