Ogonna Brown, Bar No. 7589
obrown@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:    702.949.8200

Paul R. Hage (Admitted pro hac vice)
Richard Kruger (pro hac vice forthcoming)
phage@taftlaw.com
rkruger@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
27777 Franklin Road Suite 2500
Southfield, MI 48034
Tel:    248.727.1543

*Attorneys for Cole Kepro International, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD INC., dba Coin Cloud<br><br>Debtor | Case No.:  BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING VERIFIED PETITION** |

**PLEASE TAKE NOTICE** that on February 16, 2022, the Court entered the *Order Granting Verified Petition* [ECF No. 115], a copy of which is attached hereto as **Exhibit 1**.

Dated this 16th day of February, 2023.

                                        LEWIS ROCA ROTHGERBER CHRISTIE LLP

                                        By:  *Ogonna Brown*
                                             Ogonna Brown, (Nevada NBN: 7589)
                                             obrown@lewisroca.com
                                             3993 Howard Hughes Parkway, Suite 600
                                             Las Vegas, NV  89169
                                             Tel: 702.949.8200

                                        TAFT STETTINIUS & HOLLISTER LLP

                                             Paul R. Hage (Admitted pro hac vice)
                                             Richard Kruger (pro hac vice forthcoming)
                                             phage@taftlaw.com
                                             rkruger@taftlaw.com
                                             27777 Franklin Road Suite 2500
                                             Southfield, MI 48034
                                             Tel: 248.727.1563

                                        *Attorneys for Cole Kepro International, LLC*

120244340.1

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on February 16, 2023, I caused to be served a true and correct copy of the foregoing **NOTICE OF ENTRY OF ORDER GRANTING VERIFIED PETITION** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities. A copy of the document was also sent via electronic mail to the parties listed on the CM/ECF Bankruptcy Court portal, at their last known email addresses.

☐ (ELECTRONIC MAIL) By transmitting electronically to the following recipient and last known email address:

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed below, at their last known mailing addresses:

*/s/ Renee L. Creswell*
An employee of
Lewis Roca Rothgerber Christie LLP

120244340.1