# EXHIBIT 1

NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                          BK–23–10423–mkn
                                                CHAPTER 11
CASH CLOUD, INC.
     dba COIN CLOUD

                                                ORDER GRANTING VERIFIED PETITION
               Debtor(s)

_____

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by PAUL R. HAGE is **GRANTED**.

Dated: 2/16/23

Mary A. Schott
Clerk of Court