United States Bankruptcy Court
District of Nevada

| | |
|---|---|
| In re: | Case No. 23-10423-mkn |
| CASH CLOUD, INC. | Chapter 11 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 14, 2023 | Form ID: pdf910 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: jared.a.day@usdoj.gov | Feb 15 2023 00:07:00 | JARED A. DAY, OFFICE OF THE US TRUSTEE, 300 BOOTH ST #3009, RENO, NV 89509-1360 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BART K. LARSEN | on behalf of Creditor Enigma Securities Limited BLARSEN@SHEA.LAW 3542839420@filings.docketbird.com |
| BRETT A. AXELROD | on behalf of Plaintiff CASH CLOUD  INC., dba COIN CLOUD baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com |
| BRETT A. AXELROD | on behalf of Debtor CASH CLOUD  INC. baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com |
| CHAPTER 11 - LV | USTPRegion17.lv.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 14, 2023 | Form ID: pdf910 | Total Noticed: 1 |

DAWN M. CICA
    on behalf of Interested Party CHRIS MCALARY dcica@carlyoncica.com nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

JAMES PATRICK SHEA
    on behalf of Creditor Enigma Securities Limited jshea@shea.law blarsen@shea.law;support@shea.law

JEANETTE E. MCPHERSON
    on behalf of Plaintiff CASH CLOUD INC., dba COIN CLOUD JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON
    on behalf of Debtor CASH CLOUD INC. JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

Jeffrey R. Sylvester
    on behalf of Interested Party CKDL Credit LLC jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

OGONNA M. BROWN
    on behalf of Creditor Cole Kepro International LLC obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com

ROBERT R. KINAS
    on behalf of Creditor GENESIS GLOBAL HOLDCO LLC rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com

STRETTO
    ecf@cases-cr.stretto-services.com aw01@ecfcbis.com,pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11
    USTPRegion17.lv.ecf@usdoj.gov

ZACHARY WILLIAMS
    on behalf of Plaintiff CASH CLOUD INC., dba COIN CLOUD zwilliams@foxrothschild.com, ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com

TOTAL: 14

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 14, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>  dba COIN CLOUD,<br><br>                         Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER ESTABLISHING CERTAIN CASE MANAGEMENT, NOTICE AND ADMINISTRATIVE PROCEDURES [ECF No. 10]**<br><br>Old Hearing Date:  February 15, 2023<br>Old Hearing Time:  10:30 a.m.<br><br>**New Hearing Date:  March 17, 2023**<br>**New Hearing Time: 9:30 a.m.** |

1

142776013.1

Upon consideration of the *Stipulation to Continue Hearing on Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures [ECF No. 10]* [ECF No. 82] (the "Stipulation");

**IT IS HEREBY ORDERED** that the Stipulation, a copy of which is attached hereto as Exhibit A, is APPROVED; and

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   /s/Brett A. Axelrod
 BRETT A. AXELROD, ESQ.
 Nevada Bar No. 5859
 NICHOLAS A. KOFFROTH, ESQ.
 Nevada Bar No. 16264
 ZACHARY T. WILLIAMS, ESQ.
 Nevada Bar No. 16023
 1980 Festival Plaza Drive, Suite 700
 Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

# # #

2

142776013.1

**EXHIBIT A**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

142776013.1

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
   nkoffroth@foxrothschild.com
   zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

Electronically Filed February 14, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re

CASH CLOUD, INC.,
dba COIN CLOUD,

   Debtor.

Case No. BK-23-10423-mkn

Chapter 11

**STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER ESTABLISHING CERTAIN CASE MANAGEMENT, NOTICE AND ADMINISTRATIVE PROCEDURES [ECF No. 10];**

Hearing Date:  February 15, 2023
Hearing Time:  10:30 a.m.

142756443.1

1

1    Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-
2 captioned case (the "Chapter 11 Case"), by and through its proposed counsel, Fox Rothschild LLP
3 and the United States Trustee ("UST", and together with the Debtor, the "Parties"), stipulate and agree
4 as follows (the "Stipulation"):

**RECITALS**

6    A.    WHEREAS, on February 7, 2023 (the "Petition Date"), Debtor filed a voluntary
7 petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the
8 "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada (the "Court"),
9 commencing the chapter 11 case (the "Chapter 11 Case");

10    B.    WHEREAS, on February 8, 2023, Debtor filed a *Motion for Order Establishing*
11 *Certain Case Management, Notice and Administrative Procedures* [ECF No. 10] (the "Case
12 Management Procedures Motion");

13    C.    WHEREAS, on February 14, 2023, the UST filed an Objection and Reservation of
14 Rights to Debtor's *Motion for Order Establishing Certain Case Management, Notice and*
15 *Administrative Procedures* [ECF No. 75];

16    D.    WHEREAS, the hearing date for the Case Management Procedures Motion is set for
17 February 15, 2023, at 10:30 a.m. Pacific Time (the "Hearing Date");

18    E.    WHEREAS, Debtor's deadline to file a Reply is 5:00 p.m. Pacific Time on February
19 14, 2023; and

20    F.    WHEREAS, the Parties desire to continue the hearing date to March 17, 2023 at 9:30
21 a.m. and Debtor's reply deadline to March 10, 2023.

22    NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

23    IT IS STIPULATED AND AGREED that the hearing on the Case Management Procedures
24 Motion shall be continued to March 17, 2017 at 9:30 a.m.; and

2

142756443.1

IT IS FURTHER STIPULATED AND AGREED that Debtor's deadline to file a Reply to the UST Objection, is extended to March 10, 2023.

Dated this 14th day of February 2013.

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **OFFICE OF THE UNITED STATES TRUSTEE** |
| By: /s/Brett A. Axelrod<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>ZACHARY T. WILLIAMS, ESQ.<br>Nevada Bar No. 16023<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>*[Proposed] Counsel for Debtor* | By: /s/Jared A. Day<br>JARED A. DAY,<br>Trial Attorney<br>U.S. Department of Justice<br>Office of the U.S. Trustee, Region 17<br>300 Booth Street, Suite 3009<br>Reno, NV 89509 |

3

142756443.1