```
 1  Terri H. Didion, Assistant United States Trustee
    State Bar No. CA 133491
 2  Jared A. Day, Trial Attorney
    State Bar No. CA 275687
 3  UNITED STATES DEPARTMENT OF JUSTICE
    Office of the United States Trustee
 4  300 Las Vegas Boulevard South
    Las Vegas, Nevada 89101
 5  Telephone: (775) 784-5335
    Fax: (775) 784-5531
 6  E-mail: jared.a.day@usdoj.gov
 7
    Attorneys for the United States Trustee for Region 17
 8  TRACY HOPE DAVIS
 9
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No: 23-10423-mkn |
|---|---|
| CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
| Debtor. | |

**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, by and through her undersigned counsel, hereby appoints the following unsecured creditors to be members of the Official Committee of Unsecured Creditors in the above-captioned case:

| | |
|---|---|
| Genesis Global Holdco, LLC<br>**Attn: Andrew Tsang**<br>250 Park Ave South 5th Floor<br>New York, NY 10003<br>Phone: (551) 242-6865<br>E-mail: *atsang@genesistrading.com* | Identified Counsel:<br><br>**Jan VanLare**<br>Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Phone: (212) 225-2872<br>E-mail: *jvanlare@cgsh.com* |
| Cole Kepro International, LLC<br>**Attn: Frederick Cook**<br>4170-103 Distribution Circle<br>Las Vegas, NV 89030<br>Phone: (702) 633-270<br>E-mail: *fred@colekepro.com* | Identified Counsel:<br><br>**Paul R. Hage**<br>Taft Stettinius & Hollister, LLP<br>27777 Franklin Rd., Suite 2500<br>Southfield, MI 48034<br>Phone: (248) 351-3000<br>E-mail: *phage@taftlaw.com* |

| | |
|---|---|
| Brink's U.S., a Division of Brink's, Incorporated<br>**Attn: Tara Team & Kevin Boland**<br>555 Dividend Drive, Suite 100<br>Coppell, TX 75019<br>Phone: (469) 549-6476 (Team)<br>Phone: (469) 549-6064 (Boland)<br>E-mail: tara.team@brinksinc.com<br>E-mail: kevin.boland@brinksinc.com | Identified Counsel:<br><br>**Robert Westermann and Brittany Falabella**<br>Hirschler Fleischer, P.C.<br>2100 East Cary Street<br>Richmond, VA 23223<br>Phone: (804) 771-9549 (Falabella)<br>Phone: (804) 771-5610 (Westermann)<br>E-mail: bfalabella@hirsherlaw.com<br>E-mail: rwestmann@hirschlerlaw.com |
| National Services, LLC<br>315 Trane Drive<br>Knoxville, TN 37919<br>Phone: (865) 588-1558<br>E-mail: evans@nsafieldservice.com | Identified Counsel:<br><br>**Matthew Graves**<br>Hodges Doughty & Carson<br>617 Main St.<br>PO Box 869<br>Knoxville, TN 37901<br>Phone: (865) 292-2244<br>Email: mgraves@hdclaw.com |
| OptConnect MGT, LLC<br>**Attn: Chris Baird**<br>865 W. 450 N., Suite 1<br>Kaysville, UT 84037<br>Phone: (801) 660-8921<br>E-mail: chris.baird@optconnect.com | Identified Counsel:<br><br>**Craig Druehl**<br>Dechert LLP<br>Three Bryant Park, 1095 Avenue of Americas<br>New York, NY 10036<br>Phone: (212) 698-3601<br>Email: craig.druehl@dechert.com |

Dated: February 17, 2023

Respectfully Submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By:  */s/ Terri H. Didion*
Terri H. Didion
Assistant United States Trustee