NVB IA-11-2BK (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address
Paul Hage (Michigan SBN: P70460) and Richard Kruger (Michigan SBN: P57142), (Pro Hac Vice Forthcoming), Taft Stettinius & Hollister LLP
27777 Franklin Road, Suite 2500, Southfield, Michigan 48034;
Phone (248) 727-6500;
Email: Phage@taftlaw.com and rkruger@taftlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

In re:                                                )        BK-S-23-10423-MKN

CASH CLOUD, dba Coin Cloud              )
                                                          )        CHAPTER 11
                                                          )
                                                          )        VERIFIED PETITION FOR
                                                          )        PERMISSION TO PRACTICE IN THIS
                                                          )        CASE ONLY BY ATTORNEY NOT
                                                          )        ADMITTED TO THE BAR OF THIS
                                                          )        COURT
            Debtor.                                  )
                                                          )        **EFFECTIVE JANUARY 1, 2015**
                                                          )        **FILING FEE IS $250.00**

_Richard Kruger_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in _West Bloomfield Hills_, _Michigan_____.

2. That Petitioner is an attorney at law and a member of the law firm of
_Taft Stettinius & Hollister LLP_____, with offices at _____
_27777 Franklin Road, Suite 2500, Southfield, Michigan 48034_____
_____
_____,_____,_____

3. That Petitioner has been retained personally or as a member of the law firm by

Cole Kepro International, LLC to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since 1997, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Michigan where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.

| | Date Admitted |
|---|---|
| Eastern District of Michigan | 1998 |
| Western District of Michigan | 1998 |
| Seventh Circuit Court of Appeals | 2000 |
| First Circuit Court of Appeals | 2009 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:
N/A

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of any denied admission):
N/A

8. That Petitioner is a member of good standing in the following Bar Associations:
Michigan _____
_____
_____
_____.

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

Date of Application     Cause     Title of Court/Administrative Body or Arbitrator     Was Application Granted or Denied

_____
_____
_____
_____
_____ (If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: Feby 17, 2023            _____
                                                                         Petitioner's Signature

STATE OF <u>Michigan        </u> )
                                )
COUNTY OF <u>Oakland        </u> )

<u>Richard Kruger        </u>, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

*[Petitioner's Signature]*

Petitioner's Signature

(SEAL)

Subscribed and sworn to me before this

<u>  17th    </u> day of <u> february     </u>, <u> 2023    </u>.

<u>Tina M. Neddermeyer                     </u> Notary public
Tina M. Neddermeyer

TINA M. NEDDERMEYER
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
My Commission Expires July 21, 2026
ACTING IN COUNTY OF <u>Oakland</u>

4

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on February 17, 2023, I caused to be served a true and correct copy of the foregoing **VERIFIED PETITION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities. A copy of the document was also sent via electronic mail to the parties listed on the CM/ECF Bankruptcy Court portal, at their last known email addresses.

☐ (ELECTRONIC MAIL) By transmitting electronically to the following recipient and last known email address:

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed below, at their last known mailing addresses:

*/s/ Renee L. Creswell*
An employee of
Lewis Roca Rothgerber Christie LLP

120254524.1

- 5 -