1 Ogonna M. Brown, Bar No. 7589
OBrown@lewisroca.com
2 LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
3 Las Vegas, NV 89169
Tel:    702.949.8200
4 Fax:    702.949.8398

5 *Attorneys for Creditor Cole Kepro International, LLC*

6

7 UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
8

| In re: | Case No. 23-10423-MKN |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** |

12    The undersigned attorney of record for Cole Kepro International, LLC, the creditor herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best interest of the client to designate Ogonna M. Brown, attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

Ogonna M. Brown, Bar No. 7589
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel:    702.949.8200
Email: OBrown@lewisroca.com

    By this designation the undersigned attorneys and party agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for

120254524.1

the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

DATED this 17th day of February, 2023.

By: */s/ Richard Kruger*
    Richard Kruger

**CONSENT OF DESIGNATED NEVADA COUNSEL**

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that she is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that she is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

DATED this 17th day of February, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Ogonna M. Brown*
    Ogonna M. Brown, Bar No. 7589
    OBrown@lewisroca.com
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV 89169
    Tel.: 702.949.8200
    Fax: 702.949.8398

    Attorneys for Creditor Cole Kepro International, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on February 17, 2023, I caused to be served a true and correct copy of the foregoing **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities. A copy of the document was also sent via electronic mail to the parties listed on the CM/ECF Bankruptcy Court portal, at their last known email addresses.

☐ (ELECTRONIC MAIL) By transmitting electronically to the following recipient and last known email address:

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed below, at their last known mailing addresses:

*/s/ Renee L. Creswell*
An employee of
Lewis Roca Rothgerber Christie LLP

120254524.1

- 3 -