BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        jmcpherson@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

Electronically Filed February 17, 2023

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-23-10423-MKN |
| CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Chapter 11<br><br>**DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT**<br><br>Hearing Date:   March 17, 2023<br>Hearing Time:   9:30 a.m.<br>Estimated Time for Hearing: 20 Minutes |

**PLEASE TAKE NOTICE THAT IF YOU ARE RECEIVING NOTICE OF THIS MOTION, YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON EXHIBIT 2 ATTACHED HERETO.  NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE**

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its proposed undersigned counsel, Fox Rothschild LLP, respectfully submits this motion (the "Motion") for entry of an order,

1

142885868.1

substantially in the form attached hereto as **Exhibit 1**, approving the rejection of contracts and/or unexpired leases as set forth in **Exhibit 2** attached hereto pursuant to Bankruptcy Code[1] section 365(a), and approving the disposition of certain personal property, including abandonment pursuant to Bankruptcy Code section 554(a).

This Motion is made and based on the *Declaration of Christopher Andrew McAlary* (the "McAlary Declaration") filed in support hereof, the following points and authorities, the papers and pleadings on file with the Court in this Chapter 11 Case, and any oral argument the Court may entertain at the hearing on the Motion.

Dated this 17th day of February, 2023.　　　**FOX ROTHSCHILD LLP**

By:　/s/ Jeanette E. McPherson
　　　JEANETTE E. MCPHERSON, ESQ. (5423)
　　　BRETT A. AXELROD, ESQ. (5859)
　　　NICHOLAS A. KOFFROTH, ESQ. (16264)
　　　ZACHARY T. WILLIAMS, ESQ. (16023)
　　　1980 Festival Plaza Drive, Suite 700
　　　Las Vegas, Nevada 89135
　　　*[Proposed] Counsel for Debtor*

## POINTS AND AUTHORITIES

### I.　　JURISDICTION AND VENUE

1.　　The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) & (O).

2.　　Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.　　The statutory basis for the relief requested herein is 11 U.S.C. §§ 105(a), 365(a), and 554, and Bankruptcy Rules 6004, 6006, and 9014.

4.　　Pursuant to Local Rule 9014.2, the Debtor consents to entry of final order(s) or judgment(s) by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

---

[1] All references to "chapter" and "section" herein shall be to the "Bankruptcy Code" appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall refer to the Federal Rules of Bankruptcy Procedure.

142885868.1

## II.    BACKGROUND

**A.    <u>Debtor's Filing</u>**

1.    On February 7, 2023 (the "<u>Petition Date</u>"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.    The Debtor is authorized to operate its business and manage its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    No request has been made for the appointment of a trustee or examiner, and no statutory committee has been appointed.

**B.    <u>Debtor's Business And Contracts And/Or Leases</u>**

4.    As described in greater detail in the Omnibus Declaration of Christopher Andrew McAlary in Support of Emergency First Day Motions [ECF 19], the Debtor was formed as a Nevada corporation for the purpose of providing a platform for customers to buy and sell digital currencies through Digital Currency Machines ("<u>DCMs</u>") distributed across the United States. DCMs are an advanced version of the kiosks commonly referred to as Bitcoin ATMs or BTMs, that enable a consumer to both (a) buy bitcoin as well as 30+ other digital currencies with cash, and (b) sell digital currency for cash.  All of the Debtor's machines are DCMs offering two-way functionality, over 30 digital currency options, an advanced user interface and a custom non-custodial companion wallet app (available on the Apple App Store and the Google Play Store).  <u>See</u> McAlary Declaration ¶ 6.

5.    As of December 31, 2022, the Debtor operated approximately 4,800 DCMs, or kiosks ("<u>Kiosk(s)</u>") throughout the United States and Brazil, installed in some of the largest convenience, grocery and liquor store chains and prestigious malls.  <u>See</u> McAlary Declaration ¶ 7.

6.    To facilitate the installation of the Kiosks, Cash Cloud entered into numerous contracts (the "<u>Contracts</u>") or leases ("<u>Leases</u>") with various parties ("<u>Counterparty</u>" or "<u>Counterparties</u>") having retail locations, including convenience stores, malls, and enterprise grocery stores.  The terms in the Contracts and/or Leases vary.  However, in general, the terms provide that Cash Cloud is permitted to install a Kiosk at a certain location ("<u>Location</u>") in exchange for compensation being paid to the Counterparty. There are thousands of Contracts or Leases, and the

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

142885868.1

nature and amount of compensation varies and is sometimes in the form of a fixed monthly rental payment or a variable portion of the profit of the Kiosk. The Contracts and/or Leases typically have a 3 to a 7-year term, with automatic renewals, unless terminated by either party. And, under certain "master" Contracts and/or Leases, wherein the Contract or Lease governs the installation of Kiosks at multiple, different Locations (as set forth within the exhibits attached thereto), the Contract or Lease contains terms that provide not only for the termination of the master agreement, as a whole, but also for either the Debtor or the Counterparty to terminate certain identified Locations. See McAlary Declaration ¶ 8.

**C.**     **Rejection of Contracts And/Or Leases**

7.     In connection with its efforts to preserve and maximize the value of its estate through the prosecution of this case, the Debtor, in its business judgment, has determined that certain Contracts and/or Leases are financially burdensome and do not provide benefit to the estate. The Locations subject to the Contracts and/or Leases that are listed on **Exhibit 2** are no longer needed. Further, the Debtor seeks to avoid depletion of the estate through accrual of administrative expenses associated with these Contracts and/or Leases. In addition, the Debtor has determined that there is no value in attempting to assume and assign the Contracts and/or Leases. Thus, rejection is in the best interests of creditors and other parties in interest. As such, the Contracts and/or Leases should be rejected. See McAlary Declaration ¶ 9.

**D.**     **Disposition of Personal Property, Including Abandonment**

8.     Further, if there is property remaining at a Location subject to a rejected Contract or Lease, such as Kiosks or related property (the "Remaining Property"), the Debtor will determine how the Remaining Property should be disposed of, including whether it should be removed, abandoned, sold, or surrendered to a party that has a secured (or lease) interest in the Remaining Property. Accordingly, if the Debtor seeks to abandon the Remaining Property, the Debtor, by this Motion, seeks entry of an order authorizing the abandonment of the Remaining Property. See McAlary Declaration ¶ 10.

/ / /

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4

**E.**     **Requested Relief**

9.      Bankruptcy Code section 365(a) authorizes the Debtor, subject to this Court's approval, to reject any executory contract or unexpired lease.  Based on its business judgment, Debtor has determined that the Contracts and/or Leases are financially burdensome to the estate and do not provide benefit to the estate.  <u>See</u> McAlary Declaration ¶ 9.  Accordingly, the Debtor seeks authority to reject the Contracts and/or Leases set forth on **Exhibit 2** as of the date of the filing of this Motion to prevent the incurrence of ongoing administrative expenses with respect to the Contracts and/or Leases.  <u>See</u> McAlary Declaration ¶ 9.  Further, Bankruptcy Code section 554 authorizes the abandonment of property, subject to this Court's approval.  In the event the Debtor, in its business judgment, determines that the Remaining Property, if any, is burdensome or of inconsequential value or benefit to the estate, the Debtor requests that such abandonment be approved. <u>See</u> McAlary Declaration ¶ 10.

### III.     MEMORANDUM OF LAW

**A.**     <u>The Debtor's Decision To Reject The Contracts And/Or Leases Should Be Approved</u>

10.      Section 365 of the Bankruptcy Code provides that "the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."  11 U.S.C. § 365(a).  "Under the Code, most courts have applied a 'business judgment' test to trustees' decisions to assume or reject contracts or leases."  3 <u>Collier on Bankruptcy</u> ¶ 365.03[2] (16th Ed. 2016).  "In making its determination, a bankruptcy court need engage in only a cursory review of a debtor-in-possession's decision to reject the contract."  <u>Agarwal v. Pomona Valley Med. Group, Inc. (In re Pomona Valley Med. Group, Inc.)</u>, 476 F.3d 665, 670 (9th Cir. 2007) (internal punctuation omitted).

11.      "[I]n evaluating the rejection decision, the bankruptcy court should presume that the debtor-in-possession acted prudently, on an informed basis, in good faith, and in the honest belief that the action taken was in the best interests of the bankruptcy estate."  <u>Id.</u>, at 670.  In the Ninth Circuit, a bankruptcy court "should approve the rejection of an executory contract under § 365(a) unless it finds that the debtor-in-possession's conclusion that rejection would be advantageous is so manifestly unreasonable that it could not be based on sound business judgment, but only on bad

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

142885868.1

1    faith, or whim or caprice." Id. (internal punctuation omitted).

2        12.    The Debtor's decision to reject the Contracts and/or Leases reflects the Debtor's

3    exercise of sound business judgment and is in the best interests of the Debtor, its estate, and its

4    creditors.  The Debtor has determined that the Contracts and/or Leases are not necessary for the

5    Debtor's operations and are financially burdensome and not beneficial to the estate. The Leases are

6    not a source of potential value for the Debtor's future operations, creditors, or interest holders, and

7    are believed to not be marketable given their terms and constitute an unnecessary drain on the

8    Debtor's limited resources.  See McAlary Declaration ¶ 9.  Accordingly, the Debtor submits that its

9    decision to reject the Contracts and/or Leases is a sound exercise of its business judgment and

10    should be approved.

11    **B.    Rejection As of the Date of the Filing of This Motion**

12        13.    This Court has authority to approve the rejection of executory contracts or leases as

13    of the date of the filing of the motion for rejection. Section 365 of the Bankruptcy Code does not

14    expressly provide whether courts may order rejection to be effective retroactively.  However, courts

15    have held that bankruptcy courts may exercise their equitable powers in granting such a retroactive

16    order when they conclude that doing so promotes the purposes of Section 365, and that after

17    balancing the equities of a case, equities weigh in favor the debtor.  See, e.g., Pac. Shores Dev.,

18    LLC v. At Home Corp. (In re At Home Corp.), 392 F.3d 1064, 1065 (9th Cir. 2004) (affirming

19    order authorizing rejection as of date of filing of motion), cert. denied, 564 U.S. 814 (2005);

20    Thinking Machines Corp. v. Mellon Fin. Servs. Corp. (In re Thinking Machs. Corp.), 67 F.3d 1021,

21    1028-29 (1st Cir. 1995) (bankruptcy court has power to approve rejection as of date of filing

22    motion); In re Amber's Stores, Inc., 193 B.R. 819, 827 (Bankr. N.D. Tex. 1996)(holding that the

23    lease should be deemed rejected as of the petition date due to the equities of case).   Although this

24    caselaw pertains to the rejection of nonresidential real property leases, the rationale contained

25    therein is applicable to executory contracts. The Ninth Circuit in In re At Home Corp., explained

26    that "the equitable authority recognized in Thinking Machines has been imported to contexts other

27    than unexpired nonresidential leases," citing to Malden Mills Indus., Inc. v. Maroun (In re Malden

28    Mills Indus., Inc.), 303 B.R. 688, 701 (B.A.P. 1st Cir. 2004) and its application of this principle to

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

142885868.1

abandonment of personal property. 392 F.3d at 1070. The Debtor further notes that the Ninth

Circuit's holding in In re At Home Corp., 392 F.3d 1064 (9th Cir. 2004) allowing rejection as of the

date of the motion has been found to be undisturbed by the Court's holding in Roman Catholic

Archdiocese of San Juan v. Acevedo Feliciano, ___ U.S. ___, 140 S.Ct. 696 (2020). See In re

Player's Poker Club, Inc., 636 B.R. 811 (Bankr. C.D.Cal. 2022).

14.     Balancing the equities in this case, approving rejection of the Contracts and/or

Leases as of the date of this Motion is appropriate. The Debtor has promptly filed this Motion and

promptly set it for hearing giving Counterparties notice of this Motion and the Debtor's intention.

Without the authority to reject as of the Motion filing date, the Debtor may be forced to incur

potential administrative expenses for agreements that provide no benefit to the estate to the

detriment of creditors and other stakeholders. Further, allowing the Debtor to reject the Contracts

and/or Leases will not unduly prejudice the Counterparties because the Counterparties will receive

notice of the Motion and therefore will have sufficient opportunity to object if they so choose.

Indeed, the Counterparties may benefit from the rejection as they will be relieved of obligations

under the Contracts and/or Leases. Accordingly, the rejection of the Contracts and/or Leases should

be approved as of the date of the Motion.

## C.     The Debtor's Decision To Abandon Remaining Property, If Made, Should Be Approved

15.     Section 554(a) of the Bankruptcy Code provides that "[a]fter notice and a hearing, the

trustee may abandon any property of the estate that is burdensome to the estate or that is of

inconsequential value and benefit to the estate." 11 U.S.C. § 554(a). The right to abandon is virtually

unfettered, unless abandonment of the property will contravene laws designed to protect public health

and safety and the property poses an imminent threat to the public's welfare. See In re Midlantic Nat'l

Bank, 474 U.S. 494, 501 (1986). Neither of these limitations is applicable given the relevant facts.

16.     Here, if there is Remaining Property, the Debtor will determine how this Remaining

Property should be disposed of, including whether it should be removed, abandoned, sold, or

surrendered to a party that has a secured (or lease) interest in the Remaining Property. See McAlary

Declaration ¶ 10. The Debtor submits that **if** it determines that the Remaining Property (if any)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

7

should be abandoned, it will make this determination because the Remaining Property is either burdensome to the estate, as removal and storage of the Remaining Property is likely to exceed any net proceeds from this property, or is of inconsequential value and benefit to the estate. See McAlary Declaration ¶ 10. Thus, the Debtor's determination to abandon will reflect the Debtor's exercise of sound business judgment, taking into account the best interests of the Debtor, its estate, its creditors and other parties in interest. See McAlary Declaration ¶ 10. Accordingly, it is requested that if the Debtor determines any Remaining Property should be abandoned, that the Remaining Property shall be deemed abandoned as of the date of the Motion pursuant to 11 U.S.C. § 554.

### IV.    WAIVER OF BANKRUPTCY RULES 6004(h)

17.    To implement the Debtor's foregoing requests successfully, the Debtor, to the extent applicable, seeks a waiver of the 14-day stay of any order authorizing the use, sale, or lease of property under Fed.R.Bankr. P. 6004(h).

### V.    RESERVATION OF RIGHTS

18.    Nothing contained herein is intended or should be construed as an admission of the validity of any claim against the Debtor, a waiver of the Debtor's rights to dispute any claim, or an approval or assumption of any agreement, contract, or lease under section 365 of the Bankruptcy Code. The Debtor expressly reserves its rights to contest any invoice or claim related to the relief requested herein in accordance with applicable law.

### VI.    NOTICE

19.    Notice of this Motion has been given by electronic mail or first class mail to the following parties or their counsel: (a) the Office of the United States Trustee for the District of Nevada; (b) the holders of the Debtor's twenty (20) largest unsecured creditors; (c) counsel to Debtor's secured creditors; (d) counsel to parties that have a lease interest in the Remaining Property; (e) the counterparties to the Contracts and/or Leases; and (f) all parties that have filed a Rule 2002 Notice Request in the Chapter 11 Case. In light of the nature of the relief requested, Debtor respectfully submits that such notice is appropriate and sufficient under the circumstances and that no further notice is necessary.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

142885868.1

## VII.    CONCLUSION

WHEREFORE, for all of the foregoing reasons, Debtor respectfully requests that this Court enter an Order granting this Motion, substantially in the form attached hereto as **Exhibit 1,** and (a) approving the rejection of the Contracts and/or Leases set forth on **Exhibit 2** attached hereto, as of the date of the filing of this Motion; (b) approving abandonment of the Remaining Property as of the date of the filing of this Motion to the extent set forth herein (that is, <u>only if</u> the Debtor has determined the Remaining Property should be abandoned), and (c) granting such other and further relief as this Court deems appropriate.

Dated this 17th day of February, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson

JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

*[Proposed] Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

142885868.1

**EXHIBIT 1**

**PROPOSED ORDER**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        jmcpherson@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                       Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT**<br><br>Hearing Date:  March 17, 2023<br>Hearing Time:  9:30 a.m. |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

142885868.1

The Court, having reviewed and considered Debtor's motion (the "<u>Motion</u>")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a) and approving the abandonment of Remaining Property pursuant to 11 U.S.C. § 554(a), if the Debtor has made the determination that abandonment is appropriate; and upon consideration of the McAlary Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; the Court having determined that abandonment of Remaining Property, if so determined by the Debtor, is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that <u>if, and only if,</u> the Debtor has determined that any Remaining Property should be abandoned, the Remaining Property is abandoned effective as of the date of the filing of the Motion; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

142885868.1

sufficient notice of the Motion; and it is further

**ORDERED** that, to the extent applicable, the 14-day stay under Fed.R.Bankr. P. 6004(h) is waived.

Prepared And Respectfully Submitted By:           APPROVED/DISAPPROVED

**FOX ROTHSCHILD LLP**                            **OFFICE OF THE UNITED STATES TRUSTEE**

By:  /s/ Jeanette E. McPherson                    By: _____
     JEANETTE E. MCPHERSON, ESQ.
     BRETT A. AXELROD, ESQ.
     NICHOLAS A. KOFFROTH, ESQ.
     ZACHARY T. WILLIAMS, ESQ.
     1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

## <u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021</u>

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐    The Court has waived the requirement of approval in LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion

☐    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

     Office of the United States Trustee

☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

          # # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

142885868.1

3

**EXHIBIT 2**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

142885868.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| 1701 S Lindbergh Blvd | Attn: Kelly Knebel<br>1701 S Lindbergh Blvd<br>Frontenac, MO 63131 | 1701 S Lindbergh Blvd<br>Frontenac, MO 63131 | 142000 |
| Area 51 STL LLC | Attn: Peter Brooks<br>6901 Gravois Ave<br>St. Louis, MO 63116 | 6901 Gravois Ave<br>St. Louis, MO 63116 | 125113 |
| Bad Owl Coffee, LLC | Attn: Annie Chang<br>10575 S Eastern Ave Ste 160<br>Henderson, NV 89052 | 10575 S Eastern Ave<br>Ste 160<br>Henderson, NV 89052 | 118832 |
| Blu Drop dba Blu Liquor | Attn: Kimmy Alexandre<br>8620 Long Point Rd<br>Houston, TX 77055 | 8620 Long Point Rd<br>Houston, TX 77055 | 124102 |
| BP | Attn: Kumar Vaid<br>1273 S. Main Street<br>Englewood, OH 45322 | 1273 S. Main Street<br>Englewood, OH 45322 | 115340 |
| Brand Cigars Newtown | Attn: Sujata Patel<br>266 S Main St<br>Newtown, CT 06470 | 266 S Main St<br>Newtown, CT 06470 | 130479 |
| Bubbles Laundromat | Attn: Jully Demarcus<br>3205 Wrightsboro Rd<br>Augusta, GA 30909 | Augusta, GA 30909 | 126095 |
| Canyon Crossing Petroleum | Attn: Dan Patel<br>1175 Snow Canyon Pkwy Suite #101<br>Ivins, UT 84738 | 1175 Snow Canyon Pkwy<br>Suite #101<br>Ivins, UT 84738 | 139033 |
| Car Stop Pre Owned Auto LLC | Attn: Joseph Riggs<br>1035 14th St W<br>Huntington, WV 25704 | 1035 14th St W<br>Huntington, WV 25704 | 120822 |
| CBD Life / Colorado's Big Discovery | Attn: John Przybylo<br>2929 Galley Rd<br>Colorado Springs, CO 80909 | 2929 Galley Rd<br>Colorado Springs, CO 80909 | 125191 |
| Coastal Spirits | Attn: Sarju Patel<br>107 S Godley Station Blvd<br>Pooler, GA 31322 | 107 S Godley Station Blvd<br>Pooler, GA 31322 | 125856 |
| Cobblestone Inn & Suites - Bridgeport | Attn: Scott Schmunk<br>517 Main St<br>Bridgeport, NE 69336 | 517 Main St<br>Bridgeport, NE 69336 | 139616 |
| Crump's Food Center | Attn: Chris Spencer<br>704 West Houston<br>PO Box 1530<br>Linden, TX 75563 | 704 West Houston<br>PO Box 1530<br>Linden, TX 75563 | 139101 |

142922593.1

| Cyber Age VR | Attn: Alberto Gutierrez<br>214 W 1st Ave<br>Toppenish, WA 98948 | 214 W 1st Ave<br>Toppenish, WA 98948 | 125046 |
| David's Market | Attn: Benjamin Pourkhalili and<br>Banafsheh J Moghtadaie<br>6033 N Sheridan Rd Ste N1<br>Chicago, IL 60660 | 6033 N Sheridan Rd Ste N1<br>Chicago, IL 60660 | 124928 |
| Doost LLC | Attn: Ali Sultan<br>c/o Marathon Gas<br>702 33rd Ave N<br>Saint Cloud, MN 56303 | c/o Marathon Gas<br>702 33rd Ave N<br>Saint Cloud, MN 56303 | 148416 |
| Elk Creek Mining LLC | Attn: John Webber<br>c/o 88 Grill<br>502 West Main St<br>New Castle, CO 81647 | c/o 88 Grill<br>502 West Main St<br>New Castle, CO 81647 | 122553 |
| Extreme Clean Laundry, Inc. | Attn: Paul Staffier & Tony Mazza<br>295 Armistice Blvd<br>Pawtucket, RI 02861 | 295 Armistice Blvd<br>Pawtucket, RI 02861 | 122394 |
| EZ Food Mart | Attn: Pawan Regmi<br>901 Belt Line Rd #100<br>Garland, TX 75040 | 901 Belt Line Rd #100<br>Garland, TX 75040 | 124709 |
| Fast Cash & Pawn USA | Attn: Joan Lualhati<br>929 E Ogden Ave<br>Naperville, IL 60563 | Attn: Joan Lualhati929 E Ogden<br>Ave<br>Naperville, IL 60563 | 130359 |
| Foxywoods LLC | Attn: Subash Shrestha<br>c/o Pumpkin Hill Market<br>126 Gallup Hill Rd<br>Ledyard, CT 06339 | Attn: Subash Shresthac/o Pumpkin<br>Hill Market<br>126 Gallup Hill Rd<br>Ledyard, CT 06339 | 147967 |
| Freeman Foods | Attn: Clint Miller<br>2966 305th St<br>Parnell, IA 52325 | 268 8th Ave SW<br>Wellman, IA 52356 | 147036 |
| Future Concerns LLC | Attn: Usman Butt<br>c/o I'M Convenience & Smoke Center<br>311 Norwich-New London Turnpike<br>Montville, CT 06382 | c/o I'M Convenience & Smoke<br>Center<br>311 Norwich-New London<br>Turnpike<br>Montville, CT 06382 | 129740 |
| Heights Corner Market LLC | Attn: Eric Herget<br>5018 Kavanaugh Blvd.<br>Little Rock, AR 72207 | 5018 Kavanaugh Blvd.<br>Little Rock, AR 72207 | 145628 |
| Hi-Desert Daydream | Attn: Andrew Evans<br>73515 Twentynine Palms Hwy<br>Twentynine Palms, CA 92277 | 73515 Twentynine Palms Hwy<br>Twentynine Palms, CA 92277 | 128725 |
| HJ of Columbia, Inc | Attn: Hemanshu Dinesh Bavishi<br>c/o HB Mart<br>1625 Leesburg Rd<br>Columbia, SC 29209 | c/o HB Mart<br>1625 Leesburg Rd<br>Columbia, SC 29209 | 124965 |

2

| | | | |
|---|---|---|---|
| Hokus Pokus Beer & Deli LLC | Attn: Ahmad Suleiman Abdelmajed<br>2401 W Nob Hill Blvd<br>Yakima, WA  98902 | 2401 W Nob Hill Blvd<br>Yakima, WA 98902 | 121076 |
| Hutchinson Pawn & Jewelry | Attn: Frank Ellis<br>509 E 4th Ave<br>Hutchinson, WV  67501 | 509 E 4th Ave<br>Hutchinson, WV 67501 | 122856 |
| ICC Enterprises LLC | Attn: Carlos Gutierrez<br>c/o Cut Rate Liquors<br>122 S Sunset Strip St<br>Kenedy, TX  78119 | c/o Cut Rate Liquors<br>122 S Sunset Strip St<br>Kenedy, TX 78119 | 127797 |
| ISPcomputer | Attn: Alfredo Covarrubias<br>15610 1st Ave S<br>Burien, WA  98148 | 15610 1st Ave S<br>Burien, WA 98148 | 128671 |
| iTech Cellphone & Computer Repair | Attn: Andrew Gaspar<br>1117 E Vine St<br>Kissimmee, FL  34744 | 1117 E Vine St<br>Kissimmee, FL 34744 | 124389 |
| J&L tobacco quality | Attn: Loai Saddeh<br>1318 N Main St<br>Marion, SC  29571 | 1318 N Main St<br>Marion, SC 29571 | 144692 |
| JJL Multiservice LLC | Attn: Rimel Nedel Reyes Villalona; Jose Ramon Javier Acosta<br>c/o South Main Communications<br>271 S Main St<br>Woonsocket, RI  02895 | c/o South Main Communications<br>271 S Main St<br>Woonsocket, RI 02895 | 129736 |
| Jucker Hawai'i | Attn: Mike Jucker<br>151 Kupuohi St Ste H2<br>Lahaina, HI  96761 | 151 Kupuohi St<br>Ste H2<br>Lahaina, HI 96761 | 124133 |
| Karim LLC dba Pontiac Food Mart | Attn: Qudrat Tariq<br>527 Pontiac Ave<br>Cranston, RI  02910 | 527 Pontiac Ave<br>Cranston, RI 02910 | 116554 |
| King Wash & Dry | Attn: Mohammed A Hossain<br>11255 Garland Rd Ste 1300<br>Dallas, TX  75218 | 11255 Garland Rd Ste 1300<br>Dallas, TX 75218 | 125420 |
| Koodegras CBD Oil | Attn: Diane Bingham<br>8757 State St<br>Sandy, UT  84070 | 8757 State St<br>Sandy, UT 84070 | 128663 |
| Korner Market | Attn: Vrushank B Patel<br>1991 Bracht-Piner Rd<br>Morning View, KY  41063 | 1991 Bracht-Piner Rd<br>Morning View, KY 41063 | 128724 |
| La Familia Grocery Store | Attn: Osee Fervil<br>3420 NW 2nd Ave<br>Miami, FL  33127 | 3420 NW 2nd Ave<br>Miami, FL 33127 | 139633 |

3

| | | | |
|---|---|---|---|
| Laundry City | Attn: Kishor Changela<br>1052 Dalby Way<br>Austell, GA  30106-1464 | ## 35<br>Mableton, GA 30126 | 125198 |
| Le's Laundry | Attn: Le Ngo<br>81 Main Street<br>Malden, MA  02148 | Malden, MA 02148 | 137042 |
| Lucky 7 Food Mart | Attn: Mohammad Abuali<br>10530 Rosedale Hwy Ste 9<br>Bakersfield, CA  93312 | 10530 Rosedale Hwy<br>Ste 9<br>Bakersfield, CA 93312 | 103020 |
| MAINE Northern Lights | Attn: Brad Dostie<br>421 Water Street<br>Gardiner, ME  04345 | 421 Water Street<br>Gardiner, ME 04345 | 136228 |
| Mi Casa Market | Attn: : Guadalupe Madrigales<br>723 W 3rd Ave<br>Moses Lake, WA  98837 | 723 W 3rd Ave<br>Moses Lake, WA 98837 | 147474 |
| Mizz Repair - Phone Repair | Attn: Gabriela Roman<br>6851 W 4th Ave<br>Hialeah, FL  33014 | 6851 W 4th Ave<br>Hialeah, FL 33014 | 129451 |
| Mobile One | Attn: Riyad Ahmad<br>798 NW 183rd St<br>Miami Gardens, FL  33169 | 798 NW 183rd St<br>Miami Gardens, FL 33169 | 128009 |
| Mr Checkout Power 5 Butan<br>LLC | Attn: Duc Minh Ta<br>c/o Lents 1 Stop Market<br>9213 SE Foster Rd<br>Portland, OR  97266 | c/o Lents 1 Stop Market<br>9213 SE Foster Rd<br>Portland, OR 97266 | 126252 |
| MS Yakima Group LLC | Attn: Sharvan Khullar<br>301 N 1st St<br>Yakima, WA  98901 | Attn: Sharvan Khullar301 N 1st St<br>Yakima, WA 98901 | 137103 |
| Nina Corporation | Attn: Lee Gilbertson<br>c/o Mac's Liquor<br>8600 Excelsior Blvd<br>Hopkins, MN  55343 | Attn: Lee Gilbertsonc/o Mac's<br>Liquor<br>8600 Excelsior Blvd<br>Hopkins, MN 55343 | 138122 |
| Noah Smoke Shop | Attn: Sinan Esho<br>12416 N 28th Dr<br>Phoenix, AZ  85029 | Attn: Sinan Esho12416 N 28th Dr<br>Phoenix, AZ 85029 | 138367 |
| Ohmies Vape and Glass<br>Emporium #1 | Attn: Kiran Gilani<br>c/o Kiran Gilani<br>1971 Hwy 412 East<br>Siloam Springs, AR  72761 | Fayetteville, AR 72701 | 137107 |
| Ohmies Vape And Glass<br>Emporium #5 | Attn: Kiran Gilani;Rahul Gilan<br>1971 Hwy 412 East<br>Siloam Springs, AR  72761 | 1971 Hwy 412 East<br>Siloam Springs, AR 72761 | 137111 |

4

| | | | |
|---|---|---|---|
| One Stop Food & Liquor | Attn: Gurnam Singh<br>6326 Main Ave #2<br>Orangevale, CA 95662 | 6326 Main Ave<br>#2<br>Orangevale, CA 95662 | 147420 |
| ONNI Burbank Town Center LLC | Attn: Greg Wilks<br>201 E Magnolia Blvd Ste 151<br>Burbank, CA 91502 | 201 E Magnolia Blvd<br>Ste 151<br>Burbank, CA 91502 | 128160 |
| Paises Unidos LLC | Attn: Guadalupe Trujillo Ayala<br>1233 West Sunset Drive<br>Rogers, AR 72756 | Rogers, AR 72758 | 130621 |
| Paradise City | Attn: Joseph Evans<br>c/o ClubPc Inc<br>716 Grant St<br>Holdrege, NE 68949 | Elm Creek, NE 68836 | 122276 |
| Payday Loans and Check Cashing Store | Attn: Davin Aquino<br>74-5605 Luhia Street<br>Kailua-Kona, HI 96740 | 74-5605 Luhia Street<br>Kailua-Kona, HI 96740 | 124132 |
| Phone REpair and More | Attn: Mohamed Hassanen<br>5537 Sheldon Rd Suite F<br>Tampa, FL 33615 | 5537 Sheldon Rd<br>Suite F<br>Tampa, FL 33615 | 125392 |
| Prairie Pride Farm of Minnesota | Attn: Brheanna Humber<br>710 Linder Ave.<br>Mankato, MN 56001 | 710 Linder Ave.<br>Mankato, MN 56001 | 147306 |
| Project Glass Inc | Attn: Kiran Gilani<br>c/o Kiran Gilani<br>1971 Hwy 412 East<br>Siloam Springs, AR 72761 | Harrison, AR 72601 | 137112 |
| Quick and Handy Market | Attn: Aqauil Saleh<br>702 Bernard St<br>Bakersfield, CA 93305 | 702 Bernard St<br>Bakersfield, CA 93305 | 143250 |
| Rainey Cawthon Distributor Inc | Charles Rooney<br>2800 N Monroe St<br>Tallahassee, FL 32303 | 2800 N Monroe St<br>Tallahassee, FL 32303 | 125741 |
| Randee's Food & Liquors | Attn: Robert Podhajski<br>4319-21 N Milwaukee Ave<br>Chicago, IL 60641 | 4319-21 N Milwaukee Ave<br>Chicago, IL 60641 | 147965 |
| Screen Doctor | Attn: Emmanuel Nyeswa<br>615 Central Ave Ste C<br>Pawtucket, RI 02861 | 615 Central Ave<br>Ste C<br>Pawtucket, RI 02861 | 122140 |
| Senohpriaperi Corp | Attn: Duncan Zhara<br>c/o Julio Chu<br>2828 S McCall Rd<br>Englewood, FL 34224 | Unit C<br>Port Charlotte, FL 33948 | 128664 |

5

| | | | |
|---|---|---|---|
| Shell | Attn: Joshua Trier<br>206 Co Rd 42<br>Apple Valley, MN  55124 | 206 Co Rd 42<br>Apple Valley, MN 55124 | 141852 |
| SI Computers Sales & Services \| Logical Wireless | Attn: Saad Iqba<br>563 Cumberland Hill Rd<br>Woonsocket, RI  02895 | 563 Cumberland Hill Rd<br>Woonsocket, RI 02895 | 122052 |
| Sirie Iphone Repairs | Attn: Claro Saba<br>15 Leland Ave<br>San Francisco, CA 94134 | 15 Leland Ave<br>San Francisco, CA 94134 | 129948 |
| Spicy Multiservice | Attn: Cindy Rosio Troncoso<br>90 Washington St<br>Quincy, MA  02169 | 90 Washington St<br>Quincy, MA 02169 | 141249 |
| Star smoke Shop | Attn: Fadi Eshak<br>7829 N 19th Ave<br>Phoenix, AZ  85021 | 7829 N 19th Ave<br>Phoenix, AZ 85021 | 139107 |
| StarBase | Attn: Chris Crescitelli and Tricia Costello<br>3905 W Diablo Dr<br>Las Vegas, NV  89118 | 3905 W Diablo Dr<br>Las Vegas, NV 89118 | 136711 |
| Sunny 160 LLC | Attn: Laurent Broda<br>c/o Sunny 160 attn Laurent Broda<br>1910 Bay Dr PH1<br>Miami Beach, FL  33141 | Opa-Locka, FL 33055 | 129127 |
| TAKE OVER WIRELESS LLC | Attn: Michael Belton<br>11634 US Hwy 19<br>Port Richey, FL  34668 | 11634 US Hwy 19<br>Port Richey, FL 34668 | 138363 |
| Tech Center Computers | Attn: Adam Kelly<br>6823 S. Dayton Street<br>Greenwood Village, CO  80112 | 6823 S. Dayton Street<br>Greenwood Village, CO 80112 | 130507 |
| Techy by Dr Phone Fix | Attn: Leandro Daguanno<br>8359 Sunrise Blvd<br>Plantation, FL  33322 | 8359 Sunrise Blvd<br>Plantation, FL 33322 | 129161 |
| Techy by DrPhoneFix | Attn: Mauricio Avigdor<br>18557-B W Dixie Hwy<br>Aventura, FL  33180 | Attn: Mauricio Avigdor18557-B W Dixie Hwy<br>Aventura, FL 33180 | 129160 |
| TG Moore Investments LLC | Attn: Christian DeArco and Terry Moore<br>c/o Vapor Planet LLC Navarre<br>75 Eglin Pkwy NE ##120<br>Fort Walton Beach, FL  32548 | 8251 Mavarre Pkway<br>Navarre, FL 32566 | 129545 |
| The Backyard Public House | Attn: Joey Gates<br>1811 W Broadway Ave<br>Spokane, WA  99201 | Attn: Joey Gates1811 W Broadway Ave<br>Spokane, WA 99201 | 124308 |

6

| The Head Shop | Attn: William Farrell Mitchell<br>1812 Wilbraham Rd<br>Springfield, MA 01119 | 1812 Wilbraham Rd<br>Springfield, MA 01119 | 137176 |
|---|---|---|---|
| The Shop, Guns & Pawn | Attn: Rick Ringer<br>105 U.S. Rte 66<br>Waynesville, MO 65583 | 105 U.S. Rte 66<br>Waynesville, MO 65583 | 124553 |
| THE VR ARCADE | Attn: John Iverson<br>1624 Market St #110<br>Denver, CO 80202 | 1624 Market St<br>#110<br>Denver, CO 80202 | 130638 |
| Total Wireless | Attn: Belal Ahmad<br>10333 US-441<br>Belleview, FL 34420 | 10333 US-441<br>Belleview, FL 34420 | 135120 |
| Total Wireless Tech Repair | Attn: Tomas Hernanadez<br>12879 Sunstone Ave Apt# 4103<br>Orlando, FL 32832 | Orlando, FL 32807 | 118823 |
| Turind LLC | Attn: Eddie Sabbagh<br>36 Littlefox Run<br>Shelton, CT 6484 | 624 E. Main Street<br>Bridgeport, CT 06608 | 103204 |
| UberGeeks | Attn: Simon Lee<br>46-028 Kawa St #A-8<br>Kaneohe, HI 96744 | 46-028 Kawa St<br>#A-8<br>Kaneohe, HI 96744 | 123044 |
| Vapor and Company - Sanford, FL | Attn: Mellissa Buddenhagen<br>3621 S Orlando Dr<br>Sanford, FL 32773 | 3621 S Orlando Dr<br>Sanford, FL 32773 | 129612 |
| Video Game Wizards VGW | Attn: Dominic Kelberer<br>125 E Main St<br>Molalla, OR 97038 | 125 E Main St<br>Molalla, OR 97038 | 145467 |
| Video Game Wizards VGW | Attn: Dominic Kelberer<br>6432 SE Foster Rd<br>Portland, OR 97206 | 6432 SE Foster Rd<br>Portland, OR 97206 | 145466 |
| Viking Village Cleaners | Attn: o Muhammed Abumayyaleh<br>c/o Muhammed Abumayyaleh<br>2775 Victoria St<br>Roseville, MN 55113 | Minneapolis, MN 55406 | 128581 |
| Volusia Computers | Attn: Matthew Michael Hamel<br>484 S Yonge St<br>Ormond Beach, FL 32174 | 484 S Yonge St<br>Ormond Beach, FL 32174 | 126818 |
| Washing Well Laundromat | Attn: Dhirendra Shankar<br>567 Providence St<br>Warwick, RI 02886 | Pawtucket, RI 02860 | 122573 |
| We Print Marketing | Attn: Victor Jaramillo<br>102 Route 46 East<br>Saddle Brook, NJ 07663 | 102 Route 46 East<br>Saddle Brook, NJ 07663 | 134883 |

7

142922593.1

| | | | |
|---|---|---|---|
| Webster's Market Inc | Attn: Maria Webster<br>161 Ottawa Ave NW<br>Ste 102<br>Grand Rapids, MI  49503 | 161 Ottawa Ave NW<br>Ste 102<br>Grand Rapids, MI 49503 | 148058 |
| West Haven Vapors CBD and Delta | Attn: Steve Heard<br>38 Saw Mill Rd<br>West Haven, CT  06516 | 38 Saw Mill Rd<br>West Haven, CT 06516 | 135764 |
| Wireless Xperts | Attn: Chami L Nelson<br>1051 Main St<br>Worcester, MA  01603 | 1051 Main St<br>Worcester, MA 01603 | 139457 |
| Wireless Xperts | Attn: Chami L Nelson<br>385 Main St<br>Hartford, CT  06106 | 385 Main St<br>Hartford, CT 06106 | 139458 |
| Wisemen Smoke Shop | Attn: Raafat Valentin<br>1452 E Charleston Blvd<br>Las Vegas, NV 89104 | 1452 E Charleston Blvd<br>Las Vegas, NV 89104 | 144096 |
| Wynns Tech Solutions | Attn: Mario Wynns<br>18400 NW 75st Pl #STE<br>Hialeah, FL  33015 | 18400 NW 75st Pl #STE<br>Hialeah, FL 33015 | 125631 |
| XO Liquor | Attn: Sam King<br>3603 N Las Vegas Blvd<br>Las Vegas, NV  89115 | 3603 N Las Vegas Blvd<br>Las Vegas, NV 89115 | 101469 |

142922593.1