BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Phone: 702.262.6899 / Facsimile: 702.597.5503
Email: baxelrod@foxrothschild.com
　　　jmcpherson@foxrothschild.com
　　　nkoffroth@foxrothschild.com
　　　zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

Electronically Filed February 17, 2023

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>　　　　　　　　　　Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT**<br><br>Hearing Date:　March 17, 2023<br>Hearing Time:　9:30 a.m. |

　　　**PLEASE TAKE NOTICE THAT THE DEBTOR IS REQUESTING IT BE PERMITTED TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**

　　　**IF YOU ARE RECEIVING THIS NOTICE OF THE DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT, YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON <u>EXHIBIT 1</u> ATTACHED HERETO.  NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE.**

　　　**PLEASE TAKE NOTICE** that on February 17, 2023, Cash Cloud, Inc. (the "<u>Debtor</u>"), by and through its counsel, filed a Debtor's First Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment (the "<u>Motion</u>").[1]

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

1

142885873.1

**NOTICE IS FURTHER GIVEN** that copies of the Motion may obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal, Telephone: (702) 262-6899, or by download at: https://cases.stretto.com/CashCloud (the "Case Website").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion **no later than 14 days** preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

• The court may *refuse to allow you to speak* at the scheduled hearing; and

• The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on **March 17, 2023 at 9:30 a.m. prevailing Pacific time**. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code 029066#.

Dated this 17th day of February, 2023.          **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*[Proposed] Counsel for Debtor*

142885873.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| 1701 S Lindbergh Blvd | Attn: Kelly Knebel<br>1701 S Lindbergh Blvd<br>Frontenac, MO  63131 | 1701 S Lindbergh Blvd<br>Frontenac, MO 63131 | 142000 |
| Area 51 STL LLC | Attn: Peter Brooks<br>6901 Gravois Ave<br>St. Louis, MO  63116 | 6901 Gravois Ave<br>St. Louis, MO 63116 | 125113 |
| Bad Owl Coffee, LLC | Attn: Annie Chang<br>10575 S Eastern Ave Ste 160<br>Henderson, NV  89052 | 10575 S Eastern Ave<br>Ste 160<br>Henderson, NV 89052 | 118832 |
| Blu Drop dba Blu Liquor | Attn: Kimmy Alexandre<br>8620 Long Point Rd<br>Houston, TX  77055 | 8620 Long Point Rd<br>Houston, TX 77055 | 124102 |
| BP | Attn: Kumar Vaid<br>1273 S. Main Street<br>Englewood, OH  45322 | 1273 S. Main Street<br>Englewood, OH 45322 | 115340 |
| Brand Cigars Newtown | Attn: Sujata Patel<br>266 S Main St<br>Newtown, CT  06470 | 266 S Main St<br>Newtown, CT 06470 | 130479 |
| Bubbles Laundromat | Attn: Jully Demarcus<br>3205 Wrightsboro Rd<br>Augusta, GA  30909 | Augusta, GA 30909 | 126095 |
| Canyon Crossing Petroleum | Attn: Dan Patel<br>1175 Snow Canyon Pkwy Suite #101<br>Ivins, UT  84738 | 1175 Snow Canyon Pkwy Suite #101<br>Ivins, UT 84738 | 139033 |
| Car Stop Pre Owned Auto LLC | Attn: Joseph Riggs<br>1035 14th St W<br>Huntington, WV  25704 | 1035 14th St W<br>Huntington, WV 25704 | 120822 |
| CBD Life / Colorado's Big Discovery | Attn: John Przybylo<br>2929 Galley Rd<br>Colorado Springs, CO  80909 | 2929 Galley Rd<br>Colorado Springs, CO 80909 | 125191 |
| Coastal Spirits | Attn: Sarju Patel<br>107 S Godley Station Blvd<br>Pooler, GA  31322 | 107 S Godley Station Blvd<br>Pooler, GA 31322 | 125856 |
| Cobblestone Inn & Suites - Bridgeport | Attn: Scott Schmunk<br>517 Main St<br>Bridgeport, NE  69336 | 517 Main St<br>Bridgeport, NE 69336 | 139616 |
| Crump's Food Center | Attn: Chris Spencer<br>704 West Houston<br>PO Box 1530<br>Linden, TX  75563 | 704 West Houston<br>PO Box 1530<br>Linden, TX 75563 | 139101 |

| Cyber Age VR | Attn: Alberto Gutierrez<br>214 W 1st Ave<br>Toppenish, WA  98948 | 214 W 1st Ave<br>Toppenish, WA 98948 | 125046 |
|---|---|---|---|
| David's Market | Attn: Benjamin Pourkhalili and Banafsheh J Moghtadaie<br>6033 N Sheridan Rd Ste N1<br>Chicago, IL  60660 | 6033 N Sheridan Rd Ste N1<br>Chicago, IL 60660 | 124928 |
| Doost LLC | Attn: Ali Sultan<br>c/o Marathon Gas<br>702 33rd Ave N<br>Saint Cloud, MN  56303 | c/o Marathon Gas<br>702 33rd Ave N<br>Saint Cloud, MN 56303 | 148416 |
| Elk Creek Mining LLC | Attn: John Webber<br>c/o 88 Grill<br>502 West Main St<br>New Castle, CO  81647 | c/o 88 Grill<br>502 West Main St<br>New Castle, CO 81647 | 122553 |
| Extreme Clean Laundry, Inc. | Attn: Paul Staffier & Tony Mazza<br>295 Armistice Blvd<br>Pawtucket, RI  02861 | 295 Armistice Blvd<br>Pawtucket, RI 02861 | 122394 |
| EZ Food Mart | Attn: Pawan Regmi<br>901 Belt Line Rd #100<br>Garland, TX  75040 | 901 Belt Line Rd #100<br>Garland, TX 75040 | 124709 |
| Fast Cash & Pawn USA | Attn: Joan Lualhati<br>929 E Ogden Ave<br>Naperville, IL  60563 | Attn: Joan Lualhati929 E Ogden Ave<br>Naperville, IL 60563 | 130359 |
| Foxywoods LLC | Attn: Subash Shrestha<br>c/o Pumpkin Hill Market<br>126 Gallup Hill Rd<br>Ledyard, CT  06339 | Attn: Subash Shresthac/o Pumpkin Hill Market<br>126 Gallup Hill Rd<br>Ledyard, CT 06339 | 147967 |
| Freeman Foods | Attn: Clint Miller<br>2966 305th St<br>Parnell, IA  52325 | 268 8th Ave SW<br>Wellman, IA 52356 | 147036 |
| Future Concerns LLC | Attn: Usman Butt<br>c/o I'M Convenience & Smoke Center<br>311 Norwich-New London Turnpike<br>Montville, CT  06382 | c/o I'M Convenience & Smoke Center<br>311 Norwich-New London Turnpike<br>Montville, CT 06382 | 129740 |
| Heights Corner Market LLC | Attn: Eric Herget<br>5018 Kavanaugh Blvd.<br>Little Rock, AR  72207 | 5018 Kavanaugh Blvd.<br>Little Rock, AR 72207 | 145628 |
| Hi-Desert Daydream | Attn: Andrew Evans<br>73515 Twentynine Palms Hwy<br>Twentynine Palms, CA  92277 | 73515 Twentynine Palms Hwy<br>Twentynine Palms, CA 92277 | 128725 |
| HJ of Columbia, Inc | Attn: Hemanshu Dinesh Bavishi<br>c/o HB Mart<br>1625 Leesburg Rd<br>Columbia, SC  29209 | c/o HB Mart<br>1625 Leesburg Rd<br>Columbia, SC 29209 | 124965 |

2

142922594.1

| | | | |
|---|---|---|---|
| Hokus Pokus Beer & Deli LLC | Attn: Ahmad Suleiman Abdelmajed<br>2401 W Nob Hill Blvd<br>Yakima, WA  98902 | 2401 W Nob Hill Blvd<br>Yakima, WA  98902 | 121076 |
| Hutchinson Pawn & Jewelry | Attn: Frank Ellis<br>509 E 4th Ave<br>Hutchinson, WV  67501 | 509 E 4th Ave<br>Hutchinson, WV  67501 | 122856 |
| ICC Enterprises LLC | Attn: Carlos Gutierrez<br>c/o Cut Rate Liquors<br>122 S Sunset Strip St<br>Kenedy, TX  78119 | c/o Cut Rate Liquors<br>122 S Sunset Strip St<br>Kenedy, TX 78119 | 127797 |
| ISPcomputer | Attn: Alfredo Covarrubias<br>15610 1st Ave S<br>Burien, WA  98148 | 15610 1st Ave S<br>Burien, WA 98148 | 128671 |
| iTech Cellphone & Computer Repair | Attn: Andrew Gaspar<br>1117 E Vine St<br>Kissimmee, FL  34744 | 1117 E Vine St<br>Kissimmee, FL 34744 | 124389 |
| J&L tobacco quality | Attn: Loai Saddeh<br>1318 N Main St<br>Marion, SC  29571 | 1318 N Main St<br>Marion, SC 29571 | 144692 |
| JJL Multiservice LLC | Attn: Rimel Nedel Reyes Villalona; Jose Ramon Javier Acosta<br>c/o South Main Communications<br>271 S Main St<br>Woonsocket, RI  02895 | c/o South Main Communications<br>271 S Main St<br>Woonsocket, RI 02895 | 129736 |
| Jucker Hawai'i | Attn: Mike Jucker<br>151 Kupuohi St Ste H2<br>Lahaina, HI  96761 | 151 Kupuohi St<br>Ste H2<br>Lahaina, HI 96761 | 124133 |
| Karim LLC dba Pontiac Food Mart | Attn: Qudrat Tariq<br>527 Pontiac Ave<br>Cranston, RI  02910 | 527 Pontiac Ave<br>Cranston, RI 02910 | 116554 |
| King Wash & Dry | Attn: Mohammed A Hossain<br>11255 Garland Rd Ste 1300<br>Dallas, TX  75218 | 11255 Garland Rd Ste 1300<br>Dallas, TX 75218 | 125420 |
| Koodegras CBD Oil | Attn: Diane Bingham<br>8757 State St<br>Sandy, UT  84070 | 8757 State St<br>Sandy, UT 84070 | 128663 |
| Korner Market | Attn: Vrushank B Patel<br>1991 Bracht-Piner Rd<br>Morning View, KY  41063 | 1991 Bracht-Piner Rd<br>Morning View, KY 41063 | 128724 |
| La Familia Grocery Store | Attn: Osee Fervil<br>3420 NW 2nd Ave<br>Miami, FL  33127 | 3420 NW 2nd Ave<br>Miami, FL 33127 | 139633 |

3

| | | | |
|---|---|---|---|
| Laundry City | Attn: Kishor Changela<br>1052 Dalby Way<br>Austell, GA  30106-1464 | ## 35<br>Mableton, GA 30126 | 125198 |
| Le's Laundry | Attn: Le Ngo<br>81 Main Street<br>Malden, MA  02148 | Malden, MA 02148 | 137042 |
| Lucky 7 Food Mart | Attn: Mohammad Abuali<br>10530 Rosedale Hwy Ste 9<br>Bakersfeld, CA  93312 | 10530 Rosedale Hwy<br>Ste 9<br>Bakersfeld, CA 93312 | 103020 |
| MAINE Northern Lights | Attn: Brad Dostie<br>421 Water Street<br>Gardiner, ME  04345 | 421 Water Street<br>Gardiner, ME 04345 | 136228 |
| Mi Casa Market | Attn: : Guadalupe Madrigales<br>723 W 3rd Ave<br>Moses Lake, WA  98837 | 723 W 3rd Ave<br>Moses Lake, WA 98837 | 147474 |
| Mizz Repair - Phone Repair | Attn: Gabriela Roman<br>6851 W 4th Ave<br>Hialeah, FL  33014 | 6851 W 4th Ave<br>Hialeah, FL 33014 | 129451 |
| Mobile One | Attn: Riyad Ahmad<br>798 NW 183rd St<br>Miami Gardens, FL  33169 | 798 NW 183rd St<br>Miami Gardens, FL 33169 | 128009 |
| Mr Checkout Power 5 Butan LLC | Attn: Duc Minh Ta<br>c/o Lents 1 Stop Market<br>9213 SE Foster Rd<br>Portland, OR  97266 | c/o Lents 1 Stop Market<br>9213 SE Foster Rd<br>Portland, OR 97266 | 126252 |
| MS Yakima Group LLC | Attn: Sharvan Khullar<br>301 N 1st St<br>Yakima, WA  98901 | Attn: Sharvan Khullar301 N 1st St<br>Yakima, WA 98901 | 137103 |
| Nina Corporation | Attn: Lee Gilbertson<br>c/o Mac's Liquor<br>8600 Excelsior Blvd<br>Hopkins, MN  55343 | Attn: Lee Gilbertsonc/o Mac's Liquor<br>8600 Excelsior Blvd<br>Hopkins, MN 55343 | 138122 |
| Noah Smoke Shop | Attn: Sinan Esho<br>12416 N 28th Dr<br>Phoenix, AZ  85029 | Attn: Sinan Esho12416 N 28th Dr<br>Phoenix, AZ 85029 | 138367 |
| Ohmies Vape and Glass Emporium #1 | Attn: Kiran Gilani<br>c/o Kiran Gilani<br>1971 Hwy 412 East<br>Siloam Springs, AR  72761 | Fayetteville, AR 72701 | 137107 |
| Ohmies Vape And Glass Emporium #5 | Attn: Kiran Gilani;Rahul Gilan<br>1971 Hwy 412 East<br>Siloam Springs, AR  72761 | 1971 Hwy 412 East<br>Siloam Springs, AR 72761 | 137111 |

4

| One Stop Food & Liquor | Attn: Gurnam Singh<br>6326 Main Ave #2<br>Orangevale, CA  95662 | 6326 Main Ave<br>#2<br>Orangevale, CA 95662 | 147420 |
|---|---|---|---|
| ONNI Burbank Town Center LLC | Attn: Greg Wilks<br>201 E Magnolia Blvd Ste 151<br>Burbank, CA  91502 | 201 E Magnolia Blvd<br>Ste 151<br>Burbank, CA 91502 | 128160 |
| Paises Unidos LLC | Attn: Guadalupe Trujillo Ayala<br>1233 West Sunset Drive<br>Rogers, AR  72756 | Rogers, AR 72758 | 130621 |
| Paradise City | Attn: Joseph Evans<br>c/o ClubPc Inc<br>716 Grant St<br>Holdrege, NE  68949 | Elm Creek, NE 68836 | 122276 |
| Payday Loans and Check Cashing Store | Attn: Davin Aquino<br>74-5605 Luhia Street<br>Kailua-Kona, HI  96740 | 74-5605 Luhia Street<br>Kailua-Kona, HI 96740 | 124132 |
| Phone REpair and More | Attn: Mohamed Hassanen<br>5537 Sheldon Rd Suite F<br>Tampa, FL  33615 | 5537 Sheldon Rd<br>Suite F<br>Tampa, FL 33615 | 125392 |
| Prairie Pride Farm of Minnesota | Attn: Brheanna Humber<br>710 Linder Ave.<br>Mankato, MN  56001 | 710 Linder Ave.<br>Mankato, MN 56001 | 147306 |
| Project Glass Inc | Attn: Kiran Gilani<br>c/o Kiran Gilani<br>1971 Hwy 412 East<br>Siloam Springs, AR  72761 | Harrison, AR 72601 | 137112 |
| Quick and Handy Market | Attn: Aqauil Saleh<br>702 Bernard St<br>Bakersfield, CA  93305 | 702 Bernard St<br>Bakersfield, CA 93305 | 143250 |
| Rainey Cawthon Distributor Inc | Charles Rooney<br>2800 N Monroe St<br>Tallahassee, FL  32303 | 2800 N Monroe St<br>Tallahassee, FL 32303 | 125741 |
| Randee's Food & Liquors | Attn: Robert Podhajski<br>4319-21 N Milwaukee Ave<br>Chicago, IL  60641 | 4319-21 N Milwaukee Ave<br>Chicago, IL 60641 | 147965 |
| Screen Doctor | Attn: Emmanuel Nyeswa<br>615 Central Ave Ste C<br>Pawtucket, RI  02861 | 615 Central Ave<br>Ste C<br>Pawtucket, RI 02861 | 122140 |
| Senohpriaperi Corp | Attn: Duncan Zhara<br>c/o Julio Chu<br>2828 S McCall Rd<br>Englewood, FL  34224 | Unit C<br>Port Charlotte, FL 33948 | 128664 |

5

142922594.1

| | | | |
|---|---|---|---|
| Shell | Attn: Joshua Trier<br>206 Co Rd 42<br>Apple Valley, MN  55124 | 206 Co Rd 42<br>Apple Valley, MN 55124 | 141852 |
| SI Computers Sales & Services \| Logical Wireless | Attn: Saad Iqba<br>563 Cumberland Hill Rd<br>Woonsocket, RI  02895 | 563 Cumberland Hill Rd<br>Woonsocket, RI 02895 | 122052 |
| Sirie Iphone Repairs | Attn: Claro Saba<br>15 Leland Ave<br>San Francisco, CA  94134 | 15 Leland Ave<br>San Francisco, CA 94134 | 129948 |
| Spicy Multiservice | Attn: Cindy Rosio Troncoso<br>90 Washington St<br>Quincy, MA  02169 | 90 Washington St<br>Quincy, MA 02169 | 141249 |
| Star smoke Shop | Attn: Fadi Eshak<br>7829 N 19th Ave<br>Phoenix, AZ  85021 | 7829 N 19th Ave<br>Phoenix, AZ 85021 | 139107 |
| StarBase | Attn: Chris Crescitelli and Tricia Costello<br>3905 W Diablo Dr<br>Las Vegas, NV  89118 | 3905 W Diablo Dr<br>Las Vegas, NV 89118 | 136711 |
| Sunny 160 LLC | Attn: Laurent Broda<br>c/o Sunny 160 attn Laurent Broda<br>1910 Bay Dr PH1<br>Miami Beach, FL  33141 | Opa-Locka, FL 33055 | 129127 |
| TAKE OVER WIRELESS LLC | Attn: Michael Belton<br>11634 US Hwy 19<br>Port Richey, FL  34668 | 11634 US Hwy 19<br>Port Richey, FL 34668 | 138363 |
| Tech Center Computers | Attn: Adam Kelly<br>6823 S. Dayton Street<br>Greenwood Village, CO  80112 | 6823 S. Dayton Street<br>Greenwood Village, CO 80112 | 130507 |
| Techy by Dr Phone Fix | Attn: Leandro Daguanno<br>8359 Sunrise Blvd<br>Plantation, FL  33322 | 8359 Sunrise Blvd<br>Plantation, FL 33322 | 129161 |
| Techy by DrPhoneFix | Attn: Mauricio Avigdor<br>18557-B W Dixie Hwy<br>Aventura, FL  33180 | Attn: Mauricio Avigdor18557-B W Dixie Hwy<br>Aventura, FL 33180 | 129160 |
| TG Moore Investments LLC | Attn: Christian DeArco and Terry Moore<br>c/o Vapor Planet LLC Navarre<br>75 Eglin Pkwy NE ##120<br>Fort Walton Beach, FL  32548 | 8251 Mavarre Pkwy<br>Navarre, FL 32566 | 129545 |
| The Backyard Public House | Attn: Joey Gates<br>1811 W Broadway Ave<br>Spokane, WA  99201 | Attn: Joey Gates1811 W Broadway Ave<br>Spokane, WA 99201 | 124308 |

6

142922594.1

| | | | |
|---|---|---|---|
| The Head Shop | Attn: William Farrell Mitchell<br>1812 Wilbraham Rd<br>Springfield, MA  01119 | 1812 Wilbraham Rd<br>Springfield, MA 01119 | 137176 |
| The Shop, Guns & Pawn | Attn: Rick Ringer<br>105 U.S. Rte 66<br>Waynesville, MO  65583 | 105 U.S. Rte 66<br>Waynesville, MO 65583 | 124553 |
| THE VR ARCADE | Attn: John Iverson<br>1624 Market St #110<br>Denver, CO  80202 | 1624 Market St<br>#110<br>Denver, CO 80202 | 130638 |
| Total Wireless | Attn: Belal Ahmad<br>10333 US-441<br>Belleview, FL  34420 | 10333 US-441<br>Belleview, FL 34420 | 135120 |
| Total Wireless Tech Repair | Attn: Tomas Hernanadez<br>12879 Sunstone Ave Apt# 4103<br>Orlando, FL  32832 | Orlando, FL 32807 | 118823 |
| Turind LLC | Attn: Eddie Sabbagh<br>36 Littlefox Run<br>Shelton, CT  6484 | 624 E. Main Street<br>Bridgeport, CT 06608 | 103204 |
| UberGeeks | Attn: Simon Lee<br>46-028 Kawa St #A-8<br>Kaneohe, HI  96744 | 46-028 Kawa St<br>#A-8<br>Kaneohe, HI 96744 | 123044 |
| Vapor and Company - Sanford, FL | Attn: Mellissa Buddenhagen<br>3621 S Orlando Dr<br>Sanford, FL  32773 | 3621 S Orlando Dr<br>Sanford, FL 32773 | 129612 |
| Video Game Wizards VGW | Attn: Dominic Kelberer<br>125 E Main St<br>Molalla, OR  97038 | 125 E Main St<br>Molalla, OR 97038 | 145467 |
| Video Game Wizards VGW | Attn: Dominic Kelberer<br>6432 SE Foster Rd<br>Portland, OR  97206 | 6432 SE Foster Rd<br>Portland, OR 97206 | 145466 |
| Viking Village Cleaners | Attn: o Muhammed Abumayyaleh<br>c/o Muhammed Abumayyaleh<br>2775 Victoria St<br>Roseville, MN  55113 | Minneapolis, MN 55406 | 128581 |
| Volusia Computers | Attn: Matthew Michael Hamel<br>484 S Yonge St<br>Ormond Beach, FL  32174 | 484 S Yonge St<br>Ormond Beach, FL 32174 | 126818 |
| Washing Well Laundromat | Attn: Dhirendra Shankar<br>567 Providence St<br>Warwick, RI  02886 | Pawtucket, RI 02860 | 122573 |
| We Print Marketing | Attn: Victor Jaramillo<br>102 Route 46 East<br>Saddle Brook, NJ  07663 | 102 Route 46 East<br>Saddle Brook, NJ 07663 | 134883 |

7

| Webster's Market Inc | Attn: Maria Webster<br>161 Ottawa Ave NW<br>Ste 102<br>Grand Rapids, MI  49503 | 161 Ottawa Ave NW<br>Ste 102<br>Grand Rapids, MI 49503 | 148058 |
|---|---|---|---|
| West Haven Vapors CBD and Delta | Attn: Steve Heard<br>38 Saw Mill Rd<br>West Haven, CT  06516 | 38 Saw Mill Rd<br>West Haven, CT 06516 | 135764 |
| Wireless Xperts | Attn: Chami L Nelson<br>1051 Main St<br>Worcester, MA  01603 | 1051 Main St<br>Worcester, MA 01603 | 139457 |
| Wireless Xperts | Attn: Chami L Nelson<br>385 Main St<br>Hartford, CT  06106 | 385 Main St<br>Hartford, CT 06106 | 139458 |
| Wisemen Smoke Shop | Attn: Raafat Valentin<br>1452 E Charleston Blvd<br>Las Vegas, NV  89104 | 1452 E Charleston Blvd<br>Las Vegas, NV 89104 | 144096 |
| Wynns Tech Solutions | Attn: Mario Wynns<br>18400 NW 75st Pl #STE<br>Hialeah, FL  33015 | 18400 NW 75st Pl #STE<br>Hialeah, FL 33015 | 125631 |
| XO Liquor | Attn: Sam King<br>3603 N Las Vegas Blvd<br>Las Vegas, NV  89115 | 3603 N Las Vegas Blvd<br>Las Vegas, NV 89115 | 101469 |

8

142922594.1