NVB 5075 (Rev. 2/23)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−23−10423−mkn |
| | CHAPTER 11 |
| CASH CLOUD, INC. | |
|    dba COIN CLOUD | |
| | NOTICE OF DOCKETING |
| Debtor(s) | ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *134* – Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court. of Richard Kruger Fee Amount $250. VP Follow−up Date 03/3/2023 with Certificate of Service Filed by OGONNA M. BROWN on behalf of Cole Kepro International, LLC (Attachments: # 1 Certificate of Good Standing) (BROWN, OGONNA) |
| Filed On: | 2/17/23 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Bankruptcy Debtor(s)

Dated: 2/21/23

*Mary A. Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**