BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
   nkoffroth@foxrothschild.com
   zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed February 22, 2023

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 331, AND FED. R. BANKR. P. 2016, AUTHORIZING AND ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS** |

Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), hereby submits this *Ex Parte Application For Order Shortening Time For Hearing* (the "Application") on Debtor's *Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Motion").

1

142981561.1

By this Application, Debtor respectfully requests that the Court enter an order: (i) setting the hearing on the Motion for March 17, 2023 at 9:30 a.m., (ii) directing Debtor to serve notice of the Motion in accordance with the procedure set forth in section III below; (iii) approving the form and scope of notice of the Motion described in section III below and providing that no other notice of the Motion need be given under the circumstances.

WHEREFORE, for the reasons set forth herein, Debtor respectfully requests that the Court hear the Motion on an order shortening time on March 17, 2023 at 9:30 a.m., and grant such other and further relief as may be just and proper.

DATED this 22nd day of February 2023.

**FOX ROTHSCHILD LLP**

By:     */s/Brett Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

**POINTS AND AUTHORITIES**

**I.**

As set forth in the Motion, it is necessary for the Court to hear the Motion on an expedited basis in order to streamline the professional compensation process and enable the Court and all other parties to monitor more effectively the professional fees incurred in this Chapter 11 Case.

Based on the foregoing, and in the interest of judicial economy, Debtor requests that the Court hear the Motion for March 17, 2023 at 9:30 a.m., along with the other matters scheduled for hearing in this Chapter 11 Case.

The proposed shortening of time will not adversely impact any party's ability to respond to the Motion, since the parties have had notice of the Motion as described herein. Further, the proposed

2

142981561.1

shortening of time will still allow for compliance with Rule 4001(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), which provides that objections, if any, to the Motion may be filed and served within the time fixed by the Court. Fed. R. Bankr. P. 4001(d)(2).

## II.

## LEGAL ARGUMENT

**A.   The Relief Is Authorized by Rule 9006 and Meets Due Process Requirements.**

Bankruptcy Rules 9006(c)(1) and (d) authorize a court to reduce the time for a hearing, and a party to file an ex parte motion to shorten the time for a hearing. Bankruptcy Rule 9006(c)(1) provides in relevant part:

> In General. Except as provided in paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

Fed. R. Bankr. P. 9006(c)(1).

Courts have generally acknowledged that such expedited relief does not violate due process rights, *even if the motion to shorten time is made ex parte*. "Bankruptcy Rule 9006(c) permits the bankruptcy court 'for cause shown' in its discretion, with or without motion or notice, to reduce the notice period, and ex parte motions for material reductions in the notice period are routinely granted by bankruptcy courts." Hester v. NCNB Texas Nat'l Bank (In re Hester), 899 F.2d 361, 364 n. 3 (5th Cir. 1990); see also 10 Collier on Bankruptcy 9006.09 (16th ed. 2019); In re Gledhill, 76 F.3d 1070 (10th Cir. 1996).

**B.   Debtor's Counsel Has Conferred With The Notice Parties.**

Debtor's counsel consulted the Notice Parties as shown on the Attorney Information Sheet For Proposed Order Shortening Time (filed concurrently herewith and incorporated by reference herein) and provided the Office of the United States Trustee and Debtor's secured lenders with copies of the Motion.

142981561.1

## III.

## NOTICE

Upon the Court's entry of an order approving this Application, Debtor will serve the Motion via overnight mail, facsimile or electronic mail on: (i) the Official Committee of Unsecured Creditors; (ii) Debtor's secured creditors and lienholders of record; (iii) the Office of the United States Trustee for the District of Nevada; and (iv) the federal and state governmental units required by Local Bankruptcy Rule 2002(a)(6).

Debtor submits that such notice is adequate and appropriate under the circumstances and that no other or further notice of the Motion need be given.

## IV.

## CONCLUSION

WHEREFORE, for all of the foregoing reasons, Debtor respectfully requests that the Court hear the Motion on an order shortening time on March 17, 2023 at 9:30 a.m., and grant such other and further relief as may be just and proper.

DATED this 22nd day of February 2023.

**FOX ROTHSCHILD LLP**

By: ____*/s/Brett Axelrod*____
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

142981561.1