BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed February 22, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11<br><br>**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 331, AND FED. R. BANKR. P. 2016, AUTHORIZING AND ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS** |

As required by this Court, Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, has contacted the parties listed below, concerning the *Application for Order Shortening Time for Hearing* (the "Application") on Debtor's *Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Motion"), as indicated below:

1

142982229.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

| Contact Name | Date Contacted | Agree/ Disagree/ No Response | Contacted via Telephone/Fax/Email |
|---|---|---|---|
| Jared A. Day. *Trial Attorney for Tracy Hope Davis, Acting United States Trustee-Region 17 Office of the United States Trustee* | 02/21/2023 | Agree | Jared.A.Day@usdoj.gov |
| Jan Van Lare Cleary Gottlieb Steen & Hamilton, LLP Andrew Tsang Counsel for Genesis Global Trading Inc. | 02/21/2023 | No Response | Jvanlare@cgsh.com ATsang@genesistrading.com |
| James Patrick Shea Bart Larsen K. Wyant  Enigma Securities Limited | 02/21/2023 | Agree | blarsen@shea.law; jshea@shea.law; kwyant@shea.law; glee@mofo.com; akissner@mofo.com |
| Genesis Global Capital LLC | 02/21/2023 | No Response | soneal@cgsh.com; mdweinberg@cgsh.com |
| AVT Nevada, L.P. | 02/21/2023 | No Response | jrobertson@avtechcapital.com |
| Paul R. Hage Taft Stettinius & Hollister, LLP Counsel for Cole Kepro International, LLC | 02/21/2023 | No Response | phage@taftlaw.com; fred@colekepro.com; |
| Robert Westermann Brittany Falabella Hirschler Fleischer, P.C. Counsel for Brinks | 02/21/2023 | No Response | bfalabella@hirsherlaw.com rwestmann@hirscherlaw.com; |
| Matthew Graves Hodges Doughty & Carson Counsel for National Services, LLC | 02/21/2023 | No Response | mgraves@hdclaw.com |
| Craig Druehl Dechert LLP Counsel for OptConnect MGMT, LLC | 02/21/2023 | No Response | Craig.druehl@dechert.com |

Pursuant to Rule 9006(a)(5) of the Local Bankruptcy Rules for the United States Bankruptcy Court, District of Nevada, Debtor anticipates that the time needed for a hearing on the Motion is approximately 10 minutes.

DATED this 22nd day of February 2023.

**FOX ROTHSCHILD LLP**

By:  */s/Brett Axelrod*
 BRETT A. AXELROD, ESQ.
 Nevada Bar No. 5859
 NICHOLAS A. KOFFROTH, ESQ.
 Nevada Bar No. 16264
 ZACHARY T. WILLIAMS, ESQ.
 Nevada Bar No. 16023
 1980 Festival Plaza Drive, Suite 700
 Las Vegas, Nevada 89135
*Counsel for Debtor*

2

142982229.1