

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 22, 2023
_____

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(A) AND 331, AND FED. R. BANKR. P. 2016, AUTHORIZING AND ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**<br><br>Hearing Date:  March 17, 2023<br>Hearing Time:  9:30 a.m. |

142983167.1

This Court, having reviewed and considered the *Ex Parte Application For Order Shortening Time For Hearing* (the "Application") on Debtor's *Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Motion"), and for good cause appearing therefor;

**IT IS HEREBY ORDERED,** and **NOTICE IS HEREBY GIVEN** that a hearing on the Motion will be held before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada 89101, on **March 17, 2023** at the hour of **9:30 a.m.** Any opposition(s) shall be filed and served on required notice parties by **March 3, 2023**, and any reply to such opposition(s) shall be filed and served on required notice parties by **5:00 p.m.** Pacific Time on **March 10, 2023**.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.

**NOTICE IS FURTHER GIVEN** that copies of the Motion and supporting pleadings are available at https://cases.stretto.com/CashCloud (the "Case Website").  Copies of the Motion may also be obtained by contacting Debtor's reorganization counsel, Fox Rothschild, LLP, Attn: Patricia Chlum, Paralegal, Telephone: (702) 262-6899.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By   */s/Brett A. Axelrod*
   BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
   NICHOLAS A. KOFFROTH, ESQ.
   Nevada Bar No. 16264
   ZACHARY T. WILLIAMS, ESQ.
   Nevada Bar No. 16023
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
*Counsel for Debtor*

# # #

142983167.1