BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        jmcpherson@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com

*Counsel for Debtor*

Electronically Filed February 23, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

CASH CLOUD, INC.,
dba COIN CLOUD,

Debtor.

Case No. 23-10423-MKN

Chapter 11

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR AUTHORIZATION TO ENTER INTO NEW OFFICE LEASE PURSUANT TO 11 U.S.C. § 105 AND 363**

Hearing Date:    March 29, 2023
Hearing Time:   9:30 a.m.
Estimated Time for Hearing: 20 Minutes

**PLEASE TAKE NOTICE** that on the 23rd day of February, 2023, Cash Cloud, Inc. (the "Debtor"), by and through its counsel, filed the Debtor's Motion For Authorization To Enter Into New Office Lease Pursuant To 11 U.S.C. § 105 And 363 (the "Motion").[1]

**NOTICE IS FURTHER GIVEN** that the Motion is available at https://cases.stretto.com/CashCloud (the "Case Website").  Copies of the Motion may also be obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal, Telephone: (702) 262-6899.

/ / /

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

143067013.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1    **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought

2   in the Motion, or if you want the court to consider your views on the Motion, then you must file an

3   opposition with the court, and serve a copy on the person making the Motion ***no later than 14 days***

4   preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

5        The opposition must state your position, set forth all relevant facts and legal authority, and be

6   supported by affidavits or declarations that conform to Local Rule 9014(c).

7        If you object to the relief requested, you ***must*** file a **WRITTEN** response to this pleading

8   with the court.  You ***must*** also serve your written response on the person who sent you this notice.

9        If you do not file a written response with the court, or if you do not serve your written

10  response on the person who sent you this notice, then:

11        • The court may ***refuse to allow you to speak*** at the scheduled hearing; and

12        • The court may ***rule against you*** without formally calling the matter at the hearing.

13       **NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all

14  hearings are currently being held telephonically absent further order of the Court.  The hearing on

15  the Motion will be held before a United States Bankruptcy Judge, via teleconference on **March 29,**

16  **2023** at **9:30 a.m. prevailing Pacific time**.  Parties are permitted to appear telephonically by

17  dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or

18  passcode 029066#.

19  Dated this 23rd day of February, 2023.        **FOX ROTHSCHILD LLP**

20

21                                /s/ Jeanette E. McPherson
                            By:  JEANETTE E. MCPHERSON, ESQ. (5423)
22                               BRETT A. AXELROD, ESQ. (5859)
                                 NICHOLAS A. KOFFROTH, ESQ. (16264)
23                               ZACHARY T. WILLIAMS, ESQ. (16023)
                                 1980 Festival Plaza Drive, Suite 700
24                               Las Vegas, Nevada 89135
                            *Counsel for Debtor*
25

26

27

28

143067013.1