1  Ryan J. Works, Esq. (NSBN 9224)
2  Amanda M. Perach, Esq. (NSBN 12399)
   McDONALD CARANO LLP
3  2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
4  Telephone: (702) 873-4100
   rworks@mcdonaldcarano.com
5  aperach@mcdonaldcarano.com

6  and

7  John R. Ashmead, Esq.
   Robert J. Gayda, Esq.
8  Catherine V. LoTempio, Esq.
   Andrew J. Matott, Esq.
9  SEWARD & KISSEL LLP
   One Battery Park Plaza
10 New York, NY 10004
   Telephone: (212) 574-1200
11 ashmead@sewkis.com
   gayda@sewkis.com
12 lotempio@sewkis.com
   matott@sewkis.com

13 *[Proposed] Counsel for Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: 23-10423-mkn |
| --- | --- |
| CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as counsel to the OFFICIAL COMMITTEE OF UNSECURED CREDITORS ("UCC") appointed in the Chapter 11 Case of the above-captioned debtor (the "Debtor"). Under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Bankruptcy Code sections 342 and 1109(b), the UCC requests that copies of any and all notices, pleadings, motions, orders to

show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in these cases, be transmitted to:

Ryan J. Works, Esq. (9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

and

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of the UCC or any other party in interest in these cases, including (a) the Debtor, (b) property of the Debtor or the Debtor's estate, or proceeds thereof, (c) claims against or interests in the Debtor, (d) other rights or interests of creditors of the Debtor or other parties in interest in this case, (e) property or proceeds thereof in the possession, custody, or control of the Debtor, or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by the UCC or any other party in interest.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the UCC (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any

4832-5980-2540, v. 1

proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this 24th day of February, 2023.

McDONALD CARANO LLP

By: */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

and

SEWARD & KISSEL LLP
John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*

4832-5980-2540, v. 1