United States Bankruptcy Court
District of Nevada

| | |
|---|---|
| In re: | Case No. 23-10423-mkn |
| CASH CLOUD, INC. | Chapter 11 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 22, 2023 | Form ID: ovpbk | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + SEAN A. O'NEAL, STEEN & HAMILTON LLP, ONE LIBERTY PLAZA, NEW YORK, NY 10006-1404 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: jared.a.day@usdoj.gov | Feb 23 2023 00:19:00 | JARED A. DAY, OFFICE OF THE US TRUSTEE, 300 BOOTH ST #3009, RENO, NV 89509-1360 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 24, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BART K. LARSEN | on behalf of Creditor Enigma Securities Limited BLARSEN@SHEA.LAW 3542839420@filings.docketbird.com |
| BRETT A. AXELROD | on behalf of Plaintiff CASH CLOUD  INC., dba COIN CLOUD baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com |
| BRETT A. AXELROD | on behalf of Debtor CASH CLOUD  INC. baxelrod@foxrothschild.com, |

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 22, 2023 | Form ID: ovpbk | Total Noticed: 2 |

    pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

**CHAPTER 11 - LV**

    USTPRegion17.lv.ecf@usdoj.gov

**DAWN M. CICA**

    on behalf of Interested Party CHRIS MCALARY dcica@carlyoncica.com
    nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

**JAMES PATRICK SHEA**

    on behalf of Creditor Enigma Securities Limited jshea@shea.law  blarsen@shea.law;support@shea.law

**JEANETTE E. MCPHERSON**

    on behalf of Plaintiff CASH CLOUD  INC., dba COIN CLOUD JMcPherson@FoxRothschild.com,
    ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

**JEANETTE E. MCPHERSON**

    on behalf of Debtor CASH CLOUD  INC. JMcPherson@FoxRothschild.com,
    ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

**Jeffrey R. Sylvester**

    on behalf of Interested Party CKDL Credit  LLC jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

**OGONNA M. BROWN**

    on behalf of Creditor Cole Kepro International  LLC obrown@lewisroca.com,
    ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com

**ROBERT R. KINAS**

    on behalf of Creditor GENESIS GLOBAL HOLDCO  LLC rkinas@swlaw.com,
    jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com

**SHAWN CHRISTIANSON**

    on behalf of Creditor ORACLE AMERICA  INC. schristianson@buchalter.com, cmcintire@buchalter.com

**STRETTO**

    ecf@cases-cr.stretto-services.com  aw01@ecfcbis.com,pacerpleadings@stretto.com

**U.S. TRUSTEE - LV - 11**

    USTPRegion17.lv.ecf@usdoj.gov

**ZACHARY WILLIAMS**

    on behalf of Plaintiff CASH CLOUD  INC., dba COIN CLOUD zwilliams@foxrothschild.com,
    ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com

TOTAL: 15

NVB 10−2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

CASH CLOUD, INC.
    dba COIN CLOUD

              Debtor(s)

BK−23−10423−mkn
CHAPTER 11

ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by Sean A. O'Neal is **GRANTED**.

Dated: 2/22/23

*Mary A Schott* (signature)

Mary A. Schott
Clerk of Court