United States Bankruptcy Court
District of Nevada

In re:                                                                                                       Case No. 23-10423-mkn
CASH CLOUD, INC.                                                                               Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2                                                           User: admin                                                       Page 1 of 2
Date Rcvd: Feb 24, 2023                                 Form ID: pdf928                                      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | JEFFREY R. SYLVESTER, ESQ., SYLVESTER & POLEDNAK, LTD., 1731 VILLAGE CENTER CIRCLE, LAS VEGAS, NV 89134-0516 |
| + | JORDI GUSO, ESQ., BERGER SINGERMAN LLP, 1450 BRICKELL AVENUE, SUITE 1900, MIAMI, FL 33131-5319 |
| + | SEAN A. O'NEAL, ESQ., JANE VANLARE, ESQ., CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA, NEW YORK, NY 10006-1404 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023                                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BART K. LARSEN | on behalf of Creditor Enigma Securities Limited BLARSEN@SHEA.LAW  3542839420@filings.docketbird.com |
| BRETT A. AXELROD | on behalf of Plaintiff CASH CLOUD  INC., dba COIN CLOUD baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com |
| BRETT A. AXELROD | on behalf of Debtor CASH CLOUD  INC. baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com |
| CHAPTER 11 - LV | USTPRegion17.lv.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf928 | Total Noticed: 3 |

DAWN M. CICA
    on behalf of Interested Party CHRIS MCALARY dcica@carlyoncica.com
    nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

JAMES PATRICK SHEA
    on behalf of Creditor Enigma Securities Limited jshea@shea.law blarsen@shea.law;support@shea.law

JEANETTE E. MCPHERSON
    on behalf of Plaintiff CASH CLOUD INC., dba COIN CLOUD JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON
    on behalf of Debtor CASH CLOUD INC. JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

Jeffrey R. Sylvester
    on behalf of Interested Party CKDL Credit LLC jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

OGONNA M. BROWN
    on behalf of Creditor Cole Kepro International LLC obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com

ROBERT R. KINAS
    on behalf of Creditor GENESIS GLOBAL HOLDCO LLC rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com

SHAWN CHRISTIANSON
    on behalf of Creditor ORACLE AMERICA INC. schristianson@buchalter.com, cmcintire@buchalter.com

STRETTO
    ecf@cases-cr.stretto-services.com aw01@ecfcbis.com,pacerpleadings@stretto.com

U.S. TRUSTEE - LV - 11
    USTPRegion17.lv.ecf@usdoj.gov

ZACHARY WILLIAMS
    on behalf of Plaintiff CASH CLOUD INC., dba COIN CLOUD zwilliams@foxrothschild.com, ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com

TOTAL: 15

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 24, 2023

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>    Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>Settlement Conference<br>Date:  March 29 and 30, 2023<br>Time: 9:00 a.m.<br><br>**Briefs Due:  March 23, 2023**<br><br>Status Conference<br>Date:  April 12, 2023<br>Time: 10:30 a.m. |

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

Pursuant to agreement among the parties-in-interest,

A settlement conference is hereby ordered to commence on **March 29 and 30, 2023 at 9:00 a.m.** before U.S. Bankruptcy Judge Gregg W. Zive in Courtroom #1, 300 Booth Street, Reno, Nevada.  The purpose of the settlement conference is to negotiate a consensual plan with the key constituents.

All counsel of record that will be participating in the resolution of this matter, all parties-in-interest appearing pro se, if any, and all individual parties-in-interest must be present. In the case of non-individual parties, counsel shall arrange for a representative, with binding authority to settle, to be present in court for the duration of the settlement conference.

**Any requested exception to the attendance requirements must be submitted to the settlement conference judge for approval in advance of the settlement conference.**

**PREPARATION FOR SETTLEMENT CONFERENCE**

No later than five (5) business days before the settlement conference, the parties

shall exchange written settlement offers.  No later than four (4) business days before the settlement conference each party shall submit a confidential settlement conference statement, which will include a copy of the last settlement offer, to the Reno chambers of Judge Zive for in camera review.  If not timely submitted, sanctions may be imposed.

**The settlement conference statement shall be delivered to chambers in an envelope clearly marked "Contains Confidential Settlement Statement."**  DO NOT SERVE A COPY ON OPPOSING COUNSEL.  **A PDF of the hard copy shall also be e-mailed to Judge Zive's chambers at Molly_Pfau@nvb.uscourts.gov on the same day hard copies are delivered to chambers**.

The settlement conference statement shall be no longer than five (5) double-spaced pages, and shall contain the following:

1. A brief statement of the nature of the action. **In addition, the parties shall each add an appendix setting forth the issues that will be subject to settlement**.

2. A concise summary of the evidence that supports your theory of the case, including information documenting your damages claims. You may attach to your statement a limited number of documents or exhibits that are especially relevant to key factual or legal issues.

3. A brief analysis of the key issues involved in the litigation.

4. A discussion of the strongest points in your case, both legal and factual, and a frank discussion of the weakest points as well. The court expects you to present a candid evaluation of the merits of your case.

5. A further discussion of the strongest and weakest points in your opponents' case, but only if they are more than simply the converse of the weakest and strongest points in your case.

6. A history of settlement discussions, if any, which details the demands and offers which have been made, and the reasons they have been rejected.

7. The settlement proposal that you believe would be fair.

8. The settlement proposal that you would honestly be willing to make in order to conclude this matter and stop the expense of litigation. In order to facilitate a meaningful

conference, your utmost candor in responding to all of the above listed questions is required. The confidentiality of each statement will be strictly maintained and following the conference, the statements will be destroyed.

**The settlement conference shall not be continued or vacated without prior approval of the Judge assigned to the case. Failure to appear will result in the imposition of sanctions.**

IF THE MATTER IS SETTLED BEFORE THE SETTLEMENT CONFERENCE DATE, THE PARTIES MUST NOTIFY THE SETTLEMENT CONFERENCE JUDGE'S CALENDAR CLERK SO THAT THE MATTER CAN BE TAKEN OFF CALENDAR.

**FOLLOW UP STATUS CONFERENCE**

A status conference shall be held in the above-referenced proceeding on **April 12, 2023, at 10:30 a.m.,** before U.S. Bankruptcy Judge Mike K. Nakagawa by telephonic appearance. Absent further order of the court, the parties must participate and appear telephonically in the status conference by dialing (669) 254-5252; Meeting ID: 161-062-2560; Passcode: 029066. Instructions for appearing via telephone are available on the court's website at: www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearing-participation/.

Copies sent via CM/ECF ELECTRONIC FILING

Copies sent via BNC to:
Jordi Guso, Esq.
Berger Singerman LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

Jeffrey R. Sylvester, Esq.
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

Sean A. O'Neal, Esq.
Jane VanLare, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Gary S. Lee, Esq.
Andrew Kissner, Esq.
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

James P. Shea, Esq.
Shea Larsen
1731 Village Center Circle, Suite 150
Las Vegas, NV 89134

# # #