Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Jared A. Day, Trial Attorney
State Bar No. CA 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (775) 784-5335
Fax: (775) 784-5531
E-mail: *jared.a.day@usdoj.gov*

Attorneys for the United States Trustee for Region 17
TRACY HOPE DAVIS

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No: 23-10423-mkn<br><br>Chapter 11 |
|---|---|

# AMENDED APPOINTMENT OF OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, by and through her undersigned counsel, hereby appoints the following unsecured creditors to be members of the Official Committee of Unsecured Creditors in the above-captioned case:

| | |
|---|---|
| Genesis Global Holdco, LLC<br>**Attn: Andrew Tsang**<br>250 Park Ave South 5th Floor<br>New York, NY 10003<br>Phone: (551) 242-6865<br>E-mail: *atsang@genesistrading.com* | Identified Counsel:<br><br>**Jan VanLare**<br>Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Phone: (212) 225-2872<br>E-mail: *jvanlare@cgsh.com* |

/ / /

| | | |
|---|---|---|
| 1 | Cole Kepro International, LLC<br>**Attn: Frederick Cook**<br>4170-103 Distribution Circle<br>Las Vegas, NV 89030<br>Phone: (702) 633-270<br>E-mail: fred@colekepro.com | Identified Counsel:<br><br>**Paul R. Hage**<br>Taft Stettinius & Hollister, LLP<br>27777 Franklin Rd., Suite 2500<br>Southfield, MI 48034<br>Phone: (248) 351-3000<br>E-mail: phage@taftlaw.com |
| 2 | Brink's U.S., a Division of Brink's, Incorporated<br>**Attn: Tara Team & Kevin Boland**<br>555 Dividend Drive, Suite 100<br>Coppell, TX 75019<br>Phone: (469) 549-6476 (Team)<br>Phone: (469) 549-6064 (Boland)<br>E-mail: tara.team@brinksinc.com<br>E-mail: kevin.boland@brinksinc.com | Identified Counsel:<br><br>**Robert Westermann and Brittany Falabella**<br>Hirschler Fleischer, P.C.<br>2100 East Cary Street<br>Richmond, VA 23223<br>Phone: (804) 771-9549 (Falabella)<br>Phone: (804) 771-5610 (Westermann)<br>E-mail: bfalabella@hirschlerlaw.com<br>E-mail: rwestermann@hirschlerlaw.com |
| 3 | National Services, LLC<br>315 Trane Drive<br>Knoxville, TN 37919<br>Phone: (865) 588-1558<br>E-mail: evans@nsafieldservice.com | Identified Counsel:<br><br>**Matthew Graves**<br>Hodges Doughty & Carson<br>617 Main St.<br>PO Box 869<br>Knoxville, TN 37901<br>Phone: (865) 292-2244<br>Email: mgraves@hdclaw.com |
| 4 | OptConnect MGT, LLC<br>**Attn: Chris Baird**<br>865 W. 450 N., Suite 1<br>Kaysville, UT 84037<br>Phone: (801) 660-8921<br>E-mail: chris.baird@optconnect.com | Identified Counsel:<br><br>**Craig Druehl**<br>Dechert LLP<br>Three Bryant Park, 1095 Avenue of Americas<br>New York, NY 10036<br>Phone: (212) 698-3601<br>Email: craig.druehl@dechert.com |
| 5 | Black Hole Investments LLC<br>**Attn: Zachary Chaltiel**<br>480 NW Albemarle Ter<br>Portland, OR 97210<br>Phone: (646) 593-2749<br>E-mail: zach@victoireventures.com | Identified Counsel:<br><br>None |

| Cennox Reactive Field Services LLC<br>**Attn: Michael Goggans**<br>1341 W. Battlefield Rd., Suite 210<br>Springfield, MO 65807<br>Phone: (470) 371-8033<br>E-mail: *legal@cennox.com* | Identified Counsel:<br><br>None |
|---|---|

Dated: February 28, 2023          Respectfully Submitted,

                                                    TRACY HOPE DAVIS
                                                    UNITED STATES TRUSTEE

                                   By:    */s/ Terri H. Didion*
                                                   Terri H. Didion
                                                   Assistant United States Trustee