**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 11 |
| CASH CLOUD, INC.[1] | Case No. 23-10423 (MKN) |
| Debtor. | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Sharon Lee, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On February 23, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 2)

Furthermore, on February 28, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Bandwidth, Inc. at PO Box 715382, 895 Central Avenue Suite 600, Cincinnati, OH 45202, and via electronic mail on Bandwidth, Inc. at ticketing@bandwidth.com:

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 2)

Dated: February 28, 2023

                     /s/ Sharon Lee
                     Sharon Lee
                     STRETTO
                     410 Exchange, Suite 100
                     Irvine, CA 92602
                     Telephone: 855-337-3537
                     Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is 10190 Covington Cross Dive, Las Vegas, NV 89144.

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Classy Sweeper Service, LLC | | 5455 N. Rainbow Blvd. | | Las Vegas | NV | 89130 |
| DC-Group, Inc. | | 1977 West River Road | | Minneapolis | MN | 55411 |
| Desert Fire Protection | | 5040 Sobb Avenue | | Las Vegas | NV | 89118 |
| First Choice Coffee Services | | 6295 S. Pearly Street | Suite 5 | Las Vegas | NV | 89120 |
| G&G Systems | | 4340 W. Hacienda Ave. | | Las Vegas | NV | 89118 |
| High Desert Landscape & Design | | 8800 W. Lone Mountain Rd. | | Las Vegas | NV | 89129 |
| Las Vegas Pest Control | | PO Box 35019 | | Seattle | WA | 98124-3419 |
| Morning Star Cleaning Service | | 10099 Wotans Throne Ct. | | Las Vegas | NV | 89148 |
| NEXTGEN | | 7165 Bermuda Rd. | | Las Vegas | NV | 89119 |
| OTIS Elevator Co. | | Dept LA 21684 | | Pasadena | CA | 91185-1684 |
| Quench | | P.O. Box 735777 | | Dallas | TX | 75373-5777 |
| Siemens | C/O Citibank (Bldg Tech) | PO Box 2134 | | Carol Stream | IL | 60132-2134 |
| SKR | Attn: Brandy Dumas | 9911 Covington Cross Dr | Ste 100 | Las Vegas | NV | 89144 |
| West Coast Water Solutions | | 9030 West Sahara Ave. #288 | | Las Vegas | NV | 89117 |