1  Ryan J. Works, Esq. (NSBN 9224)
   Amanda M. Perach, Esq. (NSBN 12399)
2  McDONALD CARANO LLP
   2300 West Sahara Avenue, Suite 1200
3  Las Vegas, Nevada 89102
   Telephone: (702) 873-4100
4  rworks@mcdonaldcarano.com
   aperach@mcdonaldcarano.com
5
6  John R. Ashmead, Esq. (*pro hac vice application pending*)
   Robert J. Gayda, Esq. (*pro hac vice application pending*)
   Catherine V. LoTempio, Esq. (*pro hac vice application pending*)
7  Andrew J. Matott, Esq. (*pro hac vice application pending*)
   SEWARD & KISSEL LLP
8  One Battery Park Plaza
   New York, NY 10004
9  Telephone: (212) 574-1200
   ashmead@sewkis.com
10 gayda@sewkis.com
   lotempio@sewkis.com
11 matott@sewkis.com

12 *[Proposed] Counsel for Official Committee
   of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**STIPULATION TO EXTEND TIME TO FILE OBJECTIONS TO DEBTOR'S EMERGENCY FIRST DAY APPLICATION FOR ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF PROVINCE, LLC AS DEBTOR'S FINANCIAL ADVISOR, EFFECTIVE AS OF THE PETITION DATE [ECF NO. 15] PURSUANT TO THE ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF PROVINCE, LLC AS FINANCIAL ADVISOR, EFFECTIVE AS OF THE PETITION DATE [ECF NO. 120]** |

Cash Cloud, Inc. dba Coin Cloud, ("Debtor") and the Official Committee of Unsecured Creditors (the "Official Committee" and with the Debtor, "Parties"), by and through their undersigned counsel of record, hereby enter into this Stipulation to Extend Time to File Objections

to Debtor's Emergency First Day Application for Order Authorizing Retention and Employment of Province, LLC as Debtor's Financial Advisor, Effective as of the Petition Date [ECF No. 15] Pursuant to the Order Authorizing Retention and Employment of Province, LLC as Financial Advisor, Effective as of the Petition Date [ECF No. 120] (the "Stipulation").

## RECITALS

This Stipulation is entered into with reference to the following recitals:

1. Debtor filed its Emergency First Day Application for Order Authorizing Retention and Employment of Province, LLC as Debtor's Financial Advisor, Effective as of the Petition Date [ECF No. 15] ("Application") on February 7, 2023.

2. On February 16, 2023, an Order Authorizing Retention and Employment of Province, LLC as Financial Advisor, Effective as of the Petition Date [ECF No. 120] ("Order") was entered granting the Application.

3. The Official Committee was not appointed until February 17, 2023 [ECF No. 131]. Counsel for the Official Committee filed their Notice of Appearance and Request for Special Notice on February 24, 2023 [ECF No. 168].

4. The Parties, pursuant to paragraph 2 of the Order, hereby stipulate to extend the deadline for the Official Committee to file objections to the Application from February 28, 2023, until March 3, 2023.

5. The Parties, pursuant to paragraph 2 of the Order, hereby further stipulate to extend the deadline for the Debtor to file a reply in support of its Application from March 10, 2023, until March 15, 2023.

///

///

2

4863-7705-8643, v. 2

**STIPULATION**

IT IS HEREBY STIPULATED THAT, the Official Committee will have until March 3, 2023, to fille any objections to the Application and that the Debtor will have until March 15, 2023, to file its reply.

Dated February 28, 2023.

McDONALD CARANO LLP

 /s/ Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
(*pro hac vice application pending*)
Robert J. Gayda, Esq.
(*pro hac vice application pending*)
Catherine V. LoTempio, Esq.
(*pro hac vice application pending*)
Andrew J. Matott, Esq.
(*pro hac vice application pending*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*

Dated February 28, 2023.

FOX ROTHSCHILD LLP

/s/ Brett Axelrod
Brett A. Axelrod, Esq. (NSBN 5859)
Nicholas A. Koffroth, Esq. (NSBN 16264)
Zachary T. Williams, Esq. (NSBN 16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
baxelrod@foxrrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com

*[Proposed] Counsel for Debtor*

4863-7705-8643, v. 2