Electronically Filed February 28, 2023

BRETT A. AXELROD, ESQ. (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
    nkoffroth@foxrothschild.com
    zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No.  BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL OF REJECTION OF UNEXPIRED LEASE WITH TSSP LLC PURSUANT TO 11 U.S.C. § 365(a) AND ABANDONMENT OF ANY PROPERTY THAT REMAINS AT PREMISES** |

**PLEASE TAKE NOTICE** that on the 27th day of February, 2023 the Court entered an *Order Granting Debtor's Motion For Approval Of Rejection Of Unexpired Lease With TSSP LLC Pursuant To 11 U.S.C. § 365(a) And Abandonment Of Any Property That Remains At Premises* [ECF 172], a copy of which is attached here.

Dated this 28th day of February, 2023.    **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

143195306.1

1


_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge




Entered on Docket
February 27, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*[Proposed] Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL OF REJECTION OF UNEXPIRED LEASE WITH TSSP LLC PURSUANT TO 11 U.S.C. § 365(a) AND ABANDONMENT OF ANY PROPERTY THAT REMAINS AT PREMISES**<br><br>Hearing Date:  February 23, 2023<br>Hearing Time:  11:00 a.m. |

1

143052433.1

The Court, having reviewed and considered Debtor's motion (the "Motion")[1] for an order approving the rejection of the Office Lease with TSSP LLC ("Lease") pursuant to 11 U.S.C. § 365(a) and approving the abandonment of Remaining Property pursuant to 11 U.S.C. § 554(a); and upon consideration of the McAlary Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Lease is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; the Court having determined that abandonment of the Remaining Property is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors, and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that the Debtor's rejection of the Lease with TSSP LLC (see Exhibit 2 attached to the Motion) pursuant to 11 U.S.C. § 365(a) is approved, effective no later than February 28, 2023; and it is further

**ORDERED** that any Remaining Property is hereby abandoned, effective no later than February 28, 2023; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion; and it is further

/ / /

---

[1] Unless defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

2

143052433.1

**ORDERED** that, to the extent applicable, the 14-day stay under Fed.R.Bankr. P. 6004(h) is waived.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
    JEANETTE E. MCPHERSON, ESQ.
    BRETT A. AXELROD, ESQ.
    NICHOLAS A. KOFFROTH, ESQ.
    ZACHARY T. WILLIAMS, ESQ.
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135

*[Proposed] Counsel for Debtor*

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

   Office of the United States Trustee

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

143052433.1