BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed February 28, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                            Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**ERRATA TO: 1) DEBTOR'S MOTION FOR AUTHORIZATION TO ENTER INTO NEW OFFICE LEASE PURSUANT TO 11 U.S.C. § 105 AND 363 [ECF 160]; AND 2) DECLARATION OF CHRISTOPHER MCALARY IN SUPPORT OF DEBTOR'S MOTION FOR AUTHORIZATION TO ENTER INTO NEW OFFICE LEASE PURSUANT TO 11 U.S.C. § 105 AND 363 [ECF 161]**<br><br>Hearing Date:   March 29, 2023<br>Hearing Time:   9:30 a.m.<br>Estimated Time for Hearing: 20 Minutes |

/ / /

/ / /

/ / /

/ / /

/ / /

1

143197665.1

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, hereby files this errata (the "Errata") to: 1) the Debtor's Motion For Authorization To Enter Into New Office Lease Pursuant To 11 U.S.C. § 105 And 363 [ECF 160] ("Motion"); and 2) the Declaration Of Christopher McAlary In Support Of Debtor's Motion For Authorization To Enter Into New Office Lease Pursuant To 11 U.S.C. § 105 And 363 [ECF 161] ("McAlary Declaration").

By this Errata, Debtor replaces paragraphs 7 and 8 of the Motion with the following:

7. Given these circumstances, the Debtor, in its business judgment, has determined that it is in the best interests of the Debtor and its estate to enter into an agreement with WeWork ("WeWork Lease") for the lease of fully furnished office space located at Two Summerlin, 10845 Griffith Peak Drive, Las Vegas, Nevada, 89135 ("WeWork Space") for thirteen months.

8. The key terms of the WeWork Lease are as follows:

a) commencement date of March 1, 2023 and ending March 31, 2024;

b) monthly payment of $25,338.50 (this is $29,810.00 monthly with a $4,471.50 monthly discount); and

c) payment of a security deposit in the amount of $44,715.00 at the time of execution of the Lease.

By this Errata, Debtor replaces paragraphs 9 and 10 of the Declaration with the following:

9. Given these circumstances, the Debtor, in its business judgment, has determined that it is in the best interests of the Debtor and its estate to enter into an agreement with WeWork ("WeWork Lease") for the lease of fully furnished office space located at Two Summerlin, 10845 Griffith Peak Drive, Las Vegas, Nevada, 89135 ("WeWork Space") for thirteen months.

10. The key terms of the WeWork Lease are as follows:

a) commencement date of March 1, 2023 and ending March 31, 2024;

b) monthly payment of $25,338.50 (this is $29,810.00 monthly with a

143197665.1

$4,471.50 monthly discount); and

  c)  payment of a security deposit in the amount of $44,715.00 at the time of execution of the Lease.

Dated this 28th day of February, 2023.  **FOX ROTHSCHILD LLP**

                By: /s/ Jeanette E. McPherson
                  JEANETTE E. MCPHERSON, ESQ. (5423)
                  BRETT A. AXELROD, ESQ. (5859)
                  NICHOLAS A. KOFFROTH, ESQ. (16264)
                  ZACHARY T. WILLIAMS, ESQ. (16023)
                  1980 Festival Plaza Drive, Suite 700
                  Las Vegas, Nevada 89135
                  *Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

143197665.1