BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed March 1, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF NO OPPOSITION TO EMERGENCY FIRST DAY APPLICATION FOR AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF FOX ROTHSCHILD AS DEBTOR'S COUNSEL, EFFECTIVE AS OF THE PETITION DATE** |

**PLEASE TAKE NOTICE** that no Opposition was filed regarding the entry of an order granting final relief on the *Emergency First Day Application for an Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date* [ECF No. 13].

Dated this 1st day of March 2023.

**FOX ROTHSCHILD LLP**

By  /s/Brett A. Axelrod
   BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
   *Counsel for Debtor*

1

143206298.1