**Goldsmith & Guymon, P.C.**
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Amondo Redmond

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                     )   Case No. BK-S-23-10423-MKN
                                           )   Chapter 11
CASH CLOUD INC.,                           )
                                           )   Hearing Date: OST PENDING
            Debtor.                        )   Hearing Time: OST PENDING
                                           )

## DECLARATION OF AMONDO D. REDMOND IN SUPPORT OF MOTION TO MODIFY AUTOMATIC STAY

COMES NOW, Amondo D. Redmond, having been duly sworn on penalty of perjury, who states as follows:

1. I have personal knowledge of the facts contained herein and am otherwise competent in all respects to so testify.

2. I am the named Defendant and Counterclaimant in that action pending in the Eight Judicial District Court, Clark County, Nevada, Case No. A-21-839023-B.

3. Through the assistance of my State Court counsel, I filed an Amended Answer to First Amended Complaint with Jury Demand and Amended Counterclaim on or about October 6, 2022.

4. My claims against Debtor involve Debtor's illegal employment practices, including racial harassment and discrimination, retaliation and wrongful termination under 18 U.S.C. §1981.

DATED: February 28, 2023.

*Amondo Redmond*

_____
AMONDO D. REDMOND