1  Ryan J. Works, Esq. (NSBN 9224)
   Amanda M. Perach, Esq. (NSBN 12399)
2  McDONALD CARANO LLP
   2300 West Sahara Avenue, Suite 1200
3  Las Vegas, Nevada 89102
   Telephone: (702) 873-4100
4  rworks@mcdonaldcarano.com
   aperach@mcdonaldcarano.com
5
   and
6
   John R. Ashmead, Esq. *(pro hac vice application pending)*
7  Robert J. Gayda, Esq. *(pro hac vice application pending)*
   Catherine V. LoTempio, Esq. *(pro hac vice application pending)*
8  Andrew J. Matott, Esq. *(pro hac vice application pending)*
   SEWARD & KISSEL LLP
9  One Battery Park Plaza
   New York, NY 10004
10 Telephone: (212) 574-1200
   ashmead@sewkis.com
11 gayda@sewkis.com
   lotempio@sewkis.com
12 matott@sewkis.com

13 *[Proposed] Counsel for Official Committee*
   *of Unsecured Creditors*

14
              **UNITED STATES BANKRUPTCY COURT**
15
                     **DISTRICT OF NEVADA**
16

17 In re:                              Case No.: 23-10423-mkn
                                       Chapter 11
18 CASH CLOUD, INC. dba COIN CLOUD,
                                       **CERTIFICATE OF SERVICE**
19        Debtor.

20         On the 1st day of March, 2023, I served the following document(s):

21    1.   *Notice of Entry of Order Granting Stipulation to Extend Time to File Objections to*
           *Debtors Emergency First Day Application for Order Authorizing Retention and*
22         *Employment of Province, LLC as Debtors Financial Advisor, Effective as of the*
           *Petition Date [ECF No. 15] Pursuant to the Order Authorizing Retention and*
23         *Employment of Province, LLC as Financial Advisor, Effective as of the Petition Date*
           *[ECF No. 120]* [ECF No. 190].

24
           The undersigned hereby certifies that she served a true and correct copy of the foregoing
25 pleadings by the following means:

26    a.   ☒    **ECF System (**You must attach the "Notice of Electronic Filing", or list all
                persons and addresses and attach additional paper if necessary).
27
                *SEE THE ATTACHED NOTICE OF ELECTRONIC FILING*
28

b.       ☒       **United States Postal Service**, postage fully prepaid *(Lists persons and addresses).*

Jared A. Day
c/o U.S. Trustee
Office of the U.S. Trustee
300 Booth Street #3009
Reno, Nevada 89509

Fox Rothschild LLP
c/o CKDL Credit, LLC
1980 Festival Plaza Drive., Suite 700
Las Vegas, Nevada 89135

Jordi Guso
c/o CKDL Credit, LLC
Berger Singer Man LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

Paul R. Hage
c/o Cole Kepro International, LLC
Taft Stettinius and Hollister LLP
27777 Fraklin Road, Suite 2500
Southfield, MI 48034

Andrew Kissner
c/o Enigma Securities Limited
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Law Office of Shea Larsen
c/o Enigma Securities Limited
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

Gary Lee
c/o c/o Enigma Securities Limited
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Sean A. O'Neal
c/o Genesis Global Holdco, LLC
Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Province, LLC
2360 Corporate Circle, Suite 300
Henderson, NV 89074

Jeffrey Sylvester
c/o CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, Nevada 89134

Shea Larsen PC
Kyle M. Wyant
James Patrick Shea
c/o Enigma Securities Limited
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of March, 2023.

*/s/  Kimberly Kirn*
An Employee of McDonald Carano LLP

**File a Notice:**

23-10423-mkn CASH CLOUD, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: mkn | Case Flag: CLMAGT, PlnDue, BAPCPA |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from RYAN J. WORKS entered on 3/1/2023 at 4:58 PM PST and filed on 3/1/2023

| | |
|---|---|
| **Case Name:** | CASH CLOUD, INC. |
| **Case Number:** | 23-10423-mkn |
| **Document Number:** | 190 |

**Docket Text:**
Notice of Entry of Order *Granting Stipulation to Extend Time to File Objections to Debtors Emergency First Day Application for Order Authorizing Retention and Employment of Province, LLC as Debtors Financial Advisor, Effective as of the Petition Date [ECF No. 15] Pursuant to the Order Authorizing Retention and Employment of Province, LLC as Financial Advisor, Effective as of the Petition Date [ECF No. 120]* Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Related document(s)[188] Stipulated/Agreed Order) (WORKS, RYAN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Notice of Entry of Order Granting Stipulation to Extend Time to File Objections to Debtors Emergency First Day Application for Order Authorizing Ret~4895-0707-7204 v.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/1/2023] [FileNumber=34919521-0]
[42f05226b020427596c20928566e3c64ea0e8c8e88258d013ed875cbab02a16cd9ed
e739bef2464db7f1d0e4ff253da5888ecd1fc71c6779dc8a47bdddf043a1]]

**23-10423-mkn Notice will be electronically mailed to:**

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

OGONNA M. BROWN on behalf of Creditor Cole Kepro International, LLC
obrown@lewisroca.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com;ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado@lew

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond
bankruptcy@goldguylaw.com,
peterc@goldguylaw.com;jschneringer@goldguylaw.com;ljohns@goldguylaw.com;cdupont@goldguylaw.com;mariaa@goldguylaw.com;lauriea@goldguylaw.com

ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com

BART K. LARSEN on behalf of Creditor Enigma Securities Limited
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
jshea@shea.law, blarsen@shea.law;support@shea.law

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.
rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

ZACHARY WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
zwilliams@foxrothschild.com, ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com

RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**23-10423-mkn Notice will not be electronically mailed to:**

JARED A. DAY on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
OFFICE OF THE US TRUSTEE
300 BOOTH ST #3009
RENO, NV 89509

FOX ROTHSCHILD LLP on behalf of Debtor CASH CLOUD, INC.
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135

JORDI GUSO on behalf of Interested Party CKDL Credit, LLC
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

PAUL R HAGE on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

LAW OFFICE OF SHEA LARSEN on behalf of Creditor Enigma Securities Limited
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

GARY LEE on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

SEAN A. O'NEAL on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

SEWARD & KISSEL LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

Jeffrey Sylvester on behalf of Interested Party CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134