BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed March 2, 2023

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>    CASH CLOUD, INC.,<br>    dba COIN CLOUD,<br><br>                  Debtor. | Case No.  BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF FINAL ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF FOX ROTHSCHILD AS DEBTOR'S COUNSEL, EFFECTIVE AS OF THE PETITION DATE** |

**PLEASE TAKE NOTICE** that on the 1st day of March 2023, the Court entered a *Final Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date* [ECF No. 189], a copy of which is attached hereto.

Dated this 2nd day of March 2023.

                                            **FOX ROTHSCHILD LLP**

                                            By  */s/Brett A. Axelrod*
                                                BRETT A. AXELROD, ESQ.
                                                Nevada Bar No. 5859
                                                1980 Festival Plaza Drive, Suite 700
                                                Las Vegas, Nevada 89135
                                                *Counsel for Debtor*

1

143284784.1


_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
March 01, 2023

_____

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **FINAL ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF FOX ROTHSCHILD LLP AS DEBTOR'S COUNSEL, EFFECTIVE AS OF THE PETITION DATE**<br><br>Hearing Date:  February 15, 2023<br>Hearing Time:  10:30 a.m. |

1

143206791.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Upon the application (the "Application")[1] of the above-captioned debtor and debtor in possession ("Debtor") for entry of an order (the "Order") on Debtor's (i) *Emergency First Day Application for an Order Authorizing Retention and Employment of Fox Rothschild LLP* ["Fox Rothschild"] *as Debtor's Counsel, Effective as of the Petition Date*; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this Chapter 11 Case and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Application is in the best interests of Debtor's estate, its creditors, and other parties in interest; and the Court having found that Debtor provided appropriate notice of the Motion and the opportunity for a hearing on the Application under the circumstances; and the Court having found that no other or further notice need be provided; and the Court having reviewed the Application, the *Verified Statement of Brett A. Axelrod Pursuant to 11 U.S.C. §§ 327(a), 328 and Fed. R. Bankr. P. 2014 and 2016 filed in Support of Emergency First Day Application for an Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date* (the "Axelrod Verified Statement"), and (iii) the *Omnibus Declaration of Christopher Andrew McAlary in Support of First Day Motions*, and having heard the statements in support of the relief requested therein at a hearing before the Court (the "Hearing") and having considered the entire record before the Court; and the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. No other party having filed an opposition to the Application by the February 28, 2023 deadline set forth in the Court's interim order besides the United States Trustee, the Application is GRANTED as set forth herein.

---

[1] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Motion.

2

143206791.1

2.      Pursuant to 11 U.S.C. § 328, Fox Rothschild shall have a $450,000.00 cap on its compensation for services rendered in connection with the Debtor's first day pleadings, attendance at the section 341 meeting of creditors, any asset sale process, lease rejection and financing motions. All proposed payments to Fox Rothschild under § 328 shall be subject to prior review and approval, including approval of Fox Rothschild hourly rates, by the Court pursuant to 11 U.S.C. § 330.

3.      Pursuant to 11 U.S.C. § 327(a), Rules 2014(a), 2016(b) and 5002 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014, Debtor shall pay Fox Rothschild's professional fees on an hourly basis, plus reimbursement of actual, necessary expenses and other charges, for services provided by Fox Rothschild to Debtor, including services rendered in connection with valuation of the company and its assets, and any plan of reorganization and disclosure statement. All proposed payments to Fox Rothschild for such services rendered shall be subject to review and approval by the Court pursuant to 11 U.S.C. § 330.

4.      Fox Rothschild may seek compensation for its fees and expenses incurred on behalf of Debtor, consistent with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the United States Trustee Guidelines, and any applicable rules or orders of this Court, from Debtor's estate.

5.      Fox Rothschild is disinterested as that term is defined in Bankruptcy Code section 101(14), as modified by Bankruptcy Code section 1107(b), and used in Bankruptcy Code section 327(a).

6.      The terms of this Order shall be immediately effective and enforceable upon its entry.

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By    */s/Brett A. Axelrod*
   BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
   NICHOLAS A. KOFFROTH, ESQ.
   Nevada Bar No. 16264
   ZACHARY T. WILLIAMS, ESQ.
   Nevada Bar No. 16023
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
*Counsel for Debtor*

143206791.1

**APPROVED:**

**OFFICE OF THE UNITED STATES TRUSTEE**

By  /s/Jared A. Day
    Jared A. Day,
    Trial Attorney for Tracy Hope Davis,
    United States Trustee
    Foley Federal Building
    300 Las Vegas Boulevard South, Suite 4300
    Las Vegas, Nevada 89101

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

- ☐ The Court has waived the requirement of approval in LR 9021(b)(1).
- ☐ No party appeared at the hearing or filed an objection to the motion
- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

    Jared A. Day,          APPROVED
    Trial Attorney
    Office of the United States
    Trustee

- ☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

143206791.1