Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq. (*pro hac vice application pending*)
Robert J. Gayda, Esq. (*pro hac vice application pending*)
Catherine V. LoTempio, Esq. (*pro hac vice application pending*)
Andrew J. Matott, Esq. (*pro hac vice application pending*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE OBJECTIONS TO INTERIM ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING [ECF NO. 132]** |

Cash Cloud, Inc. dba Coin Cloud ("Debtor" or "Debtor in Possession") and the Official Committee of Unsecured Creditors (the "Official Committee" and with the Debtor, "Parties"), by and through their undersigned counsel of record, hereby enter into this Stipulation to Extend Time to File Objections to Interim Order Authorizing Debtor to Obtain Post-Petition Financing [ECF No. 132] (the "Stipulation").

**RECITALS**

This Stipulation is entered into with reference to the following recitals:

1. The Debtor in Possession filed its Voluntary Petition for Relief on February 7, 2023 [ECF No. 1].

2. On February 8, 2023, the Debtor in Possession filed its *Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [ECF No. 35] (the "Motion").

3. On February 15, 2023, this Court convened a hearing, on shortened time, to consider the relief requested by the Debtor in the Motion.

4. On February 17, 2023, this Court entered its *Interim Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1) and 364(E) and Bankruptcy Rules 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Grant Adequate Protection and (II) Scheduling Final Hearing* [ECF No. 132] ("Interim Order").

5. Also on February 17, 2023, the Official Committee was appointed by the Office of the United States Trustee [ECF No. 131].

6. On February 24, 2017, Counsel for the Official Committee filed their Notice of Appearance and Request for Special Notice [ECF No. 168].

/ / /

/ / /

/ / /

2

**STIPULATION**

7. The undersigned counsel for the parties, pursuant to paragraph 29 of the Interim Order, hereby stipulate to extend the deadline for the Official Committee to file an opposition and objections to the Motion and the Interim Order, from March 3, 2023, until March 10, 2023.

8. The undersigned counsel for the parties, pursuant to paragraph 29 of the Interim Order, hereby further stipulate to extend the deadline for the Debtor to file a reply to any opposition or objection lodged by the Official Committee in support of its Motion from March 10, 2023, until March 15, 2023.

**IT IS SO STIPULATED BY:**

Dated March 2, 2023.

McDONALD CARANO LLP

 /s/ Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

- and –

John R. Ashmead, Esq.
(*pro hac vice application forthcoming*)
Robert J. Gayda, Esq.
(*pro hac vice application forthcoming*)
Catherine V. LoTempio, Esq.
(*pro hac vice application forthcoming*)
Andrew J. Matott, Esq.
(*pro hac vice application forthcoming*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*

Dated March 2, 2023.

FOX ROTHSCHILD LLP

*/s/ Brett A. Axelrod*
Brett A. Axelrod, Esq. (NSBN 5859)
Nicholas A. Koffroth, Esq. (NSBN 16264)
Zachary T. Williams, Esq. (NSBN 16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
baxelrod@foxrrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com

*Counsel for Debtor*