United States Bankruptcy Court
District of Nevada

In re:  Case No. 23-10423-mkn
CASH CLOUD, INC.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2     User: admin     Page 1 of 2
Date Rcvd: Feb 28, 2023     Form ID: nverpet     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: cmartin@simon.com | Mar 01 2023 00:40:00 | SIMON PROPERTY GROUP, INC., C/O RONALD M. TUCKER, 225 WEST WASHINGTON STREET, INDIANAPOLIS, IN 46204-3438 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BART K. LARSEN | on behalf of Creditor Enigma Securities Limited BLARSEN@SHEA.LAW 3542839420@filings.docketbird.com |
| BRETT A. AXELROD | on behalf of Plaintiff CASH CLOUD INC., dba COIN CLOUD baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com |
| BRETT A. AXELROD | on behalf of Debtor CASH CLOUD INC. baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com |

CHAPTER 11 - LV

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 28, 2023 | Form ID: nverpet | Total Noticed: 1 |

USTPRegion17.lv.ecf@usdoj.gov

**DAWN M. CICA**
on behalf of Interested Party CHRIS MCALARY dcica@carlyoncica.com nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

**JAMES PATRICK SHEA**
on behalf of Creditor Enigma Securities Limited jshea@shea.law blarsen@shea.law;support@shea.law

**JEANETTE E. MCPHERSON**
on behalf of Plaintiff CASH CLOUD INC., dba COIN CLOUD JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

**JEANETTE E. MCPHERSON**
on behalf of Debtor CASH CLOUD INC. JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

**Jeffrey R. Sylvester**
on behalf of Interested Party CKDL Credit LLC jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

**MARJORIE A. GUYMON**
on behalf of Creditor Armondo Redmond bankruptcy@goldguylaw.com peterc@goldguylaw.com;jschneringer@goldguylaw.com;ljohns@goldguylaw.com;cdupont@goldguylaw.com;mariaa@goldguylaw.com;lauriea@goldguylaw.com

**OGONNA M. BROWN**
on behalf of Creditor Cole Kepro International LLC obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com

**ROBERT R. KINAS**
on behalf of Creditor GENESIS GLOBAL HOLDCO LLC rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com

**RYAN J. WORKS**
on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS rworks@mcdonaldcarano.com kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**SHAWN CHRISTIANSON**
on behalf of Creditor ORACLE AMERICA INC. schristianson@buchalter.com, cmcintire@buchalter.com

**STRETTO**
ecf@cases-cr.stretto-services.com aw01@ecfcbis.com,pacerpleadings@stretto.com

**U.S. TRUSTEE - LV - 11**
USTPRegion17.lv.ecf@usdoj.gov

**ZACHARY WILLIAMS**
on behalf of Plaintiff CASH CLOUD INC., dba COIN CLOUD zwilliams@foxrothschild.com, ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com

TOTAL: 17

NVB 10–2(b) (Rev. 9/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

CASH CLOUD, INC.
    dba COIN CLOUD

Debtor(s)

BK–23–10423–mkn
CHAPTER 11

NOTIFICATION OF VERIFIED
PETITION REQUIREMENT

**NOTICE IS GIVEN** that the following document was recently filed:

*173* – Notice of Appearance with Certificate of Service Filed by SIMON PROPERTY GROUP, INC. (SIMON PROPERTY GROUP INC. (rt))

In accordance with LR IA 11–2, "An attorney who is not a member of the bar of this court, who has been retained or appointed to appear in a particular case may do so only with the permission of the court." Application for such permission shall be by verified petition on the form furnished by the clerk and the required admission fee. An attorney whose verified petition is pending shall take no action in the case beyond filing the first pleading or motion. In bankruptcy cases, attorneys shall have fourteen (14) days after their first appearance to comply with the provisions. Failure to comply timely with this rule may result in the striking of any and all documents previously filed by such attorney, the imposition of other sanctions, or both.

LR IA 11–3 addresses the requirements for government attorneys.

The required forms for verified petition and designation of local counsel can be found at our web site www.nvb.uscourts.gov.

The filing of a Notice of Appearance in a case requires the filing of a Verified Petition and Designation of Local Counsel along with the required fee. Payments made in cash are not accepted. If you were only interested in receiving notice in a case, the Notice of Appearance is not the appropriate document to be filed with the court. A Notice to Withdraw the Notice of Appearance will need to be filed and then file a Request for Special Notice.

Dated: 2/28/23

*Mary A. Schott*

Mary A. Schott
Clerk of Court