BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com

*Counsel for Debtor*

Electronically Filed March 3, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                    Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO: 1) DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT; AND 2) DEBTOR'S SECOND OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT** |

/ / /

/ / /

/ / /

1

143278064.1

1   Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-
2   captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox
3   Rothschild LLP, and OptConnect Management, LLC ("OptConnect"), by and through is
4   undersigned counsel, Dechert LLP, hereby enter into this Stipulation To Extend Time To Respond
5   To: 1) Debtor's First Omnibus Motion For Entry Of Order Approving Rejection Of Executory
6   Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal
7   Property Including Abandonment; And 2) Debtor's Second Omnibus Motion For Entry Of Order
8   Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. §
9   365(a) And Disposal Of Certain Personal Property Including Abandonment.

**RECITALS**

WHEREAS, Debtor filed the Debtor's First Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment [ECF 138] ("First Omnibus Motion") on February 17, 2023;

WHEREAS, Debtor filed the Debtor's Second Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment [ECF 141] ("Second Omnibus Motion") on February 17, 2023 (the First Omnibus Motion and Second Omnibus Motion are collectively referred to herein as "Omnibus Motions");

WHEREAS, the hearings on the Omnibus Motions are set for March 17, 2023 at 9:30 a.m.;

WHEREAS, the deadline for OptConnect to file a response to the Omnibus Motions is currently March 3, 2023 ("Response Deadline") and the deadline for the Debtor to file a reply is currently March 10, 2023 ("Reply Deadline"); and

WHEREAS, the Debtor and OptConnect have agreed to continue the Response Deadline to March 8, 2023 and the Reply Deadline to March 14, 2023.

**STIPULATION**

NOW, THEREFORE, in consideration of the foregoing, the parties agree as follows:

1.  The Response Deadline is continued to March 8, 2023; and

2

143278064.1

1      2.     The Reply Deadline is continued to March 14, 2023.

2    Dated this 2nd day of March, 2023.      Dated this 2nd day of March, 2023.

3    **FOX ROTHSCHILD LLP**      **DECHERT LLP**

4    By: /s/ Jeanette E. McPherson      By: /s/ Craig P. Druehl

5        JEANETTE E. MCPHERSON, ESQ.      CRAIG P. DRUEHL, ESQ.
       Nevada Bar No. 5423      Three Bryant Park

6        BRETT A. AXELROD, ESQ.      1095 Avenue of the Americas
       Nevada Bar No. 5859      New York, New York 10036-6797

7        NICHOLAS A. KOFFROTH, ESQ.
       Nevada Bar No. 16264

8        ZACHARY T. WILLIAMS, ESQ.
       Nevada Bar No. 16023

9        1980 Festival Plaza Drive, Suite 700

10        Las Vegas, Nevada 89135
   *Counsel for Debtor*      *Counsel for OptConnect Management, LLC*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

143278064.1