Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Jared A. Day, Trial Attorney
State Bar No. CA 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard, So., Ste. 4300
Las Vegas, NV 89101
Telephone: (775) 784-5335
Fax: (775) 784-5531
E-mail: jared.a.day@usdoj.gov

Attorneys for the U.S. Trustee for Region 17
    TRACY HOPE DAVIS

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No: 23-10423-mkn |
| CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
| Debtor. | Prior Hearing Date: March 17, 2023<br>Prior Hearing Time: 9:30 a.m.<br><br>New Hearing Date: April 20, 2023<br>New Hearing Time: 10:30 a.m. |

**STIPULATION TO CONTINUE HEARING AND REVISE BRIEFING SCHEDULE ON DEBTOR'S EMERGENCY MOTION FOR FINAL ORDER (I) AUTHORIZING CONTINUED USE OF PREPETITION BANK ACCOUNTS; AND (II) GRANTING RELATED RELIEF**

    Tracy Hope Davis, United States Trustee for Region 17 ("U.S. Trustee"), by and through her undersigned counsel, and Debtor Cash Cloud, Inc. (the "Debtor"), by and through its undersigned counsel (collectively, the "Parties"), hereby stipulate to the following facts:

    1.    On February 7, 2023, the Debtor filed a voluntary petition under chapter 11 of the United States Bankruptcy Code. [ECF No. 1].

2. The meeting of creditors under 11 U.S.C. § 341(a) is scheduled for March 16, 2023. [ECF No. 2].

3. On February 7, 2023, Debtor filed a Motion for Final Order (I) Authorizing Continued Use of Prepetition Bank Accounts; and (II) Granting Related Relief (the "Motion"). [ECF No. 5].

4. The Motion is scheduled for hearing on the above-captioned date and time. [ECF Nos. 54 *and* 65].

5. The current deadline to oppose the Motion is March 3, 2023. [*Id.*]. The current reply deadline is March 10, 2023. [*Id.*].

6. The Parties are working diligently towards a possible consensual resolution of the U.S. Trustee's concerns with the Motion.

7. The Parties hereby agree that the hearing on the Motion may be continued to the above-captioned date and time.

8. The Parties hereby further agree that the briefing schedule associated with the Motion is revised to conform with District of Nevada Local Bankruptcy Rule 9014.

9. The U.S. Trustee will promptly upload a proposed order requesting approval of the stipulated agreement set forth herein.

| | |
|---|---|
| Dated: March 3, 2023 | March 3, 2023 |
| CASH CLOUD, INC.<br>DEBTOR | UNITED STATES TRUSTEE<br>TRACY HOPE DAVIS |
| */s/ Brett A. Axelrod*<br>By: Brett A. Axelrod<br>Attorney for the Debtor | */s/ Jared A. Day*<br>By: Jared A. Day<br>Trial Attorney for the U.S. Trustee |