_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
March 03, 2023

BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
        jmcpherson@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO: 1) DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT; AND 2) DEBTOR'S SECOND OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT** |

143280818.1

1

1  The Court having read and considered the Stipulation To Extend Time To Respond To: 1) Debtor's First Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment; And 2) Debtor's Second Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment ("Stipulation"),[1] and good cause appearing therefor, it is hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that the Response Deadline for OptConnect is continued to March 8, 2023; and it is further

ORDERED that the Reply Deadline for the Debtor is continued to March 14, 2023.

| Submitted by: | Approved by: |
|---|---|
| **FOX ROTHSCHILD LLP** | **DECHERT LLP** |
| By: /s/ Jeanette E. McPherson | By: /s/ Craig P. Druehl |
| JEANETTE E. MCPHERSON, ESQ.<br>Nevada Bar No. 5423<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>ZACHARY T. WILLIAMS, ESQ.<br>Nevada Bar No. 16023<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135 | CRAIG P. DRUEHL, ESQ.<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, New York 10036-6797 |
| *Counsel for Debtor* | *Counsel for OptConnect Management, LLC* |

###

---

[1] Capitalized terms used, but not defined herein, shall have the meaning ascribed to such terms in the Stipulation.

2

143280818.1