Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq. (*pro hac vice application pending*)
Robert J. Gayda, Esq. (*pro hac vice application pending*)
Catherine V. LoTempio, Esq. (*pro hac vice application pending*)
Andrew J. Matott, Esq. (*pro hac vice application pending*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE OBJECTIONS TO INTERIM ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING [ECF NO. 132]** |

PLEASE TAKE NOTICE that an *Order Granting Stipulation to Extend Deadline to File Objections to Interim Order Authorizing Debtor to Obtain Post-Petition Financing [ECF No. 132]* [ECF No. 200] was entered in the above-captioned case on the 3rd day of March, 2023 a copy of which is attached hereto.

DATED this 3rd day of March, 2023.

                McDONALD CARANO LLP

                By: */s/ Ryan J. Works*
                    Ryan J. Works, Esq. (NSBN 9224)
                    Amanda M. Perach, Esq. (NSBN 12399)
                    2300 West Sahara Avenue, Suite 1200
                    Las Vegas, Nevada 89102
                    rworks@mcdonaldcarano.com
                    aperach@mcdonaldcarano.com

                    John R. Ashmead, Esq.
                    (*pro hac vice application pending*)
                    Robert J. Gayda, Esq.
                    (*pro hac vice application pending*)
                    Catherine V. LoTempio, Esq.
                    (*pro hac vice application pending*)
                    Andrew J. Matott, Esq.
                    (*pro hac vice application pending*)
                    SEWARD & KISSEL LLP
                    One Battery Park Plaza
                    New York, NY 10004
                    ashmead@sewkis.com
                    gayda@sewkis.com
                    lotempio@sewkis.com
                    matott@sewkis.com

                    *[Proposed] Counsel for Official Committee of Unsecured Creditors*

 

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 03, 2023

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq. (*pro hac vice application pending*)
Robert J. Gayda, Esq. (*pro hac vice application pending*)
Catherine V. LoTempio, Esq. (*pro hac vice application pending*)
Andrew J. Matott, Esq. (*pro hac vice application pending*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE OBJECTIONS TO INTERIM ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING [ECF NO. 132]** |

Upon consideration of the *Stipulation to Extend Deadline to File Objections to Interim Order Authorizing Debtor to Obtain Post-Petition Financing [ECF No. 132]* (the "Stipulation") between

Cash Cloud, Inc. dba Coin Cloud and the Official Committee of Unsecured Creditors, by and through their undersigned counsel, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Stipulation is approved entirely.

**IT IS FURTHER ORDERED** that the deadline for the Official Committee of Unsecured Creditors to file an opposition and objections to the Motion and the Interim Order is extended from March 3, 2023, until March 10, 2023.

**IT IS FURTHER ODERED** that the deadline for the Debtor to file a reply to any opposition or objection lodged by the Official Committee of Unsecured Creditors in support of its Motion from March 10, 2023, until March 15, 2023.

**IT IS SO ORDERED.**

### #

Prepared and respectfully submitted by:

McDONALD CARANO LLP

 /s/ Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq. (*pro hac vice application pending*)
Robert J. Gayda, Esq. (*pro hac vice application pending*)
Catherine V. LoTempio, Esq. (*pro hac vice application pending*)
Andrew J. Matott, Esq.
(*pro hac vice application pending*)
SEWARD & KISSEL LLP
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*