_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 03, 2023

Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Jared A. Day, Trial Attorney
State Bar No. CA 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard, So., Ste. 4300
Las Vegas, NV 89101
Telephone: (775) 784-5335
Fax: (775) 784-5531
E-mail: jared.a.day@usdoj.gov

Attorneys for the U.S. Trustee for Region 17
    TRACY HOPE DAVIS

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>                 Debtor. | Case No: 23-10423-mkn<br><br>Chapter 11<br><br>Prior Hearing Date: March 17, 2023<br>Prior Hearing Time: 9:30 a.m.<br><br>New Hearing Date: April 20, 2023<br>New Hearing Time: 10:30 a.m. |

**ORDER APPROVING STIPULATION TO CONTINUE HEARING AND REVISE BRIEFING SCHEDULE ON DEBTOR'S EMERGENCY MOTION FOR FINAL ORDER (I) AUTHORIZING CONTINUED USE OF PREPETITION BANK ACCOUNTS; AND (II) GRANTING RELATED RELIEF**

    The Court having considered the Stipulation between Tracy Hope Davis, the United States Trustee for Region 17 ("U.S. Trustee") and Debtor Cash Cloud, Inc. (the "Debtor"), to

1

continue hearing and revise the briefing schedule on Debtor's Emergency Motion for Final Order (I) Authorizing Continued Use of Prepetition Bank Account; and (II) Granting Related Relief [ECF No. 5] (the "Motion"), and good cause appearing,

    IT IS HEREBY ORDERED that the Stipulation is approved;

    IT IS HEREBY FURTHER ORDERED that the hearing on the Motion is continued to April 20, 2023, at 10:30 a.m.; and

    IT IS HEREBY FURTHER ORDERED that the briefing schedule associated with the Motion is revised to conform with District of Nevada Local Bankruptcy Rule 9014.

Respectfully submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

/s/ Jared A. Day
By: Jared A. Day
Trial Attorney for the U.S. Trustee


Approved as to Form

CASH CLOUD, INC.
DEBTOR

/s/ Brett A. Axelrod
By: Brett A. Axelrod
Attorney for the Debtor

###