1  **Goldsmith & Guymon, P.C.**
   Marjorie A. Guymon, Esq.
2  Nevada Bar No. 4983
   mguymon@goldguylaw.com
3  2055 Village Center Circle
   Las Vegas, Nevada 89134
4  Telephone: (702) 873-9500
   Facsimile: (702) 873-9600
5  Attorneys for Amondo Redmond

6

         UNITED STATES BANKRUPTCY COURT
7                DISTRICT OF NEVADA

8  In re:                              ) Case No. BK-S-23-10423-MKN
                                        ) Chapter 11
9  CASH CLOUD INC.,                     )
                                        ) **ATTORNEY INFORMATION SHEET FOR**
10           Debtor.                    ) **PROPOSED ORDER SHORTENING TIME**
                                        )
11 ─────────────────────────────────────

12      As required by the Court, I have contacted the parties listed below regarding the attached

13 proposed Order Shortening Time on Amondo Redmond's Motion to Modify Automatic Stay.

14 They agree or disagree to the time being shortened, as indicated below:

| Contact Name | Date Contacted | Response | Contact Form |
|---|---|---|---|
| Brett A. Axelrod<br>Nicholas A. Koffroth<br>Zachary T. Williams<br>FOX ROTHSCHILD LLP attorneys for Debtor CASH CLOUD, INC., dba COIN CLOUD, | 3/1/2023 | Agreed | baxelrod@foxrothschild.com<br>nkoffroth@foxrothschild.com<br>zwilliams@foxrothschild.com |
| Jared A. Day.<br>Trial Attorney for Tracy Hope Davis,<br>Acting United States Trustee-Region 17<br>Office of the United States Trustee | 3/1/2023 | No position | Jared.A.Day@usdoj.gov |
| Jan Van Lare<br>Cleary Gottlieb Steen & Hamilton, LLP<br>Andrew Tsang<br>Counsel for Genesis Global Trading Inc. | 3/1/2023 | No response | jvanlare@cgsh.com<br>ATsang@genesistrading.com |

| | | | |
|---|---|---|---|
| James Patrick Shea<br>Bart Larsen<br>K. Wyant<br>Enigma Securities Limited | 3/1/2023 | No response | blarsen@shea.law;<br>jshea@shea.law;<br>kwyant@shea.law;<br>glee@mofo.com;<br>akissner@mofo.com |
| Genesis Global Capital LLC | 3/1/2023 | No response | soneal@cgsh.com;<br>mdweinberg@cgsh.com |
| AVT Nevada, L.P. | 3/1/2023 | No response | jrobertson@avtechcapital.com |
| Paul R. Hage<br>Taft Stettinius & Hollister, LLP<br>Counsel for Cole Kepro International, LLC | 3/1/2023 | No response | phage@taftlaw.com;<br>fred@colekepro.com |
| Robert Westermann<br>Brittany Falabella<br>Hirschler Fleischer, PC<br>Counsel for Brinks | 3/1/2023 | No response | bfalabella@hirsherlaw.com<br>rwestmann@hirscherlaw.com; |
| Matthew Graves<br>Hodges Doughty & Carson<br>Counsel for National Services, LLC | 3/1/2023 | No response | mgraves@hdclaw.com |
| Craig Druehl<br>Dechert LLP<br>Counsel for OptConnect MGMT, LLC | 3/1/2023 | No response | Craig.druehl@dechert.com |
| Ryan Works,<br>MCDONALD CARANO LLP Counsel for Official Committee of Unsecured Creditors | 3/1/2023 | No response | rworks@mcdonaldcarano.com |
| | | | |

DATED this ___6___ day of March, 2023.

GOLDSMITH & GUYMON, P.C.

_/s/ Marjorie A. Guymon_
Marjorie A. Guymon
Nevada Bar No. 4983
2055 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Amondo Redmond