BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed March 7, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

CASH CLOUD, INC.,
dba COIN CLOUD,

                              Debtor.

Case No. BK-23-10423-mkn

Chapter 11

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND STATUS CONFERENCE**

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel, Fox Rothschild LLP; CKDL Credit, LLC (the "DIP Lender") by and through its counsel Berger Singerman LLP, and Sylvester & Polednak Ltd.; Genesis Global Holdco, LLC ("Genesis") by and through its counsel Cleary Gottlieb Steen & Hamilton LLP, and Jane VanLare; Enigma Securities Limited ("Enigma"), by and through its counsel Morrison & Foerster LLP and Shea Larsen; the Office of the United States Trustee (the "OUST"); and the Official Committee of Unsecured Creditors (the "Committee", and together with the Debtor, DIP Lender, Genesis, Enigma and the OUST the "Parties"), by and through its counsel Seward & Kissell LLP, stipulate and agree as follows (the "Stipulation"):

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

143205763.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

**RECITALS**

2          A.          WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11

3    of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada,

4    commencing the Chapter 11 Case;

5          B.          WHEREAS, on February 17, 2023, the United States Trustee for the District of

6    Nevada appointed the Committee in the Chapter 11 Case (see ECF No. 131);

7          C.          WHEREAS, on February 24, 2023 the Court issued an Order Scheduling Settlement

8    Conference [ECF No. 164] (the "Scheduling Order"); and

9          D.          WHEREAS, in order to accommodate all of the Parties, the Parties desire to move the

10   Settlement Conference to April 19 and April 20, 2023;

11          NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

12          IT IS STIPULATED AND AGREED that:

13          1.          The Settlement Conference shall be held on April 19, 2023 and April 20, 2023 before

14   U.S. Bankruptcy Judge Gregg W. Zive in Courtroom #1, 300 Booth Street, Reno, Nevada.

15          2.          The Status Conference scheduled for April 12, 2023 shall be continued to May 18,

16   2023 at 10:30 a.m.

17          Dated this 7th day of March 2023.

18
19
**FOX ROTHSCHILD LLP**                                        **SEWARD & KISSELL LLP**

20   By:   /s/Brett A. Axelrod                                   By:   /s/Robert J. Gayda
           BRETT A. AXELROD, ESQ.                                      ROBERT J. GAYDA, ESQ.
21         Nevada Bar No. 5859                                         One Battery Park Plaza
           NICHOLAS A. KOFFROTH, ESQ.                                  New York, NY 10004
22         Nevada Bar No. 16264                                  *Counsel for The Official Committee of*
           ZACHARY T. WILLIAMS, ESQ.                             *Unsecured Creditors*
23         Nevada Bar No. 16023
24         1980 Festival Plaza Drive, Suite 700
           Las Vegas, Nevada 89135
25     *Counsel for Debtor*

26
27
28

2

143205763.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**BERGER SINGERMAN LLP**

By  */s/Jordi Guso*
    JORDI GUSO, ESQ.
    *(admitted pro hac vice)*
    1450 Brickell Avenue, Suite 1900
    Miami, FL 33131

    and

**SYLVESTER & POLEDNAK, LTD.**
    JEFFREY R. SYLVESTER, ESQ.
    Nevada Bar No. 4396
    1731 Village Center Circle
    Las Vegas, NV 89134
*Attorneys for Interested Party CKDL Credit, LLC*

**SNELL & WILMER L.L.P.**

By  */s/Robert R. Kinas*
    ROBERT R. KINAS, ESQ.
    (NV Bar No. 6019)
    BLAKELEY E. GRIFFITH, ESQ.
    (NV Bar No. 12386)
    CHARLES E. GIANELLONI, ESQ.
    (NV Bar No. 12747)
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169

    and

    SEAN A. O'NEAL, ESQ.
    (Admitted Pro Hac Vice)
    CLEARY GOTTLIEB STEEN &
    HAMILTON LLP
    One Liberty Plaza
    New York, NY 10006
*Attorneys for Genesis Global Holdco, LLC*

**OFFICE OF THE UNITED STATES TRUSTEE**

By  */s/Waive*
    JARED A. DAY,
    Trial Attorney for Tracy Hope Davis,
    United States Trustee
    Foley Federal Building
    300 Las Vegas Boulevard S., Suite 4300
    Las Vegas, Nevada 89101

**MORRISON & FOERSTER LLP**

By  */s/Andrew Kissner*
    GARY LEE, ESQ.
    (Admitted Pro Hac Vice)
    New York Bar No. 2397669
    ANDREW KISSNER, ESQ.
    (Admitted Pro Hac Vice)
    New York Bar No. 5507652
    250 West 55th Street
    New York, New York 10019-3601

    and

**SHEA LARSEN**
    JAMES PATRICK SHEA, ESQ.
    Nevada Bar No. 405
    BART K. LARSEN, ESQ.
    Nevada Bar No. 8538
    KYLE M. WYANT, ESQ.
    Nevada Bar No. 14652
    1731 Village Center Circle, Suite 150
    Las Vegas, Nevada 89134
*Attorneys for Enigma Securities Limited*

3

143205763.1