Written opposition, if any, must be filed no later than 3:00 p.m. on March 15, 2023.

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
March 07, 2023

_____

**Goldsmith & Guymon, P.C.**
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Amondo Redmond

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-23-10423-MKN |
| | Chapter 11 |
| CASH CLOUD INC., | Hearing Date: March 17, 2023 |
| | Hearing Time: 9:30 A.M. |
| Debtor. | Remote: (669) 254-5252 |
| | Meeting ID: 161 062 2560 |
| | Passcode: 029066# |

### ORDER SHORTENING TIME ON
### MOTION TO MODIFY AUTOMATIC STAY

Upon Goldsmith & Guymon, P.C. filing its Motion for Order Shortening Time on Motion to Modify Automatic Stay to have said matter heard on the same date as Debtor's Application to Employ Litigation Counsel set for March 17, 2023 at the hour of 9:30 a.m., in the interest of judicial economy, and for good cause appearing;

**IT IS HEREBY ORDERED** that the hearing date on the said MOTION shall be shortened. Said hearing will be held on the 17th day of March, 2023, at the hour of 9:30 a.m. The Motion will be heard by the Honorable Mike K. Nakagawa, United States Bankruptcy Judge via teleconference (669) 254-5252; meeting ID 161 062 2560; passcode: 029066#.

1 | Submitted by:

2 | **GOLDSMITH & GUYMON, P.C.**

3

4 | _____
MARJORIE A. GUYMON, ESQ.
5 | Nevada Bar No. 004983
mguymon@goldguylaw.com
6 | 2055 Village Center Circle
Las Vegas, Nevada 89134
7 | Telephone: (702) 873-9500
Facsimile: (702) 873-9600
8 | Attorneys for Amondo Redmond

9

10 | W:\MAG\Client Matters\Bankruptcy\Redmond 6783-1\OSTord.wpd

13 | ###