_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
March 08, 2023

_____

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                          Debtor. | Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND STATUS CONFERENCE**<br><br>Old Settlement Conference Date:<br>March 29, 2023 at 9:00 a.m.<br>March 30, 2023 at 9:00 a.m.<br><br>**New Settlement Conference Date:<br>April 19, 2023 at 9:00 a.m. and<br>April 20, 2023 at 9:00 a.m.**<br><br>Old Status Conference Date:<br>April 12, 2023 at 10:30 a.m.<br><br>**New Status Conference Date:<br>May 18, 2023 at 10:30 a.m.** |

1

143418700.1

1   Upon consideration of the *Stipulation to Continue Settlement Conference and Status Conference* [Docket No. 210] (the "Stipulation");

**IT IS HEREBY ORDERED** that the Stipulation, a copy of which is attached hereto as **Exhibit A**, is APPROVED; and

1. The Settlement Conference shall be held on April 19, 2023 and April 20, 2023 before U.S. Bankruptcy Judge Gregg W. Zive in Courtroom #1, 300 Booth Street, Reno, Nevada.

2. The Status Conference scheduled for April 12, 2023 shall be continued to May 18, 2023 at 10:30 a.m.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: _/s/Brett A. Axelrod_
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
*Counsel for Debtor*

# # #

# EXHIBIT A

143418700.1

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
    nkoffroth@foxrothschild.com
    zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed March 7, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

CASH CLOUD, INC.,
dba COIN CLOUD,

Debtor.

Case No. BK-23-10423-mkn

Chapter 11

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND STATUS CONFERENCE**

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel, Fox Rothschild LLP; CKDL Credit, LLC (the "DIP Lender") by and through its counsel Berger Singerman LLP, and Sylvester & Polednak Ltd.; Genesis Global Holdco, LLC ("Genesis") by and through its counsel Cleary Gottlieb Steen & Hamilton LLP, and Jane VanLare; Enigma Securities Limited ("Enigma"), by and through its counsel Morrison & Foerster LLP and Shea Larsen; the Office of the United States Trustee (the "OUST"); and the Official Committee of Unsecured Creditors (the "Committee", and together with the Debtor, DIP Lender, Genesis, Enigma and the OUST the "Parties"), by and through its counsel Seward & Kissell LLP, stipulate and agree as follows (the "Stipulation"):

1

143205763.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

# RECITALS

A. WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada, commencing the Chapter 11 Case;

B. WHEREAS, on February 17, 2023, the United States Trustee for the District of Nevada appointed the Committee in the Chapter 11 Case (see ECF No. 131);

C. WHEREAS, on February 24, 2023 the Court issued an Order Scheduling Settlement Conference [ECF No. 164] (the "Scheduling Order"); and

D. WHEREAS, in order to accommodate all of the Parties, the Parties desire to move the Settlement Conference to April 19 and April 20, 2023;

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that:

1. The Settlement Conference shall be held on April 19, 2023 and April 20, 2023 before U.S. Bankruptcy Judge Gregg W. Zive in Courtroom #1, 300 Booth Street, Reno, Nevada.

2. The Status Conference scheduled for April 12, 2023 shall be continued to May 18, 2023 at 10:30 a.m.

Dated this 7th day of March 2023.

| FOX ROTHSCHILD LLP | SEWARD & KISSELL LLP |
|---|---|
| By: /s/Brett A. Axelrod<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>ZACHARY T. WILLIAMS, ESQ.<br>Nevada Bar No. 16023<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>*Counsel for Debtor* | By: /s/Robert J. Gayda<br>ROBERT J. GAYDA, ESQ.<br>One Battery Park Plaza<br>New York, NY 10004<br>*Counsel for The Official Committee of Unsecured Creditors* |

2

143205763.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

| | |
|---|---|
| **BERGER SINGERMAN LLP** | **OFFICE OF THE UNITED STATES TRUSTEE** |
| By   /s/Jordi Guso    <br> JORDI GUSO, ESQ. <br> *(admitted pro hac vice)* <br> 1450 Brickell Avenue, Suite 1900 <br> Miami, FL 33131 | By   /s/Waive    <br> JARED A. DAY, <br> Trial Attorney for Tracy Hope Davis, <br> United States Trustee <br> Foley Federal Building <br> 300 Las Vegas Boulevard S., Suite 4300 <br> Las Vegas, Nevada 89101 |
| and | |
| **SYLVESTER & POLEDNAK, LTD.** <br> JEFFREY R. SYLVESTER, ESQ. <br> Nevada Bar No. 4396 <br> 1731 Village Center Circle <br> Las Vegas, NV 89134 <br> *Attorneys for Interested Party CKDL Credit, LLC* | |
| **SNELL & WILMER L.L.P.** | **MORRISON & FOERSTER LLP** |
| By   /s/Robert R. Kinas    <br> ROBERT R. KINAS, ESQ. <br> (NV Bar No. 6019) <br> BLAKELEY E. GRIFFITH, ESQ. <br> (NV Bar No. 12386) <br> CHARLES E. GIANELLONI, ESQ. <br> (NV Bar No. 12747) <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 | By   /s/Andrew Kissner    <br> GARY LEE, ESQ. <br> (Admitted Pro Hac Vice) <br> New York Bar No. 2397669 <br> ANDREW KISSNER, ESQ. <br> (Admitted Pro Hac Vice) <br> New York Bar No. 5507652 <br> 250 West 55th Street <br> New York, New York 10019-3601 |
| and | and |
| SEAN A. O'NEAL, ESQ. <br> (Admitted Pro Hac Vice) <br> CLEARY GOTTLIEB STEEN & HAMILTON LLP <br> One Liberty Plaza <br> New York, NY 10006 <br> *Attorneys for Genesis Global Holdco, LLC* | **SHEA LARSEN** <br> JAMES PATRICK SHEA, ESQ. <br> Nevada Bar No. 405 <br> BART K. LARSEN, ESQ. <br> Nevada Bar No. 8538 <br> KYLE M. WYANT, ESQ. <br> Nevada Bar No. 14652 <br> 1731 Village Center Circle, Suite 150 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Enigma Securities Limited* |

143205763.1

3