BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
　　　　jmcpherson@foxrothschild.com
　　　　nkoffroth@foxrothschild.com
　　　　zwilliams@foxrothschild.com

*Counsel for Debtor*

Electronically Filed March 8, 2023

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-S-23-10423-MKN |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO: 1) DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT; AND 2) DEBTOR'S SECOND OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT** |

/ / /

/ / /

/ / /

1

143471244.1

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, and OptConnect Management, LLC ("OptConnect"), by and through is undersigned counsel, Dechert LLP, hereby enter into this Second Stipulation To Extend Time To Respond To: 1) Debtor's First Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment; And 2) Debtor's Second Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment.

**RECITALS**

WHEREAS, Debtor filed the Debtor's First Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment [ECF 138] ("First Omnibus Motion") on February 17, 2023;

WHEREAS, Debtor filed the Debtor's Second Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment [ECF 141] ("Second Omnibus Motion") on February 17, 2023 (the First Omnibus Motion and Second Omnibus Motion are collectively referred to herein as "Omnibus Motions");

WHEREAS, the hearings on the Omnibus Motions are set for March 17, 2023 at 9:30 a.m.;

WHEREAS, the deadline for OptConnect to file a response to the Omnibus Motions was previously extended from March 3, 2023 to March 8, 2023 ("Response Deadline") and the deadline for the Debtor to file a reply was previously extended from March 10, 2023 to March 14, 2023 ("Reply Deadline"); and

WHEREAS, the Debtor and OptConnect have agreed to continue the Response Deadline to 12:00 p.m. (noon), Pacific Time on March 13, 2023 and the Reply Deadline to March 16, 2023.

**STIPULATION**

NOW, THEREFORE, in consideration of the foregoing, the parties agree as follows:

2

143471244.1

1.    The Response Deadline is continued to 12:00 p.m. (noon), Pacific Time on March 13, 2023; and

2.    The Reply Deadline is continued to March 16, 2023.

| Dated this 8th day of March, 2023. | Dated this 8th day of March, 2023. |
|---|---|
| **FOX ROTHSCHILD LLP** | **DECHERT LLP** |
| By: /s/ Jeanette E. McPherson | By: /s/ Craig P. Druehl |
| JEANETTE E. MCPHERSON, ESQ.<br>Nevada Bar No. 5423<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>ZACHARY T. WILLIAMS, ESQ.<br>Nevada Bar No. 16023<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135 | CRAIG P. DRUEHL, ESQ.<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, New York 10036-6797 |
| *Counsel for Debtor* | *Counsel for OptConnect Management, LLC* |

143471244.1