Brigid M. Higgins, Esq.
Nevada Bar No, 5990
10777 W Twain Ave., Third Floor
Las Vegas, NV 89135
Telephone:    (702) 869-8801
Facsimile:    (702) 869-2669
Email: bhiggins@blackwadhams.law
*Counsel for Black Hole Investments, LLC
formerly known as EZ Coin, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

CASH CLOUD, INC.,
dba COIN CLOUD,

                  Debtor.

Case No. BK-S-23-10423-MKN
Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE DEBTOR, THE OFFICE OF THE U.S. TRUSTEE, AND ALL PARTIES ININTEREST:

Brigid M. Higgins, Esq. of Black & Wadhams law firm, counsel for Black Hole Investments, LLC formerly known as EZ Coin, LLC, hereby enters her appearance on the record in the above-captioned bankruptcy case, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure.

Undersigned counsel further requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings.

All notices and copies in response to the foregoing, and all notices required to be mailed to Black Holes Investments, LLC, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, Rule 2002 of the Local Rules of Bankruptcy Procedure, or any other applicable statute

or rule by the Debtors or any other interested party, should be directed to:

> Brigid M. Higgins, Esq.
> Nevada Bar No, 5990
> 10777 W Twain Ave., Third Floor
> Las Vegas, NV 89135
> Telephone:    (702) 869-8801
> Facsimile:    (702) 869-2669
> Email: bhiggins@blackwadhams.law

The foregoing is not to be construed as a waiver of any rights: (i) to seek withdrawal of the references in the above-captioned case or any case, proceeding, or matter related thereto; (ii) to seek a jury trial with respect to any proceeding or matter triable to a jury in the above-captioned case or in any other case, proceeding, or matter related thereto; or (iii) any other rights, claims, actions, setoffs, or recoupments which may be applicable, either in law or in equity, all of which are expressly reserved.

Dated this ____ day of March 2022.

BLACK & WADHAMS

_____
Brigid M. Higgins, Esq.
Nevada Bar No, 5990
10777 W Twain Ave., Third Floor
Las Vegas, NV 89135
*Counsel for Black Hole Investments, LLC
formerly known as EZ Coin, LLC*