**Goldsmith & Guymon, P.C.**
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Amondo Redmond

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:                                              ) Case No. BK-S-23-10423-MKN
                                                    ) Chapter 11
CASH CLOUD INC.,                                    )
                                                    ) Hearing Date: March 17, 2023
           Debtor.                                  ) Hearing Time: 9:30 AM
_____)

**NOTICE OF ENTRY OF ORDER SHORTENING TIME**

PLEASE TAKE NOTICE that an Order Shortening Time was entered in the above-captioned bankruptcy case on March 7, 2023. A copy of said document is attached hereto.

DATED: March 9, 2023.

                                    GOLDSMITH & GUYMON, P.C.

                            By:   */s/ Marjorie A. Guymon, Esq.*
                                    Marjorie A. Guymon, Esq.
                                    Nevada Bar No. 4983
                                    mguymon@goldguylaw.com
                                    2055 Village Center Circle
                                    Las Vegas, Nevada 89134
                                    Telephone: (702) 873-9500
                                    Attorneys for Amondo Redmond

## CERTIFICATE OF SERVICE

I declare that on March 9, 2023 , I FILED and SERVED a true and correct copy of the NOTICE OF ENTRY OF ORDER SHORTENING TIME ON MOTION TO MODIFY AUTOMATIC STAY, through the United States Bankruptcy Court ECF Filing System, to all the registered parties. AND by United States Mail, postage fully prepaid, to the following parties:

JORDI GUSO
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

PAUL R HAGE
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

ANDREW KISSNER
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

RICHARD KRUGER
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

GARY LEE
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

SEAN A. O'NEAL
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

SEWARD & KISSEL LLP
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 9, 2023

/s/ Maria Avalos
Maria Avalos
An employee of GOLDSMITH & GUYMON, P.C.

Written opposition, if any, must be filed no later than 3:00 p.m. on March 15, 2023.



Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 07, 2023

**Goldsmith & Guymon, P.C.**
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Amondo Redmond

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

In re:

CASH CLOUD INC.,

Debtor.

Case No. BK-S-23-10423-MKN
Chapter 11
Hearing Date: March 17, 2023
Hearing Time: 9:30 A.M.
Remote: (669) 254-5252
Meeting ID: 161 062 2560
Passcode: 029066#

**ORDER SHORTENING TIME ON
MOTION TO MODIFY AUTOMATIC STAY**

Upon Goldsmith & Guymon, P.C. filing its Motion for Order Shortening Time on Motion to Modify Automatic Stay to have said matter heard on the same date as Debtor's Application to Employ Litigation Counsel set for March 17, 2023 at the hour of 9:30 a.m., in the interest of judicial economy, and for good cause appearing;

**IT IS HEREBY ORDERED** that the hearing date on the said MOTION shall be shortened. Said hearing will be held on the 17th day of March, 2023, at the hour of 9:30 a.m. The Motion will be heard by the Honorable Mike K. Nakagawa, United States Bankruptcy Judge via teleconference (669) 254-5252; meeting ID 161 062 2560; passcode: 029066#.

Submitted by:

**GOLDSMITH & GUYMON, P.C.**

_____
MARJORIE A. GUYMON, ESQ.
Nevada Bar No. 004983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Amondo Redmond

W:\MAG\CLIENT MATTERS\BANKRUPTCY\REDMOND 6783-1\OSTORD.WPD

###