**Goldsmith & Guymon, P.C.**
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Trangistics, Inc.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re: ) Case No. BK-S-23-10423-MKN
) Chapter 11
CASH CLOUD INC., )
)
            Debtor. )
_____)

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

TO: CLERK OF THE BANKRUPTCY COURT AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that Marjorie A. Guymon, Esq. of GOLDSMITH & GUYMON, P.C., enters her appearance in the above-referenced action as counsel for Trangistics, Inc., and hereby requests service of copies of all applications, pleadings, notices, orders and all other actions filings in this matter as follows:

Goldsmith & Guymon, P.C.
Attention: Marjorie A. Guymon
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702)873-9500
Facsimile:(702) 873-9600
mguymon@goldguylaw.com

DATED: March 8, 2023.

GOLDSMITH & GUYMON, P.C.

By: */s/ Marjorie A. Guymon, Esq.*
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Attorneys for Trangistics, Inc.

## CERTIFICATE OF SERVICE

1. On March 8, 2023 I served the following documents:

   - NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

Date: March 8, 2023.

_____
An employee of GOLDSMITH & GUYMON, P.C.
Maria Avalos