BRETT A. AXELROD, ESQ. (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed March 9, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                              Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO: 1) DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT; AND 2) DEBTOR'S SECOND OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /

1

143536557.1

**PLEASE TAKE NOTICE** that on the 9th day of March, 2023, the Court entered an *Order Granting Second Stipulation To Extend Time To Respond To: 1) Debtor's First Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Abandonment; And 2) Debtor's Second Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Abandonment* [ECF 221], a copy of which is attached here.

Dated this 9th day of March, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

143536557.1

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
March 09, 2023

BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                   Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO: 1) DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT; AND 2) DEBTOR'S SECOND OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT** |

143471215.1

1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1   The Court having read and considered the Second Stipulation To Extend Time To Respond

2   To: 1) Debtor's First Omnibus Motion For Entry Of Order Approving Rejection Of Executory

3   Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal

4   Property Including Abandonment; And 2) Debtor's Second Omnibus Motion For Entry Of Order

5   Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. §

6   365(a) And Disposal Of Certain Personal Property Including Abandonment ("Stipulation"),[1] and

7   good cause appearing therefor, it is hereby

8       ORDERED that the Stipulation is approved; and it is further

9       ORDERED that the Response Deadline for OptConnect is continued to 12:00 p.m. (noon),

10  Pacific Time on March 13, 2023; and it is further

11      ORDERED that the Reply Deadline for the Debtor is continued to March 16, 2023.

12  Submitted by:                                     Approved by:

13  **FOX ROTHSCHILD LLP**               **DECHERT LLP**

14  By: /s/ Jeanette E. McPherson         By: /s/ Craig P. Druehl

15      JEANETTE E. MCPHERSON, ESQ.       CRAIG P. DRUEHL, ESQ.
    Nevada Bar No. 5423                     Three Bryant Park

16      BRETT A. AXELROD, ESQ.             1095 Avenue of the Americas
    Nevada Bar No. 5859                     New York, New York 10036-6797

17      NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264

18      ZACHARY T. WILLIAMS, ESQ.

19      Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700

20      Las Vegas, Nevada 89135
    *Counsel for Debtor*                     *Counsel for OptConnect Management, LLC*

21

22                                                ###

23

24

25

26

27

28  [1] Capitalized terms used, but not defined herein, shall have the meaning ascribed to such terms in the Stipulation.

2

143471215.1