**E-filed: March 9, 2023**

Jane VanLare
Bar Number: 4610655
One Liberty Plaza
New York, NY 10006
Phone: (212) 225-2000
Fax: (212) 225-3999
E-mail: jvanlare@cgsh.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC., dba COIN CLOUD,<br><br>Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11<br><br>**DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** |

The undersigned, attorney of record for Genesis Global Holdco, LLC, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, (s)he believes it to be in the best interests of the client to designate Robert R. Kinas, attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

> Robert R. Kinas
> Nevada Bar No. 6019
> SNELL & WILMER L.L.P.
> 3883 Howard Hughes Parkway, Suite 1100
> Las Vegas, Nevada 89169
> Telephone: (702) 784-5200
> Email: rkinas@swlaw.com

By this designation, the undersigned attorneys and party agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for

the designated local counsel to sign stipulations binding on all of us.  The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

*/s/ Jane VanLare*, Attorney at Law
Jane VanLare
Counsel for Genesis Global Holdco, LLC

### CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

*/s/ Robert R. Kinas*          , Designated Nevada Counsel
Robert R. Kinas

### APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoints Robert R. Kinas as its Designated Nevada Counsel in this case.

GENESIS GLOBAL HOLDCO, LLC

*/s/ Arianna Pretto-Sakmann*

By: Arianna Pretto-Sakmann

Its: Chief Legal Officer
