Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq. (*pro hac vice application pending*)
Robert J. Gayda, Esq. (*pro hac vice application pending*)
Catherine V. LoTempio, Esq. (*pro hac vice application pending*)
Andrew J. Matott, Esq. (*pro hac vice application pending*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE OBJECTION TO DEBTOR'S SECOND OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT**<br>**[ECF NO. 141]**<br><br>**Hearing Date: March 17, 2023**<br>**Hearing Time: 9:30 a.m.** |

Cash Cloud, Inc. dba Coin Cloud ("Debtor" or "Debtor in Possession") and the Official Committee of Unsecured Creditors (the "Official Committee" and with the Debtor, "Parties"), by and through their undersigned counsel of record, hereby enter into this Stipulation to Extend

Deadline to File Objections to Debtor's Second Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment (the "Second Omnibus Motion") [ECF NO. 141] (the "Stipulation").

## RECITALS

This Stipulation is entered into with reference to the following recitals:

1. The Debtor in Possession filed its Voluntary Petition for Relief on February 7, 2023 [ECF No. 1].

2. On February 17, 2023, the Debtor in Possession filed its Second Omnibus Motion [ECF NO. 138], the same day the Official Committee was appointed [ECF No. 141].

3. Counsel for the Official Committee filed their Notice of Appearance and Request for Special Notice on February 24, 2023 [ECF No. 168].

/ / /

/ / /

/ / /

4859-8301-9606, v. 1

## **STIPULATION**

4.  The undersigned counsel for the parties hereby stipulate to extend the deadline for the Official Committee to file an opposition to the Second Omnibus Motion from March 3, 2023, until March 13, 2023, at 12:00 p.m. Pacific Time.

5.  The undersigned counsel for the parties hereby further stipulate to extend the deadline for the Debtor to file a reply to any opposition filed by the Official Committee in support of its Second Omnibus Motion from March 10, 2023, until March 16, 2023.

**IT IS SO STIPULATED BY:**

Dated March 9, 2023.

McDONALD CARANO LLP

 /s/ Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

- and –

John R. Ashmead, Esq.
(*pro hac vice application forthcoming*)
Robert J. Gayda, Esq.
(*pro hac vice application forthcoming*)
Catherine V. LoTempio, Esq.
(*pro hac vice application forthcoming*)
Andrew J. Matott, Esq.
(*pro hac vice application forthcoming*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*

Dated March 9, 2023.

FOX ROTHSCHILD LLP

*/s/ Jeanette McPherson*
Brett A. Axelrod, Esq. (NSBN 5859)
Jeanette E. McPherson, Esq. (NSBN 5423)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
baxelrod@foxrrothschild.com
jmcpherson@foxrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com

*Counsel for Debtor*