Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq. (*pro hac vice application pending*)
Robert J. Gayda, Esq. (*pro hac vice application pending*)
Catherine V. LoTempio, Esq. (*pro hac vice application pending*)
Andrew J. Matott, Esq. (*pro hac vice application pending*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** |

The undersigned attorney, as proposed counsel for the Official Committee of Unsecured Creditors, herein has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only By Attorney Not Admitted to the Bar of this Court." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best interests of the client(s) to designate Ryan J. Works, Esq. attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-

entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

<u>Nevada State Bar No. 9224, McDonald Carano LLP, 2300 West Sahara Ave., Suite 1200, Las Vegas, NV 89102, (702) 873-4100; rworks@mcdonaldcarano.com</u>

(Bar Code #, Street, City, State, Zip Code, Telephone Number and e-mail address)

By this designation the undersigned attorney and party agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

        /s/ Robert J. Gayda
        Robert J. Gayda, Esq.
        *[Proposed] Counsel for Official Committee*
        *of Unsecured Creditors*

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

        /s/ Ryan J. Works
        Designated Nevada Counsel
        Ryan J. Works, Esq.

**APPOINTMENT OF DESIGNATED NEVADA COUNSEL**

The undersigned appoints <u>Ryan J. Works, Esq.</u> as its Designated Nevada Counsel is this case.

                              Cole Kepro International, LLC

                        By: _____
                              Co-Chair of the
                              The Official Committee of Unsecured Creditors

**APPOINTMENT OF DESIGNATED NEVADA COUNSEL**

The undersigned appoints <u>Ryan J. Works, Esq.</u> as its Designated Nevada Counsel is this case.

                              OptConnect MGT, LLC

                        By: *[signature: Chris Baird]*
                              Co-Chair of the
                              The Official Committee of Unsecured Creditors

4883-1239-1762, v. 1

**APPOINTMENT OF DESIGNATED NEVADA COUNSEL**

The undersigned appoints <u>Ryan J. Works, Esq.</u> as its Designated Nevada Counsel is this case.

Cole Kepro International, LLC

By: *Frederick A Cook Jr.* (signature)
Co-Chair of the
The Official Committee of Unsecured Creditors

**APPOINTMENT OF DESIGNATED NEVADA COUNSEL**

The undersigned appoints <u>Ryan J. Works, Esq.</u> as its Designated Nevada Counsel is this case.

OptConnect MGT, LLC

By: _____
Co-Chair of the
The Official Committee of Unsecured Creditors

4883-1239-1762, v. 1

3