Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq. (*pro hac vice application pending*)
Robert J. Gayda, Esq. (*pro hac vice application pending*)
Catherine V. LoTempio, Esq. (*pro hac vice application pending*)
Andrew J. Matott, Esq. (*pro hac vice application pending*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**<br><br>**EFFECTIVE JANUARY 1, 2015**<br>**FILING FEE IS $250.00** |

Andrew J. Matott, Esq., Petitioner, respectfully represents to the Court:

1. That Petitioner resides in New York, New York.

2. That Petitioner is an attorney at law and a member of the law firm of Seward & Kissel, with offices at One Battery Park Plaza, New York, New York , 10004.

3. That Petitioner has been retained personally or as a member of the law firm by the Official Committee of Unsecured Creditors, to provide legal representation in connection with the above-

1  entitled case now pending before this Court.

2  4.   That since June 28, 2017, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York where Petitioner regularly practices law.

4  5.   That Petitioner was admitted to practice before the following United States District Courts, Unites States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petition is presently a member in good standing of said Courts.                   Date Admitted

| | Date Admitted |
|---|---|
| United States District Court for the Southern District of New York | 02/20 |
| United States District Court for the Northern District of New York | 04/19 |
| | |

6.   That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

7.   That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of any denied admission):

N/A

8.   That Petitioner is a member of good standing in the following Bar Associations:

New York State Bar Association

///

///

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED:   February 28, 2023.

_____
Petitioner's Signature

STATE OF __New York__          )

COUNTY OF __New York__         )

___Andrew J. Matott_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to me before this

28th day of February, 2023.

_____
Notary Public

ELYSE MOY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MO6397066
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 08/26/20 23

4872-0660-7442, v. 1



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Andrew Jordan Matott

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 28, 2017**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on February 24, 2023.

*Robert D. Mayberger*
Clerk of the Court

CertID-00106554