NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                              BK−23−10423−mkn
                                                    CHAPTER 11
CASH CLOUD, INC.
    dba COIN CLOUD

                                                    ORDER GRANTING VERIFIED PETITION

                  Debtor(s)

_____

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by Catherine V. LoTempio is **GRANTED**.

Dated: 3/13/23

Mary A. Schott
Clerk of Court