**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On March 7, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 2)

Furthermore, on March 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on SKR Real Estate, Attn: Samantha Dugan at 9911 Covington Cross Dr, # 100, Las Vegas NV 89144-7033, pursuant to USPS forwarding instructions:

- **Debtor's Motion for Approval of Rejection of Unexpired Lease with TSSP LLC Pursuant to 11 U.S.C. § 365(a) and Abandonment of any Property that Remains at Premises** (Docket No. 103)

- **Declaration of Christopher Mcalary in Support of Debtor's Motion for Approval of Rejection of Unexpired Lease with TSSP LLC Pursuant to 11 U.S.C. § 365(a) and Abandonment of Any Property that Remains at Premises** (Docket No. 104)

- **Ex Parte Application for Order Shortening Time for Hearing on Debtor's Motion for Approval of Rejection of Unexpired Lease With TSSP LLC Pursuant to 11 U.S.C. § 365(a) and Abandonment of Any Property that Remains at Premises** (Docket No. 105)

- **Order Shortening Time for Hearing on Debtor's Motion for Approval of Rejeciton of Unexpired Lease with TSSP LLC Pursuant to 11 U.S.C. § 365(a) and Abandonment of Any Property that Remains at Premises** (Docket No. 129)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is 10190 Covington Cross Dive, Las Vegas, NV 89144.

- **Notice of Entry of Order Shortening Time for Hearing on Debtor's Motion for Approval of Rejeciton of Unexpired Lease with TSSP LLC Pursuant to 11 U.S.C. § 365(a) and Abandonment of Any Property that Remains at Premises** (Docket No. 130)

Dated: March 13, 2023

/s/ Monica Arellano
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamCoinCloud@stretto.com

# **Exhibit A**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Afshin Abdolkarimi | | 10245 S Maryland Pkwy | Unit 1189 | | Las Vegas | NV | 89183-4058 |
| American Spirits Colorado | | 4760 Stillwell Dr | | | Colorado Spgs | CO | 80920-7135 |
| Area 51 Smoke & Vape Shop | | 516 W California Ave | | | Glendale | CA | 91203-2102 |
| Blake Skinner | | 4 Marquis Ct | | | Stafford | VA | 22554-8818 |
| Brian Bennett | | PMB 111 | 11035 Lavender Hill Dr | Ste 160 | Las Vegas | NV | 89135-2957 |
| Celena Boles | | 4817 Eureka Diamond Ct | | | Las Vegas | NV | 89139-7125 |
| Christine Phan | | 3941 Marble Mountain St | | | Las Vegas | NV | 89129-7816 |
| Cody Talley | | PO Box 90732 | | | Henderson | NV | 89009-0732 |
| David Chung | | 68 Briar Ridge Ct | | | Ponte Vedra | FL | 32081-0025 |
| Deidre Alo | | 5055 E Charleston Blvd | Apt C210 | | Las Vegas | NV | 89104-6476 |
| Derrick D Ferguson | | 10670 Tulip Valley Rd | | | Las Vegas | NV | 89179-2037 |
| Eric Akin | | 4330 S Eastern Ave | Apt 112 | | Las Vegas | NV | 89119-6053 |
| Erik Baum | | 1806 Rexford Dr | Apt 1 | | Las Vegas | NV | 89104-2434 |
| Faith L Lyles-George | | 8936 Attic Grace Ave | | | Las Vegas | NV | 89149-3002 |
| Gregory Cook | | 6018 W Oregon Ave | Apt D | | Glendale | AZ | 85301-6695 |
| Isabela Rossa | | 10725 Beringer Dr | | | Las Vegas | NV | 89144-1112 |
| Jason Young | | 9545 W Post Rd | Unit 2013 | | Las Vegas | NV | 89148-6701 |
| Jastine Gazmen | | 313 Coldwell Station Rd | | | N Las Vegas | NV | 89084-2546 |
| Javier Franco | | 52 Tidwell Ln | | | Henderson | NV | 89074-3366 |
| Jessica G Sandoval | | 9350 S Cimarron Rd | Unit 3094 | | Las Vegas | NV | 89178-2536 |
| Jonathan Guzman | | 3220 Sawtelle Blvd | Apt 304 | | Los Angeles | CA | 90066-1615 |
| Jose E Munoz Nieves | | 3941 Marble Mountain St | | | Las Vegas | NV | 89129-7816 |
| Jose Ortiz-Rivera | | 1700 Alta Dr | Apt 1131 | | Las Vegas | NV | 89106-4169 |
| Kimberly Hsu | | PO Box 82403 | | | Las Vegas | NV | 89180-2403 |
| Lynann McGee | | 2644 Timid Tiger Ave | | | N Las Vegas | NV | 89086-1402 |
| Mayara Chu | | 875 E Silverado Ranch Blvd | Apt 2037 | | Las Vegas | NV | 89183-5898 |
| Mirtha Eusebio | | 5546 Argenta Habitat Ave | | | Las Vegas | NV | 89139-7491 |
| Power House TSSP LLC | Attn: Ofir Hagay | 9911 Covington Cross Dr | # 100 | | Las Vegas | NV | 89144-7033 |
| Quinn Krug | | 3562 Pike Cir N | | | Fort Collins | CO | 80525-6131 |
| Rem B Davidson | | 6752 Chargehand Ave | | | Las Vegas | NV | 89156-3786 |
| Robert Arnold | | 4336 Tecumseh Way | | | San Diego | CA | 92117-2828 |
| Robin Hudson | | 4250 Arville St | Apt 348 | | Las Vegas | NV | 89103-3728 |
| Sarah Flores | | 8301 W Flamingo Rd | Apt 1009 | | Las Vegas | NV | 89147-4135 |
| SKR Real Estate | Attn: Samantha Dugan | 9911 Covington Cross Dr | # 100 | | Las Vegas | NV | 89144-7033 |
| Top Value | | PO Box 767 | | | Wheeler | TX | 79096-0767 |
| ZabryannaMarie Bullard | | 3120 Lone Pine Ln | | | Henderson | NV | 89014-3155 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)