BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed March 13, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>    CASH CLOUD, INC.,<br>       dba COIN CLOUD,<br><br>                              Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**STIPULATION BETWEEN DEBTOR AND ORACLE AMERICA, INC. REGARDING APPLICATION OF OFFSET** |

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel, Fox Rothschild LLP, and Oracle America, Inc. ("Oracle", and together with the Debtor, the "Parties"), by and through its counsel . Buchalter, A Professional Corporation, stipulate and agree as follows (the "Stipulation"):

**RECITALS**

A.    WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada, commencing the Chapter 11 Case;

B.    WHEREAS, Debtor has two accounts with Oracle, Account No. 1055545425 ("Account A") and Account No. 5423977 ("Account B");

1

C.  WHEREAS, credits totaling $96,540.00 (the "Credits"), which were intended to be applied to Account A, are no longer necessary due to the existence of a new executed contract between the Parties;

D.  WHEREAS the Parties desire to apply the Credits on Account A to the existing outstanding balance of Account B;

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that Debtor may apply the Credits of Account A to the outstanding balance in Account B.

Dated this 13th day of March 2023.

**FOX ROTHSCHILD LLP**

By:  /s/Brett A. Axelrod
  BRETT A. AXELROD, ESQ.
  Nevada Bar No. 5859
  NICHOLAS A. KOFFROTH, ESQ.
  Nevada Bar No. 16264
  ZACHARY T. WILLIAMS, ESQ.
  Nevada Bar No. 16023
  1980 Festival Plaza Drive, Suite 700
  Las Vegas, Nevada 89135
*Counsel for Debtor*

**BUCHALTER, A PROFESSIONAL CORPORATION**

By:  /s/Michael L. Wachtell
  MICHAEL L. WACHTELL, ESQ
  *Counsel for Oracle America, Inc.*

143206906.1