Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF HEARING ON APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. §§ 1102, 1103, 328, 330 and 331 AUTHORIZING AND APPROVING THE EMPLOYMENT OF SEWARD & KISSEL LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS RETROACTIVE TO FEBRUARY 23, 2023**<br><br>**Omnibus Hearing Date: April 20, 2023**<br>**Omnibus Hearing Time: 10:30 a.m.** |

PLEASE TAKE NOTICE that, on April 20, 2023, at 10:30 a.m. Pacific Time, a hearing will be conducted on the *Application for Order Pursuant to 11 U.S.C. §§ 1102, 1103, 328, 330 and 331 Authorizing and Approving the Employment of Seward & Kissel LLP as Counsel to The Official*

*Committee of Unsecured Creditors Retroactive to February 23, 2023* [ECF No. 271] (the "Motion").

NOTICE IS FURTHER GIVEN that a copy of the Motion may be obtained at the bankruptcy court's website at www.nvb.uscourts.gov by logging onto the PACER document service center at www.pacer.gov or by requesting a copy from the undersigned counsel.

NOTICE IS FURTHER GIVEN that any opposition must be filed pursuant to Local Rule 9014(d)(1).

Pursuant to Local Rule 9014(d)(1):

an "opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

DATED: March 13, 2023.

McDONALD CARANO LLP

By: /s/ Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

1 | John R. Ashmead, Esq.
2 | Robert J. Gayda, Esq.
  | Catherine V. LoTempio, Esq.
3 | Andrew J. Matott, Esq.
  | (*pro hac vice applications granted*)
4 | SEWARD & KISSEL LLP
  | One Battery Park Plaza
5 | New York, NY 10004
  | Telephone: (212) 574-1200
6 | ashmead@sewkis.com
  | gayda@sewkis.com
7 | lotempio@sewkis.com
  | matott@sewkis.com

8 | *[Proposed] Counsel for Official Committee of Unsecured Creditors*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28