Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

[Proposed] Counsel for Official Committee
of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING SECOND STIPULATION TO EXTEND DEADLINE TO FILE OBJECTIONS TO INTERIM ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING**<br>**[ECF NO. 132]** |

PLEASE TAKE NOTICE that an *Order Granting Second Stipulation to Extend Deadline to File Objections to Interim Order Authorizing Debtor to Obtain Post-Petition Financing [ECF No. 132]* [ECF No. 261] was entered in the above-captioned case on the 13th day of March, 2023, a copy of which is attached hereto.

1  DATED this 14th day of March 2023.

2                  McDONALD CARANO LLP

3  By: */s/ Ryan J. Works*
    Ryan J. Works, Esq. (NSBN 9224)
4      Amanda M. Perach, Esq. (NSBN 12399)
    McDONALD CARANO LLP
5      2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
6      Telephone: (702) 873-4100
    rworks@mcdonaldcarano.com
7      aperach@mcdonaldcarano.com

8      John R. Ashmead, Esq.
    Robert J. Gayda, Esq.
9      Catherine V. LoTempio, Esq.
    Andrew J. Matott, Esq.
10     (*pro hac vice applications granted*)
    SEWARD & KISSEL LLP
11     One Battery Park Plaza
    New York, NY 10004
12     Telephone: (212) 574-1200
    ashmead@sewkis.com
13     gayda@sewkis.com
    lotempio@sewkis.com
14     matott@sewkis.com

15     *[Proposed] Counsel for Official Committee of Unsecured Creditors*



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 13, 2023

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq. (*pro hac vice application pending*)
Robert J. Gayda, Esq. (*pro hac vice application pending*)
Catherine V. LoTempio, Esq. (*pro hac vice application pending*)
Andrew J. Matott, Esq. (*pro hac vice application pending*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND DEADLINE TO FILE OBJECTIONS TO INTERIM ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING [ECF NO. 132]** |

Upon consideration of the *Second Stipulation to Extend Deadline to File Objections to Interim Order Authorizing Debtor to Obtain Post-Petition Financing [ECF No. 132]* (the "Stipulation")

between Cash Cloud, Inc. dba Coin Cloud and the Official Committee of Unsecured Creditors, by and through their undersigned counsel, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Stipulation is approved entirely.

**IT IS FURTHER ORDERED** that the deadline for the Official Committee of Unsecured Creditors to file an opposition and objections to the Motion and the Interim Order is extended from March 10, 2023, until March 13, 2023.

**IT IS SO ORDERED.**

# # #

Prepared and respectfully submitted by:

McDONALD CARANO LLP

 /s/ Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq. (*pro hac vice application pending*)
Robert J. Gayda, Esq. (*pro hac vice application pending*)
Catherine V. LoTempio, Esq. (*pro hac vice application pending*)
Andrew J. Matott, Esq. (*pro hac vice application pending*)
SEWARD & KISSEL LLP
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*