BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
　　　　nkoffroth@foxrothschild.com
　　　　zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed March 14, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **CHANGE OF ADDRESS OF DEBTOR** |

**PLEASE TAKE NOTICE** that effective March 1, 2023, the address of Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), has changed. Debtor requests that notices be sent to the following address:

> Cash Cloud, Inc. dba Coin Cloud
> c/o WeWork
> Two Summerlin
> 10845 Griffith Peak Drive
> Las Vegas, Nevada, 89135

Dated this 14th day of March 2023.

**FOX ROTHSCHILD LLP**

By　　*/s/Brett A. Axelrod*
　　BRETT A. AXELROD, ESQ.
　　Nevada Bar No. 5859
　　1980 Festival Plaza Drive, Suite 700
　　Las Vegas, Nevada 89135
*Counsel for Debtor*

143047324.1

1