**ANDERSEN & BEEDE**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@aandblaw.com*
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
Email: *valerie@aandblaw.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for Luis Flores*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>        Debtor. | Case No.: 23-10423-MKN<br>Chapter 11<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE U.S. TRUSTEE, AND ALL PARTIES IN INTEREST:

Ryan A. Andersen, of Andersen and Beede, counsel for Luis Flores, hereby enters his appearance on the record in the above-captioned bankruptcy case, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure.

Undersigned counsel further requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings.

//

//

//

//

All notices and copies in response to the foregoing, and all notices required to be mailed to Luis Flores pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, Rule 2002 of the Local Rules of Bankruptcy Procedure, or any other applicable statute or rule by the Debtor(s) or any other interested party, should be directed to:

**ANDERSEN & BEEDE**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@aandblaw.com*
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
Email: *valerie@aandblaw.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824

The foregoing is not to be deemed or construed as a waiver of any rights: (i) to seek withdrawal of the reference in the above-captioned case or any case, proceeding, or matter related thereto; (ii) to seek a jury trial with respect to any proceeding or matter triable to a jury in the undersigned case or in any other case, proceeding, or matter related thereto; or (iii) any other rights, claims, actions, setoffs, or recoupments which may be applicable, either in law or in equity, all of which are expressly reserved.

Dated this 15th day of March, 2023.

Respectfully submitted by:

**ANDERSEN & BEEDE**

By:    /s/ Ryan A. Andersen
       Ryan A. Andersen, Esq.
       Nevada Bar No. 12321
       Valerie Y. Zaidenberg, Esq.
       Nevada Bar No. 15839
       3199 E Warm Springs Rd, Ste 400
       Las Vegas, NV 89120

*Counsel for Luis Flores*