**ANDERSEN & BEEDE**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@aandblaw.com*
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
Email: *valerie@aandblaw.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax: 702-825-2824

*Counsel for Luis Flores*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-MKN<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

1. On March 15, 2023, I caused to be served the following document(s):

a. NOTICE OF APPEARANCE (ECF No. 282).

2. I served the above-named document(s) by the following means upon the persons as listed below:

[ X ] a. **BY ECF SYSTEM:**

RYAN A. ANDERSEN on behalf of Interested Party Luis Flores ryan@aandblaw.com,tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com;andersen.ryana.b117998@notify.bestcase.com

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC. baxelrod@foxrothschild.com,pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD, baxelrod@foxrothschild.com,pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com



A & B ANDERSEN & BEEDE




BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD baxelrod@foxrothschild.com,pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

OGONNA M. BROWN on behalf of Creditor Cole Kepro International, LLC obrown@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com; jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com

OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC obrown@lewisroca.com,ogonna-brown 4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado@lewisroca.com

CHAPTER 11-LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC. schristianson@buchalter.com,cmcintire@buchalter.com

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY dcica@carlyoncica.com,nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc. bankruptcy@goldguylaw.com,mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com

MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond bankruptcy@goldguylaw.com,mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com

BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC bhiggins@blackwadhams.law,dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law

ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC rkinas@swlaw.com,jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com

BART K. LARSEN on behalf of Creditor Enigma Securities Limited BLARSEN@SHEA.LAW,3542839420@filings.docketbird.com

TIMOTHY A LUKAS on behalf of Creditor Good 2 Go Stores LLC ecflukast@hollandhart.com




JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC. JMcPherson@FoxRothschild.com,ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD JMcPherson@FoxRothschild.com,ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited jshea@shea.law,blarsen@shea.law;support@shea.law

STRETTO
ecf@cases-cr.strettoservices.com,aw01@ecfcbis.com,pacerpleadings@stretto.com

Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC jeff@sylvesterpolednak.com,kellye@sylvesterpolednak.com

RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC. rtucker@simon.com,rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

U.S.TRUSTEE-LV-11
USTPRegion17.lv.ecf@usdoj.gov

ZACHARY WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD zwilliams@foxrothschild.com,ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com

RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORSrworks@mcdonaldcarano.com,kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

[ X ] b. **UNITED STATES MAIL, POSTAGE FULLY PREPAID**

JOHN R. ASHMEAD on behalf of Creditor Committee
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JARED A. DAY on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
OFFICE OF THE US TRUSTEE
300 BOOTH ST #3009
RENO, NV 89509

FOX ROTHSCHILD LLP on behalf of Debtor CASH CLOUD, INC.
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135




ROBERT J. GAYDA on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JORDI GUSO on behalf of Interested Party CKDL Credit, LLC
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

PAUL R HAGE on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JAMES M. JIMMERSON on behalf of Plaintiff
CASH CLOUD, INC., DBA COIN CLOUD,
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

RICHARD KRUGER on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

LAW OFFICE OF SHEA LARSEN on behalf of Creditor
Enigma Securities Limited
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

GARY LEE on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

CATHERINE V. LOTEMPIO on behalf of Creditor Committee
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004



A&B ANDERSEN & BEEDE

ANDREW J. MATOTT on behalf of Creditor Committee
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEAN A. O'NEAL on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

SEWARD & KISSEL LLP on behalf of Creditor Committee
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

Jeffrey Sylvester on behalf of Interested Party CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

JANE VANLARE on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

Ryan J Works on behalf of Creditor Committee
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

[ ] d. **PERSONAL SERVICE**

I personally delivered the document(s) to the persons at these addresses:

[ ] For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no such person was available by leaving the document(s) in a conspicuous place in the office.

[ ] For a party, delivery was made by handing the documents(s) to the party or by leaving the document(s) at the persons dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ] e. **DIRECT EMAIL (as opposed to through the ECF System):**

Based upon a written agreement to accept service by email or pursuant to a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] f. **FAXSIMILE:**

Based upon the written agreement of the parties to accept service by fax transmission or pursuant to a court order, I caused the document(s) to be faxed to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached hereto.

[ ] g. **MESSENGER:**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for delivery and service. A declaration by the messenger is attached to this certificate of service.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed on: March 15, 2023

Melissa Rodriguez
(Name of Declarant)

*/s/ Melissa Rodriguez*
An employee of Andersen & Beede

A & B ANDERSEN & BEEDE