# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

|  |  |
|---|---|
| CHAMBERS:<br>702-671-3634<br><br>LAW CLERK:<br>702-671-0899 | **MEMO**<br>DISTRICT COURT<br>**DEPARTMENT XXXI** |



Electronically Filed
2/17/2023 8:31 AM
Steven D. Grierson
CLERK OF THE COURT

| To: | ALL COUNSEL |
|---|---|
| From: | DEPARTMENT 31 |
| Subject: | A807370 – CASH CLOUD, ET. AL. vs. LUIS FLORES, ET. AL. |
| Date: | February 17, 2023 |

Dear Counsel,

In light of the recent Notice of Bankruptcy of Plaintiff Cash Cloud, filed on February 8, 2023, the Court needs to ascertain: (1) whether or not the parties still wish the Court to issue the written decision regarding the bench trial conducted in the above-entitled matter; (2) whether or not the parties are asserting that there is an automatic stay in the matter that would prevent the Court from issuing that written ruling; or (3) whether the parties wish to have a status conference with the Court to discuss the matter?

Please send a <u>joint</u> letter as to what the parties agree upon no later than Wednesday, February 22, 2023, via email to: cordt@clarkcountycourts.us.  If the parties cannot agree as to how the Court should proceed, or if the Court does not receive a joint letter, the matter will be set for a status hearing.

Thank you,

Tracy L. Cordoba – Department 31
Judicial Executive Assistant to the
Honorable Joanna S. Kishner