**ANDERSEN & BEEDE**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@aandblaw.com*
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
Email: *valerie@aandblaw.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:     702-825-2824

*Counsel for Luis Flores*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-MKN<br>Chapter 11<br><br>**NOTICE OF HEARING ON LUIS FLORES'S MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)**<br><br>Hearing Date:  April 20, 2023<br>Hearing Time:  10:30 a.m.<br><br>Location:    TELEPHONIC HEARING[1] |

<u>**TO:  ALL INTERESTED PARTIES**</u>

**NOTICE IS HEREBY GIVEN** that Andersen & Beede ("Firm"), counsel of record to Mr. Luis Flores, in the above-captioned bankruptcy case, has filed a *Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d)* ("Motion").  Through the Motion, the Firm requests entry of an order lifting or modifying the automatic stay to permit issuance of a written decision following a bench trial

---

[1] This hearing may be heard telephonically. Check the Bankruptcy Court's website prior to the hearing for further information and the call-in number, at https://www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearing-participation/.


ANDERSEN & BEEDE

1  conducted in the case pending before the Eighth Judicial District Court in Clark County, Nevada, as
2  case no. A-19-807370-B.
3       **NOTICE IS FURTHER GIVEN** that any opposition to the relief requested in the Application
4  must be filed pursuant to Local Rule 9014(d)(1), which provides:

> . . . any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported affidavits or declarations that conform to the provisions of subsection (c) of [Local Rule 9014].

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

       **NOTICE IS FURTHER GIVEN** that the hearing on this matter may be continued from time to time without further notice.

       Dated this 15th day of March, 2023.

                                    Respectfully submitted by:

                                    **ANDERSEN & BEEDE**

                                    By:   /s/ Ryan A. Andersen
                                          Ryan A. Andersen, Esq.
                                          Nevada Bar No. 12321
                                          Valerie Y. Zaidenberg, Esq.
                                          Nevada Bar No. 15839
                                          3199 E Warm Springs Rd, Ste 400
                                          Las Vegas, Nevada 89120

                                    *Counsel for Luis Flores*