BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed March 16, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.  BK-23-10423-mkn |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON MARCH 17, 2023 AT 9:30 A.M.** |

Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP,  hereby files this *Agenda Regarding Matters Scheduled for Hearing on March 17, 2023 at 9:30 a.m.*

1.    *Emergency First Day Motion for An Order (1) Prohibiting Utilities from Altering, Refusing or Discontinuing Service; (2) Authorizing Ordinary Course Payments to Utilities; (3) Deeming Utilities Adequately Assured of Future Performance; and (4) Establishing Procedures for Determining Requests for Additional Adequate Assurance* (the "**Utilities Motion**") [ECF No. 04] **– (*UNOPPOSED*)**

Related Documents:
A.    *Interim Granting Debtor's Motion: (1) Prohibiting Utilities from Altering, Refusing or Discontinuing Service; (2) Authorizing Ordinary Course Payments to Utilities; (3) Deeming Utilities Adequately Assured of Future*

143160580.2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

*Performance; and (4) Establishing Procedures for Determining Requests for Additional Adequate Assurance* [ECF No. 113]; and

    B.    *Notice of Revised Proposed Final Orders on Debtor's First Day Motions* [ECF No. 286].

2.    *Emergency Motion for Interim and Final Orders: (I) Authorizing Debtor to Pay Prepetition Employee Wages and Benefits: and (II) Authorizing and Directing Financial Institutions to Honor Checks and Transfers Related to Such Obligations* (the "**Wage and Benefit Motion**") [ECF No. 06] – (**UNOPPOSED)**

Related Documents:

    A.    *Interim Order Granting Debtor's Motion to (I) Pay Prepetition Employee Wages and Policies; and (II) Authorizing and Directing Financial Institutions to Honor Checks and Transfers Related to Such Obligations* [ECF No. 107]; and

    B.    *Notice of Revised Proposed Final Orders on Debtor's First Day Motions* [ECF No. 286].

3.    *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Pay Prepetition Vendor Liabilities and (II) Authorizing and Directing Financial Institutions to Receive, Process, Honor and Pay All Checks Issued Relating to Vendor Liabilities* (the "**Critical Vendor Motion**") [ECF No. 07] – (**UNOPPOSED)**

Related Documents:

    A.    *Interim Order Granting Debtor's Emergency Motion (I) Authorizing Debtor to Pay Prepetition Vendor Liabilities and (II) Authorizing and Directing Financial Institutions to Receive, Process, Honor and Pay All Checks Issued Relating to Vendor Liabilities* [ECF No. 108]; and

    B.    *Notice of Revised Proposed Final Orders on Debtor's First Day Motions* [ECF No. 286].

4.    *Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Maintain and Administer Customer Programs and Deposits; and (II) Honor Prepetition Obligations Related Thereto* (the "**Customer Programs Motion**") [ECF No. 08] – (**UNOPPOSED)**

Related Documents:

    A.    *Interim Order Granting Debtor's Motion to (I) Maintain and Administer Customer Programs and Deposits; and (II) Honor Prepetition Obligations Related Thereto* [ECF No. 109]; and

    B.    *Notice of Revised Proposed Final Orders on Debtor's First Day Motions* [ECF No. 286].

143160580.2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

5.   *Emergency First Day Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* (the "**Tax Motion**") [ECF No. 09] **– (UNOPPOSED)**

   Related Documents:
   A.   *Interim Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [ECF No. 110]; and
   B.   *Notice of Revised Proposed Final Orders on Debtor's First Day Motions* [ECF No. 286].

6.   *Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures* (the "**Case Management Procedures Motion**") [ECF No. 10] **– (UNOPPOSED)**

   Related Documents:
   A.   *Omnibus Declaration of Christopher Andrew McAlary* [ECF No. 19];
   B.   *Errata to Omnibus Declaration of Christopher Andrew McAlary* [ECF No. 34]; and
   C.   *Stipulation to Continue Hearing on Debtor's Emergency Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures* [ECF No. 82]; and *Order* thereon [ECF No. 84]; and
   D.   *Notice of Revised Proposed Final Orders on Debtor's First Day Motions* [ECF No. 286].

   Objections/Responses Filed:

   A.   *United States Trustee's Opposition and Reservation of Rights to Debtor's Emergency Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures* [ECF No. 75] **– (RESOLVED)**.

7.   *Emergency Application for Entry of an Order (A) Authorizing the Retention and Appointment of Stretto as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief with Proposed Order* [ECF No. 17] (the "**Stretto Employment Application**") **– (UNOPPOSED)**

   Related Documents:
   A.   *Interim Order (A) Authorizing The Retention And Appointment Of Stretto, Inc. As Claims, Noticing, And Solicitation Agent And (B) Granting Related Relief* [ECF No. 155]; and
   B.   *Notice of Revised Proposed Final Orders on Debtor's First Day Motions* [ECF No. 286].

143160580.2

8.    *Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims* [ECF No. 35] (the "__DIP Motion__")

Related Documents:

A.    *Interim Order Under Bankruptcy Code Sections 105, 361,362, 363, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 2002, 4001, 6004 and 9014(I) (I) Authorizing Debtor to (A) Obtain Post-Petition Financing and (B) Grant Adequate Protection and (II) Scheduling Final Hearing* [ECF No. 132];

B.    *Second Stipulation to Extend Deadline to File Objections to Interim Order Authorizing Debtor to Obtain Post-Petition Financing [ECF No. 132]* [ECF No. 254] and *Order* thereon [ECF No. 261];

C.    *Notice of Revised Proposed Final Order Under Bankruptcy Code Sections 105, 361,362, 363, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 2002, 4001, 6004 and 9014(I) (I) Authorizing Debtor to (A) Obtain Post-Petition Financing and (B) Grant Adequate Protection* [ECF No. 285].

**Final Objections/Responses Filed:**

Final Objection Deadline: 5:00 p.m. on 3/13/23 – ***NONE FILED***

**Interim Objections/Responses Filed:**

A.    *United States Trustee's Omnibus Opposition and Reservation of Rights to Debtor's Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Other Relief* [ECF No. 77];

B.    *Cole Kepro International, LLC's Objection to Debtor's Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Other Relief* [ECF No. 80] – ***(RESOLVED)***

C.    *Omnibus Reply in Support of the Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [ECF No. 90] (the "Omnibus Reply");

D.    *Declaration of Paul Huygens* in support of the Omnibus Reply [ECF No. 91];

E.    *Declaration of Daniel Moses* in support of the Omnibus Reply [ECF No. 92];

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

143160580.2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

F.    *CKDL Credit, LLC's Joinder to and Declaration in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [ECF No. 88];

G.    Enigma Securities Limited Response to Cole Kepro International, LLC's Objection to *Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [ECF No. 89];

H.    Genesis Global Holdco, LLC's Reply *in Support of Debtor's Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (IV )Granting Relief* [ECF No. 94]; and

I.    *Declaration of Jamal Zul in Support of Reply by Genesis Global Holdco, LLC* [ECF No. 95]

9.    *Application for Order Authorizing Retention and Employment of The Jimmerson Law Firm, P.C. as Special Litigation Counsel to Debtor* [ECF No. 122] (the "**Jimmerson Employment Application**") – (*UNOPPOSED*)

Related Documents:
A.    *Verified Statement of James M. Jimmerson in Support of Application for Order Authorizing Retention and Employment of The Jimmerson Law Firm, P.C. as Special Litigation Counsel to Debtor* [ECF No. 123];
B.    *Declaration of Christopher Andrew McAlary* [ECF No. 124]; and
C.    *Notice of Hearing* [ECF No. 125]

10.    *Debtor's First Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment* [ECF No. 138] (the "**First Omnibus Motion to Reject**")

Related Documents:
A.    *Declaration of Christopher Andrew McAlary* [ECF No. 139];
B.    *Notice of Hearing* [ECF No. 140];
C.    *Stipulation To Extend Time To Respond To: 1) Debtors First Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment; And 2) Debtors Second Omnibus*

143160580.2

*Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment* [ECF No. 197], and *Order* thereon [ECF No. 201]; and

D.    *Second Stipulation To Extend Time To Respond To: 1) Debtors First Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment; And 2) Debtors Second Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment* [ECF No. 218]; and *Order* thereon [ECF No. 221];

E.    *Supplement To Exhibits To: 1) Debtors First Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment [ECF 138]; And 2) Notice Of Hearing On Debtors First Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment [ECF 140]* [ECF No. 229];

F.    *Stipulation to Extend Deadline to File Objection to Debtors First Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment [ECF No. 138]* [ECF No. 237]; and *Order* thereon [ECF No. 241].

Objections/Responses Filed:

A.    *Enigma Securities Limited's Reservation of Rights With Respect to Omnibus Rejection Motions* [ECF No. 198]; and

B.    *Reply To Enigma Securities Limited's Reservation Of Rights With Respect To Omnibus Motions* [ECF No. 253];

11.    *Debtor's Second Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment* [ECF No. 141] (the "**Second Omnibus Motion to Reject**")

Related Documents:

A.    Declaration of Christopher Andrew McAlary [ECF No. 142];

B.    Notice of Hearing [ECF No. 143];

C.    *Stipulation To Extend Time To Respond To: 1) Debtors First Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment; And 2) Debtors Second Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

*Personal Property Including Abandonment* [ECF No. 197], and *Order* thereon [ECF No. 201];

D.   *Second Stipulation To Extend Time To Respond To: 1) Debtors First Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment; And 2) Debtors Second Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment* [ECF No. 218]; and *Order* thereon [ECF No. 221];

E.   *Supplement To Exhibits To: 1) Debtors Second Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment [ECF 141]; And 2) Notice Of Hearing On Debtors Second Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment [ECF 143]* [ECF No. 230];

F.   *Stipulation to Extend Deadline to File Objection to Debtors First Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment [ECF No. 141]* [ECF No. 238] and *Order* thereon [ECF No. 242]; and

G.   *Second Stipulation to Extend Deadline to File Objection to Debtors First Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment [ECF No. 141]* [ECF No. 254]; and *Order* thereon [ECF No. 261].

Objections/Responses Filed:

A.   *Enigma Securities Limited's Reservation of Rights With Respect to Omnibus Rejection Motions* [ECF No. 198]; and

B.   *Reply To Enigma Securities Limited's Reservation Of Rights With Respect To Omnibus Motions* [ECF No. 253].

12.   *Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 152] (the "**Interim Compensation Procedures Motion**") – *(UNOPPOSED)*

Related Documents:

A.   *Notice of Revised Proposed Final Orders on Debtor's First Day Motions* [ECF No. 286].

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

143160580.2

13.    *Motion to Modify Automatic Stay [ECF No. 185]* filed by Armando Redmond (the "**Redmond Stay Motion**") - (*UNOPPOSED*)

Related Documents:
A.    *Declaration of Armando D. Redmond* [ECF No. 186];
B.    *Declaration of Mary F. Chapman,* Esq. *in Support of Motion to Modify Automatic Stay* [ECF No. 187];
C.    *Motion for Order Shortening Time* [ECF No. 207]; and
D.    *Order Granting Motion for Order Shortening Time* [ECF No. 212], and *Notice* thereof [ECF No. 225].

Pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.  Copies of all pleadings are available at https://cases.stretto.com/CashCloud (the "Case Website").

DATED this 16th day of March 2023.

**FOX ROTHSCHILD LLP**

By:    _____*/s/Brett Axelrod*_____
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

143160580.2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)