BRETT A. AXELROD, ESQ.  (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed March 16, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

CASH CLOUD, INC.,
dba COIN CLOUD,

                                        Debtor.

Case No.  BK-23-10423-mkn

Chapter 11

**NOTICE OF ENTRY OF ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACT WITH B. RILEY SECURITIES, INC. PURSUANT TO 11 U.S.C. § 365(a)**

**PLEASE TAKE NOTICE** that on the 16th day of March, 2023, the Court entered an *Order Granting Debtor's Motion For Entry Of Order Approving Rejection Of Executory Contract With B. Riley Securities, Inc. Pursuant To 11 U.S.C. § 365(a)* [ECF 295], a copy of which is attached here.

Dated this 16th day of March, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
       JEANETTE E. MCPHERSON, ESQ. (5423)
       BRETT A. AXELROD, ESQ. (5859)
       NICHOLAS A. KOFFROTH, ESQ. (16264)
       ZACHARY T. WILLIAMS, ESQ. (16023)
       1980 Festival Plaza Drive, Suite 700
       Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada  89135
(702) 262-6899
(702) 597-5503 (fax)

1

143733876.1



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 16, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email:  baxelrod@foxrothschild.com
     jmcpherson@foxrothschild.com
     nkoffroth@foxrothschild.com
     zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-S-23-10423-MKN |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD | Chapter 11 |
| Debtor. | **ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACT WITH B. RILEY SECURITIES, INC. PURSUANT TO 11 U.S.C. § 365(a)** |
| | Hearing Date:  March 15, 2023 Hearing Time:  9:30 a.m. |

/ / /

/ / /

1

143698700.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1   The Court, having reviewed and considered Debtor's motion (the "Motion")[1] for an order

2   approving the rejection of agreement with B.Riley Securities, Inc. pursuant to 11 U.S.C. § 365(a);

3   and upon consideration of the McAlary Declaration and arguments of counsel; and the Court having

4   jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334;

5   and consideration of the Motion and the relief requested therein being a core proceeding pursuant

6   to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408

7   and 1409; and due and proper notice of the Motion having been provided; and it appearing that no

8   other or further notice need be provided; and the Court having determined that the rejection of the

9   agreement with B.Riley Securities, Inc. is a sound exercise of the Debtor's business judgment, that

10  the rejection of the agreement with B.Riley Securities, Inc. is in the best interests of Debtor, its

11  creditors and all other parties in interest, and that the legal and factual bases set forth in the Motion

12  establish just cause for the relief granted herein; and upon all the proceedings had before the Court

13  and after due deliberation and sufficient cause appearing therefor, it is hereby,

14      **ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

15      **ORDERED** that the Debtor's rejection of the agreement with B. Riley Securities, Inc.

16  (attached as Exhibit 2 to the Motion), pursuant to 11 U.S.C. § 365(a) is approved, effective as of the

17  date of the filing of the Motion; and it is further

18      **ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising

19  from the implementation or interpretation of this Order; and it is further

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27

28

---

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Motion.

2

143698700.1

1    **ORDERED** that notice of the Motion as provided therein shall be deemed good and

2    sufficient notice of the Motion.

3    Prepared And Respectfully Submitted By:

4    **FOX ROTHSCHILD LLP**

5

6    By:  /s/ Brett Axelrod

7    JEANETTE E. MCPHERSON, ESQ.
     Nevada  Bar No. 5423

8    BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859

9    NICHOLAS A. KOFFROTH, ESQ.
     Nevada Bar No. 16264

10   ZACHARY T. WILLIAMS, ESQ.
     Nevada Bar No. 16023

11   1980 Festival Plaza Drive, Suite 700

12   Las Vegas, Nevada 89135
     *Counsel for Debtor*

13

14   <u>**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**</u>

15   In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

16   ☐    The Court has waived the requirement of approval in LR 9021(b)(1).

17   ☒    No party appeared at the hearing or filed an objection to the motion

18   ☐    I have delivered a copy of this proposed order to all counsel who appeared at the
          hearing, any unrepresented parties who appeared at the hearing, and each has
19        approved or disapproved the order, or failed to respond, as indicated below:

20

21        Office of the United States Trustee

22   ☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this
          order with the motion pursuant to LR 9014(g), and that no party has objected to the
23        form or content of the order.

24                                        # # #

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada  89135
(702) 262-6899
(702) 597-5503 (fax)

3

143698700.1