BRIAN D. SHAPIRO, ESQ.
NEVADA BAR NO. 5772
LAW OFFICE OF BRIAN D. SHAPIRO, LLC
510 S. 8th Street
Las Vegas, NV 89101
email: brian@brianshapirolaw.com
Tel: (702) 614-0600
Fax: (702) 383-0994

Attorneys for OPTCONNECT MANAGEMENT LLC

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: <br><br> CASH CLOUD, INC., dba COIN CLOUD, <br>                 Debtor. | Case No.   23-10423-MKN <br> Chapter 11 <br><br> **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** <br><br> **[F.R.B.P. 9010(b), 2002 AND 3017(a)]** |

      Brian D. Shapiro, Esq. of the Law Office of Brian D. Shapiro, LLC, attorney for OPTCONNECT MANAGEMENT LLC ("Creditor"), hereby enters his appearance on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and pursuant to Bankruptcy Rule 2002 and 3017(a) hereby requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings by the Court, Debtor, or other parties in interest, including copies of all plans of reorganization and disclosure statements.

All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002, all notices required to be mailed to Creditor pursuant to Bankruptcy Rule 2002, should be directed to:

>Brian D. Shapiro, Esq.
>Law Office of Brian D. Shapiro, LLC
>510 8th Street
>Las Vegas, NV  89101

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on Creditor, or (ii) constitute a waiver of any of the following rights of the Creditor:

(a) Right to have any and all final orders in any and all non-core matters entered only after de novo review by United States District Court Judge;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution. All of the above rights are expressly reserved and preserved unto Creditor

without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

# # # # #

DATED: March 16, 2023        LAW OFFICE OF BRIAN D. SHAPIRO, LLC.

By:        */s/ Brian D. Shapiro, Esq.*
   BRIAN D. SHAPIRO, ESQ.
   NEVADA BAR NO. 5772
   LAW OFFICE OF BRIAN D. SHAPIRO, LLC
   510 S. 8th Street
   Las Vegas, NV  89101
   email: brian@brianshapirolaw.com
   Tel:  (702) 614-0600
   Fax: (702) 383-0994

   Attorneys for OPTCONNECT MANAGEMENT

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Law Office of Brian D. Shapiro, LLC and that on March 16, 2023, I caused to be served a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE [F.R.B.P. 9010(B), 2002 AND 3017(A)] in the following manner:

☒(ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (ELECTRONIC MAIL) By transmitting electronically to the following recipient and last known email address:

☐(UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed below, at their last known mailing addresses:

*/s/ Kristin Shapiro*
An employee of the
Law Office of Brian D. Shapiro, LLC