# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

## CERTIFICATE OF SERVICE

I, Alvaro Salas, Jr., depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On March 13, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Stipulation Between Debtor and Oracle America, Inc. Regarding Application of Offset** (Docket No. 267)

Dated: March 16, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Alvaro Salas, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　Alvaro Salas, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　STRETTO
　　　　　　　　　　　　　　　　　　　　　　　　　　410 Exchange, Suite 100
　　　　　　　　　　　　　　　　　　　　　　　　　　Irvine, CA 92602
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 720.792.9194
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| American Express | | 200 Vesey St | | New York | NY | 10285 |
| American Express | | PO Box 981535 | | El Paso | TX | 79998 |
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | Box 551220 | Las Vegas | NV | 89155-1220 |
| Franchise Tax Board | Bankruptcy Section, MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| Sectran Security Inc. | | 7633 Industry Ave | | Pico Rivera | CA | 90660 |
| Sectran Security Inc. | Attn: Rony Ghaby | PO Box 227267 | | Los Angeles | CA | 90022 |
| Texas Workforce Commission | Regulatory Integrity Division - SAU | 101 E. 15th Street | Room 556 | Austin | TX | 78778-0001 |
| Two Farms Inc (d/b/a Royal Farms) | Attn: John Kemp | 3611 Roland Ave | | Baltimore | MD | 21211 |

# **Exhibit B**



Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ACE Cash Express | Attn: Tino Tovo | | ttovo@populusfinancial.com |
| Armondo Redmond | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson | | cemery@avtechcapital.com; jrobertson@avtechcapital.com |
| Black Hole Investments LLC | Attn: Zachary Chaltiel | | zach@victoireventures.com |
| Black Hole Investments, LLC formerly known as EZ Coin, LLC | c/o Black & Wadhams | Attn: Brigid M. Higgins | bhiggins@blackwadhams.law |
| Brink's U.S. | Attn: Beau Anderson | | beau.anderson@brinksinc.com |
| Brink's U.S. | c/o Hirschler Fleischer, P.C. | Attn: Brittany B. Falabella & Robert Westermann | BFalabella@hirschlerlaw.com; rwestermann@hirschlerlaw.com |
| Cal's Convenience Inc - Parent Account | Attn: Ray Harrison | | Ray.Harrison@calscstores.com |
| Cennox Reactive Field Services LLC | Attn: Michael Goggans | | michael.goggans@cennox.com; legal@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | Attn: Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. | ccarlyon@carlyoncica.com; dcica@carlyoncica.com; tosteen@carlyoncica.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Jordi Guso | jguso@bergersingerman.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Scott Jablonski & Mitchell W. Goldberg | sjablonski@bergersingerman.com; mgoldberg@bergersingerman.com |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Attn: Jeffery R. Sylvester, Esq. | Jeff@sylvesterPolednak.com |
| Cole Kepro International, LLC | Attn: Andrew Cashin & Frederick Cook | | info@colekepro.com; fred@colekepro.com |
| Cole Kepro International, LLC | c/o Lewis Roca Rothgerbe Christie LLP | Attn: Ogonna M. Brown, Esq. & Dan R. Waite, Esq. | OBrown@lewisroca.com |
| Cole Kepro International, LLC | c/o Taft Stettinius & Hollister, LLP | Attn: David Z. Adler, Esq. | phage@taftlaw.com |
| Deployment Logix Inc. | Attn: Ken Rogers | | ken.rogers@deploymentlogix.com |
| EG America LLC | Attn: Dave Allen | | David.allen@eg-america.com |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | Attn: Gary Lee & Andrew Kissner | glee@mofo.com; akissner@mofo.com |
| Enigma Securities Limited | c/o Shea Larsen | Attn: James Shea, Esq., Bart Larsen, Esq., Kyle Wyant, Esq. | kwyant@shea.law; blarsen@shea.law; jshea@shea.law |
| EZ Blackhole | Attn: Edouard Chaltiel | | echaltiel@victoireventures.com |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | | baxelrod@foxrothschild.com; zwilliams@foxrothschild.com |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | Attn: Sean O'Neal, Michael Weinberg, & Jan VanLare | soneal@cgsh.com; mdweinberg@cgsh.com; jvanlare@cgsh.com |
| Genesis Global Holdco, LLC | c/o Snell & Wilmer LLP | Attn: Robert Kinas, Blakeley Griffith, and Charles Gianelloni | rkinas@swlaw.com; bgriffith@swlaw.com; cgianelloni@swlaw.com |
| Genesis Global Trading Inc. | Attn: Andrew Tsang | | ATsang@genesistrading.com |
| Good 2 Go Stores LLC | c/o Holland & Hart LLP | Attn: Timothy A. Lukas | ecflukast@hollandhart.com |
| I Heart Media | Attn: Roy Vann | | invoices@iheartmedia.com |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Internal Revenue Service | Attn: Mary Sevilla | | mary.b.savilla@irs.gov; priscilla.a.burks@irs.gov |
| Loomis | Attn: TJ Niko | | TJ.Niko@us.loomis.com |
| National Services, LLC | Attn: Stefanie Farmer | | Stefanie.Farmer@nsa.bz; evans@nsafieldservice.com |
| National Services, LLC | c/o Hodges, Doughty, & Carson | Attn: Matthew Graves | mgraves@hdclaw.com |
| Official Committee of Unsecured Creditors | c/o McDonald Carano LLP | Attn: Ryan J. Works & Amanda M. Perach | aperach@mcdonaldcarano.com; rworks@mcdonaldcarano.com |
| Official Committee of Unsecured Creditors | c/o Seward & Kissel LLP | Attn: John R. Ashmead, Esq., Robert J. Gayda, Esq., Catherine V. LoTempio, Esq., Andrew J. Matott, Esq. | ashmead@sewkis.com; gayda@sewkis.com; lotempio@sewkis.com; matott@sewkis.com |
| OptConnect | Attn: Chris Baird | | chris.baird@optconnect.com |
| OptConnect MGT, LLC | c/o Dechert LLP | Attn: Craig Druehl | craig.druehl@dechert.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. | | rtucker@simon.com |
| Spec's - Parent | Attn: Ryan Holder | | rholder@specsonline.com |
| The Jimmerson Law Firm | Attn: Jim Jimmerson | | jimmerson@jimmersonlawfirm.com |
| Thorntons LLC | Attn: Kim James | | Kim.James@mythorntons.com |
| Trangistics Inc | Attn: Arlette Warner | | ar@trangistics.com |
| Trangistics, Inc. | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | | Edward.M.McDonald@usdoj.gov; jared.a.day@usdoj.gov |
| Yesway | Attn: Derek Gaskins | | derek.gaskins@yesway.com |