| | |
|---|---|
| 1 | NVB IA-11-2BK (Rev. 2/17) |
| 2 | Name, Address, Telephone No., Bar Number & E-mail address<br>Craig P. Druehl, Esq. (NY 1st Dept. Bar No. 2952208) |
| 3 | Dechert LLP, 1095 Ave. of the Americas, New York, NY 10036<br>Telephone: (212) 698-3500<br>craig.druehl@dechert.com |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | | |
|---|---|---|
| In re: | ) | BK- 23-10423 |
| | ) | |
| CASH CLOUD, INC., | ) | CHAPTER 11 |
| dba COIN CLOUD, | ) | |
| | ) | VERIFIED PETITION FOR |
| | ) | PERMISSION TO PRACTICE IN THIS |
| | ) | CASE ONLY BY ATTORNEY NOT |
| | ) | ADMITTED TO THE BAR OF THIS |
| | ) | COURT |
| Debtor. | ) | |
| | ) | **EFFECTIVE JANUARY 1, 2015** |
| | ) | **FILING FEE IS $250.00** |

  Craig P. Druehl             , Petitioner, respectfully represents to the Court:

1. That Petitioner resides in  Hastings on Hudson    ,  New York                 .

2. That Petitioner is an attorney at law and a member of the law firm of
Dechert LLP                              , with offices at _____
1095 Avenue of the Americas, New York, NY 10036_____
_____
_____,_____,_____

3. That Petitioner has been retained personally or as a member of the law firm by

1  OptConnect Management, LLC               to provide legal representation in connection
2  with the above-entitled case now pending before this Court.

3  4.   That since February 1, 1999        , Petitioner has been and presently is a member in good
4  standing of the bar of the highest Court of the State of  New York            where Petitioner
5  regularly practices law.

6  5. That Petitioner was admitted to practice before the following United States District Courts,
7  United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other
8  States on the dates indicated for each, and that Petitioner is presently a member in good standing of
   said Courts.                                              Date Admitted
9  Southern District of New York                             3/2/1999
10 Eastern District of New York                              3/30/1999
   Eastern District of Michigan                              2/11/2005
11 U.S. Court of Appeals - Second Circuit                    12/10/2010
12 U.S. Court of Appeals - Third Circuit                     4/6/2005

13
14 6.  That there are or have been no disciplinary proceedings instituted against petitioner, nor any
   suspension of any license, certificate or privilege to appear before any judicial, regulatory, or
15 administrative body, or any resignation or termination order to avoid disciplinary or disbarment
16 proceedings, except as described in detail below:

17 _____
   Not applicable
18 _____

19 _____

20 _____
   _____.
21
22 7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars
   of any denied admission):
23
   _____
24 Not applicable
25 _____

26 _____.

2

8. That Petitioner is a member of good standing in the following Bar Associations: _____.

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|

_____ (If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: 3/16/2023                                                    _____
                                                                                     Petitioner's Signature

3

STATE OF <u>New York</u>      )
                             )
COUNTY OF <u>New York</u>    )

<u>Craig P. Druehl</u>      , Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to me before this

_____ day of _____, _____.

_____Notary public

4

STATE OF New York        )
                         )
COUNTY OF New York       )

Craig P. Druehl_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to me before this

__16th__ day of __March__, __2023__.

__Natasha LeBlanc_____ Notary public

```
NATASHA LEBLANC
Notary Public - State of New York
NO. 01LE6342580
Qualified in New York County
My Commission Expires May 23, 2024
```

4



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Craig Perry Druehl

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 1, 1999,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on March 16, 2023.

*Susanna M. Rojas*
Clerk of the Court

CertID-00109635