

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 17, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>　　CASH CLOUD, INC.,<br>　　dba COIN CLOUD,<br><br>　　　　　　　　　　Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN DEBTOR AND ORACLE AMERICA, INC. REGARDING APPLICATION OF OFFSET** |

143538897.1

1

Upon consideration of the *Stipulation Between Debtor And Oracle America, Inc. Regarding Application of Offset* [ECF No. 267] (the "Stipulation"),[1] it is hereby

**ORDERED** that the Stipulation is APPROVED; and it is further

**ORDERED** that Debtor may apply the Credits of Account A to the outstanding balance in Account B.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   */s/Brett A. Axelrod*
      BRETT A. AXELROD, ESQ.
      Nevada Bar No. 5859
      NICHOLAS A. KOFFROTH, ESQ.
      Nevada Bar No. 16264
      ZACHARY T. WILLIAMS, ESQ.
      Nevada Bar No. 16023
      1980 Festival Plaza Drive, Suite 700
      Las Vegas, Nevada 89135
*Counsel for Debtor*

# # #

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Stipulation.

143538897.1