Ronald E. Gold (Ohio Bar No. 0061351)
Erin P. Severini (Ohio Bar No. 0091487)
**FROST BROWN TODD LLP**
3300 Great American Tower
301 E. Fourth St.
Cincinnati, OH 45202
Telephone: 513-651-6800
Facsimile: 513-651-6981
Email: rgold@fbtlaw.com
          eseverini@fbtlaw.com

*Counsel for WPG Legacy, LLC*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE** |

**TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, AND TO ALL PARTIES OF INTEREST:**

**PLEASE TAKE NOTICE** that WPG Legacy, LLC ("WPG"), through its undersigned counsel, requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, which affects WPG or this chapter 11 bankruptcy case, be served upon:

> Ronald E. Gold, Esq. (Ohio Bar No. 0061351)
> **Frost Brown Todd LLP**
> 301 East Fourth Street, Ste. 3300
> Cincinnati, OH 45202
> Telephone: 513-651-6800
> Facsimile: 513-651-6981
> E-mail: rgold@fbtlaw.com

**PLEASE TAKE FURTHER NOTICE** that this Request for Special Notice is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over WPG, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to WPG is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments WPG expressly reserves.

Dated: March 17, 2023

**FROST BROWN TODD LLP**

*/s/ Ronald E. Gold*
Ronald E. Gold (Ohio Bar No. 0061351)
301 East Fourth Street, Ste. 3300
Cincinnati, Ohio 45202
Tel: 513-651-6800
Fax: 513-651-6981
Email: rgold@fbtlaw.com

*Counsel to WPG Legacy, LLC*

0028924.0477342  4887-8803-3623v1