BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Phone: 702.262.6899 / Facsimile: 702.597.5503
Email: baxelrod@foxrothschild.com
        jmcpherson@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed March 17, 2023

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S THIRD OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**<br><br>Hearing Date:   April 20, 2023<br>Hearing Time:  10:30 a.m. |

**PLEASE TAKE NOTICE THAT THE DEBTOR IS REQUESTING THAT IT BE PERMITTED TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**

**IF YOU ARE RECEIVING THIS NOTICE OF THE DEBTOR'S THIRD OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON EXHIBIT 1 ATTACHED HERETO.  NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE.**

**PLEASE TAKE NOTICE** that on March 17, 2023, Cash Cloud, Inc. (the "Debtor"), by and through its counsel, filed a Debtor's Third Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases (the "Motion").[1]

**NOTICE IS FURTHER GIVEN** that copies of the Motion may obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal,

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

1

142885900.2

Telephone: (702) 262-6899, or by download at: https://cases.stretto.com/CashCloud (the "Case Website").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court.  The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on **April 20, 2023 at 10:30 a.m. prevailing Pacific time**.  Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code 029066#.

Dated this 17th day of March, 2023.    **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

142885900.2

2

| Service Provider | Service Provider Address | Services Provided | Account No. |
|---|---|---|---|
| Bailey's Sweeper Service | 5455 N. Rainbow Boulevard<br>Las Vegas, Nevada 89130 | Parking Lot/Street Sweeper | N/A |
| CenturyLink Communications, LLC d/b/a Lumen Technologies Group | P.O. Box 52187<br>Phoenix, Arizona 85072-2187 | Web Hosting/DNS/Office 365/Fax/Internet/Registration Services | 91255098 |
| Cox Business | Dept. #102276<br>P.O. Box 1259<br>Oaks, Pennsylvania 19456 | Telephone Line for Elevator & Alarm System | 001 8610 1348 70601 |
| Daich's First Choice Coffee Services | 6295 S. Pearly Street, Suite 5<br>Las Vegas, Nevada 89120 | Virtu 92 Coffee Machine & Related Coffee Supplies & Services | 601413 |
| DC Group, Inc. | 1977 West River Road North<br>Minneapolis, Minnesota 55411 | Uninterrupted Power Supply, ONAN Generator-DECC 4482, & 1.5 Hour Load Bank Test | COINCLNV01 |
| Desert Fire Protection, L.P. | 5040 Sobb Avenue<br>Las Vegas, Nevada 89118 | Fire Sprinker Inspection, Fire Hydrant Inspection, & First Extinguisher Service | 03CASHCL |
| G&G Systems | 4340 W. Hacienda Ave.<br>Las Vegas, Nevada 89118 | Fire Suppression & Fire Alarm Test | 2001 |
| High Desert Landscape & Design | Attn: Angie Torres<br>8800 W. Lone Mountain Road<br>Las Vegas, Nevada 89129 | Perimeter Landscaping | N/A |
| Las Vegas Pest Control | P.O. Box 35019<br>Seattle, Washington 98124-3419 | Rodent & Pest Control | 778321 |
| Las Vegas Valley Water District | P.O. Box 2921<br>Phoenix, Arizona 85062-2921 | Water | 6026 100 408-3 |
| Nextgen | 7165 Bermuda Rd.<br>Las Vegas, Nevada 89119 | Fire Alarm Monitoring | 12928 |
| NV Energy | P.O. Box 30150<br>Reno, Nevada 89520-3150 | Electricity | 3000 3657 4461 7161 96 |
| Otis Elevator Company | Dept LA 21684<br>Pasadena, California 91185-1684 | Elevator Maintenance | 88294306 |
| Quench USA, Inc. | P.O. Box 735777<br>Dallas, Texas 75373-5777<br><br>630 Allendale Rd., Suite 200<br>King Of Prussia, Pennsylvania 19406 | Cold/Hot Water Dispenser & Water Service | D354418 |
| Republic Silver State Disposal, Inc. dba Republic Services of Southern Nevada | 1771 E. Flamingo Rd.<br>Las Vegas, Nevada 89119 | Recycling Service | 3-0620-0999240 |
| Republic Silver State Disposal, Inc. dba Republic Services of Southern Nevada | P.O. Box 78829<br>Phoenix, Arizona 85062-8829 | Trash Service | 3-0620-0999522 |
| Siemens Industry, Inc. | C/O Citibank (Bldg Tech)<br>P.O. Box 2134<br>Carol Stream, Illinois 60132-2134 | Fire Panel & Alarm System (Main & Front Entrance) | 30660821 |
| Southwest Gas | P.O. Box 9890<br>Las Vegas, Nevada 89193-8890 | Gas | 9100 0292 9593 |
| West Coast Water Solutions, LLC | 9030 West Sahara Avenue, #288<br>Las Vegas, Nevada 89117 | Ice Machine & Water Filtration Service | N/A |

**FIRST OMNIBUS MOTION TO REJECT EXHIBIT 2,<br>NOTICE OF HEARING ON FIRST OMNIBUS MOTION TO REJECT EXHIBIT 1, AND<br>ORDER GRANTING FIRST OMNIBUS MOTION TO REJECT EXHIBIT 1**