Ronald E. Gold (Ohio Bar No. 0061351)
Erin P. Severini (Ohio Bar No. 0091487)
**FROST BROWN TODD LLP**
3300 Great American Tower
301 E. Fourth St.
Cincinnati, OH 45202
Telephone: 513-651-6800
Facsimile: 513-651-6981
Email: rgold@fbtlaw.com
       eseverini@fbtlaw.com

*Counsel for WPG Legacy, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on March 17, 2023, a true and correct copy of the *Request for Special Notice* (Docket No. 310) was served by the following means to the persons listed below:

**VIA THE COURT'S CM/ECF SYSTEM**
See the attached Notice of Electronic Filing for Docket No. 310 attached hereto as **Exhibit A**

**VIA U.S. MAIL (postage fully prepaid)**

| | |
|---|---|
| JOHN R. ASHMEAD<br>SEWARD & KISSEL<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | JARED A. DAY<br>OFFICE OF THE US TRUSTEE<br>300 BOOTH ST #3009<br>RENO, NV 89509 |
| FOX ROTHSCHILD LLP<br>1980 FESTIVAL PLAZA DR., SUITE 700<br>LAS VEGAS, NV 89135 | ROBERT J. GAYDA<br>SEWARD & KISSEL<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 |

| | |
|---|---|
| JORDI GUSO<br>BERGER SINGERMAN LLP<br>1450 BRICKELL AVENUE, STE. 1900<br>MIAMI, FL 33131 | PAUL R HAGE<br>TAFT STETTINIUS AND<br>HOLLISTER LLP<br>27777 FRANKLIN ROAD, SUITE 2500<br>SOUTHFIELD, MI 48034 |
| JAMES M. JIMMERSON<br>THE JIMMERSON LAW FIRM, P.C.<br>415 SOUTH 6TH STREET, SUITE 100<br>LAS VEGAS, NV 89101 | ANDREW KISSNER<br>MORRISON & FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019-3601 |
| RICHARD KRUGER<br>TAFT STETTINIUS & HOLLISTER LLP<br>27777 FRANKLIN ROAD, SUITE 2500<br>SOUTHFIELD, MI 48034 | LAW OFFICE OF SHEA LARSEN<br>1731 VILLAGE CENTER CIRCLE, SUITE 150<br>LAS VEGAS, NV 89134 |
| GARY LEE<br>MORRISON & FOERSTER LLP<br>250 WEST 55TH STREET<br>NEW YORK, NY 10019-3601 | CATHERINE V. LOTEMPIO<br>SEWARD & KISSEL<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 |
| ANDREW J. MATOTT<br>SEWARD & KISSEL<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | SEAN A. O'NEAL<br>STEEN & HAMILTON LLP<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 |
| PROVINCE, LLC<br>2360 CORPORATE CIRCLE, SUITE 330<br>HENDERSON, NV 89074 | SEWARD & KISSEL LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 |
| JAMES PATRICK SHEA<br>SHEA LARSEN PC<br>1731 VILLAGE CENTER CIRCLE, STE 150<br>LAS VEGAS, NV 89134 | Jeffrey Sylvester<br>Sylvester & Polednak, Ltd.<br>1731 Village Center Circle<br>Las Vegas, NV 89134 |
| JANE VANLARE<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | KYLE M. WYANT<br>SHEA LARSEN<br>1731 VILLAGE CTR CR, STE 150<br>LAS VEGAS, NV 89134 |
| Ryan J Works<br>McDonald Carano LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102 | |

I declare under penalty of perjury that the foregoing is true and correc.t

Dated: March 17, 2023

**FROST BROWN TODD LLP**

*/s/ Ronald E. Gold*
Ronald E. Gold (Ohio Bar No. 0061351)
301 East Fourth Street, Ste. 3300
Cincinnati, Ohio 45202
Tel: 513-651-6800
Fax: 513-651-6981
Email: rgold@fbtlaw.com

***Counsel to WPG Legacy, LLC***