BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed March 20, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**DEBTOR'S MOTION FOR ENTRY OF ORDER AUTHORIZING THE PAYMENT OF CERTAIN LICENSING FEES**<br><br>Hearing Date: April 20, 2023<br>Hearing Time: 9:30 a.m. |

Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its proposed undersigned counsel, Fox Rothschild LLP, respectfully submits this *Motion for Entry of Order Authorizing the Payment of Certain Licensing Fees* (the "Motion") under sections 105(a) and 363(b) of title 11 of the United States Code (the "Bankruptcy Code"). Debtor seeks entry of an order, substantially in the form attached hereto as **Exhibit 1** (the "Order"), authorizing Debtor to remit and pay Licensing Fees (as defined herein) in the ordinary course of business that are currently payable or may become payable this Chapter 11 Case.

1

143598239.2

The Motion is made and based upon the following memorandum of points and authorities, the *Declaration of Christopher Andrew McAlary* ("McAlary Declaration") filed concurrently herewith, the papers and pleadings on file with the Court in this Chapter 11 Case, and any oral arguments the Court may entertain at the hearing on the Motion.

DATED this 20th day of March 2023.

**FOX ROTHSCHILD LLP**

By:  /s/Brett Axelrod
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) & (B).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory bases for the relief requested herein are sections 105(a) and 363(b) of the Bankruptcy Code and Rule 6004 of the Federal Rules of Bankruptcy Procedures ("Bankruptcy Rules").

4. Pursuant to Local Rule 9014.2, Debtor consents to entry of a final order or judgment by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

143598239.2

## II.

## FACTUAL BACKGROUND

A.  **General Background**

5.  On February 7, 2023 (the "Petition Date"), Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the Chapter 11 Case in this Court.

6.  Debtor is continuing in possession of its property and is operating and managing its business as a debtor in possession, pursuant to Bankruptcy Code sections 1107 and 1108.

7.  On February 8, 2023, the Debtor filed a *Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [ECF No. 35] (the "DIP Financing Motion"), seeking approving of a debtor in possession loan in the aggregate amount of $5 million from (the "DIP Loan") from CKDL Credit, LLC (the "DIP Lender"). On March 20, 2023, the Court entered its Final Order approving the DIP Financing Motion [ECF No. 315].

8.  On February 17, 2023, the Office of the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [ECF No. 131, as amended on February 28, 2023, ECF No. 177].

9.  No request has been made for the appointment of a trustee or examiner.

B.  **Licensing Fees**

10. In the ordinary course of business, Debtor incurs certain business license and zoning permit fees in the places where its digital currency machines ("DCMs") are located (collectively, the "Licensing Fees"). Debtor pays the Licensing Fees to various state, county and city governments, including licensing authorities (the "Licensing Authorities") on a periodic basis (typically annually, but occasionally semi-annually) depending on the nature of a particular Licensing Fee and as required by applicable laws and regulations. A schedule identifying the Licensing Authorities to which Debtor owed Licensing Fees on the Petition Date (aggregating $20,366.88) is attached hereto as **Exhibit 2**. See McAlary Declaration, ¶ 4.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

11. If Debtor fails to pay the Licensing Fees, the Licensing Authorities may seek to revoke Debtor's business licenses and zoning permits, and require Debtor to remove its DCMs from the relevant locations and forfeit the income stream associated therewith. The amounts owed to the Licensing Authorities are relatively small and the likely disruption to Debtor's business from its failure to pay the Licensing Fees is significant. See McAlary Declaration, ¶ 5.

12. Debtor has sufficient funds under its budget approved by the DIP Lender in connection with the DIP Loan to pay the amounts described in this Motion in the ordinary course of business. See McAlary Declaration, ¶ 6.

13. Accordingly, Debtor seeks authority to pay and remit all prepetition and postpetition obligations on account of Licensing Fees, including where: (a) Licensing Fees have accrued or were incurred prepetition but were not paid prepetition (see Exhibit 2 hereto); and (b) Licensing Fees incurred for prepetition periods that become due and payable after the Petition Date. See McAlary Declaration, ¶ 7.

### III.
### LEGAL AUTHORITY

**A.    Payment of the Licensing Fees as Provided Herein Is a Sound Exercise of Debtor's Business Judgment.**

14. Courts in this jurisdiction and others generally acknowledge that it is appropriate to authorize the payment of prepetition obligations where necessary to protect and preserve the estate, including an operating business's going-concern value. See, e.g., In re Front Sight Mgmt., LLC, No. 22-11824-abl, Docket Nos. 50, 81, 141 (Bankr. D. Nev. 2022) (authorizing continued use of prepetition cash management system and accounts, payment of prepetition wages, and honor prepetition customer programs and obligations); In re Basic Water Co., No. 22-13252-mkn, Docket Nos. 51, 52, 97, 98 (Bankr. D. Nev. 2022) (authorizing continued use of prepetition cash management); In re Musclepharm Corp., No. 22-14422-nmc, Docket Nos. 75, 76 (Bankr. D. Nev. 2023) (authorizing debtor to maintain prepetition bank accounts and pay prepetition wages); In re Splash News & Picture Agency, LLC, No. 21-11377-abl, Docket Nos. 58, 60 (Bankr. D. Nev. 2021) (authorizing payment of prepetition wage claims and use of prepetition bank accounts and cash

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

management system); In re Alpha Guardian, a Nev. Corp., No. 20-11016-mkn, Docket Nos. 62, 63, 70 (Bankr. D. Nev. 2020) (authorizing debtor to pay prepetition wages and honor prepetition customer programs and obligations); In re Red Rose, Inc. d/b/a Petersen-Dean, No. 20-12814-mkn, Docket Nos. 88, 92, 93, 144, 155, 156, 313, 917 (Bankr. D. Nev. 2020) (authorizing payment of prepetition critical vendor claims, prepetition trust fund taxes, and prepetition vendor liabilities and customer reimbursements).

15. Pursuant to section 363(b) of the Bankruptcy Code, courts may authorize payment of prepetition obligations where a sound business purpose exists for doing so. See In re Ionosphere Clubs, 98 B.R. 174, 175 (Bankr. S.D.N.Y. 1989) (noting that section 363(b) provides "broad flexibility" to authorize a debtor to honor prepetition claims where supported by an appropriate business justification); see also Armstrong World Indus. v. James A. Phillips, Inc. (In re James A. Phillips, Inc.), 29 B.R. 391, 397 (S.D.N.Y. 1983) (affirming order authorizing contractor to pay prepetition claims of suppliers under section 363(b)). Indeed, courts have recognized that there are instances when a debtor's fiduciary duty can "only be fulfilled by the pre-plan satisfaction of a prepetition claim." In re CoServ, LLC, 273 B.R. 487, 497 (Bankr. N.D. Tex. 2002).

16. In addition, courts may authorize payment of prepetition claims in appropriate circumstances based on section 105(a) of the Bankruptcy Code, which codifies the Court's inherent equitable powers to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." See 11 U.S.C. § 105(a).

**B.    Waiver of Bankruptcy Rule 6004(a) and 6004(h).**

17. To implement the relief requested successfully, Debtor requests that the Court enter the Order, providing that notice provided satisfies Bankruptcy Rule 6004(a) and that Debtor has established cause to exclude such relief from the 14-day stay period under Bankruptcy Rule 6004(h).

**IV.**

**RESERVATION OF RIGHTS**

18. Nothing contained in this Motion or any actions taken pursuant to any order granting the relief requested by this Motion is intended or should be construed as (a) an admission as to the validity of any particular claim against Debtor, (b) a waiver of Debtor's rights to dispute any particular

5

143598239.2

claim on any grounds, (c) a promise or requirement to pay any particular claim, (d) an implication or admission that any particular claim is of a type specified or defined in this Motion or any order granting the relief requested by this Motion, (e) a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code, (f) a waiver or limitation of Debtor's rights under the Bankruptcy Code or any other applicable law, or (g) a concession by Debtor that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to this Motion are valid, and Debtor expressly reserves its right to contest the extent, validity, or perfection or seek avoidance of all such liens.  If the Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended and should not be construed as an admission as to the validity of any particular claim or a waiver of Debtor's rights to subsequently dispute such claim.

## V.

## NOTICE

19. Debtor has provided notice of this Motion to: (a) the Office of the United States Trustee for the District of Nevada; (b) counsel for the Committee; (c) counsel for the DIP Lender and secured creditors Genesis Global Holdco, LLC and Enigma Securities Limited; and (d) all parties who have requested notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested, Debtor respectfully submits that no other or further notice is necessary.

## VI.

## CONCLUSION

WHEREFORE, Debtor respectfully requests that the Court enter the Order granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

Dated this 20th day of March 2023.

**FOX ROTHSCHILD LLP**

By:    /s/Brett Axelrod
      BRETT A. AXELROD, ESQ.
      Nevada Bar No. 5859
      1980 Festival Plaza Drive, Suite 700
      Las Vegas, Nevada 89135
*Counsel for Debtor*

143598239.2

# EXHIBIT 1
## PROPOSED ORDER

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER AUTHORIZING THE PAYMENT OF CERTAIN LICENSING FEES** |
| | Hearing Date: April 20, 2023<br>Hearing Time: 9:30 a.m.<br>Estimated Hearing Time: 20 Minutes |

7

143598239.2

Upon the motion (the "Motion")[1] of the above-captioned debtor and debtor in possession ("Debtor") for entry of an order (this "Order"), authorizing Debtor, in its sole discretion, to pay certain Licensing Fees, all as more fully set forth in the Motion; and in the Omnibus Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157; and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of Debtor's estate, creditors, and other parties in interest; and this Court having found that Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is granted as set forth herein.

2. Debtor is authorized to pay (or use applicable credits to offset), in its sole discretion, all Licensing Fees, whether accrued prior to or after the Petition Date (including all Licensing Fees set forth on Exhibit 2 to Motion), absent further order of this Court, at such time when the Licensing Fees are payable in the ordinary course of business.

3. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any particular claim against Debtor; (b) a waiver of Debtor's rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order or the Motion; (e) a request or

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

143598239.2

authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) a waiver or limitation of Debtor's rights under the Bankruptcy Code or any other applicable law; or (g) a concession by Debtor that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to the Motion are valid, and Debtor expressly reserves its right to contest the extent, validity, or perfection or seek avoidance of all such liens.  Any payment made pursuant to this Order is not intended and should not be construed as an admission as the validity of any particular claim or a waiver of Debtor's rights to subsequently dispute such claim.

4.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

5.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Interim Order are immediately effective and enforceable upon its entry.

6.     Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   /s/Brett A. Axelrod
     BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
     NICHOLAS A. KOFFROTH, ESQ.
     Nevada Bar No. 16264
     ZACHARY T. WILLIAMS, ESQ.
     Nevada Bar No. 16023
     1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135
*Counsel for Debtor*

9

143598239.2

# **CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

- ☐ The Court has waived the requirement of approval in LR 9021(b)(1).

- ☒ No party appeared at the hearing or filed an objection to the motion.

- ☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

- ☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

143598239.2

**EXHIBIT 2**
**SCHEDULE OF LICENSING AUTHORITIES/FEES OUTSTANDING**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

143598239.2

| Total Amount | Payee | Description (Memo) | Payment Due |
|---|---|---|---|
| $360.00 | City of Burien, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $75.00 | City of Carnation, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $50.00 | City of Cashmere, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $75.00 | Castle Rock, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $50.00 | City of Centralia, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $25.00 | City of Elma, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $50.00 | City of Grandview, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $50.00 | City of Hoquiam, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $108.00 | City of La Conner, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $50.00 | City of Montesano, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $255.00 | City of Moses Lake, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $40.00 | City of Moxee, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $50.00 | City of Mt Vernon, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $50.00 | City of Ocean Shores, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |

| Total Amount | Payee | Description (Memo) | Payment Due |
|---|---|---|---|
| $30.00 | City of Olympia, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $500.00 | City of Pasco, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $65.00 | City of Poulsbo, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $100.00 | City of Prosser, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $0.00 | City of Quincy, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $80.00 | City of Richland, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $35.00 | City of Sedro-Woolley, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $19.00 | City of Silverdale, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $390.00 | City of Spokane, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $10.00 | City of Stevenson, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $84.00 | Sunnyside, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $55.00 | City of Tenino, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $50.00 | City of Toppenish, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $112.00 | City of Tukwila, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |

| Total Amount | Payee | Description (Memo) | Payment Due |
|---|---|---|---|
| $1,160.00 | City of Vancouver, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $40.00 | City of West Richland, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $50.00 | City of Westport, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $60.00 | City of Winthrop, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $42.90 | City of Yakima, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $25.00 | City of Yakima, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $471.90 | City of Yakima, WA (State of Washington) | City Business License: Unified Business Identifier (UBI) Registration | 10/31/2022 |
| $705.00 | Pasco County, FL | New Business License Accounts #119706, 119707, 119708, 119709 | 10/25/2022 |
| $70.00 | City of Colonial Heights, VA | New Business License | 10/31/2022 |
| $16.00 | City of Murfreesboro,TN | City Business License Renewal #0588325 | 10/31/2022 |
| $16.00 | City of Murfreesboro,TN | City Business License Renewal #0588327 | 10/31/2022 |
| $16.00 | City of Murfreesboro,TN | City Business License Renewal #0588328 | 10/31/2022 |
| $16.00 | City of Murfreesboro,TN | City Business License Renewal #0588326 | 10/31/2022 |
| $71.50 | City of Chula Vista, CA | Business License Renewal #093690 | 10/31/2022 |
| $61.88 | City of Sebring, FL | New Business license #23-6090 | 10/20/2022 |
| $78.00 | City of Reno, NV | Business License renewal #R157426A | 10/31/2022 |
| $50.00 | City of Sanibel, FL | New Business License #2203965 (1080553) | 10/31/2022 |
| $205.00 | City of Longwood, FL | Business License renewal #23-01882 | 10/31/2022 |
| $159.00 | City of Montebello, CA | Business license renewal #10714615 | 10/31/2022 |
| $580.69 | Town of Hampton, SC | New Business License #BL22-000157 | 10/31/2022 |
| $34.00 | City of Hawaiian Gardens, CA | Business license renewal #010585 | 10/31/2022 |

| Total Amount | Payee | Description (Memo) | Payment Due |
|---|---|---|---|
| $54.00 | Town of Apple Valley, CA | Business License renewal #00016506 | 11/30/2022 |
| $71.00 | City of Provo, UT | Business License renewal #LCB202000922 | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77716 (77750) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77717 (77751) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77734 (77768) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77736 (77770) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77740 (77774) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77742 (77776) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77743 (77777) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77744 (77778) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77747 (77781) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77748 (77782) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77749 (77783) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77750 (77784) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77776 (77809) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77777 (77810) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77779 (77812) | 11/30/2022 |
| $42.48 | City of Twentynine Palms, CA | Business License Renewal #BL21-000243 | 11/30/2022 |
| $25.00 | City of Glendale, AZ | Business License renewal 600000134-GBL | 11/30/2022 |
| $12.00 | Orange County, FL | New Zoning Permit #Z22009529 | 11/30/2022 |
| $12.00 | Orange County, FL | New Zoning Permit #Z22009548 | 11/30/2022 |
| $12.00 | Orange County, FL | New Zoning Permit #Z22009553 | 11/30/2022 |
| $12.00 | Orange County, FL | New Zoning Permit #Z22009562 | 11/30/2022 |
| $12.00 | Orange County, FL | New Zoning Permit #Z22009567 | 11/30/2022 |
| $12.00 | Orange County, FL | New Zoning Permit #Z22009569 | 11/30/2022 |
| $65.00 | City of Seattle, WA | Business License Renewals (multiple locations) | 11/30/2022 |
| $500.00 | City of Richmond Heights, MO | Business License Renewal #21-029582 | 11/30/2022 |
| $45.00 | City of Chandler, AZ | Business License renewal #202719 | 11/30/2022 |
| $45.00 | City of Chandler, AZ | Business License renewal #202731 | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77847 (77880) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77844 (77877) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77845 (77878) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77860 (77893) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77862 (77895) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77864 (77897) | 11/30/2022 |

| Total Amount | Payee | Description (Memo) | Payment Due |
|---|---|---|---|
| $75.00 | Hillsborough County, FL | New Business License #77867 (77900) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77869 (77902) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77871 (77904) | 11/30/2022 |
| $75.00 | Hillsborough County, FL | New Business License #77873 (77905) | 11/30/2022 |
| $62.50 | City of Logan, UT | Business License renewal #43010 | 11/30/2022 |
| $53.35 | City of Glendale, CA | Business License renewal BRC3318808 | 11/30/2022 |
| $79.60 | City of Upland, CA | Business License Renewal #00928439 | 11/30/2022 |
| $583.24 | City of Sparks, NV | Business License Renewal #S085727A-LIC | 11/30/2022 |
| $26.25 | City of Coos Bay, OR | Business License renewal #12413 | 11/30/2022 |
| $26.25 | City of Coos Bay, OR | Business License renewal #12412 | 11/30/2022 |
| $26.25 | City of Coos Bay, OR | Business License renewal #12414 | 11/30/2022 |
| $26.25 | City of Coos Bay, OR | Business License renewal #12720 | 11/30/2022 |
| $19.00 | City of Roseville, CA | Business License Renewal #00847520 | 11/30/2022 |
| $139.00 | City of Lynwood, CA | Business License renewal #02319592 | 11/30/2022 |
| $74.00 | City of Lynwood, CA | Business License renewal #02319669 | 11/30/2022 |
| $49.00 | City of Escondido, CA | Business License renewal #207357 | 11/30/2022 |
| $71.50 | City of Escondido, CA | Business License renewal #207359 | 11/30/2022 |
| $99.00 | City Everett, WA | Business License renewal #65201 | 11/30/2022 |
| $79.00 | City of Milpitas, CA | Business License renewal #42628 | 11/30/2022 |
| $100.00 | City of Pueblo, CO | Business License renewal #26761 | 11/30/2022 |
| $34.00 | City of San Mateo, CA | Business License renewal #086901 | 12/31/2022 |
| $50.00 | City of St. Peters, MO | Business License Renewal #GL20-000173 | 12/31/2022 |
| $29.00 | City of Grass Valley, CA | Business License renewal  #03604270 | 12/31/2022 |
| $50.00 | City of Rock Springs, WY | Business License renewal #14390 | 12/31/2022 |
| $63.66 | City of Santa Rosa, CA | Business License renewal #06526173 | 12/31/2022 |
| $368.00 | City of Springville, UT | Business License renewal #247 | 12/31/2022 |
| $184.39 | City of San Fernando, CA | Business License renewal #02112217 | 12/31/2022 |
| $329.88 | City of Goodyear, AZ | Business License renewal #9488 | 12/31/2022 |
| $82.50 | City of Beaverton, OR | Business License renewal #34007 | 12/31/2022 |

| Total Amount | Payee | Description (Memo) | Payment Due |
|---|---|---|---|
| $82.50 | City of Beaverton, OR | Business License renewal #34012 | 12/31/2022 |
| $82.50 | City of Beaverton, OR | Business License renewal #34208 | 12/31/2022 |
| $82.50 | City of Beaverton, OR | Business License renewal #35012 | 12/31/2022 |
| $82.50 | City of Beaverton, OR | Business License renewal #35013 | 12/31/2022 |
| $82.50 | City of Beaverton, OR | Business License renewal #35011 | 12/31/2022 |
| $105.00 | City of Sacramento, CA | Business License renewal #1049460 | 12/31/2022 |
| $35.00 | City of Farmington, NM | Business License renewal #22-00013417 | 12/31/2022 |
| $50.00 | City of La Vista, NE | Business License renewal #23-04203 | 12/31/2022 |
| $51.00 | Borough of North Wales, PA | Business License renewal #249881 | 12/31/2022 |
| $232.00 | City of Clovis, CA | Business License renewal #BL10125190 | 12/31/2022 |
| $232.00 | City of Clovis, CA | Business License renewal #BL10126577 | 12/31/2022 |
| $100.00 | City of Murray City, UT | Business License Renewal #2446 | 12/31/2022 |
| $109.40 | City of Whittier, CA | Business License renewal #113393 | 12/31/2022 |
| $40.00 | City of Raytown, MO | Business License renewal #000856-2021 | 12/31/2022 |
| $94.00 | City of Midvale, UT | Business License renewal #5419 | 12/31/2022 |
| $110.00 | City of West Valley, UT | Business License renewal #157911 | 10/31/2022 |
| $25.00 | City of Monroe, MO | Business License renewal #1428 | 12/31/2022 |
| $176.04 | Clayton County, GA | Business License renewal #BL-001848-2019 | 12/31/2022 |
| $157.50 | Clark County, NV | Business License renewal: #2005894-045-101 | 12/31/2022 |
| $142.50 | Clark County, NV | Business License renewal: #2005893-045-101 | 12/31/2022 |
| $76.25 | Clark County, NV | Business License renewal: #2005887-045-101 | 12/31/2022 |
| $97.50 | Clark County, NV | Business License renewal: #2005790-045-101 | 12/31/2022 |
| $165.30 | Clark County, NV | Business License renewal: #2004345-045-101 | 12/31/2022 |
| -$459.80 | Clark County, NV | Business License renewal: #2004344-045-101 | 12/31/2022 |
| $142.50 | Clark County, NV | Business License renewal: #2005888-045-101 | 12/31/2022 |
| $207.00 | Clark County, NV | Business License renewal: #2004332-045-101 | 12/31/2022 |
| $84.05 | Clark County, NV | Business License renewal: #2004341-045-101 | 12/31/2022 |
| $134.10 | Clark County, NV | Business License renewal: #2004334-045-101 | 12/31/2022 |
| $78.75 | Clark County, NV | Business License renewal: #2004342-045-101 | 12/31/2022 |

| Total Amount | Payee | Description (Memo) | Payment Due |
|---|---|---|---|
| $342.50 | Clark County, NV | Business License renewal: #2004343-045-101 | 12/31/2022 |
| $50.00 | City of North Little Rock | Business License renewal: #16718 | 12/31/2022 |
| $150.00 | City of Winchester, VA | Business License renewal: #00000024182 | 12/31/2022 |
| $105.00 | Chatham County, GA | Business License renewal: #OTC-023800 | 12/31/2022 |
| $150.00 | City of Savannah, GA | Business License renewal: #GBU20190485 | 12/31/2022 |
| $129.00 | City of Tulare, CA | Business License renewal: #BL-25853 | 12/31/2022 |
| $129.00 | City of Tulare, CA | Business License renewal: #BL-25852 | 12/31/2022 |
| $124.00 | City of Calexico, CA | Business License renewal: #309204 | 12/31/2022 |
| $50.00 | City of Lowell, AR | Business License renewal #G19224 | 1/31/2023 |
| $150.00 | City of Simi Valley, CA | Business License renewal #06842763 | 1/31/2023 |
| $600.52 | City of Sparks, NV | Business License renewal #S083848A-LIC | 1/31/2023 |
| $219.00 | City of Reno, NV | Business License renewal #R151117A | 1/31/2023 |
| $50.00 | City of Hubbard, OR | 2023 Annual Business Registration | 1/19/2023 |
| $50.00 | City of Sierra Vista, AZ | Business License renewal #3696 | 1/31/2023 |
| $50.00 | City of Sierra Vista, AZ | Business License renewal #4321 | 1/31/2023 |
| $150.00 | City of Westminster, CA | Business License renewal #05136319 | 1/31/2023 |
| $50.00 | City of Jacksonville, AR | Business License renewal #3493 | 1/31/2023 |
| $49.00 | City of National City, CA | Business License renewal #09050034 | 1/31/2023 |
| $350.00 | City of Milwaukie, OR | Business License renewal #B21-000005 & #B21-000006 | 1/31/2023 |
| $15.00 | City of Gilbert, AZ | Business License renewal #BUSLIC000387-02-2020 | 1/31/2023 |
| $15.00 | City of Gilbert, AZ | Business License renewal #BUSLIC000386-02-2020 | 1/31/2023 |
| $150.00 | City of Las Vegas, NV | Business License renewal #G70-05396 | 1/31/2023 |
| $150.00 | City of Las Vegas, NV | Business License renewal #G70-05395 | 1/31/2023 |
| $150.00 | City of Las Vegas, NV | Business License renewal #G70-05390 | 1/31/2023 |
| $150.00 | City of Las Vegas, NV | Business License renewal #G68-01270 | 1/31/2023 |
| $150.00 | City of Las Vegas, NV | Business License renewal #G68-00592 | 1/31/2023 |
| $150.00 | City of Las Vegas, NV | Business License renewal #G68-00584 | 1/31/2023 |
| $150.00 | City of Las Vegas, NV | Business License renewal #G68-00580 | 1/31/2023 |
| $159.00 | City of Camarillo, CA | Business License renewal #044572 | 2/28/2023 |

| Total Amount | Payee | Description (Memo) | Payment Due |
|---|---|---|---|
| $55.00 | City of Shoreline, WA | Business License renewal #8748 | 2/28/2023 |
| $55.00 | City of Shoreline, WA | Business License renewal #8747 | 2/28/2023 |
| $53.35 | City of Glendale, CA | Business License renewal #BRC3318808 | 2/28/2023 |
| $690.00 | City of Renton, WA | Business License renewal #56876, #56877, #56878, #56879 | 1/31/2023 |
| $130.23 | City of Stockton, CA | Business License renewal #55373 (Acct.#104957) | 1/31/2023 |
| $150.00 | City of Brawley, CA | Business License renewal #00781 | 1/31/2023 |
| $27.00 | City of Gautier, MS | Business License renewal #1698 | 1/31/2023 |
| $40.00 | City of Paragould, AR | Business License renewal #4412 | 1/31/2023 |
| $108.50 | City of Baldwin Park, CA | Business License renewal #1003959 | 1/31/2023 |
| $26.22 | Town of Southborough, MA | 2023 Actual Personal Property fees #120990 | 1/31/2023 |

$20,366.88