# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On March 10, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 2)

Furthermore, on March 14, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on SKR Real Estate, Attn: Samantha Dugan at 9911 Covington Cross Dr, Ste 100, Las Vegas, NV 89144-7033, pursuant to USPS forwarding instructions:

- **Notice of Entry of Order Granting Debtor's Motion for Approval of Rejection of Unexpired Lease with TSSP LLC Pursuant to 11 U.S.C. § 365(a) and Abandonment of Any Property that Remains at Premises** (Docket No. 182)

Dated: March 14, 2023

/s/ Monica Arellano
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is 10190 Covington Cross Dive, Las Vegas, NV 89144.

# **<u>Exhibit A</u>**



# Exhibit A
Served via First Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| A1 Food Mart | | 12641 Royal Oaks Ln | | Farmers Brnch | TX | 75234-4801 |
| Ameripawn | | 2435 Monroe St | Ste C | La Porte | IN | 46350-5264 |
| Brendan C Barnabi | | 5317 Chino Heights St | | N Las Vegas | NV | 89081-2970 |
| CartoDB Inc | Attn: Tobin McGilligan | 530 Roxbury Rd | | Stamford | CT | 06902-1131 |
| Cennox Reactive Field Services | Attn: Heather Spence | 1341 W Battlefield St | Ste 215 | Springfield | MO | 65807-4100 |
| Clean World 24 Hour Laundromat | | 1803 Brookvalley Pl | | Mount Juliet | TN | 37122-9217 |
| Morning Star Cleaning Service | | 869 Cherry Glen Pl | | Las Vegas | NV | 89138-4616 |
| Paises Unidos LLC | Attn: Guadalupe Trujillo Ayala | 2001 S 8th Pl | | Rogers | AR | 72758-6425 |
| Paradise City | Attn: Joseph Evans | c/o ClubPc Inc | 412 Sherman St | Holdrege | NE | 68949-2455 |
| Vapor USA | | 6529 E 51st St | | Tulsa | OK | 74145-7604 |