UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

## CERTIFICATE OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On March 20, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Entry of Final Order Under Bankruptcy Code Sections 105, 361,362, 363, 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1) and 364(E) and Bankruptcy Rules 2002, 4001, 6004 and 9014(I) (I) Authorizing Debtor to (a) Obtain Postpetition Financing and (B) Grant Adequate Protection** (Docket No. 318)

- **Notice of Entry of Final Orders on Debtor's Emergency First Day Motions** (Docket No. 324)

- **Notice of Entry of Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals** (Docket No. 325)

- **Notice of Entry of Order Authorizing Retention and Employment of the Jimmerson Law Firm, P.C. As Special Litigation Counsel to Debtor** (Docket No. 326)

- **Debtor's Motion for Entry of Order Authorizing the Payment of Certain Licensing Fees** (Docket No. 328)

- **Declaration of Christopher Andrew McAlary in Support of Debtor's Motion for Entry of Order Authorizing the Payment of Certain Licensing Fees** (Docket No. 329)

- **Notice of Hearing on Debtor's Motion for Entry of Order Authorizing the Payment of Certain Licensing Fees** (Docket No. 330)

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

Furthermore, on March 20, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on Surety Bank, Attn: Ryan James, Drew Gerhart & Suzette Hill at rjames@mysuretybank.com; dgerhart@mysuretybank.com; shill@mysuretybank.com:

- **Notice of Entry of Final Order Under Bankruptcy Code Sections 105, 361,362, 363, 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1) and 364(E) and Bankruptcy Rules 2002, 4001, 6004 and 9014(I) (I) Authorizing Debtor to (a) Obtain Postpetition Financing and (B) Grant Adequate Protection** (Docket No. 318)

- **Notice of Entry of Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals** (Docket No. 325)

- **Notice of Entry of Order Authorizing Retention and Employment of the Jimmerson Law Firm, P.C. As Special Litigation Counsel to Debtor** (Docket No. 326)

Furthermore, on March 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**, and via electronic mail on the service list attached hereto as **Exhibit E**:

- **Notice of Entry of Final Orders on Debtor's Emergency First Day Motions** (Docket No. 324)

Dated: March 21, 2023

/s/ Sabrina G. Tu
Sabrina G. Tu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 720.792.9194
Email: TeamCoinCloud@stretto.com

# **Exhibit A**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| American Express | | 200 Vesey St | | New York | NY | 10285 |
| American Express | | PO Box 981535 | | El Paso | TX | 79998 |
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | Box 551220 | Las Vegas | NV | 89155-1220 |
| Franchise Tax Board | Bankruptcy Section, MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| Sectran Security Inc. | | 7633 Industry Ave | | Pico Rivera | CA | 90660 |
| Sectran Security Inc. | Attn: Rony Ghaby | PO Box 227267 | | Los Angeles | CA | 90022 |
| Texas Workforce Commission | Regulatory Integrity Division - SAU | 101 E. 15th Street | Room 556 | Austin | TX | 78778-0001 |
| Two Farms Inc (d/b/a Royal Farms) | Attn: John Kemp | 3611 Roland Ave | | Baltimore | MD | 21211 |

# **Exhibit B**



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ACE Cash Express | Attn: Tino Tovo | | ttovo@populusfinancial.com |
| Armondo Redmond | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson | | cemery@avtechcapital.com<br>jrobertson@avtechcapital.com |
| Black Hole Investments LLC | Attn: Zachary Chaltiel | | zach@victoireventures.com |
| Black Hole Investments, LLC formerly known as EZ Coin, LLC | c/o Black & Wadhams | Attn: Brigid M. Higgins | bhiggins@blackwadhams.law |
| Brink's U.S. | c/o Hirschler Fleischer, P.C. | Attn: Brittany B. Falabella & Robert Westermann | bfalabella@hirschlerlaw.com<br>rwestermann@hirschlerlaw.com |
| Brink's U.S. | Attn: Beau Anderson | | beau.anderson@brinksinc.com |
| Cal's Convenience Inc - Parent Account | Attn: Ray Harrison | | ray.harrison@calscstores.com |
| Cennox Reactive Field Services | Attn: Heather Spence | | michael.goggans@cennox.com<br>legal@cennox.com |
| Cennox Reactive Field Services LLC | Attn: Michael Goggans | | legal@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | Attn: Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. | ccarlyon@carlyoncica.com<br>dcica@carlyoncica.com<br>tosteen@carlyoncica.com |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Attn: Jeffery R. Sylvester, Esq. | jeff@sylvesterpolednak.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Jordi Guso | jguso@bergersingerman.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Scott Jablonski & Mitchell W. Goldberg | sjablonski@bergersingerman.com<br>mgoldberg@bergersingerman.com |
| Cole Kepro International, LLC | Attn: Andrew Cashin & Frederick Cook | | info@colekepro.com<br>fred@colekepro.com |
| Cole Kepro International, LLC | c/o Taft Stettinius & Hollister, LLP | Attn: David Z. Adler, Esq. | phage@taftlaw.com |
| Cole Kepro International, LLC | c/o Lewis Roca Rothgerbe Christie LLP | Attn: Ogonna M. Brown, Esq. & Dan R. Waite, Esq. | obrown@lewisroca.com |
| Deployment Logix Inc. | Attn: Ken Rogers | | ken.rogers@deploymentlogix.com |
| EG America LLC | Attn: Dave Allen | | david.allen@eg-america.com |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | Attn: Gary Lee & Andrew Kissner | glee@mofo.com<br>akissner@mofo.com |
| Enigma Securities Limited | c/o Shea Larsen | Attn: James Shea, Esq., Bart Larsen, Esq., Kyle Wyant, Esq. | kwyant@shea.law<br>blarsen@shea.law<br>jshea@shea.law |
| EZ Blackhole | Attn: Edouard Chaltiel | | echaltiel@victoireventures.com |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | | baxelrod@foxrothschild.com<br>zwilliams@foxrothschild.com |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | Attn: Sean O'Neal, Michael Weinberg, & Jan VanLare | soneal@cgsh.com<br>mdweinberg@cgsh.com<br>jvanlare@cgsh.com |
| Genesis Global Holdco, LLC | c/o Snell & Wilmer LLP | Attn: Robert Kinas, Blakeley Griffith, and Charles Gianelloni | rkinas@swlaw.com<br>bgriffith@swlaw.com<br>cgianelloni@swlaw.com |
| Genesis Global Trading Inc. | Attn: Andrew Tsang | | atsang@genesistrading.com |
| Good 2 Go Stores LLC | c/o Holland & Hart LLP | Attn: Timothy A. Lukas | ecflukast@hollandhart.com |
| I Heart Media | Attn: Roy Vann | | invoices@iheartmedia.com |
| Internal Revenue Service | Attn: Mary Sevilla | | mary.b.savilla@irs.gov<br>priscilla.a.burks@irs.gov |
| Loomis | Attn: TJ Niko | | tj.niko@us.loomis.com |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Luis Flores | c/o Andersen & Beede | Attn: Ryan A. Andersen and Valerie Y. Zaidenberg | ryan@aandblaw.com<br>valerie@aandblaw.com |
| National Services, LLC | Attn: Stefanie Farmer | | stefanie.farmer@nsa.bz<br>evans@nsafieldservice.com |
| National Services, LLC | c/o Hodges, Doughty, & Carson | Attn: Matthew Graves | mgraves@hdclaw.com |
| Official Committee of Unsecured Creditors | c/o Seward & Kissel LLP | Attn: John R. Ashmead, Esq., Robert J. Gayda, Esq., Catherine V. LoTempio, Esq., Andrew J. Matott, Esq. | ashmead@sewkis.com<br>gayda@sewkis.com<br>lotempio@sewkis.com<br>matott@sewkis.com |
| Official Committee of Unsecured Creditors | c/o McDonald Carano LLP | Attn: Ryan J. Works & Amanda M. Perach | aperach@mcdonaldcarano.com<br>rworks@mcdonaldcarano.com |
| OptConnect Management LLC | Attn: Chris Baird | | chris.baird@optconnect.com |
| OptConnect Management LLC | c/o Law Office of Brian D. Shapiro, LLC | Attn: Brian D. Shapiro, Esq. | brian@brianshapirolaw.com |
| OptConnect MGT, LLC | c/o Dechert LLP | Attn: Craig Druehl | craig.druehl@dechert.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. | | rtucker@simon.com |
| Spec's - Parent | Attn: Ryan Holder | | rholder@specsonline.com |
| The Jimmerson Law Firm | Attn: Jim Jimmerson | | jimmerson@jimmersonlawfirm.com |
| Thorntons LLC | Attn: Kim James | | kim.james@mythorntons.com |
| Trangistics Inc | Attn: Arlette Warner | | ar@trangistics.com |
| Trangistics, Inc. | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | | edward.m.mcdonald@usdoj.gov<br>jared.a.day@usdoj.gov |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Esq. | rgold@fbtlaw.com |
| Yesway | Attn: Derek Gaskins | | derek.gaskins@yesway.com |

# **Exhibit C**



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Cole Kepro International, LLC | c/o Lewis Roca Rothgerbe Christie LLP | Attn: Ogonna M. Brown, Esq. & Dan R. Waite, Esq. | 3993 Howard Hughes Pkwy Ste 600 | Las Vegas | NV | 89169-5996 | |
| Corporation Service Company, as Representative | | PO Box 2576 | | Springfield | IL | 62708 | |
| Corporation Service Company, as Representative | | 801 Adlai Stevenson Drive | | Springfield | IL | 62703 | |
| Enigma Securities Limited | | 30 Panton St | 6th Floor | London | | SW1Y 4AJ | United Kingdom |
| Prime Alliance Bank, Inc | | 1868 South 500 West | | Woods Cross | UT | 84087 | |

# **Exhibit D**



**Exhibit D**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Bristol CT Assessor | | 111 N. Main St | | | Bristol | CT | | |
| Chatham County GA Tax Collector | | 222 W Oglethorpe Ave #107 | | | Savannah | GA | 00910-3855 | |
| City of Merced CA | | 678 W 18th St | | | Merced | CA | 06010 | |
| Cox Business | Dept. #102276 | PO Box 1259 | | | Oaks | PA | 31401 | |
| Cox Communications | | PO Box 53262 | | | Phoenix | AZ | 95340 | |
| Cox Communications | | 6205-B Peachtree Dunwoody Road NE | | | Atlanta | GA | 30341 | |
| Department of Bankywine and Finance | | 2990 Brandywine Road | Suite 200 | | Atlanta | GA | 19101-7346 | |
| Department of Treasury - Internal Revenue Service | | PO Box 7346 | | | Philadelphia | PA | 20024 | |
| District of Columbia | | Office of Tax And Revenue | 1101 4Th St. Sw # 270 | | Washington | DC | 95798-9061 | |
| Employment Development Dept | | PO Box 989061 | | | West Sacramento | CA | 95826 | |
| Employment Development Dept | | 3321 Power Inn Road, Suite 220 | | | Sacramento | CA | 32399 | |
| Florida Office of Financial Regulation | | 200 E. Gaines Street | | | Tallahassee | FL | 31520 | |
| Glynn County | Occupation Tax Registration | 1725 Reynolds St. Ste 200 | | | Brunswick | GA | 84101 | |
| Internal Revenue Service | Attn: Kimberly Wheelock | 178 S Rio Grande St | M/S 5021 | | Salt Lake City | UT | 98174 | |
| Internal Revenue Service | Attn: Mary Sevilla | 915 2nd Ave | M/S W244 | | Seattle | WA | 50309 | |
| Iowa Division of Banking | | 200 E. Grand Avenue | Suite 300 | | Des Moines | IA | 64121-9747 | |
| Jackson County Collector | | PO Box 219747 | | | Kansas City | MO | 63050 | |
| Michelle Worth | | PO Box 100 | 729 Maple Street | | Hillsboro | MO | 89706 | |
| Nevada Financial Institutions Division | | 1830 E. College Pkwy | Ste. 100 | | Carson City | NV | 87505 | |
| New Mexico Regulation & Licensing Department | | Toney Anaya Building | 2550 Cerrilos Rd. | | Santa Fe | NM | 87109 | |
| New Mexico Regulation & Licensing Department | | 5500 San Antonio Dr. | | | Albuquerque | NM | 94105-3493 | |
| NV Energy | | PO Box 30150 | | | Reno | NV | 97309 | |
| NV Energy | | 6226 W. Sahara Ave. | | | Las Vegas | NV | 97309 | |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | 425 Market St | Ste 2900 | San Francisco | CA | 84067 | |
| Oregon Division of Financial Regulation | | PO Box 14480 | | | Salem | OR | 90660 | |
| Oregon Division of Financial Regulation | | 350 Winter St. NE | Room 410 | | Salem | OR | 90022 | |
| Puerto Rico Bureau of Financial Institutions | | Centro Europa Building | 1492 Ave. Ponce De Leon | Suite 600 | Santurce | | 63105-0291 | Puerto Rico |
| Puerto Rico Bureau of Financial Institutions | | PO Box 11855 | | | San Juan | | 63105 | Puerto Rico |
| Roy City UT | | 5051 S 1900 West | | | Roy | UT | 36104 | |
| Sectran Security Inc. | | 7633 Industry Ave | | | Pico Rivera | CA | 99811-0400 | |
| Sectran Security Inc. | Attn: Rony Ghaby | PO Box 227267 | | | Los Angeles | CA | 85038 | |
| St Louis County Dept of Revenue | Collector of Revenue | PO Box 11491 | | | Saint Louis | MO | 94279-0121 | |
| St Louis County Dept of Revenue | Collector of Revenue | 41 South Central | | | Clayton | MO | 46204 | |
| State of Alabama | | Alabamba Department of Revenue | 50 N. Ripley | | Montgomery | AL | 50319 | |
| State of Alaska | | Alaska Department of Revenue | P.O. Box 110400 | | Juneau | AK | 70802 | |
| State of Arizona | | Arizona Department of Revenue | PO Box 29085 | | Phoenix | AZ | 02114 | |
| State of California | | State Board of Equalization | 450 N Street, Mic:121 | | Sacramento | CA | 39056 | |
| State of Indiana | | Indiana Department of Revenue | 100 N. Senate Ave | | Indianapolis | IN | 89706 | |
| State of Iowa | | Department of Revenue | Hoover State Office Building, 4Th Fl | 1305 E. Walnut | Des Moines | IA | 89713-0030 | |
| State of Louisiana | | Dept of Revenue | 617 North Third St | | Baton Rouge | LA | 03301 | |
| State of Massachusetts | | Massachusetts Department of Revenue | 100 Cambridge Street | | Boston | MA | 08695-0281 | |
| State of Mississippi | | Mississippi Department of Revenue | 500 Clinton Center Drive | | Clinton | MS | 87504 | |
| State of Nevada | | Department of Taxation | 1550 College Parkway, Suite 115 | | Carson City | NV | 12205-0300 | |
| State of Nevada | | Department of Taxation | 500 East Third Street | | Carson City | NV | 43229 | |
| State of New Hampshire | | Department of Revenue Admin | Governor Hugh Gallen State Office Park | 109 Pleasant Street | Concord | NH | 43216-0530 | |
| State of New Jersey | | New Jersey Division of Taxation | Revenue Processing Center | PO Box 281 | Trenton | NJ | 17104 | |
| State of New Mexico | | New Mexico Tax And Revenue Dept | 1100 South St. Francis Drive | | Sante Fe | NM | 02908 | |
| State of New York | | Dept. of Taxation And Finance | Bankruptcy Section | P.O. Box 5300 | Albany | NY | 02920 | |
| State of Ohio | | Ohio Department of Taxation | 4485 Northland Ridge Blvd. | | Columbus | OH | 57501-3185 | |
| State of Ohio | | Ohio Department of Taxation | PO Box 530 | | Columbus | OH | 37242 | |
| State of Pennsylvania | | Pennsylvania Dept. of Revenue | 1846 Brookwood St | | Harrisburg | PA | 05633 | |
| State of Rhode Island | Division of Taxation | One Capital Hill | | | Providence | RI | 23230 | |
| State of Rhode Island Department of Business Regulation | | 1511 Pontiac Avenue | | | Cranston | RI | 98504-7463 | |
| State of South Dakota | | South Dakota Department of Revenue | 445 East Capitol Ave | | Pierre | SD | 25301 | |
| State of Tennessee | | Tennessee Department of Revenue | Collection Services Division | 500 Deaderick Street | Nashville | TN | 33461 | |
| State of Vermont | | Vermont Department of Taxes | 133 State Street | | Montpelier | VT | 37659 | |
| State of Virginia | | Virginia Department of Taxation | 1957 Westmoreland Street | | Richmond | VA | 37659 | |
| State of Washington | | Depart of Revenue | PO Box 47473 | | Olympia | WA | 98501 | |
| State of West Virginia | | West Virginia Department of Revenue | 1124 Smith Street | | Charleston | WV | 98504 | |
| Village of Palm Springs FL | | 226 Cypress Lane | | | Palm Springs | FL | 19456 | |
| Washington County Trustee | | PO BOX 215 | | | Jonesborough | TN | 85072-3262 | |
| Washington County Trustee | | 100 E Main Street | | | Jonesborough | TN | 30328 | |
| Washington State Department of Financial Institutions | | 150 Israel Rd. SW | | | Tumwater | WA | 89520-3150 | |
| Washington State Department of Financial Institutions | | PO Box 41200 | | | Olympia | WA | 89146 | |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)

Page 1 of 1

# **<u>Exhibit E</u>**



# Exhibit E
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| AWS (Amazon Web Services) | Attn: Amazon.com Legal Department | | abuse@amazonaws.com |
| Brink's U.S. | c/o Hirschler Fleischer, P.C. | Attn: Brittany B. Falabella & Robert Westermann | bfalabella@hirschlerlaw.com rwestermann@hirschlerlaw.com |
| Brink's U.S. | Attn: Beau Anderson | | beau.anderson@brinksinc.com |
| Christina McMurray, Tax A/C | | | christina.mcmurray@randallcounty.gov |
| Deployment Logix Inc. | Attn: Ken Rogers | | ken.rogers@deploymentlogix.com |
| Duval County Tax Collector | Jim Overton | | taxcollector@coj.net |
| Kansas City MO Tax Administration | Attn: Business License Office | | business.license@kcmo.org |
| Las Vegas Valley Water District | | | legal@lvwd.com |
| Lola Tech Limited | Attn: Nick Boni | | nick@lola.tech |
| Loomis | Attn: TJ Niko | | tj.niko@us.loomis.com |
| Lumen | | | billing@lumen.com |
| OptConnect Management LLC | Attn: Chris Baird | | chris.baird@optconnect.com |
| Oracle America, Inc | Ethan Masse | | ethan.masse@oracle.com |
| PAC Armed LLC | Samson | | info@pacarmed.com |
| Potter County Tax Assessor/Collector - Sherri Aylor | | | pcto@co.potter.tx.us |
| Puerto Rico Bureau of Financial Institutions | Attn: Treasury Department | | procuradordelcontribuyente@hacienda.pr.gov |
| Republic Silver State Disposal, Inc. dba Republic Services of Southern Nevada | | | legal@republicservices.com |
| Ring Central | | | legal@ringcentral.com |
| Rochester Armored Car Co, Inc | Bill Shea | | wpshea@rocarmco.com |
| Southwest Gas | | | anthony.sassi@swgas.com |
| State of Arkansas | Attn: Director | | bailey.gibbs@dfa.arkansas.gov |
| State of Colorado | | | dor_taxpayerservice@state.co.us |
| State of Connecticut | | | drs@ct.govmark.boughton@po.state.ct.us |
| State of Delaware | | | kathy.revel@delaware.gov |
| State of Florida | Attn: General Counsel | | emaildor@floridarevenue.com |
| State of Georgia | | | corporate.incometaxissues@dor.ga.gov |
| State of Hawaii | | | tax.directors.office@hawaii.gov |
| State of Idaho | | | taxrep@tax.idaho.gov |
| State of Illinois | | | rev.ta-bit-wit@illinois.gov |
| State of Kansas | | | kdor_tac@ks.gov |
| State of Kentucky | | | businessregistration@kentucky.gov |
| State of Maine | | | income.tax@maine.gov |
| State of Maryland | Attn: Comptroller of Maryland | | taxhelp@marylandtaxes.gov |
| State of Michigan | | | mistatetreasurer@michigan.gov |
| State of Minnesota | | | salesuse.tax@state.mn.us |
| State of Missouri | | | salesuse@dor.mo.gov |
| State of Montana | | | dorcustomerassistance@mt.gov |
| State of Nebraska | | | rev.bnc@nebraska.gov |



**Exhibit E**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State of New Jersey | | | taxation.director@treas.state.nj.us |
| State of North Carolina | | | ronald.penny@ncdor.gov |
| State of North Dakota | | | taxinfo@nd.gov |
| State of Oklahoma | | | outofstatebankruptcy@tax.ok.gov |
| State of Oregon | | | directors.office@oregon.gov |
| State of Oregon | | | questions.dor@oregon.gov |
| State of South Carolina | | | director@dor.sc.gov |
| State of Texas | | | glenn.hegar@cpa.texas.gov |
| State of Utah | | | taxmaster@utah.gov |
| State of Wisconsin | | | dorsecretary@revenue.wi.gov |
| State of Wyoming | | | dor@wyo.gov |
| Trangistics Inc | Attn: Arlette Warner | | ar@trangistics.com |
| Verizon | Attn: Cendy Castro | | cendy.castro@verizonwireless.com |