_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 21, 2023

**Goldsmith & Guymon, P.C.**
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Amondo Redmond

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-23-10423-MKN |
| | Chapter 11 |
| CASH CLOUD INC., | |
| | Hearing Date: 3/17/2023 |
| Debtor. | Hearing Time: 9:30 a.m. |

**ORDER GRANTING MOTION TO MODIFY AUTOMATIC STAY**

   This matter having come before this Court upon Amondo Redmond, by and through counsel, Marjorie A. Guymon, Esq. of Goldsmith & Guymon, P.C., having filed a Motion to Modify Automatic Stay; proper notice having been given; and for good cause appearing,

   **IT IS HEREBY ORDERED** that the Motion to Modify the Automatic Stay pursuant to 11 U.S.C. §362(d) is granted;

   **IT IS FURTHER ORDERED** that Amondo Redmond shall be permitted to proceed with litigation against the Debtor in the pending State Court case filed in the Eight Judicial District Court, Clark County, Nevada, Case No. A-21-839023-B.

...

1

**CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement of approval under LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

APPROVED:

FOX ROTHSCHILD LLP


/s/Brett A. Axelrod
_____
Brett A. Axelrod, Esq.
Nevada Bar No. 5859
baxelrod@foxrothschild.com
1980 FESTIVAL PLAZA DRIVE STE 700
LAS VEGAS, NV 89135
Counsel for the Debtor

_X_ I certify that this a case under Chapter 11 and that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/ *Marjorie A. Guymon*

_____
Marjorie A. Guymon, Esq.
Attorneys for Creditor, Prolacta Bioscience

**IT IS SO ORDERED.**

###

2