**Goldsmith & Guymon, P.C.**
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Amondo Redmond

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-23-10423-MKN |
| | Chapter 11 |
| CASH CLOUD INC., | |
| | Hearing Date: March 17, 2023 |
| Debtor. | Hearing Time: 9:30 AM |

### AMENDED NOTICE OF ENTRY OF ORDER

PLEASE TAKE NOTICE that an ORDER GRANTING MOTION TO MODIFY AUTOMATIC STAY was entered in the above-captioned bankruptcy case on March 21, 2023. A copy of said document is attached hereto.

DATED: March 22, 2023.

                                        GOLDSMITH & GUYMON, P.C.

                                        By: */s/ Marjorie A. Guymon, Esq.*
                                                Marjorie A. Guymon, Esq.
                                                Nevada Bar No. 4983
                                                mguymon@goldguylaw.com
                                                2055 Village Center Circle
                                                Las Vegas, Nevada 89134
                                                Telephone: (702) 873-9500
                                                Attorneys for Amondo Redmond

**CERTIFICATE OF SERVICE**

I declare that on March 22, 2023 , I FILED and SERVED a true and correct copy of the AMENDED NOTICE OF ENTRY OF ORDER GRANTING MOTION TO MODIFY AUTOMATIC STAY, through the United States Bankruptcy Court ECF Filing System, to all the registered parties. AND by United States Mail, postage fully prepaid, to the following parties:

JORDI GUSO
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

PAUL R HAGE
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

ANDREW KISSNER
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

RICHARD KRUGER
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

GARY LEE
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

SEAN A. O'NEAL
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

SEWARD & KISSEL LLP
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 22, 2023

/s/ Maria Avalos
Maria Avalos
An employee of GOLDSMITH & GUYMON, P.C.

_[signature]_
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 21, 2023

---

**Goldsmith & Guymon, P.C.**
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Amondo Redmond

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-S-23-10423-MKN |
| | Chapter 11 |
| CASH CLOUD INC., | |
| | Hearing Date: 3/17/2023 |
| Debtor. | Hearing Time: 9:30 a.m. |

**ORDER GRANTING MOTION TO MODIFY**
**AUTOMATIC STAY**

This matter having come before this Court upon Amondo Redmond, by and through counsel, Marjorie A. Guymon, Esq. of Goldsmith & Guymon, P.C., having filed a Motion to Modify Automatic Stay; proper notice having been given; and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion to Modify the Automatic Stay pursuant to 11 U.S.C. §362(d) is granted;

**IT IS FURTHER ORDERED** that Amondo Redmond shall be permitted to proceed with litigation against the Debtor in the pending State Court case filed in the Eight Judicial District Court, Clark County, Nevada, Case No. A-21-839023-B.

...

|   |   |   |
|---|---|---|
| 1 | | **CERTIFICATION** |
| 2 | | In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one): |
| 3 | | |
| 4 | ___ | The court has waived the requirement of approval under LR 9021(b)(1). |
| 5 | ___ | No party appeared at the hearing or filed an objection to the motion. |
| 6 | _X_ | I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below: |

APPROVED:

FOX ROTHSCHILD LLP


/s/Brett A. Axelrod
_____
Brett A. Axelrod, Esq.
Nevada Bar No. 5859
baxelrod@foxrothschild.com
1980 FESTIVAL PLAZA DRIVE STE 700
LAS VEGAS, NV 89135
Counsel for the Debtor

_X_  I certify that this a case under Chapter 11 and that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/ *Marjorie A. Guymon*

_____
Marjorie A. Guymon, Esq.
Attorneys for Creditor, Prolacta Bioscience

**IT IS SO ORDERED.**

###

2