# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| CASH CLOUD, INC.[1] | Case No. 23-10423 (MKN) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On March 22, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Revised Proposed Final Orders on: 1) Order Granting Debtor's First Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment; and 2) Order Granting Debtor's Second Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment** (Docket No. 342)

Dated: March 23, 2023

/s/ Sabrina G. Tu
Sabrina G. Tu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 720.792.9194
Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 1701 S Lindbergh Blvd | Attn: Kelly Knebel | 1701 S Lindbergh Blvd | | Frontenac | MO | 63131 |
| 18Bin | Attn Michael L Tomlinson | 107 E Charleston Blvd | #150 | Las Vegas | NV | 89104 |
| Adams Smoke Shop LLC | Attn Ghilan Alsahari | 4540 Socastee Blvd | | Myrtle Beach | SC | 29588 |
| Afreen Enterprises LLC | Attn Amin Khimani | c/o Quick Serve Convenience Store (76) | 1316 S Lake Dr | Lexington | SC | 29073 |
| Alarabi Super Market | Attn Abdulkareem Hasan Mohammad Qerba | 8619 Richmond Ave #500 | | Houston | TX | 77063 |
| All American Meat, Inc. DBA Farmers Country Market | Attn Aaron Breedyk | 111 N Atkinson Ave | | Roswell | NM | 88203-7961 |
| American Dollar Plus Store | Attn Dipendra Shrestha | 9770 Forest Ln | | Dallas | TX | 75243 |
| American Express | | 200 Vesey St | | New York | NY | 10285 |
| American Express | | PO Box 981535 | | El Paso | TX | 79998 |
| App Family Pizza LLC | Attn Pishoy Mousa Pula Mahrous | 403 W Trinity Ln | Ste 102 | Nashville | TN | 37207 |
| Arazbiz | Attn Jafar Ahmadiansarai | 350 S 2nd St, 303 | | San Jose | CA | 95113 |
| Area 51 STL LLC | Attn: Peter Brooks | 6901 Gravois Ave | | St. Louis | MO | 63116 |
| Audiolust Records | Attn Jeffrey G Buchholtz | 127 6th St S | | La Crosse | WI | 54601 |
| B Awesome | Attn Troung Xuan Pham (John) | 3974 W 4100 S | Ste B | W Valley City | UT | 84120 |
| Bad Owl Coffee, LLC | Attn: Annie Chang | 10575 S Eastern Ave | Ste 160 | Henderson | NV | 89052 |
| Best Budz Smoke Shop LLC | Attn Abdalla Azzam | c/o NorthPointe Plaza Smoke Shop | 8631 Columbus Pike | Lewis Center | OH | 43035 |
| Blazing Haze Smoke Shop | Attn Prasanna Adhikari | 3401 E. Belknap Street | | Fort Worth | TX | 76111 |
| Blu Drop dba Blu Liquor | Attn: Kimmy Alexandre | 8620 Long Point Rd | | Houston | TX | 77055 |
| Boardwalk Vapes - Destin | Attn Christian DeArco & Jot Singh | 981 US-98 | ##2 | Destin | FL | 32541 |
| bp | Attn Kumar Parveen Kumar Vaid | 3000 Linden Ave | | Dayton | OH | 45410 |
| BP | Attn: Kumar Vaid | 1273 S. Main Street | | Englewood | OH | 45322 |
| Brand Cigars Newtown | Attn: Sujata Patel | 266 S Main St | | Newtown | CT | 06470 |
| Bubbles Laundromat | Attn: Jully Demarcus | 3205 Wrightsboro Rd | | Augusta | GA | 30909 |
| Bullets Card Club | Attn James Ball | c/o Bullets Card Club | 11907 Menchaca Rd | Austin | TX | 78748 |
| Canyon Crossing Petroleum | Attn: Dan Patel | 1175 Snow Canyon Pkwy | Suite #101 | Ivins | UT | 84738 |
| Car Stop Pre Owned Auto LLC | Attn: Joseph Riggs | 1035 14th St W | | Huntington | WV | 25704 |
| Carriage Work Laundry | Attn Darin Edward Mann | 727 Shawnee St | | Leavenworth | KS | 66048 |
| Catoosa Vapors + | Attn Nation Jack Collins | 750 S. Cherokee Street | Suite H | Catoosa | OK | 74015 |
| CDP Investments LLC | Attn Mark Poirier | 316 Warren Ave | | East Providence | RI | 02914 |
| Chanpreet Singh Gahlla | Attn Chanpreet Singh Gahlla | c/o Sunrise Market 101 LLC | 3505 Lancaster Dr NE | Salem | OR | 97305 |
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | Box 551220 | Las Vegas | NV | 89155-1220 |
| Classic Kickz | Attn Tyler Everett McElroy | 358 High St | | Morgantown | WV | 26505 |
| Coastal Spirits | Attn: Sarju Patel | 107 S Godley Station Blvd | | Pooler | GA | 31322 |
| Contender eSports | Attn Bradford Sims | 4511 Olde Perimeter Way | #400 | Atlanta | GA | 30346 |
| Countryside Mall LLC | | 8861 West Sahara Ave | | Las Vegas | NV | 89117 |
| Countryside Mall LLC | Attn: Mike Patel | PO Box 50184 | | Los Angeles | CA | 90074-0184 |
| CPR Cell Phone Repair North Kansas City | Attn Mulugheta (Lou) Berhane | 3028 NW 57 St | | Kansas City | MO | 64151 |
| Cyber Age VR | Attn: Alberto Gutierrez | 214 W 1st Ave | | Toppenish | WA | 98948 |
| David's Market | Attn: Benjamin Pourkhalili and Banafsheh J Moghtadaie | 6033 N Sheridan Rd Ste N1 | | Chicago | IL | 60660 |
| DM Wireless | Attn Dursa Nejash | 7909 Rainier Ave S | | Seattle | WA | 98118 |
| Doost LLC | Attn: Ali Sultan | c/o Marathon Gas | 702 33rd Ave N | Saint Cloud | MN | 56303 |
| EG America LLC | Attn: George fournier | 165 Flanders Rd | | Westborough | MA | 01581 |
| El Tajin Envios Y Mucho Mas | Attn Mario Serrano | 1212 S 43rd St | | San Diego | CA | 92113 |



## Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Elk Creek Mining LLC | Attn: John Webber | c/o 88 Grill | 502 West Main St | New Castle | CO | 81647 |
| Evan Investment LLC dba Fast Break | Attn Nikul Patel | 512 Boonehill Rd | #A | Summerville | SC | 29483 |
| EZ Food Mart | Attn: Pawan Regmi | 901 Belt Line Rd #100 | | Garland | TX | 75040 |
| Fast Cash & Pawn USA | Attn: Joan Lualhati | 929 E Ogden Ave | | Naperville | IL | 60563 |
| Fine Wines & Liquors | Attn FIne Wines & Liquors | 6472 College Rd | | Lisle | IL | 60532 |
| Foxywoods LLC | Attn: Subash Shrestha | c/o Pumpkin Hill Market | 126 Gallup Hill Rd | Ledyard | CT | 06339 |
| Franchise Tax Board | Bankruptcy Section, MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| Freeman Foods | Attn: Clint Miller | 2966 305th St | | Parnell | IA | 52325 |
| Future Concerns LLC | Attn: Usman Butt | c/o I'M Convenience & Smoke Center | 311 Norwich-New London Turnpike | Montville | CT | 06382 |
| Game-Xplosion | Attn Barbara Chase | 15605 Hwy 99 | | Lynwood | WA | 98087 |
| GF Buche Co | Attn RF Buche | 102 S Main | | Wagner | SD | 57380 |
| Golden Rood Inc. | Attn: MD Mansur & Melanie Few | 1106 Derbyshire Rd | | Daytona Beach | FL | 32117 |
| Grab N Go | Attn Malkiat Kaparia | 2319 N Davis Dr | | Arlington | TX | 76012 |
| Gridley Clothing And Smoke shop | Attn Naveed Khan | 1569 CA-99 | | Gridley | CA | 95948 |
| Handy Mart | Attn Farida Khanam | 6605 US-79 | | Pine Bluff | AR | 71603 |
| Harding & Hill Inc. | Attn Gary Peoples | 618 N Riverview Dr | | Parchment | MI | 49004-1441 |
| Hava Gas | Attn Rajinder Sohal | 2085 Palo Verde Blvd N | | Lake Havasu City | AZ | 86404 |
| Heights Corner Market LLC | Attn: Eric Herget | 5018 Kavanaugh Blvd. | | Little Rock | AR | 72207 |
| Hi-Desert Daydream | Attn: Andrew Evans | 73515 Twentynine Palms Hwy | | Twentynine Palms | CA | 92277 |
| Historic Bar Room LLC | Attn Griselda Frias | 323 N Ronald Reagan Blvd | | Longwood | FL | 32750 |
| HJ of Columbia, Inc | Attn: Hemanshu Dinesh Bavishi | c/o HB Mart | 1625 Leesburg Rd | Columbia | SC | 29209 |
| Hokus Pokus Beer & Deli LLC | Attn: Ahmad Suleiman Abdelmajed | 2401 W Nob Hill Blvd | | Yakima | WA | 98902 |
| HR Smoke & Vape | Attn Hazem Skaker | 6047 St Augustine Rd | | Jacksonville | FL | 32217 |
| HSBR LLC | Attn Vivian Herrera | 736 71st St | | Miami Beach | FL | 33141 |
| HU W Corp | Attn Xiaoli Hu | 1730 W Fullerton Ave | Ste 29 | Chicago | IL | 60614 |
| Hutchinson Pawn & Jewelry | Attn: Frank Ellis | 509 E 4th Ave | | Hutchinson | WV | 67501 |
| ICC Enterprises LLC | Attn: Carlos Gutierrez | c/o Cut Rate Liquors | 122 S Sunset Strip St | Kenedy | TX | 78119 |
| ISPcomputer | Attn: Alfredo Covarrubias | 15610 1st Ave S | | Burien | WA | 98148 |
| iTech Cellphone & Computer Repair | Attn: Andrew Gaspar | 1117 E Vine St | | Kissimmee | FL | 34744 |
| J&L tobacco quality | Attn: Loai Saddeh | 1318 N Main St | | Marion | SC | 29571 |
| JJL Multiservice LLC | Attn: Rimel Nedel Reyes Villalona; Jose Ramon Javier Acosta | c/o South Main Communications | 271 S Main St | Woonsocket | RI | 02895 |
| Jucker Hawai'i | Attn: Mike Jucker | 151 Kupuohi St | Ste H2 | Lahaina | HI | 96761 |
| Karim LLC dba Pontiac Food Mart | Attn: Qudrat Tariq | 527 Pontiac Ave | | Cranston | RI | 02910 |
| Kens SuperFair Foods | Attn Paul Vetch | 2105 6th Ave SE | | Aberdeen | SD | 57401 |
| King Wash & Dry | Attn: Mohammed A Hossain | 11255 Garland Rd Ste 1300 | | Dallas | TX | 75218 |
| Koodegras CBD Oil | Attn: Diane Bingham | 8757 State St | | Sandy | UT | 84070 |
| Korner Market | Attn: Vrushank B Patel | 1991 Bracht-Piner Rd | | Morning View | KY | 41063 |
| L Jam Inc | Attn James A Murrell | 1119 Charleston Hwy | | West Columbia | SC | 29169 |
| La Familia Grocery Store | Attn: Osee Fervil | 3420 NW 2nd Ave | | Miami | FL | 33127 |
| Laundry City | Attn: Kishor Changela | 1052 Dalby Way | | Austell | GA | 30106-1464 |
| Leesburg Fruit Stand LLC dba Experimax | Attn Allen Brown | 521 E Market St | Ste D | Leesburg | VA | 20176 |
| Le's Laundry | Attn: Le Ngo | 81 Main Street | | Malden | MA | 02148 |
| Lucky 7 Food Mart | Attn: Mohammad Abuali | 10530 Rosedale Hwy | Ste 9 | Bakersfeld | CA | 93312 |
| MAINE Northern Lights | Attn: Brad Dostie | 421 Water Street | | Gardiner | ME | 04345 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Max Vapor Enterprises | Attn Mohammeddarwish Lulu | 8500 Dyer St Ste 9 | | El Paso | TX | 79904 |
| Maynards Food Center | Attn Gary Carlson & Susan Hogie | 104 E Garfield St | | Hendricks | MN | 56136 |
| Mi Casa Market | Attn: : Guadalupe Madrigales | 723 W 3rd Ave | | Moses Lake | WA | 98837 |
| Mizz Repair - Phone Repair | Attn: Gabriela Roman | 6851 W 4th Ave | | Hialeah | FL | 33014 |
| MMRP TELECOMMUNICATIONS LLC | Attn Peter Cruz | 2816 SW Port St Lucie Blvd | | Port St Lucie | FL | 34953 |
| Mobile One | Attn: Riyad Ahmad | 798 NW 183rd St | | Miami Gardens | FL | 33169 |
| Mr Cartender Inc | Attn Brian Neutze | 2066 E Main | | Uvalde | TX | 78801 |
| Mr Checkout Power 5 Butan LLC | Attn: Duc Minh Ta | c/o Lents 1 Stop Market | 9213 SE Foster Rd | Portland | OR | 97266 |
| MR VAPOR ENTERPRISES INC | Attn Khaled Toma | 1010 Broadway | Ste 2 | Chula Vista | CA | 91911 |
| MS Yakima Group LLC | Attn: Sharvan Khullar | 301 N 1st St | | Yakima | WA | 98901 |
| ND Mgmt . Co | Attn Norm Lynn | 4446 W North Ave | | Chicago | IL | 60639 |
| New Dream Investor LLC | Attn Bali Singh & Ginny Singh | 2805 E A St | | Pasco | WA | 99301 |
| Nina Corporation | Attn: Lee Gilbertson | c/o Mac's Liquor | 8600 Excelsior Blvd | Hopkins | MN | 55343 |
| Noah Smoke Shop | Attn: Sinan Esho | 12416 N 28th Dr | | Phoenix | AZ | 85029 |
| Ohmies Vape and Glass Emporium #1 | Attn: Kiran Gilani | c/o Kiran Gilani | 1971 Hwy 412 East | Siloam Springs | AR | 72761 |
| Ohmies Vape And Glass Emporium #5 | Attn: Kiran Gilani; Rahul Gilan | 1971 Hwy 412 East | | Siloam Springs | AR | 72761 |
| One Stop Food & Liquor | Attn: Gurnam Singh | 6326 Main Ave | #2 | Orangevale | CA | 95662 |
| ONNI Burbank Town Center LLC | Attn: Greg Wilks | 201 E Magnolia Blvd | Ste 151 | Burbank | CA | 91502 |
| Paises Unidos LLC | Attn: Guadalupe Trujillo Ayala | 2001 S 8th Pl | | Rogers | AR | 72758-6425 |
| Panchakanya Enterprises LLC | Attn Manish Phuyal | c/o OG SMOKE | 101 N Hampton Rd ##105 | DeSoto | TX | 75115 |
| Paradise City | Attn: Joseph Evans | c/o ClubPc Inc | 412 Sherman St | Holdrege | NE | 68949-2455 |
| PC & Mac Wizard | Attn Randall Ugarte | 10364 W Flagler St | | Miami | FL | 33172 |
| Petty Industries LLC | Attn Patrice Petty | 3203 E Anaheim St | | Long Beach | CA | 90804 |
| Phone repair | Attn Mauricio Luna | 6752 Pines Blvd | | Pembroke Pines | FL | 33024 |
| Phone REpair and More | Attn: Mohamed Hassanen | 5537 Sheldon Rd | Suite F | Tampa | FL | 33615 |
| Prairie Pride Farm of Minnesota | Attn: Brheanna Humber | 710 Linder Ave. | | Mankato | MN | 56001 |
| Prengers Quick Lube, Inc. | Attn Amanda Prenger Halley | 403 S. Missouri St. | | Macon | MO | 63552 |
| Project Glass Inc | Attn: Kiran Gilani | c/o Kiran Gilani | 1971 Hwy 412 East | Siloam Springs | AR | 72761 |
| Pynergy Petroleum Company LLC | Attn Darell L Jackson and Devin Jackson | c/o Colorado Fast Break | 5480 Brighton Blvd | Commerce City | CO | 80022 |
| Quick and Handy Market | Attn: Aqauil Saleh | 702 Bernard St | | Bakersfield | CA | 93305 |
| Quick Shop | Attn Saeed Anwar | 14740 NW Cornell Rd | | Portland | OR | 97229 |
| Randee's Food & Liquors | Attn: Robert Podhajski | 4319-21 N Milwaukee Ave | | Chicago | IL | 60641 |
| Razia Enterprises Inc | Attn Razia Saeed | c/o Fall River Mini Mart | 837 Bay St | Fall River | MA | 02724 |
| RK and DJ LLC | Attn Parita Kakadia | 426 N U.S. Hwy 52 | | Moncks Corner | SC | 29461 |
| Saint George Laundromat LLC | Attn Sameh Lous | 100 Akin Avenue | | Franklin | KY | 42134 |
| Scotts Superette | Attn Neeta Patel | 19 Main Street | | Plumsted | NJ | 08533 |
| Screen Doctor | Attn: Emmanuel Nyeswa | 615 Central Ave | Ste C | Pawtucket | RI | 02861 |
| Sectran Security Inc. | | 7633 Industry Ave | | Pico Rivera | CA | 90660 |
| Sectran Security Inc. | Attn: Rony Ghaby | PO Box 227267 | | Los Angeles | CA | 90022 |
| Senohpriaperi Corp | Attn: Duncan Zhara | c/o Julio Chu | 2828 S McCall Rd | Englewood | FL | 34224 |
| Shell | Attn: Joshua Trier | 206 Co Rd 42 | | Apple Valley | MN | 55124 |
| Show-Me Oil Company, Inc. DBA Mosers Foods | Attn Denny Lee | 2010 N Bluff St | PO Box 668 | Fulton | MO | 65251 |
| SI Computers Sales & Services | Logical Wireless | Attn: Saad Iqba | 563 Cumberland Hill Rd | | Woonsocket | RI | 02895 |



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Sirie Iphone Repairs | Attn: Claro Saba | 15 Leland Ave | | San Francisco | CA | 94134 |
| Sosa Cell Phone Repair Shop | Attn Ileanni Cherry Castillo | 1000 W Waters Ave | ##8 | Tampa | FL | 33604 |
| SPARK CITY SMOKE & VAPE | Attn Ahnaf Zaman | 815 Lafayette Blvd | | Bridgeport | CT | 06604 |
| Spicy Multiservice | Attn: Cindy Rosio Troncoso | 90 Washington St | | Quincy | MA | 02169 |
| Star smoke Shop | Attn: Fadi Eshak | 7829 N 19th Ave | | Phoenix | AZ | 85021 |
| Sunny 160 LLC | Attn: Laurent Broda | c/o Sunny 160 attn Laurent Broda | 1910 Bay Dr PH1 | Miami Beach | FL | 33141 |
| Sunset Shaman, LLC | Attn William Brady Johnson | 1973 W Sunset Blvd, Suite J | | Saint George | UT | 84770 |
| Swan Cleaners & Shirt Laundry | Attn James Daniel Payne | 1228 Walnut St | | Owensboro | KY | 42301 |
| TAKE OVER WIRELESS LLC | Attn: Michael Belton | 11634 US Hwy 19 | | Port Richey | FL | 34668 |
| Tech Center Computers | Attn: Adam Kelly | 6823 S. Dayton Street | | Greenwood Village | CO | 80112 |
| Techy By Dr Phone Fix | Attn Yovany Herrera | 1261 E Las Olas Blvd | | Fort Lauderdale | FL | 33301 |
| Techy by Dr Phone Fix | Attn: Leandro Daguanno | 8359 Sunrise Blvd | | Plantation | FL | 33322 |
| Techy By DrPhoneFix | Attn Bill Daragan | 11924 Forest Hill Blvd | Suite 36 | Wellington | FL | 33414 |
| Techy by DrPhoneFix | Attn Belen Cassano | 1335 S Military Trail | | Deerfield Beach | FL | 33442 |
| Techy by DrPhoneFix | Attn: Mauricio Avigdor | 18557-B W Dixie Hwy | | Aventura | FL | 33180 |
| Texas Workforce Commission | Regulatory Integrity Division - SAU | 101 E. 15th Street | Room 556 | Austin | TX | 78778-0001 |
| TG Moore Investments LLC | Attn: Terry Moore | c/o Vapor Planet LLC Navarre | 8251 Navarre Pkwy Ste 2A | Navarre | FL | 32566 |
| The Backyard Public House | Attn: Joey Gates | 1811 W Broadway Ave | | Spokane | WA | 99201 |
| The Head Shop | Attn: William Farrell Mitchell | 1812 Wilbraham Rd | | Springfield | MA | 01119 |
| The Shop, Guns & Pawn | Attn: Rick Ringer | 105 U.S. Rte 66 | | Waynesville | MO | 65583 |
| The Station | Attn Leon Theis | 2280 County Rd I | | Mounds View | MN | 55112 |
| The Thumb Year Round Garden Supply | Attn Joshua Barney | 8460 Algoma Ave. | NE #G | Rockford | MI | 49341 |
| THE VR ARCADE | Attn: John Iverson | 1624 Market St | #110 | Denver | CO | 80202 |
| tobacco & vapor macon | Attn Taha Ali Musaid Allahbi | 5033 Brookhaven Rd | ##1000 | Macon | GA | 31206 |
| Total Wireless | Attn: Belal Ahmad | 10333 US-441 | | Belleview | FL | 34420 |
| Total Wireless Tech Repair | Attn: Tomas Hernanadez | 12879 Sunstone Ave Apt# 4103 | | Orlando | FL | 32832 |
| Two Farms Inc (d/b/a Royal Farms) | Attn: John Kemp | 3611 Roland Ave | | Baltimore | MD | 21211 |
| UberGeeks | Attn: Simon Lee | 46-028 Kawa St | #A-8 | Kaneohe | HI | 96744 |
| Vapor and Company - Sanford, FL | Attn: Mellissa Buddenhagen | 3621 S Orlando Dr | | Sanford | FL | 32773 |
| Velasquez Group L.P. | Attn Tom Velasquez | PO Box 767 | | Wheeler | TX | 79096 |
| Video Game Wizards VGW | Attn: Dominic Kelberer | 125 E Main St | | Molalla | OR | 97038 |
| Video Game Wizards VGW | Attn: Dominic Kelberer | 6432 SE Foster Rd | | Portland | OR | 97206 |
| Viking Village Cleaners | Attn: o Muhammed Abumayyaleh | c/o Muhammed Abumayyaleh | 2775 Victoria St | Roseville | MN | 55113 |
| Volusia Computers | Attn: Matthew Michael Hamel | 484 S Yonge St | | Ormond Beach | FL | 32174 |
| Washing Well Laundromat | Attn: Dhirendra Shankar | 567 Providence St | | Warwick | RI | 02886 |
| We Print Marketing | Attn: Victor Jaramillo | 102 Route 46 East | | Saddle Brook | NJ | 07663 |
| Webster's Market Inc | Attn: Maria Webster | 161 Ottawa Ave NW | Ste 102 | Grand Rapids | MI | 49503 |
| West Haven Vapors CBD and Delta | Attn: Steve Heard | 38 Saw Mill Rd | | West Haven | CT | 06516 |
| Whites Kingco Inc. DBA Whites Foodliner | Attn Jordan G. White | 858 E. D Ave | | Kingman | KS | 67068-1803 |
| Williams Foods, Inc. | Attn Jeffrey Williams | PO Box 480 | | Tuttle | OK | 73089 |
| Wireless Doctor Iphone , Tablet Repair | Attn Malek Sarhini | 14700 Greenwood Ave N | | Shoreline | WA | 98133 |
| Wireless Xperts | Attn: Chami L Nelson | 385 Main St | | Hartford | CT | 06106 |
| Wireless Xperts | Attn: Chami L Nelson | 1051 Main St | | Worcester | MA | 01603 |
| Wisemen Smoke Shop | Attn: Raafat Valentin | 1452 E Charleston Blvd | | Las Vegas | NV | 89104 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Wynns Tech Solutions | Attn: Mario Wynns | 18400 NW 75st Pl #STE | | Hialeah | FL | 33015 |
| XO Liquor | Attn: Sam King | 3603 N Las Vegas Blvd | | Las Vegas | NV | 89115 |
| Your CBD Store - Macomb, IL | Attn Kathy Olesen- Tracey | 833 N Lafayette St | #Ste 1 | Macomb | IL | 61455 |
| Your CBD Store - Westfield, IN | Attn Lois K. Fisher | 17435 A. Carey Road | | Westfield | IN | 46074 |

# **Exhibit B**



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ABAL,LLC dba Citistop | Attn Al Singh | | al@citistop.net |
| ACE Cash Express | Attn: Tino Tovo | | ttovo@populusfinancial.com |
| Armondo Redmond | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson | | cemery@avtechcapital.com<br>jrobertson@avtechcapital.com |
| Black Hole Investments LLC | Attn: Zachary Chaltiel | | zach@victoireventures.com |
| Black Hole Investments, LLC formerly known as EZ Coin, LLC | c/o Black & Wadhams | Attn: Brigid M. Higgins | bhiggins@blackwadhams.law |
| Brink's U.S. | c/o Hirschler Fleischer, P.C. | Attn: Brittany B. Falabella & Robert Westermann | bfalabella@hirschlerlaw.com<br>rwestermann@hirschlerlaw.com |
| Brink's U.S. | Attn: Beau Anderson | | beau.anderson@brinksinc.com |
| Brooks Grocery, Inc. | Attn Brooks D. Davis | | darby@brooksgrocery.com |
| Cal's Convenience Inc - Parent Account | Attn: Ray Harrison | | ray.harrison@calscstores.com |
| Carters Fast Stop | Attn Devangkumar Patel | | devonellc@yahoo.com |
| CBD Life / Colorado's Big Discovery | Attn: John Przybylo | | jp@cbdlifeinc.com |
| Cennox Reactive Field Services | Attn: Heather Spence | | michael.goggans@cennox.com<br>legal@cennox.com |
| Cennox Reactive Field Services LLC | Attn: Michael Goggans | | legal@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | Attn: Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. | ccarlyon@carlyoncica.com<br>dcica@carlyoncica.com<br>tosteen@carlyoncica.com |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Attn: Jeffery R. Sylvester, Esq. | jeff@sylvesterpolednak.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Jordi Guso | jguso@bergersingerman.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Scott Jablonski & Mitchell W. Goldberg | sjablonski@bergersingerman.com<br>mgoldberg@bergersingerman.com |
| Cobblestone Inn & Suites - Bridgeport | Attn: Scott Schmunk | | ssuperfoods@allophone.com |
| Cole Kepro International, LLC | Attn: Andrew Cashin & Frederick Cook | | info@colekepro.com<br>fred@colekepro.com |
| Cole Kepro International, LLC | c/o Taft Stettinius & Hollister, LLP | Attn: David Z. Adler, Esq. | phage@taftlaw.com |
| Cole Kepro International, LLC | c/o Lewis Roca Rothgerbe Christie LLP | Attn: Ogonna M. Brown, Esq. & Dan R. Waite, Esq. | obrown@lewisroca.com |
| Convenience Enterprises LLC DBA 7th Heaven Discount Store | Attn Saroj Gautam | | 7thheavenllc@gmail.com |
| Crump's Food Center | Attn: Chris Spencer | | grocerygr@aol.com |
| Deployment Logix Inc. | Attn: Ken Rogers | | ken.rogers@deploymentlogix.com |
| D-Flawless, Inc. DBA Worldwide Jewelry & Pawn | Attn Daniel K. Mackowiak | | gm@wwjpawn.com |
| EG America LLC | Attn: Dave Allen | | david.allen@eg-america.com |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | Attn: Gary Lee & Andrew Kissner | glee@mofo.com<br>akissner@mofo.com |
| Enigma Securities Limited | c/o Shea Larsen | Attn: James Shea, Esq., Bart Larsen, Esq., Kyle Wyant, Esq. | kwyant@shea.law<br>blarsen@shea.law<br>jshea@shea.law |
| Extreme Clean Laundry, Inc. | Attn: Paul Staffier & Tony Mazza | | extremecleanlaundry@gmail.com |
| EZ Blackhole | Attn: Edouard Chaltiel | | echaltiel@victoireventures.com |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | | baxelrod@foxrothschild.com<br>zwilliams@foxrothschild.com |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Fuel Centers Environmental Management LLC dba DFW Oil Energy LLC | Attn Sami N Ebrahim and Essam Shehata | | sami@dfwoilenergy.com<br>dfw@dfwoilenergy.com |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | Attn: Sean O'Neal, Michael Weinberg, & Jan VanLare | soneal@cgsh.com<br>mdweinberg@cgsh.com<br>jvanlare@cgsh.com |
| Genesis Global Holdco, LLC | c/o Snell & Wilmer LLP | Attn: Robert Kinas, Blakeley Griffith, and Charles Gianelloni | rkinas@swlaw.com<br>bgriffith@swlaw.com<br>cgianelloni@swlaw.com |
| Genesis Global Trading Inc. | Attn: Andrew Tsang | | atsang@genesistrading.com |
| Good 2 Go Stores LLC | c/o Holland & Hart LLP | Attn: Timothy A. Lukas | ecflukast@hollandhart.com |
| I Heart Media | Attn: Roy Vann | | invoices@iheartmedia.com |
| Internal Revenue Service | Attn: Mary Sevilla | | mary.b.savilla@irs.gov<br>priscilla.a.burks@irs.gov |
| Kirby Company DBA Market Fresh | Attn Josh Poling | | teninomarketfresh@comcast.net<br>j.poling@ymail.com |
| Las Montanas Market INC. | Attn Antonio Barragan | | a.barragan@lasmontanas.com |
| Loomis | Attn: TJ Niko | | tj.niko@us.loomis.com |
| Luis Flores | c/o Andersen & Beede | Attn: Ryan A. Andersen and Valerie Y. Zaidenberg | ryan@aandblaw.com<br>valerie@aandblaw.com |
| My Sunny Palm LLC | Attn Laurent Broda | | brodalaurent@gmail.com |
| National Services, LLC | Attn: Stefanie Farmer | | stefanie.farmer@nsa.bz<br>evans@nsafieldservice.com |
| National Services, LLC | c/o Hodges, Doughty, & Carson | Attn: Matthew Graves | mgraves@hdclaw.com |
| Neutze INC | Attn Mike Neutze | | mikeneutze@yahoo.com |
| Official Committee of Unsecured Creditors | c/o Seward & Kissel LLP | Attn: John R. Ashmead, Esq., Robert J. Gayda, Esq., Catherine V. LoTempio, Esq., Andrew J. Matott, Esq. | ashmead@sewkis.com<br>gayda@sewkis.com<br>lotempio@sewkis.com<br>matott@sewkis.com |
| Official Committee of Unsecured Creditors | c/o McDonald Carano LLP | Attn: Ryan J. Works & Amanda M. Perach | aperach@mcdonaldcarano.com<br>rworks@mcdonaldcarano.com |
| OptConnect Management LLC | Attn: Chris Baird | | chris.baird@optconnect.com |
| OptConnect Management LLC | c/o Law Office of Brian D. Shapiro, LLC | Attn: Brian D. Shapiro, Esq. | brian@brianshapirolaw.com |
| OptConnect MGT, LLC | c/o Dechert LLP | Attn: Craig Druehl | craig.druehl@dechert.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Payday Loans and Check Cashing Store | Attn: Davin Aquino | | davin.maballo@gmail.com |
| Rainey Cawthon Distributor Inc | Charles Rooney | | rcaw@embarqmail.com |
| Reynolds Foodline | Attn Tommy Coogle | | coogletommy@yahoo.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. | | rtucker@simon.com |
| Sonnys Super Foods | Attn Scott Schmunk | | ssuperfoods@allophone.com |
| Spec's - Parent | Attn: Ryan Holder | | rholder@specsonline.com |
| StarBase | Attn: Chris Crescitelli and Tricia Costello | | tricia@freshwata.com<br>chris@dreamlandxr.com |
| The Jimmerson Law Firm | Attn: Jim Jimmerson | | jimmerson@jimmersonlawfirm.com |
| Thorntons LLC | Attn: Kim James | | kim.james@mythorntons.com |
| Trangistics Inc | Attn: Arlette Warner | | ar@trangistics.com |
| Trangistics, Inc. | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Triple V, Inc. | Attn Ashley White | | vmp01@vowellsmarket.com<br>vmp01office@vowellsmarket.com |
| Turind LLC | Attn: Eddie Sabbagh | | exs0705@yahoo.com |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | | edward.m.mcdonald@usdoj.gov<br>jared.a.day@usdoj.gov |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Esq. | rgold@fbtlaw.com |
| Yesway | Attn: Derek Gaskins | | derek.gaskins@yesway.com |