1  Ryan J. Works, Esq. (NSBN 9224)
   Amanda M. Perach, Esq. (NSBN 12399)
2  McDONALD CARANO LLP
   2300 West Sahara Avenue, Suite 1200
3  Las Vegas, Nevada 89102
   Telephone: (702) 873-4100
4  rworks@mcdonaldcarano.com
   aperach@mcdonaldcarano.com
5
6  John R. Ashmead, Esq.
   Robert J. Gayda, Esq.
7  Catherine V. LoTempio, Esq.
   Andrew J. Matott, Esq.
   *(pro hac vice applications granted)*
8  SEWARD & KISSEL LLP
   One Battery Park Plaza
9  New York, NY 10004
   Telephone: (212) 574-1200
10 ashmead@sewkis.com
   gayda@sewkis.com
11 lotempio@sewkis.com
   matott@sewkis.com
12
   *[Proposed] Counsel for Official Committee*
13 *of Unsecured Creditors*

14              **UNITED STATES BANKRUPTCY COURT**

15            **FOR THE DISTRICT OF NEVADA**

16 | In re | Case No.: 23-10423-mkn |
17 | CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
18 | Debtor. | |
19 | | **DECLARATION OF MICHAEL A. TUCKER IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. §§ 1103 AUTHORIZING AND APPROVING THE EMPLOYMENT OF FTI CONSULTING INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS RETROACTIVE TO FEBRUARY 24, 2023** |
20 | | |
21 | | |
22 | | |
23 | | |
24 | | **Omnibus Hearing Date:  April 20, 2023** |
25 | | **Omnibus Hearing Time: 10:30 a.m.** |

26       Pursuant to 28 U.S.C. section 1746, Michael A. Tucker, declares as follows:

27       1.       I am a Senior Managing Director with FTI Consulting, Inc. ("FTI"), an international

28 consulting firm. I submit this declaration (the "Declaration") on behalf of FTI in support of the

application (the "<u>Application</u>") of the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>"), for entry of an order authorizing the employment and retention of FTI as financial advisor to the Committee under the terms and conditions set forth in the Application. I am generally familiar with the Bankruptcy Code and the Bankruptcy Rules. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and, if called as a witness, I would testify thereto.[1]

## I. Disinterestedness and Eligibility

2. In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtors, their affiliates, and certain entities holding large claims against, or equity interests in, the Debtors that were made reasonably known to FTI. A listing of the parties reviewed is reflected on **<u>Exhibit A</u>** to this Declaration. FTI's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal computer database[2] containing names of individuals and entities that are present or recent former clients of FTI. A listing of such relationships that FTI identified during this process is set forth on **<u>Exhibit B</u>** to this Declaration.

3. Based on the results of its review, FTI does not have a relationship with any of the parties on Exhibit A in matters related to the Debtors or these proceedings. FTI has provided, and could reasonably expect to continue to provide, services unrelated to the Debtors' cases for the various entities shown on Exhibit B. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support, technology, strategic communications, and economic consulting services. To the best of my knowledge and except as otherwise disclosed herein, no services have been provided to these parties in interest that involve their rights in the

---

[1] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

[2] For the avoidance of doubt, FTI's computer database covers FTI Consulting, Inc. and its wholly owned subsidiaries globally.

2

4892-3692-3225, v. 1

Debtors' cases, nor does FTI's involvement in these cases compromise its ability to continue such consulting services.

4.    In addition to the relationships disclosed on Exhibit B, FTI discloses the following:

- It is my understanding that creditor Genesis Global Trading, Inc. is a subsidiary of Digital Currency Group, Inc. ("DCG"). FTI and certain of its subsidiaries have been engaged by DCG to provide certain consulting and technology services (the "DCG Engagement"). The DCG Engagement is unrelated to the Debtors and their chapter 11 cases.

- It is my understanding that American Express is a creditor of the Debtors. Laureen E. Seeger, a member of the board of directors of FTI Consulting, Inc., is currently chief legal officer of American Express Company. To the best of my knowledge, Ms. Seeger does not have any professional involvement in this matter in any capacity.

5.    As part of its diverse practice, FTI appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties-in-interest in the Debtors' chapter 11 cases. Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. In addition, FTI has in the past, may currently, and will likely in the future be working with or against other professionals involved in these chapter 11 cases in matters unrelated to the Debtors and these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests adverse to the Debtors' estates and none are in connection with the Debtors' chapter 11 cases.

6.    FTI is not a "creditor" of the Debtor within the meaning of Bankruptcy Code section 101(10). Further, neither I, nor any other member of the FTI engagement team serving the Committee, to the best of my knowledge, (a) is a creditor, equity security holder, or insider of the Debtors; (b) is or has been within two years before the Petition Date, a director, officer, or employee of the Debtors; or (c) has any interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to,

4892-3692-3225, v. 1

connection with, or interest in, the Debtors, or for any other reason. As such, to the best of my knowledge, and based upon the results of the relationship search described above and disclosed herein, FTI (i) is a "disinterested person" as defined in Bankruptcy Code section 101(14) and (ii) does not hold or represent any interest adverse to the Debtors' estates. Therefore, FTI believes it is eligible to represent the Committee under Bankruptcy Code section 1103(b).

7.    It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

## II.    Professional Compensation

8.    Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, the local rules of this District, orders of this Court, and applicable U.S. Trustee guidelines, FTI will seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by FTI, including legal fees related to the preparation of the Application (if any), as approved by the Court. FTI's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application. These hourly rates are adjusted periodically, typically on an annual basis. I believe that the fee structure as set forth in the Application is reasonable and comparable to those generally charged by financial advisors and consultants of similar stature to FTI for comparable engagements, both in and out of chapter 11.

9.    To the extent FTI utilizes independent or third party contractors or subcontractors (the "Contractors") in the provision of services to the Committee, FTI will (i) pass through the fees of such Contractors at the same rate that FTI pays the Contractors and (ii) seek reimbursement for actual costs of the Contractors only. In addition, FTI will ensure that each Contractor will file a separate declaration evidencing its disinterestedness in these chapter 11 cases as required by the Bankruptcy Code and Bankruptcy Rules.

4

4892-3692-3225, v. 1

10.     According to FTI's books and records, during the ninety days before the Petition Date, FTI did not receive any payments from the Debtors.

11.     To the best of my knowledge, (a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code; and (b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these chapter 11 cases.

**No Duplication of Services**

12.     The Committee and FTI intend that FTI's services will be appropriately directed by the Committee so as to avoid duplication of efforts among the other professionals retained by the Committee in these chapter 11 cases and performed in accordance with applicable standards of the profession. FTI will work collaboratively with the Committee's other professionals to avoid duplication of services among professionals. I believe that the services to be provided by FTI will complement and will not be duplicative of any services of the Committee's other professionals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2023.

_/s/ Michael A. Tucker_
Michael A. Tucker

5

4892-3692-3225, v. 1

1

## EXHIBIT A

**Parties-in-Interest Reviewed for Current and Recent Former Relationships**

4892-3692-3225, v. 1

| | |
|---|---|
| # Liquors | A & M Discount Beverage #52 |
| 1 Stop Shop | A and B Pawn and Jewelry |
| 1214 BPH Partners LLC | A and R Wireless INC. |
| 14th & Main Market | A J Mart |
| 151 Memorial Convenience Inc | A Selecta's Inc |
| 18Bin | A Street Corner |
| 20 Minutes Repair | A Street Station |
| 21st Ave Quick Stop Market LLC | A to Z Mini Mart |
| 24/7 Smoke Shop | A&G Food Mart |
| 29th Food Mart | A&M Mini Mart |
| 2KMobile North | A.S.K Check Cashing |
| 2nd Avenue Market | A1 Food Mart |
| 3 Bros | A1 Jewelry and Pawn |
| 35th Ave Market | A1 Market |
| 39th Mini Mart | AAA Pawn Shop |
| 3rd St Handy Shop | AAACoin.com |
| 400 SLBW LLC | Abadit Reda |
| 409 Main Street | ABAL, LLC dba Citistop |
| 40th Convenience Store | ABC 95th |
| 440 Quick Stop | ABC Liquor Mart |
| 4D Fitness LLC | ABC Petroleum LLC |
| 5 King Wine & Liquor | ABC West Lanes and Lounge |
| 5 Seasons Market | Abdalla Store LLC |
| 504 JLEnterprises LLC dba Short Stop Food Mart #2 | Abdulaziz Hugais |
| 55 & Chapman Shell | Abel General Store |
| 5XEN Inc | ABQ Cleaners |
| 7 Bears Liquors | ABQ Phone Repair & Accessories |
| 7 Days Liquor | Abuelas Lavanderia |
| 707 Liquors Main Street | ACE Cash Express |
| 76 Gas San Bernardino | Acme Liquor Store |
| 7th Heaven - Saroj Gautam | Acme Liquors |
| 7th Heaven (Bevier) | Adam Anees Inc |
| 8 mile gas & food 1 inc | Adam's Smoke Shop LLC |
| 808 Food Mart | Adi Shakti Trading 03 Inc. |
| 88 Tobacco and Vape | Adi Shakti Trading 05 Inc. |
| 89 Oriental Market | Afeen Enterprise LLC |
| 8Ball Smoke Shop | Agam 1 LLC |
| 911 Food Mart | Agame LLC |
| 9465 Foothill Blvd | AIM Petroleum |
| A & A Truck Stop | Airline Market |
| A & As Quick Stop | Airport Market |

| | |
|---|---|
| Airport Petroleum | American Market - 117217 |
| Airport Shell | American Market - 117327 |
| AJ's Liquorland | American Market - 117335 |
| Akal Purakh Inc. | American Market #16 |
| Aklilu A Beraki dba AK Mini Mart | American Market #2 |
| Ako International Market | American Market #7 |
| Akshar Murti LLC | Americas Dollar & Up Store Inc |
| Alaa Qaadan | Ameripawn |
| Aladdin Grill & Pizza | Ameristop Food Mart |
| Alameda Discount Liquor Store Corp. | Ameristop Food Mart 128811 |
| Alarabi Super Market | Amigo #3 |
| Albert Yaro | Amigo Grocery Beer Tacos |
| Alex PC Tech | Amigo Trading |
| Alexa Liquor Barn | Amigos C - Store |
| Alexanders Restaurant | AMJB Enterprises Inc. |
| Alexandria Convenient Food Store | Amobee Inc |
| Alhuda 2 Market | Amplitude Inc |
| Ali Amoco Inc | AMPM Express LLC |
| Ali Amoco Inc-108395 | An Elegant Touch Travel |
| Alii Adventures | Anaay DM LLC |
| Alis One Stop | Anayah Inc |
| Alisons Food Store | Anderson Market Inc. |
| Al-Kahf Grocery Store | Andover Tobacco |
| All in One Wireless Services LLC | Andy's Convenience |
| All Star Food and Liquor | Angel Petroleum LLC |
| Almajeed II, Inc. | Ankeney Fine Foods |
| Aloha Pawn | Anne Elizabeth Harbough |
| Aloha Tattoo Co. - Kailua | Anoka Gas Stop Inc. |
| Alpha ATM | Ansh & Gary Inc DBA Kwik Sak 615 |
| Am phone repair | Anthony Robert Perkins |
| AM PM Investments LLC | Anthonys Locker |
| AM/PM | AP Wireless |
| Aman Convenience | Apache Liquor |
| Amazon Web Services Inc | Apache Mall |
| AMBE Quick Stop Corp. | Apple Grocery |
| Amen Liqour | Apple Valley Gas Mart |
| American Dollar Plus Store | Aqua Wireless |
| American Express | Ararat Liquor LLC |
| American Made Tattoo   Aiea | Arazbiz |
| American Market - 117214 | ARCO |
| American Market - 117216 | Area 51 STL |

| | |
|---|---|
| Areen LLC | Bati Bazaar |
| Ariya Mukhdia LLC (DBA Grand Convenience | Bay Area Oil Supply, Inc |
| Armanetti Liquors | Baymeadows 24 hour Laundry |
| Art Market & Grill | Bayside 76 |
| Artem Oganyan | Beauregard Liquors |
| Ash Street Laundry | Beckner's General Store |
| Ashe St Convenience Store | Beer & Wine Shop First United Market |
| Ashenafi Besha | Beer and Tobacco Outlet |
| Ashi Inc | Behind The Chair |
| Ashish Thakore | Bel Aire Bowl |
| Ask Oil Inc | Belfer, Igal |
| Atheer Ibrahim | Belmont Food Mart |
| Audiolust Records | Bernie and Brothers Barber Co. |
| AugyTek, LLC | Best Electronics Computer Cellphone Camera and Photo Repair |
| Auto Biz | Best Stop Market LLC |
| Avalon Hotel and Conference Center | Best Wash Laundromat |
| AVI Fuel inc. | Best Wash Unnerstall |
| AVTECH | Bethel Mail Services - new |
| AvTech Capital | Bethel Mail Services - Old |
| AWG | Beverage House |
| Axis Food Mart | Beyond Repair and Sell |
| Azteca Market | BG Mini Mart |
| B & B West | BHS Associates Inc. |
| B & C Deli | Bhullar Enterprises LLC |
| B Awesome | Bhumi Convenience Inc. |
| B&T Market | Bibbeo LTD |
| B. Riley Securities, Inc. | Big Bucks Management Inc |
| Babba Kabob LLC | Big City Styles |
| Bad Owl Coffee Roasters - Downtown | Big Mikes Food Mart |
| Badger Exotics LLC | Big Sales Warehouse LLC |
| Bajra Yogini Inc. | Billa Management Inc |
| Baldi, Stephanie A | BITCOIN ACCESS |
| Baldi, Stephanie A. | BITCOIN DEPOT |
| Bare Foot Convenience Store | Bizee Mart |
| Barik Super Store | Black Heart Basketball |
| Barrels and Brews | Blazin Steaks |
| Barri | Blazing Haze Smoke Shop |
| Base Group Enterprises Inc. 2 | BlockScore, Inc. |
| BaselineX Road LLC (DBA Baseline Citgo) | Bloomington Market |
| Bassam Mohamed Ahmed Muthanna | Blu Liquor |
| Bastrop Country Store | Blue Planet Surf Gear, LLC |

3

| | |
|---|---|
| Blue Wireless | Brothers Market |
| Blur Barbershop | Browns Grocery Company Inc |
| BMAPS LLC | Browns Liquors |
| Boardwalk Vapes | Bryant Surety Bonds Inc. |
| BOB GREEN SALES ASSOCIATES INC. | Bubbles Laundromat |
| Bobbys Food Mart | Buche |
| Bobs Drive Inn | Buddy's Total Quick Stop |
| Bodachs Games | Bullets Card Club |
| BOM Petroleum Inc | Bullocks Grocery |
| Bootlegger Liquor | Burn Culture Vape CBD and Kratom |
| Boston Convenience II | Burritaco |
| Bostonian Convenience II | Buy N Save |
| Bottle Caps & Spirits | Buzzn Smoke & Vape Shop |
| Bottle Liquor Store | BV Enterprises dba Shelby Food Mart |
| Bottle Shop - 108848 | By-Pass Pawn |
| Boulevard Laundromat | C Mart 7 |
| Boulevard Pawn & Jewelry | C Store |
| Boutros Bros Inc | C Supermarket |
| Bowlero Lanes | Cache Valley Mall |
| BP | CAE & M Enterprises |
| BP - 108534 | Caffe Sicilia |
| BP - 126057 | Caledonia Street Antique Mall LLP |
| BP - Limestone | California Gold Buyers & Smoke Shack |
| BP- 138203 | California Hotel Hospitality Services |
| BP of Howell Inc. | California Liquors |
| BP-Main St | CALS CONVENIENCE INC - Parent Account |
| BP-North Limestone | Camanche Food Pride |
| Brackett's Market Inc | Cambo Flare |
| Bradley Barter & Pawn | Campbell Ewald Detroit |
| Brand Cigars Newtown | Campbell's Corner Store |
| Brandon Hearvey dba Elle Group LLC | Campbell's Foodland |
| Brass Mill Center | Campus Corner - 103508 |
| Brazos Food Mart | Campus Phone Repair |
| Briar Creek Market | Candy Market |
| Brickhouse Collectibles | Caney Fork, LLC |
| Brink's U.S. | Canyon Crossing Petroleum |
| Broadway Liquor Mart | Canyon Food Mart |
| Broadway Mini-Mart | Canyon View Cleaners (Draper Loc) |
| Bronson Market | Canyon View Cleaners (Sandy Location) |
| Brookfield Tobacco & Food | Cape Cod Convenience LLC |
| Brooklyn Mini Mart | Cape Fear Beverage & Variety |

| | |
|---|---|
| Capital Coin & Bullion | Charleston County |
| Capitol City ComputerFixx | Charlie's Market |
| Capitol City Pawn Shop | Chatham BP, LLC |
| Capitol Mart | Cheema Oil Corp |
| Cappys Produce | Cheema Supermarket |
| Caps & Corks Liquors | Cheq Technologies Inc |
| Car Stop Pre Owned Auto LLC | Cherokee Food Market Inc |
| Cardinal Warehouse Wine & Liquors | Cherry Asian Market |
| Cards and Coffee | Chevron |
| Caribbean Cuisine | Chevron - Yakima |
| Carol Fuel | Chevron 1990 |
| Carolina Pantry | Chevron 3160 |
| Carolina Silver and Gold LLC | Chevron 3940 |
| Carriage Work Laundry | Chevron 5002 |
| Carter Hatfeld | Chevron 832 |
| Carter's Fast Stop | Chevron Prosser |
| CartoDB Inc | Chi Town Food & Liquor |
| Cary Lynn Price | Chicago Super Pawn |
| Cascade Cleaners | China Cafe |
| Caseys Marketing Company Inc | Cho, Daniel |
| CASH CLOUD INC. | Choice Gas |
| Cash Man Service | CHOMP Food Hall |
| Catoosa Vapors | Christiana Wine & Spirits |
| Cave Creek Chevron | Cigarette Time |
| CBD Life | Cindy's Mini Market |
| CBD7 | Cisco Solutions |
| CDSBOCA | Citgo |
| Cell Phone Fix Pro and Electronics | Citgo Gas Station |
| Cell Phone Hop | Citrus Gas Corp |
| Cell Phones Fix | City Center Food Mart |
| Cell Tech Repair LLC | City Fuel and Food |
| CellFix | City Fuels |
| Cellphone Fix Pro | City Gas at Two Notch |
| Cellphone Fix Pro 2 Corp | City Liquors |
| Cellular ER | City of Boston |
| Cennox Reactive Field Services | City of Columbia |
| Century Food & Liquor | City of Federal Heights |
| Chainalysis, Inc. | City of Flagstaff |
| Chambersburg Mall Realty LLC | City of Huntington |
| Chapel Hill Realty LLC | City of Miami |
| Charles Shrader | City of Modesto |

5

| | |
|---|---|
| City of Port St Lucie | ConexionCafe |
| City of San Jose | Conoco |
| City of Savannah | Conor Haley |
| City of Waterbury CT | Contender eSports |
| City of West Jordan | Contender eSports Springfield LLC |
| Cityline Laundry Inc | CONU Co. LLC |
| Cj's Convenient Store | Convenience & Smoke Spot |
| Clarendon Food Mart | Cool Guys Market |
| Clark Mini Mart | Cooper and Ray Enterprise Inc |
| Classic Cuts | Cooper Ultra Wireless and More |
| Classic Kicks | Corner Mart and Roebuck ABC |
| Classic Kickz | Corner RY Liquor |
| Classic Star #1 | Corner Stop |
| Classy Sweeper Service LLC | Corner Store 127996 |
| Cleveland Deli | Corner Store Beer and Wine |
| Clif's Cleaners | Corner Variety |
| Clinton Market Inc | Corrales Teas and More |
| Cloud 9 liquor | Cosmic Cuts Barbershop |
| Cloudy Vibez | Cottage Grove LLC |
| Clyde Park Foods | Country Store |
| C-Mart #10 | County Fair Water Town |
| CMCR Enterprises Inc | Cover Your 6 Customs |
| Coachlight Laundry | Cowboy |
| Coastal Laundry | Cox Business |
| Coastal Spirits | CPR Cell Phone Repair North Kansas City |
| Cody's Pawn & Jewelry | CR Exchange |
| | Crossroads Center |
| COIN CLOUD | Crossroads Country Store |
| CoinATMRadar.com | Crowbar |
| COINFLIP.COM | Crown Jewels & Coin |
| Coins, Stamps 'N' Stuff | Crown Liquor |
| Cole Kepro | Cruz's Liquor |
| College Circle Mart | Crystal Smoke shop |
| Colorado Cutz | Crystal's Liquor |
| Colorado Fast Break | Custer Party Store |
| Columbia Mall | Cut N Up Barber Shop |
| Combat Chicago - Tactical Laser Tag + Escape Rooms | Cut Rate Liquors |
| Commercial Pawn Jewelry and Guns | Cutler, Aaron |
| Community Food Mart | Cyber Age VR |
| Comp U Link | CyberCoders, Inc |
| Comset Computers | D&L Food and Gas |

| | |
|---|---|
| DA Petroleum LLC | Discount Cigarettes - 113861 |
| Dairyway Grocery | Discount Liquor |
| Daiwik corporation dba Ding Wing | Discount Liquor LLC |
| Daksha LLC | Discount Mini Mart #2 |
| Dale Corner LLC | Discount Smoke & Beer |
| Dalia Food Market | DJ Liquor & Grocery Store |
| Daniel Montano | DL Wireless |
| Daniel Tremble | DM Wireless |
| Danielle Figueroa Romero | Dockside Mini Market |
| Darshi Investment LLC | Docs Food Store |
| Dashtys convenience store | Dodge City market |
| David Kosciusko | Dolat Partners USA LLC |
| David's Market | Dollar Eagle Discounts |
| DaVinci's Barbershop | Dollar Hut + |
| Day and Night Food Mart | Dollar Plus and More |
| Daysha's Convenient Store | Dollar Store Plus Gift |
| DC Group Inc | Donut Mart |
| Decatur Discount | Doost LLC |
| Deco Facil | Dot Com Vapor Shop |
| Deli Cioso LLC dba Discount Vape Pen | Double Header Inc |
| Delle City Station | Double O |
| Del's Liquor Mart | Downtown Fresh Market |
| Delta / J.H Fuel LLC | DownTown Market |
| Delta Jubilee | DR & T LLC |
| Delta Supermarket | Dragonslayer Games |
| Detour Lounge | Dreamland Food Mart LLC |
| Devang Realty LLC | Drive in Liquor Mart |
| Devi Oil Inc | DRock Gaming LLC |
| Devon C Store | Drop In Store Inc |
| D-Flawless Inc | Duckweed Inc |
| DFW Oil Energy LLC | Duckweed Liquors Channelside |
| Dhaliwal Petroleum LLC | Duckweed Liquors Inc |
| Dhani Investment LLC | Dulcelandia |
| Dharmendra | Dunes Brewing |
| Dharmesh Rajpoo | Dunlap Petroleum Inc. |
| Dhungel Enterprise | Durga LLC |
| Diamond Convenience Store | Dutch Creek Liquors |
| Dick's Vape Shop and Ecig Store | Duyst Flyers |
| Digital Dog Pound, Inc | DV WIRELESS |
| Dipamadi Inc | DY Market (Dong Yang Market) - Sun Shan Food INC. |
| Direct Repair | E Z Pantry |

| | |
|---|---|
| E Z Trip - 108007 | Estudio De Belleza Genesis Glamour LLC |
| Eagle Food Mart | Ethio Mart |
| Eagles Nest | Everest Mart |
| EAN Services LLC | Everyday Food Mart |
| East Colfax Sinclair | Everyday Food Mart - 140873 |
| East Gate Sunoco | Experimax Bethesda |
| East Quincy Liquor Store | Experimax Davie |
| East Star Wireless | Experimax Leesburg |
| Eastside Maytag Laundry | Experimax Midtown Atlanta |
| Easy Breezy Laundry Lincoln Square | Express Food Mart - 103481 |
| Easy Goin Smoke Shop 2 LLC | Express Food Mart - 108277 |
| Easy Shop #2 BP Gas Station | Express Mart I Food Store |
| Eddies Food Market Inc | Express Mini Market |
| Edgemere Mini Mart | Express Mini Mart |
| Edina Market & Deli | Express Pantry |
| EG America LLC | Extra Value Wine & Liquor |
| Eide Bailly LLP | Extreme Clean Laundry |
| Ekamjit LLC | Extreme Tech Pro |
| El Fandango Mini Super | Exxon - 122056 |
| El Rons | Exxon Hendersonville LLC |
| EL TAJIN ENVIOS Y MUCHO MAS | E-Z Cash IV LLC |
| Electronic Cigarettes Inc | EZ Coin Laundromat |
| ELEGANCE BARBER AND BEAUTY LOUNGE | E-Z Convenience Store |
| Elegant Ink Studios | EZ Food Mart |
| Elian Darghli | E-Z Food Mart |
| Elite Mobile Phone Repair | EZ Stop Convenience & Hot Food |
| Elite P&P Enterprises LLC | E-Z Trip - 108008 |
| Elite Sportscards and Comics | EZ/Black Hole |
| Elmira Market Beer and Wine | Fabriform LLC |
| Elm's Liquor | Fadeone Barbershop |
| EM Wireless | Fairfield Liquors |
| Embassy Suites by Hilton Lubbock | Fairway Liquor Market |
| Enat Souk/ Market | Fairway One Stop #14 |
| ENGIMA FORBEARANCE | Fairway One Stop #4 |
| Enigma | Family Barber Shop |
| Epic CBD | Family Coin Laundromat |
| eRepair - Chicago iPhone & iPad Device Repair | Family Food Store |
| Erica Mills | Family Meat Market |
| Erwin Mart | Faris Mini Mart |
| Essentials barber Boutique | Fast Cash and Pawn |
| Estela, Rosa | Fast Cash and Pawn Warrenville |

8

| | |
|---|---|
| Fast Stop #9 | Four Seasons Cleaners and Laundry |
| Fast Stop Liquor | Four Seasons Cleaners and Laundry (Crossover Rd) |
| Fast Stop Tobacco & Beer | Four Seasons Town Centre |
| Fastrac B | Fox Island Grocery & Deli |
| Faststop | Fox's Pizza Den |
| Fatimide Enterprises Inc | Frames USA |
| Faust Market & Disc Cigarette | Framingham Liquors |
| Ferguson Laundry LLC | Franks Newstand |
| Fi Management LLC | Free Spirits Corp |
| Fifty Fifty Coffee House & Pub | Fresco Market |
| Figaros General Store | Friendly liquor |
| Filipino Food Mart | Friendly's Sports Bar - South County |
| Fine Wines & Liquors | Friends |
| First Avenue Lounge | Friends Corner |
| Fitzgerald's General Store | Friends Food & Gas |
| Five Star Grocery | FT Investments Properties LLC |
| Fix Master Mobile   Phone Repair | Fuel Rush LLC |
| FixIT Tek   Computer Repair | Fueled Auto & Truck Shop |
| Flamingo Beer & Wine | FZG East Ave LLC |
| Flores, Luis | G & E Liquors |
| Flows Pharmacy on Broadway | G & G Systems |
| Flows Pharmacy on Keene | G and N Corporation |
| FM Food Mart | G&B Maruti LLC |
| FMK International | GABE COCONATE |
| FMobil Inc | Gabe's Market |
| Food Basket #6 | Gadget Guys |
| Food Basket #8 | Gadget Haus Plus |
| Food Fair Supermarket | Gadget Hut Inc |
| Food Plus | Gadget MD  Cell Phone iPhone Samsung iPad Computer Repair |
| Food Plus 3 Inc | Recovery |
| Food Plus 4 Inc. | Gadget Rehab |
| Ford City Mall | Gadgets wireless |
| Forever Enterprises Inc. | Galewood Foods |
| Fork Forty Food Hall | Galleria Liqueurs |
| Fort Madison Tobacco and Liquor Outlets | Galleria Liquors |
| Fort Wayne Halal Meat & Grocery | Galley Liquor |
| Foster Feed | Gamer Planet |
| Foster Lake Market | Gamerz Den |
| Foster's Donut | GamesXP Decorah |
| Fountain City LLC | GameTime Sports Cards and Collectables |
| Fountain Discount Liquor | GameXChange Grant |

| | |
|---|---|
| GameXChange Hultquist | Golden Food Mart |
| GameXChange Replay | Golden Gate Casino |
| GameXChange Runyan | Goldstein, Adam |
| Game-Xplosion | Goliad Express |
| Garcia, Victor | Good 2 Go Auto Group |
| Garon, Jeffrey | Good 2 Go Stores LLC |
| Gas Mart #16 | Good Homes Liquors |
| Gas Mart 29 | Good Spot Foods LLC |
| Gas Mart 4 | Good Times Barbershop |
| Gash Mini Mart | Good Times Liquors Inc |
| Gasoline Ray's Dive Bar | Goodwin Mini Mart |
| Gasparilla Outfitters | Goodyear Food Store |
| Gateway 27 | Grab and Go #13 |
| Gateway 28 | Grab N Go |
| Gateway Mall | Grab N Go - 108299 |
| Gateway Plaza | Grab N Go - 118836 |
| Geabers Liquors | Grab N Go Mart |
| GENESIS | Grab-n-Go |
| Genesis Global Trading Inc. | Gracely Food Mart |
| George Hanna | Grand and Central Hand Car Wash |
| Geos Cell Phones | Grand BP Gas Mart |
| Gervais Food Market | Grand Traverse Mall |
| Get Pro Tech Inc | Grandview Food Mart |
| Get R Washed | Grantsville Way Station |
| Gifts & Smokes 4 Less | Greek Plate Gyro |
| Gill 94 LLC | Green Laundry |
| Gill Foodmart & Gas | Green trail smoke shop |
| Gingersnaps Coffeehouse and Cafe | Green Valley Market Inc |
| Give & Take Food Mart | Green's Grocery |
| Gizmo's Mini Mart | Gregory Dean Spanier |
| Glassworx of Tulsa Head Shop | Greiners Pub |
| Glendale Liqour | Gridley Clothing and Smoke Shop |
| Glenview Liquors | Grind That Coffee LLC |
| Global Food Pittsburgh | Grocery & Apparel - Nepali Store |
| Global Liquor | GT REPAIRS CORP. |
| Global Postal Center | Guadalajara Enterprises Inc |
| GMMA Fuel Mart LLC | Gujju Patel Corp |
| Go Go Food Mart | Gulf M&M Gas Station |
| Gold Harvest Market | Gull Party Store |
| Gold Star Mini Mart LLC | Gursimar LLC |
| Golden Dollar | Guru Convenience Store |

10

| | |
|---|---|
| Gyro Bites | Hello Wireless |
| H & L Food | Henna Inc. dba Shop N Go |
| H&S grocery | Heritage IGA |
| Hair Lounge | Heritage Mall |
| Hairline Authority | HEZ and JJJ Market |
| Hakim Food Inc. | HiDesert Daydream |
| Hala Express | High Desert Landscape & Design Inc |
| Hall Mark Rare Coins | High Spirits Liquor |
| Hamilton Mall | High Spirits Liquor Store |
| Hammond Super Pawn | High Touch Pharmacy LLC |
| Hampton Beer & Food LLC | Highway 6 Citgo |
| Hamro Inc. | Hill Market |
| Hand-MC Store Inc | Hill Top General Store |
| Handy Food Stores | Hilldale Convenience |
| Handy Mart | Hillsboro Liquor Store |
| Handy Mart 134899 | Hillsborough Mart |
| Hannga Corp | Hillside Market |
| Happy Hollow Market | Hilltop Steel Mart |
| Happy Market | Hilo Holi Water |
| Happy Mini Mart Inc | Hilo Loan Shop |
| Happy Vapor Shops | Himalayan Asian Grocery LLC (Desi Market) |
| Harac Consulting | Himalayan Asian Grocery Store |
| Harbor Food Store | Himalayan Mart LLC - 113827 |
| Harbour Way Mart | Himalayan Mart LLC-104347 |
| Harding and Hill Inc | Himalayan National Inc. |
| Hari Om LLC DBA Cork Keg Liquors | Hissan Tehseen Inc |
| Harley's Smoke Shop | Historic Bar Room LLC |
| Harrisburg Food Mart | Hi-Tech Gadgets LLC |
| Harrison Mart | Hock It to Me Pawn |
| Hassan Budvani LLC (DBA Fennys' Convenient Store) | Hoffman Heights Liquors |
| Hassle Free Laundry | Holcomb Market |
| Hastatek Corporation | Holly food market |
| Hava Gas | Hollywood Liquors on Mattis |
| Hawthorne Game Exchange | Holy Smokes Miami Beach |
| Hazel Deli Grocery | HomeCity Express |
| HB Mart | Homran Liquor Store |
| Head Hunters Smoke Shop - 108046 | Hook & Ladder Distillery |
| Head Hunters Smoke Shop - 108047 | Hop In - 116094 |
| Headrest Barber shop PC | Hop In - 116127 |
| Heights Corner Market | Hop In Exxon |
| Helios Smoke & Vape | Hop-In Convenince Store |

| | |
|---|---|
| Hopkins Liquor Store | J & J Market |
| Horizon Supermarket | J & L Tobacco Quality Inc |
| House of Liquor RR | J & M Liquor Store |
| Howard's Party Store | J & Q Smoke and Vape |
| HR Smoke and Vape | J & T Market and Deli |
| Hubspot Inc | J JS Fastop 294 |
| Hutchs | J R C's Express |
| Hyper Networks LLC | J&J Cafe |
| I and U Corporation | J&J Laundromat |
| I Heart Media | J2z Ventures LLC |
| iClinic- Iphone And Ipad -Sunrise | Jack Be Click |
| IFix Repairs 128664 | Jack Young's Super Markets |
| Ifix Repairs 128666 | Jackson Crossing Mall |
| Ifix Repairs Cell Phone and Tablets | Jacksonville Stop and Shop |
| IGA Express | Jacob Mobil Mart LLC |
| IGA of Mason City | Jacob's Food Mart |
| Ike Gaming Inc | Jai Bagmati LLC |
| Im Convenience and Smoke Center | JAK Group INC |
| In & Out Express #1 | Jamal Qasim |
| In & Out Liquor | Janani Indian Grocery |
| IN & OUT WIRELESS | Japs Mart Inc |
| In the Cut Barbershop | Jassa Enterprises LLC |
| Independence Mall Holding LLC | Jay Raj Inc |
| Ingwersen Enterprises Inc Dba Beverage Barn | Jay Shambhu Inc. |
| Innova All Around the Brand | Jaya & Laxmi LLC |
| Intrado Digital Media LLC | Jaymataji 9 Inc. |
| IPFS Corporation | Jays |
| Iphix I.T. LLC | Jd's Market |
| iPhone Repair Austin - Apple Repair Austin - Hi-Tech Gadgets | Jeannie Mart Investment Inc |
| IPhone Repair Tablets PC Mac GAMING Drones | Jeff's Quick Stop |
| iPhone repair VB Oceanfront | Jennifer Snack |
| iRepair Tronics | Jenny's Liquors |
| Irving Oil | Jerald's Greatest hair Stylists in the World |
| Isleta Barber Shop | Jeremiah |
| Israels Stop and Go | Jerry Citgo |
| Isso Petroleum LLC | Jerrys Wine and Spirits |
| iTech Cellphone & Computer Repair | Jewell Liquor Box |
| IV King Wine & Liquors | Jiffy Mart |
| iWorld Everything Wireless | Jimbos Liquor Store |
| J & B FOOD MART | Jimmy Lockhart |
| J & B Party Center Inc | Jing Jing Asian Market |

| | |
|---|---|
| JJL Multiservice LLC | Khalid Alkady |
| Joes Market | Khodiyar Enterprise |
| Joe's Mini Food Mart | Kind Connection Smoke Shop |
| John DeYoung | King City Liquors |
| John Heller | King Exchange Inc - 128008 |
| Johnny Gulo | King Grill - 108805 |
| Johnny's Liquor Cabinet LLC | King Grill Meat Market - 108802 |
| Johnsburg Mobil | King Wine & liquor # 3 - LycaMobile Store |
| Joplin Mini Mart | King's Mart Inc |
| Jose Huicochea | Kings Smoke Shop & More |
| Josh Saleh LLC | Kings Store Inc |
| Joy Mart (Sinclair Gas) | Kings Wine and Liquor #2 |
| JPS Seafood | Kings Wines & Liquor |
| J's Q-Mart | Kingsley One Stop Foodmart |
| Jucker Hawaii | Kingstar |
| Juliaetta Market | Kinjal Corp |
| Just One More | Kiosk Information Systems Inc |
| Justsarah, inc | Kirby Company |
| JV Market | Kirby Food & Liquor |
| K & M Liquor & Tobacco | Kirsch Liquors |
| K C's Korner | Kisu LLC |
| K Food Mart | Kita Inspiration Inc |
| K Food Store | Kitty's Corner |
| K&S Convenience Inc | Kitty's Corner #2 |
| K.K. Convenience Store | Klever Liquor |
| Kanan Foods | Know Moor LLC |
| Kanta LLC | Knox Fast Break |
| Kantar | Kokua Country Foods Coop dba Kokua Market |
| Kapisa M Enterprises Inc | Kong Marketing LLC |
| Kaplan Young LLC | Koodegras CBD Oil |
| Karl Balladres | Kool Corner Store |
| Kashmir Enterprises Inc. | Kopper Keg North |
| Kayla Brewer | Korner Market |
| Kaza Maza Restaurant | Krikar LLC |
| Keith Mijeski | Krish Marathon Inc |
| Kelly Corps LLC | Kruegers Olympic Auto Detailing |
| Kentwood Cleaners and Laundry | KSB Fuels Inc Gaskins Shell |
| Keshav Oil Inc. | KSRB Enterprises Inc |
| Kevin Rose | K-Stop Gas & Grocery |
| Key Jewelers | Kunkun LLC |
| Keys Technology | Kunsang Gyaltsen |

| | |
|---|---|
| Kwik Kar Grapevine Flower Mound | LBJ Food Mart |
| Kwik Stop | LBJ Laundry |
| Kwik Stop - 108030 | Leafers LLC |
| Kwik Stop - 117465 | Lee Food Market |
| Kwik Stop Market | Lena Food & Liquor |
| Kyle Kennard Nalls | Le's Laundry |
| L Jam Inc | Le's Laundry (137042) |
| L&C Liquors | Leslie Potts |
| L.A. Pawn Shop | Lewandoskis Market |
| La Espiga | Lewis Drug |
| La Estrella Mini Mart Inc | LexisNexis Risk Solutions FL Inc |
| La Familia Grocery Store | Liberty Convenience Store |
| La Familia Market | Lifeline |
| La Familia Mexican Market (Shell) | Light Rail Wine and Ale |
| La Las Sangria Bar | Lincoln Fuel LLC |
| La Mancha Coffeehouse | Liquivana Vape Shop LLC |
| La Regia Taqueria | Liquor & Tobacco Depot |
| LA Smoke Shop | Liquor Barrel |
| La Tapatia Market #2 | Liquor Barrel New Brighton |
| La Vista Market | Liquor Mart |
| La Vista Mart 66 | Liquor Master Discount Liquor |
| Lake Michigan Sports Bar | Liquor Town |
| Lake Missoula Tea Company | Lisa Cockran |
| Lakeshore Food Mart LLC | Lletget, Sebastian |
| LAKESHORE SHELL | Local Legendz |
| Lakeview Market | Logan Square Laundry |
| Lakwinder Singh | Logan Valley Mall |
| Larnell Washington | LoneStar Vapor Shop |
| Las Montanas Supermarket | LoneStar Vapor Shop LLC |
| Las Vegas Lights FC | Loomis |
| Las Vegas Pest Control | Los Amigos Market |
| Las Vegas Valley Water District | Lucky 1 LLC |
| Last Call Liquor and Cellular | Lucky 7 Food Mart |
| Lasting Impressions Floral Shop | Lucky Food Store |
| Laundry City | Lucky Mak's |
| Laundry Land JC | Lucky's Beer & Wine |
| Laundry Wash | Luetzhoeft, Kimmie |
| Lavender laundromat | Lynn's Stop & Shop |
| Lawki Smokes | M & G Tobacco Shop |
| Lawrence Pawn & Jewelry | M&L Convenience LLC |
| Lays Food Mart | MAB Medical Management |

| | |
|---|---|
| Macon BP | Market Square |
| Mac's Liquor | Market St Convenience Inc |
| Madeline Forrester | MARKETPLACE ON THE COMMON |
| Maderira Food Mart | Mark's My Store |
| Madison Liquor | Mart At Main |
| Madison Market | Mass Beverage |
| Madison Meat Market | Massawa Eritrean & Ethiopian Restaurant |
| Magic Coin Laundry | Matador Coffee Roasting Company |
| Mail Central Services | Matthew Gin Haw Chiang |
| Mail Etc | Matts Hydroponics |
| Main Food Mart | Max Vapor Enterprises |
| Main Street Convenience | Maxs Food and Liquor |
| Main Street Gas & Mart | Maynard's Food Center |
| Main Street Groceries And Tobacco | MBS Petroleum Incorporated |
| Main Street Market | McAlary, Chris |
| Main Street Mini Mart | McAlary, Christopher |
| Main Street Pit Shop | McCarty Party |
| MAINE BITCOIN LLC | Mccurdy's Liquor |
| Maine Northern Lights | McIntosh Energy |
| Mainly Groceries | MD's Market |
| Mais Brazil Inc | Mechex Inc |
| Mak's Mini Mart | Mega 2 Supermarket LLC |
| Malcom Gas and Food LLC | Mega Mart - 108358 |
| Mall of Abilene | Mega Mart - 108816 |
| Mally Supermarket | Mega Mart Inc. |
| Mana Business LLC | Mehmi Enterprise |
| Manchester High Mart | Mehroz Enterprises |
| Mancia Investments Inc | Mercado de Yakima |
| Manha Food and Deli | Meridian Express |
| Mann Liquor, Beer, and Wine | Metro Food and Beverage |
| Marathon Express | Meze's Food Mart LLC, |
| Marathon Gas | MHD LLC |
| Marathon Gas - 108931 | MHT LLC |
| Marathon MINI Shop, Inc | Mi Casa Market |
| Marble Slab Creamery | Miami Vape Smoke Shop |
| Maria Food Store | Miami-Dade County Tax Collector |
| Marina Tobacco Inc | Michael Frisella |
| Mark Twain BP | Mid KC Petroleum 3 |
| Market 24 | Middle East Market |
| Market Express | Midlane Esports |
| Market Express One Inc. | Midtown Tavern |

| | |
|---|---|
| Midvale Coin Laundromat | Moxee Market |
| Midway Convenience Store | Mr Fixit Repairs |
| Midway Discount Liquor | Mr Frog Car Wash |
| Midway Store and Tire Shop | Mr Pawn |
| Mike's Quik Stop & Deli | Mr Suds |
| Mikes Smoke Cigar & Gifts | Mr Vape and Smoke |
| Mill Food and Fuel LLC | Mr Vapor Enterprises Inc. |
| Mini Food Store. | Mr. Liquor |
| MINIT - Mart | Mr. Toro Carniceria |
| Minnesota Laundry East Bloomington | MRF Petroleum Inc |
| Minnoco Xpress | Mrs. Cavanaughs Chocolates and Ice Cream |
| Minny Mart | MS Yakima Group LLC |
| Minute Mart | Muhammed Mannan |
| Mirage Wine & Spirits | Muritronix |
| Miramar Brands Pennsylvania Inc | Mustard Seed Flowers |
| Miramontes, Kim | My Barber Shop |
| Miska's Corner Store | My Broken Phone |
| Miss Tracy's Liquor Store | My Broken Phone LLC |
| Mission Liquor & Food | My Sunny Laundry |
| Mitri Petroleum LLC | My Sunny Palm |
| Mix Vapes | Mystic Vape |
| Mixpanel Inc | N Food Mart |
| Mize's Thriftway | Naina Mini Mart (Uptown) |
| Mizz Repair  Phone Repair | Namira Food and Deli 2 |
| MJ Mart | Namira Fresh Food |
| MK Oil Inc | Nanak Ji Corp |
| Mobil | Nashville Market |
| Mobil of Roseville | Nasry Shiha LLC |
| Mobile One - 123561 | NATA - Parent |
| Modern Pawn and Guns | Natasha N Ray |
| Modern Wireless | Nati LLC |
| Mohan LLC (DBA Havana Park Liquor) | Nation Cellnet |
| Molina, London | Night Skye Enterprises LLC |
| Moni and Sami LLC | Niku Inc |
| Monica Vela | Niranjan Shreshtha |
| Monroe City BP | Nitinkumar Patel |
| Monroe High mart | Nittany Mall |
| Montop Pop N Stop | Njaravelil Inc |
| Morning Star Cleaning Service LLC | NMLS |
| Morty Inc DBA Tampa Bay Pawn | NNN LLC |
| Mountain Liquor Store LLC | Noah Smoke Shop |

| | |
|---|---|
| Nocedades Isla Fashion | P&N Pawn Shop |
| Norfolk Liquor Store | Package Plus Printing |
| North Bank Liquor | Pacolet Food Mart |
| North Central Missouri Properties LLC | Paises Unidos |
| North Gate Mobil | Palm Pantry 14 |
| North Hanover Mall | Pantry |
| North Point Computers | Papi Churro |
| NorthPointe Plaza Smoke Shop | Paps Carry Out-Convenient Mart |
| Northway Supermarket | Paradise Cafe |
| Northwest Wonder Wash LLC | Paradise City |
| Nour Cell Phones | Paradise Smoke & Vape |
| NSG Buckeye LLC | Paradise Vape Co |
| NSKK Petroleum Incorporated | Paramjit Banwait |
| Nueva Imagen | Park Avenue Market |
| Nuggy's Tobacco Shack | ParkMall LLC |
| NW Broad Inc. | Patricia Chavez |
| NXT LVL Gaming | Pauls Pantry |
| Oak Park Mart | Payday Loans and Check Cashing Store |
| Oakdale Corner Store | Payday Loans Store Inc |
| Oakton Coins & Collectibles | Payless Cellular |
| Oasis Laundry | Payless Jewelry & Paymore Pawn |
| Oglethorpe Mall | Payton's Place LLC |
| Ohmies Vape and Glass Emporium #1 | PBR Vapors |
| Ohmies Vape and Glass Emporium #2 | PC & Mac Wizard |
| Ohmies Vape and Glass Emporium #4 | PC Magic |
| Ohmies Vape and Glass Emporium #5 | Peachtree Mall |
| OooWee Art & Gaming Cafe | Peak Food Mart |
| OptConnect | Pegasus Games Inc |
| Orange County Liquors | Pensacola Cell Phone Repair |
| Original Joe's Hilsboro | Perk N Jerk |
| Oscar's Restaurant | Perkins Coie LLP |
| OST Food Mart | Perkolator |
| Osvaldo Rizo | Perry Creek Laundromat |
| Oswego Food Mart | Perry Leon |
| Otis Elevator Company | Personal Dimensions |
| Out of the Box | Personalized Gifts |
| Outback Market | Peterka Holdings LLC |
| Outback Pizza | Petes Market I St. Louis |
| Owen Mini Mart | Petroleum Inc |
| Oxon Hill Citgo | PHA Stores Inc. |
| Ozzy's Mini Mart | Philomath Market |

| | |
|---|---|
| Phone Repair | Prince William County |
| Phone Repair Orlando | PrizeLogic LLC |
| PhoneHub US Coral Springs-Margate | Produce Center |
| Phones R US | Progress Grocery & Deli |
| Pick-Quick Mini Mart | Pro-Play Games |
| Pikes Liquor | Prosser Mini Mart |
| Pipalpani LLC | Pueblo Latino Gasolinera |
| Pipes R Us | Puff Monkey Smoke Shop |
| Pisco Sour Market & Peruvian Restaurant | Pumpkin Hill Market |
| PLAINFIELD BP INC. | Punjab Group Capitol Inc. |
| Plains Six Pack To Go LLC | Punjab Group Elkhart Inc. |
| Platte Ave Liquors | Punjab Group Muskegon Inc |
| Plaza Frontenac | PWI |
| Plaza Liquor Mart | QC India Market |
| Plaza Wine & Liquors | QC Pawn |
| Pleak Korner | QNE PC Repair, LLC |
| Plugged Inn Computers and Cell phones | Quail Springs Mall |
| Plymouth Mobil Inc. | Quality |
| PM Oil and Gas Inc. | Quality Discount Liquor |
| PM4 Team LLC | Quality Firewood and Materials |
| PMEX Corporation | Quality Star Market LLC |
| PNB National LLC | Quick and Handy Market |
| Pockets Discount Liquors | Quick Mart |
| Pollux Corporation dba Smoker King Tobacco | Quick Mart - 108720 |
| Pontiac Food Mart - 116554 | Quick Mart - 113860 |
| Popee's Mini Mart | Quick Mart #1 |
| POPS Mart Fuels LLC | Quick Mart LLC |
| Pops Quick Stop | Quick Pick - 116892 |
| Portland Food Mart LLC | Quick Service |
| Pour Boy Liquor | Quick Shop |
| Prairie Pride Farm of Minnesota | Quick shop 1 LLC |
| Pramod Patel | Quick Stop Food Mart LLC |
| Premier Barber Lounge | Quick Stop LLC |
| Prenger - 140787 | Quick Stop Market |
| Prenger - 140788 | Quik & Grady's Cleaners - DNU |
| Prenger - 140789 | QuikStop |
| Prenger - 140790 | R & A Group LLC - 108670 |
| Prenger - 140792 | R & A Group LLC. |
| Prenger - 140794 | R & J Liquor |
| Prepaid Connect Cell Phone Repair and Prepaid Plans | R&R liquor |
| Prime Mart | R&S Midway Market LLC-103802 |

| | |
|---|---|
| R&S Midway Market LLC-103803 | Rock River Mobil |
| R&S Sussex Investment LLC | Rocket Fizz |
| R.L. Jordan Oil Co., Inc. | Rockport Center LLC |
| Race Track Market Place | Rocky's Mart |
| Rajveer Singh Gas and Foodmart, Inc | Rodeway Inn |
| Ram Lakham Inc DBA Kwik Sak 614 | Rolling Hills Wine and Spirits II LLC |
| Ramblewood Liquors | Ron & Guss Corporation |
| Ramva USA LLC | Ronak INC (DBA G&R Market) |
| Ramvadevi West LLC | Ronald Sexton |
| Ramzi Union Inc. | Ron's Marathon |
| Randstad Professionals | Roosevelt Tobacco |
| Rapid City Market Place | Rosa Linda Hernandez |
| Rayans Fine Wine and Spirits | Roseville Tobacconist |
| Rays Liquor | Ross Park Convenience Store |
| Ray's Party Store | Route 28 LLC |
| RBJ Ventures LLC | Route 66 Naman Liquor |
| Recep Kuzu | Roxanne Okoli |
| Red and White | Roy City UT |
| Red JJ Petro Mart Inc | Roy Orr Food Mart |
| Reeb Liquors | Royal Images |
| Reliance 3 LLC | Royal SNS |
| Repair Genius | RP Oil Company |
| Republic Services #620 | RSA America |
| Resurrected Movies, Video Games & More | Rub-A-Dub-Dub Laundromat |
| Rex USA Inc | Rudy Gonzales (R&R Home Solutions) |
| Reynolds Foodliner Inc | Rudy Romero |
| RG's Barber shop | Rudys Gold Shop |
| Rhea & Amber Inc | Rufina Sanchez-Barreto |
| Right Market | Runna Huang (Shirley Shen) |
| Right Market #2 | S & H Exxon LLC |
| Ritz Food Mart | S & S Beer & Wine |
| River City Pawn | S & S Food Mart |
| River Road Lotto Mart | S&G Petroleum LLC |
| Rivera Mart | S&S Foodmart |
| Riverpoint Laundry Service & Coin Laundromat | S.A Food Mart |
| Riverside Grocery | SA Global Holding |
| Riverside Liquor 2 | Safer Vaporz |
| RK and DJ LLC | Saguaro Express |
| RL Petroleum Inc. | Sahil Food Mart |
| Robins Mini Mart | Saif H Nijmeh |
| Rochester Armored Car Co, Inc | Saigon Market |

| | |
|---|---|
| Saint George Laundromat LLC | Seymoure Party Store |
| Sajan Con Inc | Shabana Enterprises Inc. |
| Saleem Shah | Shade Tree Gas & Convenience Store |
| Salem Sager | Shamrock Plaza Liquors |
| Salem Shell | SharkDogs Sports Grill |
| Salt Lake County | Shattered Dreams |
| Sam Food Mart Citgo | Shaver Food Store |
| Sami's Center | Shaw Gate Trading Post |
| Sams Discount Inc | Shell |
| Sams Food Stores - 103083 | Shell - 1 |
| Sam's Liquor Store | Shell - 108804 |
| Sams Wireless | Shell Gas & Mart |
| Samy International Wireless | Shell Quick Shop |
| Sandfly Laundry | Shell-107952 |
| Sandy Stop Shell | Shepherd's Market |
| Saneha Enterprises Inc | Sheppard Mullin Richter & Hampton LLP |
| Santeria Smoke Shop | Sher E Punjab LLC |
| Sarabijit Sodhi | Sheridan Fine Wine & Spirits |
| Sarasota Square | Sheridan Liquors |
| Sate 2 LLC | Shinda First LLC |
| Satyasai Inc | Ship N Shore Laundry |
| Save A Lot | Shiv Food Mart #8 |
| Save-A-Ton | Shiv Sankar Corp DBA Ameristop |
| Savin Hill Wine & Spirits | Shiwakoti Grocery |
| Savita Inc. | Shlok Enterprises Inc. |
| SC DISCOUNT TOBACCO & grocery | Shop & Go Inc. |
| SC Vapors | Shop N Go |
| Scandit Inc | Shop Now |
| Scott Harping | Show Me Oil Company, Inc. |
| Scott's Superette | Shree Ganesh Fuels LLC |
| Sea Mart | Shri Sai Nath LLC |
| Seagoville Market | SI Computers Sales & Services \| Logical Wireless |
| Seattle iPhone Repair | Siemens Industry, Inc |
| Sebastian Lletget | Sierra Vistal Mall |
| Secret Fantasies | Sight N Sound |
| Sectran Security Inc. | Signal Pros LLC |
| Securitas Security Services USA Inc | Sikes Senter |
| Segen Food Mart | Simple Mobile phone repair |
| Select Wine & Spirits | Simple Mobile Store |
| SES Oil Inc | Simply 3D Hawaii LLC |
| Seven Star Liquors | Sinclair |

| | |
|---|---|
| Singh Mart | Sophia Carter |
| Singh Mart #1 | SOS Liquor |
| Singh Mart #3 | South Coast Pizza |
| Singh Mart 2 | South Union Mini Mart |
| Singing Hawk LLC | Southeast BP |
| Singing Hawk LLC dba Sin City Vapor III | Southern Illinois Liquor Mart |
| Sir Fixit LLC | Southland Center |
| SJ Dollar Plus Market | Southland Mall |
| SK Petro Inc. | Southside Mini Mart |
| Sky Mart #3 | Space Coast Barbershop Co. |
| Skyline Village Liquors | Spanaway Deli Mart |
| Slate Street Billards | Spark City Smoke and Vape |
| SM Gas | Spec's - Parent |
| SM Gas Inc | Speedy B Mart |
| SmartPhones R US | Speedy Gas-N-Shop |
| Smith & Shapiro PLLC | Speedy Mart |
| Smithfield News | Speedy Stop |
| Smiths Drug Store No 1 | Spicy Multiservice LLC |
| Smithwick Market | Spirit World Liquor - 108369 |
| Smitteez Cutz Barber Shop | Spring Valley Laundry |
| Smitty's Smoke Shop | Springdale Superette |
| Smoke and Munch | Springreens at Community Cafe |
| Smoke It's Smoke Shop | Springs Convenience |
| Smoke It's West | St Cloud Liquor |
| Smoke Max | St Paul Market |
| Smoke Shop & Gifts | ST star LLC |
| Smoke World | Stadium Chevron |
| Smokers World | Stag Hair Care |
| Smokeshop Plus More LLC | Stanley Express |
| Smokeys Vape Shop | Stanley Shell |
| SMR OIL Co. (Sam's Mobil) | Star Food & Liquor - 108276 |
| Snappy Convenience Store LLC | Star Gas Station | MK Mini Mart |
| Snappy Mart 2 | Star Liquor Market |
| Sneak Peek Luxury | Star Market |
| Soap & Suds Laundromat | Star Smoke Shop |
| Sohail Zoha | Star Value |
| Sohum Inc | StarBase |
| Solo Liquor | Stateline Supermarket |
| Sonny's Marathon | Stateline Tobacco- New Owner |
| Sonny's Super Foods | Station House Liquors |
| Sooner Fashion Mall LLC | Steeplegate Mall |

| | |
|---|---|
| Steer Steakhouse - 108911 | Super Express #6 |
| Sterling Vape Company | Super Mart #11 |
| Steven M Ste Marie | Super Quick Food Store |
| Steves Laundry Center LLC | Super Rancho Carniceria |
| Stewmans Vapor | Super Saver Liquor and Grocery |
| STL Wireless Cell Phone, PC, and Tablet Repair Shop | Super Star Inc |
| Stonelake Vine & Spirits | Super Trac Investments |
| Stop & Get | Super USA |
| Stop & Shop | Super USA 05 Shell Gas Station |
| Stop & Shop #4 | Super USA 101 |
| Stop and Shop | Super USA 9 |
| Stop N Go | Super Xpressway Mini Mart |
| Stop N Shop | Suravisai Inc. |
| Stop N Shop - 117523 | Suresh Inc |
| Stop N Shop - 118196 | SURETY BANK |
| Stop-N-Joy | Surfs Up Computing |
| Stratis Advisory LLC | Surya Atlanta Inc |
| Stratz PR LLC dba Relevanz Public Relations | SV Ventures Inc |
| Sum Midwest Petroleum Inc. | Swami Shree LLC |
| Summit Liquors | Swan Cleaners & Shirt Laundry |
| Sumrall Doughnuts and Breakfast | Sweeden Sweets |
| Sundeep Liquor | Swoyersville Six Pack To Go LLC |
| Sunny 12 LLC | SWZ LLC |
| Sunny 27 BIS LLC | Syed Brothers Inc |
| Sunny 67 LLC | SystemsAccountants Inc |
| Sunny 7 LLC | T C Grocery |
| Sunny Cutler | T Stamp Inc. |
| Sunny Normandy LLC | T20 |
| Sunny's Kwik Stop | Taddeo, Raymond |
| Sunrise Convenience | Taftan Bazaar and Halal Meat |
| Sunrise Donuts | Take Over Wireless |
| Sunrise Food Mart | Tall Tales Gaming |
| Sunset Shaman LLC | Tan Dong Hung LLC |
| Sunshine Food | Tarkanian Basketball Academy |
| Sunshine Food Store | Tawfig Hagelamin |
| Sunshine Liquor Store | Tea LLC |
| Sunsunny Inc. | Team Air Express |
| Super 7th Food Store | Tec1.8 Gadgets & Repairs |
| Super Discount Cigarettes | Tech Service Pros |
| Super Express #1 | Tech Smart |
| Super Express #11 | Techy - Tamiami |

| | |
|---|---|
| Techy Boca Raton | The Pony Keg |
| Techy Daragan | The Press |
| Techy Deerfield Beach | The Shop, Guns & Pawn |
| Techy Delray | The Smoke Center Holly Springs |
| Techy Hialeah | The Station |
| Techy Lake Park | The Sultan Cafe |
| Techy Margate | The Thumb Year Round Garden Supply |
| Techy Naples | Therapy Bar & Grill |
| Techy Pembroke Pines | Thomas-Hendrickson Inc |
| Techy Pompano Beach | Thomson Reuters -West |
| Techy Sunrise | Three Ds Variety |
| Tennessee Discount Cigarettes | Three Point Food Mart |
| Texaco State Street LLC | Three Star LLC |
| Texarkana Travel Stop | Thumb Butte Pit Stop |
| Texas Barber Shop | Thunder Ridge Ampride |
| TG Mobile Solutions | Tika Devi Inc |
| The Bachrach Group, LTD | Time Saver |
| The Backyard Public House | Timothy Lim |
| THE Bar | Tinku Inc |
| The Barbers Den | Titanium Vapor |
| THE BUSINESS LOUNGE | Tivoli NDA V LLC |
| The Café Sweets and Treats | TJs Party Store |
| The Casino at Dania Beach | TNS ON LINE, Inc |
| The Cedar Room | Tobacco & Vapor Macon |
| The Citadel | Tobacco Emporium and Hookah Lounge |
| The Coffee Bar | Tomlinson, Michael |
| The Cool Place | Tradewinds Market Place |
| The CORE Comics & Games | Trangistics Inc |
| The Corner Shoppe | Transon Media LLC |
| The Crossroads | Treexel Mart |
| The Depot Express | Tri An Mart - 1 |
| The Dugout Smoke Supplies | Tri M Mini Mart |
| The Fruit Basket | Triple 7S LLC |
| The Gaming Warehouse | Triple Seven Station |
| The Golfing Dog Group LLC DBA Washboard | Triple V Inc |
| The Head Shop | Trolley Market |
| The Island Shoppe | Tucson Mall |
| The Jimmerson Law Firm | Tulsa Food Mart |
| The Joint on 7th | Turind LLC |
| The Joint Smoke & Vape | Twins Food Mart |
| The Lakes Mall | Twisted Smoke |

| | |
|---|---|
| Two Brothers | VVM Food Mart LLC |
| Uline | W.N. Grocery |
| Umatilla Superette | Waimea Express |
| Umstott Inc | Wakarusa Petroleum Inc. |
| Unique Mart | Waldron Market |
| Unit21 Inc | Walker Liquor |
| United Drive In | Wandering Spirits |
| Universal Payment & Communication | Warehouse Liquor Mart |
| University C Store Verify ACH Info | Wasco Foods |
| University Market Inc | Wash em up |
| Used And Electronics | Wash Em Up #6 |
| V5 Market | Wash Em Up 1 |
| VA Food Mart | Wash Tyme Laundromat |
| Valero | Wash World |
| Valley Ridge Beverage | Washburn Trailside |
| Valley View BP | Washing Well Laundromat |
| Valor Vapor Prescott | Water Boy Services |
| Value Market | Water Revive Alkaline Water Store |
| Van Zeeland Oil Co. Inc | Waterloo Liquors |
| VanHorns Market | Waylyns Quick Stop LLC |
| Vapor Planet LLC Navarre | Wayne Mobil Inc. |
| Vapor USA | Waynes Gulf |
| Vaporized Inc | Wayne's Liquor |
| Varinder Singh | Welch Cleaners |
| Varsha Patel | West Haven Vapors CBD and Delta |
| Verhel Enterprises Inc. | West Mart Convenience & Smoke Shop |
| Vernon Market | West Mount One Stop |
| Veteran Vapors LLC | West Point Trading Post |
| Veterans Convenience Store | West Side Market |
| VGV Foodmart | Westland Mall |
| Vickers Liquor | Westmore Liquor Mart |
| Victorian Mart | Westwood Party Shoppe |
| Video Game Wizards VGW | Whistle Stop Convenience Store |
| Viking Express | White Dog |
| Viking Village Cleaners | White's Foodliner |
| Villa Liquor Store Inc. | Wilderness Eagle Mart LLC |
| Village Jewelers & Loan LTD | Wilkins & Wilkins LLC |
| Virani Inc. | William McNeel |
| Vision IT Consulting, Inc. | Williams Package |
| Vista Beverage House | Williamsville Country Store |
| Vraj Krupa Inc | Willow Grove Food Mart |

| | | |
|---|---|---|
| Wings Enterprise Inc dba The Corner Carwash | Yellow Store | |
| Winnemac Food & Liquors | Yes Pawn Watch Gold Buyer | |
| Wireless Doctor Iphone   Tablet Repair | Yesway | |
| Wireless Paradise | Yogi Food Mart | |
| Wireless Unlimited of Orlando | Yolenis Providence | |
| Wireless Xperts | Yo's Wishy Washy | |
| Wireless Xperts Inc | Your CBD Store | |
| Wisemen Smoke Shop | Your CBD Store - Roscoe | |
| Wishy Washy lavanderia | Your CBD Store - Westfield | |
| Wizards Asylum | Your CBD Store Indy | |
| Wizards Keep Games | Your CBD Store Shadeland | |
| Woldegebriel, Wintana | Your Stop | |
| Wonder Wash | YSP Enterprise LLC | |
| Woodlake Liquor | Yuma Market | |
| Workingman's Family Store LLC | Yummy Snamy European Food & Deli | |
| World Market Inc | Z and L Wireless | |
| WYL LLC | Z Market | |
| Wynns Tech Solutions | Zachs General Store | |
| X Karma | ZDs Meatz | |
| Xclusive House of Kutz | Zedz 4 | |
| XO Liquor | Zedz 4-103080 | |
| XO Liquor-101469 | Zeeshan Ahmed | |
| XO Liquor-101515 | Zekarias Werede | |
| Xpress Food Mart | Zellar's Bottle Shop | |
| Xpress Market #01 | Zino's | |
| Xpress Mart Pasco | ZSK Enterprises Inc | |
| Xvertuz Vapes | Zyvatech | |
| XWA International Airport | | |
| Y & L Oil LLC | | |
| YASH CONVENIENCE | | |
| Yasmine Market Place LLC | | |
| Yaya Food Mart | | |

25

**EXHIBIT B**

**Parties-in-Interest Noted for Court Disclosure**

**Relationships in Matters Related to These Proceedings**

**None**

**Relationships in Unrelated Matters - Current**

Amazon Web Services Inc
American Express
AP Wireless
ARCO
AWG
BP
Chevron
Citgo
City of Modesto
Conoco
Enigma
Exxon - 122056
Loomis
Otis Elevator Company
Perkins Coie LLP
Shell
Sheppard Mullin Richter & Hampton LLP
Sinclair
Valero

**Relationships in Unrelated Matters - Former**

Brink's U.S.
Kirby Company
Save A Lot
Siemens Industry, Inc
Solo Liquor

7

4892-3692-3225, v. 1