E-filed: March 23, 2023

Michael Weinberg
Bar Number: 5724497
One Liberty Plaza
New York, NY 10006
Phone: (212) 225-2000
Fax: (212) 225-3999
E-mail: mdweinberg@cgsh.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC., dba COIN CLOUD,<br><br>Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**<br><br>EFFECTIVE JANUARY 1, 2015<br>FILING FEE IS **$250** |

Michael Weinberg, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in New York City, New York.

2. That Petitioner is an attorney at law and a member of the law firm of Cleary Gottlieb Steen & Hamilton LLP with offices at One Liberty Plaza, New York, NY 10006; Telephone: (212) 225-2000.

3. That Petitioner has been retained personally or as a member of the law firm by Genesis Global Holdco, LLC to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since September 9, 2019, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York, where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Name of Court | Date Admitted |
|---|---|
| United States District Court for the Southern District of New York | March 2, 2021 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

7. That Petitioner has never been denied admission to the State Bar of Nevada.

8. That Petitioner is a member of good standing in the following Bar Associations: None.

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters: None.

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

1  DATED: March 23, 2023

                                                              Petitioner's Signature

STATE OF NEW YORK

COUNTY OF NEW YORK

      Michael Weinberg, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

                                                               Petitioner's Signature

Subscribed and sworn to before me this

23rd day of March, 2023.

_____
Notary Public

(SEAL)

Akosua Adubofour
Notary Public, State of New York
No. 01AD6436000
Qualified in Kings County
Certificate on File in New York County
Commission Expires July 5, 2024

- 3 -