BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Phone: 702.262.6899
Facsimile: 702.597.5503
Email: baxelrod@foxrothschild.com
jmcpherson@foxrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com

*Counsel for Debtor*

Electronically Filed March 23, 2023

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re

CASH CLOUD, INC.,
dba COIN CLOUD,

Debtor.

Case No. BK-S-23-10423-MKN

Chapter 11

**NOTICE OF HEARING ON FOURTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT**

Hearing Date: April 20, 2023
Hearing Time: 10:30 a.m.

**PLEASE TAKE NOTICE THAT THE DEBTOR IS REQUESTING IT BE PERMITTED TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**

**IF YOU ARE RECEIVING THIS NOTICE OF THE FOURTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT, YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON EXHIBIT 1 ATTACHED HERETO. NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE.**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**PLEASE TAKE NOTICE** that on March 22, 2023, Cash Cloud, Inc. (the "Debtor"), by and through its counsel, filed a Fourth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment (the "Motion").[1]

**NOTICE IS FURTHER GIVEN** that copies of the Motion may obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal, Telephone: (702) 262-6899, or by download at: https://cases.stretto.com/CashCloud (the "Case Website").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion ***no later than 14 days*** preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you ***must*** file a **WRITTEN** response to this pleading with the court. You ***must*** also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may ***refuse to allow you to speak*** at the scheduled hearing; and
>
> • The court may ***rule against you*** without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on **April 20,**

/ / /

/ / /

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

**2023 at 10:30 a.m. prevailing Pacific time**. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code 029066#.

Dated this 23rd day of March, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson

JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| 40th Convenience Store | Attn: Mohamad urhan Khateeb<br>263 E 40th St<br>San Bernardino, CA 92404 | Attn: Mohamad urhan Khateeb<br>263 E 40th St<br>San Bernardino, CA 92404 | 143834 |
| ABAL,LLC dba Citistop* | Attn: Al Singh<br>420 Executive Park<br>Asheville, NC 28801 | 3715 Sweeten Creek Rd<br>Asheville, NC 28704 | 116343 |
| Alex & Yvonne Schmunk Inc* | Attn: Scott Schmunk<br>310 Main<br>Bridgeport, NE 69336 | c/o Sonny's Super Foods<br>801 Jensen Hwy<br>Hot Springs, SD 57747 | 139620 |
| Ameripawn Inc | Attn: Greg Engstrom<br>1415 E Lincolnway<br>Valparaiso, IN 46383 | Attn: Greg Engstrom<br>1415 E Lincolnway<br>Valparaiso, IN 46383 | 130367 |
| Ameripawn Inc | Attn: Greg Engstrom<br>2437 Monroe St<br>La Porte, IN 46350 | Attn: Greg Engstrom<br>2437 Monroe St<br>La Porte, IN 46350 | 130368 |
| Avalon Hotel & Convention Center | Attn: Ramesh Diora<br>16 W 10th St<br>Erie, PA 16501 | Attn: Ramesh Diora<br>16 W 10th St<br>Erie, PA 16501 | 138121 |
| Avalon Wireless #1 | Attn: Ziad Reda<br>829 N. Avalon Blvd<br>Wilmington, CA 90744 | Attn: Ziad Reda<br>2138 E. Anaheim St<br>Long Beach, CA 90804 | 153114 |
| B&B Wireless LLC | Attn: Sung H Lee; Shawn Lee<br>4606 Memorial Drive<br>Decatur, GA 30032 | Attn: Sung H Lee; Shawn Lee<br>4606 Memorial Drive<br>Decatur, GA 30032 | 147042 |
| Bensu Electronics Inc. | Attn: Daniel Bensusan<br>c/o Experimax David<br>5810 S University Dr #B105<br>Davie, FL 33328 | Attn: Daniel Bensusan<br>c/o Experimax David<br>5810 S University Dr #B105<br>Davie, FL 33328 | 128469 |
| Best Wash Roxana | Attn: Rebecca Unnerstall<br>100 Unnerstall Trl<br>Alton, IL 62002 | c/o Best Wash Laundromat<br>203 N Central Ave<br>Roxana, IL 62084 | 134737 |
| Booja Wireless | Attn: Ki Suk Lee<br>1634 Gordon Hwy<br>Augusta, GA 30909 | Attn: Chris<br>6602 Highway 85<br>Riverdale, GA 30274 | 147051 |
| Brothers Market* | Attn: Scott Edwards<br>12345 University Ave, Suite 200<br>Clive, IA 50325 | 325 Central Ave W<br>Clarion, IA 50525 | 145517 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 2 TO FOURTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FOURTH OMNIBUS MOTION TO REJECT**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 302 E Main Rt 3 Box O<br>Cole Camp, MO 65325 | 145518 |
| | | 1022 Skyler St<br>Denver, IA 50622 | 145519 |
| | | 1400 G Ave<br>Grundy Center, IA 50638 | 145520 |
| | | 930 Commercial St<br>Lisbon, IA 52253 | 145522 |
| | | 706 Hwy 57<br>Parkersburg, IA 50665 | 145529 |
| | | 402 E Price Ave<br>Savannah, MO 64485 | 145531 |
| | | 118 S Main<br>Sigourney, IA 52591 | 145532 |
| BW Gas & Convenience Holdings, LLC | Attn: Derek Gaskins<br>138 Conant Street<br>Beverly, MA 01915<br><br>Attn: Kurt M. Zernich<br>138 Conant Street<br>Beverly, MA 01915 | c/o Allsups<br>Attn: Ashley Valley<br>103 W Santa Fe<br>Grants, NM 87002 | 123921 |
| | | c/o Allsups<br>Attn: Emily Hayah<br>507 West Highway 66<br>PO Box 2873<br>Milan, NM 87021 | 123928 |
| | | c/o Allsups<br>Attn: Glenda Barker<br>342 Nimitz<br>Grants, NM 87020 | 123929 |
| | | c/o Allsups<br>Attn: Dennilynn Loretto<br>616 First Street<br>Grants, NM 87020 | 123930 |
| | | c/o Allsups<br>Attn: Priscilla Tabaha<br>112 Arnold St<br>Gallup, NM 87301 | 123931 |
| | | c/o Allsups<br>Attn:Amanda John<br>2701 East Aztec Avenue<br>Gallup, NM 87301 | 123932 |
| | | c/o Allsups<br>Attn: Warren Yazzie<br>1801 South 2nd Street<br>Gallup, NM 87301 | 123933 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Tamara Leekity<br>2857 West Hwy 66<br>Gallup, NM 87301 | 123936 |
| | | c/o Allsups<br>Attn: Cristal Benavidez<br>4603 Hwy 314 SW<br>Los Chavez, NM 87002 | 123937 |
| | | c/o Allsups<br>Attn: Lorri Michalek<br>2801 Coors Blvd SW<br>Albuquerque, NM 87110 | 123938 |
| | | c/o Allsups<br>Attn: Bernadette Gonzales<br>2348 Highway 47<br>Rio Communities, NM 87002 | 123939 |
| | | c/o Allsups<br>Attn: Mike Still<br>1525 Isleta Blvd SW<br>Albuquerque, NM 87105 | 123940 |
| | | c/o Allsups<br>Attn: Ritchie Joe<br>1605 Indian School NW<br>Albuquerque, NM 87104 | 123941 |
| | | c/o Allsups<br>Attn: Jennifer Dominguez<br>712 Camino Del Pueblo<br>Bernalillo, NM 87004 | 123942 |
| | | c/o Allsups<br>Attn: Casann Sutherland<br>6900 Zuni Street SE<br>Albuquerque, NM 87108 | 124009 |
| | | c/o Allsups<br>Attn: Alfred Vivian<br>5601 Paradise Blvd NW<br>Albuquerque, NM 87114-4725 | 124010 |
| | | c/o Allsups<br>Attn: Jennifer Gonzales<br>3808 Arden Road<br>San Angelo, TX 76901 | 124011 |
| | | c/o Allsups<br>Attn: John Porras<br>4400 Ridgecrest Dr SE<br>Rio Rancho, NM 87124-5904 | 124012 |
| | | c/o Allsups<br>Attn: Jenny Urquhart Mahmoud<br>2007 Calle Lorca<br>Santa Fe, NM 87505 | 124013 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Jose Cruz<br>4200 Airport Road<br>Santa Fe, NM 87507 | 124014 |
| | | c/o Allsups<br>Attn: Shanell Carabajal<br>2640 Agua Fria St<br>Santa Fe, NM 87505 | 124015 |
| | | c/o Allsups<br>Attn: Sonja Rodriguez-Hinz<br>444 Riverside Dr<br>Espanola, NM 87532 | 124017 |
| | | c/o Allsups<br>Attn: Nancy Carrillo<br>4680 Airport Rd<br>Santa Fe, NM 87507 | 124018 |
| | | c/o Allsups<br>Attn: Madeline Dejesus<br>3000 Cerrillos Road<br>Santa Fe, NM 87507 | 124019 |
| | | c/o Allsups<br>Attn: Jesus Chavez<br>650 Cerrillos Road<br>Santa Fe, NM 87501 | 124020 |
| | | c/o Allsups<br>Attn: Digna Rijo-Solano<br>1899 St. Michael's Dr<br>Santa Fe, NM 87505 | 124021 |
| | | c/o Allsups<br>Attn: Velia Bojorquez<br>305 N Guadalupe<br>Santa Fe, NM 87501 | 124022 |
| | | c/o Allsups<br>Attn: Pauline Gonzalez<br>2603 Hot Springs Blvd<br>Las Vegas, NM 87701 | 124027 |
| | | c/o Allsups<br>Attn: Anthony Archuleta<br>507 Paseo Del Pueblo Norte<br>Taos, NM 87571 | 124030 |
| | | c/o Allsups<br>Attn: David Osborne<br>1050 Paseo Del Pueblo Sur<br>Taos, NM 87571 | 124032 |
| | | c/o Allsups<br>Attn: Derek Gaskins<br>1032 West 2nd Street<br>Portales, NM 88130 | 124033 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 2 TO FOURTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FOURTH OMNIBUS MOTION TO REJECT**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Heather Wooldridge<br>327 E. Sumner Ave.<br>Fort Sumner, NM 88119 | 124040 |
| | | c/o Allsups<br>Attn: Pablo Garcia<br>1500 N Garden<br>Roswell, NM 88201 | 124044 |
| | | c/o Allsups<br>Attn: Lori Harris<br>1618 SE Main St.<br>Roswell, NM 88203 | 124045 |
| | | c/o Allsups<br>Attn: Lacie Stephen<br>501 West McGaffey<br>Roswell, NM 88203 | 124050 |
| | | c/o Allsups<br>Attn: John McCasland<br>411 West 2nd St<br>Roswell, NM 88201 | 124051 |
| | | c/o Allsups<br>Attn: Jeremiah Montgomery<br>2501 N Main St<br>Roswell, NM 88201 | 124052 |
| | | c/o Allsups<br>Attn: Diana Lopez<br>1300 Indian Wells Rd<br>Portales, NM 88130 | 124053 |
| | | c/o Allsups<br>Attn: Jonathan Chamberlain<br>2201 N. White Sands Blvd<br>Alamogordo, NM 88310 | 124113 |
| | | c/o Allsups<br>Attn: Karen Gallegos<br>100 N White Sands Blvd<br>Alamogordo, NM 88310 | 124114 |
| | | c/o Allsups<br>Attn: Destiny Romero<br>1010 S Canal<br>Carlsbad, NM 88220 | 124120 |
| | | c/o Allsups<br>Attn: Delinda Elms<br>2417 West Pierce (Lite)<br>Carlsbad, NM 88220 | 124121 |
| | | c/o Allsups<br>Attn: Christal Green<br>800 South 1st Street<br>Artesia, NM 88210 | 124123 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Liesa Beth<br>1910 West Main St<br>Artesia, NM 88210 | 124124 |
| | | c/o Allsups<br>Attn: Jill See<br>920 West Mermod<br>Carlsbad, NM 88220 | 124126 |
| | | c/o Allsups<br>Attn: Susan Hill<br>2600 W 7th St<br>Clovis, NM 88101 | 124184 |
| | | c/o Allsups<br>Attn: Leticia Banuelas<br>728 W. 21st Street<br>Clovis, NM 88101 | 124186 |
| | | c/o Allsups<br>Attn: Shelley Melancon<br>301 N. Prince Street<br>Clovis, NM 88101 | 124187 |
| | | c/o Allsups<br>Attn: Vanessa Thompson<br>16767 County Road 351<br>Dublin, TX 76446-5197 | 124193 |
| | | c/o Allsups<br>Attn: Derek Gaskins<br>2620 Olton Road<br>Plainview, TX 79072 | 124198 |
| | | c/o Allsups<br>Attn:Idalia Velazquez-Cruz<br>501 Bedford<br>Dimmit, TX 79027 | 124200 |
| | | c/o Allsups<br>Attn: Manuel Hernandez<br>525 South Main Street<br>Tulia, TX 79088 | 124202 |
| | | c/o Allsups<br>Attn: Kendra Parker<br>321 Main St<br>Jal, NM 88252 | 124205 |
| | | c/o Allsups<br>Attn:Kendra Parker<br>501 S 3rd. St<br>Jal, NM 88252 | 124206 |
| | | c/o Allsups<br>Attn: Matthew Martinez<br>916 W. Sanger St<br>Hobbs, NM 88240 | 124207 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Tabatha Pacheco<br>2810 N Lovington Hwy<br>Hobbs, NM 88240-1725 | 124208 |
| | | c/o Allsups<br>Attn:Felicia Prosise<br>321 N Dal Paso<br>Hobbs, NM 88240 | 124210 |
| | | c/o Allsups<br>Attn: Ashley Bond<br>203 S US HWY 54<br>Logan, NM 88426 | 124211 |
| | | c/o Allsups<br>Attn: Judith Atchley<br>102 Main St<br>Lake Dallas, TX 75065-2718 | 124284 |
| | | c/o Allsups<br>Attn: Kristan Garber<br>500 W 11th St<br>Quanah, TX 79252-5410 | 124298 |
| | | c/o Allsups<br>Attn: Telisa Lujan<br>2300 S 1st St<br>Tucumcari, NM 88401 | 124309 |
| | | c/o Allsups<br>Attn: Aurora Vargas<br>409 North Broadway<br>Post, TX 79356 | 124313 |
| | | c/o Allsups<br>Attn: Rena Sears<br>201 West 10th Street<br>Borger, TX 79007 | 124317 |
| | | c/o Allsups<br>Attn: Chrissy Brown<br>2730 Main St<br>Vernon, TX 76384-6806 | 124318 |
| | | c/o Allsups<br>512 Avenue D<br>Abernathy, TX 79311 | 124321 |
| | | c/o Allsups<br>Attn: Dawn Bernhard<br>101 4th Ave W<br>PO Box 356<br>Swea City, IA 50590-1108 | 124323 |
| | | c/o Yesway<br>Attn: Amber Rushing<br>4016 Wilbarger St<br>Vernon, TX 76384 | 124325 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Yesway<br>Attn: Tom Jones<br>396 Evans Lane<br>Spearfish, SD 57783-1131 | 124333 |
| | | c/o Allsups<br>Attn: Lauren Glover<br>406 West Front Street<br>Groom, TX 79039 | 124340 |
| | | c/o Yesway<br>Attn: Jessica Jordan<br>3275 Cambell St<br>Rapid City, SD 57701-0125 | 124343 |
| | | c/o Yesway<br>Attn: Nick Baumann<br>3343 Haines Ave<br>Rapid City, SD 57701-9559 | 124344 |
| | | c/o Allsups<br>Attn: Robert Bush<br>1510 Avenue F NW<br>Childress, TX 79201-3418 | 124348 |
| | | c/o Yesway<br>Attn: Tanya Huck<br>819 E Wells Ave<br>Pierre, SD 57501-3307 | 124349 |
| | | c/o Yesway<br>Attn: Mohamed Ahmed<br>1515 E Wells Ave<br>Pierre, SD 57501-3968 | 124350 |
| | | c/o Allsups<br>Attn: Jimmie Land<br>3480 Hwy 377 S<br>Brownwood, TX 76801 | 124351 |
| | | c/o Yesway<br>Attn: Rona Hanson<br>PO Box 83, 102 E Bennett Ave<br>Martin, SD 57551 | 124357 |
| | | c/o Allsups<br>Attn: Jeanie McCarter<br>508 Union Avenue<br>Rule, TX 79547 | 124360 |
| | | c/o Yesway<br>Attn: Matt Jacobs<br>239 S Chicago St<br>Hot Springs, SD 57747-2321 | 124361 |
| | | c/o Allsups<br>Attn: John Porras<br>4400 Ridgecrest Dr SE<br>Rio Rancho, NM 87124-5904 | 124364 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Amanda Reyes<br>1001 W Main St<br>Eastland, TX 76448-2431 | 124372 |
| | | c/o Allsups<br>Attn: Cruz Ortiz<br>1024 Dumas Avenue<br>Dumas, TX 79029 | 124373 |
| | | c/o Yesway<br>Attn: Tonia Stoddard<br>640 Box Elder Rd W<br>Box Elder, SD 57719-9584 | 124374 |
| | | c/o Allsups<br>Attn: Orlynna Morris<br>206 East Broadway St<br>Fritch, TX 79036 | 124376 |
| | | c/o Allsups<br>Attn: Stacy Hedgecoke<br>105 South Central Ave<br>Knox City, TX 79529 | 124377 |
| | | c/o Allsups<br>Attn: Sybil Jordan<br>704 South Main Street<br>Seminole, TX 79360 | 124382 |
| | | c/o Allsups<br>Attn: Carla Jones<br>910 Early Blvd<br>Early, TX 76802-2205 | 124385 |
| | | c/o Allsups<br>Attn: Angelia Wakeland<br>503 S Main St<br>Lovington, NM 88260 | 124386 |
| | | c/o Allsups<br>Attn: Claudia Avila<br>712 1st Street<br>Olton, TX 79064 | 124403 |
| | | c/o Allsups<br>Attn: Teresa Jolly<br>1401 Norris<br>Clovis, NM 88101 | 124409 |
| | | c/o Allsups<br>Attn: Victoria Bates<br>705 S Access Rd<br>Clyde, TX 79510 | 124410 |
| | | c/o Allsups<br>Attn: Becky Poteet<br>500 E Wise St<br>Bowie, TX 76230-5223 | 124412 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Dipendra Rimal<br>4308 N Grimes<br>Hobbs, NM 88240 | 124413 |
| | | c/o Allsups<br>Attn: Crista Crone<br>1603 Chico Hwy: PO Box 208<br>Bridgeport, TX 76426 | 124414 |
| | | c/o Allsups<br>Attn: Rabi Maharjan<br>3709 N Dal Paso St<br>Hobbs, NM 88240-1507 | 124417 |
| | | c/o Allsups<br>Attn: Phylis "Lanae" White<br>901 Highway 377 N<br>Whitesboro, TX 76273 | 124421 |
| | | c/o Allsups<br>Attn: Graciela Fuentes<br>1019 Coggins Ave<br>Brownwood, TX 76801-3611 | 124425 |
| | | c/o Allsups<br>Attn: Emily Blauman<br>305 West 1st Street<br>Dumas, TX 79029 | 124428 |
| | | c/o Allsups<br>Attn: Kacie Zielke<br>302 North 15th Street<br>Canyon, TX 79015 | 124429 |
| | | c/o Allsups<br>Attn: Sharon Elliott<br>515 South 25 Mile Ave<br>Hereford, TX 79045 | 124430 |
| | | c/o Allsups<br>Attn: Keena Kincaid<br>300 E Broadway<br>Sweetwater, TX 79556 | 124436 |
| | | c/o Allsups<br>Attn: Cherree Arineas<br>449 US Highway 180 E<br>Albany, TX 76430 | 124438 |
| | | c/o Allsups<br>Attn: Regina Tambunga<br>3200 Lamesa Highway<br>Lot 1<br>Snyder, TX 79359 | 124441 |
| | | c/o Allsups<br>Attn: Destiny Romero<br>913 W 8th Street<br>Cisco, TX 76437-2918 | 124448 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Pamela Miller<br>800 N Main: PO Box 2079<br>Andrews, TX 79714 | 124454 |
| | | c/o Yesway<br>Attn: Irene Zinke<br>1861 5th Ave<br>Belle Fourche, SD 57717-2090 | 124521 |
| | | c/o Yesway<br>Attn: Corrine Barnes<br>610 E 3rd St<br>Alliance, NE 69301-3942 | 124522 |
| | | c/o Yesway<br>Attn: Mitzi Balsley<br>1101 Lake Ave<br>Storm Lake, IA 50588-1903 | 124524 |
| | | c/o Yesway<br>Attn: Vikki "Machelle" Kenyon<br>1501 N Pacific Ave<br>Iowa Park, TX 76367-1371 | 124525 |
| | | c/o Yesway<br>Attn:Chelsea Starn<br>1701 Iowa Ave E<br>Marshalltown, IA 50158-8844 | 124537 |
| | | c/o Yesway<br>Attn: Jessica Bowers<br>1117 S State Line Ave<br>Joplin, MO 64804-1321 | 124538 |
| | | c/o Yesway<br>Attn: Cory Ballard<br>3179 US Highway 54<br>Kingdom City, MO 65262-1805 | 124539 |
| | | c/o Yesway<br>Attn: Cody Derrington<br>4704 4th St<br>Lubbock, TX 79416-4900 | 124542 |
| | | c/o Yesway<br>Attn: Shawna Mulford<br>102 S Cole St<br>Lindsborg, KS 67456-2407 | 124544 |
| | | c/o Yesway<br>Attn: Jeannie Downing<br>1035 W Kansas Ave<br>McPherson, KS 67460-4110 | 124545 |
| | | c/o Yesway<br>Attn: Amber Melvin<br>100 S Grand Ave<br>Lyons, KS 67554-2834 | 124546 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 2 TO FOURTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FOURTH OMNIBUS MOTION TO REJECT**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Yesway<br>Attn: Rose Banks<br>PO Box 1444, 1015 E Highway 54<br>Guymon, OK 73942 | 124549 |
| | | c/o Yesway<br>Attn: Anetia Frazier<br>600 S Access<br>Tye, TX 79563-1100 | 124555 |
| | | c/o Allsups<br>Attn: Debbie Winans<br>712 N Chadbourne St<br>San Angelo, TX 76903-4704 | 124559 |
| | | c/o Allsups<br>Attn: Tonya Foster<br>913 East Hamilton<br>Stamford, TX 79553 | 124562 |
| | | c/o Allsups<br>Attn: Chester Litty<br>4133 Main St<br>PO Box 364<br>Elk Horn, IA 51531-8016 | 124563 |
| | | c/o Allsups<br>Attn: Robert Arthur<br>2334 South 14th Street<br>Abilene, TX 79601 | 124567 |
| | | c/o Allsups<br>Attn: Jessica Clark<br>312 East 11th Street<br>Friona, TX 79035 | 124570 |
| | | c/o Allsups<br>Attn: Kathleen Northrup<br>1920 S Federal Ave<br>Mason City, IA 50401-6712 | 124571 |
| | | c/o Allsups<br>Attn: Jodi Matherly<br>2508 N Court St<br>Ottumwa, IA 52501-1184 | 124573 |
| | | c/o Yesway<br>Attn: Krystal Roberts<br>534 Chruch St<br>Ottumwa, IA 52501-4215 | 124574 |
| | | c/o Allsups<br>Attn: Ivonne Granado<br>105 N 8th<br>Loving, NM 88256 | 124575 |
| | | c/o Allsups<br>Attn: Becca Lopez-Villalobos<br>502 W 2nd St<br>Ottumwa, IA 52501-2309 | 124576 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Mitzi Balsley<br>1803 Superior St<br>Webster City, IA 50595-3143 | 124577 |
| | | c/o Allsups<br>Attn: Scott Sable<br>1224 N Federal Ave<br>Mason City, IA 50401-2107 | 124579 |
| | | c/o Allsups<br>Attn: Manuel Hernandez<br>527 Park Ave<br>Story City, IA 50248-1111 | 124580 |
| | | c/o Yesway<br>Attn: Shelly Knott<br>1976 Franklin St<br>Waterloo, IA 50703-5022 | 124582 |
| | | c/o Yesway<br>Attn: Stephanie Adolphs<br>117 E San Marnan Dr<br>Waterloo, IA 50702-5841 | 124583 |
| | | c/o Yesway<br>Attn: Joseph Units<br>1303 4th St SW<br>Mason City, IA 50401-2735 | 124584 |
| | | c/o Yesway<br>Attn: Stephanie Stover<br>418 S Federal Ave<br>Mason City, IA 50401-3802 | 124585 |
| | | c/o Yesway<br>Attn: Pam Christensen<br>300 Central Ave W<br>Clarion, IA 50525-1314 | 124586 |
| | | c/o Yesway<br>Attn: Shannie McDonald<br>830 N 18th St<br>Centerville, IA 52544-1115 | 124588 |
| | | c/o Yesway<br>Attn: Kathleen Northrup<br>1465 4th St SE<br>Mason City, IA 50401-4437 | 124590 |
| | | c/o Yesway<br>Attn: Ellie Riede<br>102 N Main St<br>Kanawha, IA 50447 | 124592 |
| | | c/o Yesway<br>Attn: Jaime Nelson<br>1905 SE 37th St<br>Grimes, IA 50111-4941 | 124594 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Yesway<br>Attn: Kellie Potter<br>18078 E Highway 86<br>PO Box 99<br>Neosho, MO 64850-0099 | 124595 |
| | | c/o Yesway<br>Attn: Tawna Colton<br>738 E McKinney St<br>Neosho, MO 64850-1918 | 124596 |
| | | c/o Allsups<br>Attn: Karen Sears<br>1411 West Highway 60<br>Friona, TX 79035 | 124597 |
| | | c/o Yesway<br>Attn:Tina Skellenger<br>1905 E 4th Ave<br>Hutchinson, KS 67501-1868 | 124598 |
| | | c/o Allsups<br>Attn: Lisa Jones<br>218 S Rice St<br>Hamilton, TX 76531-2158 | 124599 |
| | | c/o Yesway<br>Attn: Jamey Zuelke<br>1630 E 30th Ave<br>Hutchinson, KS 67502-1260 | 124600 |
| | | c/o Yesway<br>Attn: Diann Chastain<br>428 E 4th Ave<br>Hutchinson, KS 67501-6937 | 124601 |
| | | c/o Yesway<br>Attn: Delores Hemphill<br>901 E 11th Ave<br>Hutchinson, KS 67501-6125 | 124603 |
| | | c/o Yesway<br>Attn: Garrett Massey<br>5194 Buffalo Gap Road<br>Abilene, TX 79606-4175 | 124604 |
| | | c/o Allsups<br>Attn: Andria Brouillette<br>601 Graham St<br>Tuscola, TX 79562 | 124605 |
| | | c/o Yesway<br>Attn:Bobby Scoggin<br>1800 S Gregg St<br>Big Spring, TX 79720-5401 | 124606 |
| | | c/o Yesway<br>Attn: Terri Priddy<br>801 S Bridge St<br>Brady, TX 76825 | 124607 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 2 TO FOURTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FOURTH OMNIBUS MOTION TO REJECT**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Yesway<br>Attn: Audrianna "Audrey" Kirkland<br>PO Box 87, 203 E South 1st St<br>Hutchinson, TX 79543 | 124621 |
| | | c/o Allsups<br>Attn: Patti Purvis<br>952 S FM 156<br>PO Box 328<br>Justin, TX 76247-7039 | 124627 |
| | | c/o Allsups<br>Attn: Rose Lott<br>601 W Front Ave<br>Electra, TX 76360-2313 | 124630 |
| | | c/o Allsups<br>Attn: Felipe Sanchez<br>1633 South Commercial<br>Anson, TX 79501 | 124631 |
| | | c/o Allsups<br>Attn: Sandy Sanders<br>805 W 2nd Street<br>Clarendon, TX 79226 | 124634 |
| | | c/o Allsups<br>Attn: Joe Alfaro<br>404 West 5th Street<br>Plainview, TX 79072 | 124636 |
| | | c/o Allsups<br>Attn: Elizabeth Gibson<br>102 East Church<br>Carlsbad, NM 88220 | 124637 |
| | | c/o Allsups<br>Attn: Jonathan Wilson<br>1101 Hobbs Hwy<br>Seminole, TX 79360 | 124645 |
| | | c/o Allsups<br>Attn: Michael McCoy<br>708 South Cedar<br>Pecos, TX 79772 | 124646 |
| | | c/o Allsups<br>Attn: Robert Kolker<br>2301 West Lea<br>Carlsbad, NM 88220 | 124648 |
| | | c/o Allsups<br>Attn: Roberta Hover<br>301 N Main St<br>Frederick, OK 73542-4200 | 124658 |
| | | c/o Allsups<br>Attn: Ray Ortega<br>3220 National Parks Hwy<br>Carlsbad, NM 88220-5353 | 124661 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Juriana Rosalez<br>1000 S Burleson Ave<br>McCamey, TX 79752 | 124662 |
| | | c/o Allsups<br>Attn: Randi Furman<br>490 W Rock Island Ave<br>Boyd, TX 76023 | 124664 |
| | | c/o Allsups<br>Attn: Jaynie McWilliams<br>314 S Center St<br>PO Box 575<br>Archer City, TX 76351 | 124665 |
| | | c/o Allsups<br>801 E Walker St.<br>Breckenridge, TX 76424 | 124667 |
| | | c/o Allsups<br>Attn: Jesse Wells<br>106 South 101 Highway<br>Chico, TX 76431 | 124672 |
| | | c/o Allsups<br>Attn: Misty Faraday<br>1600 Northwest Parkway<br>Azle, TX 76020-2708 | 124674 |
| | | c/o Allsups<br>Attn: Sharla Connally<br>1153 N Highway 377<br>Pilot Point, TX 76258 | 124676 |
| | | c/o Allsups<br>Attn: Monica Roe<br>605 N Mason Street<br>Bowie, TX 76230-4232 | 124678 |
| | | c/o Allsups<br>Attn: Kingsley Ewansiha<br>5920 Highway 78<br>Sachse, TX 75048 | 124679 |
| | | c/o Allsups<br>Attn: Amy Steger<br>105 Princeton Dr<br>Princeton, TX 75407 | 124680 |
| | | c/o Allsups<br>Attn: Richard Lewallen<br>2021 N Prince St<br>Clovis, NM 88101 | 124681 |
| | | c/o Allsups<br>Attn: Rebecca Buchanan<br>2310 Barrow St<br>Abilene, TX 79605 | 124683 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Dale Savage<br>2819 State Highway 16 S<br>Graham, TX 76450-5105 | 124686 |
| | | c/o Allsups<br>Attn:Michele Lipiecki<br>3401 N 10th<br>Abilene, TX 79603 | 124687 |
| | | c/o Allsups<br>Attn: Peter Difrancesca<br>1220 W 7th<br>Clovis, NM 88101 | 124688 |
| | | c/o Allsups<br>Attn: Tina Gonzalez<br>4002 Ridgemont Dr<br>Abilene, TX 79606 | 124689 |
| | | c/o Allsups<br>Attn: Joseph Cantu<br>2401 S. First<br>Abilene, TX 79605 | 124691 |
| | | c/o Allsups<br>Attn: Tanya Kelley<br>819 Commerce St<br>Abilene, TX 79603 | 124700 |
| | | c/o Allsups<br>Attn: Rachel Boyd<br>4301 College Hills Blvd<br>San Angelo, TX 76904 | 124702 |
| | | c/o Allsups<br>Attn: Jennifer Gonzales<br>3808 Arden Road<br>San Angelo, TX 76901 | 124703 |
| | | c/o Allsups<br>Attn: Ramona Valenzuela<br>1600 North First Street<br>Artesia, NM 88210 | 127100 |
| | | c/o Allsups<br>Attn: Taliah Campbell<br>1402 North Hwy 84<br>Slaton, TX 79364 | 127331 |
| | | c/o Allsups<br>820 Hwy 70 W<br>Alamogordo, NM 88310 | 149380 |
| Casey's Marketing Company, Inc. | Attn: Tom Brennan<br>1 SE Convenience Blvd<br>Ankeny, IA 50021 | Attn: Casey's Retail Company<br>111 Mormon Bridge Rd<br>Crescent, IA 51526 | 143259 |
| | | Attn: Casey's Retail Company<br>4400 128th St<br>Urbandale, IA 20323 | 143260 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 2 TO FOURTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FOURTH OMNIBUS MOTION TO REJECT**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Attn: Casey's Retail Company<br>1037 E Henri De Tonti Blvd<br>Springdale, AR 72762 | 143261 |
| | | Attn: Casey's Retail Company<br>1020 Gateway Dr<br>Carlisle, IA 50047 | 143262 |
| | | Attn: Casey's Retail Company<br>3209 NE 11th St<br>Bentonville, AR 72712 | 143263 |
| | | Attn: Casey's Retail Company<br>18174 Emiline St<br>Omaha, NE 68136 | 143264 |
| | | Attn: Casey's Retail Company<br>107 Fort St<br>Barling, AR 72923 | 143265 |
| | | Attn: Casey's Retail Company<br>951 SE Gateway Dr<br>Grimes, IA 50111 | 143266 |
| | | Attn: Casey's Retail Company<br>7141 N 156th St<br>Omaha, NE 68007 | 143267 |
| | | Attn: Casey's Retail Company<br>5150 100th St<br>Urbandale, IA 50322 | 143268 |
| | | Attn: Casey's Retail Company<br>870 NE Alice's Rd<br>Waukee, IA 50263 | 143269 |
| | | Attn: Casey's Retail Company<br>1650 NE Beaverbrooke Blvd<br>Grimes, IA 50111 | 143270 |
| | | Attn: Casey's Retail Company<br>8409 S 168th Ave<br>Omaha, NE 68136 | 143272 |
| | | Attn: Casey's Retail Company<br>7724 S 22nd St<br>Bellevue, NE 68147 | 143273 |
| | | Attn: Casey's Retail Company<br>5920 F St<br>Omaha, NE 68117 | 143274 |
| Charlie's Mini Market | Attn: Sam Chander & Carlos Olavarria Martinez<br>630 Ave Jorge Sanes<br>Carolina, PR 983 | Attn: Sam Chander & Carlos Olavarria Martinez<br>630 Ave Jorge Sanes<br>Carolina, PR 983 | 118896 |
| CJ Wireless | Attn: Jae Phil Jung<br>9075 Van Nuys Blvd<br>Panorama City, CA 91402 | Attn: Jae Phil Jung<br>9075 Van Nuys Blvd<br>Panorama City, CA 91402 | 155659 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Convenience Enterprise LLC* | Attn: Saroj Gautam<br>c/o 7th Heaven Discount Store<br>1100 N Morley Street<br>Moberly, MO 65270 | 10 Fairground Av<br>Higginsville, MO 64037 | 119515 |
| | | 104 W Helm St<br>Brookfield, MO 64628 | 119518 |
| East Coast Mobile | Attn: John Durant & Sinai Garza<br>4406 Market St<br>Wilmington, NC 28401 | Attn: John Durant & Sinai Garza<br>4406 Market St<br>Wilmington, NC 28401 | 147047 |
| Electronmania | Attn: Kyongson Pak<br>1083-B Market St.<br>San Francisco, CA 94112 | Attn: Phillip Pak<br>2057 Mission St.<br>San Francisco, CA 94110 | 155662 |
| Fresh Foods* | Attn: Ben Dishman<br>1656 Sycamore View<br>Memphis, TN 38134 | 1042 Main St<br>Torrington, WY 82240 | 145845 |
| G Mobile | Attn: Guillermo Peralta<br>1872 Southwestern Ave<br>Los Angeles, CA 90006 | Attn: Guillermo Peralta<br>3830 E. Flamingo Rd<br>Los Angeles, NV 89121 | 155661 |
| GF Buche Co* | Attn: RF Buche<br>102 S Main<br>Wagner, SD 57380 | c/o Buche Hardware<br>301 US-18<br>Martin, SD 57551 | 144549 |
| | | c/o Gus Stop Convenience Stores<br>413 West Hwy 46<br>Wagner, SD 57380 | 144554 |
| Golden Dollar Inc | Attn: Ahmed Elsayed<br>7153 Ogontz Ave<br>Philadelphia, PA 19138 | Attn: Ahmed Elsayed<br>7153 Ogontz Ave<br>Philadelphia, PA 19138 | 139455 |
| Hari Om 5, LLC | Attn: Krunal Vijay Patel<br>c/o Shell Gas & Mart<br>35 Rebecca St<br>Mathiston, MS 39752 | Attn: Krunal Vijay Patel<br>c/o Shell Gas & Mart<br>35 Rebecca St<br>Mathiston, MS 39752 | 148833 |
| JC Business Investments Inc. | Attn: Thakur Jeetendra<br>5235 W Davis St #101<br>Dallas, TX 75211 | Attn: Thakur Jeetendra<br>5235 W Davis St #101<br>Dallas, TX 75211 | 117933 |
| Lewis Drugs Inc. | Attn: Mike Rath<br>2701 S. Minnesota Ave. Suite #1<br>Sioux Falls, SD 57105 | c/o Lewis Drug #7<br>Attn: Mike Rath<br>4409 E 26th St<br>Sioux Falls, SD 57103 | 139997 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Lewis Drug #1<br>Attn: Mike Rath<br>2901 S Minnesota Ave<br>Sioux Falls, SD 57105 | 146040 |
| | | c/o Lewis Drug #2<br>Attn: Mike Rath<br>2700 W 12th St<br>Sioux Falls, SD 57104 | 146041 |
| | | c/o Lewis Drug #4<br>Attn: Mike Rath<br>1950 Dakota Ave S<br>Huron, SD 57350 | 146043 |
| | | c/o Lewis Drug #6<br>Attn: Mike Rath<br>5500 W 41st St<br>Sioux Falls, SD 57106 | 146045 |
| | | c/o Lewis Drug #10<br>Attn: Mike Rath<br>6109 S Louise Ave<br>Sioux Falls, SD 57108 | 146047 |
| | | c/o Lewis Drug #12<br>Attn: Mike Rath<br>910 22nd Ave S<br>Brookings, SD 57006 | 146048 |
| | | c/o Lewis Drug #14<br>Attn: Mike Rath<br>136 S Phillips<br>Sioux Falls, SD 57104 | 146049 |
| | | c/o Lewis Drug #15<br>Attn: Mike Rath<br>2525 S Ellis Road<br>Sioux Falls, SD 57106 | 146050 |
| | | c/o Lewis Family Drug #31<br>Attn: Mike Rath<br>109 S Main Street<br>Milbank, SD 57252 | 146051 |
| Liberty Wireless1 | Attn: Mohammad Almersal<br>2448 Freedom Dr<br>Charlotte, NC 28217 | Attn: Mohammad Almersal<br>2447 Freedom Dr<br>Charlotte, NC 28208 | 147045 |
| | | Attn: Mohammad Almersal<br>4331 The Plaza<br>Charlotte, NC 28205 | 147060 |
| Lucky Mak's | Attn: Maher Makboul<br>20567 SW Tualatin Valley Hwy.<br>Beaverton, OR 97003 | Attn: Maher Makboul<br>20567 SW Tualatin Valley Hwy.<br>Beaverton, OR 97003 | 141260 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 2 TO FOURTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FOURTH OMNIBUS MOTION TO REJECT**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Main Street Market | Attn: Hauvala Pitchforth<br>15 W Main St<br>Ferron, UT 84523 | Attn: Hauvala Pitchforth<br>15 W Main St<br>Ferron, UT 84523 | 138285 |
| Malcom Gas and Food llc | Attn: Gurjeet Cheema<br>203 Montezuma St<br>Malcom, IA 50157 | Attn: Gurjeet Cheema<br>203 Montezuma St<br>Malcom, IA 50157 | 149123 |
| Matts Hydroponics | Attn: Mathew G Marcoux<br>206 E Main St #5<br>Milford, MA 01757 | Attn: Mathew G Marcoux<br>206 E Main St #5<br>Milford, MA 01757 | 140981 |
| Midway Convenience Store | Attn: Tommie Bowers<br>101 MS-404<br>Grenada, MS 38901 | Attn: Tommie Bowers<br>101 MS-404<br>Grenada, MS 38901 | 147545 |
| Moxee Market LLC | Attn: Gurkarn Gill<br>PO Box 1134<br>Moxee, WA 98936 | 105 S Iler St<br>Moxee, WA 98936 | 139108 |
| My Choice Wireless | Attn: Alejandro Jarquin<br>4036 West 4100 South<br>West Valley City, UT 84119 | Attn: Juan Zavala<br>986 S University Ave<br>Provo, UT 84801 | 155657 |
| On The Fly | Attn: Mike Zehner<br>10294 West Prairie Rd.<br>Boise, ID 83714 | 518 E State St<br>Eagle, ID 83616 | 103552 |
| Pikachu's Wireless | Attn: Yolanda Chavarria; Jonathan Valiente<br>2678 E. Florence Avenue<br>Huntington Park, CA 90255 | Attn: Yolanda Chavarria; Jonathan Valiente<br>2678 E. Florence Avenue<br>Huntington Park, CA 90255 | 155658 |
| POPS Mart Fuels LLC | Attn: David Taylor<br>1806 State St<br>Cayce, SC 29033 | c/o Grand Central (Store #333)<br>11193 State Hwy 200<br>Winnsboro, SC 29180 | 143587 |
| | | c/o Ridgeway (Store #511)<br>752 US Hwy 21 S<br>Ridgeway, SC 29130 | 143588 |
| | | c/o Marthers (Store #530)<br>31 US Hwy 321 By-Pass N<br>Winnsboro, SC 29180 | 143589 |
| | | c/o Ladd (Store #539)<br>1458 US Hwy 321 S<br>Winnsboro, SC 29181 | 143590 |
| | | c/o Chicken (Store #550)<br>799 US Hwy 321 Business S<br>Winnsboro, SC 29182 | 143592 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Bell (Store #320)<br>5409 Pendergrass Blvd<br>Great Falls, SC 29055 | 143595 |
| | | c/o Chstr Downtwn (Store #430)<br>147 Columbia St<br>Chester, SC 29706 | 143596 |
| | | c/o Prosperity (Store #750)<br>11540 CR Koon Hwy<br>Prosperity, SC 29127 | 143597 |
| | | c/o I-26 Nwbrry (Store #777)<br>11747 State Hwy 34<br>Newberry, SC 29108 | 143598 |
| | | c/o Wilson Blvd (Store #780)<br>1190 Wilson Blvd<br>Newberry, SC 29108 | 143599 |
| | | c/o Percival Rd (Store #600)<br>1909 Percival Rd<br>Columbia, SC 29223 | 143600 |
| | | c/o Garners Ferry Rd (Store #605)<br>4805 Garners Ferry Rd<br>Columbia, SC 29205 | 143601 |
| | | c/o St Andrews (Store #610)<br>538 St. Andrews Rd<br>Columbia, SC 29201 | 143602 |
| | | c/o Lake Murray (Store #612)<br>1004 River Rd<br>Columbia, SC 29212 | 143603 |
| | | c/o Augusta Hwy (Store #618)<br>4403 Augusta Rd<br>Lexington, SC 29073 | 143604 |
| | | c/o Augusta Hwy (Store #619)<br>2884 Emmanuel Church<br>West Columbia, SC 29169 | 143605 |
| | | c/o Pontiac/Elgin (Store #620)<br>10541 Two Notch Road<br>Elgin, SC 29045 | 143606 |
| | | c/o South Congaree (Store #626)<br>709 Main St<br>South Congaree, SC 29169 | 143607 |
| | | c/o Assembly & Whaley (Store #640)<br>205 Assembly Street<br>Columbia, SC 29201 | 143608 |
| | | c/o I-20 & N. Main St (Store #643)<br>6930 North Main St<br>Columbia, SC 29203 | 143609 |
| | | c/o Columbia College (Store #650)<br>4905 North Main St<br>Columbia, SC 29203 | 143610 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Piney Grove Rd (Store #666)<br>441 Piney Grove Rd<br>Columbia, SC 29210 | 143611 |
| | | c/o Farrow Rd (Store #677)<br>8550 Farrow Road<br>Columbia, SC 29203 | 143612 |
| Pueblo Latino LLC | Attn: Kilian J Deras-Galdamez<br>2631 Cerrillos Rd<br>Santa Fe, NM 87505 | Attn: Kilian J Deras-Galdamez<br>2631 Cerrillos Rd<br>Santa Fe, NM 87505 | 147964 |
| STL Wireless Cell Phone, PC, and Tablet Repair Shop | Attn: Pedram Jamali<br>12539 Bennington Place<br>St Louis, MO 63146 | Attn: Pedram Jamali<br>12539 Bennington Place<br>St Louis, MO 63146 | 130457 |
| Surf's Up Computing | Attn: Christopher John Rohde<br>707 Beville Road<br>Dayton Beach, FL 32119 | Attn: Christopher John Rohde<br>707 Beville Road<br>Dayton Beach, FL 32119 | 130386 |
| Tarkanian Basketball Academy | Attn: Pepdi Porciuncula<br>2730 S Rancho Dr<br>Las Vegas, NV 89102 | Attn: Pepdi Porciuncula<br>2730 S Rancho Dr<br>Las Vegas, NV 89102 | 123436 |
| Toot 'N Totum Food Stores, LLC | Attn: Greg Mitchell & Andrew Mitchell<br>1201 S. Taylor St<br>Amarillo, TX 79101 | 1500 S Washington St ##2660<br>Amarillo, TX 79102 | 127214 |
| | | 6001 I-40 Frontage Rd<br>Amarillo, TX 79106 | 127215 |
| | | 5409 E Amarillo Blvd<br>Amarillo, TX 79107 | 127216 |
| | | 822 S Georgia<br>Amarillo, TX 79106 | 127217 |
| | | 1500 S Grand St<br>Amarillo, TX 79104 | 127218 |
| | | 1801 S Grand<br>Amarillo, TX 79103 | 127219 |
| | | 3365 S Bell<br>Amarillo, TX 79106 | 127220 |
| | | 1735 S Nelson St<br>Amarillo, TX 79103 | 127221 |
| | | 5805 S Georgia St<br>Amarillo, TX 79118 | 127222 |
| | | 3101 Plains Blvd<br>Amarillo, TX 79102 | 127223 |
| | | 3609 S Washington St<br>Amarillo, TX 79110 | 127224 |
| | | 1300 SE 10th Ave #4151<br>Amarillo, TX 79102 | 127225 |
| | | 920 FM1151<br>Amarillo, TX 79118 | 127226 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 1001 N Cedar St<br>Borger, TX 79007 | 127227 |
| | | 2222 S Polk St<br>Amarillo, TX 79109 | 127228 |
| | | 1701 S Eastern St<br>Amarillo, TX 79104 | 127229 |
| | | 2615 S Grand St<br>Amarillo, TX 79103 | 127230 |
| | | 2015 S Western St<br>Amarillo, TX 79106 | 127231 |
| | | 3522 River Rd<br>Amarillo, TX 79107 | 127232 |
| | | 5424 River Rd<br>Amarillo, TX 79108 | 127233 |
| | | 2601 W 3rd<br>Amarillo, TX 79106 | 127234 |
| | | 4500 S Western<br>Amarillo, TX 79109 | 127235 |
| | | 3601 NE 24th Ave<br>Amarillo, TX 79107 | 127236 |
| | | 7149 S Bell<br>Amarillo, TX 79109 | 127238 |
| | | 1500 N Ross<br>Amarillo, TX 79102 | 127239 |
| | | 3601 W 45th<br>Amarillo, TX 79109 | 127240 |
| | | 1400 E Amarillo Blvd<br>Amarillo, TX 79107 | 127241 |
| | | 5300 Canyon Dr<br>Amarillo, TX 79109 | 127242 |
| | | 3701 W 6th<br>Amarillo, TX 79106 | 127243 |
| | | 4420 S Bell<br>Amarillo, TX 79109 | 127244 |
| | | 2621 S Osage St<br>Amarillo, TX 79103 | 127245 |
| | | 2500 S Georgia St<br>Amarillo, TX 79109 | 127246 |
| | | 4520 S Georgia St<br>Amarillo, TX 79110 | 127247 |
| | | 1012 W Amarillo Blvd<br>Amarillo, TX 79107 | 127248 |
| | | 5041 Plains Blvd<br>Amarillo, TX 79106 | 127249 |
| | | 421 Tascosa Rd<br>Amarillo, TX 79124 | 127250 |
| | | 3401 Soncy Rd<br>Amarillo, TX 79121 | 127251 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 6802 Wolflin Ave<br>Amarillo, TX 79106 | 127252 |
| | | 4501 Soncy Rd<br>Amarillo, TX 79119 | 127253 |
| | | 5900 Coulter St S<br>Amarillo, TX 79119 | 127254 |
| | | 8800 S Soncy Rd<br>Amarillo, TX 79119 | 127255 |
| | | 950 Buchanan<br>Amarillo, TX 79101 | 127257 |
| | | 1200 N Western St<br>Amarillo, TX 79106 | 127258 |
| | | 2401 S Main St<br>Perryton, TX 79070 | 127259 |
| | | 1320 N US Hwy 87<br>Dalhart, TX 79022 | 127260 |
| | | 1515 N Hobart St<br>Pampa, TX 79065 | 127261 |
| | | 624 Denver Ave<br>Dalhart, TX 79022 | 127262 |
| | | 403 N Dumas Ave<br>Dumas, TX 79029 | 127263 |
| | | 1603 S Dumas Ave<br>Dumas, TX 79029 | 127264 |
| | | 1407 S Main St<br>Borger, TX 79007 | 127265 |
| | | 312 E 1st St #2703<br>Dumas, TX 79029 | 127266 |
| | | 323 Main St<br>Boise City, OK 73933 | 127267 |
| | | 2801 N Perryton Pkwy<br>Pampa, TX 79065 | 127268 |
| | | 122 Liberal St<br>Dalhart, TX 79022 | 127269 |
| | | 308 S Main St<br>Sunray, TX 79086 | 127270 |
| | | 1421 N Western Ave<br>Liberal, KS 67901 | 127274 |
| | | 311 23rd St<br>Canyon, TX 79015 | 127276 |
| | | 31 Hunsley Rd<br>Canyon, TX 79015 | 127277 |
| | | 211 S Western St<br>Amarillo, TX 79106 | 128212 |
| | | 1627 N Grand St<br>Amarillo, TX 79107 | 128213 |
| | | 5962 S Soncy Rd<br>Amarillo, TX 79121 | 128214 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 2 TO FOURTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FOURTH OMNIBUS MOTION TO REJECT**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 4500 S Washington St Amarillo, TX 79110 | 128215 |
| | | 3201 Coulter St S Amarillo, TX 79109 | 128216 |
| | | 3320 S Georgia St Amarillo, TX 79109 | 128217 |
| | | 7201 S Western St Amarillo, TX 79110 | 128218 |
| | | 2024 S Washington St Amarillo, TX 79109 | 128219 |
| | | 4224 SW 34th Ave Amarillo, TX 79109 | 128220 |
| | | 2700 I-40 West Amarillo, TX 79102 | 128221 |
| | | 6698 River Rd Amarillo, TX 79108 | 128226 |
| | | 301 S Ross St Amarillo, TX 79102 | 128227 |
| | | 100 Tascosa Rd Amarillo, TX 79124 | 128228 |
| | | 2601 Paramount Blvd Amarillo, TX 79109 | 128229 |
| | | 1540 Coulter St S Amarillo, TX 79106 | 128230 |
| | | 2300 N Dumas Dr Amarillo, TX 79107 | 128231 |
| | | 8772 Coulter St S Amarillo, TX 79121 | 128233 |
| | | 2151 SE 34th Ave Amarillo, TX 79118 | 128235 |
| | | 8507 I-40 Amarillo, TX 79118 | 128236 |
| | | 1107 S US Hwy 87 Dalhart, TX 79022 | 128237 |
| | | 119 Texas St Stratford, TX 79084 | 128238 |
| | | 2104 W Pancake Blvd Liberal, KS 67901 | 134886 |
| | | 6014 Hillside Rd Amarillo, TX 79109 | 136618 |
| | | 1213 1st St Clayton, NM 88415 | 145476 |
| | | 808 N Interstate 27 Plainview, TX 79072 | 149057 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Velasquez Group L.P.* | Attn: Tom Velasquez<br>PO Box 767<br>Wheeler, TX 79096 | c/o Market Square<br>Attn: Tom Velasquez<br>1100 8th Street<br>Wellington, TX 79095 | 141094 |
| Wireless General | Attn: Sameer Ayad<br>3646 General Degaulle Dr<br>New Orleans, LA 70130 | Attn: Sameer Ayad<br>838 Canal St<br>New Orleans, LA 70112 | 147048 |
| Wireless Prepaid Group | Attn: LeAnn Stamper<br>4136 Landover Lane<br>Raleigh, NC 27616 | Attn: LeAnn Stamper<br>1122 Buchanan Blvd<br>Durham, NC 27701 | 147061 |
| Yazan Bayyari DBA Big Mikes Food Mart | Attn: Omar Bayyari<br>807 Cokey Rd<br>Rocky Mount, NC 27801 | Attn: Omar Bayyari<br>807 Cokey Rd<br>Rocky Mount, NC 27801 | 127782 |
| Zeen Wireless | Attn: Piras Shalabi<br>554 Lapaclo Blvd<br>Gretna, LA 70056 | Attn: Kathy Fernadez<br>200 S. Broad St Suite 100<br>New Orleans, LA 70119 | 147049 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 2 TO FOURTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FOURTH OMNIBUS MOTION TO REJECT**