1  BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
2  JEANETTE E. MCPHERSON, ESQ.
   Nevada Bar No. 5423
3  NICHOLAS A. KOFFROTH, ESQ.
   Nevada Bar No. 16264
4  ZACHARY T. WILLIAMS, ESQ.
   Nevada Bar No. 16023
5
6  **FOX ROTHSCHILD LLP**
   1980 Festival Plaza Drive, Suite 700
7  Las Vegas, Nevada 89135
   Telephone: (702) 262-6899
8  Facsimile: (702) 597-5503
   Email: baxelrod@foxrothschild.com
9          jmcpherson@foxrothschild.com
           nkoffroth@foxrothschild.com
10         zwilliams@foxrothschild.com
11 *Counsel for Debtor*

| Electronically Filed March 23, 2023 |

12              **UNITED STATES BANKRUPTCY COURT**

13                    **DISTRICT OF NEVADA**

14 In re                                  | Case No. BK-S-23-10423-MKN

15 CASH CLOUD, INC.,                      | Chapter 11
   dba COIN CLOUD,
16                                        | **FIFTH OMNIBUS MOTION FOR ENTRY**
                                          | **OF ORDER APPROVING REJECTION OF**
17                          Debtor.       | **EXECUTORY CONTRACTS AND**
                                          | **UNEXPIRED LEASES PURSUANT TO 11**
18                                        | **U.S.C. § 365(a) AND DISPOSAL OF**
                                          | **CERTAIN PERSONAL PROPERTY**
19                                        | **INCLUDING SURRENDER AND**
                                          | **TERMINATION OF THE AUTOMATIC**
20                                        | **STAY AND/OR ABANDONMENT**
21
22
23                                        | Hearing Date:   April 20, 2023
                                          | Hearing Time:   10:30 a.m.
24                                        | Estimated Time for Hearing: 20 Minutes

25        **PLEASE TAKE NOTICE THAT IF YOU ARE RECEIVING NOTICE OF THIS**
26   **MOTION, YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE**
     **LISTED ON EXHIBIT 2 ATTACHED HERETO.  NAMES ARE LISTED**
27   **ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE**
28

143981459.1

*(left margin, vertical text)* FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, respectfully submits this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit 1**,[1] approving the rejection of contracts and/or unexpired leases set forth in **Exhibit 2** attached hereto pursuant to Bankruptcy Code[2] § 365(a), and approving the disposal of certain personal property, including without limitation, surrender of property and termination of the automatic stay pursuant to Bankruptcy Code § 362(d) in favor of a party who has a secured or lease interest in certain property, and/or abandonment of property under Bankruptcy Code § 554(a).

This Motion is made and based on the *Declaration of Christopher Andrew McAlary* (the "McAlary Declaration") filed in support hereof, the following points and authorities, the papers and pleadings on file with the Court in this Chapter 11 Case, and any oral argument the Court may entertain at the hearing on the Motion.

Dated this 23rd day of March, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson

JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

### POINTS AND AUTHORITIES

### I. JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] After notice of this Motion, revisions to this proposed order may be made.

[2] All references to "chapter" and "section" herein shall be to the "Bankruptcy Code" appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall refer to the Federal Rules of Bankruptcy Procedure.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

143981459.1

3.      The statutory basis for the relief requested herein is 11 U.S.C. §§ 105(a), § 362(d), 365(a), and 554, and Bankruptcy Rules 4001, 6004, 6006, 6007, and 9014.

4.      Pursuant to Local Rule 9014.2, the Debtor consents to entry of final order(s) or judgment(s) by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

## II.      BACKGROUND

### A.      Debtor's Filing

5.      On February 7, 2023 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

6.      The Debtor is authorized to operate its business and manage its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7.      An Official Committee of Unsecured Creditors was appointed on or about February 17, 2023.

### B.      Debtor's Business And Contracts And/Or Leases

8.      As described in greater detail in the Omnibus Declaration of Christopher Andrew McAlary in Support of Emergency First Day Motions [ECF 19], the Debtor was formed as a Nevada corporation for the purpose of providing a platform for customers to buy and sell digital currencies through Digital Currency Machines ("DCMs") distributed across the United States. DCMs are an advanced version of the kiosks commonly referred to as Bitcoin ATMs or BTMs, that enable a consumer to both (a) buy bitcoin as well as 30+ other digital currencies with cash, and (b) sell digital currency for cash.  All of the Debtor's machines are DCMs offering two-way functionality, over 30 digital currency options, an advanced user interface and a custom non-custodial companion wallet app (available on the Apple App Store and the Google Play Store).  See McAlary Declaration ¶ 6.

9.      As of December 31, 2022, the Debtor operated approximately 4,800 DCMs, or kiosks ("Kiosk(s)") throughout the United States and Brazil, installed in some of the largest convenience, grocery and liquor store chains and prestigious malls.  See McAlary Declaration ¶ 7.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

143981459.1

10.     To facilitate the installation of the Kiosks, Cash Cloud entered into numerous contracts (the "Contracts") or leases ("Leases") with various parties ("Counterparty" or Counterparties") having retail locations, including convenience stores, malls, and enterprise grocery stores.  The terms in the Contracts and/or Leases vary.  However, in general, the terms provide that Cash Cloud is permitted to install a Kiosk at a certain location ("Location") in exchange for compensation being paid to the Counterparty. There are thousands of Contracts or Leases, and the nature and amount of compensation varies and is sometimes in the form of a fixed monthly rental payment or a variable portion of the profit of the Kiosk. The Contracts and/or Leases typically have a 3 to a 7-year term, with automatic renewals, unless terminated by either party.  And, under certain "master" Contracts and/or Leases, wherein the Contract or Lease governs the installation of Kiosks at multiple, different Locations (as set forth within the exhibits attached thereto), the Contract or Lease contains terms that provide not only for the termination of the master agreement, as a whole, but also for either the Debtor or the Counterparty to terminate certain identified Locations.  See McAlary Declaration ¶ 8.

**C.     Rejection of Contracts And/Or Leases**

11.     In connection with its efforts to preserve and maximize the value of its estate through the prosecution of this case, the Debtor, in its business judgment, has determined that certain Contracts and/or Leases are financially burdensome and do not provide benefit to the estate.  The Locations subject to the Contracts and/or Leases that are listed on **Exhibit 2** are no longer needed.  Further, the Debtor seeks to avoid depletion of the estate through accrual of administrative expenses associated with these Contracts and/or Leases.  In addition, the Debtor has determined that there is no value to the estate in attempting to assume and assign the Contracts and/or Leases.  Thus, rejection is in the best interests of creditors and other parties in interest.  As such, the Contracts and/or Leases should be rejected.  See McAlary Declaration ¶ 9.

**D.     Disposal of Remaining Property, Including Surrender, Termination of The Automatic Stay And/Or Abandonment**

12.     Further, if there is property remaining at a Location subject to a rejected Contract or Lease, such as Kiosks or related property (the "Remaining Property"), the Debtor will determine

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4

how the Remaining Property should be disposed of, including whether it should be removed, abandoned, sold, or surrendered to a party that has a secured (or lease) interest in the Remaining Property.  In the event that the Debtor determines that the Remaining Property (if any) should be surrendered to a party that has a secured or lease interest in the Remaining Property and the automatic stay terminated, it will make this determination because the Remaining Property is not necessary for an effective reorganization and there is little to no equity in the Remaining Property. In the event the Remaining Property is determined to be burdensome or of inconsequential value, the Debtor may determine, in its business judgment, that any Remaining Property be abandoned.

**E.**    **Requested Relief**

13.    Bankruptcy Code section 365(a) authorizes the Debtor, subject to this Court's approval, to reject any executory contract or unexpired lease.  Based on its business judgment, Debtor has determined that the Contracts and/or Leases are financially burdensome to the estate and do not provide benefit to the estate.  See McAlary Declaration ¶ 9.  Accordingly, the Debtor seeks authority to reject the Contracts and/or Leases set forth on **Exhibit 2** as of the date of the filing of this Motion to prevent the incurrence of ongoing administrative expenses with respect to the Contracts and/or Leases.  See McAlary Declaration ¶ 9.

14.    Further, § 362(d)(2) allows for termination of the automatic stay if there is insufficient equity in the property and it is not needed for an effective reorganization.  In the event the Debtor, in its business judgment, determines that it will surrender the Remaining Property to the secured creditors and that it does not have equity in the Remaining Property and the Remaining Property is not necessary for an effective reorganization, the Debtor requests that an order be entered terminating the automatic stay.  Further, Bankruptcy Code section 554 authorizes the abandonment of property, subject to this Court's approval.  In the event the Debtor, in its business judgment, determines that the Remaining Property, if any, is burdensome or of inconsequential value or benefit to the estate, the Debtor requests that such abandonment be approved. See McAlary Declaration ¶ 10-12.  The Debtor requests that the date of the filing of this Motion be deemed the date of notice of abandonment.

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

143981459.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

### III.    MEMORANDUM OF LAW

**A.    <u>The Debtor's Decision To Reject The Contracts And/Or Leases Should Be Approved</u>**

15.    Section 365 of the Bankruptcy Code provides that "the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."  11 U.S.C. § 365(a).  "Under the Code, most courts have applied a 'business judgment' test to trustees' decisions to assume or reject contracts or leases."  3 <u>Collier on Bankruptcy</u> ¶ 365.03[2] (16th Ed. 2016).  "In making its determination, a bankruptcy court need engage in only a cursory review of a debtor-in-possession's decision to reject the contract."  <u>Agarwal v. Pomona Valley Med. Group, Inc. (In re Pomona Valley Med. Group, Inc.)</u>, 476 F.3d 665, 670 (9th Cir. 2007) (internal punctuation omitted).

16.    "[I]n evaluating the rejection decision, the bankruptcy court should presume that the debtor-in-possession acted prudently, on an informed basis, in good faith, and in the honest belief that the action taken was in the best interests of the bankruptcy estate."  <u>Id.</u>, at 670.  In the Ninth Circuit, a bankruptcy court "should approve the rejection of an executory contract under § 365(a) unless it finds that the debtor-in-possession's conclusion that rejection would be advantageous is so manifestly unreasonable that it could not be based on sound business judgment, but only on bad faith, or whim or caprice."  <u>Id.</u> (internal punctuation omitted).

17.    The Debtor's decision to reject the Contracts and/or Leases reflects the Debtor's exercise of sound business judgment and is in the best interests of the Debtor, its estate, and its creditors.  The Debtor has determined that the Contracts and/or Leases are not necessary for the Debtor's operations and are financially burdensome and not beneficial to the estate. The Leases are not a source of potential value for the Debtor's future operations, creditors, or interest holders, and are believed to not be marketable given their terms and constitute an unnecessary drain on the Debtor's limited resources.  <u>See</u> McAlary Declaration ¶ 9.  Accordingly, the Debtor submits that its decision to reject the Contracts and/or Leases is a sound exercise of its business judgment and should be approved.

**B.    <u>Rejection As of the Date of the Filing of This Motion</u>**

18.    This Court has authority to approve the rejection of executory contracts or leases as

of the date of the filing of the motion for rejection. Section 365 of the Bankruptcy Code does not expressly provide whether courts may order rejection to be effective retroactively.  However, courts have held that bankruptcy courts may exercise their equitable powers in granting such a retroactive order when they conclude that doing so promotes the purposes of Section 365, and that after balancing the equities of a case, equities weigh in favor the debtor.  See, e.g., Pac. Shores Dev., LLC v. At Home Corp. (In re At Home Corp.), 392 F.3d 1064, 1065 (9th Cir. 2004) (affirming order authorizing rejection as of date of filing of motion), cert. denied, 564 U.S. 814 (2005); Thinking Machines Corp. v. Mellon Fin. Servs. Corp. (In re Thinking Machs. Corp.), 67 F.3d 1021, 1028-29 (1st Cir. 1995) (bankruptcy court has power to approve rejection as of date of filing motion); In re Amber's Stores, Inc., 193 B.R. 819, 827 (Bankr. N.D. Tex. 1996)(holding that the lease should be deemed rejected as of the petition date due to the equities of case).   Although this caselaw pertains to the rejection of nonresidential real property leases, the rationale contained therein is applicable to executory contracts. The Ninth Circuit in In re At Home Corp., explained that "the equitable authority recognized in Thinking Machines has been imported to contexts other than unexpired nonresidential leases," citing to Malden Mills Indus., Inc. v. Maroun (In re Malden Mills Indus., Inc.), 303 B.R. 688, 701 (B.A.P. 1st Cir. 2004) and its application of this principle to abandonment of personal property.  392 F.3d at 1070.  The Debtor further notes that the Ninth Circuit's holding in In re At Home Corp., 392 F.3d 1064 (9th Cir. 2004) allowing rejection as of the date of the motion has been found to be undisturbed by the Court's holding in Roman Catholic Archdiocese of San Juan v. Acevedo Feliciano, ___ U.S. ___, 140 S.Ct. 696 (2020). See In re Player's Poker Club, Inc., 636 B.R. 811 (Bankr. C.D.Cal. 2022).

19.     Balancing the equities in this case, approving rejection of the Contracts and/or Leases as of the date of this Motion is appropriate.  The Debtor has promptly filed this Motion and promptly set it for hearing giving Counterparties notice of this Motion and the Debtor's intention.  Without the authority to reject as of the Motion filing date, the Debtor may be forced to incur potential administrative expenses for agreements that provide no benefit to the estate to the detriment of creditors and other stakeholders.  Further, allowing the Debtor to reject the Contracts and/or Leases will not unduly prejudice the Counterparties because the Counterparties will receive

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

7

notice of the Motion and therefore will have sufficient opportunity to object if they so choose. Indeed, the Counterparties may benefit from the rejection as they will be relieved of obligations under the Contracts and/or Leases.  Accordingly, the rejection of the Contracts and/or Leases should be approved as of the date of the Motion.

**C.**     **The Debtor's Decision To Terminate The Automatic Stay And/Or To Abandon Remaining Property, If Made, Should Be Approved**

20.    If there is Remaining Property at any of these numerous Locations, the Debtor will determine how the Remaining Property should be disposed of, including whether it should be removed, abandoned, sold, or surrendered to a party that has a secured or lease interest in the Remaining Property with the automatic stay being terminated.  See McAlary Declaration ¶ 10-12.

21.    Section 362(d)(2) of the Bankruptcy Code provides that "[o]n request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay—. . . (2) with respect to a stay of an act against property under subsection (a) of this section, if—(A) the debtor does not have an equity in such property; and (B) such property is not necessary to an effective reorganization[.]"

22.    Section 554(a) of the Bankruptcy Code provides that "[a]fter notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate." 11 U.S.C. § 554(a).  The right to abandon is virtually unfettered, unless abandonment of the property will contravene laws designed to protect public health and safety and the property poses an imminent threat to the public's welfare.  See In re Midlantic Nat'l Bank, 474 U.S. 494, 501 (1986). Neither of these limitations is applicable given the relevant facts.

23.    The Debtor submits that **if** it determines that the Remaining Property (if any) should be surrendered to a party that has a secured or lease interest in the Remaining Property and the automatic stay terminated, it will make this determination because the Remaining Property is not necessary for an effective reorganization and the Debtor has little to no equity in the Remaining Property. Thus, the Debtor's determination to surrender the Remaining Property to a party who has

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

143981459.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

a secured or lease interest will reflect the Debtor's exercise of sound business judgment, taking into account the best interests of the Debtor, its estate, its creditors and other parties in interest.  See McAlary Declaration ¶ 10-11. Accordingly, it is requested that if the Debtor determines that the Remaining Property should be surrendered, that the automatic stay be terminated pursuant to 11 U.S.C. § 362(d)(2).

24.     Further, the Debtor submits that **if** it determines that the Remaining Property (if any) should be abandoned, it will make this determination because the Remaining Property is either burdensome to the estate, as removal and storage of the Remaining Property is likely to exceed any net proceeds from this property, or is of inconsequential value and benefit to the estate.  See McAlary Declaration ¶ 12.  Thus, the Debtor's determination to abandon will reflect the Debtor's exercise of sound business judgment, taking into account the best interests of the Debtor, its estate, its creditors and other parties in interest.  See McAlary Declaration ¶ 12.  Accordingly, it is requested that if the Debtor determines any Remaining Property should be abandoned, that the Remaining Property shall be deemed abandoned pursuant to 11 U.S.C. § 554 as of the date of the Motion.

**IV.     WAIVER OF BANKRUPTCY RULES 4001 and 6004(h)**

25.     To implement the Debtor's foregoing requests successfully, the Debtor, to the extent applicable, seeks a waiver of the 14-day stay of any order pursuant to Fed.R.Bankr. P. 4001 and 6004(h).

**V.     RESERVATION OF RIGHTS**

26.     Nothing contained herein is intended or should be construed as an admission of the validity of any claim against the Debtor, a waiver of the Debtor's rights to dispute any claim, or an approval or assumption of any agreement, contract, or lease under section 365 of the Bankruptcy Code.  The Debtor expressly reserves its rights to contest any invoice or claim related to the relief requested herein in accordance with applicable law.

**VI.     NOTICE**

27.     Notice of this Motion has been given by electronic mail or first class mail to the following parties or their counsel: (a) the Office of the United States Trustee for the District of

9

143981459.1

Nevada; (b) counsel for the Official Committee of Unsecured Creditors; (c) counsel to Debtor's secured creditors; (d) counsel to parties that have a lease interest in the Remaining Property; (e) the counterparties to the Contracts and/or Leases; and (f) all parties that have filed a Rule 2002 Notice Request in the Chapter 11 Case. In light of the nature of the relief requested, Debtor respectfully submits that such notice is appropriate and sufficient under the circumstances and that no further notice is necessary.

## CONCLUSION

WHEREFORE, for all of the foregoing reasons, Debtor respectfully requests that this Court enter an Order granting this Motion, substantially in the form attached hereto as **Exhibit 1,** and (a) approving the rejection of the Contracts and/or Leases set forth on **Exhibit 2** attached hereto, as of the date of the filing of this Motion; (b) approving termination of the automatic stay as of the date of the filing of this Motion in connection with the surrender of the Remaining Property to a secured creditor; (c) approving abandonment of the Remaining Property as of the date of the filing of this Motion to the extent set forth herein (that is, <u>only if</u> the Debtor has determined the Remaining Property should be abandoned), and (d) granting such other and further relief as this Court deems appropriate.

Dated this 23rd day of March, 2023.          **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

143981459.1

**EXHIBIT 1**

**PROPOSED ORDER**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        jmcpherson@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br><div align="right">Debtor.</div> | Case No. BK-S-23-10423-MKN<br>Chapter 11<br>**ORDER GRANTING FIFTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT**<br><br>Hearing Date:    April 20, 2023<br>Hearing Time:    10:30 a.m. |

1

143981459.1

The Court having reviewed and considered Debtor's motion [ECF _____] (the "<u>Motion</u>")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a), terminating the automatic stay pursuant to 11 U.S.C. § 362(d) in favor of secured creditors if the Debtor surrenders the Remaining Property, and authorizing abandonment of the Remaining Property pursuant to 11 U.S.C. § 554(a), if the Debtor has made the determination that abandonment is appropriate; and upon consideration of the McAlary Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; the Court having determined that termination of the automatic stay in favor of a secured creditor whose collateral is affected is appropriate; the Court having determined that abandonment of Remaining Property, if so determined by the Debtor, is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that the date of the filing of the Motion shall be deemed to be the date of notice of abandonment of the Remaining Property; and it is further

**ORDERED** that the Remaining Property is abandoned effective as of the date of the filing

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

143981459.1

of the Motion, and the Remaining Property shall be surrendered and abandoned to the creditors who are secured by the Remaining Property. The Remaining Property may be retrieved by the respective secured creditor from the Location, or any party authorized by the Debtor, within seven (7) days of entry of this Order; and, after seven (7) days of the date this Order is entered, if the Remaining Property has not been removed, it may be disposed of by the Counterparty; and it is further

**ORDERED** that the automatic stay is terminated pursuant to 11 U.S.C. § 362(d)(2) to allow any secured creditor who has a collateral interest in the Remaining Property to exercise its rights to foreclose on or otherwise dispose of such property in accordance with applicable non-bankruptcy law; and it is further

**ORDERED** that Enigma Securities Limited ("Enigma") reserves all rights with respect to the Remaining Property in which it holds an interest, including but not limited to rights it may be determined to have, if any, with respect to (a) the valuation of its collateral (the "Enigma Collateral"), (b) cash contained within any abandoned Kiosk that Enigma has asserted is Enigma Collateral, and (c) the impact of abandonment on the amount of Enigma's secured claim; and it is further

**ORDERED** that Genesis Global Holdco, LLC ("Genesis") reserves all rights with respect to the Remaining Property in which it holds an interest, including but not limited to rights it may be determined to have, if any, with respect to (a) the valuation of its collateral (the "Genesis Collateral"), (b) cash contained within any abandoned Kiosk that Genesis has asserted is Genesis Collateral, and (c) the impact of abandonment on the amount of Genesis's secured claim; and it is further

**ORDERED** that nothing herein shall serve as a waiver of any claims of the Debtor, its estate or the Committee against any party holding an interest in the Remaining Property, and the Debtor, its estate and the Committee expressly reserve any and all of their rights with respect to any claims of any creditor arising in connection with the rejection of the Contracts or Leases, surrender of the Remaining Property, and abandonment of the Remaining Property, or claims or issues related thereto, including, without limitation (a) the valuation of a secured creditor's collateral interest, (b)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

whether any cash contained in any abandoned Kiosk is a secured creditor's collateral or belongs to any other creditor or the Debtor, and (c) the determination of any party's proof of claim, including without limitation a secured creditor's or lease holder's claim, including without limitation all related claims of the Debtor, its estate or the Committee for setoff and/or damages; and it is further

**ORDERED** that the abandonment of the Remaining Property shall not impair, waive, limit, or otherwise affect, and shall be subject to, any and all claims, ownership interests and contractual rights of OptConnect Management LLC ("OptConnect") in connection with any Remaining Property (and any equipment or hardware connected thereto), which are reserved and preserved in all respects, and nothing in this Order or any abandonment of Remaining Property as a result of this Order shall grant any third party any rights over OptConnect's assets that form part of the Remaining Property (and any equipment or hardware connected thereto); and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion; and it is further

**ORDERED** that, to the extent applicable, the 14-day stay under Fed.R.Bankr. P. 4001 and Fed.R.Bankr. P. 6004(h) is waived.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: _____
    JEANETTE E. MCPHERSON, ESQ.
    BRETT A. AXELROD, ESQ.
    NICHOLAS A. KOFFROTH, ESQ.
    ZACHARY T. WILLIAMS, ESQ.
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135

*Counsel for Debtor*

143981459.1

APPROVED/DISAPPROVED

**OFFICE OF THE UNITED STATES TRUSTEE**

By: _____
      JARED A. DAY,
      Trial Attorney for Tracy Hope Davis,
      United States Trustee
      300 Las Vegas Boulevard South, Suite 4300
      Las Vegas, Nevada 89101

APPROVED/DISAPPROVED

**BERGER SINGERMAN LLP**

By: _____
      JORDI GUSO, ESQ.  *(Admitted Pro Hac Vice)*
      1450 Brickell Avenue, Suite 1900
      Miami, FL 33131
      and
      **SYLVESTER & POLEDNAK, LTD.**
      JEFFREY R. SYLVESTER, ESQ.
      Nevada Bar No. 4396
      1731 Village Center Circle
      Las Vegas, NV 89134
*Counsel For Interested Party CKDL Credit, LLC*

APPROVED/DISAPPROVED

**MCDONALD CARANO LLP**

By: _____
      RYAN J. WORKS, ESQ. (NSBN 9224)
      AMANDA M. PERACH, ESQ. (NSBN 12399)
      2300 West Sahara Avenue, Suite 1200
      Las Vegas, Nevada 89102
      and
      **SEWARD & KISSEL LLP**
      JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
      ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
      CATHERINE V. LOTIEMPO, ESQ. (Admitted *Pro Hac Vice*)
      ANDREW J. MATOTT, ESQ.
      One Battery Park Plaza
      New  York, New York  10004
*Counsel for Official Committee of Unsecured Creditors*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

5

143981459.1

1    APPROVED/DISAPPROVED

2    **MORRISON & FOERSTER LLP**

3    By: _____

4        GARY LEE, ESQ. (Admitted *Pro Hac Vice*)
         New York Bar No. 2397669

5        ANDREW KISSNER, ESQ. (Admitted *Pro Hac Vice*)
         New York Bar No. 5507652

6        250 West 55th Street
         New York, New York 10019-3601

7        and

8        **SHEA LARSEN**

9        JAMES PATRICK SHEA, ESQ.
         Nevada Bar No. 405

10       BART K. LARSEN, ESQ.
         Nevada Bar No. 8538

11       KYLE M. WYANT, ESQ.
         Nevada Bar No. 14652

12       1731 Village Center Circle, Suite 150

13       Las Vegas, Nevada 89134

14   *Counsel for Enigma Securities Limited*

15   APPROVED/DISAPPROVED

16   **DECHERT LLP**

17   By: _____

18       CRAIG P. DRUEHL, ESQ.
         Three Bryant Park

19       1095 Avenue of the Americas
         New York New York  10036-6797

20       and

21       **LAW OFFICE OF BRIAN D. SHAPIRO, LLC**

22       BRIAN D. SHAPIRO, ESQ.
         Nevada Bar No. 5772

23       510 S. 8th Street

24       Las Vegas, Nevada 89101

     *Counsel for OptConnect Management LLC*

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

6

143981459.1

1    APPROVED/DISAPPROVED

2    **CLEARY GOTTLIEB STEEN & HAMILTON LLP**

3    By: _____

4          SEAN A. O'NEAL, ESQ.  (Admitted *Pro Hac Vice*)
         JANE VANLARE, ESQ.  (Admitted *Pro Hac Vice*)
5          MICHAEL WEINBERG, ESQ. (*Pro Hac Vice* forthcoming*)*
         One Liberty Plaza
6          New York, New York 10006

7          and

8          **SNELL & WILMER L.L.P.**
         ROBERT R. KINAS, ESQ. (Nevada Bar No. 6019)
9          BLAKELEY E. GRIFFITH, ESQ. (Nevada Bar No. 12386)
         CHARLES E. GIANELLONI, ESQ. (Nevada Bar No. 12747)
10         3883 Howard Hughes Parkway, Suite 1100
         Las Vegas, Nevada 89169
11    *Counsel for Genesis Global Holdco LLC*

12
13                    <u>**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**</u>

14         In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

15    ☐    The Court has waived the requirement of approval in LR 9021(b)(1).

16    ☐    No party appeared at the hearing or filed an objection to the motion.

17    ☐    I have delivered a copy of this proposed order to all counsel who appeared at the
            hearing, any unrepresented parties who appeared at the hearing, and each has
18            approved or disapproved the order, or failed to respond, as indicated below:

19
20    ☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this
            order with the motion pursuant to LR 9014(g), and that no party has objected to the
21            form or content of the order.

22                                          # # #

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

143981459.1

**EXHIBIT 1 TO PROPOSED ORDER**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

143981459.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| 202 E Broadway St | Attn: Mohammad Gazi, Khald U Zaman Ornob 202 E Broadway St Eden, TX 76837 | Attn: Mohammad Gazi, Khald U Zaman Ornob 202 E Broadway St Eden, TX 76837 | 115251 |
| 2040 Fairfax Inc. | Attn: Dennis J. Delano DBA Fairfax Market 101 Parkshore Drive Suite 100 Folsom, CA 95630 | 1260 Lake Blvd Davis, CA 95616 | 119770 |
| 400 SLBW LLC | Attn: Pi Sei Chhem 460 N Lamer Suite 300 Dallas, TX 75202 | Attn: Pi Sei Chhem 460 N Lamer Suite 300 Dallas, TX 75202 | 116196 |
| 410 Main St | Attn: Orlando Figueroa 410 Main St Boone, CO 81025 | Attn: Orlando Figueroa 410 Main St Boone, CO 81025 | 119653 |
| 440 Quick Stop | Attn: Nader Moussa 725 NJ-440 Jersey City, NJ 07304 | Attn: Nader Moussa 725 NJ-440 Jersey City, NJ 07304 | 116841 |
| 7 Bears Liquors | Attn: Isaac Gebreyesus 17885 7th St E St Paul, MN 55119 | Attn: Isaac Gebreyesus 17885 7th St E St Paul, MN 55119 | 115384 |
| 8th & Corinth Food Mart LLC | Attn: Jarrell Donato 1222 Commerce St Dallas, TX 75202 | Attn: Jarrell Donato 200 N Corinth St Rd Dallas, TX 75203 | 114722 |
| A Selecta's Inc | Attn: Douglas Aparicio 115 E 10th St Roanoke Rapids, NC 27870 | Attn: Douglas Aparicio 115 E 10th St Roanoke Rapids, NC 27870 | 109048 |
| AAA Food Mart | Attn: Kalpesh Pate 9410 Taylorsville Rd Louisville, KY 40299 | Attn: Kalpesh Pate 9410 Taylorsville Rd Louisville, KY 40299 | 119405 |
| Acme Liquor Store | Attn: Rupinder Kaur 4314 Dollarway Rd Pine Bluff, AR 71603 | Attn: Rupinder Kaur 4314 Dollarway Rd Pine Bluff, AR 71603 | 122699 |
| Acme Liquors | Attn: Gill Malkit Singh 1023 Chalkstone Ave Providence, RI 02908 | Attn: Gill Malkit Singh 1023 Chalkstone Ave Providence, RI 02908 | 123331 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Adelsons Inc.* | Attn: Abdulhafed Ali<br>2409 Persimmon Street<br>Wasco, CA 93280 | 36648 Lassen Ave<br>Huron, CA  93234 | 124957 |
| | | 8167 Bay Ave<br>California City, CA  93505 | 125193 |
| | | 8676 8th St<br>San Joaquin, CA  93660 | 130049 |
| | | 1125 N St<br>Firebaugh, CA  93622 | 130051 |
| | | 3232 E Ventura Ave<br>Fresno, CA  93702 | 130055 |
| | | 815 Anchor Ave<br>Orange Cove, CA  93646 | 130056 |
| | | 600 Park Blvd<br>Orange Cove, CA  93646 | 130057 |
| | | 8712 S Main St<br>San Joaquin, CA  93660 | 130059 |
| Advance Repair 1 LLC | Attn: Adonis Parets<br>2620 N University Dr<br>Sunrise, FL 33322 | Attn: Adonis Parets<br>2620 N University Dr<br>Sunrise, FL  33322 | 120828 |
| Airport Petroleum | Attn: Sajaaad Ahmid<br>c/o Janet Petroleum LLC<br>5979 S Howell Ave<br>Milwaukee, WI 53207 | Attn: Sajaaad Ahmid<br>c/o Janet Petroleum LLC<br>5979 S Howell Ave<br>Milwaukee, WI  53207 | 126099 |
| Aladdin Grill & Pizza | Attn: Mahmoud Tarha<br>1723 Cumberland Ave Suite B<br>Knoxville, TN 37916 | Attn: Mahmoud Tarha<br>1723 Cumberland Ave Suite B<br>Knoxville, TN  37916 | 114611 |
| American Made Tattoo - Aiea | Attn: Gail Goodrich<br>98-199 Kamehameha Hwy #E3<br>Aiea, HI 96701 | Attn: Gail Goodrich<br>98-199 Kamehameha Hwy #E3<br>Aiea, HI  96701 | 129454 |
| American Market | Attn: Jatinder S Parmar<br>8580 Grand Ronde Rd<br>Grand Ronde, OR 97347 | Attn: Jatinder S Parmar<br>8580 Grand Ronde Rd<br>Grand Ronde, OR  97347 | 117326 |
| American Market #16 | Attn: Jatinder S Parmar<br>705 S Empire Blvd<br>Coos Bay, OR 97420 | Attn: Jatinder S Parmar<br>705 S Empire Blvd<br>Coos Bay, OR  97420 | 117220 |
| Annapolis Super USA #002 | Attn: Abdul Ali<br>1333 Thomas Ave W<br>St Paul, MN 55104-2545 | Attn: Abdul Ali<br>1333 Thomas Ave W<br>St Paul, MN  55104-2545 | 116400 |
| Ash Street Laundry | Attn: Lisa Babcock<br>1108 W Ash Avenue<br>Junction City, KS 66441 | Attn: Lisa Babcock<br>1108 W Ash Avenue<br>Junction City, KS  66441 | 125733 |

* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**                Page 2

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Ashutosai Ventures LLC | Attn: Rabin Basnet (Admin)<br>Uttam Karki (Site Contact)<br>4801 Miller Ave<br>Forth Worth, TX 76119 | Attn: Rabin Basnet (Admin)<br>Uttam Karki (Site Contact)<br>4801 Miller Ave<br>Forth Worth, TX  76119 | 118836 |
| Associated Grocers of New England, Inc.** | Attn: Tim Merrill; Joshua Button<br>c/o AG Supermarkets, Inc.<br>11 Cooperative Way<br>Pembroke, NH 03275 | c/o Berlin Marketplace<br>Attn: Todd Gendron<br>19 Pleasant St<br>Berlin, NH  03570 | 136307 |
| | | c/o Harvest Market<br>Attn: Dan Vincent<br>36 Center St<br>Wolfeboro, NH  03894 | 136308 |
| | | c/o Sully's Superette<br>Attn: John Bilodeau<br>10 N Mast St<br>Goffstown, NH  03045 | 136309 |
| | | c/o Vista Foods<br>Attn: Bob Fitzpatrick<br>376 S Main St ##3722<br>Laconia, NH  03246 | 136310 |
| | | c/o Sully's Superette<br>Attn: Marc Girardin<br>39 Allenstown Rd<br>Suncook, NH  03275 | 137101 |
| Associated Grocers of New England, Inc. | Attn: Kieth Adams; Linda St. Peter<br>c/o Applebees Superette<br>248 Cardville Rd<br>PO Box 74<br>Greenbush, ME 04418 | Attn: Kieth Adams; Linda St. Peter<br>c/o Applebees Superette<br>248 Cardville Rd<br>PO Box 74<br>Greenbush, ME  04418 | 140708 |
| Associated Grocers of New England, Inc. | Attn: David Welch; Laurie Cole<br>c/o Village Market<br>95 Main St<br>Fairfield, ME 04937 | Attn: David Welch; Laurie Cole<br>c/o Village Market<br>95 Main St<br>Fairfield, ME  04937 | 141575 |
| Associated Grocers of New England, Inc. | Attn: David Welch; Jane Welch; Matt Welch<br>c/o Family Market LLC<br>DBA Friends & Family Market<br>PO Box 193, 300 State St<br>Ellsworth, ME 04605 | 390 State St<br>Ellsworth, ME  04605 | 141576 |
| Associated Grocers of New England, Inc. | Attn: Jamie Wallace<br>c/o Lennie's Superette<br>2201 Medway Road<br>Medway, ME 04460 | Attn: Jamie Wallace<br>c/o Lennie's Superette<br>2201 Medway Road<br>Medway, ME  04460 | 141577 |

* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**          Page 3

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Associated Grocers of New England, Inc. | Attn: Andrew Costello; Jessica Corliss c/o A&A Market DBA P&L Country Market 514 Corinna Rd Dexter, ME 04930 | Attn: Andrew Costello; Jessica Corliss c/o A&A Market DBA P&L Country Market 514 Corinna Rd Dexter, ME  04930 | 141579 |
| Associated Grocers of New England, Inc. | Attn: Andrew Costello; Elizabeth Sewell c/o Bradford General Store 450 Main Rd Bradford, ME 04410 | Attn: Andrew Costello; Elizabeth Sewell c/o Bradford General Store 450 Main Rd Bradford, ME  04410 | 141581 |
| Associated Grocers of New England, Inc. | Attn: David Sleeper c/o Joseph Sleeper & Sons, Inc 99 Lyndon St. Caribou, ME 04736 | Attn: David Sleeper c/o Joseph Sleeper & Sons, Inc 99 Lyndon St. Caribou, ME  04736 | 141582 |
| Associated Grocers of New England, Inc. | Attn: Gerald Violette c/o Jerrys Thriftway 63 Hoolton St Island Falls, ME 04747 | Attn: Gerald Violette c/o Jerrys Thriftway 63 Hoolton St Island Falls, ME  04747 | 141583 |
| Associated Grocers of New England, Inc. | c/o Delay's Harvester Market 783 Forest Road Greenfield, NH 03047 | c/o Delay's Harvester Market 783 Forest Road Greenfield, NH  03047 | 141584 |
| Associated Grocers of New England, Inc. | c/oThe New Harvester Market 100 Bradford Rd PO Box 490 Henniker, NH 03242-0490 | c/oThe New Harvester Market 100 Bradford Rd PO Box 490 Henniker, NH  03242-0490 | 141587 |
| Associated Grocers of New England, Inc. | Attn: James Xenakis c/o Midtown Market 701 Salem St North Andover, MA 01845 | Attn: James Xenakis c/o Midtown Market 701 Salem St North Andover, MA  01845 | 141988 |
| Associated Grocers of New England, Inc. | Attn: Christopher Moroon c/o Green's Corner Market #10251 346 Whittier Highway PO Box 349 Moultonborough, NH 03254 | Attn: Christopher Moroon c/o Green's Corner Market #10251 346 Whittier Highway PO Box 349 Moultonborough, NH  03254 | 141995 |
| Associated Grocers of New England, Inc. | Attn: John Hafford c/o Seasons Restaurant 427 Main Street Bangor, ME 04401 | Attn: John Hafford c/o Seasons Restaurant 427 Main Street Bangor, ME  04401 | 143829 |

* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**                              Page 4

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Associated Grocers of New England, Inc. | Attn: David Champion; Rob Newcome c/o Steaks N Staff Inc. 14 Mechanic St Lincoln, ME 04457 | Attn: David Champion; Rob Newcome c/o Steaks N Staff Inc. 14 Mechanic St Lincoln, ME  04457 | 143830 |
| Associated Grocers of New England, Inc. | Attn: Michael Daley; Kyle Daley c/o Solomons Store #10016 32 Main St PO Box 189 W. Stewartstow, NH 03597 | Attn: Michael Daley; Kyle Daley c/o Solomons Store #10016 32 Main St PO Box 189 W. Stewartstow, NH  03597 | 145012 |
| Associated Grocers of New England, Inc. | Attn: Vincent Vallano c/o M&V Conveience 2250 Rte 16 PO Box 88 Wossipee, NH 03890 | Attn: Vincent Vallano c/o M&V Conveience 2250 Rte 16 PO Box 88 Wossipee, NH  03890 | 147917 |
| Associated Grocers of New England, Inc. | Attn: Joshua Button 11 Cooperative Way Pembroke, NH 03275 | N/A – GLOBAL AGREEMENT | N/A |
| Auto Biz Repair Service Center | Attn: Richard Lam 709 Ahua St Honolulu, HI 96819 | Attn: Richard Lam 709 Ahua St Honolulu, HI  96819 | 118606 |
| Base Group Enterprises Inc. 2 | Attn: Sharvan Khullar 1710 E Nob Hill Blvd Yakima, WA 98901 | Attn: Sharvan Khullar 1710 E Nob Hill Blvd Yakima, WA  98901 | 122234 |
| Bawnan Enterprises Inc. | Attn: Charles Smith 500 E Runnel Street Mineral Springs, AR 71851 | Attn: Charles Smith 500 E Runnel Street Mineral Springs, AR  71851 | 119059 |
| Beilul LLC | Attn: Tsegay Hailemariam 4411 S Mead St Seattle, WA 98118 | Attn: Tsegay Hailemariam 4411 S Mead St Seattle, WA  98118 | 123689 |
| Best Wash Cahokia | Attn: Rebecca Unnerstall 100 Unnerstall Trl Alton, IL 62002 | 1907 Camp Jackson Rd Cahokia, IL  62206 | 134739 |
| Bhullar Enterprises LLC | Attn: Hardeep Singh 829 S Corinth St Rd Dallas, TX 75203 | Attn: Hardeep Singh 829 S Corinth St Rd Dallas, TX  75203 | 115302 |
| Big City Styles | Attn: Julius Wilkerson 114 S 1st Street Louisville, KY 40202 | 312 W Chestnut St, Louisville, KY  40202 | 116076 |

* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**            Page 5

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Bkp Inc | Attn: Dash V Patel<br>110 Southville Rd<br>Southborough, MA 01772 | Attn: Dash V Patel<br>110 Southville Rd<br>Southborough, MA  01772 | 113867 |
| Blazin Steaks | Attn: Reginald Espinosa<br>98-199 Kamehameha Hwy<br>Ste B-8<br>Aiea, HI 96701 | Attn: Reginald Espinosa<br>98-199 Kamehameha Hwy<br>Ste B-8<br>Aiea, HI  96701 | 108338 |
| Blue Ridge BP | Attn: Kanubhai Patel<br>181 West First Street<br>Blue Ridge, GA 30513 | Attn: Kanubhai Patel<br>181 West First Street<br>Blue Ridge, GA  30513 | 118048 |
| Bodach's Games LLC | Attn: John Merz<br>7201 S Broadway<br>St. Louis, MO 63111 | Attn: John Merz<br>7201 S Broadway<br>St. Louis, MO  63111 | 119253 |
| Boost Mobile | 2439 Northgate Blvd<br>Sacramento, CA 95833 | 2439 Northgate Blvd<br>Sacramento, CA  95833 | 155660 |
| Boutros Bros Inc. | Attn: Chadi Boutros<br>5406 Plymouth St<br>Jacksonville, FL 32205 | Attn: Chadi Boutros<br>5406 Plymouth St<br>Jacksonville, FL  32205 | 104080 |
| Burn Culture Vape, CBD & Kratom | Attn: Sasan Landers<br>5925 E Admiral Pl<br>Tulsa, OK 74115 | Attn: Sasan Landers<br>5925 E Admiral Pl<br>Tulsa, OK  74115 | 142332 |
| CAE & Enterprises, LLC | Attn: Carlos Castro Fernandez<br>405 Prospect Rd<br>Oakland Park, FL 33309 | Attn: Carlos Castro Fernandez<br>405 Prospect Rd<br>Oakland Park, FL  33309 | 120838 |
| California Liquors | Attn: Miguel Fernandez Tavarez<br>84 Union Ave<br>Providence, RI 02909-2231 | Attn: Miguel Fernandez Tavarez<br>84 Union Ave<br>Providence, RI  02909-2231 | 117136 |
| Campus Phone Repair | Attn: Shahin Nelson Brzroudipour<br>1525 W. Tennessee Street<br>Suite 204<br>Tallahassee, FL 32304 | Attn: Shahin Nelson Brzroudipour<br>1525 W. Tennessee Street<br>Suite 204<br>Tallahassee, FL  32304 | 126942 |
| Capital Coin & Bullion, LLC | Attn: Chad Ervin Tyson<br>7304 Burnet Road<br>Austin, TX 78757 | Attn: Chad Ervin Tyson<br>7304 Burnet Road<br>Austin, TX  78757 | 119800 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**                    Page 6

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Carolina Super Mart | Attn: Gulbida Nasreen and Zohaib Muhammad<br>2004 Randleman Rd<br>Greensboro, NC 27406 | Attn: Gulbida Nasreen and Zohaib Muhammad<br>2004 Randleman Rd<br>Greensboro, NC 27406 | 123404 |
| Cascade Cleaners | Attn: Peter Chulmin, Yoo<br>11350 NE Halsey Street<br>Portland, OR 97220 | Attn: Peter Chulmin, Yoo<br>11350 NE Halsey Street<br>Portland, OR 97220 | 124707 |
| Catanga River Corp dba Food City | Attn: Zac Sclar<br>PO Box 399<br>Lewiston, ME 04243 | Catange River Corp. Food City<br>1355 Auburn Road<br>Turner, ME 04282 | 108542 |
| Cell Phone Hop LLC | Attn: Steven Mena<br>454 SW 8th Street<br>Miami, FL 33130 | Attn: Steven Mena<br>454 SW 8th Street<br>Miami, FL 33130 | 122050 |
| Cell Phone Mania | Attn: Jorge G. Blakeley<br>152 S State St<br>Orem, UT 84057 | 150 S State St<br>Orem, UT 84058 | 153988 |
| Cell Phone Repair | Attn: Samundra Thapaliya<br>3047 Old Orchard Lane<br>Bedford, TX 76021 | 1714 Precinct Line Road<br>Suite 400<br>Hurst, TX 76054 | 124280 |
| Cell Tech Repair | Attn: Kumantas Bagdel<br>133 Danbury Rd<br>New Milford, CT 06776 | 129 Danbury Rd<br>New Milford, CT 06776 | 143254 |
| Cellphone Fix Pro, Corp | Attn: Yessica Villatoro Velasquez<br>278 FL-7<br>Margate, FL 33063 | Attn: Yessica Villatoro Velasquez<br>278 FL-7<br>Margate, FL 33063 | 123764 |
| Cheema Supermarket | Attn: Nusrat Cheema<br>562 Cambridge Street<br>Boston, MA 02134 | Attn: Nusrat Cheema<br>562 Cambridge Street<br>Boston, MA 02134 | 108811 |
| Cheers Wine and Spirits LLC | Attn: Dadwal Amandeep Singh<br>8333 W Morgan Av<br>Milwaukee, WI 53220-1037 | Attn: Dadwal Amandeep Singh<br>8333 W Morgan Av<br>Milwaukee, WI 53220-1037 | 114430 |
| Choice Gas | Attn: Karim Sereis<br>7900 Fruitridge Road<br>Sacramento, CA 95820 | Attn: Karim Sereis<br>7900 Fruitridge Road<br>Sacramento, CA 95820 | 116078 |
| CJ's Convenience Store LLC | Attn: Jody Gene Sylvester<br>107 N. 1st Street<br>Elkader, IA 52043 | Attn: Jody Gene Sylvester<br>107 N. 1st Street<br>Elkader, IA 52043 | 117734 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**          Page 7

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Clif's Cleaners | Attn: Gina Davis<br>4304 Pike Ave.<br>North Little Rock, AR 72118 | Attn: Gina Davis<br>4304 Pike Ave.<br>North Little Rock, AR 72118 | 118281 |
| Cottage Grove LLC | Attn: James Slott<br>1593 Plainfield Ave. NE<br>Grand Rapids, MI 49505 | Attn: James Slott<br>1593 Plainfield Ave. NE<br>Grand Rapids, MI 49505 | 119937 |
| Craig's EZ - 2 - Pawn | 1001 N Roan St<br>Johnson City, TN 37601 | 1001 N Roan St<br>Johnson City, TN 37601 | 121561 |
| Cullen Williams Corporation dba Meadow Gas N. Go Conoco | Attn: Rex Williams<br>370 N. Main Street<br>Meadow, UT 84644 | Attn: Rex Williams<br>370 N. Main Street<br>Meadow, UT 84644 | 119108 |
| Delta Jubilee | Attn: Jake Sentker<br>377 W. Main St.<br>Delta, UT 84624 | Attn: Jake Sentker<br>377 W. Main St.<br>Delta, UT 84624 | 139847 |
| Dollars Plus and More LLC | Attn: Shatanie Brewer and Keith Brewer<br>2736 Rapids Way<br>Akron, OH 44312 | 1465 Aster Ave<br>Akron, OH 44301 | 117128 |
| Donnie's Tobacco Shop LLC | Attn: Jeremiah Wesley Dale Brown<br>3381 Us Hwy 117 S<br>Burgaw, NC 28425 | Attn: Jeremiah Wesley Dale Brown<br>3381 Us Hwy 117 S<br>Burgaw, NC 28425 | 117852 |
| Dry Clean City of Johnson City, LLC | Attn: Keith Mijeski<br>204 Sunset Dr<br>Johnson City, TN 37604 | 1003 S Roan St<br>Johnson City, TN 37601 | 119331 |
| Duckweed Liquors Channelside | Attn: Pavan Kumar Pediredla<br>117 N 12th St<br>Tampa, FL 33602 | Attn: Pavan Kumar Pediredla<br>117 N 12th St<br>Tampa, FL 33602 | 118170 |
| Duyst Flyers | Attn: Michael Duyst<br>515 S Lovers Ln<br>Visalia, CA 93292 | Attn: Michael Duyst<br>515 S Lovers Ln<br>Visalia, CA 93292 | 116783 |
| DYD Trading | Attn: Daweit Geremew<br>4401 S Capitol St SW<br>Washington, DC 20032 | Attn: Daweit Geremew<br>4401 S Capitol St SW<br>Washington, DC 20032 | 108841 |
| Electric Underground | Attn: Matthew Schneider<br>1305 W Bremer Ave<br>Waverly, IA 50677 | 3109 13th Ave S<br>Fargo, ND 58103 | 115347 |

\* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**          Page 8

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Elite P&P Enterprises LLC | Attn: Prabin Kanaujiya<br>18918 Midway Rd #124<br>Dallas, TX 75287 | Attn: Prabin Kanaujiya<br>18918 Midway Rd #124<br>Dallas, TX  75287 | 115098 |
| Ethio Mart | Attn: Jared Alemu Girma<br>10919 Shawnee Mission Pkwy<br>Shawnee, KS 66203 | Attn: Jared Alemu Girma<br>10919 Shawnee Mission Pkwy<br>Shawnee, KS  66203 | 118975 |
| Express Mart I Food Store | Attn: Gurnam Singh<br>5071 24th St<br>Sacramento, CA 95822 | Attn: Gurnam Singh<br>5071 24th St<br>Sacramento, CA  95822 | 109037 |
| E-Z Cash Payday Loans** | Attn: Kristie Reed<br>1656 Sycamore View Road<br>Memphis, TN 38134 | 180 Stateline Rd<br>Southaven, MS  38671 | 138289 |
| | | 8153 Hwy 178W<br>Byhalia, MS  38611 | 138295 |
| Fadeone LLC | Attn: Jot Singh<br>c/o Fadeone Barbershop<br>109 N 17th St<br>Boise, ID 83702 | Attn: Jot Singh<br>c/o Fadeone Barbershop<br>109 N 17th St<br>Boise, ID  83702 | 130494 |
| Five Star Grocery #2 | Attn: Fady Fanous<br>3582 NC-39 Hwy North<br>Louisburg, NC 27549 | Attn: Fady Fanous<br>3582 NC-39 Hwy North<br>Louisburg, NC  27549 | 118277 |
| Flow's Pharmacy | Attn: Amanda Haase<br>1506 E Broadway<br>Columbia, MO 65201 | Attn: Amanda Haase<br>1506 E Broadway<br>Columbia, MO  65201 | 117208 |
| Food Fair Supermarket | Attn: Thad Glynn<br>301 N 14th St<br>Rich Hill, MO 64779 | Attn: Thad Glynn<br>301 N 14th St<br>Rich Hill, MO  64779 | 140985 |
| Fort Wayne Halal Market | Attn: Khalil Ahmad Abdullah<br>2326 Hobson Rd<br>Fort Wayne, IN 46805 | Attn: Khalil Ahmad Abdullah<br>2326 Hobson Rd<br>Fort Wayne, IN  46805 | 108667 |
| Fresco Market North Haven Inc. | Attn: Michael Di Chello<br>342 Washington Ave<br>North Haven, CT 06473 | Attn: Michael Di Chello<br>342 Washington Ave<br>North Haven, CT  06473 | 119400 |
| Friendly's Sports Bar - South County | Attn: Dennis Domachowski<br>3971 Bayless Ave<br>St. Louis, MO 63125 | Attn: Dennis Domachowski<br>3971 Bayless Ave<br>St. Louis, MO  63125 | 108825 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**                Page 9

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**EXHIBIT 2**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

143981459.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| 202 E Broadway St | Attn: Mohammad Gazi, Khald U Zaman Ornob 202 E Broadway St Eden, TX 76837 | Attn: Mohammad Gazi, Khald U Zaman Ornob 202 E Broadway St Eden, TX 76837 | 115251 |
| 2040 Fairfax Inc. | Attn: Dennis J. Delano DBA Fairfax Market 101 Parkshore Drive Suite 100 Folsom, CA 95630 | 1260 Lake Blvd Davis, CA 95616 | 119770 |
| 400 SLBW LLC | Attn: Pi Sei Chhem 460 N Lamer Suite 300 Dallas, TX 75202 | Attn: Pi Sei Chhem 460 N Lamer Suite 300 Dallas, TX 75202 | 116196 |
| 410 Main St | Attn: Orlando Figueroa 410 Main St Boone, CO 81025 | Attn: Orlando Figueroa 410 Main St Boone, CO 81025 | 119653 |
| 440 Quick Stop | Attn: Nader Moussa 725 NJ-440 Jersey City, NJ 07304 | Attn: Nader Moussa 725 NJ-440 Jersey City, NJ 07304 | 116841 |
| 7 Bears Liquors | Attn: Isaac Gebreyesus 17885 7th St E St Paul, MN 55119 | Attn: Isaac Gebreyesus 17885 7th St E St Paul, MN 55119 | 115384 |
| 8th & Corinth Food Mart LLC | Attn: Jarrell Donato 1222 Commerce St Dallas, TX 75202 | Attn: Jarrell Donato 200 N Corinth St Rd Dallas, TX 75203 | 114722 |
| A Selecta's Inc | Attn: Douglas Aparicio 115 E 10th St Roanoke Rapids, NC 27870 | Attn: Douglas Aparicio 115 E 10th St Roanoke Rapids, NC 27870 | 109048 |
| AAA Food Mart | Attn: Kalpesh Pate 9410 Taylorsville Rd Louisville, KY 40299 | Attn: Kalpesh Pate 9410 Taylorsville Rd Louisville, KY 40299 | 119405 |
| Acme Liquor Store | Attn: Rupinder Kaur 4314 Dollarway Rd Pine Bluff, AR 71603 | Attn: Rupinder Kaur 4314 Dollarway Rd Pine Bluff, AR 71603 | 122699 |
| Acme Liquors | Attn: Gill Malkit Singh 1023 Chalkstone Ave Providence, RI 02908 | Attn: Gill Malkit Singh 1023 Chalkstone Ave Providence, RI 02908 | 123331 |

\* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**          Page 1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Adelsons Inc.* | Attn: Abdulhafed Ali<br>2409 Persimmon Street<br>Wasco, CA 93280 | 36648 Lassen Ave<br>Huron, CA  93234 | 124957 |
| | | 8167 Bay Ave<br>California City, CA  93505 | 125193 |
| | | 8676 8th St<br>San Joaquin, CA  93660 | 130049 |
| | | 1125 N St<br>Firebaugh, CA  93622 | 130051 |
| | | 3232 E Ventura Ave<br>Fresno, CA  93702 | 130055 |
| | | 815 Anchor Ave<br>Orange Cove, CA  93646 | 130056 |
| | | 600 Park Blvd<br>Orange Cove, CA  93646 | 130057 |
| | | 8712 S Main St<br>San Joaquin, CA  93660 | 130059 |
| Advance Repair 1 LLC | Attn: Adonis Parets<br>2620 N University Dr<br>Sunrise, FL 33322 | Attn: Adonis Parets<br>2620 N University Dr<br>Sunrise, FL  33322 | 120828 |
| Airport Petroleum | Attn: Sajaaad Ahmid<br>c/o Janet Petroleum LLC<br>5979 S Howell Ave<br>Milwaukee, WI 53207 | Attn: Sajaaad Ahmid<br>c/o Janet Petroleum LLC<br>5979 S Howell Ave<br>Milwaukee, WI  53207 | 126099 |
| Aladdin Grill & Pizza | Attn: Mahmoud Tarha<br>1723 Cumberland Ave Suite B<br>Knoxville, TN 37916 | Attn: Mahmoud Tarha<br>1723 Cumberland Ave Suite B<br>Knoxville, TN 37916 | 114611 |
| American Made Tattoo - Aiea | Attn: Gail Goodrich<br>98-199 Kamehameha Hwy #E3<br>Aiea, HI 96701 | Attn: Gail Goodrich<br>98-199 Kamehameha Hwy #E3<br>Aiea, HI  96701 | 129454 |
| American Market | Attn: Jatinder S Parmar<br>8580 Grand Ronde Rd<br>Grand Ronde, OR 97347 | Attn: Jatinder S Parmar<br>8580 Grand Ronde Rd<br>Grand Ronde, OR  97347 | 117326 |
| American Market #16 | Attn: Jatinder S Parmar<br>705 S Empire Blvd<br>Coos Bay, OR 97420 | Attn: Jatinder S Parmar<br>705 S Empire Blvd<br>Coos Bay, OR  97420 | 117220 |
| Annapolis Super USA #002 | Attn: Abdul Ali<br>1333 Thomas Ave W<br>St Paul, MN 55104-2545 | Attn: Abdul Ali<br>1333 Thomas Ave W<br>St Paul, MN 55104-2545 | 116400 |
| Ash Street Laundry | Attn: Lisa Babcock<br>1108 W Ash Avenue<br>Junction City, KS 66441 | Attn: Lisa Babcock<br>1108 W Ash Avenue<br>Junction City, KS  66441 | 125733 |

* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**          Page 2

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Ashutosai Ventures LLC | Attn: Rabin Basnet (Admin)<br>Uttam Karki (Site Contact)<br>4801 Miller Ave<br>Forth Worth, TX 76119 | Attn: Rabin Basnet (Admin)<br>Uttam Karki (Site Contact)<br>4801 Miller Ave<br>Forth Worth, TX  76119 | 118836 |
| Associated Grocers of New England, Inc.** | Attn: Tim Merrill; Joshua Button<br>c/o AG Supermarkets, Inc.<br>11 Cooperative Way<br>Pembroke, NH 03275 | c/o Berlin Marketplace<br>Attn: Todd Gendron<br>19 Pleasant St<br>Berlin, NH  03570 | 136307 |
|  |  | c/o Harvest Market<br>Attn: Dan Vincent<br>36 Center St<br>Wolfeboro, NH  03894 | 136308 |
|  |  | c/o Sully's Superette<br>Attn: John Bilodeau<br>10 N Mast St<br>Goffstown, NH  03045 | 136309 |
|  |  | c/o Vista Foods<br>Attn: Bob Fitzpatrick<br>376 S Main St ##3722<br>Laconia, NH  03246 | 136310 |
|  |  | c/o Sully's Superette<br>Attn: Marc Girardin<br>39 Allenstown Rd<br>Suncook, NH  03275 | 137101 |
| Associated Grocers of New England, Inc. | Attn: Kieth Adams; Linda St. Peter<br>c/o Applebees Superette<br>248 Cardville Rd<br>PO Box 74<br>Greenbush, ME 04418 | Attn: Kieth Adams; Linda St. Peter<br>c/o Applebees Superette<br>248 Cardville Rd<br>PO Box 74<br>Greenbush, ME  04418 | 140708 |
| Associated Grocers of New England, Inc. | Attn: David Welch; Laurie Cole<br>c/o Village Market<br>95 Main St<br>Fairfield, ME 04937 | Attn: David Welch; Laurie Cole<br>c/o Village Market<br>95 Main St<br>Fairfield, ME  04937 | 141575 |
| Associated Grocers of New England, Inc. | Attn: David Welch; Jane Welch; Matt Welch<br>c/o Family Market LLC<br>DBA Friends & Family Market<br>PO Box 193, 300 State St<br>Ellsworth, ME 04605 | 390 State St<br>Ellsworth, ME  04605 | 141576 |
| Associated Grocers of New England, Inc. | Attn: Jamie Wallace<br>c/o Lennie's Superette<br>2201 Medway Road<br>Medway, ME 04460 | Attn: Jamie Wallace<br>c/o Lennie's Superette<br>2201 Medway Road<br>Medway, ME  04460 | 141577 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Associated Grocers of New England, Inc. | Attn: Andrew Costello; Jessica Corliss c/o A&A Market DBA P&L Country Market 514 Corinna Rd Dexter, ME 04930 | Attn: Andrew Costello; Jessica Corliss c/o A&A Market DBA P&L Country Market 514 Corinna Rd Dexter, ME 04930 | 141579 |
| Associated Grocers of New England, Inc. | Attn: Andrew Costello; Elizabeth Sewell c/o Bradford General Store 450 Main Rd Bradford, ME 04410 | Attn: Andrew Costello; Elizabeth Sewell c/o Bradford General Store 450 Main Rd Bradford, ME 04410 | 141581 |
| Associated Grocers of New England, Inc. | Attn: David Sleeper c/o Joseph Sleeper & Sons, Inc 99 Lyndon St. Caribou, ME 04736 | Attn: David Sleeper c/o Joseph Sleeper & Sons, Inc 99 Lyndon St. Caribou, ME 04736 | 141582 |
| Associated Grocers of New England, Inc. | Attn: Gerald Violette c/o Jerrys Thriftway 63 Hoolton St Island Falls, ME 04747 | Attn: Gerald Violette c/o Jerrys Thriftway 63 Hoolton St Island Falls, ME 04747 | 141583 |
| Associated Grocers of New England, Inc. | c/o Delay's Harvester Market 783 Forest Road Greenfield, NH 03047 | c/o Delay's Harvester Market 783 Forest Road Greenfield, NH 03047 | 141584 |
| Associated Grocers of New England, Inc. | c/oThe New Harvester Market 100 Bradford Rd PO Box 490 Henniker, NH 03242-0490 | c/oThe New Harvester Market 100 Bradford Rd PO Box 490 Henniker, NH 03242-0490 | 141587 |
| Associated Grocers of New England, Inc. | Attn: James Xenakis c/o Midtown Market 701 Salem St North Andover, MA 01845 | Attn: James Xenakis c/o Midtown Market 701 Salem St North Andover, MA 01845 | 141988 |
| Associated Grocers of New England, Inc. | Attn: Christopher Moroon c/o Green's Corner Market #10251 346 Whittier Highway PO Box 349 Moultonborough, NH 03254 | Attn: Christopher Moroon c/o Green's Corner Market #10251 346 Whittier Highway PO Box 349 Moultonborough, NH 03254 | 141995 |
| Associated Grocers of New England, Inc. | Attn: John Hafford c/o Seasons Restaurant 427 Main Street Bangor, ME 04401 | Attn: John Hafford c/o Seasons Restaurant 427 Main Street Bangor, ME 04401 | 143829 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**          Page 4

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Associated Grocers of New England, Inc. | Attn: David Champion; Rob Newcome c/o Steaks N Staff Inc. 14 Mechanic St Lincoln, ME 04457 | Attn: David Champion; Rob Newcome c/o Steaks N Staff Inc. 14 Mechanic St Lincoln, ME  04457 | 143830 |
| Associated Grocers of New England, Inc. | Attn: Michael Daley; Kyle Daley c/o Solomons Store #10016 32 Main St PO Box 189 W. Stewartstow, NH 03597 | Attn: Michael Daley; Kyle Daley c/o Solomons Store #10016 32 Main St PO Box 189 W. Stewartstow, NH  03597 | 145012 |
| Associated Grocers of New England, Inc. | Attn: Vincent Vallano c/o M&V Conveinence 2250 Rte 16 PO Box 88 Wossipee, NH 03890 | Attn: Vincent Vallano c/o M&V Conveinence 2250 Rte 16 PO Box 88 Wossipee, NH  03890 | 147917 |
| Associated Grocers of New England, Inc. | Attn: Joshua Button 11 Cooperative Way Pembroke, NH 03275 | N/A – GLOBAL AGREEMENT | N/A |
| Auto Biz Repair Service Center | Attn: Richard Lam 709 Ahua St Honolulu, HI 96819 | Attn: Richard Lam 709 Ahua St Honolulu, HI  96819 | 118606 |
| Base Group Enterprises Inc. 2 | Attn: Sharvan Khullar 1710 E Nob Hill Blvd Yakima, WA 98901 | Attn: Sharvan Khullar 1710 E Nob Hill Blvd Yakima, WA  98901 | 122234 |
| Bawnan Enterprises Inc. | Attn: Charles Smith 500 E Runnel Street Mineral Springs, AR 71851 | Attn: Charles Smith 500 E Runnel Street Mineral Springs, AR  71851 | 119059 |
| Beilul LLC | Attn: Tsegay Hailemariam 4411 S Mead St Seattle, WA 98118 | Attn: Tsegay Hailemariam 4411 S Mead St Seattle, WA  98118 | 123689 |
| Best Wash Cahokia | Attn: Rebecca Unnerstall 100 Unnerstall Trl Alton, IL 62002 | 1907 Camp Jackson Rd Cahokia, IL  62206 | 134739 |
| Bhullar Enterprises LLC | Attn: Hardeep Singh 829 S Corinth St Rd Dallas, TX 75203 | Attn: Hardeep Singh 829 S Corinth St Rd Dallas, TX  75203 | 115302 |
| Big City Styles | Attn: Julius Wilkerson 114 S 1st Street Louisville, KY 40202 | 312 W Chestnut St, Louisville, KY  40202 | 116076 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Bkp Inc | Attn: Dash V Patel<br>110 Southville Rd<br>Southborough, MA 01772 | Attn: Dash V Patel<br>110 Southville Rd<br>Southborough, MA 01772 | 113867 |
| Blazin Steaks | Attn: Reginald Espinosa<br>98-199 Kamehameha Hwy<br>Ste B-8<br>Aiea, HI 96701 | Attn: Reginald Espinosa<br>98-199 Kamehameha Hwy<br>Ste B-8<br>Aiea, HI 96701 | 108338 |
| Blue Ridge BP | Attn: Kanubhai Patel<br>181 West First Street<br>Blue Ridge, GA 30513 | Attn: Kanubhai Patel<br>181 West First Street<br>Blue Ridge, GA 30513 | 118048 |
| Bodach's Games LLC | Attn: John Merz<br>7201 S Broadway<br>St. Louis, MO 63111 | Attn: John Merz<br>7201 S Broadway<br>St. Louis, MO 63111 | 119253 |
| Boost Mobile | 2439 Northgate Blvd<br>Sacramento, CA 95833 | 2439 Northgate Blvd<br>Sacramento, CA 95833 | 155660 |
| Boutros Bros Inc. | Attn: Chadi Boutros<br>5406 Plymouth St<br>Jacksonville, FL 32205 | Attn: Chadi Boutros<br>5406 Plymouth St<br>Jacksonville, FL 32205 | 104080 |
| Burn Culture Vape, CBD & Kratom | Attn: Sasan Landers<br>5925 E Admiral Pl<br>Tulsa, OK 74115 | Attn: Sasan Landers<br>5925 E Admiral Pl<br>Tulsa, OK 74115 | 142332 |
| CAE & Enterprises, LLC | Attn: Carlos Castro Fernandez<br>405 Prospect Rd<br>Oakland Park, FL 33309 | Attn: Carlos Castro Fernandez<br>405 Prospect Rd<br>Oakland Park, FL 33309 | 120838 |
| California Liquors | Attn: Miguel Fernandez Tavarez<br>84 Union Ave<br>Providence, RI 02909-2231 | Attn: Miguel Fernandez Tavarez<br>84 Union Ave<br>Providence, RI 02909-2231 | 117136 |
| Campus Phone Repair | Attn: Shahin Nelson Brzroudipour<br>1525 W. Tennessee Street<br>Suite 204<br>Tallahassee, FL 32304 | Attn: Shahin Nelson Brzroudipour<br>1525 W. Tennessee Street<br>Suite 204<br>Tallahassee, FL 32304 | 126942 |
| Capital Coin & Bullion, LLC | Attn: Chad Ervin Tyson<br>7304 Burnet Road<br>Austin, TX 78757 | Attn: Chad Ervin Tyson<br>7304 Burnet Road<br>Austin, TX 78757 | 119800 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**          Page 6

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Carolina Super Mart | Attn: Gulbida Nasreen and Zohaib Muhammad<br>2004 Randleman Rd<br>Greensboro, NC 27406 | Attn: Gulbida Nasreen and Zohaib Muhammad<br>2004 Randleman Rd<br>Greensboro, NC  27406 | 123404 |
| Cascade Cleaners | Attn: Peter Chulmin, Yoo<br>11350 NE Halsey Street<br>Portland, OR 97220 | Attn: Peter Chulmin, Yoo<br>11350 NE Halsey Street<br>Portland, OR  97220 | 124707 |
| Catanga River Corp dba Food City | Attn: Zac Sclar<br>PO Box 399<br>Lewiston, ME 04243 | Catange River Corp. Food City<br>1355 Auburn Road<br>Turner, ME  04282 | 108542 |
| Cell Phone Hop LLC | Attn: Steven Mena<br>454 SW 8th Street<br>Miami, FL 33130 | Attn: Steven Mena<br>454 SW 8th Street<br>Miami, FL  33130 | 122050 |
| Cell Phone Mania | Attn: Jorge G. Blakeley<br>152 S State St<br>Orem, UT 84057 | 150 S State St<br>Orem, UT  84058 | 153988 |
| Cell Phone Repair | Attn: Samundra Thapaliya<br>3047 Old Orchard Lane<br>Bedford, TX 76021 | 1714 Precinct Line Road<br>Suite 400<br>Hurst, TX  76054 | 124280 |
| Cell Tech Repair | Attn: Kumantas Bagdel<br>133 Danbury Rd<br>New Milford, CT 06776 | 129 Danbury Rd<br>New Milford, CT  06776 | 143254 |
| Cellphone Fix Pro, Corp | Attn: Yessica Villatoro Velasquez<br>278 FL-7<br>Margate, FL 33063 | Attn: Yessica Villatoro Velasquez<br>278 FL-7<br>Margate, FL  33063 | 123764 |
| Cheema Supermarket | Attn: Nusrat Cheema<br>562 Cambridge Street<br>Boston, MA 02134 | Attn: Nusrat Cheema<br>562 Cambridge Street<br>Boston, MA  02134 | 108811 |
| Cheers Wine and Spirits LLC | Attn: Dadwal Amandeep Singh<br>8333 W Morgan Av<br>Milwaukee, WI 53220-1037 | Attn: Dadwal Amandeep Singh<br>8333 W Morgan Av<br>Milwaukee, WI  53220-1037 | 114430 |
| Choice Gas | Attn: Karim Sereis<br>7900 Fruitridge Road<br>Sacramento, CA 95820 | Attn: Karim Sereis<br>7900 Fruitridge Road<br>Sacramento, CA  95820 | 116078 |
| CJ's Convenience Store LLC | Attn: Jody Gene Sylvester<br>107 N. 1st Street<br>Elkader, IA 52043 | Attn: Jody Gene Sylvester<br>107 N. 1st Street<br>Elkader, IA  52043 | 117734 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**          Page 7

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Clif's Cleaners | Attn: Gina Davis<br>4304 Pike Ave.<br>North Little Rock, AR 72118 | Attn: Gina Davis<br>4304 Pike Ave.<br>North Little Rock, AR  72118 | 118281 |
| Cottage Grove LLC | Attn: James Slott<br>1593 Plainfield Ave. NE<br>Grand Rapids, MI 49505 | Attn: James Slott<br>1593 Plainfield Ave. NE<br>Grand Rapids, MI  49505 | 119937 |
| Craig's EZ - 2 - Pawn | 1001 N Roan St<br>Johnson City, TN 37601 | 1001 N Roan St<br>Johnson City, TN  37601 | 121561 |
| Cullen Williams Corporation dba Meadow Gas N. Go Conoco | Attn: Rex Williams<br>370 N. Main Street<br>Meadow, UT 84644 | Attn: Rex Williams<br>370 N. Main Street<br>Meadow, UT  84644 | 119108 |
| Delta Jubilee | Attn: Jake Sentker<br>377 W. Main St.<br>Delta, UT 84624 | Attn: Jake Sentker<br>377 W. Main St.<br>Delta, UT  84624 | 139847 |
| Dollars Plus and More LLC | Attn: Shatanie Brewer and Keith Brewer<br>2736 Rapids Way<br>Akron, OH 44312 | 1465 Aster Ave<br>Akron, OH  44301 | 117128 |
| Donnie's Tobacco Shop LLC | Attn: Jeremiah Wesley Dale Brown<br>3381 Us Hwy 117 S<br>Burgaw, NC 28425 | Attn: Jeremiah Wesley Dale Brown<br>3381 Us Hwy 117 S<br>Burgaw, NC  28425 | 117852 |
| Dry Clean City of Johnson City, LLC | Attn: Keith Mijeski<br>204 Sunset Dr<br>Johnson City, TN 37604 | 1003 S Roan St<br>Johnson City, TN  37601 | 119331 |
| Duckweed Liquors Channelside | Attn: Pavan Kumar Pediredla<br>117 N 12th St<br>Tampa, FL 33602 | Attn: Pavan Kumar Pediredla<br>117 N 12th St<br>Tampa, FL  33602 | 118170 |
| Duyst Flyers | Attn: Michael Duyst<br>515 S Lovers Ln<br>Visalia, CA 93292 | Attn: Michael Duyst<br>515 S Lovers Ln<br>Visalia, CA  93292 | 116783 |
| DYD Trading | Attn: Daweit Geremew<br>4401 S Capitol St SW<br>Washington, DC 20032 | Attn: Daweit Geremew<br>4401 S Capitol St SW<br>Washington, DC  20032 | 108841 |
| Electric Underground | Attn: Matthew Schneider<br>1305 W Bremer Ave<br>Waverly, IA 50677 | 3109 13th Ave S<br>Fargo, ND  58103 | 115347 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**                    Page 8

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Elite P&P Enterprises LLC | Attn: Prabin Kanaujiya<br>18918 Midway Rd #124<br>Dallas, TX 75287 | Attn: Prabin Kanaujiya<br>18918 Midway Rd #124<br>Dallas, TX  75287 | 115098 |
| Ethio Mart | Attn: Jared Alemu Girma<br>10919 Shawnee Mission Pkwy<br>Shawnee, KS 66203 | Attn: Jared Alemu Girma<br>10919 Shawnee Mission Pkwy<br>Shawnee, KS  66203 | 118975 |
| Express Mart I Food Store | Attn: Gurnam Singh<br>5071 24th St<br>Sacramento, CA 95822 | Attn: Gurnam Singh<br>5071 24th St<br>Sacramento, CA  95822 | 109037 |
| E-Z Cash Payday Loans** | Attn: Kristie Reed<br>1656 Sycamore View Road<br>Memphis, TN 38134 | 180 Stateline Rd<br>Southaven, MS  38671 | 138289 |
| | | 8153 Hwy 178W<br>Byhalia, MS  38611 | 138295 |
| Fadeone LLC | Attn: Jot Singh<br>c/o Fadeone Barbershop<br>109 N 17th St<br>Boise, ID 83702 | Attn: Jot Singh<br>c/o Fadeone Barbershop<br>109 N 17th St<br>Boise, ID  83702 | 130494 |
| Five Star Grocery #2 | Attn: Fady Fanous<br>3582 NC-39 Hwy North<br>Louisburg, NC 27549 | Attn: Fady Fanous<br>3582 NC-39 Hwy North<br>Louisburg, NC  27549 | 118277 |
| Flow's Pharmacy | Attn: Amanda Haase<br>1506 E Broadway<br>Columbia, MO 65201 | Attn: Amanda Haase<br>1506 E Broadway<br>Columbia, MO  65201 | 117208 |
| Food Fair Supermarket | Attn: Thad Glynn<br>301 N 14th St<br>Rich Hill, MO 64779 | Attn: Thad Glynn<br>301 N 14th St<br>Rich Hill, MO  64779 | 140985 |
| Fort Wayne Halal Market | Attn: Khalil Ahmad Abdullah<br>2326 Hobson Rd<br>Fort Wayne, IN 46805 | Attn: Khalil Ahmad Abdullah<br>2326 Hobson Rd<br>Fort Wayne, IN  46805 | 108667 |
| Fresco Market North Haven Inc. | Attn: Michael Di Chello<br>342 Washington Ave<br>North Haven, CT 06473 | Attn: Michael Di Chello<br>342 Washington Ave<br>North Haven, CT  06473 | 119400 |
| Friendly's Sports Bar - South County | Attn: Dennis Domachowski<br>3971 Bayless Ave<br>St. Louis, MO 63125 | Attn: Dennis Domachowski<br>3971 Bayless Ave<br>St. Louis, MO  63125 | 108825 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**          Page 9