BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Phone: 702.262.6899
Facsimile: 702.597.5503
Email: baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com

*Counsel for Debtor*

Electronically Filed March 23, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FIFTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT**<br><br>Hearing Date:   April 20, 2023<br>Hearing Time:   10:30 a.m. |

**PLEASE TAKE NOTICE THAT THE DEBTOR IS REQUESTING IT BE PERMITTED TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**

**IF YOU ARE RECEIVING THIS NOTICE OF THE FIFTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT, YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON EXHIBIT 1 ATTACHED HERETO.  NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE.**

1

143981463.1

**PLEASE TAKE NOTICE** that on March 22, 2023, Cash Cloud, Inc. (the "Debtor"), by and through its counsel, filed a Fifth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment (the "Motion").[1]

**NOTICE IS FURTHER GIVEN** that copies of the Motion may obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal, Telephone: (702) 262-6899, or by download at: https://cases.stretto.com/CashCloud (the "Case Website").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on **April 20,**

/ / /

/ / /

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

2

143981463.1

**2023 at 10:30 a.m. prevailing Pacific time**.  Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code 029066#.

Dated this 23rd day of March, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

143981463.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| 202 E Broadway St | Attn: Mohammad Gazi, Khald U Zaman Ornob<br>202 E Broadway St<br>Eden, TX 76837 | Attn: Mohammad Gazi, Khald U Zaman Ornob<br>202 E Broadway St<br>Eden, TX 76837 | 115251 |
| 2040 Fairfax Inc. | Attn: Dennis J. Delano<br>DBA Fairfax Market<br>101 Parkshore Drive<br>Suite 100<br>Folsom, CA 95630 | 1260 Lake Blvd<br>Davis, CA 95616 | 119770 |
| 400 SLBW LLC | Attn: Pi Sei Chhem<br>460 N Lamer<br>Suite 300<br>Dallas, TX 75202 | Attn: Pi Sei Chhem<br>460 N Lamer<br>Suite 300<br>Dallas, TX 75202 | 116196 |
| 410 Main St | Attn: Orlando Figueroa<br>410 Main St<br>Boone, CO 81025 | Attn: Orlando Figueroa<br>410 Main St<br>Boone, CO 81025 | 119653 |
| 440 Quick Stop | Attn: Nader Moussa<br>725 NJ-440<br>Jersey City, NJ 07304 | Attn: Nader Moussa<br>725 NJ-440<br>Jersey City, NJ 07304 | 116841 |
| 7 Bears Liquors | Attn: Isaac Gebreyesus<br>17885 7th St E<br>St Paul, MN 55119 | Attn: Isaac Gebreyesus<br>17885 7th St E<br>St Paul, MN 55119 | 115384 |
| 8th & Corinth Food Mart LLC | Attn: Jarrell Donato<br>1222 Commerce St<br>Dallas, TX 75202 | Attn: Jarrell Donato<br>200 N Corinth St Rd<br>Dallas, TX 75203 | 114722 |
| A Selecta's Inc | Attn: Douglas Aparicio<br>115 E 10th St<br>Roanoke Rapids, NC 27870 | Attn: Douglas Aparicio<br>115 E 10th St<br>Roanoke Rapids, NC 27870 | 109048 |
| AAA Food Mart | Attn: Kalpesh Pate<br>9410 Taylorsville Rd<br>Louisville, KY 40299 | Attn: Kalpesh Pate<br>9410 Taylorsville Rd<br>Louisville, KY 40299 | 119405 |
| Acme Liquor Store | Attn: Rupinder Kaur<br>4314 Dollarway Rd<br>Pine Bluff, AR 71603 | Attn: Rupinder Kaur<br>4314 Dollarway Rd<br>Pine Bluff, AR 71603 | 122699 |
| Acme Liquors | Attn: Gill Malkit Singh<br>1023 Chalkstone Ave<br>Providence, RI 02908 | Attn: Gill Malkit Singh<br>1023 Chalkstone Ave<br>Providence, RI 02908 | 123331 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**               Page 1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Adelsons Inc.* | Attn: Abdulhafed Ali<br>2409 Persimmon Street<br>Wasco, CA 93280 | 36648 Lassen Ave<br>Huron, CA  93234 | 124957 |
| | | 8167 Bay Ave<br>California City, CA  93505 | 125193 |
| | | 8676 8th St<br>San Joaquin, CA  93660 | 130049 |
| | | 1125 N St<br>Firebaugh, CA  93622 | 130051 |
| | | 3232 E Ventura Ave<br>Fresno, CA  93702 | 130055 |
| | | 815 Anchor Ave<br>Orange Cove, CA  93646 | 130056 |
| | | 600 Park Blvd<br>Orange Cove, CA  93646 | 130057 |
| | | 8712 S Main St<br>San Joaquin, CA  93660 | 130059 |
| Advance Repair 1 LLC | Attn: Adonis Parets<br>2620 N University Dr<br>Sunrise, FL 33322 | Attn: Adonis Parets<br>2620 N University Dr<br>Sunrise, FL  33322 | 120828 |
| Airport Petroleum | Attn: Sajaaad Ahmid<br>c/o Janet Petroleum LLC<br>5979 S Howell Ave<br>Milwaukee, WI 53207 | Attn: Sajaaad Ahmid<br>c/o Janet Petroleum LLC<br>5979 S Howell Ave<br>Milwaukee, WI  53207 | 126099 |
| Aladdin Grill & Pizza | Attn: Mahmoud Tarha<br>1723 Cumberland Ave Suite B<br>Knoxville, TN 37916 | Attn: Mahmoud Tarha<br>1723 Cumberland Ave Suite B<br>Knoxville, TN  37916 | 114611 |
| American Made Tattoo - Aiea | Attn: Gail Goodrich<br>98-199 Kamehameha Hwy #E3<br>Aiea, HI 96701 | Attn: Gail Goodrich<br>98-199 Kamehameha Hwy #E3<br>Aiea, HI  96701 | 129454 |
| American Market | Attn: Jatinder S Parmar<br>8580 Grand Ronde Rd<br>Grand Ronde, OR 97347 | Attn: Jatinder S Parmar<br>8580 Grand Ronde Rd<br>Grand Ronde, OR  97347 | 117326 |
| American Market #16 | Attn: Jatinder S Parmar<br>705 S Empire Blvd<br>Coos Bay, OR 97420 | Attn: Jatinder S Parmar<br>705 S Empire Blvd<br>Coos Bay, OR  97420 | 117220 |
| Annapolis Super USA #002 | Attn: Abdul Ali<br>1333 Thomas Ave W<br>St Paul, MN 55104-2545 | Attn: Abdul Ali<br>1333 Thomas Ave W<br>St Paul, MN  55104-2545 | 116400 |
| Ash Street Laundry | Attn: Lisa Babcock<br>1108 W Ash Avenue<br>Junction City, KS 66441 | Attn: Lisa Babcock<br>1108 W Ash Avenue<br>Junction City, KS  66441 | 125733 |

* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT** Page 2

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Ashutosai Ventures LLC | Attn: Rabin Basnet (Admin)<br>Uttam Karki (Site Contact)<br>4801 Miller Ave<br>Forth Worth, TX 76119 | Attn: Rabin Basnet (Admin)<br>Uttam Karki (Site Contact)<br>4801 Miller Ave<br>Forth Worth, TX 76119 | 118836 |
| Associated Grocers of New England, Inc.** | Attn: Tim Merrill; Joshua Button<br>c/o AG Supermarkets, Inc.<br>11 Cooperative Way<br>Pembroke, NH 03275 | c/o Berlin Marketplace<br>Attn: Todd Gendron<br>19 Pleasant St<br>Berlin, NH 03570 | 136307 |
| | | c/o Harvest Market<br>Attn: Dan Vincent<br>36 Center St<br>Wolfeboro, NH 03894 | 136308 |
| | | c/o Sully's Superette<br>Attn: John Bilodeau<br>10 N Mast St<br>Goffstown, NH 03045 | 136309 |
| | | c/o Vista Foods<br>Attn: Bob Fitzpatrick<br>376 S Main St ##3722<br>Laconia, NH 03246 | 136310 |
| | | c/o Sully's Superette<br>Attn: Marc Girardin<br>39 Allenstown Rd<br>Suncook, NH 03275 | 137101 |
| Associated Grocers of New England, Inc. | Attn: Kieth Adams; Linda St. Peter<br>c/o Applebees Superette<br>248 Cardville Rd<br>PO Box 74<br>Greenbush, ME 04418 | Attn: Kieth Adams; Linda St. Peter<br>c/o Applebees Superette<br>248 Cardville Rd<br>PO Box 74<br>Greenbush, ME 04418 | 140708 |
| Associated Grocers of New England, Inc. | Attn: David Welch; Laurie Cole<br>c/o Village Market<br>95 Main St<br>Fairfield, ME 04937 | Attn: David Welch; Laurie Cole<br>c/o Village Market<br>95 Main St<br>Fairfield, ME 04937 | 141575 |
| Associated Grocers of New England, Inc. | Attn: David Welch; Jane Welch; Matt Welch<br>c/o Family Market LLC<br>DBA Friends & Family Market<br>PO Box 193, 300 State St<br>Ellsworth, ME 04605 | 390 State St<br>Ellsworth, ME 04605 | 141576 |
| Associated Grocers of New England, Inc. | Attn: Jamie Wallace<br>c/o Lennie's Superette<br>2201 Medway Road<br>Medway, ME 04460 | Attn: Jamie Wallace<br>c/o Lennie's Superette<br>2201 Medway Road<br>Medway, ME 04460 | 141577 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**          Page 3

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Associated Grocers of New England, Inc. | Attn: Andrew Costello; Jessica Corliss<br>c/o A&A Market<br>DBA P&L Country Market<br>514 Corinna Rd<br>Dexter, ME 04930 | Attn: Andrew Costello; Jessica Corliss<br>c/o A&A Market<br>DBA P&L Country Market<br>514 Corinna Rd<br>Dexter, ME  04930 | 141579 |
| Associated Grocers of New England, Inc. | Attn: Andrew Costello; Elizabeth Sewell<br>c/o Bradford General Store<br>450 Main Rd<br>Bradford, ME 04410 | Attn: Andrew Costello; Elizabeth Sewell<br>c/o Bradford General Store<br>450 Main Rd<br>Bradford, ME  04410 | 141581 |
| Associated Grocers of New England, Inc. | Attn: David Sleeper<br>c/o Joseph Sleeper & Sons, Inc<br>99 Lyndon St.<br>Caribou, ME 04736 | Attn: David Sleeper<br>c/o Joseph Sleeper & Sons, Inc<br>99 Lyndon St.<br>Caribou, ME  04736 | 141582 |
| Associated Grocers of New England, Inc. | Attn: Gerald Violette<br>c/o Jerrys Thriftway<br>63 Hoolton St<br>Island Falls, ME 04747 | Attn: Gerald Violette<br>c/o Jerrys Thriftway<br>63 Hoolton St<br>Island Falls, ME  04747 | 141583 |
| Associated Grocers of New England, Inc. | c/o Delay's Harvester Market<br>783 Forest Road<br>Greenfield, NH 03047 | c/o Delay's Harvester Market<br>783 Forest Road<br>Greenfield, NH  03047 | 141584 |
| Associated Grocers of New England, Inc. | c/oThe New Harvester Market<br>100 Bradford Rd<br>PO Box 490<br>Henniker, NH 03242-0490 | c/oThe New Harvester Market<br>100 Bradford Rd<br>PO Box 490<br>Henniker, NH  03242-0490 | 141587 |
| Associated Grocers of New England, Inc. | Attn: James Xenakis<br>c/o Midtown Market<br>701 Salem St<br>North Andover, MA 01845 | Attn: James Xenakis<br>c/o Midtown Market<br>701 Salem St<br>North Andover, MA  01845 | 141988 |
| Associated Grocers of New England, Inc. | Attn: Christopher Moroon<br>c/o Green's Corner Market #10251<br>346 Whittier Highway<br>PO Box 349<br>Moultonborough, NH 03254 | Attn: Christopher Moroon<br>c/o Green's Corner Market #10251<br>346 Whittier Highway<br>PO Box 349<br>Moultonborough, NH  03254 | 141995 |
| Associated Grocers of New England, Inc. | Attn: John Hafford<br>c/o Seasons Restaurant<br>427 Main Street<br>Bangor, ME 04401 | Attn: John Hafford<br>c/o Seasons Restaurant<br>427 Main Street<br>Bangor, ME  04401 | 143829 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**                Page 4

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Associated Grocers of New England, Inc. | Attn: David Champion; Rob Newcome<br>c/o Steaks N Staff Inc.<br>14 Mechanic St<br>Lincoln, ME 04457 | Attn: David Champion; Rob Newcome<br>c/o Steaks N Staff Inc.<br>14 Mechanic St<br>Lincoln, ME  04457 | 143830 |
| Associated Grocers of New England, Inc. | Attn: Michael Daley; Kyle Daley<br>c/o Solomons Store #10016<br>32 Main St<br>PO Box 189<br>W. Stewartstow, NH 03597 | Attn: Michael Daley; Kyle Daley<br>c/o Solomons Store #10016<br>32 Main St<br>PO Box 189<br>W. Stewartstow, NH  03597 | 145012 |
| Associated Grocers of New England, Inc. | Attn: Vincent Vallano<br>c/o M&V Conveinence<br>2250 Rte 16<br>PO Box 88<br>Wossipee, NH 03890 | Attn: Vincent Vallano<br>c/o M&V Conveinence<br>2250 Rte 16<br>PO Box 88<br>Wossipee, NH  03890 | 147917 |
| Associated Grocers of New England, Inc. | Attn: Joshua Button<br>11 Cooperative Way<br>Pembroke, NH 03275 | N/A – GLOBAL AGREEMENT | N/A |
| Auto Biz Repair Service Center | Attn: Richard Lam<br>709 Ahua St<br>Honolulu, HI 96819 | Attn: Richard Lam<br>709 Ahua St<br>Honolulu, HI  96819 | 118606 |
| Base Group Enterprises Inc. 2 | Attn: Sharvan Khullar<br>1710 E Nob Hill Blvd<br>Yakima, WA 98901 | Attn: Sharvan Khullar<br>1710 E Nob Hill Blvd<br>Yakima, WA  98901 | 122234 |
| Bawnan Enterprises Inc. | Attn: Charles Smith<br>500 E Runnel Street<br>Mineral Springs, AR 71851 | Attn: Charles Smith<br>500 E Runnel Street<br>Mineral Springs, AR  71851 | 119059 |
| Beilul LLC | Attn: Tsegay Hailemariam<br>4411 S Mead St<br>Seattle, WA 98118 | Attn: Tsegay Hailemariam<br>4411 S Mead St<br>Seattle, WA  98118 | 123689 |
| Best Wash Cahokia | Attn: Rebecca Unnerstall<br>100 Unnerstall Trl<br>Alton, IL 62002 | 1907 Camp Jackson Rd<br>Cahokia, IL  62206 | 134739 |
| Bhullar Enterprises LLC | Attn: Hardeep Singh<br>829 S Corinth St Rd<br>Dallas, TX 75203 | Attn: Hardeep Singh<br>829 S Corinth St Rd<br>Dallas, TX  75203 | 115302 |
| Big City Styles | Attn: Julius Wilkerson<br>114 S 1st Street<br>Louisville, KY 40202 | 312 W Chestnut St, Louisville, KY  40202 | 116076 |

**\*** This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**\*\*** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**          Page 5

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Bkp Inc | Attn: Dash V Patel<br>110 Southville Rd<br>Southborough, MA 01772 | Attn: Dash V Patel<br>110 Southville Rd<br>Southborough, MA  01772 | 113867 |
| Blazin Steaks | Attn: Reginald Espinosa<br>98-199 Kamehameha Hwy<br>Ste B-8<br>Aiea, HI 96701 | Attn: Reginald Espinosa<br>98-199 Kamehameha Hwy<br>Ste B-8<br>Aiea, HI  96701 | 108338 |
| Blue Ridge BP | Attn: Kanubhai Patel<br>181 West First Street<br>Blue Ridge, GA 30513 | Attn: Kanubhai Patel<br>181 West First Street<br>Blue Ridge, GA  30513 | 118048 |
| Bodach's Games LLC | Attn: John Merz<br>7201 S Broadway<br>St. Louis, MO 63111 | Attn: John Merz<br>7201 S Broadway<br>St. Louis, MO  63111 | 119253 |
| Boost Mobile | 2439 Northgate Blvd<br>Sacramento, CA 95833 | 2439 Northgate Blvd<br>Sacramento, CA  95833 | 155660 |
| Boutros Bros Inc. | Attn: Chadi Boutros<br>5406 Plymouth St<br>Jacksonville, FL 32205 | Attn: Chadi Boutros<br>5406 Plymouth St<br>Jacksonville, FL  32205 | 104080 |
| Burn Culture Vape, CBD & Kratom | Attn: Sasan Landers<br>5925 E Admiral Pl<br>Tulsa, OK 74115 | Attn: Sasan Landers<br>5925 E Admiral Pl<br>Tulsa, OK  74115 | 142332 |
| CAE & Enterprises, LLC | Attn: Carlos Castro Fernandez<br>405 Prospect Rd<br>Oakland Park, FL 33309 | Attn: Carlos Castro Fernandez<br>405 Prospect Rd<br>Oakland Park, FL  33309 | 120838 |
| California Liquors | Attn: Miguel Fernandez Tavarez<br>84 Union Ave<br>Providence, RI 02909-2231 | Attn: Miguel Fernandez Tavarez<br>84 Union Ave<br>Providence, RI  02909-2231 | 117136 |
| Campus Phone Repair | Attn: Shahin Nelson Brzroudipour<br>1525 W. Tennessee Street<br>Suite 204<br>Tallahassee, FL 32304 | Attn: Shahin Nelson Brzroudipour<br>1525 W. Tennessee Street<br>Suite 204<br>Tallahassee, FL  32304 | 126942 |
| Capital Coin & Bullion, LLC | Attn: Chad Ervin Tyson<br>7304 Burnet Road<br>Austin, TX 78757 | Attn: Chad Ervin Tyson<br>7304 Burnet Road<br>Austin, TX  78757 | 119800 |

**\*** This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**\*\*** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT** Page 6

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Carolina Super Mart | Attn: Gulbida Nasreen and Zohaib Muhammad<br>2004 Randleman Rd<br>Greensboro, NC 27406 | Attn: Gulbida Nasreen and Zohaib Muhammad<br>2004 Randleman Rd<br>Greensboro, NC  27406 | 123404 |
| Cascade Cleaners | Attn: Peter Chulmin, Yoo<br>11350 NE Halsey Street<br>Portland, OR 97220 | Attn: Peter Chulmin, Yoo<br>11350 NE Halsey Street<br>Portland, OR  97220 | 124707 |
| Catanga River Corp dba Food City | Attn: Zac Sclar<br>PO Box 399<br>Lewiston, ME 04243 | Catange River Corp. Food City<br>1355 Auburn Road<br>Turner, ME  04282 | 108542 |
| Cell Phone Hop LLC | Attn: Steven Mena<br>454 SW 8th Street<br>Miami, FL 33130 | Attn: Steven Mena<br>454 SW 8th Street<br>Miami, FL  33130 | 122050 |
| Cell Phone Mania | Attn: Jorge G. Blakeley<br>152 S State St<br>Orem, UT 84057 | 150 S State St<br>Orem, UT  84058 | 153988 |
| Cell Phone Repair | Attn: Samundra Thapaliya<br>3047 Old Orchard Lane<br>Bedford, TX 76021 | 1714 Precinct Line Road<br>Suite 400<br>Hurst, TX  76054 | 124280 |
| Cell Tech Repair | Attn: Kumantas Bagdel<br>133 Danbury Rd<br>New Milford, CT 06776 | 129 Danbury Rd<br>New Milford, CT  06776 | 143254 |
| Cellphone Fix Pro, Corp | Attn: Yessica Villatoro Velasquez<br>278 FL-7<br>Margate, FL 33063 | Attn: Yessica Villatoro Velasquez<br>278 FL-7<br>Margate, FL  33063 | 123764 |
| Cheema Supermarket | Attn: Nusrat Cheema<br>562 Cambridge Street<br>Boston, MA 02134 | Attn: Nusrat Cheema<br>562 Cambridge Street<br>Boston, MA  02134 | 108811 |
| Cheers Wine and Spirits LLC | Attn: Dadwal Amandeep Singh<br>8333 W Morgan Av<br>Milwaukee, WI 53220-1037 | Attn: Dadwal Amandeep Singh<br>8333 W Morgan Av<br>Milwaukee, WI  53220-1037 | 114430 |
| Choice Gas | Attn: Karim Sereis<br>7900 Fruitridge Road<br>Sacramento, CA 95820 | Attn: Karim Sereis<br>7900 Fruitridge Road<br>Sacramento, CA  95820 | 116078 |
| CJ's Convenience Store LLC | Attn: Jody Gene Sylvester<br>107 N. 1st Street<br>Elkader, IA 52043 | Attn: Jody Gene Sylvester<br>107 N. 1st Street<br>Elkader, IA  52043 | 117734 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**          Page 7

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Clif's Cleaners | Attn: Gina Davis<br>4304 Pike Ave.<br>North Little Rock, AR 72118 | Attn: Gina Davis<br>4304 Pike Ave.<br>North Little Rock, AR 72118 | 118281 |
| Cottage Grove LLC | Attn: James Slott<br>1593 Plainfield Ave. NE<br>Grand Rapids, MI 49505 | Attn: James Slott<br>1593 Plainfield Ave. NE<br>Grand Rapids, MI 49505 | 119937 |
| Craig's EZ - 2 - Pawn | 1001 N Roan St<br>Johnson City, TN 37601 | 1001 N Roan St<br>Johnson City, TN 37601 | 121561 |
| Cullen Williams Corporation dba Meadow Gas N. Go Conoco | Attn: Rex Williams<br>370 N. Main Street<br>Meadow, UT 84644 | Attn: Rex Williams<br>370 N. Main Street<br>Meadow, UT 84644 | 119108 |
| Delta Jubilee | Attn: Jake Sentker<br>377 W. Main St.<br>Delta, UT 84624 | Attn: Jake Sentker<br>377 W. Main St.<br>Delta, UT 84624 | 139847 |
| Dollars Plus and More LLC | Attn: Shatanie Brewer and Keith Brewer<br>2736 Rapids Way<br>Akron, OH 44312 | 1465 Aster Ave<br>Akron, OH 44301 | 117128 |
| Donnie's Tobacco Shop LLC | Attn: Jeremiah Wesley Dale Brown<br>3381 Us Hwy 117 S<br>Burgaw, NC 28425 | Attn: Jeremiah Wesley Dale Brown<br>3381 Us Hwy 117 S<br>Burgaw, NC 28425 | 117852 |
| Dry Clean City of Johnson City, LLC | Attn: Keith Mijeski<br>204 Sunset Dr<br>Johnson City, TN 37604 | 1003 S Roan St<br>Johnson City, TN 37601 | 119331 |
| Duckweed Liquors Channelside | Attn: Pavan Kumar Pediredla<br>117 N 12th St<br>Tampa, FL 33602 | Attn: Pavan Kumar Pediredla<br>117 N 12th St<br>Tampa, FL 33602 | 118170 |
| Duyst Flyers | Attn: Michael Duyst<br>515 S Lovers Ln<br>Visalia, CA 93292 | Attn: Michael Duyst<br>515 S Lovers Ln<br>Visalia, CA 93292 | 116783 |
| DYD Trading | Attn: Daweit Geremew<br>4401 S Capitol St SW<br>Washington, DC 20032 | Attn: Daweit Geremew<br>4401 S Capitol St SW<br>Washington, DC 20032 | 108841 |
| Electric Underground | Attn: Matthew Schneider<br>1305 W Bremer Ave<br>Waverly, IA 50677 | 3109 13th Ave S<br>Fargo, ND 58103 | 115347 |

**\*** This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**\*\*** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT**          Page 8

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Elite P&P Enterprises LLC | Attn: Prabin Kanaujiya<br>18918 Midway Rd #124<br>Dallas, TX 75287 | Attn: Prabin Kanaujiya<br>18918 Midway Rd #124<br>Dallas, TX 75287 | 115098 |
| Ethio Mart | Attn: Jared Alemu Girma<br>10919 Shawnee Mission Pkwy<br>Shawnee, KS 66203 | Attn: Jared Alemu Girma<br>10919 Shawnee Mission Pkwy<br>Shawnee, KS 66203 | 118975 |
| Express Mart I Food Store | Attn: Gurnam Singh<br>5071 24th St<br>Sacramento, CA 95822 | Attn: Gurnam Singh<br>5071 24th St<br>Sacramento, CA 95822 | 109037 |
| E-Z Cash Payday Loans** | Attn: Kristie Reed<br>1656 Sycamore View Road<br>Memphis, TN 38134 | 180 Stateline Rd<br>Southaven, MS 38671 | 138289 |
| | | 8153 Hwy 178W<br>Byhalia, MS 38611 | 138295 |
| Fadeone LLC | Attn: Jot Singh<br>c/o Fadeone Barbershop<br>109 N 17th St<br>Boise, ID 83702 | Attn: Jot Singh<br>c/o Fadeone Barbershop<br>109 N 17th St<br>Boise, ID 83702 | 130494 |
| Five Star Grocery #2 | Attn: Fady Fanous<br>3582 NC-39 Hwy North<br>Louisburg, NC 27549 | Attn: Fady Fanous<br>3582 NC-39 Hwy North<br>Louisburg, NC 27549 | 118277 |
| Flow's Pharmacy | Attn: Amanda Haase<br>1506 E Broadway<br>Columbia, MO 65201 | Attn: Amanda Haase<br>1506 E Broadway<br>Columbia, MO 65201 | 117208 |
| Food Fair Supermarket | Attn: Thad Glynn<br>301 N 14th St<br>Rich Hill, MO 64779 | Attn: Thad Glynn<br>301 N 14th St<br>Rich Hill, MO 64779 | 140985 |
| Fort Wayne Halal Market | Attn: Khalil Ahmad Abdullah<br>2326 Hobson Rd<br>Fort Wayne, IN 46805 | Attn: Khalil Ahmad Abdullah<br>2326 Hobson Rd<br>Fort Wayne, IN 46805 | 108667 |
| Fresco Market North Haven Inc. | Attn: Michael Di Chello<br>342 Washington Ave<br>North Haven, CT 06473 | Attn: Michael Di Chello<br>342 Washington Ave<br>North Haven, CT 06473 | 119400 |
| Friendly's Sports Bar - South County | Attn: Dennis Domachowski<br>3971 Bayless Ave<br>St. Louis, MO 63125 | Attn: Dennis Domachowski<br>3971 Bayless Ave<br>St. Louis, MO 63125 | 108825 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO FIFTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON FIFTH OMNIBUS MOTION TO REJECT** Page 9