BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
jmcpherson@foxrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed March 23, 2023

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**SIXTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT**<br><br>Hearing Date: April 20, 2023<br>Hearing Time: 10:30 a.m.<br>Estimated Time for Hearing: 20 Minutes |

**PLEASE TAKE NOTICE THAT IF YOU ARE RECEIVING NOTICE OF THIS MOTION, YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON EXHIBIT 2 ATTACHED HERETO. NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, respectfully submits this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit 1**,[1] approving the rejection of contracts and/or unexpired leases set forth in **Exhibit 2** attached hereto pursuant to Bankruptcy Code[2] § 365(a), and approving the disposal of certain personal property, including without limitation, surrender of property and termination of the automatic stay pursuant to Bankruptcy Code § 362(d) in favor of a party who has a secured or lease interest in certain property, and/or abandonment of property under Bankruptcy Code § 554(a).

This Motion is made and based on the *Declaration of Christopher Andrew McAlary* (the "McAlary Declaration") filed in support hereof, the following points and authorities, the papers and pleadings on file with the Court in this Chapter 11 Case, and any oral argument the Court may entertain at the hearing on the Motion.

Dated this 23rd day of March, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

## POINTS AND AUTHORITIES

### I. JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] After notice of this Motion, revisions to this proposed order may be made.

[2] All references to "chapter" and "section" herein shall be to the "Bankruptcy Code" appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall refer to the Federal Rules of Bankruptcy Procedure.

3. The statutory basis for the relief requested herein is 11 U.S.C. §§ 105(a), § 362(d), 365(a), and 554, and Bankruptcy Rules 4001, 6004, 6006, 6007, and 9014.

4. Pursuant to Local Rule 9014.2, the Debtor consents to entry of final order(s) or judgment(s) by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

## II. BACKGROUND

### A. Debtor's Filing

5. On February 7, 2023 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

6. The Debtor is authorized to operate its business and manage its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7. An Official Committee of Unsecured Creditors was appointed on or about February 17, 2023.

### B. Debtor's Business And Contracts And/Or Leases

8. As described in greater detail in the Omnibus Declaration of Christopher Andrew McAlary in Support of Emergency First Day Motions [ECF 19], the Debtor was formed as a Nevada corporation for the purpose of providing a platform for customers to buy and sell digital currencies through Digital Currency Machines ("DCMs") distributed across the United States. DCMs are an advanced version of the kiosks commonly referred to as Bitcoin ATMs or BTMs, that enable a consumer to both (a) buy bitcoin as well as 30+ other digital currencies with cash, and (b) sell digital currency for cash. All of the Debtor's machines are DCMs offering two-way functionality, over 30 digital currency options, an advanced user interface and a custom non-custodial companion wallet app (available on the Apple App Store and the Google Play Store). See McAlary Declaration ¶ 6.

9. As of December 31, 2022, the Debtor operated approximately 4,800 DCMs, or kiosks ("Kiosk(s)") throughout the United States and Brazil, installed in some of the largest convenience, grocery and liquor store chains and prestigious malls. See McAlary Declaration ¶ 7.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

10. To facilitate the installation of the Kiosks, Cash Cloud entered into numerous contracts (the "Contracts") or leases ("Leases") with various parties ("Counterparty" or Counterparties") having retail locations, including convenience stores, malls, and enterprise grocery stores. The terms in the Contracts and/or Leases vary. However, in general, the terms provide that Cash Cloud is permitted to install a Kiosk at a certain location ("Location") in exchange for compensation being paid to the Counterparty. There are thousands of Contracts or Leases, and the nature and amount of compensation varies and is sometimes in the form of a fixed monthly rental payment or a variable portion of the profit of the Kiosk. The Contracts and/or Leases typically have a 3 to a 7-year term, with automatic renewals, unless terminated by either party. And, under certain "master" Contracts and/or Leases, wherein the Contract or Lease governs the installation of Kiosks at multiple, different Locations (as set forth within the exhibits attached thereto), the Contract or Lease contains terms that provide not only for the termination of the master agreement, as a whole, but also for either the Debtor or the Counterparty to terminate certain identified Locations. See McAlary Declaration ¶ 8.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**C. Rejection of Contracts And/Or Leases**

11. In connection with its efforts to preserve and maximize the value of its estate through the prosecution of this case, the Debtor, in its business judgment, has determined that certain Contracts and/or Leases are financially burdensome and do not provide benefit to the estate. The Locations subject to the Contracts and/or Leases that are listed on **Exhibit 2** are no longer needed. Further, the Debtor seeks to avoid depletion of the estate through accrual of administrative expenses associated with these Contracts and/or Leases. In addition, the Debtor has determined that there is no value to the estate in attempting to assume and assign the Contracts and/or Leases. Thus, rejection is in the best interests of creditors and other parties in interest. As such, the Contracts and/or Leases should be rejected. See McAlary Declaration ¶ 9.

**D. Disposal of Remaining Property, Including Surrender, Termination of The Automatic Stay And/Or Abandonment**

12. Further, if there is property remaining at a Location subject to a rejected Contract or Lease, such as Kiosks or related property (the "Remaining Property"), the Debtor will determine

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

how the Remaining Property should be disposed of, including whether it should be removed, abandoned, sold, or surrendered to a party that has a secured (or lease) interest in the Remaining Property. In the event that the Debtor determines that the Remaining Property (if any) should be surrendered to a party that has a secured or lease interest in the Remaining Property and the automatic stay terminated, it will make this determination because the Remaining Property is not necessary for an effective reorganization and there is little to no equity in the Remaining Property. In the event the Remaining Property is determined to be burdensome or of inconsequential value, the Debtor may determine, in its business judgment, that any Remaining Property be abandoned.

**E. Requested Relief**

13. Bankruptcy Code section 365(a) authorizes the Debtor, subject to this Court's approval, to reject any executory contract or unexpired lease. Based on its business judgment, Debtor has determined that the Contracts and/or Leases are financially burdensome to the estate and do not provide benefit to the estate. See McAlary Declaration ¶ 9. Accordingly, the Debtor seeks authority to reject the Contracts and/or Leases set forth on **Exhibit 2** as of the date of the filing of this Motion to prevent the incurrence of ongoing administrative expenses with respect to the Contracts and/or Leases. See McAlary Declaration ¶ 9.

14. Further, § 362(d)(2) allows for termination of the automatic stay if there is insufficient equity in the property and it is not needed for an effective reorganization. In the event the Debtor, in its business judgment, determines that it will surrender the Remaining Property to the secured creditors and that it does not have equity in the Remaining Property and the Remaining Property is not necessary for an effective reorganization, the Debtor requests that an order be entered terminating the automatic stay. Further, Bankruptcy Code section 554 authorizes the abandonment of property, subject to this Court's approval. In the event the Debtor, in its business judgment, determines that the Remaining Property, if any, is burdensome or of inconsequential value or benefit to the estate, the Debtor requests that such abandonment be approved. See McAlary Declaration ¶ 10-12. The Debtor requests that the date of the filing of this Motion be deemed the date of notice of abandonment.

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## III. MEMORANDUM OF LAW

**A. The Debtor's Decision To Reject The Contracts And/Or Leases Should Be Approved**

15. Section 365 of the Bankruptcy Code provides that "the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." 11 U.S.C. § 365(a). "Under the Code, most courts have applied a 'business judgment' test to trustees' decisions to assume or reject contracts or leases." 3 Collier on Bankruptcy ¶ 365.03[2] (16th Ed. 2016). "In making its determination, a bankruptcy court need engage in only a cursory review of a debtor-in-possession's decision to reject the contract." Agarwal v. Pomona Valley Med. Group, Inc. (In re Pomona Valley Med. Group, Inc.), 476 F.3d 665, 670 (9th Cir. 2007) (internal punctuation omitted).

16. "[I]n evaluating the rejection decision, the bankruptcy court should presume that the debtor-in-possession acted prudently, on an informed basis, in good faith, and in the honest belief that the action taken was in the best interests of the bankruptcy estate." Id., at 670. In the Ninth Circuit, a bankruptcy court "should approve the rejection of an executory contract under § 365(a) unless it finds that the debtor-in-possession's conclusion that rejection would be advantageous is so manifestly unreasonable that it could not be based on sound business judgment, but only on bad faith, or whim or caprice." Id. (internal punctuation omitted).

17. The Debtor's decision to reject the Contracts and/or Leases reflects the Debtor's exercise of sound business judgment and is in the best interests of the Debtor, its estate, and its creditors. The Debtor has determined that the Contracts and/or Leases are not necessary for the Debtor's operations and are financially burdensome and not beneficial to the estate. The Leases are not a source of potential value for the Debtor's future operations, creditors, or interest holders, and are believed to not be marketable given their terms and constitute an unnecessary drain on the Debtor's limited resources. See McAlary Declaration ¶ 9. Accordingly, the Debtor submits that its decision to reject the Contracts and/or Leases is a sound exercise of its business judgment and should be approved.

**B. Rejection As of the Date of the Filing of This Motion**

18. This Court has authority to approve the rejection of executory contracts or leases as

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

of the date of the filing of the motion for rejection. Section 365 of the Bankruptcy Code does not expressly provide whether courts may order rejection to be effective retroactively. However, courts have held that bankruptcy courts may exercise their equitable powers in granting such a retroactive order when they conclude that doing so promotes the purposes of Section 365, and that after balancing the equities of a case, equities weigh in favor the debtor. See, e.g., Pac. Shores Dev., LLC v. At Home Corp. (In re At Home Corp.), 392 F.3d 1064, 1065 (9th Cir. 2004) (affirming order authorizing rejection as of date of filing of motion), cert. denied, 564 U.S. 814 (2005); Thinking Machines Corp. v. Mellon Fin. Servs. Corp. (In re Thinking Machs. Corp.), 67 F.3d 1021, 1028-29 (1st Cir. 1995) (bankruptcy court has power to approve rejection as of date of filing motion); In re Amber's Stores, Inc., 193 B.R. 819, 827 (Bankr. N.D. Tex. 1996)(holding that the lease should be deemed rejected as of the petition date due to the equities of case). Although this caselaw pertains to the rejection of nonresidential real property leases, the rationale contained therein is applicable to executory contracts. The Ninth Circuit in In re At Home Corp., explained that "the equitable authority recognized in Thinking Machines has been imported to contexts other than unexpired nonresidential leases," citing to Malden Mills Indus., Inc. v. Maroun (In re Malden Mills Indus., Inc.), 303 B.R. 688, 701 (B.A.P. 1st Cir. 2004) and its application of this principle to abandonment of personal property. 392 F.3d at 1070. The Debtor further notes that the Ninth Circuit's holding in In re At Home Corp., 392 F.3d 1064 (9th Cir. 2004) allowing rejection as of the date of the motion has been found to be undisturbed by the Court's holding in Roman Catholic Archdiocese of San Juan v. Acevedo Feliciano, ___ U.S. ___, 140 S.Ct. 696 (2020). See In re Player's Poker Club, Inc., 636 B.R. 811 (Bankr. C.D.Cal. 2022).

19. Balancing the equities in this case, approving rejection of the Contracts and/or Leases as of the date of this Motion is appropriate. The Debtor has promptly filed this Motion and promptly set it for hearing giving Counterparties notice of this Motion and the Debtor's intention. Without the authority to reject as of the Motion filing date, the Debtor may be forced to incur potential administrative expenses for agreements that provide no benefit to the estate to the detriment of creditors and other stakeholders. Further, allowing the Debtor to reject the Contracts and/or Leases will not unduly prejudice the Counterparties because the Counterparties will receive

notice of the Motion and therefore will have sufficient opportunity to object if they so choose. Indeed, the Counterparties may benefit from the rejection as they will be relieved of obligations under the Contracts and/or Leases. Accordingly, the rejection of the Contracts and/or Leases should be approved as of the date of the Motion.

**C. The Debtor's Decision To Terminate The Automatic Stay And/Or To Abandon Remaining Property, If Made, Should Be Approved**

20. If there is Remaining Property at any of these numerous Locations, the Debtor will determine how the Remaining Property should be disposed of, including whether it should be removed, abandoned, sold, or surrendered to a party that has a secured or lease interest in the Remaining Property with the automatic stay being terminated. See McAlary Declaration ¶ 10-12.

21. Section 362(d)(2) of the Bankruptcy Code provides that "[o]n request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay—. . . (2) with respect to a stay of an act against property under subsection (a) of this section, if—(A) the debtor does not have an equity in such property; and (B) such property is not necessary to an effective reorganization[.]"

22. Section 554(a) of the Bankruptcy Code provides that "[a]fter notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate." 11 U.S.C. § 554(a). The right to abandon is virtually unfettered, unless abandonment of the property will contravene laws designed to protect public health and safety and the property poses an imminent threat to the public's welfare. See In re Midlantic Nat'l Bank, 474 U.S. 494, 501 (1986). Neither of these limitations is applicable given the relevant facts.

23. The Debtor submits that **if** it determines that the Remaining Property (if any) should be surrendered to a party that has a secured or lease interest in the Remaining Property and the automatic stay terminated, it will make this determination because the Remaining Property is not necessary for an effective reorganization and the Debtor has little to no equity in the Remaining Property. Thus, the Debtor's determination to surrender the Remaining Property to a party who has

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

a secured or lease interest will reflect the Debtor's exercise of sound business judgment, taking into account the best interests of the Debtor, its estate, its creditors and other parties in interest. See McAlary Declaration ¶ 10-11. Accordingly, it is requested that if the Debtor determines that the Remaining Property should be surrendered, that the automatic stay be terminated pursuant to 11 U.S.C. § 362(d)(2).

24. Further, the Debtor submits that **if** it determines that the Remaining Property (if any) should be abandoned, it will make this determination because the Remaining Property is either burdensome to the estate, as removal and storage of the Remaining Property is likely to exceed any net proceeds from this property, or is of inconsequential value and benefit to the estate. See McAlary Declaration ¶ 12. Thus, the Debtor's determination to abandon will reflect the Debtor's exercise of sound business judgment, taking into account the best interests of the Debtor, its estate, its creditors and other parties in interest. See McAlary Declaration ¶ 12. Accordingly, it is requested that if the Debtor determines any Remaining Property should be abandoned, that the Remaining Property shall be deemed abandoned pursuant to 11 U.S.C. § 554 as of the date of the Motion.

## IV. WAIVER OF BANKRUPTCY RULES 4001 and 6004(h)

25. To implement the Debtor's foregoing requests successfully, the Debtor, to the extent applicable, seeks a waiver of the 14-day stay of any order pursuant to Fed.R.Bankr. P. 4001 and 6004(h).

## V. RESERVATION OF RIGHTS

26. Nothing contained herein is intended or should be construed as an admission of the validity of any claim against the Debtor, a waiver of the Debtor's rights to dispute any claim, or an approval or assumption of any agreement, contract, or lease under section 365 of the Bankruptcy Code. The Debtor expressly reserves its rights to contest any invoice or claim related to the relief requested herein in accordance with applicable law.

## VI. NOTICE

27. Notice of this Motion has been given by electronic mail or first class mail to the following parties or their counsel: (a) the Office of the United States Trustee for the District of

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Nevada; (b) counsel for the Official Committee of Unsecured Creditors; (c) counsel to Debtor's secured creditors; (d) counsel to parties that have a lease interest in the Remaining Property; (e) the counterparties to the Contracts and/or Leases; and (f) all parties that have filed a Rule 2002 Notice Request in the Chapter 11 Case. In light of the nature of the relief requested, Debtor respectfully submits that such notice is appropriate and sufficient under the circumstances and that no further notice is necessary.

**CONCLUSION**

WHEREFORE, for all of the foregoing reasons, Debtor respectfully requests that this Court enter an Order granting this Motion, substantially in the form attached hereto as **Exhibit 1,** and (a) approving the rejection of the Contracts and/or Leases set forth on **Exhibit 2** attached hereto, as of the date of the filing of this Motion; (b) approving termination of the automatic stay as of the date of the filing of this Motion in connection with the surrender of the Remaining Property to a secured creditor; (c) approving abandonment of the Remaining Property as of the date of the filing of this Motion to the extent set forth herein (that is, <u>only if</u> the Debtor has determined the Remaining Property should be abandoned), and (d) granting such other and further relief as this Court deems appropriate.

Dated this 23rd day of March, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

*Counsel for Debtor*

**EXHIBIT 1**

**PROPOSED ORDER**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
jmcpherson@foxrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br><br>**ORDER GRANTING SIXTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT**<br><br>Hearing Date: April 20, 2023<br>Hearing Time: 10:30 a.m. |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

The Court having reviewed and considered Debtor's motion [ECF ____] (the "Motion")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a), terminating the automatic stay pursuant to 11 U.S.C. § 362(d) in favor of secured creditors if the Debtor surrenders the Remaining Property, and authorizing abandonment of the Remaining Property pursuant to 11 U.S.C. § 554(a), if the Debtor has made the determination that abandonment is appropriate; and upon consideration of the McAlary Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; the Court having determined that termination of the automatic stay in favor of a secured creditor whose collateral is affected is appropriate; the Court having determined that abandonment of Remaining Property, if so determined by the Debtor, is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that the date of the filing of the Motion shall be deemed to be the date of notice of abandonment of the Remaining Property; and it is further

**ORDERED** that the Remaining Property is abandoned effective as of the date of the filing

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

of the Motion, and the Remaining Property shall be surrendered and abandoned to the creditors who are secured by the Remaining Property. The Remaining Property may be retrieved by the respective secured creditor from the Location, or any party authorized by the Debtor, within seven (7) days of entry of this Order; and, after seven (7) days of the date this Order is entered, if the Remaining Property has not been removed, it may be disposed of by the Counterparty; and it is further

**ORDERED** that the automatic stay is terminated pursuant to 11 U.S.C. § 362(d)(2) to allow any secured creditor who has a collateral interest in the Remaining Property to exercise its rights to foreclose on or otherwise dispose of such property in accordance with applicable non-bankruptcy law; and it is further

**ORDERED** that Enigma Securities Limited ("Enigma") reserves all rights with respect to the Remaining Property in which it holds an interest, including but not limited to rights it may be determined to have, if any, with respect to (a) the valuation of its collateral (the "Enigma Collateral"), (b) cash contained within any abandoned Kiosk that Enigma has asserted is Enigma Collateral, and (c) the impact of abandonment on the amount of Enigma's secured claim; and it is further

**ORDERED** that Genesis Global Holdco, LLC ("Genesis") reserves all rights with respect to the Remaining Property in which it holds an interest, including but not limited to rights it may be determined to have, if any, with respect to (a) the valuation of its collateral (the "Genesis Collateral"), (b) cash contained within any abandoned Kiosk that Genesis has asserted is Genesis Collateral, and (c) the impact of abandonment on the amount of Genesis's secured claim; and it is further

**ORDERED** that nothing herein shall serve as a waiver of any claims of the Debtor, its estate or the Committee against any party holding an interest in the Remaining Property, and the Debtor, its estate and the Committee expressly reserve any and all of their rights with respect to any claims of any creditor arising in connection with the rejection of the Contracts or Leases, surrender of the Remaining Property, and abandonment of the Remaining Property, or claims or issues related thereto, including, without limitation (a) the valuation of a secured creditor's collateral interest, (b)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

whether any cash contained in any abandoned Kiosk is a secured creditor's collateral or belongs to any other creditor or the Debtor, and (c) the determination of any party's proof of claim, including without limitation a secured creditor's or lease holder's claim, including without limitation all related claims of the Debtor, its estate or the Committee for setoff and/or damages; and it is further

**ORDERED** that the abandonment of the Remaining Property shall not impair, waive, limit, or otherwise affect, and shall be subject to, any and all claims, ownership interests and contractual rights of OptConnect Management LLC ("OptConnect") in connection with any Remaining Property (and any equipment or hardware connected thereto), which are reserved and preserved in all respects, and nothing in this Order or any abandonment of Remaining Property as a result of this Order shall grant any third party any rights over OptConnect's assets that form part of the Remaining Property (and any equipment or hardware connected thereto); and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion; and it is further

**ORDERED** that, to the extent applicable, the 14-day stay under Fed.R.Bankr. P. 4001 and Fed.R.Bankr. P. 6004(h) is waived.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: ______________________________
JEANETTE E. MCPHERSON, ESQ.
BRETT A. AXELROD, ESQ.
NICHOLAS A. KOFFROTH, ESQ.
ZACHARY T. WILLIAMS, ESQ.
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

APPROVED/DISAPPROVED

**OFFICE OF THE UNITED STATES TRUSTEE**

By: ______________________________
JARED A. DAY,
Trial Attorney for Tracy Hope Davis,
United States Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, Nevada 89101

APPROVED/DISAPPROVED

**BERGER SINGERMAN LLP**

By: ______________________________
JORDI GUSO, ESQ. (Admitted *Pro Hac Vice)*
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

and

**SYLVESTER & POLEDNAK, LTD.**
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
1731 Village Center Circle
Las Vegas, NV 89134
*Counsel For Interested Party CKDL Credit, LLC*

APPROVED/DISAPPROVED

**MCDONALD CARANO LLP**

By: ______________________________
RYAN J. WORKS, ESQ. (NSBN 9224)
AMANDA M. PERACH, ESQ. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

and

**SEWARD & KISSEL LLP**
JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
CATHERINE V. LOTIEMPO, ESQ. (Admitted *Pro Hac Vice*)
ANDREW J. MATOTT, ESQ.
One Battery Park Plaza
New York, New York 10004
*Counsel for Official Committee of Unsecured Creditors*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

APPROVED/DISAPPROVED

**MORRISON & FOERSTER LLP**

By: ______________________________

GARY LEE, ESQ. (Admitted *Pro Hac Vice*)
New York Bar No. 2397669
ANDREW KISSNER, ESQ. (Admitted *Pro Hac Vice*)
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601

and

**SHEA LARSEN**
JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 405
BART K. LARSEN, ESQ.
Nevada Bar No. 8538
KYLE M. WYANT, ESQ.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
*Counsel for Enigma Securities Limited*

APPROVED/DISAPPROVED

**DECHERT LLP**

By: ______________________________

CRAIG P. DRUEHL, ESQ.
Three Bryant Park
1095 Avenue of the Americas
New York New York 10036-6797

and

**LAW OFFICE OF BRIAN D. SHAPIRO, LLC**
BRIAN D. SHAPIRO, ESQ.
Nevada Bar No. 5772
510 S. 8th Street
Las Vegas, Nevada 89101
*Counsel for OptConnect Management LLC*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

APPROVED/DISAPPROVED

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: ______________________________________________

SEAN A. O'NEAL, ESQ. (Admitted *Pro Hac Vice)*
JANE VANLARE, ESQ. (Admitted *Pro Hac Vice)*
MICHAEL WEINBERG, ESQ. (*Pro Hac Vice* forthcoming*)*
One Liberty Plaza
New York, New York 10006

and

**SNELL & WILMER L.L.P.**
ROBERT R. KINAS, ESQ. (Nevada Bar No. 6019)
BLAKELEY E. GRIFFITH, ESQ. (Nevada Bar No. 12386)
CHARLES E. GIANELLONI, ESQ. (Nevada Bar No. 12747)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Counsel for Genesis Global Holdco LLC*

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**EXHIBIT 1 TO PROPOSED ORDER**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Frisella Laundormat LLC | Attn: Michael Frisella<br>8623 Big Bend<br>St. Louis, MO 63119 | Attn: Michael Frisella<br>1145 Bellevue Ave<br>Richmond Heights, MO 63117 | 115322 |
| Fuel Centers Environmental Management LLC dba DFW Oil Energy LLC** | Attn: Sami N Ebrahim and Essam Shehata<br>1111 N Belt Line #100<br>Garland, TX 75040 | c/o Payless Fuel Center Coit/190<br>18120 Coit Rd<br>Dallas, TX 75252 | 119410 |
| | | c/o FM 2<br>3313 Long Prairie Rd<br>Flower Mound, TX 75022 | 119696 |
| Gamer Gas & Groceries | Attn: Kirubel Tekle<br>4105 Taylor Blvd Ste B<br>Louisville, KY 40215 | Attn: Kirubel Tekle<br>4105 Taylor Blvd Ste B<br>Louisville, KY 40215 | 119489 |
| Gators Computers LLC | Attn: William McNeel<br>89 North Columbus Ave<br>Louisville, MS 39339-2600 | 87 N Columbus Ave<br>Louisville, MS 39339 | 116267 |
| Gators Computers LLC | Attn: William Mcneel<br>89 North Columbus Ave<br>Louisville, MS 39339-2600 | 6195 Highway 45 ALT South<br>West Point, MS 39773 | 118448 |
| Gators in Philadelphia | Attn: William McNeel<br>89 North Columbus Ave<br>Louisville, MS 39339-2600 | 229 W Beacon St<br>Philadelphia, MS 39350 | 115368 |
| Get Pro Tech Inc. | Attn: Fiaz Ahmad<br>1604 7th St<br>Moline, IL 61265 | Attn: Fiaz Ahmad<br>1604 7th St<br>Moline, IL 61265 | 118016 |
| Gizmos Mini Mart LLC | Attn: Hanif Brown<br>708 Boulevard East<br>A1<br>Weehawken, NJ 07086 | 332 W Broadway<br>Suite 105<br>Louisville, KY 40202 | 116769 |
| Global Postal Center | Attn: Kenneth Villacorta<br>21704 Devonshire St<br>Los Angeles, CA 91311 | Attn: Kenneth Villacorta<br>21704 Devonshire St<br>Los Angeles, CA 91311 | 122475 |
| Good 2 Go Auto Group LLC | Attn: Ryan Ansley<br>2245 W Sugar Creek Rd<br>Charlotte, NC 28262-3142 | Attn: Ryan Ansley<br>2245 W Sugar Creek Rd<br>Charlotte, NC 28262-3142 | 116130 |
| Good Time Liquors | Attn: Aaron Klunthong<br>5805 N 56th St<br>Tampa, FL 33610 | Attn: Aaron Klunthong<br>5805 N 56th St<br>Tampa, FL 33610 | 118651 |
| GoodSpot, LLC | Attn: Mazen T Mustafa<br>2201 W National Ave<br>Milwaukee, WI 53204 | Attn: Mazen T Mustafa<br>2201 W National Ave<br>Milwaukee, WI 53204 | 115050 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Greek Plate Gyro's | Attn: Brian Balla<br>811 Market St<br>Chattanooga, TN 37402 | Attn: Brian Balla<br>811 Market St<br>Chattanooga, TN 37402 | 115306 |
| Hala Express, LLC | Attn: Mansoor Fadel<br>1791 Magnolia Dr<br>Macon, MS 39341-2036 | 1773 Magnolia Dr<br>Macon, MS 39341 | 113812 |
| Hammerhead Tattoo | Attn: Benjamin Duarte<br>2521 S Archer Ave<br>Chicago, IL 60608 | Attn: Benjamin Duarte<br>2521 S Archer Ave<br>Chicago, IL 60608 | 124006 |
| Hendorson Oil Co.** | Attn: John Haigh<br>745 Ashe St<br>Hendersonville, NC 28792 | 310 Rosman Hwy<br>Brevard, NC 28712 | 141991 |
| | | 508 NC-9<br>Black Mountain, NC 28711 | 141993 |
| High Touch Pharmacy, LLC | Attn: Zalak Y Shah<br>344 W Grand St<br>Elizabeth, NJ 07202 | Attn: Zalak Y Shah<br>344 W Grand St<br>Elizabeth, NJ 07202 | 119189 |
| Hilo Loan Shop | Attn: Michael Smallwood<br>64 Mamo St<br>Hilo, HI 96720 | Attn: Michael Smallwood<br>64 Mamo St<br>Hilo, HI 96720 | 123927 |
| HKR Inc | Attn: Harpal Singh<br>4315 West Dickman Rd<br>Springfield, MI 49037 | Attn: Harpal Singh<br>4315 West Dickman Rd<br>Springfield, MI 49037 | 120642 |
| Hock It to Me Pawn | Attn: Kory Simmons<br>526 Louisiana Blvd SE<br>Albuquerque, NM 87108 | Attn: Kory Simmons<br>526 Louisiana Blvd SE<br>Albuquerque, NM 87108 | 119183 |
| Holi Water LLC | Attn: Dante Orpilla<br>114 Kamehameda Ave<br>Hilo, HI 96720 | 284 Keawe St<br>Hilo, HI 96720 | 124005 |
| Hop In | Attn: Ashwin Pokharel<br>214 E Walnut St<br>Coleman, TX 76834 | Attn: Ashwin Pokharel<br>214 E Walnut St<br>Coleman, TX 76834 | 116127 |
| Hopkins Liquor Store | Attn: Chanmakara Lee<br>712 11th Ave S<br>Hopkins, MN 55343 | Attn: Chanmakara Lee<br>712 11th Ave S<br>Hopkins, MN 55343 | 116972 |
| Hutchinson Oil Company, LLC | Attn: Brian Hutchinson<br>PO Box 767<br>Elk City, OK 73648 | 320 S Clarence Nash Blvd<br>Watonga, OK 73772 | 115351 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Hutchinson Oil Company, LLC | Attn: Brian Hutchinson<br>PO Box 767<br>Elk City, OK 73648 | 2001 E 7th St<br>Elk City, OK 76344 | 115352 |
| Hutchinson Oil Company, LLC | Attn: Brian Hutchinson<br>PO Box 767<br>Elk City, OK 73648 | 2136 W Gary Blvd<br>Clinton, OK 73601 | 115354 |
| iBuy4Resale, Inc | Attn: David Kosciusko<br>1530 Mineral Spring Ave<br>North Providence, RI 02904 | Attn: David Kosciusko<br>1530 Mineral Spring Ave<br>North Providence, RI 02904 | 121598 |
| Independence Mall Holding, LLC | Attn: Matt Ilbak<br>18801 East 39th St S Ste 2035<br>Independence, MO 64057 | 18801 East 39th St S<br>Independence, MO 64057 | 142002 |
| iPhix I.T. LLC | Attn: Dustin Peterson<br>516 Church St<br>Ottumwa, IA 52501 | Attn: Dustin Peterson<br>516 Church St<br>Ottumwa, IA 52501 | 117932 |
| ISA Food Inc. | Attn: Arshadullah Falah<br>2610 N 40th St<br>Tampa, FL 33605 | Attn: Arshadullah Falah<br>2610 N 40th St<br>Tampa, FL 33605 | 118750 |
| J2Z Ventures LLC | Attn: Rahim Bahadur Ali Jindani<br>4050 Haltom Rd<br>Haltom City, TX 76117 | 1427 W Shady Grove Rd<br>Irving, TX 75060 | 115360 |
| Jay Gurudev LLC | Attn: Prafulbhai C Patel<br>1130 Springdale Rd<br>Rock Hill, SC 29730 | Attn: Prafulbhai C Patel<br>1130 Springdale Rd<br>Rock Hill, SC 29730 | 116203 |
| JAY RAJ INC DBA Central Warehouse Liquor | Attn: Tarun Patel<br>1060 Broad St<br>Central Falls, RI 02863 | Attn: Tarun Patel<br>1060 Broad St<br>Central Falls, RI 02863 | 119693 |
| John A. Spencer Oil Company Inc. | Attn: John Spencer<br>3080 Kernersville Rd<br>Winston-Salem, NC 27107 | Attn: John Spencer<br>3080 Kernersville Rd<br>Winston-Salem, NC 27107 | 117528 |
| Kanta LLC | Attn: Baljinder Singh<br>110 W Stockbridge Site B<br>Kalamazoo, MI 49001 | Attn: Baljinder Singh<br>110 W Stockbridge Site B<br>Kalamazoo, MI 49001 | 119111 |
| Kartaar AAG, Inc. | Attn: Gurwinder Singh<br>1366 Portage Street<br>Kalamazoo, MI 49001 | Attn: Gurwinder Singh<br>1366 Portage Street<br>Kalamazoo, MI 49001 | 116401 |
| Ken's SuperFair Foods | Attn: Paul Vetch<br>2105 6th Ave SE<br>Aberdeen, SD 57401 | 106 N. Commercial Street<br>Clark, SD 57225 | 139994 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Keys Technology Services Inc | Attn: Piotr Staniak<br>916A Kennedy Dr<br>Key West, FL 33040 | Attn: Piotr Staniak<br>916A Kennedy Dr<br>Key West, FL 33040 | 122489 |
| Killeen Mall | Attn: Bruce H Wood<br>2100 South WS Young Drive<br>Kileen, TX 76543 | Attn: Bruce H Wood<br>2100 South WS Young Drive<br>Kileen, TX 76543 | 128175 |
| King's Mart Inc. | Attn: Mahmmd Badwan<br>1551 Hartman Ln<br>Belleville, IL 62221 | Attn: Mahmmd Badwan<br>1551 Hartman Ln<br>Belleville, IL 62221 | 108891 |
| Kirby Food & Liquor | Attn: Lenish Kumar<br>303 Cedar St<br>Champaign, IL 61820 | Attn: Lenish Kumar<br>303 Cedar St<br>Champaign, IL 61820 | 108637 |
| Kona Reef Liquor & Deli | Attn: Allan Lee<br>75-6082 Ali'i Dr<br>Kailua-Kona, HI 96740 | Attn: Allan Lee<br>75-6082 Ali'i Dr<br>Kailua-Kona, HI 96740 | 136862 |
| Krikar LLC | Attn: Karthik Bharadwaj Pothumachi<br>1940 N Farwell Ave<br>Milwaukee, WI 53202 | Attn: Karthik Bharadwaj Pothumachi<br>1940 N Farwell Ave<br>Milwaukee, WI 53202 | 115193 |
| Kut Above Barber Shop | Attn: Ryan Ansley<br>2245 W Sugar Creek Rd<br>Charlotte, NC 28262-3142 | 2807 W Sugar Creek Rd<br>Charlotte, NC 28262 | 116129 |
| L&A Music & Pawn LLC | Attn: Tony Langley<br>6215 Bells Ferry Rd Suite 300<br>Acworth, GA 30102 | Attn: Tony Langley<br>6215 Bells Ferry Rd Suite 300<br>Acworth, GA 30102 | 123562 |
| Lavanderia Abuelos, LLC | Attn: Levi Roy Wood<br>506 S Nursery Rd Ste 100<br>Irving, TX 75060 | Attn: Levi Roy Wood<br>506 S Nursery Rd Ste 100<br>Irving, TX 75060 | 119932 |
| Lavender Laundromat | Attn: Chandrabhanu Ranaweera<br>15330 Meadow Rd<br>Lynwood, WA 98087 | Attn: Chandrabhanu Ranaweera<br>14227 Tukwilia International Blvd<br>Tukwila, WA 98168 | 123314 |
| Liberty Wireless of NC Inc | c/o Liberty Wireless 1<br>Attn: Mohammad Almersal<br>3321 Freedom Dr<br>Charlotte, NC 28208 | Attn: Mohammad Almersal<br>4003 Rosehaven Dr<br>Charlotte, NC 28205 | 147044 |
| LifeLine Repairs, Inc. | 3220 Cobb Pkwy<br>Atlanta, GA 30339 | 3220 Cobb Pkwy<br>Atlanta, GA 30339 | 141713 |
| Lionhart Capital dba Richland Mall Holdings | 2209 Richland Mall<br>Mansfield, OH 44906 | 2209 Richland Mall<br>Mansfield, OH 44906 | 128173 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Liquor Palace DBA A One Liquor Inc | Attn: Zalak Patel<br>3415 Breckenridge Ln<br>Louisville, KY 40220 | Attn: Zalak Patel<br>3415 Breckenridge Ln<br>Louisville, KY 40220 | 116397 |
| M&A Enterprises Inc. | Attn: Sharvan Khullar<br>20 Merlot Dr.<br>Prosser, WA 99350 | Attn: Sharvan Khullar<br>20 Merlot Dr.<br>Prosser, WA 99350 | 122231 |
| Maa Baba Alliance LLC | Attn: Syeda Jahan<br>12201 N Florida Ave<br>Tampa, FL 33612 | Attn: Syeda Jahan<br>12201 N Florida Ave<br>Tampa, FL 33612 | 118899 |
| Mac Food Mart-Brookwood | Attn: Ray McIntosh<br>10317 Buffton Rd<br>Fort Wayne, IN 46809-3026 | Attn: Ray McIntosh<br>10317 Buffton Rd<br>Fort Wayne, IN 46809-3026 | 117466 |
| MACNARB DVD LLC | Attn: Gregory Spanier<br>1505 OldField Dr<br>Gautier, MS 39553-7517 | 2307 US-90<br>Gautier, MS 39553 | 114716 |
| Mail Central Services | Attn: Troyekia Wynn<br>4813 Ridge Rd #11<br>Douglasville, GA 30134 | Attn: Troyekia Wynn<br>4813 Ridge Rd #11<br>Douglasville, GA 30134 | 118612 |
| Maruti 101 Corporation | Attn: Tejas Prabhudas Patel<br>4193 Hamilton Cleves Rd<br>Fairfield, OH 45014 | Attn: Tejas Prabhudas Patel<br>4193 Hamilton Cleves Rd<br>Fairfield, OH 45014 | 123333 |
| Mayflower Emerald Square LLC | Attn: Kenneth W Hamilton<br>c/o Jones Lang LaSalle Americas Inc<br>14190 Collections Center Drive<br>Chicago, IL 60693 | Attn: Kenneth W Hamilton<br>999 S Washington St<br>North Attleborough, MA 02760 | 128169 |
| Maynard's Food Center | Attn: Gary Carlson<br>627 1st Ave<br>Westbrook, MN 56183 | Attn: Gary Carlson<br>627 1st Ave<br>Westbrook, MN 56183 | 140997 |
| Mccurdy's Liquor | Attn: Rupinder Kaur<br>5700 Dollarway Rd<br>Pinebluff, AR 71602 | Attn: Rupinder Kaur<br>5700 Dollarway Rd<br>Pinebluff, AR 71602 | 122701 |
| Miguel Barcenas | c/o Deco Facil<br>1238 S Beach Blvd Suite G<br>Anaheim, CA 92804-4828 | c/o Deco Facil<br>1238 S Beach Blvd Suite G<br>Anaheim, CA 92804-4828 | 118829 |
| Miska's Corner Store | Attn: Pritesh Patel<br>365 E North Ave.<br>Glendale Heights, IL 60139 | Attn: Pritesh Patel<br>365 E North Ave.<br>Glendale Heights, IL 60139 | 115359 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| R&A Wireless World Inc.** | 3680 W. Oakland Park Blvd.<br>Lauderdale Lakes, FL 33311 | Attn: Riyad Ahmad<br>3680 W. Oakland Park Blvd.<br>Lauderdale Lakes, FL 33311 | 123561 |
| | | Riyad Ahmad<br>8882 NW 7th Ave.<br>Miami, FL 33150 | 128008 |
| Monroe High Mart LLC | Attn: Youssef Alnhlaw<br>172 Main St<br>Monroe, CT 06468 | Attn: Youssef Alnhlaw<br>172 Main St<br>Monroe, CT 06468 | 115371 |
| Moser's | Attn: Denny Lee<br>900 North Keene<br>Columbia, MO 65201 | Attn: Denny Lee<br>900 North Keene<br>Columbia, MO 65201 | 139838 |
| Mountain Liquor Stores 1& 2, LLC | Attn: Manuel Torres<br>912 Texas Ave<br>3710 Shepperd Apt B<br>El Paso, TX 79904 | Attn: Manuel Torres<br>912 Texas Ave<br>3710 Shepperd Apt B<br>El Paso, TX 79904 | 115194 |
| MS Prosser Group LLC | Attn: Sharvan Khullar<br>1232 Meade Ave<br>Prosser, WA 99350 | Attn: Sharvan Khullar<br>1232 Meade Ave<br>Prosser, WA 99350 | 122225 |
| N and N Inc dba Southeast BP | Attn: Prithvi Raj<br>8000 Garners Ferry Rd<br>Columbia, SC 29209 | 210 Village Lane<br>Columbia, SC 29209 | 115327 |
| Namira Fresh Food | Attn: Jorge Ledo<br>1657 N Miami Ave Ste D<br>Miami, FL 33136 | 5890 NW 7th Ave<br>Miami, FL 33127 | 118609 |
| National Alliance of Trade Associations, LLC | Attn: Suleman Shamsuddin<br>c/o Reliance & Reliance LLC<br>17225 US-64<br>Somerville, TN 38068 | Attn: Suleman Shamsuddin<br>c/o Reliance & Reliance LLC<br>17225 US-64<br>Somerville, TN 38068 | 123548 |
| National Alliance of Trade Associations, LLC | Attn: Muhammed Akhar<br>c/o Rise Investments LLC<br>5495 Hwy 57<br>Rossville, TN 38066 | Attn: Muhammed Akhar<br>c/o Rise Investments LLC<br>5495 Hwy 57<br>Rossville, TN 38066 | 123549 |
| National Alliance of Trade Associations, LLC | Attn: Fahim Janmir<br>c/o Rownag Corp<br>c/o Stoneycreek Convenience Store<br>12427 Booth Rd<br>Stony Creek, VA 23882 | Attn: Fahim Janmir<br>c/o Rownag Corp<br>c/o Stoneycreek Convenience Store<br>12427 Booth Rd<br>Stony Creek, VA 23882 | 123550 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| National Alliance of Trade Associations, LLC | Attn: Nimira Surmawala<br>c/o Beer & Tobacco Inc.<br>4788 Bethel Road #102<br>Olive Branch, MS 38654 | Attn: Nimira Surmawala<br>c/o Beer & Tobacco Inc.<br>4788 Bethel Road #102<br>Olive Branch, MS 38654 | 123551 |
| National Alliance of Trade Associations, LLC | Attn:Ed Rehmat<br>c/o Jerman Inc.<br>624 Rasco Rd W<br>South Haven, MS 38671 | Attn:Ed Rehmat<br>c/o Jerman Inc.<br>624 Rasco Rd W<br>South Haven, MS 38671 | 123684 |
| National Alliance of Trade Associations, LLC | Attn: Akbar Ali<br>c/o County Corner Stores Inc DBA D'Amores Market<br>4814 Broad St Rd<br>Louisa, VA 23093 | Attn: Akbar Ali<br>c/o County Corner Stores Inc DBA D'Amores Market<br>4814 Broad St Rd<br>Louisa, VA 23093 | 124710 |
| National Alliance of Trade Associations, LLC | Attn: Amin Merchant<br>c/o Colonial Market Place<br>3220 Blvd<br>Colonial Heights, VA 23834 | Attn: Amin Merchant<br>c/o Colonial Market Place<br>3220 Blvd<br>Colonial Heights, VA 23834 | 127415 |
| National Alliance of Trade Associations, LLC | Attn: Naushad Ri Haiden<br>c/o Manhc Corp.<br>513 W Euless Blvd<br>Euless, TX 76040 | Attn: Naushad Ri Haiden<br>c/o Manhc Corp.<br>513 W Euless Blvd<br>Euless, TX 76040 | 128857 |
| National Alliance of Trade Associations, LLC | Attn: Shabir Kaba<br>c/o Slzee Inc T/A Horizon Food<br>6141 Charles City Rd<br>Richmond, VA 23231 | Attn: Shabir Kaba<br>c/o Slzee Inc T/A Horizon Food<br>6141 Charles City Rd<br>Richmond, VA 23231 | 129442 |
| National Alliance of Trade Associations, LLC | Attn: Ramesh Nangunoori<br>c/o PQ Mart LLC<br>Trojan PQ<br>112 Old Wire Rd<br>Washburn, MO 65772 | Attn: Ramesh Nangunoori<br>c/o PQ Mart LLC<br>Trojan PQ<br>112 Old Wire Rd<br>Washburn, MO 65772 | 130229 |
| National Alliance of Trade Associations, LLC | Attn: Ramesh Nangunoori<br>c/o Package Liquors LLC<br>Country Package, 26131 Hwy 37<br>Washburn, MO 65745 | Attn: Ramesh Nangunoori<br>c/o Package Liquors LLC<br>Country Package, 26131 Hwy 37<br>Washburn, MO 65745 | 130230 |
| National Alliance of Trade Associations, LLC | Attn: Ramesh Nangunoori<br>c/o Anjali Investments LLC<br>32862 State Hwy 37<br>Seligman, MO 65745 | Attn: Ramesh Nangunoori<br>c/o Anjali Investments LLC<br>32862 State Hwy 37<br>Seligman, MO 65745 | 130232 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| National Alliance of Trade Associations, LLC | Attn: Akbar Au<br>c/o Country Corner Store LLC<br>c/o Taylors Cafe<br>1924 Sandy Hook Rd<br>Goochland, VA 23063 | Attn: Akbar Au<br>c/o Country Corner Store LLC<br>c/o Taylors Cafe<br>1924 Sandy Hook Rd<br>Goochland, VA 23063 | 130342 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o Monticello Express<br>429 Hwy. 425 North<br>Monticello, AR 71655 | Attn: Rahul Kumar<br>c/o Monticello Express<br>429 Hwy. 425 North<br>Monticello, AR 71655 | 130349 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o H S Gas n Go<br>619 W Main St<br>Heber Springs, AR 72543 | Attn: Rahul Kumar<br>c/o H S Gas n Go<br>619 W Main St<br>Heber Springs, AR 72543 | 130350 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/oLondon Foodmart LLC<br>10465 US-64<br>London, AR 72847 | Attn: Rahul Kumar<br>c/oLondon Foodmart LLC<br>10465 US-64<br>London, AR 72847 | 130351 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o 4 Way Quick Stop<br>103 N 5th St<br>Scranton, AR 72863 | Attn: Rahul Kumar<br>c/o 4 Way Quick Stop<br>103 N 5th St<br>Scranton, AR 72863 | 130352 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o ASM Enterprise LLC<br>6965 AR-22<br>Subiaco, AR 72865 | Attn: Rahul Kumar<br>c/o ASM Enterprise LLC<br>6965 AR-22<br>Subiaco, AR 72865 | 130353 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o Porkey's Foodman LLC<br>25145 AR-109<br>Scranton, NJ 72803 | Attn: Rahul Kumar<br>c/o Porkey's Foodman LLC<br>25145 AR-109<br>Scranton, NJ 72803 | 130354 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o H&M Foodmart<br>29 Pattons Road<br>Wooster, AR 72181 | Attn: Rahul Kumar<br>c/o H&M Foodmart<br>29 Pattons Road<br>Wooster, AR 72181 | 130355 |
| National Alliance of Trade Associations, LLC | Attn: Altaf R. Kapadia<br>c/o Vintage Market Corporation<br>3103 Scottsville Rd<br>Charlottsville, VA 22902 | Attn: Altaf R. Kapadia<br>c/o Vintage Market Corporation<br>3103 Scottsville Rd<br>Charlottsville, VA 22902 | 130403 |
| National Alliance of Trade Associations, LLC | Attn: Altaf Kapadia<br>c/o Raas Inc.<br>740 Adkins Rd<br>N Chesterfield, VA 23236 | Attn: Altaf Kapadia<br>c/o Raas Inc.<br>740 Adkins Rd<br>N Chesterfield, VA 23236 | 130404 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| National Alliance of Trade Associations, LLC | Attn: Altaf Kapadia<br>c/o RAAS Investments Ltd.<br>c/o Luckys<br>2156 Huguenot Trail<br>Powhatan, VA 23139 | Attn: Altaf Kapadia<br>c/o RAAS Investments Ltd.<br>c/o Luckys<br>2156 Huguenot Trail<br>Powhatan, VA 23139 | 130405 |
| National Alliance of Trade Associations, LLC | Attn: Aisheen Panjuani<br>c/o Eshal LLC DBA EzGo Mart<br>1913 Anderson Hwy<br>Cumberland, VA 23040 | Attn: Aisheen Panjuani<br>c/o Eshal LLC DBA EzGo Mart<br>1913 Anderson Hwy<br>Cumberland, VA 23040 | 130445 |
| National Alliance of Trade Associations, LLC | Attn: Sadiq Sajwani<br>c/o Asia Petroleum LLC<br>DBA Al's Market Place<br>3440 Anderson Hwy<br>Powhatan, VA 23139 | Attn: Sadiq Sajwani<br>c/o Asia Petroleum LLC<br>DBA Al's Market Place<br>3440 Anderson Hwy<br>Powhatan, VA 23139 | 134594 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o Diamond Liquor Enterprises LLC<br>8200 Landers Road<br>N Little Rock, AR 72117 | Attn: Rahul Kumar<br>c/o Diamond Liquor Enterprises LLC<br>8200 Landers Road<br>N Little Rock, AR 72117 | 134884 |
| National Alliance of Trade Associations, LLC | Attn: Aziz Lalani<br>c/o ZNA Enterprises D/B/A Marion Corner Store<br>824 Hwy 64<br>Marion, AR 72364 | Attn: Aziz Lalani<br>c/o ZNA Enterprises D/B/A Marion Corner Store<br>824 Hwy 64<br>Marion, AR 72364 | 139844 |
| National Alliance of Trade Associations, LLC | Attn: Mr. Akbar<br>14403 Walters Road<br>Suite 682016<br>Houston, TX 77014 | N/A – GLOBAL AGREEMENT | N/A |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

# EXHIBIT 2

## CONTRACTS AND/OR LEASES TO BE REJECTED

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Frisella Laundormat LLC | Attn: Michael Frisella<br>8623 Big Bend<br>St. Louis, MO 63119 | Attn: Michael Frisella<br>1145 Bellevue Ave<br>Richmond Heights, MO 63117 | 115322 |
| Fuel Centers Environmental Management LLC dba DFW Oil Energy LLC** | Attn: Sami N Ebrahim and Essam Shehata<br>1111 N Belt Line #100<br>Garland, TX 75040 | c/o Payless Fuel Center Coit/190<br>18120 Coit Rd<br>Dallas, TX 75252 | 119410 |
| | | c/o FM 2<br>3313 Long Prairie Rd<br>Flower Mound, TX 75022 | 119696 |
| Gamer Gas & Groceries | Attn: Kirubel Tekle<br>4105 Taylor Blvd Ste B<br>Louisville, KY 40215 | Attn: Kirubel Tekle<br>4105 Taylor Blvd Ste B<br>Louisville, KY 40215 | 119489 |
| Gators Computers LLC | Attn: William McNeel<br>89 North Columbus Ave<br>Louisville, MS 39339-2600 | 87 N Columbus Ave<br>Louisville, MS 39339 | 116267 |
| Gators Computers LLC | Attn: William Mcneel<br>89 North Columbus Ave<br>Louisville, MS 39339-2600 | 6195 Highway 45 ALT South<br>West Point, MS 39773 | 118448 |
| Gators in Philadelphia | Attn: William McNeel<br>89 North Columbus Ave<br>Louisville, MS 39339-2600 | 229 W Beacon St<br>Philadelphia, MS 39350 | 115368 |
| Get Pro Tech Inc. | Attn: Fiaz Ahmad<br>1604 7th St<br>Moline, IL 61265 | Attn: Fiaz Ahmad<br>1604 7th St<br>Moline, IL 61265 | 118016 |
| Gizmos Mini Mart LLC | Attn: Hanif Brown<br>708 Boulevard East<br>A1<br>Weehawken, NJ 07086 | 332 W Broadway<br>Suite 105<br>Louisville, KY 40202 | 116769 |
| Global Postal Center | Attn: Kenneth Villacorta<br>21704 Devonshire St<br>Los Angeles, CA 91311 | Attn: Kenneth Villacorta<br>21704 Devonshire St<br>Los Angeles, CA 91311 | 122475 |
| Good 2 Go Auto Group LLC | Attn: Ryan Ansley<br>2245 W Sugar Creek Rd<br>Charlotte, NC 28262-3142 | Attn: Ryan Ansley<br>2245 W Sugar Creek Rd<br>Charlotte, NC 28262-3142 | 116130 |
| Good Time Liquors | Attn: Aaron Klunthong<br>5805 N 56th St<br>Tampa, FL 33610 | Attn: Aaron Klunthong<br>5805 N 56th St<br>Tampa, FL 33610 | 118651 |
| GoodSpot, LLC | Attn: Mazen T Mustafa<br>2201 W National Ave<br>Milwaukee, WI 53204 | Attn: Mazen T Mustafa<br>2201 W National Ave<br>Milwaukee, WI 53204 | 115050 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Greek Plate Gyro's | Attn: Brian Balla<br>811 Market St<br>Chattanooga, TN 37402 | Attn: Brian Balla<br>811 Market St<br>Chattanooga, TN 37402 | 115306 |
| Hala Express, LLC | Attn: Mansoor Fadel<br>1791 Magnolia Dr<br>Macon, MS 39341-2036 | 1773 Magnolia Dr<br>Macon, MS 39341 | 113812 |
| Hammerhead Tattoo | Attn: Benjamin Duarte<br>2521 S Archer Ave<br>Chicago, IL 60608 | Attn: Benjamin Duarte<br>2521 S Archer Ave<br>Chicago, IL 60608 | 124006 |
| Hendorson Oil Co.** | Attn: John Haigh<br>745 Ashe St<br>Hendersonville, NC 28792 | 310 Rosman Hwy<br>Brevard, NC 28712 | 141991 |
| | | 508 NC-9<br>Black Mountain, NC 28711 | 141993 |
| High Touch Pharmacy, LLC | Attn: Zalak Y Shah<br>344 W Grand St<br>Elizabeth, NJ 07202 | Attn: Zalak Y Shah<br>344 W Grand St<br>Elizabeth, NJ 07202 | 119189 |
| Hilo Loan Shop | Attn: Michael Smallwood<br>64 Mamo St<br>Hilo, HI 96720 | Attn: Michael Smallwood<br>64 Mamo St<br>Hilo, HI 96720 | 123927 |
| HKR Inc | Attn: Harpal Singh<br>4315 West Dickman Rd<br>Springfield, MI 49037 | Attn: Harpal Singh<br>4315 West Dickman Rd<br>Springfield, MI 49037 | 120642 |
| Hock It to Me Pawn | Attn: Kory Simmons<br>526 Louisiana Blvd SE<br>Albuquerque, NM 87108 | Attn: Kory Simmons<br>526 Louisiana Blvd SE<br>Albuquerque, NM 87108 | 119183 |
| Holi Water LLC | Attn: Dante Orpilla<br>114 Kamehameda Ave<br>Hilo, HI 96720 | 284 Keawe St<br>Hilo, HI 96720 | 124005 |
| Hop In | Attn: Ashwin Pokharel<br>214 E Walnut St<br>Coleman, TX 76834 | Attn: Ashwin Pokharel<br>214 E Walnut St<br>Coleman, TX 76834 | 116127 |
| Hopkins Liquor Store | Attn: Chanmakara Lee<br>712 11th Ave S<br>Hopkins, MN 55343 | Attn: Chanmakara Lee<br>712 11th Ave S<br>Hopkins, MN 55343 | 116972 |
| Hutchinson Oil Company, LLC | Attn: Brian Hutchinson<br>PO Box 767<br>Elk City, OK 73648 | 320 S Clarence Nash Blvd<br>Watonga, OK 73772 | 115351 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Hutchinson Oil Company, LLC | Attn: Brian Hutchinson<br>PO Box 767<br>Elk City, OK 73648 | 2001 E 7th St<br>Elk City, OK 76344 | 115352 |
| Hutchinson Oil Company, LLC | Attn: Brian Hutchinson<br>PO Box 767<br>Elk City, OK 73648 | 2136 W Gary Blvd<br>Clinton, OK 73601 | 115354 |
| iBuy4Resale, Inc | Attn: David Kosciusko<br>1530 Mineral Spring Ave<br>North Providence, RI 02904 | Attn: David Kosciusko<br>1530 Mineral Spring Ave<br>North Providence, RI 02904 | 121598 |
| Independence Mall Holding, LLC | Attn: Matt Ilbak<br>18801 East 39th St S Ste 2035<br>Independence, MO 64057 | 18801 East 39th St S<br>Independence, MO 64057 | 142002 |
| iPhix I.T. LLC | Attn: Dustin Peterson<br>516 Church St<br>Ottumwa, IA 52501 | Attn: Dustin Peterson<br>516 Church St<br>Ottumwa, IA 52501 | 117932 |
| ISA Food Inc. | Attn: Arshadullah Falah<br>2610 N 40th St<br>Tampa, FL 33605 | Attn: Arshadullah Falah<br>2610 N 40th St<br>Tampa, FL 33605 | 118750 |
| J2Z Ventures LLC | Attn: Rahim Bahadur Ali Jindani<br>4050 Haltom Rd<br>Haltom City, TX 76117 | 1427 W Shady Grove Rd<br>Irving, TX 75060 | 115360 |
| Jay Gurudev LLC | Attn: Prafulbhai C Patel<br>1130 Springdale Rd<br>Rock Hill, SC 29730 | Attn: Prafulbhai C Patel<br>1130 Springdale Rd<br>Rock Hill, SC 29730 | 116203 |
| JAY RAJ INC DBA Central Warehouse Liquor | Attn: Tarun Patel<br>1060 Broad St<br>Central Falls, RI 02863 | Attn: Tarun Patel<br>1060 Broad St<br>Central Falls, RI 02863 | 119693 |
| John A. Spencer Oil Company Inc. | Attn: John Spencer<br>3080 Kernersville Rd<br>Winston-Salem, NC 27107 | Attn: John Spencer<br>3080 Kernersville Rd<br>Winston-Salem, NC 27107 | 117528 |
| Kanta LLC | Attn: Baljinder Singh<br>110 W Stockbridge Site B<br>Kalamazoo, MI 49001 | Attn: Baljinder Singh<br>110 W Stockbridge Site B<br>Kalamazoo, MI 49001 | 119111 |
| Kartaar AAG, Inc. | Attn: Gurwinder Singh<br>1366 Portage Street<br>Kalamazoo, MI 49001 | Attn: Gurwinder Singh<br>1366 Portage Street<br>Kalamazoo, MI 49001 | 116401 |
| Ken's SuperFair Foods | Attn: Paul Vetch<br>2105 6th Ave SE<br>Aberdeen, SD 57401 | 106 N. Commercial Street<br>Clark, SD 57225 | 139994 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Keys Technology Services Inc | Attn: Piotr Staniak<br>916A Kennedy Dr<br>Key West, FL 33040 | Attn: Piotr Staniak<br>916A Kennedy Dr<br>Key West, FL 33040 | 122489 |
| Killeen Mall | Attn: Bruce H Wood<br>2100 South WS Young Drive<br>Kileen, TX 76543 | Attn: Bruce H Wood<br>2100 South WS Young Drive<br>Kileen, TX 76543 | 128175 |
| King's Mart Inc. | Attn: Mahmmd Badwan<br>1551 Hartman Ln<br>Belleville, IL 62221 | Attn: Mahmmd Badwan<br>1551 Hartman Ln<br>Belleville, IL 62221 | 108891 |
| Kirby Food & Liquor | Attn: Lenish Kumar<br>303 Cedar St<br>Champaign, IL 61820 | Attn: Lenish Kumar<br>303 Cedar St<br>Champaign, IL 61820 | 108637 |
| Kona Reef Liquor & Deli | Attn: Allan Lee<br>75-6082 Ali'i Dr<br>Kailua-Kona, HI 96740 | Attn: Allan Lee<br>75-6082 Ali'i Dr<br>Kailua-Kona, HI 96740 | 136862 |
| Krikar LLC | Attn: Karthik Bharadwaj Pothumachi<br>1940 N Farwell Ave<br>Milwaukee, WI 53202 | Attn: Karthik Bharadwaj Pothumachi<br>1940 N Farwell Ave<br>Milwaukee, WI 53202 | 115193 |
| Kut Above Barber Shop | Attn: Ryan Ansley<br>2245 W Sugar Creek Rd<br>Charlotte, NC 28262-3142 | 2807 W Sugar Creek Rd<br>Charlotte, NC 28262 | 116129 |
| L&A Music & Pawn LLC | Attn: Tony Langley<br>6215 Bells Ferry Rd Suite 300<br>Acworth, GA 30102 | Attn: Tony Langley<br>6215 Bells Ferry Rd Suite 300<br>Acworth, GA 30102 | 123562 |
| Lavanderia Abuelos, LLC | Attn: Levi Roy Wood<br>506 S Nursery Rd Ste 100<br>Irving, TX 75060 | Attn: Levi Roy Wood<br>506 S Nursery Rd Ste 100<br>Irving, TX 75060 | 119932 |
| Lavender Laundromat | Attn: Chandrabhanu Ranaweera<br>15330 Meadow Rd<br>Lynwood, WA 98087 | Attn: Chandrabhanu Ranaweera<br>14227 Tukwilia International Blvd<br>Tukwila, WA 98168 | 123314 |
| Liberty Wireless of NC Inc | c/o Liberty Wireless 1<br>Attn: Mohammad Almersal<br>3321 Freedom Dr<br>Charlotte, NC 28208 | Attn: Mohammad Almersal<br>4003 Rosehaven Dr<br>Charlotte, NC 28205 | 147044 |
| LifeLine Repairs, Inc. | 3220 Cobb Pkwy<br>Atlanta, GA 30339 | 3220 Cobb Pkwy<br>Atlanta, GA 30339 | 141713 |
| Lionhart Capital dba Richland Mall Holdings | 2209 Richland Mall<br>Mansfield, OH 44906 | 2209 Richland Mall<br>Mansfield, OH 44906 | 128173 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Liquor Palace DBA A One Liquor Inc | Attn: Zalak Patel<br>3415 Breckenridge Ln<br>Louisville, KY 40220 | Attn: Zalak Patel<br>3415 Breckenridge Ln<br>Louisville, KY 40220 | 116397 |
| M&A Enterprises Inc. | Attn: Sharvan Khullar<br>20 Merlot Dr.<br>Prosser, WA 99350 | Attn: Sharvan Khullar<br>20 Merlot Dr.<br>Prosser, WA 99350 | 122231 |
| Maa Baba Alliance LLC | Attn: Syeda Jahan<br>12201 N Florida Ave<br>Tampa, FL 33612 | Attn: Syeda Jahan<br>12201 N Florida Ave<br>Tampa, FL 33612 | 118899 |
| Mac Food Mart-Brookwood | Attn: Ray McIntosh<br>10317 Buffton Rd<br>Fort Wayne, IN 46809-3026 | Attn: Ray McIntosh<br>10317 Buffton Rd<br>Fort Wayne, IN 46809-3026 | 117466 |
| MACNARB DVD LLC | Attn: Gregory Spanier<br>1505 OldField Dr<br>Gautier, MS 39553-7517 | 2307 US-90<br>Gautier, MS 39553 | 114716 |
| Mail Central Services | Attn: Troyekia Wynn<br>4813 Ridge Rd #11<br>Douglasville, GA 30134 | Attn: Troyekia Wynn<br>4813 Ridge Rd #11<br>Douglasville, GA 30134 | 118612 |
| Maruti 101 Corporation | Attn: Tejas Prabhudas Patel<br>4193 Hamilton Cleves Rd<br>Fairfield, OH 45014 | Attn: Tejas Prabhudas Patel<br>4193 Hamilton Cleves Rd<br>Fairfield, OH 45014 | 123333 |
| Mayflower Emerald Square LLC | Attn: Kenneth W Hamilton<br>c/o Jones Lang LaSalle Americas Inc<br>14190 Collections Center Drive<br>Chicago, IL 60693 | Attn: Kenneth W Hamilton<br>999 S Washington St<br>North Attleborough, MA 02760 | 128169 |
| Maynard's Food Center | Attn: Gary Carlson<br>627 1st Ave<br>Westbrook, MN 56183 | Attn: Gary Carlson<br>627 1st Ave<br>Westbrook, MN 56183 | 140997 |
| Mccurdy's Liquor | Attn: Rupinder Kaur<br>5700 Dollarway Rd<br>Pinebluff, AR 71602 | Attn: Rupinder Kaur<br>5700 Dollarway Rd<br>Pinebluff, AR 71602 | 122701 |
| Miguel Barcenas | c/o Deco Facil<br>1238 S Beach Blvd Suite G<br>Anaheim, CA 92804-4828 | c/o Deco Facil<br>1238 S Beach Blvd Suite G<br>Anaheim, CA 92804-4828 | 118829 |
| Miska's Corner Store | Attn: Pritesh Patel<br>365 E North Ave.<br>Glendale Heights, IL 60139 | Attn: Pritesh Patel<br>365 E North Ave.<br>Glendale Heights, IL 60139 | 115359 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| R&A Wireless World Inc.** | 3680 W. Oakland Park Blvd.<br>Lauderdale Lakes, FL 33311 | Attn: Riyad Ahmad<br>3680 W. Oakland Park Blvd.<br>Lauderdale Lakes, FL 33311 | 123561 |
| | | Riyad Ahmad<br>8882 NW 7th Ave.<br>Miami, FL 33150 | 128008 |
| Monroe High Mart LLC | Attn: Youssef Alnhlaw<br>172 Main St<br>Monroe, CT 06468 | Attn: Youssef Alnhlaw<br>172 Main St<br>Monroe, CT 06468 | 115371 |
| Moser's | Attn: Denny Lee<br>900 North Keene<br>Columbia, MO 65201 | Attn: Denny Lee<br>900 North Keene<br>Columbia, MO 65201 | 139838 |
| Mountain Liquor Stores 1& 2, LLC | Attn: Manuel Torres<br>912 Texas Ave<br>3710 Shepperd Apt B<br>El Paso, TX 79904 | Attn: Manuel Torres<br>912 Texas Ave<br>3710 Shepperd Apt B<br>El Paso, TX 79904 | 115194 |
| MS Prosser Group LLC | Attn: Sharvan Khullar<br>1232 Meade Ave<br>Prosser, WA 99350 | Attn: Sharvan Khullar<br>1232 Meade Ave<br>Prosser, WA 99350 | 122225 |
| N and N Inc dba Southeast BP | Attn: Prithvi Raj<br>8000 Garners Ferry Rd<br>Columbia, SC 29209 | 210 Village Lane<br>Columbia, SC 29209 | 115327 |
| Namira Fresh Food | Attn: Jorge Ledo<br>1657 N Miami Ave Ste D<br>Miami, FL 33136 | 5890 NW 7th Ave<br>Miami, FL 33127 | 118609 |
| National Alliance of Trade Associations, LLC | Attn: Suleman Shamsuddin<br>c/o Reliance & Reliance LLC<br>17225 US-64<br>Somerville, TN 38068 | Attn: Suleman Shamsuddin<br>c/o Reliance & Reliance LLC<br>17225 US-64<br>Somerville, TN 38068 | 123548 |
| National Alliance of Trade Associations, LLC | Attn: Muhammed Akhar<br>c/o Rise Investments LLC<br>5495 Hwy 57<br>Rossville, TN 38066 | Attn: Muhammed Akhar<br>c/o Rise Investments LLC<br>5495 Hwy 57<br>Rossville, TN 38066 | 123549 |
| National Alliance of Trade Associations, LLC | Attn: Fahim Janmir<br>c/o Rownag Corp<br>c/o Stoneycreek Convenience Store<br>12427 Booth Rd<br>Stony Creek, VA 23882 | Attn: Fahim Janmir<br>c/o Rownag Corp<br>c/o Stoneycreek Convenience Store<br>12427 Booth Rd<br>Stony Creek, VA 23882 | 123550 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| National Alliance of Trade Associations, LLC | Attn: Nimira Surmawala<br>c/o Beer & Tobacco Inc.<br>4788 Bethel Road #102<br>Olive Branch, MS 38654 | Attn: Nimira Surmawala<br>c/o Beer & Tobacco Inc.<br>4788 Bethel Road #102<br>Olive Branch, MS 38654 | 123551 |
| National Alliance of Trade Associations, LLC | Attn:Ed Rehmat<br>c/o Jerman Inc.<br>624 Rasco Rd W<br>South Haven, MS 38671 | Attn:Ed Rehmat<br>c/o Jerman Inc.<br>624 Rasco Rd W<br>South Haven, MS 38671 | 123684 |
| National Alliance of Trade Associations, LLC | Attn: Akbar Ali<br>c/o County Corner Stores Inc DBA D'Amores Market<br>4814 Broad St Rd<br>Louisa, VA 23093 | Attn: Akbar Ali<br>c/o County Corner Stores Inc DBA D'Amores Market<br>4814 Broad St Rd<br>Louisa, VA 23093 | 124710 |
| National Alliance of Trade Associations, LLC | Attn: Amin Merchant<br>c/o Colonial Market Place<br>3220 Blvd<br>Colonial Heights, VA 23834 | Attn: Amin Merchant<br>c/o Colonial Market Place<br>3220 Blvd<br>Colonial Heights, VA 23834 | 127415 |
| National Alliance of Trade Associations, LLC | Attn: Naushad Ri Haiden<br>c/o Manhc Corp.<br>513 W Euless Blvd<br>Euless, TX 76040 | Attn: Naushad Ri Haiden<br>c/o Manhc Corp.<br>513 W Euless Blvd<br>Euless, TX 76040 | 128857 |
| National Alliance of Trade Associations, LLC | Attn: Shabir Kaba<br>c/o Slzee Inc T/A Horizon Food<br>6141 Charles City Rd<br>Richmond, VA 23231 | Attn: Shabir Kaba<br>c/o Slzee Inc T/A Horizon Food<br>6141 Charles City Rd<br>Richmond, VA 23231 | 129442 |
| National Alliance of Trade Associations, LLC | Attn: Ramesh Nangunoori<br>c/o PQ Mart LLC<br>Trojan PQ<br>112 Old Wire Rd<br>Washburn, MO 65772 | Attn: Ramesh Nangunoori<br>c/o PQ Mart LLC<br>Trojan PQ<br>112 Old Wire Rd<br>Washburn, MO 65772 | 130229 |
| National Alliance of Trade Associations, LLC | Attn: Ramesh Nangunoori<br>c/o Package Liquors LLC<br>Country Package, 26131 Hwy 37<br>Washburn, MO 65745 | Attn: Ramesh Nangunoori<br>c/o Package Liquors LLC<br>Country Package, 26131 Hwy 37<br>Washburn, MO 65745 | 130230 |
| National Alliance of Trade Associations, LLC | Attn: Ramesh Nangunoori<br>c/o Anjali Investments LLC<br>32862 State Hwy 37<br>Seligman, MO 65745 | Attn: Ramesh Nangunoori<br>c/o Anjali Investments LLC<br>32862 State Hwy 37<br>Seligman, MO 65745 | 130232 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| National Alliance of Trade Associations, LLC | Attn: Akbar Au<br>c/o Country Corner Store LLC<br>c/o Taylors Cafe<br>1924 Sandy Hook Rd<br>Goochland, VA 23063 | Attn: Akbar Au<br>c/o Country Corner Store LLC<br>c/o Taylors Cafe<br>1924 Sandy Hook Rd<br>Goochland, VA 23063 | 130342 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o Monticello Express<br>429 Hwy. 425 North<br>Monticello, AR 71655 | Attn: Rahul Kumar<br>c/o Monticello Express<br>429 Hwy. 425 North<br>Monticello, AR 71655 | 130349 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o H S Gas n Go<br>619 W Main St<br>Heber Springs, AR 72543 | Attn: Rahul Kumar<br>c/o H S Gas n Go<br>619 W Main St<br>Heber Springs, AR 72543 | 130350 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/oLondon Foodmart LLC<br>10465 US-64<br>London, AR 72847 | Attn: Rahul Kumar<br>c/oLondon Foodmart LLC<br>10465 US-64<br>London, AR 72847 | 130351 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o 4 Way Quick Stop<br>103 N 5th St<br>Scranton, AR 72863 | Attn: Rahul Kumar<br>c/o 4 Way Quick Stop<br>103 N 5th St<br>Scranton, AR 72863 | 130352 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o ASM Enterprise LLC<br>6965 AR-22<br>Subiaco, AR 72865 | Attn: Rahul Kumar<br>c/o ASM Enterprise LLC<br>6965 AR-22<br>Subiaco, AR 72865 | 130353 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o Porkey's Foodman LLC<br>25145 AR-109<br>Scranton, NJ 72803 | Attn: Rahul Kumar<br>c/o Porkey's Foodman LLC<br>25145 AR-109<br>Scranton, NJ 72803 | 130354 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o H&M Foodmart<br>29 Pattons Road<br>Wooster, AR 72181 | Attn: Rahul Kumar<br>c/o H&M Foodmart<br>29 Pattons Road<br>Wooster, AR 72181 | 130355 |
| National Alliance of Trade Associations, LLC | Attn: Altaf R. Kapadia<br>c/o Vintage Market Corporation<br>3103 Scottsville Rd<br>Charlottsville, VA 22902 | Attn: Altaf R. Kapadia<br>c/o Vintage Market Corporation<br>3103 Scottsville Rd<br>Charlottsville, VA 22902 | 130403 |
| National Alliance of Trade Associations, LLC | Attn: Altaf Kapadia<br>c/o Raas Inc.<br>740 Adkins Rd<br>N Chesterfield, VA 23236 | Attn: Altaf Kapadia<br>c/o Raas Inc.<br>740 Adkins Rd<br>N Chesterfield, VA 23236 | 130404 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| National Alliance of Trade Associations, LLC | Attn: Altaf Kapadia<br>c/o RAAS Investments Ltd.<br>c/o Luckys<br>2156 Huguenot Trail<br>Powhatan, VA 23139 | Attn: Altaf Kapadia<br>c/o RAAS Investments Ltd.<br>c/o Luckys<br>2156 Huguenot Trail<br>Powhatan, VA 23139 | 130405 |
| National Alliance of Trade Associations, LLC | Attn: Aisheen Panjuani<br>c/o Eshal LLC DBA EzGo Mart<br>1913 Anderson Hwy<br>Cumberland, VA 23040 | Attn: Aisheen Panjuani<br>c/o Eshal LLC DBA EzGo Mart<br>1913 Anderson Hwy<br>Cumberland, VA 23040 | 130445 |
| National Alliance of Trade Associations, LLC | Attn: Sadiq Sajwani<br>c/o Asia Petroleum LLC<br>DBA Al's Market Place<br>3440 Anderson Hwy<br>Powhatan, VA 23139 | Attn: Sadiq Sajwani<br>c/o Asia Petroleum LLC<br>DBA Al's Market Place<br>3440 Anderson Hwy<br>Powhatan, VA 23139 | 134594 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o Diamond Liquor Enterprises LLC<br>8200 Landers Road<br>N Little Rock, AR 72117 | Attn: Rahul Kumar<br>c/o Diamond Liquor Enterprises LLC<br>8200 Landers Road<br>N Little Rock, AR 72117 | 134884 |
| National Alliance of Trade Associations, LLC | Attn: Aziz Lalani<br>c/o ZNA Enterprises D/B/A Marion Corner Store<br>824 Hwy 64<br>Marion, AR 72364 | Attn: Aziz Lalani<br>c/o ZNA Enterprises D/B/A Marion Corner Store<br>824 Hwy 64<br>Marion, AR 72364 | 139844 |
| National Alliance of Trade Associations, LLC | Attn: Mr. Akbar<br>14403 Walters Road<br>Suite 682016<br>Houston, TX 77014 | N/A – GLOBAL AGREEMENT | N/A |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.