BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Phone: 702.262.6899
Facsimile: 702.597.5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com

*Counsel for Debtor*

Electronically Filed March 23, 2023

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                              Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON SIXTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT**<br><br>Hearing Date:   April 20, 2023<br>Hearing Time:   10:30 a.m. |

**PLEASE TAKE NOTICE THAT THE DEBTOR IS REQUESTING IT BE PERMITTED TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**

**IF YOU ARE RECEIVING THIS NOTICE OF THE SIXTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT, YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON EXHIBIT 1 ATTACHED HERETO.  NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE.**

1

143981893.1

**PLEASE TAKE NOTICE** that on March 22, 2023, Cash Cloud, Inc. (the "Debtor"), by and through its counsel, filed a Sixth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment (the "Motion").[1]

**NOTICE IS FURTHER GIVEN** that copies of the Motion may obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal, Telephone: (702) 262-6899, or by download at: https://cases.stretto.com/CashCloud (the "Case Website").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on **April 20,**

///

///

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

2

143981893.1

**2023 at 10:30 a.m. prevailing Pacific time**. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code 029066#.

Dated this 23rd day of March, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

143981893.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Frisella Laundormat LLC | Attn: Michael Frisella<br>8623 Big Bend<br>St. Louis, MO 63119 | Attn: Michael Frisella<br>1145 Bellevue Ave<br>Richmond Heights, MO 63117 | 115322 |
| Fuel Centers Environmental Management LLC dba DFW Oil Energy LLC** | Attn: Sami N Ebrahim and Essam Shehata<br>1111 N Belt Line #100<br>Garland, TX 75040 | c/o Payless Fuel Center Coit/190<br>18120 Coit Rd<br>Dallas, TX 75252 | 119410 |
| | | c/o FM 2<br>3313 Long Prairie Rd<br>Flower Mound, TX 75022 | 119696 |
| Gamer Gas & Groceries | Attn: Kirubel Tekle<br>4105 Taylor Blvd Ste B<br>Louisville, KY 40215 | Attn: Kirubel Tekle<br>4105 Taylor Blvd Ste B<br>Louisville, KY 40215 | 119489 |
| Gators Computers LLC | Attn: William McNeel<br>89 North Columbus Ave<br>Louisville, MS 39339-2600 | 87 N Columbus Ave<br>Louisville, MS 39339 | 116267 |
| Gators Computers LLC | Attn: William Mcneel<br>89 North Columbus Ave<br>Louisville, MS 39339-2600 | 6195 Highway 45 ALT South<br>West Point, MS 39773 | 118448 |
| Gators in Philadelphia | Attn: William McNeel<br>89 North Columbus Ave<br>Louisville, MS 39339-2600 | 229 W Beacon St<br>Philadelphia, MS 39350 | 115368 |
| Get Pro Tech Inc. | Attn: Fiaz Ahmad<br>1604 7th St<br>Moline, IL 61265 | Attn: Fiaz Ahmad<br>1604 7th St<br>Moline, IL 61265 | 118016 |
| Gizmos Mini Mart LLC | Attn: Hanif Brown<br>708 Boulevard East<br>A1<br>Weehawken, NJ 07086 | 332 W Broadway<br>Suite 105<br>Louisville, KY 40202 | 116769 |
| Global Postal Center | Attn: Kenneth Villacorta<br>21704 Devonshire St<br>Los Angeles, CA 91311 | Attn: Kenneth Villacorta<br>21704 Devonshire St<br>Los Angeles, CA 91311 | 122475 |
| Good 2 Go Auto Group LLC | Attn: Ryan Ansley<br>2245 W Sugar Creek Rd<br>Charlotte, NC 28262-3142 | Attn: Ryan Ansley<br>2245 W Sugar Creek Rd<br>Charlotte, NC 28262-3142 | 116130 |
| Good Time Liquors | Attn: Aaron Klunthong<br>5805 N 56th St<br>Tampa, FL 33610 | Attn: Aaron Klunthong<br>5805 N 56th St<br>Tampa, FL 33610 | 118651 |
| GoodSpot, LLC | Attn: Mazen T Mustafa<br>2201 W National Ave<br>Milwaukee, WI 53204 | Attn: Mazen T Mustafa<br>2201 W National Ave<br>Milwaukee, WI 53204 | 115050 |

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO SIXTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON SIXTH OMNIBUS MOTION TO REJECT** Page 1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Greek Plate Gyro's | Attn: Brian Balla<br>811 Market St<br>Chattanooga, TN 37402 | Attn: Brian Balla<br>811 Market St<br>Chattanooga, TN 37402 | 115306 |
| Hala Express, LLC | Attn: Mansoor Fadel<br>1791 Magnolia Dr<br>Macon, MS 39341-2036 | 1773 Magnolia Dr<br>Macon, MS 39341 | 113812 |
| Hammerhead Tattoo | Attn: Benjamin Duarte<br>2521 S Archer Ave<br>Chicago, IL 60608 | Attn: Benjamin Duarte<br>2521 S Archer Ave<br>Chicago, IL 60608 | 124006 |
| Hendorson Oil Co.** | Attn: John Haigh<br>745 Ashe St<br>Hendersonville, NC 28792 | 310 Rosman Hwy<br>Brevard, NC 28712 | 141991 |
| | | 508 NC-9<br>Black Mountain, NC 28711 | 141993 |
| High Touch Pharmacy, LLC | Attn: Zalak Y Shah<br>344 W Grand St<br>Elizabeth, NJ 07202 | Attn: Zalak Y Shah<br>344 W Grand St<br>Elizabeth, NJ 07202 | 119189 |
| Hilo Loan Shop | Attn: Michael Smallwood<br>64 Mamo St<br>Hilo, HI 96720 | Attn: Michael Smallwood<br>64 Mamo St<br>Hilo, HI 96720 | 123927 |
| HKR Inc | Attn: Harpal Singh<br>4315 West Dickman Rd<br>Springfield, MI 49037 | Attn: Harpal Singh<br>4315 West Dickman Rd<br>Springfield, MI 49037 | 120642 |
| Hock It to Me Pawn | Attn: Kory Simmons<br>526 Louisiana Blvd SE<br>Albuquerque, NM 87108 | Attn: Kory Simmons<br>526 Louisiana Blvd SE<br>Albuquerque, NM 87108 | 119183 |
| Holi Water LLC | Attn: Dante Orpilla<br>114 Kamehameda Ave<br>Hilo, HI 96720 | 284 Keawe St<br>Hilo, HI 96720 | 124005 |
| Hop In | Attn: Ashwin Pokharel<br>214 E Walnut St<br>Coleman, TX 76834 | Attn: Ashwin Pokharel<br>214 E Walnut St<br>Coleman, TX 76834 | 116127 |
| Hopkins Liquor Store | Attn: Chanmakara Lee<br>712 11th Ave S<br>Hopkins, MN 55343 | Attn: Chanmakara Lee<br>712 11th Ave S<br>Hopkins, MN 55343 | 116972 |
| Hutchinson Oil Company, LLC | Attn: Brian Hutchinson<br>PO Box 767<br>Elk City, OK 73648 | 320 S Clarence Nash Blvd<br>Watonga, OK 73772 | 115351 |

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO SIXTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON SIXTH OMNIBUS MOTION TO REJECT**           Page 2

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Hutchinson Oil Company, LLC | Attn: Brian Hutchinson<br>PO Box 767<br>Elk City, OK 73648 | 2001 E 7th St<br>Elk City, OK  76344 | 115352 |
| Hutchinson Oil Company, LLC | Attn: Brian Hutchinson<br>PO Box 767<br>Elk City, OK 73648 | 2136 W Gary Blvd<br>Clinton, OK  73601 | 115354 |
| iBuy4Resale, Inc | Attn: David Kosciusko<br>1530 Mineral Spring Ave<br>North Providence, RI 02904 | Attn: David Kosciusko<br>1530 Mineral Spring Ave<br>North Providence, RI  02904 | 121598 |
| Independence Mall Holding, LLC | Attn: Matt Ilbak<br>18801 East 39th St S Ste 2035<br>Independence, MO 64057 | 18801 East 39th St S<br>Independence, MO  64057 | 142002 |
| iPhix I.T. LLC | Attn: Dustin Peterson<br>516 Church St<br>Ottumwa, IA 52501 | Attn: Dustin Peterson<br>516 Church St<br>Ottumwa, IA  52501 | 117932 |
| ISA Food Inc. | Attn: Arshadullah Falah<br>2610 N 40th St<br>Tampa, FL 33605 | Attn: Arshadullah Falah<br>2610 N 40th St<br>Tampa, FL  33605 | 118750 |
| J2Z Ventures LLC | Attn: Rahim Bahadur Ali Jindani<br>4050 Haltom Rd<br>Haltom City, TX 76117 | 1427 W Shady Grove Rd<br>Irving, TX  75060 | 115360 |
| Jay Gurudev LLC | Attn: Prafulbhai C Patel<br>1130 Springdale Rd<br>Rock Hill, SC 29730 | Attn: Prafulbhai C Patel<br>1130 Springdale Rd<br>Rock Hill, SC  29730 | 116203 |
| JAY RAJ INC DBA Central Warehouse Liquor | Attn: Tarun Patel<br>1060 Broad St<br>Central Falls, RI 02863 | Attn: Tarun Patel<br>1060 Broad St<br>Central Falls, RI  02863 | 119693 |
| John A. Spencer Oil Company Inc. | Attn: John Spencer<br>3080 Kernersville Rd<br>Winston-Salem, NC 27107 | Attn: John Spencer<br>3080 Kernersville Rd<br>Winston-Salem, NC  27107 | 117528 |
| Kanta LLC | Attn: Baljinder Singh<br>110 W Stockbridge Site B<br>Kalamazoo, MI 49001 | Attn: Baljinder Singh<br>110 W Stockbridge Site B<br>Kalamazoo, MI  49001 | 119111 |
| Kartaar AAG, Inc. | Attn: Gurwinder Singh<br>1366 Portage Street<br>Kalamazoo, MI 49001 | Attn: Gurwinder Singh<br>1366 Portage Street<br>Kalamazoo, MI  49001 | 116401 |
| Ken's SuperFair Foods | Attn: Paul Vetch<br>2105 6th Ave SE<br>Aberdeen, SD 57401 | 106 N. Commercial Street<br>Clark, SD  57225 | 139994 |

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO SIXTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON SIXTH OMNIBUS MOTION TO REJECT**               Page 3

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Keys Technology Services Inc | Attn: Piotr Staniak<br>916A Kennedy Dr<br>Key West, FL 33040 | Attn: Piotr Staniak<br>916A Kennedy Dr<br>Key West, FL 33040 | 122489 |
| Killeen Mall | Attn: Bruce H Wood<br>2100 South WS Young Drive<br>Kileen, TX 76543 | Attn: Bruce H Wood<br>2100 South WS Young Drive<br>Kileen, TX 76543 | 128175 |
| King's Mart Inc. | Attn: Mahmmd Badwan<br>1551 Hartman Ln<br>Belleville, IL 62221 | Attn: Mahmmd Badwan<br>1551 Hartman Ln<br>Belleville, IL 62221 | 108891 |
| Kirby Food & Liquor | Attn: Lenish Kumar<br>303 Cedar St<br>Champaign, IL 61820 | Attn: Lenish Kumar<br>303 Cedar St<br>Champaign, IL 61820 | 108637 |
| Kona Reef Liquor & Deli | Attn: Allan Lee<br>75-6082 Ali'i Dr<br>Kailua-Kona, HI 96740 | Attn: Allan Lee<br>75-6082 Ali'i Dr<br>Kailua-Kona, HI 96740 | 136862 |
| Krikar LLC | Attn: Karthik Bharadwaj Pothumachi<br>1940 N Farwell Ave<br>Milwaukee, WI 53202 | Attn: Karthik Bharadwaj Pothumachi<br>1940 N Farwell Ave<br>Milwaukee, WI 53202 | 115193 |
| Kut Above Barber Shop | Attn: Ryan Ansley<br>2245 W Sugar Creek Rd<br>Charlotte, NC 28262-3142 | 2807 W Sugar Creek Rd<br>Charlotte, NC 28262 | 116129 |
| L&A Music & Pawn LLC | Attn: Tony Langley<br>6215 Bells Ferry Rd Suite 300<br>Acworth, GA 30102 | Attn: Tony Langley<br>6215 Bells Ferry Rd Suite 300<br>Acworth, GA 30102 | 123562 |
| Lavanderia Abuelos, LLC | Attn: Levi Roy Wood<br>506 S Nursery Rd Ste 100<br>Irving, TX 75060 | Attn: Levi Roy Wood<br>506 S Nursery Rd Ste 100<br>Irving, TX 75060 | 119932 |
| Lavender Laundromat | Attn: Chandrabhanu Ranaweera<br>15330 Meadow Rd<br>Lynwood, WA 98087 | Attn: Chandrabhanu Ranaweera<br>14227 Tukwilia International Blvd<br>Tukwila, WA 98168 | 123314 |
| Liberty Wireless of NC Inc | c/o Liberty Wireless 1<br>Attn: Mohammad Almersal<br>3321 Freedom Dr<br>Charlotte, NC 28208 | Attn: Mohammad Almersal<br>4003 Rosehaven Dr<br>Charlotte, NC 28205 | 147044 |
| LifeLine Repairs, Inc. | 3220 Cobb Pkwy<br>Atlanta, GA 30339 | 3220 Cobb Pkwy<br>Atlanta, GA 30339 | 141713 |
| Lionhart Capital dba Richland Mall Holdings | 2209 Richland Mall<br>Mansfield, OH 44906 | 2209 Richland Mall<br>Mansfield, OH 44906 | 128173 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO SIXTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND**
**EXHIBIT 1 TO NOTICE OF HEARING ON SIXTH OMNIBUS MOTION TO REJECT**           Page 4

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Liquor Palace DBA A One Liquor Inc | Attn: Zalak Patel<br>3415 Breckenridge Ln<br>Louisville, KY 40220 | Attn: Zalak Patel<br>3415 Breckenridge Ln<br>Louisville, KY 40220 | 116397 |
| M&A Enterprises Inc. | Attn: Sharvan Khullar<br>20 Merlot Dr.<br>Prosser, WA 99350 | Attn: Sharvan Khullar<br>20 Merlot Dr.<br>Prosser, WA 99350 | 122231 |
| Maa Baba Alliance LLC | Attn: Syeda Jahan<br>12201 N Florida Ave<br>Tampa, FL 33612 | Attn: Syeda Jahan<br>12201 N Florida Ave<br>Tampa, FL 33612 | 118899 |
| Mac Food Mart-Brookwood | Attn: Ray McIntosh<br>10317 Buffton Rd<br>Fort Wayne, IN 46809-3026 | Attn: Ray McIntosh<br>10317 Buffton Rd<br>Fort Wayne, IN 46809-3026 | 117466 |
| MACNARB DVD LLC | Attn: Gregory Spanier<br>1505 OldField Dr<br>Gautier, MS 39553-7517 | 2307 US-90<br>Gautier, MS 39553 | 114716 |
| Mail Central Services | Attn: Troyekia Wynn<br>4813 Ridge Rd #11<br>Douglasville, GA 30134 | Attn: Troyekia Wynn<br>4813 Ridge Rd #11<br>Douglasville, GA 30134 | 118612 |
| Maruti 101 Corporation | Attn: Tejas Prabhudas Patel<br>4193 Hamilton Cleves Rd<br>Fairfield, OH 45014 | Attn: Tejas Prabhudas Patel<br>4193 Hamilton Cleves Rd<br>Fairfield, OH 45014 | 123333 |
| Mayflower Emerald Square LLC | Attn: Kenneth W Hamilton<br>c/o Jones Lang LaSalle Americas Inc<br>14190 Collections Center Drive<br>Chicago, IL 60693 | Attn: Kenneth W Hamilton<br>999 S Washington St<br>North Attleborough, MA 02760 | 128169 |
| Maynard's Food Center | Attn: Gary Carlson<br>627 1st Ave<br>Westbrook, MN 56183 | Attn: Gary Carlson<br>627 1st Ave<br>Westbrook, MN 56183 | 140997 |
| Mccurdy's Liquor | Attn: Rupinder Kaur<br>5700 Dollarway Rd<br>Pinebluff, AR 71602 | Attn: Rupinder Kaur<br>5700 Dollarway Rd<br>Pinebluff, AR 71602 | 122701 |
| Miguel Barcenas | c/o Deco Facil<br>1238 S Beach Blvd Suite G<br>Anaheim, CA 92804-4828 | c/o Deco Facil<br>1238 S Beach Blvd Suite G<br>Anaheim, CA 92804-4828 | 118829 |
| Miska's Corner Store | Attn: Pritesh Patel<br>365 E North Ave.<br>Glendale Heights, IL 60139 | Attn: Pritesh Patel<br>365 E North Ave.<br>Glendale Heights, IL 60139 | 115359 |

\*\* This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO SIXTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON SIXTH OMNIBUS MOTION TO REJECT** Page 5

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| R&A Wireless World Inc.** | 3680 W. Oakland Park Blvd. Lauderdale Lakes, FL 33311 | Attn: Riyad Ahmad 3680 W. Oakland Park Blvd. Lauderdale Lakes, FL 33311 | 123561 |
| | | Riyad Ahmad 8882 NW 7th Ave. Miami, FL 33150 | 128008 |
| Monroe High Mart LLC | Attn: Youssef Alnhlaw 172 Main St Monroe, CT 06468 | Attn: Youssef Alnhlaw 172 Main St Monroe, CT 06468 | 115371 |
| Moser's | Attn: Denny Lee 900 North Keene Columbia, MO 65201 | Attn: Denny Lee 900 North Keene Columbia, MO 65201 | 139838 |
| Mountain Liquor Stores 1& 2, LLC | Attn: Manuel Torres 912 Texas Ave 3710 Shepperd Apt B El Paso, TX 79904 | Attn: Manuel Torres 912 Texas Ave 3710 Shepperd Apt B El Paso, TX 79904 | 115194 |
| MS Prosser Group LLC | Attn: Sharvan Khullar 1232 Meade Ave Prosser, WA 99350 | Attn: Sharvan Khullar 1232 Meade Ave Prosser, WA 99350 | 122225 |
| N and N Inc dba Southeast BP | Attn: Prithvi Raj 8000 Garners Ferry Rd Columbia, SC 29209 | 210 Village Lane Columbia, SC 29209 | 115327 |
| Namira Fresh Food | Attn: Jorge Ledo 1657 N Miami Ave Ste D Miami, FL 33136 | 5890 NW 7th Ave Miami, FL 33127 | 118609 |
| National Alliance of Trade Associations, LLC | Attn: Suleman Shamsuddin c/o Reliance & Reliance LLC 17225 US-64 Somerville, TN 38068 | Attn: Suleman Shamsuddin c/o Reliance & Reliance LLC 17225 US-64 Somerville, TN 38068 | 123548 |
| National Alliance of Trade Associations, LLC | Attn: Muhammed Akhar c/o Rise Investments LLC 5495 Hwy 57 Rossville, TN 38066 | Attn: Muhammed Akhar c/o Rise Investments LLC 5495 Hwy 57 Rossville, TN 38066 | 123549 |
| National Alliance of Trade Associations, LLC | Attn: Fahim Janmir c/o Rownag Corp c/o Stoneycreek Convenience Store 12427 Booth Rd Stony Creek, VA 23882 | Attn: Fahim Janmir c/o Rownag Corp c/o Stoneycreek Convenience Store 12427 Booth Rd Stony Creek, VA 23882 | 123550 |

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO SIXTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON SIXTH OMNIBUS MOTION TO REJECT**          Page 6

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| National Alliance of Trade Associations, LLC | Attn: Nimira Surmawala<br>c/o Beer & Tobacco Inc.<br>4788 Bethel Road #102<br>Olive Branch, MS 38654 | Attn: Nimira Surmawala<br>c/o Beer & Tobacco Inc.<br>4788 Bethel Road #102<br>Olive Branch, MS 38654 | 123551 |
| National Alliance of Trade Associations, LLC | Attn:Ed Rehmat<br>c/o Jerman Inc.<br>624 Rasco Rd W<br>South Haven, MS 38671 | Attn:Ed Rehmat<br>c/o Jerman Inc.<br>624 Rasco Rd W<br>South Haven, MS 38671 | 123684 |
| National Alliance of Trade Associations, LLC | Attn: Akbar Ali<br>c/o County Corner Stores Inc DBA D'Amores Market<br>4814 Broad St Rd<br>Louisa, VA 23093 | Attn: Akbar Ali<br>c/o County Corner Stores Inc DBA D'Amores Market<br>4814 Broad St Rd<br>Louisa, VA 23093 | 124710 |
| National Alliance of Trade Associations, LLC | Attn: Amin Merchant<br>c/o Colonial Market Place<br>3220 Blvd<br>Colonial Heights, VA 23834 | Attn: Amin Merchant<br>c/o Colonial Market Place<br>3220 Blvd<br>Colonial Heights, VA 23834 | 127415 |
| National Alliance of Trade Associations, LLC | Attn: Naushad Ri Haiden<br>c/o Manhc Corp.<br>513 W Euless Blvd<br>Euless, TX 76040 | Attn: Naushad Ri Haiden<br>c/o Manhc Corp.<br>513 W Euless Blvd<br>Euless, TX 76040 | 128857 |
| National Alliance of Trade Associations, LLC | Attn: Shabir Kaba<br>c/o Slzee Inc T/A Horizon Food<br>6141 Charles City Rd<br>Richmond, VA 23231 | Attn: Shabir Kaba<br>c/o Slzee Inc T/A Horizon Food<br>6141 Charles City Rd<br>Richmond, VA 23231 | 129442 |
| National Alliance of Trade Associations, LLC | Attn: Ramesh Nangunoori<br>c/o PQ Mart LLC<br>Trojan PQ<br>112 Old Wire Rd<br>Washburn, MO 65772 | Attn: Ramesh Nangunoori<br>c/o PQ Mart LLC<br>Trojan PQ<br>112 Old Wire Rd<br>Washburn, MO 65772 | 130229 |
| National Alliance of Trade Associations, LLC | Attn: Ramesh Nangunoori<br>c/o Package Liquors LLC<br>Country Package, 26131 Hwy 37<br>Washburn, MO 65745 | Attn: Ramesh Nangunoori<br>c/o Package Liquors LLC<br>Country Package, 26131 Hwy 37<br>Washburn, MO 65745 | 130230 |
| National Alliance of Trade Associations, LLC | Attn: Ramesh Nangunoori<br>c/o Anjali Investments LLC<br>32862 State Hwy 37<br>Seligman, MO 65745 | Attn: Ramesh Nangunoori<br>c/o Anjali Investments LLC<br>32862 State Hwy 37<br>Seligman, MO 65745 | 130232 |

**\*\*** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO SIXTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON SIXTH OMNIBUS MOTION TO REJECT**          Page 7

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| National Alliance of Trade Associations, LLC | Attn: Akbar Au<br>c/o Country Corner Store LLC<br>c/o Taylors Cafe<br>1924 Sandy Hook Rd<br>Goochland, VA 23063 | Attn: Akbar Au<br>c/o Country Corner Store LLC<br>c/o Taylors Cafe<br>1924 Sandy Hook Rd<br>Goochland, VA 23063 | 130342 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o Monticello Express<br>429 Hwy. 425 North<br>Monticello, AR 71655 | Attn: Rahul Kumar<br>c/o Monticello Express<br>429 Hwy. 425 North<br>Monticello, AR  71655 | 130349 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o H S Gas n Go<br>619 W Main St<br>Heber Springs, AR 72543 | Attn: Rahul Kumar<br>c/o H S Gas n Go<br>619 W Main St<br>Heber Springs, AR  72543 | 130350 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/oLondon Foodmart LLC<br>10465 US-64<br>London, AR 72847 | Attn: Rahul Kumar<br>c/oLondon Foodmart LLC<br>10465 US-64<br>London, AR  72847 | 130351 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o 4 Way Quick Stop<br>103 N 5th St<br>Scranton, AR 72863 | Attn: Rahul Kumar<br>c/o 4 Way Quick Stop<br>103 N 5th St<br>Scranton, AR  72863 | 130352 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o ASM Enterprise LLC<br>6965 AR-22<br>Subiaco, AR 72865 | Attn: Rahul Kumar<br>c/o ASM Enterprise LLC<br>6965 AR-22<br>Subiaco, AR  72865 | 130353 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o Porkey's Foodman LLC<br>25145 AR-109<br>Scranton, NJ 72803 | Attn: Rahul Kumar<br>c/o Porkey's Foodman LLC<br>25145 AR-109<br>Scranton, NJ  72803 | 130354 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o H&M Foodmart<br>29 Pattons Road<br>Wooster, AR 72181 | Attn: Rahul Kumar<br>c/o H&M Foodmart<br>29 Pattons Road<br>Wooster, AR  72181 | 130355 |
| National Alliance of Trade Associations, LLC | Attn: Altaf R. Kapadia<br>c/o Vintage Market Corporation<br>3103 Scottsville Rd<br>Charlottsville, VA 22902 | Attn: Altaf R. Kapadia<br>c/o Vintage Market Corporation<br>3103 Scottsville Rd<br>Charlottsville, VA  22902 | 130403 |
| National Alliance of Trade Associations, LLC | Attn: Altaf Kapadia<br>c/o Raas Inc.<br>740 Adkins Rd<br>N Chesterfield, VA 23236 | Attn: Altaf Kapadia<br>c/o Raas Inc.<br>740 Adkins Rd<br>N Chesterfield, VA  23236 | 130404 |

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO SIXTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON SIXTH OMNIBUS MOTION TO REJECT**              Page 8

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| National Alliance of Trade Associations, LLC | Attn: Altaf Kapadia<br>c/o RAAS Investments Ltd.<br>c/o Luckys<br>2156 Huguenot Trail<br>Powhatan, VA 23139 | Attn: Altaf Kapadia<br>c/o RAAS Investments Ltd.<br>c/o Luckys<br>2156 Huguenot Trail<br>Powhatan, VA  23139 | 130405 |
| National Alliance of Trade Associations, LLC | Attn: Aisheen Panjuani<br>c/o Eshal LLC DBA EzGo Mart<br>1913 Anderson Hwy<br>Cumberland, VA 23040 | Attn: Aisheen Panjuani<br>c/o Eshal LLC DBA EzGo Mart<br>1913 Anderson Hwy<br>Cumberland, VA  23040 | 130445 |
| National Alliance of Trade Associations, LLC | Attn: Sadiq Sajwani<br>c/o Asia Petroleum LLC<br>DBA Al's Market Place<br>3440 Anderson Hwy<br>Powhatan, VA 23139 | Attn: Sadiq Sajwani<br>c/o Asia Petroleum LLC<br>DBA Al's Market Place<br>3440 Anderson Hwy<br>Powhatan, VA  23139 | 134594 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o Diamond Liquor Enterprises LLC<br>8200 Landers Road<br>N Little Rock, AR 72117 | Attn: Rahul Kumar<br>c/o Diamond Liquor Enterprises LLC<br>8200 Landers Road<br>N Little Rock, AR  72117 | 134884 |
| National Alliance of Trade Associations, LLC | Attn: Aziz Lalani<br>c/o ZNA Enterprises D/B/A Marion Corner Store<br>824 Hwy 64<br>Marion, AR 72364 | Attn: Aziz Lalani<br>c/o ZNA Enterprises D/B/A Marion Corner Store<br>824 Hwy 64<br>Marion, AR  72364 | 139844 |
| National Alliance of Trade Associations, LLC | Attn: Mr. Akbar<br>14403 Walters Road<br>Suite 682016<br>Houston, TX 77014 | N/A – GLOBAL AGREEMENT | N/A |

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO SIXTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON SIXTH OMNIBUS MOTION TO REJECT**              Page 9