BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
jmcpherson@foxrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed March 23, 2023

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC., dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**SEVENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT**<br><br>Hearing Date: April 20, 2023<br>Hearing Time: 10:30 a.m.<br>Estimated Time for Hearing: 20 Minutes |

**PLEASE TAKE NOTICE THAT IF YOU ARE RECEIVING NOTICE OF THIS MOTION, YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON EXHIBIT 2 ATTACHED HERETO. NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, respectfully submits this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit 1**,[1] approving the rejection of contracts and/or unexpired leases set forth in **Exhibit 2** attached hereto pursuant to Bankruptcy Code[2] § 365(a), and approving the disposal of certain personal property, including without limitation, surrender of property and termination of the automatic stay pursuant to Bankruptcy Code § 362(d) in favor of a party who has a secured or lease interest in certain property, and/or abandonment of property under Bankruptcy Code § 554(a).

This Motion is made and based on the *Declaration of Christopher Andrew McAlary* (the "McAlary Declaration") filed in support hereof, the following points and authorities, the papers and pleadings on file with the Court in this Chapter 11 Case, and any oral argument the Court may entertain at the hearing on the Motion.

Dated this 23rd day of March, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

## POINTS AND AUTHORITIES

## I. JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] After notice of this Motion, revisions to this proposed order may be made.

[2] All references to "chapter" and "section" herein shall be to the "Bankruptcy Code" appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall refer to the Federal Rules of Bankruptcy Procedure.

3. The statutory basis for the relief requested herein is 11 U.S.C. §§ 105(a), § 362(d), 365(a), and 554, and Bankruptcy Rules 4001, 6004, 6006, 6007, and 9014.

4. Pursuant to Local Rule 9014.2, the Debtor consents to entry of final order(s) or judgment(s) by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

## II. BACKGROUND

### A. Debtor's Filing

5. On February 7, 2023 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

6. The Debtor is authorized to operate its business and manage its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7. An Official Committee of Unsecured Creditors was appointed on or about February 17, 2023.

### B. Debtor's Business And Contracts And/Or Leases

8. As described in greater detail in the Omnibus Declaration of Christopher Andrew McAlary in Support of Emergency First Day Motions [ECF 19], the Debtor was formed as a Nevada corporation for the purpose of providing a platform for customers to buy and sell digital currencies through Digital Currency Machines ("DCMs") distributed across the United States. DCMs are an advanced version of the kiosks commonly referred to as Bitcoin ATMs or BTMs, that enable a consumer to both (a) buy bitcoin as well as 30+ other digital currencies with cash, and (b) sell digital currency for cash. All of the Debtor's machines are DCMs offering two-way functionality, over 30 digital currency options, an advanced user interface and a custom non-custodial companion wallet app (available on the Apple App Store and the Google Play Store). See McAlary Declaration ¶ 6.

9. As of December 31, 2022, the Debtor operated approximately 4,800 DCMs, or kiosks ("Kiosk(s)") throughout the United States and Brazil, installed in some of the largest convenience, grocery and liquor store chains and prestigious malls. See McAlary Declaration ¶ 7.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

10. To facilitate the installation of the Kiosks, Cash Cloud entered into numerous contracts (the "Contracts") or leases ("Leases") with various parties ("Counterparty" or Counterparties") having retail locations, including convenience stores, malls, and enterprise grocery stores. The terms in the Contracts and/or Leases vary. However, in general, the terms provide that Cash Cloud is permitted to install a Kiosk at a certain location ("Location") in exchange for compensation being paid to the Counterparty. There are thousands of Contracts or Leases, and the nature and amount of compensation varies and is sometimes in the form of a fixed monthly rental payment or a variable portion of the profit of the Kiosk. The Contracts and/or Leases typically have a 3 to a 7-year term, with automatic renewals, unless terminated by either party. And, under certain "master" Contracts and/or Leases, wherein the Contract or Lease governs the installation of Kiosks at multiple, different Locations (as set forth within the exhibits attached thereto), the Contract or Lease contains terms that provide not only for the termination of the master agreement, as a whole, but also for either the Debtor or the Counterparty to terminate certain identified Locations. See McAlary Declaration ¶ 8.

**C. Rejection of Contracts And/Or Leases**

11. In connection with its efforts to preserve and maximize the value of its estate through the prosecution of this case, the Debtor, in its business judgment, has determined that certain Contracts and/or Leases are financially burdensome and do not provide benefit to the estate. The Locations subject to the Contracts and/or Leases that are listed on **Exhibit 2** are no longer needed. Further, the Debtor seeks to avoid depletion of the estate through accrual of administrative expenses associated with these Contracts and/or Leases. In addition, the Debtor has determined that there is no value to the estate in attempting to assume and assign the Contracts and/or Leases. Thus, rejection is in the best interests of creditors and other parties in interest. As such, the Contracts and/or Leases should be rejected. See McAlary Declaration ¶ 9.

**D. Disposal of Remaining Property, Including Surrender, Termination of The Automatic Stay And/Or Abandonment**

12. Further, if there is property remaining at a Location subject to a rejected Contract or Lease, such as Kiosks or related property (the "Remaining Property"), the Debtor will determine

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

how the Remaining Property should be disposed of, including whether it should be removed, abandoned, sold, or surrendered to a party that has a secured (or lease) interest in the Remaining Property. In the event that the Debtor determines that the Remaining Property (if any) should be surrendered to a party that has a secured or lease interest in the Remaining Property and the automatic stay terminated, it will make this determination because the Remaining Property is not necessary for an effective reorganization and there is little to no equity in the Remaining Property. In the event the Remaining Property is determined to be burdensome or of inconsequential value, the Debtor may determine, in its business judgment, that any Remaining Property be abandoned.

**E. <u>Requested Relief</u>**

13. Bankruptcy Code section 365(a) authorizes the Debtor, subject to this Court's approval, to reject any executory contract or unexpired lease. Based on its business judgment, Debtor has determined that the Contracts and/or Leases are financially burdensome to the estate and do not provide benefit to the estate. <u>See</u> McAlary Declaration ¶ 9. Accordingly, the Debtor seeks authority to reject the Contracts and/or Leases set forth on **Exhibit 2** as of the date of the filing of this Motion to prevent the incurrence of ongoing administrative expenses with respect to the Contracts and/or Leases. <u>See</u> McAlary Declaration ¶ 9.

14. Further, § 362(d)(2) allows for termination of the automatic stay if there is insufficient equity in the property and it is not needed for an effective reorganization. In the event the Debtor, in its business judgment, determines that it will surrender the Remaining Property to the secured creditors and that it does not have equity in the Remaining Property and the Remaining Property is not necessary for an effective reorganization, the Debtor requests that an order be entered terminating the automatic stay. Further, Bankruptcy Code section 554 authorizes the abandonment of property, subject to this Court's approval. In the event the Debtor, in its business judgment, determines that the Remaining Property, if any, is burdensome or of inconsequential value or benefit to the estate, the Debtor requests that such abandonment be approved. <u>See</u> McAlary Declaration ¶ 10-12. The Debtor requests that the date of the filing of this Motion be deemed the date of notice of abandonment.

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## III. MEMORANDUM OF LAW

**A. The Debtor's Decision To Reject The Contracts And/Or Leases Should Be Approved**

15. Section 365 of the Bankruptcy Code provides that "the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." 11 U.S.C. § 365(a). "Under the Code, most courts have applied a 'business judgment' test to trustees' decisions to assume or reject contracts or leases." 3 Collier on Bankruptcy ¶ 365.03[2] (16th Ed. 2016). "In making its determination, a bankruptcy court need engage in only a cursory review of a debtor-in-possession's decision to reject the contract." Agarwal v. Pomona Valley Med. Group, Inc. (In re Pomona Valley Med. Group, Inc.), 476 F.3d 665, 670 (9th Cir. 2007) (internal punctuation omitted).

16. "[I]n evaluating the rejection decision, the bankruptcy court should presume that the debtor-in-possession acted prudently, on an informed basis, in good faith, and in the honest belief that the action taken was in the best interests of the bankruptcy estate." Id., at 670. In the Ninth Circuit, a bankruptcy court "should approve the rejection of an executory contract under § 365(a) unless it finds that the debtor-in-possession's conclusion that rejection would be advantageous is so manifestly unreasonable that it could not be based on sound business judgment, but only on bad faith, or whim or caprice." Id. (internal punctuation omitted).

17. The Debtor's decision to reject the Contracts and/or Leases reflects the Debtor's exercise of sound business judgment and is in the best interests of the Debtor, its estate, and its creditors. The Debtor has determined that the Contracts and/or Leases are not necessary for the Debtor's operations and are financially burdensome and not beneficial to the estate. The Leases are not a source of potential value for the Debtor's future operations, creditors, or interest holders, and are believed to not be marketable given their terms and constitute an unnecessary drain on the Debtor's limited resources. See McAlary Declaration ¶ 9. Accordingly, the Debtor submits that its decision to reject the Contracts and/or Leases is a sound exercise of its business judgment and should be approved.

**B. Rejection As of the Date of the Filing of This Motion**

18. This Court has authority to approve the rejection of executory contracts or leases as

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

of the date of the filing of the motion for rejection. Section 365 of the Bankruptcy Code does not expressly provide whether courts may order rejection to be effective retroactively. However, courts have held that bankruptcy courts may exercise their equitable powers in granting such a retroactive order when they conclude that doing so promotes the purposes of Section 365, and that after balancing the equities of a case, equities weigh in favor the debtor. See, e.g., Pac. Shores Dev., LLC v. At Home Corp. (In re At Home Corp.), 392 F.3d 1064, 1065 (9th Cir. 2004) (affirming order authorizing rejection as of date of filing of motion), cert. denied, 564 U.S. 814 (2005); Thinking Machines Corp. v. Mellon Fin. Servs. Corp. (In re Thinking Machs. Corp.), 67 F.3d 1021, 1028-29 (1st Cir. 1995) (bankruptcy court has power to approve rejection as of date of filing motion); In re Amber's Stores, Inc., 193 B.R. 819, 827 (Bankr. N.D. Tex. 1996)(holding that the lease should be deemed rejected as of the petition date due to the equities of case). Although this caselaw pertains to the rejection of nonresidential real property leases, the rationale contained therein is applicable to executory contracts. The Ninth Circuit in In re At Home Corp., explained that "the equitable authority recognized in Thinking Machines has been imported to contexts other than unexpired nonresidential leases," citing to Malden Mills Indus., Inc. v. Maroun (In re Malden Mills Indus., Inc.), 303 B.R. 688, 701 (B.A.P. 1st Cir. 2004) and its application of this principle to abandonment of personal property. 392 F.3d at 1070. The Debtor further notes that the Ninth Circuit's holding in In re At Home Corp., 392 F.3d 1064 (9th Cir. 2004) allowing rejection as of the date of the motion has been found to be undisturbed by the Court's holding in Roman Catholic Archdiocese of San Juan v. Acevedo Feliciano, ___ U.S. ___, 140 S.Ct. 696 (2020). See In re Player's Poker Club, Inc., 636 B.R. 811 (Bankr. C.D.Cal. 2022).

19. Balancing the equities in this case, approving rejection of the Contracts and/or Leases as of the date of this Motion is appropriate. The Debtor has promptly filed this Motion and promptly set it for hearing giving Counterparties notice of this Motion and the Debtor's intention. Without the authority to reject as of the Motion filing date, the Debtor may be forced to incur potential administrative expenses for agreements that provide no benefit to the estate to the detriment of creditors and other stakeholders. Further, allowing the Debtor to reject the Contracts and/or Leases will not unduly prejudice the Counterparties because the Counterparties will receive

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

notice of the Motion and therefore will have sufficient opportunity to object if they so choose. Indeed, the Counterparties may benefit from the rejection as they will be relieved of obligations under the Contracts and/or Leases. Accordingly, the rejection of the Contracts and/or Leases should be approved as of the date of the Motion.

**C. <u>The Debtor's Decision To Terminate The Automatic Stay And/Or To Abandon Remaining Property, If Made, Should Be Approved</u>**

20. If there is Remaining Property at any of these numerous Locations, the Debtor will determine how the Remaining Property should be disposed of, including whether it should be removed, abandoned, sold, or surrendered to a party that has a secured or lease interest in the Remaining Property with the automatic stay being terminated. <u>See</u> McAlary Declaration ¶ 10-12.

21. Section 362(d)(2) of the Bankruptcy Code provides that "[o]n request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay—. . . (2) with respect to a stay of an act against property under subsection (a) of this section, if—(A) the debtor does not have an equity in such property; and (B) such property is not necessary to an effective reorganization[.]"

22. Section 554(a) of the Bankruptcy Code provides that "[a]fter notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate." 11 U.S.C. § 554(a). The right to abandon is virtually unfettered, unless abandonment of the property will contravene laws designed to protect public health and safety and the property poses an imminent threat to the public's welfare. See <u>In re Midlantic Nat'l Bank</u>, 474 U.S. 494, 501 (1986). Neither of these limitations is applicable given the relevant facts.

23. The Debtor submits that **<u>if</u>** it determines that the Remaining Property (if any) should be surrendered to a party that has a secured or lease interest in the Remaining Property and the automatic stay terminated, it will make this determination because the Remaining Property is not necessary for an effective reorganization and the Debtor has little to no equity in the Remaining Property. Thus, the Debtor's determination to surrender the Remaining Property to a party who has

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

a secured or lease interest will reflect the Debtor's exercise of sound business judgment, taking into account the best interests of the Debtor, its estate, its creditors and other parties in interest. See McAlary Declaration ¶ 10-11. Accordingly, it is requested that if the Debtor determines that the Remaining Property should be surrendered, that the automatic stay be terminated pursuant to 11 U.S.C. § 362(d)(2).

24. Further, the Debtor submits that **if** it determines that the Remaining Property (if any) should be abandoned, it will make this determination because the Remaining Property is either burdensome to the estate, as removal and storage of the Remaining Property is likely to exceed any net proceeds from this property, or is of inconsequential value and benefit to the estate. See McAlary Declaration ¶ 12. Thus, the Debtor's determination to abandon will reflect the Debtor's exercise of sound business judgment, taking into account the best interests of the Debtor, its estate, its creditors and other parties in interest. See McAlary Declaration ¶ 12. Accordingly, it is requested that if the Debtor determines any Remaining Property should be abandoned, that the Remaining Property shall be deemed abandoned pursuant to 11 U.S.C. § 554 as of the date of the Motion.

## IV. WAIVER OF BANKRUPTCY RULES 4001 and 6004(h)

25. To implement the Debtor's foregoing requests successfully, the Debtor, to the extent applicable, seeks a waiver of the 14-day stay of any order pursuant to Fed.R.Bankr. P. 4001 and 6004(h).

## V. RESERVATION OF RIGHTS

26. Nothing contained herein is intended or should be construed as an admission of the validity of any claim against the Debtor, a waiver of the Debtor's rights to dispute any claim, or an approval or assumption of any agreement, contract, or lease under section 365 of the Bankruptcy Code. The Debtor expressly reserves its rights to contest any invoice or claim related to the relief requested herein in accordance with applicable law.

## VI. NOTICE

27. Notice of this Motion has been given by electronic mail or first class mail to the following parties or their counsel: (a) the Office of the United States Trustee for the District of

Nevada; (b) counsel for the Official Committee of Unsecured Creditors; (c) counsel to Debtor's secured creditors; (d) counsel to parties that have a lease interest in the Remaining Property; (e) the counterparties to the Contracts and/or Leases; and (f) all parties that have filed a Rule 2002 Notice Request in the Chapter 11 Case. In light of the nature of the relief requested, Debtor respectfully submits that such notice is appropriate and sufficient under the circumstances and that no further notice is necessary.

**CONCLUSION**

WHEREFORE, for all of the foregoing reasons, Debtor respectfully requests that this Court enter an Order granting this Motion, substantially in the form attached hereto as **Exhibit 1,** and (a) approving the rejection of the Contracts and/or Leases set forth on **Exhibit 2** attached hereto, as of the date of the filing of this Motion; (b) approving termination of the automatic stay as of the date of the filing of this Motion in connection with the surrender of the Remaining Property to a secured creditor; (c) approving abandonment of the Remaining Property as of the date of the filing of this Motion to the extent set forth herein (that is, only if the Debtor has determined the Remaining Property should be abandoned), and (d) granting such other and further relief as this Court deems appropriate.

Dated this 23rd day of March, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson

JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**EXHIBIT 1**

**PROPOSED ORDER**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
jmcpherson@foxrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br><br>**ORDER GRANTING SEVENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT**<br><br>Hearing Date: April 20, 2023<br>Hearing Time: 10:30 a.m. |





FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

The Court having reviewed and considered Debtor's motion [ECF ____] (the "Motion")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a), terminating the automatic stay pursuant to 11 U.S.C. § 362(d) in favor of secured creditors if the Debtor surrenders the Remaining Property, and authorizing abandonment of the Remaining Property pursuant to 11 U.S.C. § 554(a), if the Debtor has made the determination that abandonment is appropriate; and upon consideration of the McAlary Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; the Court having determined that termination of the automatic stay in favor of a secured creditor whose collateral is affected is appropriate; the Court having determined that abandonment of Remaining Property, if so determined by the Debtor, is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that the date of the filing of the Motion shall be deemed to be the date of notice of abandonment of the Remaining Property; and it is further

**ORDERED** that the Remaining Property is abandoned effective as of the date of the filing

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

of the Motion, and the Remaining Property shall be surrendered and abandoned to the creditors who are secured by the Remaining Property. The Remaining Property may be retrieved by the respective secured creditor from the Location, or any party authorized by the Debtor, within seven (7) days of entry of this Order; and, after seven (7) days of the date this Order is entered, if the Remaining Property has not been removed, it may be disposed of by the Counterparty; and it is further

**ORDERED** that the automatic stay is terminated pursuant to 11 U.S.C. § 362(d)(2) to allow any secured creditor who has a collateral interest in the Remaining Property to exercise its rights to foreclose on or otherwise dispose of such property in accordance with applicable non-bankruptcy law; and it is further

**ORDERED** that Enigma Securities Limited ("Enigma") reserves all rights with respect to the Remaining Property in which it holds an interest, including but not limited to rights it may be determined to have, if any, with respect to (a) the valuation of its collateral (the "Enigma Collateral"), (b) cash contained within any abandoned Kiosk that Enigma has asserted is Enigma Collateral, and (c) the impact of abandonment on the amount of Enigma's secured claim; and it is further

**ORDERED** that Genesis Global Holdco, LLC ("Genesis") reserves all rights with respect to the Remaining Property in which it holds an interest, including but not limited to rights it may be determined to have, if any, with respect to (a) the valuation of its collateral (the "Genesis Collateral"), (b) cash contained within any abandoned Kiosk that Genesis has asserted is Genesis Collateral, and (c) the impact of abandonment on the amount of Genesis's secured claim; and it is further

**ORDERED** that nothing herein shall serve as a waiver of any claims of the Debtor, its estate or the Committee against any party holding an interest in the Remaining Property, and the Debtor, its estate and the Committee expressly reserve any and all of their rights with respect to any claims of any creditor arising in connection with the rejection of the Contracts or Leases, surrender of the Remaining Property, and abandonment of the Remaining Property, or claims or issues related thereto, including, without limitation (a) the valuation of a secured creditor's collateral interest, (b)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

whether any cash contained in any abandoned Kiosk is a secured creditor's collateral or belongs to any other creditor or the Debtor, and (c) the determination of any party's proof of claim, including without limitation a secured creditor's or lease holder's claim, including without limitation all related claims of the Debtor, its estate or the Committee for setoff and/or damages; and it is further

**ORDERED** that the abandonment of the Remaining Property shall not impair, waive, limit, or otherwise affect, and shall be subject to, any and all claims, ownership interests and contractual rights of OptConnect Management LLC ("OptConnect") in connection with any Remaining Property (and any equipment or hardware connected thereto), which are reserved and preserved in all respects, and nothing in this Order or any abandonment of Remaining Property as a result of this Order shall grant any third party any rights over OptConnect's assets that form part of the Remaining Property (and any equipment or hardware connected thereto); and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion; and it is further

**ORDERED** that, to the extent applicable, the 14-day stay under Fed.R.Bankr. P. 4001 and Fed.R.Bankr. P. 6004(h) is waived.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: ______________________________
JEANETTE E. MCPHERSON, ESQ.
BRETT A. AXELROD, ESQ.
NICHOLAS A. KOFFROTH, ESQ.
ZACHARY T. WILLIAMS, ESQ.
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

*Counsel for Debtor*

APPROVED/DISAPPROVED

**OFFICE OF THE UNITED STATES TRUSTEE**

By: ______________________________________
JARED A. DAY,
Trial Attorney for Tracy Hope Davis,
United States Trustee
300 Las Vegas Boulevard South, Suite 4300
Las Vegas, Nevada 89101

APPROVED/DISAPPROVED

**BERGER SINGERMAN LLP**

By: ______________________________________
JORDI GUSO, ESQ. (Admitted *Pro Hac Vice)*
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

and

**SYLVESTER & POLEDNAK, LTD.**
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
1731 Village Center Circle
Las Vegas, NV 89134
*Counsel For Interested Party CKDL Credit, LLC*

APPROVED/DISAPPROVED

**MCDONALD CARANO LLP**

By: ______________________________________
RYAN J. WORKS, ESQ. (NSBN 9224)
AMANDA M. PERACH, ESQ. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

and

**SEWARD & KISSEL LLP**
JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
CATHERINE V. LOTIEMPO, ESQ. (Admitted *Pro Hac Vice*)
ANDREW J. MATOTT, ESQ.
One Battery Park Plaza
New York, New York 10004
*Counsel for Official Committee of Unsecured Creditors*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

APPROVED/DISAPPROVED

**MORRISON & FOERSTER LLP**

By: ______________________________

GARY LEE, ESQ. (Admitted *Pro Hac Vice*)
New York Bar No. 2397669
ANDREW KISSNER, ESQ. (Admitted *Pro Hac Vice*)
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601

and

**SHEA LARSEN**
JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 405
BART K. LARSEN, ESQ.
Nevada Bar No. 8538
KYLE M. WYANT, ESQ.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
*Counsel for Enigma Securities Limited*

APPROVED/DISAPPROVED

**DECHERT LLP**

By: ______________________________

CRAIG P. DRUEHL, ESQ.
Three Bryant Park
1095 Avenue of the Americas
New York New York 10036-6797

and

**LAW OFFICE OF BRIAN D. SHAPIRO, LLC**
BRIAN D. SHAPIRO, ESQ.
Nevada Bar No. 5772
510 S. 8th Street
Las Vegas, Nevada 89101
*Counsel for OptConnect Management LLC*

APPROVED/DISAPPROVED

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: ______________________________________________

SEAN A. O'NEAL, ESQ. (Admitted *Pro Hac Vice)*
JANE VANLARE, ESQ. (Admitted *Pro Hac Vice)*
MICHAEL WEINBERG, ESQ. (*Pro Hac Vice* forthcoming*)*
One Liberty Plaza
New York, New York 10006

and

**SNELL & WILMER L.L.P.**
ROBERT R. KINAS, ESQ. (Nevada Bar No. 6019)
BLAKELEY E. GRIFFITH, ESQ. (Nevada Bar No. 12386)
CHARLES E. GIANELLONI, ESQ. (Nevada Bar No. 12747)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Counsel for Genesis Global Holdco LLC*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**EXHIBIT 1 TO PROPOSED ORDER**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Neighborhood Liquor Mart | Attn: Humza Naeem Firoz<br>3505 Lincoln Way #Ste 105<br>Ames, IA 50014 | Attn: Humza Naeem Firoz<br>3505 Lincoln Way #Ste 105<br>Ames, IA 50014 | 116767 |
| Northway Market | Attn: Sam Mutan, Hisham Mutan<br>5590 Florrissant Ave<br>St. Louis, MO 63120 | Attn: Hisham Mutan, Sam Mutan<br>10320 Bellefontaine Rd<br>St Louis, MO 63137 | 108927 |
| NW Harbor International | Attn: Inna Mayorov<br>3329 E. Sprague Avenue<br>Spokane, WA 99202 | Attn: Inna Mayorov<br>3329 E. Sprague Avenue<br>Spokane, WA 99202 | 123554 |
| Old Brandon Shell | Attn: Jonathan Duane Germany<br>206 E Government St<br>Brandon, MS 39042 | Attn: Jonathan Duane Germany<br>206 E Government St<br>Brandon, MS 39042 | 116784 |
| Old Hickory Express | Attn: Alaa Qaadan<br>588 Old Hickory Blvd<br>Jackson, TN 38305 | Attn: Alaa Qaadan<br>588 Old Hickory Blvd<br>Jackson, TN 38305 | 119593 |
| One Stop Market | 2185 Richmond Tappahannock Hwy<br>Manquin, VA 23106 | 2185 Richmond Tappahannock Hwy<br>Manquin, VA 23106 | 128669 |
| OSC PC Inc | Attn: Artem Trdatovich Oganyan<br>12515 Oxnard St<br>North Hollywood, CA 91606 | Attn: Artem Trdatovich Oganyan<br>12515 Oxnard St<br>North Hollywood, CA 91606 | 123626 |
| P&N Pawn Shop | Attn: Christopher Scott Firebaugh<br>1842 W Jefferson St<br>Plymouth, IN 46563 | Attn: Christopher Scott Firebaugh<br>1842 W Jefferson St<br>Plymouth, IN 46563 | 118600 |
| PAB Holdings Inc. | Attn: Arthur Blikian<br>13947 Chandler Blvd<br>Sherman Oaks, CA 91401 | 2815 W Jefferson Blvd<br>Los Angeles, CT 90018 | 119060 |
| Personalized Gifts DBA Quick Fix | Attn: Kashif Hafiz<br>398 Northtown Dr NE<br>Blaine, MN 55434 | 5176 Central Ave NE<br>Fridley, MN 55421 | 121368 |
| Personalized Gifts DBA Quick Fix | Attn: Kashif Hafiz<br>398 Northtown Dr NE<br>Blaine, MN 55434 | 9360 Lexington Ave NE<br>Circle Pines, MN 55014 | 121372 |
| Pmall Wireless LLC | Attn: Khalid Ali Alkady<br>1108 E Pontiac St #3<br>Fort Wayne, IN 46803 | Attn: Khalid Ali Alkady<br>1108 E Pontiac St #3<br>Fort Wayne, IN 46803 | 120921 |
| Prenger Foods | Attn: Amanda Prenger Halley<br>902 E Briggs Dr<br>Macon, MO 63552 | Attn: Amanda Prenger Halley<br>902 E Briggs Dr<br>Macon, MO 63552 | 140787 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Pro-Play Games LLC | Attn: George Machado<br>13415 SW 73 Ter<br>Miami, FL 33183 | 1405 SW 107th Ave #202c<br>Miami, FL 33174 | 117738 |
| PSA LLC | Attn: Mayur Patel<br>303 E Central Ave<br>Comache, TX 76442 | Attn: Mayur Patel<br>303 E Central Ave<br>Comache, TX 76442 | 119652 |
| Rameshwaram LLC | Attn: Chetankumar Patel<br>365 US-6<br>Genesco, IL 61254 | Attn: Chetankumar Patel<br>365 US-6<br>Genesco, IL 61254 | 123442 |
| RBJ Ventures LLC | Attn: Rahim Bahadur Ali Jindani<br>6551 Boulevard 26<br>N Richand Hills, TX 76180-1525 | Attn: Rahim Bahadur Ali Jindani<br>6551 Boulevard 26<br>N Richand Hills, TX 76180-1525 | 115365 |
| Resurrected Games | Attn: Troy Scott ARN<br>2815 Guadalupe St #C<br>Austin, TX 78705 | Attn: Troy Scott ARN<br>2815 Guadalupe St #C<br>Austin, TX 78705 | 119595 |
| Right Market #2 | Attn: Usami Abdullah, Usama Abdullah<br>1028 Penn Ave<br>Pittsburgh, PA 15221 | Attn: Usami Abdullah,<br>Usama Abdullah<br>10045 Frankstown Rd<br>Pittsburgh, PA 15235 | 115342 |
| Rios Wireless | Attn: Brenda Rios<br>5530 Berchmans Ave<br>Las Vegas, NV 89122 | 3025 E Desert Inn Rd #7<br>Las Vegas, NV 89121 | 153989 |
| RJHY Enterprise LLC | Attn: Kanubhai Patel<br>1002 Rabbit Run<br>Hopkins, SC 29061 | Attn: Kanubhai Patel<br>1002 Rabbit Run<br>Hopkins, SC 29061 | 122973 |
| RSS UBSBB2012C4 - UT NMH, LLC | c/o The Woodmont Company<br>2100 West 7th Street<br>Fort Worth, TX 76107 | Newgate Mall<br>3651 Wall Avenue<br>Ogden, UT 84405 | 143102 |
| RSS WFCM2013-LC12-MT RO LLC | c/o Jones Lang LaSalle Americas Inc.<br>300 South 24th Street<br>Billings, MT 59102-5650 | c/o Jones Lang LaSalle Americas Inc.<br>300 South 24th Street<br>Billings, MT 59102-5650 | 128170 |
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | 117735 |
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>423 N Broadway<br>Portland, TN 37148 | 117739 |
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>315 S Water Ave<br>Suite #C<br>Gallatin, TN 37066 | 117742 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>631 S Water<br>Gallatin, TN 37066 | 117790 |
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>805 S Water Ave<br>Gallatin, TN 37066 | 118028 |
| Sam F, Inc dba Oak Street Foodmart | Attn: Samir Faraj<br>331 E Oak Street<br>Louisville, KY 40203 | Attn: Samir Faraj<br>331 E Oak Street<br>Louisville, KY 40203 | 117054 |
| Samreet Inc. | Attn: Parmjit Singh<br>511 N 1st St<br>Yakima, WA 98901-2307 | Attn: Parmjit Singh<br>511 N 1st St<br>Yakima, WA 98901-2307 | 123046 |
| Sam's Food Stores | Attn: Krupal M Soni<br>389 Broadway<br>Lawrence, MA 01841 | Attn: Krupal M Soni<br>389 Broadway<br>Lawrence, MA 01841 | 117661 |
| Sam's Wireless TN Inc | Attn: Adel Saleh<br>612 W Market St<br>Bolivar, TN 38008 | Attn: Adel Saleh<br>612 W Market St<br>Bolivar, TN 38008 | 121130 |
| Saneha Enterprises Inc. | Attn: Malik Lalani<br>c/o Super Laundry City<br>1120 E Parker Rd Ste 110<br>Plano, TX 75074-5374 | 1306 Sycamore School Road<br>Fort Worth, TX 76133 | 118029 |
| Savin Hill Wine & Spirits | Attn: Leykun Abay Abay<br>1051 Dorchester Ave<br>Boston, MA 02125 | Attn: Leykun Abay Abay<br>1051 Dorchester Ave<br>Boston, MA 02125 | 116973 |
| Savita Inc. dba Nicks Food Mart | Attn: Kirti Patel<br>1219 Lakeland Hills Blvd<br>Lakeland, FL 33805 | Attn: Kirti Patel<br>1219 Lakeland Hills Blvd<br>Lakeland, FL 33805 | 117793 |
| Sean Haggerty Smoke Shop | Attn: Mohammeddarwish Lulu<br>11100 Sean Haggerty Dr Ste 208<br>El Paso, TX 79934 | Attn: Mohammeddarwish Lulu<br>11100 Sean Haggerty Dr Ste 208<br>El Paso, TX 79934 | 126956 |
| Shamrock Plaza Liquors | Attn: Makhan Shoker<br>289 McKnight S<br>St. Paul, MN 55119 | Attn: Makhan Shoker<br>289 McKnight S<br>St. Paul, MN 55119 | 116091 |
| Shana Cell Service | Attn: Sandra Vargas; Maria Bargas<br>2004 East Charleston Blvd.<br>Las Vegas, NV 89104 | 4656 E Sunset Rd<br>Handerson, NV 89014 | 153985 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Shaw Gate Trading Post | Attn: Daniel E. Burkett<br>5435 Broad St<br>Sumter, SC 29154 | Attn: Daniel E. Burkett<br>5435 Broad St<br>Sumter, SC 29154 | 108869 |
| Simply 3D Hawaii LLC | Attn: Darren Oshiro; Jonathan Panganganan<br>94-1221 KA UKA Blvd<br>Ste 108-338<br>Waipahu, HI 96797-6202 | 98-029 Hekaha St<br>Building 5<br>No. 35<br>Aiea, HI 96701 | 161176 |
| SM Gas Inc | Attn: Sarwan Singh<br>13060 Jefferson Blvd<br>Mishawaka, IN 46545 | Attn: Sarwan Singh<br>13060 Jefferson Blvd<br>Mishawaka, IN 46545 | 115190 |
| Southside mini mart LLC | Attn: Esam Saleh<br>1939 S Highland Ave<br>Jackson, TN 38301 | Attn: Esam Saleh<br>1939 S Highland Ave<br>Jackson, TN 38301 | 118898 |
| Star West Metreon, LLC | Attn: Jeremiah Gregory<br>c/o Jones Lang LaSalle Americas Inc<br>PO Box 398057<br>San Francisco, CA 94139-8057 | Attn: Jeremiah Gregory<br>135 Fourth Street<br>4th Floor - Management Office<br>San Francisco, CA 94103 | 128162 |
| Stars Investments LLC c/o Star Food Mart | Attn: Rajan Patel<br>906 Peach St<br>Selmer, TN 38375 | Attn: Rajan Patel<br>906 Peach St<br>Selmer, TN 38375 | 140980 |
| Steve's Laundry Center LLC | Attn: Steven Hochstetler<br>150 Family Fare Dr #2<br>Nappanee, IN 46550 | Attn: Steven Hochstetler<br>150 Family Fare Dr #2<br>Nappanee, IN 46550 | 116771 |
| Stop N Shop | Attn: Arshadullah Falah<br>2924 N 50th St<br>Tampa, FL 33619 | Attn: Arshadullah Falah<br>2924 N 50th St<br>Tampa, FL 33619 | 118749 |
| Sumrall Doughnuts and Breakfast | Attn: Kelly Pich<br>1220 MS-42<br>Sumrall, MS 39482 | Attn: Kelly Pich<br>1220 MS-42<br>Sumrall, MS 39482 | 115305 |
| Sunshine Food Store | Attn: Thakur Jeetendra<br>2401 S Carrier Pkwy<br>Grand Prairie, TX 75051 | Attn: Thakur Jeetendra<br>2401 S Carrier Pkwy<br>Grand Prairie, TX 75051 | 108019 |
| T&T Rental L C | Attn: Tony Edward Tomlyanovich<br>409 Main St<br>Cedar Falls, IA 50613 | Attn: Tony Edward Tomlyanovich<br>419 Main St<br>Cedar Falls, IA 50613 | 115382 |
| Tech Doc's Depot | Attn: Mathew R Jackson<br>209 N Central Ave<br>Paris, IL 61944 | Attn: Mathew R Jackson<br>209 N Central Ave<br>Paris, IL 61944 | 123620 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Techy By Dr Phone Fix & Computer Repair Tamiami | Attn: Sandra De Regibus<br>11461 SW 40th St<br>Miami, FL 33165 | Attn: Sandra De Regibus<br>11461 SW 40th St<br>Miami, FL 33165 | 145977 |
| Techy By Dr Phone Fix & Computer Repair Weston | 4442 Weston Rd<br>Davie, FL 33331 | 4442 Weston Rd<br>Davie, FL 33331 | 129158 |
| The Business Lounge | Attn: Shannon Robinson<br>4035 Jonesboro Rd SE<br>Suite 240, #416<br>Forest Park, GA 30297 | Attn: Shannon Robinson<br>4035 Jonesboro Rd SE<br>Suite 240, #416<br>Forest Park, GA 30297 | 120655 |
| The CORE Inc | Attn: Michael Paul Blanchard<br>1926 Valley Park Dr<br>Cedar Falls, IA 50613 | 2200 Falls Ave<br>Waterloo, IA 50701-5706 | 115450 |
| The Depot Express** | Attn: David Scheetz<br>221 W. Marengo Rd<br>Tiffin, IA 52340 | 188 Park Ridge Rd<br>Atkins, IA 52206 | 140304 |
| | | 100 Oakdale Blvd #Ste 100<br>Coralville, IA 52241 | 140305 |
| | | 102 S Elm St<br>Gilman, IA 50106 | 140306 |
| | | 100 S Front St<br>Montezuma, IA 50171 | 140307 |
| | | 117 E Railroad St<br>Norway, IA 52318 | 140310 |
| | | 220 N Augusta Ave<br>Oxford, IA 52322 | 140311 |
| | | 221 W Marengo Rd<br>Tiffin, IA 52340 | 140312 |
| | | 101 1st St<br>Van Horne, IA 52346 | 140313 |
| The Golfing Dog Group LLC DBA Washboard | Attn: Thomas Nolting<br>1080 Honeysuckle Lane<br>Cabot, AR 72023 | 100 N 1st St<br>Cabot, AR 72023 | 118837 |
| Tienda Latino De Forest LLC | Attn: Ovidio Francisco-Miguel<br>665 E 3rd St<br>Forest, MS 39074 | Attn: Ovidio Francisco-Miguel<br>665 E 3rd St<br>Forest, MS 39074 | 113815 |
| Time Saver of Kennedy Inc. | Attn: Samuel Helmy Fahiem Makarius<br>4148 W Kennedy Blvd<br>Tampa, FL 33609-2246 | Attn: Samuel Helmy Fahiem Makarius<br>4148 W Kennedy Blvd<br>Tampa, FL 33609-2246 | 117126 |
| Top Discount Beverage LLC | Attn: Bhavesh R Patel<br>7141 E Hwy 25<br>Belleview, FL 34420 | Attn: Bhavesh R Patel<br>7141 E Hwy 25<br>Belleview, FL 34420 | 139526 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Tubac Market | Attn: Harold Busboom<br>PO Box 4569<br>Tubac, AZ 85646 | 10 Avenida Goya<br>Tubac, AZ 85646 | 115100 |
| Unspoken Art Studio | Attn: Paul Tischhauser<br>7151 Savannah Dr<br>Newburgh, IN 47630 | Attn: Paul Tischhauser<br>7151 Savannah Dr<br>Newburgh, IN 47630 | 118434 |
| V-5 Market, LLC | Attn: Elizabeth Valdovinos<br>1009 Dale Ave Suite #C<br>Benton City, WA 99320 | Attn: Elizabeth Valdovinos<br>1009 Dale Ave Suite #C<br>Benton City, WA 99320 | 123681 |
| Vaid Oil Company LLC | Attn: Parveen Kumar<br>2344 N Limestone St Apt 104<br>Springfield, OH 45503 | 2300 S Limestone St<br>Springfeld, OH 45505 | 115345 |
| Velasquez Group L.P. | Attn: Tom Velasquez<br>PO Box 767<br>Wheeler, TX 79096 | c/o Top Value<br>Attn: Tom Velasquez<br>208 West Main<br>Stigler, OK 74462 | 141098 |
| Water Boy Services | Attn: Edgar Nava<br>1361 N Fair Oaks Ave<br>Pasadena, CA 91103 | Attn: Edgar Nava<br>1361 N Fair Oaks Ave<br>Pasadena, CA 91103 | 126558 |
| West Mount One Stop LLC | Attn: George Youssif<br>8206 West Mount Drive<br>Rocky Mount, NC 27803 | Attn: George Youssif<br>8206 West Mount Drive<br>Rocky Mount, NC 27803 | 116971 |
| Williams Package | Attn: Dipakkumar Patel<br>50 Spring Street<br>Winchendon, MA 01475 | Attn: Dipakkumar Patel<br>50 Spring Street<br>Winchendon, MA 01475 | 114729 |
| Wine Beginnings | Attn: Kimberly Moen<br>1413 Tower Avenue<br>Superior, WI 54880 | Attn: Kimberly Moen<br>1413 Tower Avenue<br>Superior, WI 54880 | 119054 |
| Wireless Times LLC | Attn: Adam Mansour<br>5716 Brookdale Dr. N. Suite B<br>Brooklyn Park, MN 55443 | Attn: Adam Mansour<br>5716 Brookdale Dr. N. Suite B<br>Brooklyn Park, MN 55443 | 123622 |
| Wizards Keep Games | Attn: Jason Bessonette<br>17148 116th Avenue SE<br>Renton, WA 98058 | Attn: Jason Bessonette<br>17148 116th Avenue SE<br>Renton, WA 98058 | 123441 |
| World Market Inc | Attn: Corey Hong<br>3900 S. Grand Blvd.<br>St. Louis, MO 63118 | Attn: Corey Hong<br>3900 S. Grand Blvd.<br>St. Louis, MO 63118 | 116398 |
| W-Side Market Inc | Attn: Malek Akermi<br>482 W Oak Ridge Rd<br>Orlando, FL 32809 | Attn: Malek Akermi<br>482 W Oak Ridge Rd<br>Orlando, FL 32809 | 117563 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Xvertuz Vapes | aTTN: Denna Hatch<br>1175 US-40 #Suite B<br>Vernal, UT 84078 | aTTN: Denna Hatch<br>1175 US-40 #Suite B<br>Vernal, UT 84078 | 139850 |
| Yoleni's Providence | Attn: Alexander Meletios<br>292 Westminster Street<br>Providence, RI 02903 | Attn: Alexander Meletios<br>292 Westminster Street<br>Providence, RI 02903 | 117127 |
| Zach's Country Store | Attn: Zachary D. Soper<br>641 Gurnet Road<br>Brunswick, ME 04011 | Attn: Zachary D. Soper<br>641 Gurnet Road<br>Brunswick, ME 04011 | 123212 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**EXHIBIT 2**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Neighborhood Liquor Mart | Attn: Humza Naeem Firoz<br>3505 Lincoln Way #Ste 105<br>Ames, IA 50014 | Attn: Humza Naeem Firoz<br>3505 Lincoln Way #Ste 105<br>Ames, IA 50014 | 116767 |
| Northway Market | Attn: Sam Mutan, Hisham Mutan<br>5590 Florrissant Ave<br>St. Louis, MO 63120 | Attn: Hisham Mutan, Sam Mutan<br>10320 Bellefontaine Rd<br>St Louis, MO 63137 | 108927 |
| NW Harbor International | Attn: Inna Mayorov<br>3329 E. Sprague Avenue<br>Spokane, WA 99202 | Attn: Inna Mayorov<br>3329 E. Sprague Avenue<br>Spokane, WA 99202 | 123554 |
| Old Brandon Shell | Attn: Jonathan Duane Germany<br>206 E Government St<br>Brandon, MS 39042 | Attn: Jonathan Duane Germany<br>206 E Government St<br>Brandon, MS 39042 | 116784 |
| Old Hickory Express | Attn: Alaa Qaadan<br>588 Old Hickory Blvd<br>Jackson, TN 38305 | Attn: Alaa Qaadan<br>588 Old Hickory Blvd<br>Jackson, TN 38305 | 119593 |
| One Stop Market | 2185 Richmond Tappahannock Hwy<br>Manquin, VA 23106 | 2185 Richmond Tappahannock Hwy<br>Manquin, VA 23106 | 128669 |
| OSC PC Inc | Attn: Artem Trdatovich Oganyan<br>12515 Oxnard St<br>North Hollywood, CA 91606 | Attn: Artem Trdatovich Oganyan<br>12515 Oxnard St<br>North Hollywood, CA 91606 | 123626 |
| P&N Pawn Shop | Attn: Christopher Scott Firebaugh<br>1842 W Jefferson St<br>Plymouth, IN 46563 | Attn: Christopher Scott Firebaugh<br>1842 W Jefferson St<br>Plymouth, IN 46563 | 118600 |
| PAB Holdings Inc. | Attn: Arthur Blikian<br>13947 Chandler Blvd<br>Sherman Oaks, CA 91401 | 2815 W Jefferson Blvd<br>Los Angeles, CT 90018 | 119060 |
| Personalized Gifts DBA Quick Fix | Attn: Kashif Hafiz<br>398 Northtown Dr NE<br>Blaine, MN 55434 | 5176 Central Ave NE<br>Fridley, MN 55421 | 121368 |
| Personalized Gifts DBA Quick Fix | Attn: Kashif Hafiz<br>398 Northtown Dr NE<br>Blaine, MN 55434 | 9360 Lexington Ave NE<br>Circle Pines, MN 55014 | 121372 |
| Pmall Wireless LLC | Attn: Khalid Ali Alkady<br>1108 E Pontiac St #3<br>Fort Wayne, IN 46803 | Attn: Khalid Ali Alkady<br>1108 E Pontiac St #3<br>Fort Wayne, IN 46803 | 120921 |
| Prenger Foods | Attn: Amanda Prenger Halley<br>902 E Briggs Dr<br>Macon, MO 63552 | Attn: Amanda Prenger Halley<br>902 E Briggs Dr<br>Macon, MO 63552 | 140787 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Pro-Play Games LLC | Attn: George Machado<br>13415 SW 73 Ter<br>Miami, FL 33183 | 1405 SW 107th Ave #202c<br>Miami, FL 33174 | 117738 |
| PSA LLC | Attn: Mayur Patel<br>303 E Central Ave<br>Comache, TX 76442 | Attn: Mayur Patel<br>303 E Central Ave<br>Comache, TX 76442 | 119652 |
| Rameshwaram LLC | Attn: Chetankumar Patel<br>365 US-6<br>Genesco, IL 61254 | Attn: Chetankumar Patel<br>365 US-6<br>Genesco, IL 61254 | 123442 |
| RBJ Ventures LLC | Attn: Rahim Bahadur Ali Jindani<br>6551 Boulevard 26<br>N Richand Hills, TX 76180-1525 | Attn: Rahim Bahadur Ali Jindani<br>6551 Boulevard 26<br>N Richand Hills, TX 76180-1525 | 115365 |
| Resurrected Games | Attn: Troy Scott ARN<br>2815 Guadalupe St #C<br>Austin, TX 78705 | Attn: Troy Scott ARN<br>2815 Guadalupe St #C<br>Austin, TX 78705 | 119595 |
| Right Market #2 | Attn: Usami Abdullah, Usama Abdullah<br>1028 Penn Ave<br>Pittsburgh, PA 15221 | Attn: Usami Abdullah,<br>Usama Abdullah<br>10045 Frankstown Rd<br>Pittsburgh, PA 15235 | 115342 |
| Rios Wireless | Attn: Brenda Rios<br>5530 Berchmans Ave<br>Las Vegas, NV 89122 | 3025 E Desert Inn Rd #7<br>Las Vegas, NV 89121 | 153989 |
| RJHY Enterprise LLC | Attn: Kanubhai Patel<br>1002 Rabbit Run<br>Hopkins, SC 29061 | Attn: Kanubhai Patel<br>1002 Rabbit Run<br>Hopkins, SC 29061 | 122973 |
| RSS UBSBB2012C4 - UT NMH, LLC | c/o The Woodmont Company<br>2100 West 7th Street<br>Fort Worth, TX 76107 | Newgate Mall<br>3651 Wall Avenue<br>Ogden, UT 84405 | 143102 |
| RSS WFCM2013-LC12-MT RO LLC | c/o Jones Lang LaSalle Americas Inc.<br>300 South 24th Street<br>Billings, MT 59102-5650 | c/o Jones Lang LaSalle Americas Inc.<br>300 South 24th Street<br>Billings, MT 59102-5650 | 128170 |
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | 117735 |
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>423 N Broadway<br>Portland, TN 37148 | 117739 |
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>315 S Water Ave<br>Suite #C<br>Gallatin, TN 37066 | 117742 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>631 S Water<br>Gallatin, TN 37066 | 117790 |
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>805 S Water Ave<br>Gallatin, TN 37066 | 118028 |
| Sam F, Inc dba Oak Street Foodmart | Attn: Samir Faraj<br>331 E Oak Street<br>Louisville, KY 40203 | Attn: Samir Faraj<br>331 E Oak Street<br>Louisville, KY 40203 | 117054 |
| Samreet Inc. | Attn: Parmjit Singh<br>511 N 1st St<br>Yakima, WA 98901-2307 | Attn: Parmjit Singh<br>511 N 1st St<br>Yakima, WA 98901-2307 | 123046 |
| Sam's Food Stores | Attn: Krupal M Soni<br>389 Broadway<br>Lawrence, MA 01841 | Attn: Krupal M Soni<br>389 Broadway<br>Lawrence, MA 01841 | 117661 |
| Sam's Wireless TN Inc | Attn: Adel Saleh<br>612 W Market St<br>Bolivar, TN 38008 | Attn: Adel Saleh<br>612 W Market St<br>Bolivar, TN 38008 | 121130 |
| Saneha Enterprises Inc. | Attn: Malik Lalani<br>c/o Super Laundry City<br>1120 E Parker Rd Ste 110<br>Plano, TX 75074-5374 | 1306 Sycamore School Road<br>Fort Worth, TX 76133 | 118029 |
| Savin Hill Wine & Spirits | Attn: Leykun Abay Abay<br>1051 Dorchester Ave<br>Boston, MA 02125 | Attn: Leykun Abay Abay<br>1051 Dorchester Ave<br>Boston, MA 02125 | 116973 |
| Savita Inc. dba Nicks Food Mart | Attn: Kirti Patel<br>1219 Lakeland Hills Blvd<br>Lakeland, FL 33805 | Attn: Kirti Patel<br>1219 Lakeland Hills Blvd<br>Lakeland, FL 33805 | 117793 |
| Sean Haggerty Smoke Shop | Attn: Mohammeddarwish Lulu<br>11100 Sean Haggerty Dr Ste 208<br>El Paso, TX 79934 | Attn: Mohammeddarwish Lulu<br>11100 Sean Haggerty Dr Ste 208<br>El Paso, TX 79934 | 126956 |
| Shamrock Plaza Liquors | Attn: Makhan Shoker<br>289 McKnight S<br>St. Paul, MN 55119 | Attn: Makhan Shoker<br>289 McKnight S<br>St. Paul, MN 55119 | 116091 |
| Shana Cell Service | Attn: Sandra Vargas; Maria Bargas<br>2004 East Charleston Blvd.<br>Las Vegas, NV 89104 | 4656 E Sunset Rd<br>Handerson, NV 89014 | 153985 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Shaw Gate Trading Post | Attn: Daniel E. Burkett<br>5435 Broad St<br>Sumter, SC 29154 | Attn: Daniel E. Burkett<br>5435 Broad St<br>Sumter, SC 29154 | 108869 |
| Simply 3D Hawaii LLC | Attn: Darren Oshiro; Jonathan Pananganan<br>94-1221 KA UKA Blvd<br>Ste 108-338<br>Waipahu, HI 96797-6202 | 98-029 Hekaha St<br>Building 5<br>No. 35<br>Aiea, HI 96701 | 161176 |
| SM Gas Inc | Attn: Sarwan Singh<br>13060 Jefferson Blvd<br>Mishawaka, IN 46545 | Attn: Sarwan Singh<br>13060 Jefferson Blvd<br>Mishawaka, IN 46545 | 115190 |
| Southside mini mart LLC | Attn: Esam Saleh<br>1939 S Highland Ave<br>Jackson, TN 38301 | Attn: Esam Saleh<br>1939 S Highland Ave<br>Jackson, TN 38301 | 118898 |
| Star West Metreon, LLC | Attn: Jeremiah Gregory<br>c/o Jones Lang LaSalle Americas Inc<br>PO Box 398057<br>San Francisco, CA 94139-8057 | Attn: Jeremiah Gregory<br>135 Fourth Street<br>4th Floor - Management Office<br>San Francisco, CA 94103 | 128162 |
| Stars Investments LLC c/o Star Food Mart | Attn: Rajan Patel<br>906 Peach St<br>Selmer, TN 38375 | Attn: Rajan Patel<br>906 Peach St<br>Selmer, TN 38375 | 140980 |
| Steve's Laundry Center LLC | Attn: Steven Hochstetler<br>150 Family Fare Dr #2<br>Nappanee, IN 46550 | Attn: Steven Hochstetler<br>150 Family Fare Dr #2<br>Nappanee, IN 46550 | 116771 |
| Stop N Shop | Attn: Arshadullah Falah<br>2924 N 50th St<br>Tampa, FL 33619 | Attn: Arshadullah Falah<br>2924 N 50th St<br>Tampa, FL 33619 | 118749 |
| Sumrall Doughnuts and Breakfast | Attn: Kelly Pich<br>1220 MS-42<br>Sumrall, MS 39482 | Attn: Kelly Pich<br>1220 MS-42<br>Sumrall, MS 39482 | 115305 |
| Sunshine Food Store | Attn: Thakur Jeetendra<br>2401 S Carrier Pkwy<br>Grand Prairie, TX 75051 | Attn: Thakur Jeetendra<br>2401 S Carrier Pkwy<br>Grand Prairie, TX 75051 | 108019 |
| T&T Rental L C | Attn: Tony Edward Tomlyanovich<br>409 Main St<br>Cedar Falls, IA 50613 | Attn: Tony Edward Tomlyanovich<br>419 Main St<br>Cedar Falls, IA 50613 | 115382 |
| Tech Doc's Depot | Attn: Mathew R Jackson<br>209 N Central Ave<br>Paris, IL 61944 | Attn: Mathew R Jackson<br>209 N Central Ave<br>Paris, IL 61944 | 123620 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Techy By Dr Phone Fix & Computer Repair Tamiami | Attn: Sandra De Regibus<br>11461 SW 40th St<br>Miami, FL 33165 | Attn: Sandra De Regibus<br>11461 SW 40th St<br>Miami, FL 33165 | 145977 |
| Techy By Dr Phone Fix & Computer Repair Weston | 4442 Weston Rd<br>Davie, FL 33331 | 4442 Weston Rd<br>Davie, FL 33331 | 129158 |
| The Business Lounge | Attn: Shannon Robinson<br>4035 Jonesboro Rd SE<br>Suite 240, #416<br>Forest Park, GA 30297 | Attn: Shannon Robinson<br>4035 Jonesboro Rd SE<br>Suite 240, #416<br>Forest Park, GA 30297 | 120655 |
| The CORE Inc | Attn: Michael Paul Blanchard<br>1926 Valley Park Dr<br>Cedar Falls, IA 50613 | 2200 Falls Ave<br>Waterloo, IA 50701-5706 | 115450 |
| The Depot Express** | Attn: David Scheetz<br>221 W. Marengo Rd<br>Tiffin, IA 52340 | 188 Park Ridge Rd<br>Atkins, IA 52206 | 140304 |
| | | 100 Oakdale Blvd #Ste 100<br>Coralville, IA 52241 | 140305 |
| | | 102 S Elm St<br>Gilman, IA 50106 | 140306 |
| | | 100 S Front St<br>Montezuma, IA 50171 | 140307 |
| | | 117 E Railroad St<br>Norway, IA 52318 | 140310 |
| | | 220 N Augusta Ave<br>Oxford, IA 52322 | 140311 |
| | | 221 W Marengo Rd<br>Tiffin, IA 52340 | 140312 |
| | | 101 1st St<br>Van Horne, IA 52346 | 140313 |
| The Golfing Dog Group LLC DBA Washboard | Attn: Thomas Nolting<br>1080 Honeysuckle Lane<br>Cabot, AR 72023 | 100 N 1st St<br>Cabot, AR 72023 | 118837 |
| Tienda Latino De Forest LLC | Attn: Ovidio Francisco-Miguel<br>665 E 3rd St<br>Forest, MS 39074 | Attn: Ovidio Francisco-Miguel<br>665 E 3rd St<br>Forest, MS 39074 | 113815 |
| Time Saver of Kennedy Inc. | Attn: Samuel Helmy Fahiem Makarius<br>4148 W Kennedy Blvd<br>Tampa, FL 33609-2246 | Attn: Samuel Helmy Fahiem Makarius<br>4148 W Kennedy Blvd<br>Tampa, FL 33609-2246 | 117126 |
| Top Discount Beverage LLC | Attn: Bhavesh R Patel<br>7141 E Hwy 25<br>Belleview, FL 34420 | Attn: Bhavesh R Patel<br>7141 E Hwy 25<br>Belleview, FL 34420 | 139526 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Tubac Market | Attn: Harold Busboom<br>PO Box 4569<br>Tubac, AZ 85646 | 10 Avenida Goya<br>Tubac, AZ 85646 | 115100 |
| Unspoken Art Studio | Attn: Paul Tischhauser<br>7151 Savannah Dr<br>Newburgh, IN 47630 | Attn: Paul Tischhauser<br>7151 Savannah Dr<br>Newburgh, IN 47630 | 118434 |
| V-5 Market, LLC | Attn: Elizabeth Valdovinos<br>1009 Dale Ave Suite #C<br>Benton City, WA 99320 | Attn: Elizabeth Valdovinos<br>1009 Dale Ave Suite #C<br>Benton City, WA 99320 | 123681 |
| Vaid Oil Company LLC | Attn: Parveen Kumar<br>2344 N Limestone St Apt 104<br>Springfield, OH 45503 | 2300 S Limestone St<br>Springfeld, OH 45505 | 115345 |
| Velasquez Group L.P. | Attn: Tom Velasquez<br>PO Box 767<br>Wheeler, TX 79096 | c/o Top Value<br>Attn: Tom Velasquez<br>208 West Main<br>Stigler, OK 74462 | 141098 |
| Water Boy Services | Attn: Edgar Nava<br>1361 N Fair Oaks Ave<br>Pasadena, CA 91103 | Attn: Edgar Nava<br>1361 N Fair Oaks Ave<br>Pasadena, CA 91103 | 126558 |
| West Mount One Stop LLC | Attn: George Youssif<br>8206 West Mount Drive<br>Rocky Mount, NC 27803 | Attn: George Youssif<br>8206 West Mount Drive<br>Rocky Mount, NC 27803 | 116971 |
| Williams Package | Attn: Dipakkumar Patel<br>50 Spring Street<br>Winchendon, MA 01475 | Attn: Dipakkumar Patel<br>50 Spring Street<br>Winchendon, MA 01475 | 114729 |
| Wine Beginnings | Attn: Kimberly Moen<br>1413 Tower Avenue<br>Superior, WI 54880 | Attn: Kimberly Moen<br>1413 Tower Avenue<br>Superior, WI 54880 | 119054 |
| Wireless Times LLC | Attn: Adam Mansour<br>5716 Brookdale Dr. N. Suite B<br>Brooklyn Park, MN 55443 | Attn: Adam Mansour<br>5716 Brookdale Dr. N. Suite B<br>Brooklyn Park, MN 55443 | 123622 |
| Wizards Keep Games | Attn: Jason Bessonette<br>17148 116th Avenue SE<br>Renton, WA 98058 | Attn: Jason Bessonette<br>17148 116th Avenue SE<br>Renton, WA 98058 | 123441 |
| World Market Inc | Attn: Corey Hong<br>3900 S. Grand Blvd.<br>St. Louis, MO 63118 | Attn: Corey Hong<br>3900 S. Grand Blvd.<br>St. Louis, MO 63118 | 116398 |
| W-Side Market Inc | Attn: Malek Akermi<br>482 W Oak Ridge Rd<br>Orlando, FL 32809 | Attn: Malek Akermi<br>482 W Oak Ridge Rd<br>Orlando, FL 32809 | 117563 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Xvertuz Vapes | aTTN: Denna Hatch<br>1175 US-40 #Suite B<br>Vernal, UT 84078 | aTTN: Denna Hatch<br>1175 US-40 #Suite B<br>Vernal, UT 84078 | 139850 |
| Yoleni's Providence | Attn: Alexander Meletios<br>292 Westminster Street<br>Providence, RI 02903 | Attn: Alexander Meletios<br>292 Westminster Street<br>Providence, RI 02903 | 117127 |
| Zach's Country Store | Attn: Zachary D. Soper<br>641 Gurnet Road<br>Brunswick, ME 04011 | Attn: Zachary D. Soper<br>641 Gurnet Road<br>Brunswick, ME 04011 | 123212 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.