BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Phone: 702.262.6899
Facsimile: 702.597.5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com

*Counsel for Debtor*

Electronically Filed March 23, 2023

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON SEVENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT**<br><br>Hearing Date:  April 20, 2023<br>Hearing Time:  10:30 a.m. |

**PLEASE TAKE NOTICE THAT THE DEBTOR IS REQUESTING IT BE PERMITTED TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**

**IF YOU ARE RECEIVING THIS NOTICE OF THE SEVENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT, YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON <u>EXHIBIT 1</u> ATTACHED HERETO. NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE.**

143982039.1

**PLEASE TAKE NOTICE** that on March 22, 2023, Cash Cloud, Inc. (the "Debtor"), by and through its counsel, filed a Seventh Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment (the "Motion").[1]

**NOTICE IS FURTHER GIVEN** that copies of the Motion may obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal, Telephone: (702) 262-6899, or by download at: https://cases.stretto.com/CashCloud (the "Case Website").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

• The court may *refuse to allow you to speak* at the scheduled hearing; and

• The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on **April 20,**

/ / /

/ / /

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

143982039.1

1  **2023 at 10:30 a.m. prevailing Pacific time**.  Parties are permitted to appear telephonically by
2  dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code 029066#.
3  Dated this 23rd day of March, 2023.          **FOX ROTHSCHILD LLP**

4                                                                    By:  /s/ Jeanette E. McPherson
5                                                                          JEANETTE E. MCPHERSON, ESQ. (5423)
                                                                            BRETT A. AXELROD, ESQ. (5859)
6                                                                          NICHOLAS A. KOFFROTH, ESQ. (16264)
                                                                            ZACHARY T. WILLIAMS, ESQ. (16023)
7                                                                          1980 Festival Plaza Drive, Suite 700
                                                                            Las Vegas, Nevada 89135
8                                                                          *Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

143982039.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Neighborhood Liquor Mart | Attn: Humza Naeem Firoz<br>3505 Lincoln Way #Ste 105<br>Ames, IA 50014 | Attn: Humza Naeem Firoz<br>3505 Lincoln Way #Ste 105<br>Ames, IA 50014 | 116767 |
| Northway Market | Attn: Sam Mutan, Hisham Mutan<br>5590 Florrissant Ave<br>St. Louis, MO 63120 | Attn: Hisham Mutan, Sam Mutan<br>10320 Bellefontaine Rd<br>St Louis, MO 63137 | 108927 |
| NW Harbor International | Attn: Inna Mayorov<br>3329 E. Sprague Avenue<br>Spokane, WA 99202 | Attn: Inna Mayorov<br>3329 E. Sprague Avenue<br>Spokane, WA 99202 | 123554 |
| Old Brandon Shell | Attn: Jonathan Duane Germany<br>206 E Government St<br>Brandon, MS 39042 | Attn: Jonathan Duane Germany<br>206 E Government St<br>Brandon, MS 39042 | 116784 |
| Old Hickory Express | Attn: Alaa Qaadan<br>588 Old Hickory Blvd<br>Jackson, TN 38305 | Attn: Alaa Qaadan<br>588 Old Hickory Blvd<br>Jackson, TN 38305 | 119593 |
| One Stop Market | 2185 Richmond Tappahannock Hwy<br>Manquin, VA 23106 | 2185 Richmond Tappahannock Hwy<br>Manquin, VA 23106 | 128669 |
| OSC PC Inc | Attn: Artem Trdatovich Oganyan<br>12515 Oxnard St<br>North Hollywood, CA 91606 | Attn: Artem Trdatovich Oganyan<br>12515 Oxnard St<br>North Hollywood, CA 91606 | 123626 |
| P&N Pawn Shop | Attn: Christopher Scott Firebaugh<br>1842 W Jefferson St<br>Plymouth, IN 46563 | Attn: Christopher Scott Firebaugh<br>1842 W Jefferson St<br>Plymouth, IN 46563 | 118600 |
| PAB Holdings Inc. | Attn: Arthur Blikian<br>13947 Chandler Blvd<br>Sherman Oaks, CA 91401 | 2815 W Jefferson Blvd<br>Los Angeles, CT 90018 | 119060 |
| Personalized Gifts DBA Quick Fix | Attn: Kashif Hafiz<br>398 Northtown Dr NE<br>Blaine, MN 55434 | 5176 Central Ave NE<br>Fridley, MN 55421 | 121368 |
| Personalized Gifts DBA Quick Fix | Attn: Kashif Hafiz<br>398 Northtown Dr NE<br>Blaine, MN 55434 | 9360 Lexington Ave NE<br>Circle Pines, MN 55014 | 121372 |
| Pmall Wireless LLC | Attn: Khalid Ali Alkady<br>1108 E Pontiac St #3<br>Fort Wayne, IN 46803 | Attn: Khalid Ali Alkady<br>1108 E Pontiac St #3<br>Fort Wayne, IN 46803 | 120921 |
| Prenger Foods | Attn: Amanda Prenger Halley<br>902 E Briggs Dr<br>Macon, MO 63552 | Attn: Amanda Prenger Halley<br>902 E Briggs Dr<br>Macon, MO 63552 | 140787 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO SEVENTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON SEVENTH OMNIBUS MOTION TO REJECT**                Page 1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Pro-Play Games LLC | Attn: George Machado<br>13415 SW 73 Ter<br>Miami, FL 33183 | 1405 SW 107th Ave #202c<br>Miami, FL 33174 | 117738 |
| PSA LLC | Attn: Mayur Patel<br>303 E Central Ave<br>Comache, TX 76442 | Attn: Mayur Patel<br>303 E Central Ave<br>Comache, TX 76442 | 119652 |
| Rameshwaram LLC | Attn: Chetankumar Patel<br>365 US-6<br>Genesco, IL 61254 | Attn: Chetankumar Patel<br>365 US-6<br>Genesco, IL 61254 | 123442 |
| RBJ Ventures LLC | Attn: Rahim Bahadur Ali Jindani<br>6551 Boulevard 26<br>N Richand Hills, TX 76180-1525 | Attn: Rahim Bahadur Ali Jindani<br>6551 Boulevard 26<br>N Richand Hills, TX 76180-1525 | 115365 |
| Resurrected Games | Attn: Troy Scott ARN<br>2815 Guadalupe St #C<br>Austin, TX 78705 | Attn: Troy Scott ARN<br>2815 Guadalupe St #C<br>Austin, TX 78705 | 119595 |
| Right Market #2 | Attn: Usami Abdullah, Usama Abdullah<br>1028 Penn Ave<br>Pittsburgh, PA 15221 | Attn: Usami Abdullah, Usama Abdullah<br>10045 Frankstown Rd<br>Pittsburgh, PA 15235 | 115342 |
| Rios Wireless | Attn: Brenda Rios<br>5530 Berchmans Ave<br>Las Vegas, NV 89122 | 3025 E Desert Inn Rd #7<br>Las Vegas, NV 89121 | 153989 |
| RJHY Enterprise LLC | Attn: Kanubhai Patel<br>1002 Rabbit Run<br>Hopkins, SC 29061 | Attn: Kanubhai Patel<br>1002 Rabbit Run<br>Hopkins, SC 29061 | 122973 |
| RSS UBSBB2012C4 - UT NMH, LLC | c/o The Woodmont Company<br>2100 West 7th Street<br>Fort Worth, TX 76107 | Newgate Mall<br>3651 Wall Avenue<br>Ogden, UT 84405 | 143102 |
| RSS WFCM2013-LC12-MT RO LLC | c/o Jones Lang LaSalle Americas Inc.<br>300 South 24th Street<br>Billings, MT 59102-5650 | c/o Jones Lang LaSalle Americas Inc.<br>300 South 24th Street<br>Billings, MT 59102-5650 | 128170 |
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | 117735 |
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>423 N Broadway<br>Portland, TN 37148 | 117739 |
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>315 S Water Ave<br>Suite #C<br>Gallatin, TN 37066 | 117742 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO SEVENTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON SEVENTH OMNIBUS MOTION TO REJECT** Page 2

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>631 S Water<br>Gallatin, TN 37066 | 117790 |
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>805 S Water Ave<br>Gallatin, TN 37066 | 118028 |
| Sam F, Inc dba Oak Street Foodmart | Attn: Samir Faraj<br>331 E Oak Street<br>Louisville, KY 40203 | Attn: Samir Faraj<br>331 E Oak Street<br>Louisville, KY 40203 | 117054 |
| Samreet Inc. | Attn: Parmjit Singh<br>511 N 1st St<br>Yakima, WA 98901-2307 | Attn: Parmjit Singh<br>511 N 1st St<br>Yakima, WA 98901-2307 | 123046 |
| Sam's Food Stores | Attn: Krupal M Soni<br>389 Broadway<br>Lawrence, MA 01841 | Attn: Krupal M Soni<br>389 Broadway<br>Lawrence, MA 01841 | 117661 |
| Sam's Wireless TN Inc | Attn: Adel Saleh<br>612 W Market St<br>Bolivar, TN 38008 | Attn: Adel Saleh<br>612 W Market St<br>Bolivar, TN 38008 | 121130 |
| Saneha Enterprises Inc. | Attn: Malik Lalani<br>c/o Super Laundry City<br>1120 E Parker Rd Ste 110<br>Plano, TX 75074-5374 | 1306 Sycamore School Road<br>Fort Worth, TX 76133 | 118029 |
| Savin Hill Wine & Spirits | Attn: Leykun Abay Abay<br>1051 Dorchester Ave<br>Boston, MA 02125 | Attn: Leykun Abay Abay<br>1051 Dorchester Ave<br>Boston, MA 02125 | 116973 |
| Savita Inc. dba Nicks Food Mart | Attn: Kirti Patel<br>1219 Lakeland Hills Blvd<br>Lakeland, FL 33805 | Attn: Kirti Patel<br>1219 Lakeland Hills Blvd<br>Lakeland, FL 33805 | 117793 |
| Sean Haggerty Smoke Shop | Attn: Mohammeddarwish Lulu<br>11100 Sean Haggerty Dr Ste 208<br>El Paso, TX 79934 | Attn: Mohammeddarwish Lulu<br>11100 Sean Haggerty Dr Ste 208<br>El Paso, TX 79934 | 126956 |
| Shamrock Plaza Liquors | Attn: Makhan Shoker<br>289 McKnight S<br>St. Paul, MN 55119 | Attn: Makhan Shoker<br>289 McKnight S<br>St. Paul, MN 55119 | 116091 |
| Shana Cell Service | Attn: Sandra Vargas; Maria Bargas<br>2004 East Charleston Blvd.<br>Las Vegas, NV 89104 | 4656 E Sunset Rd<br>Handerson, NV 89014 | 153985 |

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO SEVENTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON SEVENTH OMNIBUS MOTION TO REJECT**          Page 3

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Shaw Gate Trading Post | Attn: Daniel E. Burkett<br>5435 Broad St<br>Sumter, SC 29154 | Attn: Daniel E. Burkett<br>5435 Broad St<br>Sumter, SC  29154 | 108869 |
| Simply 3D Hawaii LLC | Attn: Darren Oshiro; Jonathan Pananganan<br>94-1221 KA UKA Blvd<br>Ste 108-338<br>Waipahu, HI 96797-6202 | 98-029 Hekaha St<br>Building 5<br>No. 35<br>Aiea, HI  96701 | 161176 |
| SM Gas Inc | Attn: Sarwan Singh<br>13060 Jefferson Blvd<br>Mishawaka, IN 46545 | Attn: Sarwan Singh<br>13060 Jefferson Blvd<br>Mishawaka, IN  46545 | 115190 |
| Southside mini mart LLC | Attn: Esam Saleh<br>1939 S Highland Ave<br>Jackson, TN 38301 | Attn: Esam Saleh<br>1939 S Highland Ave<br>Jackson, TN  38301 | 118898 |
| Star West Metreon, LLC | Attn: Jeremiah Gregory<br>c/o Jones Lang LaSalle Americas Inc<br>PO Box 398057<br>San Francisco, CA 94139-8057 | Attn: Jeremiah Gregory<br>135 Fourth Street<br>4th Floor - Management Office<br>San Francisco, CA  94103 | 128162 |
| Stars Investments LLC c/o Star Food Mart | Attn: Rajan Patel<br>906 Peach St<br>Selmer, TN 38375 | Attn: Rajan Patel<br>906 Peach St<br>Selmer, TN  38375 | 140980 |
| Steve's Laundry Center LLC | Attn: Steven Hochstetler<br>150 Family Fare Dr #2<br>Nappanee, IN 46550 | Attn: Steven Hochstetler<br>150 Family Fare Dr #2<br>Nappanee, IN  46550 | 116771 |
| Stop N Shop | Attn: Arshadullah Falah<br>2924 N 50th St<br>Tampa, FL 33619 | Attn: Arshadullah Falah<br>2924 N 50th St<br>Tampa, FL  33619 | 118749 |
| Sumrall Doughnuts and Breakfast | Attn: Kelly Pich<br>1220 MS-42<br>Sumrall, MS 39482 | Attn: Kelly Pich<br>1220 MS-42<br>Sumrall, MS  39482 | 115305 |
| Sunshine Food Store | Attn: Thakur Jeetendra<br>2401 S Carrier Pkwy<br>Grand Prairie, TX 75051 | Attn: Thakur Jeetendra<br>2401 S Carrier Pkwy<br>Grand Prairie, TX  75051 | 108019 |
| T&T Rental L C | Attn: Tony Edward Tomlyanovich<br>409 Main St<br>Cedar Falls, IA 50613 | Attn: Tony Edward Tomlyanovich<br>419 Main St<br>Cedar Falls, IA  50613 | 115382 |
| Tech Doc's Depot | Attn: Mathew R Jackson<br>209 N Central Ave<br>Paris, IL 61944 | Attn: Mathew R Jackson<br>209 N Central Ave<br>Paris, IL  61944 | 123620 |

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO SEVENTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON SEVENTH OMNIBUS MOTION TO REJECT**          Page 4

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Techy By Dr Phone Fix & Computer Repair Tamiami | Attn: Sandra De Regibus<br>11461 SW 40th St<br>Miami, FL 33165 | Attn: Sandra De Regibus<br>11461 SW 40th St<br>Miami, FL 33165 | 145977 |
| Techy By Dr Phone Fix & Computer Repair Weston | 4442 Weston Rd<br>Davie, FL 33331 | 4442 Weston Rd<br>Davie, FL 33331 | 129158 |
| The Business Lounge | Attn: Shannon Robinson<br>4035 Jonesboro Rd SE<br>Suite 240, #416<br>Forest Park, GA 30297 | Attn: Shannon Robinson<br>4035 Jonesboro Rd SE<br>Suite 240, #416<br>Forest Park, GA 30297 | 120655 |
| The CORE Inc | Attn: Michael Paul Blanchard<br>1926 Valley Park Dr<br>Cedar Falls, IA 50613 | 2200 Falls Ave<br>Waterloo, IA 50701-5706 | 115450 |
| The Depot Express** | Attn: David Scheetz<br>221 W. Marengo Rd<br>Tiffin, IA 52340 | 188 Park Ridge Rd<br>Atkins, IA 52206 | 140304 |
| | | 100 Oakdale Blvd #Ste 100<br>Coralville, IA 52241 | 140305 |
| | | 102 S Elm St<br>Gilman, IA 50106 | 140306 |
| | | 100 S Front St<br>Montezuma, IA 50171 | 140307 |
| | | 117 E Railroad St<br>Norway, IA 52318 | 140310 |
| | | 220 N Augusta Ave<br>Oxford, IA 52322 | 140311 |
| | | 221 W Marengo Rd<br>Tiffin, IA 52340 | 140312 |
| | | 101 1st St<br>Van Horne, IA 52346 | 140313 |
| The Golfing Dog Group LLC DBA Washboard | Attn: Thomas Nolting<br>1080 Honeysuckle Lane<br>Cabot, AR 72023 | 100 N 1st St<br>Cabot, AR 72023 | 118837 |
| Tienda Latino De Forest LLC | Attn: Ovidio Francisco-Miguel<br>665 E 3rd St<br>Forest, MS 39074 | Attn: Ovidio Francisco-Miguel<br>665 E 3rd St<br>Forest, MS 39074 | 113815 |
| Time Saver of Kennedy Inc. | Attn: Samuel Helmy Fahiem Makarius<br>4148 W Kennedy Blvd<br>Tampa, FL 33609-2246 | Attn: Samuel Helmy Fahiem Makarius<br>4148 W Kennedy Blvd<br>Tampa, FL 33609-2246 | 117126 |
| Top Discount Beverage LLC | Attn: Bhavesh R Patel<br>7141 E Hwy 25<br>Belleview, FL 34420 | Attn: Bhavesh R Patel<br>7141 E Hwy 25<br>Belleview, FL 34420 | 139526 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO SEVENTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON SEVENTH OMNIBUS MOTION TO REJECT**          Page 5

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Tubac Market | Attn: Harold Busboom<br>PO Box 4569<br>Tubac, AZ 85646 | 10 Avenida Goya<br>Tubac, AZ 85646 | 115100 |
| Unspoken Art Studio | Attn: Paul Tischhauser<br>7151 Savannah Dr<br>Newburgh, IN 47630 | Attn: Paul Tischhauser<br>7151 Savannah Dr<br>Newburgh, IN 47630 | 118434 |
| V-5 Market, LLC | Attn: Elizabeth Valdovinos<br>1009 Dale Ave Suite #C<br>Benton City, WA 99320 | Attn: Elizabeth Valdovinos<br>1009 Dale Ave Suite #C<br>Benton City, WA 99320 | 123681 |
| Vaid Oil Company LLC | Attn: Parveen Kumar<br>2344 N Limestone St Apt 104<br>Springfield, OH 45503 | 2300 S Limestone St<br>Springfeld, OH 45505 | 115345 |
| Velasquez Group L.P. | Attn: Tom Velasquez<br>PO Box 767<br>Wheeler, TX 79096 | c/o Top Value<br>Attn: Tom Velasquez<br>208 West Main<br>Stigler, OK 74462 | 141098 |
| Water Boy Services | Attn: Edgar Nava<br>1361 N Fair Oaks Ave<br>Pasadena, CA 91103 | Attn: Edgar Nava<br>1361 N Fair Oaks Ave<br>Pasadena, CA 91103 | 126558 |
| West Mount One Stop LLC | Attn: George Youssif<br>8206 West Mount Drive<br>Rocky Mount, NC 27803 | Attn: George Youssif<br>8206 West Mount Drive<br>Rocky Mount, NC 27803 | 116971 |
| Williams Package | Attn: Dipakkumar Patel<br>50 Spring Street<br>Winchendon, MA 01475 | Attn: Dipakkumar Patel<br>50 Spring Street<br>Winchendon, MA 01475 | 114729 |
| Wine Beginnings | Attn: Kimberly Moen<br>1413 Tower Avenue<br>Superior, WI 54880 | Attn: Kimberly Moen<br>1413 Tower Avenue<br>Superior, WI 54880 | 119054 |
| Wireless Times LLC | Attn: Adam Mansour<br>5716 Brookdale Dr. N. Suite B<br>Brooklyn Park, MN 55443 | Attn: Adam Mansour<br>5716 Brookdale Dr. N. Suite B<br>Brooklyn Park, MN 55443 | 123622 |
| Wizards Keep Games | Attn: Jason Bessonette<br>17148 116th Avenue SE<br>Renton, WA 98058 | Attn: Jason Bessonette<br>17148 116th Avenue SE<br>Renton, WA 98058 | 123441 |
| World Market Inc | Attn: Corey Hong<br>3900 S. Grand Blvd.<br>St. Louis, MO 63118 | Attn: Corey Hong<br>3900 S. Grand Blvd.<br>St. Louis, MO 63118 | 116398 |
| W-Side Market Inc | Attn: Malek Akermi<br>482 W Oak Ridge Rd<br>Orlando, FL 32809 | Attn: Malek Akermi<br>482 W Oak Ridge Rd<br>Orlando, FL 32809 | 117563 |

**\*\*** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO SEVENTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON SEVENTH OMNIBUS MOTION TO REJECT**          Page 6

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Xvertuz Vapes | aTTN: Denna Hatch<br>1175 US-40 #Suite B<br>Vernal, UT 84078 | aTTN: Denna Hatch<br>1175 US-40 #Suite B<br>Vernal, UT  84078 | 139850 |
| Yoleni's Providence | Attn: Alexander Meletios<br>292 Westminster Street<br>Providence, RI 02903 | Attn: Alexander Meletios<br>292 Westminster Street<br>Providence, RI  02903 | 117127 |
| Zach's Country Store | Attn: Zachary D. Soper<br>641 Gurnet Road<br>Brunswick, ME 04011 | Attn: Zachary D. Soper<br>641 Gurnet Road<br>Brunswick, ME  04011 | 123212 |

**\*\*** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 2 TO SEVENTH OMNIBUS MOTION TO REJECT, EXHIBIT 1 TO PROPOSED ORDER, AND EXHIBIT 1 TO NOTICE OF HEARING ON SEVENTH OMNIBUS MOTION TO REJECT** Page 7