UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

**CERTIFICATE OF SERVICE**

I, Sharon Lee, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On March 23, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Fourth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 355)

- **Declaration of Christopher Andrew McAlary in Support of Fourth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 356)

- **Notice of Hearing on Fourth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 357)

- **Fifth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 358)

- **Declaration of Christopher Andrew McAlary in Support of Fifth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 359)

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

- **Notice of Hearing on Fifth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 360)

- **Sixth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 361)

- **Declaration of Christopher Andrew McAlary in Support of Sixth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 362)

- **Notice of Hearing on Sixth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 363)

- **Seventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 364)

- **Declaration of Christopher Andrew Mcalary in Support of Seventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 365)

- **Notice of Hearing on Seventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 366)

Furthermore, on March 23, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Fourth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 355)

- **Declaration of Christopher Andrew McAlary in Support of Fourth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 356)

- **Notice of Hearing on Fourth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 357)

Furthermore, on March 23, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit D**:

- **Fifth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 358)

- **Declaration of Christopher Andrew McAlary in Support of Fifth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 359)

- **Notice of Hearing on Fifth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 360)

Furthermore, on March 23, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit E**:

- **Sixth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 361)

- **Declaration of Christopher Andrew McAlary in Support of Sixth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 362)

- **Notice of Hearing on Sixth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 363)

Furthermore, on March 23, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit F**:

- **Seventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 364)

- **Declaration of Christopher Andrew Mcalary in Support of Seventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 365)

- **Notice of Hearing on Seventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 366)

Dated: March 28, 2023

*/s/ Sharon Lee*
Sharon Lee
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 720.792.9194
Email: TeamCoinCloud@stretto.com

# **Exhibit A**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| American Express | Attn: Legal | 200 Vesey St | | New York | NY | 10285 |
| American Express | Attn: Legal | PO Box 981535 | | El Paso | TX | 79998 |
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | Box 551220 | Las Vegas | NV | 89155-1220 |
| Franchise Tax Board | Attn: Legal | Bankruptcy Section  MS A340 | PO Box 2952 | Sacramento | CA | 95812-2952 |
| Sectran Security Inc. | Attn: Legal | 7633 Industry Ave | | Pico Rivera | CA | 90660 |
| Sectran Security Inc. | Attn: Rony Ghaby | PO Box 227267 | | Los Angeles | CA | 90022 |
| Texas Workforce Commission | Regulatory Integrity Division - SAU | 101 E. 15th Street | Room 556 | Austin | TX | 78778-0001 |
| Two Farms Inc (d/b/a Royal Farms) | Attn: John Kemp | 3611 Roland Ave | | Baltimore | MD | 21211 |

# **<u>Exhibit B</u>**



## Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ACE Cash Express | Attn: Tino Tovo | | ttovo@populusfinancial.com |
| Armondo Redmond | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson | | cemery@avtechcapital.com<br>jrobertson@avtechcapital.com |
| Black Hole Investments LLC | Attn: Zachary Chaltiel | | zach@victoireventures.com |
| Black Hole Investments, LLC formerly known as EZ Coin, LLC | c/o Black & Wadhams | Attn: Brigid M. Higgins | bhiggins@blackwadhams.law |
| Brink's U.S. | Attn: Beau Anderson | | beau.anderson@brinksinc.com |
| Brink's U.S. | c/o Hirschler Fleischer, P.C. | Attn: Brittany B. Falabella & Robert Westermann | BFalabella@hirschlerlaw.com<br>rwestermann@hirschlerlaw.com |
| Cal's Convenience Inc - Parent Account | Attn: Ray Harrison | | Ray.Harrison@calscstores.com |
| Cennox Reactive Field Services | Attn: Heather Spence | | michael.goggans@cennox.com<br>legal@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | Attn: Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. | ccarlyon@carlyoncica.com<br>dcica@carlyoncica.com<br>tosteen@carlyoncica.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Jordi Guso | jguso@bergersingerman.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Scott Jablonski & Mitchell W. Goldberg | sjablonski@bergersingerman.com<br>mgoldberg@bergersingerman.com |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Attn: Jeffery R. Sylvester, Esq. | Jeff@sylvesterPolednak.com |
| Cole Kepro International, LLC | Attn: Andrew Cashin & Frederick Cook | | info@colekepro.com<br>fred@colekepro.com |
| Cole Kepro International, LLC | c/o Lewis Roca Rothgerbe Christie LLP | Attn: Ogonna M. Brown, Esq. & Dan R. Waite, Esq. | OBrown@lewisroca.com |
| Cole Kepro International, LLC | c/o Taft Stettinius & Hollister, LLP | Attn: David Z. Adler, Esq. | phage@taftlaw.com |
| Department of Treasury - Internal Revenue Service | | | mary.b.savilla@irs.gov<br>Priscilla.A.Burks@irs.gov |
| Deployment Logix Inc. | Attn: Ken Rogers | | ken.rogers@deploymentlogix.com |
| EG America LLC | Attn: Dave Allen | | David.allen@eg-america.com |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | Attn: Gary Lee & Andrew Kissner | glee@mofo.com<br>akissner@mofo.com |
| Enigma Securities Limited | c/o Shea Larsen | Attn: James Shea, Esq., Bart Larsen, Esq., Kyle Wyant, Esq. | kwyant@shea.law<br>blarsen@shea.law<br>jshea@shea.law |
| EZ Blackhole | Attn: Edouard Chaltiel | | echaltiel@victoireventures.com |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | | baxelrod@foxrothschild.com<br>zwilliams@foxrothschild.com |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | Attn: Sean O'Neal, Michael Weinberg, & Jan VanLare | soneal@cgsh.com<br>mdweinberg@cgsh.com<br>jvanlare@cgsh.com |
| Genesis Global Holdco, LLC | c/o Snell & Wilmer LLP | Attn: Robert Kinas, Blakeley Griffith, and Charles Gianelloni | rkinas@swlaw.com<br>bgriffith@swlaw.com<br>cgianelloni@swlaw.com |
| Genesis Global Trading Inc. | Attn: Andrew Tsang | | ATsang@genesistrading.com |
| Good 2 Go Stores LLC | c/o Holland & Hart LLP | Attn: Timothy A. Lukas | ecflukast@hollandhart.com |
| I Heart Media | Attn: Roy Vann | | invoices@iheartmedia.com |
| Internal Revenue Service | Attn: Mary Sevilla | | mary.b.savilla@irs.gov<br>priscilla.a.burks@irs.gov |
| Loomis | Attn: TJ Niko | | TJ.Niko@us.loomis.com |
| Luis Flores | c/o Andersen & Beede | Attn: Ryan A. Andersen and Valerie Y. Zaidenberg | ryan@aandblaw.com<br>valerie@aandblaw.com |
| National Services, LLC | Attn: Stefanie Farmer | | Stefanie.Farmer@nsa.bz<br>evans@nsafieldservice.com |



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| National Services, LLC | c/o Hodges, Doughty, & Carson | Attn: Matthew Graves | mgraves@hdclaw.com |
| Official Committee of Unsecured Creditors | c/o McDonald Carano LLP | Attn: Ryan J. Works & Amanda M. Perach | aperach@mcdonaldcarano.com<br>rworks@mcdonaldcarano.com |
| Official Committee of Unsecured Creditors | c/o Seward & Kissel LLP | Attn: John R. Ashmead, Esq., Robert J. Gayda, Esq., Catherine V. LoTempio, Esq., Andrew J. Matott, Esq. | ashmead@sewkis.com<br>gayda@sewkis.com<br>lotempio@sewkis.com<br>matott@sewkis.com |
| OptConnect Management LLC | Attn: Chris Baird | | chris.baird@optconnect.com |
| OptConnect Management LLC | c/o Law Office of Brian D. Shapiro, LLC | Attn: Brian D. Shapiro, Esq. | brian@brianshapirolaw.com |
| OptConnect MGT, LLC | c/o Dechert LLP | Attn: Craig Druehl | craig.druehl@dechert.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. | | rtucker@simon.com |
| Spec's - Parent | Attn: Ryan Holder | | rholder@specsonline.com |
| The Jimmerson Law Firm | Attn: Jim Jimmerson | | jimmerson@jimmersonlawfirm.com |
| Thorntons LLC | Attn: Kim James | | Kim.James@mythorntons.com |
| Trangistics Inc | Attn: Arlette Warner | | ar@trangistics.com |
| Trangistics, Inc. | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | | Edward.M.McDonald@usdoj.gov<br>jared.a.day@usdoj.gov |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Esq. | rgold@fbtlaw.com |
| Yesway | Attn: Derek Gaskins | | derek.gaskins@yesway.com |

# **<u>Exhibit C</u>**



## Exhibit C
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 40th Convenience Store | Attn: Mohamad urhan Khateeb | 263 E 40th St | | San Bernardino | CA | 92404 |
| ABAL,LLC dba Citistop | Attn: Al Singh | 420 Executive Park | | Asheville | NC | 28801 |
| Alex & Yvonne Schmunk Inc | Attn: Scott Schmunk | 310 Main | | Bridgeport | NE | 69336 |
| Ameripawn Inc | Attn: Greg Engstrom | 1415 E Lincolnway | | Valparaiso | IN | 46383 |
| Ameripawn Inc | Attn: Greg Engstrom | 2437 Monroe St | | La Porte | IN | 46350 |
| Avalon Hotel & Convention Center | Attn: Ramesh Diora | 16 W 10th St | | Erie | PA | 16501 |
| Avalon Wireless #1 | Attn: Ziad Reda | 829 N. Avalon Blvd | | Wilmington | CA | 90744 |
| B&B Wireless LLC | Attn: Sung H Lee; Shawn Lee | 4606 Memorial Drive | | Decatur | GA | 30032 |
| Bensu Electronics Inc. | Attn: Daniel Bensusan | c/o Experimax David | 5810 S University Dr ##B105 | Davie | FL | 33328 |
| Best Wash Roxana | Attn: Rebecca Unnerstall | 100 Unnerstall Trl | | Alton | IL | 62002 |
| Booja Wireless | Attn: Ki Suk Lee | 1634 Gordon Hwy | | Augusta | GA | 30909 |
| Brothers Market | Attn: Scott Edwards | 12345 University Ave | Suite 200 | Clive | IA | 50325 |
| BW Gas & Convenience Holdings, LLC | Attn: Derek Gaskins | 138 Conant Street | | Beverly | MA | 01915 |
| Casey's Marketing Company, Inc. | Attn: Tom Brennan | 1 SE Convenience Blvd | | Ankeny | IA | 50021 |
| Charlie's Mini Market | Attn: Sam Chander | 630 Ave Jorge Sanes | | Carolina | PR | 00983 |
| CJ Wireless | Attn: Jae Phil Jung | 9075 Van Nuys Blvd | | Panorama City | CA | 91402 |
| Convenience Enterprise LLC | Attn: Saroj Gautam | c/o 7th Heaven Discount Store | 1100 N Morley Street | Moberly | MO | 65270 |
| East Coast Mobile | Attn: John Durant & Sinai Garza | 4406 Market St | | Wilmington | NC | 28401 |
| Electronmania | Attn: Kyongson Pak | 1083-B Market St. | | San Francisco | CA | 94112 |
| Fresh Foods | Attn: Ben Dishman | 1656 Sycamore View | | Memphis | TN | 38134 |
| G Mobile | Attn: Guillermo Peralta | 1872 Southwestern Ave | | Los Angeles | CA | 90006 |
| GF Buche Co | Attn: RF Buche | 102 S Main | | Wagner | SD | 57380 |
| Golden Dollar Inc | Attn: Ahmed Elsayed | 7153 Ogontz Ave | | Philadelphia | PA | 19138 |
| Hari Om 5, LLC | Attn: Krunal Vijay Patel | c/o Shell Gas & Mart | 35 Rebecca St | Mathiston | MS | 39752 |
| JC Business Investments Inc. | Attn: Thakur Jeetendra | 5235 W Davis St #101 | | Dallas | TX | 75211 |
| Lewis Drugs Inc. | Attn: Mike Rath | 2701 S. Minnesota Ave. Suite #1 | | Sioux Falls | SD | 57105 |
| Liberty Wireless of NC Inc | c/o Liberty Wireless 1 | Attn: Mohammad Almersal | 3321 Freedom Dr | Charlotte | NC | 28208 |
| Liberty Wireless1 | Attn: Shiraz Premjee and Mohammad Almersal | 2448 Freedom Dr | | Charlotte | NC | 28217 |
| Lucky Mak's | Attn: Maher Makboul | 20567 SW Tualatin Valley Hwy. | | Beaverton | OR | 97003 |
| Main Street Market | Attn: Hauvala Pitchforth | 15 W Main St | | Ferron | UT | 84523 |
| Malcom Gas and Food llc | Attn: Gurjeet Cheema | 203 Montezuma St | | Malcom | IA | 50157 |
| Matts Hydroponics | Attn: Mathew G Marcoux | 206 E Main St | ##5 | Milford | MA | 01757 |
| Midway Convenience Store | Attn: Tommie Bowers | 101 MS-404 | | Grenada | MS | 38901 |
| Moxee Market LLC | Attn: Gurkarn Gill | PO Box 1134 | | Moxee | WA | 98936 |
| My Choice Wireless | Attn: Alejandro Jarquin | 4036 West 4100 South | | West Valley City | UT | 84119 |
| On The Fly | Attn: Mike Zehner | 10294 West Prairie Rd. | | Boise | ID | 83714 |
| Pikachu's Wireless | Attn: Yolanda Chavarria; Jonathan Valiente | 2678 E. Florence Avenue | | Huntington Park | CA | 90255 |
| POPS Mart Fuels LLC | Attn: David Taylor | 1806 State St | | Cayce | SC | 29033 |
| Pueblo Latino LLC | Attn: Kilian J Deras-Galdamez | 2631 Cerrillos Rd | | Santa Fe | NM | 87505 |
| STL Wireless Cell Phone, PC, and Tablet Repair Shop | Attn: Pedram Jamali | 12539 Bennington Place | | St Louis | MO | 63146 |
| Surf's Up Computing | Attn: Christopher John Rohde | 707 Beville Road | | Dayton Beach | FL | 32119 |
| Tarkanian Basketball Academy | Attn: Pepdi Porciuncula | 2730 S Rancho Dr | | Las Vegas | NV | 89102 |
| The Zam Zam of Tampa Corporation Inc. | Attn: Syeda Jahan & Mostak Bhuyan | c/o Charlie's Market | 2815 East Sligh Ave | Tampa | FL | 33610 |
| Toot 'N Totum Food Stores, LLC | Attn: Greg Mitchell & Andrew Mitchell | 1201 S. Taylor St | | Amarillo | TX | 79101 |
| Velasquez Group L.P. | Attn: Tom Velasquez | PO Box 767 | | Wheeler | TX | 79096 |
| Wireless General | Attn: Sameer Ayad | 3646 General Degaulle Dr | | New Orleans | LA | 70130 |
| Wireless Prepaid Group | Attn: LeAnn Stamper | 4136 Landover Lane | | Raleigh | NC | 27616 |
| Yazan Bayyari DBA Big Mikes Food Mart | Attn: Omar Bayyari | 807 Cokey Rd | | Rocky Mount | NC | 27801 |
| Zeen Wireless | Attn: Piras Shalabi | 554 Lapaclo Blvd | | Gretna | LA | 70056 |

# **Exhibit D**



**Exhibit D**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 202 E Broadway St | Attn: Mohammad Gazi, Khald U Zaman Ornob | 202 E Broadway St | | | Eden | TX | 76837 |
| 2040 Fairfax Inc. | Attn: Dennis J. Delano | DBA Fairfax Market | 101 Parkshore Drive | Suite 100 | Folsom | CA | 95630 |
| 400 SLBW LLC | Attn: Pi Sei Chhem | 460 N Lamer | Suite 300 | | Dallas | TX | 75202 |
| 410 Main St | Attn: Orlando Figueroa | 410 Main St | | | Boone | CO | 81025 |
| 440 Quick Stop | Attn: Nader Moussa | 725 NJ-440 | | | Jersey City | NJ | 07304 |
| 7 Bears Liquors | Attn: Isaac Gebreyesus | 17885 7th St E | | | St Paul | MN | 55119 |
| 8th & Corinth Food Mart LLC | Attn: Jarrell Donato | 1222 Commerce St | | | Dallas | TX | 75202 |
| A Selecta's Inc | Attn: Douglas Aparicio | 115 E 10th St | | | Roanoke Rapids | NC | 27870 |
| AAA Food Mart | Attn: Kalpesh Pate | 9410 Taylorsville Rd | | | Louisville | KY | 40299 |
| Acme Liquor Store | Attn: Rupinder Kaur | 4314 Dollarway Rd | | | Pine Bluff | AR | 71603 |
| Acme Liquors | Attn: Gill Malkit Singh | 1023 Chalkstone Ave | | | Providence | RI | 02908 |
| Adelsons Inc | Attn: Abdulhafed Ali | 2409 Persimmon Street | | | Wasco | CA | 93280 |
| Advance Repair 1 LLC | Attn: Adonis Parets | 2620 N University Dr | | | Sunrise | FL | 33322 |
| Airport Petroleum | Attn: Sajaaad Ahmid | c/o Janet Petroleum LLC | 5979 S Howell Ave | | Milwaukee | WI | 53207 |
| Aladdin Grill & Pizza | Attn: Mahmoud Tarha | 1723 Cumberland Ave | Suite B | | Knoxville | TN | 37916 |
| American Made Tattoo - Aiea | Attn: Gail Goodrich | 98-199 Kamehameha Hwy | #E3 | | Aiea | HI | 96701 |
| American Market | Attn: Jatinder S Parmar | 8580 Grand Ronde Rd | | | Grand Ronde | OR | 97347 |
| American Market #16 | Attn: Jatinder S Parmar | 705 S Empire Blvd | | | Coos Bay | OR | 97420 |
| Annapolis Super USA #002 | Attn: Abdul Ali | 1333 Thomas Ave W | | | St Paul | MN | 55104-2545 |
| Ash Street Laundry | Attn: Lisa Babcock | 1108 W Ash Avenue | | | Junction City | KS | 66441 |
| Ashutosai Ventures LLC | Attn: Rabin Basnet (Admin) Uttam Karki (Site Contact) | 4801 Miller Ave | | | Forth Worth | TX | 76119 |
| Associated Grocers of New England, Inc. | Attn: Andrew Costello; Elizabeth Sewell | c/o Bradford General Store | 450 Main Rd | | Bradford | ME | 04410 |
| Associated Grocers of New England, Inc. | Attn: Andrew Costello; Jessica Corliss | c/o A&A Market | DBA P&L Country Market | 514 Corinna Rd | Dexter | ME | 04930 |
| Associated Grocers of New England, Inc. | Attn: Christopher Moroon | c/o Green's Corner Market #10251 | 346 Whittier Highway | PO Box 349 | Moultonborough | NH | 03254 |
| Associated Grocers of New England, Inc. | Attn: David Champion; Rob Newcome | c/o Steaks N Staff Inc. | 14 Mechanic St | | Lincoln | ME | 04457 |
| Associated Grocers of New England, Inc. | Attn: David Sleeper | c/o Joseph Sleeper & Sons, Inc | 99 Lyndon St. | | Caribou | ME | 04736 |
| Associated Grocers of New England, Inc. | Attn: David Welch; Jane Welch; Matt Welch | c/o Family Market LLC | DBA Friends & Family Market | PO Box 193, 300 State St | Ellsworth | ME | 04605 |
| Associated Grocers of New England, Inc. | Attn: David Welch; Laurie Cole | c/o Village Market | 95 Main St | | Fairfield | ME | 04937 |
| Associated Grocers of New England, Inc. | Attn: Gerald Violette | c/o Jerrys Thriftway | 63 Hoolton St | | Island Falls | ME | 04747 |
| Associated Grocers of New England, Inc. | Attn: James Xenakis | c/o Midtown Market | 701 Salem St | | North Andover | MA | 01845 |
| Associated Grocers of New England, Inc. | Attn: Jamie Wallace | c/o Lennie's Superette | 2201 Medway Road | | Medway | ME | 04460 |
| Associated Grocers of New England, Inc. | Attn: John Hafford | c/o Seasons Restaurant | 427 Main Street | | Bangor | ME | 04401 |
| Associated Grocers of New England, Inc. | Attn: Joshua Button | 11 Cooperative Way | | | Pembroke | NH | 03275 |
| Associated Grocers of New England, Inc. | Attn: Kieth Adams; Linda St. Peter | c/o Applebees Superette | 248 Cardville Rd | PO Box 74 | Greenbush | ME | 04418 |
| Associated Grocers of New England, Inc. | Attn: Michael Daley; Kyle Daley | c/o Solomons Store #10016 | 32 Main St | PO Box 189 | W. Stewartstow | NH | 03597 |
| Associated Grocers of New England, Inc. | Attn: Tim Merrill; Joshua Button | c/o AG Supermarkets, Inc. | 11 Cooperative Way | | Pembroke | NH | 03275 |
| Associated Grocers of New England, Inc. | Attn: Vincent Vallano | c/o M&V Conveinence | 2250 Rte 16 | PO Box 88 | Wossipee | NH | 03890 |
| Associated Grocers of New England, Inc. | c/o Delay's Harvester Market | 783 Forest Road | | | Greenfield | NH | 03047 |
| Associated Grocers of New England, Inc. | c/oThe New Harvester Market | 100 Bradford Rd | PO Box 490 | | Henniker | NH | 03242-0490 |
| Auto Biz Repair Service Center | Attn: Richard Lam | 709 Ahua St | | | Honolulu | HI | 96819 |
| Base Group Enterprises Inc. 2 | Attn: Sharvan Khullar | 1710 E Nob Hill Blvd | | | Yakima | WA | 98901 |
| Bawnan Enterprises Inc. | Attn: Charles Smith | 500 E Runnel Street | | | Mineral Springs | AR | 71851 |
| Beilul LLC | Attn: Tsegay Hailemariam | 4411 S Mead St | | | Seattle | WA | 98118 |
| Best Wash Cahokia | Attn: Rebecca Unnerstall | 100 Unnerstall Trl | | | Alton | IL | 62002 |
| Bhullar Enterprises LLC | Attn: Hardeep Singh | 829 S Corinth St Rd | | | Dallas | TX | 75203 |
| Big City Styles | Attn: Julius Wilkerson | 114 S 1st Street | | | Louisville | KY | 40202 |
| Bkp Inc | Attn: Dash V Patel | 110 Southville Rd | | | Southborough | MA | 01772 |
| Blazin Steaks | Attn: Reginald Espinosa | 98-199 Kamehameha Hwy | Ste B-8 | | Aiea | HI | 96701 |
| Blue Ridge BP | Attn: Kanubhai Patel | 181 West First Street | | | Blue Ridge | GA | 30513 |
| Bodach's Games LLC | Attn: John Merz | 7201 S Broadway | | | St. Louis | MO | 63111 |
| Boost Mobile | | 2439 Northgate Blvd | | | Sacramento | CA | 95833 |
| Boutros Bros Inc. | Attn: Chadi Boutros | 5406 Plymouth St | | | Jacksonville | FL | 32205 |
| Burn Culture Vape, CBD & Kratom | Attn: Sasan Landers | 5925 E Admiral Pl | | | Tulsa | OK | 74115 |
| CAE & Enterprises, LLC | Attn: Carlos Castro Fernandez | 405 Prospect Rd | | | Oakland Park | FL | 33309 |
| California Liquors | Attn: Miguel Fernandez Tavarez | 84 Union Ave | | | Providence | RI | 02909-2231 |
| Campus Phone Repair | Attn: Shahin Nelson Brzroudipour | 1525 W. Tennessee Street | Suite 204 | | Tallahassee | FL | 32304 |
| Capital Coin & Bullion, LLC | Attn: Chad Ervin Tyson | 7304 Burnet Road | | | Austin | TX | 78757 |
| Carolina Super Mart | Attn: Gulbida Nasreen and Zohaib Muhammad | 2004 Randleman Rd | | | Greensboro | NC | 27406 |
| Cascade Cleaners | Attn: Peter Chulmin, Yoo | 11350 NE Halsey Street | | | Portland | OR | 97220 |
| Catanga River Corp dba Food City | Attn: Zac Sclar | PO Box 399 | | | Lewiston | ME | 04243 |
| Cell Phone Hop LLC | Attn: Steven Mena | 454 SW 8th Street | | | Miami | FL | 33130 |
| Cell Phone Mania | Attn: Jorge G. Blakeley | 152 S State St | | | Orem | UT | 84057 |
| Cell Phone Repair | Attn: Samundra Thapaliya | 3047 Old Orchard Lane | | | Bedford | TX | 76021 |
| Cell Tech Repair | Attn: Kumantas Bagdel | 133 Danbury Rd | | | New Milford | CT | 06776 |



**Exhibit D**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Cellphone Fix Pro, Corp | Attn: Yessica Villatoro Velasquez | 278 FL-7 | | | Margate | FL | 33063 |
| Cheema Supermarket | Attn: Nusrat Cheema | 562 Cambridge Street | | | Boston | MA | 02134 |
| Cheers Wine and Spirits LLC | Attn: Dadwal Amandeep Singh | 8333 W Morgan Av | | | Milwaukee | WI | 53220-1037 |
| Choice Gas | Attn: Karim Sereis | 7900 Fruitridge Road | | | Sacramento | CA | 95820 |
| CJ's Convenience Store LLC | Attn: Jody Gene Sylvester | 107 N. 1st Street | | | Elkader | IA | 52043 |
| Clif's Cleaners | Attn: Gina Davis | 4304 Pike Ave. | | | North Little Rock | AR | 72118 |
| Cottage Grove LLC | Attn: James Slott | 1593 Plainfield Ave. NE | | | Grand Rapids | MI | 49505 |
| Craig's EZ - 2 - Pawn | | 1001 N Roan St | | | Johnson City | TN | 37601 |
| Cullen Williams Corporation dba Meadow Gas N. Go Conoco | Attn: Rex Williams | 370 N. Main Street | | | Meadow | UT | 84644 |
| Delta Jubilee | Attn: Jake Sentker | 377 W. Main St. | | | Delta | UT | 84624 |
| Dollars Plus and More LLC | Attn: Shatanie Brewer and Keith Brewer | 2736 Rapids Way | | | Akron | OH | 44312 |
| Donnie's Tobacco Shop LLC | Attn: Jeremiah Wesley Dale Brown | 3381 Us Hwy 117 S | | | Burgaw | NC | 28425 |
| Dry Clean City of Johnson City, LLC | Attn: Keith Mijeski | 204 Sunset Dr | | | Johnson City | TN | 37604 |
| Duckweed Liquors Channelside | Attn: Pavan Kumar Pediredla | 117 N 12th St | | | Tampa | FL | 33602 |
| Duyst Flyers | Attn: Michael Duyst | 515 S Lovers Ln | | | Visalia | CA | 93292 |
| DYD Trading | Attn: Daweit Geremew | 4401 S Capitol St SW | | | Washington | DC | 20032 |
| Electric Underground | Attn: Matthew Schneider | 1305 W Bremer Ave | | | Waverly | IA | 50677 |
| Elite P&P Enterprises LLC | Attn: Prabin Kanaujiya | 18918 Midway Rd | #124 | | Dallas | TX | 75287 |
| Ethio Mart | Attn: Jared Alemu Girma | 10919 Shawnee Mission Pkwy | | | Shawnee | KS | 66203 |
| Express Mart I Food Store | Attn: Gurnam Singh | 5071 24th St | | | Sacramento | CA | 95822 |
| E-Z Cash Payday Loans | Attn: Kristie Reed | 1656 Sycamore View Road | | | Memphis | TN | 38134 |
| Fadeone LLC | Attn: Jot Singh | c/o Fadeone Barbershop | 109 N 17th St | | Boise | ID | 83702 |
| Five Star Grocery #2 | Attn: Fady Fanous | 3582 NC-39 Hwy North | | | Louisburg | NC | 27549 |
| Flow's Pharmacy | Attn: Amanda Haase | 1506 E Broadway | | | Columbia | MO | 65201 |
| Food Fair Supermarket | Attn: Thad Glynn | 301 N 14th St | | | Rich Hill | MO | 64779 |
| Fort Wayne Halal Market | Attn: Khalil Ahmad Abdullah | 2326 Hobson Rd | | | Fort Wayne | IN | 46805 |
| Fresco Market North Haven Inc. | Attn: Michael Di Chello | 342 Washington Ave | | | North Haven | CT | 06473 |
| Friendly's Sports Bar - South County | Attn: Dennis Domachowski | 3971 Bayless Ave | | | St. Louis | MO | 63125 |

# **Exhibit E**



**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Frisella Laundormat LLC | Attn: Michael Frisella | 8623 Big Bend | | | St. Louis | MO | 63119 |
| Fuel Centers Environmental Management LLC dba DFW Oil Energy LLC | Attn: Sami N Ebrahim and Essam Shehata | 1111 N Belt Line #100 | | | Garland | TX | 75040 |
| Gamer Gas & Groceries | Attn: Kirubel Tekle | 4105 Taylor Blvd Ste B | | | Louisville | KY | 40215 |
| Gators Computers LLC | Attn: William Mcneel | 89 North Columbus Ave | | | Louisville | MS | 39339-2600 |
| Gators in Philadelphia | Attn: William McNeel | 89 North Columbus Ave | | | Louisville | MS | 39339-2600 |
| Get Pro Tech Inc. | Attn: Fiaz Ahmad | 1604 7th St | | | Moline | IL | 61265 |
| Gizmos Mini Mart LLC | Attn: Hanif Brown | 708 Boulevard East | A1 | | Weehawken | NJ | 07086 |
| Global Postal Center | Attn: Kenneth Villacorta | 21704 Devonshire St | | | Los Angeles | CA | 91311 |
| Good 2 Go Auto Group LLC | Attn: Ryan Ansley | 2245 W Sugar Creek Rd | | | Charlotte | NC | 28262-3142 |
| Good Time Liquors | Attn: Aaron Klunthong | 5805 N 56th St | | | Tampa | FL | 33610 |
| GoodSpot, LLC | Attn: Mazen T Mustafa | 2201 W National Ave | | | Milwaukee | WI | 53204 |
| Greek Plate Gyro's | Attn: Brian Balla | 811 Market St | | | Chattanooga | TN | 37402 |
| Hala Express, LLC | Attn: Mansoor Fadel | 1791 Magnolia Dr | | | Macon | MS | 39341-2036 |
| Hammerhead Tattoo | Attn: Benjamin Duarte | 2521 S Archer Ave | | | Chicago | IL | 60608 |
| Hendorson Oil Co. | Attn: John Haigh | 745 Ashe St | | | Hendersonville | NC | 28792 |
| High Touch Pharmacy, LLC | Attn: Zalak Y Shah | 344 W Grand St | | | Elizabeth | NJ | 07202 |
| Hilo Loan Shop | Attn: Michael Smallwood | 64 Mamo St | | | Hilo | HI | 96720 |
| HKR Inc | Attn: Harpal Singh | 4315 West Dickman Rd | | | Springfield | MI | 49037 |
| Hock It to Me Pawn | Attn: Kory Simmons | 526 Louisiana Blvd SE | | | Albuquerque | NM | 87108 |
| Holi Water LLC | Attn: Dante Orpilla | 114 Kamehameda Ave | | | Hilo | HI | 96720 |
| Hop In | Attn: Ashwin Pokharel | 214 E Walnut St | | | Coleman | TX | 76834 |
| Hopkins Liquor Store | Attn: Chanmakara Lee | 712 11th Ave S | | | Hopkins | MN | 55343 |
| Hutchinson Oil Company, LLC | Attn: Brian Hutchinson | PO Box 767 | | | Elk City | OK | 73648 |
| iBuy4Resale, Inc | Attn: David Kosciusko | 1530 Mineral Spring Ave | | | North Providence | RI | 02904 |
| Independence Mall Holding, LLC | Attn: Matt Ilbak | 18801 East 39th St S | Ste 2035 | | Independence | MO | 64057 |
| iPhix I.T. LLC | Attn: Dustin Peterson | 516 Church St | | | Ottumwa | IA | 52501 |
| ISA Food Inc. | Attn: Arshadullah Falah | 2610 N 40th St | | | Tampa | FL | 33605 |
| J2Z Ventures LLC | Attn: Rahim Bahadur Ali Jindani | 4050 Haltom Rd | | | Haltom City | TX | 76117 |
| Jay Gurudev LLC | Attn: Prafulbhai C Patel | 1130 Springdale Rd | | | Rock Hill | SC | 29730 |
| JAY RAJ INC DBA Central Warehouse Liquor | Attn: Tarun Patel | 1060 Broad St | | | Central Falls | RI | 02863 |
| John A. Spencer Oil Company Inc. | Attn: John Spencer | 3080 Kernersville Rd | | | Winston-Salem | NC | 27107 |
| Kanta LLC | Attn: Baljinder Singh | 110 W Stockbridge | Site B | | Kalamazoo | MI | 49001 |
| Kartaar AAG, Inc. | Attn: Gurwinder Singh | 1366 Portage Street | | | Kalamazoo | MI | 49001 |
| Ken's SuperFair Foods | Attn: Paul Vetch | 2105 6th Ave SE | | | Aberdeen | SD | 57401 |
| Keys Technology Services Inc | Attn: Piotr Staniak | 916A Kennedy Dr | | | Key West | FL | 33040 |
| Killeen Mall | Attn: Bruce H Wood | 2100 South WS Young Drive | | | Kileen | TX | 76543 |
| King's Mart Inc. | Attn: Mahmmd Badwan | 1551 Hartman Ln | | | Belleville | IL | 62221 |
| Kirby Food & Liquor | Attn: Lenish Kumar | 303 Cedar St | | | Champaign | IL | 61820 |
| Kona Reef Liquor & Deli | Attn: Allan Lee | 75-6082 Ali'i Dr | | | Kailua-Kona | HI | 96740 |
| Krikar LLC | Attn: Karthik Bharadwaj Pothumachi | 1940 N Farwell Ave | | | Milwaukee | WI | 53202 |
| Kut Above Barber Shop | Attn: Ryan Ansley | 2245 W Sugar Creek Rd | | | Charlotte | NC | 28262-3142 |
| L&A Music & Pawn LLC | Attn: Tony Langley | 6215 Bells Ferry Rd | Suite 300 | | Acworth | GA | 30102 |
| Lavanderia Abuelos, LLC | Attn: Levi Roy Wood | 506 S Nursery Rd | Ste 100 | | Irving | TX | 75060 |
| Lavender Laundromat | Attn: Chandrabhanu Ranaweera | 15330 Meadow Rd | | | Lynwood | WA | 98087 |
| Liberty Wireless of NC Inc | c/o Liberty Wireless 1 | Attn: Mohammad Almersal | 3321 Freedom Dr | | Charlotte | NC | 28208 |
| LifeLine Repairs, Inc. | | 3220 Cobb Pkwy | | | Atlanta | GA | 30339 |
| Lionhart Capital dba Richland Mall Holdings | | 2209 Richland Mall | | | Mansfield | OH | 44906 |
| Liquor Palace DBA A One Liquor Inc | Attn: Zalak Patel | 3415 Breckenridge Ln | | | Louisville | KY | 40220 |
| M&A Enterprises Inc. | Attn: Sharvan Khullar | 20 Merlot Dr. | | | Prosser | WA | 99350 |
| Maa Baba Alliance LLC | Attn: Syeda Jahan | 12201 N Florida Ave | | | Tampa | FL | 33612 |
| Mac Food Mart-Brookwood | Attn: Ray McIntosh | 10317 Buffton Rd | | | Fort Wayne | IN | 46809-3026 |
| MACNARB DVD LLC | Attn: Gregory Spanier | 1505 OldField Dr | | | Gautier | MS | 39553-7517 |
| Mail Central Services | Attn: Troyekia Wynn | 4813 Ridge Rd | #11 | | Douglasville | GA | 30134 |
| Maruti 101 Corporation | Attn: Tejas Prabhudas Patel | 4193 Hamilton Cleves Rd | | | Fairfield | OH | 45014 |
| Mayflower Emerald Square LLC | Attn: Kenneth W Hamilton | c/o Jones Lang LaSalle Americas Inc | 14190 Collections Center Drive | | Chicago | IL | 60693 |
| Maynard's Food Center | Attn: Gary Carlson | 627 1st Ave | | | Westbrook | MN | 56183 |
| Mccurdy's Liquor | Attn: Rupinder Kaur | 5700 Dollarway Rd | | | Pinebluff | AR | 71602 |
| Miguel Barcenas | c/o Deco Facil | 1238 S Beach Blvd | Suite G | | Anaheim | CA | 92804-4828 |



**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Miska's Corner Store | Attn: Pritesh Patel | 365 E North Ave. | | | Glendale Heights | IL | 60139 |
| Mobile One | Attn: Riyad Ahmad | 3680 W. Oakland Park Blvd. | | | Lauderdale Lakes | FL | 33311 |
| Mobile One | Riyad Ahmad | 8882 NW 7th Ave. | | | Miami | FL | 33150 |
| Monroe High Mart LLC | Attn: Youssef Alnhlaw | 172 Main St | | | Monroe | CT | 06468 |
| Moser's | Attn: Denny Lee | 900 North Keene | | | Columbia | MO | 65201 |
| Mountain Liquor Stores 1& 2, LLC | Attn: Manuel Torres | 912 Texas Ave | 3710 Shepperd | Apt B | El Paso | TX | 79904 |
| MS Prosser Group LLC | Attn: Sharvan Khullar | 1232 Meade Ave | | | Prosser | WA | 99350 |
| N and N Inc dba Southeast BP | Attn: Prithvi Raj | 8000 Garners Ferry Rd | | | Columbia | SC | 29209 |
| Namira Fresh Food | Attn: Jorge Ledo | 1657 N Miami Ave | Ste D | | Miami | FL | 33136 |
| National Alliance of Trade Associations, LLC | Attn: Aisheen Panjuani | c/o Eshal LLC DBA EzGo Mart | 1913 Anderson Hwy | | Cumberland | VA | 23040 |
| National Alliance of Trade Associations, LLC | Attn: Akbar Ali | c/o County Corner Stores Inc DBA D'Amores Market | 4814 Broad St Rd | | Louisa | VA | 23093 |
| National Alliance of Trade Associations, LLC | Attn: Akbar Au | c/o Country Corner Store LLC | c/o Taylors Cafe | 1924 Sandy Hook Rd | Goochland | VA | 23063 |
| National Alliance of Trade Associations, LLC | Attn: Altaf Kapadia | c/o Raas Inc. | 740 Adkins Rd | | N Chesterfield | VA | 23236 |
| National Alliance of Trade Associations, LLC | Attn: Altaf Kapadia | c/o RAAS Investments Ltd. | c/o Luckys | 2156 Huguenot Trail | Powhatan | VA | 23139 |
| National Alliance of Trade Associations, LLC | Attn: Altaf R. Kapadia | c/o Vintage Market Corporation | 3103 Scottsville Rd | | Charlottesville | VA | 22902 |
| National Alliance of Trade Associations, LLC | Attn: Amin Merchant | c/o Colonial Market Place | 3220 Blvd | | Colonial Heights | VA | 23834 |
| National Alliance of Trade Associations, LLC | Attn: Aziz Lalani | c/o ZNA Enterprises D/B/A Marion Corner Store | 824 Hwy 64 | | Marion | AR | 72364 |
| National Alliance of Trade Associations, LLC | Attn: Fahim Janmir | c/o Rownag Corp | c/o Stoneycreek Convenience Store | 12427 Booth Rd | Stony Creek | VA | 23882 |
| National Alliance of Trade Associations, LLC | Attn: Mr. Akbar | 14403 Walters Road | Suite 682016 | | Houston | TX | 77014 |
| National Alliance of Trade Associations, LLC | Attn: Muhammed Akhar | c/o Rise Investments LLC | 5495 Hwy 57 | | Rossville | TN | 38066 |
| National Alliance of Trade Associations, LLC | Attn: Naushad Ri Haiden | c/o Manhc Corp. | 513 W Euless Blvd | | Euless | TX | 76040 |
| National Alliance of Trade Associations, LLC | Attn: Nimira Surmawala | c/o Beer & Tobacco Inc. | 4788 Bethel Road | #102 | Olive Branch | MS | 38654 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar | c/o 4 Way Quick Stop | 103 N 5th St | | Scranton | AR | 72863 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar | c/o ASM Enterprise LLC | 6965 AR-22 | | Subiaco | AR | 72865 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar | c/o Diamond Liquor Enterprises LLC | 8200 Landers Road | | N Little Rock | AR | 72117 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar | c/o H S Gas n Go | 619 W Main St | | Heber Springs | AR | 72543 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar | c/o H&M Foodmart | 29 Pattons Road | | Wooster | AR | 72181 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar | c/o Monticello Express | 429 Hwy. 425 North | | Monticello | AR | 71655 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar | c/o Porkey's Foodman LLC | 25145 AR-109 | | Scranton | NJ | 72803 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar | c/oLondon Foodmart LLC | 10465 US-64 | | London | AR | 72847 |
| National Alliance of Trade Associations, LLC | Attn: Ramesh Nangunoori | c/o Anjali Investments LLC | 32862 State Hwy 37 | | Seligman | MO | 65745 |
| National Alliance of Trade Associations, LLC | Attn: Ramesh Nangunoori | c/o Package Liquors LLC | Country Package, 26131 Hwy 37 | | Washburn | MO | 65745 |
| National Alliance of Trade Associations, LLC | Attn: Ramesh Nangunoori | c/o PQ Mart LLC | Trojan PQ | 112 Old Wire Rd | Washburn | MO | 65772 |
| National Alliance of Trade Associations, LLC | Attn: Sadiq Sajwani | c/o Asia Petroleum LLC | DBA Al's Market Place | 3440 Anderson Hwy | Powhatan | VA | 23139 |
| National Alliance of Trade Associations, LLC | Attn: Shabir Kaba | c/o Slzee Inc T/A Horizon Food | 6141 Charles City Rd | | Richmond | VA | 23231 |
| National Alliance of Trade Associations, LLC | Attn: Suleman Shamsuddin | c/o Reliance & Reliance LLC | 17225 US-64 | | Somerville | TN | 38068 |
| National Alliance of Trade Associations, LLC | Attn:Ed Rehmat | c/o Jerman Inc. | 624 Rasco Rd W | | South Haven | MS | 38671 |
| R&A Wireless World Inc | | 3680 W. Oakland Park Blvd. | | | Lauderdale Lakes | FL | 33311 |

# **Exhibit F**



## Exhibit F
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Neighborhood Liquor Mart | Attn: Humza Naeem Firoz | 3505 Lincoln Way | #Ste 105 | Ames | IA | 50014 |
| Northway Market | Attn: Sam Mutan, Hisham Mutan | 5590 Florrissant Ave | | St. Louis | MO | 63120 |
| NW Harbor International | Attn: Inna Mayorov | 3329 E. Sprague Avenue | | Spokane | WA | 99202 |
| Old Brandon Shell | Attn: Jonathan Duane Germany | 206 E Government St | | Brandon | MS | 39042 |
| Old Hickory Express | Attn: Alaa Qaadan | 588 Old Hickory Blvd | | Jackson | TN | 38305 |
| One Stop Market | | 2185 Richmond Tappahannock Hwy | | Manquin | VA | 23106 |
| OSC PC Inc | Attn: Artem Trdatovich Oganyan | 12515 Oxnard St | | North Hollywood | CA | 91606 |
| P&N Pawn Shop | Attn: Christopher Scott Firebaugh | 1842 W Jefferson St | | Plymouth | IN | 46563 |
| PAB Holdings Inc. | Attn: Arthur Blikian | 13947 Chandler Blvd | | Sherman Oaks | CA | 91401 |
| Personalized Gifts DBA Quick Fix | Attn: Kashif Hafiz | 398 Northtown Dr NE | | Blaine | MN | 55434 |
| Pmall Wireless LLC | Attn: Khalid Ali Alkady | 1108 E Pontiac St | #3 | Fort Wayne | IN | 46803 |
| Prenger Foods | Attn: Amanda Prenger Halley | 902 E Briggs Dr | | Macon | MO | 63552 |
| Pro-Play Games LLC | Attn: George Machado | 13415 SW 73 Ter | | Miami | FL | 33183 |
| PSA LLC | Attn: Mayur Patel | 303 E Central Ave | | Comache | TX | 76442 |
| Rameshwaram LLC | Attn: Chetankumar Patel | 365 US-6 | | Genesco | IL | 61254 |
| RBJ Ventures LLC | Attn: Rahim Bahadur Ali Jindani | 6551 Boulevard 26 | | N Richand Hills | TX | 76180-1525 |
| Resurrected Games | Attn: Troy Scott ARN | 2815 Guadalupe St | #C | Austin | TX | 78705 |
| Right Market #2 | Attn: Usami Abdullah, Usama Abdullah | 1028 Penn Ave | | Pittsburgh | PA | 15221 |
| Rios Wireless | Attn: Brenda Rios | 5530 Berchmans Ave | | Las Vegas | NV | 89122 |
| RJHY Enterprise LLC | Attn: Kanubhai Patel | 1002 Rabbit Run | | Hopkins | SC | 29061 |
| RSS UBSBB2012C4 - UT NMH, LLC | c/o The Woodmont Company | 2100 West 7th Street | | Fort Worth | TX | 76107 |
| RSS WFCM2013-LC12-MT RO LLC | c/o Jones Lang LaSalle Americas Inc. | 300 South 24th Street | | Billings | MT | 59102-5650 |
| Saint George Laundromat LLC | Attn: Sameh Lous | 3441 Lebanon Pike | Suite 110 | Hermitage | TN | 37076 |
| Sam F, Inc dba Oak Street Foodmart | Attn: Samir Faraj | 331 E Oak Street | | Louisville | KY | 40203 |
| Samreet Inc. | Attn: Parmjit Singh | 511 N 1st St | | Yakima | WA | 98901-2307 |
| Sam's Food Stores | Attn: Krupal M Soni | 389 Broadway | | Lawrence | MA | 01841 |
| Sam's Wireless TN Inc | Attn: Adel Saleh | 612 W Market St | | Bolivar | TN | 38008 |
| Saneha Enterprises Inc. | Attn: Malik Lalani | c/o Super Laundry City | 1120 E Parker Rd Ste 110 | Plano | TX | 75074-5374 |
| Savin Hill Wine & Spirits | Attn: Leykun Abay Abay | 1051 Dorchester Ave | | Boston | MA | 02125 |
| Savita Inc. dba Nicks Food Mart | Attn: Kirti Patel | 1219 Lakeland Hills Blvd | | Lakeland | FL | 33805 |
| Sean Haggerty Smoke Shop | Attn: Mohammeddarwish Lulu | 11100 Sean Haggerty Dr | Ste 208 | El Paso | TX | 79934 |
| Shamrock Plaza Liquors | Attn: Makhan Shoker | 289 McKnight S | | St. Paul | MN | 55119 |
| Shana Cell Service | Attn: Sandra Vargas; Maria Bargas | 2004 East Charleston Blvd. | | Las Vegas | NV | 89104 |
| Shaw Gate Trading Post | Attn: Daniel E. Burkett | 5435 Broad St | | Sumter | SC | 29154 |
| Simply 3D Hawaii LLC | Attn: Darren Oshiro; Jonathan Pananganan | 94-1221 KA UKA Blvd | Ste 108-338 | Waipahu | HI | 96797-6202 |
| SM Gas Inc | Attn: Sarwan Singh | 13060 Jefferson Blvd | | Mishawaka | IN | 46546 |
| Southside mini mart LLC | Attn: Esam Saleh | 1939 S Highland Ave | | Jackson | TN | 38301 |
| Star West Metreon, LLC | Attn: Jeremiah Gregory | c/o Jones Lang LaSalle Americas Inc | PO Box 398057 | San Francisco | CA | 94139-8057 |
| Stars Investments LLC c/o Star Food Mart | Attn: Rajan Patel | 906 Peach St | | Selmer | TN | 38375 |
| Steve's Laundry Center LLC | Attn: Steven Hochstetler | 150 Family Fare Dr #2 | | Nappanee | IN | 46550 |
| Stop N Shop | Attn: Arshadullah Falah | 2924 N 50th St | | Tampa | FL | 33619 |
| Sumrall Doughnuts and Breakfast | Attn: Kelly Pich | 1220 MS-42 | | Sumrall | MS | 39482 |
| Sunshine Food Store | Attn: Thakur Jeetendra | 2401 S Carrier Pkwy | | Grand Prairie | TX | 75051 |
| T&T Rental L C | Attn: Tony Edward Tomlyanovich | 409 Main St | | Cedar Falls | IA | 50613 |
| Tech Doc's Depot | Attn: Mathew R Jackson | 209 N Central Ave | | Paris | IL | 61944 |
| Techy By Dr Phone Fix & Computer Repair Tamiami | Attn: Sandra De Regibus | 11461 SW 40th St | | Miami | FL | 33165 |
| Techy By Dr Phone Fix & Computer Repair Weston | | 4442 Weston Rd | | Davie | FL | 33331 |
| The Business Lounge | Attn: Shannon Robinson | 4035 Jonesboro Rd SE | Suite 240, #416 | Forest Park | GA | 30297 |
| The CORE Inc | Attn: Michael Paul Blanchard | 1926 Valley Park Dr | | Cedar Falls | IA | 50613 |
| The Depot Express | Attn: David Scheetz | 221 W. Marengo Rd | | Tiffin | IA | 52340 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)



**Exhibit F**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| The Golfing Dog Group LLC DBA Washboard | Attn: Thomas Nolting | 1080 Honeysuckle Lane | | Cabot | AR | 72023 |
| Tienda Latino De Forest LLC | Attn: Ovidio Francisco-Miguel | 665 E 3rd St | | Forest | MS | 39074 |
| Time Saver of Kennedy Inc. | Attn: Samuel Helmy Fahiem Makarius | 4148 W Kennedy Blvd | | Tampa | FL | 33609-2246 |
| Top Discount Beverage LLC | Attn: Bhavesh R Patel | 7141 E Hwy 25 | | Belleview | FL | 34420 |
| Tubac Market | Attn: Harold Busboom | PO Box 4569 | | Tubac | AZ | 85646 |
| Unspoken Art Studio | Attn: Paul Tischhauser | 7151 Savannah Dr | | Newburgh | IN | 47630 |
| V-5 Market, LLC | Attn: Elizabeth Valdovinos | 1009 Dale Ave | Suite #C | Benton City | WA | 99320 |
| Vaid Oil Company LLC | Attn: Parveen Kumar | 2344 N Limestone St | Apt 104 | Springfield | OH | 45503 |
| Velasquez Group L.P. | Attn: Tom Velasquez | PO Box 767 | | Wheeler | TX | 79096 |
| Water Boy Services | Attn: Edgar Nava | 1361 N Fair Oaks Ave | | Pasadena | CA | 91103 |
| West Mount One Stop LLC | Attn: George Youssif | 8206 West Mount Drive | | Rocky Mount | NC | 27803 |
| Williams Package | Attn: Dipakkumar Patel | 50 Spring Street | | Winchendon | MA | 01475 |
| Wine Beginnings | Attn: Kimberly Moen | 1413 Tower Avenue | | Superior | WI | 54880 |
| Wireless Times LLC | Attn: Adam Mansour | 5716 Brookdale Dr. N. | Suite B | Brooklyn Park | MN | 55443 |
| Wizards Keep Games | Attn: Jason Bessonette | 17148 116th Avenue SE | | Renton | WA | 98058 |
| World Market Inc | Attn: Corey Hong | 3900 S. Grand Blvd. | | St. Louis | MO | 63118 |
| W-Side Market Inc | Attn: Malek Akermi | 482 W Oak Ridge Rd | | Orlando | FL | 32809 |
| Xvertuz Vapes | aTTN: Denna Hatch | 1175 US-40 #Suite B | | Vernal | UT | 84078 |
| Yoleni's Providence | Attn: Alexander Meletios | 292 Westminster Street | | Providence | RI | 02903 |
| Zach's Country Store | Attn: Zachary D. Soper | 641 Gurnet Road | | Brunswick | ME | 04011 |