BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed March 30, 2023

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re

CASH CLOUD, INC.,
dba COIN CLOUD,

                              Debtor.

Case No.  BK-23-10423-mkn

Chapter 11

**NOTICE OF BID DEADLINE OF
APRIL 12, 2023 FOR SUBMISSION OF
TERM SHEETS IN CONNECTION
WITH EITHER:
(A) PLAN OF REORGANIZATION FOR
DEBTOR; OR
(B) SALE OF SUBSTANTIALLY ALL OF
      DEBTOR'S ASSETS**

   **PLEASE TAKE NOTICE**, that Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and

debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel,

Fox Rothschild LLP, hereby sets a bidding deadline of **April 12, 2023 at 5:00 p.m. Pacific Time**

(the "Bid Deadline") for all interested parties to submit term sheets for either: (a) a plan of

reorganization for the Debtor; or (b) the purchase of substantially all of the Debtor's assets.

   Interested parties may submit their term sheets via mail or e-mail, so that such term sheet is

actually received by each of the following parties no later than the Bid Deadline: (i) bankruptcy

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

144205482.1

1

counsel to the Debtor: Fox Rothschild LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada 89135, Attn: Brett A. Axelrod (baxelrod@foxrothschild.com); and (ii) financial advisor to the Debtor: Province, LLC, 2360 Corporate Circle, Ste. 340, Henderson, Nevada, 89074, Attn: Daniel Moses (dmoses@provincefirm.com).

DATED this 30th day of March 2023.

**FOX ROTHSCHILD LLP**

By: _____*/s/Brett Axelrod*_____
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

144205482.1