BRETT A. AXELROD, ESQ.  (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed March 30, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.  BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING DEBTOR'S MOTION FOR AUTHORIZATION TO ENTER INTO NEW OFFICE LEASE PURSUANT TO 11 U.S.C. § 105 AND 363** |

**PLEASE TAKE NOTICE** that on the 30th day of March, 2023, the Court entered an *Order Granting Debtor's Motion For Authorization To Enter Into New Office Lease Pursuant To 11 U.S.C. § 105 And 365*  [ECF 376], a copy of which is attached here.

Dated this 30th day of March, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

1

144226263.1




Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 30, 2023

___

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
           jmcpherson@foxrothschild.com
           nkoffroth@foxrothschild.com
           zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                    Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR AUTHORIZATION TO ENTER INTO NEW OFFICE LEASE PURSUANT TO 11 U.S.C. § 105 AND 363**<br><br>Hearing Date:  March 29, 2023<br>Hearing Time:  9:30 a.m. |

The Court, having reviewed and considered Debtor's motion (the "Motion")[1] for an order authorizing the Debtor to enter into a lease with WeWork ("We Work Lease") pursuant to 11

___

[1] Unless defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

1

144171386.1

1  U.S.C. § 105(a) and 363; and upon consideration of the McAlary Declaration and arguments of

2  counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein

3  pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being

4  a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant

5  to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and

6  it appearing that no other or further notice need be provided; the Court having determined that the

7  execution of the WeWork Lease is a sound exercise of the Debtor's business judgment and is in the

8  best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual

9  bases set forth in the Motion establish just cause for the relief granted herein; and upon all the

10 proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

11 it is hereby,

12         **ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

13         **ORDERED** that the Debtor is authorized to enter into the WeWork Lease attached as

14 Exhibit 2 to the Motion;

15         **ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising

16 from the implementation or interpretation of this Order; and it is further

17         **ORDERED** that notice of the Motion as provided therein shall be deemed good and

18 sufficient notice of the Motion; and it is further

19         **ORDERED** that, to the extent applicable, the 14-day stay under Fed.R.Bankr. P. 6004(h) is

20 waived.

21 Prepared And Respectfully Submitted By:

22 **FOX ROTHSCHILD LLP**

23 By: /s/ Jeanette E. McPherson
24      JEANETTE E. MCPHERSON, ESQ.
        BRETT A. AXELROD, ESQ.
25      NICHOLAS A. KOFFROTH, ESQ.
        ZACHARY T. WILLIAMS, ESQ.
26      1980 Festival Plaza Drive, Suite 700
        Las Vegas, Nevada 89135
27
*Counsel for Debtor*
28

2

144171386.1

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐     The Court has waived the requirement of approval in LR 9021(b)(1).

☒     No party appeared at the hearing or filed an objection to the motion

☐     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

144171386.1