BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed April 5, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re

CASH CLOUD, INC.,
    dba COIN CLOUD,

            Debtor.

Case No. BK-23-10423-mkn

Chapter 11

**STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE**

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP; CKDL Credit, LLC (the "DIP Lender"), by and through its counsel Berger Singerman LLP and Sylvester & Polednak Ltd.; Genesis Global Holdco, LLC ("Genesis"), by and through its counsel Cleary Gottlieb Steen & Hamilton LLP and Snell & Wilmer L.L.P.; Enigma Securities Limited ("Enigma"), by and through its counsel Morrison & Foerster LLP and Shea Larsen; and the Official Committee of Unsecured Creditors (the "Committee"), by and through its counsel Seward & Kissel LLP and McDonald Carano, LLP; and Christopher Andrew McAlary ("Mr. McAlary", and together with the Debtor, the DIP Lender, Genesis, Enigma and the Committee, the "Parties"), by and through his counsel Carlyon Cica Chtd., stipulate and agree as follows (the "Stipulation"):

1

144345068.1

# RECITALS

A. WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada, commencing the Chapter 11 Case;

B. WHEREAS, on February 17, 2023, the United States Trustee for the District of Nevada appointed the Committee in the Chapter 11 Case (see ECF No. 131);

C. WHEREAS, on February 24, 2023 the Court issued an *Order Scheduling Settlement Conference* [ECF No. 164] (the "Scheduling Order"); and

D. WHEREAS, on March 7, 2023 the Parties filed a *Stipulation to Continue Settlement Conference and Status Conference* [ECF No. 210] which was approved by this Court's Order entered on March 8, 2023 [ECF No. 214]; and

E. WHEREAS, the Parties desire to adjourn the Settlement Conference currently scheduled for April 19 and April 20, 2023 and reschedule the Settlement Conference for June 20, 2023;

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that:

1. The Settlement Conference scheduled for April 19-20, 2023 is adjourned; and

2. The Settlement Conference shall be held on June 20, 2023 beginning at 9:00 a.m. before U.S. Bankruptcy Judge Gregg W. Zive in Courtroom #1, 300 Booth Street, Reno, Nevada.

Dated this 4th day of April 2023.

| **FOX ROTHSCHILD LLP** | **SEWARD & KISSEL LLP** |
|---|---|
| By: /s/Brett A. Axelrod<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>ZACHARY T. WILLIAMS, ESQ.<br>Nevada Bar No. 16023<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>*Counsel for Debtor* | By: /s/Andrew J. Matott<br>ROBERT J. GAYDA, ESQ.<br>CATHERINE V. LOTEMPIO, ESQ.<br>ANDREW J. MATOTT, ESQ.<br>One Battery Park Plaza<br>New York, NY 10004<br><br>and |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

144345068.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**BERGER SINGERMAN LLP**

By  /s/Jordi Guso
   JORDI GUSO, ESQ.
   *(admitted pro hac vice)*
   1450 Brickell Avenue, Suite 1900
   Miami, FL 33131

  and

**SYLVESTER & POLEDNAK, LTD.**
   JEFFREY R. SYLVESTER, ESQ.
   Nevada Bar No. 4396
   1731 Village Center Circle
   Las Vegas, NV 89134
*Attorneys for Interested Party
CKDL Credit, LLC*

**MORRISON & FOERSTER LLP**

By  /s/Andrew Kissner
   GARY LEE, ESQ.
   (Admitted Pro Hac Vice)
   New York Bar No. 2397669
   ANDREW KISSNER, ESQ.
   (Admitted Pro Hac Vice)
   New York Bar No. 5507652
   250 West 55th Street
   New York, New York 10019-3601

  and

**SHEA LARSEN**
   JAMES PATRICK SHEA, ESQ.
   Nevada Bar No. 405
   BART K. LARSEN, ESQ.
   Nevada Bar No. 8538
   KYLE M. WYANT, ESQ.
   Nevada Bar No. 14652
   1731 Village Center Circle, Suite 150
   Las Vegas, Nevada 89134
*Counsel for Enigma Securities Limited*

**MCDONALD CARANO, LLP**
   RYAN J. WORKS, ESQ.
   2300 West Sahara Avenue, Suite 1200
   Las Vegas, NV 89102
*Counsel for The Official Committee of
Unsecured Creditors*

**SNELL & WILMER L.L.P.**

By  /s/Robert R. Kinas
   ROBERT R. KINAS, ESQ.
   (NV Bar No. 6019)
   BLAKELEY E. GRIFFITH, ESQ.
   (NV Bar No. 12386)
   CHARLES E. GIANELLONI, ESQ.
   (NV Bar No. 12747)
   3883 Howard Hughes Pkwy., Suite 1100
   Las Vegas, NV 89169

  and

   SEAN A. O'NEAL, ESQ.
   (Admitted Pro Hac Vice)
   CLEARY GOTTLIEB STEEN &
   HAMILTON LLP
   One Liberty Plaza
   New York, NY 10006
*Counsel for Genesis Global Holdco, LLC*

**CARLYON CICA CHTD.**

By:  /s/Dawn M. Cica
   CANDACE C. CARLYON, ESQ.
   Nevada Bar No. 2666
   DAWN M. CICA, ESQ.
   Nevada Bar No. 4565
   TRACY M. O'STEEN, ESQ.
   Nevada Bar No. 10949
   265 E. Warm Springs Road, Suite 107
   Las Vegas, NV 89119
*Counsel for Chris McAlary*

144345068.1

4

144345068.1