BRETT A. AXELROD, ESQ. (Nv Bar No. 5859)
JEANETTE E. MCPHERSON, ESQ. (Nv Bar No. 5423)
NICHOLAS A. KOFFROTH, ESQ. (Nv Bar No. 16264)
ZACHARY T. WILLIAMS, ESQ. (Nv Bar No. 16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email:  baxelrod@foxrothschild.com
          jmcpherson@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed April 6, 2023

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                        Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEBTOR'S:**<br><br>**1) FOURTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT [ECF 355];**<br><br>**2) FIFTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT [ECF 358];**<br><br>**3) SIXTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT [ECF 361]; AND** |

144386638.1

**4) SEVENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT [ECF 364]**

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, and Enigma Securities Limited ("Enigma"), by and through is undersigned counsel, Morrison & Foerster LLP and Shea Larsen, hereby enter into this *Stipulation To Extend Time To Respond To Debtor's: 1) Fourth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 355]; 2) Fifth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 358]; 3) Sixth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 361]; And 4) Seventh Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 364]* ("Stipulation").

## RECITALS

WHEREAS, Debtor filed the *Fourth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment* [ECF 355] ("Fourth Omnibus Motion") on March 23, 2023;

WHEREAS, Debtor filed the *Fifth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain*

144386638.1

1  *Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment*
2  [ECF 358] ("Fifth Omnibus Motion") on March 23, 2023;
3  WHEREAS, Debtor filed the *Sixth Omnibus Motion For Entry Of Order Approving Rejection*
4  *Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of*
5  *Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or*
6  *Abandonment* [ECF 361] ("Sixth Omnibus Motion") on March 23, 2023;  and
7  WHEREAS, Debtor filed the *Seventh Omnibus Motion For Entry Of Order Approving Rejection*
8  *Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of*
9  *Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or*
10  *Abandonment* [ECF 364] ("Seventh Omnibus Motion") on March 23, 2023 (the Fourth Omnibus
11  Motion, Fifth Omnibus Motion, Sixth Omnibus Motion, and Seventh Omnibus Motion are collectively
12  referred to herein as "Omnibus Motions");
13  WHEREAS, the hearings on the Omnibus Motions are set for April 20, 2023 at 10:30 a.m.;
14  WHEREAS, the deadline for Enigma to file a response to the Omnibus Motions is currently
15  April 6, 2023 ("Response Deadline") and the deadline for the Debtor to file a reply is currently April 13,
16  2023 ("Reply Deadline"); and
17  WHEREAS, the Debtor and Enigma have agreed to continue the Response Deadline to April 14,
18  2023 and the Reply Deadline to April 18, 2023.
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

3

144386638.1

# STIPULATION

NOW, THEREFORE, in consideration of the foregoing, the parties agree as follows:

1. The Response Deadline is continued to April 14, 2023; and
2. The Reply Deadline is continued to April 18, 2023.

Dated this 6th day of April, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

Dated this 6th day of April, 2023.

**MORRISON & FOERSTER LLP**

By: /s/ Andrew Kissner
GARY LEE, ESQ. (Admitted *Pro Hac Vice*)
New York Bar No. 2397669
ANDREW KISSNER, ESQ. (Admitted *Pro Hac Vice*)
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601

and

**SHEA LARSEN**
JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 405
BART K. LARSEN, ESQ.
Nevada Bar No. 8538
KYLE M. WYANT, ESQ.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
*Counsel for Enigma Securities Limited*

144386638.1