Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq. (*pro hac vice*)
Robert J. Gayda, Esq. (*pro hac vice*)
Catherine V. LoTempio, Esq. (*pro hac vice*)
Andrew J. Matott, Esq. (*pro hac vice*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE OPPOSITION TO LUIS FLORES'S MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)**<br><br>**Hearing Date: April 20, 2023**<br>**Hearing Time: 10:30 a.m.** |

Cash Cloud, Inc. dba Coin Cloud ("Debtor" or "Debtor in Possession"), the Official Committee of Unsecured Creditors (the "Official Committee") and Luis Flores ("Flores"), by and through their undersigned counsel of record, hereby enter into this Stipulation to Extend Deadline to File Opposition to Flores's *Motion for Relief From Automatic Stay Pursuant to 11 U.S.C. § 362(d)* (the "Motion") [ECF No. 287] (the "Stipulation").

## STIPULATION

1. The undersigned counsel for the parties hereby stipulate to extend the deadline for the Official Committee and the Debtor to file an opposition to the Motion from April 6, 2023, until April 11, 2023.

2. The undersigned counsel for the parties hereby further stipulate to extend the deadline for Flores to file a reply to any opposition filed by the Official Committee or the Debtor, in support of its Motion from April 13, 2023, until April 14, 2023.

**IT IS SO STIPULATED BY:**

Dated April 6, 2023.

McDONALD CARANO LLP

/s/ Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

- and –

John R. Ashmead, Esq.
(*pro hac vice application forthcoming*)
Robert J. Gayda, Esq.
(*pro hac vice application forthcoming*)
Catherine V. LoTempio, Esq.
(*pro hac vice application forthcoming*)
Andrew J. Matott, Esq.
(*pro hac vice application forthcoming*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*

Dated April 6, 2023.

ANDERSEN & BEEDE

/s/ Ryan A. Andersen
Ryan A. Andersen, Esq. (NSBN 12321)
Valerie Y. Zaidenberg, Esq. (NSBN 15839)
3199 E. Warm Springs Rod., Suite 400
Las Vegas, Nevada 89120
ryan@aandblaw.com
valerie@aandblaw.com

*Counsel for Luis Flores*

FOX ROTHSCHILD LLP

/s/ Brett A. Axelrod
Brett A. Axelrod, Esq. (NSBN 5859)
Jeanette E. McPherson, Esq. (NSBN 5423)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
baxelrod@foxrothschild.com
jmcpherson@foxrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com

*Counsel to the Debtor and Debtor in Possession*