

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 07, 2023
_____

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq. (*pro hac vice*)
Robert J. Gayda, Esq. (*pro hac vice*)
Catherine V. LoTempio, Esq. (*pro hac vice*)
Andrew J. Matott, Esq. (*pro hac vice*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No.: 23-10423-mkn |
|---|---|
| CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE OPPOSITION TO LUIS FLORES'S MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)** |

Upon consideration of the *Stipulation to Extend Deadline to File Opposition to Luis Flores's Motion for Relief From Automatic Stay Pursuant to 11 U.S.C. § 362(d)* (the "Stipulation") between

Cash Cloud, Inc. dba Coin Cloud ("Debtor" or "Debtor in Possession"), the Official Committee of Unsecured Creditors (the "Official Committee") and Luis Flores ("Flores"), by and through their undersigned counsel, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Stipulation is approved entirely.

**IT IS FURTHER ORDERED** that the deadline for the Official Committee and the Debtor to file an opposition to the Motion is extended from April 6, 2023 to April 11, 2023.

**IT IS FURTHER ORDERED** that the deadline for Flores to file a reply to any opposition filed by the Official Committee or the Debtor in support of its Motion is extended from April 13, 2023 to April 14, 2023.

**IT IS SO ORDERED.**

# # #

Prepared and respectfully submitted by:

McDONALD CARANO LLP

 /s/  Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq. (*pro hac vice application pending*)
Robert J. Gayda, Esq. (*pro hac vice application pending*)
Catherine V. LoTempio, Esq. (*pro hac vice application pending*)
Andrew J. Matott, Esq. (*pro hac vice application pending*)
SEWARD & KISSEL LLP
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*