BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed April 7, 2023

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE** |

**PLEASE TAKE NOTICE** that on the 7th day of April 2023, the Court entered an *Order Approving Stipulation to Reschedule Settlement Conference* [ECF 386], a copy of which is attached hereto.

Dated this 7th day of April 2023.

**FOX ROTHSCHILD LLP**

By     */s/Brett A. Axelrod*
   BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
*Counsel for Debtor*

144487770.1



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 07, 2023
_____

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>    CASH CLOUD, INC.,<br>    dba COIN CLOUD,<br><br>                              Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE**<br><br>Old Settlement Conference Date:<br>**April 19, 2023 at 9:00 and**<br>**April 20, 2023 at 9:00**<br><br>**New Settlement Conference Date:**<br>June 20, 2023 at 9:00 a.m. |

144389598.1

1

Upon consideration of the *Stipulation to Reschedule Settlement Conference* [Docket No. 380] (the "Stipulation");

**IT IS HEREBY ORDERED** that the Stipulation, a copy of which is attached hereto as **Exhibit A**, is APPROVED; and

1. The Settlement Conference scheduled for April 19-20, 2023 is adjourned.

2. The Settlement Conference shall be held on June 20, 2023 in person, unless otherwise approved by the settlement judge.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
*Counsel for Debtor*

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

144389598.1

**EXHIBIT A**

144389598.1

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
　　　　nkoffroth@foxrothschild.com
　　　　zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed April 5, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>　dba COIN CLOUD,<br><br>　　　　　　　　Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE** |

    Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP; CKDL Credit, LLC (the "DIP Lender"), by and through its counsel Berger Singerman LLP and Sylvester & Polednak Ltd.; Genesis Global Holdco, LLC ("Genesis"), by and through its counsel Cleary Gottlieb Steen & Hamilton LLP and Snell & Wilmer L.L.P.; Enigma Securities Limited ("Enigma"), by and through its counsel Morrison & Foerster LLP and Shea Larsen; and the Official Committee of Unsecured Creditors (the "Committee"), by and through its counsel Seward & Kissel LLP and McDonald Carano, LLP; and Christopher Andrew McAlary ("Mr. McAlary", and together with the Debtor, the DIP Lender, Genesis, Enigma and the Committee, the "Parties"), by and through his counsel Carlyon Cica Chtd., stipulate and agree as follows (the "Stipulation"):

1

144345068.1

**RECITALS**

A. WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada, commencing the Chapter 11 Case;

B. WHEREAS, on February 17, 2023, the United States Trustee for the District of Nevada appointed the Committee in the Chapter 11 Case (see ECF No. 131);

C. WHEREAS, on February 24, 2023 the Court issued an *Order Scheduling Settlement Conference* [ECF No. 164] (the "Scheduling Order"); and

D. WHEREAS, on March 7, 2023 the Parties filed a *Stipulation to Continue Settlement Conference and Status Conference* [ECF No. 210] which was approved by this Court's Order entered on March 8, 2023 [ECF No. 214]; and

E. WHEREAS, the Parties desire to adjourn the Settlement Conference currently scheduled for April 19 and April 20, 2023 and reschedule the Settlement Conference for June 20, 2023;

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that:

1. The Settlement Conference scheduled for April 19-20, 2023 is adjourned; and

2. The Settlement Conference shall be held on June 20, 2023 beginning at 9:00 a.m. before U.S. Bankruptcy Judge Gregg W. Zive in Courtroom #1, 300 Booth Street, Reno, Nevada.

Dated this 4th day of April 2023.

| FOX ROTHSCHILD LLP | SEWARD & KISSEL LLP |
|---|---|
| By: /s/Brett A. Axelrod<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>ZACHARY T. WILLIAMS, ESQ.<br>Nevada Bar No. 16023<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>*Counsel for Debtor* | By: /s/Andrew J. Matott<br>ROBERT J. GAYDA, ESQ.<br>CATHERINE V. LOTEMPIO, ESQ.<br>ANDREW J. MATOTT, ESQ.<br>One Battery Park Plaza<br>New York, NY 10004<br><br>and |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

|   |   |
|---|---|
| | **MCDONALD CARANO, LLP**<br>RYAN J. WORKS, ESQ.<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>*Counsel for The Official Committee of Unsecured Creditors* |
| **BERGER SINGERMAN LLP**<br><br>By    /s/Jordi Guso<br>   JORDI GUSO, ESQ.<br>   *(admitted pro hac vice)*<br>   1450 Brickell Avenue, Suite 1900<br>   Miami, FL 33131<br><br>   and<br><br>**SYLVESTER & POLEDNAK, LTD.**<br>   JEFFREY R. SYLVESTER, ESQ.<br>   Nevada Bar No. 4396<br>   1731 Village Center Circle<br>   Las Vegas, NV 89134<br>*Attorneys for Interested Party CKDL Credit, LLC* | **SNELL & WILMER L.L.P.**<br><br>By    /s/Robert R. Kinas<br>   ROBERT R. KINAS, ESQ.<br>   (NV Bar No. 6019)<br>   BLAKELEY E. GRIFFITH, ESQ.<br>   (NV Bar No. 12386)<br>   CHARLES E. GIANELLONI, ESQ.<br>   (NV Bar No. 12747)<br>   3883 Howard Hughes Pkwy., Suite 1100<br>   Las Vegas, NV 89169<br><br>   and<br><br>   SEAN A. O'NEAL, ESQ.<br>   (Admitted Pro Hac Vice)<br>   CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>   One Liberty Plaza<br>   New York, NY 10006<br>*Counsel for Genesis Global Holdco, LLC* |
| **MORRISON & FOERSTER LLP**<br><br>By    /s/Andrew Kissner<br>   GARY LEE, ESQ.<br>   (Admitted Pro Hac Vice)<br>   New York Bar No. 2397669<br>   ANDREW KISSNER, ESQ.<br>   (Admitted Pro Hac Vice)<br>   New York Bar No. 5507652<br>   250 West 55th Street<br>   New York, New York 10019-3601<br><br>   and<br><br>**SHEA LARSEN**<br>   JAMES PATRICK SHEA, ESQ.<br>   Nevada Bar No. 405<br>   BART K. LARSEN, ESQ.<br>   Nevada Bar No. 8538<br>   KYLE M. WYANT, ESQ.<br>   Nevada Bar No. 14652<br>   1731 Village Center Circle, Suite 150<br>   Las Vegas, Nevada 89134<br>*Counsel for Enigma Securities Limited* | **CARLYON CICA CHTD.**<br><br>By:   /s/Dawn M. Cica<br>   CANDACE C. CARLYON, ESQ.<br>   Nevada Bar No. 2666<br>   DAWN M. CICA, ESQ.<br>   Nevada Bar No. 4565<br>   TRACY M. O'STEEN, ESQ.<br>   Nevada Bar No. 10949<br>   265 E. Warm Springs Road, Suite 107<br>   Las Vegas, NV 89119<br>*Counsel for Chris McAlary* |

3

144345068.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4

144345068.1