BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed April 7, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>    CASH CLOUD, INC.,<br>    dba COIN CLOUD,<br><br>                  Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**DECLARATION OF DANIEL MOSES IN SUPPORT OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER: (A) APPROVING AUCTION AND BIDDING PROCEDURES FOR POTENTIAL PLAN SPONSORS OR THE PURCHASE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS; (B) APPROVING FORM NOTICE TO BE PROVIDED TO INTERESTED PARTIES; AND (C) SCHEDULING A HEARING TO CONSIDER APPROVAL OF THE HIGHEST AND BEST TRANSACTION, CURE OBJECTIONS, AND CONFIRMATION OF THE PROPOSED TOGGLE PLAN**<br><br>Hearing Date: OST Pending<br>Hearing Time: OST Pending. |

144171870.2

I, Daniel Moses, declare as follows:

1. I am a principal of Province, LLC ("Province") and Head of Province's Institutional Creditor Advisory Business.

2. Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3. I make this Declaration in support of Debtor's *Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially all of the Debtor's Assets; (B) Approving Form Notice to be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan* (the "Motion").[1]

4. As part of the marketing efforts, Province, in concert with the Debtor and in consultation with the Consultation Parties, will send out a marketing teaser describing the Debtor's business and the auction process to entities known to Province, as well as entities that may be recommended by the Consultation Parties or other creditors. Province has already contacted forty-eight (48) potential interested parties to date, with fifteen (15) signing nondisclosure/ confidentiality agreements (each an "NDA").

5. The Debtor, together with Province and with input from the Consultation Parties, intends to pursue its marketing efforts through the Bid Deadline to continue to market test the Stalking Horse Transaction (defined below). Potential Bidders will be required to execute NDAs. Each party that submits an NDA will be granted access to an electronic data room containing materials and information relating to the Debtor's business (the "Diligence Room"), as Province and Debtor, reasonably deems appropriate. As part of the implementation of the Bidding Procedures, Debtor and Province intend to contact all parties that they believe might be Potential Bidders and advise them of the opportunity to propose a Transaction (whether a Reorganization Plan or a Sale) providing for them to become the owner of equity in the Reorganized Debtor or the Debtor's assets in exchange for a capital contribution/assumption of debt.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

144171870.2

1  I declare, under penalty of perjury of the laws of the United States of America, that the
2  foregoing statements are true and correct to the best of my knowledge, information and belief.
3  Executed this 7th day of April, 2023 in Las Vegas, Nevada.

*/s/Daniel Moses*
Daniel Moses

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

144171870.2