BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed April 7, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER:**<br>**(A) APPROVING AUCTION AND BIDDING PROCEDURES FOR POTENTIAL PLAN SPONSORS OR THE PURCHASE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS;**<br>**(B) APPROVING FORM NOTICE TO BE PROVIDED TO INTERESTED PARTIES; AND**<br>**(C) SCHEDULING A HEARING TO CONSIDER APPROVAL OF THE HIGHEST AND BEST TRANSACTION, CURE OBJECTIONS, AND CONFIRMATION OF THE PROPOSED TOGGLE PLAN** |

1

144184567.1

1  Cash Cloud, Inc. d/b/a Coin Cloud ("Cash Cloud," or "Debtor"), debtor and debtor-in-
2  possession in the above-captioned Chapter 11 case (the "Chapter 11 Case"), by and through its
3  undersigned counsel, Fox Rothschild LLP, has contacted the parties listed below concerning
4  Debtor's *Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential*
5  *Plan Sponsors or the Purchase of Substantially all of the Debtor's Assets; (B) Approving Form*
6  *Notice to be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of*
7  *the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan*
8  (the "Motion"),[1] as indicated below:

| Contact Name | Date Contacted | Agree/ Disagree/ No Response | Contacted |
|---|---|---|---|
| Jared A. Day<br>Office of the US Trustee | 4/07/2023 | Agree | Jared.A.Day@usdoj.gov |
| Robert J. Gayda<br>John Ashmead<br>Catherine Lotempio<br>Andrew Matott<br>SEWARD & KISSEL LLP<br><br>Ryan J. Works<br>MCDONALD CARANO LLP<br>*Counsel to the Unsecured Creditors Committee* | 4/07/2023 | Agree | gayda@sewkis.com<br>ashmead@sewkis.com<br>lotempio@sewkis.com;<br>matott@sewkis.com<br>rworks@mcdonaldcarano.com |
| Jordi Guso<br>BERGER SINGERMAN LLP<br>*Counsel to DIP Lender* | 4/07/2023 | Agree | JGuso@bergersingerman.com |
| Sean O'Neal<br>Michael Weinberg<br>CLEARY GOTTLIEB STEEN & HAMILTON, LLP<br>*Counsel to Genesis Global Holdco LLC* | 4/07/2023 | Agree | soneal@cgsh.com;<br>mdweinberg@cgsh.com |
| Andrew Kissner<br>Gary S. Lee<br>MORRISON & FOERSTER LLP<br><br>James Patrick Shea<br>Bart K. Larsen<br>Kyle M. Wyant<br>SHEA LARSEN<br>*Counsel to Enigma Securities Limited* | 4/07/2023 | Agree | akissner@mofo.com<br>glee@mofo.com;<br>blarsen@shea.law;<br>jshea@shea.law;<br>kwyant@shea.law; |

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.

2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

| Contact Name | Date Contacted | Agree/ Disagree/ No Response | Contacted |
|---|---|---|---|
| Ogonna Brown<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>*Counsel for Cole Kepro* | 4/07/2023 | No Response | obrown@lewisroca.com |
| Dawn M. Cica<br>CARLYON CICA CHTD.<br>Counsel for Chris McAlary | 04/07/2023 | Agree | dcica@carlyoncica.com |

Pursuant to Rule 9006(a)(5) of the Local Bankruptcy Rules for the United States Bankruptcy Court, District of Nevada, Debtor anticipates that the time needed for a hearing on the Motion is approximately 20 minutes.

Dated this 7th day of April 2023.

**FOX ROTHSCHILD LLP**

By: */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

144184567.1