Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

On the 10th day of April 2023, I served the following document(s):

1. ***Notice of Entry of Order Granting Stipulation to Extend Deadline to File Opposition to Luis Flores's Motion for Relief From Automatic Stay Pursuant to 11 U.S.C. § 362(d)***.

The undersigned hereby certifies that she served a true and correct copy of the foregoing pleadings by the following means:

a. ☒ **ECF System (**You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary).

***SEE THE ATTACHED NOTICE OF ELECTRONIC FILING***

1  b.  ☒  **United States Postal Service**, postage fully prepaid *(Lists persons and addresses)*.

Jared A. Day
U.S. Trustee – LV – 11
Office of the US Trustee
300 Booth Street, Suite 3009
Reno, Nevada 89509

Fox Rothschild LLP
c/o CKDL Credit, LLC
1980 Festival Plaza Drive., Suite 700
Las Vegas, Nevada 89135

Jordi Guso
c/o CKDL Credit, LLC
Berger Singer Man LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

Jeffrey Sylvester
c/o CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, Nevada 89134

Andrew Kissner
c/o Enigma Securities Limited
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Law Office of Shea Larsen
c/o Enigma Securities Limited
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

Gary Lee
c/o Enigma Securities Limited
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Sean A. O'Neal
c/o Genesis Global Holdco, LLC
Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Shea Larsen PC
Kyle M. Wyant
James Patrick Shea
c/o Enigma Securities Limited
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

Paul R. Hage
Richard Kruger
c/o Cole Kepro International, LLC
Taft Stettinius and Hollister LLP
27777 Fraklin Road, Suite 2500
Southfield, MI 48034

Province, LLC
2360 Corporate Circle, Suite 300
Henderson, Nevada 89074

Jane Vanlare
c/o Genesis Global Holdco, LLC
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

James M. Jimmerson
The Jimmerson Law Firm, P.C.
415 S. 6th Street, Suite 100
Las Vegas, Nevada 89101

Law Office of Brian D. Shapiro, LLC
c/o Optconnect Management, LLC
510 S. 8th Street
Las Vegas, Nevada 89101

American Express
200 Vesey Street
New York, NY 10285

American Express
P.O. Box 981535
El Paso, TX 79998

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Parkway
Box 551220
Las Vegas, Nevada 89155

Corporation Service Company, as Representative
P.O. Box 2576
Springfield, IL 62708

Page 2 of 3

| | |
|---|---|
| Corporation Service Company, as Representative<br>801 Adlai Stevenson Drive<br>Springfield, IL 62708 | Enigma Securities Limited<br>30 Panton Street, 6th Floor<br>London, SW1Y 4AJ United Kingdom |
| Franchise Tax Board<br>Bankruptcy Section, MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | Prime Alliance Bank, Inc.<br>1868 South 500 West<br>Woods Cross, UT 84087 |
| Sectran Security Inc.<br>7633 Industry Ave<br>Pico Rivera, CA 90660 | Sectran Security Inc.<br>Attn: Rony Ghaby<br>P.O. Box 227267<br>Los Angeles, CA 90022 |
| Texas Workforce Commission<br>Regulatory Integrity Division – SAU<br>101 E. 15th Street, Room 556<br>Austin, TX 78778 | Two Farms Inc. d/b/a Royal Farms<br>Attn: John Kemp<br>3611 Roland Avenue<br>Baltimore, MD 21211 |

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of April, 2023.

/s/ Kimberly Kirn
An Employee of McDonald Carano LLP

[23-10423-mkn CASH CLOUD, INC.](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: mkn | Case Flag: CLMAGT, PlnDue, BAPCPA |

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from RYAN J. WORKS entered on 4/10/2023 at 9:26 AM PDT and filed on 4/10/2023

**Case Name:** CASH CLOUD, INC.
**Case Number:** [23-10423-mkn](#)
**Document Number:** [397](#)

**Docket Text:**
Notice of Entry of Order *Granting Stipulation to Extend Deadline to File Opposition to Luis Floress Motion for Relief From Automatic Stay Pursuant to 11 U.S.C. § 362(d)* Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Related document(s)[389] Stipulated/Agreed Order) (WORKS, RYAN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Notice of Entry of Order Granting Stipulation to Extend Deadline to File Opposition to Luis Floress Motion for Relief From Automatic Stay Pursuant ~ 4868-2715-8876 v.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/10/2023] [FileNumber=34994351-0
] [1c9ae1a9512d53acbba3cb0f2d61e33bdea2b4b8c3b13bc00e2a041ad49ce4c6cb9
6c583f99506834e0d6f465f45819afb19860161cb76fe8d93c1b2c8487878]]

**23-10423-mkn Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Interested Party Luis Flores
ryan@aandblaw.com, tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com;andersen.ryana.b117998@notify.bestcase.com

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

OGONNA M. BROWN on behalf of Creditor Cole Kepro International, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

CRAIG P. DRUEHL on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
craig.druehl@dechert.com

RONALD E. GOLD on behalf of Creditor WPG Legacy, LLC
rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc.
bankruptcy@goldguylaw.com, mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com

MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond
bankruptcy@goldguylaw.com, mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com

BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC

bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law

ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com

BART K. LARSEN on behalf of Creditor Enigma Securities Limited
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

TIMOTHY A LUKAS on behalf of Creditor Good 2 Go Stores LLC
ecflukast@hollandhart.com

JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

STACY H RUBIN on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
srubin@nevadafirm.com, oswibies@nevadafirm.com

BRIAN D. SHAPIRO on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;6855036420@filings.docketbird.com

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
jshea@shea.law, blarsen@shea.law;support@shea.law

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.
rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

ZACHARY WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
zwilliams@foxrothschild.com, ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com

RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**23-10423-mkn Notice will not be electronically mailed to:**

JOHN R. ASHMEAD on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JARED A. DAY on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
OFFICE OF THE US TRUSTEE
300 BOOTH ST #3009
RENO, NV 89509

FOX ROTHSCHILD LLP on behalf of Debtor CASH CLOUD, INC.
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135

ROBERT J. GAYDA on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JORDI GUSO on behalf of Interested Party CKDL Credit, LLC
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

PAUL R HAGE on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

RICHARD KRUGER on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

LAW OFFICE OF BRIAN D. SHAPIRO, LLC on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
510 S. 8TH STREET
LAS VEGAS, NV 89101

LAW OFFICE OF SHEA LARSEN on behalf of Creditor Enigma Securities Limited
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

GARY LEE on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

ANDREW J. MATOTT on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEAN A. O'NEAL on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

SEWARD & KISSEL LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

Jeffrey Sylvester on behalf of Interested Party CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

THE JIMMERSON LAW FIRM, P.C.
415 S. 6TH ST, STE 100
LAS VEGAS, NV 89101

JANE VANLARE on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

MICHAEL WEINBERG on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

Ryan J Works on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200

Las Vegas, NV 89102