UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On April 5, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Area 51 Smoke & Vape Shop, Attn: Yadab Paudel at 516 W California Ave, Glendale, CA 91203-2102, pursuant to USPS forwarding instructions:

- **Debtor's Motion for Entry of Order Approving Procedures for Rejection of Executory Contracts and Unexpired Leases and Disposal of Certain Personal Property Including Stay Relief and/or Abandonment** (Docket No. 231)

- **Declaration of Christopher Andrew McAlary in Support of Debtor's Motion for Entry of Order Approving Procedures for Rejection of Executory Contracts and Unexpired Leases and Disposal of Certain Personal Property Including Stay Relief and/or Abandonment** (Docket No. 232)

- **Notice of Hearing on Debtor's Motion for Entry of Order Approving Procedures for Rejection of Executory Contracts and Unexpired Leases and Disposal of Certain Personal Property Including Stay Relief and/or Abandonment** (Docket No. 233)

Furthermore, on April 5, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Saint George Laundromat LLC, Attn: Sameh Lous at 1803 Brookvalley Pl, Mount Juliet, TN 37122-9217, pursuant to USPS forwarding instructions:

- **Seventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 364)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is 10190 Covington Cross Dive, Las Vegas, NV 89144.

- **Declaration of Christopher Andrew Mcalary in Support of Seventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 365)

- **Notice of Hearing on Seventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 366)

Dated: April 10, 2023

/s/ Monica Arellano
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamCoinCloud@stretto.com