_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 10, 2023

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

CASH CLOUD, INC.,
dba COIN CLOUD,

         Debtor.

Case No.: 23-10423-mkn
Chapter 11

Date:  July 12, 2023
Time: 10:30 a.m.

**ORDER CONTINUING STATUS CONFERENCE**[1]

A status conference having been set in this matter for May 18, 2023, at 10:30 a.m. (ECF No. 214), and good cause appearing,

**IT IS HEREBY ORDERED** that the status conference is hereby continued to **July 12, 2023, at 10:30 a.m.** before U.S. Bankruptcy Judge Mike K. Nakagawa by telephonic appearance. Absent further order of the court, the parties must participate and appear telephonically in the status conference by dialing (669) 254-5252; Meeting ID: 161-062-2560; Passcode: 029066. Instructions for appearing via telephone are available on the court's website at: www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearing-participation/.

**IT IS SO ORDERED**.

Copies sent via CM/ECF ELECTRONIC FILING

---

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned case as they appear on the docket maintained by the clerk of the court.

Copies sent via BNC to:

Jordi Guso, Esq.
Berger Singerman LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

Jeffrey R. Sylvester, Esq.
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

Sean A. O'Neal, Esq.
Jane VanLare, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Gary S. Lee, Esq.
Andrew Kissner, Esq.
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

James P. Shea, Esq.
Shea Larsen
1731 Village Center Circle, Suite 150
Las Vegas, NV 89134

# # #