Stacy H. Rubin, Esq. (NV Bar No. 9298)
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile:  702/791-1912
Email:  srubin@nevadafirm.com

*Attorneys for Lux Vending, LLC d/b/a Bitcoin Depot*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. 23-10423-MKN |
| --- | --- |
| CASH CLOUD, INC., DBA COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

Stacy H. Rubin, Esq., of the law firm of Holley Driggs, attorneys for Lux Vending, LLC d/b/a Bitcoin Depot, hereby enters an appearance on the record in the above-entitled bankruptcy case pursuant to FRBP 9010(b), 2002, and 3017(a), and requests special notice of all hearings, actions, contested matters, and adversary proceedings in this bankruptcy case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection therewith by the Court, Debtor, or other parties in interest.

All notices and copies should be directed to:

Stacy H. Rubin, Esq.
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

This Notice and any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, other writing, or conduct are not express or implied consent or designation of the undersigned as agent for service of process or a waiver of any rights. All rights are expressly reserved without exception including but not limited to:

Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

2910466.docx

Right to trial by jury as to any and all matters so triable, whether or not the same be designated legal or private rights, or in any case, controversy, or proceeding relating hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), or whether such right is pursuant to statute or the United States Constitution;

Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding, subject only to court determination of the application of mandatory or discretionary withdrawal; and

Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which this party is entitled under any agreements, at law, in equity, or under the United States Constitution.

This Notice and any other participation in this bankruptcy case or any related proceedings do not constitute express or implied consent or a concession to jurisdiction in any way.

Dated this 10th day of April 2023.

**HOLLEY DRIGGS**

 /s/ Stacy H. Rubin
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Lux Vending, LLC*
*d/b/a Bitcoin Depot*

2910466.docx

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Holley Driggs and that on the 10th day of April 2023, I caused to be served a true and correct copy of NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ Olivia Swibies
An employee of Holley Driggs

15482-01/2910466.docx