NVB IA-11-2BK (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address
Adam P. Schwartz, Carlton Fields, P.A.
4221 W. Boy Scout Blvd., Ste. 1000, Tampa, FL  33607
P - 813.223.7000, F- 813.229.4133, Florida Bar No.: 83178
aschwartz@carltonfields.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

CASH CLOUD, INC., DBA COIN CLOUD,

            Debtor.

BK-23-10423-mkn

CHAPTER 11

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

**EFFECTIVE JANUARY 1, 2015**
**FILING FEE IS $250.00**

_Adam P. Schwartz_, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in _Tampa_, _Florida_.

2. That Petitioner is an attorney at law and a member of the law firm of _Carlton Fields, P.A._, with offices at _4221 W. Boy Scout Blvd., Ste. 1000, Tampa, FL  33607.  Carlton Fields also has offices in Atlanta, Florham Park, Hartford, Los Angeles, Miami, New York, Orlando, Tallahassee, Washington DC, and West Palm_, Beach.

3. That Petitioner has been retained personally or as a member of the law firm by

1  LUX Vending, LLC dba Bitcoin Depot          to provide legal representation in connection
2  with the above-entitled case now pending before this Court.

3  4. That since July 8, 1996          , Petitioner has been and presently is a member in good
4  standing of the bar of the highest Court of the State of Florida          where Petitioner
5  regularly practices law.

6  5. That Petitioner was admitted to practice before the following United States District Courts,
7  United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other
8  States on the dates indicated for each, and that Petitioner is presently a member in good standing of
   said Courts.                                              Date Admitted
9  See attached          _____          _____
10 _____          _____
11 _____          _____
12 _____          _____

13
14 6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any
   suspension of any license, certificate or privilege to appear before any judicial, regulatory, or
15 administrative body, or any resignation or termination order to avoid disciplinary or disbarment
16 proceedings, except as described in detail below:
   None._____
17
18 _____
19 _____
20 _____
21                                                      .

22 7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars
   of any denied admission):
23 N/A_____
24 _____
25 _____
26         .

2

8. That Petitioner is a member of good standing in the following Bar Associations:

Florida

Pennsylvania

New Jersey

New York

_____.

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| See attached | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: 4/5/23

_____
Petitioner's Signature

3

STATE OF Florida           )

                           )

COUNTY OF Hillsborough   )

Adam P. Schwartz        , Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

*(SEAL)*
ANGELA MARANTO
Notary Public - State of Florida
Commission # HH 370282
My Comm. Expires Mar 12, 2027
Bonded through National Notary Assn.

_____
Petitioner's Signature

Subscribed and sworn to me before this

5th _____ day of April _____, 2023 _____.

Angela Maranto _____ Notary public

# EXHIBIT A

# Response to Question #5

| ADAM P. SCHWARTZ | | | |
|---|---|---|---|
| **Name of State or Federal Bar or Court** | **Bar Number** | **Dates of Admission** | **Current Status** |
| Florida Bar | 83178 | July 8, 1996 | Active |
| Florida Supreme Court | 83178 | July 8, 1996 | Active |
| New Jersey Supreme Court | 018351995 | December 18, 1995 | Active |
| New York Supreme Court | 4218483 | July 21, 2004 | Active |
| Pennsylvania Supreme Court | 76769 | December 11, 1995 | Active |
| US Court of Appeals, Eleventh Circuit | 83178 | January 1997, renewed November 18, 2016 | Active |
| US Court of Appeals, Second Circuit | 83178 | December 7, 2018 | Active |
| US Court of Appeals, Third Circuit | 83178 | August 22, 1996 | Active |
| US Supreme Court | 83178 | October 21, 2002 | Active |
| USDC, Florida – Middle District | 83178 | January 16, 1997 | Active |
| USDC, Florida – Northern District | 83178 | February 18, 2000 | Active |
| USDC, Florida – Southern District | 83178 | October 16, 1998 | Active |
| USDC, New Jersey | 018351995 | December 1, 2003 | Active |
| USDC, New York – Eastern District | 4218483 | November 17, 2006 | Active |
| USDC, New York – Southern District | 4218483 | November 17, 2006 | Active |
| USDC, Pennsylvania – Eastern District | 76769 | May 8, 1996 | Active |
| USDC, Pennsylvania – Western District | 76769 | November 10, 2010 | Active |

132578585.1

# EXHIBIT B
## Response to Question #9

## Carlton Fields' Attorneys Admitted to USDC, District of Nevada via Pro Hac Vice (for past 3 years)
## March 2000- March 2023

| Attorney | Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied? |
|---|---|---|---|---|
| William Giltinan | On or about 1/20/2021 | IP/Trademark | USDC, District of Nevada<br>*Blitz NV, LLC v. All Saints Retail Limited*<br>Case No. 2:21-cv089 | Granted |
| David R. Wright | 11/15/2022 | Product Liability | USDC, District of Nevada<br>*Angela Underwood, et al. v. O'Reilly Auto Parts, Inc., et al.*<br>Case No. 2:21-cv-01766-GMN-NJK | Granted |
| Nancy J. Faggianelli | 11/15/2022 | Product Liability | USDC, District of Nevada<br>*Angela Underwood, et al. v. O'Reilly Auto Parts, Inc., et al.*<br>Case No. 2:21-cv-01766-GMN-NJK | Granted |

132417783.1

# EXHIBIT C

# Certificates of Good Standing

132578585.1



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Adam Schwartz

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 21, 2004**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on March 21, 2023.

*Maria T. Fasulo*

Clerk of the Court

CertID-00110260

**Appellate Division**
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

**Joshua E. Doyle**
**Executive Director**

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )

In Re:  0083178
Adam P Schwartz
Carlton Fields, P.A.
PO Box 3239
Tampa, FL 33601-3239

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **July 8, 1996**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 21st day of **March**, 2023.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar



PG:R10
CTM-221087



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## Adam P. Schwartz, Esq.

### DATE OF ADMISSION

### December 11, 1995

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 27, 2023

_Nicole Traini_
Nicole Traini
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **Adam P Schwartz** *(No.* **018351995** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 18, 1995** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **3rd** *day of* **April** *, 20***23** *.*

*Heather J Baker*
*Clerk of the Supreme Court*

-453a-