NVB IA-11-2BK (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address
John J. Lamoureux, Carlton Fields, PA, 4221 W. Boy Scout Blvd., Ste. 1000, Tampa, FL 33607
813.223.7000, Florida Bar No.: 0835218, jlamoureux@carltonfields.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * * *

In re:

CASH CLOUD, INC., DBA COIN CLOUD,

          Debtor.

BK-23-10423-mkn

CHAPTER 11

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

**EFFECTIVE JANUARY 1, 2015
FILING FEE IS $250.00**

John J. Lamoureux, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Tampa, Florida.

2. That Petitioner is an attorney at law and a member of the law firm of Carlton Fields, P.A., with offices at 4221 W. Boy Scout Blvd., Ste. 1000, Tampa, FL 33607. Carlton Fields also has offices in Atlanta, Florham Park, Hartford, Los Angeles, Miami, New York, Orlando, Tallahassee, Washington DC, and West Palm Beach.

3. That Petitioner has been retained personally or as a member of the law firm by

LUX Vending, LLC dba Bitcoin Depot to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since January 9, 1990, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Florida where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.                                                    Date Admitted

See attached.

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:
None.

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of any denied admission):
N/A

8. That Petitioner is a member of good standing in the following Bar Associations:

Florida

Texas

New York

_____ .

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| See attached | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: 4/5/23

_____
Petitioner's Signature

3

STATE OF Florida          )
                          )
COUNTY OF Hillsborough    )

John J. Lamoureux_____, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

(SEAL)  ANGELA MARANTO
        Notary Public - State of Florida
        Commission # HH 370282
        My Comm. Expires Mar 12, 2027
        Bonded through National Notary Assn.

_____
Petitioner's Signature

Subscribed and sworn to me before this

__5th__ day of __April__, __2023__.

__Angela Maranto_____ Notary public

# EXHIBIT A
## Response to Question #5

1. Florida State Courts
   Florida Bar # 835218
   Admitted 01/09/1990

2. U.S. District Court – Middle District of Florida
   Admitted 10/26/1990

3. U.S. District Court - Southern District of Florida
   Admitted 4/18/97

4. U.S. District Court – Northern District of Florida
   Admitted 5/8/09

5. US Court of Appeals, 11th Circuit
   Admitted 4/5/04

6. New York State Courts
   Attorney Registration #2779932
   Admitted 10/22/96

7. State Bar of Texas
   Bar #: 11852825
   Admitted 11/6/87 (inactive)

# EXHIBIT B
## Response to Question #9

Carlton Fields' Attorneys Admitted to USDC, District of Nevada via Pro Hac Vice (for past 3 years) March 2000- March 2023

| Attorney | Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied? |
|---|---|---|---|---|
| William Giltinan | On or about 1/20/2021 | IP/Trademark | USDC, District of Nevada<br>*Blitz NV, LLC v. All Saints Retail Limited*<br>Case No. 2:21-cv089 | Granted |
| David R. Wright | 11/15/2022 | Product Liability | USDC, District of Nevada<br>*Angela Underwood, et al. v. O'Reilly Auto Parts, Inc., et al.*<br>Case No. 2:21-cv-01766-GMN-NJK | Granted |
| Nancy J. Faggianelli | 11/15/2022 | Product Liability | USDC, District of Nevada<br>*Angela Underwood, et al. v. O'Reilly Auto Parts, Inc., et al.*<br>Case No. 2:21-cv-01766-GMN-NJK | Granted |

# EXHIBIT C
# Certificates of Good Standing



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida  )

County of Leon  )

In Re: 0835218
John J Lamoureux
Carlton Fields, P A
PO Box 3239
Tampa, FL 33601-3239

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **January 9, 1990**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 15th day of **March, 2023**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-220524

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

March 15, 2023

Re: Mr. John J. Lamoureux, State Bar Number 11852825

To Whom It May Concern:

This is to certify that Mr. John J. Lamoureux was licensed to practice law in Texas on November 06, 1987 and is an inactive member in good standing with the State Bar of Texas. An "inactive" member status means that the attorney is not authorized to practice law in Texas at this time.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



*Appellate Division of the Supreme Court of the State of New York Third Judicial Department*

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## John Joseph Lamoureux

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **October 22, 1996**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on March 21, 2023.

*Clerk of the Court*

CertID-00110274

*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*[signature]*

Robert D. Mayberger
Clerk of the Court

Revised January 2022