NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                                    BK–23–10423–mkn
                                                         CHAPTER 11
CASH CLOUD, INC.
        dba COIN CLOUD

                                                         ORDER GRANTING VERIFIED PETITION

                        Debtor(s)

_____

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by Adam P. Schwartz is **GRANTED**.

Dated: 4/11/23

                                        *Mary A Schott*

                                        Mary A. Schott
                                        Clerk of Court