**Fill in this information to identify the case:**

Debtor Name: Cash Cloud dba Coin Cloud

United States Bankruptcy Court for the District of Nevada

Case number: 23-10423-mkn

## Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of ☐ 3/16/2023 ☐ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Evive Trading, LLC | Wholly Owned Subsidiary | 1 |
| Coin Cloud Brasil Ativos Digitais Ltda | Wholly Owned Subsidiary | 2 |
| Sec Vend LLC | Wholly Owned Subsidiary | 3 |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name:  Cash Cloud dba Coin Cloud                                        Case number: 23-10423-mkn

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| For non-individual Debtors: | ✖ *Chris McAlary* |
| | DocuSigned by: |
| | 29784CA0C93441E... |
| | Signature of Authorized Individual |
| | Chris McAlary |
| | Printed name of Authorized Individual |
| | Date 04/07/23 |
| | MM / DD / YYYY |

| For individual Debtors: | ✖ | ✖ |
| | Signature of Debtor 1 | Signature of Debtor 2 |
| | Printed name of Debtor 1 | Printed name of Debtor 2 |
| | Date | Date |
| | MM / DD / YYYY | MM / DD / YYYY |

DocuSign Envelope ID: A3159BE3-D993-4769-9617-5A895BB6D406

# <u>Tab 1 – Evive Trading LLC</u>

DocuSign Envelope ID: A3159BE3-D993-4769-9617-5A895BB6D406

Debtor Name: Cash Cloud dba Coin Cloud                                  Case number: 23-10423-mkn

**Exhibit A: Financial Statements for Evive Trading LLC**

**Evive Trading, LLC is an inactive entity with no operations or bank accounts.**

Debtor Name   Cash Cloud dba Coin Cloud                                    Case number: 23-10423-mkn

---

**Exhibit A-1: Balance Sheet for Evive Trading LLC**

Evive Trading, LLC is an inactive entity with no operations or bank accounts. Therefore, the entity has no balance sheet.

Debtor Name   Cash Cloud dba Coin Cloud                         Case number: 23-10423-mkn

**Exhibit A-2: Statement of Income (*Loss*) for Evive Trading LLC**

**Evive Trading, LLC is an inactive entity with no operations or bank accounts. Therefore, the entity has no Income Statement.**

Debtor Name    Cash Cloud dba Coin Cloud                              Case number: 23-10423-mkn

**Exhibit A-3: Statement of Cash Flows for Evive Trading, LLC**

Evive Trading, LLC is an inactive entity with no operations or bank accounts. Therefore, the entity has no statement of cash flows.

Debtor Name    Cash Cloud dba Coin Cloud                    Case number: 23-10423-mkn

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Evive Trading LLC.**

Evive Trading, LLC is an inactive entity with no operations or bank accounts. Therefore, the entity has no changes in shareholders and remains a wholly owned subsidiary of the Debtor.

Debtor Name  Cash Cloud dba Coin Cloud                              Case number: 23-10423-mkn

**Exhibit B: Description of Operations for Evive Trading, LLC**

Evive Trading, LLC is an inactive entity with no operations or bank accounts.

Debtor Name   Cash Cloud dba Coin Cloud                                    Case number: 23-10423-mkn

**Exhibit C: Description of Intercompany Claims**

Evive Trading, LLC is an inactive entity with no operations or bank accounts. As such, there are no intercompany claims.

Debtor Name   Cash Cloud dba Coin Cloud                                   Case number: 23-10423-mkn

---

**Exhibit D: Allocation of Tax Liabilities and Assets**

Evive Trading has no tax liability or allocations as it is not an operating entity, has never reported income, and has never had operations.

Debtor Name   Cash Cloud dba Coin Cloud                    Case number: 23-10423-mkn

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

No payments have been made or obligations incurred by or for the Debtor.

# **Tab 2 – Coin Cloud Brasil Ativos Digitais Ltda**

Debtor Name   Cash Cloud dba Coin Cloud                    Case number: 23-10423-mkn

**Exhibit A: Financial Statements for Coin Cloud Brasil Ativos Digitais Ltda**

Página: 1

**Empresa:** COIN CLOUD ATIVOS DIGITAIS BRASIL LTDA.
**CNPJ:** 35.816.709/0001-44
**Período:** 01/05/2022 a 31/12/2022

## Demonstração das Mutações do Patrimônio Líquido

| Título | Capital Realizado Atualizado | | | Reservas de Capital | | | | Reservas de Avaliação | | Reserva de Lucros Detalhados Abaixo | Lucros Acumulados | Totais |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Capital Subscrito | A Realizar | Correção Monetária | Ágio na Subscrição | Ações em Tesouraria | Subvenção Investimento | De Ativos Próprios | De Ativos Controladores | | | | |
| Saldo em 30/04/2022 | 1.000,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | (327.296,88) | (326.296,88) |
| Ajustes de exercícios anteriores | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | (12.774,57) | (12.774,57) |
| Prejuízo Líquido do Exercício | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | (6.063,73) | (6.063,73) |
| Saldo em 31/12/2022 | 1.000,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | (346.135,18) | (346.135,18) |

| RESERVA DE LUCROS | Legal | Estatutária | Lucros a Realizar | Reserva de Contingência | Retenção p/ Expansão | Totais |
|---|---|---|---|---|---|---|
| Saldo em 30/04/2022 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 |
| Reversão para lucros acumulados | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 |
| Atualização Monetária | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 |
| Capitalização | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 |
| Destinação de parte do prejuízo líquido | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 |
| Saldo em 31/12/2022 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 | 0,00 |

BARUERI, 31 de Dezembro de 2022.

ADMINISTRADORA
*ISABELA ROSSA*
*CPF: 243.163.788-30*

CONTADOR
*JOSE OLIMPIO FABRICIO*
*CT CRC 112716/O-8*

**DESERET ASSESSORIA CONTABIL EIRELI**
Rua do Biguazal, 135 - São Paulo - SP - 02227-020 - Fone: (11)2241-5798

**Empresa:** **COIN CLOUD ATIVOS DIGITAIS BRASIL LTDA.**                      Folha:          0001

C.N. DocuSign Envelope ID: A2159BE5-D993-47C9-9617-5A895BB6D406

Balanço encerrado em:  28/02/2023

**BALANÇO PATRIMONIAL**

| Descrição | Saldo Atual |
|---|---|
| ATIVO | 13.846.204,03D |
| ATIVO CIRCULANTE | 13.563.052,61D |
| DISPONÍVEL | 2.455.373,11D |
| DIREITOS REALIZÁVEIS A CURTO PRAZO | 4.089.349,34D |
| OUTROS CRÉDITOS | 208.809,81D |
| ESTOQUE | 186.436,59D |
| PARTES RELACIONADAS | 6.623.083,76D |
| ATIVO NÃO-CIRCULANTE | 283.151,42D |
| IMOBILIZADO | 283.151,42D |
| PASSIVO | 13.846.204,03C |
| PASSIVO CIRCULANTE | 14.467.786,66C |
| FORNECEDORES | 73.333,30C |
| OBRIGAÇÕES TRIBUTÁRIAS | 10.965,60C |
| OBRIGAÇÕES TRABALHISTA E PREVIDENCIÁRIA | 54.798,57C |
| OUTRAS OBRIGAÇÕES | 111.131,65C |
| DIVIDENDOS, PART. E JURO SOBRE O CAPITAL | 14.217.557,54C |
| PATRIMÔNIO LÍQUIDO | 621.582,63D |
| CAPITAL SOCIAL | 1.000,00C |
| LUCROS OU PREJUÍZOS ACUMULADOS | 622.582,63D |

_____

ISABAELA ROSSA

CPF: 243.163.788-30

_____

RENATO HAYASHI YAMANOUCHI
Reg. no CRC - SP sob o No. 248841/O-7
CPF: 331.746.038-54

Debtor Name   Cash Cloud dba Coin Cloud                                 Case number: 23-10423-mkn

**Exhibit B: Description of Operations for Coin Cloud Brasil Ativos Digitais Ltda**

Coin Cloud Brasil Ativos Digitais Ltda is a wholly owned subsidiary of the Debtor, that operates as a leg of the United States operations. The Debtor directly trades its cryptocurrencies with Brazilian clients, but for the settlement of transactions, Coin Cloud Brasil is responsible for operational charges, such as the agreements for installing the machines and the expenses associated with advertising, collection of cash from machines, and settlements of purchase price paid or received by Brazilian clients. Essentially, Coin Cloud Brasil acts as a broker of transactions, and charges a service fee from the Debtor for the facilitation of the transaction.

At th end of each quarter, Coin Cloud Brazil remits all revenues from Brazil operations, minus local expenses, meaning Coin Cloud Brazil does not have profits.

DocuSign Envelope ID: A2159BE2-D903-47C9-9617-5A895BB6D406

Debtor Name    Cash Cloud dba Coin Cloud                                    Case number: 23-10423-mkn

**Exhibit C: Description of Intercompany Claims**

No claims against any non-Debtor entity.

DocuSign Envelope ID: A2159BE2-D903-47C9-9617-5A895BB6D406

Debtor Name   Cash Cloud dba Coin Cloud                                    Case number: 23-10423-mkn

**Exhibit D: Allocation of Tax Liabilities and Assets**

There are no tax allocations between the Debtor and Coin Cloud Brasil.

Debtor Name   Cash Cloud dba Coin Cloud                                    Case number: 23-10423-mkn

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

None.

# Tab 3 – Sec Vend LLC

Debtor Name    Cash Cloud dba Coin Cloud                    Case number: 23-10423-mkn

**Exhibit A: Financial Statements for Sec Vend LLC**

**Sec Vend LLC is an inactive entity that has never had operations.**

Debtor Name    Cash Cloud dba Coin Cloud                                    Case number: 23-10423-mkn

**Exhibit A-1: Balance Sheet for Sec Vend LLC**

Sec Vend LLC is an inactive entity that has never had operations.

Debtor Name   Cash Cloud dba Coin Cloud                              Case number: 23-10423-mkn

**Exhibit A-2: Statement of Income (*Loss*) for Sec Vend LLC**

Sec Vend LLC is an inactive entity that has never had operations.

DocuSign Envelope ID: A2159BE2-D903-47C9-9617-5A895BB6D496

Debtor Name   Cash Cloud dba Coin Cloud                          Case number: 23-10423-mkn

---

**Exhibit A-3: Statement of Cash Flows for Sec Vend LLC**

Sec Vend LLC is an inactive entity that has never had operations.

Debtor Name   Cash Cloud dba Coin Cloud                                    Case number: 23-10423-mkn

---

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Sec Vend LLC**

Sec Vend LLC is an inactive entity that has never had operations.

Debtor Name   Cash Cloud dba Coin Cloud                                    Case number: 23-10423-mkn

## Exhibit B: Description of Operations for Sec Vend LLC

Sec Vend LLC is an inactive entity that has never had operations.

DocuSign Envelope ID: A2159BE2-D908-47C9-9617-5A895BB6D406

Debtor Name   Cash Cloud dba Coin Cloud                    Case number: 23-10423-mkn

**Exhibit C: Description of Intercompany Claims**

Sec Vend LLC is an inactive entity that has never had operations; therefore, no intercompany claims have existed between the Debtor and Sec Vend LLC.

Debtor Name   Cash Cloud dba Coin Cloud                        Case number: 23-10423-mkn

**Exhibit D: Allocation of Tax Liabilities and Assets**

SEC Vend has no tax liability or allocations as it is not an operating entity, has never reported income, and has never had operations.

Debtor Name   Cash Cloud dba Coin Cloud                    Case number: 23-10423-mkn

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

No payments have been made or obligations incurred by or for the Debtor.