


_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 12, 2023
_____

BRETT A. AXELROD (NV Bar No. 5859)
NICHOLAS A. KOFFROTH (NV Bar No. 16264)
ZACHARY T. WILLIAMS (NV Bar No. 16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Tele: (702) 262-6899/Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER:<br>(A) APPROVING AUCTION AND BIDDING PROCEDURES FOR POTENTIAL PLAN SPONSORS OR THE PURCHASE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS;<br>(B) APPROVING FORM NOTICE TO BE PROVIDED TO INTERESTED PARTIES; AND<br>(C) SCHEDULING A HEARING TO CONSIDER APPROVAL OF THE HIGHEST AND BEST TRANSACTION, CURE OBJECTIONS, AND CONFIRMATION OF THE PROPOSED TOGGLE PLAN**<br><br>Hearing Date:   April 26, 2023<br>Hearing Time:   10:30 a.m. |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

144492275.1

1

This Court, having reviewed and considered the *Ex Parte Application For Order Shortening Time For Hearing* (the "Application") filed by Cash Cloud, Inc. d/b/a Coin Cloud seeking to shorten the time for hearing on Debtor's *Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially all of the Debtor's Assets; (B) Approving Form Notice to be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan* (the "Motion"),[1] and for good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Application is GRANTED; and

**IT IS HEREBY ORDERED,** and **NOTICE IS HEREBY GIVEN** that hearing on the Motion will be held before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada 89101, on **April 26, 2023** at the hour of **10:30 a.m.** Any opposition(s) shall be filed and served on required notice parties by **April 19, 2023**, and any reply to such opposition(s) shall be filed and served on required notice parties by **April 21, 2023**.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.

A copy of the Motion is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada and available at the website for the Debtor's claims agent, Stretto, Inc., at https://cases.stretto.com/CashCloud. Additionally, a copy of the Motion is available from Fox Rothschild LLP upon request.

**IT IS SO ORDERED.**

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.

2

144492275.1

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: /s/Brett A. Axelrod
　　BRETT A. AXELROD, ESQ.
　　Nevada Bar No. 5859
　　NICHOLAS A. KOFFROTH, ESQ.
　　Nevada Bar No. 16264
　　ZACHARY T. WILLIAMS, ESQ.
　　Nevada Bar No. 16023
　　1980 Festival Plaza Drive, Suite 700
　　Las Vegas, Nevada 89135
　　*Counsel for Debtor*

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

144492275.1

3