_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
April 14, 2023
_____

BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email:  baxelrod@foxrothschild.com
             jmcpherson@foxrothschild.com
             nkoffroth@foxrothschild.com
             zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO DEBTOR'S:**<br><br>**1) FOURTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT [ECF 355];**<br><br>**2) FIFTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT [ECF 358];** |

1

144651460.1

|   |   |
|---|---|
| 1 | **3) SIXTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT [ECF 361]; AND** |

**4) SEVENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT [ECF 364]; AND**

**CONTINUANCE OF HEARINGS REGARDING SAME**

Old Hearing Date:  April 20, 2023
Old Hearing Time:  10:30 a.m.

**Continued Hearing Date:  May 18, 2023**
**Continued Hearing Time: 10:30 a.m.**

The Court having read and considered the *Second Stipulation To Extend Time To Respond To Debtor's: 1) Fourth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 355]; 2) Fifth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 358]; 3) Sixth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 361]; And 4) Seventh Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 364]; And Continuance Of Hearings Regarding Same*

144651460.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1  ("Stipulation"),[1] and good cause appearing therefor, it is hereby

2      ORDERED that the Stipulation is approved; and it is further

3      ORDERED that the Hearing Date is continued to May 18, 2023 at 10:30 a.m.; and it is further

4      ORDERED that the Response Deadline for Enigma is continued to May 4, 2023; and it is further

5      ORDERED that the Reply Deadline for the Debtor is continued to May 11, 2023.

Submitted by:

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
    JEANETTE E. MCPHERSON, ESQ.
    Nevada Bar No. 5423
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135

*Counsel for Debtor*

Approved by:

**MORRISON & FOERSTER LLP**

By: /s/ Andrew Kissner
    GARY LEE, ESQ. (Admitted *Pro Hac Vice*)
    New York Bar No. 2397669
    ANDREW KISSNER, ESQ. (Admitted *Pro Hac Vice*)
    New York Bar No. 5507652
    250 West 55th Street
    New York, New York 10019-3601

and

**SHEA LARSEN**
    JAMES PATRICK SHEA, ESQ.
    Nevada Bar No. 405
    BART K. LARSEN, ESQ.
    Nevada Bar No. 8538
    KYLE M. WYANT, ESQ.
    Nevada Bar No. 14652
    1731 Village Center Circle, Suite 150
    Las Vegas, Nevada 89134

*Counsel for Enigma Securities Limited*

###

---

[1] Capitalized terms used, but not defined herein, shall have the meaning ascribed to such terms in the Stipulation.

144651460.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)