BRETT A. AXELROD, ESQ. (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899 / Facsimile: (702) 597-5503
Email:  baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed April 14, 2023

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.  BK-23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO DEBTOR'S:**<br><br>**1) FOURTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT [ECF 355];**<br><br>**2) FIFTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT [ECF 358];**<br><br>**3) SIXTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT [ECF 361]; AND**<br><br>**4) SEVENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED** |

144651469.1

|   |   |
|---|---|
|   | **LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT [ECF 364]; AND CONTINUANCE OF HEARINGS REGARDING SAME**<br><br>Continued Hearing Date:  May 18, 2023<br>Continued Hearing Time: 10:30 a.m. |

**PLEASE TAKE NOTICE** that on the 14th day of April, 2023, the Court entered an *Order Granting Second Stipulation To Extend Time To Respond To: 1) Fourth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 355]; 2) Fifth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 358]; 3) Sixth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 361]; And  4) Seventh Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 364]; And Continuance Of Hearings Regarding Same* [ECF 424], a copy of which is attached hereto.

Dated this 14th day of April, 2023.

                                                                          **FOX ROTHSCHILD LLP**

                                                                          By: /s/ Jeanette E. McPherson
                                                                               JEANETTE E. MCPHERSON, ESQ. (5423)
                                                                               BRETT A. AXELROD, ESQ. (5859)
                                                                               NICHOLAS A. KOFFROTH, ESQ. (16264)
                                                                               ZACHARY T. WILLIAMS, ESQ. (16023)
                                                                               1980 Festival Plaza Drive, Suite 700
                                                                               Las Vegas, Nevada 89135
                                                      *Counsel for Debtor*

144651469.1

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
April 14, 2023

BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email:  baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                          Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO DEBTOR'S:**<br><br>**1) FOURTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT [ECF 355];**<br><br>**2) FIFTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT [ECF 358];** |

1

144651460.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**3) SIXTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT [ECF 361]; AND**

**4) SEVENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT [ECF 364]; AND**

**CONTINUANCE OF HEARINGS REGARDING SAME**

Old Hearing Date:  April 20, 2023
Old Hearing Time:  10:30 a.m.

**Continued Hearing Date:  May 18, 2023**
**Continued Hearing Time: 10:30 a.m.**

The Court having read and considered the *Second Stipulation To Extend Time To Respond To Debtor's: 1) Fourth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 355]; 2) Fifth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 358]; 3) Sixth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 361]; And 4) Seventh Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 364]; And Continuance Of Hearings Regarding Same*

144651460.1

("Stipulation"),[1] and good cause appearing therefor, it is hereby

      ORDERED that the Stipulation is approved; and it is further

      ORDERED that the Hearing Date is continued to May 18, 2023 at 10:30 a.m.; and it is further

      ORDERED that the Response Deadline for Enigma is continued to May 4, 2023; and it is further

      ORDERED that the Reply Deadline for the Debtor is continued to May 11, 2023.

| Submitted by: | Approved by: |
|---|---|
| **FOX ROTHSCHILD LLP** | **MORRISON & FOERSTER LLP** |
| By: /s/ Jeanette E. McPherson | By: /s/ Andrew Kissner |
| JEANETTE E. MCPHERSON, ESQ.<br>Nevada Bar No. 5423<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>ZACHARY T. WILLIAMS, ESQ.<br>Nevada Bar No. 16023<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135 | GARY LEE, ESQ. (Admitted *Pro Hac Vice*)<br>New York Bar No. 2397669<br>ANDREW KISSNER, ESQ. (Admitted *Pro Hac Vice*)<br>New York Bar No. 5507652<br>250 West 55th Street<br>New York, New York 10019-3601<br>and<br>**SHEA LARSEN**<br>JAMES PATRICK SHEA, ESQ.<br>Nevada Bar No. 405<br>BART K. LARSEN, ESQ.<br>Nevada Bar No. 8538<br>KYLE M. WYANT, ESQ.<br>Nevada Bar No. 14652<br>1731 Village Center Circle, Suite 150<br>Las Vegas, Nevada 89134 |
| *Counsel for Debtor* | *Counsel for Enigma Securities Limited* |

###

---

[1] Capitalized terms used, but not defined herein, shall have the meaning ascribed to such terms in the Stipulation.

3

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)