**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On April 7, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on The Shop, Guns & Pawn, Attn: Rick Ringer at 15169 Brock Dr, Crocker, MO 65452-7134, pursuant to USPS forwarding instructions:

- **Notice of Revised Proposed Final Orders on: 1) Order Granting Debtor's First Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment; and 2) Order Granting Debtor's Second Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment** (Docket No. 342)

Furthermore, on April 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Paises Unidos LLC, Attn: Guadalupe Trujillo Ayala at 2001 S B Pl, Rogers, AR 72758-0301, pursuant to USPS forwarding instructions:

- **Supplement to Exhibits to: 1) Debtor's First Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment [ECF 138]; and 2) Notice of Hearing on Debtor's First Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment [ECF 140]** (Docket No. 229)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

Furthermore, on April 12, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Wizards Keep Games, Attn: Jason Bessonette at 20514 108th Ave SE, Kent, WA 98031-1542, pursuant to USPS forwarding instructions:

- **Seventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 364)

- **Declaration of Christopher Andrew Mcalary in Support of Seventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 365)

- **Notice of Hearing on Seventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 366)

Dated: April 17, 2023

/s/ Monica Arellano
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800.634.7734
Email: TeamCoinCloud@stretto.com

# **Exhibit A**

# **Exhibit B**