BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed April 19, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ENTRY OF AN ORDER APPROVING KEY EMPLOYEE RETENTION PROGRAM AND GRANTING RELATED RELIEF** |

1

144803958.1

Cash Cloud, Inc. d/b/a Coin Cloud ("Cash Cloud," or "Debtor"), debtor and debtor-in-possession in the above-captioned Chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, has contacted the parties listed below concerning Debtor's *Motion for Entry of an Order Approving Key Employee Retention Program and Granting Related Relief* (the "Motion"),[1] as indicated below:

| Contact Name | Date Contacted | Agree/ Disagree/ No Response | Contacted |
|---|---|---|---|
| Jared A. Day<br>Office of the US Trustee | 4/18/2023 | Agree, but prefers the hearing not be for at least two weeks | Jared.A.Day@usdoj.gov |
| Robert J. Gayda<br>John Ashmead<br>Catherine Lotempio<br>Andrew Matott<br>SEWARD & KISSEL LLP<br><br>Ryan J. Works<br>MCDONALD CARANO LLP<br>*Counsel to the Unsecured Creditors Committee* | 4/18/2023 | Agree | gayda@sewkis.com<br>ashmead@sewkis.com<br>lotempio@sewkis.com;<br>matott@sewkis.com<br>rworks@mcdonaldcarano.com |
| Jordi Guso<br>BERGER SINGERMAN LLP<br>*Counsel to DIP Lender* | 4/18/2023 | Agree | JGuso@bergersingerman.com |
| Sean O'Neal<br>Michael Weinberg<br>CLEARY GOTTLIEB STEEN & HAMILTON, LLP<br>*Counsel to Genesis Global Holdco LLC* | 4/18/2023 | Agree | soneal@cgsh.com;<br>mdweinberg@cgsh.com |
| Andrew Kissner<br>Gary S. Lee<br>MORRISON & FOERSTER LLP<br><br>James Patrick Shea<br>Bart K. Larsen<br>Kyle M. Wyant<br>SHEA LARSEN<br>*Counsel to Enigma Securities Limited* | 4/18/2023 | Agree, provided it is not heard on 4/26/23. | akissner@mofo.com<br>glee@mofo.com;<br>blarsen@shea.law;<br>jshea@shea.law;<br>kwyant@shea.law; |
| Ogonna Brown<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>*Counsel for Cole Kepro* | 4/18/2023 | No Response | obrown@lewisroca.com |

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.

2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

144803958.1

| Contact Name | Date Contacted | Agree/ Disagree/ No Response | Contacted |
|---|---|---|---|
| Dawn M. Cica<br>CARLYON CICA CHTD.<br>Counsel for Chris McAlary | 4/18/2023 | Agree | dcica@carlyoncica.com |

Pursuant to Rule 9006(a)(5) of the Local Bankruptcy Rules for the United States Bankruptcy Court, District of Nevada, Debtor anticipates that the time needed for a hearing on the Motion is approximately 20 minutes.

Dated this 19th day of April 2023.

**FOX ROTHSCHILD LLP**

By:   */s/Brett A. Axelrod*
       BRETT A. AXELROD, ESQ.
       Nevada Bar No. 5859
       NICHOLAS A. KOFFROTH, ESQ.
       Nevada Bar No. 16264
       ZACHARY T. WILLIAMS, ESQ.
       Nevada Bar No. 16023
       1980 Festival Plaza Drive, Suite 700
       Las Vegas, Nevada 89135
       *Counsel for Debtor*

144803958.1