BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
　　　　nkoffroth@foxrothschild.com
　　　　zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed April 19, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>　　CASH CLOUD, INC.,<br>　　dba COIN CLOUD,<br><br>　　　　　　Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>***AMENDED*** **AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON APRIL 20, 2023 AT 10:30 A.M.** |

Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, hereby files this *Amended Agenda Regarding Matters Scheduled for Hearing on April 20, 2023 at 10:30 a.m.*

1. *Emergency First Day Motion for Order Pursuant to 11 U.S.C. §§ 363, 1107 and 1108 (I) Authorizing Continued Use of Prepetition Bank Accounts; and (II) Granting Related Relief* (the "**Cash Management Motion**") [ECF No. 05];

   Related Documents:
   A. Omnibus Declaration of Christopher Andrew McAlary [ECF No. 19];
   B. Errata to Omnibus Declaration of Christopher Andrew McAlary [ECF No. 34]

1

143844510.1

2. *Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures* (the "**Case Management Procedures Motion**") [ECF No. 10] **– (*UNOPPOSED) – ORDER APPROVED BY COURT CLERK***

   Related Documents:
   A.   *Omnibus Declaration of Christopher Andrew McAlary* [ECF No. 19];
   B.   *Errata to Omnibus Declaration of Christopher Andrew McAlary* [ECF No. 34]; and
   C.   *Stipulation to Continue Hearing on Debtor's Emergency Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures* [ECF No. 82]; and *Order* thereon [ECF No. 84]; and
   D.   *Notice of Revised Proposed Final Orders on Debtor's First Day Motions* [ECF No. 286].

3. *Debtors Motion For Entry Of Order Approving Procedures For Rejection Of Executory Contracts And Unexpired Leases And Disposal Of Certain Personal Property Including Stay Relief And/Or Abandonment* [ECF No. 231] ("**Rejection Procedures Motion**") **– (*UNOPPOSED*)**

   Related Documents:
   A.   *Declaration of Christopher Andrew McAlary*[ ECF No. 232]; and
   B.   *Notice of Hearing* [ECF No. 233].

4. *Application to Employ Seward & Kissel LLP as Bankruptcy Counsel* [ECF No. 271] ("**Seward & Kissel Employment Application**") **[*UNOPPOSED*]**

   Related Documents:
   A.   *Declaration of John R. Ashmead*  [ECF No. 272]; and
   B.   *Notice of Hearing* [ECF No. 273].

5. *Application to Employ McDonald Carano LLP as Counsel for the Committee* [ECF No. 279] ("**McDonald Carano Employment Application**") **[*UNOPPOSED*]**

   Related Documents:
   A.   *Declaration Of: Ryan J. Works* [ECF No. 280]; and
   B.   *Notice of Hearing* [ECF No. 281].

6. *Motion for Relief from Stay filed by Luis Flores* [ECF No. 287] ("**Flores Motion for Relief**")

   Related Documents:
   A.   *Declaration of Ryan A. Andersen* [ECF No. 288]
   B.   *Declaration of Kimberly Stein* [ECF No. 289]
   C.   *Notice of Hearing* [ECF No. 290]

143844510.1

Objections/Responses Filed:
A.  Objection *Of The Official Committee Of Unsecured Creditors To Luis Flores's Motion For Relief From Automatic Stay Pursuant To 11 U.S.C. § 362(d)*  [ECF No. 410];
B.  Reply *in Support of the Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362 (d)* [ECF No. 431].

7.  *Debtors Third Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases* [ECF No. 311] (the "**Third Omnibus Motion to Reject**").  [*UNOPPOSED*]

    Related Documents:
    A.  *Declaration of Christopher Andrew McAlary* [ECF No. 312]; and
    B.  *Notice of Hearing* [ECF No. 313].

8.  *Motion for Entry of Order Authorizing the Payment of Certain Licensing Fees* [ECF No. 328] (the "**Motion to Pay Licensing Fees**"). [*UNOPPOSED*]

    Related Documents:
    A.  *Declaration of Christopher Andrew McAlary* [ECF No. 329]; and
    B.  *Amended Notice of Hearing of Motion to Pay Licensing Fees* [ECF No. 338].

9.  *Application to Employ FTI Consulting Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Retroactive to February 24, 2023* [ECF No. 348] ("**Application to Employ FTI**"). [*UNOPPOSED*]

    Related Documents:
    A.  *Declaration of Michael Tucker* [ECF No. 349]
    B.  *Notice of Hearing [ECF No. 350]*

DATED this 19th day of April 2023.

**FOX ROTHSCHILD LLP**

By:   */s/Brett Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

143844510.1