| | |
|---|---|
| FOX, SWIBEL, LEVIN & CARROLL, LLP<br>RYAN T. SCHULTZ, ESQ.<br>Illinois Bar No.<br>(Motion for Admission *Pro Hac Vice* pending)<br>Email: rschultz@foxswibel.com<br>200 W. Madison Street, Suite 3000<br>Chicago, IL 60606-3414<br>Tel: (312) 224-1200<br><br>GHANDI DEETER BLACKHAM<br>SHARA L. LARSON, ESQ.<br>Nevada Bar No. 7786<br>Email:  shara@ghandilaw.com<br>725 S. 8th St., Suite 100<br>Las Vegas, Nevada 89101<br>Tel:  (702) 878-1115<br>*Attorneys for RocketItCoin, LLC* | *Electronically Filed April 24th, 2023* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>Dba COIN CLOUD,<br><br>            Debtor. | **Case No. 23-10423-MKN**<br><br>Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

SHARA L. LARSON, ESQ. of the law firm GHANDI DEETER BLACKHAM, enters her appearance on the record as counsel for RocketItCoin, LLC, in the above entitled bankruptcy proceeding pursuant to Federal Rule of Bankruptcy Procedure 9010(b), and further requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case,

together with copies of all hearings, actions, contested matters and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with these proceedings.

All notices and copies in response to the foregoing and, pursuant to Federal Rule of Bankruptcy Proceeding 2002 and Local Rule 2002, all notices required to be mailed to RocketItCoin, LLC should be directed to:

> Shara L. Larson, Esq.
> GHANDI DEETER BLACKHAM
> 725 South 8th Street Suite 100
> Las Vegas, Nevada 89101
> Telephone: (702) 878-1115
> Facsimile: (702) 979-2485
> Email: shara@ghandilaw.com

DATED this 24th day of April, 2023.

Respectfully submitted by:

**GHANDI DEETER BLACKHAM**

By: /s/ Shara L. Larson
Shara L. Larson, Esq.
Nevada Bar No. 7786