| | |
|---|---|
| FOX, SWIBEL, LEVIN & CARROLL, LLP<br>RYAN T. SCHULTZ, ESQ.<br>Illinois Bar No.<br>(Motion for Admission *Pro Hac Vice* pending)<br>Email: rschultz@foxswibel.com<br>200 W. Madison Street, Suite 3000<br>Chicago, IL 60606-3414<br>Tel: (312) 224-1200<br><br>GHANDI DEETER BLACKHAM<br>SHARA L. LARSON, ESQ.<br>Nevada Bar No. 7786<br>Email:  shara@ghandilaw.com<br>725 S. 8th St., Suite 100<br>Las Vegas, Nevada 89101<br>Tel:  (702) 878-1115<br>*Attorneys for RocketItCoin, LLC* | *Electronically Filed April 24th, 2023* |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>Dba COIN CLOUD,<br><br>             Debtor. | **Case No. 23-10423-MKN**<br><br>**Chapter 11** |

### CERTIFICATE OF SERVICE

On this 24th day of April 2023, I served the following document(s):

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

I served the above-named document(s) by the following means to the persons listed below *(check all that apply)*:

1     X        **a.**     **ECF System** *(You must attach the "Notice of Electronic Filing," or list*

2  *all persons and addresses and attach additional paper if necessary.)*

3  RYAN A. ANDERSEN on behalf of Interested Party Luis Flores
   ryan@aandblaw.com, tatiana@aandblaw.com;melissa@aandblaw.com;ecf-
4  df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com

5  BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
   baxelrod@foxrothschild.com,
6  pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

7  BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
8  baxelrod@foxrothschild.com,
   pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com
9

10 BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
   baxelrod@foxrothschild.com,
11 pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

12 OGONNA M. BROWN on behalf of Creditor Cole Kepro International, LLC
   obrown@lewisroca.com, ogonna-brown-
13 4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,k
   lopez@lewisroca.com,rcreswell@lewisroca.com
14

15 OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC
   obrown@lewisroca.com, ogonna-brown-
16 4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,k
   lopez@lewisroca.com,rcreswell@lewisroca.com

17
   CHAPTER 11 - LV
18 USTPRegion17.lv.ecf@usdoj.gov

19 SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
   schristianson@buchalter.com, cmcintire@buchalter.com
20

21 DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
   dcica@carlyoncica.com,
22 nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;
   tosteen@carlyoncica.com;3342887420@filings.docketbird.com
23

24 CRAIG P. DRUEHL on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
   craig.druehl@dechert.com

25 RONALD E. GOLD on behalf of Creditor WPG Legacy, LLC
26 rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

27

28

MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc.
bankruptcy@goldguylaw.com,
mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com

MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond
bankruptcy@goldguylaw.com,
mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com

BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC
bhiggins@blackwadhams.law,
dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

BART K. LARSEN on behalf of Creditor Enigma Securities Limited
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

TIMOTHY A LUKAS on behalf of Creditor Good 2 Go Stores LLC
ecflukast@hollandhart.com

JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

STACY H RUBIN on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
srubin@nevadafirm.com, oswibies@nevadafirm.com

STACY H RUBIN on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
srubin@nevadafirm.com, oswibies@nevadafirm.com

BRIAN D. SHAPIRO on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;6855036420@filings.docketbird.com

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
jshea@shea.law, blarsen@shea.law;support@shea.law

STRETTO ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

…

RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.
rtucker@simon.com, rwoodruff@simon.com, cmartin@simon.com, ptropepe@simon.com

ZACHARY WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
zwilliams@foxrothschild.com, ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com

RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

      **b.** **United States mail, postage fully prepaid** *(List all persons and addresses. Attach additional paper if necessary.)*

      **c.** **Personal Service** *(List persons and addresses. Attach additional paper if necessary.)*

I personally delivered the document(s) to the persons at these addresses:

      For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

      For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

      **d.** **By direct email (as opposed to through the ECF System)** *(List persons and email addresses. Attach additional paper if necessary.)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

      **e.** **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary.)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

    _____    **f.**    **By messenger** *(List persons and addresses. Attach additional paper if necessary.)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service.)

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 24th day of April 2023.

                                                GHANDI DEETER BLACKHAM

Laura Schnetzer                                /s/ Laura Schnetzer
                                                    Employee of Ghandi Deeter Blackham