Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING STIPULATION EXTENDING THE CHALLENGE PERIOD SET FORTH IN THE FINAL DIP ORDER** |

PLEASE TAKE NOTICE that an *Order Granting Stipulation Extending The Challenge Period Set Forth In The Final DIP Order* [ECF No. 457] was entered in the above-captioned case on the 25th day of April, 2023, a copy of which is attached hereto.

DATED this 25th day of April, 2023.

                                                                McDONALD CARANO LLP

By: */s/ Ryan J. Works*
     Ryan J. Works, Esq. (NSBN 9224)
     Amanda M. Perach, Esq. (NSBN 12399)
     2300 West Sahara Avenue, Suite 1200
     Las Vegas, Nevada 89102
     rworks@mcdonaldcarano.com
     aperach@mcdonaldcarano.com

     John R. Ashmead, Esq.
     Robert J. Gayda, Esq.
     Catherine V. LoTempio, Esq.
     Andrew J. Matott, Esq.
     (*pro hac vice applications granted*)
     SEWARD & KISSEL LLP
     One Battery Park Plaza
     New York, NY 10004
     ashmead@sewkis.com
     gayda@sewkis.com
     lotempio@sewkis.com
     matott@sewkis.com

     *Counsel for Official Committee*
     *of Unsecured Creditors*

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
April 25, 2023

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq. (*pro hac vice application pending*)
Robert J. Gayda, Esq. (*pro hac vice application pending*)
Catherine V. LoTempio, Esq. (*pro hac vice application pending*)
Andrew J. Matott, Esq. (*pro hac vice application pending*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**ORDER GRANTING STIPULATION EXTENDING THE CHALLENGE PERIOD SET FORTH IN THE FINAL DIP ORDER** |

    Upon consideration of the *STIPULATION EXTENDING THE CHALLENGE PERIOD SET FORTH IN THE FINAL DIP ORDER* (the "Stipulation") between (i) Cash Cloud, Inc. dba Coin

1  Cloud, the debtor and debtor in possession (the "Debtor"), (ii) the Official Committee of Unsecured
2  Creditors (the "Committee"), (iii) Enigma Securities Limited (the "Enigma"), and (iv) Genesis
3  Global Holdco, LLC ("Genesis" and, together with the Debtor, the Committee, and Enigma,
4  collectively, the "Parties"), by and through their undersigned counsel, and good cause appearing
5  therefor:

6  **IT IS HEREBY ORDERED** that the Stipulation is approved entirely.

7  **IT IS FURTHER ORDERED** that the Challenge Period set forth in Paragraph 17(b) of the
8  *Final Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364(c)(1), 364(c)(3), 364(d)(1)*
9  *and 364(e) and Bankruptcy Rules 2002, 4001, 6004 and 9014 Authorizing Debtor to (A) Obtain*
10 *Postpetition Financing and (B) Grant Adequate Protection* [ECF No. 318] applicable to the
11 Committee shall be extended through and including May 18, 2023.

12 **IT IS SO ORDERED.**

13                                             # # #

14 Prepared and respectfully submitted by:

15 McDONALD CARANO LLP

16  /s/  Ryan J. Works
    Ryan J. Works, Esq. (NSBN 9224)
17  Amanda M. Perach, Esq. (NSBN 12399)
    2300 West Sahara Avenue, Suite 1200
18  Las Vegas, Nevada 89102
    rworks@mcdonaldcarano.com
19  aperach@mcdonaldcarano.com

20  John R. Ashmead, Esq.
    Robert J. Gayda, Esq.
21  Catherine V. LoTempio, Esq.
    Andrew J. Matott, Esq.
22  (*pro hac vice applications granted*)
    SEWARD & KISSEL LLP
23  One Battery Park Plaza
    New York, NY 10004
24  ashmead@sewkis.com
    gayda@sewkis.com
25  lotempio@sewkis.com
    matott@sewkis.com
26
    *Counsel for Official Committee*
27  *of Unsecured Creditors*

28

2