Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

On the 25th day of April 2023, I served the following document(s):

1. ***Notice of Entry of Order Granting Stipulation Extending The Challenge Period Set Forth In The Final DIP Order*** [ECF No. 458].

The undersigned hereby certifies that she served a true and correct copy of the foregoing pleadings by the following means:

a.  ☒  **ECF System (**You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary).

***SEE THE ATTACHED NOTICE OF ELECTRONIC FILING***

b.  ☒  **United States Postal Service**, postage fully prepaid *(Lists persons and addresses)*.

| | |
|---|---|
| Jared A. Day<br>U.S. Trustee – LV – 11<br>Office of the US Trustee<br>300 Booth Street, Suite 3009<br>Reno, Nevada 89509 | Fox Rothschild LLP<br>c/o CKDL Credit, LLC<br>1980 Festival Plaza Drive., Suite 700<br>Las Vegas, Nevada 89135 |
| Jordi Guso<br>c/o CKDL Credit, LLC<br>Berger Singer Man LLP<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131 | Jeffrey Sylvester<br>c/o CKDL Credit, LLC<br>Sylvester & Polednak, Ltd.<br>1731 Village Center Circle<br>Las Vegas, Nevada 89134 |
| Andrew Kissner<br>c/o Enigma Securities Limited<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019 | Law Office of Shea Larsen<br>c/o Enigma Securities Limited<br>1731 Village Center Circle, Suite 150<br>Las Vegas, Nevada 89134 |
| Gary Lee<br>c/o Enigma Securities Limited<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019 | Sean A. O'Neal<br>c/o Genesis Global Holdco, LLC<br>Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Shea Larsen PC<br>Kyle M. Wyant<br>James Patrick Shea<br>c/o Enigma Securities Limited<br>1731 Village Center Circle, Suite 150<br>Las Vegas, Nevada 89134 | Paul R. Hage<br>Richard Kruger<br>c/o Cole Kepro International, LLC<br>Taft Stettinius and Hollister LLP<br>27777 Fraklin Road, Suite 2500<br>Southfield, MI 48034 |
| Province, LLC<br>2360 Corporate Circle, Suite 300<br>Henderson, Nevada 89074 | Jane Vanlare<br>c/o Genesis Global Holdco, LLC<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| James M. Jimmerson<br>The Jimmerson Law Firm, P.C.<br>415 S. 6th Street, Suite 100<br>Las Vegas, Nevada 89101 | Law Office of Brian D. Shapiro, LLC<br>c/o Optconnect Management, LLC<br>510 S. 8th Street<br>Las Vegas, Nevada 89101 |
| American Express<br>200 Vesey Street<br>New York, NY 10285 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998 |
| Clark County Treasurer<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Parkway<br>Box 551220<br>Las Vegas, Nevada 89155 | Corporation Service Company, as Representative<br>P.O. Box 2576<br>Springfield, IL 62708 |

| | |
|---|---|
| Corporation Service Company, as Representative<br>801 Adlai Stevenson Drive<br>Springfield, IL 62708 | Enigma Securities Limited<br>30 Panton Street, 6th Floor<br>London, SW1Y 4AJ United Kingdom |
| Franchise Tax Board<br>Bankruptcy Section, MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | Prime Alliance Bank, Inc.<br>1868 South 500 West<br>Woods Cross, UT 84087 |
| Sectran Security Inc.<br>7633 Industry Ave<br>Pico Rivera, CA 90660 | Sectran Security Inc.<br>Attn: Rony Ghaby<br>P.O. Box 227267<br>Los Angeles, CA 90022 |
| Texas Workforce Commission<br>Regulatory Integrity Division – SAU<br>101 E. 15th Street, Room 556<br>Austin, TX 78778 | Two Farms Inc. d/b/a Royal Farms<br>Attn: John Kemp<br>3611 Roland Avenue<br>Baltimore, MD 21211 |

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 25th day of April, 2023.

/s/ Kimberly Kirn
An Employee of McDonald Carano LLP

**File a Notice:**

23-10423-mkn CASH CLOUD, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: mkn | Case Flag: CLMAGT, PlnDue, BAPCPA |

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from RYAN J. WORKS entered on 4/25/2023 at 11:21 AM PDT and filed on 4/25/2023

**Case Name:**    CASH CLOUD, INC.
**Case Number:**    23-10423-mkn
**Document Number:** 458

**Docket Text:**
Notice of Entry of Order *Granting Stipulation Extending The Challenge Period Set Forth In The Final DIP Order* Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Related document(s)[457] Stipulated/Agreed Order) (WORKS, RYAN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Notice of Entry of Order Granting Stipulation Extending The Challenge Period Set Forth In The Final DIP Order 4871-3071-0367 v.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/25/2023] [FileNumber=35022505-0
] [83b20230397a0c3721b63e320046eeeaad816e6b8b983a4d1e4c027ac74acc49e41
f77857940b6800097af656051b93cf409d622c83b145b93d681ccae5d6534]]

**23-10423-mkn Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Interested Party Luis Flores
ryan@aandblaw.com, tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

OGONNA M. BROWN on behalf of Creditor Cole Kepro International, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

CRAIG P. DRUEHL on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
craig.druehl@dechert.com

NEDDA GHANDI on behalf of Creditor ROCKITCOIN, LLC
nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

RONALD E. GOLD on behalf of Creditor WPG Legacy, LLC
rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc.
bankruptcy@goldguylaw.com, mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com

MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond
bankruptcy@goldguylaw.com, mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com

BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC

bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

BART K. LARSEN on behalf of Creditor Enigma Securities Limited
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

TIMOTHY A LUKAS on behalf of Creditor Good 2 Go Stores LLC
ecflukast@hollandhart.com

JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

STACY H RUBIN on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
srubin@nevadafirm.com, oswibies@nevadafirm.com

STACY H RUBIN on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
srubin@nevadafirm.com, oswibies@nevadafirm.com

BRIAN D. SHAPIRO on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;6855036420@filings.docketbird.com

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
jshea@shea.law, blarsen@shea.law;support@shea.law

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.
rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

ZACHARY WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
zwilliams@foxrothschild.com, ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com

RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**23-10423-mkn Notice will not be electronically mailed to:**

JOHN R. ASHMEAD on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JARED A. DAY on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
OFFICE OF THE US TRUSTEE
300 BOOTH ST #3009
RENO, NV 89509

FOX ROTHSCHILD LLP on behalf of Debtor CASH CLOUD, INC.
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135

ROBERT J. GAYDA on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JORDI GUSO on behalf of Interested Party CKDL Credit, LLC
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

PAUL R HAGE on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,

THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

RICHARD KRUGER on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JOHN J. LAMOUREUX on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

JOHN J. LAMOUREUX on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

LAW OFFICE OF BRIAN D. SHAPIRO, LLC on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
510 S. 8TH STREET
LAS VEGAS, NV 89101

LAW OFFICE OF SHEA LARSEN on behalf of Creditor Enigma Securities Limited
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

GARY LEE on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

ANDREW J. MATOTT on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEAN A. O'NEAL on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

ADAM P. SCHWARTZ on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SEWARD & KISSEL LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

Jeffrey Sylvester on behalf of Interested Party CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

THE JIMMERSON LAW FIRM, P.C.
415 S. 6TH ST, STE 100
LAS VEGAS, NV 89101

JANE VANLARE on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

MICHAEL WEINBERG on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

Ryan J Works on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102