FOX, SWIBEL, LEVIN & CARROLL, LLP
RYAN T. SCHULTZ, ESQ.
Illinois Bar No. 6288585
(*Pro Hac Vice* pending)
Email: rschultz@foxswibel.com
200 W. Madison Street, Suite 3000
Chicago, IL 60606-3414
Tel: (312) 224-1200

GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
Email: shara@ghandilaw.com
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Tel: (702) 878-1115
*Attorneys for RockItCoin, LLC*

*Electronically filed April 25, 2023*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. 23-10423-MKN<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** |
|---|---|

RYAN T. SCHULTZ, Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of FOX, SWIBEL, LEVIN & CARROLL, LLP, with offices at 200 W. Madison Street, Suite 3000, Chicago, IL 60606, Tel: (312) 224-1200; Email: rschultz@foxswibel.com.

2. That Petitioner has been retained personally or as a member of the law firm of FOX, SWIBEL, LEVIN & CARROLL, LLP by RockItCoin, LLC (the "Client") to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since May 4, 2006, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Illinois, where Petitioner regularly practices law. Filed herewith as **Exhibit 1** is a Certificate of Good Standing for Petitioner from the clerk of the Supreme Court of the State of Illinois.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts:

| Court | Date Admitted | Bar Number |
|---|---|---|
| Nevada | September 25, 2003 | 8655 (inactive) |
| Illinois | May 4, 2006 | 6288585 |
| U.S. District Court (N.D. IL) | May 4, 2006 | 6288585 |
| U.S. Bankruptcy Court (N.D. Ill.) | | 6288585 |
| U.S. District Court (C.D. IL) | | 6288585 |
| U.S. Bankruptcy Court (C.D. Ill.) | | 6288585 |
| U.S. Bankruptcy Court (S.D. Ill.) | | 6288585 |

5. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:

    a. None.

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:

    a. None.

7. That Petitioner has never been denied admission to the State Bar of Nevada.

8. That Petitioner is a member of good standing in the following Bar Associations:

   a. State of Illinois.

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel in Nevada under Local Rule IA 11-2 during the past three (3) years in the following matters:

   a. None.

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Dated: April 25, 2023

_____
RYAN T. SCHULTZ, Petitioner

STATE OF ILLINOIS)
COUNTY OF COOK)

RYAN T. SCHULTZ, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
RYAN T. SCHULTZ, Petitioner

Subscribed and sworn to me before this 25th day of April, 2023.

_____
Notary public

BRENDA J GARLAND
Official Seal
Notary Public - State of Illinois
My Commission Expires Jul 11, 2026

3

**Exhibit 1**



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Ryan T. Schultz
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison
Suite 3000
Chicago, IL 60606-3414

Chicago
Thursday, March 30, 2023

Re:  Ryan T. Schultz
     Attorney No. 6288585

To Whom It May Concern:

We have received a request for written verification of the status of Ryan T. Schultz for use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment.  We have also received a Waiver and Authorization signed by the attorney.  Pursuant to Commission policy, the following information is provided.

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Ryan T. Schultz was admitted to practice law in Illinois on 05/04/2006; is currently registered with this Commission and in good standing as an Illinois attorney; has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.

Very truly yours,
Jerome Larkin
Administrator

By: /s/ *Marissa Hernandez*
    Marissa Hernandez
    Deputy Registrar

MH