FOX, SWIBEL, LEVIN & CARROLL, LLP
RYAN T. SCHULTZ, ESQ.
Illinois Bar No. 6288585
(*Pro Hac Vice* pending)
Email: rschultz@foxswibel.com
200 W. Madison Street, Suite 3000
Chicago, IL 60606-3414
Tel: (312) 224-1200

GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
Email: shara@ghandilaw.com
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Tel: (702) 878-1115
*Attorneys for RockItCoin, LLC*

*Electronically filed April 25, 2023*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

CASH CLOUD, INC.,
dba COIN CLOUD,

Debtor.

Case No. 23-10423-MKN

**DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO**

The undersigned, attorney of record for RockItCoin, LLC (the "Client"), has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of This Court." Not being admitted to the bar of this Court and not maintaining an office in the District of Nevada for the practice of law, the undersigned believes it to be in the best interests of the Client to designate Shara L. Larson, Esq., attorney at law, member of the State Bar of Nevada, and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

Shara L. Larson, Esq.
Nevada Bar No. 7786
GHANDI DEETER BLACKHAM
725 South 8th Street Suite 100
Las Vegas, NV 89101
(702) 878-1115
shara@ghandilaw.com

By this designation the undersigned attorney and Client agree that all documents and other papers issued out of this Court in the above-captioned case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. This designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on behalf of Client. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

Dated this 25th day of April, 2023.

                                              FOX, SWIBEL, LEVIN & CARROLL, LLP

                                              By: _____
                                              RYAN T. SCHULTZ, ESQ.
                                              Illinois Bar No. 6288585
                                              (Pro *Hac Vice* pending)
                                              Email:  rschultz@foxswibel.com
                                              200 W. Madison Street, Suite 3000
                                              Chicago, IL 60606-3414
                                              Tel:  (312) 224-1200
                                              *Attorneys for RockItCoin, LLC*

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

GHANDI DEETER BLACKHAM

By : /s/ Shara L. Larson
SHARA L. LARSON, ESQ.
Designated Nevada Counsel

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoint(s) Shara L. Larson as his Designated Nevada Counsel in this case.

RYAN T. SCHULTZ, ESQ.

3