

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 25, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
    nkoffroth@foxrothschild.com
    zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ENTRY OF AN ORDER APPROVING KEY EMPLOYEE RETENTION PROGRAM AND GRANTING RELATED RELIEF**<br><br>Hearing Date:   May 18, 2023<br>Hearing Time:   10:30 a.m. |

1

144835251.1

1  This Court, having reviewed and considered the *Ex Parte Application for Order Shortening Time for Hearing* (the "Application"), filed by Cash Cloud, Inc. d/b/a Coin Cloud ("Cash Cloud," or "Debtor"), seeking to shorten the time for hearing on Debtor's *Motion for Entry of an Order Approving Key Employee Retention Program and Granting Related Relief* (the "Motion"), and for good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Application is GRANTED in its entirety; and

**IT IS FURTHER ORDERED** and **NOTICE IS HEREBY GIVEN** that hearing on the Motion will be held before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 2, Las Vegas, Nevada 89101, on     May 18, 2023    , at the hour of   10:30 a.m . Any opposition(s) shall be filed and served on required notice parties by      May 08, 2023      , and any reply to such opposition(s) shall be filed and served on required notice parties by      May 12, 2023      .

**NOTICE IS FURTHER GIVEN** that the hearing will be held remotely. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.

A copy of the above referenced Motion is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada. Additionally, a copy of the Motion is available at https://cases.stretto.com/CashCloud (the "Case Website").

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

# # #

144835251.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)