BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed April 25, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re

CASH CLOUD, INC.,
dba COIN CLOUD,

Debtor.

Case No.  BK-23-10423-mkn

Chapter 11

**NOTICE OF ENTRY OF ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ENTRY OF AN ORDER APPROVING KEY EMPLOYEE RETENTION PROGRAM AND GRANTING RELATED RELIEF**

Hearing Date:   May 18, 2023
Hearing Time:   10:30 a.m.

1

145047058.1

**PLEASE TAKE NOTICE** that on the 25th day of April, 2023, the Court entered an *Order Shortening Time for Hearing on Motion for Entry of an Order Approving Key Employee Retention Program and Granting Related Relief* [ECF No. 463], a copy of which is attached hereto.

DATED this 25th day of April 2023.

                                        **FOX ROTHSCHILD LLP**

                                        By:     */s/Brett Axelrod*
                                                 BRETT A. AXELROD, ESQ.
                                                 Nevada Bar No. 5859
                                                 NICHOLAS A. KOFFROTH, ESQ.
                                                 Nevada Bar No. 16264
                                                 ZACHARY T. WILLIAMS, ESQ.
                                                 Nevada Bar No. 16023
                                                 1980 Festival Plaza Drive, Suite 700
                                                 Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2
145047058.1

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
April 25, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-23-10423-mkn |
| CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Chapter 11<br><br>**ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ENTRY OF AN ORDER APPROVING KEY EMPLOYEE RETENTION PROGRAM AND GRANTING RELATED RELIEF**<br><br>Hearing Date:   May 18, 2023<br>Hearing Time:   10:30 a.m. |

1

144835251.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1   This Court, having reviewed and considered the *Ex Parte Application for Order Shortening Time for Hearing* (the "Application"), filed by Cash Cloud, Inc. d/b/a Coin Cloud ("Cash Cloud," or "Debtor"), seeking to shorten the time for hearing on Debtor's *Motion for Entry of an Order Approving Key Employee Retention Program and Granting Related Relief* (the "Motion"), and for good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Application is GRANTED in its entirety; and

**IT IS FURTHER ORDERED** and **NOTICE IS HEREBY GIVEN** that hearing on the Motion will be held before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 2, Las Vegas, Nevada 89101, on ___May 18, 2023___, at the hour of __10:30 a.m__. Any opposition(s) shall be filed and served on required notice parties by _____May 08, 2023_____, and any reply to such opposition(s) shall be filed and served on required notice parties by _____May 12, 2023_____.

**NOTICE IS FURTHER GIVEN** that the hearing will be held remotely. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.

A copy of the above referenced Motion is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada. Additionally, a copy of the Motion is available at https://cases.stretto.com/CashCloud (the "Case Website").

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: ___/s/Brett A. Axelrod___
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

# # #

2

144835251.1