Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>    Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING THE EX PARTE APPLICATION FOR EXAMINATION OF CHRISTOPHER MCALARY PURSUANT TO FED. R. BANKR. P. 2004** |

        PLEASE TAKE NOTICE that an *Order Granting The Ex Parte Application For Examination Of Christopher McAlary Pursuant to Fed. R. Bankr. P. 2004* [ECF No. 464] was entered in the above-captioned case on the 25th day of April, 2023, a copy of which is attached hereto.

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

DATED this 25th day of April, 2023.

McDONALD CARANO LLP

By:  /s/ Ryan J. Works
     Ryan J. Works, Esq. (NSBN 9224)
     Amanda M. Perach, Esq. (NSBN 12399)
     2300 West Sahara Avenue, Suite 1200
     Las Vegas, Nevada 89102
     rworks@mcdonaldcarano.com
     aperach@mcdonaldcarano.com

     John R. Ashmead, Esq.
     Robert J. Gayda, Esq.
     Catherine V. LoTempio, Esq.
     Andrew J. Matott, Esq.
     (*pro hac vice applications granted*)
     SEWARD & KISSEL LLP
     One Battery Park Plaza
     New York, NY 10004
     ashmead@sewkis.com
     gayda@sewkis.com
     lotempio@sewkis.com
     matott@sewkis.com

     *Counsel for Official Committee*
     *of Unsecured Creditors*



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 25, 2023

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No.: 23-10423-mkn |
|---|---|
| CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER GRANTING THE *EX PARTE* APPLICATION FOR EXAMINATION OF CHRISTOPHER MCALARY PURSUANT TO FED. R. BANKR. P. 2004** |
| | **Examination Date:  May 8, 2023** |
| | **Examination Time:  10:00 a.m. (PT)** |

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1       Upon the *Ex Parte Application for Examination of Christopher McAlary Pursuant to Fed. R.*

2    *Bankr. P. 2004* ("Ex Parte Application") filed by the Official Committee of Unsecured Creditors

3    ("Committee"); and for good cause appearing:

4       **IT IS HEREBY ORDERED** that the Ex Parte Application is GRANTED, and Christopher

5    McAlary, the Chief Executive Officer of Cash Cloud, Inc. dba Coin Cloud ("Mr. McAlary") shall

6    appear for an examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure

7    regarding matters that are within the permitted scope of Rule 2004, including without limitation, the

8    assets, conduct, property, and liabilities of the Debtor on May 8, 2023, at 10:00 a.m. Pacific Time,

9    or other mutually agreeable date and time.   The examination will take place at the offices of

10    McDonald Carano LLP, 2300 W. Sahara Ave., Suite 1200, Las Vegas, Nevada, 89102, 702-873-

11    4100, and may be recorded by stenographic and/or videographic means.  The examination may

12    continue from day to day until completed.

13       **IT IS HEREBY FURTHER ORDERED** that Christopher McAlary be prepared to testify

14    at the 2004 examination concerning the documents which are produced by the Debtor.

15       **IT IS FURTHER ORDERED** that the Committee is authorized to serve a separate notice

16    of examination and issue a subpoena for attendance at the examination and request production of

17    documents as provided by Fed. R. Civ. P. 45(a)(1)(C) as adopted by Fed. R. Bankr. P. 9016.

18

19    Prepared and Submitted by:

20    McDONALD CARANO LLP

21

22    */s/ Ryan J. Works*
       Ryan J. Works, Esq. (NSBN 9224)

23    Amanda M. Perach, Esq. (NSBN 12399)
       2300 West Sahara Avenue, Suite 1200

24    Las Vegas, Nevada 89102
       rworks@mcdonaldcarano.com

25    aperach@mcdonaldcarano.com

26

27    and

28

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1  John R. Ashmead, Esq.
   Robert J. Gayda, Esq.
2  Catherine V. LoTempio, Esq.
   Andrew J. Matott, Esq.
3  (*pro hac vice applications granted*)
   SEWARD & KISSEL LLP
4  One Battery Park Plaza
   New York, NY 10004
5  ashmead@sewkis.com
   gayda@sewkis.com
6  lotempio@sewkis.com
   matott@sewkis.com
7
   *Counsel for Official Committee*
8  *of Unsecured Creditors*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966