_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
April 27, 2023

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
*(pro hac vice applications granted)*
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. §§ 1102, 1103, 328, 330 and 331 AUTHORIZING THE EMPLOYMENT OF McDONALD CARANO LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF FEBRUARY 24, 2023**<br><br>**Hearing Date: April 20, 2023**<br>**Hearing Time: 10:30 a.m.** |

The Court, having considered the Official Committee of Unsecured Creditor's (the "Committee") *Application for Order Pursuant to 11 U.S.C. §§ 1102, 1103, 328, 330, and 331 Authorizing and Approving the Employment of McDonald Carano LLP as Counsel to the Official Committee of Unsecured Creditors, Retroactive to February 24, 2023* (the "Application") [ECF No.

279][1], as supported by the Declaration of Ryan J. Works, Esq. in Support of the Application ("Works Decl.") [ECF No. 280]; the Court having found that it has jurisdiction pursuant to 28 U.S.C. § 157 and 1334; the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court having found that the relief requested in the Application is in the best interests of the Debtor's estate, its creditors and other parties in interests; the Court having found that the Committee provided appropriate notice of the Application and the opportunity for opposition was afforded to all parties in interest; the Court having found that no further notice of the Application is necessary under the circumstances; and the Court being satisfied with the representations made in the Application, the Works Decl. and the hearing of this matter; the Court having found that McDonald Carano LLP is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code; the Court having considered the entire record before the Court; and the Court having determined that the legal and factual bases set forth in the Application establish good cause for the relief granted herein; the Court having found that any objections to the relief requested have been withdrawn or overruled on the merits; and based upon the findings set forth on the record at the hearing on the Application, and after due deliberation and sufficient cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**

1. The Application is granted, in its entirety, pursuant to the terms set forth therein, effective as of February 24, 2023;

2. McDonald Carano LLP will be compensated pursuant to 11 U.S.C. §§ 328 and 330;

3. McDonald Carano LLP may seek compensation for its fees and expenses incurred on behalf of the Committee, consistent with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the US Trustee Guidelines, and any applicable rules or orders of this Court;

4. McDonald Carano LLP is disinterested as that term is defined in 11 U.S.C. § 101(14).

**IT IS SO ORDERED.**

# # #

---

[1] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Application.

4889-5028-9751, v. 1

In accordance with LR 9021, counsel submitting this **ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. §§ 1102, 1103, 328, 330 and 331 AUTHORIZING THE EMPLOYMENT OF McDONALD CARANO LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF FEBRUARY 24, 2023** certifies that the order accurately reflects the court's ruling and that (check one):

☐     The Court has waived the requirement set forth in LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document].

| | |
|---|---|
| Ryan Andersen | Approved/Disapproved/Failed To Respond/**Waived Review** |
| Jared A. Day | **Approved**/Disapproved/Failed To Respond/Waived Review |
| Jim Jimmerson | Approved/Disapproved/**Failed To Respond**/Waived Review |
| Adam P. Schwartz | Approved/Disapproved/**Failed To Respond**/Waived Review |
| Jeanette E. McPherson | **Approved**/Disapproved/Failed To Respond/Waived Review |

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Prepared and respectfully submitted by:

McDONALD CARANO LLP


  */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

SEWARD & KISSEL LLP
John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
*(pro hac vice applications granted)*
One Battery Park Plaza
New York, NY 10004

*Counsel for Official Committee
of Unsecured Creditors*

3

4889-5028-9751, v. 1