BRETT A. AXELROD, ESQ. (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed April 28, 2023

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING DEBTOR'S THIRD OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES** |

**PLEASE TAKE NOTICE** that on the 28th day of April, 2023, the Court entered an *Order Granting Debtor's Third Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases* [ECF 491], a copy of which is attached here.

Dated this 28th day of April, 2023.   **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
    JEANETTE E. MCPHERSON, ESQ. (5423)
    BRETT A. AXELROD, ESQ. (5859)
    NICHOLAS A. KOFFROTH, ESQ. (16264)
    ZACHARY T. WILLIAMS, ESQ. (16023)
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
*Counsel for Debtor*

145175991.1

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
April 28, 2023

BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16923)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S THIRD OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**<br><br>Hearing Date:  April 20, 2023<br>Hearing Time:  10:30 a.m. |
|---|---|

The Court, having reviewed and considered Debtor's motion (the "Motion")[1] for an order approving the rejection of Contracts pursuant to 11 U.S.C. § 365(a); and upon consideration of the McAlary Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

1

144864902.1

notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that the Debtor's rejection of the Rejected Contracts, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
    JEANETTE E. MCPHERSON, ESQ.
    BRETT A. AXELROD, ESQ.
    NICHOLAS A. KOFFROTH, ESQ.
    ZACHARY T. WILLIAMS, ESQ.
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135

*Counsel for Debtor*

APPROVED/DISAPPROVED

**THE JIMMERSON LAW FIRM, P.C.**

By: /s/ James M. Jimmerson
    JAMES J. JIMMERSON, ESQ.
    JAMES M. JIMMERSON, ESQ.
    415 South Sixth Street, Suite 100
    Las Vegas, Nevada 89101

*Counsel for Debtor*

144864902.1

APPROVED/DISAPPROVED

**OFFICE OF THE UNITED STATES TRUSTEE**

By: <u>SIGNATURE WAIVED</u>
    JARED A. DAY,
    Trial Attorney for Tracy Hope Davis,
    United States Trustee
    300 Las Vegas Boulevard South, Suite 4300
    Las Vegas, Nevada 89101

APPROVED/DISAPPROVED

**MCDONALD CARANO LLP**

By: <u>NO RESPONSE RECEIVED</u>
    RYAN J. WORKS, ESQ. (NSBN 9224)
    AMANDA M. PERACH, ESQ. (NSBN 12399)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102

and

**SEWARD & KISSEL LLP**
JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
CATHERINE V. LOTIEMPO, ESQ. (Admitted *Pro Hac Vice*)
ANDREW J. MATOTT, ESQ.
One Battery Park Plaza
New York, New York 10004

*Counsel for Official Committee of Unsecured Creditors*

APPROVED/DISAPPROVED

**CARLTON FIELDS, P.A.**

By: <u>NO RESPONSE RECEIVED</u>
    ADAM SCHWARTZ, ESQ. *(Admitted Pro Hac Vice)*
    JOHN J. LAMOUREUX, ESQ., *(Admitted Pro Hac Vice)*
    Corporate Center Three at International Plaza
    4221 W. Boy Scout Boulevard, Suite 1000
    Tampa, Florida 33607-5780

and

**HOLLEY DRIGGS**
STACY H. RUBIN, ESQ.
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Counsel For Lux Vending, LLC d/b/a Bitcoin Depot*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

144864902.1

APPROVED/DISAPPROVED

**ANDERSON & BEEDE**

By: SIGNATURE WAIVED
    RYAN A. ANDERSEN, ESQ.
    VALERIE Y. ZAIDENBERG, ESQ.
    3199 E. Warm Springs Rd, Suite 400
    Las Vegas, Nevada 89120
*Counsel for Luis Flores*

### CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐     The Court has waived the requirement of approval in LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### # # #

4

144864902.1

**EXHIBIT 1 TO ORDER**

**CONTRACTS TO BE REJECTED**

144864902.1

1

| Service Provider | Service Provider Address | Services Provided | Account No. |
|---|---|---|---|
| Bailey's Sweeper Service | 5455 N. Rainbow Boulevard<br>Las Vegas, Nevada 89130 | Parking Lot/Street Sweeper | N/A |
| CenturyLink Communications, LLC d/b/a Lumen Technologies Group | P.O. Box 52187<br>Phoenix, Arizona 85072-2187 | Web Hosting/DNS/Office 365/Fax/Internet/Registration Services | 91255098 |
| Cox Business | Dept. #102276<br>P.O. Box 1259<br>Oaks, Pennsylvania 19456 | Telephone Line for Elevator & Alarm System | 001 8610 1348 70601 |
| Daich's First Choice Coffee Services | 6295 S. Pearly Street, Suite 5<br>Las Vegas, Nevada 89120 | Virtu 92 Coffee Machine & Related Coffee Supplies & Services | 601413 |
| DC Group, Inc. | 1977 West River Road North<br>Minneapolis, Minnesota 55411 | Uninterrupted Power Supply, ONAN Generator-DECC 4482, & 1.5 Hour Load Bank Test | COINCLNV01 |
| Desert Fire Protection, L.P. | 5040 Sobb Avenue<br>Las Vegas, Nevada 89118 | Fire Sprinker Inspection, Fire Hydrant Inspection, & First Extinguisher Service | 03CASHCL |
| G&G Systems | 4340 W. Hacienda Ave.<br>Las Vegas, Nevada 89118 | Fire Suppression & Fire Alarm Test | 2001 |
| High Desert Landscape & Design | Attn: Angie Torres<br>8800 W. Lone Mountain Road<br>Las Vegas, Nevada 89129 | Perimeter Landscaping | N/A |
| Las Vegas Pest Control | P.O. Box 35019<br>Seattle, Washington 98124-3419 | Rodent & Pest Control | 778321 |
| Las Vegas Valley Water District | P.O. Box 2921<br>Phoenix, Arizona 85062-2921 | Water | 6026 100 408-3 |
| Nextgen | 7165 Bermuda Rd.<br>Las Vegas, Nevada 89119 | Fire Alarm Monitoring | 12928 |
| NV Energy | P.O. Box 30150<br>Reno, Nevada 89520-3150 | Electricity | 3000 3657 4461 7161 96 |
| Otis Elevator Company | Dept LA 21684<br>Pasadena, California 91185-1684 | Elevator Maintenance | 88294306 |
| Quench USA, Inc. | P.O. Box 735777<br>Dallas, Texas 75373-5777<br><br>630 Allendale Rd., Suite 200<br>King Of Prussia, Pennsylvania 19406 | Cold/Hot Water Dispenser & Water Service | D354418 |
| Republic Silver State Disposal, Inc. dba Republic Services of Southern Nevada | 1771 E. Flamingo Rd.<br>Las Vegas, Nevada 89119 | Recycling Service | 3-0620-0999240 |
| Republic Silver State Disposal, Inc. dba Republic Services of Southern Nevada | P.O. Box 78829<br>Phoenix, Arizona 85062-8829 | Trash Service | 3-0620-0999522 |
| Siemens Industry, Inc. | C/O Citibank (Bldg Tech)<br>P.O. Box 2134<br>Carol Stream, Illinois 60132-2134 | Fire Panel & Alarm System (Main & Front Entrance) | 30660821 |
| Southwest Gas | P.O. Box 9890<br>Las Vegas, Nevada 89193-8890 | Gas | 9100 0292 9593 |
| West Coast Water Solutions, LLC | 9030 West Sahara Avenue, #288<br>Las Vegas, Nevada 89117 | Ice Machine & Water Filtration Service | N/A |

**FIRST OMNIBUS MOTION TO REJECT EXHIBIT 2,**
**NOTICE OF HEARING ON FIRST OMNIBUS MOTION TO REJECT EXHIBIT 1, AND**
**ORDER GRANTING FIRST OMNIBUS MOTION TO REJECT EXHIBIT 1**

143391703.2