CARLTON FIELDS, P.A.
Adam Schwartz (Admitted *Pro Hac Vice*)
Email: aschwartz@carltonfields.com
John J. Lamoureux (Admitted *Pro Hac Vice*)
Email: jlamoureux@carltonfields.com
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607-5780
Telephone: 813.223.7000
Facsimile: 813.229.4133

HOLLEY DRIGGS
Stacy H. Rubin, Esq. (NV Bar No. 9298)
Email: srubin@nevadafirm.com
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for Lux Vending, LLC d/b/a Bitcoin Depot*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 23-10423-MKN |
| CASH CLOUD, INC., DBA COIN CLOUD, | Chapter 11 |
| Debtor. | |
| CASH CLOUD, INC., DBA COIN CLOUD, | **NOTICE OF APPEARANCE** |
| Plaintiff, | |
| v. | |
| LUX VENDING, LLC d/b/a BITCOIN DEPOT, | |
| Defendant. | |

      Adam P. Schwartz of Carlton Fields, P.A. enters his appearance as counsel for Defendant Lux Vending, LLC d/b/a Bitcoin Depot. The undersigned counsel respectfully requests that copies of all future notices, pleadings and orders served and/or filed in the above-styled and numbered

132796752      - 1 -

cause be served upon **Adam P. Schwartz, Carlton Fields, P.A., Post Office Box 3239, Tampa, Florida 33601.**

DATED: May 1, 2023.

                                         */s/ Adam P. Schwartz*
                                         Adam P. Schwartz
                                         (Admitted *Pro Hac Vice*)
                                         John J. Lamoureux
                                         (Admitted *Pro Hac Vice*)
                                         Carlton Fields, P.A.
                                         Corporate Center Three at International Plaza
                                         4221 W. Boy Scout Boulevard, Suite 1000
                                         Tampa, Florida  33607-5780

                                         and

                                         Stacy H. Rubin, Esq.
                                         Nevada Bar No. 9298
                                         Holley Driggs
                                         300 South Fourth Street, Suite 1600
                                         Las Vegas, Nevada 89101
                                         *Attorneys for Lux Vending, LLC*
                                         *d/b/a Bitcoin Depot*

- 2 -

132796752

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Carlton Fields and that, on May 1, 2023, I caused to be served a true and correct copy of NOTICE OF APPEARANCE in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Tampa, Florida, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date above written.

*/s/ Angie Maranto*
An employee of Carlton Fields, P.A.