LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

Attorneys for Interested Party
Brookfield Retail Properties, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.<br> d/b/a COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-MKN<br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

    Louis M. Bubala III, SBN 8974
    KAEMPFER CROWELL
    50 W. Liberty Street, Suite 700
    Reno, Nevada 89501
    Telephone: (775) 852-3900
    E-Mail: lbubala@kcnvlaw.com

DATED: May 2, 2023.
                                                        KAEMPFER CROWELL

                                                        By: */s/ Louis M. Bubala III*
                                                        Louis M. Bubala III