NVB 5075 (Rev. 2/23)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

CASH CLOUD, INC.
    dba COIN CLOUD

    Debtor(s)

BK−23−10423−mkn
CHAPTER 11

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **504** – Notice of Appearance with Certificate of Service Filed by ADAM P. SCHWARTZ on behalf of LUX VENDING, LLC d/b/a BITCOIN DEPOT (SCHWARTZ, ADAM) |
| Filed On: | 5/1/23 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Bankruptcy Debtor(s)
    * The Case Caption does not match the docket sheet exactly. The case caption must include all parties including terminated parties.

Dated: 5/2/23

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**