Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
miller@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF TAKING THE EXAMINATION OF THE CUSTODIAN OF RECORDS OF CASH CLOUD, INC. dba COIN CLOUD PURSUANT TO FED. R. BANKR. P. 2004**<br><br>**Examination Date:** May 8, 2023<br>**Examination Time:** 8:30 a.m. (PT) |

PLEASE TAKE NOTICE that, pursuant to an agreement between the Official Committee of Unsecured Creditors (the "Committee") and the Debtor, Fed. R. Bankr. P. 2004 and the Bankruptcy Court's *Order Granting the Ex Parte Application for Examination of the Custodian of Records for Cash Cloud, Inc. dba Coin Cloud Pursuant to Fed. R. Bankr. P. 2004* that was

entered on April 25, 2023, [ECF No. 465], the Committee appointed in the above-captioned chapter 11 bankruptcy case, by and through its undersigned attorneys, will take the oral examination of the Custodian(s) of Records ("Custodian(s)") of Cash Cloud, Inc. dba Coin Cloud (the "Debtor") on **May 8, 2023, at 8:30 a.m. Pacific Time**.

PLEASE TAKE FURTHER NOTICE that the examination will proceed remotely by Zoom videoconference. **The examination may be attended by following the link below:**

https://esquiresolutions.zoom.us/j/99532785139?pwd=c1hlUURlMGVwYlRmenZDdy8wR0V5QT09

**Meeting ID:   99532785139**

**Meeting Password:   9632128**

The examination will take place before a court reporter authorized by law to administer oaths and shall be recorded by stenographic means and may be videotaped.

This examination will continue from day to day, or to some other stipulated date, until completed. A link to attend any continued examinations will follow under an amended notice.

DATED this 3rd day of May 2023.

          McDONALD CARANO LLP

          By:  /s/ Ryan J. Works
               Ryan J. Works, Esq. (NSBN 9224)
               Amanda M. Perach, Esq. (NSBN 12399)
               2300 West Sahara Avenue, Suite 1200
               Las Vegas, Nevada 89102
               rworks@mcdonaldcarano.com
               aperach@mcdonaldcarano.com

          John R. Ashmead, Esq.
          Robert J. Gayda, Esq.
          Catherine V. LoTempio, Esq.
          Laura E. Miller, Esq.
          Andrew J. Matott, Esq.
          (*pro hac vice applications granted*)
          SEWARD & KISSEL LLP
          One Battery Park Plaza
          New York, NY 10004
          ashmead@sewkis.com
          gayda@sewkis.com
          lotempio@sewkis.com
          miller@sewkis.com
          matott@sewkis.com

          *Counsel for Official Committee*
          *of Unsecured Creditors*