

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
May 04, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
　　　　jmcpherson@foxrothschild.com
　　　　nkoffroth@foxrothschild.com
　　　　zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>　　　　　　　　　　Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT**<br><br>Hearing Date:　March 29, 2023<br>Hearing Time:　9:30 a.m. |

1

Order Re FIRST Omnibus Motion To Reject Revised 404777215_2 Order (CGSH ..) 2023 03 22(143911072.1).docx

The Court having reviewed and considered Debtor's motion [ECF 138] (the "Motion")[1] and the *Supplement To Exhibits To: 1) Debtor's First Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment [ECF 138]; And 2) Notice Of Hearing On Debtor's First Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment [ECF 140]* [ECF 229] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a) and approving the abandonment of Remaining Property pursuant to 11 U.S.C. § 554(a), if the Debtor has made the determination that abandonment is appropriate; and upon consideration of the McAlary Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; the Court having determined that abandonment of Remaining Property, if so determined by the Debtor, is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; the Court having considered Enigma Securities Limited's request that the automatic stay be terminated to allow it to exercise its rights with respect to its collateral and the Debtor's consent; the Debtor having been informed by CKDL Credit, LLC, the Debtor in Possession Lender, that it will not seek to exercise any rights it holds with regarding to obtaining possession of its collateral, including without limitation any interest it holds in the Remaining Property; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

Order Re FIRST Omnibus Motion To Reject Revised 404777215_2 Order (CGSH ..) 2023 03 22(143911072.1).docx

1    and sufficient cause appearing therefor, it is hereby,

2    **ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

3    **ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

6    **ORDERED** that the date of the filing of the Motion shall be deemed to be the date of notice of abandonment of the Remaining Property; and it is further

8    **ORDERED** that the Remaining Property is abandoned effective as of the date of the filing of the Motion, and the Remaining Property shall be surrendered and abandoned to the creditors who are secured by the Remaining Property.  The Remaining Property may be retrieved by the respective secured creditor from the Location, or any party authorized by the Debtor, within seven (7) days of entry of this Order; and, after seven (7) days of the date this Order is entered, if the Remaining Property has not been removed, it may be disposed of by the Counterparty; and it is further

15    **ORDERED** that CKDL Credit, LLC, the Debtor in Possession Lender, has released any rights it holds with regarding to obtaining possession of the Remaining Property that is subject to the Debtor's Motion and any lien, security interest, or other interest therein; and it is further

18    **ORDERED** that the automatic stay is terminated pursuant to 11 U.S.C. § 362(d)(2) to allow any secured creditor who has a collateral interest in the Remaining Property to exercise its rights to foreclose on or otherwise dispose of such property in accordance with applicable non-bankruptcy law; and it is further

22    **ORDERED** that Enigma Securities Limited ("Enigma") reserves all rights with respect to the Remaining Property in which it holds an interest, including but not limited to rights it may be determined to have, if any, with respect to (a) the valuation of its collateral (the "Enigma Collateral"), (b) cash contained within any abandoned Kiosk that Enigma has asserted is Enigma Collateral, and (c) the impact of abandonment on the amount of Enigma's secured claim; and it is further

28    / / /

**ORDERED** that Genesis Global Holdco, LLC ("Genesis") reserves all rights with respect to the Remaining Property in which it holds an interest, including but not limited to rights it may be determined to have, if any, with respect to (a) the valuation of its collateral (the "Genesis Collateral"), (b) cash contained within any abandoned Kiosk that Genesis has asserted is Genesis Collateral, and (c) the impact of abandonment on the amount of Genesis's secured claim; and it is further

**ORDERED** that nothing herein shall serve as a waiver of any claims of the Debtor, its estate or the Committee against any party holding an interest in the Remaining Property, and the Debtor, its estate and the Committee expressly reserve any and all of their rights with respect to any claims of any creditor arising in connection with the rejection of the Contracts or Leases, surrender of the Remaining Property, and abandonment of the Remaining Property, or claims or issues related thereto, including, without limitation (a) the valuation of a secured creditor's collateral interest, (b) whether any cash contained in any abandoned Kiosk is a secured creditor's collateral or belongs to any other creditor or the Debtor, and (c) the determination of any party's proof of claim, including without limitation a secured creditor's or lease holder's claim, including without limitation all related claims of the Debtor, its estate or the Committee for setoff and/or damages; and it is further

**ORDERED** that the abandonment of the Remaining Property shall not impair, waive, limit, or otherwise affect, and shall be subject to, any and all claims, ownership interests and contractual rights of OptConnect Management LLC ("OptConnect") in connection with any Remaining Property (and any equipment or hardware connected thereto), which are reserved and preserved in all respects, and nothing in this Order or any abandonment of Remaining Property as a result of this Order shall grant any third party any rights over OptConnect's assets that form part of the Remaining Property (and any equipment or hardware connected thereto); and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion; and it is further

/ / /

**ORDERED** that, to the extent applicable, the 14-day stay under Fed.R.Bankr. P. 4001 and Fed.R.Bankr. P. 6004(h) is waived.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
    JEANETTE E. MCPHERSON, ESQ.
    BRETT A. AXELROD, ESQ.
    NICHOLAS A. KOFFROTH, ESQ.
    ZACHARY T. WILLIAMS, ESQ.
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135

*Counsel for Debtor*

APPROVED/DISAPPROVED

**OFFICE OF THE UNITED STATES TRUSTEE**

By: SIGNATURE WAIVED
    JARED A. DAY,
    Trial Attorney for Tracy Hope Davis,
    United States Trustee
    300 Las Vegas Boulevard South, Suite 4300
    Las Vegas, Nevada 89101

APPROVED/DISAPPROVED

**BERGER SINGERMAN LLP**

By: NO RESPONSE RECEIVED
    JORDI GUSO, ESQ. *(Admitted Pro Hac Vice)*
    1450 Brickell Avenue, Suite 1900
    Miami, FL 33131

and

**SYLVESTER & POLEDNAK, LTD.**
    JEFFREY R. SYLVESTER, ESQ.
    Nevada Bar No. 4396
    1731 Village Center Circle
    Las Vegas, NV 89134

*Counsel For Interested Party CKDL Credit, LLC*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1  APPROVED/DISAPPROVED

2  **MCDONALD CARANO LLP**

3  By: NO RESPONSE RECEIVED
    RYAN J. WORKS, ESQ. (NSBN 9224)
4   AMANDA M. PERACH, ESQ. (NSBN 12399)
    2300 West Sahara Avenue, Suite 1200
5   Las Vegas, Nevada 89102

6   and

7   **SEWARD & KISSEL LLP**
    JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
8   ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
    CATHERINE V. LOTIEMPO, ESQ. (Admitted *Pro Hac Vice*)
9   ANDREW J. MATOTT, ESQ.
    One Battery Park Plaza
10  New York, New York  10004

*Counsel for Official Committee of Unsecured Creditors*

13  APPROVED/DISAPPROVED

14  **MORRISON & FOERSTER LLP**

15  By: /s/ Andrew Kissner
    GARY LEE, ESQ. (Admitted *Pro Hac Vice*)
16  New York Bar No. 2397669
    ANDREW KISSNER, ESQ. (Admitted *Pro Hac Vice*)
17  New York Bar No. 5507652
    250 West 55th Street
18  New York, New York 10019-3601

19  and

20  **SHEA LARSEN**
    JAMES PATRICK SHEA, ESQ.
21  Nevada Bar No. 405
    BART K. LARSEN, ESQ.
22  Nevada Bar No. 8538
    KYLE M. WYANT, ESQ.
23  Nevada Bar No. 14652
    1731 Village Center Circle, Suite 150
25  Las Vegas, Nevada 89134

*Counsel for Enigma Securities Limited*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

| | |
|---|---|
| 1 | APPROVED/DISAPPROVED |
| 2 | **DECHERT LLP** |
| 3 | By: /s/ Craig P. Druehl |
| 4 | CRAIG P. DRUEHL, ESQ.<br>Three Bryant Park |
| 5 | 1095 Avenue of the Americas<br>New York New York  10036-6797 |
| 6 | and |
| 7 | **LAW OFFICE OF BRIAN D. SHAPIRO, LLC** |
| 8 | BRIAN D. SHAPIRO, ESQ.<br>Nevada Bar No. 5772 |
| 9 | 510 S. 8th Street<br>Las Vegas, Nevada 89101 |
| 10 | *Counsel for OptConnect Management LLC* |
| 11 | |
| 12 | APPROVED/DISAPPROVED |
| 13 | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| 14 | By:   NO RESPONSE RECEIVED |
| 15 | SEAN A. O'NEAL, ESQ.  (Admitted *Pro Hac Vice*)<br>JANE VANLARE, ESQ.  (Admitted *Pro Hac Vice*) |
| 16 | MICHAEL WEINBERG, ESQ. (*Pro Hac Vice* forthcoming*)*<br>One Liberty Plaza |
| 17 | New York, New York 10006 |
| 18 | and |
| 19 | **SNELL & WILMER L.L.P.**<br>ROBERT R. KINAS, ESQ. (Nevada Bar No. 6019) |
| 20 | BLAKELEY E. GRIFFITH, ESQ. (Nevada Bar No. 12386)<br>CHARLES E. GIANELLONI, ESQ. (Nevada Bar No. 12747) |
| 21 | 3883 Howard Hughes Parkway, Suite 1100 |
| 22 | Las Vegas, Nevada 89169<br>*Counsel for Genesis Global Holdco LLC* |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada  89135
(702) 262-6899
(702) 597-5503 (fax)

7
Order Re FIRST Omnibus Motion To Reject Revised 404777215_2 Order (CGSH ..) 2023 03 22(143911072.1).docx

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

# EXHIBIT 1

## CONTRACTS AND/OR LEASES TO BE REJECTED

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| 1701 S Lindbergh Blvd | Attn: Kelly Knebel<br>1701 S Lindbergh Blvd<br>Frontenac, MO  63131 | 1701 S Lindbergh Blvd<br>Frontenac, MO 63131 | 142000 |
| Area 51 STL LLC | Attn: Peter Brooks<br>6901 Gravois Ave<br>St. Louis, MO  63116 | 6901 Gravois Ave<br>St. Louis, MO 63116 | 125113 |
| Bad Owl Coffee, LLC | Attn: Annie Chang<br>10575 S Eastern Ave Ste 160<br>Henderson, NV  89052 | 10575 S Eastern Ave<br>Ste 160<br>Henderson, NV 89052 | 118832 |
| Blu Drop dba Blu Liquor | Attn: Kimmy Alexandre<br>8620 Long Point Rd<br>Houston, TX  77055 | 8620 Long Point Rd<br>Houston, TX 77055 | 124102 |
| BP | Attn: Kumar Vaid<br>1273 S. Main Street<br>Englewood, OH  45322 | 1273 S. Main Street<br>Englewood, OH 45322 | 115340 |
| Brand Cigars Newtown | Attn: Sujata Patel<br>266 S Main St<br>Newtown, CT  06470 | 266 S Main St<br>Newtown, CT 06470 | 130479 |
| Bubbles Laundromat | Attn: Jully Demarcus<br>3205 Wrightsboro Rd<br>Augusta, GA  30909 | **3207 Wrightsboro Rd.**[1]<br>Augusta, GA 30909 | 126095 |
| Canyon Crossing Petroleum | Attn: Dan Patel<br>1175 Snow Canyon Pkwy Suite #101<br>Ivins, UT  84738 | 1175 Snow Canyon Pkwy<br>Suite #101<br>Ivins, UT 84738 | 139033 |
| Car Stop Pre Owned Auto LLC | Attn: Joseph Riggs<br>1035 14th St W<br>Huntington, WV  25704 | 1035 14th St W<br>Huntington, WV 25704 | 120822 |
| CBD Life / Colorado's Big Discovery | Attn: John Przybylo<br>2929 Galley Rd<br>Colorado Springs, CO  80909 | 2929 Galley Rd<br>Colorado Springs, CO 80909 | 125191 |
| Coastal Spirits | Attn: Sarju Patel<br>107 S Godley Station Blvd<br>Pooler, GA  31322 | 107 S Godley Station Blvd<br>Pooler, GA 31322 | 125856 |
| Cobblestone Inn & Suites - Bridgeport | Attn: Scott Schmunk<br>517 Main St<br>Bridgeport, NE  69336 | 517 Main St<br>Bridgeport, NE 69336 | 139616 |

---

[1] The Kiosk Location is being updated to reflect the actual location to provide the Counterparty with additional information.

Page 1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Crump's Food Center | Attn: Chris Spencer<br>704 West Houston<br>PO Box 1530<br>Linden, TX  75563 | 704 West Houston<br>PO Box 1530<br>Linden, TX  75563 | 139101 |
| Cyber Age VR | Attn: Alberto Gutierrez<br>214 W 1st Ave<br>Toppenish, WA  98948 | 214 W 1st Ave<br>Toppenish, WA  98948 | 125046 |
| David's Market | Attn: Benjamin Pourkhalili and Banafsheh J Moghtadaie<br>6033 N Sheridan Rd Ste N1<br>Chicago, IL  60660 | 6033 N Sheridan Rd Ste N1<br>Chicago, IL  60660 | 124928 |
| Doost LLC | Attn: Ali Sultan<br>c/o Marathon Gas<br>702 33rd Ave N<br>Saint Cloud, MN  56303 | c/o Marathon Gas<br>702 33rd Ave N<br>Saint Cloud, MN  56303 | 148416 |
| Elk Creek Mining LLC | Attn: John Webber<br>c/o 88 Grill<br>502 West Main St<br>New Castle, CO  81647 | c/o 88 Grill<br>502 West Main St<br>New Castle, CO  81647 | 122553 |
| Extreme Clean Laundry, Inc. | Attn: Paul Staffier & Tony Mazza<br>295 Armistice Blvd<br>Pawtucket, RI  02861 | 295 Armistice Blvd<br>Pawtucket, RI  02861 | 122394 |
| EZ Food Mart | Attn: Pawan Regmi<br>901 Belt Line Rd #100<br>Garland, TX  75040 | 901 Belt Line Rd #100<br>Garland, TX  75040 | 124709 |
| Fast Cash & Pawn USA | Attn: Joan Lualhati<br>929 E Ogden Ave<br>Naperville, IL  60563 | Attn: Joan Lualhati929 E Ogden Ave<br>Naperville, IL 60563 | 130359 |
| Foxywoods LLC | Attn: Subash Shrestha<br>c/o Pumpkin Hill Market<br>126 Gallup Hill Rd<br>Ledyard, CT  06339 | Attn: Subash Shresthac/o Pumpkin Hill Market<br>126 Gallup Hill Rd<br>Ledyard, CT  06339 | 147967 |
| Freeman Foods | Attn: Clint Miller<br>2966 305th St<br>Parnell, IA  52325 | 268 8th Ave SW<br>Wellman, IA 52356 | 147036 |
| Future Concerns LLC | Attn: Usman Butt<br>c/o I'M Convenience & Smoke Center<br>311 Norwich-New London Turnpike<br>Montville, CT  06382 | c/o I'M Convenience & Smoke Center<br>311 Norwich-New London Turnpike<br>Montville, CT 06382 | 129740 |
| Heights Corner Market LLC | Attn: Eric Herget<br>5018 Kavanaugh Blvd.<br>Little Rock, AR  72207 | 5018 Kavanaugh Blvd.<br>Little Rock, AR 72207 | 145628 |

144173159.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Hi-Desert Daydream | Attn: Andrew Evans<br>73515 Twentynine Palms Hwy<br>Twentynine Palms, CA  92277 | 73515 Twentynine Palms Hwy<br>Twentynine Palms, CA 92277 | 128725 |
| HJ of Columbia, Inc | Attn: Hemanshu Dinesh Bavishi<br>c/o HB Mart<br>1625 Leesburg Rd<br>Columbia, SC  29209 | c/o HB Mart<br>1625 Leesburg Rd<br>Columbia, SC 29209 | 124965 |
| Hokus Pokus Beer & Deli LLC | Attn: Ahmad Suleiman Abdelmajed<br>2401 W Nob Hill Blvd<br>Yakima, WA  98902 | 2401 W Nob Hill Blvd<br>Yakima, WA 98902 | 121076 |
| Hutchinson Pawn & Jewelry | Attn: Frank Ellis<br>509 E 4th Ave<br>Hutchinson, WV  67501 | 509 E 4th Ave<br>Hutchinson, WV 67501 | 122856 |
| ICC Enterprises LLC | Attn: Carlos Gutierrez<br>c/o Cut Rate Liquors<br>122 S Sunset Strip St<br>Kenedy, TX  78119 | c/o Cut Rate Liquors<br>122 S Sunset Strip St<br>Kenedy, TX 78119 | 127797 |
| ISPcomputer | Attn: Alfredo Covarrubias<br>15610 1st Ave S<br>Burien, WA  98148 | 15610 1st Ave S<br>Burien, WA 98148 | 128671 |
| iTech Cellphone & Computer Repair | Attn: Andrew Gaspar<br>1117 E Vine St<br>Kissimmee, FL  34744 | 1117 E Vine St<br>Kissimmee, FL 34744 | 124389 |
| J&L tobacco quality | Attn: Loai Saddeh<br>1318 N Main St<br>Marion, SC  29571 | 1318 N Main St<br>Marion, SC 29571 | 144692 |
| JJL Multiservice LLC | Attn: Rimel Nedel Reyes Villalona; Jose Ramon Javier Acosta<br>c/o South Main Communications<br>271 S Main St<br>Woonsocket, RI  02895 | c/o South Main Communications<br>271 S Main St<br>Woonsocket, RI 02895 | 129736 |
| Jucker Hawai'i | Attn: Mike Jucker<br>151 Kupuohi St Ste H2<br>Lahaina, HI  96761 | 151 Kupuohi St<br>Ste H2<br>Lahaina, HI 96761 | 124133 |
| Karim LLC dba Pontiac Food Mart | Attn: Qudrat Tariq<br>527 Pontiac Ave<br>Cranston, RI  02910 | 527 Pontiac Ave<br>Cranston, RI 02910 | 116554 |
| King Wash & Dry | Attn: Mohammed A Hossain<br>11255 Garland Rd Ste 1300<br>Dallas, TX  75218 | 11255 Garland Rd Ste 1300<br>Dallas, TX 75218 | 125420 |

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Koodegras CBD Oil | Attn: Diane Bingham<br>8757 State St<br>Sandy, UT  84070 | 8757 State St<br>Sandy, UT 84070 | 128663 |
| Korner Market | Attn: Vrushank B Patel<br>1991 Bracht-Piner Rd<br>Morning View, KY  41063 | 1991 Bracht-Piner Rd<br>Morning View, KY 41063 | 128724 |
| La Familia Grocery Store | Attn: Osee Fervil<br>3420 NW 2nd Ave<br>Miami, FL  33127 | 3420 NW 2nd Ave<br>Miami, FL 33127 | 139633 |
| Laundry City | Attn: Kishor Changela<br>1052 Dalby Way<br>Austell, GA  30106-1464 | **1245 Veterans Memorial Hwy SW**[2] # 35<br>Mableton, GA 30126 | 125198 |
| Le's Laundry | Attn: Le Ngo<br>81 Main Street<br>Malden, MA  02148 | **232 Ferry St.**[3]<br>Malden, MA 02148 | 137042 |
| Lucky 7 Food Mart | Attn: Mohammad Abuali<br>10530 Rosedale Hwy Ste 9<br>Bakersfield, CA  93312 | 10530 Rosedale Hwy<br>Ste 9<br>Bakersfield, CA 93312 | 103020 |
| MAINE Northern Lights | Attn: Brad Dostie<br>421 Water Street<br>Gardiner, ME  04345 | 421 Water Street<br>Gardiner, ME 04345 | 136228 |
| Mi Casa Market | Attn: : Guadalupe Madrigales<br>723 W 3rd Ave<br>Moses Lake, WA  98837 | 723 W 3rd Ave<br>Moses Lake, WA 98837 | 147474 |
| Mizz Repair - Phone Repair | Attn: Gabriela Roman<br>6851 W 4th Ave<br>Hialeah, FL  33014 | 6851 W 4th Ave<br>Hialeah, FL 33014 | 129451 |
| Mobile One | Attn: Riyad Ahmad<br>798 NW 183rd St<br>Miami Gardens, FL  33169 | 798 NW 183rd St<br>Miami Gardens, FL 33169 | 128009 |
| **Every Day Food Mart Store #3**[4]<br>Mr Checkout Power 5 Butan LLC | Attn: Duc Minh Ta<br>c/o Lents 1 Stop Market<br>9213 SE Foster Rd<br>Portland, OR  97266 | c/o Lents 1 Stop Market<br>9213 SE Foster Rd<br>Portland, OR 97266 | 126252 |

---

[2] The Kiosk Location is being updated to reflect the actual location to provide the Counterparty with additional information.
[3] The Kiosk Location is being updated to reflect the actual location to provide the Counterparty with additional information.
[4] The Counterparty name is being updated based on additional information that was located by the Debtor.  The Counterparty did receive notice at the correct address.

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| MS Yakima Group LLC | Attn: Sharvan Khullar<br>301 N 1st St<br>Yakima, WA  98901 | Attn: Sharvan Khullar301 N 1st St<br>Yakima, WA 98901 | 137103 |
| Nina Corporation | Attn: Lee Gilbertson<br>c/o Mac's Liquor<br>8600 Excelsior Blvd<br>Hopkins, MN  55343 | Attn: Lee Gilbertsonc/o Mac's Liquor<br>8600 Excelsior Blvd<br>Hopkins, MN 55343 | 138122 |
| Noah Smoke Shop | Attn: Sinan Esho<br>12416 N 28th Dr<br>Phoenix, AZ  85029 | Attn: Sinan Esho12416 N 28th Dr<br>Phoenix, AZ 85029 | 138367 |
| Ohmies Vape and Glass Emporium #1 | Attn: Kiran Gilani<br>c/o Kiran Gilani<br>1971 Hwy 412 East<br>Siloam Springs, AR  72761 | **2518 W. M.L.K. Jr Blvd[5]**<br>Fayetteville, AR 72701 | 137107 |
| Ohmies Vape And Glass Emporium #5 | Attn: Kiran Gilani;Rahul Gilan<br>1971 Hwy 412 East<br>Siloam Springs, AR  72761 | 1971 Hwy 412 East<br>Siloam Springs, AR 72761 | 137111 |
| One Stop Food & Liquor | Attn: Gurnam Singh<br>6326 Main Ave #2<br>Orangevale, CA  95662 | 6326 Main Ave<br>#2<br>Orangevale, CA 95662 | 147420 |
| ONNI Burbank Town Center LLC | Attn: Greg Wilks<br>201 E Magnolia Blvd Ste 151<br>Burbank, CA  91502 | 201 E Magnolia Blvd<br>Ste 151<br>Burbank, CA 91502 | 128160 |
| Paises Unidos LLC | Attn: Guadalupe Trujillo Ayala<br>1233 West Sunset Drive<br>Rogers, AR  72756 | **1908 S 8th St[6]**<br>Rogers, AR 72758 | 130621 |
| Paradise City | Attn: Joseph Evans<br>c/o ClubPc Inc<br>716 Grant St<br>Holdrege, NE  68949 | **1780 US-183[7]**<br>Elm Creek, NE 68836 | 122276 |
| Payday Loans and Check Cashing Store | Attn: Davin Aquino<br>74-5605 Luhia Street<br>Kailua-Kona, HI  96740 | 74-5605 Luhia Street<br>Kailua-Kona, HI 96740 | 124132 |
| Phone REpair and More | Attn: Mohamed Hassanen<br>5537 Sheldon Rd Suite F<br>Tampa, FL  33615 | 5537 Sheldon Rd<br>Suite F<br>Tampa, FL 33615 | 125392 |

---

[5] **The Kiosk Location is being updated to reflect the actual location to provide the Counterparty with additional information.**
[6] **The Kiosk Location is being updated to reflect the actual location to provide the Counterparty with additional information.**
[7] **The Kiosk Location is being updated to reflect the actual location to provide the Counterparty with additional information.**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Prairie Pride Farm of Minnesota | Attn: Brheanna Humber<br>710 Linder Ave.<br>Mankato, MN 56001 | 710 Linder Ave.<br>Mankato, MN 56001 | 147306 |
| Project Glass Inc | Attn: Kiran Gilani<br>c/o Kiran Gilani<br>1971 Hwy 412 East<br>Siloam Springs, AR 72761 | **809 US-62**[8]<br>Harrison, AR 72601 | 137112 |
| Quick and Handy Market | Attn: Aqauil Saleh<br>702 Bernard St<br>Bakersfield, CA 93305 | 702 Bernard St<br>Bakersfield, CA 93305 | 143250 |
| Rainey Cawthon Distributor Inc | Charles Rooney<br>2800 N Monroe St<br>Tallahassee, FL 32303 | 2800 N Monroe St<br>Tallahassee, FL 32303 | 125741 |
| Randee's Food & Liquors | Attn: Robert Podhajski<br>4319-21 N Milwaukee Ave<br>Chicago, IL 60641 | 4319-21 N Milwaukee Ave<br>Chicago, IL 60641 | 147965 |
| Screen Doctor | Attn: Emmanuel Nyeswa<br>615 Central Ave Ste C<br>Pawtucket, RI 02861 | 615 Central Ave<br>Ste C<br>Pawtucket, RI 02861 | 122140 |
| Senohpriaperi Corp | Attn: Duncan Zhara<br>c/o Julio Chu<br>2828 S McCall Rd<br>Englewood, FL 34224 | **221 Tamiami Trail**[9]<br>Unit C<br>Port Charlotte, FL 33948 | 128664 |
| Shell | Attn: Joshua Trier<br>206 Co Rd 42<br>Apple Valley, MN 55124 | 206 Co Rd 42<br>Apple Valley, MN 55124 | 141852 |
| SI Computers Sales & Services \| Logical Wireless | Attn: Saad Iqba<br>563 Cumberland Hill Rd<br>Woonsocket, RI 02895 | 563 Cumberland Hill Rd<br>Woonsocket, RI 02895 | 122052 |
| Sirie Iphone Repairs | Attn: Claro Saba<br>15 Leland Ave<br>San Francisco, CA 94134 | 15 Leland Ave<br>San Francisco, CA 94134 | 129948 |
| Spicy Multiservice | Attn: Cindy Rosio Troncoso<br>90 Washington St<br>Quincy, MA 02169 | 90 Washington St<br>Quincy, MA 02169 | 141249 |
| Star smoke Shop | Attn: Fadi Eshak<br>7829 N 19th Ave<br>Phoenix, AZ 85021 | 7829 N 19th Ave<br>Phoenix, AZ 85021 | 139107 |

---

[8] **The Kiosk Location is being updated to reflect the actual location to provide the Counterparty with additional information.**
[9] **The Kiosk Location is being updated to reflect the actual location to provide the Counterparty with additional information.**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| StarBase | Attn: Chris Crescitelli and Tricia Costello<br>3905 W Diablo Dr<br>Las Vegas, NV  89118 | 3905 W Diablo Dr<br>Las Vegas, NV 89118 | 136711 |
| Sunny 160 LLC | Attn: Laurent Broda<br>c/o Sunny 160 attn Laurent Broda<br>1910 Bay Dr PH1<br>Miami Beach, FL  33141 | **19525 NW 57th Ave**[10]<br>Opa-Locka, FL 33055 | 129127 |
| TAKE OVER WIRELESS LLC | Attn: Michael Belton<br>11634 US Hwy 19<br>Port Richey, FL  34668 | 11634 US Hwy 19<br>Port Richey, FL 34668 | 138363 |
| Tech Center Computers | Attn: Adam Kelly<br>6823 S. Dayton Street<br>Greenwood Village, CO  80112 | 6823 S. Dayton Street<br>Greenwood Village, CO 80112 | 130507 |
| Techy by Dr Phone Fix | Attn: Leandro Daguanno<br>8359 Sunrise Blvd<br>Plantation, FL  33322 | 8359 Sunrise Blvd<br>Plantation, FL 33322 | 129161 |
| Techy by DrPhoneFix | Attn: Mauricio Avigdor<br>18557-B W Dixie Hwy<br>Aventura, FL  33180 | Attn: Mauricio Avigdor18557-B W Dixie Hwy<br>Aventura, FL 33180 | 129160 |
| TG Moore Investments LLC | Attn: Christian DeArco and Terry Moore<br>c/o Vapor Planet LLC Navarre<br>75 Eglin Pkwy NE ##120<br>Fort Walton Beach, FL  32548 | 8251 Mavarre Pkway<br>Navarre, FL 32566 | 129545 |
| The Backyard Public House | Attn: Joey Gates<br>1811 W Broadway Ave<br>Spokane, WA  99201 | Attn: Joey Gates1811 W Broadway Ave<br>Spokane, WA 99201 | 124308 |
| The Head Shop | Attn: William Farrell Mitchell<br>1812 Wilbraham Rd<br>Springfield, MA  01119 | 1812 Wilbraham Rd<br>Springfield, MA 01119 | 137176 |
| The Shop, Guns & Pawn | Attn: Rick Ringer<br>105 U.S. Rte 66<br>Waynesville, MO  65583 | 105 U.S. Rte 66<br>Waynesville, MO 65583 | 124553 |
| THE VR ARCADE | Attn: John Iverson<br>1624 Market St #110<br>Denver, CO  80202 | 1624 Market St #110<br>Denver, CO 80202 | 130638 |
| Total Wireless | Attn: Belal Ahmad<br>10333 US-441<br>Belleview, FL  34420 | 10333 US-441<br>Belleview, FL 34420 | 135120 |

---

[10] **The Kiosk Location is being updated to reflect the actual location to provide the Counterparty with additional information.**

7

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Total Wireless Tech Repair | Attn: Tomas Hernanadez<br>12879 Sunstone Ave Apt# 4103<br>Orlando, FL 32832 | **1461 N Goldenrod Rd**[11]<br>Orlando, FL 32807 | 118823 |
| Turind LLC | Attn: Eddie Sabbagh<br>36 Littlefox Run<br>Shelton, CT 6484 | 624 E. Main Street<br>Bridgeport, CT 06608 | 103204 |
| UberGeeks | Attn: Simon Lee<br>46-028 Kawa St #A-8<br>Kaneohe, HI 96744 | 46-028 Kawa St #A-8<br>Kaneohe, HI 96744 | 123044 |
| Vapor and Company - Sanford, FL | Attn: Mellissa Buddenhagen<br>3621 S Orlando Dr<br>Sanford, FL 32773 | 3621 S Orlando Dr<br>Sanford, FL 32773 | 129612 |
| Video Game Wizards VGW | Attn: Dominic Kelberer<br>125 E Main St<br>Molalla, OR 97038 | 125 E Main St<br>Molalla, OR 97038 | 145467 |
| Video Game Wizards VGW | Attn: Dominic Kelberer<br>6432 SE Foster Rd<br>Portland, OR 97206 | 6432 SE Foster Rd<br>Portland, OR 97206 | 145466 |
| Viking Village Cleaners | Attn: o Muhammed Abumayyaleh<br>c/o Muhammed Abumayyaleh<br>2775 Victoria St<br>Roseville, MN 55113 | **3627 E Lake St**[12]<br>Minneapolis, MN 55406 | 128581 |
| Volusia Computers | Attn: Matthew Michael Hamel<br>484 S Yonge St<br>Ormond Beach, FL 32174 | 484 S Yonge St<br>Ormond Beach, FL 32174 | 126818 |
| Washing Well Laundromat | Attn: Dhirendra Shankar<br>567 Providence St<br>Warwick, RI 02886 | **906 Main St.**[13]<br>Pawtucket, RI 02860 | 122573 |
| We Print Marketing | Attn: Victor Jaramillo<br>102 Route 46 East<br>Saddle Brook, NJ 07663 | 102 Route 46 East<br>Saddle Brook, NJ 07663 | 134883 |
| Webster's Market Inc | Attn: Maria Webster<br>161 Ottawa Ave NW Ste 102<br>Grand Rapids, MI 49503 | 161 Ottawa Ave NW<br>Ste 102<br>Grand Rapids, MI 49503 | 148058 |
| West Haven Vapors CBD and Delta | Attn: Steve Heard<br>38 Saw Mill Rd<br>West Haven, CT 06516 | 38 Saw Mill Rd<br>West Haven, CT 06516 | 135764 |

---

[11] **The Kiosk Location is being updated to reflect the actual location to provide the Counterparty with additional information.**
[12] **The Kiosk Location is being updated to reflect the actual location to provide the Counterparty with additional information.**
[13] **The Kiosk Location is being updated to reflect the actual location to provide the Counterparty with additional information.**

144173159.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Wireless Xperts | Attn: Chami L Nelson<br>1051 Main St<br>Worcester, MA  01603 | 1051 Main St<br>Worcester, MA 01603 | 139457 |
| Wireless Xperts | Attn: Chami L Nelson<br>385 Main St<br>Hartford, CT  06106 | 385 Main St<br>Hartford, CT 06106 | 139458 |
| Wisemen Smoke Shop | Attn: Raafat Valentin<br>1452 E Charleston Blvd<br>Las Vegas, NV  89104 | 1452 E Charleston Blvd<br>Las Vegas, NV 89104 | 144096 |
| Wynns Tech Solutions | Attn: Mario Wynns<br>18400 NW 75st Pl #STE<br>Hialeah, FL  33015 | 18400 NW 75st Pl #STE<br>Hialeah, FL 33015 | 125631 |
| XO Liquor | Attn: Sam King<br>3603 N Las Vegas Blvd<br>Las Vegas, NV  89115 | 3603 N Las Vegas Blvd<br>Las Vegas, NV 89115 | 101469 |