James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: jshea@shea.law
blarsen@shea.law
kwyant@shea.law

-and-

Gary Lee, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 5507652
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019-3601
Telephone: 212.468.8000
Facsimile: 212.468.7900
Email: glee@mofo.com
akissner@mofo.com

*Attorneys for Enigma Securities Limited*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>CASH CLOUD INC., dba Coin Cloud<br><br>Debtor. | Case No.: BK-S-23-10423-MKN<br><br>Chapter 11<br><br>Hearing Date: May 18, 2023<br>Hearing Time: 10:30 a.m. (PT) |

**DECLARATION OF ANDREW KISSNER, ESQ. IN SUPPORT OF ENIGMA SECURITIES LIMITED'S OMNIBUS OBJECTION TO DEBTORS' MOTIONS TO APPROVE REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

I, Andrew Kissner, Esq., do declare the following under penalty of perjury:

1. I am over the age of 18 and competent to testify as to the matters set forth herein.

2. I am counsel of record for Creditor Enigma Securities Limited ("Enigma") and I make this Declaration in support of *Enigma Securities Limited's Omnibus Objection to Debtors' Motions to Approve Rejection of Executory Contracts and Unexpired Leases* (the "Objection") filed concurrently with this Declaration.

3. Any capitalized terms not otherwise defined in this Declaration are defined as set forth in the Objection.

4. I participated in communications with Tanner James of Province, financial advisor to the Debtor, in April 2023 regarding Enigma's efforts to locate a purchaser for the Abandoned DCMs. A true and correct copy of the email chain referenced in the Objection is attached hereto as **Exhibit 1**.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED this 4th day of May, 2023.

*/s/ Andrew Kissner, Esq.*
ANDREW KISSNER, ESQ.

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**CERTIFICATE OF SERVICE**

1. On May 4, 2023, I served **DECLARATION OF ANDREW KISSNER, ESQ. IN SUPPORT OF ENIGMA SECURITIES LIMITED'S OMNIBUS OBJECTION TO DEBTORS' MOTIONS TO APPROVE REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES** in the following manner:

☒ a. ECF System: Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court's facilities.

☐ b. United States mail, postage fully prepaid:

☐ c. Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. By direct email (as opposed to through the ECF System): Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2023

By: /s/ *Bart K. Larsen, Esq.*

# **EXHIBIT 1**

**Kissner, Andrew**

**From:** Tanner James <tjames@provincefirm.com>
**Sent:** Friday, April 28, 2023 1:30 AM
**To:** Zach Marcus; Spencer Stires; Kissner, Andrew
**Cc:** Barry Finkelstein
**Subject:** RE: Coin cloud

**Categories:** Saving to DM

**External Email**

---

Zach,

I think the answer ultimately depends on who wins the auction, but we intend to encourage the winning party to allow that.

What is the timeline these machines would need to be running by?

**Tanner James**
*Senior Associate*

---

**From:** Zach Marcus <zmarcus@Enigma-securities.io>
**Sent:** Thursday, April 27, 2023 2:30 PM
**To:** Spencer Stires <sstires@provincefirm.com>; Kissner, Andrew <AKissner@mofo.com>; Tanner James <tjames@provincefirm.com>
**Cc:** Barry Finkelstein <bfinkelstein@Enigma-securities.io>
**Subject:** RE: Coin cloud

**EXTERNAL EMAIL**

Spencer, Tanner,

For the 110 initial rejections, will we be able to continue using the CoinCloud operating software, or will we have to implement new software?

Thanks,
Zach

**Zach Marcus**
Vice President
**Enigma Securities, New York | Makor Group**
M: +1 (917) 733-9930
10 East 53rd Street, 17th Floor, New York, NY 10022

**Zach Marcus**
Vice President
**Enigma Securities, New York | Makor Group**

M: +1 917 733 9930

17th Floor, 10 East 53rd Street, New York, 10022

This message has been sent by Enigma Securities, New York, part of Makor Group, which is authorised and regulated by the FCA (625054). This message is for professional clients and eligible counterparties only, not intended for "retail clients". The information contained in this message is confidential and is for the exclusive use of the intended recipient. If you receive this message in error please inform us and delete all copies of it. The information is not intended as an offer or solicitation to buy or sell any financial instrument. All comments and statements are to be considered the opinions of the author not the Company and are not intended to be relied upon. We cannot guarantee that this message or any attachments are virus free and accept no liability for any viruses or the consequences thereof.

**From:** Spencer Stires <sstires@provincefirm.com>
**Sent:** Wednesday, April 26, 2023 11:22 PM
**To:** Zach Marcus <zmarcus@Enigma-securities.io>; Kissner, Andrew <AKissner@mofo.com>
**Cc:** Barry Finkelstein <bfinkelstein@Enigma-securities.io>
**Subject:** RE: Coin cloud

Hi Zach,

Attached is the kiosk data, as well as the most recent parts information we have.

Let me know any questions.

Best,

**Spencer Stires**
*Associate*

**From:** Kissner, Andrew <AKissner@mofo.com>
**Sent:** Wednesday, April 26, 2023 10:54 AM
**To:** Tanner James <tjames@provincefirm.com>; Zach Marcus <zmarcus@Enigma-securities.io>; Spencer Stires <sstires@provincefirm.com>
**Cc:** Barry Finkelstein <bfinkelstein@Enigma-securities.io>
**Subject:** RE: Coin cloud

**EXTERNAL EMAIL**

Thank you.

**Andrew Kissner**
**Of Counsel**
akissner@mofo.com
T: +1 (212) 336-4117
M: +1 (646) 510-5704
MORRISON FOERSTER
mofo.com | bio | vcard

**From:** Tanner James <tjames@provincefirm.com>
**Sent:** Wednesday, April 26, 2023 1:52 PM
**To:** Kissner, Andrew <AKissner@mofo.com>; Zach Marcus <zmarcus@Enigma-securities.io>; Spencer Stires <sstires@provincefirm.com>
**Cc:** Barry Finkelstein <bfinkelstein@Enigma-securities.io>
**Subject:** RE: Coin cloud

**External Email**

---

Fantastic – I am very happy to hear that.

We will turn back to this today.

Best,

**Tanner James**
*Senior Associate*

---

**From:** Kissner, Andrew <AKissner@mofo.com>
**Sent:** Wednesday, April 26, 2023 10:49 AM
**To:** Zach Marcus <zmarcus@Enigma-securities.io>; Tanner James <tjames@provincefirm.com>; Spencer Stires <sstires@provincefirm.com>
**Cc:** Barry Finkelstein <bfinkelstein@Enigma-securities.io>
**Subject:** RE: Coin cloud

**EXTERNAL EMAIL**

Now that the stalking horse is in place, and bid procedures approved, I just wanted to make sure this is being attended to—Enigma has (knock on wood) hopefully arranged for disposition of the abandoned machines, but the purchaser needs to confirm this information before it will sign the contract.

Thanks,
Andrew

**Andrew Kissner**
**Of Counsel**
akissner@mofo.com
T: +1 (212) 336-4117
M: +1 (646) 510-5704
MORRISON FOERSTER
mofo.com | bio | vcard

---

**From:** Zach Marcus <zmarcus@Enigma-securities.io>
**Sent:** Wednesday, April 26, 2023 9:43 AM
**To:** Tanner James <tjames@provincefirm.com>; Kissner, Andrew <AKissner@mofo.com>; Spencer Stires <sstires@provincefirm.com>

**Cc:** Barry Finkelstein <bfinkelstein@Enigma-securities.io>
**Subject:** RE: Coin cloud

**External Email**

---

Tanner, Spencer,

In addition to the previous request, can you please also provide:

1 . What are the make and model of the machines?
2. What make and model the bill acceptor or recycler?
3. What make and model of the printer type that's installed?
4. What are the make and model of the camera and scanner parts that are installed?

Thanks,
Zach

**Zach Marcus**
Vice President
**Enigma Securities, New York | Makor Group**
M: +1 (917) 733-9930
10 East 53rd Street, 17th Floor, New York, NY 10022

**Zach Marcus**
Vice President
**Enigma Securities, New York | Makor Group**

M: +1 917 733 9930

17th Floor, 10 East 53rd Street, New York, 10022

This message has been sent by Enigma Securities, New York, part of Makor Group, which is authorised and regulated by the FCA (625054). This message is for professional clients and eligible counterparties only, not intended for "retail clients". The information contained in this message is confidential and is for the exclusive use of the intended recipient. If you receive this message in error please inform us and delete all copies of it. The information is not intended as an offer or solicitation to buy or sell any financial instrument. All comments and statements are to be considered the opinions of the author not the Company and are not intended to be relied upon. We cannot guarantee that this message or any attachments are virus free and accept no liability for any viruses or the consequences thereof.

---

**From:** Zach Marcus <zmarcus@Enigma-securities.io>
**Sent:** Monday, April 24, 2023 3:00 PM
**To:** Tanner James <tjames@provincefirm.com>; Kissner, Andrew <AKissner@mofo.com>; Spencer Stires <sstires@provincefirm.com>
**Cc:** Barry Finkelstein <bfinkelstein@Enigma-securities.io>
**Subject:** RE: Coin cloud

Tanner,

We have received 5+ different excels over the past month, all of which have slightly different information. I had previously gone through the exercise of consolidating into a single spreadsheet with all relevant information, only to find out the information was incorrect. Therefore, it would be best if Province could prepare the information given you have the latest and correct data.

I understand you are busy with the stalking horse process, however we originally requested the information four days ago (Thursday morning) with a couple follow-up emails and have yet to receive any level of confirmation of receipt or that it is in process. I do not want to make the mistake of evaluating the wrong dataset, but it should be a relatively straightforward exercise for you to consolidate the requested data and break it out into the relevant cohorts.

Thanks,
Zach

**Zach Marcus**
Vice President
**Enigma Securities, New York | Makor Group**
M: +1 (917) 733-9930
10 East 53rd Street, 17th Floor, New York, NY 10022

**Zach Marcus**
Vice President
**Enigma Securities, New York | Makor Group**
M: +1 917 733 9930
17th Floor, 10 East 53rd Street, New York, 10022

This message has been sent by Enigma Securities, New York, part of Makor Group, which is authorised and regulated by the FCA (625054). This message is for professional clients and eligible counterparties only, not intended for "retail clients". The information contained in this message is confidential and is for the exclusive use of the intended recipient. If you receive this message in error please inform us and delete all copies of it. The information is not intended as an offer or solicitation to buy or sell any financial instrument. All comments and statements are to be considered the opinions of the author not the Company and are not intended to be relied upon. We cannot guarantee that this message or any attachments are virus free and accept no liability for any viruses or the consequences thereof.

---

**From:** Tanner James <tjames@provincefirm.com>
**Sent:** Monday, April 24, 2023 2:37 PM
**To:** Zach Marcus <zmarcus@Enigma-securities.io>; Kissner, Andrew <AKissner@mofo.com>; Spencer Stires <sstires@provincefirm.com>
**Cc:** Barry Finkelstein <bfinkelstein@Enigma-securities.io>
**Subject:** RE: Coin cloud

Hi Zach,

The Debtor and their professionals are fairly bogged down with the stalking horse selection process for the next few days.

Other than the comprehensive spreadsheets requested below and the contact information, are you missing any source data / components to the analysis you are seeking?

If this is time sensitive, all of the source information in the spreadsheets we have provided more recently can be reconciled by the LIDs, which have not changed with respect to the go-forward footprint and rejected locations. Otherwise, we can turn back to this later this week.

Best,

**Tanner James**
*Senior Associate*

---

**From:** Zach Marcus <zmarcus@Enigma-securities.io>
**Sent:** Monday, April 24, 2023 11:27 AM

**To:** Kissner, Andrew <AKissner@mofo.com>; Spencer Stires <sstires@provincefirm.com>
**Cc:** Tanner James <tjames@provincefirm.com>; Barry Finkelstein <bfinkelstein@Enigma-securities.io>
**Subject:** RE: Coin cloud

**EXTERNAL EMAIL**

Tanner, Spencer,

Can you please include the contact information for the store owners on the 110?

Please confirm your receipt of the request and let us know of expected timing.

Thanks,
Zach

**Zach Marcus**
Vice President
**Enigma Securities, New York | Makor Group**
M: +1 (917) 733-9930
10 East 53rd Street, 17th Floor, New York, NY 10022


**Zach Marcus**
Vice President
**Enigma Securities, New York | Makor Group**

M: +1 917 733 9930

17th Floor, 10 East 53rd Street, New York, 10022

This message has been sent by Enigma Securities, New York, part of Makor Group, which is authorised and regulated by the FCA (625054). This message is for professional clients and eligible counterparties only, not intended for "retail clients".  The information contained in this message is confidential and is for the exclusive use of the intended recipient. If you receive this message in error please inform us and delete all copies of it. The information is not intended as an offer or solicitation to buy or sell any financial instrument. All comments and statements are to be considered the opinions of the author not the Company and are not intended to be relied upon. We cannot guarantee that this message or any attachments are virus free and accept no liability for any viruses or the consequences thereof.

**From:** Zach Marcus <zmarcus@Enigma-securities.io>
**Sent:** Monday, April 24, 2023 10:02 AM
**To:** Kissner, Andrew <AKissner@mofo.com>; Spencer Stires <sstires@provincefirm.com>
**Cc:** Tanner James <tjames@provincefirm.com>; Barry Finkelstein <bfinkelstein@Enigma-securities.io>
**Subject:** RE: Coin cloud

Spencer, Tanner,

Hope you both had a nice weekend.  I am following up on the below requests, and clarifying the request for the sake of time.

We greatly appreciate the breakout of the rejected machines from the list of our total collateral.  We kindly ask the you create a third tab with the 110 initial rejected machines.

On all of the tabs, can you please include the location/address for each machine?  Each tab should be the following:
  1. Complete list of Enigma machines
  2. Total rejection list including revenue, monthly rent, and profitability figures, and location/address
  3. 110 machine initial rejection list including revenue, monthly rent, and location/address

Please let me know of any questions and of expected timing on the request.

Thanks,
Zach

**Zach Marcus**
Vice President
**Enigma Securities, New York | Makor Group**
M: +1 (917) 733-9930
10 East 53rd Street, 17th Floor, New York, NY 10022

**Zach Marcus**
Vice President
**Enigma Securities, New York | Makor Group**

M: +1 917 733 9930

17th Floor, 10 East 53rd Street, New York, 10022

This message has been sent by Enigma Securities, New York, part of Makor Group, which is authorised and regulated by the FCA (625054). This message is for professional clients and eligible counterparties only, not intended for "retail clients". The information contained in this message is confidential and is for the exclusive use of the intended recipient. If you receive this message in error please inform us and delete all copies of it. The information is not intended as an offer or solicitation to buy or sell any financial instrument. All comments and statements are to be considered the opinions of the author not the Company and are not intended to be relied upon. We cannot guarantee that this message or any attachments are virus free and accept no liability for any viruses or the consequences thereof.

---

**From:** Kissner, Andrew <AKissner@mofo.com>
**Sent:** Thursday, April 20, 2023 5:28 PM
**To:** Zach Marcus <zmarcus@Enigma-securities.io>; Spencer Stires <sstires@provincefirm.com>
**Cc:** Tanner James <tjames@provincefirm.com>; Barry Finkelstein <bfinkelstein@Enigma-securities.io>
**Subject:** RE: Coin cloud

It would also probably make sense while you're doing that to add the address data associated with the LID just to close the loop. Thanks all.

**Andrew Kissner**
**Of Counsel**
akissner@mofo.com
T: +1 (212) 336-4117
M: +1 (646) 510-5704
MORRISON FOERSTER
mofo.com | bio | vcard

---

**From:** Zach Marcus <zmarcus@Enigma-securities.io>
**Sent:** Thursday, April 20, 2023 12:58 PM
**To:** Spencer Stires <sstires@provincefirm.com>
**Cc:** Kissner, Andrew <AKissner@mofo.com>; Tanner James <tjames@provincefirm.com>; Barry Finkelstein <bfinkelstein@Enigma-securities.io>
**Subject:** Re: Coin cloud

**External Email**

Thank you, Spencer. Can you please highlight or copy to a new tab the 110 machines first to be abandoned?

Best,
Zach

**Zach Marcus**
Vice President
**Enigma Securities, New York | Makor Group**

E: zmarcus@Enigma-securities.io
M: +1 917 733 9930
W: www.enigma-securities.io
17th Floor, 10 East 53rd Street, New York, 10022

This message has been sent by Enigma Securities Limited, an FCA registered cryptoasset business (930442) and an Appointed Representative of Makor Securities London Ltd which is authorized and regulated by the Financial Conduct Authority (625054). This message is for professional clients and eligible counterparties only, not intended for "retail clients". The information contained in this message is confidential and is for the exclusive use of the intended recipient. If you receive this message in error please inform us and delete all copies of it. The information is not intended as an offer or solicitation to buy or sell any financial instrument. All comments and statements are to be considered the opinions of the author not the Company and are not intended to be relied upon. We cannot guarantee that this message or any attachments are virus free and accept no liability for any viruses or the consequences thereof. v20230124

On Apr 20, 2023, at 3:40 PM, Spencer Stires <sstires@provincefirm.com> wrote:

Andrew—the attached should have the information they need.

Thanks,

**Spencer Stires**
*Associate*

---

**From:** Kissner, Andrew <AKissner@mofo.com>
**Sent:** Thursday, April 20, 2023 8:28 AM
**To:** Spencer Stires <sstires@provincefirm.com>; Tanner James <tjames@provincefirm.com>
**Cc:** Barry Finkelstein <bfinkelstein@Enigma-securities.io>; Zach Marcus <zmarcus@Enigma-securities.io>
**Subject:** RE: Coin cloud

**EXTERNAL EMAIL**

Spencer,

See below from Enigma. I think this is what was originally requested and discussed last week. Let us know if you'd like to discuss.

"Please create a separate tab that only includes the abandoned machines, their average monthly revenue for each year (2021, 2022, 2023), and their average monthly profitability (revenue less COGS (cost of buying btc) less monthly rent less software expenses less cash logistics

expenses)? We need the information in Yellow and we need it for the abandoned machines separately."

-Andrew

**Andrew Kissner**
**Of Counsel**
akissner@mofo.com
T: +1 (212) 336-4117
M: +1 (646) 510-5704
<image001.png>
mofo.com | bio | vcard

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

<4.20.23 Coin Cloud - All Enigma Revenue Data_requestSheet.xlsx>

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

============================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.