BRETT A. AXELROD, ESQ. (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
   nkoffroth@foxrothschild.com
   zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed May 5, 2023

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING STIPULATION REGARDING (I) DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF ERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT AND (II) DEBTOR'S SECOND OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT** |

**PLEASE TAKE NOTICE** that on the 5th day of May, 2023, the Court entered an *Order Granting Stipulation Regarding (I) Debtor's First Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment and (II) Debtor's Second Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11*

1

145524489.1

*U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment.* [ECF 523], a copy of which is attached here.

Dated this 5th day of May, 2023.   **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

145524489.1


Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
May 05, 2023

BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email:  baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com

*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION REGARDING (I) DEBTOR'S FIRST OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT AND (II) DEBTOR'S SECOND OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING ABANDONMENT** |

1

145113429.1

1  The Court having reviewed and considered the *Stipulation Regarding (I) Debtor's First Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment and (II) Debtor's Second Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment* ("Stipulation"),[1] and good cause appearing therefor, it is hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that notwithstanding anything to the contrary set forth in the Proposed Orders, Enigma will have fourteen (14) days from entry of the Proposed Orders to retrieve the Enigma Kiosks; and it is further

ORDERED that for the avoidance of doubt, other than as set forth above, all other provisions of the Proposed Orders remain binding and in full force and effect.

| Submitted by: | Approved by: |
|---|---|
| **FOX ROTHSCHILD LLP** | **MORRISON & FOERSTER LLP** |
| By: /s/ Jeanette E. McPherson | By: /s/ Andrew Kissner |
| JEANETTE E. MCPHERSON, ESQ.<br>Nevada Bar No. 5423<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>ZACHARY T. WILLIAMS, ESQ.<br>Nevada Bar No. 16023<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135 | GARY LEE, ESQ. (Admitted *Pro Hac Vice*)<br>New York Bar No. 2397669<br>ANDREW KISSNER, ESQ. (Admitted *Pro Hac Vice*)<br>New York Bar No. 5507652<br>250 West 55th Street<br>New York, New York 10019-3601<br>and<br>**SHEA LARSEN**<br>JAMES PATRICK SHEA, ESQ.<br>Nevada Bar No. 405<br>BART K. LARSEN, ESQ.<br>Nevada Bar No. 8538<br>KYLE M. WYANT, ESQ.<br>Nevada Bar No. 14652<br>1731 Village Center Circle, Suite 150<br>Las Vegas, Nevada 89134 |
| *Counsel for Debtor* | *Counsel for Enigma Securities Limited* |

###

---

[1] Capitalized terms used, but not defined herein, shall have the meaning ascribed to such terms in the Stipulation.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

145113429.1