BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed May 8, 2023

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**DECLARATION OF CHRISTOPHER ANDREW MCALARY IN SUPPORT OF DEBTOR'S MOTION FOR ORDER EXTENDING DEADLINE TO ASSUME, ASSUME AND ASSIGN, OR REJECT UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(D)(4)**<br><br>Hearing Date: OST Pending<br>Hearing Time: OST Pending. |

145380614.1

I, Christopher Andrew McAlary, declare as follows:

1. I am the Chief Executive Officer of Cash Cloud, Inc. dba Coin Cloud (the "Debtor" or "Cash Cloud"), debtor and debtor in possession in the above captioned chapter 11 case (the "Chapter 11 Case").

2. Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3. I make this Declaration in support of Debtor's *Motion for Order Extending Deadline to Assume, Assume and Assign, or Reject Unexpired Nonresidential Real Property Leases Pursuant to 11. U.S. C. § 365(d)(4)* (the "Motion").[1]

4. Debtor's business involves providing a platform for customers to buy and sell digital currencies through Digital Currency Machines ("DCMs") distributed across the United States. DCMs are an advanced version of the kiosks commonly referred to as Bitcoin ATMs or BTMs, that enable a consumer to both buy and sell bitcoin (as well as 30+ other digital currencies) for cash.

5. As of December 31, 2022, Debtor operated approximately 4800 DCMs throughout the United States and Brazil, installed in some of the largest convenience, grocery and liquor store chains and prestigious malls.

6. Debtor has entered into agreements ("Host Agreements") with various retail locations, including convenience stores, malls, and enterprise grocery stores ("Hosts"), whereby Debtor installs a DCM at the Host's location. Debtor agrees to pay the Host either a fixed monthly rental payment and internet charges or a variable portion of the profit of the machine (as defined in the agreements) for the ability to utilize the Host's storefront location to facilitate the buying and selling of digital currencies. The Host Agreements typically have a 3 to a 7-year term, with automatic renewals, unless terminated by either party.

7. Since the Petition Date, Debtor has worked diligently to determine which of the Host locations are not profitable and to reject the Host Agreements associated therewith.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

145380614.1

8. After entry of the Orders approving certain of the Rejection Motions (as set forth in the Motion), Debtor is still party to the Leases on Exhibit A to the Motion, which are largely Host Agreements.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed this 8th day of May, 2023 in Las Vegas, Nevada.

/s/Christopher Andrew McAlary
Christopher Andrew McAlary

145380614.1