

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
May 09, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>   dba COIN CLOUD,<br><br>                     Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO EXTEND BID DEADLINE, RESCHEDULE AUCTION AND MOVE DEADLINES RE: CURE NOTICES AND OBJECTIONS** |

1

145550283.1

Upon consideration of the *Stipulation to Extend Bid Deadline, Reschedule Auction and Move Deadlines Re: Cure Notices and Objections* [Docket No. 527] (the "Stipulation");

**IT IS HEREBY ORDERED** that the Stipulation, a copy of which is attached hereto as **Exhibit A**, is APPROVED; and

    1.    The deadline for the execution of the Stalking Horse APA is extended to May 12, 2023;

    2.    The Bid Deadline is extended to May 30, 2023 at 5:00 p.m. (Pacific Time);

    3.    The Auction shall be held June 2, 2023 at 9:00 a.m. (Pacific Time); and

    4.    The date for service of the Cure Notices is June 6, 2023, the Contract Objection Deadline is June 16, 2023 at 5:00 p.m. (Pacific Time), and the Cure Reply Deadline is June 21, 2023 at 5:00 p.m. (Pacific Time).

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   /s/Brett A. Axelrod
     BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
     NICHOLAS A. KOFFROTH, ESQ.
     Nevada Bar No. 16264
     ZACHARY T. WILLIAMS, ESQ.
     Nevada Bar No. 16023
     1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135
*Counsel for Debtor*

                                                    # # #

145550283.1

# EXHIBIT A

145550283.1

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
    nkoffroth@foxrothschild.com
    zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed May 8, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND BID DEADLINE, RESCHEDULE AUCTION AND MOVE DEADLINES RE: CURE NOTICES AND OBJECTIONS** |

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP; CKDL Credit, LLC (the "DIP Lender"), by and through its counsel Berger Singerman LLP and Sylvester & Polednak Ltd.; Genesis Global Holdco, LLC ("Genesis"), by and through its counsel Cleary Gottlieb Steen & Hamilton LLP and Snell & Wilmer L.L.P.; Enigma Securities Limited ("Enigma"), by and through its counsel Morrison & Foerster LLP and Shea Larsen; and the Official Committee of Unsecured Creditors (the "Committee" and together with the Debtor, the DIP Lender, Genesis, Enigma, and the Committee, the "Parties"), by and through its counsel Seward & Kissel LLP and McDonald Carano, LLP, stipulate and agree as follows (the "Stipulation"):

**RECITALS**

A.  WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada, commencing the Chapter 11 Case;

B.  WHEREAS, on February 17, 2023, the United States Trustee for the District of Nevada appointed the Committee in the Chapter 11 Case (see ECF No. 131);

C.  WHEREAS, on April 7, 2023, Debtor filed a *Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially All of the Debtors Assets; (B) Approving Form Notice to Be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan* [ECF No. 392];

D.  WHEREAS, on April 27, 2023, the Court entered the *Order Establishing Bidding Procedures and Related Deadlines* [ECF No. 483] (the "Bid Procedures Order")[1] which, among other things, set (1) the deadline for the execution of the Stalking Horse APA on May 5, 2023, (2) the Bid Deadline on May 19, 2023 at 5:00 p.m. (Pacific Time), (3) the Auction on May 23, 2023 at 9:00 a.m. (Pacific Time), and (4) the date for service Cure Notices on May 29, 2023, the Contract Objection Deadline on June 12, 2023 at 5:00 p.m. (Pacific Time), and the Cure Reply Deadline on June 19, 2023 at 5:00 p.m. (Pacific Time); and

E.  WHEREAS the Parties desire to: (1) extend the deadline for the execution of the Stalking Horse APA to May 12, 2023; (2) extend the Bid Deadline to May 30, 2023 at 5:00 p.m. (Pacific Time); (3) reschedule the Auction to June 2, 2023 at 9:00 a.m. (Pacific Time); and (4) move the date for service of the Cure Notices to June 6, 2023, the Contract Objection Deadline to June 16, 2023 at 5:00 p.m. (Pacific Time), and the Cure Reply Deadline to June 21, 2023 at 5:00 p.m. (Pacific Time);

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to the in the Bid Procedures Order.

145454411.3

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that:

1. The deadline for the execution of the Stalking Horse APA shall be extended to May 12, 2023;

2. The Bid Deadline shall be extended to May 30, 2023 at 5:00 p.m. (Pacific Time);

3. The Auction shall be rescheduled to June 2, 2023 at 9:00 a.m. (Pacific Time); and

4. The date for service of the Cure Notices shall be moved to June 6, 2023, the Contract Objection Deadline shall be moved to June 16, 2023 at 5:00 p.m. (Pacific Time), and the Cure Reply Deadline shall be moved to June 21, 2023 at 5:00 p.m. (Pacific Time).

Dated this 8th day of May 2023.

| FOX ROTHSCHILD LLP | SEWARD & KISSEL LLP |
|---|---|
| By: /s/Brett A. Axelrod<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>ZACHARY T. WILLIAMS, ESQ.<br>Nevada Bar No. 16023<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>*Counsel for Debtor* | By: /s/Catherine V. LoTempio<br>ROBERT J. GAYDA, ESQ.<br>CATHERINE V. LOTEMPIO, ESQ.<br>ANDREW J. MATOTT, ESQ.<br>One Battery Park Plaza<br>New York, NY 10004<br><br>and<br><br>**MCDONALD CARANO, LLP**<br>RYAN J. WORKS, ESQ.<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>*Counsel for The Official Committee of Unsecured Creditors* |

3

145454411.3

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

| | | |
|---|---|---|
| 1 | **BERGER SINGERMAN LLP** | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| 2 | | |
| 3 | By  /s/Jordi Guso  <br>   JORDI GUSO, ESQ. | By  /s/Michael Weinberg  <br>   SEAN A. O'NEAL, ESQ. |
| 4 |    *(admitted pro hac vice)*  <br>   1450 Brickell Avenue, Suite 1900 |    (Admitted Pro Hac Vice)  <br>   MICHAEL WEINBERG, ESQ. |
| 5 |    Miami, FL 33131 |    (Admitted Pro Hac Vice)  <br>   **CLEARY GOTTLIEB STEEN &** |
| 6 |    and |    **HAMILTON LLP**  <br>   One Liberty Plaza |
| 7 | **SYLVESTER & POLEDNAK, LTD.** |    New York, NY 10006 |
| 8 |    JEFFREY R. SYLVESTER, ESQ.  <br>   Nevada Bar No. 4396 |    and |
| 9 |    1731 Village Center Circle  <br>   Las Vegas, NV 89134 | **SNELL & WILMER L.L.P.**  <br>   ROBERT R. KINAS, ESQ. |
| 10 |    *Attorneys for Interested Party*  <br>   *CKDL Credit, LLC* |    (NV Bar No. 6019)  <br>   BLAKELEY E. GRIFFITH, ESQ. |
| 11 | |    (NV Bar No. 12386)  <br>   CHARLES E. GIANELLONI, ESQ. |
| 12 | |    (NV Bar No. 12747)  <br>   3883 Howard Hughes Pkwy., Suite 1100 |
| 13 | |    Las Vegas, NV 89169  <br>   *Counsel for Genesis Global Holdco, LLC* |
| 14 | **MORRISON & FOERSTER LLP** | |
| 15 | By  /s/Andrew Kissner  <br>   GARY LEE, ESQ. | |
| 16 |    (Admitted Pro Hac Vice)  <br>   New York Bar No. 2397669 | |
| 17 |    ANDREW KISSNER, ESQ.  <br>   (Admitted Pro Hac Vice) | |
| 18 |    New York Bar No. 5507652  <br>   250 West 55th Street | |
| 19 |    New York, New York 10019-3601 | |
| 20 |    and | |
| 21 | **SHEA LARSEN** | |
| 22 |    JAMES PATRICK SHEA, ESQ.  <br>   Nevada Bar No. 405 | |
| 23 |    BART K. LARSEN, ESQ.  <br>   Nevada Bar No. 8538 | |
| 24 |    KYLE M. WYANT, ESQ.  <br>   Nevada Bar No. 14652 | |
| 25 |    1731 Village Center Circle, Suite 150  <br>   Las Vegas, Nevada 89134 | |
| 26 |    *Counsel for Enigma Securities Limited* | |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

145454411.3