**Wes Eddington**
**Craighead County Tax Collector**
511 Union St. Suite 107
PO Box 9276
Jonesboro, AR 72401



Phone (870)933-4560
Fax (870)933-4519



Debtor Name: Cash Cloud Inc
Case Number: 23-10423-mkn
Creditor: Craighead County Tax Collector
     511 Union St, Suite 107
     Jonesboro, AR 72401
District: Nevada
Court Claim Number: 63
Original Claim File Date: 05/01/2023
Amount of Claim: $38.52

2023 MAY -8  P 1: 33

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

May 1, 2023

To whom it may concern,

The Craighead County Collector's office would like to withdraw court claim number 63 filed on May 1, 2023, from case number 23-10423. This claim was paid in full on May 1, 2023. The debtor no longer owes 2022 business personal property taxes to the Craighead County Tax Collector. Please see the enclosed receipt number 13994.

Please withdraw court claim number 63 and let us know if further information is needed at 870-933-4560 or info@craigheadcollector.org.

Thank you,

*Tesha Taggart*

Tesha Taggart
Craighead County Deputy Collector

| Wes Eddington | 2022 Tax Receipt 13994 | Page 1 |
|---|---|---|
| Collector | **Craighead County, Arkansas** | Printed 05/01/2023 11:58 am |
| 511 Union Street, Suite 107 | **PAID RECEIPT** | Posted 05/01/2023 11:56 am |
| Jonesboro, AR 72401 | | |
| (870) 933-4560 | | |

If payment is made by check and same is not honored on presentation, receipt is null and void.

Payment Received    05/01/2023
Received by    CEB
MAIL- CASH CLOUD INC. CK#1340 THE

All Personal Property must be PAID before we can accept a full payment of Real Estate. Ark Code 26-36-601

576126
COIN CLOUD
10190 COVINGTON CROSS DR
LAS VEGAS NV 89117-7043

| Parcel Number | Year | Owner and Legal Description | Valuation | Millage | Amt Due | Amt Paid |
|---|---|---|---|---|---|---|
| 196545 | 2022 | COIN CLOUD<br>10190 COVINGTON CROSS DR<br>Business Personal Location: 1715 E JOHNSON & 2221 S CARAWAY UNIT B | | | | |
| | J JB | Personal Property | 935 | 41.200 | $38.52 | |
| | | Payment Received | | | | $38.52 |
| | | Total Payment Applied | | | | $38.52 |

**Distribution of Tax Dollars**

| | |
|---|---|
| Jonesboro #SP | $30.94 |
| Jonesboro Police | $0.47 |
| Jonesboro Fire | $0.47 |
| Jonesboro Library | $0.93 |
| Jonesboro City Streets | $1.18 |
| County General | $3.74 |
| County Roads Split #2 | $0.79 |
| **Total Tax** | **$38.52** |

| | |
|---|---|
| Check | $38.52 |
| Cash | $0.00 |
| **Total** | **$38.52** |
| Ck #/Auth | 1340 |

Account Balance:  $  0.00    Parcels Paid   1