**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: <br><br> CASH CLOUD, INC.[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-10423 (MKN) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On May 2, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on FT Investments Properties LLC, Attn: Shannon Robinson, c/o FavTrip at 6501 Main St, Grandview, MO 34030-5401, pursuant to USPS forwarding instructions:

- **Debtor's Motion for Entry of Order Approving Procedures for Rejection of Executory Contracts and Unexpired Leases and Disposal of Certain Personal Property Including Stay Relief and/or Abandonment** (Docket No. 231)

- **Declaration of Christopher Andrew McAlary in Support of Debtor's Motion for Entry of Order Approving Procedures for Rejection of Executory Contracts and Unexpired Leases and Disposal of Certain Personal Property Including Stay Relief and/or Abandonment** (Docket No. 232)

- **Notice of Hearing on Debtor's Motion for Entry of Order Approving Procedures for Rejection of Executory Contracts and Unexpired Leases and Disposal of Certain Personal Property Including Stay Relief and/or Abandonment** (Docket No. 233)

Dated: May 9, 2023

*/s/* Monica Arellano
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is 10190 Covington Cross Dive, Las Vegas, NV 89144.