Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF TAKING THE EXAMINATION OF ADAM GOLDSTEIN PURSUANT TO FED. R. BANKR. P. 2004**<br><br>**Examination Date:** May 15, 2023<br>**Examination Time:** 8:30 a.m. (PT) |

PLEASE TAKE NOTICE that pursuant to an agreement between the Debtor and the Official Committee of Unsecured Creditors (the "Committee"), Fed. R. Bankr. P. 2004, and the Bankruptcy Court's *Order Granting the Ex Parte Application for Examination of the Custodian of Records for Cash Cloud, Inc. dba Coin Cloud Pursuant to Fed. R. Bankr. P. 2004* that was

1  entered on April 25, 2023, [ECF No. 465], the Committee appointed in the above-captioned
2  Chapter 11 bankruptcy case, by and through its undersigned attorneys, will take the oral
3  examination of **Adam Goldstein on May 15, 2023, at 8:30 a.m. Pacific Time**.

4  PLEASE TAKE FURTHER NOTICE that the examination will proceed remotely by
5  Zoom videoconference. **Please contact Andrew Matott, at matott@sewkis.com, for a link to**
6  **attend the examination.**

7  The examination will take place before a court reporter authorized by law to administer
8  oaths and shall be recorded by stenographic means and may be videotaped.

9  This examination will continue from day to day, or to some other stipulated date, until
10 completed. A link to attend any continued examinations will follow under an amended notice.

11 DATED this 10th day of May 2023.

12                                        McDONALD CARANO LLP

13                                        By: /s/ Ryan J. Works
                                             Ryan J. Works, Esq. (NSBN 9224)
14                                           Amanda M. Perach, Esq. (NSBN 12399)
                                             2300 West Sahara Avenue, Suite 1200
15                                           Las Vegas, Nevada 89102
                                             rworks@mcdonaldcarano.com
16                                           aperach@mcdonaldcarano.com

17                                           John R. Ashmead, Esq.
                                             Robert J. Gayda, Esq.
18                                           Catherine V. LoTempio, Esq.
                                             Laura E. Miller, Esq.
19                                           Andrew J. Matott, Esq.
                                             (*pro hac vice applications granted*)
20                                           SEWARD & KISSEL LLP
                                             One Battery Park Plaza
21                                           New York, NY 10004
                                             ashmead@sewkis.com
22                                           gayda@sewkis.com
                                             lotempio@sewkis.com
23                                           millerl@sewkis.com
                                             matott@sewkis.com
24
                                             *Counsel for Official Committee*
25                                           *of Unsecured Creditors*

26

27

28