**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 11 |
| CASH CLOUD, INC.[1] | Case No. 23-10423 (MKN) |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Sharon Lee, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On May 5, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Entry of Order Granting Debtor's First Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment** (Docket No. 521)

- **Notice of Entry of Order Granting Debtor's Second Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment** (Docket No. 522)

- **Notice of Entry of Order Granting Stipulation Regarding (I) Debtor's First Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment and (II) Debtor's Second Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment** (Docket No. 524)

Furthermore, on May 5, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of Entry of Order Granting Debtor's First Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment** (Docket No. 521)

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

Furthermore, on May 5, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**:

- **Notice of Entry of Order Granting Debtor's Second Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment** (Docket No. 522)

Dated: May 11, 2023

*/s/ Sharon Lee*
Sharon Lee
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 720.792.9194
Email: TeamCoinCloud@stretto.com

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | Box 551220 | Las Vegas | NV | 89155-1220 |
| Franchise Tax Board | Bankruptcy Section, MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| Texas Workforce Commission | Regulatory Integrity Division - SAU | 101 E. 15th Street | Room 556 | Austin | TX | 78778-0001 |

# Exhibit B



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Armondo Redmond | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson & Carrie Thomas | | cemery@avtechcapital.com<br>jrobertson@avtechcapital.com |
| Black Hole Investments LLC f/k/a EZ Coin LLC | Attn: Zachary Chaltiel & Edouard Chaltiel | | zach@victoireventures.com |
| Black Hole Investments, LLC formerly known as EZ Coin, LLC | c/o Black & Wadhams | Attn: Brigid M. Higgins | bhiggins@blackwadhams.law |
| Brookfield Retail Properties, Inc. | c/o Kaempfer Crowell | Attn: Louis M. Bubala III | lbubala@kcnvlaw.com |
| CAL'S CONVENIENCE, INC | Attn: Ray Harrison and Marcia Rigg | | Ray.Harrison@calscstores.com |
| Cennox Reactive Field Services LLC | Attn: Michael Goggans | | legal@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | Attn: Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. | ccarlyon@carlyoncica.com<br>dcica@carlyoncica.com<br>tosteen@carlyoncica.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Jordi Guso | jguso@bergersingerman.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Scott Jablonski & Mitchell W. Goldberg | sjablonski@bergersingerman.com<br>mgoldberg@bergersingerman.com |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Attn: Jeffery R. Sylvester, Esq. | Jeff@sylvesterPolednak.com |
| Cole Kepro International, LLC | Attn: Andrew Cashin & Frederick Cook | | info@colekepro.com<br>fred@colekepro.com |
| Cole Kepro International, LLC | c/o Lewis Roca Rothgerbe Christie LLP | Attn: Ogonna M. Brown, Esq. & Dan R. Waite, Esq. | OBrown@lewisroca.com |
| Cole Kepro International, LLC | c/o Taft Stettinius & Hollister, LLP | Attn: David Z. Adler, Esq., Paul R. Hage | phage@taftlaw.com |
| Department of Treasury - Internal Revenue Service | | | mary.b.savilla@irs.gov<br>Priscilla.A.Burks@irs.gov |
| Deployment Logix Inc. | Attn: Ken Rogers | | ken.rogers@deploymentlogix.com |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | Attn: Gary Lee & Andrew Kissner | glee@mofo.com<br>akissner@mofo.com |
| Enigma Securities Limited | c/o Shea Larsen | Attn: James Shea, Esq., Bart Larsen, Esq., Kyle Wyant, Esq. | kwyant@shea.law<br>blarsen@shea.law<br>jshea@shea.law |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | | baxelrod@foxrothschild.com<br>zwilliams@foxrothschild.com |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | Attn: Sean O'Neal, Michael Weinberg, & Jan VanLare | soneal@cgsh.com<br>mdweinberg@cgsh.com<br>jvanlare@cgsh.com |
| Genesis Global Holdco, LLC | c/o Snell & Wilmer LLP | Attn: Robert Kinas, Blakeley Griffith, and Charles Gianelloni | rkinas@swlaw.com<br>bgriffith@swlaw.com<br>cgianelloni@swlaw.com |
| Good 2 Go Stores LLC | Attn: General Counsel | | ecflukast@hollandhart.com<br>John.pearson@good2gostores.com |
| Internal Revenue Service | Attn: Mary Sevilla | | mary.b.savilla@irs.gov<br>priscilla.a.burks@irs.gov |
| Luis Flores | c/o Andersen & Beede | Attn: Ryan A. Andersen and Valerie Y. Zaidenberg | ryan@aandblaw.com<br>valerie@aandblaw.com |
| Lux Vending, LLC dba Bitcoin Depot | c/o Carlton Fields, P.A. | Attn: Adam P. Schwartz | aschwartz@carltonfields.com<br>amaranto@carltonfields.com |



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Lux Vending, LLC dba Bitcoin Depot | c/o Holley Driggs | Attn: Stacy H. Rubin | srubin@nevadafirm.com<br>oswibies@nevadafirm.com |
| National Services, LLC | c/o Hodges, Doughty, & Carson | Attn: Matthew Graves | mgraves@hdclaw.com |
| Official Committee of Unsecured Creditors | c/o McDonald Carano LLP | Attn: Ryan J. Works & Amanda M. Perach | aperach@mcdonaldcarano.com<br>rworks@mcdonaldcarano.com |
| Official Committee of Unsecured Creditors | c/o Seward & Kissel LLP | Attn: John R. Ashmead, Esq., Robert J. Gayda, Esq., Catherine V. LoTempio, Esq.,  Andrew J. Matott, Esq. | ashmead@sewkis.com<br>gayda@sewkis.com<br>lotempio@sewkis.com<br>matott@sewkis.com |
| OptConnect Management LLC | c/o Law Office of Brian D. Shapiro, LLC | Attn: Brian D. Shapiro, Esq. | brian@brianshapirolaw.com |
| OptConnect MGT, LLC | c/o Dechert LLP | Attn: Craig Druehl | craig.druehl@dechert.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| RocketItCoin, LLC | c/o Ghandi Deeter Blackham | Attn: Shara L. Larson | shara@ghandilaw.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. | | rtucker@simon.com |
| Spec's - Parent | Attn: Ryan Holder | | rholder@specsonline.com |
| Trangistics, Inc. | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | | Edward.M.McDonald@usdoj.gov<br>jared.a.day@usdoj.gov |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Esq. | rgold@fbtlaw.com |

# **Exhibit C**



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1701 S Lindbergh Blvd | Attn: Kelly Knebel | 1701 S Lindbergh Blvd | | | Frontenac | MO | 63131 |
| Area 51 STL LLC | Attn: Peter Brooks | 6901 Gravois Ave | | | St. Louis | MO | 63116 |
| Bad Owl Coffee, LLC | Attn: Annie Chang | 10575 S Eastern Ave | Ste 160 | | Henderson | NV | 89052 |
| Blu Liquor | Blu Drop | Attn: Kimmy Alexandre | 8620 Long Point Rd | | Houston | TX | 77055 |
| BP | Attn: Kumar Vaid | 1273 S. Main Street | | | Englewood | OH | 45322 |
| Brand Cigars Newtown | Attn: Sujata Patel | 266 S Main St | | | Newtown | CT | 06470 |
| Bubbles Laundromat | Attn: Jully Demarcus | 3205 Wrightsboro Rd | | | Augusta | GA | 30909 |
| Canyon Crossing Petroleum | Attn: Dan Patel | 1175 Snow Canyon Pkwy | Suite #101 | | Ivins | UT | 84738 |
| Car Stop Pre Owned Auto LLC | Attn: Joseph Riggs | 1035 14th St W | | | Huntington | WV | 25704 |
| CBD Life / Colorado's Big Discovery | Attn: John Przybylo | 2929 Galley Rd | | | Colorado Springs | CO | 80909 |
| Coastal Spirits | Attn: Sarju Patel | 107 S Godley Station Blvd | | | Pooler | GA | 31322 |
| Cobblestone Inn & Suites - Bridgeport | Attn: Scott Schmunk | 517 Main St | | | Bridgeport | NE | 69336 |
| Crump's Food Center | Attn: Chris Spencer | 704 West Houston | PO Box 1530 | | Linden | TX | 75563 |
| Cyber Age VR | Attn: Alberto Gutierrez | 214 W 1st Ave | | | Toppenish | WA | 98948 |
| David's Market | Attn: Benjamin Pourkhalili and Banafsheh J Moghtadaie | 6033 N Sheridan Rd | STE N1 | | Chicago | IL | 60660 |
| Doost LLC | Attn: Ali Sultan | c/o Marathon Gas | 702 33rd Ave N | | Saint Cloud | MN | 56303 |
| Elk Creek Mining LLC | Attn: John Webber | c/o 88 Grill | 502 West Main St | | New Castle | CO | 81647 |
| Extreme Clean Laundry, Inc. | Attn: Paul Staffier & Tony Mazza | 295 Armistice Blvd | | | Pawtucket | RI | 02861 |
| EZ Food Mart | Teka Investments | Attn: Pawan Regmi | 901 Belt Line Rd #100 | | Garland | TX | 75040 |
| Fast Cash & Pawn USA | Attn: Joan Lualhati | 929 E Ogden Ave | | | Naperville | IL | 60563 |
| Foxywoods LLC | Attn: Subash Shrestha | c/o Pumpkin Hill Market | 126 Gallup Hill Rd | | Ledyard | CT | 06339 |
| Freeman Foods | Attn: Clint Miller | 2966 305th St | | | Parnell | IA | 52325 |
| Future Concerns LLC | Attn: Usman Butt | c/o I'M Convenience & Smoke Center | 311 Norwich-New London Turnpike | | Montville | CT | 06382 |
| Heights Corner Market LLC | Attn: Eric Herget | 5018 Kavanaugh Blvd | | | Little Rock | AR | 72207 |
| Hi-Desert Daydream | Attn: Andrew Evans | 73515 Twentynine Palms Hwy | | | Twentynine Palms | CA | 92277 |
| HJ of Columbia, Inc | Attn: Hemanshu Dinesh Bavishi | c/o HB Mart | 1625 Leesburg Rd | | Columbia | SC | 29209 |
| Hokus Pokus Beer & Deli LLC | Attn: Ahmad Suleiman Abdelmajed | 2401 W Nob Hill Blvd | | | Yakima | WA | 98902 |
| Hutchinson Pawn & Jewelry | Attn: Frank Ellis | 509 E 4th Ave | | | Hutchinson | WV | 67501 |
| ICC Enterprises LLC | Attn: Carlos Gutierrez | c/o Cut Rate Liquors | 122 S Sunset Strip St | | Kenedy | TX | 78119 |
| ISPcomputer | Attn: Alfredo Covarrubias | 15610 1st Ave S | | | Burien | WA | 98148 |
| iTech Cellphone & Computer Repair | Attn: Andrew Gaspar & Joydeep Singh | 1117 E Vine St | | | Kissimmee | FL | 34744 |
| J&L tobacco quality | Attn: Loai Saddeh | 1318 N Main St | | | Marion | SC | 29571 |
| JJL Multiservice LLC | Attn: Rimel Nedel Reyes Villalona; Jose Ramon Javier Acosta | c/o South Main Communications | 271 S Main St | | Woonsocket | RI | 02895 |
| Jucker Hawaii | Attn: Mike Jucker | 151 Kupuohi St | Ste H2 | | Lahaina | HI | 96761 |
| Karim LLC dba Pontiac Food Mart | Attn: Qudrat Tariq | 527 Pontiac Ave | | | Cranston | RI | 02910 |
| King Wash & Dry | Attn: Mohammed A Hossain | 11255 Garland Rd Ste 1300 | | | Dallas | TX | 75218 |
| Koodegras CBD Oil | Attn: Diane Bingham | 8757 State St | | | Sandy | UT | 84070 |
| Korner Market | Attn: Vrushank B Patel | 1991 Bracht-Piner Rd | | | Morning View | KY | 41063 |
| La Familia Grocery Store | Attn: Osee Fervil | 3420 NW 2nd Ave | | | Miami | FL | 33127 |
| Laundry City | Attn: Kishor Changela | 1052 Dalby Way | | | Austell | GA | 30106-1464 |
| Le's Laundry | Attn: Le Ngo | 81 Main Street | | | Malden | MA | 02148 |
| Lucky 7 Food Mart | Attn: Mohammad Abuali | 10530 Rosedale Hwy | Ste 9 | | Bakersfeld | CA | 93312 |
| MAINE Northern Lights | Attn: Brad Dostie | 421 Water Street | | | Gardiner | ME | 04345 |
| Mi Casa Market | Attn: : Guadalupe Madrigales | 723 W 3rd Ave | | | Moses Lake | WA | 98837 |
| Mizz Repair - Phone Repair | Attn: Gabriela Roman, John Holbrook & Joe Lee | 6851 W 4th Ave | | | Hialeah | FL | 33014 |
| Mobile One | Attn: Riyad Ahmad | 798 NW 183rd St | | | Miami Gardens | FL | 33169 |
| Mr Checkout Power 5 Butan LLC | Attn: Duc Minh Ta | c/o Lents 1 Stop Market | 9213 SE Foster Rd | | Portland | OR | 97266 |
| MS Yakima Group LLC | Attn: Sharvan Khullar | 301 N 1st St | | | Yakima | WA | 98901 |
| Nina Corporation | Attn: Lee Gilbertson | c/o Mac's Liquor | 8600 Excelsior Blvd | | Hopkins | MN | 55343 |
| Noah Smoke Shop | Attn: Sinan Esho | 12416 N 28th Dr | | | Phoenix | AZ | 85029 |
| Ohmies Vape and Glass Emporium #1 | Attn: Kiran Gilani | c/o Kiran Gilani | 1971 Hwy 412 East | | Siloam Springs | AR | 72761 |
| Ohmies Vape And Glass Emporium #5 | Attn: Kiran Gilani; Rahul Gilan | 1971 Hwy 412 East | | | Siloam Springs | AR | 72761 |
| One Stop Food & Liquor | Attn: Gurnam Singh | 6326 Main Ave | #2 | | Orangevale | CA | 95662 |
| ONNI Burbank Town Center LLC | Attn: Greg Wilks | 201 E Magnolia Blvd | Ste 151 | | Burbank | CA | 91502 |



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Paises Unidos LLC | Attn: Guadalupe Trujillo Ayala | 2001 S 8th Pl | | | Rogers | AR | 72758-6425 |
| Paradise City | Attn: Joseph Evans | c/o ClubPc Inc | 412 Sherman St | | Holdrege | NE | 68949-2455 |
| Payday Loans and Check Cashing Store | Attn: Davin Aquino | 74-5605 Luhia Street | | | Kailua-Kona | HI | 96740 |
| Phone REpair and More | Attn: Mohamed Hassanen & Sarah King | 5537 Sheldon Rd | Suite F | | Tampa | FL | 33615 |
| Prairie Pride Farm of Minnesota | Attn: Brheanna Humber | 710 Linder Ave. | | | Mankato | MN | 56001 |
| Project Glass Inc | Attn: Kiran Gilani | c/o Kiran Gilani | 1971 Hwy 412 East | | Siloam Springs | AR | 72761 |
| Quick and Handy Market | Attn: Aqauil Saleh | 702 Bernard St | | | Bakersfield | CA | 93305 |
| Rainey Cawthon Distributor Inc | Attn: Charles Rooney | 2800 N Monroe St | | | Tallahassee | FL | 32303 |
| Randee's Food & Liquors | Attn: Robert Podhajski | 4319-21 N Milwaukee Ave | | | Chicago | IL | 60641 |
| Screen Doctor | Attn: Emmanuel Nyeswa | 615 Central Ave | Ste C | | Pawtucket | RI | 02861 |
| Senohpriaperi Corp | Attn: Duncan Zhara & Imraan Pashir | c/o Julio Chu | 2828 S McCall Rd | | Englewood | FL | 34224 |
| Shell | Attn: Joshua Trier | 206 Co Rd 42 | | | Apple Valley | MN | 55124 |
| SI Computers Sales & Services \| Logical Wireless | Attn: Saad Iqba | 563 Cumberland Hill Rd | | | Woonsocket | RI | 02895 |
| Sirie Iphone Repairs | Attn: Claro Saba | 15 Leland Ave | | | San Francisco | CA | 94134 |
| Spicy Multiservice | Attn: Cindy Rosio Troncoso | 90 Washington St | | | Quincy | MA | 02169 |
| Star smoke Shop | Attn: Fadi Eshak | 7829 N 19th Ave | | | Phoenix | AZ | 85021 |
| StarBase | Attn: Chris Crescitelli and Tricia Costello and Fresh Wata LLC | 3905 W Diablo Dr | | | Las Vegas | NV | 89118 |
| Sunny 160 LLC | Attn: Laurent Broda, Shatanie Brewer and Keith Brewer | c/o Sunny 160 attn Laurent Broda | 1910 Bay Dr | PH1 | Miami Beach | FL | 33141 |
| TAKE OVER WIRELESS LLC | Attn: Michael Belton, Paul Staffier & Tony Mazza | 11634 US Hwy 19 | | | Port Richey | FL | 34668 |
| Tech Center Computers | Attn: Adam Kelly | 6823 S. Dayton Street | | | Greenwood Village | CO | 80112 |
| Techy by Dr Phone Fix | Attn: Leandro Daguanno & Mana Vijaykumar Bhavsar | 8359 Sunrise Blvd | | | Plantation | FL | 33322 |
| Techy by DrPhoneFix | Attn: Mauricio Avigdor & Parveen Kumar | 18557-B W Dixie Hwy | | | Aventura | FL | 33180 |
| TG Moore Investments LLC | Attn: Terry Moore | c/o Vapor Planet LLC Navarre | 8251 Navarre Pkwy | Ste 2A | Navarre | FL | 32566 |
| The Backyard Public House | Attn: Joey Gates and Matt Goodwin | 1811 W Broadway Ave | | | Spokane | WA | 99201 |
| The Head Shop | Attn: William Farrell Mitchell | 1812 Wilbraham Rd | | | Springfield | MA | 01119 |
| The Shop, Guns & Pawn | Attn: Rick Ringer | 15169 Brock Dr | | | Crocker | MO | 65452-7134 |
| THE VR ARCADE | Attn: John Iverson | 1624 Market St | #110 | | Denver | CO | 80202 |
| Total Wireless | Attn: B. Ahmad, P. Garcia, Manuel Prince, J. Archer & M. Werner | 10333 US-441 | | | Belleview | FL | 34420 |
| Total Wireless Tech Repair | Attn: Tomas Hernanadez | 12879 Sunstone Ave Apt# 4103 | | | Orlando | FL | 32832 |
| Turind LLC | Attn: Eddie Sabbagh | 36 Littlefox Run | | | Shelton | CT | 06484 |
| UberGeeks | Attn: Simon Lee | 46-028 Kawa St | #A-8 | | Kaneohe | HI | 96744 |
| Vapor and Company - Sanford, FL | Attn: Mellissa Buddenhagen & Tejas Prabhudas Patel | 3621 S Orlando Dr | | | Sanford | FL | 32773 |
| Video Game Wizards VGW | Attn: Dominic Kelberer | 125 E Main St | | | Molalla | OR | 97038 |
| Video Game Wizards VGW | Attn: Dominic Kelberer | 6432 SE Foster Rd | | | Portland | OR | 97206 |
| Viking Village Cleaners | Attn: o Muhammed Abumayyaleh | c/o Muhammed Abumayyaleh | 2775 Victoria St | | Roseville | MN | 55113 |
| Volusia Computers | Attn: Matthew Michael Hamel | 484 S Yonge St | | | Ormond Beach | FL | 32174 |
| Washing Well Laundromat | Attn: Dhirendra Shankar | 567 Providence St | | | Warwick | RI | 02886 |
| We Print Marketing | Attn: Victor Jaramillo | 102 Route 46 East | | | Saddle Brook | NJ | 07663 |
| Webster's Market Inc | Attn: Maria Webster | 161 Ottawa Ave NW | Ste 102 | | Grand Rapids | MI | 49503 |
| West Haven Vapors CBD and Delta | Attn: Steve Heard | 38 Saw Mill Rd | | | West Haven | CT | 06516 |
| Wireless Xperts | Attn: Chami L Nelson | 385 Main St | | | Hartford | CT | 06106 |
| Wireless Xperts | Attn: Chami L Nelson | 1051 Main St | | | Worcester | MA | 01603 |
| Wisemen Smoke Shop | Attn: Raafat Valentin | 1452 E Charleston Blvd | | | Las Vegas | NV | 89104 |
| Wynns Tech Solutions | Attn: Mario Wynns | 18400 NW 75st Pl #STE | | | Hialeah | FL | 33015 |
| XO Liquor | Attn: Sam King | 3603 N Las Vegas Blvd | | | Las Vegas | NV | 89115 |

# Exhibit D



# Exhibit D
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 18Bin | Attn: Abraham Taylor | 107 E Charleston Blvd | #150 | Las Vegas | NV | 89104 |
| ABAL, LLC dba Citistop | Attn Al Singh | 420 Executive Park | | Asheville | NC | 28801 |
| Adams Smoke Shop LLC | Attn Ghilan Alsahari | 4540 Socastee Blvd | | Myrtle Beach | SC | 29588 |
| Afreen Enterprises LLC | Attn Amin Khimani | c/o Quick Serve Convenience Store (76) | 1316 S Lake Dr | Lexington | SC | 29073 |
| Alarabi Super Market | Attn Abdulkareem Hasan Mohammad Qerba | 8619 Richmond Ave #500 | | Houston | TX | 77063 |
| All American Meat, Inc. DBA Farmers Country Market | Attn Aaron Breedyk | 111 N Atkinson Ave | | Roswell | NM | 88203-7961 |
| American Dollar Plus Store | Attn: Dipendra Shrestha | 9770 Forest Ln | | Dallas | TX | 75243 |
| App Family Pizza LLC | Attn: Pishoy Mousa; Pula Mahrous | 403 W Trinity Ln | Ste 102 | Nashville | TN | 37207 |
| Arazbiz | Attn: Jafar Ahmadiansarai | 350 S 2nd St, 303 | | San Jose | CA | 95113 |
| Audiolust Records | Attn: Jeffrey G Buchholtz | 127 6th St S | | La Crosse | WI | 54601 |
| B Awesome | Attn: Troung Xuan Pham (John) | 3974 W 4100 S | Ste B | W Valley City | UT | 84120 |
| Best Budz Smoke Shop LLC | Attn: Abdalla Azzam | c/o NorthPointe Plaza Smoke Shop | 8631 Columbus Pike | Lewis Center | OH | 43035 |
| Blazing Haze Smoke Shop | Attn: Prasanna Adhikari | 3401 E. Belknap Street | | Fort Worth | TX | 76111 |
| Boardwalk Vapes - Destin | Attn: Christian DeArco & Jot Singh | 981 US-98 | ##2 | Destin | FL | 32541 |
| Boost Mobile of America Inc. | Attn: Igal Namdar & Juan Vega | 10872 S US Hwy 1 | | Port St. Lucie | FL | 34952 |
| bp | Attn Kumar Parveen Kumar Vaid | 3000 Linden Ave | | Dayton | OH | 45410 |
| Brooks Grocery, Inc. | Attn: Brooks D. Davis | 600 Battleground Dr | | Iuka | MS | 38852-1313 |
| Bullets Card Club | Attn: James Ball | c/o Bullets Card Club | 11907 Menchaca Rd | Austin | TX | 78748 |
| Carriage Work Laundry | Attn: Darin Edward Mann | 727 Shawnee St | | Leavenworth | KS | 66048 |
| Carters Fast Stop | Attn Devangkumar Patel | 5556 Memorial Blvd | | St George | SC | 29477 |
| Catoosa Vapors + | Attn: Nation Jack Collins | 750 S. Cherokee Street | Suite H | Catoosa | OK | 74015 |
| CDP Investments LLC | Attn: Mark Poirier | 316 Warren Ave | | East Providence | RI | 02914 |
| Chanpreet Singh Gahlla | Attn: Chanpreet Singh Gahlla | c/o Sunrise Market 101 LLC | 3505 Lancaster Dr NE | Salem | OR | 97305 |
| Classic Kickz | Attn: Tyler Everett McElroy | 358 High St | | Morgantown | WV | 26505 |
| Contender eSports | Attn: Bradford Sims | 4511 Olde Perimeter Way | #400 | Atlanta | GA | 30346 |
| Convenience Enterprises LLC DBA 7th Heaven Discount Store | Attn Saroj Gautam | 1100 N. Moberly Street | | Moberly | MO | 65270 |
| Countryside Mall LLC | | 8861 West Sahara Ave | | Las Vegas | NV | 89117 |
| Countryside Mall LLC | Attn: Mike Patel | PO Box 50184 | | Los Angeles | CA | 90074-0184 |
| CPR Cell Phone Repair North Kansas City | Attn: Mulugheta (Lou) Berhane | 3028 NW 57 St | | Kansas City | MO | 64151 |
| D-Flawless, Inc. DBA Worldwide Jewelry & Pawn | Attn Daniel K. Mackowiak | 406 Kesco Drive | | Bristol | IN | 46507 |
| D-Flawless, Inc. DBA Worldwide Jewelry & Pawn | Attn: Frank D. Massa | PO Box 855 | 406 Kesco Dr | Bristol | IN | 46507-0855 |
| DM Wireless | Attn: Dursa Nejash | 7909 Rainier Ave S | | Seattle | WA | 98118 |
| EG America LLC | Attn: George Fournier | 165 Flanders Rd | | Westborough | MA | 01581 |
| El Tajin Envios Y Mucho Mas | Attn: Mario Serrano | 1212 S 43rd St | | San Diego | CA | 92113 |
| Evan Investment LLC dba Fast Break | Attn: Nikul Patel | 512 Boonehill Rd | #A | Summerville | SC | 29483 |
| Fine Wines & Liquors | Attn: FIne Wines & Liquors | 6472 College Rd | | Lisle | IL | 60532 |
| Fuel Centers Environmental Management LLC dba DFW Oil Energy LLC | Attn Sami N Ebrahim and Essam Shehata | 1111 N Belt Line #100 | | Garland | TX | 75040 |
| Game-Xplosion | Attn: Barbara Chase | 2nd Time Around LLC | 15605 Hwy 99 | Lynnwood | WA | 98087 |
| GF Buche Co | Attn: RF Buche | 102 S Main | | Wagner | SD | 57380 |
| Golden Rood Inc. | Attn: MD Mansur & Melanie Few | 1106 Derbyshire Rd | | Daytona Beach | FL | 32117 |
| Grab N Go | Attn: Malkiat Kaparia | 2319 N Davis Dr | | Arlington | TX | 76012 |
| Gridley Clothing And Smoke shop | Attn: Naveed Khan | 1569 CA-99 | | Gridley | CA | 95948 |



## Exhibit D
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Handy Mart | Attn: Farida Khanam | 6605 US-79 | | Pine Bluff | AR | 71603 |
| Harding & Hill Inc. | Attn: Abdullah Alnwairi, Mohammad Almersal, Gary Peoples | 618 N Riverview Dr | | Parchment | MI | 49004-1441 |
| Hassle Free Laundry | Attn: D. Caudill, R. Crockett, J. Zinter & S. Storm | 5271 S Nova Rd | | Port Orange | FL | 32127 |
| Hava Gas | Attn: Rajinder Sohal | 2085 Palo Verde Blvd N | | Lake Havasu City | AZ | 86404 |
| Historic Bar Room LLC | Attn: Griselda Frias | 323 N Ronald Reagan Blvd | | Longwood | FL | 32750 |
| HR Smoke & Vape | Attn: Brian Miller & Hazem Skaker | 6047 St Augustine Rd | | Jacksonville | FL | 32217 |
| HSBR LLC | Attn: Munir Keyani & Vivian Herrera | 736 71st St | | Miami Beach | FL | 33141 |
| HU W Corp | Attn: Xiaoli Hu | 1730 W Fullerton Ave | Ste 29 | Chicago | IL | 60614 |
| Kens SuperFair Foods | Attn Paul Vetch | 2105 6th Ave SE | | Aberdeen | SD | 57401 |
| Kirby Company DBA Market Fresh | Attn: Josh Poling | PO Box 777 | | Saint Helens | OR | 97051 |
| L Jam Inc | Attn: James A Murrell | 1119 Charleston Hwy | | West Columbia | SC | 29169 |
| Las Montanas Market INC. | Attn: Antonio Barragan | 1725 Willow Pass Rd | | Concord | CA | 94520 |
| Leesburg Fruit Stand LLC dba Experimax | Attn: Allen Brown | 521 E Market St | Ste D | Leesburg | VA | 20176 |
| Max Vapor Enterprises | Attn: Mohammeddarwish Lulu | 8500 Dyer St Ste 9 | | El Paso | TX | 79904 |
| Maynards Food Center | Attn Gary Carlson & Susan Hogie | 104 E Garfield St | | Hendricks | MN | 56136 |
| MMRP TELECOMMUNICATIONS LLC | Attn: Peter Cruz | 2816 SW Port St Lucie Blvd | | Port St Lucie | FL | 34953 |
| Mr Cartender Inc | Attn: Brian Neutze | 2066 E Main | | Uvalde | TX | 78801 |
| MR VAPOR ENTERPRISES INC | Attn: Khaled Toma | 1010 Broadway | Ste 2 | Chula Vista | CA | 91911 |
| My Sunny Palm LLC | Attn: James Hook, John Kemp & Laurent Broda | 4251 Palm Avenue | | Hialeah | FL | 33012 |
| ND Mgmt . Co | Attn: Norm Lynn | 4446 W North Ave | | Chicago | IL | 60639 |
| Neutze INC | Attn: Mike Neutze | 1406 Medina Hwy | | Kerrville | TX | 78028 |
| New Dream Investor LLC | Attn: Bali Singh & Ginny Singh | 2805 E A St | | Pasco | WA | 99301 |
| Panchakanya Enterprises LLC | Attn: Manish Phuyal | c/o OG SMOKE | 101 N Hampton Rd ##10 | DeSoto | TX | 75115 |
| PC & Mac Wizard | Attn: Randall Ugarte & Suleman Shamsuddin | 10364 W Flagler St | | Miami | FL | 33172 |
| Petty Industries LLC | Attn: Patrice Petty | 3203 E Anaheim St | | Long Beach | CA | 90804 |
| Phone repair | Attn: Al Singh & Mauricio Luna | 6752 Pines Blvd | | Pembroke Pines | FL | 33024 |
| Prengers Quick Lube, Inc. | Attn Amanda Prenger Halley | 403 S. Missouri St. | | Macon | MO | 63552 |
| Pynergy Petroleum Company LLC | Attn: Darell L Jackson and Devin Jackson | c/o Colorado Fast Break | 5480 Brighton Blvd | Commerce City | CO | 80022 |
| Quick Shop | Attn: Saeed Anwar | 14740 NW Cornell Rd | | Portland | OR | 97229 |
| Razia Enterprises Inc | Attn: Razia Saeed | c/o Fall River Mini Mart | 837 Bay St | Fall River | MA | 02724 |
| Reynolds Foodline | Attn: Tommy Coogle | PO Box 515 | | Oglethorpe | GA | 31068 |
| RK and DJ LLC | Attn: Parita Kakadia | 426 N U.S. Hwy 52 | | Moncks Corner | SC | 29461 |
| Saint George Laundromat LLC | Attn Sameh Lous | 100 Akin Avenue | | Franklin | KY | 42134 |
| Scotts Superette | Attn Neeta Patel | 19 Main Street | | Plumsted | NJ | 08533 |
| Show-Me Oil Company, Inc. DBA Mosers Foods | Attn Denny Lee | 2010 N Bluff St | PO Box 668 | Fulton | MO | 65251 |
| Sonnys Super Foods | Attn Scott Schmunk | 310 Main | | Bridgeport | NE | 69336 |
| Sosa Cell Phone Repair Shop | Attn: Ileanni Cherry Castillo & Sukhvant Singh | 1000 W Waters Ave | ##8 | Tampa | FL | 33604 |
| SPARK CITY SMOKE & VAPE | Attn Ahnaf Zaman | 815 Lafayette Blvd | | Bridgeport | CT | 06604 |
| Sunset Shaman, LLC | Attn: William Brady Johnson | 1973 W Sunset Blvd, Suite J | | Saint George | UT | 84770 |
| Swan Cleaners & Shirt Laundry | Attn: James Daniel Payne and Swan Cleaners and Shirt Laundry | 1228 Walnut St | | Owensboro | KY | 42301 |
| Techy By Dr Phone Fix | Attn: Moe Fayad & Yovany Herrera | 1261 E Las Olas Blvd | | Fort Lauderdale | FL | 33301 |



**Exhibit D**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Techy by DrPhoneFix | Attn: Belen Cassano & Kumar Vaid | 1335 S Military Trail | | Deerfield Beach | FL | 33442 |
| Techy By DrPhoneFix | Attn: Bill Daragan & Samir Essa Rahman | 11924 Forest Hill Blvd | Suite 36 | Wellington | FL | 33414 |
| The Station | Attn: Leon Theis | 2280 County Rd I | | Mounds View | MN | 55112 |
| The Thumb Year Round Garden Supply | Attn: Joshua Barney | 8460 Algoma Ave. | NE #G | Rockford | MI | 49341 |
| tobacco & vapor macon | Attn: Taha Ali Musaid Allahbi | 5033 Brookhaven Rd | ##1000 | Macon | GA | 31206 |
| Triple V, Inc. | Attn Ashley White | 820 Hwy 35 N | | Forest | MS | 39074 |
| Velasquez Group L.P. | Attn Tom Velasquez | PO Box 767 | | Wheeler | TX | 79096 |
| Whites Kingco Inc. DBA Whites Foodliner | Attn Jordan G. White | 858 E. D Ave | | Kingman | KS | 67068-1803 |
| Williams Foods, Inc. | Attn: Jeffrey Williams | PO Box 480 | | Tuttle | OK | 73089 |
| Wireless Doctor Iphone , Tablet Repair | Attn: Malek Sarhini | 14700 Greenwood Ave N | | Shoreline | WA | 98133 |
| Your CBD Store - Macomb, IL | Attn Kathy Olesen- Tracey | 833 N Lafayette St | #Ste 1 | Macomb | IL | 61455 |
| Your CBD Store - Westfield, IN | Attn Lois K. Fisher | 17435 A. Carey Road | | Westfield | IN | 46074 |