BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed May 12, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **AMENDED DECLARATION OF CHRISTOPHER ANDREW MCALARY IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER APPROVING KEY EMPLOYEE RETENTION PROGRAM AND GRANTING RELATED RELIEF**<br><br>Hearing Date: May 18, 2023<br>Hearing Time: 10:30 a.m. |

145737946.1

I, Christopher Andrew McAlary, declare as follows:

1. I am the Chief Executive Officer of Cash Cloud, Inc. dba Coin Cloud (the "Debtor" or "Cash Cloud"), debtor and debtor in possession in the above captioned chapter 11 case (the "Chapter 11 Case").

2. Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3. I make this Declaration in support of Debtor's *Reply in Support Motion for Entry of an Order Approving Key Employee Retention Program and Granting Related Relief* (the "Reply").

4. As described more fully in the KERP Motion, the Debtor significantly reduced its workforce by approximately 52% prior to the Petition Date. Unfortunately, since the date of the filing of the KERP Motion, 5 additional critical employees have left the Debtor. The Debtor is at a crucial point in its Chapter 11 Case, and in its efforts to stabilize its business operations. The Court has authorized the Debtor to implement bidding procedures, with an auction scheduled in June. Many of the potential bidders have expressed interest in proposing plans of reorganization that would involve the continuation of the Debtor's business as a going concern. The Participants are critical to maintaining the Debtor's going concern value.

5. For example, many of the Participants have developed valuable institutional knowledge regarding the Debtor's operations that would be difficult and expensive to replace, particularly on an expedited basis, and other Participants are crucial in getting the Debtor's machines back online so the Debtor can generate revenue. Moreover, many of the Participants have expressed uncertainty about their ability to remain with the Debtor in light of the increased responsibilities and tasks they have had to perform during the pendency of the Chapter 11 Case.

6. The Debtor only has two active insiders pursuant to Section 101(31)(B): (1) Daniel Ayala ("Mr. Ayala"), the independent director hired during the pendency of this Chapter 11 Case, and (2) myself, the CEO, Director, and equity holder of the Debtor. Additionally, Mr. Ayala and I are the only two individuals who currently have fiduciary duties to the Debtor, and operational authority to make broad decisions on behalf of the Debtor.

145737946.1

7. In an effort to provide the Court with more transparency, a description of the job titles, departments, and divisions of the Participants (the "Participant Descriptions") is attached to this Amended Declaration as **Exhibit 1**. Although some of the job titles contain common title phrases such as "VP," "chief," and "director," none of the Participants have broad responsibilities outside of their respective departments and divisions. Each of the Participants is a valuable professional with distinct expertise within his or her specific department, but has no control or responsibilities within any other department, or any semblance of decision-making authority for the Debtor and its operations as a whole.

8. The purpose of the Retention Bonus is to incentive key employees, who are essential in both the day-to-day operations of the Debtor, and in assisting in the Debtor's reorganization efforts, to remain with Debtor throughout the pendency of the Chapter 11 Case and beyond. Many of the Participants have been subjected to an overburdensome workload as they have been required to fulfill both their normal daily tasks, and significant additional tasks to assist in the Chapter 11 Case. Some of the Participants have indicated that the heightened workload, and uncertainty as to the future of the Debtor, may force them to search for other employment opportunities. Accordingly, the Retention Bonus is designed to compensate the Participants and incentivize them to remain with the Debtor.

9. The Debtor has selected each of the Participants because their essential skillset and knowledge is a valuable asset to the Debtor operationally, and in its reorganization efforts. The cost of replacing each of the Participants, which would include paying recruiting and hiring firms, expending efforts on interviews and recruitment activities, and expending valuable time and effort to get new hires acquainted with the Debtor's operations and Chapter 11 Case, would far exceed the overall cost the Retention Bonus. Additionally, 9 of the Participants, who comprise approximately 80% of the Retention Bonus, are only receiving half of their proposed Retention Bonus upon approval of the KERP Motion. Therefore, the cost of the Retention Bonus is reasonable compared to the cost of replacing the Participants.

10. As previously described, each of the Participants was chosen based on their important contributions both operationally, and to the Debtor's Chapter 11 Case. More specifically, 9 of the Participants work in the departments of finance, human resources, operations, and compliance, and

145737946.1

the other 19 work in the machine operations team, which has undertaken a significant and burdensome effort to redeploy and replace many of the Debtor's machines. While the Debtor would ideally be able to provide each of its employees with a retention bonus, at this critical stage in the reorganization process, certain employees have knowledge and expertise that is irreplaceable. Therefore, the scope of the Retention Bonus is fair and reasonable.

11. The crypto-atm industry is an emerging industry with few large competitors. The industry is fairly unregulated and has very little standard employment practices. While the Debtor believes that payment of bonuses as a mechanism for employee retention is commonplace in many industries, it is not possible for the Debtor to retrieve specific information as to competitors in the crypto-atm industry, especially given that the overwhelming majority of industry players are privately owned companies.

12. As previously described, the Debtor put significant thought into both the employees who should receive the Retention Bonus, and the financially feasible amount that the Debtor could pay towards the Retention Bonus. The Debtor identified employees who were likely to seek job opportunities elsewhere, given their increased workload in both the Debtor's day-to-day operations, and in their responsibilities in assisting in the Chapter 11 Case.

13. The Debtor's attorneys and financial advisors have reviewed the Retention Bonus, and have determined that the Debtor has sufficient funds to make such payments without any detrimental effects to its operations and financial position.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed this 12th day of May 2023 in Las Vegas, Nevada.

                                          */s/Christopher Andrew McAlary*
                                          Christopher Andrew McAlary

# EXHIBIT 1

| Employment Status | Hire Date | Annual Salary | Retention Bonus (10% April 7, 2023) | Division | Department | Job Title |
|---|---|---|---|---|---|---|
| Full-Time | 9/23/2020 | $ 145,540.06 | $ 14,554.01 | Operations | Cash Logistics | Senior Director of Cash Logistics |
| Full-Time | 5/3/2022 | $ 220,000.00 | $ 22,000.00 | Human Resources | People Operations | VP of People Operations |
| Full-Time | 9/27/2021 | $ 80,250.13 | $ 8,025.01 | Operations | Client Support - Admin | Client Support Manager |
| Full-Time | 1/18/2021 | $ 222,000.00 | $ 22,200.00 | IT | IT | Senior VP of Information System |
| Full-Time | 8/1/2022 | $ 165,000.00 | $ 16,500.00 | Finance | Financial Planning and Analysis | VP of Finance/Accounting Temp Ops |
| Full-Time | 5/10/2021 | $ 87,000.00 | $ 8,700.00 | Compliance | Compliance | Compliance Manager/Interim BSA Officer |
| Full-Time | 3/22/2021 | $ 150,000.00 | $ 15,000.00 | Sales and Marketing | Sales | Director of Client Relations |
| Full-Time | 11/2/2020 | $ 275,000.00 | $ 27,500.00 | Sales and Marketing | Sales | Chief Revenue Officer |
| Full-Time | 8/27/2018 | $ 80,000.18 | $ 8,000.02 | Operations | Installation | Service Operations Manager |
| | | | | | **TOTAL:** | **$ 142,479.04** |

**Notes:**
The above employees were met in October 2022 and in December 2022; they were told should they stay through April 7, 2023 the would be eligibel for a 10% reteition bonus.

**Retention for those key in our Machine operation, they were not told there would be a bonus but they are key for delivery in our success to keep our machines online and serviced**

| Employment Status | Hire Date | Annual Salary | Machine Ops Retnention | Division | Department | Job Title |
|---|---|---|---|---|---|---|
| Full-Time | 06/28/2021 | $ 41,600.00 | $ 1,500.00 | Operations | Cash Logistics | Cash Logistics Specialist |
| Full-Time | 07/19/2021 | $ 41,600.00 | $ 1,500.00 | Operations | Cash Logistics | Cash Logistics Specialist |
| Full-Time | 08/09/2021 | $ 41,600.00 | $ 1,500.00 | Operations | Cash Logistics | Cash Logistics Specialist |
| Full-Time | 12/13/2021 | $ 41,600.00 | $ 1,500.00 | Operations | Installation | Install Coordinator |
| Full-Time | 07/19/2021 | $ 41,600.00 | $ 1,500.00 | Operations | Warehouse | Manufacturing Technician |
| Full-Time | 09/07/2021 | $ 41,600.00 | $ 1,500.00 | Operations | Warehouse | Manufacturing Technician |
| Full-Time | 08/23/2021 | $ 43,680.00 | $ 1,500.00 | Operations | Client Experience - Retention | Coach SWITCH- Client Support Representative |
| Full-Time | 08/02/2021 | $ 43,680.00 | $ 1,500.00 | Operations | Warehouse | Shipping and Receiving Clerk |
| Full-Time | 01/18/2018 | $ 46,800.00 | $ 1,500.00 | Operations | Cash Logistics | Armored Carrier Specialist |
| Full-Time | 08/23/2021 | $ 46,800.00 | $ 1,500.00 | Operations | Installation | Service Coordinator |
| Full-Time | 03/28/2023 | $ 46,800.00 | $ 1,500.00 | Operations | Operations | Temporary Admin/Dispatch |
| Full-Time | 12/01/2020 | $ 48,984.00 | $ 1,500.00 | Operations | Installation | Service Coordinator |
| Full-Time | 03/15/2021 | $ 49,982.40 | $ 1,500.00 | Operations | Installation | QA Project Coordinator |
| Full-Time | 09/15/2020 | $ 52,000.00 | $ 1,500.00 | Operations | Warehouse | DCM Service Technician |
| Full-Time | 12/08/2020 | $ 52,000.00 | $ 1,500.00 | Operations | Warehouse | DCM Tech Support |
| Full-Time | 01/18/2021 | $ 54,995.20 | $ 1,500.00 | Operations | Cash Logistics | Cash Analyst |
| Full-Time | 07/10/2017 | $ 70,070.00 | $ 1,500.00 | Operations | Installation | Service Manager |
| Full-Time | 03/01/2021 | $ 80,000.00 | $ 1,500.00 | Operations | Warehouse | Service Tech Manager |
| Full-Time | 06/15/2020 | $ 80,100.06 | $ 1,500.00 | Operations | Cash Logistics | Senior Cash Logistics Manager |
| | | | | | **TOTAL:** | **$ 28,500.00** |

| | | | | | **GRAND TOTAL:** | **$ 170,979.04** |