Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**INITIAL MONTHLY FEE APPLICATION OF McDONALD CARANO LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 24, 2023, THROUGH MARCH 31, 2023**<br><br>McDonald Carano LLP, Counsel to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>February 24, 2023, through March 31, 2023<br><br>$17,778.00 (80% of $22,222.50)<br><br>$1,117.68 (100% of expenses) |

McDonald Carano LLP ("McDonald Carano" or the "Applicant"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Initial Monthly Fee Application (the "Application") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing February 24, 2023, through March 31, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Application, McDonald Carano requests allowance and payment of $17,778.00 (representing 80% of the $22,222.50 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $1,117.68 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by McDonald Carano during the Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at McDonald Carano who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Application and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit 3** are the detailed time entries and expenses for the Fee Period (invoice for the period February 23, 2023, through March 31, 2023) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Application due to delays in the accounting and processing of certain fees and expenses during the Fee Period. McDonald Carano reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Application, if any, must be served within 7 days of receipt of the Application. At the expiration of this 7-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Application, except such fees or disbursements as to which an objection has been served.

1  DATED this 15th day of May 2023.

2                                          McDONALD CARANO LLP

By: */s/ Ryan J. Works*
     Ryan J. Works, Esq. (NSBN 9224)
     Amanda M. Perach, Esq. (NSBN 12399)
     2300 West Sahara Avenue, Suite 1200
     Las Vegas, Nevada 89102
     rworks@mcdonaldcarano.com
     aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*

# Exhibit 1

**COMPENSATION BY PROFESSIONAL FOR FEE PERIOD**

| Name | Position | Admission Year | Rate | Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Gabriel, Andrew S. | Partner | 1988 (CA) 1992 (NV) | $ 675.00 | 1.30 | $ 877.50 |
| Works, Ryan | Partner | 2004 | $ 650.00 | 25.30 | $ 16,445.00 |
| Perach, Amanda | Partner | 2011 | $ 550.00 | 1.60 | $ 880.00 |
| Grubb, Brian | Paralegal | | $ 300.00 | 13.40 | $ 4,020.00 |
| **Total** | | | | **41.60** | **$ 22,222.50** |

# Exhibit 2

Case 23-10423-mkn    Doc 560    Entered 05/15/23 16:02:35    Page 6 of 17

**COMPENSATION BY MATTER**

| Matter Description | Hours Billed | Total Compensation |
|---|---:|---:|
| Case Administration (B110) | 7.40 | $4,740.00 |
| Asset Analysis and Recovery (B120) | 6.40 | $3,347.50 |
| Asset Disposition (B130) | 0.50 | $325.00 |
| Fee/Employment Applications (B160) | 25.50 | $12,990.00 |
| Fee/Employment Objections (B170) | 1.00 | $300.00 |
| Plan and Disclosure Statement (B320) | 0.20 | $130.00 |
| Litigation (Non-Bankruptcy Court) (L) | 0.60 | $390.00 |
| Total = | 41.60 | $22,222.50 |

# Exhibit 3

# McDONALD CARANO
## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID

Coin Cloud Unsecured Creditors Committee

Invoice No. 12462749
April 28, 2023

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2023:

Re:    Client.Matter: 32568 - 1
       **IN RE CASH CLOUD, INC. DBA COIN CLOUD**

_____

## ACCOUNT SUMMARY

| | |
|---|---:|
| Balance Forward as of Previous Invoice | $ .00 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ .00 |

## CURRENT INVOICE

| | |
|---|---:|
| Total Professional Services | $ 22,222.50 |
| Total Expenses | $ 1,117.68 |
| Total This Invoice | $ 23,340.18 |

**TOTAL BALANCE NOW DUE**      **$ 23,340.18**

# McDONALD CARANO LLP

_____

Invoice No. 12462749
April 28, 2023

Re:   Client.Matter: 32568 - 1
      IN RE CASH CLOUD, INC. DBA COIN CLOUD

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 2/24/23 | RJW | B160 | | Multiple calls, emails and meetings with team on engagement of McDonald Carano LLP as local counsel to the committee of unsecured creditors (1.0); prepare notice of appearance and circulate to team for review/revision/finalizing and filing (.5); work on applications for pro hac vice admission of co-counsel at Seward & Kissel LLP (.4); pull form documents for upcoming filings, and share with team (.2); meeting with B. Grubb re completion of above tasks and issues going forward (.3); receive and review scheduling order circulated by Patricia Chlum re settlement conference with Judge Gregg Zive (.4); review committee contact list and make changes to same (.2) | 3.00 | 1,950.00 |
| 2/24/23 | BAG | B160 | | Confer with Ryan Works re case strategy (.3); work on verified petitions to practice and related documents (.3); draft verified petitions re Robert Gayda and John Ashmead (.4); draft designations of local counsel re same (.3) | 1.30 | 390.00 |
| 2/26/23 | RJW | B120 | | Emails with Andrew Matott re 2004 examinations, filing of applications, local rules, document subpoenas to witnesses and timing of same (.2) | .20 | 130.00 |
| 2/27/23 | RJW | B160 | | Multiple emails with co-counsel re pro hac vice applications, objection to DIP financing motion, objection to employment application of Province, meeting tomorrow with Committee and issues going forward (.7); emails with co-counsel re stipulation with debtor's counsel to extend deadlines for objections (.1); begin preparing stipulations and proposed orders re same and emails with B. Grubb re same (.2) | 1.00 | 650.00 |
| 2/27/23 | AMP | B120 | | Exchange emails with Ryan Works re DIP financing objection (.1); research same (.3) | .40 | 220.00 |
| 2/27/23 | BAG | B160 | | Revise declarations of local counsel | .20 | 60.00 |
| 2/28/23 | RJW | B160 | | Review materials prepared by co-counsel and | 1.40 | 910.00 |

2

# McDONALD CARANO LLP

_____

Invoice No. 12462749
April 28, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | FTI in advance of meeting with committee (.4); attend Teams call with committee (.8); emails with Catherine LoTempio re review of certain first-day motions and begin review of same (.2) | | |
| 2/28/23 | BAG | B170 | | Review Court docket and recent filings (.3); review email from lead counsel re stipulation to extend time to object to the Province retention application (.3); confer with Ryan Works and Amanda Perach re stipulation to extend deadline and the related order and draft same (.4) | 1.00 | 300.00 |
| 3/01/23 | RJW | B110 | | Emails from US Trustee's office, and notice of appointment of additional unsecured creditors to committee | .10 | 65.00 |
| 3/01/23 | RJW | B110 | | Receive and review proposed order on case management proceedings and approve same | .50 | 325.00 |
| 3/01/23 | RJW | B160 | | Receive and review proposed orders granting monthly and interim compensation procedures for estate professionals | .40 | 260.00 |
| 3/01/23 | RJW | B110 | | Multiple emails with Catherine LoTempio re continuation of deadline to object to cash collateral motion | .20 | 130.00 |
| 3/01/23 | BAG | B160 | | Review interim order re post-petition financing (.2); draft stipulation and order to extend the Official Committee's time for lodging objection to same (.3) | .50 | 150.00 |
| 3/02/23 | RJW | B110 | | Receive email from Debtor's counsel attaching revised case management procedures order and begin review of same | .20 | 130.00 |
| 3/02/23 | RJW | B110 | | Receive and review Notice of Applicability of Large Case United States Trustee Fee Guidelines, filed by UST Jared Day | .50 | 325.00 |
| 3/02/23 | AMP | B160 | | Confer with Ryan Works re FTI employment application and process for fee applications (.3); exchange emails with Ryan Works and Anahita Rodriguez re same (.2); confer with Anahita Rodriguez re same (.4) | .90 | 495.00 |
| 3/02/23 | BAG | B120 | | Exchange emails with Ryan Works re DIP financing objection extension (.2); revise order regarding same (.2); and cause to be filed (.2); receive and review pro hac vice applications from co-counsel in New York (.2) | .80 | 240.00 |
| 3/03/23 | RJW | B110 | | Receive and review email from Catherine LoTempio re status and update on progress with debtor and other interested parties on | .20 | 130.00 |

3

# McDONALD CARANO LLP
_____

Invoice No. 12462749
April 28, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | first day motions and other matters going forward | | |
| 3/07/23 | RJW | B110 | | Prepare for and attend committee conference call re status, update and things to do going forward | .80 | 520.00 |
| 3/07/23 | RJW | B110 | | Call with litigation counsel at Seward & Kissel re potential claims and issues going forward | .10 | 65.00 |
| 3/09/23 | RJW | B160 | | Work on finalizing pro hac vice applications, designations of local counsel and applications for employment for all professionals off the committee (1.5) | 1.50 | 975.00 |
| 3/09/23 | RJW | B110 | | Receive and review multiple filings in Chapter 11 case | .30 | 195.00 |
| 3/09/23 | RJW | B120 | | Review and approve stipulations to continue objection deadlines to motions to reject certain executory contracts and to dispose of personal property | .20 | 130.00 |
| 3/09/23 | AMP | B160 | | Confer with Ryan Works re timing for filing employment applications (.2); prepare email to Michael Tucker (FTI) re employment application (.1) | .30 | 165.00 |
| 3/09/23 | BAG | B120 | | Exchange email with team re stipulation with Debtor's counsel extending the Committee's objection deadline re Debtor's first and second omnibus rejection motions (.1); draft stipulations and orders relating to both of same (.8); confer with Ryan Works re upcoming filings and pro hac vice applications (.2); revised designations of local counsel (.2); send email to Co-Chairs of the committee re same (.2) | 1.50 | 450.00 |
| 3/10/23 | RJW | B160 | | Emails with committee co-chairs re execution of employment applications (.4); confer with B. Grubb re changes to same (.1); continue working on FTI and MC employment applications (.5) | 1.00 | 650.00 |
| 3/10/23 | RJW | B120 | | Receive and review weekly update from Andrew Matott, including schedules and SOFA filed by the Debtor earlier today | .20 | 130.00 |
| 3/10/23 | BAG | B160 | | Receive completed designations of local counsel from Co-Chairs of the Committee (.1); finalize all verified petitions for filing (.3); prepare stipulation and order further extending the deadline to object to DIP (.5); review and revise application to retain Seward and Kissel (.4) | 1.30 | 390.00 |

# McDONALD CARANO LLP

_____

Invoice No. 12462749
April 28, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 3/13/23 | RJW | B160 | | Call with Catherine LoTempio re employment applications, and declarations in support, exhibits and final changes (.2); emails and call with Marshall Eisler (FTI) re same (.2); receive and review supplemental materials for purposes of completing application of S&K and declaration of John Ashmead in support of same (5); prepare proposed order approving S&K as committee counsel (.3); review and make changes to declaration of John Ashmead in support (.5); review notice of appearance and certificate of service and approve all for filing (.2); review connections excel spreadsheet and meet with team for supplemental conflicts analysis (.5) | 2.60 | 1,690.00 |
| 3/13/23 | RJW | B110 | | Emails with team re status, update and continued objection deadline on omnibus motions to reject executory contracts | .20 | 130.00 |
| 3/13/23 | RJW | B120 | | Receive and review several emails re cash collateral stipulation | .30 | 195.00 |
| 3/13/23 | RJW | B110 | | Receive and give cursory review to several filings in case | .20 | 130.00 |
| 3/13/23 | BAG | B160 | | Confer with Ryan Works re application of employment of Seward & Kissell (.2); finalize application of employment, declaration of John Ashmead in support of same, and all exhibits (1.4); file same (.2); draft notice of hearing (.2) | 2.00 | 600.00 |
| 3/14/23 | RJW | B110 | | Attend weekly committee call | .30 | 195.00 |
| 3/14/23 | RJW | B160 | | Finalize application for employment of McDonald Carano, Works Decl. in support of same, proposed order and complete connections review for disclosure (1.4); draft disclosed connections on Exhibit 3 to declaration and work with B. Grubb to file and serve (.8) | 2.20 | 1,430.00 |
| 3/14/23 | RJW | B110 | | Emails with Bob Gayda re attendance at hearing tomorrow on application to reject executory contract of debtor with B. Riley | .20 | 130.00 |
| 3/14/23 | BAG | B160 | | Review all recent filings (.2); prepare relevant notices of entry of order and file same (.4); prepare a certificate of service re all recent filings and cause all to be mailed (.4); file certificates of service (.2); prepare errata to proposed order granting application to employ Seward Kissel (.4) | 1.60 | 480.00 |
| 3/14/23 | BAG | B160 | | Revise and finalize McDonald Carano's | 1.20 | 360.00 |

5

# McDONALD CARANO LLP
_____

Invoice No. 12462749
April 28, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | application to employ (.6); revise and finalize the related proposed order and Ryan Works's declaration in support of the application (.3); draft the notice of hearing re same (.1); file all documents (.2) | | |
| 3/15/23 | RJW | B110 | | Prepare for and attend hearing on motion to reject executory contract with B. Riley | .50 | 325.00 |
| 3/15/23 | RJW | B110 | | Attend weekly meeting with professionals | .50 | 325.00 |
| 3/15/23 | RJW | B120 | | Emails with Laura Miller re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | .20 | 130.00 |
| 3/15/23 | RJW | B110 | | Receive and give cursory review to dozens of electronic filings and emails re same | .20 | 130.00 |
| 3/16/23 | ASG | B120 | | Review Nevada statutes and case law regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.30 | 877.50 |
| 3/16/23 | RJW | B120 | | Prepare for and attend 341(a) meeting of creditors (1.0); review agenda from Debtor for omnibus hearings tomorrow (n/c) | 1.00 | 650.00 |
| 3/16/23 | RJW | B120 | | Emails, call and meeting with A. Gabriel re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.2); emails with Laura Miller re same (.1) | .30 | 195.00 |
| 3/16/23 | BAG | B110 | | Review recent filings and complete certificates of service (.1); cause same to be filed (.1) | .20 | 60.00 |
| 3/17/23 | RJW | B110 | | Attend omnibus hearing on first day motions for final orders approving emergency relief, including DIP financing, utilities, critical vendors, etc. | .50 | 325.00 |
| 3/17/23 | RJW | B110 | | Receive and review weekly summary/update from Bob Gayda | .10 | 65.00 |
| 3/20/23 | RJW | B110 | | Receive and review case update, and committee agenda for weekly meeting, including motion to pay licensing fees, declaration in support and presentation of schedules and statement of financial affairs | .20 | 130.00 |
| 3/22/23 | BAG | B160 | | Receive, review, and revise the employment application, proposed order, and declaration of Michael Tucker re FTI | 1.10 | 330.00 |
| 3/23/23 | RJW | B160 | | Review and make final changes to FTI employment application, declaration of Michael Tucker in support of same, and proposed order and cause to file | 1.10 | 715.00 |
| 3/23/23 | RJW | B320 | | Emails with Andrew Matott re Local Rule 3017 and the Court's procedures in conditionally approving disclosure statements | .20 | 130.00 |
| 3/23/23 | BAG | B160 | | Confer with team re service of employment | .30 | 90.00 |

6

# McDONALD CARANO LLP

Invoice No. 12462749
April 28, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | applications re Seward & Kissel and McDonald Carano | | |
| 3/23/23 | BAG | B160 | | Further revise employment application re FTI | .20 | 60.00 |
| 3/23/23 | BAG | B160 | | Communicate with FTI team re its application to employ | .10 | 30.00 |
| 3/24/23 | BAG | B160 | | Confer with Ryan Works re status of all employment applications | .10 | 30.00 |
| 3/27/23 | RJW | B110 | | Attend weekly conference call with professionals re status, update and issues going forward | .70 | 455.00 |
| 3/28/23 | RJW | B110 | | Attend weekly meeting with Unsecured Creditors Committee | .70 | 455.00 |
| 3/29/23 | RJW | B130 | | Prepare for and attend hearings on rejection of leases of machines and lease of new office space | .50 | 325.00 |
| 3/30/23 | RJW | | L | Emails and call with Laura Miller re lift stay motion for plaintiff's litigation matter to proceed to judgment in state court and forward Judge Nakagawa opinion on same | .30 | 195.00 |
| 3/31/23 | RJW | B160 | | Receive, review and forward several emails and invoices from Stretto | .20 | 130.00 |
| 3/31/23 | RJW | | L | Call with Laura Miller re status, update and strategy going forward with motion for relief from stay to be heard on April 20, 2023 omnibus hearing date, and scheduling call with opposing counsel to discuss scope of same for purposes of case proceeding forward in state court | .30 | 195.00 |

Current Professional Services $ 22,222.50

### SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Brian Grubb | Paralegal | 300.00 | 13.40 | 4,020.00 | .00 |
| Amanda Perach | Partner | 550.00 | 1.60 | 880.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 25.30 | 16,445.00 | .00 |
| Andy S. Gabriel | Partner | 675.00 | 1.30 | 877.50 | .00 |
| Total | | | 41.60 | $ 22,222.50 | $ .00 |

# McDONALD CARANO LLP

_____

Invoice No. 12462749
April 28, 2023

**EXPENSES**

|  | Description | Amount |
|---|---|---:|
| 3/10/23 | Filing Fee-Court, Bankcard Center | 1,000.00 |
|  | Postage | 114.41 |
| 3/31/23 | Mileage, Beth Roe | 3.27 |

| Current Expenses | $ 1,117.68 |
|---|---:|

| TOTAL THIS INVOICE | $ 23,340.18 |
|---|---:|

# McDONALD CARANO
### YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee

Invoice No. 12462749
April 28, 2023

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2023:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

---

| Balance Due This Invoice | $ 23,340.18 |
|---|---|

---

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com



**To pay online via credit/debit card please visit:**   www.mcdonaldcarano.com/online-payments/

**PAYMENT IS DUE UPON RECEIPT**

mcdonaldcarano.com
2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100
100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000
Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505

MERITAS