**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

**CERTIFICATE OF SERVICE**

    I, Sharon Lee, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

    On May 12, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtor's Reply to Enigma Securities Limited's Omnibus Objection to Debtor's Motions to Approve Rejection of Executory Contracts and Unexpired Leases** (Docket No. 549)

- **Declaration of Tanner James in Support of Debtor's Reply to Enigma Securities Limited's Omnibus Objection to Debtor's Motions to Approve Rejection of Executory Contracts and Unexpired Leases** (Docket No. 550)

- **Reply in Support of Motion for Entry of an Order Approving Key Employee Retention Program and Granting Related Relief** (Docket No. 556)

- **Amended Declaration of Christopher Andrew McAlary in Support of Motion for Entry of an Order Approving Key Employee Retention Program and Granting Related Relief** (Docket No. 557)

Dated: May 16, 2023

        */s/ Sharon Lee*
        Sharon Lee
        STRETTO
        410 Exchange, Suite 100
        Irvine, CA 92602
        Telephone: 720.792.9194
        Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

# **Exhibit A**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | Box 551220 | Las Vegas | NV | 89155-1220 |
| Franchise Tax Board | Bankruptcy Section, MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| Texas Workforce Commission | Regulatory Integrity Division - SAU | 101 E. 15th Street | Room 556 | Austin | TX | 78778-0001 |

# **<u>Exhibit B</u>**



## Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Armondo Redmond | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson & Carrie Thomas | | cemery@avtechcapital.com<br>jrobertson@avtechcapital.com |
| Black Hole Investments LLC f/k/a EZ Coin LLC | Attn: Zachary Chaltiel and Edouard Chaltiel | | zach@victoireventures.com |
| Black Hole Investments, LLC formerly known as EZ Coin, LLC | c/o Black & Wadhams | Attn: Brigid M. Higgins | bhiggins@blackwadhams.law |
| Brookfield Retail Properties, Inc. | c/o Kaempfer Crowell | Attn: Louis M. Bubala III | lbubala@kcnvlaw.com |
| CAL'S CONVENIENCE, INC | Attn: Ray Harrison and Marcia Rigg | | Ray.Harrison@calscstores.com |
| Cennox Reactive Field Services LLC | Attn: Michael Goggans | | legal@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | Attn: Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. | ccarlyon@carlyoncica.com<br>dcica@carlyoncica.com<br>tosteen@carlyoncica.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Jordi Guso | jguso@bergersingerman.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Scott Jablonski & Mitchell W. Goldberg | sjablonski@bergersingerman.com<br>mgoldberg@bergersingerman.com |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Attn: Jeffery R. Sylvester, Esq. | Jeff@sylvesterPolednak.com |
| Cole Kepro International, LLC | Attn: Andrew Cashin & Frederick Cook | | info@colekepro.com<br>fred@colekepro.com |
| Cole Kepro International, LLC | c/o Lewis Roca Rothgerbe Christie LLP | Attn: Ogonna M. Brown, Esq. & Dan R. Waite, Esq. | OBrown@lewisroca.com |
| Cole Kepro International, LLC | c/o Taft Stettinius and Hollister, LLP | Attn: David Z. Adler, Esq., Paul R. Hage | phage@taftlaw.com |
| Department of Treasury - Internal Revenue Service | | | mary.b.savilla@irs.gov<br>Priscilla.A.Burks@irs.gov |
| Deployment Logix Inc. | Attn: Ken Rogers | | ken.rogers@deploymentlogix.com |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | Attn: Gary Lee & Andrew Kissner | glee@mofo.com<br>akissner@mofo.com |
| Enigma Securities Limited | c/o Shea Larsen | Attn: James Shea, Esq., Bart Larsen, Esq., Kyle Wyant, Esq. | kwyant@shea.law<br>blarsen@shea.law<br>jshea@shea.law |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | | baxelrod@foxrothschild.com<br>zwilliams@foxrothschild.com |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | Attn: Sean O'Neal, Michael Weinberg, & Jan VanLare | soneal@cgsh.com<br>mdweinberg@cgsh.com<br>jvanlare@cgsh.com |
| Genesis Global Holdco, LLC | c/o Snell and Wilmer LLP | Attn: Robert Kinas, Blakeley Griffith, and Charles Gianelloni | rkinas@swlaw.com<br>bgriffith@swlaw.com<br>cgianelloni@swlaw.com |
| Good 2 Go Stores LLC | Attn: General Counsel | | ecflukast@hollandhart.com<br>John.pearson@good2gostores.com |
| Internal Revenue Service | Attn: Mary Sevilla | | mary.b.savilla@irs.gov<br>priscilla.a.burks@irs.gov |
| Luis Flores | c/o Andersen & Beede | Attn: Ryan A. Andersen and Valerie Y. Zaidenberg | ryan@aandblaw.com<br>valerie@aandblaw.com |



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Lux Vending, LLC dba Bitcoin Depot | c/o Carlton Fields, P.A. | Attn: Adam P. Schwartz | aschwartz@carltonfields.com<br>amaranto@carltonfields.com |
| Lux Vending, LLC dba Bitcoin Depot | c/o Holley Driggs | Attn: Stacy H. Rubin | srubin@nevadafirm.com<br>oswibies@nevadafirm.com |
| National Services, LLC | c/o Hodges, Doughty, & Carson | Attn: Matthew Graves | mgraves@hdclaw.com |
| Official Committee of Unsecured Creditors | c/o McDonald Carano LLP | Attn: Ryan J. Works & Amanda M. Perach | aperach@mcdonaldcarano.com<br>rworks@mcdonaldcarano.com |
| Official Committee of Unsecured Creditors | c/o Seward & Kissel LLP | Attn: John R. Ashmead, Esq., Robert J. Gayda, Esq., Catherine V. LoTempio, Esq., Andrew J. Matott, Esq. | ashmead@sewkis.com<br>gayda@sewkis.com<br>lotempio@sewkis.com<br>matott@sewkis.com |
| OptConnect Management LLC | c/o Law Office of Brian D. Shapiro, LLC | Attn: Brian D. Shapiro, Esq. | brian@brianshapirolaw.com |
| OptConnect MGT, LLC | c/o Dechert LLP | Attn: Craig Druehl | craig.druehl@dechert.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| RocketItCoin, LLC | c/o Ghandi Deeter Blackham | Attn: Shara L. Larson | shara@ghandilaw.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. | | rtucker@simon.com |
| Spec's - Parent | Attn: Ryan Holder | | rholder@specsonline.com |
| Trangistics, Inc. | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | | Edward.M.McDonald@usdoj.gov<br>jared.a.day@usdoj.gov |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Esq. | rgold@fbtlaw.com |