**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| In re: CASH CLOUD, INC.[1] Debtor. | Chapter 11 Case No. 23-10423 (MKN) |
|---|---|

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On or before May 9, 2023, at my direction and under my supervision, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Bidding Procedures and Deadlines** (attached hereto as **Exhibit B**)

Furthermore, on May 10, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Area 51 Smoke & Vape Shop, Attn: Patrick Azarian at 516 W California Ave, Glendale, CA 91203-2102, pursuant to USPS forwarding instructions:

- **Notice of Entry of Order Granting Debtor's Motion for Entry of Order Approving Procedures for Rejection of Executory Contracts and Unexpired Leases and Disposal of Certain Personal Property Including Stay Relief and/or Abandonment** (Docket No. 499)

Dated: May 16, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800.634.7734
Email: TeamCoinCloud@stretto.com

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

# Exhibit A

# Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 5XEN Inc | | PO Box 217 | | Mequon | WI | 53092-0217 |
| 7th Heaven - Saroj Gautam | | 3100 Cedar Crest Ln | | Chillicothe | MO | 64601-9373 |
| Brandon Kelly | | PO Box 32122 | | Las Vegas | NV | 89173-2122 |
| California Hotel Hospitality Services | | 1805 SE 192nd Ave | | Camas | WA | 98607-7445 |
| Claudia Gonzalez | | 4268 Sugar Dr | | Las Vegas | NV | 89147-0434 |
| Direct Repair | | 2208 W Chicago Ave | Ste 1 | Chicago | IL | 60622-5907 |
| Gamer Planet | Attn: Daniel Perry | 69 W 10600 S | | Sandy | UT | 84070-4160 |
| Great Wash Park LLC | Attn: Emad | 1930 Village Center Cir | Ste 3 | Las Vegas | NV | 89134-6245 |
| HNA Enterprises | Attn: Joe Chetry | c/o Handy Food Stores | 1602 S Buckner Blvd | Dallas | TX | 75217-1707 |
| Janani Indian Grocery | | 2344 Shiloh Dr | | Aurora | IL | 60503-6288 |
| Jumio Corporation | | 100 Mathilda Pl | Ste 100 | Sunnyvale | CA | 94086-6019 |
| King Grill Meat Market - 108802 | King Grill Meat Market | 9133 Clarion Dr | | Saint Louis | MO | 63136-1603 |
| Kurt David Kloha | | 2900 N Euclid Ave | | Bay City | MI | 48706-1303 |
| Louis J Cortez Dibella | | 2675 Windmill Pkwy | Apt 3824 | Henderson | NV | 89074-1946 |
| NBS - National Benefits Services | | PO Box 6980 | | West Jordan | UT | 84084-0069 |
| Payday Loans | | 3-3122 Kuhio Hwy | Ste A8 | Lihue | HI | 96766-1170 |
| Payday Loans and Check Cashing Store | Attn: Davin Aquino | 3-3122 Kuhio Hwy | Ste A8 | Lihue | HI | 96766-1170 |
| Payday Loans Store Inc | | 3-3122 Kuhio Hwy | Ste A8 | Lihue | HI | 96766-1170 |
| Power House TSSP LLC | C/O SKR Real Estate Services | 9911 Covington Cross Dr | Ste 100 | Las Vegas | NV | 89144-7033 |
| Rob Arnold | | 4336 Tecumseh Way | | San Diego | CA | 92117-2828 |
| Rock River Mobil | | 425 S Winnebago St | | Rockford | IL | 61102-2233 |
| Saint George Laundromat LLC | Attn Sameh Lous | 1803 Brookvalley Pl | | Mount Juliet | TN | 37122-9217 |
| Scarlett I Gonzalez | | 3644 S Fort Apache Rd | Apt 2071 | Las Vegas | NV | 89147-3416 |
| Shiwakoti Grocery | | 1500 Eufemia Dr | | Denton | TX | 76207-7758 |
| Stockton Danner | | 2251 W 5900 S | | Roy | UT | 84067-1451 |
| Tecniflex, LLC. DBA Bancsource | | 1341 W Battlefield St | Ste 215 | Springfield | MO | 65807-4100 |
| The Shop, Guns & Pawn | | 15169 Brock Dr | | Crocker | MO | 65452-7134 |
| Unit21 Inc. | | 222 Kearny St | Ste 304 | San Francisco | CA | 94108-4528 |
| Velvet D Wehrman | | 230 Princess Ann Ct | | Henderson | NV | 89015-6025 |
| W.N. Grocery | | 104 Madison Dr | | Lower Burrell | PA | 15068-3123 |
| Westlake Market | | 101 Parkshore Dr | | Folsom | CA | 95630-4726 |

# **Exhibit B**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re

CASH CLOUD, INC.,
d/b/a COIN CLOUD,

Debtor.

Case No. BK-23-10423-mkn

Chapter 11

**NOTICE OF BIDDING PROCEDURES AND DEADLINES**

Hearing Date: June 28, 2023
Hearing Time: 10:30 a.m. (Pacific Time)

**PLEASE TAKE NOTICE THAT** on April 7, 2023, Cash Cloud, Inc., d/b/a Coin Cloud (the "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), under chapter 11 of the United States Bankruptcy Code 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), filed *Debtor's Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially All of the Debtor's Assets; (B) Approving Form Notice to Be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan* [Docket No. 392] (the "Motion")[1] with the United States Bankruptcy Court for the District of Nevada (the "Court") pursuant to Bankruptcy Code sections 105(a), 363, and 365, Bankruptcy Rules 2002, 6004, and 6006, for entry of an order: (i) approving and authorizing proposed bidding procedures to select the value-maximizing transaction (a

[1] All capitalized terms used herein and not otherwise defined herein shall have the respective meanings ascribed to them in the Motion or in the Bidding Procedures, as applicable.

"Transaction") which may include (a) sponsoring a proposed plan of reorganization (the "Reorganization Plan") for Debtor, or (b) purchasing substantially all of Debtor's assets pursuant to § 363 (a potential Reorganization Plan sponsor or Sale purchaser, each a "Bidder"); (ii) approving and authorizing an auction process (the "Auction") to select the Bidder proposing the highest and best Transaction in accordance with the Bidding Procedures; (iii) approving the form and manner of notice of the bidding procedures (the "Bidding Procedures Notice"); (iv) approving the form and manner of notice of potential assumption of certain executory contracts and unexpired leases and related cure amounts (the "Cure Notice"); (v) scheduling a hearing to confirm or approve, as applicable, the Transaction and confirm Debtor's Toggle Plan to be funded by such Transaction (the "Transaction Hearing"); and (vi) granting Debtor such other and further relief as is just and appropriate under the circumstances.

**PLEASE TAKE FURTHER NOTICE THAT** on April 27, 2023, the Court entered an *Order Establishing Bidding Procedures and Related Deadlines* [Docket No. 483] (the "Bidding Procedures Order"), approving the bidding procedures annexed as Exhibit A thereto (the "Bidding Procedures"), authorizing Debtor to employ the Bidding Procedures, and directing Debtor to send out this Bidding Procedures Notice.

**PLEASE TAKE FURTHER NOTICE THAT** Debtor designated the Stalking Horse and filed the Stalking Horse Bid on April 25, 2023 [Docket No. 473]. Pursuant to the Bidding Procedures Order, if Debtor receives a Qualified Bid in addition to the Stalking Horse Bid by May 19, 2023, at 5:00 p.m. (Pacific Time) (the "Bid Deadline"), Debtor shall conduct the Auction on May 23, 2023 commencing at 9:00 a.m. (Pacific Time) at the offices of Fox Rothschild, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada 89135, or at such later date and time and at such alternative location (including by remote videoconference or telephonic means noticed to the Qualified Bidders) as Debtor may determine or the Bankruptcy Court may direct. If Debtor does not receive at least one Qualified Bid (in addition to the Stalking Horse Bid) by the Bid Deadline, Debtor may not conduct the Auction.

**PLEASE TAKE FURTHER NOTICE** that, as set forth above, **the Bid Deadline is May 19, 2023, at 5:00 p.m. (Pacific Time)**. A Potential Bidder that desires to submit a Bid is required, under the Bidding Procedures and the Bidding Procedures Order, to deliver its Qualified Bid and all materials required in connection therewith (as fully set forth in the Bid Procedures) no later than the Bid Deadline. Any person or entity that does not submit a Bid by the Bid Deadline (as may be extended pursuant to the Bidding Procedures) shall not be permitted to participate in the Auction.

**PLEASE TAKE FURTHER NOTICE** that all objections to the adequacy of the Winning Bid or the Back-Up Bid must be submitted on or before June 12, 2023, at 5:00 p.m. (Pacific Time).

**PLEASE TAKE FURTHER NOTICE THAT** on or before May 29, 2023, Debtor shall serve the Cure Notices upon the Counterparties to contracts and leases.

**PLEASE TAKE FURTHER NOTICE THAT** all Counterparties who object to the Cure Amount stated in the Cure Notice, or the ability of Debtor to assume and/or assign a contract or lease, must file such objections on or before June 12, 2023, by 5:00 p.m. (Pacific Time) (the "Contract Objection Deadline").

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**PLEASE TAKE FURTHER NOTICE THAT** Debtor, or any other party, shall file any replies to any Contract Objections on or before June 19, 2023, by 5:00 p.m. (Pacific Time) (the "Cure Reply Deadline").

**PLEASE TAKE FURTHER NOTICE THAT** the Court shall conduct a hearing (the "Contract Hearing") to resolve any and all disputes as to Cure Amounts or Debtor's assumption and/assignment of any contract or lease on June 28, 2023 at 10:30 a.m. (Pacific Time), at the United States Bankruptcy Court, Courtroom 2, 300 Las Vegas Boulevard South, Las Vegas, Nevada, which may be continued, upon Debtor's request, to a later date.

**PLEASE TAKE FURTHER NOTICE THAT** the Court shall conduct a hearing ("Transaction Hearing") concerning approval of the Winning Bid and Back-Up Bid on June 28, 2023, at 10:30 a.m. (Pacific Time), at the United States Bankruptcy Court, Courtroom 2, 300 Las Vegas Boulevard South, Las Vegas, Nevada, which may be continued, upon Debtor's request, to a later date.

**PLEASE TAKE FURTHER NOTICE THAT** any person or entity wishing to submit a Bid is urged to review the Bidding Procedures, the Bidding Procedures Order, and the Motion. Copies of the Motion and the Bidding Procedures Order, including the Bidding Procedures annexed as Exhibit A to the Bidding Procedures Order, may be reviewed (a) during regular Court hours at the United States Bankruptcy Court, 300 Las Vegas Boulevard South, Las Vegas, Nevada, (b) electronically at www.nvb.uscourts.gov, the official website for the Court, (c) on the website for Debtor's claims agent Stretto, Inc., at https://cases.stretto.com/CashCloud, or (d) upon written request to counsel for Debtor, Fox Rothschild LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada 89135, Attention: Patricia Chlum, Paralegal, email: pchlum@foxrothschild.com.

DATED this 28th day of April 2023.

**FOX ROTHSCHILD LLP**

By: */s/Brett A. Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)