1  BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
2  NICHOLAS A. KOFFROTH, ESQ.
   Nevada Bar No. 16264
3  ZACHARY T. WILLIAMS, ESQ.
   Nevada Bar No. 16023
4  **FOX ROTHSCHILD LLP**
5  1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
6  Telephone: (702) 262-6899
   Facsimile: (702) 597-5503
7  Email: baxelrod@foxrothschild.com
8         nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
9  *Counsel for Debtor*

| | |
|---|---|
| | Electronic Filing May 17, 2023 |

10               **UNITED STATES BANKRUPTCY COURT**

11                    **DISTRICT OF NEVADA**

12  In re                              Case No.  BK-23-10423-mkn

13     CASH CLOUD, INC.,               Chapter 11
       dba COIN CLOUD,
14                                     **SUPPLEMENTAL DECLARATION OF
                                       TANNER JAMES IN SUPPORT OF
15                        Debtor.      DEBTOR'S REPLY TO ENIGMA
                                       SECURITIES LIMITED'S OMNIBUS
16                                     OBJECTION TO DEBTOR'S MOTIONS TO
                                       APPROVE REJECTION OF EXECUTORY
17                                     CONTRACTS AND UNEXPIRED LEASES**

18                                     Hearing Date:   May 18, 2023
19                                     Hearing Time:   10:30 a.m.

20       I, Tanner James, declare as follows:

21       1.      I am a Senior Associate with Province, LLC ("Province").

22       2.      Pursuant to a Final Order Authorizing Retention And Employment Of Province, LLC

23  As Financial Advisor, Effective As Of The Petition Date entered on March 9, 2023, Province was

24  employed as the financial advisor to Cash Cloud, Inc. dba Coin Cloud (the "Debtor" or "Cash

25  Cloud"), debtor and debtor in possession in the above captioned chapter 11 case (the "Chapter 11

26  Case").

27       3.      In my capacity with Province and the employment of Province as the financial

28  advisor to the Debtor, I am familiar with the records of the Debtor and am familiar with the analysis

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

performed in connection with the Debtor's decisions to reject certain Contracts and Leases and abandon the Remaining Property.  In addition, I am involved with the sale of the Debtor's assets. Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

4.    I make this Supplemental Declaration in support of the *Debtor's Reply To Enigma Securities Limited's Omnibus Objection To Debtor's Motions To Approve Rejection Of Executory Contracts And Unexpired Leases* ("Supplement").[1]

5.    This Supplement is being made to provide updated information that has been received since the filing of my Declaration in support of *Debtor's Reply To Enigma Securities Limited's Omnibus Objection To Debtor's Motions To Approve Rejection Of Executory Contracts And Unexpired Leases* on May 11, 2023 [ECF 550].

6.    On May 15, 2023, I received a copy of an email sent to Debtor's counsel from counsel for RockItCoin requesting that RockItCoin be able to speak with contract parties who were listed in the Orders granting the *Debtor's First Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment* and *Debtor's Second Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Abandonment.*

7.    Thereafter, on May 15, 2023, I received an email from counsel for RockItCoin regarding its lease assumption list (the "List").  In this email, RockItCoin requested that it be permitted to contact some parties on the List before the Auction.

8.    On May 16, 2023, counsel for the Debtor reviewed the List and determined that some contract parties, 73, are ones that are listed in the Debtor's motions to reject that are set for

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motions.

145859137.2

1  hearing on May 18, 2023 ("Reject Motions").  Of those 73 locations, the majority pertain to one

2  master host agreement, BW Gas & Convenience Holdings, LLC.

3      9.      RockItCoin has not requested that the Reject Motions be continued or withdrawn, or

4  that any Contract or Lease listed in the Reject Motions be removed.

5      I declare, under penalty of perjury of the laws of the United States of America, that the

6  foregoing statements are true and correct to the best of my knowledge, information and belief.

7      Executed this 17th day of May, 2023 in Las Vegas, Nevada.

8

9                              */s/Tanner James*
                              Tanner James

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

145859137.2