BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
      nkoffroth@foxrothschild.com
      zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No.  BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| Debtor. | **AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON MAY 18, 2023 AT 10:30 A.M.** |

Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, hereby files this *Agenda Regarding Matters Scheduled for Hearing on May 18, 2023 at 10:30 a.m.*

    1.    *Fourth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment* (the "**Fourth Omnibus Motion to Reject**") [ECF No. 355]

        Related Documents:
    A.    *Declaration of Christopher Andrew McAlary* [ECF No. 356];

1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

B.    *Notice of Hearing* [ECF No. 357];

C.    *Stipulation To Extend Time To Respond To Debtors: 1) Fourth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 355]; 2) Fifth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 358]; 3) Sixth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 361]; And 4) Seventh Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 364]* [ECF No. 384]; and *Order* thereon [ECF No. 388]; and

D.    *Second Stipulation To Extend Time To Respond To Debtors: 1) Fourth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 355]; 2) Fifth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 358]; 3) Sixth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 361]; And 4) Seventh Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 364]; And Continuance Of Hearings Regarding Same* [ECF No. 419]; and *Order* thereon [ECF No. .424].

Objections/Responses Filed:

A.    *Enigma Securities Limited's Omnibus Objection to Debtor's Motions to Approve Rejection of Executory Contracts* [ECF No. 518];

B.    *Declaration of Kissner [ECF No. 519];*

C.    *Reply to Enigma Securities Limited's Omnibus Objection to Debtor's Motions to Approve Rejection of Executory Contracts* [ECF No. 549];

D.    *Declaration of Tanner James* [ECF No. 550]; and

E.    *Supplemental Declaration of Tanner James* [ECF No. 571]

144718356.1

2. *Fifth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment* (the "**Fifth Omnibus Motion to Reject**") [ECF No. 358].

Related Documents:

E.    *Declaration of Christopher Andrew McAlary* [ECF No. 359];

F.    *Notice of Hearing* [ECF No. 360];

G.    *Stipulation To Extend Time To Respond To Debtors: 1) Fourth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 355]; 2) Fifth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 358]; 3) Sixth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 361]; And 4) Seventh Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 364]* [ECF No. 384]; and *Order* thereon [ECF No. 388]; and

H.    *Second Stipulation To Extend Time To Respond To Debtors: 1) Fourth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 355]; 2) Fifth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 358]; 3) Sixth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 361]; And 4) Seventh Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 364]; And Continuance Of Hearings Regarding Same* [ECF No. 419]; and *Order* thereon [ECF No. .424].

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

144718356.1

Objections/Responses Filed:

F. *Enigma Securities Limited's Omnibus Objection to Debtor's Motions to Approve Rejection of Executory Contracts* [ECF No. 518];

G. *Declaration of Kissner [ECF No. 519];*

H. *Reply to Enigma Securities Limited's Omnibus Objection to Debtor's Motions to Approve Rejection of Executory Contracts* [ECF No. 549];

I. *Declaration of Tanner James* [ECF No. 550]; and

J. *Supplemental Declaration of Tanner James* [ECF No. 571]

3. *Sixth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment* (the "**Sixth Omnibus Motion to Reject**") [ECF No. 361].

Related Documents:

I. *Declaration of Christopher Andrew McAlary* [ECF No. 362];

J. *Notice of Hearing* [ECF No. 363];

K. *Stipulation To Extend Time To Respond To Debtors: 1) Fourth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 355]; 2) Fifth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 358]; 3) Sixth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 361]; And 4) Seventh Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 364]* [ECF No. 384]; and *Order* thereon [ECF No. 388]; and

L. *Second Stipulation To Extend Time To Respond To Debtors: 1) Fourth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 355]; 2) Fifth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 358]; 3) Sixth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender*

144718356.1

*And Termination Of The Automatic Stay And/Or Abandonment [ECF 361]; And 4) Seventh Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 364]; And Continuance Of Hearings Regarding Same* [ECF No. 419]; and *Order* thereon [ECF No. .424].

Objections/Responses Filed:

K.  *Enigma Securities Limited's Omnibus Objection to Debtor's Motions to Approve Rejection of Executory Contracts* [ECF No. 518];
L.  *Declaration of Kissner [ECF No. 519];*
M.  *Reply to Enigma Securities Limited's Omnibus Objection to Debtor's Motions to Approve Rejection of Executory Contracts* [ECF No. 549];
N.  *Declaration of Tanner James* [ECF No. 550]; and
O.  *Supplemental Declaration of Tanner James* [ECF No. 571]

4.  *Seventh Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment*(the "**Seventh Omnibus Motion to Reject**") [ECF No. 364].

Related Documents:

M.  *Declaration of Christopher Andrew McAlary* [ECF No. 365];
N.  *Notice of Hearing* [ECF No. 366];
O.  *Stipulation To Extend Time To Respond To Debtors: 1) Fourth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 355]; 2) Fifth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 358]; 3) Sixth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 361]; And 4) Seventh Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 364]* [ECF No. 384]; and *Order* thereon [ECF No. 388]; and
P.  *Second Stipulation To Extend Time To Respond To Debtors: 1) Fourth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

144718356.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

*Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 355]; 2) Fifth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 358]; 3) Sixth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 361]; And 4) Seventh Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment [ECF 364]; And Continuance Of Hearings Regarding Same* [ECF No. 419]; and *Order* thereon [ECF No. .424].

Objections/Responses Filed:
A.   *Enigma Securities Limited's Omnibus Objection to Debtor's Motions to Approve Rejection of Executory Contracts* [ECF No. 518];
B.   *Declaration of Kissner [ECF No. 519];*
C.   *Reply to Enigma Securities Limited's Omnibus Objection to Debtor's Motions to Approve Rejection of Executory Contracts* [ECF No. 549];
D.   *Declaration of Tanner James* [ECF No. 550]; and
E.   *Supplemental Declaration of Tanner James* [ECF No. 571].

5.   *Motion for Entry of an Order Approving Key Employee Retention Program and Granting Related Relief* (the "**KERP Motion**") [ECF No. 438].

Related Documents:
A.   *Declaration of Christopher McAlary* [ECF No. 439];
B.   *Ex Parte Application for Order Shortening Time for Hearing Debtor's Motion for Entry of an Order Approving Key Employee Retention Program and Granting Related Relief* [ECF No. 440];
C.   *Attorney Information Sheet* [ECF No. 441]; and
D.   *Order Shortening Time for Hearing Debtor's Motion for Entry of an Order Approving Key Employee Retention Program and Granting Related Relief* [ECF No. 463].

144718356.1

Objections/Responses Filed:

A.   *United States Trustee's Opposition to Debtor's Motion for Entry of an Order Approving Key Employee Retention Program and Reservation of Rights* [ECF No. 528];

B.   *Reply in Support of Motion Approving Key Employee Retention Program* [ECF No. 556]; and

C.   *Declaration of Christopher McAlary* [ECF No. 557].

Pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.  Copies of all pleadings are available at https://cases.stretto.com/CashCloud (the "Case Website").

DATED this 18th day of May 2023.

**FOX ROTHSCHILD LLP**

By:      */s/Brett Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

7

144718356.1