Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**SECOND STIPULATION EXTENDING THE CHALLENGE PERIOD SET FORTH IN THE FINAL DIP ORDER** |

This stipulation (this "Stipulation") is entered into as of May 18, 2023, by and among (i) Cash Cloud, Inc. dba Coin Cloud, the debtor and debtor in possession (the "Debtor") in the above-

captioned chapter 11 case (the "Chapter 11 Case"), (ii) the Official Committee of Unsecured Creditors (the "Committee"), and (iii) Genesis Global Holdco, LLC ("Genesis" and, together with the Debtor and the Committee, collectively, the "Parties"), to extend the Committee's "Challenge Period" (as such term is defined in the *Final Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364(c)(1), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 2002, 4001, 6004 and 9014 Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Grant Adequate Protection* [ECF No. 318] (the "Final DIP Order"),[1] and the Parties stipulate and agree as follows:

## RECITALS

This Stipulation is entered into with reference to the following recitals:

**WHEREAS**, on February 7, 2023, the Debtor commenced a voluntary case under chapter 11 of the Bankruptcy Code in this Court;

**WHEREAS**, on February 17, 2023, the Office of the United States Trustee filed a notice of appointment of the Committee [ECF No. 131], as amended on February 28, 2023 [ECF No. 177];

**WHEREAS**, on March 20, 2023, the Court entered the Final DIP Order, which provided for a Challenge Period for the Committee of sixty (60) calendar days from appointment of the Committee, resulting in a Challenge Period Termination Date of April 18, 2023;

**WHEREAS**, the Parties desire to enter into this Stipulation on the terms and conditions set forth herein; and

**WHEREAS**, the undersigned hereby represent and warrant that they have full authority to execute this Stipulation on behalf of the respective Parties and that the respective Parties have full knowledge of, and have consented to, this Stipulation.

## STIPULATION

1. The Challenge Period set forth in Paragraph 17(b) of the Final DIP Order applicable to the Committee shall be extended through and including May 25, 2023 (the "Committee Challenge Period Extension Date") solely with respect to those challenges to the validity, perfection and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Final DIP Order.

2

1  priority of the Genesis Liens that were specifically identified by counsel to the Committee in writing to counsel to Genesis on April 18, 2023 (the "<u>Disclosed Challenges</u>"), for which challenges the term Committee Challenge Period Extension Date shall replace the term Challenge Period under the Final DIP Order for all purposes. For the avoidance of doubt, this Stipulation does not extend the Committee's Challenge Period for potential challenges, claims and allegations that are not Disclosed Challenges. Potential claims or allegations subject to the Challenge Period that are not Disclosed Challenges shall be treated in accordance with and pursuant to Paragraph 17 of the Final DIP Order.

2. Nothing herein shall limit the Committee's right to seek to extend further the Committee Challenge Period Extension Date with respect to the Disclosed Challenges for cause in accordance with the Bankruptcy Code.

3. For the avoidance of doubt, this Stipulation shall not impact in any way the expiration of the Challenge Period with respect to any parties, matters, issues, or items other than with respect to those specifically addressed herein.

4. Except as expressly set forth in this Stipulation, all provisions of the Final DIP Order (as amended by subsequent orders of the Court from time to time) remain in full force and effect and are not modified by this Stipulation in any way. For the avoidance of doubt, nothing herein shall be deemed to extend or change the Challenge Period set forth in the Final DIP Order with respect to any party in interest other than the Committee.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to this Stipulation.

6. This Stipulation may be executed in counterparts, each of which constitutes an original, and all of which, collectively, constitute only one agreement.

4892-3242-5558, v. 1

**IT IS SO STIPULATED BY:**

| | |
|---|---|
| Dated May 18, 2023. | Dated May 18, 2023. |
| FOX ROTHSCHILD LLP | McDONALD CARANO LLP |
| */s/ Brett A. Axelrod* | */s/ Ryan J. Works* |
| Brett A. Axelrod, Esq. (NSBN 5859) | Ryan J. Works, Esq. (NSBN 9224) |
| Jeanette E. McPherson, Esq. (NSBN 5423) | Amanda M. Perach, Esq. (NSBN 12399) |
| 1980 Festival Plaza Drive, Suite 700 | 2300 West Sahara Avenue, Suite 1200 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89102 |
| baxelrod@foxrrothschild.com | rworks@mcdonaldcarano.com |
| jmcpherson@foxrothschild.com | aperach@mcdonaldcarano.com |
| nkoffroth@foxrothschild.com | |
| zwilliams@foxrothschild.com | John R. Ashmead, Esq. |
| | Robert J. Gayda, Esq. |
| *Counsel for Debtor* | Catherine V. LoTempio, Esq. |
| | Andrew J. Matott, Esq. |
| | (*pro hac vice applications granted*) |
| | SEWARD & KISSEL LLP |
| | One Battery Park Plaza |
| | New York, NY 10004 |
| | ashmead@sewkis.com |
| | gayda@sewkis.com |
| | lotempio@sewkis.com |
| | matott@sewkis.com |
| | |
| | *Counsel for Official Committee of Unsecured Creditors* |

///

///

Dated May 18, 2023.

SNELL & WILMER LLP

*/s/  Robert R. Kinas*
Robert R. Kinas, Esq. (NSBN 6019)
Blakeley E. Griffith, Esq. (NSBN 12386)
Charles E. Gianelloni (NSBN 12747)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
rkinas@swlaw.com
bgriffith@swlaw.com
cgianelloni@swlaw.com

Sean A. O'Neal, Esq.
Jane VanLare, Esq.
(*pro hac vice applications granted*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
soneal@cgsh.com
jvanlare@cgsh.com

*Counsel for Genesis Global Holdco, LLC*