

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
May 19, 2023

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**ORDER GRANTING SECOND STIPULATION EXTENDING THE CHALLENGE PERIOD SET FORTH IN THE FINAL DIP ORDER** |

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1    Upon consideration of the *SECOND STIPULATION EXTENDING THE CHALLENGE PERIOD*

2    *SET FORTH IN THE FINAL DIP ORDER* (the "Stipulation") between (i) Cash Cloud, Inc. dba Coin

3    Cloud, the debtor and debtor in possession (the "Debtor"), (ii) the Official Committee of Unsecured

4    Creditors (the "Committee"), and (iii) Enigma Securities Limited (the "Enigma" and, together with

5    the Debtor and the Committee, collectively, the "Parties"), by and through their undersigned counsel,

6    and good cause appearing therefor:

7            **IT IS HEREBY ORDERED** that the Stipulation is approved entirely.

8            **IT IS FURTHER ORDERED** that the Challenge Period set forth in Paragraph 17(b) of the

9    *Final Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364(c)(1), 364(c)(3), 364(d)(1)*

10   *and 364(e) and Bankruptcy Rules 2002, 4001, 6004 and 9014 Authorizing Debtor to (A) Obtain*

11   *Postpetition Financing and (B) Grant Adequate Protection* [ECF No. 318] applicable to the

12   Committee shall be extended through and including June 23, 2023 with respect to challenges to the

13   Enigma Liens in accordance with the Stipulation.

14           **IT IS SO ORDERED.**

15                                                                                    # # #

16   Prepared and respectfully submitted by:

17   McDONALD CARANO LLP

18    */s/   Ryan J. Works*

19   Ryan J. Works, Esq. (NSBN 9224)
     Amanda M. Perach, Esq. (NSBN 12399)
     2300 West Sahara Avenue, Suite 1200
20   Las Vegas, Nevada 89102
     rworks@mcdonaldcarano.com
21   aperach@mcdonaldcarano.com

22   John R. Ashmead, Esq.
     Robert J. Gayda, Esq.
23   Catherine V. LoTempio, Esq.
     Andrew J. Matott, Esq.
24   (*pro hac vice applications granted*)
     SEWARD & KISSEL LLP
25   One Battery Park Plaza
     New York, NY 10004
26   ashmead@sewkis.com
     gayda@sewkis.com
27   lotempio@sewkis.com
     matott@sewkis.com
28   *Counsel for Official Committee of Unsecured Creditors*

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966
McDONALD CARANO