BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed May 19, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

CASH CLOUD, INC.,
dba COIN CLOUD,

Debtor.

Case No.  BK-23-10423-mkn

Chapter 11

**CERTIFICATE OF NO OBJECTION REGARDING PROVINCE, LLC'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM FEBRUARY 7, 2023 THROUGH MARCH 31, 2023**

**TO THE HONORABLE MIKE K. NAKAGAWA AND ALL PARTIES IN INTEREST:**

On April 28, 2023, the undersigned filed the monthly fee statement referenced above (the "Statement"), detailing fees for services rendered and expenses incurred by Province, LLC, financial advisor to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), as summarized on **Exhibit A** attached hereto.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

145840974.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1    The undersigned certifies that no party filed an answer, objection or other responsive pleading

2  in connection with the Statement on or before the respective Objection Deadline.[1]

3    Pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331,*

4  *And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and*

5  *Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures

6  Order") entered on March 20, 2023, and the *Final Order Authorizing Retention and Employment of*

7  *Province, LLC as Financial Advisor, Effective as of the Petition Date* [ECF No. 223] entered on

8  March 9, 2023, Debtor is authorized to pay Province eighty percent (80%) of the fees and one hundred

9  percent (100%) of the expenses requested in the Statement upon the filing of this certification of no

10  objection and without the need for entry of an order by the Court approving the Statement.

11    Dated this 19th day of May 2023.

12
13    PROVINCE, LLC

    By: */s/ Paul Huygens*
14        Paul Huygens
        2360 Corporate Circle, Suite 340
15        Henderson, Nevada 89074
        Telephone:  (702) 685-5555
16        Email:  phuygens@provincefirm.com
        *Financial Advisor to Debtor*

17

18  Respectfully submitted by:

19  **FOX ROTHSCHILD LLP**

20  By:    */s/Brett A. Axelrod*
        BRETT A. AXELROD, ESQ.
21        Nevada Bar No. 5859
        NICHOLAS A. KOFFROTH, ESQ.
22        Nevada Bar No. 16264
        ZACHARY T. WILLIAMS, ESQ.
23        Nevada Bar No. 16023
        1980 Festival Plaza Drive, Suite 700
24        Las Vegas, Nevada 89135
        *Counsel for Debtor*
25

26

27    [1] Pursuant to the Interim Compensation Procedures Order (as defined herein), Notice Parties
    (as defined therein) have twenty (20) days after the date of service of a monthly fee application (the
28  "Objection Deadline") to object to the Applicant's requested fees and expenses.

2

145840974.1

# EXHIBIT A

### Summary of Province LLC
### Monthly Fee Application
### for Professional Fees and Expenses

| Application Period | 80% of Fees in Application Period | 100 % of Expenses in Application Period | Total Authorized Amount | Date Filed & Served | Objection Deadline |
|---|---|---|---|---|---|
| 02/07/2023 through 3/31/2023 | $545,710.40 | $1,786.38 | $547,496.78 | 04/28/2023 | 05/18/2023 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

145840974.1