BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
     nkoffroth@foxrothschild.com
     zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**SUPPLEMENT TO EXHIBIT 1 TO AMENDED DECLARATION OF CHRISTOPHER ANDREW MCALARY IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER APPROVING KEY EMPLOYEE RETENTION PROGRAM AND GRANTING RELATED RELIEF**<br><br>Hearing Date: May 18, 2023<br>Hearing Time: 10:30 a.m. |

Cash Cloud, Inc. d/b/a Coin Cloud (the "Debtor") debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, the law firm of Fox Rothschild LLP, hereby files this *Supplement* (the "Supplement") to **Exhibit 1** to the *Amended Declaration of Christopher Andrew McAlary in Support of Motion for Entry of an Order Approving Key Employee Retention Program and Reservation of Rights* (the "McAlary Declaration") [ECF No. 557].

1

145944891.1

An unredacted copy of this Supplement is being provided to the Court and to the Office of the United States Trustee.

DATED this 19th day of May 2023.

**FOX ROTHSCHILD LLP**

By: _____/s/Brett Axelrod_____
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

145944891.1

**EXHIBIT 1**

145944891.1



10845 Griffith Peak Dr #2
Las Vegas, NV 89135
O: 855 264 2046

**Name:** ▇▇▇▇▇▇▇▇▇▇
- **Job Title:** Chief Revenue Officer - title is Officer; however, he is not an officer of the company or named as a director of the company, does not have ownership/equity in the company.
- **Reports to:** Chris McAlary, CEO
- **Summary:** Responsible for revenue generation through sales and marketing. He is responsible for seeking out potential new client "hosts" to place our machines, this is the sales function. His team manages the relationship with all existing clients "hosts. He proposes marketing strategies to the CEO for approval; once approved, his team executes the "host" strategy and markets to our existing and potential new customers that use our 3700 machines. He makes recommendations, in collaboration with VP of Operations, to the CEO to grow the business. He is cannot unilaterally sign a contract with a client "host," or dissolve a relationship with a client "host," or alter our marketing strategies without the approval of our CEO.
- **Decision Making:** Must get final approval on all decisions signed off by the CEO.

**Name:** ▇▇▇▇▇▇▇▇▇▇
- **Job Title:** SVP of Information Systems - he is not an officer of the company or named as a director of the company, does not have ownership/equity in the company.
- **Reports to:** Chris McAlary, CEO
- **Summary:** Manages the design, development and implementation of our information systems, IT support and infrastructure. Manages the team of IT desktop support to help employee's technology perform, manages the team of system analyst to monitor our CCOS software on our 3700 machines across the US, manages the team that ensure deployments of our software to our machines. He keeps the day-to-day systems up and running. He will make recommendations and proof of concepts for security, infrastructure but must have approval from the CEO to implement any significant changes to our systems, infrastructure and deployment of new products.
- **Decision Making:** Must get final approval on all decisions signed off by the CEO.

**Name:** ▇▇▇▇▇▇▇▇▇▇
- **Job Title:** VP of People Operations - she is not an officer of the company or named as a director of the company, does not have ownership/equity in the company.
- **Reports to:** Chris McAlary, CEO
- **Summary:** Manages HR functions, benefits, recruitment, compensation, payroll administration, culture, performance management and liaises with other managers to ensure deliverables set by the CEO are met. She makes recommendations to the CEO based on her responsibilities but is not able to make final decisions without the approval of the CEO.
- **Decision Making:** Must get final approval on all decisions signed off by the CEO.

**Name:** ███████
- **Job Title:** VP of Accounting and Finance - he is not an officer of the company or named as a director of the company, does not have ownership/equity in the company.
- **Reports to:** Chris McAlary, CEO
- **Summary:** Manages the Finance and Accounting teams, their functions, and the ERP systems. Oversees budgeting, forecasting, financial planning, analytics, reporting and cash management. Partners with other departments to ensure they understand how we are performing and the cost associated with each department. Primary function is keeping the CEO updated on our financials, forecasting and budgeting to ensure the CEO can make proper decisions as to the health of the business and allowing him to make decisions about sales and operational growth.
- **Decision Making:** Must get final approval on all decisions signed off by the CEO.

**Name:** ███████
- **Job Title:** Sr. Director of Cash Logistics - she is not an officer of the company or named as a director of the company, does not have ownership/equity in the company.
- **Reports to:** ████████ VP of Operations
- **Summary:** Manages the cash logistics team responsible for picking up the cash in our 3700 machines around the United States. She manages our relationship with our 3rd party vendors such as Brinks, Loomis, Sectran, etc. She manages the team that ensures our cash is reconciled properly upon pickup and delivery to our banking systems. She makes recommendations to the VP of Operations, who gets approval from the CEO, to alter our cash pickup timelines, approve new 3rd party vendors. She cannot unilaterally make a decision without VP of Operations and CEO approval.
- **Decision Making:** Must get all final decisions signed off by the VP of Operations, and then presented to the CEO for approval.

**Name:** ███████
- **Job Title:** Director of Client Relations - he is not an officer of the company or named as a director of the company, does not have ownership/equity in the company.
- **Reports to:** ████████████ Chief Revenue Officer
- **Summary:** Manages the relationships with our client "hosts" ensuring they have great customer service; help boot brand awareness and help us build our brand within their store/community. He manages a team that communicates regularly with our client "hosts" and ensures we have a good reputation to continue doing business. He proposes relationship ideas to the CRO that then gains approval from the CEO to make any agreement or changes to how we manage our client "hosts."
- **Decision Making:** Must get all final decisions signed off by the CRO, and then presented to the CEO for approval.

**Name:** ███████████
- **Job Title:** Compliance Manager/Interim BSA Officer - he is not an officer of the company or named as a director of the company, does not have ownership/equity in the company.
- **Reports to:** ███████████████ Director of Compliance
- **Summary:** Manages the companies' policies and procedure to comply with regulatory and ethical standards. He manages the team that performs audits, implements policies as it relates to KYC and AML compliance, and research customer transactions. He makes

recommendations to the Director of Compliance and the CEO regarding holding transactions, researching customer transactions and potential risks.
- **Decision Making:** Must get all final decisions signed off by the Director of Compliance, and then presented to the CEO for approval.

**Name:** ▮▮▮▮▮▮▮▮▮▮
- **Job Title:** Client Experience (support) Manager - she is not an officer of the company or named as a director of the company, does not have ownership/equity in the company.
- **Reports to**: Director of Product, Engineering and Client Experience
- **Summary:** Manages the call center team, technology, verbal scripts, and systems to ensure our customers using our 3700 machines have a good experience, and are assisted in troubleshooting their problems at the machines upon use. She partners with product, engineering, IT and marketing to share feedback about the experience at our machines and how to make it better. She does not make any decisions as it relates to how our business operates.
- **Decision Making:** Must get all final decisions signed off by the Director of Product, Engineering and CX, and then presented to the CEO for approval.

**Name:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- **Job Title:** Service Operations Manager - she is not an officer of the company or named as a director of the company, does not have ownership/equity in the company.
- **Reports to:** ▮▮▮▮▮▮ VP of Operations
- **Summary:** Manages the process of installing, maintenance or removal of a machine from a client "host." She ensures when the CEO determines if we will sign a new agreement with a client "host" that a machine is delivered and installed per the agreement. She ensures if a machine needs maintenance due to issues it is put on a list for the 3rd party to go out and service the machine. When and if the CEO determines that we will no longer do business with a client "host," she will arrange pickup or disposal of the machine. She does not make any unilateral business decision about our contracts, installation or removal of a machine.
- **Decision Making:** Must get all final decisions signed off by the VP of Operations, and then presented to the CEO for approval.