_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
May 23, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**INTERIM ORDER APPROVING KEY EMPLOYEE RETENTION PROGRAM AND GRANTING RELATED RELIEF**<br><br>Hearing Date:  May 18, 2023<br>Hearing Time:  10:30 a.m. |

1

145933185.2

Upon the motion (the "Motion")[1] of the Debtor in the above-captioned chapter 11 case for the entry of an order approving the Debtor's key employee retention plan (the "KERP"); and upon consideration of the *Declaration of Chris McAlary* in support of the Motion; the *Opposition* filed by the United States Trustee and Debtor's *Reply* in support of the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and this Court having determined that notice of the Motion as provided therein was good and sufficient; and this Court having determined that the relief sought in the Motion is in the best interest of the Debtor, its creditors, and all parties-in-interest; and after due deliberation, it is hereby

**ORDERED** that on an interim basis the Debtor is authorized and empowered, but not directed, to make payments to those nineteen (19) key employees in Debtor's Machine operation, listed in the second table at ECF No. 557, page 6 of 6, of $1,500 per listed employee in the total amount of $28,500.00; and it is further

**ORDERED** that notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

145933185.2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1  Prepared and respectfully submitted by:

2  **FOX ROTHSCHILD LLP**

3  By:    */s/Brett A. Axelrod*
4      BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
5      NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
6      ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
7      1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
8  *Counsel for Debtor*

9

10  **APPROVED:**

11  **OFFICE OF THE UNITED STATES TRUSTEE**

12  By:    */s/Edward M. McDonald, Jr.*
    Edward M. McDonald, Jr.,
13      Trial Attorney for United States Trustee,
    Tracy Hope Davis
14

15

16  **APPROVED:**

17  **SEWARD & KISSEL LLP**

18  By:    */s/Catherine V. LoTempio*
    John R. Ashmead, Esq.
19      Robert J. Gayda, Esq.
    Catherine V. LoTempio, Esq.
20      Andrew J. Matott, Esq.
    (*pro hac vice applications granted*)
21      One Battery Park Plaza
    New York, NY 10004
22

23      Ryan J. Works Esq. (NSBN 9224)
    Amanda M. Perach, Esq. (NSBN 12399)
24      MCDONALD CARANO LLP
    2300 West Sahara Avenue, Suite 1200
25      Las Vegas, Nevada 89102
    *Counsel for Official Committee of Unsecured Creditors*
26

27

28

145933185.2

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| | |
|---|---|
| Edward M. McDonald, Jr., Trial Attorney Office of the United States Trustee | APPROVED |
| Catherine V. LoTempio, Esq. Seward & Kissel, LLP *Counsel for the Official Committee of Unsecured Creditors* | APPROVED |

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

145933185.2