Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF JOHN R. ASHMEAD, ESQ. IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. §§ 1102, 1103, 328, 330 and 331 AUTHORIZING AND APPROVING THE EMPLOYMENT OF SEWARD & KISSEL LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS RETROACTIVE TO FEBRUARY 23, 2023** |

I, JOHN R. ASHMEAD, ESQ., declare as follows:

1. I am a partner with the law firm of Seward & Kissel LLP, proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy case of debtor Cash Cloud, Inc. dba Coin Cloud (the "Debtor").

2. I have personal knowledge of the facts stated in this declaration, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

3. I previously executed and filed a declaration (the "Original Declaration") in support of the *Application for Order Pursuant To 11 U.S.C. §§ 1102, 1103, 328, 330 And 331 Authorizing And Approving The Employment Of Seward & Kissel LLP As Counsel To The Official Committee Of Unsecured Creditors Retroactive To February 23, 2023* (the "Application").[1]

4. I submit this supplemental declaration with respect to paragraph 17 of the Original Declaration. On April 21, 2023, the Official Committee of Unsecured Creditors (the "Genesis Committee") in the chapter 11 bankruptcy cases of Genesis Global Holdco, LLC, Genesis Global Capital, LLC, and Genesis Asia Pacific PTE. LTD pending in the United State Bankruptcy Court for the Southern District of New York (the "Genesis Cases") filed an application to retain Seward & Kissel as special litigation counsel, which was granted by order dated May 16, 2023. To my knowledge, the Debtor is not a creditor in the Genesis Cases. Seward & Kissel does not and will not represent the Genesis Committee on matters relating to the Debtor or this chapter 11 case.

5. I continue to believe that Seward & Kissel is a disinterested person and does not hold or represent an interest adverse to the Debtor's estates with respect to the matters for which Seward & Kissel is to be employed, as required by Bankruptcy Code Section 328(c). I continue to make the following representations:

   a. To the best of my knowledge, Seward & Kissel and its attorneys are disinterested within the meaning of section 101(14) of the Bankruptcy Code and do not have an adverse interest pursuant to section 1103(b) of the Bankruptcy Code because none of them are creditors, equity security holders, or insiders of any Debtor; none of them are, or were within the two-year period preceding the Petition Date, a director, officer or employee of any Debtor; and none of them have an interest materially adverse to the interests of the estates or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in any Debtor or for any other reason; and

---

[1] Capitalized terms not otherwise defined herein shall have the meaning set forth in the Application.

2

      b.    To the best of my knowledge, based upon the Debtor's disclosure of its members, managers, directors, creditors, and other parties-in-interest, neither Seward & Kissel, nor any of its attorneys, have any present or prior connection with the Debtor, the Debtor's creditors, other parties-in-interest, or their respective attorneys and accountants, the United States Trustee, or any persons employed in the Office of the United States Trustee.

6.    I declare under penalty of perjury that the foregoing is true and correct.

SIGNED under penalty of perjury this 23rd day of May 2023.

                                              */s/ John R. Ashmead*
                                              John R. Ashmead, Esq.

3