NVB 5075 (Rev. 4/23)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
CASH CLOUD, INC.  
    dba COIN CLOUD

Debtor(s)

BK–23–10423–mkn  
CHAPTER 11

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **600** – Document Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from April 1, 2023 Through April 30, 2023 Filed by BRETT A. AXELROD on behalf of PROVINCE, LLC (Related document(s)321 Order on Motion for Approval of Procedures) (AXELROD, BRETT) |
| Filed On: | 5/25/23 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF is an incorrect image per the event selected, which is not contained in the title. Please file an amended pleading or file it in the correct case immediately.
* Fee Application Cover Sheet is not included with the PDF or has incorrect/missing information. Please file an amended pleading or file it in the correct case immediately. The following items(s) are incorrect/missing:

Dated: 5/26/23

*Mary A. Schott*  
Mary A. Schott  
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**