Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>***EX PARTE* APPLICATION FOR EXAMINATION OF JEFFREY GARON PURSUANT TO FED. R. BANKR. P. 2004**<br><br>**Examination Date:  June 22, 2023**<br>**Examination Time:  8:30 a.m. (PT)** |

Pursuant to Federal Rule of Bankruptcy Procedure ("Fed. R. Bankr. P.") 2004 and Local Rule of Bankruptcy Procedure ("LR") 2004, the Official Committee of Unsecured Creditors (the

1  "Committee") appointed in the above-captioned chapter 11 bankruptcy case (the "Chapter 11 Case"), by and through its undersigned attorneys, respectfully requests that the Court order the examination of Jeffrey Garon, the former Chief Financial Officer of Cash Cloud, Inc. dba Coin Cloud (the "Debtor"), which will be recorded by stenographic and/or videographic means, at the offices of McDonald Carano LLP, 2300 W. Sahara Ave., Suite 1200, Las Vegas, Nevada, 89102, 702-873-4100, on June 22, 2023 at 8:30 a.m. Pacific Time, which is more than 14-days from the date of this application, and further authorizes the Committee to request the production of documents via subpoena as provided by Fed. R. Civ. P. 45(a)(1)(C) as adopted by Fed. R. Bankr. P. 9016.

Pursuant to Federal Rule of Civil Procedure 30, incorporated by Fed. R. Bankr. P. 7030, the Committee seeks an order requiring Mr. Garon to be prepared to testify at the 2004 examination concerning the authenticity of the documents which are produced by the Debtor.

Pursuant to Fed. R. Bankr. P. 2004, on a motion of any party in interest, the Court may order the examination of any person or entity in order to evaluate the debtor's financial condition, conduct, property, liabilities, matters affecting the administration of the debtor's estate and for any other purpose allowed under Fed. R. Bankr. P. 2004.  Here, the requested examination relates to matters that are within the scope of Rule 2004, as such matters relate to the Debtor's prepetition transactions and business dealings.

The Committee will secure attendance of Mr. Garon and seek the production of documents in accordance with LR 9016 and Fed. R. Bankr. P. 9016.

///

///

WHEREFORE, the Committee requests entry of the proposed Order, uploaded concurrently herewith, authorizing and directing the examination of Mr. Garon, and granting such other relief as the Court deems just and equitable under the circumstances.

DATED this 30th day of May 2023.

McDONALD CARANO LLP

By: */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

and

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*