ROBERT A. MUSIALA, JR. ESQ.
BAKER & HOSTETLER LLP
One North Wacker Drive
Suite 4500
Chicago, IL 60606
Telephone: 312.416.6200
Facsimile: 312.416.6201
Email: rmusiala@bakerlaw.com

*Regulatory Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**BAKER & HOSTETLER'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM APRIL 4, 2023 THROUGH APRIL 30, 2023**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

Baker & Hostetler ("B&H" or "Applicant"), regulatory counsel to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Chapter 11 Case"), respectfully submits this Monthly Fee Statement for Services Rendered and Expenses Incurred for the Period from April 4, 2023 through April 30, 2023 (the "Statement"), pursuant to the *Order Authorizing Retention and Employment of Baker & Hostetler LLP as Regulatory Counsel to Debtor* [ECF No. 525] (the "Retention Order") and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

146253540.1                                                                 1

In support of this Statement, B&H respectfully represents as follows:

1. B&H was retained as regulatory counsel to the Debtor pursuant to the Retention Order, dated and entered on May 5, 2023. On May 9, 2023, the Debtor paid B&H a retainer of $50,000.00 (the "Retainer") as authorized in the Retention Order.

2. B&H has endeavored to monitor and coordinate with the Debtor's counsel in this Chapter 11 Case to ensure a clear delineation of each firm's respective roles in connection with the representation of the Debtor in this Chapter 11 Case and to prevent duplication of services. The professional services performed and expenses incurred by B&H were actual and necessary to preserve and protect the value of the Debtor's assets and estate.

3. B&H hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's Court-authorized regulatory counsel during the period commencing April 4, 2023 and ending April 30, 2023 (the "Statement Period").

4. B&H has not submitted any prior applications for compensation in connection with its representation of the Debtor.

5. B&H seeks allowance and payment of interim compensation for fees in the amount of $9,300.80, representing 80% of the $11,626.00 in fees incurred for services rendered during the Statement Period.

6. Attached hereto as Exhibit A is the name of each timekeeper who performed services in connection with the Chapter 11 Case and the regulatory matters during the Statement Period, and the hourly rate for each such timekeeper.

7. Attached hereto as Exhibit B is a detailed schedule of time expended by the timekeepers who performed services during the Statement Period and a detailed schedule of expenses paid during the Statement Period.

8. On the same date this Statement was filed, a copy of this Statement was served via electronic mail/notice on the following parties (each a "Notice Party," and collectively the "Notice Parties"):

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

a. Cash Cloud, Inc., 10190 Covington Cross Drive, Las Vegas, Nevada 89144 (Attn: Christopher Andrew McAlary; chris@coincloud.com);

b. Fox Rothschild, LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

c. United States Trustee Tracy Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

d. Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

e. Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com); counsel to DIP lender CKDL Credit, LLC;

f. Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

g. Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

9.  Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "Objection Deadline"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

146253540.1

10. If no objections are raised on or before the Objection Deadline, Applicant shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the fees and 100 percent of the expenses incurred during the period covered by Applicant's Monthly Fee Application (the "Aggregate Monthly Amount"). Applicant shall draw down on the Retainer in the Aggregate Monthly Amount.

11. If an objection is properly filed before the Objection Deadline, Applicant shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "Undisputed Fees" and "Undisputed Expenses"), after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the Undisputed Fees and 100 percent of the Undisputed Expenses incurred during the period covered by Applicant's Monthly Fee Application (the "Aggregate Monthly Undisputed Amount"). Applicant shall draw down on the Retainer in the Aggregate Monthly Undisputed Amount.

12. Applicant acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses. At the conclusion of the Chapter 11 Case, Applicant will seek final allowance of the fees charged and expenses incurred for the entirety of the Chapter 11 Case, and any interim fees and expenses received during the course of the Chapter 11 Case will be credited against such fees and expenses that are allowed on a final basis.

///
///
///

13. Neither Applicant nor any member of B&H has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of B&H, any portion of the fees or expenses to be awarded pursuant to this Statement.

Dated this 30th day of May 2023.

**BAKER & HOSTETLER LLP**

By:    */s/Robert A. Musiala*
Robert A. Musiala
One North Wacker Drive
Suite 4500
Chicago, IL 60606
Telephone: 312.416.6200
Facsimile: 312.416.6201
Email: rmusiala@bakerlaw.com
Michael A. Sabella
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
msabella@bakerlaw.com

*Regulatory Counsel for Debtor*

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:    */s/Brett A. Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

146253540.1

5

# EXHIBIT A

## Summary of B&H Professionals and Paraprofessionals

## April 4, 2023 through April 30, 2023

| Attorney | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Terry M. Brennan – Partner | $950.00 | .3 | $285.00 |
| Elyssa S. Kates – Counsel | $1,090.00 | 1.80 | $1,962.00 |
| Robert A. Musiala – Partner | $900.00 | 3.20 | $2,880.00 |
| Michael A. Sabella – Counsel | $970.00 | 6.70 | $6,499.00 |
| **Subtotal** | | 12.00 | $11,626.00 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

146253540.1

# EXHIBIT B

**Detailed Schedule of Time Expended by Professionals and Paraprofessionals**

# BakerHostetler

Cash Cloud Inc.  
D/B/A Coin Cloud  
10190 Covington Cross Dr  
Las Vegas, NV 89144

| | |
|---|---:|
| Invoice Date: | 05/18/23 |
| Invoice Number: | 51148561 |
| B&H File Number: | 12918/128018/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**      **Regulatory Compliance Services**

For professional services rendered through April 30, 2023

**BALANCE FOR THIS INVOICE DUE BY 06/17/23**     $     **11,626.00**  
All amounts are in United States Dollars

## Remittance Copy

**Please include this page with payment**

**Invoice No: 51148561**

**Firm Contact Information**

Katie Young  
(312) 416-6226  
kyoung@bakerlaw.com

---

| | |
|---|---|
| **Please Remit To:**<br>Baker & Hostetler LLP<br>P.O. Box 70189<br>Cleveland, OH  44190-0189 | **FOR WIRE REMITTANCES:**<br>Baker & Hostetler LLP<br>KeyBank, N.A., Cleveland, OH<br>**Account No:** ▇▇▇▇▇▇▇▇▇▇▇▇<br>**SWIFT Code:** ▇▇▇▇▇▇ |
| **Reference Invoice No:**<br>51148561 | **Email the "Remittance Copy" to**<br>bakerlockbox@bakerlaw.com |

# BakerHostetler

| | |
|---|---|
| Cash Cloud Inc. | Invoice Date: 05/18/23 |
| D/B/A Coin Cloud | Invoice Number: 51148561 |
| 10190 Covington Cross Dr | B&H File Number: 12918/128018/000001 |
| Las Vegas, NV 89144 | Taxpayer ID Number: 34-0082025 |
| | Page 2 |

**Regarding:** Regulatory Compliance Services

For professional services rendered through April 30, 2023

| | |
|---|---|
| **Fees** | $ 11,626.00 |
| **BALANCE FOR THIS INVOICE DUE BY 06/17/23 IN USD** | $ 11,626.00 |

Baker & Hostetler LLP

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston*
*Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington*

| Cash Cloud Inc. | | Invoice Date: | 05/18/23 |
|---|---|---|---|
| | | Invoice Number: | 51148561 |
| | | Matter Number: | 128018.000001 |
| | | | Page 3 |

**Regarding:** **Regulatory Compliance Services**

Matter Number: 128018.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brennan, Terry M. | 0.30 | $ 950.00 | $ 285.00 |
| Musiala, Robert A. | 3.20 | 900.00 | 2,880.00 |
| Kates, Elyssa S. | 1.80 | 1,090.00 | 1,962.00 |
| Sabella, Michael A. | 6.70 | 970.00 | 6,499.00 |
| **Total** | **12.00** | | **$ 11,626.00** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/04/23 | Brennan, Terry M. | Attend to Ohio license issues. | 0.30 | 285.00 |
| 04/19/23 | Sabella, Michael A. | Work on revisions and edits to draft application for retention, verified statement, and proposed order in connection with firm retention. | 2.80 | 2,716.00 |
| 04/19/23 | Sabella, Michael A. | Correspondence with Debtor's counsel regarding draft paperwork in connection with retention and questions and issues relating to same. | 0.20 | 194.00 |
| 04/20/23 | Sabella, Michael A. | Phone call with counsel for Debtors regarding retention in bankruptcy case and application in connection with same. | 0.20 | 194.00 |
| 04/20/23 | Sabella, Michael A. | Work on edits and revisions to verified statement, application, and conflicts disclosure in connection with retention. | 2.20 | 2,134.00 |
| 04/21/23 | Kates, Elyssa S. | Preparation of retention application and verified statement of Mr. Musiala. | 1.10 | 1,199.00 |
| 04/21/23 | Kates, Elyssa S. | Correspondence with Mr. Majkut regarding conflicts issues. | 0.10 | 109.00 |
| 04/21/23 | Kates, Elyssa S. | Call with Mr. Majkut and Mr. Marraro regarding potential conflicts issues with | 0.30 | 327.00 |

Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington

| | | | | |
|---|---|---|---|---|
| Cash Cloud Inc. | | | Invoice Date: | 05/18/23 |
| | | | Invoice Number: | 51148561 |
| | | | Matter Number: | 128018.000001 |
| | | | | Page 4 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | Baker & Hostetler LLP's retention in the case. | | |
| 04/21/23 | Kates, Elyssa S. | Correspondence with Mr. Musiala regarding the retention application. | 0.20 | 218.00 |
| 04/21/23 | Kates, Elyssa S. | Correspondence with Mr. Musiala, Ms. Chlum, Ms. Noll, Ms. Axlerod and Mr. Sabella regarding Baker & Hostetler LLP's retention application. | 0.10 | 109.00 |
| 04/24/23 | Sabella, Michael A. | Work on finalizing papers in connection with retention and correspondence with Mr. Musiala and Debtors' counsel regarding same. | 0.40 | 388.00 |
| 04/26/23 | Musiala, Robert A. | Discuss regulatory issues with C McAlary and B Axelrod, review related documentation. | 0.90 | 810.00 |
| 04/26/23 | Sabella, Michael A. | Review Court order scheduling hearing on application to employ, and correspondence with Mr. Musiala regarding same. | 0.10 | 97.00 |
| 04/26/23 | Sabella, Michael A. | Correspondence with Mr. Musiala and Ms. Kates regarding issues relating to retention and regulatory matters for Debtor. | 0.50 | 485.00 |
| 04/26/23 | Sabella, Michael A. | Correspondence with Mr. Musiala regarding issues relating to retention and regulatory matters in connection with Debtor. | 0.30 | 291.00 |
| 04/27/23 | Musiala, Robert A. | Review documentation and internal notes related to FL OFR suspension order, draft and send email regarding same to B Axelrod, C McAlary. | 0.50 | 450.00 |
| 04/27/23 | Musiala, Robert A. | Draft and send email to FL OFR regarding suspension order and request to schedule meeting. | 0.40 | 360.00 |
| 04/27/23 | Musiala, Robert A. | Draft potential conflict waiver email for Coin Cloud and RockItCoin. | 0.50 | 450.00 |
| 04/28/23 | Musiala, Robert A. | Review FL OFR documentation, discuss with C McAlary and B Axelrod. | 0.90 | 810.00 |

**Baker&Hostetler LLP**

Cash Cloud Inc.

Invoice Date: 05/18/23
Invoice Number: 51148561
Matter Number: 128018.000001

Page 5

| Date | Name | Description | Hours | Amount |
|---|---|---|---:|---:|
| | **Total** | | **12.00** | **11,626.00** |

Baker&Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington