## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

## CERTIFICATE OF SERVICE

I, Sharon Lee, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On May 26, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**, and via electronic mail on the service list attached hereto as **Exhibit C**:

- **Notice of Revised Stalking Horse Asset Purchase Agreement** (Docket No. 602)

- **Amended Notice of Designated Stalking Horse Bidder** (attached hereto as **Exhibit A**)

Dated: May 31, 2023

/s/ Sharon Lee
Sharon Lee
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 720.792.9194
Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

# Exhibit A

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed May 26, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>***AMENDED* NOTICE OF DESIGNATED STALKING HORSE BIDDER** |

Cash Cloud, Inc., dba Coin Cloud ("Debtor") hereby files this *Amended Notice of Designated Stalking Horse Bidder*, identifying the designated Stalking-Horse Bidder as RockItCoin, LLC. A revised copy of the Stalking Horse Asset Purchase Agreement (the "APA") is attached hereto as **Exhibit 1**.

Pursuant to the revised APA and the Bidding Procedures Order, in the event RockItCoin, LLC is not selected as the Winning Bidder, the Debtor calculates that the amount of the Break-Up Fee owed to RockItCoin, LLC as $188,760.00 (under the APA as filed, but is subject to adjustment under the terms of the APA).

1

146171481.3

The Purchaser shall deposit in escrow the amount of $629,200.00, which shall be applied to the Purchase Price at Closing.

DATED this 26th day of May 2023.

**FOX ROTHSCHILD LLP**

By: _____/s/Brett Axelrod_____
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

2

146171481.3

**Exhibit 1 to this Notice may be (i) viewed and downloaded free of charge at the Debtor's case website (https://cases.stretto.com/CashCloud/), or (ii) obtained by written request to Stretto at Cash Cloud, Inc. c/o Stretto, 410 Exchange, Suite 100 Irvine, CA 92602, or by email at TeamCoinCloud@stretto.com; or (iii) by telephone at (720) 792-9194 (toll free) or (888) 940-5992 (international).**

# **Exhibit B**



## Exhibit B
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | Box 551220 | Las Vegas | NV | 89155-1220 |
| Franchise Tax Board | Bankruptcy Section, MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| Texas Workforce Commission | Regulatory Integrity Division - SAU | 101 E. 15th Street | Room 556 | Austin | TX | 78778-0001 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)

Page 1 of 1

Case 23-10423-mkn    Doc 609    Entered 05/31/23 17:45:39    Page 8 of 10

# **Exhibit C**

**Exhibit C**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Armondo Redmond | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson & Carrie Thomas | | cemery@avtechcapital.com; jrobertson@avtechcapital.com |
| Black Hole Investments LLC f/k/a EZ Coin LLC | Attn: Zachary Chaltiel and Edouard Chaltiel | | zach@victoireventures.com |
| Black Hole Investments, LLC formerly known as EZ Coin, LLC | c/o Black & Wadhams | Attn: Brigid M. Higgins | bhiggins@blackwadhams.law |
| Brookfield Retail Properties, Inc. | c/o Kaempfer Crowell | Attn: Louis M. Bubala III | lbubala@kcnvlaw.com |
| CAL'S CONVENIENCE, INC | Attn: Ray Harrison and Marcia Rigg | | Ray.Harrison@calscstores.com |
| Cennox Reactive Field Services LLC | Attn: Michael Goggans | 1341 W. Battlefield Rd., Suite 210 | legal@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | Attn: Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. | ccarlyon@carlyoncica.com; dcica@carlyoncica.com; tosteen@carlyoncica.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Jordi Guso | jguso@bergersingerman.com; sjablonski@bergersingerman.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Scott Jablonski & Mitchell W. Goldberg | mgoldberg@bergersingerman.com |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Attn: Jeffery R. Sylvester, Esq. | Jeff@sylvesterPolednak.com |
| Cole Kepro International, LLC | Attn: Andrew Cashin & Frederick Cook | 4170-103 Distribution Circle | info@colekepro.com; fred@colekepro.com |
| Cole Kepro International, LLC | c/o Lewis Roca Rothgerbe Christie LLP | Attn: Ogonna M. Brown, Esq. & Dan R. Waite, Esq. | OBrown@lewisroca.com |
| Cole Kepro International, LLC | c/o Taft Stettinius and Hollister, LLP | Attn: David Z. Adler, Esq., Paul R. Hage | phage@taftlaw.com |
| Department of Treasury - Internal Revenue Service | | | mary.b.savilla@irs.gov; Priscilla.A.Burks@irs.gov |
| Deployment Logix Inc. | Attn: Ken Rogers | | ken.rogers@deploymentlogix.com |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | Attn: Gary Lee & Andrew Kissner | glee@mofo.com; akissner@mofo.com |
| Enigma Securities Limited | c/o Shea Larsen | Attn: James Shea, Esq., Bart Larsen, Esq., Kyle Wyant, Esq. | kwyant@shea.law; blarsen@shea.law; jshea@shea.law |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | | baxelrod@foxrothschild.com; zwilliams@foxrothschild.com |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | Attn: Sean O'Neal, Michael Weinberg, & Jan VanLare | soneal@cgsh.com; mdweinberg@cgsh.com; jvanlare@cgsh.com |
| Genesis Global Holdco, LLC | c/o Snell and Wilmer LLP | Attn: Robert Kinas, Blakeley Griffith, and Charles Gianelloni | rkinas@swlaw.com; bgriffith@swlaw.com; cgianelloni@swlaw.com |
| Good 2 Go Stores LLC | Attn: General Counsel | 1568 E. 17th St | ecflukast@hollandhart.com; John.pearson@good2gostores.com |
| Internal Revenue Service | Attn: Mary Sevilla | | mary.b.savilla@irs.gov; priscilla.a.burks@irs.gov |
| Luis Flores | c/o Andersen & Beede | Attn: Ryan A. Andersen and Valerie Y. Zaidenberg | ryan@aandblaw.com; valerie@aandblaw.com |

# STRETTO

**Exhibit C**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Lux Vending, LLC dba Bitcoin Depot | c/o Carlton Fields, P.A. | Attn: Adam P. Schwartz | aschwartz@carltonfields.com |
|  |  |  | amaranto@carltonfields.com |
| Lux Vending, LLC dba Bitcoin Depot | c/o Holley Driggs | Attn: Stacy H. Rubin | srubin@nevadafirm.com |
|  |  |  | oswibies@nevadafirm.com |
| National Services, LLC | c/o Hodges, Doughty, & Carson | Attn: Matthew Graves | mgraves@hdclaw.com |
| Official Committee of Unsecured Creditors | c/o McDonald Carano LLP | Attn: Ryan J. Works & Amanda M. Perach | aperach@mcdonaldcarano.com |
|  |  |  | rworks@mcdonaldcarano.com |
| Official Committee of Unsecured Creditors | c/o Seward & Kissel LLP | Attn: John R. Ashmead, Esq., Robert J. Gayda, Esq., Ca | ashmead@sewkis.com |
|  |  |  | gayda@sewkis.com |
|  |  |  | lotempio@sewkis.com |
|  |  |  | matott@sewkis.com |
| OptConnect Management LLC | c/o Law Office of Brian D. Shapiro, LLC | Attn: Brian D. Shapiro, Esq. | brian@brianshapirolaw.com |
| OptConnect MGT, LLC | c/o Dechert LLP | Attn: Craig Druehl | craig.druehl@dechert.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| RocketItCoin, LLC | c/o Ghandi Deeter Blackham | Attn: Shara L. Larson | shara@ghandilaw.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. | 225 West Washington Street | rtucker@simon.com |
| Spec's - Parent | Attn: Ryan Holder | 1420 Kingwood Drive | rholder@specsonline.com |
| Trangistics, Inc. | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. |  | Edward.M.McDonald@usdoj.gov |
|  |  |  | jared.a.day@usdoj.gov |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Esq. | rgold@fbtlaw.com |