

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 01, 2023

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| In re | Case No.: 23-10423-mkn |
|---|---|
| CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER GRANTING THE *EX PARTE* APPLICATION FOR EXAMINATION OF JEFFREY GARON PURSUANT TO FED. R. BANKR. P. 2004** |
| | **Examination Date:   June 22, 2023**<br>**Examination Time:   8:30 a.m. (PT)** |

Upon the *Ex Parte Application for Examination of Jeffrey Garon Pursuant to Fed. R. Bankr. P. 2004* ("Ex Parte Application") filed by the Official Committee of Unsecured Creditors ("Committee"); and for good cause appearing:

**IT IS HEREBY ORDERED** that the Ex Parte Application is GRANTED, and Jeffrey Garon, the former Chief Financial Officer of Cash Cloud, Inc. dba Coin Cloud ("Mr. Garon") shall appear for an examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure regarding matters that are within the permitted scope of Rule 2004, including without limitation, the assets, conduct, property, and liabilities of the Debtor on June 22, 2023, at 8:30 a.m. Pacific Time, or other mutually agreeable date and time. The examination will take place at the offices of McDonald Carano LLP, 2300 W. Sahara Ave., Suite 1200, Las Vegas, Nevada, 89102, 702-873-4100, and may be recorded by stenographic and/or videographic means. The examination may continue from day to day until completed.

**IT IS HEREBY FURTHER ORDERED** that Jeffrey Garon be prepared to testify at the 2004 examination concerning the documents which are produced by the Debtor.

**IT IS FURTHER ORDERED** that the Committee is authorized to serve a separate notice of examination and issue a subpoena for attendance at the examination and request production of documents as provided by Fed. R. Civ. P. 45(a)(1)(C) as adopted by Fed. R. Bankr. P. 9016.

Prepared and Submitted by:

McDONALD CARANO LLP

 */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com


and

| | |
|---|---|
| 1 | John R. Ashmead, Esq. |
| 2 | Robert J. Gayda, Esq. |
|   | Catherine V. LoTempio, Esq. |
| 3 | Laura E. Miller, Esq. |
|   | Andrew J. Matott, Esq. |
| 4 | (*pro hac vice applications granted*) |
|   | SEWARD & KISSEL LLP |
| 5 | One Battery Park Plaza |
|   | New York, NY 10004 |
| 6 | ashmead@sewkis.com |
| 7 | gayda@sewkis.com |
|   | lotempio@sewkis.com |
| 8 | millerl@sewkis.com |
|   | matott@sewkis.com |

*Counsel for Official Committee of Unsecured Creditors*