Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF TAKING THE EXAMINATION OF JEFFREY GARON PURSUANT TO FED. R. BANKR. P. 2004**<br><br>**Examination Date:** June 22, 2023<br>**Examination Time:** 8:30 a.m. (PT) |

PLEASE TAKE NOTICE that pursuant to the Bankruptcy Court's *Order Granting the Ex Parte Application for Examination of Jeffrey Garon Pursuant to Fed. R. Bankr. P. 2004* that was entered on June 1, 2023, [ECF No. 611], the Committee appointed in the above-captioned Chapter 11 bankruptcy case, by and through its undersigned attorneys, will take the oral examination of

**Jeffrey Garon on June 22, 2023, at 8:30 a.m. Pacific Time**.

PLEASE TAKE FURTHER NOTICE that the examination will proceed remotely by Zoom videoconference. **Please contact Andrew Matott, at matott@sewkis.com, for a link to attend the examination.**

The examination will take place before a court reporter authorized by law to administer oaths and shall be recorded by stenographic means and may be videotaped.

This examination will continue from day to day, or to some other stipulated date, until completed. A link to attend any continued examinations will follow under an amended notice.

DATED this 2nd day of June 2023.

McDONALD CARANO LLP

By: /s/ Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*