BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
   nkoffroth@foxrothschild.com
   zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | Case No.  BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF ENTRY OF FINAL ORDER APPROVING KEY EMPLOYEE RETENTION PROGRAM AND GRANTING RELATED RELIEF**<br><br>Hearing Date:   May 25, 2023<br>Hearing Time:   2:00 p.m. |

1

146430875.1

**PLEASE TAKE NOTICE** that on the 5th day of June, 2023, the Court entered a *Final Order Approving Key Employee Retention Program and Granting Related Relief* [ECF No. 616], a copy of which is attached hereto.

DATED this 5th day of June 2023.

**FOX ROTHSCHILD LLP**

By: _____*/s/Brett Axelrod*_____
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

2

146430875.1



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 05, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **FINAL ORDER APPROVING KEY EMPLOYEE RETENTION PROGRAM AND GRANTING RELATED RELIEF**<br><br>Hearing Date: May 25, 2023<br>Hearing Time: 2:00 p.m. |

146194694.1

1

Upon the motion (the "Motion")[1] of the Debtor in the above-captioned chapter 11 case for the entry of an order approving the Debtor's key employee retention plan (the "KERP"); and upon consideration of the *Declaration of Chris McAlary* in support of the Motion; the *Opposition* filed by the United States Trustee and Debtor's *Reply* in support of the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and this Court having determined that notice of the Motion as provided therein was good and sufficient; and this Court having determined that the relief sought in the Motion is in the best interest of the Debtor, its creditors, and all parties-in-interest; and after due deliberation, it is hereby

**ORDERED** that the Motion is granted as set forth herein; and it is further ORDERED that the KERP is approved on the terms described in the Motion; and it is further

**ORDERED** that the Debtor is authorized and empowered, but not directed, to take all actions necessary to implement the KERP, to make all payments pursuant thereto, and to implement any relief granted in this Order; and it is further

**ORDERED** that all amounts earned and payable under the KERP shall have administrative expense priority under sections 503(b) and 507(a)(2) of the Bankruptcy Code for all purposes in the Chapter 11 Case and in any other case under the Bankruptcy Code to which such case may be converted; and it is further

**ORDERED** that the Debtor may add a replacement participant(s) to the KERP upon the resignation or the termination for cause of any Participant, subject to the approval of the unsecured creditors' committee; and it is further

**ORDERED** that notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

146194694.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1  **ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising
2  from or related to the implementation of this Order.

3

4  Prepared and respectfully submitted by:

5  **FOX ROTHSCHILD LLP**

6  By:   */s/Brett A. Axelrod*
       BRETT A. AXELROD, ESQ.
7      Nevada Bar No. 5859
       NICHOLAS A. KOFFROTH, ESQ.
8      Nevada Bar No. 16264
       ZACHARY T. WILLIAMS, ESQ.
9      Nevada Bar No. 16023
10     1980 Festival Plaza Drive, Suite 700
       Las Vegas, Nevada 89135
11 *Counsel for Debtor*

12
   **APPROVED:**
13
   **OFFICE OF THE UNITED STATES TRUSTEE**
14

15 By:   */s/Jared A. Day*
       Jared A. Day,
16     Trial Attorney for United States Trustee,
       Tracy Hope Davis
17

18 **APPROVED:**

19 **SEWARD & KISSEL LLP**

20
   By:   */s/Catherine V. LoTempio*
21     John R. Ashmead, Esq.
       Robert J. Gayda, Esq.
22     Catherine V. LoTempio, Esq.
       Andrew J. Matott, Esq.
23     (*pro hac vice applications granted*)
       One Battery Park Plaza
24     New York, NY 10004

25     Ryan J. Works Esq. (NSBN 9224)
       Amanda M. Perach, Esq. (NSBN 12399)
26     MCDONALD CARANO LLP
27     2300 West Sahara Avenue, Suite 1200
       Las Vegas, Nevada 89102
28     *Counsel for Official Committee of Unsecured Creditors*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146194694.1

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| | |
|---|---|
| Jared A. Day,<br>Trial Attorney<br>Office of the United States Trustee | APPROVED |
| Catherine V. LoTempio, Esq.<br>Seward & Kissel, LLP<br>*Counsel for the Official Committee of Unsecured Creditors* | APPROVED |

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

146194694.1