BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Chapter 11<br><br>**NOTICE OF AUCTION RESULTS REGARDING SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS**<br><br>Auction Date: June 2, 2023 |

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP; respectfully submit this *Notice of Auction Results Regarding Sale of Substantially All of the Debtors Assets*, and represent as follows:

1. on April 7, 2023, Debtor filed a *Motion for Entry of an Order:(A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially All of the Debtors Assets; (B) Approving Form Notice to Be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan* [ECF No. 392]; (the "Sale Motion").[1]

---

[1] Capitalized terms not defined herein shall have the meanings assigned to them in the Sale Motion.

1

146373981.1

2.     On April 27, 2023, the Court entered the *Order Establishing Bidding Procedures and Related Deadlines* [ECF No. 483] (the "Bid Procedures Order").

3.     The Bid Procedures Order approved Bidding Procedures governing the sale of substantially all of Debtor's assets.

4.     In accordance with the Bid Procedures Order, Debtor held an auction for the purchase of substantially all of the Debtor's assets (the "Sale") on June 2, 2023. Heller Capital, LLC and Genesis Coin, Inc. (collectively "Heller Capital") was the Successful Bidder, with a Successful Bid of $5,700,000.00, subject to the terms and conditions of its bid.

5.     Additionally, Christopher McAlary ("Mr. McAlary") was the Successful Bidder for the purchase of the equity interests and assets of Coin Cloud Brasil Ativos Digitais Ltda ("Coin Cloud Brazil"), with a Successful Bid of $50,000.00 and repayment of the receivable (the "Brazil Receivable") owed to Debtor from Coin Cloud Brazil in the approximate amount of $600,000.00, as subject to the terms and conditions of his bid.

6.     Heller Capital and Debtor intend to implement Heller Capital's purchase of the assets, and Mr. McAlary's purchase of Coin Cloud Brazil, through a sale pursuant to 11 U.S.C. § 363.

7.     The Stalking-Horse Bidder, RockItCoin, LLC is designated as the Back-Up Bidder with a Qualified Bid in the amount of $3,237,000.00 subject to the terms and conditions of its bid.

Dated this 5th day of June 2023.

**FOX ROTHSCHILD LLP**

By:     /s/Brett A. Axelrod
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor Counsel for Debtors*

146373981.1