NVB 5075 (Rev. 4/23)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
CASH CLOUD, INC.  
    dba COIN CLOUD

Debtor(s)

BK−23−10423−mkn  
CHAPTER 11

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **618** – Notice of Auction Results Regarding Sale of Substantially All of the Debtor's Assets Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)392 Motion for Approval of Procedures filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) |
| Filed On: | 6/5/23 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
   * Case Number(s)

Dated: 6/6/23

*Mary A. Schott*

Mary A. Schott  
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**