

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 07, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email:  baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                     Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br>**ORDER GRANTING FOURTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT**<br>Hearing Date:  May 25, 2023<br>Hearing Time:  2:00 p.m. |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

The Court having reviewed and considered Debtor's motion [ECF 355] (the "Motion")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a), terminating the automatic stay pursuant to 11 U.S.C. § 362(d) in favor of secured creditors if the Debtor surrenders the Remaining Property, and authorizing abandonment of the Remaining Property pursuant to 11 U.S.C. § 554(a); and upon consideration of the *Declaration Of Christopher Andrew McAlary In Support Of Fourth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment* [ECF 356], *Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 518]; *Declaration Of Andrew Kissner, Esq. In Support Of Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 519]; *Debtor's Reply To Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 549]; *Declaration Of Tanner James In Support Of Debtor's Reply To Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 550]; *Supplement To Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 598]; *Debtor's Reply To Supplement To Enigma Securities Limited's Omnibus Objection To Debtors' Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 599]; and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; the Court having made its findings of fact and conclusions of law on the record which are incorporated herein  pursuant to Fed. R.Civ. P. 52, made applicable by Fed.R.Bankr. P. 9014 and 7052, and referenced herein in part, and for good cause shown, it is hereby

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

146191824.1

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that the date of the filing of the Motion shall be deemed to be the date of notice of abandonment of the Remaining Property; and it is further

**ORDERED** that the Remaining Property is abandoned effective as of the date of the filing of the Motion, and the Remaining Property shall be surrendered and abandoned to the creditors who are secured by the Remaining Property.  The Remaining Property may be retrieved by the respective secured creditor from the Location, or any party authorized by the Debtor, within seven (7) days of entry of this Order; and, after seven (7) days of the date this Order is entered, if the Remaining Property has not been removed, it may be disposed of by the Counterparty; and it is further

**ORDERED** that the automatic stay is terminated pursuant to 11 U.S.C. § 362(d)(2) to allow any secured creditor who has a collateral interest in the Remaining Property to exercise its rights to foreclose on or otherwise dispose of such property in accordance with applicable non-bankruptcy law; and it is further

**ORDERED** that Enigma Securities Limited ("Enigma") reserves all rights with respect to the Remaining Property in which it holds an interest, including but not limited to rights it may be determined to have, if any, with respect to (a) the valuation of its collateral (the "Enigma Collateral"), (b) cash contained within any abandoned Kiosk that Enigma has asserted is Enigma Collateral, and (c) the impact of abandonment on the amount of Enigma's secured claim; and it is further

**ORDERED** that Genesis Global Holdco, LLC ("Genesis") reserves all rights with respect to the Remaining Property in which it holds an interest, including but not limited to rights it may be determined to have, if any, with respect to (a) the valuation of its collateral (the "Genesis Collateral"), (b) cash contained within any abandoned Kiosk that Genesis has asserted is Genesis Collateral, and (c) the impact of abandonment on the amount of Genesis's secured claim; and it is

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146191824.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

further

**ORDERED** that nothing herein shall serve as a waiver of any claims of the Debtor, its estate or the Committee against any party holding an interest in the Remaining Property, and the Debtor, its estate and the Committee expressly reserve any and all of their rights with respect to any claims of any creditor arising in connection with the rejection of the Contracts or Leases, surrender of the Remaining Property, and abandonment of the Remaining Property, or claims or issues related thereto, including, without limitation (a) the valuation of a secured creditor's collateral interest, (b) whether any cash contained in any abandoned Kiosk is a secured creditor's collateral or belongs to any other creditor or the Debtor, and (c) the determination of any party's proof of claim, including without limitation a secured creditor's or lease holder's claim, including without limitation all related claims of the Debtor, its estate or the Committee for setoff and/or damages; and it is further

**ORDERED** that the abandonment of the Remaining Property shall not impair, waive, limit, or otherwise affect, and shall be subject to, any and all claims, ownership interests and contractual rights of OptConnect Management LLC ("OptConnect") in connection with any Remaining Property (and any equipment or hardware connected thereto), which are reserved and preserved in all respects, and nothing in this Order or any abandonment of Remaining Property as a result of this Order shall grant any third party any rights over OptConnect's assets that form part of the Remaining Property (and any equipment or hardware connected thereto); and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion; and it is further

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

146191824.1

1    **ORDERED** that, to the extent applicable, the 14-day stay under Fed.R.Bankr. P. 4001 and

2    Fed.R.Bankr. P. 6004(h) is waived.

3    Prepared And Respectfully Submitted By:

4    **FOX ROTHSCHILD LLP**

5    By:   /s/ Jeanette E. McPherson

6          JEANETTE E. MCPHERSON, ESQ.
         BRETT A. AXELROD, ESQ.
7          NICHOLAS A. KOFFROTH, ESQ.
         ZACHARY T. WILLIAMS, ESQ.
8          1980 Festival Plaza Drive, Suite 700
         Las Vegas, Nevada 89135
9
10   *Counsel for Debtor*

11   APPROVED/DISAPPROVED

12   **OFFICE OF THE UNITED STATES TRUSTEE**

13   By:  SIGNATURE WAIVED

14         JUSTIN VALENCIA
        Trial Attorney for Tracy Hope Davis,
15        United States Trustee
        300 Las Vegas Boulevard South, Suite 4300
16        Las Vegas, Nevada 89101

17

18   APPROVED/DISAPPROVED

19   **MCDONALD CARANO LLP**

20   By:   /s/ Catherine V. LoTiempo
         RYAN J. WORKS, ESQ. (NSBN 9224)
21         AMANDA M. PERACH, ESQ. (NSBN 12399)
         2300 West Sahara Avenue, Suite 1200
22         Las Vegas, Nevada 89102
23         and
24   **SEWARD & KISSEL LLP**
         JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
25         ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
         CATHERINE V. LOTIEMPO, ESQ. (Admitted *Pro Hac Vice*)
26         ANDREW J. MATOTT, ESQ.
         One Battery Park Plaza
27         New York, New York  10004
28   *Counsel for Official Committee of Unsecured Creditors*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

5

146191824.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1    APPROVED/DISAPPROVED

2    **MORRISON & FOERSTER LLP**

3    By:    /s/ Andrew Kissner

4         GARY LEE, ESQ. (Admitted *Pro Hac Vice*)
         New York Bar No. 2397669

5         ANDREW KISSNER, ESQ. (Admitted *Pro Hac Vice*)
         New York Bar No. 5507652

6         250 West 55th Street
         New York, New York 10019-3601

7
         and
8
         **SHEA LARSEN**
9         JAMES PATRICK SHEA, ESQ.
         Nevada Bar No. 405
10        BART K. LARSEN, ESQ.
         Nevada Bar No. 8538
11        KYLE M. WYANT, ESQ.
         Nevada Bar No. 14652
12        1731 Village Center Circle, Suite 150
         Las Vegas, Nevada 89134
13    *Counsel for Enigma Securities Limited*

14

15              **CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

16        In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

17    ☐    The Court has waived the requirement of approval in LR 9021(b)(1).

18    ☐    No party appeared at the hearing or filed an objection to the motion.

19    ☒    I have delivered a copy of this proposed order to all counsel who appeared at the
20        hearing, any unrepresented parties who appeared at the hearing, and each has
         approved or disapproved the order, or failed to respond, as indicated above.
21

22    ☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this
23        order with the motion pursuant to LR 9014(g), and that no party has objected to the
         form or content of the order.

24                                         # # #

25

26

27

28

146191824.1

1

**EXHIBIT 1 TO ORDER**

2

**CONTRACTS AND/OR LEASES TO BE REJECTED**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146191824.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| 40th Convenience Store | Attn: Mohamad urhan Khateeb<br>263 E 40th St<br>San Bernardino, CA 92404 | Attn: Mohamad urhan Khateeb<br>263 E 40th St<br>San Bernardino, CA 92404 | 143834 |
| ABAL,LLC dba Citistop* | Attn: Al Singh<br>420 Executive Park<br>Asheville, NC 28801 | 3715 Sweeten Creek Rd<br>Asheville, NC 28704 | 116343 |
| Alex & Yvonne Schmunk Inc* | Attn: Scott Schmunk<br>310 Main<br>Bridgeport, NE 69336 | c/o Sonny's Super Foods<br>801 Jensen Hwy<br>Hot Springs, SD 57747 | 139620 |
| Ameripawn Inc | Attn: Greg Engstrom<br>1415 E Lincolnway<br>Valparaiso, IN 46383 | Attn: Greg Engstrom<br>1415 E Lincolnway<br>Valparaiso, IN 46383 | 130367 |
| Ameripawn Inc | Attn: Greg Engstrom<br>2437 Monroe St<br>La Porte, IN 46350 | Attn: Greg Engstrom<br>2437 Monroe St<br>La Porte, IN 46350 | 130368 |
| Avalon Hotel & Convention Center | Attn: Ramesh Diora<br>16 W 10th St<br>Erie, PA 16501 | Attn: Ramesh Diora<br>16 W 10th St<br>Erie, PA 16501 | 138121 |
| Avalon Wireless #1 | Attn: Ziad Reda<br>829 N. Avalon Blvd<br>Wilmington, CA 90744 | Attn: Ziad Reda<br>2138 E. Anaheim St<br>Long Beach, CA 90804 | 153114 |
| B&B Wireless LLC | Attn: Sung H Lee; Shawn Lee<br>4606 Memorial Drive<br>Decatur, GA 30032 | Attn: Sung H Lee; Shawn Lee<br>4606 Memorial Drive<br>Decatur, GA 30032 | 147042 |
| Bensu Electronics Inc. | Attn: Daniel Bensusan<br>c/o Experimax David<br>5810 S University Dr #B105<br>Davie, FL 33328 | Attn: Daniel Bensusan<br>c/o Experimax David<br>5810 S University Dr #B105<br>Davie, FL 33328 | 128469 |
| Best Wash Roxana | Attn: Rebecca Unnerstall<br>100 Unnerstall Trl<br>Alton, IL 62002 | c/o Best Wash Laundromat<br>203 N Central Ave<br>Roxana, IL 62084 | 134737 |
| Booja Wireless | Attn: Ki Suk Lee<br>1634 Gordon Hwy<br>Augusta, GA 30909 | Attn: Chris<br>6602 Highway 85<br>Riverdale, GA 30274 | 147051 |
| Brothers Market* | Attn: Scott Edwards<br>12345 University Ave, Suite 200<br>Clive, IA 50325 | 325 Central Ave W<br>Clarion, IA 50525 | 145517 |
| | | 302 E Main Rt 3 Box O<br>Cole Camp, MO 65325 | 145518 |

* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 1022 Skyler St<br>Denver, IA  50622 | 145519 |
| | | 1400 G Ave<br>Grundy Center, IA  50638 | 145520 |
| | | 930 Commercial St<br>Lisbon, IA  52253 | 145522 |
| | | 706 Hwy 57<br>Parkersburg, IA  50665 | 145529 |
| | | 402 E Price Ave<br>Savannah, MO  64485 | 145531 |
| | | 118 S Main<br>Sigourney, IA  52591 | 145532 |
| BW Gas & Convenience Holdings, LLC | Attn: Derek Gaskins<br>138 Conant Street<br>Beverly, MA 01915<br><br>Attn: Kurt M. Zernich<br>138 Conant Street<br>Beverly, MA  01915 | c/o Allsups<br>Attn: Ashley Valley<br>103 W Santa Fe<br>Grants, NM  87002 | 123921 |
| | | c/o Allsups<br>Attn: Emily Hayah<br>507 West Highway 66<br>PO Box 2873<br>Milan, NM  87021 | 123928 |
| | | c/o Allsups<br>Attn: Glenda Barker<br>342 Nimitz<br>Grants, NM  87020 | 123929 |
| | | c/o Allsups<br>Attn: Dennilynn Loretto<br>616 First Street<br>Grants, NM  87020 | 123930 |
| | | c/o Allsups<br>Attn: Priscilla Tabaha<br>112 Arnold St<br>Gallup, NM  87301 | 123931 |
| | | c/o Allsups<br>Attn:Amanda John<br>2701 East Aztec Avenue<br>Gallup, NM  87301 | 123932 |
| | | c/o Allsups<br>Attn: Warren Yazzie<br>1801 South 2nd Street<br>Gallup, NM  87301 | 123933 |
| | | c/o Allsups<br>Attn: Tamara Leekity<br>2857 West Hwy 66<br>Gallup, NM  87301 | 123936 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Cristal Benavidez<br>4603 Hwy 314 SW<br>Los Chavez, NM  87002 | 123937 |
| | | c/o Allsups<br>Attn: Lorri Michalek<br>2801 Coors Blvd SW<br>Albuquerque, NM  87110 | 123938 |
| | | c/o Allsups<br>Attn: Bernadette Gonzales<br>2348 Highway 47<br>Rio Communities, NM  87002 | 123939 |
| | | c/o Allsups<br>Attn: Mike Still<br>1525 Isleta Blvd SW<br>Albuquerque, NM  87105 | 123940 |
| | | c/o Allsups<br>Attn: Ritchie Joe<br>1605 Indian School NW<br>Albuquerque, NM  87104 | 123941 |
| | | c/o Allsups<br>Attn: Jennifer Dominguez<br>712 Camino Del Pueblo<br>Bernalillo, NM  87004 | 123942 |
| | | c/o Allsups<br>Attn: Casann Sutherland<br>6900 Zuni Street SE<br>Albuquerque, NM  87108 | 124009 |
| | | c/o Allsups<br>Attn: Alfred Vivian<br>5601 Paradise Blvd NW<br>Albuquerque, NM  87114-4725 | 124010 |
| | | c/o Allsups<br>Attn: Jennifer Gonzales<br>3808 Arden Road<br>San Angelo, TX  76901 | 124011 |
| | | c/o Allsups<br>Attn: John Porras<br>4400 Ridgecrest Dr SE<br>Rio Rancho, NM  87124-5904 | 124012 |
| | | c/o Allsups<br>Attn: Jenny Urquhart Mahmoud<br>2007 Calle Lorca<br>Santa Fe, NM  87505 | 124013 |
| | | c/o Allsups<br>Attn: Jose Cruz<br>4200 Airport Road<br>Santa Fe, NM  87507 | 124014 |

* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Shanell Carabajal<br>2640 Agua Fria St<br>Santa Fe, NM  87505 | 124015 |
| | | c/o Allsups<br>Attn: Sonja Rodriguez-Hinz<br>444 Riverside Dr<br>Espanola, NM  87532 | 124017 |
| | | c/o Allsups<br>Attn: Nancy Carrillo<br>4680 Airport Rd<br>Santa Fe, NM  87507 | 124018 |
| | | c/o Allsups<br>Attn: Madeline Dejesus<br>3000 Cerrillos Road<br>Santa Fe, NM  87507 | 124019 |
| | | c/o Allsups<br>Attn: Jesus Chavez<br>650 Cerrillos Road<br>Santa Fe, NM  87501 | 124020 |
| | | c/o Allsups<br>Attn: Digna Rijo-Solano<br>1899 St. Michael's Dr<br>Santa Fe, NM  87505 | 124021 |
| | | c/o Allsups<br>Attn: Velia Bojorquez<br>305 N Guadalupe<br>Santa Fe, NM  87501 | 124022 |
| | | c/o Allsups<br>Attn: Pauline Gonzalez<br>2603 Hot Springs Blvd<br>Las Vegas, NM  87701 | 124027 |
| | | c/o Allsups<br>Attn: Anthony Archuleta<br>507 Paseo Del Pueblo Norte<br>Taos, NM  87571 | 124030 |
| | | c/o Allsups<br>Attn: David Osborne<br>1050 Paseo Del Pueblo Sur<br>Taos, NM  87571 | 124032 |
| | | c/o Allsups<br>Attn: Derek Gaskins<br>1032 West 2nd Street<br>Portales, NM  88130 | 124033 |
| | | c/o Allsups<br>Attn: Heather Wooldridge<br>327 E. Sumner Ave.<br>Fort Sumner, NM  88119 | 124040 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Pablo Garcia<br>1500 N Garden<br>Roswell, NM  88201 | 124044 |
| | | c/o Allsups<br>Attn: Lori Harris<br>1618 SE Main St.<br>Roswell, NM  88203 | 124045 |
| | | c/o Allsups<br>Attn: Lacie Stephen<br>501 West McGaffey<br>Roswell, NM  88203 | 124050 |
| | | c/o Allsups<br>Attn: John McCasland<br>411 West 2nd St<br>Roswell, NM  88201 | 124051 |
| | | c/o Allsups<br>Attn: Jeremiah Montgomery<br>2501 N Main St<br>Roswell, NM  88201 | 124052 |
| | | c/o Allsups<br>Attn: Diana Lopez<br>1300 Indian Wells Rd<br>Portales, NM  88130 | 124053 |
| | | c/o Allsups<br>Attn: Jonathan Chamberlain<br>2201 N. White Sands Blvd<br>Alamogordo, NM  88310 | 124113 |
| | | c/o Allsups<br>Attn: Karen Gallegos<br>100 N White Sands Blvd<br>Alamogordo, NM  88310 | 124114 |
| | | c/o Allsups<br>Attn: Destiny Romero<br>1010 S Canal<br>Carlsbad, NM  88220 | 124120 |
| | | c/o Allsups<br>Attn: Delinda Elms<br>2417 West Pierce (Lite)<br>Carlsbad, NM  88220 | 124121 |
| | | c/o Allsups<br>Attn: Christal Green<br>800 South 1st Street<br>Artesia, NM  88210 | 124123 |
| | | c/o Allsups<br>Attn: Liesa Beth<br>1910 West Main St<br>Artesia, NM  88210 | 124124 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Jill See<br>920 West Mermod<br>Carlsbad, NM  88220 | 124126 |
| | | c/o Allsups<br>Attn: Susan Hill<br>2600 W 7th St<br>Clovis, NM  88101 | 124184 |
| | | c/o Allsups<br>Attn: Leticia Banuelas<br>728 W. 21st Street<br>Clovis, NM  88101 | 124186 |
| | | c/o Allsups<br>Attn: Shelley Melancon<br>301 N. Prince Street<br>Clovis, NM  88101 | 124187 |
| | | c/o Allsups<br>Attn: Vanessa Thompson<br>16767 County Road 351<br>Dublin, TX  76446-5197 | 124193 |
| | | c/o Allsups<br>Attn: Derek Gaskins<br>2620 Olton Road<br>Plainview, TX  79072 | 124198 |
| | | c/o Allsups<br>Attn:Idalia Velazquez-Cruz<br>501 Bedford<br>Dimmit, TX  79027 | 124200 |
| | | c/o Allsups<br>Attn: Manuel Hernandez<br>525 South Main Street<br>Tulia, TX  79088 | 124202 |
| | | c/o Allsups<br>Attn: Kendra Parker<br>321 Main St<br>Jal, NM  88252 | 124205 |
| | | c/o Allsups<br>Attn:Kendra Parker<br>501 S 3rd. St<br>Jal, NM  88252 | 124206 |
| | | c/o Allsups<br>Attn: Matthew Martinez<br>916 W. Sanger St<br>Hobbs, NM  88240 | 124207 |
| | | c/o Allsups<br>Attn: Tabatha Pacheco<br>2810 N Lovington Hwy<br>Hobbs, NM  88240-1725 | 124208 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn:Felicia Prosise<br>321 N Dal Paso<br>Hobbs, NM  88240 | 124210 |
| | | c/o Allsups<br>Attn: Ashley Bond<br>203 S US HWY 54<br>Logan, NM  88426 | 124211 |
| | | c/o Allsups<br>Attn: Judith Atchley<br>102 Main St<br>Lake Dallas, TX  75065-2718 | 124284 |
| | | c/o Allsups<br>Attn: Kristan Garber<br>500 W 11th St<br>Quanah, TX  79252-5410 | 124298 |
| | | c/o Allsups<br>Attn: Telisa Lujan<br>2300 S 1st St<br>Tucumcari, NM  88401 | 124309 |
| | | c/o Allsups<br>Attn: Aurora Vargas<br>409 North Broadway<br>Post, TX  79356 | 124313 |
| | | c/o Allsups<br>Attn: Rena Sears<br>201 West 10th Street<br>Borger, TX  79007 | 124317 |
| | | c/o Allsups<br>Attn: Chrissy Brown<br>2730 Main St<br>Vernon, TX  76384-6806 | 124318 |
| | | c/o Allsups<br>512 Avenue D<br>Abernathy, TX  79311 | 124321 |
| | | c/o Allsups<br>Attn: Dawn Bernhard<br>101 4th Ave W<br>PO Box 356<br>Swea City, IA  50590-1108 | 124323 |
| | | c/o Yesway<br>Attn: Amber Rushing<br>4016 Wilbarger St<br>Vernon, TX  76384 | 124325 |
| | | c/o Yesway<br>Attn: Tom Jones<br>396 Evans Lane<br>Spearfish, SD  57783-1131 | 124333 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Lauren Glover<br>406 West Front Street<br>Groom, TX  79039 | 124340 |
| | | c/o Yesway<br>Attn: Jessica Jordan<br>3275 Cambell St<br>Rapid City, SD  57701-0125 | 124343 |
| | | c/o Yesway<br>Attn: Nick Baumann<br>3343 Haines Ave<br>Rapid City, SD  57701-9559 | 124344 |
| | | c/o Allsups<br>Attn: Robert Bush<br>1510 Avenue F NW<br>Childress, TX  79201-3418 | 124348 |
| | | c/o Yesway<br>Attn: Tanya Huck<br>819 E Wells Ave<br>Pierre, SD  57501-3307 | 124349 |
| | | c/o Yesway<br>Attn: Mohamed Ahmed<br>1515 E Wells Ave<br>Pierre, SD  57501-3968 | 124350 |
| | | c/o Allsups<br>Attn: Jimmie Land<br>3480 Hwy 377 S<br>Brownwood, TX  76801 | 124351 |
| | | c/o Yesway<br>Attn: Rona Hanson<br>PO Box 83, 102 E Bennett Ave<br>Martin, SD  57551 | 124357 |
| | | c/o Allsups<br>Attn: Jeanie McCarter<br>508 Union Avenue<br>Rule, TX  79547 | 124360 |
| | | c/o Yesway<br>Attn: Matt Jacobs<br>239 S Chicago St<br>Hot Springs, SD  57747-2321 | 124361 |
| | | c/o Allsups<br>Attn: John Porras<br>4400 Ridgecrest Dr SE<br>Rio Rancho, NM  87124-5904 | 124364 |
| | | c/o Allsups<br>Attn: Amanda Reyes<br>1001 W Main St<br>Eastland, TX  76448-2431 | 124372 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Cruz Ortiz<br>1024 Dumas Avenue<br>Dumas, TX  79029 | 124373 |
| | | c/o Yesway<br>Attn: Tonia Stoddard<br>640 Box Elder Rd W<br>Box Elder, SD  57719-9584 | 124374 |
| | | c/o Allsups<br>Attn: Orlynna Morris<br>206 East Broadway St<br>Fritch, TX  79036 | 124376 |
| | | c/o Allsups<br>Attn: Stacy Hedgecoke<br>105 South Central Ave<br>Knox City, TX  79529 | 124377 |
| | | c/o Allsups<br>Attn: Sybil Jordan<br>704 South Main Street<br>Seminole, TX  79360 | 124382 |
| | | c/o Allsups<br>Attn: Carla Jones<br>910 Early Blvd<br>Early, TX  76802-2205 | 124385 |
| | | c/o Allsups<br>Attn: Angelia Wakeland<br>503 S Main St<br>Lovington, NM  88260 | 124386 |
| | | c/o Allsups<br>Attn: Claudia Avila<br>712 1st Street<br>Olton, TX  79064 | 124403 |
| | | c/o Allsups<br>Attn: Teresa Jolly<br>1401 Norris<br>Clovis, NM  88101 | 124409 |
| | | c/o Allsups<br>Attn: Victoria Bates<br>705 S Access Rd<br>Clyde, TX  79510 | 124410 |
| | | c/o Allsups<br>Attn: Becky Poteet<br>500 E Wise St<br>Bowie, TX  76230-5223 | 124412 |
| | | c/o Allsups<br>Attn: Dipendra Rimal<br>4308 N Grimes<br>Hobbs, NM  88240 | 124413 |

* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Crista Crone<br>1603 Chico Hwy: PO Box 208<br>Bridgeport, TX  76426 | 124414 |
| | | c/o Allsups<br>Attn: Rabi Maharjan<br>3709 N Dal Paso St<br>Hobbs, NM  88240-1507 | 124417 |
| | | c/o Allsups<br>Attn: Phylis "Lanae" White<br>901 Highway 377 N<br>Whitesboro, TX  76273 | 124421 |
| | | c/o Allsups<br>Attn: Graciela Fuentes<br>1019 Coggins Ave<br>Brownwood, TX  76801-3611 | 124425 |
| | | c/o Allsups<br>Attn: Emily Blauman<br>305 West 1st Street<br>Dumas, TX  79029 | 124428 |
| | | c/o Allsups<br>Attn: Kacie Zielke<br>302 North 15th Street<br>Canyon, TX  79015 | 124429 |
| | | c/o Allsups<br>Attn: Sharon Elliott<br>515 South 25 Mile Ave<br>Hereford, TX  79045 | 124430 |
| | | c/o Allsups<br>Attn: Keena Kincaid<br>300 E Broadway<br>Sweetwater, TX  79556 | 124436 |
| | | c/o Allsups<br>Attn: Cherree Arineas<br>449 US Highway 180 E<br>Albany, TX  76430 | 124438 |
| | | c/o Allsups<br>Attn: Regina Tambunga<br>3200 Lamesa Highway<br>Lot 1<br>Snyder, TX  79359 | 124441 |
| | | c/o Allsups<br>Attn: Destiny Romero<br>913 W 8th Street<br>Cisco, TX  76437-2918 | 124448 |
| | | c/o Allsups<br>Attn: Pamela Miller<br>800 N Main: PO Box 2079<br>Andrews, TX  79714 | 124454 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Yesway<br>Attn: Irene Zinke<br>1861 5th Ave<br>Belle Fourche, SD  57717-2090 | 124521 |
| | | c/o Yesway<br>Attn: Corrine Barnes<br>610 E 3rd St<br>Alliance, NE  69301-3942 | 124522 |
| | | c/o Yesway<br>Attn: Mitzi Balsley<br>1101 Lake Ave<br>Storm Lake, IA  50588-1903 | 124524 |
| | | c/o Yesway<br>Attn: Vikki "Machelle" Kenyon<br>1501 N Pacific Ave<br>Iowa Park, TX  76367-1371 | 124525 |
| | | c/o Yesway<br>Attn:Chelsea Starn<br>1701 Iowa Ave E<br>Marshalltown, IA  50158-8844 | 124537 |
| | | c/o Yesway<br>Attn: Jessica Bowers<br>1117 S State Line Ave<br>Joplin, MO  64804-1321 | 124538 |
| | | c/o Yesway<br>Attn: Cory Ballard<br>3179 US Highway 54<br>Kingdom City, MO  65262-1805 | 124539 |
| | | c/o Yesway<br>Attn: Cody Derrington<br>4704 4th St<br>Lubbock, TX  79416-4900 | 124542 |
| | | c/o Yesway<br>Attn: Shawna Mulford<br>102 S Cole St<br>Lindsborg, KS  67456-2407 | 124544 |
| | | c/o Yesway<br>Attn: Jeannie Downing<br>1035 W Kansas Ave<br>McPherson, KS  67460-4110 | 124545 |
| | | c/o Yesway<br>Attn: Amber Melvin<br>100 S Grand Ave<br>Lyons, KS  67554-2834 | 124546 |
| | | c/o Yesway<br>Attn: Rose Banks<br>PO Box 1444, 1015 E Highway 54<br>Guymon, OK  73942 | 124549 |

* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Yesway<br>Attn: Anetia Frazier<br>600 S Access<br>Tye, TX  79563-1100 | 124555 |
| | | c/o Allsups<br>Attn: Debbie Winans<br>712 N Chadbourne St<br>San Angelo, TX  76903-4704 | 124559 |
| | | c/o Allsups<br>Attn: Tonya Foster<br>913 East Hamilton<br>Stamford, TX  79553 | 124562 |
| | | c/o Allsups<br>Attn: Chester Litty<br>4133 Main St<br>PO Box 364<br>Elk Horn, IA  51531-8016 | 124563 |
| | | c/o Allsups<br>Attn: Robert Arthur<br>2334 South 14th Street<br>Abilene, TX  79601 | 124567 |
| | | c/o Allsups<br>Attn: Jessica Clark<br>312 East 11th Street<br>Friona, TX  79035 | 124570 |
| | | c/o Allsups<br>Attn: Kathleen Northrup<br>1920 S Federal Ave<br>Mason City, IA  50401-6712 | 124571 |
| | | c/o Allsups<br>Attn: Jodi Matherly<br>2508 N Court St<br>Ottumwa, IA  52501-1184 | 124573 |
| | | c/o Yesway<br>Attn: Krystal Roberts<br>534 Chruch St<br>Ottumwa, IA  52501-4215 | 124574 |
| | | c/o Allsups<br>Attn: Ivonne Granado<br>105 N 8th<br>Loving, NM  88256 | 124575 |
| | | c/o Allsups<br>Attn: Becca Lopez-Villalobos<br>502 W 2nd St<br>Ottumwa, IA  52501-2309 | 124576 |
| | | c/o Allsups<br>Attn: Mitzi Balsley<br>1803 Superior St<br>Webster City, IA  50595-3143 | 124577 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Scott Sable<br>1224 N Federal Ave<br>Mason City, IA  50401-2107 | 124579 |
| | | c/o Allsups<br>Attn: Manuel Hernandez<br>527 Park Ave<br>Story City, IA  50248-1111 | 124580 |
| | | c/o Yesway<br>Attn: Shelly Knott<br>1976 Franklin St<br>Waterloo, IA  50703-5022 | 124582 |
| | | c/o Yesway<br>Attn: Stephanie Adolphs<br>117 E San Marnan Dr<br>Waterloo, IA  50702-5841 | 124583 |
| | | c/o Yesway<br>Attn: Joseph Units<br>1303 4th St SW<br>Mason City, IA  50401-2735 | 124584 |
| | | c/o Yesway<br>Attn: Stephanie Stover<br>418 S Federal Ave<br>Mason City, IA  50401-3802 | 124585 |
| | | c/o Yesway<br>Attn: Pam Christensen<br>300 Central Ave W<br>Clarion, IA  50525-1314 | 124586 |
| | | c/o Yesway<br>Attn: Shannie McDonald<br>830 N 18th St<br>Centerville, IA  52544-1115 | 124588 |
| | | c/o Yesway<br>Attn: Kathleen Northrup<br>1465 4th St SE<br>Mason City, IA  50401-4437 | 124590 |
| | | c/o Yesway<br>Attn: Ellie Riede<br>102 N Main St<br>Kanawha, IA  50447 | 124592 |
| | | c/o Yesway<br>Attn: Jaime Nelson<br>1905 SE 37th St<br>Grimes, IA  50111-4941 | 124594 |
| | | c/o Yesway<br>Attn: Kellie Potter<br>18078 E Highway 86<br>PO Box 99<br>Neosho, MO  64850-0099 | 124595 |

* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Yesway<br>Attn: Tawna Colton<br>738 E McKinney St<br>Neosho, MO  64850-1918 | 124596 |
| | | c/o Allsups<br>Attn: Karen Sears<br>1411 West Highway 60<br>Friona, TX  79035 | 124597 |
| | | c/o Yesway<br>Attn:Tina Skellenger<br>1905 E 4th Ave<br>Hutchinson, KS  67501-1868 | 124598 |
| | | c/o Allsups<br>Attn: Lisa Jones<br>218 S Rice St<br>Hamilton, TX  76531-2158 | 124599 |
| | | c/o Yesway<br>Attn: Jamey Zuelke<br>1630 E 30th Ave<br>Hutchinson, KS  67502-1260 | 124600 |
| | | c/o Yesway<br>Attn: Diann Chastain<br>428 E 4th Ave<br>Hutchinson, KS  67501-6937 | 124601 |
| | | c/o Yesway<br>Attn: Delores Hemphill<br>901 E 11th Ave<br>Hutchinson, KS  67501-6125 | 124603 |
| | | c/o Yesway<br>Attn: Garrett Massey<br>5194 Buffalo Gap Road<br>Abilene, TX  79606-4175 | 124604 |
| | | c/o Allsups<br>Attn: Andria Brouillette<br>601 Graham St<br>Tuscola, TX  79562 | 124605 |
| | | c/o Yesway<br>Attn:Bobby Scoggin<br>1800 S Gregg St<br>Big Spring, TX  79720-5401 | 124606 |
| | | c/o Yesway<br>Attn: Terri Priddy<br>801 S Bridge St<br>Brady, TX  76825 | 124607 |
| | | c/o Yesway<br>Attn: Audrianna "Audrey" Kirkland<br>PO Box 87, 203 E South 1st St<br>Hutchinson, TX  79543 | 124621 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Patti Purvis<br>952 S FM 156<br>PO Box 328<br>Justin, TX  76247-7039 | 124627 |
| | | c/o Allsups<br>Attn: Rose Lott<br>601 W Front Ave<br>Electra, TX  76360-2313 | 124630 |
| | | c/o Allsups<br>Attn: Felipe Sanchez<br>1633 South Commercial<br>Anson, TX  79501 | 124631 |
| | | c/o Allsups<br>Attn: Sandy Sanders<br>805 W 2nd Street<br>Clarendon, TX  79226 | 124634 |
| | | c/o Allsups<br>Attn: Joe Alfaro<br>404 West 5th Street<br>Plainview, TX  79072 | 124636 |
| | | c/o Allsups<br>Attn: Elizabeth Gibson<br>102 East Church<br>Carlsbad, NM  88220 | 124637 |
| | | c/o Allsups<br>Attn: Jonathan Wilson<br>1101 Hobbs Hwy<br>Seminole, TX  79360 | 124645 |
| | | c/o Allsups<br>Attn: Michael McCoy<br>708 South Cedar<br>Pecos, TX  79772 | 124646 |
| | | c/o Allsups<br>Attn: Robert Kolker<br>2301 West Lea<br>Carlsbad, NM  88220 | 124648 |
| | | c/o Allsups<br>Attn: Roberta Hover<br>301 N Main St<br>Frederick, OK  73542-4200 | 124658 |
| | | c/o Allsups<br>Attn: Ray Ortega<br>3220 National Parks Hwy<br>Carlsbad, NM  88220-5353 | 124661 |
| | | c/o Allsups<br>Attn: Juriana Rosalez<br>1000 S Burleson Ave<br>McCamey, TX  79752 | 124662 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn: Randi Furman<br>490 W Rock Island Ave<br>Boyd, TX  76023 | 124664 |
| | | c/o Allsups<br>Attn: Jaynie McWilliams<br>314 S Center St<br>PO Box 575<br>Archer City, TX  76351 | 124665 |
| | | c/o Allsups<br>801 E Walker St.<br>Breckenridge, TX  76424 | 124667 |
| | | c/o Allsups<br>Attn: Jesse Wells<br>106 South 101 Highway<br>Chico, TX  76431 | 124672 |
| | | c/o Allsups<br>Attn: Misty Faraday<br>1600 Northwest Parkway<br>Azle, TX  76020-2708 | 124674 |
| | | c/o Allsups<br>Attn: Sharla Connally<br>1153 N Highway 377<br>Pilot Point, TX  76258 | 124676 |
| | | c/o Allsups<br>Attn: Monica Roe<br>605 N Mason Street<br>Bowie, TX  76230-4232 | 124678 |
| | | c/o Allsups<br>Attn: Kingsley Ewansiha<br>5920 Highway 78<br>Sachse, TX  75048 | 124679 |
| | | c/o Allsups<br>Attn: Amy Steger<br>105 Princeton Dr<br>Princeton, TX  75407 | 124680 |
| | | c/o Allsups<br>Attn: Richard Lewallen<br>2021 N Prince St<br>Clovis, NM  88101 | 124681 |
| | | c/o Allsups<br>Attn: Rebecca Buchanan<br>2310 Barrow St<br>Abilene, TX  79605 | 124683 |
| | | c/o Allsups<br>Attn: Dale Savage<br>2819 State Highway 16 S<br>Graham, TX  76450-5105 | 124686 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Allsups<br>Attn:Michele Lipiecki<br>3401 N 10th<br>Abilene, TX  79603 | 124687 |
| | | c/o Allsups<br>Attn: Peter Difrancesca<br>1220 W 7th<br>Clovis, NM  88101 | 124688 |
| | | c/o Allsups<br>Attn: Tina Gonzalez<br>4002 Ridgemont Dr<br>Abilene, TX  79606 | 124689 |
| | | c/o Allsups<br>Attn: Joseph Cantu<br>2401 S. First<br>Abilene, TX  79605 | 124691 |
| | | c/o Allsups<br>Attn: Tanya Kelley<br>819 Commerce St<br>Abilene, TX  79603 | 124700 |
| | | c/o Allsups<br>Attn: Rachel Boyd<br>4301 College Hills Blvd<br>San Angelo, TX  76904 | 124702 |
| | | c/o Allsups<br>Attn: Jennifer Gonzales<br>3808 Arden Road<br>San Angelo, TX  76901 | 124703 |
| | | c/o Allsups<br>Attn: Ramona Valenzuela<br>1600 North First Street<br>Artesia, NM  88210 | 127100 |
| | | c/o Allsups<br>Attn: Taliah Campbell<br>1402 North Hwy 84<br>Slaton, TX  79364 | 127331 |
| | | c/o Allsups<br>820 Hwy 70 W<br>Alamogordo, NM  88310 | 149380 |
| Casey's Marketing Company, Inc. | Attn: Tom Brennan<br>1 SE Convenience Blvd<br>Ankeny, IA 50021 | Attn: Casey's Retail Company<br>111 Mormon Bridge Rd<br>Crescent, IA  51526 | 143259 |
| | | Attn: Casey's Retail Company<br>4400 128th St<br>Urbandale, IA  20323 | 143260 |
| | | Attn: Casey's Retail Company<br>1037 E Henri De Tonti Blvd<br>Springdale, AR  72762 | 143261 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Attn: Casey's Retail Company<br>1020 Gateway Dr<br>Carlisle, IA  50047 | 143262 |
| | | Attn: Casey's Retail Company<br>3209 NE 11th St<br>Bentonville, AR  72712 | 143263 |
| | | Attn: Casey's Retail Company<br>18174 Emiline St<br>Omaha, NE  68136 | 143264 |
| | | Attn: Casey's Retail Company<br>107 Fort St<br>Barling, AR  72923 | 143265 |
| | | Attn: Casey's Retail Company<br>951 SE Gateway Dr<br>Grimes, IA  50111 | 143266 |
| | | Attn: Casey's Retail Company<br>7141 N 156th St<br>Omaha, NE  68007 | 143267 |
| | | Attn: Casey's Retail Company<br>5150 100th St<br>Urbandale, IA  50322 | 143268 |
| | | Attn: Casey's Retail Company<br>870 NE Alice's Rd<br>Waukee, IA  50263 | 143269 |
| | | Attn: Casey's Retail Company<br>1650 NE Beaverbrooke Blvd<br>Grimes, IA  50111 | 143270 |
| | | Attn: Casey's Retail Company<br>8409 S 168th Ave<br>Omaha, NE  68136 | 143272 |
| | | Attn: Casey's Retail Company<br>7724 S 22nd St<br>Bellevue, NE  68147 | 143273 |
| | | Attn: Casey's Retail Company<br>5920 F St<br>Omaha, NE  68117 | 143274 |
| Charlie's Mini Market | Attn: Sam Chander & Carlos Olavarria Martinez<br>630 Ave Jorge Sanes<br>Carolina, PR 983 | Attn: Sam Chander & Carlos Olavarria Martinez<br>630 Ave Jorge Sanes<br>Carolina, PR  983 | 118896 |
| CJ Wireless | Attn: Jae Phil Jung<br>9075 Van Nuys Blvd<br>Panorama City, CA 91402 | Attn: Jae Phil Jung<br>9075 Van Nuys Blvd<br>Panorama City, CA  91402 | 155659 |
| Convenience Enterprise LLC* | Attn: Saroj Gautam<br>c/o 7th Heaven Discount Store<br>1100 N Morley Street | 10 Fairground Av<br>Higginsville, MO  64037 | 119515 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | Moberly, MO 65270 | 104 W Helm St<br>Brookfield, MO  64628 | 119518 |
| East Coast Mobile | Attn: John Durant & Sinai Garza<br>4406 Market St<br>Wilmington, NC 28401 | Attn: John Durant & Sinai Garza<br>4406 Market St<br>Wilmington, NC  28401 | 147047 |
| Electronmania | Attn: Kyongson Pak<br>1083-B Market St.<br>San Francisco, CA 94112 | Attn: Phillip Pak<br>2057 Mission St.<br>San Francisco, CA  94110 | 155662 |
| Fresh Foods* | Attn: Ben Dishman<br>1656 Sycamore View<br>Memphis, TN 38134 | 1042 Main St<br>Torrington, WY  82240 | 145845 |
| G Mobile | Attn: Guillermo Peralta<br>1872 Southwestern Ave<br>Los Angeles, CA 90006 | Attn: Guillermo Peralta<br>3830 E. Flamingo Rd<br>Los Angeles, NV  89121 | 155661 |
| GF Buche Co* | Attn: RF Buche<br>102 S Main<br>Wagner, SD 57380 | c/o Buche Hardware<br>301 US-18<br>Martin, SD  57551 | 144549 |
| | | c/o Gus Stop Convenience Stores<br>413 West Hwy 46<br>Wagner, SD  57380 | 144554 |
| Golden Dollar Inc | Attn: Ahmed Elsayed<br>7153 Ogontz Ave<br>Philadelphia, PA 19138 | Attn: Ahmed Elsayed<br>7153 Ogontz Ave<br>Philadelphia, PA  19138 | 139455 |
| Hari Om 5, LLC | Attn: Krunal Vijay Patel<br>c/o Shell Gas & Mart<br>35 Rebecca St<br>Mathiston, MS 39752 | Attn: Krunal Vijay Patel<br>c/o Shell Gas & Mart<br>35 Rebecca St<br>Mathiston, MS  39752 | 148833 |
| JC Business Investments Inc. | Attn: Thakur Jeetendra<br>5235 W Davis St #101<br>Dallas, TX 75211 | Attn: Thakur Jeetendra<br>5235 W Davis St #101<br>Dallas, TX  75211 | 117933 |
| Lewis Drugs Inc. | Attn: Mike Rath<br>2701 S. Minnesota Ave. Suite #1<br>Sioux Falls, SD 57105 | c/o Lewis Drug #7<br>Attn: Mike Rath<br>4409 E 26th St<br>Sioux Falls, SD  57103 | 139997 |
| | | c/o Lewis Drug #1<br>Attn: Mike Rath<br>2901 S Minnesota Ave<br>Sioux Falls, SD  57105 | 146040 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Lewis Drug #2<br>Attn: Mike Rath<br>2700 W 12th St<br>Sioux Falls, SD  57104 | 146041 |
| | | c/o Lewis Drug #4<br>Attn: Mike Rath<br>1950 Dakota Ave S<br>Huron, SD  57350 | 146043 |
| | | c/o Lewis Drug #6<br>Attn: Mike Rath<br>5500 W 41st St<br>Sioux Falls, SD  57106 | 146045 |
| | | c/o Lewis Drug #10<br>Attn: Mike Rath<br>6109 S Louise Ave<br>Sioux Falls, SD  57108 | 146047 |
| | | c/o Lewis Drug #12<br>Attn: Mike Rath<br>910 22nd Ave S<br>Brookings, SD  57006 | 146048 |
| | | c/o Lewis Drug #14<br>Attn: Mike Rath<br>136 S Phillips<br>Sioux Falls, SD  57104 | 146049 |
| | | c/o Lewis Drug #15<br>Attn: Mike Rath<br>2525 S Ellis Road<br>Sioux Falls, SD  57106 | 146050 |
| | | c/o Lewis Family Drug #31<br>Attn: Mike Rath<br>109 S Main Street<br>Milbank, SD  57252 | 146051 |
| Liberty Wireless1 | Attn: Mohammad Almersal<br>2448 Freedom Dr<br>Charlotte, NC 28217 | Attn: Mohammad Almersal<br>2447 Freedom Dr<br>Charlotte, NC  28208 | 147045 |
| | | Attn: Mohammad Almersal<br>4331 The Plaza<br>Charlotte, NC  28205 | 147060 |
| Lucky Mak's | Attn: Maher Makboul<br>20567 SW Tualatin Valley Hwy.<br>Beaverton, OR 97003 | Attn: Maher Makboul<br>20567 SW Tualatin Valley Hwy.<br>Beaverton, OR  97003 | 141260 |
| Main Street Market | Attn: Hauvala Pitchforth<br>15 W Main St<br>Ferron, UT 84523 | Attn: Hauvala Pitchforth<br>15 W Main St<br>Ferron, UT  84523 | 138285 |

* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Malcom Gas and Food llc | Attn: Gurjeet Cheema<br>203 Montezuma St<br>Malcom, IA  50157 | Attn: Gurjeet Cheema<br>203 Montezuma St<br>Malcom, IA  50157 | 149123 |
| Matts Hydroponics | Attn: Mathew G Marcoux<br>206 E Main St #5<br>Milford, MA 01757 | Attn: Mathew G Marcoux<br>206 E Main St #5<br>Milford, MA  01757 | 140981 |
| Midway Convenience Store | Attn: Tommie Bowers<br>101 MS-404<br>Grenada, MS 38901 | Attn: Tommie Bowers<br>101 MS-404<br>Grenada, MS  38901 | 147545 |
| Moxee Market LLC | Attn: Gurkarn Gill<br>PO Box 1134<br>Moxee, WA 98936 | 105 S Iler St<br>Moxee, WA  98936 | 139108 |
| My Choice Wireless | Attn: Alejandro Jarquin<br>4036 West 4100 South<br>West Valley City, UT 84119 | Attn: Juan Zavala<br>986 S University Ave<br>Provo, UT  84801 | 155657 |
| On The Fly | Attn: Mike Zehner<br>10294 West Prairie Rd.<br>Boise, ID 83714 | 518 E State St<br>Eagle, ID 83616 | 103552 |
| Pikachu's Wireless | Attn: Yolanda Chavarria; Jonathan Valiente<br>2678 E. Florence Avenue<br>Huntington Park, CA 90255 | Attn: Yolanda Chavarria; Jonathan Valiente<br>2678 E. Florence Avenue<br>Huntington Park, CA  90255 | 155658 |
| POPS Mart Fuels LLC | Attn: David Taylor<br>1806 State St<br>Cayce, SC 29033 | c/o Grand Central (Store #333)<br>11193 State Hwy 200<br>Winnsboro, SC  29180 | 143587 |
|  |  | c/o Ridgeway (Store #511)<br>752 US Hwy 21 S<br>Ridgeway, SC  29130 | 143588 |
|  |  | c/o Marthers (Store #530)<br>31 US Hwy 321 By-Pass N<br>Winnsboro, SC  29180 | 143589 |
|  |  | c/o Ladd (Store #539)<br>1458 US Hwy 321 S<br>Winnsboro, SC  29181 | 143590 |
|  |  | c/o Chicken (Store #550)<br>799 US Hwy 321 Business S<br>Winnsboro, SC  29182 | 143592 |
|  |  | c/o Bell (Store #320)<br>5409 Pendergrass Blvd<br>Great Falls, SC  29055 | 143595 |
|  |  | c/o Chstr Downtwn (Store #430)<br>147 Columbia St<br>Chester, SC  29706 | 143596 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Prosperity (Store #750)<br>11540 CR Koon Hwy<br>Prosperity, SC  29127 | 143597 |
| | | c/o I-26 Nwbrry (Store #777)<br>11747 State Hwy 34<br>Newberry, SC  29108 | 143598 |
| | | c/o Wilson Blvd (Store #780)<br>1190 Wilson Blvd<br>Newberry, SC  29108 | 143599 |
| | | c/o Percival Rd (Store #600)<br>1909 Percival Rd<br>Columbia, SC  29223 | 143600 |
| | | c/o Garners Ferry Rd (Store #605)<br>4805 Garners Ferry Rd<br>Columbia, SC  29205 | 143601 |
| | | c/o St Andrews (Store #610)<br>538 St. Andrews Rd<br>Columbia, SC  29201 | 143602 |
| | | c/o Lake Murray (Store #612)<br>1004 River Rd<br>Columbia, SC  29212 | 143603 |
| | | c/o Augusta Hwy (Store #618)<br>4403 Augusta Rd<br>Lexington, SC  29073 | 143604 |
| | | c/o Augusta Hwy (Store #619)<br>2884 Emmanuel Church<br>West Columbia, SC  29169 | 143605 |
| | | c/o Pontiac/Elgin (Store #620)<br>10541 Two Notch Road<br>Elgin, SC  29045 | 143606 |
| | | c/o South Congaree (Store #626)<br>709 Main St<br>South Congaree, SC  29169 | 143607 |
| | | c/o Assembly & Whaley (Store #640)<br>205 Assembly Street<br>Columbia, SC  29201 | 143608 |
| | | c/o I-20 & N. Main St (Store #643)<br>6930 North Main St<br>Columbia, SC  29203 | 143609 |
| | | c/o Columbia College (Store #650)<br>4905 North Main St<br>Columbia, SC  29203 | 143610 |
| | | c/o Piney Grove Rd (Store #666)<br>441 Piney Grove Rd<br>Columbia, SC  29210 | 143611 |
| | | c/o Farrow Rd (Store #677)<br>8550 Farrow Road<br>Columbia, SC  29203 | 143612 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Pueblo Latino LLC | Attn: Kilian J Deras-Galdamez<br>2631 Cerrillos Rd<br>Santa Fe, NM 87505 | Attn: Kilian J Deras-Galdamez<br>2631 Cerrillos Rd<br>Santa Fe, NM 87505 | 147964 |
| STL Wireless Cell Phone, PC, and Tablet Repair Shop | Attn: Pedram Jamali<br>12539 Bennington Place<br>St Louis, MO 63146 | Attn: Pedram Jamali<br>12539 Bennington Place<br>St Louis, MO 63146 | 130457 |
| Surf's Up Computing | Attn: Christopher John Rohde<br>707 Beville Road<br>Dayton Beach, FL 32119 | Attn: Christopher John Rohde<br>707 Beville Road<br>Dayton Beach, FL 32119 | 130386 |
| Tarkanian Basketball Academy | Attn: Pepdi Porciuncula<br>2730 S Rancho Dr<br>Las Vegas, NV 89102 | Attn: Pepdi Porciuncula<br>2730 S Rancho Dr<br>Las Vegas, NV 89102 | 123436 |
| Toot 'N Totum Food Stores, LLC | Attn: Greg Mitchell & Andrew Mitchell<br>1201 S. Taylor St<br>Amarillo, TX 79101 | 1500 S Washington St ##2660<br>Amarillo, TX 79102 | 127214 |
| | | 6001 I-40 Frontage Rd<br>Amarillo, TX 79106 | 127215 |
| | | 5409 E Amarillo Blvd<br>Amarillo, TX 79107 | 127216 |
| | | 822 S Georgia<br>Amarillo, TX 79106 | 127217 |
| | | 1500 S Grand St<br>Amarillo, TX 79104 | 127218 |
| | | 1801 S Grand<br>Amarillo, TX 79103 | 127219 |
| | | 3365 S Bell<br>Amarillo, TX 79106 | 127220 |
| | | 1735 S Nelson St<br>Amarillo, TX 79103 | 127221 |
| | | 5805 S Georgia St<br>Amarillo, TX 79118 | 127222 |
| | | 3101 Plains Blvd<br>Amarillo, TX 79102 | 127223 |
| | | 3609 S Washington St<br>Amarillo, TX 79110 | 127224 |
| | | 1300 SE 10th Ave #4151<br>Amarillo, TX 79102 | 127225 |
| | | 920 FM1151<br>Amarillo, TX 79118 | 127226 |
| | | 1001 N Cedar St<br>Borger, TX 79007 | 127227 |
| | | 2222 S Polk St<br>Amarillo, TX 79109 | 127228 |
| | | 1701 S Eastern St<br>Amarillo, TX 79104 | 127229 |
| | | 2615 S Grand St<br>Amarillo, TX 79103 | 127230 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 2015 S Western St<br>Amarillo, TX  79106 | 127231 |
| | | 3522 River Rd<br>Amarillo, TX  79107 | 127232 |
| | | 5424 River Rd<br>Amarillo, TX  79108 | 127233 |
| | | 2601 W 3rd<br>Amarillo, TX  79106 | 127234 |
| | | 4500 S Western<br>Amarillo, TX  79109 | 127235 |
| | | 3601 NE 24th Ave<br>Amarillo, TX  79107 | 127236 |
| | | 7149 S Bell<br>Amarillo, TX  79109 | 127238 |
| | | 1500 N Ross<br>Amarillo, TX  79102 | 127239 |
| | | 3601 W 45th<br>Amarillo, TX  79109 | 127240 |
| | | 1400 E Amarillo Blvd<br>Amarillo, TX  79107 | 127241 |
| | | 5300 Canyon Dr<br>Amarillo, TX  79109 | 127242 |
| | | 3701 W 6th<br>Amarillo, TX  79106 | 127243 |
| | | 4420 S Bell<br>Amarillo, TX  79109 | 127244 |
| | | 2621 S Osage St<br>Amarillo, TX  79103 | 127245 |
| | | 2500 S Georgia St<br>Amarillo, TX  79109 | 127246 |
| | | 4520 S Georgia St<br>Amarillo, TX  79110 | 127247 |
| | | 1012 W Amarillo Blvd<br>Amarillo, TX  79107 | 127248 |
| | | 5041 Plains Blvd<br>Amarillo, TX  79106 | 127249 |
| | | 421 Tascosa Rd<br>Amarillo, TX  79124 | 127250 |
| | | 3401 Soncy Rd<br>Amarillo, TX  79121 | 127251 |
| | | 6802 Wolflin Ave<br>Amarillo, TX  79106 | 127252 |
| | | 4501 Soncy Rd<br>Amarillo, TX  79119 | 127253 |
| | | 5900 Coulter St S<br>Amarillo, TX  79119 | 127254 |
| | | 8800 S Soncy Rd<br>Amarillo, TX  79119 | 127255 |
| | | 950 Buchanan<br>Amarillo, TX  79101 | 127257 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 1200 N Western St Amarillo, TX  79106 | 127258 |
| | | 2401 S Main St Perryton, TX  79070 | 127259 |
| | | 1320 N US Hwy 87 Dalhart, TX  79022 | 127260 |
| | | 1515 N Hobart St Pampa, TX  79065 | 127261 |
| | | 624 Denver Ave Dalhart, TX  79022 | 127262 |
| | | 403 N Dumas Ave Dumas, TX  79029 | 127263 |
| | | 1603 S Dumas Ave Dumas, TX  79029 | 127264 |
| | | 1407 S Main St Borger, TX  79007 | 127265 |
| | | 312 E 1st St #2703 Dumas, TX  79029 | 127266 |
| | | 323 Main St Boise City, OK  73933 | 127267 |
| | | 2801 N Perryton Pkwy Pampa, TX  79065 | 127268 |
| | | 122 Liberal St Dalhart, TX  79022 | 127269 |
| | | 308 S Main St Sunray, TX  79086 | 127270 |
| | | 1421 N Western Ave Liberal, KS  67901 | 127274 |
| | | 311 23rd St Canyon, TX  79015 | 127276 |
| | | 31 Hunsley Rd Canyon, TX  79015 | 127277 |
| | | 211 S Western St Amarillo, TX  79106 | 128212 |
| | | 1627 N Grand St Amarillo, TX  79107 | 128213 |
| | | 5962 S Soncy Rd Amarillo, TX  79121 | 128214 |
| | | 4500 S Washington St Amarillo, TX  79110 | 128215 |
| | | 3201 Coulter St S Amarillo, TX  79109 | 128216 |
| | | 3320 S Georgia St Amarillo, TX  79109 | 128217 |
| | | 7201 S Western St Amarillo, TX  79110 | 128218 |
| | | 2024 S Washington St Amarillo, TX  79109 | 128219 |
| | | 4224 SW 34th Ave Amarillo, TX  79109 | 128220 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 2700 I-40 West<br>Amarillo, TX 79102 | 128221 |
| | | 6698 River Rd<br>Amarillo, TX 79108 | 128226 |
| | | 301 S Ross St<br>Amarillo, TX 79102 | 128227 |
| | | 100 Tascosa Rd<br>Amarillo, TX 79124 | 128228 |
| | | 2601 Paramount Blvd<br>Amarillo, TX 79109 | 128229 |
| | | 1540 Coulter St S<br>Amarillo, TX 79106 | 128230 |
| | | 2300 N Dumas Dr<br>Amarillo, TX 79107 | 128231 |
| | | 8772 Coulter St S<br>Amarillo, TX 79121 | 128233 |
| | | 2151 SE 34th Ave<br>Amarillo, TX 79118 | 128235 |
| | | 8507 I-40<br>Amarillo, TX 79118 | 128236 |
| | | 1107 S US Hwy 87<br>Dalhart, TX 79022 | 128237 |
| | | 119 Texas St<br>Stratford, TX 79084 | 128238 |
| | | 2104 W Pancake Blvd<br>Liberal, KS 67901 | 134886 |
| | | 6014 Hillside Rd<br>Amarillo, TX 79109 | 136618 |
| | | 1213 1st St<br>Clayton, NM 88415 | 145476 |
| | | 808 N Interstate 27<br>Plainview, TX 79072 | 149057 |
| Velasquez Group L.P.* | Attn: Tom Velasquez<br>PO Box 767<br>Wheeler, TX 79096 | c/o Market Square<br>Attn: Tom Velasquez<br>1100 8th Street<br>Wellington, TX 79095 | 141094 |
| Wireless General | Attn: Sameer Ayad<br>3646 General Degaulle Dr<br>New Orleans, LA 70130 | Attn: Sameer Ayad<br>838 Canal St<br>New Orleans, LA 70112 | 147048 |
| Wireless Prepaid Group | Attn: LeAnn Stamper<br>4136 Landover Lane<br>Raleigh, NC 27616 | Attn: LeAnn Stamper<br>1122 Buchanan Blvd<br>Durham, NC 27701 | 147061 |
| Yazan Bayyari DBA Big Mikes Food Mart | Attn: Omar Bayyari<br>807 Cokey Rd<br>Rocky Mount, NC 27801 | Attn: Omar Bayyari<br>807 Cokey Rd<br>Rocky Mount, NC 27801 | 127782 |

* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Zeen Wireless | Attn: Piras Shalabi<br>554 Lapaclo Blvd<br>Gretna, LA 70056 | Attn: Kathy Fernadez<br>200 S. Broad St Suite 100<br>New Orleans, LA  70119 | 147049 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

**EXHIBIT 1 TO ORDER (FOURTH OMNIBUS MOTION TO REJECT)**