

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 07, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email:  baxelrod@foxrothschild.com
      jmcpherson@foxrothschild.com
      nkoffroth@foxrothschild.com
      zwilliams@foxrothschild.com
*Counsel for Debtor*

<div style="writing-mode: vertical">FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)</div>

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-23-10423-MKN |
| | Chapter 11 |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | **ORDER GRANTING SIXTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT** |
|              Debtor. | |
| | Hearing Date:   May 25, 2023<br>Hearing Time:   2:00 p.m. |

1

146193434.2

The Court having reviewed and considered Debtor's motion [ECF 361] (the "Motion")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a), terminating the automatic stay pursuant to 11 U.S.C. § 362(d) in favor of secured creditors if the Debtor surrenders the Remaining Property, and authorizing abandonment of the Remaining Property pursuant to 11 U.S.C. § 554(a); and upon consideration of the *Declaration Of Christopher Andrew McAlary In Support Of Sixth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment* [ECF 362], *Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 518]; *Declaration Of Andrew Kissner, Esq. In Support Of Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 519]; *Debtor's Reply To Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 549]; *Declaration Of Tanner James In Support Of Debtor's Reply To Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 550]; *Supplement To Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 598]; *Debtor's Reply To Supplement To Enigma Securities Limited's Omnibus Objection To Debtors' Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 599]; and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; the Court having made its findings of fact and conclusions of law on the record which are incorporated herein pursuant to Fed. R.Civ. P. 52, made applicable by Fed.R.Bankr. P. 9014 and 7052, and referenced herein in part, and for good cause shown, it is hereby

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

146193434.2

1    **ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

2    **ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as

3    **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the

4    Motion; and it is further

5    **ORDERED** that the date of the filing of the Motion shall be deemed to be the date of notice

6    of abandonment of the Remaining Property; and it is further

7    **ORDERED** that the Remaining Property is abandoned effective as of the date of the filing

8    of the Motion, and the Remaining Property shall be surrendered and abandoned to the creditors who

9    are secured by the Remaining Property.  The Remaining Property may be retrieved by the

10    respective secured creditor from the Location, or any party authorized by the Debtor, within seven

11    (7) days of entry of this Order; and, after seven (7) days of the date this Order is entered, if the

12    Remaining Property has not been removed, it may be disposed of by the Counterparty; and it is

13    further

14    **ORDERED** that the automatic stay is terminated pursuant to 11 U.S.C. § 362(d)(2) to allow

15    any secured creditor who has a collateral interest in the Remaining Property to exercise its rights to

16    foreclose on or otherwise dispose of such property in accordance with applicable non-bankruptcy

17    law; and it is further

18    **ORDERED** that Enigma Securities Limited ("Enigma") reserves all rights with respect to

19    the Remaining Property in which it holds an interest, including but not limited to rights it may be

20    determined to have, if any, with respect to (a) the valuation of its collateral (the "Enigma

21    Collateral"), (b) cash contained within any abandoned Kiosk that Enigma has asserted is Enigma

22    Collateral, and (c) the impact of abandonment on the amount of Enigma's secured claim; and it is

23    further

24    **ORDERED** that Genesis Global Holdco, LLC ("Genesis") reserves all rights with respect to

25    the Remaining Property in which it holds an interest, including but not limited to rights it may be

26    determined to have, if any, with respect to (a) the valuation of its collateral (the "Genesis

27    Collateral"), (b) cash contained within any abandoned Kiosk that Genesis has asserted is Genesis

28    Collateral, and (c) the impact of abandonment on the amount of Genesis's secured claim; and it is

146193434.2

further

**ORDERED** that nothing herein shall serve as a waiver of any claims of the Debtor, its estate or the Committee against any party holding an interest in the Remaining Property, and the Debtor, its estate and the Committee expressly reserve any and all of their rights with respect to any claims of any creditor arising in connection with the rejection of the Contracts or Leases, surrender of the Remaining Property, and abandonment of the Remaining Property, or claims or issues related thereto, including, without limitation (a) the valuation of a secured creditor's collateral interest, (b) whether any cash contained in any abandoned Kiosk is a secured creditor's collateral or belongs to any other creditor or the Debtor, and (c) the determination of any party's proof of claim, including without limitation a secured creditor's or lease holder's claim, including without limitation all related claims of the Debtor, its estate or the Committee for setoff and/or damages; and it is further

**ORDERED** that the abandonment of the Remaining Property shall not impair, waive, limit, or otherwise affect, and shall be subject to, any and all claims, ownership interests and contractual rights of OptConnect Management LLC ("OptConnect") in connection with any Remaining Property (and any equipment or hardware connected thereto), which are reserved and preserved in all respects, and nothing in this Order or any abandonment of Remaining Property as a result of this Order shall grant any third party any rights over OptConnect's assets that form part of the Remaining Property (and any equipment or hardware connected thereto); and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion; and it is further

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

146193434.2

1    **ORDERED** that, to the extent applicable, the 14-day stay under Fed.R.Bankr. P. 4001 and

2    Fed.R.Bankr. P. 6004(h) is waived.

3    Prepared And Respectfully Submitted By:

4    **FOX ROTHSCHILD LLP**

5    By:    /s/ Jeanette E. McPherson

6        JEANETTE E. MCPHERSON, ESQ.
        BRETT A. AXELROD, ESQ.

7        NICHOLAS A. KOFFROTH, ESQ.
        ZACHARY T. WILLIAMS, ESQ.

8        1980 Festival Plaza Drive, Suite 700

9        Las Vegas, Nevada 89135

10   *Counsel for Debtor*

11   APPROVED/DISAPPROVED

12   **OFFICE OF THE UNITED STATES TRUSTEE**

13   By:  SIGNATURE WAIVED

14       JUSTIN VALENCIA
        Trial Attorney for Tracy Hope Davis,

15       United States Trustee
        300 Las Vegas Boulevard South, Suite 4300

16       Las Vegas, Nevada 89101

17

18   APPROVED/DISAPPROVED

19   **MCDONALD CARANO LLP**

20   By:    /s/ Catherine V. LoTiempo

21       RYAN J. WORKS, ESQ. (NSBN 9224)
        AMANDA M. PERACH, ESQ. (NSBN 12399)

22       2300 West Sahara Avenue, Suite 1200
        Las Vegas, Nevada 89102

23       and

24       **SEWARD & KISSEL LLP**
        JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)

25       ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
        CATHERINE V. LOTIEMPO, ESQ. (Admitted *Pro Hac Vice*)

26       ANDREW J. MATOTT, ESQ.
        One Battery Park Plaza

27       New York, New York 10004

28   *Counsel for Official Committee of Unsecured Creditors*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

5

146193434.2

APPROVED/DISAPPROVED

**MORRISON & FOERSTER LLP**

By:    /s/ Andrew Kissner

    GARY LEE, ESQ. (Admitted *Pro Hac Vice*)
    New York Bar No. 2397669
    ANDREW KISSNER, ESQ. (Admitted *Pro Hac Vice*)
    New York Bar No. 5507652
    250 West 55th Street
    New York, New York 10019-3601

    and

    **SHEA LARSEN**
    JAMES PATRICK SHEA, ESQ.
    Nevada Bar No. 405
    BART K. LARSEN, ESQ.
    Nevada Bar No. 8538
    KYLE M. WYANT, ESQ.
    Nevada Bar No. 14652
    1731 Village Center Circle, Suite 150
    Las Vegas, Nevada 89134
*Counsel for Enigma Securities Limited*

### <u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021</u>

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐    The Court has waived the requirement of approval in LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146193434.2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

# EXHIBIT 1 TO ORDER

## CONTRACTS AND/OR LEASES TO BE REJECTED

146193434.2

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Frisella Laundormat LLC | Attn: Michael Frisella<br>8623 Big Bend<br>St. Louis, MO 63119 | Attn: Michael Frisella<br>1145 Bellevue Ave<br>Richmond Heights, MO  63117 | 115322 |
| Fuel Centers Environmental Management LLC dba DFW Oil Energy LLC** | Attn: Sami N Ebrahim and Essam Shehata<br>1111 N Belt Line #100<br>Garland, TX 75040 | c/o Payless Fuel Center Coit/190<br>18120 Coit Rd<br>Dallas, TX  75252 | 119410 |
| | | c/o FM 2<br>3313 Long Prairie Rd<br>Flower Mound, TX  75022 | 119696 |
| Gamer Gas & Groceries | Attn: Kirubel Tekle<br>4105 Taylor Blvd Ste B<br>Louisville, KY 40215 | Attn: Kirubel Tekle<br>4105 Taylor Blvd Ste B<br>Louisville, KY  40215 | 119489 |
| Gators Computers LLC | Attn: William McNeel<br>89 North Columbus Ave<br>Louisville, MS 39339-2600 | 87 N Columbus Ave<br>Louisville, MS  39339 | 116267 |
| Gators Computers LLC | Attn: William Mcneel<br>89 North Columbus Ave<br>Louisville, MS 39339-2600 | 6195 Highway 45 ALT South<br>West Point, MS  39773 | 118448 |
| Gators in Philadelphia | Attn: William McNeel<br>89 North Columbus Ave<br>Louisville, MS 39339-2600 | 229 W Beacon St<br>Philadelphia, MS  39350 | 115368 |
| Get Pro Tech Inc. | Attn: Fiaz Ahmad<br>1604 7th St<br>Moline, IL 61265 | Attn: Fiaz Ahmad<br>1604 7th St<br>Moline, IL 61265 | 118016 |
| Gizmos Mini Mart LLC | Attn: Hanif Brown<br>708 Boulevard East<br>A1<br>Weehawken, NJ 07086 | 332 W Broadway<br>Suite 105<br>Louisville, KY  40202 | 116769 |
| Global Postal Center | Attn: Kenneth Villacorta<br>21704 Devonshire St<br>Los Angeles, CA 91311 | Attn: Kenneth Villacorta<br>21704 Devonshire St<br>Los Angeles, CA  91311 | 122475 |
| Good 2 Go Auto Group LLC | Attn: Ryan Ansley<br>2245 W Sugar Creek Rd<br>Charlotte, NC 28262-3142 | Attn: Ryan Ansley<br>2245 W Sugar Creek Rd<br>Charlotte, NC  28262-3142 | 116130 |
| Good Time Liquors | Attn: Aaron Klunthong<br>5805 N 56th St<br>Tampa, FL 33610 | Attn: Aaron Klunthong<br>5805 N 56th St<br>Tampa, FL  33610 | 118651 |
| GoodSpot, LLC | Attn: Mazen T Mustafa<br>2201 W National Ave<br>Milwaukee, WI 53204 | Attn: Mazen T Mustafa<br>2201 W National Ave<br>Milwaukee, WI  53204 | 115050 |

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 1 TO ORDER (SIXTH OMNIBUS MOTION TO REJECT)**      Page 1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Greek Plate Gyro's | Attn: Brian Balla<br>811 Market St<br>Chattanooga, TN 37402 | Attn: Brian Balla<br>811 Market St<br>Chattanooga, TN  37402 | 115306 |
| Hala Express, LLC | Attn: Mansoor Fadel<br>1791 Magnolia Dr<br>Macon, MS 39341-2036 | 1773 Magnolia Dr<br>Macon, MS  39341 | 113812 |
| Hammerhead Tattoo | Attn: Benjamin Duarte<br>2521 S Archer Ave<br>Chicago, IL 60608 | Attn: Benjamin Duarte<br>2521 S Archer Ave<br>Chicago, IL  60608 | 124006 |
| Hendorson Oil Co.** | Attn: John Haigh<br>745 Ashe St<br>Hendersonville, NC 28792 | 310 Rosman Hwy<br>Brevard, NC  28712 | 141991 |
| | | 508 NC-9<br>Black Mountain, NC  28711 | 141993 |
| High Touch Pharmacy, LLC | Attn: Zalak Y Shah<br>344 W Grand St<br>Elizabeth, NJ 07202 | Attn: Zalak Y Shah<br>344 W Grand St<br>Elizabeth, NJ  07202 | 119189 |
| Hilo Loan Shop | Attn: Michael Smallwood<br>64 Mamo St<br>Hilo, HI 96720 | Attn: Michael Smallwood<br>64 Mamo St<br>Hilo, HI  96720 | 123927 |
| HKR Inc | Attn: Harpal Singh<br>4315 West Dickman Rd<br>Springfield, MI 49037 | Attn: Harpal Singh<br>4315 West Dickman Rd<br>Springfield, MI  49037 | 120642 |
| Hock It to Me Pawn | Attn: Kory Simmons<br>526 Louisiana Blvd SE<br>Albuquerque, NM 87108 | Attn: Kory Simmons<br>526 Louisiana Blvd SE<br>Albuquerque, NM  87108 | 119183 |
| Holi Water LLC | Attn: Dante Orpilla<br>114 Kamehameda Ave<br>Hilo, HI 96720 | 284 Keawe St<br>Hilo, HI  96720 | 124005 |
| Hop In | Attn: Ashwin Pokharel<br>214 E Walnut St<br>Coleman, TX 76834 | Attn: Ashwin Pokharel<br>214 E Walnut St<br>Coleman, TX  76834 | 116127 |
| Hopkins Liquor Store | Attn: Chanmakara Lee<br>712 11th Ave S<br>Hopkins, MN 55343 | Attn: Chanmakara Lee<br>712 11th Ave S<br>Hopkins, MN  55343 | 116972 |
| Hutchinson Oil Company, LLC | Attn: Brian Hutchinson<br>PO Box 767<br>Elk City, OK 73648 | 320 S Clarence Nash Blvd<br>Watonga, OK  73772 | 115351 |

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 1 TO ORDER (SIXTH OMNIBUS MOTION TO REJECT)**    Page 2

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Hutchinson Oil Company, LLC | Attn: Brian Hutchinson<br>PO Box 767<br>Elk City, OK 73648 | 2001 E 7th St<br>Elk City, OK  76344 | 115352 |
| Hutchinson Oil Company, LLC | Attn: Brian Hutchinson<br>PO Box 767<br>Elk City, OK 73648 | 2136 W Gary Blvd<br>Clinton, OK  73601 | 115354 |
| iBuy4Resale, Inc | Attn: David Kosciusko<br>1530 Mineral Spring Ave<br>North Providence, RI 02904 | Attn: David Kosciusko<br>1530 Mineral Spring Ave<br>North Providence, RI 02904 | 121598 |
| Independence Mall Holding, LLC | Attn: Matt Ilbak<br>18801 East 39th St S Ste 2035<br>Independence, MO 64057 | 18801 East 39th St S<br>Independence, MO 64057 | 142002 |
| iPhix I.T. LLC | Attn: Dustin Peterson<br>516 Church St<br>Ottumwa, IA 52501 | Attn: Dustin Peterson<br>516 Church St<br>Ottumwa, IA 52501 | 117932 |
| ISA Food Inc. | Attn: Arshadullah Falah<br>2610 N 40th St<br>Tampa, FL 33605 | Attn: Arshadullah Falah<br>2610 N 40th St<br>Tampa, FL 33605 | 118750 |
| J2Z Ventures LLC | Attn: Rahim Bahadur Ali Jindani<br>4050 Haltom Rd<br>Haltom City, TX 76117 | 1427 W Shady Grove Rd<br>Irving, TX 75060 | 115360 |
| Jay Gurudev LLC | Attn: Prafulbhai C Patel<br>1130 Springdale Rd<br>Rock Hill, SC 29730 | Attn: Prafulbhai C Patel<br>1130 Springdale Rd<br>Rock Hill, SC 29730 | 116203 |
| JAY RAJ INC DBA Central Warehouse Liquor | Attn: Tarun Patel<br>1060 Broad St<br>Central Falls, RI 02863 | Attn: Tarun Patel<br>1060 Broad St<br>Central Falls, RI 02863 | 119693 |
| John A. Spencer Oil Company Inc. | Attn: John Spencer<br>3080 Kernersville Rd<br>Winston-Salem, NC 27107 | Attn: John Spencer<br>3080 Kernersville Rd<br>Winston-Salem, NC 27107 | 117528 |
| Kanta LLC | Attn: Baljinder Singh<br>110 W Stockbridge Site B<br>Kalamazoo, MI 49001 | Attn: Baljinder Singh<br>110 W Stockbridge Site B<br>Kalamazoo, MI 49001 | 119111 |
| Kartaar AAG, Inc. | Attn: Gurwinder Singh<br>1366 Portage Street<br>Kalamazoo, MI 49001 | Attn: Gurwinder Singh<br>1366 Portage Street<br>Kalamazoo, MI 49001 | 116401 |
| Ken's SuperFair Foods | Attn: Paul Vetch<br>2105 6th Ave SE<br>Aberdeen, SD 57401 | 106 N. Commercial Street<br>Clark, SD  57225 | 139994 |

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 1 TO ORDER (SIXTH OMNIBUS MOTION TO REJECT)**      Page 3

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Keys Technology Services Inc | Attn: Piotr Staniak<br>916A Kennedy Dr<br>Key West, FL 33040 | Attn: Piotr Staniak<br>916A Kennedy Dr<br>Key West, FL 33040 | 122489 |
| Killeen Mall | Attn: Bruce H Wood<br>2100 South WS Young Drive<br>Kileen, TX 76543 | Attn: Bruce H Wood<br>2100 South WS Young Drive<br>Kileen, TX 76543 | 128175 |
| King's Mart Inc. | Attn: Mahmmd Badwan<br>1551 Hartman Ln<br>Belleville, IL 62221 | Attn: Mahmmd Badwan<br>1551 Hartman Ln<br>Belleville, IL 62221 | 108891 |
| Kirby Food & Liquor | Attn: Lenish Kumar<br>303 Cedar St<br>Champaign, IL 61820 | Attn: Lenish Kumar<br>303 Cedar St<br>Champaign, IL 61820 | 108637 |
| Kona Reef Liquor & Deli | Attn: Allan Lee<br>75-6082 Ali'i Dr<br>Kailua-Kona, HI 96740 | Attn: Allan Lee<br>75-6082 Ali'i Dr<br>Kailua-Kona, HI 96740 | 136862 |
| Krikar LLC | Attn: Karthik Bharadwaj Pothumachi<br>1940 N Farwell Ave<br>Milwaukee, WI 53202 | Attn: Karthik Bharadwaj Pothumachi<br>1940 N Farwell Ave<br>Milwaukee, WI 53202 | 115193 |
| Kut Above Barber Shop | Attn: Ryan Ansley<br>2245 W Sugar Creek Rd<br>Charlotte, NC 28262-3142 | 2807 W Sugar Creek Rd<br>Charlotte, NC 28262 | 116129 |
| L&A Music & Pawn LLC | Attn: Tony Langley<br>6215 Bells Ferry Rd Suite 300<br>Acworth, GA 30102 | Attn: Tony Langley<br>6215 Bells Ferry Rd Suite 300<br>Acworth, GA 30102 | 123562 |
| Lavanderia Abuelos, LLC | Attn: Levi Roy Wood<br>506 S Nursery Rd Ste 100<br>Irving, TX 75060 | Attn: Levi Roy Wood<br>506 S Nursery Rd Ste 100<br>Irving, TX 75060 | 119932 |
| Lavender Laundromat | Attn: Chandrabhanu Ranaweera<br>15330 Meadow Rd<br>Lynwood, WA 98087 | Attn: Chandrabhanu Ranaweera<br>14227 Tukwilia International Blvd<br>Tukwila, WA 98168 | 123314 |
| Liberty Wireless of NC Inc | c/o Liberty Wireless 1<br>Attn: Mohammad Almersal<br>3321 Freedom Dr<br>Charlotte, NC 28208 | Attn: Mohammad Almersal<br>4003 Rosehaven Dr<br>Charlotte, NC 28205 | 147044 |
| LifeLine Repairs, Inc. | 3220 Cobb Pkwy<br>Atlanta, GA 30339 | 3220 Cobb Pkwy<br>Atlanta, GA 30339 | 141713 |
| Lionhart Capital dba Richland Mall Holdings | 2209 Richland Mall<br>Mansfield, OH 44906 | 2209 Richland Mall<br>Mansfield, OH 44906 | 128173 |

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 1 TO ORDER (SIXTH OMNIBUS MOTION TO REJECT)**     Page 4

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Liquor Palace DBA A One Liquor Inc | Attn: Zalak Patel<br>3415 Breckenridge Ln<br>Louisville, KY 40220 | Attn: Zalak Patel<br>3415 Breckenridge Ln<br>Louisville, KY 40220 | 116397 |
| M&A Enterprises Inc. | Attn: Sharvan Khullar<br>20 Merlot Dr.<br>Prosser, WA 99350 | Attn: Sharvan Khullar<br>20 Merlot Dr.<br>Prosser, WA 99350 | 122231 |
| Maa Baba Alliance LLC | Attn: Syeda Jahan<br>12201 N Florida Ave<br>Tampa, FL 33612 | Attn: Syeda Jahan<br>12201 N Florida Ave<br>Tampa, FL 33612 | 118899 |
| Mac Food Mart- Brookwood | Attn: Ray McIntosh<br>10317 Buffton Rd<br>Fort Wayne, IN 46809-3026 | Attn: Ray McIntosh<br>10317 Buffton Rd<br>Fort Wayne, IN 46809-3026 | 117466 |
| MACNARB DVD LLC | Attn: Gregory Spanier<br>1505 OldField Dr<br>Gautier, MS 39553-7517 | 2307 US-90<br>Gautier, MS 39553 | 114716 |
| Mail Central Services | Attn: Troyekia Wynn<br>4813 Ridge Rd #11<br>Douglasville, GA 30134 | Attn: Troyekia Wynn<br>4813 Ridge Rd #11<br>Douglasville, GA 30134 | 118612 |
| Maruti 101 Corporation | Attn: Tejas Prabhudas Patel<br>4193 Hamilton Cleves Rd<br>Fairfield, OH 45014 | Attn: Tejas Prabhudas Patel<br>4193 Hamilton Cleves Rd<br>Fairfield, OH 45014 | 123333 |
| Mayflower Emerald Square LLC | Attn: Kenneth W Hamilton<br>c/o Jones Lang LaSalle Americas Inc<br>14190 Collections Center Drive<br>Chicago, IL 60693 | Attn: Kenneth W Hamilton<br>999 S Washington St<br>North Attleborough, MA 02760 | 128169 |
| Maynard's Food Center | Attn: Gary Carlson<br>627 1st Ave<br>Westbrook, MN 56183 | Attn: Gary Carlson<br>627 1st Ave<br>Westbrook, MN 56183 | 140997 |
| Mccurdy's Liquor | Attn: Rupinder Kaur<br>5700 Dollarway Rd<br>Pinebluff, AR 71602 | Attn: Rupinder Kaur<br>5700 Dollarway Rd<br>Pinebluff, AR 71602 | 122701 |
| Miguel Barcenas | c/o Deco Facil<br>1238 S Beach Blvd Suite G<br>Anaheim, CA 92804-4828 | c/o Deco Facil<br>1238 S Beach Blvd Suite G<br>Anaheim, CA 92804-4828 | 118829 |
| Miska's Corner Store | Attn: Pritesh Patel<br>365 E North Ave.<br>Glendale Heights, IL 60139 | Attn: Pritesh Patel<br>365 E North Ave.<br>Glendale Heights, IL 60139 | 115359 |
| R&A Wireless World Inc.** | 3680 W. Oakland Park Blvd.<br>Lauderdale Lakes, FL 33311 | Attn: Riyad Ahmad<br>3680 W. Oakland Park Blvd.<br>Lauderdale Lakes, FL 33311 | 123561 |

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 1 TO ORDER (SIXTH OMNIBUS MOTION TO REJECT)**     Page 5

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Riyad Ahmad<br>8882 NW 7th Ave.<br>Miami, FL  33150 | 128008 |
| Monroe High Mart LLC | Attn: Youssef Alnhlaw<br>172 Main St<br>Monroe, CT 06468 | Attn: Youssef Alnhlaw<br>172 Main St<br>Monroe, CT  06468 | 115371 |
| Moser's | Attn: Denny Lee<br>900 North Keene<br>Columbia, MO 65201 | Attn: Denny Lee<br>900 North Keene<br>Columbia, MO  65201 | 139838 |
| Mountain Liquor Stores 1& 2, LLC | Attn: Manuel Torres<br>912 Texas Ave<br>3710 Shepperd Apt B<br>El Paso, TX 79904 | Attn: Manuel Torres<br>912 Texas Ave<br>3710 Shepperd Apt B<br>El Paso, TX  79904 | 115194 |
| MS Prosser Group LLC | Attn: Sharvan Khullar<br>1232 Meade Ave<br>Prosser, WA 99350 | Attn: Sharvan Khullar<br>1232 Meade Ave<br>Prosser, WA  99350 | 122225 |
| N and N Inc dba Southeast BP | Attn: Prithvi Raj<br>8000 Garners Ferry Rd<br>Columbia, SC 29209 | 210 Village Lane<br>Columbia, SC  29209 | 115327 |
| Namira Fresh Food | Attn: Jorge Ledo<br>1657 N Miami Ave Ste D<br>Miami, FL 33136 | 5890 NW 7th Ave<br>Miami, FL  33127 | 118609 |
| National Alliance of Trade Associations, LLC | Attn: Suleman Shamsuddin<br>c/o Reliance & Reliance LLC<br>17225 US-64<br>Somerville, TN 38068 | Attn: Suleman Shamsuddin<br>c/o Reliance & Reliance LLC<br>17225 US-64<br>Somerville, TN  38068 | 123548 |
| National Alliance of Trade Associations, LLC | Attn: Muhammed Akhar<br>c/o Rise Investments LLC<br>5495 Hwy 57<br>Rossville, TN 38066 | Attn: Muhammed Akhar<br>c/o Rise Investments LLC<br>5495 Hwy 57<br>Rossville, TN  38066 | 123549 |
| National Alliance of Trade Associations, LLC | Attn: Fahim Janmir<br>c/o Rownag Corp<br>c/o Stoneycreek Convenience Store<br>12427 Booth Rd<br>Stony Creek, VA 23882 | Attn: Fahim Janmir<br>c/o Rownag Corp<br>c/o Stoneycreek Convenience Store<br>12427 Booth Rd<br>Stony Creek, VA  23882 | 123550 |
| National Alliance of Trade Associations, LLC | Attn: Nimira Surmawala<br>c/o Beer & Tobacco Inc.<br>4788 Bethel Road #102<br>Olive Branch, MS 38654 | Attn: Nimira Surmawala<br>c/o Beer & Tobacco Inc.<br>4788 Bethel Road #102<br>Olive Branch, MS  38654 | 123551 |

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 1 TO ORDER (SIXTH OMNIBUS MOTION TO REJECT)**     Page 6

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| National Alliance of Trade Associations, LLC | Attn:Ed Rehmat<br>c/o Jerman Inc.<br>624 Rasco Rd W<br>South Haven, MS 38671 | Attn:Ed Rehmat<br>c/o Jerman Inc.<br>624 Rasco Rd W<br>South Haven, MS 38671 | 123684 |
| National Alliance of Trade Associations, LLC | Attn: Akbar Ali<br>c/o County Corner Stores Inc DBA<br>D'Amores Market<br>4814 Broad St Rd<br>Louisa, VA 23093 | Attn: Akbar Ali<br>c/o County Corner Stores Inc DBA<br>D'Amores Market<br>4814 Broad St Rd<br>Louisa, VA 23093 | 124710 |
| National Alliance of Trade Associations, LLC | Attn: Amin Merchant<br>c/o Colonial Market Place<br>3220 Blvd<br>Colonial Heights, VA 23834 | Attn: Amin Merchant<br>c/o Colonial Market Place<br>3220 Blvd<br>Colonial Heights, VA 23834 | 127415 |
| National Alliance of Trade Associations, LLC | Attn: Naushad Ri Haiden<br>c/o Manhc Corp.<br>513 W Euless Blvd<br>Euless, TX 76040 | Attn: Naushad Ri Haiden<br>c/o Manhc Corp.<br>513 W Euless Blvd<br>Euless, TX 76040 | 128857 |
| National Alliance of Trade Associations, LLC | Attn: Shabir Kaba<br>c/o Slzee Inc T/A Horizon Food<br>6141 Charles City Rd<br>Richmond, VA 23231 | Attn: Shabir Kaba<br>c/o Slzee Inc T/A Horizon Food<br>6141 Charles City Rd<br>Richmond, VA 23231 | 129442 |
| National Alliance of Trade Associations, LLC | Attn: Ramesh Nangunoori<br>c/o PQ Mart LLC<br>Trojan PQ<br>112 Old Wire Rd<br>Washburn, MO 65772 | Attn: Ramesh Nangunoori<br>c/o PQ Mart LLC<br>Trojan PQ<br>112 Old Wire Rd<br>Washburn, MO 65772 | 130229 |
| National Alliance of Trade Associations, LLC | Attn: Ramesh Nangunoori<br>c/o Package Liquors LLC<br>Country Package, 26131 Hwy 37<br>Washburn, MO 65745 | Attn: Ramesh Nangunoori<br>c/o Package Liquors LLC<br>Country Package, 26131 Hwy 37<br>Washburn, MO 65745 | 130230 |
| National Alliance of Trade Associations, LLC | Attn: Ramesh Nangunoori<br>c/o Anjali Investments LLC<br>32862 State Hwy 37<br>Seligman, MO 65745 | Attn: Ramesh Nangunoori<br>c/o Anjali Investments LLC<br>32862 State Hwy 37<br>Seligman, MO 65745 | 130232 |
| National Alliance of Trade Associations, LLC | Attn: Akbar Au<br>c/o Country Corner Store LLC<br>c/o Taylors Cafe<br>1924 Sandy Hook Rd<br>Goochland, VA 23063 | Attn: Akbar Au<br>c/o Country Corner Store LLC<br>c/o Taylors Cafe<br>1924 Sandy Hook Rd<br>Goochland, VA 23063 | 130342 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o Monticello Express<br>429 Hwy. 425 North<br>Monticello, AR 71655 | Attn: Rahul Kumar<br>c/o Monticello Express<br>429 Hwy. 425 North<br>Monticello, AR 71655 | 130349 |

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 1 TO ORDER (SIXTH OMNIBUS MOTION TO REJECT)**    Page 7

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o H S Gas n Go<br>619 W Main St<br>Heber Springs, AR 72543 | Attn: Rahul Kumar<br>c/o H S Gas n Go<br>619 W Main St<br>Heber Springs, AR 72543 | 130350 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/oLondon Foodmart LLC<br>10465 US-64<br>London, AR 72847 | Attn: Rahul Kumar<br>c/oLondon Foodmart LLC<br>10465 US-64<br>London, AR 72847 | 130351 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o 4 Way Quick Stop<br>103 N 5th St<br>Scranton, AR 72863 | Attn: Rahul Kumar<br>c/o 4 Way Quick Stop<br>103 N 5th St<br>Scranton, AR 72863 | 130352 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o ASM Enterprise LLC<br>6965 AR-22<br>Subiaco, AR 72865 | Attn: Rahul Kumar<br>c/o ASM Enterprise LLC<br>6965 AR-22<br>Subiaco, AR 72865 | 130353 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o Porkey's Foodman LLC<br>25145 AR-109<br>Scranton, NJ 72803 | Attn: Rahul Kumar<br>c/o Porkey's Foodman LLC<br>25145 AR-109<br>Scranton, NJ 72803 | 130354 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o H&M Foodmart<br>29 Pattons Road<br>Wooster, AR 72181 | Attn: Rahul Kumar<br>c/o H&M Foodmart<br>29 Pattons Road<br>Wooster, AR 72181 | 130355 |
| National Alliance of Trade Associations, LLC | Attn: Altaf R. Kapadia<br>c/o Vintage Market Corporation<br>3103 Scottsville Rd<br>Charlottsville, VA 22902 | Attn: Altaf R. Kapadia<br>c/o Vintage Market Corporation<br>3103 Scottsville Rd<br>Charlottsville, VA 22902 | 130403 |
| National Alliance of Trade Associations, LLC | Attn: Altaf Kapadia<br>c/o Raas Inc.<br>740 Adkins Rd<br>N Chesterfield, VA 23236 | Attn: Altaf Kapadia<br>c/o Raas Inc.<br>740 Adkins Rd<br>N Chesterfield, VA 23236 | 130404 |
| National Alliance of Trade Associations, LLC | Attn: Altaf Kapadia<br>c/o RAAS Investments Ltd.<br>c/o Luckys<br>2156 Huguenot Trail<br>Powhatan, VA 23139 | Attn: Altaf Kapadia<br>c/o RAAS Investments Ltd.<br>c/o Luckys<br>2156 Huguenot Trail<br>Powhatan, VA 23139 | 130405 |
| National Alliance of Trade Associations, LLC | Attn: Aisheen Panjuani<br>c/o Eshal LLC DBA EzGo Mart<br>1913 Anderson Hwy<br>Cumberland, VA 23040 | Attn: Aisheen Panjuani<br>c/o Eshal LLC DBA EzGo Mart<br>1913 Anderson Hwy<br>Cumberland, VA 23040 | 130445 |

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 1 TO ORDER (SIXTH OMNIBUS MOTION TO REJECT)**     Page 8

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| National Alliance of Trade Associations, LLC | Attn: Sadiq Sajwani<br>c/o Asia Petroleum LLC<br>DBA Al's Market Place<br>3440 Anderson Hwy<br>Powhatan, VA 23139 | Attn: Sadiq Sajwani<br>c/o Asia Petroleum LLC<br>DBA Al's Market Place<br>3440 Anderson Hwy<br>Powhatan, VA 23139 | 134594 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar<br>c/o Diamond Liquor Enterprises LLC<br>8200 Landers Road<br>N Little Rock, AR 72117 | Attn: Rahul Kumar<br>c/o Diamond Liquor Enterprises LLC<br>8200 Landers Road<br>N Little Rock, AR 72117 | 134884 |
| National Alliance of Trade Associations, LLC | Attn: Aziz Lalani<br>c/o ZNA Enterprises D/B/A Marion Corner Store<br>824 Hwy 64<br>Marion, AR 72364 | Attn: Aziz Lalani<br>c/o ZNA Enterprises D/B/A Marion Corner Store<br>824 Hwy 64<br>Marion, AR 72364 | 139844 |
| National Alliance of Trade Associations, LLC | Attn: Mr. Akbar<br>14403 Walters Road<br>Suite 682016<br>Houston, TX 77014 | N/A – GLOBAL AGREEMENT | N/A |

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 1 TO ORDER (SIXTH OMNIBUS MOTION TO REJECT)**    Page 9