BRETT A. AXELROD, ESQ. (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
      jmcpherson@foxrothschild.com
      nkoffroth@foxrothschild.com
      zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed June 7, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING FIFTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT** |

**PLEASE TAKE NOTICE** that on the 7th day of June, 2023, the Court entered an *Order Granting Fifth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment* [ECF 628], a copy of which is attached here.

Dated this 7th day of June, 2023.

        **FOX ROTHSCHILD LLP**

        By: /s/ Jeanette E. McPherson
           JEANETTE E. MCPHERSON, ESQ. (5423)
           BRETT A. AXELROD, ESQ. (5859)
           NICHOLAS A. KOFFROTH, ESQ. (16264)
           ZACHARY T. WILLIAMS, ESQ. (16023)
           1980 Festival Plaza Drive, Suite 700
           Las Vegas, Nevada 89135
        *Counsel for Debtor*

146506633.1



Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 07, 2023

---

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br>**ORDER GRANTING FIFTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT**<br>Hearing Date:  May 25, 2023<br>Hearing Time:  2:00 p.m. |

1

146193313.2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

The Court having reviewed and considered Debtor's motion [ECF 358] (the "Motion")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a), terminating the automatic stay pursuant to 11 U.S.C. § 362(d) in favor of secured creditors if the Debtor surrenders the Remaining Property, and authorizing abandonment of the Remaining Property pursuant to 11 U.S.C. § 554(a); and upon consideration of the *Declaration Of Christopher Andrew McAlary In Support Of Fifth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment* [ECF 359], *Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 518]; *Declaration Of Andrew Kissner, Esq. In Support Of Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 519]; *Debtor's Reply To Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 549]; *Declaration Of Tanner James In Support Of Debtor's Reply To Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 550]; *Supplement To Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 598]; *Debtor's Reply To Supplement To Enigma Securities Limited's Omnibus Objection To Debtors' Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 599]; and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; the Court having made its findings of fact and conclusions of law on the record which are incorporated herein pursuant to Fed. R.Civ. P. 52, made applicable by Fed.R.Bankr. P. 9014 and 7052, and referenced herein in part, and for good cause shown, it is hereby

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

146193313.2

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that the date of the filing of the Motion shall be deemed to be the date of notice of abandonment of the Remaining Property; and it is further

**ORDERED** that the Remaining Property is abandoned effective as of the date of the filing of the Motion, and the Remaining Property shall be surrendered and abandoned to the creditors who are secured by the Remaining Property. The Remaining Property may be retrieved by the respective secured creditor from the Location, or any party authorized by the Debtor, within seven (7) days of entry of this Order; and, after seven (7) days of the date this Order is entered, if the Remaining Property has not been removed, it may be disposed of by the Counterparty; and it is further

**ORDERED** that the automatic stay is terminated pursuant to 11 U.S.C. § 362(d)(2) to allow any secured creditor who has a collateral interest in the Remaining Property to exercise its rights to foreclose on or otherwise dispose of such property in accordance with applicable non-bankruptcy law; and it is further

**ORDERED** that Enigma Securities Limited ("Enigma") reserves all rights with respect to the Remaining Property in which it holds an interest, including but not limited to rights it may be determined to have, if any, with respect to (a) the valuation of its collateral (the "Enigma Collateral"), (b) cash contained within any abandoned Kiosk that Enigma has asserted is Enigma Collateral, and (c) the impact of abandonment on the amount of Enigma's secured claim; and it is further

**ORDERED** that Genesis Global Holdco, LLC ("Genesis") reserves all rights with respect to the Remaining Property in which it holds an interest, including but not limited to rights it may be determined to have, if any, with respect to (a) the valuation of its collateral (the "Genesis Collateral"), (b) cash contained within any abandoned Kiosk that Genesis has asserted is Genesis Collateral, and (c) the impact of abandonment on the amount of Genesis's secured claim; and it is

146193313.2

further

**ORDERED** that nothing herein shall serve as a waiver of any claims of the Debtor, its estate or the Committee against any party holding an interest in the Remaining Property, and the Debtor, its estate and the Committee expressly reserve any and all of their rights with respect to any claims of any creditor arising in connection with the rejection of the Contracts or Leases, surrender of the Remaining Property, and abandonment of the Remaining Property, or claims or issues related thereto, including, without limitation (a) the valuation of a secured creditor's collateral interest, (b) whether any cash contained in any abandoned Kiosk is a secured creditor's collateral or belongs to any other creditor or the Debtor, and (c) the determination of any party's proof of claim, including without limitation a secured creditor's or lease holder's claim, including without limitation all related claims of the Debtor, its estate or the Committee for setoff and/or damages; and it is further

**ORDERED** that the abandonment of the Remaining Property shall not impair, waive, limit, or otherwise affect, and shall be subject to, any and all claims, ownership interests and contractual rights of OptConnect Management LLC ("OptConnect") in connection with any Remaining Property (and any equipment or hardware connected thereto), which are reserved and preserved in all respects, and nothing in this Order or any abandonment of Remaining Property as a result of this Order shall grant any third party any rights over OptConnect's assets that form part of the Remaining Property (and any equipment or hardware connected thereto); and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion; and it is further

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4

146193313.2

**ORDERED** that, to the extent applicable, the 14-day stay under Fed.R.Bankr. P. 4001 and Fed.R.Bankr. P. 6004(h) is waived.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By:  /s/ Jeanette E. McPherson
    JEANETTE E. MCPHERSON, ESQ.
    BRETT A. AXELROD, ESQ.
    NICHOLAS A. KOFFROTH, ESQ.
    ZACHARY T. WILLIAMS, ESQ.
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135

*Counsel for Debtor*

APPROVED/DISAPPROVED

**OFFICE OF THE UNITED STATES TRUSTEE**

By:  SIGNATURE WAIVED
    JUSTIN VALENCIA
    Trial Attorney for Tracy Hope Davis,
    United States Trustee
    300 Las Vegas Boulevard South, Suite 4300
    Las Vegas, Nevada 89101

APPROVED/DISAPPROVED

**MCDONALD CARANO LLP**

By:  /s/ Catherine V. LoTiempo
    RYAN J. WORKS, ESQ. (NSBN 9224)
    AMANDA M. PERACH, ESQ. (NSBN 12399)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    and
    **SEWARD & KISSEL LLP**
    JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
    ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
    CATHERINE V. LOTIEMPO, ESQ. (Admitted *Pro Hac Vice*)
    ANDREW J. MATOTT, ESQ.
    One Battery Park Plaza
    New York, New York 10004

*Counsel for Official Committee of Unsecured Creditors*

146193313.2

APPROVED/DISAPPROVED

**MORRISON & FOERSTER LLP**

By:    /s/ Andrew Kissner
       GARY LEE, ESQ. (Admitted *Pro Hac Vice*)
       New York Bar No. 2397669
       ANDREW KISSNER, ESQ. (Admitted *Pro Hac Vice*)
       New York Bar No. 5507652
       250 West 55th Street
       New York, New York 10019-3601

and

**SHEA LARSEN**
JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 405
BART K. LARSEN, ESQ.
Nevada Bar No. 8538
KYLE M. WYANT, ESQ.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Counsel for Enigma Securities Limited*

## **CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐    The Court has waived the requirement of approval in LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

6

146193313.2

**EXHIBIT 1 TO ORDER**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

146193313.2

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| 202 E Broadway St | Attn: Mohammad Gazi, Khald U Zaman Ornob<br>202 E Broadway St<br>Eden, TX 76837 | Attn: Mohammad Gazi, Khald U Zaman Ornob<br>202 E Broadway St<br>Eden, TX 76837 | 115251 |
| 2040 Fairfax Inc. | Attn: Dennis J. Delano<br>DBA Fairfax Market<br>101 Parkshore Drive<br>Suite 100<br>Folsom, CA 95630 | 1260 Lake Blvd<br>Davis, CA 95616 | 119770 |
| 400 SLBW LLC | Attn: Pi Sei Chhem<br>460 N Lamer<br>Suite 300<br>Dallas, TX 75202 | Attn: Pi Sei Chhem<br>460 N Lamer<br>Suite 300<br>Dallas, TX 75202 | 116196 |
| 410 Main St | Attn: Orlando Figueroa<br>410 Main St<br>Boone, CO 81025 | Attn: Orlando Figueroa<br>410 Main St<br>Boone, CO 81025 | 119653 |
| 440 Quick Stop | Attn: Nader Moussa<br>725 NJ-440<br>Jersey City, NJ 07304 | Attn: Nader Moussa<br>725 NJ-440<br>Jersey City, NJ 07304 | 116841 |
| 7 Bears Liquors | Attn: Isaac Gebreyesus<br>17885 7th St E<br>St Paul, MN 55119 | Attn: Isaac Gebreyesus<br>17885 7th St E<br>St Paul, MN 55119 | 115384 |
| 8th & Corinth Food Mart LLC | Attn: Jarrell Donato<br>1222 Commerce St<br>Dallas, TX 75202 | Attn: Jarrell Donato<br>200 N Corinth St Rd<br>Dallas, TX 75203 | 114722 |
| A Selecta's Inc | Attn: Douglas Aparicio<br>115 E 10th St<br>Roanoke Rapids, NC 27870 | Attn: Douglas Aparicio<br>115 E 10th St<br>Roanoke Rapids, NC 27870 | 109048 |
| AAA Food Mart | Attn: Kalpesh Pate<br>9410 Taylorsville Rd<br>Louisville, KY 40299 | Attn: Kalpesh Pate<br>9410 Taylorsville Rd<br>Louisville, KY 40299 | 119405 |
| Acme Liquor Store | Attn: Rupinder Kaur<br>4314 Dollarway Rd<br>Pine Bluff, AR 71603 | Attn: Rupinder Kaur<br>4314 Dollarway Rd<br>Pine Bluff, AR 71603 | 122699 |
| Acme Liquors | Attn: Gill Malkit Singh<br>1023 Chalkstone Ave<br>Providence, RI 02908 | Attn: Gill Malkit Singh<br>1023 Chalkstone Ave<br>Providence, RI 02908 | 123331 |

\* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

EXHIBIT 1 TO ORDER (FIFTH OMNIBUS MOTION TO REJECT)     Page 1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Adelsons Inc.* | Attn: Abdulhafed Ali<br>2409 Persimmon Street<br>Wasco, CA 93280 | 36648 Lassen Ave<br>Huron, CA 93234 | 124957 |
| | | 8167 Bay Ave<br>California City, CA 93505 | 125193 |
| | | 8676 8th St<br>San Joaquin, CA 93660 | 130049 |
| | | 1125 N St<br>Firebaugh, CA 93622 | 130051 |
| | | 3232 E Ventura Ave<br>Fresno, CA 93702 | 130055 |
| | | 815 Anchor Ave<br>Orange Cove, CA 93646 | 130056 |
| | | 600 Park Blvd<br>Orange Cove, CA 93646 | 130057 |
| | | 8712 S Main St<br>San Joaquin, CA 93660 | 130059 |
| Advance Repair 1 LLC | Attn: Adonis Parets<br>2620 N University Dr<br>Sunrise, FL 33322 | Attn: Adonis Parets<br>2620 N University Dr<br>Sunrise, FL 33322 | 120828 |
| Airport Petroleum | Attn: Sajaaad Ahmid<br>c/o Janet Petroleum LLC<br>5979 S Howell Ave<br>Milwaukee, WI 53207 | Attn: Sajaaad Ahmid<br>c/o Janet Petroleum LLC<br>5979 S Howell Ave<br>Milwaukee, WI 53207 | 126099 |
| Aladdin Grill & Pizza | Attn: Mahmoud Tarha<br>1723 Cumberland Ave Suite B<br>Knoxville, TN 37916 | Attn: Mahmoud Tarha<br>1723 Cumberland Ave Suite B<br>Knoxville, TN 37916 | 114611 |
| American Made Tattoo - Aiea | Attn: Gail Goodrich<br>98-199 Kamehameha Hwy #E3<br>Aiea, HI 96701 | Attn: Gail Goodrich<br>98-199 Kamehameha Hwy #E3<br>Aiea, HI 96701 | 129454 |
| American Market | Attn: Jatinder S Parmar<br>8580 Grand Ronde Rd<br>Grand Ronde, OR 97347 | Attn: Jatinder S Parmar<br>8580 Grand Ronde Rd<br>Grand Ronde, OR 97347 | 117326 |
| American Market #16 | Attn: Jatinder S Parmar<br>705 S Empire Blvd<br>Coos Bay, OR 97420 | Attn: Jatinder S Parmar<br>705 S Empire Blvd<br>Coos Bay, OR 97420 | 117220 |
| Annapolis Super USA #002 | Attn: Abdul Ali<br>1333 Thomas Ave W<br>St Paul, MN 55104-2545 | Attn: Abdul Ali<br>1333 Thomas Ave W<br>St Paul, MN 55104-2545 | 116400 |
| Ash Street Laundry | Attn: Lisa Babcock<br>1108 W Ash Avenue<br>Junction City, KS 66441 | Attn: Lisa Babcock<br>1108 W Ash Avenue<br>Junction City, KS 66441 | 125733 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

EXHIBIT 1 TO ORDER (FIFTH OMNIBUS MOTION TO REJECT)     Page 2

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Ashutosai Ventures LLC | Attn: Rabin Basnet (Admin)<br>Uttam Karki (Site Contact)<br>4801 Miller Ave<br>Forth Worth, TX 76119 | Attn: Rabin Basnet (Admin)<br>Uttam Karki (Site Contact)<br>4801 Miller Ave<br>Forth Worth, TX 76119 | 118836 |
| Associated Grocers of New England, Inc.** | Attn: Tim Merrill; Joshua Button<br>c/o AG Supermarkets, Inc.<br>11 Cooperative Way<br>Pembroke, NH 03275 | c/o Berlin Marketplace<br>Attn: Todd Gendron<br>19 Pleasant St<br>Berlin, NH 03570 | 136307 |
| | | c/o Harvest Market<br>Attn: Dan Vincent<br>36 Center St<br>Wolfeboro, NH 03894 | 136308 |
| | | c/o Sully's Superette<br>Attn: John Bilodeau<br>10 N Mast St<br>Goffstown, NH 03045 | 136309 |
| | | c/o Vista Foods<br>Attn: Bob Fitzpatrick<br>376 S Main St ##3722<br>Laconia, NH 03246 | 136310 |
| | | c/o Sully's Superette<br>Attn: Marc Girardin<br>39 Allenstown Rd<br>Suncook, NH 03275 | 137101 |
| Associated Grocers of New England, Inc. | Attn: Kieth Adams; Linda St. Peter<br>c/o Applebees Superette<br>248 Cardville Rd<br>PO Box 74<br>Greenbush, ME 04418 | Attn: Kieth Adams; Linda St. Peter<br>c/o Applebees Superette<br>248 Cardville Rd<br>PO Box 74<br>Greenbush, ME 04418 | 140708 |
| Associated Grocers of New England, Inc. | Attn: David Welch; Laurie Cole<br>c/o Village Market<br>95 Main St<br>Fairfield, ME 04937 | Attn: David Welch; Laurie Cole<br>c/o Village Market<br>95 Main St<br>Fairfield, ME 04937 | 141575 |
| Associated Grocers of New England, Inc. | Attn: David Welch; Jane Welch; Matt Welch<br>c/o Family Market LLC<br>DBA Friends & Family Market<br>PO Box 193, 300 State St<br>Ellsworth, ME 04605 | 390 State St<br>Ellsworth, ME 04605 | 141576 |
| Associated Grocers of New England, Inc. | Attn: Jamie Wallace<br>c/o Lennie's Superette<br>2201 Medway Road<br>Medway, ME 04460 | Attn: Jamie Wallace<br>c/o Lennie's Superette<br>2201 Medway Road<br>Medway, ME 04460 | 141577 |

\* This Counterparty holds a Master Lease Agreement with multiple locations. Only the Kiosk Locations listed herein are being rejected. All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being rejected.

**EXHIBIT 1 TO ORDER (FIFTH OMNIBUS MOTION TO REJECT)**     Page 3

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Associated Grocers of New England, Inc. | Attn: Andrew Costello; Jessica Corliss<br>c/o A&A Market<br>DBA P&L Country Market<br>514 Corinna Rd<br>Dexter, ME 04930 | Attn: Andrew Costello; Jessica Corliss<br>c/o A&A Market<br>DBA P&L Country Market<br>514 Corinna Rd<br>Dexter, ME 04930 | 141579 |
| Associated Grocers of New England, Inc. | Attn: Andrew Costello; Elizabeth Sewell<br>c/o Bradford General Store<br>450 Main Rd<br>Bradford, ME 04410 | Attn: Andrew Costello; Elizabeth Sewell<br>c/o Bradford General Store<br>450 Main Rd<br>Bradford, ME 04410 | 141581 |
| Associated Grocers of New England, Inc. | Attn: David Sleeper<br>c/o Joseph Sleeper & Sons, Inc<br>99 Lyndon St.<br>Caribou, ME 04736 | Attn: David Sleeper<br>c/o Joseph Sleeper & Sons, Inc<br>99 Lyndon St.<br>Caribou, ME 04736 | 141582 |
| Associated Grocers of New England, Inc. | Attn: Gerald Violette<br>c/o Jerrys Thriftway<br>63 Hoolton St<br>Island Falls, ME 04747 | Attn: Gerald Violette<br>c/o Jerrys Thriftway<br>63 Hoolton St<br>Island Falls, ME 04747 | 141583 |
| Associated Grocers of New England, Inc. | c/o Delay's Harvester Market<br>783 Forest Road<br>Greenfield, NH 03047 | c/o Delay's Harvester Market<br>783 Forest Road<br>Greenfield, NH 03047 | 141584 |
| Associated Grocers of New England, Inc. | c/oThe New Harvester Market<br>100 Bradford Rd<br>PO Box 490<br>Henniker, NH 03242-0490 | c/oThe New Harvester Market<br>100 Bradford Rd<br>PO Box 490<br>Henniker, NH 03242-0490 | 141587 |
| Associated Grocers of New England, Inc. | Attn: James Xenakis<br>c/o Midtown Market<br>701 Salem St<br>North Andover, MA 01845 | Attn: James Xenakis<br>c/o Midtown Market<br>701 Salem St<br>North Andover, MA 01845 | 141988 |
| Associated Grocers of New England, Inc. | Attn: Christopher Moroon<br>c/o Green's Corner Market #10251<br>346 Whittier Highway<br>PO Box 349<br>Moultonborough, NH 03254 | Attn: Christopher Moroon<br>c/o Green's Corner Market #10251<br>346 Whittier Highway<br>PO Box 349<br>Moultonborough, NH 03254 | 141995 |
| Associated Grocers of New England, Inc. | Attn: John Hafford<br>c/o Seasons Restaurant<br>427 Main Street<br>Bangor, ME 04401 | Attn: John Hafford<br>c/o Seasons Restaurant<br>427 Main Street<br>Bangor, ME 04401 | 143829 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 1 TO ORDER (FIFTH OMNIBUS MOTION TO REJECT)**     Page 4

146193999.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Associated Grocers of New England, Inc. | Attn: David Champion; Rob Newcome<br>c/o Steaks N Staff Inc.<br>14 Mechanic St<br>Lincoln, ME 04457 | Attn: David Champion; Rob Newcome<br>c/o Steaks N Staff Inc.<br>14 Mechanic St<br>Lincoln, ME  04457 | 143830 |
| Associated Grocers of New England, Inc. | Attn: Michael Daley; Kyle Daley<br>c/o Solomons Store #10016<br>32 Main St<br>PO Box 189<br>W. Stewartstow, NH 03597 | Attn: Michael Daley; Kyle Daley<br>c/o Solomons Store #10016<br>32 Main St<br>PO Box 189<br>W. Stewartstow, NH  03597 | 145012 |
| Associated Grocers of New England, Inc. | Attn: Vincent Vallano<br>c/o M&V Conveinence<br>2250 Rte 16<br>PO Box 88<br>Wossipee, NH 03890 | Attn: Vincent Vallano<br>c/o M&V Conveinence<br>2250 Rte 16<br>PO Box 88<br>Wossipee, NH  03890 | 147917 |
| Associated Grocers of New England, Inc. | Attn: Joshua Button<br>11 Cooperative Way<br>Pembroke, NH 03275 | N/A – GLOBAL AGREEMENT | N/A |
| Auto Biz Repair Service Center | Attn: Richard Lam<br>709 Ahua St<br>Honolulu, HI 96819 | Attn: Richard Lam<br>709 Ahua St<br>Honolulu, HI  96819 | 118606 |
| Base Group Enterprises Inc. 2 | Attn: Sharvan Khullar<br>1710 E Nob Hill Blvd<br>Yakima, WA 98901 | Attn: Sharvan Khullar<br>1710 E Nob Hill Blvd<br>Yakima, WA  98901 | 122234 |
| Bawnan Enterprises Inc. | Attn: Charles Smith<br>500 E Runnel Street<br>Mineral Springs, AR 71851 | Attn: Charles Smith<br>500 E Runnel Street<br>Mineral Springs, AR  71851 | 119059 |
| Beilul LLC | Attn: Tsegay Hailemariam<br>4411 S Mead St<br>Seattle, WA 98118 | Attn: Tsegay Hailemariam<br>4411 S Mead St<br>Seattle, WA  98118 | 123689 |
| Best Wash Cahokia | Attn: Rebecca Unnerstall<br>100 Unnerstall Trl<br>Alton, IL 62002 | 1907 Camp Jackson Rd<br>Cahokia, IL  62206 | 134739 |
| Bhullar Enterprises LLC | Attn: Hardeep Singh<br>829 S Corinth St Rd<br>Dallas, TX 75203 | Attn: Hardeep Singh<br>829 S Corinth St Rd<br>Dallas, TX  75203 | 115302 |
| Big City Styles | Attn: Julius Wilkerson<br>114 S 1st Street<br>Louisville, KY 40202 | 312 W Chestnut St, Louisville, KY  40202 | 116076 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 1 TO ORDER (FIFTH OMNIBUS MOTION TO REJECT)**    Page 5

146193999.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Bkp Inc | Attn: Dash V Patel<br>110 Southville Rd<br>Southborough, MA 01772 | Attn: Dash V Patel<br>110 Southville Rd<br>Southborough, MA  01772 | 113867 |
| Blazin Steaks | Attn: Reginald Espinosa<br>98-199 Kamehameha Hwy<br>Ste B-8<br>Aiea, HI 96701 | Attn: Reginald Espinosa<br>98-199 Kamehameha Hwy<br>Ste B-8<br>Aiea, HI  96701 | 108338 |
| Blue Ridge BP | Attn: Kanubhai Patel<br>181 West First Street<br>Blue Ridge, GA 30513 | Attn: Kanubhai Patel<br>181 West First Street<br>Blue Ridge, GA  30513 | 118048 |
| Bodach's Games LLC | Attn: John Merz<br>7201 S Broadway<br>St. Louis, MO 63111 | Attn: John Merz<br>7201 S Broadway<br>St. Louis, MO  63111 | 119253 |
| Boost Mobile | 2439 Northgate Blvd<br>Sacramento, CA 95833 | 2439 Northgate Blvd<br>Sacramento, CA  95833 | 155660 |
| Boutros Bros Inc. | Attn: Chadi Boutros<br>5406 Plymouth St<br>Jacksonville, FL 32205 | Attn: Chadi Boutros<br>5406 Plymouth St<br>Jacksonville, FL  32205 | 104080 |
| Burn Culture Vape, CBD & Kratom | Attn: Sasan Landers<br>5925 E Admiral Pl<br>Tulsa, OK 74115 | Attn: Sasan Landers<br>5925 E Admiral Pl<br>Tulsa, OK  74115 | 142332 |
| CAE & Enterprises, LLC | Attn: Carlos Castro Fernandez<br>405 Prospect Rd<br>Oakland Park, FL 33309 | Attn: Carlos Castro Fernandez<br>405 Prospect Rd<br>Oakland Park, FL  33309 | 120838 |
| California Liquors | Attn: Miguel Fernandez Tavarez<br>84 Union Ave<br>Providence, RI 02909-2231 | Attn: Miguel Fernandez Tavarez<br>84 Union Ave<br>Providence, RI  02909-2231 | 117136 |
| Campus Phone Repair | Attn: Shahin Nelson Brzroudipour<br>1525 W. Tennessee Street<br>Suite 204<br>Tallahassee, FL 32304 | Attn: Shahin Nelson Brzroudipour<br>1525 W. Tennessee Street<br>Suite 204<br>Tallahassee, FL  32304 | 126942 |
| Capital Coin & Bullion, LLC | Attn: Chad Ervin Tyson<br>7304 Burnet Road<br>Austin, TX 78757 | Attn: Chad Ervin Tyson<br>7304 Burnet Road<br>Austin, TX  78757 | 119800 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

EXHIBIT 1 TO ORDER (FIFTH OMNIBUS MOTION TO REJECT)      Page 6

146193999.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Carolina Super Mart | Attn: Gulbida Nasreen and Zohaib Muhammad<br>2004 Randleman Rd<br>Greensboro, NC 27406 | Attn: Gulbida Nasreen and Zohaib Muhammad<br>2004 Randleman Rd<br>Greensboro, NC  27406 | 123404 |
| Cascade Cleaners | Attn: Peter Chulmin, Yoo<br>11350 NE Halsey Street<br>Portland, OR 97220 | Attn: Peter Chulmin, Yoo<br>11350 NE Halsey Street<br>Portland, OR  97220 | 124707 |
| Catanga River Corp dba Food City | Attn: Zac Sclar<br>PO Box 399<br>Lewiston, ME 04243 | Catange River Corp. Food City<br>1355 Auburn Road<br>Turner, ME  04282 | 108542 |
| Cell Phone Hop LLC | Attn: Steven Mena<br>454 SW 8th Street<br>Miami, FL 33130 | Attn: Steven Mena<br>454 SW 8th Street<br>Miami, FL  33130 | 122050 |
| Cell Phone Mania | Attn: Jorge G. Blakeley<br>152 S State St<br>Orem, UT 84057 | 150 S State St<br>Orem, UT  84058 | 153988 |
| Cell Phone Repair | Attn: Samundra Thapaliya<br>3047 Old Orchard Lane<br>Bedford, TX 76021 | 1714 Precinct Line Road<br>Suite 400<br>Hurst, TX  76054 | 124280 |
| Cell Tech Repair | Attn: Kumantas Bagdel<br>133 Danbury Rd<br>New Milford, CT 06776 | 129 Danbury Rd<br>New Milford, CT  06776 | 143254 |
| Cellphone Fix Pro, Corp | Attn: Yessica Villatoro Velasquez<br>278 FL-7<br>Margate, FL 33063 | Attn: Yessica Villatoro Velasquez<br>278 FL-7<br>Margate, FL  33063 | 123764 |
| Cheema Supermarket | Attn: Nusrat Cheema<br>562 Cambridge Street<br>Boston, MA 02134 | Attn: Nusrat Cheema<br>562 Cambridge Street<br>Boston, MA  02134 | 108811 |
| Cheers Wine and Spirits LLC | Attn: Dadwal Amandeep Singh<br>8333 W Morgan Av<br>Milwaukee, WI 53220-1037 | Attn: Dadwal Amandeep Singh<br>8333 W Morgan Av<br>Milwaukee, WI  53220-1037 | 114430 |
| Choice Gas | Attn: Karim Sereis<br>7900 Fruitridge Road<br>Sacramento, CA 95820 | Attn: Karim Sereis<br>7900 Fruitridge Road<br>Sacramento, CA  95820 | 116078 |
| CJ's Convenience Store LLC | Attn: Jody Gene Sylvester<br>107 N. 1st Street<br>Elkader, IA 52043 | Attn: Jody Gene Sylvester<br>107 N. 1st Street<br>Elkader, IA  52043 | 117734 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 1 TO ORDER (FIFTH OMNIBUS MOTION TO REJECT)**     Page 7

146193999.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Clif's Cleaners | Attn: Gina Davis<br>4304 Pike Ave.<br>North Little Rock, AR 72118 | Attn: Gina Davis<br>4304 Pike Ave.<br>North Little Rock, AR  72118 | 118281 |
| Cottage Grove LLC | Attn: James Slott<br>1593 Plainfield Ave. NE<br>Grand Rapids, MI 49505 | Attn: James Slott<br>1593 Plainfield Ave. NE<br>Grand Rapids, MI  49505 | 119937 |
| Craig's EZ - 2 - Pawn | 1001 N Roan St<br>Johnson City, TN 37601 | 1001 N Roan St<br>Johnson City, TN  37601 | 121561 |
| Cullen Williams Corporation dba Meadow Gas N. Go Conoco | Attn: Rex Williams<br>370 N. Main Street<br>Meadow, UT 84644 | Attn: Rex Williams<br>370 N. Main Street<br>Meadow, UT  84644 | 119108 |
| Delta Jubilee | Attn: Jake Sentker<br>377 W. Main St.<br>Delta, UT 84624 | Attn: Jake Sentker<br>377 W. Main St.<br>Delta, UT  84624 | 139847 |
| Dollars Plus and More LLC | Attn: Shatanie Brewer and Keith Brewer<br>2736 Rapids Way<br>Akron, OH 44312 | 1465 Aster Ave<br>Akron, OH  44301 | 117128 |
| Donnie's Tobacco Shop LLC | Attn: Jeremiah Wesley Dale Brown<br>3381 Us Hwy 117 S<br>Burgaw, NC 28425 | Attn: Jeremiah Wesley Dale Brown<br>3381 Us Hwy 117 S<br>Burgaw, NC  28425 | 117852 |
| Dry Clean City of Johnson City, LLC | Attn: Keith Mijeski<br>204 Sunset Dr<br>Johnson City, TN 37604 | 1003 S Roan St<br>Johnson City, TN  37601 | 119331 |
| Duckweed Liquors Channelside | Attn: Pavan Kumar Pediredla<br>117 N 12th St<br>Tampa, FL 33602 | Attn: Pavan Kumar Pediredla<br>117 N 12th St<br>Tampa, FL  33602 | 118170 |
| Duyst Flyers | Attn: Michael Duyst<br>515 S Lovers Ln<br>Visalia, CA 93292 | Attn: Michael Duyst<br>515 S Lovers Ln<br>Visalia, CA  93292 | 116783 |
| DYD Trading | Attn: Daweit Geremew<br>4401 S Capitol St SW<br>Washington, DC 20032 | Attn: Daweit Geremew<br>4401 S Capitol St SW<br>Washington, DC  20032 | 108841 |
| Electric Underground | Attn: Matthew Schneider<br>1305 W Bremer Ave<br>Waverly, IA 50677 | 3109 13th Ave S<br>Fargo, ND  58103 | 115347 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 1 TO ORDER (FIFTH OMNIBUS MOTION TO REJECT)**     Page 8

146193999.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Elite P&P Enterprises LLC | Attn: Prabin Kanaujiya<br>18918 Midway Rd #124<br>Dallas, TX 75287 | Attn: Prabin Kanaujiya<br>18918 Midway Rd #124<br>Dallas, TX 75287 | 115098 |
| Ethio Mart | Attn: Jared Alemu Girma<br>10919 Shawnee Mission Pkwy<br>Shawnee, KS 66203 | Attn: Jared Alemu Girma<br>10919 Shawnee Mission Pkwy<br>Shawnee, KS 66203 | 118975 |
| Express Mart I Food Store | Attn: Gurnam Singh<br>5071 24th St<br>Sacramento, CA 95822 | Attn: Gurnam Singh<br>5071 24th St<br>Sacramento, CA 95822 | 109037 |
| E-Z Cash Payday Loans** | Attn: Kristie Reed<br>1656 Sycamore View Road<br>Memphis, TN 38134 | 180 Stateline Rd<br>Southaven, MS 38671 | 138289 |
| | | 8153 Hwy 178W<br>Byhalia, MS 38611 | 138295 |
| Fadeone LLC | Attn: Jot Singh<br>c/o Fadeone Barbershop<br>109 N 17th St<br>Boise, ID 83702 | Attn: Jot Singh<br>c/o Fadeone Barbershop<br>109 N 17th St<br>Boise, ID 83702 | 130494 |
| Five Star Grocery #2 | Attn: Fady Fanous<br>3582 NC-39 Hwy North<br>Louisburg, NC 27549 | Attn: Fady Fanous<br>3582 NC-39 Hwy North<br>Louisburg, NC 27549 | 118277 |
| Flow's Pharmacy | Attn: Amanda Haase<br>1506 E Broadway<br>Columbia, MO 65201 | Attn: Amanda Haase<br>1506 E Broadway<br>Columbia, MO 65201 | 117208 |
| Food Fair Supermarket | Attn: Thad Glynn<br>301 N 14th St<br>Rich Hill, MO 64779 | Attn: Thad Glynn<br>301 N 14th St<br>Rich Hill, MO 64779 | 140985 |
| Fort Wayne Halal Market | Attn: Khalil Ahmad Abdullah<br>2326 Hobson Rd<br>Fort Wayne, IN 46805 | Attn: Khalil Ahmad Abdullah<br>2326 Hobson Rd<br>Fort Wayne, IN 46805 | 108667 |
| Fresco Market North Haven Inc. | Attn: Michael Di Chello<br>342 Washington Ave<br>North Haven, CT 06473 | Attn: Michael Di Chello<br>342 Washington Ave<br>North Haven, CT 06473 | 119400 |
| Friendly's Sports Bar - South County | Attn: Dennis Domachowski<br>3971 Bayless Ave<br>St. Louis, MO 63125 | Attn: Dennis Domachowski<br>3971 Bayless Ave<br>St. Louis, MO 63125 | 108825 |

\* This Counterparty holds a Master Lease Agreement with multiple locations.  Only the Kiosk Locations listed herein are being rejected.  All other locations not specifically referenced on this or any other Omnibus Motion to Reject are not being rejected.

\*\* This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being rejected.

**EXHIBIT 1 TO ORDER (FIFTH OMNIBUS MOTION TO REJECT)**     Page 9

146193999.1