BRETT A. AXELROD, ESQ. (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
   jmcpherson@foxrothschild.com
   nkoffroth@foxrothschild.com
   zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed June 7, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF ENTRY OF ORDER GRANTING SEVENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT** |

**PLEASE TAKE NOTICE** that on the 7th day of June, 2023, the Court entered an *Order Granting Seventh Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment* [ECF 630], a copy of which is attached here.

Dated this 7th day of June, 2023.

        **FOX ROTHSCHILD LLP**

        By: /s/ Jeanette E. McPherson
           JEANETTE E. MCPHERSON, ESQ. (5423)
           BRETT A. AXELROD, ESQ. (5859)
           NICHOLAS A. KOFFROTH, ESQ. (16264)
           ZACHARY T. WILLIAMS, ESQ. (16023)
           1980 Festival Plaza Drive, Suite 700
           Las Vegas, Nevada 89135
        *Counsel for Debtor*

1

146506857.1



Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 07, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
    jmcpherson@foxrothschild.com
    nkoffroth@foxrothschild.com
    zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                         Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br><br>**ORDER GRANTING SEVENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND DISPOSAL OF CERTAIN PERSONAL PROPERTY INCLUDING SURRENDER AND TERMINATION OF THE AUTOMATIC STAY AND/OR ABANDONMENT**<br><br>Hearing Date:  May 25, 2023<br>Hearing Time: 2:00 p.m. |

1

146191824.1

The Court having reviewed and considered Debtor's motion [ECF 364] (the "Motion")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a), terminating the automatic stay pursuant to 11 U.S.C. § 362(d) in favor of secured creditors if the Debtor surrenders the Remaining Property, and authorizing abandonment of the Remaining Property pursuant to 11 U.S.C. § 554(a); and upon consideration of the *Declaration Of Christopher Andrew McAlary In Support Of Seventh Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Disposal Of Certain Personal Property Including Surrender And Termination Of The Automatic Stay And/Or Abandonment* [ECF 365], *Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 518]; *Declaration Of Andrew Kissner, Esq. In Support Of Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 519]; *Debtor's Reply To Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 549]; *Declaration Of Tanner James In Support Of Debtor's Reply To Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 550]; *Supplement To Enigma Securities Limited's Omnibus Objection To Debtor's Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 598]; *Debtor's Reply To Supplement To Enigma Securities Limited's Omnibus Objection To Debtors' Motion To Approve Rejection Of Executory Contracts And Unexpired Leases* [ECF 599]; and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; the Court having made its findings of fact and conclusions of law on the record which are incorporated herein pursuant to Fed. R.Civ. P. 52, made applicable by Fed.R.Bankr. P. 9014 and 7052, and referenced herein in part, and for good cause shown, it is hereby

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

146191824.1

1    **ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

2    **ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that the date of the filing of the Motion shall be deemed to be the date of notice of abandonment of the Remaining Property; and it is further

**ORDERED** that the Remaining Property is abandoned effective as of the date of the filing of the Motion, and the Remaining Property shall be surrendered and abandoned to the creditors who are secured by the Remaining Property. The Remaining Property may be retrieved by the respective secured creditor from the Location, or any party authorized by the Debtor, within seven (7) days of entry of this Order; and, after seven (7) days of the date this Order is entered, if the Remaining Property has not been removed, it may be disposed of by the Counterparty; and it is further

**ORDERED** that the automatic stay is terminated pursuant to 11 U.S.C. § 362(d)(2) to allow any secured creditor who has a collateral interest in the Remaining Property to exercise its rights to foreclose on or otherwise dispose of such property in accordance with applicable non-bankruptcy law; and it is further

**ORDERED** that Enigma Securities Limited ("Enigma") reserves all rights with respect to the Remaining Property in which it holds an interest, including but not limited to rights it may be determined to have, if any, with respect to (a) the valuation of its collateral (the "Enigma Collateral"), (b) cash contained within any abandoned Kiosk that Enigma has asserted is Enigma Collateral, and (c) the impact of abandonment on the amount of Enigma's secured claim; and it is further

**ORDERED** that Genesis Global Holdco, LLC ("Genesis") reserves all rights with respect to the Remaining Property in which it holds an interest, including but not limited to rights it may be determined to have, if any, with respect to (a) the valuation of its collateral (the "Genesis Collateral"), (b) cash contained within any abandoned Kiosk that Genesis has asserted is Genesis Collateral, and (c) the impact of abandonment on the amount of Genesis's secured claim; and it is

3

146191824.1

further

**ORDERED** that nothing herein shall serve as a waiver of any claims of the Debtor, its estate or the Committee against any party holding an interest in the Remaining Property, and the Debtor, its estate and the Committee expressly reserve any and all of their rights with respect to any claims of any creditor arising in connection with the rejection of the Contracts or Leases, surrender of the Remaining Property, and abandonment of the Remaining Property, or claims or issues related thereto, including, without limitation (a) the valuation of a secured creditor's collateral interest, (b) whether any cash contained in any abandoned Kiosk is a secured creditor's collateral or belongs to any other creditor or the Debtor, and (c) the determination of any party's proof of claim, including without limitation a secured creditor's or lease holder's claim, including without limitation all related claims of the Debtor, its estate or the Committee for setoff and/or damages; and it is further

**ORDERED** that the abandonment of the Remaining Property shall not impair, waive, limit, or otherwise affect, and shall be subject to, any and all claims, ownership interests and contractual rights of OptConnect Management LLC ("OptConnect") in connection with any Remaining Property (and any equipment or hardware connected thereto), which are reserved and preserved in all respects, and nothing in this Order or any abandonment of Remaining Property as a result of this Order shall grant any third party any rights over OptConnect's assets that form part of the Remaining Property (and any equipment or hardware connected thereto); and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion; and it is further

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4

146191824.1

1  **ORDERED** that, to the extent applicable, the 14-day stay under Fed.R.Bankr. P. 4001 and
2  Fed.R.Bankr. P. 6004(h) is waived.
3  Prepared And Respectfully Submitted By:
4  **FOX ROTHSCHILD LLP**

5  By: /s/ Jeanette E. McPherson
6      JEANETTE E. MCPHERSON, ESQ.
    BRETT A. AXELROD, ESQ.
7      NICHOLAS A. KOFFROTH, ESQ.
8      ZACHARY T. WILLIAMS, ESQ.
    1980 Festival Plaza Drive, Suite 700
9      Las Vegas, Nevada 89135
10  *Counsel for Debtor*

11  APPROVED/DISAPPROVED
12  **OFFICE OF THE UNITED STATES TRUSTEE**

13  By: SIGNATURE WAIVED
14      JUSTIN VALENCIA
    Trial Attorney for Tracy Hope Davis,
15      United States Trustee
    300 Las Vegas Boulevard South, Suite 4300
16      Las Vegas, Nevada 89101

17
18  APPROVED/DISAPPROVED
19  **MCDONALD CARANO LLP**

20  By: /s/ Catherine V. LoTiempo
    RYAN J. WORKS, ESQ. (NSBN 9224)
21      AMANDA M. PERACH, ESQ. (NSBN 12399)
22      2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
23      and
24      **SEWARD & KISSEL LLP**
    JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
25      ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
    CATHERINE V. LOTIEMPO, ESQ. (Admitted *Pro Hac Vice*)
26      ANDREW J. MATOTT, ESQ.
    One Battery Park Plaza
27      New York, New York 10004
28  *Counsel for Official Committee of Unsecured Creditors*

146191824.1

APPROVED/DISAPPROVED

**MORRISON & FOERSTER LLP**

By: /s/ Andrew Kissner
GARY LEE, ESQ. (Admitted *Pro Hac Vice*)
New York Bar No. 2397669
ANDREW KISSNER, ESQ. (Admitted *Pro Hac Vice*)
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601

and

**SHEA LARSEN**
JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 405
BART K. LARSEN, ESQ.
Nevada Bar No. 8538
KYLE M. WYANT, ESQ.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Counsel for Enigma Securities Limited*

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

6

146191824.1

# EXHIBIT 1 TO ORDER
# CONTRACTS AND/OR LEASES TO BE REJECTED

146191824.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Neighborhood Liquor Mart | Attn: Humza Naeem Firoz<br>3505 Lincoln Way #Ste 105<br>Ames, IA 50014 | Attn: Humza Naeem Firoz<br>3505 Lincoln Way #Ste 105<br>Ames, IA 50014 | 116767 |
| Northway Market | Attn: Sam Mutan, Hisham Mutan<br>5590 Florrissant Ave<br>St. Louis, MO 63120 | Attn: Hisham Mutan, Sam Mutan<br>10320 Bellefontaine Rd<br>St Louis, MO 63137 | 108927 |
| NW Harbor International | Attn: Inna Mayorov<br>3329 E. Sprague Avenue<br>Spokane, WA 99202 | Attn: Inna Mayorov<br>3329 E. Sprague Avenue<br>Spokane, WA 99202 | 123554 |
| Old Brandon Shell | Attn: Jonathan Duane Germany<br>206 E Government St<br>Brandon, MS 39042 | Attn: Jonathan Duane Germany<br>206 E Government St<br>Brandon, MS 39042 | 116784 |
| Old Hickory Express | Attn: Alaa Qaadan<br>588 Old Hickory Blvd<br>Jackson, TN 38305 | Attn: Alaa Qaadan<br>588 Old Hickory Blvd<br>Jackson, TN 38305 | 119593 |
| One Stop Market | 2185 Richmond Tappahannock Hwy<br>Manquin, VA 23106 | 2185 Richmond Tappahannock Hwy<br>Manquin, VA 23106 | 128669 |
| OSC PC Inc | Attn: Artem Trdatovich Oganyan<br>12515 Oxnard St<br>North Hollywood, CA 91606 | Attn: Artem Trdatovich Oganyan<br>12515 Oxnard St<br>North Hollywood, CA 91606 | 123626 |
| P&N Pawn Shop | Attn: Christopher Scott Firebaugh<br>1842 W Jefferson St<br>Plymouth, IN 46563 | Attn: Christopher Scott Firebaugh<br>1842 W Jefferson St<br>Plymouth, IN 46563 | 118600 |
| PAB Holdings Inc. | Attn: Arthur Blikian<br>13947 Chandler Blvd<br>Sherman Oaks, CA 91401 | 2815 W Jefferson Blvd<br>Los Angeles, CT 90018 | 119060 |
| Personalized Gifts DBA Quick Fix | Attn: Kashif Hafiz<br>398 Northtown Dr NE<br>Blaine, MN 55434 | 5176 Central Ave NE<br>Fridley, MN 55421 | 121368 |
| Personalized Gifts DBA Quick Fix | Attn: Kashif Hafiz<br>398 Northtown Dr NE<br>Blaine, MN 55434 | 9360 Lexington Ave NE<br>Circle Pines, MN 55014 | 121372 |
| Pmall Wireless LLC | Attn: Khalid Ali Alkady<br>1108 E Pontiac St #3<br>Fort Wayne, IN 46803 | Attn: Khalid Ali Alkady<br>1108 E Pontiac St #3<br>Fort Wayne, IN 46803 | 120921 |
| Prenger Foods | Attn: Amanda Prenger Halley<br>902 E Briggs Dr<br>Macon, MO 63552 | Attn: Amanda Prenger Halley<br>902 E Briggs Dr<br>Macon, MO 63552 | 140787 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being reject

**EXHIBIT 1 TO ORDER (SEVENTH OMNIBUS MOTION)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Pro-Play Games LLC | Attn: George Machado<br>13415 SW 73 Ter<br>Miami, FL 33183 | 1405 SW 107th Ave #202c<br>Miami, FL 33174 | 117738 |
| PSA LLC | Attn: Mayur Patel<br>303 E Central Ave<br>Comache, TX 76442 | Attn: Mayur Patel<br>303 E Central Ave<br>Comache, TX 76442 | 119652 |
| Rameshwaram LLC | Attn: Chetankumar Patel<br>365 US-6<br>Genesco, IL 61254 | Attn: Chetankumar Patel<br>365 US-6<br>Genesco, IL 61254 | 123442 |
| RBJ Ventures LLC | Attn: Rahim Bahadur Ali Jindani<br>6551 Boulevard 26<br>N Richand Hills, TX 76180-1525 | Attn: Rahim Bahadur Ali Jindani<br>6551 Boulevard 26<br>N Richand Hills, TX 76180-1525 | 115365 |
| Resurrected Games | Attn: Troy Scott ARN<br>2815 Guadalupe St #C<br>Austin, TX 78705 | Attn: Troy Scott ARN<br>2815 Guadalupe St #C<br>Austin, TX 78705 | 119595 |
| Right Market #2 | Attn: Usami Abdullah, Usama Abdullah<br>1028 Penn Ave<br>Pittsburgh, PA 15221 | Attn: Usami Abdullah, Usama Abdullah<br>10045 Frankstown Rd<br>Pittsburgh, PA 15235 | 115342 |
| Rios Wireless | Attn: Brenda Rios<br>5530 Berchmans Ave<br>Las Vegas, NV 89122 | 3025 E Desert Inn Rd #7<br>Las Vegas, NV 89121 | 153989 |
| RJHY Enterprise LLC | Attn: Kanubhai Patel<br>1002 Rabbit Run<br>Hopkins, SC 29061 | Attn: Kanubhai Patel<br>1002 Rabbit Run<br>Hopkins, SC 29061 | 122973 |
| RSS UBSBB2012C4 - UT NMH, LLC | c/o The Woodmont Company<br>2100 West 7th Street<br>Fort Worth, TX 76107 | Newgate Mall<br>3651 Wall Avenue<br>Ogden, UT 84405 | 143102 |
| RSS WFCM2013-LC12-MT RO LLC | c/o Jones Lang LaSalle Americas Inc.<br>300 South 24th Street<br>Billings, MT 59102-5650 | c/o Jones Lang LaSalle Americas Inc.<br>300 South 24th Street<br>Billings, MT 59102-5650 | 128170 |
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | 117735 |
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>423 N Broadway<br>Portland, TN 37148 | 117739 |
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>315 S Water Ave Suite #C<br>Gallatin, TN 37066 | 117742 |

** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being reject

**EXHIBIT 1 TO ORDER (SEVENTH OMNIBUS MOTION)**

Page 2

146193681.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>631 S Water<br>Gallatin, TN 37066 | 117790 |
| Saint George Laundromat LLC | Attn: Sameh Lous<br>3441 Lebanon Pike Suite 110<br>Hermitage, TN 37076 | Attn: Sameh Lous<br>805 S Water Ave<br>Gallatin, TN 37066 | 118028 |
| Sam F, Inc dba Oak Street Foodmart | Attn: Samir Faraj<br>331 E Oak Street<br>Louisville, KY 40203 | Attn: Samir Faraj<br>331 E Oak Street<br>Louisville, KY 40203 | 117054 |
| Samreet Inc. | Attn: Parmjit Singh<br>511 N 1st St<br>Yakima, WA 98901-2307 | Attn: Parmjit Singh<br>511 N 1st St<br>Yakima, WA 98901-2307 | 123046 |
| Sam's Food Stores | Attn: Krupal M Soni<br>389 Broadway<br>Lawrence, MA 01841 | Attn: Krupal M Soni<br>389 Broadway<br>Lawrence, MA 01841 | 117661 |
| Sam's Wireless TN Inc | Attn: Adel Saleh<br>612 W Market St<br>Bolivar, TN 38008 | Attn: Adel Saleh<br>612 W Market St<br>Bolivar, TN 38008 | 121130 |
| Saneha Enterprises Inc. | Attn: Malik Lalani<br>c/o Super Laundry City<br>1120 E Parker Rd Ste 110<br>Plano, TX 75074-5374 | 1306 Sycamore School Road<br>Fort Worth, TX 76133 | 118029 |
| Savin Hill Wine & Spirits | Attn: Leykun Abay Abay<br>1051 Dorchester Ave<br>Boston, MA 02125 | Attn: Leykun Abay Abay<br>1051 Dorchester Ave<br>Boston, MA 02125 | 116973 |
| Savita Inc. dba Nicks Food Mart | Attn: Kirti Patel<br>1219 Lakeland Hills Blvd<br>Lakeland, FL 33805 | Attn: Kirti Patel<br>1219 Lakeland Hills Blvd<br>Lakeland, FL 33805 | 117793 |
| Sean Haggerty Smoke Shop | Attn: Mohammeddarwish Lulu<br>11100 Sean Haggerty Dr Ste 208<br>El Paso, TX 79934 | Attn: Mohammeddarwish Lulu<br>11100 Sean Haggerty Dr Ste 208<br>El Paso, TX 79934 | 126956 |
| Shamrock Plaza Liquors | Attn: Makhan Shoker<br>289 McKnight S<br>St. Paul, MN 55119 | Attn: Makhan Shoker<br>289 McKnight S<br>St. Paul, MN 55119 | 116091 |
| Shana Cell Service | Attn: Sandra Vargas; Maria Bargas<br>2004 East Charleston Blvd.<br>Las Vegas, NV 89104 | 4656 E Sunset Rd<br>Handerson, NV 89014 | 153985 |

**\*\*** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being reject

**EXHIBIT 1 TO ORDER (SEVENTH OMNIBUS MOTION)**

Page 3

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Shaw Gate Trading Post | Attn: Daniel E. Burkett<br>5435 Broad St<br>Sumter, SC 29154 | Attn: Daniel E. Burkett<br>5435 Broad St<br>Sumter, SC 29154 | 108869 |
| Simply 3D Hawaii LLC | Attn: Darren Oshiro; Jonathan Pananganan<br>94-1221 KA UKA Blvd<br>Ste 108-338<br>Waipahu, HI 96797-6202 | 98-029 Hekaha St<br>Building 5<br>No. 35<br>Aiea, HI 96701 | 161176 |
| SM Gas Inc | Attn: Sarwan Singh<br>13060 Jefferson Blvd<br>Mishawaka, IN 46545 | Attn: Sarwan Singh<br>13060 Jefferson Blvd<br>Mishawaka, IN 46545 | 115190 |
| Southside mini mart LLC | Attn: Esam Saleh<br>1939 S Highland Ave<br>Jackson, TN 38301 | Attn: Esam Saleh<br>1939 S Highland Ave<br>Jackson, TN 38301 | 118898 |
| Star West Metreon, LLC | Attn: Jeremiah Gregory<br>c/o Jones Lang LaSalle Americas Inc<br>PO Box 398057<br>San Francisco, CA 94139-8057 | Attn: Jeremiah Gregory<br>135 Fourth Street<br>4th Floor - Management Office<br>San Francisco, CA 94103 | 128162 |
| Stars Investments LLC c/o Star Food Mart | Attn: Rajan Patel<br>906 Peach St<br>Selmer, TN 38375 | Attn: Rajan Patel<br>906 Peach St<br>Selmer, TN 38375 | 140980 |
| Steve's Laundry Center LLC | Attn: Steven Hochstetler<br>150 Family Fare Dr #2<br>Nappanee, IN 46550 | Attn: Steven Hochstetler<br>150 Family Fare Dr #2<br>Nappanee, IN 46550 | 116771 |
| Stop N Shop | Attn: Arshadullah Falah<br>2924 N 50th St<br>Tampa, FL 33619 | Attn: Arshadullah Falah<br>2924 N 50th St<br>Tampa, FL 33619 | 118749 |
| Sumrall Doughnuts and Breakfast | Attn: Kelly Pich<br>1220 MS-42<br>Sumrall, MS 39482 | Attn: Kelly Pich<br>1220 MS-42<br>Sumrall, MS 39482 | 115305 |
| Sunshine Food Store | Attn: Thakur Jeetendra<br>2401 S Carrier Pkwy<br>Grand Prairie, TX 75051 | Attn: Thakur Jeetendra<br>2401 S Carrier Pkwy<br>Grand Prairie, TX 75051 | 108019 |
| T&T Rental L C | Attn: Tony Edward Tomlyanovich<br>409 Main St<br>Cedar Falls, IA 50613 | Attn: Tony Edward Tomlyanovich<br>419 Main St<br>Cedar Falls, IA 50613 | 115382 |
| Tech Doc's Depot | Attn: Mathew R Jackson<br>209 N Central Ave<br>Paris, IL 61944 | Attn: Mathew R Jackson<br>209 N Central Ave<br>Paris, IL 61944 | 123620 |

\*\* This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being reject

**EXHIBIT 1 TO ORDER (SEVENTH OMNIBUS MOTION)**

Page 4

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Techy By Dr Phone Fix & Computer Repair Tamiami | Attn: Sandra De Regibus<br>11461 SW 40th St<br>Miami, FL 33165 | Attn: Sandra De Regibus<br>11461 SW 40th St<br>Miami, FL 33165 | 145977 |
| Techy By Dr Phone Fix & Computer Repair Weston | 4442 Weston Rd<br>Davie, FL 33331 | 4442 Weston Rd<br>Davie, FL 33331 | 129158 |
| The Business Lounge | Attn: Shannon Robinson<br>4035 Jonesboro Rd SE<br>Suite 240, #416<br>Forest Park, GA 30297 | Attn: Shannon Robinson<br>4035 Jonesboro Rd SE<br>Suite 240, #416<br>Forest Park, GA 30297 | 120655 |
| The CORE Inc | Attn: Michael Paul Blanchard<br>1926 Valley Park Dr<br>Cedar Falls, IA 50613 | **1926 Valley Park Dr<br>Cedar Falls, IA 50613**[1] | 115450 |
| The Depot Express** | Attn: David Scheetz<br>221 W. Marengo Rd<br>Tiffin, IA 52340 | 188 Park Ridge Rd<br>Atkins, IA 52206 | 140304 |
| | | 100 Oakdale Blvd #Ste 100<br>Coralville, IA 52241 | 140305 |
| | | 102 S Elm St<br>Gilman, IA 50106 | 140306 |
| | | 100 S Front St<br>Montezuma, IA 50171 | 140307 |
| | | 117 E Railroad St<br>Norway, IA 52318 | 140310 |
| | | 220 N Augusta Ave<br>Oxford, IA 52322 | 140311 |
| | | 221 W Marengo Rd<br>Tiffin, IA 52340 | 140312 |
| | | 101 1st St<br>Van Horne, IA 52346 | 140313 |
| The Golfing Dog Group LLC DBA Washboard | Attn: Thomas Nolting<br>1080 Honeysuckle Lane<br>Cabot, AR 72023 | 100 N 1st St<br>Cabot, AR 72023 | 118837 |
| Tienda Latino De Forest LLC | Attn: Ovidio Francisco-Miguel<br>665 E 3rd St<br>Forest, MS 39074 | Attn: Ovidio Francisco-Miguel<br>665 E 3rd St<br>Forest, MS 39074 | 113815 |
| Time Saver of Kennedy Inc. | Attn: Samuel Helmy Fahiem Makarius<br>4148 W Kennedy Blvd<br>Tampa, FL 33609-2246 | Attn: Samuel Helmy Fahiem Makarius<br>4148 W Kennedy Blvd<br>Tampa, FL 33609-2246 | 117126 |

[1] The kiosk location has been updated to reflect the correct physical location of the kiosk. The counterparty names and address is correct and the counterparty has received timely notice of the Motion.
** This Counterparty holds a Master Lease Agreement with multiple locations. All Kiosk Locations under this contract are being reject

**EXHIBIT 1 TO ORDER (SEVENTH OMNIBUS MOTION)**

Page 5

146193681.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Top Discount Beverage LLC | Attn: Bhavesh R Patel<br>7141 E Hwy 25<br>Belleview, FL  34420 | Attn: Bhavesh R Patel<br>7141 E Hwy 25<br>Belleview, FL  34420 | 139526 |
| Tubac Market | Attn: Harold Busboom<br>PO Box 4569<br>Tubac, AZ 85646 | 10 Avenida Goya<br>Tubac, AZ  85646 | 115100 |
| Unspoken Art Studio | Attn: Paul Tischhauser<br>7151 Savannah Dr<br>Newburgh, IN 47630 | Attn: Paul Tischhauser<br>7151 Savannah Dr<br>Newburgh, IN  47630 | 118434 |
| V-5 Market, LLC | Attn: Elizabeth Valdovinos<br>1009 Dale Ave Suite #C<br>Benton City, WA 99320 | Attn: Elizabeth Valdovinos<br>1009 Dale Ave Suite #C<br>Benton City, WA  99320 | 123681 |
| Vaid Oil Company LLC | Attn: Parveen Kumar<br>2344 N Limestone St Apt 104<br>Springfield, OH 45503 | 2300 S Limestone St<br>Springfeld, OH  45505 | 115345 |
| Velasquez Group L.P. | Attn: Tom Velasquez<br>PO Box 767<br>Wheeler, TX 79096 | c/o Top Value<br>Attn: Tom Velasquez<br>208 West Main<br>Stigler, OK  74462 | 141098 |
| Water Boy Services | Attn: Edgar Nava<br>1361 N Fair Oaks Ave<br>Pasadena, CA 91103 | Attn: Edgar Nava<br>1361 N Fair Oaks Ave<br>Pasadena, CA  91103 | 126558 |
| West Mount One Stop LLC | Attn: George Youssif<br>8206 West Mount Drive<br>Rocky Mount, NC 27803 | Attn: George Youssif<br>8206 West Mount Drive<br>Rocky Mount, NC  27803 | 116971 |
| Williams Package | Attn: Dipakkumar Patel<br>50 Spring Street<br>Winchendon, MA 01475 | Attn: Dipakkumar Patel<br>50 Spring Street<br>Winchendon, MA  01475 | 114729 |
| Wine Beginnings | Attn: Kimberly Moen<br>1413 Tower Avenue<br>Superior, WI 54880 | Attn: Kimberly Moen<br>1413 Tower Avenue<br>Superior, WI  54880 | 119054 |
| Wireless Times LLC | Attn: Adam Mansour<br>5716 Brookdale Dr. N. Suite B<br>Brooklyn Park, MN 55443 | Attn: Adam Mansour<br>5716 Brookdale Dr. N. Suite B<br>Brooklyn Park, MN  55443 | 123622 |
| Wizards Keep Games | Attn: Jason Bessonette<br>17148 116th Avenue SE<br>Renton, WA 98058 | Attn: Jason Bessonette<br>17148 116th Avenue SE<br>Renton, WA  98058 | 123441 |
| World Market Inc | Attn: Corey Hong<br>3900 S. Grand Blvd.<br>St. Louis, MO 63118 | Attn: Corey Hong<br>3900 S. Grand Blvd.<br>St. Louis, MO  63118 | 116398 |

**\*\*** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being reject

**EXHIBIT 1 TO ORDER (SEVENTH OMNIBUS MOTION)**

Page 6

146193681.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| W-Side Market Inc | Attn: Malek Akermi<br>482 W Oak Ridge Rd<br>Orlando, FL 32809 | Attn: Malek Akermi<br>482 W Oak Ridge Rd<br>Orlando, FL 32809 | 117563 |
| Xvertuz Vapes | aTTN: Denna Hatch<br>1175 US-40 #Suite B<br>Vernal, UT 84078 | aTTN: Denna Hatch<br>1175 US-40 #Suite B<br>Vernal, UT 84078 | 139850 |
| Yoleni's Providence | Attn: Alexander Meletios<br>292 Westminster Street<br>Providence, RI 02903 | Attn: Alexander Meletios<br>292 Westminster Street<br>Providence, RI 02903 | 117127 |
| Zach's Country Store | Attn: Zachary D. Soper<br>641 Gurnet Road<br>Brunswick, ME 04011 | Attn: Zachary D. Soper<br>641 Gurnet Road<br>Brunswick, ME 04011 | 123212 |

** This Counterparty holds a Master Lease Agreement with multiple locations.  All Kiosk Locations under this contract are being reject

**EXHIBIT 1 TO ORDER (SEVENTH OMNIBUS MOTION)**

Page 7