Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice* applications granted)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**SECOND MONTHLY FEE STATEMENT OF McDONALD CARANO LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2023, THROUGH APRIL 30, 2023**<br><br>McDonald Carano LLP, Counsel to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>April 1, 2023, through April 30, 2023<br><br>$8,596.00 (80% of $10,745.00)<br><br>$16.45 (100% of expenses) |

McDonald Carano LLP ("McDonald Carano" or the "Applicant"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Second Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing April 1, 2023, through April 30, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, McDonald Carano requests allowance and payment of $8,596.00 (representing 80% of the $10,745.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $16.45 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by McDonald Carano during the Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at McDonald Carano who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit 3** are the detailed time entries and expenses for the Fee Period (invoice for the period April 1, 2023, through April 30, 2023) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. McDonald Carano reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

1 | DATED this 7th day of June 2023.

McDONALD CARANO LLP

By: */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*

# Exhibit 1

**COMPENSATION BY PROFESSIONAL FOR FEE PERIOD**

| Name | Position | Admission Year | Rate | Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Works, Ryan | Partner | 2004 | $ 650.00 | 11.20 | $ 7,280.00 |
| Perach, Amanda | Partner | 2011 | $ 550.00 | 2.70 | $ 1,485.00 |
| Grubb, Brian | Paralegal |  | $ 300.00 | 6.60 | $ 1,980.00 |
| **Total** |  |  |  | **20.50** | **$ 10,745.00** |

# Exhibit 2

**COMPENSATION BY MATTER**

| Matter Description | Hours Billed | Total Compensation |
|---|---:|---:|
| Case Administration (B110) | 5.80 | $3,750.00 |
| Asset Analysis and Recovery (B120) | 3.60 | $1,255.00 |
| Asset Disposition (B130) | 1.30 | $390.00 |
| Relief from Stay/Adeq. Prot. Proceedings (B140) | 1.70 | $1,105.00 |
| Fee/Employment Applications (B160) | 5.70 | $2,685.00 |
| Avoidance Action Analysis (B180) | 0.40 | $260.00 |
| Claims Administration and Objections (B310) | 0.20 | $130.00 |
| Plan and Disclosure Statement (B320) | 1.50 | $975.00 |
| Litigation (Non-Bankruptcy Court) (L) | 0.30 | $195.00 |
| Total = | 20.50 | $10,745.00 |

# Exhibit 3

# McDONALD CARANO
### YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee  
DO NOT MAIL  
DO NOT MAIL  
McDonald Carano LLP c/o Ryan J. Works  
2300 West Sahara Avenue, Suite 1200  
Las Vegas, NV  89102

Invoice No. 12463786  
May 9, 2023

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2023:

**Re:    Client.Matter: 32568 - 1**  
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

_____

## ACCOUNT SUMMARY

| | |
|---|---:|
| Balance Forward as of Previous Invoice | $ 23,340.18 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 23,340.18 |

## CURRENT INVOICE

| | |
|---|---:|
| Total Professional Services | $ 10,745.00 |
| Total Expenses | $ 16.45 |
| Total This Invoice | $ 10,761.45 |

**TOTAL BALANCE NOW DUE**                                                            **$ 34,101.63**

# McDONALD CARANO LLP
_____

Invoice No. 12463786
May 9, 2023

Re:  Client.Matter: 32568 - 1
     IN RE CASH CLOUD, INC. DBA COIN CLOUD

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 4/03/23 | RJW | B110 | | Attend weekly professionals meeting to discuss status, update and issues going forward for the week/case | .50 | 325.00 |
| 4/03/23 | RJW | B140 | | Emails and calls with Laura Miller re opposition to motion for relief from stay, and review same, to proceed with state court litigation filed by Ryan Anderson on behalf of Luis Flores | .50 | 325.00 |
| 4/04/23 | RJW | B110 | | Prepare for and attend weekly call with members of committee | .60 | 390.00 |
| 4/04/23 | RJW | L | | Prepare for and attend conference call with Ryan Andersen re limitations on stipulated stay relief order and emails to follow-up on same with committee co-counsel | .30 | 195.00 |
| 4/06/23 | RJW | B140 | | Prepare, circulate and file stipulation among the committee, Cash Cloud and Luis Flores to extend deadline to file opposition to Luis Flores's motion for relief from automatic stay pursuant to 11 U.S.C. § 362(d) | .50 | 325.00 |
| 4/10/23 | RJW | B110 | | Prepare for and attend weekly call with professionals re status, update and strategy going forward | .40 | 260.00 |
| 4/10/23 | RJW | B140 | | Receive and review order granting stipulation to continue briefing deadline on stay relief motion from Flores and emails with co-counsel and state court counsel re same | .20 | 130.00 |
| 4/11/23 | RJW | B140 | | Review and make final changes to opposition/objection to motion for relief from stay and cause to file | .50 | 325.00 |
| 4/12/23 | RJW | B110 | | Attend weekly creditor's committee meeting | 1.00 | 650.00 |
| 4/12/23 | RJW | B320 | | Receive and review several filings relating to motion for approval of procedures and sale process and emails from committee members re same | .20 | 130.00 |
| 4/12/23 | AMP | B110 | | Conduct research re KERP motions within district | .20 | 110.00 |
| 4/13/23 | RJW | B120 | | Emails with Laura and Brian re 2004 examinations of McAlary and the Debtor and approve edits to same | .50 | 325.00 |

2

# McDONALD CARANO LLP
_____

Invoice No. 12463786
May 9, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 4/13/23 | RJW | B110 | | Prepare and file stipulation to extend time to respond to debtor's various motions | .20 | 130.00 |
| 4/13/23 | BAG | B120 | | Review draft 2004 examination applications and return thoughts/suggested edits on same to Ryan Works; revise application for 2004 examination and order in support of same re both the Debtor and Christopher McAlary; draft notices of taking the examinations of both the Debtor and Christopher McAlary | 1.60 | 480.00 |
| 4/14/23 | RJW | B310 | | Emails with Laura Miller re discovery issues and draft 2004 examination applications/notices | .20 | 130.00 |
| 4/17/23 | RJW | B110 | | Research Key Employee Retention Plan cases and forward same to co-counsel | .50 | 325.00 |
| 4/18/23 | RJW | B110 | | Prepare for and attend weekly committee call | 1.00 | 650.00 |
| 4/20/23 | RJW | B160 | | Multiple communications with A. Perach in preparation for hearings on applications for employment re MC LLP, FTI and S&K | .50 | 325.00 |
| 4/20/23 | AMP | B160 | | Prepare for and attend hearings on employment applications (2); review and revise orders granting same (.3) | 2.30 | 1,265.00 |
| 4/20/23 | BAG | B130 | | Review and Revise Stipulation Extending Challenge Period Set Forth in Final DIP Order | .40 | 120.00 |
| 4/20/23 | BAG | B130 | | Draft Order Granting Stipulation Extending Challenge Period Set Forth in Final DIP Order | .30 | 90.00 |
| 4/20/23 | BAG | B130 | | Confer with Amanda Perach re 2004 examinations | .20 | 60.00 |
| 4/20/23 | BAG | B160 | | Exchange emails with NY Counsel re Stipulation Extending Challenge Period Set Forth in Final DIP Order | .10 | 30.00 |
| 4/20/23 | BAG | B130 | | Exchange emails with NY counsel re applications for 2004 examinations | .10 | 30.00 |
| 4/21/23 | AMP | B160 | | Finalize orders granting employment applications re S&K, McDonald Carano and FTI | .20 | 110.00 |
| 4/21/23 | BAG | B120 | | Exchange emails with lead counsel re 2004 examinations (.3); revise and finalize applications and orders relating to the examination of Chris McAlary and the Custodian of Records of the Debtor (.5); | .80 | 240.00 |
| 4/21/23 | BAG | B130 | | Exchange emails with lead counsel re stipulation to exceed time to challenge the DIP order (.1); confer and exchange emails with Amanda Perach re same (.2) | .30 | 90.00 |
| 4/21/23 | BAG | B160 | | Review time entries and apply Task Codes (.4); exchange emails with Ryan Works re | 1.10 | 330.00 |

# McDONALD CARANO LLP

_____

Invoice No. 12463786
May 9, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | monthly fee statement (.1); work with accounting re same (.4); begin preparation of monthly fee statement | | |
| 4/23/23 | BAG | B160 | | Continue preparation of the monthly fee statement backup documentation (.4); draft initial monthly fee statement (.2) | .60 | 180.00 |
| 4/24/23 | RJW | B110 | | Attend weekly call with all professionals | .70 | 455.00 |
| 4/24/23 | RJW | B180 | | Receive and review stipulation extending the challenge deadline set forth in the final DIP order and approve for filing and uploading of the order granting same | .40 | 260.00 |
| 4/24/23 | BAG | B160 | | Continue preparing backup documentation for McDonald Carano's initial fee statement | .40 | 120.00 |
| 4/24/23 | BAG | B120 | | Review emails re signatures to stipulation extending deadline to challenge (.1); revise and finalize same (.2); finalize and file same | .50 | 150.00 |
| 4/25/23 | RJW | B320 | | Attend weekly committee call to go over bids for approval and auction process | 1.00 | 650.00 |
| 4/25/23 | BAG | B120 | | Exchange emails with NY counsel re 2004 examinations | .20 | 60.00 |
| 4/26/23 | RJW | B320 | | Prepare for and attend hearing on application for approval of stalking horse and bidding/sale procedures | .30 | 195.00 |
| 4/27/23 | RJW | B110 | | Receive and review orders approving employment of professionals for the committee and several other filings in case and give cursory review to same | .50 | 325.00 |
| 4/28/23 | RJW | B160 | | Review and make changes to first monthly interim fee application and exhibits thereto | .50 | 325.00 |
| 4/28/23 | RJW | B110 | | Emails and call with Catherine LoTempio re status, update and issues going forward in case | .20 | 130.00 |

Current Professional Services $ 10,745.00

### SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Brian Grubb | Paralegal | 300.00 | 6.60 | 1,980.00 | .00 |
| Amanda Perach | Partner | 550.00 | 2.70 | 1,485.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 11.20 | 7,280.00 | .00 |
| Total | | | 20.50 | $ 10,745.00 | $ .00 |

# McDONALD CARANO LLP

_____

Invoice No. 12463786
May 9, 2023

**EXPENSES**

| Description | Amount |
|---|---:|
| Postage | 16.45 |

| | |
|---|---:|
| Current Expenses | $ 16.45 |

| | |
|---|---:|
| TOTAL THIS INVOICE | $ 10,761.45 |

# McDONALD CARANO LLP

_____

Invoice No. 12463786
May 9, 2023

**INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | .00 | 23,340.18 |

| | |
|---|---|
| Outstanding Balance | $ 23,340.18 |
| Current Invoice | $ 10,761.45 |
| **TOTAL BALANCE DUE** | **$ 34,101.63** |



FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee  
DO NOT MAIL  
DO NOT MAIL  
McDonald Carano LLP c/o Ryan J. Works  
2300 West Sahara Avenue, Suite 1200  
Las Vegas, NV  89102

Invoice No. 12463786  
May 9, 2023

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2023:

**Re:** Client.Matter: 32568 - 1  
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

---

| | |
|---|---|
| Balance Due This Invoice | $ 10,761.45 |
| Balance Outstanding | $ 23,340.18 |
| **TOTAL BALANCE DUE** | **$ 34,101.63** |

---

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**  McDonald Carano LLP  
Please return this page with payment    P.O. Box 2670  
    Reno, Nevada 89505

**For payment by wire or ACH:**    Nevada State Bank  
Please email wire confirmation to    1 West Liberty Street  
accounting@mcdonaldcarano.com    Reno, Nevada 89501  
    McDonald Carano LLP  
    Account No. 0542004190  
    Routing No. 122400779  
    Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:**  www.mcdonaldcarano.com/online-payments/

**PAYMENT IS DUE UPON RECEIPT**