UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

### CERTIFICATE OF SERVICE

I, Alvaro Salas Jr., depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On June 7, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Entry of Order Granting Fourth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 632)

- **Notice of Entry of Order Granting Fifth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 633)

- **Notice of Entry of Order Granting Sixth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 634)

- **Notice of Entry of Order Granting Seventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 635)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

Additionally, on June 7, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of Entry of Order Granting Fourth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 632)

Additionally, on June 7, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**:

- **Notice of Entry of Order Granting Fifth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 633)

Additionally, on June 7, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**:

- **Notice of Entry of Order Granting Sixth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 634)

Additionally, on June 7, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit F**:

- **Notice of Entry of Order Granting Seventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 635)

Dated: June 8, 2023

*/s/ Alvaro Salas Jr.*
Alvaro Salas Jr.
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 720.792.9194
Email: TeamCoinCloud@stretto.com

# **Exhibit A**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | Box 551220 | Las Vegas | NV | 89155-1220 |
| Franchise Tax Board | Bankruptcy Section, MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| Texas Workforce Commission | Regulatory Integrity Division - SAU | 101 E. 15th Street | Room 556 | Austin | TX | 78778-0001 |

# **Exhibit B**



## Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Armondo Redmond | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson & Carrie Thomas | | cemery@avtechcapital.com; jrobertson@avtechcapital.com |
| Black Hole Investments LLC f/k/a EZ Coin LLC | Attn: Zachary Chaltiel and Edouard Chaltiel | | zach@victoireventures.com |
| Black Hole Investments, LLC formerly known as EZ Coin, LLC | c/o Black & Wadhams | Attn: Brigid M. Higgins | bhiggins@blackwadhams.law |
| Brookfield Retail Properties, Inc. | c/o Kaempfer Crowell | Attn: Louis M. Bubala III | lbubala@kcnvlaw.com |
| CAL'S CONVENIENCE, INC | Attn: Ray Harrison and Marcia Rigg | | Ray.Harrison@calscstores.com |
| Cennox Reactive Field Services LLC | Attn: Michael Goggans | | legal@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | Attn: Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. | ccarlyon@carlyoncica.com; dcica@carlyoncica.com; tosteen@carlyoncica.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Jordi Guso | jguso@bergersingerman.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Scott Jablonski & Mitchell W. Goldberg | sjablonski@bergersingerman.com; mgoldberg@bergersingerman.com |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Attn: Jeffery R. Sylvester, Esq. | Jeff@sylvesterPolednak.com |
| Cole Kepro International, LLC | Attn: Andrew Cashin & Frederick Cook | | info@colekepro.com; fred@colekepro.com |
| Cole Kepro International, LLC | c/o Lewis Roca Rothgerbe Christie LLP | Attn: Ogonna M. Brown, Esq. & Dan R. Waite, Esq. | OBrown@lewisroca.com |
| Cole Kepro International, LLC | c/o Taft Stettinius and Hollister, LLP | Attn: David Z. Adler, Esq., Paul R. Hage | phage@taftlaw.com |
| Department of Treasury - Internal Revenue Service | | | mary.b.savilla@irs.gov; Priscilla.A.Burks@irs.gov |
| Deployment Logix Inc. | Attn: Ken Rogers | | ken.rogers@deploymentlogix.com |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | Attn: Gary Lee & Andrew Kissner | glee@mofo.com; akissner@mofo.com |
| Enigma Securities Limited | c/o Shea Larsen | Attn: James Shea, Esq., Bart Larsen, Esq., Kyle Wyant, Esq. | kwyant@shea.law; blarsen@shea.law; jshea@shea.law |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | | baxelrod@foxrothschild.com; zwilliams@foxrothschild.com |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | Attn: Sean O'Neal, Michael Weinberg, & Jan VanLare | soneal@cgsh.com; mdweinberg@cgsh.com; jvanlare@cgsh.com |
| Genesis Global Holdco, LLC | c/o Snell and Wilmer LLP | Attn: Robert Kinas, Blakeley Griffith, and Charles Gianelloni | rkinas@swlaw.com; bgriffith@swlaw.com; cgianelloni@swlaw.com |
| Good 2 Go Stores LLC | Attn: General Counsel | | ecflukast@hollandhart.com; John.pearson@good2gostores.com |
| Internal Revenue Service | Attn: Mary Sevilla | | mary.b.savilla@irs.gov; priscilla.a.burks@irs.gov |
| Luis Flores | c/o Andersen & Beede | Attn: Ryan A. Andersen and Valerie Y. Zaidenberg | ryan@aandblaw.com; valerie@aandblaw.com |



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Lux Vending, LLC dba Bitcoin Depot | c/o Carlton Fields, P.A. | Attn: Adam P. Schwartz | aschwartz@carltonfields.com<br>amaranto@carltonfields.com |
| Lux Vending, LLC dba Bitcoin Depot | c/o Holley Driggs | Attn: Stacy H. Rubin | srubin@nevadafirm.com<br>oswibies@nevadafirm.com |
| National Services, LLC | c/o Hodges, Doughty, & Carson | Attn: Matthew Graves | mgraves@hdclaw.com |
| Official Committee of Unsecured Creditors | c/o McDonald Carano LLP | Attn: Ryan J. Works & Amanda M. Perach | aperach@mcdonaldcarano.com<br>rworks@mcdonaldcarano.com |
| Official Committee of Unsecured Creditors | c/o Seward & Kissel LLP | Attn: John R. Ashmead, Esq., Robert J. Gayda, Esq., Catherine V. LoTempio, Esq., Andrew J. Matott, Esq. | ashmead@sewkis.com<br>gayda@sewkis.com<br>lotempio@sewkis.com<br>matott@sewkis.com |
| OptConnect Management LLC | c/o Law Office of Brian D. Shapiro, LLC | Attn: Brian D. Shapiro, Esq. | brian@brianshapirolaw.com |
| OptConnect MGT, LLC | c/o Dechert LLP | Attn: Craig Druehl | craig.druehl@dechert.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| RocketItCoin, LLC | c/o Ghandi Deeter Blackham | Attn: Shara L. Larson | shara@ghandilaw.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. | | rtucker@simon.com |
| Spec's - Parent | Attn: Ryan Holder | | rholder@specsonline.com |
| Trangistics, Inc. | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | | Edward.M.McDonald@usdoj.gov<br>jared.a.day@usdoj.gov |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Esq. | rgold@fbtlaw.com |

# **Exhibit C**



# Exhibit C
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 40th Convenience Store | Attn: Mohamad urhan Khateeb | 263 E 40th St | | | San Bernardino | CA | 92404 |
| ABAL, LLC dba Citistop | Attn: Al Singh | 420 Executive Park | | | Asheville | NC | 28801 |
| Alex & Yvonne Schmunk Inc | Attn: Scott Schmunk | 310 Main | | | Bridgeport | NE | 69336 |
| Ameripawn Inc | Attn: Greg Engstrom | 1415 E Lincolnway | | | Valparaiso | IN | 46383 |
| Ameripawn Inc | Attn: Greg Engstrom | 2435 Monroe St | Ste C | | La Porte | IN | 46350-5264 |
| Avalon Hotel and Convention Center | Attn: Ramesh Diora | 16 W 10th St | | | Erie | PA | 16501 |
| Avalon Wireless #1 | Attn: Ziad Reda | 829 N. Avalon Blvd | | | Wilmington | CA | 90744 |
| B&B Wireless LLC | Attn: Sung H Lee; Shawn Lee | 4606 Memorial Drive | | | Decatur | GA | 30032 |
| Bensu Electronics Inc. | Attn: Daniel Bensusan | c/o Experimax David | 5810 S University Dr | ##B105 | Davie | FL | 33328 |
| Best Wash Roxana | Attn: Rebecca Unnerstall | 100 Unnerstall Trl | | | Alton | IL | 62002 |
| Booja Wireless | Attn: Ki Suk Lee | 1634 Gordon Hwy | | | Augusta | GA | 30909 |
| Brothers Market | Brother Market OPS LLC | Attn: Scott Edwards | 12345 University Ave | Suite 200 | Clive | IA | 50325 |
| BW Gas & Convenience Holdings, LLC | Attn: Derek Gaskins | 138 Conant Street | | | Beverly | MA | 01915 |
| Casey's Marketing Company, Inc. | Attn: Tom Brennan | 1 SE Convenience Blvd | | | Ankeny | IA | 50021 |
| Charlie's Mini Market | Attn: Sam Chander | 630 Ave Jorge Sanes | | | Carolina | PR | 00983 |
| CJ Wireless | Attn: Jae Phil Jung | 9075 Van Nuys Blvd | | | Panorama City | CA | 91402 |
| Convenience Enterprise LLC | Attn: Saroj Gautam | c/o 7th Heaven Discount Store | 1100 N Morley Street | | Moberly | MO | 65270 |
| East Coast Mobile | Attn: John Durant & Sinai Garza | 4406 Market St | | | Wilmington | NC | 28401 |
| Electronmania | Attn: Kyongson Pak | 1083-B Market St. | | | San Francisco | CA | 94112 |
| Fresh Foods | Attn: Ben Dishman | 1656 Sycamore View | | | Memphis | TN | 38134 |
| G Mobile | Attn: Guillermo Peralta | 1872 Southwestern Ave | | | Los Angeles | CA | 90006 |
| GF Buche Co | Attn: RF Buche | 102 S Main | | | Wagner | SD | 57380 |
| Golden Dollar Inc | Attn: Ahmed Elsayed | 7153 Ogontz Ave | | | Philadelphia | PA | 19138 |
| Hari Om 5, LLC | Attn: Krunal Vijay Patel | c/o Shell Gas & Mart | 35 Rebecca St | | Mathiston | MS | 39752 |
| JC Business Investments Inc. | Attn: Thakur Jeetendra | 5235 W Davis St #101 | | | Dallas | TX | 75211 |
| Lewis Drugs Inc. | Attn: Mike Rath | 2701 S. Minnesota Ave. Suite #1 | | | Sioux Falls | SD | 57105 |
| Liberty Wireless of NC Inc | c/o Liberty Wireless 1 | Attn: Mohammad Almersal | 3321 Freedom Dr | | Charlotte | NC | 28208 |
| Liberty Wireless1 | Attn: Shiraz Premjee and Mohammad Almersal | 2448 Freedom Dr | | | Charlotte | NC | 28217 |
| Lucky Mak's | Attn: Maher Makboul | 20567 SW Tualatin Valley Hwy. | | | Beaverton | OR | 97003 |
| Main Street Market | Attn: Hauvala Pitchforth | 15 W Main St | | | Ferron | UT | 84523 |
| Malcom Gas and Food LLC | Attn: Gurjeet Cheema | 203 Montezuma St | | | Malcom | IA | 50157 |
| Matts Hydroponics | Attn: Mathew G Marcoux | 206 E Main St | ##5 | | Milford | MA | 01757 |
| Midway Convenience Store | Attn: Tommie Bowers | 101 MS-404 | | | Grenada | MS | 38901 |
| Moxee Market LLC | Attn: Gurkarn Gill | PO Box 1134 | | | Moxee | WA | 98936 |
| My Choice Wireless | Attn: Alejandro Jarquin | 4036 West 4100 South | | | West Valley City | UT | 84119 |
| On The Fly | Attn: Mike Zehner | 10294 West Prairie Rd. | | | Boise | ID | 83714 |
| Pikachu's Wireless | Attn: Yolanda Chavarria; Jonathan Valiente | 2678 E. Florence Avenue | | | Huntington Park | CA | 90255 |
| POPS Mart Fuels LLC | Attn: David Taylor | 1806 State St | | | Cayce | SC | 29033 |
| Pueblo Latino LLC | Attn: Kilian J Deras-Galdamez | 2631 Cerrillos Rd | | | Santa Fe | NM | 87505 |
| STL Wireless Cell Phone, PC, and Tablet Repair Shop | Attn: Pedram Jamali | 12539 Bennington Place | | | St Louis | MO | 63146 |
| Surf's Up Computing | Attn: Christopher John Rohde | 707 Beville Road | | | Dayton Beach | FL | 32119 |
| Tarkanian Basketball Academy | Attn: Pepdi Porciuncula | 2730 S Ranch Dr | | | Las Vegas | NV | 89102 |
| Toot 'N Totum Food Stores, LLC | Attn: Greg Mitchell & Andrew Mitchell | 1201 S. Taylor St | | | Amarillo | TX | 79101 |
| Velasquez Group L.P. | Attn: Tom Velasquez | PO Box 767 | | | Wheeler | TX | 79096 |
| Wireless General | Attn: Sameer Ayad | 3646 General Degaulle Dr | | | New Orleans | LA | 70130 |
| Wireless Prepaid Group | Attn: LeAnn Stamper | 4136 Landover Lane | | | Raleigh | NC | 27616 |
| Yazan Bayyari DBA Big Mikes Food Mart | Attn: Azan Bayyari | 807 Cokey Rd | | | Rockymount | NC | 27801 |
| Zeen Wireless | Attn: Piras Shalabi | 554 Lapaclo Blvd | | | Gretna | LA | 70056 |

# **Exhibit D**



# Exhibit D
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 202 E Broadway St | Attn: Mohammad Gazi, Khald U Zaman Ornob | c/o Broadway Mini-Mart | 202 E Broadway St | | Eden | TX | 76837 |
| 2040 Fairfax Inc. | Attn: Dennis J. Delano | DBA Fairfax Market | 101 Parkshore Drive | Suite 100 | Folsom | CA | 95630 |
| 400 SLBW LLC | Attn: Pi Sei Chhem | 460 N Lamer | Suite 300 | | Dallas | TX | 75202 |
| 410 Main St | Attn: Orlando Figueroa | c/o Figaro's General Store | 410 Main St | | Boone | CO | 81025 |
| 440 Quick Stop | Attn: Nader Moussa | 725 NJ-440 | | | Jersey City | NJ | 07304 |
| 7 Bears Liquors | Attn: Isaac Gebreyesus | 17885 7th St E | | | St Paul | MN | 55119 |
| 8th & Corinth Food Mart LLC | Attn: Jarrell Donato | 1222 Commerce St | | | Dallas | TX | 75202 |
| A Selecta's Inc | Attn: Douglas Aparicio | 115 E 10th Street | | | Roanoke Rapids | NC | 27870 |
| AAA Food Mart | Attn: Kalpesh Pate | 9410 Taylorsville Rd | | | Louisville | KY | 40299 |
| Acme Liquor Store | Attn: Rupinder Kaur | 4314 Dollarway Rd | | | Pine Bluff | AR | 71603 |
| Acme Liquors | Attn: Gill Malkit Singh | 1023 Chalkstone Ave | | | Providence | RI | 02908 |
| Adelsons Inc. | Attn: Abdulhafed Ali | 2409 Persimmon Street | | | Wasco | CA | 93280 |
| Advance Repair 1 LLC | Attn: Adonis Parets | 2620 N University Dr | | | Sunrise | FL | 33322 |
| Airport Petroleum | Attn: Sajaaad Ahmid | c/o Janet Petroleum LLC | 5979 S Howell Ave | | Milwaukee | WI | 53207 |
| Aladdin Grill and Pizza | Attn: Mahmoud Tarha | 1723 Cumberland Ave | Suite B | | Knoxville | TN | 37916 |
| American Made Tattoo - Aiea | Attn: Gail Goodrich | 98-199 Kamehameha Hwy | #E3 | | Aiea | HI | 96701 |
| American Market | Attn: Jatinder S Parmar | 8580 Grand Ronde Rd | | | Grand Ronde | OR | 97347 |
| American Market #16 | Attn: Jatinder S Parmar | 705 S Empire Blvd | | | Coos Bay | OR | 97420 |
| Annapolis Super USA #002 | Attn: Abdul Ali | 1333 Thomas Ave W | | | St Paul | MN | 55104-2545 |
| Ash Street Laundry | Attn: Lisa Babcock | 1108 W Ash Street | | | Junction City | KS | 66441 |
| Ashutosai Ventures LLC | Attn: Rabin Basnet (Admin) Uttam Karki (Site Contact) | 4801 Miller Ave | | | Forth Worth | TX | 76119 |
| Associated Grocers of New England Inc | Attn: Tim Merrill; Joshua Button | c/o AG Supermarkets, Inc. | 11 Cooperative Way | | Pembroke | NH | 03275 |
| Associated Grocers of New England, Inc. | Attn: Andrew Costello; Elizabeth Sewell | c/o Bradford General Store | 450 Main Rd | | Bradford | ME | 04410 |
| Associated Grocers of New England, Inc. | Attn: Andrew Costello; Jessica Corliss | c/o A&A Market | DBA P&L Country Market | 514 Corinna Rd | Dexter | ME | 04930 |
| Associated Grocers of New England, Inc. | Attn: Christopher Moroon | c/o Green's Corner Market #10251 | 346 Whittier Highway | PO Box 349 | Moultonborough | NH | 03254 |
| Associated Grocers of New England, Inc. | Attn: David Champion; Rob Newcome | c/o Steaks N Staff Inc. | 14 Mechanic St | | Lincoln | ME | 04457 |
| Associated Grocers of New England, Inc. | Attn: David Sleeper | c/o Joseph Sleeper & Sons, Inc | 99 Lyndon St. | | Caribou | ME | 04736 |
| Associated Grocers of New England, Inc. | Attn: David Welch; Jane Welch; Matt Welch | c/o Family Market LLC | DBA Friends & Family Market | PO Box 193, 300 State St | Ellsworth | ME | 04605 |
| Associated Grocers of New England, Inc. | Attn: David Welch; Laurie Cole | c/o Village Market | 95 Main St | | Fairfield | ME | 04937 |
| Associated Grocers of New England, Inc. | Attn: Gerald Violette | c/o Jerrys Thriftway | 63 Hoolton St | | Island Falls | ME | 04747 |
| Associated Grocers of New England, Inc. | Attn: James Xenakis | c/o Midtown Market | 701 Salem St | | North Andover | MA | 01845 |
| Associated Grocers of New England, Inc. | Attn: Jamie Wallace | c/o Lennie's Superette | 2201 Medway Road | | Medway | ME | 04460 |
| Associated Grocers of New England, Inc. | Attn: John Hafford | c/o Seasons Restaurant | 427 Main Street | | Bangor | ME | 04401 |
| Associated Grocers of New England, Inc. | Attn: Kieth Adams; Linda St. Peter | c/o Applebees Superette | 248 Cardville Rd | PO Box 74 | Greenbush | ME | 04418 |
| Associated Grocers of New England, Inc. | Attn: Michael Daley; Kyle Daley | c/o Solomons Store #10016 | 32 Main St | PO Box 189 | W. Stewartstown | NH | 03597 |
| Associated Grocers of New England, Inc. | Attn: Vincent Vallano | c/o M&V Conveinence | 2250 Rte 16 | PO Box 88 | Wossipee | NH | 03890 |
| Associated Grocers of New England, Inc. | c/o Delay's Harvester Market | 783 Forest Road | | | Greenfield | NH | 03047 |
| Associated Grocers of New England, Inc. | c/o The New Harvester Market | 100 Bradford Rd | PO Box 490 | | Henniker | NH | 03242-0490 |
| Auto Biz Repair Service Center | Attn: Richard Lam | 709 Ahua St | | | Honolulu | HI | 96819 |
| Base Group Enterprises Inc. 2 | Attn: Sharvan Khullar | 1710 E Nob Hill Blvd | | | Yakima | WA | 98901 |
| Bawnan Enterprises Inc. | Attn: Charles Smith | 500 E Runnel Street | | | Mineral Springs | AR | 71851 |
| Beilul LLC | Attn: Tsegay Hailemariam | 4411 S Mead St | | | Seattle | WA | 98118 |
| Best Wash Cahokia | Attn: Rebecca Unnerstall | 100 Unnerstall Trl | | | Alton | IL | 62002 |
| Bhullar Enterprises LLC | Attn: Hardeep Singh | 829 S Corinth St | | | Dallas | TX | 75203 |
| Big City Styles | Attn: Julius Wilkerson | 114 S 1st Street | | | Louisville | KY | 40202 |
| Bkp Inc | Attn: Dash V Patel | 110 Southville Rd | | | Southborough | MA | 01772 |
| Blazin Steaks | Rpe Eats Inc DBA Blazin Steaks Pearl Kai | Attn: Reginald Espinosa | 98-199 Kamehameha Hwy Ste B-8 | | Aiea | HI | 96701 |
| Blue Ridge BP | Attn: Kanubhai Patel | 181 West First Street | | | Blue Ridge | GA | 30513 |
| Bodach's Games LLC | Attn: John Merz | 7201 S Broadway | | | St. Louis | MO | 63111 |
| Boost Mobile | | 2439 Northgate Blvd | | | Sacramento | CA | 95833 |
| Burn Culture Vape, CBD and Kratom | Attn: Sasan Landers | 5925 E Admiral Pl | | | Tulsa | OK | 74115 |
| CAE & Enterprises, LLC | Attn: Carlos Castro Fernandez | 405 Prospect Rd | | | Oakland Park | FL | 33309 |
| California Liquors | Attn: Miguel Fernandez Tavarez | 84 Union Avenue | | | Providence | RI | 02909 |
| Campus Phone Repair | Attn: Edward Penta & Shahin Nelson Brzroudipour | 1525 W. Tennessee Street | Suite 204 | | Tallahassee | FL | 32304 |
| Capital Coin and Bullion, LLC | Attn: Chad Ervin Tyson | 7304 Burnet Road | | | Austin | TX | 78757 |
| Carolina Super Mart | Attn: Gulbida Nasreen and Zohaib Muhammad | 2004 Randleman Rd | | | Greensboro | NC | 27406 |
| Cascade Cleaners | Attn: Peter Chulmin, Yoo | 11350 NE Halsey Street | | | Portland | OR | 97220 |
| Catanga River Corp dba Food City | Attn: Zac Sclar | PO Box 399 | | | Lewiston | ME | 04243 |
| Cell Phone Hop LL - Repair Miami | Attn: Steven Mena | 454 SW 8th Street | | | Miami | FL | 33130 |
| Cell Phone Mania | Attn: Jorge G. Blakeley | 152 S State St | | | Orem | UT | 84057 |
| Cell Phone Repair | Attn: Samundra Thapaliya | 3047 Old Orchard Lane | | | Bedford | TX | 76021 |
| Cell Tech Repair LLC | Attn: Kumantas Bagdel | 133 Danbury Rd | | | New Milford | CT | 06776 |
| Cellphone Fix Pro, Corp | Attn: John Kemp & Yessica Villatoro Velasquez | 278 FL-7 | | | Margate | FL | 33063 |
| Chadi Boutros [Boutros Bros Inc] | | 5406 Plymouth Street | | | Jacksonville | FL | 32205 |



**Exhibit D**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Cheema Supermarket | Attn: Nusrat Cheema | 562 Cambridge St | | | Boston | MA | 02134 |
| Cheers Wine and Spirits LLC | Attn: Dadwal Amandeep Singh | 8333 W Morgan Av | | | Milwaukee | WI | 53220-1037 |
| Choice Gas | Attn: Karim Sereis | 7900 Fruitridge Road | | | Sacramento | CA | 95820 |
| CJ's Convenience Store LLC | Attn: Jody Gene Sylvester | 107 N. 1st Street | | | Elkader | IA | 52043 |
| Clif's Cleaners | Attn: Gina Davis | 4304 Pike Ave. | | | North Little Rock | AR | 72118 |
| Cottage Grove LLC | Attn: James Slott | 1593 Plainfield Ave. NE | | | Grand Rapids | MI | 49505 |
| Craig's EZ - 2 - Pawn | | 1001 N Roan St | | | Johnson City | TN | 37601 |
| Cullen Williams Corporation dba Meadow Gas N. Go Conoco | Attn: Rex Williams | 370 N. Main Street | | | Meadow | UT | 84644 |
| Delta Jubilee | Attn: Jake Sentker | 377 W. Main St. | | | Delta | UT | 84624 |
| Dollars Plus and More LLC | Attn: Shatanie Brewer and Keith Brewer | 2736 Rapids Way | | | Akron | OH | 44312 |
| Donnie's Tobacco Shop LLC | Attn: Jeremiah Wesley Dale Brown | 3381 Us Hwy 117 S | | | Burgaw | NC | 28425 |
| Dry Clean City of Johnson City, LLC | Attn: Keith Mijeski | 204 Sunset Dr | | | Johnson City | TN | 37604 |
| Duckweed Liquors Channelside | Attn: Derek Gaskins & Pavan Kumar Pediredla | 117 N 12th St | | | Tampa | FL | 33602 |
| Duyst Flyers | Attn: Michael Duyst | 515 S Lovers Ln | | | Visallia | CA | 93292 |
| DYD Trading | Attn: Daweit Geremew | 4401 S Capitol St SW | | | Washington | DC | 20032 |
| Electric Underground | Attn: Matthew Schneider | 1305 W Bremer Ave | | | Waverly | IA | 50677 |
| Elite P and P Enterprises LLC | Attn: Prabin Kanaujiya | 18918 Midway Rd | Ste 124 | | Dallas | TX | 75287 |
| Ethio Mart | Attn: Jared Alemu Girma | 10919 Shawnee Mission Pkwy | | | Shawnee | KS | 66203 |
| Express Mart I Food Store | Attn: Gurnam Singh | 5071 24th St | | | Sacramento | CA | 95822 |
| E-Z Cash Payday Loans | Attn: Kristie Reed | 1656 Sycamore View Road | | | Memphis | TN | 38134 |
| Fadeone LLC | Attn: Jot Singh | c/o Fadeone Barbershop | 109 N 17th St | | Boise | ID | 83702 |
| Five Star Grocery #2 | Attn: Fady Fanous | 3582 NC-39 Hwy North | | | Louisburg | NC | 27549 |
| Flow's Pharmacy | Attn: Amanda Haase | 1506 E Broadway 118 | | | Columbia | MO | 65201 |
| Food Fair Supermarket | Attn: Thad Glynn | 301 N 14th St | | | Rich Hill | MO | 64779 |
| Fort Wayne Halal Market | Attn: Khalil Ahmad Abdullah | 2326 Hobson Rd | | | Fort Wayne | IN | 46805 |
| Fresco Market North Haven Inc. | Attn: Michael Di Chello | 342 Washington Ave | | | North Haven | CT | 06473 |
| Friendly's Sports Bar - South County | Attn: Dennis Domachowski | 3971 Bayless Ave | | | St Louis | MO | 63125 |

# **Exhibit E**



# Exhibit E
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Frisella Laundormat LLC | Attn: Michael Frisella | 8623 Big Bend | | | St. Louis | MO | 63119 |
| Fuel Centers Environmental Management LLC dba DFW Oil Energy LLC | Attn Sami N Ebrahim and Essam Shehata | 1111 N Belt Line #100 | | | Garland | TX | 75040 |
| Gamer Gas & Groceries | Attn: Kirubel Tekle | 4105 Taylor Blvd Ste B | | | Louisville | KY | 40215 |
| Gators Computers LLC | Attn: William Mcneel | 89 North Columbus Ave | | | Louisville | MS | 39339-2600 |
| Gators in Philadelphia | Attn: William McNeel | 89 North Columbus Ave | | | Louisville | MS | 39339-2600 |
| Get Pro Tech Inc. | Attn: Fiaz Ahmad | 1604 7th Street Moline II | | | Moline | IL | 61265 |
| Gizmos Mini Mart LLC | Attn: Hanif Brown | 200 W Liberty St Ste 2110 | | | Louisville | KY | 40202-2491 |
| Global Postal Center | Attn: Kenneth Villacorta | 21704 Devonshire St | | | Chatsworth | CA | 91311 |
| Good 2 Go Auto Group LLC | Attn: Ryan Ansley | 2245 W Sugar Creek Rd | | | Charlotte | NC | 28262-3142 |
| Good Time Liquors | Attn: Aaron Klunthong | 5805 N 56th St | | | Tampa | FL | 33610 |
| GoodSpot, LLC | Attn: Mazen T Mustafa | 2201 W National Ave | | | Milwaukee | WI | 53204 |
| Greek Plate Gyro's | Attn: Brian Balla | 811 Market St | | | Chattanooga | TN | 37402 |
| Hala Express, LLC | Attn: Mansoor Fadel | 1791 Magnolia Drive | | | Macon | MS | 39341-2036 |
| Hammerhead Tattoo | Attn: Benjamin Duarte | 2521 S Archer Ave | | | Chicago | IL | 60608 |
| Hendorson Oil Co. | Attn: John Haigh | 745 Ashe St | | | Hendersonville | NC | 28792 |
| High Touch Pharmacy, LLC | Attn: Zalak Y Shah | 344 W Grand Street | | | Elizabeth | NJ | 07202 |
| Hilo Loan Shop | Attn: Michael Smallwood | 64 Mamo St | | | Hilo | HI | 96720 |
| HKR Inc | Attn: Harpal Singh | 4315 West Dickman Rd | | | Springfield | MI | 49037 |
| Hock It to Me Pawn | Attn: Kory Simmons | 526 Lousiana Blvd SE | | | Albuquerque | NM | 87108 |
| Holi Water LLC | Attn: Dante Orpilla | 114 Kamehameda Ave | | | Hilo | HI | 96720 |
| Hop-In | Attn: Ashwin Pokharel | 214 E Walnut Street | | | Coleman | TX | 76834 |
| Hopkins Liquor Store | Attn: Chanmakara Lee | 712 11th Ave S | | | Hopkins | MN | 55343 |
| Hutchinson Oil Company, LLC | Attn: Brian Hutchinson | PO Box 767 | | | Elk City | OK | 73648 |
| iBuy4Resale, Inc | Attn: David Kosciusko | 1530 Mineral Spring Ave | | | North Providence | RI | 02904 |
| Independence Mall Holding, LLC | Attn: Matt Ilbak | 18801 East 39th St S | Ste 2035 | | Independence | MO | 64057 |
| iPhix I.T. LLC | Attn: Dustin Peterson | 516 Church St | | | Ottumwa | IA | 52501 |
| ISA Food Inc. | Attn: Arshadullah Falah | 2610 N 40th St | | | Tampa | FL | 33605 |
| J2Z Ventures LLC | Attn: Rahim Bahadur Ali Jindani | 4050 Haltom Rd | | | Haltom City | TX | 76117 |
| Jay Gurudev LLC | Attn: Prafulbhai C Patel | 1130 Springdale Rd | | | Rock Hill | SC | 29730 |
| JAY RAJ INC DBA Central Warehouse Liquor | Attn: Tarun Patel | 1060 Broad St | | | Central Falls | RI | 02863 |
| John A. Spencer Oil Company Inc. | Attn: John Spencer | 3080 Kernersville Rd | | | Winston-Salem | NC | 27107 |
| Kanta LLC | Attn: Baljinder Singh | 110 W Stockbridge Site B | | | Kalamazoo | MI | 49001 |
| Kartaar AAG, Inc. | Attn: Gurwinder Singh | 1366 Portage Street | | | Kalamazoo | MI | 49001 |
| Ken's SuperFair Foods | Attn: Paul Vetch | 2105 6th Ave SE | | | Aberdeen | SD | 57401 |
| Keys Technology Services Inc | Attn: Piotr Staniak | 916A Kennedy Dr | | | Key West | FL | 33040 |
| Killeen Mall | Attn: Bruce H Wood | 2100 South WS Young Drive | | | Kileen | TX | 76543 |
| King's Mart Inc. | Attn: Mahmmd Badwan | 1551 Hartman Ln | | | Belleville | IL | 62221 |
| Kirby Food and Liquor | Attn: Lenish Kumar | 303 Cedar St | | | Champaign | IL | 61820 |
| Kona Reef Liquor and Deli | Attn: Allan Lee | 75-6082 Ali'i Dr | | | Kailua Kona | HI | 96740 |
| Krikar LLC | Attn: Karthik Bharadwaj Pothumachi | 1940 N Farwell Ave | | | Milwaukee | WI | 53202 |
| Kut Above Barber Shop | Attn: Ryan Ansley | 2245 W Sugar Creek Rd | | | Charlotte | NC | 28262-3142 |
| L&A Music & Pawn LLC | Attn: Tony Langley | 6215 Bells Ferry Rd | Suite 300 | | Acworth | GA | 30102 |
| Lavanderia Abuelos, LLC | Attn: Levi Roy Wood | 506 S Nursery Rd | Ste 100 | | Irving | TX | 75060 |
| Lavender Laundromat | Attn: Chandrabhanu Ranaweera | 15330 Meadow Rd | | | Lynwood | WA | 98087 |
| Liberty Wireless of NC Inc | c/o Liberty Wireless 1 | Attn: Mohammad Almersal | 3321 Freedom Dr | | Charlotte | NC | 28208 |
| LifeLine Repairs, Inc. | Attn: Matt McGee | 3220 Cobb Pkwy | | | Atlanta | GA | 30339 |
| Lionhart Capital dba Richland Mall Holdings | | 2209 Richland Mall | | | Mansfield | OH | 44906 |
| Liquor Palace DBA A One Liquor Inc | Attn: Zalak Patel | 3415 Breckenridge Ln | | | Louisville | KY | 40220 |
| M&A Enterprises Inc. | Attn: Sharvan Khullar | 20 Merlot Dr. | | | Prosser | WA | 99350 |
| Maa Baba Alliance LLC | Attn: Syeda Jahan | 12201 N Florida Ave | | | Tampa | FL | 33612 |
| Mac Food Mart-Brookwood | Attn: Ray McIntosh | 10317 Buffton Rd | | | Fort Wayne | IN | 46809-3026 |
| MACNARB DVD LLC | Attn: Gregory Spanier | 1505 OldField Dr | | | Gautier | MS | 39553-7517 |
| Mail Central Services | Attn: Troyekia Wynn | 4813 Ridge Rd #113 | | | Douglasville | GA | 30134 |
| Maruti 101 Corporation | Attn: Tejas Prabhudas Patel | 4193 Hamilton Cleves Rd | | | Fairfield | OH | 45014 |
| Mayflower Emerald Square LLC | Attn: Kenneth W Hamilton | c/o Jones Lang LaSalle Americas Inc | 14190 Collections Center Drive | | Chicago | IL | 60693 |
| Maynard's Food Center | Attn: Gary Carlson | 627 1st Ave | | | Westbrook | MN | 56183 |
| Mccurdy's Liquor | Attn: Rupinder Kaur | 5700 Dollarway Rd | | | Pinebluff | AR | 71602 |
| Miguel Barcenas | c/o Deco Facil | 1238 S Beach Blvd | Suite G | | Anaheim | CA | 92804-4828 |
| Miska's Corner Store | Attn: Pritesh Patel | 365 E North Ave. | | | Glendale Heights | IL | 60139 |
| Monroe High Mart LLC | Attn: Youssef Alnhlaw | 172 Main St | | | Monroe | CT | 06468 |
| Moser's | Attn: Denny Lee | 900 North Keene | | | Columbia | MO | 65201 |



## Exhibit E
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Mountain Liquor Stores 1& 2, LLC | Attn: Manuel Torres | 912 Texas Ave | 3710 Shepperd | Apt B | El Paso | TX | 79904 |
| MS Prosser Group LLC | Attn: Sharvan Khullar | 1232 Meade Ave | | | Prosser | WA | 99350 |
| N and N Inc dba Southeast BP | Attn: Prithvi Raj | 8000 Garners Ferry Rd | | | Columbia | SC | 29209 |
| Namira Fresh Food | Attn: Jorge Ledo | 1657 North Miami Avenue Unit D | | | Miami | FL | 33136 |
| National Alliance of Trade Associations, LLC | Attn: Aisheen Panjuani | c/o Eshal LLC DBA EzGo Mart | 1913 Anderson Hwy | | Cumberland | VA | 23040 |
| National Alliance of Trade Associations, LLC | Attn: Akbar Ali | c/o County Corner Stores Inc DBA D'Amores Market | 4814 Broad St Rd | | Louisa | VA | 23093 |
| National Alliance of Trade Associations, LLC | Attn: Akbar Au | c/o Country Corner Store LLC | c/o Taylors Cafe | 1924 Sandy Hook Rd | Goochland | VA | 23063 |
| National Alliance of Trade Associations, LLC | Attn: Altaf Kapadia | c/o Raas Inc. | 740 Adkins Rd | | N Chesterfield | VA | 23236 |
| National Alliance of Trade Associations, LLC | Attn: Altaf Kapadia | c/o RAAS Investments Ltd. | c/o Luckys | 2156 Huguenot Trail | Powhatan | VA | 23139 |
| National Alliance of Trade Associations, LLC | Attn: Altaf R. Kapadia | c/o Vintage Market Corporation | 3103 Scottsville Rd | | Charlottesville | VA | 22902 |
| National Alliance of Trade Associations, LLC | Attn: Amin Merchant | c/o Colonial Market Place | 3220 Blvd | | Colonial Heights | VA | 23834 |
| National Alliance of Trade Associations, LLC | Attn: Aziz Lalani | c/o ZNA Enterprises D/B/A Marion Corner Store | 824 Hwy 64 | | Marion | AR | 72364 |
| National Alliance of Trade Associations, LLC | Attn: Ed Rehmat | c/o Jerman Inc. | 624 Rasco Rd W | | South Haven | MS | 38671 |
| National Alliance of Trade Associations, LLC | Attn: Fahim Janmir | c/o Rownag Corp | c/o Stoneycreek Convenience Store | 12427 Booth Rd | Stony Creek | VA | 23882 |
| National Alliance of Trade Associations, LLC | Attn: Mr. Akbar | 14403 Walters Road | Suite 682016 | | Houston | TX | 77014 |
| National Alliance of Trade Associations, LLC | Attn: Muhammed Akhar | c/o Rise Investments LLC | 5495 Hwy 57 | | Rossville | TN | 38066 |
| National Alliance of Trade Associations, LLC | Attn: Naushad Ri Haiden | c/o Manhc Corp. | 513 W Euless Blvd | | Euless | TX | 76040 |
| National Alliance of Trade Associations, LLC | Attn: Nimira Surmawala | c/o Beer & Tobacco Inc. | 4788 Bethel Road | #102 | Olive Branch | MS | 38654 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar | c/o 4 Way Quick Stop | 103 N 5th St | | Scranton | AR | 72863 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar | c/o ASM Enterprise LLC | 6965 AR-22 | | Subiaco | AR | 72865 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar | c/o Diamond Liquor Enterprises LLC | 8200 Landers Road | | N Little Rock | AR | 72117 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar | c/o H S Gas n Go | 619 W Main St | | Heber Springs | AR | 72543 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar | c/o H&M Foodmart | 29 Pattons Road | | Wooster | AR | 72181 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar | c/o Monticello Express | 429 Hwy. 425 North | | Monticello | AR | 71655 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar | c/o Porkey's Foodman LLC | 25145 AR-109 | | Scranton | NJ | 72803 |
| National Alliance of Trade Associations, LLC | Attn: Rahul Kumar | c/oLondon Foodmart LLC | 10465 US-64 | | London | AR | 72847 |
| National Alliance of Trade Associations, LLC | Attn: Ramesh Nangunoori | c/o Anjali Investments LLC | 32862 State Hwy 37 | | Seligman | MO | 65745 |
| National Alliance of Trade Associations, LLC | Attn: Ramesh Nangunoori | c/o Package Liquors LLC | Country Package, 26131 Hwy 37 | | Washburn | MO | 65745 |
| National Alliance of Trade Associations, LLC | Attn: Ramesh Nangunoori | c/o PQ Mart LLC | Trojan PQ | 112 Old Wire Rd | Washburn | MO | 65772 |
| National Alliance of Trade Associations, LLC | Attn: Sadiq Sajwani | c/o Asia Petroleum LLC | DBA Al's Market Place | 3440 Anderson Hwy | Powhatan | VA | 23139 |
| National Alliance of Trade Associations, LLC | Attn: Shabir Kaba | c/o Slzee Inc T/A Horizon Food | 6141 Charles City Rd | | Richmond | VA | 23231 |
| National Alliance of Trade Associations, LLC | Attn: Suleman Shamsuddin | c/o Reliance & Reliance LLC | 17225 US-64 | | Somerville | TN | 38068 |
| R and A Wireless World Inc. | c/o Mobile One | Attn: Riyad Ahmad | 3680 W Oakland Park Blvd | | Lauderdale Lakes | FL | 33311 |

# **<u>Exhibit F</u>**



Exhibit F
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Neighborhood Liquor Mart | Attn: Humza Naeem Firoz | 3505 Lincoln Way | #Ste 105 | Ames | IA | 50014 |
| Northway Market | Attn: Sam Mutan, Hisham Mutan | 5590 Florrissant Ave | | St. Louis | MO | 63120 |
| NW Harbor International | Attn: Inna Mayorov | 3329 E. Sprague Avenue | | Spokane | WA | 99202 |
| Old Bandon Shell | Attn: Jonathan Duane Germany | 206 E Government Street | | Brandon | MS | 39042 |
| Old Hickory Express | Attn: Alaa Qaadan | 588 Old Hickory Blvd | | Jackson | TN | 38305 |
| One Stop Market | | 2185 Richmond Tappahannock Hwy | | Manquin | VA | 23106 |
| OSC PC Inc | Attn: Artem Trdatovich Oganyan | 12515 Oxnard St | | North Hollywood | CA | 91606 |
| P and N Pawn Shop | Attn: Christopher Scott Firebaugh | 1842 W Jefferson St | | Plymouth | IN | 46563 |
| PAB Holdings Inc. | Attn: Arthur Blikian | 13947 Chandler Blvd | | Sherman Oaks | CA | 91401 |
| Personalized Gifts DBA Quick Fix | Attn: Kashif Hafiz | 398 Northtown Dr NE | | Blaine | MN | 55434 |
| Pmall Wireless LLC | Attn: Khalid Ali Alkady | 1108 E Pontiac St | #3 | Fort Wayne | IN | 46803 |
| Prenger Foods | Attn: Amanda Prenger Halley | 902 E Briggs Dr | | Macon | MO | 63552 |
| Pro-Play Games LLC | Attn: George Machado | 13415 SW 73 Ter | | Miami | FL | 33183 |
| PSA LLC | Attn: Mayur Patel | 303 E Central Ave | | Comache | TX | 76442 |
| Rameshwaram LLC | Attn: Chetankumar Patel | 365 US-6 | | Genesco | IL | 61254 |
| RBJ Ventures LLC | Attn: Rahim Bahadur Ali Jindani | 6551 Blvd 26 | | North Richland Hills | TX | 76180-1525 |
| Resurrected Movies, Video Games and More | Attn: Troy Scott ARN | 2815 Guadalupe Suite #C | | Austin | TX | 78705 |
| Right Market #2 | Attn: Usami Abdullah, Usama Abdullah | 1028 Penn Ave | | Pittsburgh | PA | 15221 |
| Rios Wireless | Attn: Brenda Rios | 5530 Berchmans Ave | | Las Vegas | NV | 89122 |
| RJHY Enterprise LLC | Attn: Kanubhai Patel | 1002 Rabbit Run | | Hopkins | SC | 29061 |
| RSS UBSBB2012C4 - UT NMH, LLC | c/o The Woodmont Company | 2100 West 7th Street | | Fort Worth | TX | 76107 |
| RSS WFCM2013-LC12-MT RO LLC | c/o Jones Lang LaSalle Americas Inc. | 300 South 24th Street | | Billings | MT | 59102-5650 |
| Saint George Laundromat LLC | Attn: Sameh Lous | 1803 Brookvalley Pl | | Mount Juliet | TN | 37122-9217 |
| Sam F, Inc dba Oak Street Foodmart | Attn: Samir Faraj | 331 E Oak Street | | Louisville | KY | 40203 |
| Samreet Inc. | Attn: Parmjit Singh | 511 N 1st St | | Yakima | WA | 98901-2307 |
| Sam's Food Stores | Attn: Krupal M Soni | 389 Broadway | | Lawrence | MA | 01841 |
| Sam's Wireless TN Inc | Attn: Adel Saleh | 612 W Market St | | Bolivar | TN | 38008 |
| Saneha Enterprises Inc. | Attn: Malik Lalani | c/o Super Laundry City | 1120 E Parker Rd Ste 110 | Plano | TX | 75074-5374 |
| Savin Hill Wine and Spirits | Attn: Leykun Abay Abay | 1051 Dorchester Avenue | | Boston | MA | 02125 |
| Savita Inc. dba Nicks Food Mart | Attn: Kirti Patel | 1219 Lakeland Hills Blvd | | Lakeland | FL | 33805 |
| Sean Haggerty Smoke Shop | Attn: Mohammeddarwish Lulu | 11100 Sean Haggerty Dr | Ste 208 | El Paso | TX | 79934 |
| Shamrock Plaza Liquors | Attn: Makhan Shoker | 289 McKnight S | | St. Paul | MN | 55119 |
| Shana Cell Service | Attn: Sandra Vargas; Maria Bargas | 2004 East Charleston Blvd. | | Las Vegas | NV | 89104 |
| Shaw Gate Trading Post | Attn: Daniel E. Burkett | 5435 Broad St | | Sumter | SC | 29154 |
| Simply 3D Hawaii LLC | Attn: Darren Oshiro; Jonathan Pananganan | 94-1221 KA UKA Blvd | Ste 108-338 | Waipahu | HI | 96797-6202 |
| SM Gas Inc | Attn: Sarwan Singh | 13060 Jefferson Blvd | | Mishawaka | IN | 46545 |
| Southside Mini Mart LLC | Attn: Esam Saleh | 1939 S Highland Ave | | Jackson | TN | 38301 |
| Star West Metreon, LLC | Attn: Jeremiah Gregory | c/o Jones Lang LaSalle Americas Inc | PO Box 398057 | San Francisco | CA | 94139-8057 |
| Stars Investments LLC c/o Star Food Mart | Attn: Rajan Patel | 906 Peach St | | Selmer | TN | 38375 |
| Steve's Laundry Center LLC | Attn: Steven Hochstetler | 150 Family Fare Dr #2 | | Nappanee | IN | 46550 |
| Stop N Shop | Attn: Arshadullah Falah and Derek Gaskins | 2924 N 50th Street | | Tampa | FL | 33619 |
| Sumrall Doughnuts and Breakfast | Attn: Kelly Pich | 1220 MS-42 | | Sumrall | MS | 39482 |
| Sunshine Food Store | Attn: Thakur Jeetendra | 2401 S Carrier Pkwy | | Grand Prairie | TX | 75051 |
| T&T Rentals LLC | Attn: Tony Edward Tomlyanovich | 409 Main St | | Cedar Falls | IA | 50613 |
| Tech Doc's Depot | Attn: Mathew R Jackson | 209 N Central Ave | | Paris | IL | 61944 |
| Techy By Dr Phone Fix & Computer Repair Tamiami | Attn: Sandra De Regibus | 11461 SW 40th St | | Miami | FL | 33165 |
| Techy By Dr Phone Fix & Computer Repair Weston | | 4442 Weston Rd | | Davie | FL | 33331 |
| THE BUSINESS LOUNGE | Attn: Shannon Robinson | 4035 Jonesboro Rd | SUITE 240 | Forest Park | GA | 30297 |
| The CORE Comics and Games | c/o The CORE Inc | Attn: Michael Paul Blanchard | 1926 Valley Park Dr | Cedar Falls | IA | 50613 |
| The Depot Express | Attn: David Scheetz | 221 W. Marengo Rd | | Tiffin | IA | 52340 |
| The Golfing Dog Group LLC DBA Washboard | Attn: Thomas Nolting | 1080 Honeysuckle Lane | | Cabot | AR | 72023 |
| Tienda Latino De Forest LLC | Attn: Ovidio Francisco-Miguel | 665 E 3rd Street | | Forest | MS | 39074 |
| Time Saver of Kennedy Inc. | Attn: Samuel Helmy Fahiem Makarius | 4148 W Kennedy Blvd | | Tampa | FL | 33609-2246 |
| Top Discount Beverage LLC | Attn: Bhavesh R Patel and Charles Lynn Willard | 7141 E Hwy 25 | | Belleview | FL | 34420 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)



**Exhibit F**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Tubac Market | Attn: Harold Busboom | PO Box 4569 | | Tubac | AZ | 85646 |
| Unspoken Art Studio \| Custom Tattooing and Art Gallery | Attn: Paul Tischhauser | 7151 Savannah Drive | | Newburgh | IN | 47630 |
| V-5 Market, LLC | Attn: Elizabeth Valdovinos | 1009 Dale Ave | Suite #C | Benton City | WA | 99320 |
| Vaid Oil Company LLC | Attn: Parveen Kumar | 2344 N Limestone St | Apt 104 | Springfield | OH | 45503 |
| Velasquez Group L.P. | Attn: Tom Velasquez | PO Box 767 | | Wheeler | TX | 79096 |
| Water Boy Services | Attn: Edgar Nava | 1361 N Fair Oaks Ave | | Pasadena | CA | 91103 |
| West Mount One Stop LLC | Attn: George Youssif | 8206 West Mount Drive | | Rocky Mount | NC | 27803 |
| Williams Package | Attn: Dipakkumar Patel | 50 Spring St | | Winchendon | MA | 01475 |
| Wine Beginnings | Attn: Kimberly Moen | 1413 Tower Avenue | | Superior | WI | 54880 |
| Wireless Times LLC | Attn: Adam Mansour | 5716 Brookdale Dr. N. | Suite B | Brooklyn Park | MN | 55443 |
| Wizards Keep Games | Attn: Jason Bessonette | 20514 108th Ave SE | | Kent | WA | 98031-1542 |
| World Market Inc | Attn: Corey Hong | 3900 S Grand Blvd Street | | Louisville | MO | 63118 |
| W-Side Market Inc | Attn: Malek Akermi | 482 W Oak Ridge Rd | | Orlando | FL | 32809 |
| Xvertuz Vapes | aTTN: Denna Hatch | 1175 US-40 | Suite B | Vernal | UT | 84078 |
| Yolenis Providence | Attn: Alexander Meletios | 292 Westminster Street | | Providence | RI | 02903 |
| Zach's Country Store | Attn: Zachary D. Soper | 641 Gurnet Road | | Brunswick | ME | 04011 |