

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 09, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION RE: DIP LENDER FORBEARANCE RE: ALLEGED EVENT OF DEFAULT UNDER DIP LOAN** |

1

146479099.1

Upon consideration of the *Stipulation Re: DIP Lender Forbearance Re: Alleged Event of Default Under DIP Loan* [Docket No. 624] (the "Stipulation");

**IT IS HEREBY ORDERED** that:

1. The DIP Lender and Debtor are authorized to enter into the forbearance agreement substantially in the form attached to the Stipulation as **Exhibit 1** (the "Forbearance Agreement"), providing that the DIP Lender will forbear from exercising any and all rights and remedies on account of the Alleged Default on the terms set forth therein.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: ___/s/Brett A. Axelrod_____
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
*Counsel for Debtor*

# # #

146479099.1