BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **SECOND STIPULATION TO MOVE DEADLINES RE: CURE NOTICES AND OBJECTIONS** |

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP; CKDL Credit, LLC (the "DIP Lender"), by and through its counsel Berger Singerman LLP and Sylvester & Polednak Ltd.; Genesis Global Holdco, LLC ("Genesis"), by and through its counsel Cleary Gottlieb Steen & Hamilton LLP and Snell & Wilmer L.L.P.; Enigma Securities Limited ("Enigma"), by and through its counsel Morrison & Foerster LLP and Shea Larsen; and the Official Committee of Unsecured Creditors (the "Committee" and together with the Debtor, the DIP Lender, Genesis, Enigma, and the Committee, the "Parties"), by and through its counsel Seward & Kissel LLP and McDonald Carano, LLP, stipulate and agree as follows (the "Stipulation"):

1

146147867.2

## RECITALS

A. WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada, commencing the Chapter 11 Case;

B. WHEREAS, on February 17, 2023, the United States Trustee for the District of Nevada appointed the Committee in the Chapter 11 Case [*see* ECF No. 131, as amended, ECF No. 177];

C. WHEREAS, on April 7, 2023, Debtor filed a *Motion for Entry of an Order:(A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially All of the Debtors Assets; (B) Approving Form Notice to Be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan* [ECF No. 392];

D. WHEREAS, on April 27, 2023, the Court entered the *Order Establishing Bidding Procedures and Related Deadlines* [ECF No. 483] (the "Bid Procedures Order") which, among other things, approved the form Cure Notice;[1]

E. WHEREAS, on May 9, 2023, the Court entered an *Order Approving Stipulation to Extend Bid Deadline, Reschedule Auction and Move Deadlines Re: Cure Notices and Objections* [Docket No. 538] (the "Extension Order") which, in conjunction with the Bid Procedures Order, set: (1) the date for service of Cure Notices as June 6, 2023; (2) the Contract Objection Deadline as June 12, 2023, at 5:00 p.m. (Pacific Time); (3) the Cure Reply Deadline as June 19, 2023, at 5:00 p.m. (Pacific Time); and (4) the hearing to resolve any and all disputes as to Cure Amounts or Debtor's assumption and/assignment of any contract or lease (the "Contract Hearing") on June 28, 2023, at 10:30 a.m. (Pacific Time);

F. WHEREAS, at the Auction held on June 2, 2023, the bids submitted by Heller Capital Group, LLC ("Heller Capital"), Genesis Coin, LLC, and Christopher McAlary, which are for the purchase of substantially all of the Debtor's assets (the "Sale"), were selected as the Winning Bids;

---

[1] Capitalized terms not defined herein shall have the meanings assigned to them in the Bid Procedures Order.

146147867.2

1  G. WHEREAS Heller Capital is considering increasing its Winning Bid by purchasing certain executory contracts and unexpired leases (collectively, "Contracts") and requires additional time to select the Contracts it desires Debtor to assume and assign to it; and

H. WHEREAS the Parties desire to set: (1) the date for service of Cure Notices as June 13, 2023; (2) the Contract Objection Deadline as June 22, 2023, at 5:00 p.m. (Pacific Time); (3) the Cure Reply Deadline as June 26, 2023, at 5:00 p.m. (Pacific Time); and (4) the Contract Hearing as June 28, 2023, at 10:30 a.m. (Pacific Time);

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that:

1. The deadline for service of Cure Notices shall be moved to June 13, 2023;

2. The Contract Objection Deadline shall be moved to June 22, 2023, at 5:00 p.m. (Pacific Time);

3. The Cure Reply Deadline shall be moved to June 26, 2023, at 5:00 p.m. (Pacific Time); and

4. The Contract Hearing shall be remain scheduled for June 28, 2023, at 10:30 a.m. (Pacific Time).

Dated this 9th day of June 2023.

| FOX ROTHSCHILD LLP | SEWARD & KISSEL LLP |
|---|---|
| By: /s/Brett A. Axelrod<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>ZACHARY T. WILLIAMS, ESQ.<br>Nevada Bar No. 16023<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>*Counsel for Debtor* | By: /s/Catherine V. Lotempio<br>ROBERT J. GAYDA, ESQ.<br>CATHERINE V. LOTEMPIO, ESQ.<br>ANDREW J. MATOTT, ESQ.<br>One Battery Park Plaza<br>New York, NY 10004<br><br>and<br><br>**MCDONALD CARANO, LLP**<br>RYAN J. WORKS, ESQ.<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>*Counsel for The Official Committee of Unsecured Creditors* |

3

146147867.2


**BERGER SINGERMAN LLP**

By  */s/Jordi Guso*
    JORDI GUSO, ESQ.
    *(admitted pro hac vice)*
    1450 Brickell Avenue, Suite 1900
    Miami, FL 33131

    and

**SYLVESTER & POLEDNAK, LTD.**
    JEFFREY R. SYLVESTER, ESQ.
    Nevada Bar No. 4396
    1731 Village Center Circle
    Las Vegas, NV 89134
    *Attorneys for Interested Party*
    *CKDL Credit, LLC*

**MORRISON & FOERSTER LLP**

By  */s/Waived*
    GARY LEE, ESQ.
    (Admitted Pro Hac Vice)
    New York Bar No. 2397669
    ANDREW KISSNER, ESQ.
    (Admitted Pro Hac Vice)
    New York Bar No. 5507652
    250 West 55th Street
    New York, New York 10019-3601

    and

**SHEA LARSEN**
    JAMES PATRICK SHEA, ESQ.
    Nevada Bar No. 405
    BART K. LARSEN, ESQ.
    Nevada Bar No. 8538
    KYLE M. WYANT, ESQ.
    Nevada Bar No. 14652
    1731 Village Center Circle, Suite 150
    Las Vegas, Nevada 89134
    *Counsel for Enigma Securities Limited*

**SNELL & WILMER L.L.P.**

By  */s/Robert R. Kinas*
    ROBERT R. KINAS, ESQ.
    (NV Bar No. 6019)
    BLAKELEY E. GRIFFITH, ESQ.
    (NV Bar No. 12386)
    CHARLES E. GIANELLONI, ESQ.
    (NV Bar No. 12747)
    3883 Howard Hughes Pkwy., Suite 1100
    Las Vegas, NV 89169

    and

    SEAN A. O'NEAL, ESQ.
    (Admitted Pro Hac Vice)
    CLEARY GOTTLIEB STEEN &
    HAMILTON LLP
    One Liberty Plaza
    New York, NY 10006
    *Counsel for Genesis Global Holdco, LLC*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4

146147867.2