_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
June 12, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND STIPULATION TO MOVE DEADLINES RE: CURE NOTICES AND OBJECTIONS** |

1

146583488.1

Upon consideration of the *Second Stipulation to Move Deadlines Re: Cure Notices and Objections* [Docket No. 645] (the "Stipulation");

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED; and

1. The deadline for service of Cure Notices is extended to June 13, 2023.

2. The Contract Objection Deadline is extended to June 22, 2023, at 5:00 p.m. (Pacific Time).

3. The Cure Reply Deadline is extended to June 26, 2023, at 5:00 p.m. (Pacific Time).

4. The Contract Hearing shall be remain scheduled for June 28, 2023, at 10:30 a.m. (Pacific Time).

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:    /s/Brett A. Axelrod
   BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
   NICHOLAS A. KOFFROTH, ESQ.
   Nevada Bar No. 16264
   ZACHARY T. WILLIAMS, ESQ.
   Nevada Bar No. 16023
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
*Counsel for Debtor*

# # #

146583488.1