BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **STIPULATION TO EXTEND DEADLINES** |

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP and Brink's Incorporated ("Brink's" and together with the Debtor, the "Parties"), by and through its counsel Hirschler Fleischer, P.C., stipulate and agree as follows (the "Stipulation"):

**RECITALS**

A. WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada (the "Court"), commencing the Chapter 11 Case;

B. WHEREAS, on April 7, 2023, the Debtor filed a *Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of*

1

146615734.1

*Substantially All of the Debtor's Assets; (B) Approving Form Notice to be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan* [ECF No. 392];

C. WHEREAS, on April 27, 2023, the Court entered the *Order Establishing Bidding Procedures and Related Deadlines* [ECF No. 483] (the "Bid Procedures Order");

D. WHEREAS, on May 9, 2023, the Court entered an *Order Approving Stipulation to Extend Bid Deadline, Reschedule Auction and Move Deadlines Re: Cure Notices and Objection* [ECF No. 538] (the "First Extension Order") extending certain deadlines in the Bid Procedures Order;

E. WHEREAS, on May 12, 2023, the Court entered the *Order Pursuant to 11 U.S.C. § 105(d)(2)(B)(vi), Fed. R. Bankr. P. 3017.1 and Local Rule 3017 Implementing Expedited Solicitation and Confirmation Procedures Including: (I) Conditionally Approving Disclosure Statement; (II) Setting Combined Hearing of Final Approval of Disclosure Statement and Plan Confirmation; (III) Approving (A) Form and Scope of Combined Hearing Notice, and (B) Form or Ballots; (IV) Scheduling Voting and Objection Deadlines; and (V) Granting Related Relief* [ECF No. 554], which set the deadline by which parties must object to the Plan and Disclosure Statement (the "Plan Objection Deadline") and the deadline by which parties must vote on the Plan and Disclosure Statement (the "Plan Voting Deadline") as June 12, 2023 at 5:00 p.m. (Pacific Time);

F. WHEREAS, the Auction was held on June 2, 2023 and Heller Capital Group, LLC ("Heller Capital") was selected as one of the winning bidders;

G. WHEREAS, on June 9, 2023, the Debtor, CKDL Credit, LLC, Genesis Global Holdco, LLC, Enigma Securities Limited, and the Official Committee of Unsecured Creditors filed the *Second Stipulation To Move Deadlines Re: Cure Notices and Objections* [ECF No. 645] (the "Second Extension Stipulation") extending certain deadlines set forth in the First Extension Order—namely, (1) the date for service of Cure Notices to June 13, 2023; (2) the Contract Objection Deadline to June 22, 2023 at 5:00 p.m. (Pacific Time) (the "Sale Objection Deadline"); and (3) the Cure Reply Deadline to June 26, 2023 at 5:00 p.m. (Pacific Time)—to allow time for Heller Capital to consider increasing its bid by purchasing certain executory contracts and unexpired leases, including the Brink's contract; and

H.  WHEREAS, in light of the Second Extension Stipulation and consistent therewith, the Parties desire to extend the Plan Voting Deadline and the Plan Objection Deadline for Brink's to June 22, 2023 at 5:00 p.m. (Pacific Time).

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that:

1. The Sale Objection Deadline shall be moved to June 22, 2023 at 5:00 p.m. for Brink's;

2. The Plan Voting Deadline shall be moved to June 22, 2023 at 5:00 p.m. for Brink's; and

3. The Plan Objection Deadline shall be moved to June 22, 2023 at 5:00 p.m. for Brink's.

4. The Plan Reply Deadline for any Brink's Objections shall be moved to June 27, 2023, at 5:00 p.m. (Pacific Time).

Dated this 12th day of June 2023.

**FOX ROTHSCHILD LLP**

By: ___/s/Brett A. Axelrod___
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

**HIRSCHLER FLEISCHER, P.C.**

By: ___/s/Brittany B. Falabella___
    ROBERT S. WESTERMAN, ESQ.
    (pro hac vice forthcoming)
    BRITTANY B. FALABELLA, ESQ.
    (pro hac vice forthcoming)
    2100 East Cary Street
    Richmond, Virginia 23223

    and

    MAURICE B. VERSTANDIG, ESQ.
    Nevada Bar No. 15346
    The VerStandig Law Firm, LLC
    1452 W. Horizon Ridge Pkwy, #665
    Henderson, Nevada 89012
    *Counsel for the Brink's, Inc.*

146615734.1