BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
　　　　nkoffroth@foxrothschild.com
　　　　zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>　　CASH CLOUD, INC.,<br>　　dba COIN CLOUD,<br><br>　　　　　　　　　　Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND TRANSACTION OBJECTION DEADLINE** |

　　　　Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP, and Enigma Securities Limited ("Enigma" and, together with the Debtor, the "Parties"), by and through its counsel Morrison & Foerster LLP and Shea Larsen, stipulate and agree as follows (the "Stipulation"):

**RECITALS**

　　　　A.　　WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada (the "Court"), commencing the Chapter 11 Case;

　　　　B.　　WHEREAS, on April 7, 2023, Debtor filed the *Debtor's Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially All of the Debtor's Assets; (B) Approving Form Notice to Be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction,*

1

146635548.1

*Cure Objections, and Confirmation of the Proposed Toggle Plan* [Docket No. 392] (the "Bid Procedures Motion");

C. WHEREAS, on April 27, 2023, the Court entered its *Order Establishing Bidding Procedures and Related Deadlines* [Docket No. 483] (the "Bid Procedures Order");

D. WHEREAS, pursuant to paragraph 14 of the Bid Procedures Order, all Transaction Objections, Disclosure Statement Objections, and Confirmation Objections (each as defined in the Bid Procedures Order) are required to be filed no later than June 12, 2023 at 5:00 p.m. (PT) (the "Transaction Objection Deadline");

E. WHEREAS the Parties have agreed to extend the Transaction Objection Deadline, solely with respect to Enigma, to June 21, 2023.

1. NOW, THEREFORE, in consideration of the foregoing, the Parties agree as follows:

2. The Transaction Objection Deadline is extended, solely with respect to Enigma, to June 21, 2023.

3. The Debtor's Reply Deadline for any Enigma Transaction Objection shall be extended to June 27, 2023, at 5:00 p.m. (Pacific Time).

Dated this 12th day of June 2023.

**FOX ROTHSCHILD LLP**

By: */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

**MORRISON & FOERSTER LLP**

By: */s/Andrew Kissner*
    GARY LEE, ESQ.
    (*Admitted Pro Hac Vice*)
    ANDREW KISSNER, ESQ.
    (*Admitted Pro Hac Vice*)
    250 West 55th Street
    New York, New York 10019-3601

and

**SHEA LARSEN**
JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 405
BART K. LARSEN, ESQ.
Nevada Bar No. 8538
KYLE M. WYANT, ESQ.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134.
*Counsel for Enigma Securities Limited*

146635548.1