1  BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
2  NICHOLAS A. KOFFROTH, ESQ.
   Nevada Bar No. 16264
3  ZACHARY T. WILLIAMS, ESQ.
   Nevada Bar No. 16023
4  **FOX ROTHSCHILD LLP**
   1980 Festival Plaza Drive, Suite 700
5  Las Vegas, Nevada 89135
   Telephone: (702) 262-6899
6  Facsimile: (702) 597-5503
   Email: baxelrod@foxrothschild.com
7         nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
8  *Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-23-10423-mkn |
| | Chapter 11 |
| CASH CLOUD, INC., dba COIN CLOUD, | **NOTICE OF ENTRY OF ORDER APPROVING SECOND STIPULATION TO MOVE DEADLINES RE: CURE NOTICES AND OBJECTIONS** |
| Debtor. | |

**PLEASE TAKE NOTICE** that on the 12th day of June, 2023 the Court entered an *Order Approving Second Stipulation to Move Deadlines Re: Cure Notices and Objections* [Docket No. 648], a copy of which is attached hereto.

Dated this 12th day of June, 2023.

**FOX ROTHSCHILD LLP**

By: */s/Brett A. Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

1

146636758.1


_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
June 12, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND STIPULATION TO MOVE DEADLINES RE: CURE NOTICES AND OBJECTIONS** |

146583488.1

1

Upon consideration of the *Second Stipulation to Move Deadlines Re: Cure Notices and Objections* [Docket No. 645] (the "Stipulation");

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED; and

1. The deadline for service of Cure Notices is extended to June 13, 2023.

2. The Contract Objection Deadline is extended to June 22, 2023, at 5:00 p.m. (Pacific Time).

3. The Cure Reply Deadline is extended to June 26, 2023, at 5:00 p.m. (Pacific Time).

4. The Contract Hearing shall be remain scheduled for June 28, 2023, at 10:30 a.m. (Pacific Time).

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:  */s/Brett A. Axelrod*
     BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
     NICHOLAS A. KOFFROTH, ESQ.
     Nevada Bar No. 16264
     ZACHARY T. WILLIAMS, ESQ.
     Nevada Bar No. 16023
     1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135
*Counsel for Debtor*

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

146583488.1