**Goldsmith & Guymon, P.C.**
Marjorie A. Guymon, Esq.
Nevada State Bar No. 4983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Fax: (702) 873-9600
Attorneys for Transgistics, Inc.

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD INC.,<br><br>Debtor. | Case No.: BK-S-23-10423-MKN<br>Chapter 11<br><br>Hearing Date: July 12, 2023<br>Hearing Time: 10:30 a.m. |

### CERTIFICATE OF SERVICE

I hereby certify that I am an employee of GOLDSMITH & GUYMON, P.C., and that on the 8th day of June, 2023, I caused to be served a true and correct copy of the MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM and NOTICE OF HEARING, through the United States Bankruptcy Court ECF Filing System, in the attached mailing information.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 12, 2023.

                 **GOLDSMITH & GUYMON, P.C.**

                  /s/ Maria Avalos
                 Maria Avalos
                 An Employee of Goldsmith & Guymon, PC

# Mailing Information for Case 23-10423-mkn

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **RYAN A. ANDERSEN**   ryan@aandblaw.com, tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com;andersen.ryana.b117998@notify.bestcase.com
- **BRETT A. AXELROD**   baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com
- **OGONNA M. BROWN**   obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com
- **LOUIS M BUBALA**   lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;bsheehan@kcnvlaw.com
- **CHAPTER 11 - LV**   USTPRegion17.lv.ecf@usdoj.gov
- **SHAWN CHRISTIANSON**   schristianson@buchalter.com, cmcintire@buchalter.com
- **DAWN M. CICA**   dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.cc
- **CRAIG P. DRUEHL**   craig.druehl@dechert.com
- **NEDDA GHANDI**   nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com
- **RONALD E. GOLD**   rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com
- **MARJORIE A. GUYMON**   bankruptcy@goldguylaw.com, mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com
- **BRIGID M. HIGGINS**   bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law
- **ROBERT R. KINAS**   rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com
- **BART K. LARSEN**   BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- **TIMOTHY A LUKAS**   ecflukast@hollandhart.com
- **JEANETTE E. MCPHERSON**   JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com
- **STACY H RUBIN**   srubin@nevadafirm.com, oswibies@nevadafirm.com;mholley@nevadafirm.com
- **ADAM P. SCHWARTZ**   aschwartz@carltonfields.com, amaranto@carltonfields.com
- **BRIAN D. SHAPIRO**   brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;6855036420@filings.docketbird.com
- **JAMES PATRICK SHEA**   jshea@shea.law, blarsen@shea.law;support@shea.law
- **STRETTO**   ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com
- **Jeffrey R. Sylvester**   jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com
- **RONALD M TUCKER**   rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com
- **U.S. TRUSTEE - LV - 11**   USTPRegion17.lv.ecf@usdoj.gov
- **ZACHARY WILLIAMS**   zwilliams@foxrothschild.com, ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com
- **RYAN J. WORKS**   rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

JOHN R. ASHMEAD
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

BAKER & HOSTETLER LLP
,

CRAIGHEAD COUNTY TAX COLLECTOR
511 UNION ST, SUITE 107
JONESBORO, AR 72401

JARED A. DAY
OFFICE OF THE US TRUSTEE
300 BOOTH ST #3009
RENO, NV 89509

FOX ROTHSCHILD LLP
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135

FTI CONSULTING INC.
,

ROBERT J. GAYDA
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JORDI GUSO
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

PAUL R HAGE
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JAMES M. JIMMERSON

THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

**ANDREW KISSNER**
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

**RICHARD KRUGER**
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

**JOHN J. LAMOUREUX**
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

**JOHN J. LAMOUREUX**
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

**SHARA L LARSON**
GHANDI DEETER BLACKHAM
725 S. SOUTH 8TH STREET SUITE 100
LAS VEGAS, NV 89101

**LAW OFFICE OF BRIAN D. SHAPIRO, LLC**
510 S. 8TH STREET
LAS VEGAS, NV 89101

**LAW OFFICE OF SHEA LARSEN**
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

**GARY LEE**
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

**CATHERINE V. LOTEMPIO**
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

**ANDREW J. MATOTT**
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

**MCDONALD CARANO LLP**
2300 WEST SAHARA AVE, STE 1200
LAS VEGAS, NV 89102

**LAURA MILLER**
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

**SEAN A. O'NEAL**
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

**PROVINCE, LLC**
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

**RYAN T. SCHULTZ**
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 W. MADISON STREET, SUITE 3000
CHICAGO, IL 60606

**ADAM P. SCHWARTZ**
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

**SEWARD & KISSEL LLP**

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

**JAMES PATRICK SHEA**
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

**Jeffrey Sylvester**
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

**THE JIMMERSON LAW FIRM, P.C.**
415 S. 6TH ST, STE 100
LAS VEGAS, NV 89101

**JANE VANLARE**
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

**MICHAEL WEINBERG**
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

**KYLE M. WYANT**
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

**Ryan J Works**
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

[Creditor List](#)

Click the link above to produce a complete list of **creditors** only.

[List of Creditors](#)

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.