Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**STIPULATION TO EXTEND THE TRANSACTION OBJECTION DEADLINE AS SET FORTH IN EXHIBIT A TO THE ORDER ESTABLISHING BIDDING PROCEDURES AND RELATED DEADLINES [ECF NO. 483]** |

Cash Cloud, Inc. dba Coin Cloud ("Debtor" or "Debtor in Possession") and the Official

Committee of Unsecured Creditors (the "Official Committee"), by and through their undersigned

counsel of record, hereby enter into this Stipulation to Extend the Transaction Objection Deadline

as Set Forth in Exhibit A to the Order Establishing Bidding Procedures and Related Deadlines [ECF

No. 483] ("Stipulation").

**STIPULATION**

    1.    The undersigned counsel for the parties hereby stipulate to extend the Transaction

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1    Objection Deadline[1] for the Official Committee to file its Transaction Objection from June 12, 2023,

2    until June 22, 2023.

3        2.    The undersigned counsel for the parties hereby further stipulates to extend the

4    deadline for Debtor to file a reply until June 27, 2023.

5    **IT IS SO STIPULATED BY:**

6    Dated June 13, 2023.                    Dated June 13, 2023.

7    SEWARD & KISSEL LLP           FOX ROTHSCHILD LLP

8    */s/ Catherine V. LoTempio*         */s/ Jeanette E. McPherson*

9    John R. Ashmead, Esq.             Brett A. Axelrod, Esq. (NSBN 5859)
    Robert J. Gayda, Esq.             Jeanette E. McPherson, Esq. (NSBN 5423)

10    Catherine V. LoTempio, Esq.      1980 Festival Plaza Drive, Suite 700
    Laura E. Miller, Esq.             Las Vegas, Nevada 89135

11    Andrew J. Matott, Esq.           baxelrod@foxrothschild.com
    (*pro hac vice applications granted*)  jmcpherson@foxrothschild.com

12    One Battery Park Plaza            nkoffroth@foxrothschild.com
    New York, NY 10004           zwilliams@foxrothschild.com

13    ashmead@sewkis.com
    gayda@sewkis.com               *Counsel to the Debtor and Debtor in*

14    lotempio@sewkis.com            *Possession*
    millerl@sewkis.com

15    matott@sewkis.com

16    Ryan J. Works, Esq. (NSBN 9224)
    Amanda M. Perach, Esq. (NSBN 12399)

17    McDONALD CARANO LLP
    2300 West Sahara Avenue, Suite 1200

18    Las Vegas, Nevada 89102
    rworks@mcdonaldcarano.com

19    aperach@mcdonaldcarano.com

20    *[Proposed] Counsel for Official Committee*
    *of Unsecured Creditors*

21

22

23

24

25

26

27

28    ------
[1] The Transaction Objection Deadline and other defined terms shall have the same meaning ascribed to them in the Order Establishing Bidding Procedures and Related Deadlines [ECF No. 483].

4856-5374-3210, v. 1