**Goldsmith & Guymon, P.C.**
Marjorie A. Guymon, Esq.
Nevada State Bar No. 4983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Fax: (702) 873-9600
Attorneys for Transgistics, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD INC.,<br><br>Debtor. | Case No.: BK-S-23-10423-MKN<br>Chapter 11<br><br>Hearing Date: July 12, 2023<br>Hearing Time: 10:30 a.m.<br><br>**AMENDED NOTICE OF HEARING** |

**NOTICE IS HEREBY GIVEN** that the above-referenced *MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM* was filed on June 12, 2023, Any Opposition must be filed pursuant to Local Rule 9014.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion **no later than 14 days** preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that confirm to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if of do not serve your written response on the person who sent you this notice, then:
>
> • The court may refuse to allow you to speak at the scheduled hearing; and
>
> • The court may rule against you without formally calling the matter at the hearing.

1

1  **NOTICE IS FURTHER GIVEN** that hearing on said Motion will be held before a United States Bankruptcy Court Judge, **Telephonically** at the Toll-Free Conference Line (669) 254-5252, Meeting ID 161 062 2560 and Passcode 029066#, on the date of **JULY 12, 2023**, at the hour of **10:30 a.m.**

**NOTICE IS FURTHER GIVEN** that the hearing on this matter may be continued from time to time without further notice.

DATED: June 14, 2023.

                                                        **GOLDSMITH & GUYMON, P.C.**

                                                        /s/ Marjorie A. Guymon
                                                        Marjorie A. Guymon, Esq.
                                                        Nevada Bar No. 4983
                                                        *Attorneys for* Transgistics, Inc.