_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
June 14, 2023

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE TRANSACTION OBJECTION DEADLINE AS SET FORTH IN EXHIBIT A TO THE ORDER ESTABLISHING BIDDING PROCEDURES AND RELATED DEADLINES [ECF NO. 483]** |

Upon consideration of the *Stipulation to Extend the Transaction Objection Deadline as Set Forth in Exhibit A to the Order Establishing Bidding Procedures and Related Deadlines [ECF No. 483]* (the "Stipulation") between Cash Cloud, Inc. dba Coin Cloud ("Debtor" or "Debtor in Possession") and the Official Committee of Unsecured Creditors (the "Official Committee"), by and through their undersigned counsel, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Stipulation is approved entirely.

**IT IS FURTHER ORDERED** that the deadline for the Official Committee to file its Transaction Objection[1] is extended from June 12, 2023, to June 22, 2023.

**IT IS FURTHER ORDERED** that the deadline for the Debtor to file a reply shall be extended until June 27, 2023.

**IT IS SO ORDERED.**

# # #

Prepared and respectfully submitted by:

McDONALD CARANO LLP

 */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq. (*pro hac vice application pending*)
Robert J. Gayda, Esq. (*pro hac vice application pending*)
Catherine V. LoTempio, Esq. (*pro hac vice application pending*)
Andrew J. Matott, Esq. (*pro hac vice application pending*)
SEWARD & KISSEL LLP
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*[Proposed] Counsel for Official Committee of Unsecured Creditors*

---

[1] The Transaction Objection and other defined terms shall have the same meaning ascribed to them in the Order Establishing Bidding Procedures and Related Deadlines [ECF No. 483].