Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>        Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING STIPULATION TO EXTEND THE TRANSACTION OBJECTION DEADLINE AS SET FORTH IN EXHIBIT A TO THE ORDER ESTABLISHING BIDDING PROCEDURES AND RELATED DEADLINES [ECF NO. 483]** |

PLEASE TAKE NOTICE that an *Order Granting Stipulation to Extend the Transaction Objection Deadline as Set Forth in Exhibit A to the Order Establishing Bidding Procedures and Related Deadlines [ECF No. 483]* [ECF No. 663] was entered in the above-captioned case on the 14th day of June, 2023, a copy of which is attached hereto.

1  DATED this 14th day of June, 2023.

2                    McDONALD CARANO LLP

3

4         By: _/s/ Ryan J. Works_____
          Ryan J. Works, Esq. (NSBN 9224)
5         Amanda M. Perach, Esq. (NSBN 12399)
          2300 West Sahara Avenue, Suite 1200
6         Las Vegas, Nevada 89102
          rworks@mcdonaldcarano.com
7         aperach@mcdonaldcarano.com

8         John R. Ashmead, Esq.
          Robert J. Gayda, Esq.
9         Catherine V. LoTempio, Esq.
          Andrew J. Matott, Esq.
10        (*pro hac vice applications granted*)
          SEWARD & KISSEL LLP
11        One Battery Park Plaza
          New York, NY 10004
12        ashmead@sewkis.com
          gayda@sewkis.com
13        lotempio@sewkis.com
          matott@sewkis.com
14
          *Counsel for Official Committee*
15        *of Unsecured Creditors*

16

17

18

19

20

21

22

23

24

25

26

27

28

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966
McDONALD CARANO



Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 14, 2023

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No.: 23-10423-mkn |
| CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER GRANTING STIPULATION TO EXTEND THE TRANSACTION OBJECTION DEADLINE AS SET FORTH IN EXHIBIT A TO THE ORDER ESTABLISHING BIDDING PROCEDURES AND RELATED DEADLINES [ECF NO. 483]** |

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Upon consideration of the *Stipulation to Extend the Transaction Objection Deadline as Set Forth*

2  *in Exhibit A to the Order Establishing Bidding Procedures and Related Deadlines [ECF No. 483]*

3  (the "Stipulation") between Cash Cloud, Inc. dba Coin Cloud ("Debtor" or "Debtor in Possession")

4  and the Official Committee of Unsecured Creditors (the "Official Committee"), by and through their

5  undersigned counsel, and good cause appearing therefor:

6    **IT IS HEREBY ORDERED** that the Stipulation is approved entirely.

7    **IT IS FURTHER ORDERED** that the deadline for the Official Committee to file its

8  Transaction Objection[1] is extended from June 12, 2023, to June 22, 2023.

9    **IT IS FURTHER ORDERED** that the deadline for the Debtor to file a reply shall be

10  extended until June 27, 2023.

11    **IT IS SO ORDERED.**

12                                                    # # #

13  Prepared and respectfully submitted by:

14  McDONALD CARANO LLP

15   */s/ Ryan J. Works*
    _____
16  Ryan J. Works, Esq. (NSBN 9224)
    Amanda M. Perach, Esq. (NSBN 12399)
17  rworks@mcdonaldcarano.com
    aperach@mcdonaldcarano.com
18
    John R. Ashmead, Esq. (*pro hac vice application pending*)
19  Robert J. Gayda, Esq. (*pro hac vice application pending*)
    Catherine V. LoTempio, Esq. (*pro hac vice application pending*)
20  Andrew J. Matott, Esq. (*pro hac vice application pending*)
    SEWARD & KISSEL LLP
21  ashmead@sewkis.com
    gayda@sewkis.com
22  lotempio@sewkis.com
    matott@sewkis.com
23
    *[Proposed] Counsel for Official Committee*
24  *of Unsecured Creditors*

25

26

27  _____

28  [1] The Transaction Objection and other defined terms shall have the same meaning ascribed to them
    in the Order Establishing Bidding Procedures and Related Deadlines [ECF No. 483].

                                                    2

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966
McDONALD CARANO