Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**STIPULATION TO VACATE SETTLEMENT CONFERENCE**<br><br>**(Previously Scheduled for June 20, 2023 at 9:30 a.m.)** |

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP; CKDL Credit, LLC (the "DIP Lender"), by and through its counsel Berger Singerman LLP and Sylvester & Polednak Ltd.; Genesis Global Holdco, LLC ("Genesis"), by and through its counsel Cleary Gottlieb Steen & Hamilton LLP and Snell & Wilmer L.L.P.; Enigma Securities Limited ("Enigma"), by and through its counsel Morrison & Foerster LLP and Shea Larsen; and the Official Committee of Unsecured Creditors (the "Committee," and together with the Debtor, the DIP Lender, Genesis,

and Enigma, the "Parties"), by and through its counsel Seward & Kissel LLP and McDonald Carano LLP, hereby submit this Stipulation to Vacate the Settlement Conference (the "Stipulation") currently scheduled for June 20, 2023 at 9:30 a.m (PT):

## RECITALS

1. WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada, commencing the Chapter 11 Case;

2. WHEREAS, on February 17, 2023, the United States Trustee for the District of Nevada appointed the Committee in the Chapter 11 Case (*see* ECF No. 131);

3. WHEREAS, on February 24, 2023, the Court entered an Order Scheduling Settlement Conference [ECF No. 164] (the "Scheduling Order").

4. WHEREAS, on March 7, 2023, the Parties filed a *Stipulation to Continue Settlement Conference and Status Conference* [ECF No. 210] which was approved by this Court's Order entered on March 8, 2023 [ECF No. 214];

5. WHEREAS, on April 6, 2023, the Parties filed a Stipulation to Continue Settlement Conference and Status Conference [ECF No. 385] which was approved by this Court's Order entered on April 7, 2023 [ECF No. 386];

6. WHEREAS, the Parties now desire to vacate the Settlement Conference currently scheduled for June 20, 2023 and adjourn all deadlines related thereto until entry of the order approving this Stipulation.

## STIPULATION

Based upon the foregoing, the Parties stipulate that the pending Settlement Conference scheduled for June 20, 2023, be vacated.

Pending entry of the order approving this Stipulation, the Parties stipulate all deadlines related to the Settlement Conference shall be adjourned, at which time the Settlement Conference shall be vacated and all related deadlines shall be moot.

| | |
|---|---|
| Dated June 14, 2023. | Dated June 14, 2023. |
| SEWARD & KISSEL LLP | FOX ROTHSCHILD LLP |
| /s/ Catherine V. LoTempio | /s/ Brett A. Axelrod |
| John R. Ashmead, Esq.<br>Robert J. Gayda, Esq.<br>Catherine V. LoTempio, Esq.<br>Laura E. Miller, Esq.<br>Andrew J. Matott, Esq.<br>(*pro hac vice applications granted*)<br>One Battery Park Plaza<br>New York, NY 10004<br>ashmead@sewkis.com<br>gayda@sewkis.com<br>lotempio@sewkis.com<br>millerl@sewkis.com<br>matott@sewkis.com<br><br>Ryan J. Works, Esq. (NSBN 9224)<br>Amanda M. Perach, Esq. (NSBN 12399)<br>McDONALD CARANO LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>rworks@mcdonaldcarano.com<br>aperach@mcdonaldcarano.com<br><br>*Counsel for Official Committee of Unsecured Creditors* | Brett A. Axelrod, Esq. (NSBN 5859)<br>Jeanette E. McPherson, Esq. (NSBN 5423)<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>baxelrod@foxrothschild.com<br>jmcpherson@foxrothschild.com<br>nkoffroth@foxrothschild.com<br>zwilliams@foxrothschild.com<br><br>*Counsel to the Debtor and Debtor in Possession* |
| Dated June 14, 2023. | Dated June 14, 2023. |
| BERGER SINGERMAN LLP | SNELL & WILMER LLP |
| /s/ Jordi Guso | /s/ Robert R. Kinas |
| Jordi Guso, Esq.<br>(*admitted pro hac vice*)<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br><br>and<br><br>SYLVESTER & POLEDNAK, LTD.<br>Jeffrey R. Sylvester, Esq. (NSBN 4396)<br>1731 Village Center Circle<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Interested Party CKDL Credit, LLC* | Robert R. Kinas, Esq. (NSBN 6019)<br>Blakeley E. Griffith, Esq. (NSBN 12386)<br>Charles E. Gianelloni (NSBN 12747)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>rkinas@swlaw.com<br>bgriffith@swlaw.com<br>cgianelloni@swlaw.com<br><br>Sean A. O'Neal, Esq.<br>Jane VanLare, Esq.<br>(*pro hac vice applications granted*)<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br>soneal@cgsh.com<br>jvanlare@cgsh.com<br><br>*Counsel for Genesis Global Holdco, LLC* |

1 | Dated June 14, 2023.

2 | MORRISON & FOERSTER LLP

3 | */s/ Gary Lee*
Gary Lee, Esq.
4 | (a*dmitted pro hac vice*)
New York Bar No. 2397669
5 | Andrew Kissner, Esq.
(a*dmitted pro hac vice*)
6 | New York Bar No. 5507652
250 West 55th Street
7 | New York, New York 10019-3601

8 | and

9 | SHEA LARSEN
James Patrick Shea, Esq. (NSBN 405)
10 | Bart K. Larsen, Esq. (NSBN 8538)
Kyle M. Wyant, Esq. (NSBN 14652)
11 | 1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

12 |

13 | *Counsel for Enigma Securities Limited*