_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
June 14, 2023

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**ORDER GRANTING STIPULATION TO VACATE SETTLEMENT CONFERENCE**<br><br>**(Previously Scheduled for June 20, 2023 at 9:30 a.m.)** |

Upon consideration of the *Stipulation to Vacate Settlement Conference* (the "Stipulation") between Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP; CKDL Credit, LLC (the "DIP Lender"), by and through its counsel Berger Singerman LLP and Sylvester & Polednak Ltd.; Genesis Global Holdco, LLC ("Genesis"), by and through its counsel Cleary Gottlieb Steen & Hamilton LLP and Snell & Wilmer L.L.P.; Enigma Securities Limited ("Enigma"), by and through its counsel Morrison & Foerster LLP and Shea Larsen; and the Official Committee of Unsecured Creditors (the "Committee," and together with the Debtor, the DIP Lender, Genesis, and Enigma, the "Parties"), by and through its counsel Seward & Kissel LLP and McDonald Carano LLP, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Stipulation is approved entirely.

**IT IS FURTHER ORDERED** that the pending Settlement Conference scheduled for June 20, 2023, at 9:00 a.m., with Judge Gregg W. Zive, in Courtroom 1, located at 300 Booth Street, Reno, NV 89509, is vacated.

**IT IS FURTHER ORDERED** that all deadlines related to the Settlement Conference are withdrawn as moot.

**IT IS SO ORDERED.**

# # #

///

///

1  Prepared and respectfully submitted by:

2  McDONALD CARANO LLP

3    */s/ Ryan J. Works*

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditor*