BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Phone: 702.262.6899 / Facsimile: 702.597.5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed June 14, 2023

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                              Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON EIGHTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)**<br><br>Hearing Date:  July 20, 2023<br>Hearing Time: 10:30 a.m. |

**PLEASE TAKE NOTICE THAT THE DEBTOR IS REQUESTING IT BE PERMITTED TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**

**IF YOU ARE RECEIVING THIS NOTICE OF THE EIGHTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a), YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON EXHIBIT 1 ATTACHED HERETO. NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE.**

**PLEASE TAKE NOTICE** that on June 14, 2023, Cash Cloud, Inc. (the "Debtor"), by and through its counsel, filed an Eighth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) (the "Motion").[1]

---
[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

1

146633288.1

**NOTICE IS FURTHER GIVEN** that copies of the Motion may be obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal, Telephone: (702) 262-6899, or by download at: https://cases.stretto.com/CashCloud (the "Case Website").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court.  The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on **July 20, 2023 at 10:30 a.m. prevailing Pacific time**.  Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code 029066#.

Dated this 14th day of June, 2023.        **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
    JEANETTE E. MCPHERSON, ESQ. (5423)
    BRETT A. AXELROD, ESQ. (5859)
    NICHOLAS A. KOFFROTH, ESQ. (16264)
    ZACHARY T. WILLIAMS, ESQ. (16023)
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

146633288.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| #1 Food 4 Mart | Attn: Deepak Amgai<br>729 185th Ave<br>Beaverton, OR 97006 | 729 SW 185th Ave<br>Beaverton, OR 97006 | 107976 |
| 10315 Silverdale Way Holdings, LLC | Kitsap Mall Shopping Center<br>10315 Silverdale Way NW<br>Silverdale, WA 98383<br><br>Kitsap Mall Shopping Center<br>PO Box 778854<br>Chicago, IL 60677-8854 | 10315 Silverdale Way Northwest<br>Silverdale, WA 98383 | 128177 |
| 13th Market Eugene | Attn: Sunny Dhalla<br>410w 13th ave<br>Eugene, OR 97401 | 410 W 13th Ave<br>Eugene, OR 97401 | 134894 |
| 151 Memorial Convenience, Inc. | Attn: Balijeet Singh<br>151 Memorial Hwy<br>Dallas Township, PA 18612 | 151 Memorial Hwy<br>Dallas, PA 18612 | 108905 |
| 29th Food Mart | Attn: Gazi Ullah<br>3620 Newcastle Rd<br>Oklahoma City, OK 73119 | 3620 Newcastle Rd<br>Oklahoma City, OK 73119 | 108582 |
| 2nd Avenue Market LLC | Attn: Gurlen Kaurr<br>1726 2nd Ave<br>Rock Island, IL 61201 | 1726 2nd Ave<br>Rock Island, IL 61201 | 119186 |
| 35th Ave Market LLC | Attn: Nivin R Shikha<br>3497 W Lincoln St<br>Phoenix, AZ 85009 | 3497 W Lincoln St<br>Phoenix, AZ 85009 | 108691 |
| 39th Mini Mart | Attn: Phurba Sherpa<br>935 SE Cesar Estrada Chavez Blvd<br>Portland, OR 97214 | 935 SE Cesar Estrada Chavez Blvd<br>Portland, OR 97214 | 107947 |
| 786 Walnut Hill Inc Dba E - Z Trip #13 | Attn: Mohammed Abid<br>9811 Walnut Hill Ln<br>Dallas, TX 75238 | 9811 Walnut Hill Ln<br>Dallas, TX 75238 | 108008 |
| 7-Eleven | Attn: Jabran Khan<br>7140 Midnight Rose Dr<br>Colorado Springs, CO 80923 | 1685 Jet Wing Dr.<br>Colorado Springs, CO 80916 | 101520 |
| 7-Eleven | Attn: Jabran Khan<br>7140 Midnight Rose Dr<br>Colorado Springs, CO 80923 | 825 North Nevada Ave.<br>Colorado Springs, CO 80903 | 101584 |
| 7-Eleven | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 13601 CF Hawn Freeway<br>Dallas, TX 75253 | 108570 |
| 7-Eleven | Attn: Omar Misleh<br>608 Highland Ave<br>New Castle, PA 16101 | 608 Highland Ave<br>New Castle, PA 16101 | 125174 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – EIGHTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 92)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| 7-Eleven Santa Ana | Attn: Balkar Singh<br>2217 17th St<br>Santa Ana, CA 92705 | 2217 17th St<br>Santa Ana, CA 92705 | 101544 |
| 7-Eleven, Inc | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 221 S 8th Streeet<br>Colorado Springs, CO 80905 | 108580 |
| 7-Eleven, Inc. | Attn: Jabran Khan<br>7140 Midnight Rose Dr<br>Colorado Springs, CO 80923 | 6020 Dublin<br>Colorado Springs, CO 80923 | 101585 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 2358 Royal Lane<br>Dallas, TX 75229 | 108568 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 13995 Midway Rd<br>Dallas, TX 75244 | 108569 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 440 S Buckner Blvd<br>Dallas, TX 75217 | 108571 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 5 Widefield Blvd<br>Colorado Springs, CO 80911 | 108572 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 6385 Promenade Pkwy<br>Castle Rock, CO 80108 | 108573 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 2650 N Gate Blvd<br>Colorado Springs, CO 80921 | 108575 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 11802 E Oswego St<br>Englewood, CO 80112 | 108576 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 2727 S Prairie Ave<br>Pueblo, CO 81005 | 108577 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 2825 Briargate<br>Colorado Springs, CO 80920 | 108578 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 201 W. Filmore<br>Colorado Springs, CO 80907 | 108579 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – EIGHTH OMNIBUS REJECTION MOTION  (NO. OF CONTRACTS:  92)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 229 Gleneagle Gate View<br>Colorado Springs, CO  80921 | 108581 |
| 7-Eleven, Inc. | 3200 Hackberry Road<br>Irving, TX 75063 | 1928 Holland Rd<br>Suffolk, VA  23434 | 136322 |
| | | 3445 Western Branch Blvd<br>Chesapeake, VA  23321 | 136323 |
| | | 6501 Iron Bridge Rd<br>Richmond, VA  23234 | 136350 |
| | | 25 Solomon Dr<br>Falmouth, VA  22405 | 136362 |
| 7th Heaven | Attn: Saroj Gautam<br>104 S Main St<br>Concordia, MO 64020 | 104 N Main St<br>Concordia, MO  64020 | 119553 |
| 808 Food Mart | Attn: Mehroz Khemani<br>351 FM646<br>Dickinson, TX 77539 | 351 FM646<br>League City, TX  77539 | 103935 |
| 88 Tobacco & Vape | Attn: Ghaith Mashrah<br>1600 Church St<br>Conway, SC 29526 | 1600 Church St<br>Conway, SC  29526 | 137177 |
| 89 Oriental Market | Attn: Gi Nou Lee, Jeng Leng Lee<br>1607 Bellinger Street<br>Eau Claire, WI 54703 | 1607 Bellinger St<br>Eau Claire, WI  54703 | 109033 |
| 8mile gas & food 1 inc. | Attn: Amin Sariff<br>4100 E 8 Mile Rd<br>Detroit, MI 48234 | 4100 E 8 Mile Rd<br>Detroit, MI  48234 | 104103 |
| 9033 E State Rte 350 | Attn: Saroj Gautam<br>c/o Kisu LLC<br>9033 E State Hwy<br>Raytown, MO 64133 | 9033 E State Hwy<br>Raytown, MO  64133 | 107991 |
| A & G Food Mart | Attn: Sukdab K. Das<br>901 South La Brea Ave # 5<br>Los Angeles, CA 90036 | 901 South La Brea Ave # 5<br>Los Angeles, CA  90036 | 103031 |
| A to Z Mini Mart | Attn: Kamlesh Vader<br>299 West Shady Ln<br>Enola, PA 17025 | 299 West Shady Ln.<br>Enola, PA  17025 | 103460 |
| A&A's Quick Stop Exxon<br>4307 Duncanville Road | Attn: Amir Veerjee<br>4307 Duncanville Road<br>Dallas, TX 75236 | 4307 Duncanville Rd<br>Dallas, TX  75236 | 101449 |
| A1 Market | Attn: Mohinder Kumar<br>295 Deann Dr<br>Independence, OR 97351 | 295 Deann Dr<br>Independence, OR  97351 | 139537 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – EIGHTH OMNIBUS REJECTION MOTION  (NO. OF CONTRACTS:  92)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| AA Ram Inc. | Attn: Yadab Paudel<br>1012 Ridgeview St #107<br>Mesquite, TX 75149 | 1012 Ridgeview St #107<br>Mesquite, TX  75149 | 108127 |
| AAA Pawn Shop | Attn: Jeremy Karr<br>132 W Kansas Ave<br>Garden City, KS 67846 | 132 W Kansas Ave<br>Garden City, KS  67846 | 120365 |
| AARI Inc. DBA Bizee Mart | Attn: Mukesh Chaudhary<br>212 S Horton Pkwy<br>Chapel Hill, TN 37034 | 250 S Horton Pkwy<br>Chapel Hill, TN  37034 | 104407 |
| AB Petroleum Inc | Attn: Arvin Bazek, Owner<br>400 N Fair Oaks Ave<br>Pasadena, CA 91103 | 400 N Fair Oaks Ave<br>Pasadena, CA  91103 | 101473 |
| ABAL,LLC dba Citistop (#105) | Attn: Al Singh<br>1297 Sweeten Creek Rd<br>Asheville, NC 28803 | 1297 Sweeten Creek Rd<br>Asheville, NC  28803 | 116331 |
| ABAL,LLC dba Citistop (#117) | Attn: Al Singh<br>660 Weaverville Hwy<br>Asheville, NC 28804 | 660 Weaverville Rd<br>Asheville, NC  28804 | 116342 |
| ABC Liquor Mart | Attn: Tom Hoffmann<br>829 E Main St<br>Carbondale, IL 62901 | 109 N Washington St<br>Carbondale, IL  62901 | 113584 |
| ABC Petroleum LLC | Attn: Tanvir Haye<br>4751 E. Main St.<br>Columbus, OH 43213 | 4751 E Main St<br>Columbus, OH  43213 | 103878 |
| ACE Cash Express | Attn: Melanie Few<br>300 E John Carpenter Fwy, Ste 900<br>Huntington Park, TX 75062 | 244 NE Franklin Ave<br>Bend, OR  97701 | 120918 |
| | | 412 SE 7th St<br>Grants Pass, OR  97526 | 120925 |
| | | 2352 Poplar Dr<br>Medford, OR  97504 | 120927 |
| | | 741 NE Stephens St<br>Roseburg, OR  97470 | 120931 |
| | | 177 Q St<br>Springfield, OR  97477 | 120935 |
| | | 845 S Broadway<br>Coos Bay, OR  97420 | 120937 |
| | | 895 W 7th Ave<br>Eugene, OR  97402 | 120940 |
| | | 820 Pacific Blvd SE<br>Albany, OR  97322 | 120942 |
| | | 4378 River Rd N<br>Keizer, OR  97303 | 120944 |
| | | 4975 Commercial St SE<br>Salem, OR  97302 | 120946 |
| | | 2722 N Lombard St<br>Portland, OR  97217 | 120954 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – EIGHTH OMNIBUS REJECTION MOTION  (NO. OF CONTRACTS:  92)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 11902 SE Stark St<br>Portland, OR  97216 | 120956 |
| | | 530 SE 10th Ave<br>Hillsboro, OR  97123 | 120964 |
| | | 3110 SW Cedar Hills Blvd<br>Beaverton, OR  97005 | 120968 |
| | | 4341 Elkhorn Blvd<br>Sacramento, CA  95842 | 120971 |
| | | 4110 Norwood Ave<br>Sacramento, CA  95838 | 120973 |
| | | 6640 Valley Hi Dr<br>Sacramento, CA  95823 | 120975 |
| | | 1825 Countryside Dr<br>Turlock, CA  95380 | 120977 |
| | | 1296 W 11th St<br>Tracy, CA  95376 | 121045 |
| | | 1190 W F St<br>Oakdale, CA  95361 | 121046 |
| | | 1320 Standiford Ave<br>Modesto, CA  95350 | 121053 |
| | | 1340 W Olive Ave<br>Merced, CA  95348 | 121054 |
| | | 2300 Cutting Blvd<br>Richmond, CA  94804 | 121067 |
| | | 2700 San Pablo Ave<br>Oakland, CA  94612 | 121069 |
| | | 9001 International Blvd<br>Oakland, CA  94603 | 121071 |
| | | 2038 Mission St<br>SF, CA  94110 | 121092 |
| | | 4796 E Kings Canyon Rd<br>Fresno, CA  93702 | 121102 |
| | | 2774 Willow Ave<br>Clovis, CA  93612 | 121106 |
| | | 1821 W Ave I<br>Lancaster, CA  93534 | 121110 |
| | | 3540 S Mooney Blvd<br>Visalia, CA  93277 | 121125 |
| | | 290 E Cross Ave<br>Tulare, CA  93274 | 121127 |
| | | 620 E 6th St<br>Corona, CA  92879 | 121144 |
| | | 560 W 19th St<br>Costa Mesa, CA  92627 | 121156 |
| | | 1221 N State St<br>San Jacinto, CA  92583 | 121158 |
| | | 745 E Foothill Blvd<br>Rialto, CA  92376 | 121179 |
| | | 16184 Foothill Blvd<br>Fontana, CA  92335 | 121185 |
| | | 22 W 7th St<br>Calexico, CA  92231 | 121199 |
| | | 283 Main St<br>Brawley, CA  92227 | 121201 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – EIGHTH OMNIBUS REJECTION MOTION  (NO. OF CONTRACTS: 92)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 4874 Genesee Ave<br>San Diego, CA  92117 | 121203 |
| | | 950 E Vista Way<br>Vista, CA  92084 | 121204 |
| | | 1529 W Innes St<br>Salisbury, NC  28144 | 121205 |
| | | 7900 El Cajon Blvd<br>La Mesa, CA  91942 | 121211 |
| | | 6111 South Blvd<br>Charlotte, NC  28217 | 121215 |
| | | 740 E Arrow Hwy<br>Pomona, CA  91767 | 121225 |
| | | 1856 S Euclid Ave<br>Ontario, CA  91762 | 121228 |
| | | 1393 N Hacienda Blvd<br>La Puente, CA  91744 | 121232 |
| | | 891 S Citrus Ave<br>Azusa, CA  91702 | 121236 |
| | | 3570 Memorial Dr<br>Decatur, GA  30032 | 121340 |
| | | 3675 Satellite Blvd, Suite 830<br>Duluth, GA  30096 | 121346 |
| | | 6762 GA-85<br>Riverdale, GA  30274 | 121354 |
| | | 14526 Sherman Way<br>Van Nuys, CA  91405 | 121359 |
| | | 20115 Saticoy St<br>WINNETKA, CA  91306 | 121366 |
| | | 2841 Greenbriar Pkwy SW<br>Atlanta, GA  30331 | 121373 |
| | | 104 W Anaheim St<br>WILMINGTON, CA  90744 | 121380 |
| | | 350 Shallowford Rd D<br>Gainesville, GA  30504 | 121384 |
| | | 4328 Augusta Rd<br>Garden City, GA  31408 | 121386 |
| | | 1648 W Carson St<br>Torrance, CA  90501 | 121393 |
| | | 3797 Martin Luther King Jr Blvd<br>Lynwood, CA  90262 | 121399 |
| | | 10152 Atlantic Blvd<br>Jacksonville, FL  32225 | 121407 |
| | | 1330 E Alondra Blvd<br>Compton, CA  90221 | 121414 |
| | | 806 NE Waldo Rd<br>Gainesville, FL  32641 | 121420 |
| | | 87 W Main St<br>Apopka, FL  32703 | 121422 |
| | | 1523 S Crystal Lake Dr<br>Orlando, FL  32806 | 121431 |
| | | 4560 S Kirkman Rd<br>Orlando, FL  32811 | 121439 |
| | | 4712 S Orange Blossom Trl<br>Orlando, FL  32839 | 121444 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – EIGHTH OMNIBUS REJECTION MOTION  (NO. OF CONTRACTS:  92)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 5280 E Beverly Blvd<br>Los Angeles, CA  90022 | 121571 |
| | | 4948 W Pico Blvd<br>Los Angeles, CA  90019 | 121573 |
| | | 1651 N State Rd 7<br>Lauderhill, FL  33313 | 121578 |
| | | 5100 W Commercial Blvd<br>Tamarac, FL  33319 | 121580 |
| | | 500 E WASHINGTON BLVD<br>LOS ANGELES, CA  90015 | 121582 |
| | | 10005 S Central Ave<br>Los Angeles, CA  90002 | 121588 |
| | | 1232 E Florence Ave<br>Los Angeles, CA  90001 | 121590 |
| | | 2300 N Main St<br>Las Cruces, NM  88001 | 121592 |
| | | 1521 Eubank Blvd NE<br>Albuquerque, NM  87112 | 121597 |
| | | 4001 San Mateo Blvd NE<br>Albuquerque, NM  87110 | 121599 |
| | | 2642 Tamiami Trail E<br>Naples, FL  34112 | 121616 |
| | | 5169 14th St W<br>Bradenton, FL  34207 | 121617 |
| | | 2400 SW College Rd<br>Ocala, FL  34471 | 121626 |
| | | 7403 Spring Hill Dr<br>Spring Hill, FL  34606 | 121629 |
| | | 1346 W N Blvd<br>Leesburg, FL  34748 | 121642 |
| | | 21177 Euclid Ave<br>Cleveland, OH  44117 | 121723 |
| | | 15701 Broadway Ave<br>Maple Heights, OH  44137 | 121726 |
| | | 5311 Memphis Ave<br>Cleveland, OH  44144 | 121727 |
| | | 2723 S Arlington Rd<br>Akron, OH  44312 | 121818 |
| | | 3516 W Siebenthaler Ave<br>Dayton, OH  45406 | 121827 |
| | | 8434 N Lindbergh Blvd<br>Florissant, MO  63031 | 121864 |
| | | 10004 Gravois Rd<br>St. Louis, MO  63123 | 121867 |
| | | 1028 Manhattan Blvd<br>Harvey, LA  70058 | 121898 |
| | | 2222 Ambassador Caffery Pkwy<br>Lafayette, LA  70506 | 121912 |
| | | 3802 Jewella Ave<br>Shreveport, LA  71109 | 121921 |
| | | 1417 Winnsboro Road<br>Monroe, LA  71202 | 121925 |
| | | 701 S Vienna St<br>Ruston, LA  71270 | 121926 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – EIGHTH OMNIBUS REJECTION MOTION  (NO. OF CONTRACTS:  92)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 4609 Jackson St<br>Alexandria, LA  71303 | 121928 |
| | | 1324 W Main St<br>Lewisville, TX  75067 | 122167 |
| | | 3614 FM 365<br>Nederland, TX  77627 | 122176 |
| | | 3330 N Galloway Ave #Suite 317<br>Mesquite, TX  75150 | 122178 |
| | | 410 E Pioneer Pkwy<br>Grand Prairie, TX  75051 | 122184 |
| | | 830 N Main St<br>Vidor, TX  77662 | 122185 |
| | | 3800 Main St<br>The Colony, TX  75056 | 122208 |
| | | 5516 River Oaks Blvd<br>River Oaks, TX  76114 | 122217 |
| | | 8838 Viscount Blvd<br>El Paso, TX  79925 | 122252 |
| | | 1305 E 8th St<br>Odessa, TX  79761 | 122256 |
| | | 3517 N 1st St<br>Abilene, TX  79603 | 122260 |
| | | 4646 34th St<br>Lubbock, TX  79410 | 122263 |
| | | 1420 Wells Branch Pkwy<br>Pflugerville, TX  78660 | 122272 |
| | | 1025 Texas Blvd N<br>Weslaco, TX  78596 | 122273 |
| | | 3337 Sherwood Way<br>San Angelo, TX  76901 | 122323 |
| | | 836 W University Dr<br>Denton, TX  76201 | 122328 |
| | | 215 S High St<br>Longview, TX  75601 | 122333 |
| | | 980 N Walnut Creek Dr<br>Mansfield, TX  76063 | 122335 |
| | | 100 S Ridgeway Dr<br>Cleburne, TX  76033 | 122349 |
| | | 419 N Main St<br>Keller, TX  76248 | 122350 |
| | | 2309 Gilmer Rd<br>Longview, TX  75604 | 122358 |
| | | 319 E Front St<br>Tyler, TX  75702 | 122360 |
| | | 5510 Bellaire Blvd<br>Houston, TX  77081 | 122361 |
| | | 6848 Spencer Hwy<br>Pasadena, TX  77505 | 122371 |
| | | 19757 Eastex Fwy<br>Humble, TX  77338 | 122379 |
| | | 1602 N Laurent St<br>Victoria, TX  77901 | 122395 |
| | | 630 S 23rd St<br>McAllen, TX  78501 | 122400 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – EIGHTH OMNIBUS REJECTION MOTION  (NO. OF CONTRACTS: 92)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 10959 Cypress Creek Pkwy<br>Houston, TX  77070 | 122410 |
| | | 1400 Graham Dr<br>Tomball, TX  77375 | 122415 |
| | | 3304 E 29th St<br>Bryan, TX  77802 | 122418 |
| | | 4502 Griggs Rd<br>Houston, TX  77021 | 122424 |
| | | 534 N New Braunfels Ave<br>San Antonio, TX  78202 | 122439 |
| | | 720 N Valley Mills Dr<br>Waco, TX  76710 | 122443 |
| | | 7901 Culebra Rd<br>San Antonio, TX  78251 | 122451 |
| | | 940 S 77 Sunshine Strip<br>Harlingen, TX  78550 | 122452 |
| | | 1921 W Wheeler Ave<br>Aransas Pass, TX  78336 | 122455 |
| | | 11600 Bandera Rd<br>San Antonio, TX  78250 | 122469 |
| | | 1132 E Main St<br>Alice, TX  78332 | 122478 |
| | | 727 S 14th St<br>Kingsville, TX  78363 | 122481 |
| | | 1960 SW Military Dr<br>San Antonio, TX  78221 | 122485 |
| | | 8515 Perrin Beitel Rd<br>San Antonio, TX  78217 | 122486 |
| | | 202 SAWDUST RD<br>The Woodlands, TX  77380 | 122721 |
| | | 2109 N 10th St<br>McAllen, TX  78501 | 122723 |
| Adelsons Inc. | Attn: Abdulhafed Ali<br>2409 Persimmon Street<br>Wasco, CA 93280 | 1010 N Alta Ave<br>Dinuba, CA  93618 | 130048 |
| | | 150 E Cinnamon Dr<br>Lemoore, CA  93245 | 130053 |
| | | 1145 Park Blvd<br>Orange Cove, CA  93646 | 130054 |
| Adi Shakti Trading 03 Inc. | Attn: Bijal Patel<br>4035 US-17<br>Richmond Hill, GA 31324 | 4035 US-17<br>Richmond Hill, GA  31324 | 108145 |
| Adi Shakti Trading 05 Inc. | Attn: Bijal Patel<br>1300 Wheaton St<br>Savannah, GA 31404 | 1300 Wheaton St<br>Savannah, GA  31404 | 108144 |
| Agam 1 LLC | Attn: Milan Chanana<br>N 511 WI-57<br>Random Lake, WI 53075 | n 511 WI-57<br>Random Lake, WI  53075 | 108594 |
| Ahold USA Inc. | 1385 Hancock St<br>Quincy, MA 02169 | 1385 Hancock St<br>Quincy, MA  2169 | 160035 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – EIGHTH OMNIBUS REJECTION MOTION  (NO. OF CONTRACTS: 92)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Airport Shell | Attn: Mukesh Mansukhani<br>8610 Airport Blvd<br>Houston, TX 77061 | 8610 Airport Blvd<br>Houston, TX 77061 | 101558 |
| Ajj's Smoke n Stuff | 601 S Beacon Blvd Suite #101<br>Grand Haven, MI 49417 | 601 S Beacon Blvd Suite #101<br>Grand Haven, MI 49417 | 138206 |
| Aj's Liquorland | Attn: Aadi Paterl<br>2150 W Galena Blvd Unit #A3<br>Aurora, IL 60506 | 2150 W Galena Blvd unit #A3<br>Aurora, IL 60506 | 108341 |
| Aklilu A Beraki dba A K Mini Mart | Attn: Aklilu A Beraki<br>586 Dayton St<br>Aurora, CO 80010 | 586 Dayton St<br>Aurora, CO 80010 | 108234 |
| Akshar Murti LLC | Attn: Himani Patel<br>649 King George Rd<br>Woodbridge Township, NJ 8863 | 649 King Georges Rd<br>Woodbridge Township, NJ 8863 | 103275 |
| Alessandro Liquor | Attn: Aziz Eskander<br>1051 E Alessandro Blvd Ste 100A<br>Riverside, CA 91761 | 1051 E Alessandro Blvd<br>Riverside, CA 92508 | 101425 |
| Alexandria's Convenient Food Store | Attn: Manraj Pabla<br>335 Woburn St<br>Lexington, MA 2420 | 335 Woburn St<br>Lexington, MA 2420 | 103920 |
| Ali Amoco Inc DBA BP | Attn: Farhan Ghaffar<br>5100 S 108th St<br>Hales Corners, WI 53130 | 5100 S 108th St<br>Hales Corners, WI 53130 | 108372 |
| Alii Adventures LLC | Attn: Shari Sicsko<br>75-5663 Palani Rd Unit A<br>Kailua-Kona, HI 96740 | 75-5663 Palani Rd #Unit A<br>Kailua-Kona, HI 96740 | 108304 |
| Al-Kahf LLC | Attn: Muktar Bawasir<br>833 W Oklahoma Ave<br>Milwaukee, WI 53215 | 833 W Oklahoma Ave<br>Milwaukee, WI 53215 | 108853 |
| Alliance Petroleum LLC | Attn: Sarah King<br>4251 Lindell Blvd<br>St Louis, MO 63108 | Attn: Sarah King<br>3402 Rider Trail S<br>Earth City, MO 63045 | 108683 |
| Almajeed II, Inc | Attn: Salam Majeed<br>1259 NE Post Dr Ste D & E<br>Plainfield Charter Township, MI 49306 | 1259 Post Dr NE<br>Plainfield Charter Township, MI 49306 | 108172 |
| Almansorson LLC DBA Dodge City Market | Attn: Fadi Almansor<br>705 E Main St<br>Avondale, AZ 85323 | 705 E Main St<br>Avondale, AZ 85323 | 107996 |
| Alpha Liquor LLC | Attn: Biniam Tekola<br>351 Englewood Pkwy<br>Englewood, CO 80110 | 351 Englewood Pkwy<br>Englewood, CO 80110 | 108647 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – EIGHTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 92)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| AM PM Investments LLC | Attn: Peyman Rezaeizadeh<br>13015 Jupiter Rd<br>Dallas, TX 75238 | 13015 Jupiter Rd<br>Dallas, TX  75238 | 108141 |
| Aman Convenience, Inc | Attn: Balijeet Singh<br>400 Market St<br>Kingston, PA 18704 | 515 Main St<br>Dupont, PA  18641 | 108906 |
| Amelia - Facet | Attn: Joseph Massa & Jason Hanson<br>198 W Main St<br>Amelia, OH 45102 | 198 W Main St<br>Amelia, OH  45102 | 117929 |
| American Art Glass Inc | Attn: Alaa Shayya, Alex Shayya<br>1921 S Elm Pl<br>Broken Arrow, OK 74012-7029 | 1921 S Elm Pl<br>Broken Arrow, OK  74012 | 108715 |
| Ameristop Food Mart | Attn: Ddinesh Prajapati<br>3385 Springdale Rd<br>Cincinnati, OH 45251 | 3385 Springdale Rd<br>Cincinnati, OH  45251 | 103942 |
| Amigo #3 | Attn: Neal Patel<br>1613 NW 21st St<br>Fort Worth, TX 76764 | 1613 NW 21st St<br>Fort Worth, TX  76164 | 103133 |
| Amigo Trading LLC | Attn: Mohammad Abuali<br>2200 Summit Ave<br>Union City, NJ 7087 | Attn: Mohammad Abuali<br>732 22nd St<br>Union City, NJ  7087 | 103298 |
| Amigos Latinos | Attn: Elias Diaz<br>4327 Airport Rd<br>Santa Fe, NM 87507 | 4327 Airport Rd<br>Santa Fe, NM  87507 | 123213 |
| AMJB Enterprises Inc | Attn: Sadiq Mohammad<br>1401 Cedar Ave<br>Austin, TX 78702 | 1401 Cedar Ave<br>Austin, TX  78702 | 108073 |
| AMPM | Attn: Baljinder Kaur<br>205 N. McCarran Blvd.<br>Sparks, NV 89431 | 205 N McCarran Blvd<br>Sparks, NV  89431 | 139277 |
| AMPM Express LLC | Attn: Mukhtar Humaidi<br>4181 Hessen Cassel Rd<br>Fort Wayne, IN 46806 | 4181 Hessen Cassel Rd<br>Fort Wayne, IN  46806 | 104019 |
| Anaay DM, LLC | Attn: Sumit Devasar<br>211 W Grubb Dr<br>Mesquite, TX 75149 | 211 W Grubb Dr<br>Mesquite, TX  75149 | 108126 |
| ANDERSON MARKET INC | Attn: Hani Kotifani<br>8795 Columbine Rd<br>Eden Prairie, MN 55344 | 8795 Columbine Rd<br>Eden Prairie, MN  55344 | 103764 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – EIGHTH OMNIBUS REJECTION MOTION  (NO. OF CONTRACTS:  92)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Andy's Convenience | Attn: Patel Mahavir<br>864 Broadway<br>Haverhill, MA 1832 | 864 Broadway<br>Haverhill, MA 1832 | 108826 |
| Angel Petroleum LLC | Attn: Paul Singh<br>22942 Brookpark Rd<br>Cleveland, OH 44126 | 22492 Brookpark Rd<br>Cleveland, OH 44126 | 103861 |
| Anoka Gas Stop Inc. | Attn: Jesse Saadeh<br>703 E River Rd<br>Anoka, MN 55303 | 703 E River Rd<br>Anoka, MN 55303 | 103769 |
| Grocery & Apparel - Nepali Store | Attn: Kamal Bhattarai<br>6625G Dixie Hwy<br>Fairfield, OH 45014 | 6625G Dixie Hwy<br>Fairfield, OH 45014 | 108967 |
| Guadalajara Enterprises Inc | Attn: Rebeca Mata<br>69 North 28th St<br>Superior, WI 54880 | 69 N 28th St #7<br>Superior, WI 54880 | 113810 |
| Kunkun LLC | Attn: Victor Joseph<br>3751 N Tower Rd<br>Aurora, CO 80111 | 3751 N Tower Rd<br>Aurora, CO 80011 | 108206 |
| Lays Food Mart | Attn: Shashi Zoto<br>23755 Rogers Clark Blvd<br>Ruther Glen, VA 22546 | 23755 Rogers Clark Blvd<br>Ruther Glen, VA 22546 | 108431 |
| Liquor Barrel | Attn: Peter Rademacher<br>301 E Wheelock Pkwy<br>St Paul, MN 55130 | 301 E Wheelock Pkwy<br>St Paul, MN 55130 | 108969 |
| Liquor Barrel New Brighton | Attn: Peter Rademacher<br>2130 Silver Lake Rd<br>New Brighton, MN 55112 | 2130 Silver Lake Rd NW<br>New Brighton, MN 55112 | 108968 |
| Lowell Market | Attn: Mohammad Bakhtan<br>601 Brunswick St<br>San Francisco, CA 94112 | 601 Brunswick St<br>SF, CA 94112 | 113876 |
| Main Food Mart & Liquor | Attn: Paramjit Kaur<br>6229 Main Ave<br>Orangevale, CA 95662 | 6229 Main Ave<br>Orangevale, CA 95662 | 113585 |
| MMO Trade LLC dba Kwik Stop | Attn: Mubashir Anwer<br>906 Buchanan Dr<br>Burnet, TX 78611 | 906 Buchanan Dr<br>Burnet, TX 78611 | 108092 |
| Num Inc. | Attn: Dal B Pokhrel<br>14799 W 6th Ave Frontage Rd<br>Golden, CO 80401 | 14799 W 6th Ave Frontage Rd<br>Golden, CO 80401 | 113829 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – EIGHTH OMNIBUS REJECTION MOTION  (NO. OF CONTRACTS: 92)**