BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
      jmcpherson@foxrothschild.com
      nkoffroth@foxrothschild.com
      zwilliams@foxrothschild.com
*Counsel for Debtor*

| Electronically Filed June 14, 2023 |
| --- |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
| --- | --- |
| In re | Case No. BK-S-23-10423-MKN |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
|                Debtor. | **NINTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)** |
| | Hearing Date:   July 20, 2023<br>Hearing Time:   10:30 a.m.<br>Estimated Time for Hearing: 20 Minutes |

**PLEASE TAKE NOTICE THAT IF YOU ARE RECEIVING NOTICE OF THIS MOTION, YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON EXHIBIT 2 ATTACHED HERETO. NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE**

146716512.1 [NINTH MOTION]

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, respectfully submits this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit 1**,[1] approving the rejection of contracts and/or unexpired leases set forth in **Exhibit 2** attached hereto pursuant to Bankruptcy Code[2] § 365(a). This Motion is made and based on the *Declaration of Daniel Ayala* (the "Ayala Declaration") filed in support hereof, the following points and authorities, the papers and pleadings on file with the Court in this Chapter 11 Case, and any oral argument the Court may entertain at the hearing on the Motion.

Dated this 14th day of June, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

## POINTS AND AUTHORITIES

### I.    JURISDICTION AND VENUE

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The statutory basis for the relief requested herein is 11 U.S.C. §§ 105(a), and § 365(a) and Bankruptcy Rules 6006 and 9014.

4.    Pursuant to Local Rule 9014.2, the Debtor consents to entry of final order(s) or judgment(s) by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

---

[1] After notice of this Motion, revisions to this proposed order may be made.

[2] All references to "chapter" and "section" herein shall be to the "Bankruptcy Code" appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall refer to the Federal Rules of Bankruptcy Procedure.

146716512.1 [NINTH MOTION]

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## II.    BACKGROUND

**A.    Debtor's Filing**

5.    On February 7, 2023 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

6.    The Debtor is authorized to operate its business and manage its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7.    An Official Committee of Unsecured Creditors was appointed on or about February 17, 2023.

**B.    Debtor's Business And Contracts And/Or Leases**

8.    The Debtor was formed as a Nevada corporation for the purpose of providing a platform for customers to buy and sell digital currencies through Digital Currency Machines ("DCMs") distributed across the United States.  DCMs are an advanced version of the kiosks commonly referred to as Bitcoin ATMs or BTMs, that enable a consumer to both (a) buy bitcoin as well as 30+ other digital currencies with cash, and (b) sell digital currency for cash.  The Debtor's machines are DCMs offering two-way functionality, over 30 digital currency options, an advanced user interface and a custom non-custodial companion wallet app (available on the Apple App Store and the Google Play Store).  See Ayala Declaration.

9.    In connection with the installation, operation, and use of the DCMs, or kiosks ("Kiosks"), Cash Cloud entered into numerous contracts (the "Contracts") or leases ("Leases") with various parties ("Counterparty" or Counterparties").

10.    Specifically, the Debtor is a party to Contracts or Leases pertaining to the installation of Kiosks at retail locations, including convenience stores, malls, and enterprise grocery stores, such Contracts or Leases generally provide Cash Cloud permission to install a Kiosk at a certain location ("Location") in exchange for compensation being paid to the Counterparty. The terms in the Contracts and/or Leases vary.  Under certain "master" Contracts and/or Leases, wherein such Contract or Lease governs the installation of Kiosks at multiple, different Locations (as set forth within the exhibits attached to the Contract or Lease), the Contract or Lease contains terms that provide not only for the termination of the master agreement, as a whole, but also for either the

3

Debtor or the Counterparty to terminate certain identified Locations.  See Ayala Declaration.

11.      In addition, the Debtor is also a party to numerous Contracts or Leases necessary for its general operations.  See Ayala Declaration.

12.      On May 8, 2023, the Debtor filed Debtor's Motion For Order Extending Deadline To Assume, Assume And Assign, Or Reject Unexpired Nonresidential Real Property Leases Pursuant To 11 U.S.C. § 365(d)(4) wherein the Debtor requested an extension of time to assume or reject all of its unexpired non-residential real property leases.

13.      On June 6, 2023, the Court entered an Order Extending Deadline To Assume, Assume And Assign, Or Reject Unexpired Nonresidential Real Property Leases Pursuant To 11 U.S.C. § 365(d)(4) [ECF 619] extending the time for the Debtor to assume or reject Leases to July 14, 2023.

**C.      Sale of the Debtor's Assets**

14.      On April 7, 2023, the Debtor filed a Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially All of the Debtors Assets; (B) Approving Form Notice to Be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan [ECF No. 392].

15.      On April 27, 2023, the Court entered an Order Establishing Bidding Procedures and Related Deadlines [ECF No. 483] (the "Bid Procedures Order").

16.      The Bid Procedures Order approved bidding procedures governing the sale of substantially all of Debtor's assets.

17.      In accordance with the Bid Procedures Order, the Debtor held an auction for the sale of substantially all of the Debtor's assets on June 2, 2023.  The bid presented by Heller Capital Group, LLC ("Heller Capital") for the purchase of certain of the Debtor's assets was selected as one of the winning bids.

18.      Heller Capital will be purchasing certain of the Debtor's Kiosks, including without limitation, Kiosks used in connection with the Contracts and Leases subject to the Motion.

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146716512.1 [NINTH MOTION]

**D.    Rejection of Contracts And/Or Leases**

19.    The Debtor has made the decision to reject the Contracts and/or Leases after undertaking a financial analysis of the expense to the Debtor's estate associated with each Contract or Lease, and the benefits to the estate and its creditors associated with each Contract or Lease. Based upon the Debtor's financial analysis of the Contracts and/or Leases, the Debtor, in its business judgment, has determined that the Contracts and/or Leases set forth in the Motion are financially burdensome and do not provide benefit to the estate.  Among other things, the Debtor considered the historical performance, cure costs associated with assuming the contracts, ongoing administrative expenses, and potentially irreparable business relationships with certain hosts. The Contracts and/or Leases, or certain Locations, that are listed on Exhibit 2 are no longer needed and are not a source of potential value for the Debtor's future operations, creditors, or interest holders.  Further, the Debtor seeks to avoid depletion of the estate through accrual of administrative expenses associated with these Contracts and/or Leases. In addition, the Debtor has determined that there is no value in attempting to assume and assign the Contracts and/or Leases, as they are not marketable given their terms.  Indeed, Heller Capital has determined it does not seek to have the Debtor assume and assign the Contracts or Leases.  See Ayala Declaration.

**E.    Requested Relief**

20.    Bankruptcy Code section 365(a) authorizes the Debtor, subject to this Court's approval, to reject any executory contract or unexpired lease.  Based on its business judgment, Debtor has determined that the Contracts and/or Leases are financially burdensome to the estate and do not provide benefit to the estate.  See Ayala Declaration.  Accordingly, the Debtor seeks authority to reject the Contracts and/or Leases set forth on **Exhibit 2** as of the date of the filing of this Motion to prevent the incurrence of ongoing administrative expenses with respect to the Contracts and/or Leases.  See Ayala Declaration.

### III.    MEMORANDUM OF LAW

**A.    The Debtor's Decision To Reject The Contracts And/Or Leases Should Be Approved**

21.    Section 365 of the Bankruptcy Code provides that "the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."  11 U.S.C.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

§ 365(a).  "Under the Code, most courts have applied a 'business judgment' test to trustees' decisions to assume or reject contracts or leases."  3 <u>Collier on Bankruptcy</u> ¶ 365.03[2] (16th Ed. 2016).  "In making its determination, a bankruptcy court need engage in only a cursory review of a debtor-in-possession's decision to reject the contract."  <u>Agarwal v. Pomona Valley Med. Group, Inc. (In re Pomona Valley Med. Group, Inc.)</u>, 476 F.3d 665, 670 (9th Cir. 2007) (internal punctuation omitted).

22.    "[I]n evaluating the rejection decision, the bankruptcy court should presume that the debtor-in-possession acted prudently, on an informed basis, in good faith, and in the honest belief that the action taken was in the best interests of the bankruptcy estate."  <u>Id.</u>, at 670.  In the Ninth Circuit, a bankruptcy court "should approve the rejection of an executory contract under § 365(a) unless it finds that the debtor-in-possession's conclusion that rejection would be advantageous is so manifestly unreasonable that it could not be based on sound business judgment, but only on bad faith, or whim or caprice."  <u>Id.</u> (internal punctuation omitted).

23.    The Debtor's decision to reject the Contracts and/or Leases reflects the Debtor's exercise of sound business judgment and is in the best interests of the Debtor, its estate, and its creditors.  The Debtor has determined that the Contracts and/or Leases are not necessary for the Debtor's operations and are financially burdensome and not beneficial to the estate. The Leases are not a source of potential value for the Debtor's future operations, creditors, or interest holders, and are believed to not be marketable given their terms and constitute an unnecessary drain on the Debtor's limited resources.  Indeed, Heller Capital has determined it does not seek to have the Debtor assume and assign the Contracts or Leases.  <u>See</u> Ayala Declaration.  Accordingly, the Debtor submits that its decision to reject the Contracts and/or Leases is a sound exercise of its business judgment and should be approved.

**B.      Rejection As of the Date of the Filing of This Motion**

24.    This Court has authority to approve the rejection of executory contracts or leases as of the date of the filing of the motion for rejection. Section 365 of the Bankruptcy Code does not expressly provide whether courts may order rejection to be effective retroactively.  However, courts have held that bankruptcy courts may exercise their equitable powers in granting such a retroactive

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

order when they conclude that doing so promotes the purposes of Section 365, and that after balancing the equities of a case, equities weigh in favor the debtor.  See, e.g., Pac. Shores Dev., LLC v. At Home Corp. (In re At Home Corp.), 392 F.3d 1064, 1065 (9th Cir. 2004) (affirming order authorizing rejection as of date of filing of motion), cert. denied, 564 U.S. 814 (2005); Thinking Machines Corp. v. Mellon Fin. Servs. Corp. (In re Thinking Machs. Corp.), 67 F.3d 1021, 1028-29 (1st Cir. 1995) (bankruptcy court has power to approve rejection as of date of filing motion); In re Amber's Stores, Inc., 193 B.R. 819, 827 (Bankr. N.D. Tex. 1996)(holding that the lease should be deemed rejected as of the petition date due to the equities of case).   Although this caselaw pertains to the rejection of nonresidential real property leases, the rationale contained therein is applicable to executory contracts. The Ninth Circuit in In re At Home Corp., explained that "the equitable authority recognized in Thinking Machines has been imported to contexts other than unexpired nonresidential leases," citing to Malden Mills Indus., Inc. v. Maroun (In re Malden Mills Indus., Inc.), 303 B.R. 688, 701 (B.A.P. 1st Cir. 2004) and its application of this principle to abandonment of personal property.  392 F.3d at 1070.  The Debtor further notes that the Ninth Circuit's holding in In re At Home Corp., 392 F.3d 1064 (9th Cir. 2004) allowing rejection as of the date of the motion has been found to be undisturbed by the Court's holding in Roman Catholic Archdiocese of San Juan v. Acevedo Feliciano, ___ U.S. ___, 140 S.Ct. 696 (2020). See In re Player's Poker Club, Inc., 636 B.R. 811 (Bankr. C.D.Cal. 2022).

25.     Balancing the equities in this case, approving rejection of the Contracts and/or Leases as of the date of this Motion is appropriate.  The Debtor has promptly filed this Motion and promptly set it for hearing giving Counterparties notice of this Motion and the Debtor's intention. Without the authority to reject as of the Motion filing date, the Debtor may be forced to incur potential administrative expenses for agreements that provide no benefit to the estate to the detriment of creditors and other stakeholders.  Further, allowing the Debtor to reject the Contracts and/or Leases will not unduly prejudice the Counterparties because the Counterparties will receive notice of the Motion and therefore will have sufficient opportunity to object if they so choose. Indeed, the Counterparties may benefit from the rejection as they will be relieved of obligations under the Contracts and/or Leases.  Accordingly, the rejection of the Contracts and/or Leases should

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

7

be approved as of the date of the Motion.

## V.    RESERVATION OF RIGHTS

26.    Nothing contained herein is intended or should be construed as an admission of the validity of any claim against the Debtor, a waiver of the Debtor's rights to dispute any claim, or an approval or assumption of any agreement, contract, or lease under section 365 of the Bankruptcy Code.  The Debtor expressly reserves its rights to contest any invoice or claim related to the relief requested herein in accordance with applicable law.

## VI.    NOTICE

27.    Notice of this Motion has been given by electronic mail or first class mail to the following parties or their counsel: (a) the Office of the United States Trustee for the District of Nevada; (b) counsel for the Official Committee of Unsecured Creditors; (c) counsel to Debtor's secured creditors; (d) counsel to parties that have a lease interest in the Remaining Property; (e) the counterparties to the Contracts and/or Leases; and (f) all parties that have filed a Rule 2002 Notice Request in the Chapter 11 Case.  In light of the nature of the relief requested, Debtor respectfully submits that such notice is appropriate and sufficient under the circumstances and that no further notice is necessary.

## CONCLUSION

WHEREFORE, for all of the foregoing reasons, Debtor respectfully requests that this Court enter an Order granting this Motion, substantially in the form attached hereto as **Exhibit 1,** and (a) approving the rejection of the Contracts and/or Leases set forth on **Exhibit 2** attached hereto, as of the date of the filing of this Motion; and (b) granting such other and further relief as this Court deems appropriate.

Dated this 14th day of June, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson

JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146716512.1 [NINTH MOTION]

**EXHIBIT 1**

**PROPOSED ORDER**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                        Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br>**ORDER GRANTING NINTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)**<br>Hearing Date:    July 20, 2023<br>Hearing Time:   10:30 a.m. |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

9

146716512.1 [NINTH MOTION]

The Court having reviewed and considered Debtor's motion [ECF _____] (the "Motion")[3] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a); and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: _____
JEANETTE E. MCPHERSON, ESQ.
BRETT A. AXELROD, ESQ.
NICHOLAS A. KOFFROTH, ESQ.
ZACHARY T. WILLIAMS, ESQ.
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

*Counsel for Debtor*

---

[3] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

146716512.1 [NINTH MOTION]

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐  The Court has waived the requirement of approval in LR 9021(b)(1).

☐  No party appeared at the hearing or filed an objection to the motion.

☐  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146716512.1 [NINTH MOTION]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1 TO PROPOSED ORDER**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Apache Liquor | Attn: Dustin Pickering<br>2020 S Parker Rd<br>Denver, CO 80231 | 2020 S Parker Rd<br>Denver, CO 80231 | 108642 |
| Apache Mall | 333 Apache Mall<br>Rochester, MN 55902 | 52 US-14<br>Rochester, MN  55902 | 103772 |
| Apple Valley Gas Mart | Attn: David Dhillon<br>21898 Outer Hwy 18 N<br>Apple Valley, CA 92307 | 21898 Outer Hwy 18 N<br>Apple Valley, CA  92307 | 108723 |
| Ararat Liquor LLC | Attn: Simon Ghenreslassie<br>c/o The Liquor Cabinet of Thornton<br>8600 Washington St<br>Thornton, CO 80229 | 8600 Washington St<br>Thornton, CO  80229 | 103636 |
| Arcade Laundromat | Attn: Nicholas Dillon<br>979 Arcade St<br>St Paul, MN 55106 | 979 Arcade St<br>St Paul, MN  55106 | 114731 |
| Arco c/o Amar Kohli | Attn: Amar Kohli; Guruvinder Aujla<br>363 S Gilbert Rd<br>Mesa, AZ 85204 | 3753 San Pablo Dam Rd<br>El Sobrante, CA  94803 | 119416 |
| Area 51 Smoke & Vape Shop | Attn: Patrick Azarian<br>1001 S Central Ave<br>Glendale, CA 91204 | 1001 S Central Ave<br>Glendale, CA  91204 | 145722 |
| Aroohi Enterprise Inc | Attn: Kulvinder Singh<br>c/o Lucky Food Mart<br>22 Goethals Dr<br>Richland, WA 99352-4619 | Attn: S & P Gill Corporation<br>1001 N 16th Ave<br>Yakima, WA  98902 | 122180 |
| Ashe St. Convience Store | Attn: Ahmed Hassan<br>63 Ashe St.<br>Charleston, SC 29403 | 63 Ashe St.<br>Charleston, SC  29403 | 103810 |
| Ask Oil Incorporated | Attn: Ajmer Mann<br>3801 N High School Rd<br>Indianapolis, IN 46254 | 3801 N High School Rd<br>Indianapolis, IN  46254 | 104010 |
| Associated Wholesale Grocers, Inc. | Attn: Bruce McCune<br>c/o Food Fair<br>922 Main St<br>Pleasanton, KS 66075 | 922 Main St<br>Pleasanton, KS  66075 | 125978 |
| Associated Wholesale Grocers, Inc. | Attn: Steve Piper<br>c/o Wolverine Fine Foods<br>102 S Washington St<br>Marquette, KS 67464 | 102 S Washington St<br>Marquette, KS  67464 | 126097 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –
NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Associated Wholesale Grocers, Inc. | Attn: Todd Grump<br>c/o Gump's IGA<br>57 Maple Ave<br>Grafton, WV 26354 | 57 Maple Ave<br>Grafton, WV  26354 | 137628 |
| Associated Wholesale Grocers, Inc. | Attn: Brandon Morris<br>c/o Sav U Mor<br>1003 E Madison St<br>Bastrop, LA 71220 | 1003 E Madison Ave<br>Bastrop, LA  71220 | 139362 |
| Associated Wholesale Grocers, Inc. | Attn: Nathan Brtek<br>c/o Lou's Thrifty-Way<br>807 S 13th St<br>Norfolk, NE 68701 | 807 S 13th St<br>Norfolk, NE  68701 | 146056 |
| Associated Wholesale Grocers, Inc. | Attn: Ryan Cain<br>c/o Timmons Market<br>747 Timmons Blvd<br>Rapid City, SD 57703 | 747 Timmons Blvd<br>Rapid City, SD  57703 | 147162 |
| Associated Wholesale Grocers, Inc. | Attn: VP Sales & Solutions<br>5000 Kansas Avenue<br>Kansas City, KS 66106 | | 0 |
| AVI Fuel Inc. | Attn: Rajrajinder Sin<br>1357 Lexington Ave<br>Masnfield, OH 44907 | 1357 Lexington Ave<br>Mansfield, OH  44907 | 103897 |
| Badger Exotics LLC | Attn: Charles Lewis<br>719 State St<br>La Crosse, WI 54601 | 719 State St<br>La Crosse, WI  54601 | 113871 |
| Bajra Yogini Inc | Attn: Sunil Shrestha<br>9048 San Joaquin Trail<br>Forth Worth, TX 76118 | 500 S Hampton Rd<br>Dallas, TX  75208 | 104374 |
| Bali Enterprise Inc | Attn: Balijeet Singh<br>c/o US Gas Station<br>155 N Memorial Hwy<br>Shavertown, PA 18708 | 155 N Memorial Hwy<br>Shavertown, PA  18708 | 108908 |
| Banwait Oil LLC | Attn: Paramjit Banwait<br>1321 Main St<br>Oregon City, OR 97045 | 1321 Main St<br>Oregon City, OR  97045 | 103491 |
| Barik Super Store | Attn: Babir Sultan<br>13815 Polfer Rd<br>Kansas City, KS 66109 | 13815 Polfer Rd<br>Kansas City, KS  66109 | 108111 |
| Bastrop Country Store | Attn: Rizwan Shuja<br>108 Watterson Rd<br>Bastrop, TX 78602 | 108 Watterson Rd<br>Bastrop, TX  78602 | 108088 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Bayonne High Spirits, INC | Attn: Nisha Pithadia<br>c/o High Spirits Liquor Store<br>816-818 Broadway<br>Bayonne, NJ 7002 | 816-818 Broadway<br>Bayonne, NJ 7002 | 103256 |
| Beauregard Liquors | Attn: Dipakkumar Patel<br>11 West St<br>Gardner, MA 1440 | 11 West St<br>Gardner, MA 1440 | 114724 |
| Beer & wine shop First United market | Attn: Sonal One Inc<br>271 Brookline St<br>Cambridge, MA 2139 | 271 Brookline St<br>Cambridge, MA 2139 | 108464 |
| Belmont Food Mart | Attn: Satvir Kaur<br>2030 W Washington St<br>Indianapolis, NV 46222 | 2030 W Washington St<br>Indianapolis, IN 46222 | 104008 |
| Best Food Inc | Attn: Mahmoud Alhawamdeh<br>767 Market St<br>Tacoma, WA 98402 | 767 Market St<br>Tacoma, WA 98402 | 120756 |
| Best Stop Market LLC | Attn: Madhat Asham<br>3420 Lebanon Pike<br>Nashville, TN 37076 | 3420 Lebanon Pike<br>Hermitage, TN 37076 | 103358 |
| Best Wash Alton LLC | Attn: Rebecca Unnerstall<br>506 W Delmar Ave<br>Alton, IL 62002 | 506 W Delmar Ave<br>Alton, IL 62002 | 119063 |
| BHS Associates Inc. | Attn: Barkad Ali<br>2237 W Parker Rd<br>Plano, TX 75023 | 2237 W Parker Rd<br>Plano, TX 75023 | 104338 |
| Bhumi Convenience Inc. | Attn: Jay Patel<br>c/o Convenient 38<br>880 Main St<br>Woburn, MA 1801 | 880 Main St<br>Woburn, MA 1801 | 103919 |
| Bibo Liquor and Market | Attn: Ehab William<br>14062 Springdale St<br>Westminster, CA 92683 | 14062 Springdale St<br>Westminster, CA 92683 | 103567 |
| Big Bucks Management Inc | Attn: Josh Bailey<br>113 College Park Rd<br>Ladson, NC 29456 | 113 College Park Rd<br>Ladson, SC 29456 | 108953 |
| Big Time Glass LLC | Attn: Brandon Matthews<br>2308 S 1st Street<br>Yakima, WA 98903 | 2308 S 1st St<br>Yakima, WA 98903 | 120243 |
| Billa Management Inc. | Attn: Sukhvant Singh<br>499 Frelinghuysen Ave<br>Newark, NJ 7114 | 499 Frelinghuysen Ave<br>Newark, NJ 7114 | 103271 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Bizee Mart | Attn: Dhara Chaudhary<br>212 S. Horton Pkwy<br>Chapel Hill, TN 37034 | Attn: Dhara Chaudhary<br>445 W Commerce St<br>Lewisburg, TN  37091 | 104401 |
| Blazing Stones Smoke Shop LLC | Attn: Jeffery Daniel Leitch<br>2706 E University Dr<br>Mesa, AZ 85213 | 2706 E University Dr<br>Mesa, AZ  85213 | 108599 |
| BMAPS LLC (DBA New Boulder Gas) | Attn: Sanjay Shrestha<br>2995 28th Street<br>Boulder, CO 80301 | 2995 28th St<br>Boulder, CO  80301 | 103690 |
| Bobby's Food Mart | Attn: Nash Noorali<br>1420 W 6th St<br>Irving, TX 75060 | 1420 W 6th St<br>Irving, TX  75060 | 108004 |
| Bobs Drive Inn | Attn: Mubashir Anwer<br>3919 FM2147<br>Marble Falls, TX 78654 | 3919 FM2147<br>Marble Falls, TX  78654 | 108091 |
| BOM Petroleum Incorporated | Attn: Sarwan Singh, Mukhtiar Singh<br>53031 State Rd 13<br>P.O. Box 1152<br>Middlebury, IN 46540 | Attn: Sarwan Singh, Mukhtiar Singh<br>53031 IN-13<br>Middlebury, IN  46540 | 108241 |
| Boston Convenience II | Attn: Paramjit Singh<br>1912 Beacon St<br>Brighton, MA 2135 | 1912 Beacon St<br>Boston, MA  2135 | 103097 |
| Boston Convenience II | Attn: Sajj Tkhan<br>420 Medford St<br>Sommerville, MA 2145 | 420 Medford St<br>Somerville, MA  2145 | 101593 |
| Bottle Caps & Spirits | Attn: Yahsin M Jiwa<br>11112 Paramount Blvd<br>Downey, CA 90241 | 11112 Paramount Blvd<br>Downey, CA  90241 | 120220 |
| BP | Attn: Muhammad Bhatti<br>2035 E Mitchell Ave<br>Waterloo, IA 50702 | 2035 E Mitchell Ave<br>Waterloo, IA  50702 | 108534 |
| BP | Attn: Muhammad Bhatti<br>127 Jefferson St<br>Waterloo, IA 50701 | 127 Jefferson St<br>Waterloo, IA  50701 | 108535 |
| BP | Attn: Alvin Ehrhardt<br>624 Mark Twain Ave<br>Hannibal, MO 63401 | 624 Mark Twain Ave<br>Hannibal, MO  63401 | 108057 |
| Brackett's Market Inc | Attn: James Stephen Brackett<br>185 Front St<br>Bath, ME 4530 | 185 Front St<br>Bath, ME  4530 | 119758 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –
NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Bradley's Market | Attn: Salar Masood<br>496 Spring St<br>Windsor Locks, CT 6096 | 496 Spring St<br>Windsor Locks, CT  6096 | 103758 |
| Brandon Hearvey dba Elle Group LLC | Attn: Brandon Hearvey<br>3126 W Lynne Ln<br>Phoenix, AZ 85041 | Attn: Brandon Hearvey<br>830 Broadway Rd<br>Tempe, AZ  85282 | 108005 |
| Brass Mill Center | 495 Union Street, Suite 139<br>Waterbury, CT 6706 | 495 Union St<br>Waterbury, CT  6706 | 103824 |
| Brickhouse Collectibles | Attn: Patrick Burnett<br>163 West End Ave<br>Knoxville, TN 37934 | 163 West End Ave<br>Knoxville, TN  37934 | 130447 |
| Brixton Everett, LLC | c/o Jones Lang LaSalle Americas, Inc.<br>1402 SE Everett Mall Way<br>Everett, WA 98208 | 1402 SE Everett Mall Way<br>Everett, WA  98208 | 128176 |
| Brixton Provo Mall, LLC | Attn: Scott J Bowles<br>1200 Towne Centre Boulevard<br>Provo, UT 84601 | 1200 Towne Centre Blvd<br>Provo, UT  84601 | 103514 |
| Broad River Corner LLC dba Beer and Tobacco Outlet | Attn: Zahir Mahmud and Ryan Cannon<br>2700 Broad River Road, Suite G<br>Columbia, SC 29210 | 2700 Broad River Rd<br>Columbia, SC  29210 | 108171 |
| Broad Street Mini Mart | Attn: Jordan Reyes<br>14 W Broad St<br>Bethlehem, PA 18018 | 14 W Broad St<br>Bethlehem, PA  18018 | 108283 |
| Broadway Market and Liquor | Attn: Tran Trinh<br>4018 S Broadway Pl<br>Los Angeles, CA 90054 | 4018 S Broadway<br>Los Angeles, CA  90037 | 104186 |
| Broadway Mobil Mart | Attn: Rob Hoshemi<br>315 W Vernon Ave<br>Los Angeles, CA 90037 | 315 W Vernon Ave<br>Los Angeles, CA  90037 | 101472 |
| Brothers Market | Attn: Scott Edwards<br>207 E Locust St<br>Bloomfield, IA 52537 | 207 E Locust St<br>Bloomfield, IA  52537 | 145515 |
| Brothers Market | Attn: Scott Edwards<br>105 Nixion SE<br>Cascade, IA 52033 | 105 Nixon St SE<br>Cascade, IA  52033 | 145516 |
| Brothers Market | Attn: Scott Edwards<br>319 Ridge St<br>Tonganoxie, KS 66086 | 319 Ridge St<br>Tonganoxie, KS  66086 | 145535 |
| Browns Grocery Co Inc | Attn: Michael Dewayne Brown<br>138 Road 1567<br>Mooreville, MS 38857-7013 | Attn: Michael Dewayne Brown<br>126 MS-371<br>Mooreville, MS  38857 | 113582 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –
NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| BRTR Investment Inc DBA Speedy Stop | Attn: Rupaly Kundu, Bimal Sarkar<br>14611 N Mopac Expy #200<br>Austin, TX 78728 | 14611 N Mopac Expy #200<br>Austin, TX  78728 | 108097 |
| Buche Foods | Attn: RF Buche<br>2410m SD-10<br>Sisseton, SD 57262 | 2410m SD-10<br>Sisseton, SD  57262 | 144548 |
| BV Enterprises dba Shelby Food Mart | Attn: Khaled Ornob<br>443 E Shelby Dr<br>Memphis, TN 38109 | 443 E Shelby Dr<br>Memphis, TN  38109 | 104410 |
| By Rite Exxon LLC | Attn: Mike Nassar<br>29036 Grand River Ave<br>Farmington Hills, MI 48336 | 4509 Stage Rd<br>Memphis, TN  38128 | 122056 |
| Cache Valley Realty LLC, Cache CH LLC, Cache Nassim LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 1300 N Main St<br>Logan, UT  84341 | 103960 |
| Caldwood CITGO Food Mart | Attn: Amit Giri<br>55 E Caldwood Dr<br>Beaumont, TX 77707 | 55 E Caldwood Dr<br>Beaumont, TX  77707 | 103174 |
| California Gold Buyers & Smoke Shack | Attn: Ahmad Shehadeh<br>2345 Northgate Blvd<br>Sacramento, CA 95833 | 2345 Northgate Blvd<br>Sacramento, CA  95833 | 120923 |
| Callaway Market | Attn: Lawrence Paulsen<br>100 S Grand Ave<br>Callaway, NE 68825 | 59 S. Grand Ave<br>Callaway, NE  68825 | 128468 |
| Cape Fear Beverage & Variety | Attn: Arpit Patel<br>400 W Old Rd<br>Lillington, NC 27546 | 400 W Old Rd<br>Lillington, NC  27546 | 103703 |
| Cappy's Produce LLC | Attn: James Schlatter<br>1232 72nd St E<br>Tacoma, WA 98404 | 1232 72nd St E<br>Tacoma, WA  98404 | 121825 |
| Cardenas Markets LLC | Attn: Prabash Coswatte; Syrissa Torres<br>2501 East Guasti Road<br>Ontario, CA 91761 | Store #28<br>2400 E Bonanza Rd<br>Las Vegas, NV  89101 | 146918 |
| | | Store #30<br>4700 Meadows Ln<br>Las Vegas, NV  89107 | 146920 |
| | | Store #27<br>4500 E Tropicana Ave<br>Las Vegas, NV  89121 | 146921 |
| | | Store #38<br>2545 S Eastern Ave<br>Las Vegas, NV  89169 | 146922 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Cards and Coffee | Attn: Dan Fleyshman<br>6363 Hollywood Blvd<br>Los Angeles, CA 90028 | 6363 Hollywood Blvd<br>Los Angeles, CA 90028 | 108609 |
| Carol Fuel | Attn: Prajwol Shresma<br>2650 W Patapsco Ave<br>Baltimore, MD 21230 | 2650 W Patapsco Ave<br>Baltimore, MD 21230 | 101482 |
| Casa De Dinero | Attn: David Manera<br>c/o Manela Investments, Inc<br>2021 W Sunset Ave Ste AA<br>Springdale, AR 72762 | 2882 W Walnut<br>Ste 12<br>Rogers, AR 72756 | 103382 |
| Casa de Dinero | Attn: Mancia<br>2021 W. Sunset Avenue Suite AA<br>Springdale, AR 72762 | Attn: Mancia<br>1016 S 8th St<br>Rogers, AR 72756 | 144465 |
| Cashman Field | 850 Las Vegas Blvd N<br>Las Vegas, NV 89101 | 850 Las Vegas Blvd N<br>Las Vegas, NV 89101 | 149379 |
| Cave Creek Chevron | Attn: Balbir Bahia<br>15827 N Cave Creek Rd<br>Station # 205501<br>Phoenix, AZ 85032 | 15827 N Cave Creek Rd<br>Phoenix, AZ 85032 | 101563 |
| Cedar City Shell LLC | Attn: Vasu Patel<br>1572 S Convention Center Dr<br>St. George, UT 84790 | 1355 S Main St<br>Cedar City, UT 84720 | 104192 |
| Central Mall Holding, LLC | Attn: Matt Ilbak<br>Central Mall<br>2259 S. 9th St.<br>Salina, KS 67401 | 2259 S 9th St<br>Salina, KS 67401 | 142001 |
| Central Mall Lawton Realty Holding, LLC | Attn: Mike Kohan<br>c/o Kohan Retail Investment Group<br>1010 Northern Boulevard Suite #212<br>Great Neck, NY 11021 | 200 SW C Ave<br>Suite # 100<br>Lawton, OK 73501 | 103537 |
| Chambersburg Mall Realty LLC, Chambersburg CH LLC, Chambersburg Nassim LLC | Attn: Igat Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 3055 Black Gap Rd<br>Chambersburg, PA 17202 | 103957 |
| Chapel Hills Realty LLC, Chapel Hills CH LLC, Chapel Hills Nassim LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 1710 Briargate Blvd<br>Colorado Springs, CO 80920 | 103947 |
| Charles Mall Company Limited Partnership | Attn: Carlos Saniel, St. Charles Towne Ctrr<br>11110 Mall Circle, Suite 1016<br>PO Box 6040<br>Waldorf, MD 20603 | 11110 Mall Cir<br>Waldorf, MD 20603 | 103967 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER –
NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Chatham BP, LLC | Attn: Amarjit Singh<br>300 N Main St<br>Chatham, IL 62629 | 300 N Main<br>Chatham, IL  62629 | 103754 |
| Cheema Oil Corp | Attn: Gurvinder Singh<br>700 NJ-17<br>Carlstadt, NJ 7072 | 700 NJ-17<br>Carlstadt, NJ  7072 | 103270 |
| Cherry Market LLC | Attn: Kyle Kennard Nalls<br>7209 J Harris Blvd PMB 229<br>Charlotte , NC 28227 | 603 Baldwin Ave<br>Charlotte, NC  28204 | 108954 |
| Chester Chevron Food Mart | Attn: Harpreet Singh<br>225 Main St<br>Chester, CA 96020 | 225 Main St<br>Chester, CA  96020 | 108803 |
| Christina Wine & Spirits | Attn: Vrajesh Patel<br>1101 Chruchmans Rd<br>Newark, DE 19713 | 1101 Churchmans Rd<br>Newark, DE  19713 | 108337 |
| Cigarette Time | Attn: Haider Aljabar<br>10295 Washington St<br>Denver, CO 80229 | 10295 Washington St<br>Denver, CO  80229 | 108399 |
| Circle Centre Mall, LLC | 49 W Maryland St<br>Indianapolis, IN 46204<br><br>866980 Reliable Parkway<br>Chicago, IL  60686-0069 | 49 W Maryland St<br>Indianapolis, IN  46204 | 128168 |
| Cisco Smoke Shop | Attn: Mohammed Noraldeen<br>1216 W University Dr<br>Mesa, AZ 85201 | 1216 W University Dr<br>Mesa, AZ  85201 | 137511 |
| Citadel Mall Realty LLC, Citadel CH LLC, Citadel Nassim LLC | Attn: Igal Namdar<br>750 Citadel Dr<br>East Colorado Spgs, CO 80909 | Attn: Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY  11021 | 103951 |
| Citgo Food Mart | Attn: Joe Rayyan<br>705 Loudon Ave<br>Lexington, KY 40505 | Attn: Jawad (Joe) Rayyan<br>705 E Loudon Ave<br>Lexington, KY  40505 | 109028 |
| City Fuels | Attn: Rami Benjamin Fakhouri<br>425 S Winnebago St<br>Rockford, IL 61102 | 425 S Winnebago St<br>Rockford, IL  61102 | 108195 |
| City Gas at Two Notch | Attn: Gursharan Singh<br>2100 Two Notch Rd<br>Columbia, SC 29204 | 2100 Two Notch Rd<br>Columbia, SC  29204 | 103226 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**EXHIBIT 2**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

146716512.1 [NINTH MOTION]

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Apache Liquor | Attn: Dustin Pickering<br>2020 S Parker Rd<br>Denver, CO 80231 | 2020 S Parker Rd<br>Denver, CO  80231 | 108642 |
| Apache Mall | 333 Apache Mall<br>Rochester, MN 55902 | 52 US-14<br>Rochester, MN  55902 | 103772 |
| Apple Valley Gas Mart | Attn: David Dhillon<br>21898 Outer Hwy 18 N<br>Apple Valley, CA 92307 | 21898 Outer Hwy 18 N<br>Apple Valley, CA  92307 | 108723 |
| Ararat Liquor LLC | Attn: Simon Ghenreslassie<br>c/o The Liquor Cabinet of Thornton<br>8600 Washington St<br>Thornton, CO 80229 | 8600 Washington St<br>Thornton, CO  80229 | 103636 |
| Arcade Laundromat | Attn: Nicholas Dillon<br>979 Arcade St<br>St Paul, MN 55106 | 979 Arcade St<br>St Paul, MN  55106 | 114731 |
| Arco c/o Amar Kohli | Attn: Amar Kohli; Guruvinder Aujla<br>363 S Gilbert Rd<br>Mesa, AZ 85204 | 3753 San Pablo Dam Rd<br>El Sobrante, CA  94803 | 119416 |
| Area 51 Smoke & Vape Shop | Attn: Patrick Azarian<br>1001 S Central Ave<br>Glendale, CA 91204 | 1001 S Central Ave<br>Glendale, CA  91204 | 145722 |
| Aroohi Enterprise Inc | Attn: Kulvinder Singh<br>c/o Lucky Food Mart<br>22 Goethals Dr<br>Richland, WA 99352-4619 | Attn: S & P Gill Corporation<br>1001 N 16th Ave<br>Yakima, WA  98902 | 122180 |
| Ashe St. Convience Store | Attn: Ahmed Hassan<br>63 Ashe St.<br>Charleston, SC 29403 | 63 Ashe St.<br>Charleston, SC  29403 | 103810 |
| Ask Oil Incorporated | Attn: Ajmer Mann<br>3801 N High School Rd<br>Indianapolis, IN 46254 | 3801 N High School Rd<br>Indianapolis, IN  46254 | 104010 |
| Associated Wholesale Grocers, Inc. | Attn: Bruce McCune<br>c/o Food Fair<br>922 Main St<br>Pleasanton, KS 66075 | 922 Main St<br>Pleasanton, KS  66075 | 125978 |
| Associated Wholesale Grocers, Inc. | Attn: Steve Piper<br>c/o Wolverine Fine Foods<br>102 S Washington St<br>Marquette, KS 67464 | 102 S Washington St<br>Marquette, KS  67464 | 126097 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –
NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Associated Wholesale Grocers, Inc. | Attn: Todd Grump<br>c/o Gump's IGA<br>57 Maple Ave<br>Grafton, WV 26354 | 57 Maple Ave<br>Grafton, WV  26354 | 137628 |
| Associated Wholesale Grocers, Inc. | Attn: Brandon Morris<br>c/o Sav U Mor<br>1003 E Madison St<br>Bastrop, LA 71220 | 1003 E Madison Ave<br>Bastrop, LA  71220 | 139362 |
| Associated Wholesale Grocers, Inc. | Attn: Nathan Brtek<br>c/o Lou's Thrifty-Way<br>807 S 13th St<br>Norfolk, NE 68701 | 807 S 13th St<br>Norfolk, NE  68701 | 146056 |
| Associated Wholesale Grocers, Inc. | Attn: Ryan Cain<br>c/o Timmons Market<br>747 Timmons Blvd<br>Rapid City, SD 57703 | 747 Timmons Blvd<br>Rapid City, SD  57703 | 147162 |
| Associated Wholesale Grocers, Inc. | Attn: VP Sales & Solutions<br>5000 Kansas Avenue<br>Kansas City, KS 66106 | | 0 |
| AVI Fuel Inc. | Attn: Rajrajinder Sin<br>1357 Lexington Ave<br>Masnfield, OH 44907 | 1357 Lexington Ave<br>Mansfield, OH  44907 | 103897 |
| Badger Exotics LLC | Attn: Charles Lewis<br>719 State St<br>La Crosse, WI 54601 | 719 State St<br>La Crosse, WI  54601 | 113871 |
| Bajra Yogini Inc | Attn: Sunil Shrestha<br>9048 San Joaquin Trail<br>Forth Worth, TX 76118 | 500 S Hampton Rd<br>Dallas, TX  75208 | 104374 |
| Bali Enterprise Inc | Attn: Balijeet Singh<br>c/o US Gas Station<br>155 N Memorial Hwy<br>Shavertown, PA 18708 | 155 N Memorial Hwy<br>Shavertown, PA  18708 | 108908 |
| Banwait Oil LLC | Attn: Paramjit Banwait<br>1321 Main St<br>Oregon City, OR 97045 | 1321 Main St<br>Oregon City, OR  97045 | 103491 |
| Barik Super Store | Attn: Babir Sultan<br>13815 Polfer Rd<br>Kansas City, KS 66109 | 13815 Polfer Rd<br>Kansas City, KS  66109 | 108111 |
| Bastrop Country Store | Attn: Rizwan Shuja<br>108 Watterson Rd<br>Bastrop, TX 78602 | 108 Watterson Rd<br>Bastrop, TX  78602 | 108088 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Bayonne High Spirits, INC | Attn: Nisha Pithadia<br>c/o High Spirits Liquor Store<br>816-818 Broadway<br>Bayonne, NJ 7002 | 816-818 Broadway<br>Bayonne, NJ 7002 | 103256 |
| Beauregard Liquors | Attn: Dipakkumar Patel<br>11 West St<br>Gardner, MA 1440 | 11 West St<br>Gardner, MA 1440 | 114724 |
| Beer & wine shop First United market | Attn: Sonal One Inc<br>271 Brookline St<br>Cambridge, MA 2139 | 271 Brookline St<br>Cambridge, MA 2139 | 108464 |
| Belmont Food Mart | Attn: Satvir Kaur<br>2030 W Washington St<br>Indianapolis, NV 46222 | 2030 W Washington St<br>Indianapolis, IN 46222 | 104008 |
| Best Food Inc | Attn: Mahmoud Alhawamdeh<br>767 Market St<br>Tacoma, WA 98402 | 767 Market St<br>Tacoma, WA 98402 | 120756 |
| Best Stop Market LLC | Attn: Madhat Asham<br>3420 Lebanon Pike<br>Nashville, TN 37076 | 3420 Lebanon Pike<br>Hermitage, TN 37076 | 103358 |
| Best Wash Alton LLC | Attn: Rebecca Unnerstall<br>506 W Delmar Ave<br>Alton, IL 62002 | 506 W Delmar Ave<br>Alton, IL 62002 | 119063 |
| BHS Associates Inc. | Attn: Barkad Ali<br>2237 W Parker Rd<br>Plano, TX 75023 | 2237 W Parker Rd<br>Plano, TX 75023 | 104338 |
| Bhumi Convenience Inc. | Attn: Jay Patel<br>c/o Convenient 38<br>880 Main St<br>Woburn, MA 1801 | 880 Main St<br>Woburn, MA 1801 | 103919 |
| Bibo Liquor and Market | Attn: Ehab William<br>14062 Springdale St<br>Westminster, CA 92683 | 14062 Springdale St<br>Westminster, CA 92683 | 103567 |
| Big Bucks Management Inc | Attn: Josh Bailey<br>113 College Park Rd<br>Ladson, NC 29456 | 113 College Park Rd<br>Ladson, SC 29456 | 108953 |
| Big Time Glass LLC | Attn: Brandon Matthews<br>2308 S 1st Street<br>Yakima, WA 98903 | 2308 S 1st St<br>Yakima, WA 98903 | 120243 |
| Billa Management Inc. | Attn: Sukhvant Singh<br>499 Frelinghuysen Ave<br>Newark, NJ 7114 | 499 Frelinghuysen Ave<br>Newark, NJ 7114 | 103271 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER –
NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Bizee Mart | Attn: Dhara Chaudhary<br>212 S. Horton Pkwy<br>Chapel Hill, TN 37034 | Attn: Dhara Chaudhary<br>445 W Commerce St<br>Lewisburg, TN  37091 | 104401 |
| Blazing Stones Smoke Shop LLC | Attn: Jeffery Daniel Leitch<br>2706 E University Dr<br>Mesa, AZ 85213 | 2706 E University Dr<br>Mesa, AZ  85213 | 108599 |
| BMAPS LLC (DBA New Boulder Gas) | Attn: Sanjay Shrestha<br>2995 28th Street<br>Boulder, CO 80301 | 2995 28th St<br>Boulder, CO  80301 | 103690 |
| Bobby's Food Mart | Attn: Nash Noorali<br>1420 W 6th St<br>Irving, TX 75060 | 1420 W 6th St<br>Irving, TX  75060 | 108004 |
| Bobs Drive Inn | Attn: Mubashir Anwer<br>3919 FM2147<br>Marble Falls, TX 78654 | 3919 FM2147<br>Marble Falls, TX  78654 | 108091 |
| BOM Petroleum Incorporated | Attn: Sarwan Singh, Mukhtiar Singh<br>53031 State Rd 13<br>P.O. Box 1152<br>Middlebury, IN 46540 | Attn: Sarwan Singh, Mukhtiar Singh<br>53031 IN-13<br>Middlebury, IN  46540 | 108241 |
| Boston Convenience II | Attn: Paramjit Singh<br>1912 Beacon St<br>Brighton, MA 2135 | 1912 Beacon St<br>Boston, MA  2135 | 103097 |
| Boston Convenience II | Attn: Sajj Tkhan<br>420 Medford St<br>Sommerville, MA 2145 | 420 Medford St<br>Somerville, MA  2145 | 101593 |
| Bottle Caps & Spirits | Attn: Yahsin M Jiwa<br>11112 Paramount Blvd<br>Downey, CA 90241 | 11112 Paramount Blvd<br>Downey, CA  90241 | 120220 |
| BP | Attn: Muhammad Bhatti<br>2035 E Mitchell Ave<br>Waterloo, IA 50702 | 2035 E Mitchell Ave<br>Waterloo, IA  50702 | 108534 |
| BP | Attn: Muhammad Bhatti<br>127 Jefferson St<br>Waterloo, IA 50701 | 127 Jefferson St<br>Waterloo, IA  50701 | 108535 |
| BP | Attn: Alvin Ehrhardt<br>624 Mark Twain Ave<br>Hannibal, MO 63401 | 624 Mark Twain Ave<br>Hannibal, MO  63401 | 108057 |
| Brackett's Market Inc | Attn: James Stephen Brackett<br>185 Front St<br>Bath, ME 4530 | 185 Front St<br>Bath, ME  4530 | 119758 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –  NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Bradley's Market | Attn: Salar Masood<br>496 Spring St<br>Windsor Locks, CT 6096 | 496 Spring St<br>Windsor Locks, CT  6096 | 103758 |
| Brandon Hearvey dba Elle Group LLC | Attn: Brandon Hearvey<br>3126 W Lynne Ln<br>Phoenix, AZ 85041 | Attn: Brandon Hearvey<br>830 Broadway Rd<br>Tempe, AZ  85282 | 108005 |
| Brass Mill Center | 495 Union Street, Suite 139<br>Waterbury, CT 6706 | 495 Union St<br>Waterbury, CT  6706 | 103824 |
| Brickhouse Collectibles | Attn: Patrick Burnett<br>163 West End Ave<br>Knoxville, TN 37934 | 163 West End Ave<br>Knoxville, TN  37934 | 130447 |
| Brixton Everett, LLC | c/o Jones Lang LaSalle Americas, Inc.<br>1402 SE Everett Mall Way<br>Everett, WA 98208 | 1402 SE Everett Mall Way<br>Everett, WA  98208 | 128176 |
| Brixton Provo Mall, LLC | Attn: Scott J Bowles<br>1200 Towne Centre Boulevard<br>Provo, UT 84601 | 1200 Towne Centre Blvd<br>Provo, UT  84601 | 103514 |
| Broad River Corner LLC dba Beer and Tobacco Outlet | Attn: Zahir Mahmud and Ryan Cannon<br>2700 Broad River Road, Suite G<br>Columbia, SC 29210 | 2700 Broad River Rd<br>Columbia, SC  29210 | 108171 |
| Broad Street Mini Mart | Attn: Jordan Reyes<br>14 W Broad St<br>Bethlehem, PA 18018 | 14 W Broad St<br>Bethlehem, PA  18018 | 108283 |
| Broadway Market and Liquor | Attn: Tran Trinh<br>4018 S Broadway Pl<br>Los Angeles, CA 90054 | 4018 S Broadway<br>Los Angeles, CA  90037 | 104186 |
| Broadway Mobil Mart | Attn: Rob Hoshemi<br>315 W Vernon Ave<br>Los Angeles, CA 90037 | 315 W Vernon Ave<br>Los Angeles, CA  90037 | 101472 |
| Brothers Market | Attn: Scott Edwards<br>207 E Locust St<br>Bloomfield, IA 52537 | 207 E Locust St<br>Bloomfield, IA  52537 | 145515 |
| Brothers Market | Attn: Scott Edwards<br>105 Nixion SE<br>Cascade, IA 52033 | 105 Nixon St SE<br>Cascade, IA  52033 | 145516 |
| Brothers Market | Attn: Scott Edwards<br>319 Ridge St<br>Tonganoxie, KS 66086 | 319 Ridge St<br>Tonganoxie, KS  66086 | 145535 |
| Browns Grocery Co Inc | Attn: Michael Dewayne Brown<br>138 Road 1567<br>Mooreville, MS 38857-7013 | Attn: Michael Dewayne Brown<br>126 MS-371<br>Mooreville, MS  38857 | 113582 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER** –
**NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| BRTR Investment Inc DBA Speedy Stop | Attn: Rupaly Kundu, Bimal Sarkar<br>14611 N Mopac Expy #200<br>Austin, TX 78728 | 14611 N Mopac Expy #200<br>Austin, TX 78728 | 108097 |
| Buche Foods | Attn: RF Buche<br>2410m SD-10<br>Sisseton, SD 57262 | 2410m SD-10<br>Sisseton, SD 57262 | 144548 |
| BV Enterprises dba Shelby Food Mart | Attn: Khaled Ornob<br>443 E Shelby Dr<br>Memphis, TN 38109 | 443 E Shelby Dr<br>Memphis, TN 38109 | 104410 |
| By Rite Exxon LLC | Attn: Mike Nassar<br>29036 Grand River Ave<br>Farmington Hills, MI 48336 | 4509 Stage Rd<br>Memphis, TN 38128 | 122056 |
| Cache Valley Realty LLC, Cache CH LLC, Cache Nassim LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 1300 N Main St<br>Logan, UT 84341 | 103960 |
| Caldwood CITGO Food Mart | Attn: Amit Giri<br>55 E Caldwood Dr<br>Beaumont, TX 77707 | 55 E Caldwood Dr<br>Beaumont, TX 77707 | 103174 |
| California Gold Buyers & Smoke Shack | Attn: Ahmad Shehadeh<br>2345 Northgate Blvd<br>Sacramento, CA 95833 | 2345 Northgate Blvd<br>Sacramento, CA 95833 | 120923 |
| Callaway Market | Attn: Lawrence Paulsen<br>100 S Grand Ave<br>Callaway, NE 68825 | 59 S. Grand Ave<br>Callaway, NE 68825 | 128468 |
| Cape Fear Beverage & Variety | Attn: Arpit Patel<br>400 W Old Rd<br>Lillington, NC 27546 | 400 W Old Rd<br>Lillington, NC 27546 | 103703 |
| Cappy's Produce LLC | Attn: James Schlatter<br>1232 72nd St E<br>Tacoma, WA 98404 | 1232 72nd St E<br>Tacoma, WA 98404 | 121825 |
| Cardenas Markets LLC | Attn: Prabash Coswatte; Syrissa Torres<br>2501 East Guasti Road<br>Ontario, CA 91761 | Store #28<br>2400 E Bonanza Rd<br>Las Vegas, NV 89101 | 146918 |
| | | Store #30<br>4700 Meadows Ln<br>Las Vegas, NV 89107 | 146920 |
| | | Store #27<br>4500 E Tropicana Ave<br>Las Vegas, NV 89121 | 146921 |
| | | Store #38<br>2545 S Eastern Ave<br>Las Vegas, NV 89169 | 146922 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER** – **NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Cards and Coffee | Attn: Dan Fleyshman<br>6363 Hollywood Blvd<br>Los Angeles, CA 90028 | 6363 Hollywood Blvd<br>Los Angeles, CA 90028 | 108609 |
| Carol Fuel | Attn: Prajwol Shresma<br>2650 W Patapsco Ave<br>Baltimore, MD 21230 | 2650 W Patapsco Ave<br>Baltimore, MD 21230 | 101482 |
| Casa De Dinero | Attn: David Manera<br>c/o Manela Investments, Inc<br>2021 W Sunset Ave Ste AA<br>Springdale, AR 72762 | 2882 W Walnut<br>Ste 12<br>Rogers, AR 72756 | 103382 |
| Casa de Dinero | Attn: Mancia<br>2021 W. Sunset Avenue Suite AA<br>Springdale, AR 72762 | Attn: Mancia<br>1016 S 8th St<br>Rogers, AR 72756 | 144465 |
| Cashman Field | 850 Las Vegas Blvd N<br>Las Vegas, NV 89101 | 850 Las Vegas Blvd N<br>Las Vegas, NV 89101 | 149379 |
| Cave Creek Chevron | Attn: Balbir Bahia<br>15827 N Cave Creek Rd<br>Station # 205501<br>Phoenix, AZ 85032 | 15827 N Cave Creek Rd<br>Phoenix, AZ 85032 | 101563 |
| Cedar City Shell LLC | Attn: Vasu Patel<br>1572 S Convention Center Dr<br>St. George, UT 84790 | 1355 S Main St<br>Cedar City, UT 84720 | 104192 |
| Central Mall Holding, LLC | Attn: Matt Ilbak<br>Central Mall<br>2259 S. 9th St.<br>Salina, KS 67401 | 2259 S 9th St<br>Salina, KS 67401 | 142001 |
| Central Mall Lawton Realty Holding, LLC | Attn: Mike Kohan<br>c/o Kohan Retail Investment Group<br>1010 Northern Boulevard Suite #212<br>Great Neck, NY 11021 | 200 SW C Ave<br>Suite # 100<br>Lawton, OK 73501 | 103537 |
| Chambersburg Mall Realty LLC, Chambersburg CH LLC, Chambersburg Nassim LLC | Attn: Igat Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 3055 Black Gap Rd<br>Chambersburg, PA 17202 | 103957 |
| Chapel Hills Realty LLC, Chapel Hills CH LLC, Chapel Hills Nassim LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 1710 Briargate Blvd<br>Colorado Springs, CO 80920 | 103947 |
| Charles Mall Company Limited Partnership | Attn: Carlos Saniel, St. Charles Towne Cntr<br>11110 Mall Circle, Suite 1016<br>PO Box 6040<br>Waldorf, MD 20603 | 11110 Mall Cir<br>Waldorf, MD 20603 | 103967 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER –
NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Chatham BP, LLC | Attn: Amarjit Singh<br>300 N Main St<br>Chatham, IL 62629 | 300 N Main<br>Chatham, IL  62629 | 103754 |
| Cheema Oil Corp | Attn: Gurvinder Singh<br>700 NJ-17<br>Carlstadt, NJ 7072 | 700 NJ-17<br>Carlstadt, NJ  7072 | 103270 |
| Cherry Market LLC | Attn: Kyle Kennard Nalls<br>7209 J Harris Blvd PMB 229<br>Charlotte , NC 28227 | 603 Baldwin Ave<br>Charlotte, NC  28204 | 108954 |
| Chester Chevron Food Mart | Attn: Harpreet Singh<br>225 Main St<br>Chester, CA 96020 | 225 Main St<br>Chester, CA  96020 | 108803 |
| Christina Wine & Spirits | Attn: Vrajesh Patel<br>1101 Chruchmans Rd<br>Newark, DE 19713 | 1101 Churchmans Rd<br>Newark, DE  19713 | 108337 |
| Cigarette Time | Attn: Haider Aljabar<br>10295 Washington St<br>Denver, CO 80229 | 10295 Washington St<br>Denver, CO  80229 | 108399 |
| Circle Centre Mall, LLC | 49 W Maryland St<br>Indianapolis, IN 46204<br><br>866980 Reliable Parkway<br>Chicago, IL  60686-0069 | 49 W Maryland St<br>Indianapolis, IN  46204 | 128168 |
| Cisco Smoke Shop | Attn: Mohammed Noraldeen<br>1216 W University Dr<br>Mesa, AZ 85201 | 1216 W University Dr<br>Mesa, AZ  85201 | 137511 |
| Citadel Mall Realty LLC, Citadel CH LLC, Citadel Nassim LLC | Attn: Igal Namdar<br>750 Citadel Dr<br>East Colorado Spgs, CO 80909 | Attn: Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY  11021 | 103951 |
| Citgo Food Mart | Attn: Joe Rayyan<br>705 Loudon Ave<br>Lexington, KY 40505 | Attn: Jawad (Joe) Rayyan<br>705 E Loudon Ave<br>Lexington, KY  40505 | 109028 |
| City Fuels | Attn: Rami Benjamin Fakhouri<br>425 S Winnebago St<br>Rockford, IL 61102 | 425 S Winnebago St<br>Rockford, IL  61102 | 108195 |
| City Gas at Two Notch | Attn: Gursharan Singh<br>2100 Two Notch Rd<br>Columbia, SC 29204 | 2100 Two Notch Rd<br>Columbia, SC  29204 | 103226 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**