BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Phone: 702.262.6899 / Facsimile: 702.597.5503
Email: baxelrod@foxrothschild.com
        jmcpherson@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed June 14, 2023

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                        Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON NINTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)**<br><br>Hearing Date:  July 20, 2023<br>Hearing Time:  10:30 a.m. |

**PLEASE TAKE NOTICE THAT THE DEBTOR IS REQUESTING IT BE PERMITTED TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**

**IF YOU ARE RECEIVING THIS NOTICE OF THE NINTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a), YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON <u>EXHIBIT 1</u> ATTACHED HERETO.  NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE.**

**PLEASE TAKE NOTICE** that on June 14, 2023, Cash Cloud, Inc. (the "<u>Debtor</u>"), by and through its counsel, filed a Ninth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) (the "<u>Motion</u>").[1]

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

1

146716509.1

**NOTICE IS FURTHER GIVEN** that copies of the Motion may be obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal, Telephone: (702) 262-6899, or by download at: https://cases.stretto.com/CashCloud (the "Case Website").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on **July 20, 2023 at 10:30 a.m. prevailing Pacific time**. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code 029066#.

Dated this 14th day of June, 2023.    **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

146716509.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Apache Liquor | Attn: Dustin Pickering<br>2020 S Parker Rd<br>Denver, CO 80231 | 2020 S Parker Rd<br>Denver, CO  80231 | 108642 |
| Apache Mall | 333 Apache Mall<br>Rochester, MN 55902 | 52 US-14<br>Rochester, MN  55902 | 103772 |
| Apple Valley Gas Mart | Attn: David Dhillon<br>21898 Outer Hwy 18 N<br>Apple Valley, CA 92307 | 21898 Outer Hwy 18 N<br>Apple Valley, CA  92307 | 108723 |
| Ararat Liquor LLC | Attn: Simon Ghenreslassie<br>c/o The Liquor Cabinet of Thornton<br>8600 Washington St<br>Thornton, CO 80229 | 8600 Washington St<br>Thornton, CO  80229 | 103636 |
| Arcade Laundromat | Attn: Nicholas Dillon<br>979 Arcade St<br>St Paul, MN 55106 | 979 Arcade St<br>St Paul, MN  55106 | 114731 |
| Arco c/o Amar Kohli | Attn: Amar Kohli; Guruvinder Aujla<br>363 S Gilbert Rd<br>Mesa, AZ 85204 | 3753 San Pablo Dam Rd<br>El Sobrante, CA  94803 | 119416 |
| Area 51 Smoke & Vape Shop | Attn: Patrick Azarian<br>1001 S Central Ave<br>Glendale, CA 91204 | 1001 S Central Ave<br>Glendale, CA  91204 | 145722 |
| Aroohi Enterprise Inc | Attn: Kulvinder Singh<br>c/o Lucky Food Mart<br>22 Goethals Dr<br>Richland, WA 99352-4619 | Attn: S & P Gill Corporation<br>1001 N 16th Ave<br>Yakima, WA  98902 | 122180 |
| Ashe St. Convience Store | Attn: Ahmed Hassan<br>63 Ashe St.<br>Charleston, SC 29403 | 63 Ashe St.<br>Charleston, SC  29403 | 103810 |
| Ask Oil Incorporated | Attn: Ajmer Mann<br>3801 N High School Rd<br>Indianapolis, IN 46254 | 3801 N High School Rd<br>Indianapolis, IN  46254 | 104010 |
| Associated Wholesale Grocers, Inc. | Attn: Bruce McCune<br>c/o Food Fair<br>922 Main St<br>Pleasanton, KS 66075 | 922 Main St<br>Pleasanton, KS  66075 | 125978 |
| Associated Wholesale Grocers, Inc. | Attn: Steve Piper<br>c/o Wolverine Fine Foods<br>102 S Washington St<br>Marquette, KS 67464 | 102 S Washington St<br>Marquette, KS  67464 | 126097 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Associated Wholesale Grocers, Inc. | Attn: Todd Grump<br>c/o Gump's IGA<br>57 Maple Ave<br>Grafton, WV 26354 | 57 Maple Ave<br>Grafton, WV 26354 | 137628 |
| Associated Wholesale Grocers, Inc. | Attn: Brandon Morris<br>c/o Sav U Mor<br>1003 E Madison St<br>Bastrop, LA 71220 | 1003 E Madison Ave<br>Bastrop, LA 71220 | 139362 |
| Associated Wholesale Grocers, Inc. | Attn: Nathan Brtek<br>c/o Lou's Thrifty-Way<br>807 S 13th St<br>Norfolk, NE 68701 | 807 S 13th St<br>Norfolk, NE 68701 | 146056 |
| Associated Wholesale Grocers, Inc. | Attn: Ryan Cain<br>c/o Timmons Market<br>747 Timmons Blvd<br>Rapid City, SD 57703 | 747 Timmons Blvd<br>Rapid City, SD 57703 | 147162 |
| Associated Wholesale Grocers, Inc. | Attn: VP Sales & Solutions<br>5000 Kansas Avenue<br>Kansas City, KS 66106 | | 0 |
| AVI Fuel Inc. | Attn: Rajrajinder Sin<br>1357 Lexington Ave<br>Masnfield, OH 44907 | 1357 Lexington Ave<br>Mansfield, OH 44907 | 103897 |
| Badger Exotics LLC | Attn: Charles Lewis<br>719 State St<br>La Crosse, WI 54601 | 719 State St<br>La Crosse, WI 54601 | 113871 |
| Bajra Yogini Inc | Attn: Sunil Shrestha<br>9048 San Joaquin Trail<br>Forth Worth, TX 76118 | 500 S Hampton Rd<br>Dallas, TX 75208 | 104374 |
| Bali Enterprise Inc | Attn: Balijeet Singh<br>c/o US Gas Station<br>155 N Memorial Hwy<br>Shavertown, PA 18708 | 155 N Memorial Hwy<br>Shavertown, PA 18708 | 108908 |
| Banwait Oil LLC | Attn: Paramjit Banwait<br>1321 Main St<br>Oregon City, OR 97045 | 1321 Main St<br>Oregon City, OR 97045 | 103491 |
| Barik Super Store | Attn: Babir Sultan<br>13815 Polfer Rd<br>Kansas City, KS 66109 | 13815 Polfer Rd<br>Kansas City, KS 66109 | 108111 |
| Bastrop Country Store | Attn: Rizwan Shuja<br>108 Watterson Rd<br>Bastrop, TX 78602 | 108 Watterson Rd<br>Bastrop, TX 78602 | 108088 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Bayonne High Spirits, INC | Attn: Nisha Pithadia<br>c/o High Spirits Liquor Store<br>816-818 Broadway<br>Bayonne, NJ 7002 | 816-818 Broadway<br>Bayonne, NJ  7002 | 103256 |
| Beauregard Liquors | Attn: Dipakkumar Patel<br>11 West St<br>Gardner, MA 1440 | 11 West St<br>Gardner, MA  1440 | 114724 |
| Beer & wine shop First United market | Attn: Sonal One Inc<br>271 Brookline St<br>Cambridge, MA 2139 | 271 Brookline St<br>Cambridge, MA  2139 | 108464 |
| Belmont Food Mart | Attn: Satvir Kaur<br>2030 W Washington St<br>Indianapolis, NV 46222 | 2030 W Washington St<br>Indianapolis, IN  46222 | 104008 |
| Best Food Inc | Attn: Mahmoud Alhawamdeh<br>767 Market St<br>Tacoma, WA 98402 | 767 Market St<br>Tacoma, WA  98402 | 120756 |
| Best Stop Market LLC | Attn: Madhat Asham<br>3420 Lebanon Pike<br>Nashville, TN 37076 | 3420 Lebanon Pike<br>Hermitage, TN  37076 | 103358 |
| Best Wash Alton LLC | Attn: Rebecca Unnerstall<br>506 W Delmar Ave<br>Alton, IL 62002 | 506 W Delmar Ave<br>Alton, IL  62002 | 119063 |
| BHS Associates Inc. | Attn: Barkad Ali<br>2237 W Parker Rd<br>Plano, TX 75023 | 2237 W Parker Rd<br>Plano, TX  75023 | 104338 |
| Bhumi Convenience Inc. | Attn: Jay Patel<br>c/o Convenient 38<br>880 Main St<br>Woburn, MA 1801 | 880 Main St<br>Woburn, MA  1801 | 103919 |
| Bibo Liquor and Market | Attn: Ehab William<br>14062 Springdale St<br>Westminster, CA 92683 | 14062 Springdale St<br>Westminster, CA  92683 | 103567 |
| Big Bucks Management Inc | Attn: Josh Bailey<br>113 College Park Rd<br>Ladson, NC 29456 | 113 College Park Rd<br>Ladson, SC  29456 | 108953 |
| Big Time Glass LLC | Attn: Brandon Matthews<br>2308 S 1st Street<br>Yakima, WA 98903 | 2308 S 1st St<br>Yakima, WA  98903 | 120243 |
| Billa Management Inc. | Attn: Sukhvant Singh<br>499 Frelinghuysen Ave<br>Newark, NJ 7114 | 499 Frelinghuysen Ave<br>Newark, NJ  7114 | 103271 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Bizee Mart | Attn: Dhara Chaudhary<br>212 S. Horton Pkwy<br>Chapel Hill, TN 37034 | Attn: Dhara Chaudhary<br>445 W Commerce St<br>Lewisburg, TN 37091 | 104401 |
| Blazing Stones Smoke Shop LLC | Attn: Jeffery Daniel Leitch<br>2706 E University Dr<br>Mesa, AZ 85213 | 2706 E University Dr<br>Mesa, AZ 85213 | 108599 |
| BMAPS LLC (DBA New Boulder Gas) | Attn: Sanjay Shrestha<br>2995 28th Street<br>Boulder, CO 80301 | 2995 28th St<br>Boulder, CO 80301 | 103690 |
| Bobby's Food Mart | Attn: Nash Noorali<br>1420 W 6th St<br>Irving, TX 75060 | 1420 W 6th St<br>Irving, TX 75060 | 108004 |
| Bobs Drive Inn | Attn: Mubashir Anwer<br>3919 FM2147<br>Marble Falls, TX 78654 | 3919 FM2147<br>Marble Falls, TX 78654 | 108091 |
| BOM Petroleum Incorporated | Attn: Sarwan Singh, Mukhtiar Singh<br>53031 State Rd 13<br>P.O. Box 1152<br>Middlebury, IN 46540 | Attn: Sarwan Singh, Mukhtiar Singh<br>53031 IN-13<br>Middlebury, IN 46540 | 108241 |
| Boston Convenience II | Attn: Paramjit Singh<br>1912 Beacon St<br>Brighton, MA 2135 | 1912 Beacon St<br>Boston, MA 2135 | 103097 |
| Boston Convenience II | Attn: Sajj Tkhan<br>420 Medford St<br>Sommerville, MA 2145 | 420 Medford St<br>Somerville, MA 2145 | 101593 |
| Bottle Caps & Spirits | Attn: Yahsin M Jiwa<br>11112 Paramount Blvd<br>Downey, CA 90241 | 11112 Paramount Blvd<br>Downey, CA 90241 | 120220 |
| BP | Attn: Muhammad Bhatti<br>2035 E Mitchell Ave<br>Waterloo, IA 50702 | 2035 E Mitchell Ave<br>Waterloo, IA 50702 | 108534 |
| BP | Attn: Muhammad Bhatti<br>127 Jefferson St<br>Waterloo, IA 50701 | 127 Jefferson St<br>Waterloo, IA 50701 | 108535 |
| BP | Attn: Alvin Ehrhardt<br>624 Mark Twain Ave<br>Hannibal, MO 63401 | 624 Mark Twain Ave<br>Hannibal, MO 63401 | 108057 |
| Brackett's Market Inc | Attn: James Stephen Brackett<br>185 Front St<br>Bath, ME 4530 | 185 Front St<br>Bath, ME 4530 | 119758 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Bradley's Market | Attn: Salar Masood<br>496 Spring St<br>Windsor Locks, CT 6096 | 496 Spring St<br>Windsor Locks, CT 6096 | 103758 |
| Brandon Hearvey dba Elle Group LLC | Attn: Brandon Hearvey<br>3126 W Lynne Ln<br>Phoenix, AZ 85041 | Attn: Brandon Hearvey<br>830 Broadway Rd<br>Tempe, AZ 85282 | 108005 |
| Brass Mill Center | 495 Union Street, Suite 139<br>Waterbury, CT 6706 | 495 Union St<br>Waterbury, CT 6706 | 103824 |
| Brickhouse Collectibles | Attn: Patrick Burnett<br>163 West End Ave<br>Knoxville, TN 37934 | 163 West End Ave<br>Knoxville, TN 37934 | 130447 |
| Brixton Everett, LLC | c/o Jones Lang LaSalle Americas, Inc.<br>1402 SE Everett Mall Way<br>Everett, WA 98208 | 1402 SE Everett Mall Way<br>Everett, WA 98208 | 128176 |
| Brixton Provo Mall, LLC | Attn: Scott J Bowles<br>1200 Towne Centre Boulevard<br>Provo, UT 84601 | 1200 Towne Centre Blvd<br>Provo, UT 84601 | 103514 |
| Broad River Corner LLC dba Beer and Tobacco Outlet | Attn: Zahir Mahmud and Ryan Cannon<br>2700 Broad River Road, Suite G<br>Columbia, SC 29210 | 2700 Broad River Rd<br>Columbia, SC 29210 | 108171 |
| Broad Street Mini Mart | Attn: Jordan Reyes<br>14 W Broad St<br>Bethlehem, PA 18018 | 14 W Broad St<br>Bethlehem, PA 18018 | 108283 |
| Broadway Market and Liquor | Attn: Tran Trinh<br>4018 S Broadway Pl<br>Los Angeles, CA 90054 | 4018 S Broadway<br>Los Angeles, CA 90037 | 104186 |
| Broadway Mobil Mart | Attn: Rob Hoshemi<br>315 W Vernon Ave<br>Los Angeles, CA 90037 | 315 W Vernon Ave<br>Los Angeles, CA 90037 | 101472 |
| Brothers Market | Attn: Scott Edwards<br>207 E Locust St<br>Bloomfield, IA 52537 | 207 E Locust St<br>Bloomfield, IA 52537 | 145515 |
| Brothers Market | Attn: Scott Edwards<br>105 Nixion SE<br>Cascade, IA 52033 | 105 Nixon St SE<br>Cascade, IA 52033 | 145516 |
| Brothers Market | Attn: Scott Edwards<br>319 Ridge St<br>Tonganoxie, KS 66086 | 319 Ridge St<br>Tonganoxie, KS 66086 | 145535 |
| Browns Grocery Co Inc | Attn: Michael Dewayne Brown<br>138 Road 1567<br>Mooreville, MS 38857-7013 | Attn: Michael Dewayne Brown<br>126 MS-371<br>Mooreville, MS 38857 | 113582 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| BRTR Investment Inc DBA Speedy Stop | Attn: Rupaly Kundu, Bimal Sarkar<br>14611 N Mopac Expy #200<br>Austin, TX 78728 | 14611 N Mopac Expy #200<br>Austin, TX  78728 | 108097 |
| Buche Foods | Attn: RF Buche<br>2410m SD-10<br>Sisseton, SD 57262 | 2410m SD-10<br>Sisseton, SD  57262 | 144548 |
| BV Enterprises dba Shelby Food Mart | Attn: Khaled Ornob<br>443 E Shelby Dr<br>Memphis, TN 38109 | 443 E Shelby Dr<br>Memphis, TN  38109 | 104410 |
| By Rite Exxon LLC | Attn: Mike Nassar<br>29036 Grand River Ave<br>Farmington Hills, MI 48336 | 4509 Stage Rd<br>Memphis, TN  38128 | 122056 |
| Cache Valley Realty LLC, Cache CH LLC, Cache Nassim LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 1300 N Main St<br>Logan, UT  84341 | 103960 |
| Caldwood CITGO Food Mart | Attn: Amit Giri<br>55 E Caldwood Dr<br>Beaumont, TX 77707 | 55 E Caldwood Dr<br>Beaumont, TX  77707 | 103174 |
| California Gold Buyers & Smoke Shack | Attn: Ahmad Shehadeh<br>2345 Northgate Blvd<br>Sacramento, CA 95833 | 2345 Northgate Blvd<br>Sacramento, CA  95833 | 120923 |
| Callaway Market | Attn: Lawrence Paulsen<br>100 S Grand Ave<br>Callaway, NE 68825 | 59 S. Grand Ave<br>Callaway, NE  68825 | 128468 |
| Cape Fear Beverage & Variety | Attn: Arpit Patel<br>400 W Old Rd<br>Lillington, NC 27546 | 400 W Old Rd<br>Lillington, NC  27546 | 103703 |
| Cappy's Produce LLC | Attn: James Schlatter<br>1232 72nd St E<br>Tacoma, WA 98404 | 1232 72nd St E<br>Tacoma, WA  98404 | 121825 |
| Cardenas Markets LLC | Attn: Prabash Coswatte; Syrissa Torres<br>2501 East Guasti Road<br>Ontario, CA 91761 | Store #28<br>2400 E Bonanza Rd<br>Las Vegas, NV  89101 | 146918 |
| | | Store #30<br>4700 Meadows Ln<br>Las Vegas, NV  89107 | 146920 |
| | | Store #27<br>4500 E Tropicana Ave<br>Las Vegas, NV  89121 | 146921 |
| | | Store #38<br>2545 S Eastern Ave<br>Las Vegas, NV  89169 | 146922 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Cards and Coffee | Attn: Dan Fleyshman<br>6363 Hollywood Blvd<br>Los Angeles, CA 90028 | 6363 Hollywood Blvd<br>Los Angeles, CA 90028 | 108609 |
| Carol Fuel | Attn: Prajwol Shresma<br>2650 W Patapsco Ave<br>Baltimore, MD 21230 | 2650 W Patapsco Ave<br>Baltimore, MD 21230 | 101482 |
| Casa De Dinero | Attn: David Manera<br>c/o Manela Investments, Inc<br>2021 W Sunset Ave Ste AA<br>Springdale, AR 72762 | 2882 W Walnut<br>Ste 12<br>Rogers, AR 72756 | 103382 |
| Casa de Dinero | Attn: Mancia<br>2021 W. Sunset Avenue Suite AA<br>Springdale, AR 72762 | Attn: Mancia<br>1016 S 8th St<br>Rogers, AR 72756 | 144465 |
| Cashman Field | 850 Las Vegas Blvd N<br>Las Vegas, NV 89101 | 850 Las Vegas Blvd N<br>Las Vegas, NV 89101 | 149379 |
| Cave Creek Chevron | Attn: Balbir Bahia<br>15827 N Cave Creek Rd<br>Station # 205501<br>Phoenix, AZ 85032 | 15827 N Cave Creek Rd<br>Phoenix, AZ 85032 | 101563 |
| Cedar City Shell LLC | Attn: Vasu Patel<br>1572 S Convention Center Dr<br>St. George, UT 84790 | 1355 S Main St<br>Cedar City, UT 84720 | 104192 |
| Central Mall Holding, LLC | Attn: Matt Ilbak<br>Central Mall<br>2259 S. 9th St.<br>Salina, KS 67401 | 2259 S 9th St<br>Salina, KS 67401 | 142001 |
| Central Mall Lawton Realty Holding, LLC | Attn: Mike Kohan<br>c/o Kohan Retail Investment Group<br>1010 Northern Boulevard Suite #212<br>Great Neck, NY 11021 | 200 SW C Ave<br>Suite # 100<br>Lawton, OK 73501 | 103537 |
| Chambersburg Mall Realty LLC, Chambersburg CH LLC, Chambersburg Nassim LLC | Attn: Igat Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 3055 Black Gap Rd<br>Chambersburg, PA 17202 | 103957 |
| Chapel Hills Realty LLC, Chapel Hills CH LLC, Chapel Hills Nassim LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 1710 Briargate Blvd<br>Colorado Springs, CO 80920 | 103947 |
| Charles Mall Company Limited Partnership | Attn: Carlos Saniel, St. Charles Towne Ctrr<br>11110 Mall Circle, Suite 1016<br>PO Box 6040<br>Waldorf, MD 20603 | 11110 Mall Cir<br>Waldorf, MD 20603 | 103967 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Chatham BP, LLC | Attn: Amarjit Singh<br>300 N Main St<br>Chatham, IL 62629 | 300 N Main<br>Chatham, IL  62629 | 103754 |
| Cheema Oil Corp | Attn: Gurvinder Singh<br>700 NJ-17<br>Carlstadt, NJ 7072 | 700 NJ-17<br>Carlstadt, NJ  7072 | 103270 |
| Cherry Market LLC | Attn: Kyle Kennard Nalls<br>7209 J Harris Blvd PMB 229<br>Charlotte , NC 28227 | 603 Baldwin Ave<br>Charlotte, NC  28204 | 108954 |
| Chester Chevron Food Mart | Attn: Harpreet Singh<br>225 Main St<br>Chester, CA 96020 | 225 Main St<br>Chester, CA  96020 | 108803 |
| Christina Wine & Spirits | Attn: Vrajesh Patel<br>1101 Chruchmans Rd<br>Newark, DE 19713 | 1101 Churchmans Rd<br>Newark, DE  19713 | 108337 |
| Cigarette Time | Attn: Haider Aljabar<br>10295 Washington St<br>Denver, CO 80229 | 10295 Washington St<br>Denver, CO  80229 | 108399 |
| Circle Centre Mall, LLC | 49 W Maryland St<br>Indianapolis, IN 46204<br><br>866980 Reliable Parkway<br>Chicago, IL  60686-0069 | 49 W Maryland St<br>Indianapolis, IN  46204 | 128168 |
| Cisco Smoke Shop | Attn: Mohammed Noraldeen<br>1216 W University Dr<br>Mesa, AZ 85201 | 1216 W University Dr<br>Mesa, AZ  85201 | 137511 |
| Citadel Mall Realty LLC, Citadel CH LLC, Citadel Nassim LLC | Attn: Igal Namdar<br>750 Citadel Dr<br>East Colorado Spgs, CO 80909 | Attn: Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY  11021 | 103951 |
| Citgo Food Mart | Attn: Joe Rayyan<br>705 Loudon Ave<br>Lexington, KY 40505 | Attn: Jawad (Joe) Rayyan<br>705 E Loudon Ave<br>Lexington, KY  40505 | 109028 |
| City Fuels | Attn: Rami Benjamin Fakhouri<br>425 S Winnebago St<br>Rockford, IL 61102 | 425 S Winnebago St<br>Rockford, IL  61102 | 108195 |
| City Gas at Two Notch | Attn: Gursharan Singh<br>2100 Two Notch Rd<br>Columbia, SC 29204 | 2100 Two Notch Rd<br>Columbia, SC  29204 | 103226 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – NINTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**