BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

| Electronically Filed June 14, 2023 |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-S-23-10423-MKN |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| Debtor. | **TENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)**<br><br>Hearing Date:   July 20, 2023<br>Hearing Time:   10:30 a.m.<br>Estimated Time for Hearing: 20 Minutes |

**PLEASE TAKE NOTICE THAT IF YOU ARE RECEIVING NOTICE OF THIS MOTION, YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON EXHIBIT 2 ATTACHED HERETO.  NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146716575.1 [TENTH MOTION]

1

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, respectfully submits this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit 1**,[1] approving the rejection of contracts and/or unexpired leases set forth in **Exhibit 2** attached hereto pursuant to Bankruptcy Code[2] § 365(a).  This Motion is made and based on the *Declaration of Daniel Ayala* (the "Ayala Declaration") filed in support hereof, the following points and authorities, the papers and pleadings on file with the Court in this Chapter 11 Case, and any oral argument the Court may entertain at the hearing on the Motion.

Dated this 14th day of June, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

## POINTS AND AUTHORITIES

### I.    JURISDICTION AND VENUE

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The statutory basis for the relief requested herein is 11 U.S.C. §§ 105(a), and § 365(a) and Bankruptcy Rules 6006 and 9014.

4.    Pursuant to Local Rule 9014.2, the Debtor consents to entry of final order(s) or judgment(s) by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

---

[1] After notice of this Motion, revisions to this proposed order may be made.

[2] All references to "chapter" and "section" herein shall be to the "Bankruptcy Code" appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall refer to the Federal Rules of Bankruptcy Procedure.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## II.    BACKGROUND

**A.    <u>Debtor's Filing</u>**

5.    On February 7, 2023 (the "<u>Petition Date</u>"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

6.    The Debtor is authorized to operate its business and manage its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7.    An Official Committee of Unsecured Creditors was appointed on or about February 17, 2023.

**B.    <u>Debtor's Business And Contracts And/Or Leases</u>**

8.    The Debtor was formed as a Nevada corporation for the purpose of providing a platform for customers to buy and sell digital currencies through Digital Currency Machines ("<u>DCMs</u>") distributed across the United States.  DCMs are an advanced version of the kiosks commonly referred to as Bitcoin ATMs or BTMs, that enable a consumer to both (a) buy bitcoin as well as 30+ other digital currencies with cash, and (b) sell digital currency for cash.  The Debtor's machines are DCMs offering two-way functionality, over 30 digital currency options, an advanced user interface and a custom non-custodial companion wallet app (available on the Apple App Store and the Google Play Store).  <u>See</u> Ayala Declaration.

9.    In connection with the installation, operation, and use of the DCMs, or kiosks ("<u>Kiosks</u>"), Cash Cloud entered into numerous contracts (the "<u>Contracts</u>") or leases ("<u>Leases</u>") with various parties ("<u>Counterparty</u>" or <u>Counterparties</u>").

10.    Specifically, the Debtor is a party to Contracts or Leases pertaining to the installation of Kiosks at retail locations, including convenience stores, malls, and enterprise grocery stores, such Contracts or Leases generally provide Cash Cloud permission to install a Kiosk at a certain location ("<u>Location</u>") in exchange for compensation being paid to the Counterparty. The terms in the Contracts and/or Leases vary.  Under certain "master" Contracts and/or Leases, wherein such Contract or Lease governs the installation of Kiosks at multiple, different Locations (as set forth within the exhibits attached to the Contract or Lease), the Contract or Lease contains terms that provide not only for the termination of the master agreement, as a whole, but also for either the

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

Debtor or the Counterparty to terminate certain identified Locations.  See Ayala Declaration.

11.    In addition, the Debtor is also a party to numerous Contracts or Leases necessary for its general operations.   See Ayala Declaration.

12.    On May 8, 2023, the Debtor filed Debtor's Motion For Order Extending Deadline To Assume, Assume And Assign, Or Reject Unexpired Nonresidential Real Property Leases Pursuant To 11 U.S.C. § 365(d)(4) wherein the Debtor requested an extension of time to assume or reject all of its unexpired non-residential real property leases.

13.     On June 6, 2023, the Court entered an Order Extending Deadline To Assume, Assume And Assign, Or Reject Unexpired Nonresidential Real Property Leases Pursuant To 11 U.S.C. § 365(d)(4) [ECF 619] extending the time for the Debtor to assume or reject Leases to July 14, 2023.

**C.    Sale of the Debtor's Assets**

14.    On April 7, 2023, the Debtor filed a Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially All of the Debtors Assets; (B) Approving Form Notice to Be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan [ECF No. 392].

15.    On April 27, 2023, the Court entered an Order Establishing Bidding Procedures and Related Deadlines [ECF No. 483] (the "Bid Procedures Order").

16.    The Bid Procedures Order approved bidding procedures governing the sale of substantially all of Debtor's assets.

17.    In accordance with the Bid Procedures Order, the Debtor held an auction for the sale of substantially all of the Debtor's assets on June 2, 2023.  The bid presented by Heller Capital Group, LLC ("Heller Capital") for the purchase of certain of the Debtor's assets was selected as one of the winning bids.

18.    Heller Capital will be purchasing certain of the Debtor's Kiosks, including without limitation, Kiosks used in connection with the Contracts and Leases subject to the Motion.

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**D.       Rejection of Contracts And/Or Leases**

19.      The Debtor has made the decision to reject the Contracts and/or Leases after undertaking a financial analysis of the expense to the Debtor's estate associated with each Contract or Lease, and the benefits to the estate and its creditors associated with each Contract or Lease. Based upon the Debtor's financial analysis of the Contracts and/or Leases, the Debtor, in its business judgment, has determined that the Contracts and/or Leases set forth in the Motion are financially burdensome and do not provide benefit to the estate.  Among other things, the Debtor considered the historical performance, cure costs associated with assuming the contracts, ongoing administrative expenses, and potentially irreparable business relationships with certain hosts. The Contracts and/or Leases, or certain Locations, that are listed on Exhibit 2 are no longer needed and are not a source of potential value for the Debtor's future operations, creditors, or interest holders.  Further, the Debtor seeks to avoid depletion of the estate through accrual of administrative expenses associated with these Contracts and/or Leases. In addition, the Debtor has determined that there is no value in attempting to assume and assign the Contracts and/or Leases, as they are not marketable given their terms.  Indeed, Heller Capital has determined it does not seek to have the Debtor assume and assign the Contracts or Leases.  See Ayala Declaration.

**E.       Requested Relief**

20.      Bankruptcy Code section 365(a) authorizes the Debtor, subject to this Court's approval, to reject any executory contract or unexpired lease.  Based on its business judgment, Debtor has determined that the Contracts and/or Leases are financially burdensome to the estate and do not provide benefit to the estate.  See Ayala Declaration.  Accordingly, the Debtor seeks authority to reject the Contracts and/or Leases set forth on **Exhibit 2** as of the date of the filing of this Motion to prevent the incurrence of ongoing administrative expenses with respect to the Contracts and/or Leases.  See Ayala Declaration.

### III.     MEMORANDUM OF LAW

**A.       The Debtor's Decision To Reject The Contracts And/Or Leases Should Be Approved**

21.      Section 365 of the Bankruptcy Code provides that "the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."  11 U.S.C.

§ 365(a).  "Under the Code, most courts have applied a 'business judgment' test to trustees'
decisions to assume or reject contracts or leases."  3 <u>Collier on Bankruptcy</u> ¶ 365.03[2] (16th Ed.
2016).  "In making its determination, a bankruptcy court need engage in only a cursory review of a
debtor-in-possession's decision to reject the contract."  <u>Agarwal v. Pomona Valley Med. Group,
Inc. (In re Pomona Valley Med. Group, Inc.)</u>, 476 F.3d 665, 670 (9th Cir. 2007) (internal
punctuation omitted).

22.    "[I]n evaluating the rejection decision, the bankruptcy court should presume that the
debtor-in-possession acted prudently, on an informed basis, in good faith, and in the honest belief
that the action taken was in the best interests of the bankruptcy estate."  <u>Id.</u>, at 670.  In the Ninth
Circuit, a bankruptcy court "should approve the rejection of an executory contract under § 365(a)
unless it finds that the debtor-in-possession's conclusion that rejection would be advantageous is so
manifestly unreasonable that it could not be based on sound business judgment, but only on bad
faith, or whim or caprice."  <u>Id.</u> (internal punctuation omitted).

23.    The Debtor's decision to reject the Contracts and/or Leases reflects the Debtor's
exercise of sound business judgment and is in the best interests of the Debtor, its estate, and its
creditors.  The Debtor has determined that the Contracts and/or Leases are not necessary for the
Debtor's operations and are financially burdensome and not beneficial to the estate. The Leases are
not a source of potential value for the Debtor's future operations, creditors, or interest holders, and
are believed to not be marketable given their terms and constitute an unnecessary drain on the
Debtor's limited resources.  Indeed, Heller Capital has determined it does not seek to have the
Debtor assume and assign the Contracts or Leases. <u>See</u> Ayala Declaration.  Accordingly, the Debtor
submits that its decision to reject the Contracts and/or Leases is a sound exercise of its business
judgment and should be approved.

**B.      Rejection As of the Date of the Filing of This Motion**

24.    This Court has authority to approve the rejection of executory contracts or leases as
of the date of the filing of the motion for rejection. Section 365 of the Bankruptcy Code does not
expressly provide whether courts may order rejection to be effective retroactively.  However, courts
have held that bankruptcy courts may exercise their equitable powers in granting such a retroactive

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

order when they conclude that doing so promotes the purposes of Section 365, and that after balancing the equities of a case, equities weigh in favor the debtor. See, e.g., Pac. Shores Dev., LLC v. At Home Corp. (In re At Home Corp.), 392 F.3d 1064, 1065 (9th Cir. 2004) (affirming order authorizing rejection as of date of filing of motion), cert. denied, 564 U.S. 814 (2005); Thinking Machines Corp. v. Mellon Fin. Servs. Corp. (In re Thinking Machs. Corp.), 67 F.3d 1021, 1028-29 (1st Cir. 1995) (bankruptcy court has power to approve rejection as of date of filing motion); In re Amber's Stores, Inc., 193 B.R. 819, 827 (Bankr. N.D. Tex. 1996)(holding that the lease should be deemed rejected as of the petition date due to the equities of case). Although this caselaw pertains to the rejection of nonresidential real property leases, the rationale contained therein is applicable to executory contracts. The Ninth Circuit in In re At Home Corp., explained that "the equitable authority recognized in Thinking Machines has been imported to contexts other than unexpired nonresidential leases," citing to Malden Mills Indus., Inc. v. Maroun (In re Malden Mills Indus., Inc.), 303 B.R. 688, 701 (B.A.P. 1st Cir. 2004) and its application of this principle to abandonment of personal property. 392 F.3d at 1070. The Debtor further notes that the Ninth Circuit's holding in In re At Home Corp., 392 F.3d 1064 (9th Cir. 2004) allowing rejection as of the date of the motion has been found to be undisturbed by the Court's holding in Roman Catholic Archdiocese of San Juan v. Acevedo Feliciano, ___ U.S. ___, 140 S.Ct. 696 (2020). See In re Player's Poker Club, Inc., 636 B.R. 811 (Bankr. C.D.Cal. 2022).

25.    Balancing the equities in this case, approving rejection of the Contracts and/or Leases as of the date of this Motion is appropriate. The Debtor has promptly filed this Motion and promptly set it for hearing giving Counterparties notice of this Motion and the Debtor's intention. Without the authority to reject as of the Motion filing date, the Debtor may be forced to incur potential administrative expenses for agreements that provide no benefit to the estate to the detriment of creditors and other stakeholders. Further, allowing the Debtor to reject the Contracts and/or Leases will not unduly prejudice the Counterparties because the Counterparties will receive notice of the Motion and therefore will have sufficient opportunity to object if they so choose. Indeed, the Counterparties may benefit from the rejection as they will be relieved of obligations under the Contracts and/or Leases. Accordingly, the rejection of the Contracts and/or Leases should

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

7

be approved as of the date of the Motion.

## V.    RESERVATION OF RIGHTS

26.    Nothing contained herein is intended or should be construed as an admission of the validity of any claim against the Debtor, a waiver of the Debtor's rights to dispute any claim, or an approval or assumption of any agreement, contract, or lease under section 365 of the Bankruptcy Code.  The Debtor expressly reserves its rights to contest any invoice or claim related to the relief requested herein in accordance with applicable law.

## VI.    NOTICE

27.    Notice of this Motion has been given by electronic mail or first class mail to the following parties or their counsel: (a) the Office of the United States Trustee for the District of Nevada; (b) counsel for the Official Committee of Unsecured Creditors; (c) counsel to Debtor's secured creditors; (d) counsel to parties that have a lease interest in the Remaining Property; (e) the counterparties to the Contracts and/or Leases; and (f) all parties that have filed a Rule 2002 Notice Request in the Chapter 11 Case.  In light of the nature of the relief requested, Debtor respectfully submits that such notice is appropriate and sufficient under the circumstances and that no further notice is necessary.

## CONCLUSION

WHEREFORE, for all of the foregoing reasons, Debtor respectfully requests that this Court enter an Order granting this Motion, substantially in the form attached hereto as **Exhibit 1,** and (a) approving the rejection of the Contracts and/or Leases set forth on **Exhibit 2** attached hereto, as of the date of the filing of this Motion; and (b) granting such other and further relief as this Court deems appropriate.

Dated this 14th day of June, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson

JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

8

1

**EXHIBIT 1**

2

**PROPOSED ORDER**

3

4

5

6

7  BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
8  JEANETTE E. MCPHERSON, ESQ.
   Nevada Bar No. 5423
9  NICHOLAS A. KOFFROTH, ESQ.
   Nevada Bar No. 16264
10 ZACHARY T. WILLIAMS, ESQ.
   Nevada Bar No. 16023
11 **FOX ROTHSCHILD LLP**
12 1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
13 Telephone: (702) 262-6899
   Facsimile: (702) 597-5503
14 Email: baxelrod@foxrothschild.com
15         jmcpherson@foxrothschild.com
           nkoffroth@foxrothschild.com
16         zwilliams@foxrothschild.com
17 *Counsel for Debtor*

18          **UNITED STATES BANKRUPTCY COURT**

19               **DISTRICT OF NEVADA**

| | |
|---|---|
| 20 In re | Case No. BK-S-23-10423-MKN |
| 21 CASH CLOUD, INC., | Chapter 11 |
| dba COIN CLOUD, | **ORDER GRANTING TENTH OMNIBUS** |
| 22 | **MOTION FOR ENTRY OF ORDER** |
| | **APPROVING REJECTION OF** |
| 23 Debtor. | **EXECUTORY CONTRACTS AND** |
| | **UNEXPIRED LEASES PURSUANT TO 11** |
| 24 | **U.S.C. § 365(a)** |
| 25 | Hearing Date:    July 20, 2023 |
| | Hearing Time:    10:30 a.m. |

26

27

28

*FOX ROTHSCHILD LLP*
*1980 Festival Plaza Drive, Suite 700*
*Las Vegas, Nevada 89135*
*(702) 262-6899*
*(702) 597-5503 (fax)*

9

146716575.1 [TENTH MOTION]

The Court having reviewed and considered Debtor's motion [ECF ____] (the "Motion")[3] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a); and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: _____
    JEANETTE E. MCPHERSON, ESQ.
    BRETT A. AXELROD, ESQ.
    NICHOLAS A. KOFFROTH, ESQ.
    ZACHARY T. WILLIAMS, ESQ.
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135

*Counsel for Debtor*

---

[3] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

146716575.1 [TENTH MOTION]

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146716575.1 [TENTH MOTION]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1 TO PROPOSED ORDER**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146716575.1 [TENTH MOTION]

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Veronica Dearing Beckmann<br>7 Corporate Drive<br>Keene, NH 03431 | N/A – Global Agreement | N/A |
| C and S Wholesale Grocers Inc. | 7 Corporate Drive<br>Keene, NH 03431 | 207 Main St<br>Fort Fairfield, ME  02528 | 135863 |
| | | 111 Rolling Stone Rd<br>Kylertown, PA  16847 | 135870 |
| | | 247 Main St<br>Presque Isle, ME  04769 | 136229 |
| | | 7 Market St<br>Mars Hill, ME  04758 | 136230 |
| | | 75 S Valdosta Rd<br>Lakeland, GA  31635 | 136316 |
| | | 528 N Church St<br>Homerville, GA  31634 | 136317 |
| | | 8524 US-280<br>East Ellabell, GA  31308 | 136318 |
| | | 15759 US-17<br>Townsend, GA  31331 | 136319 |
| | | 1042 US-80<br>Pooler, GA  31322 | 136320 |
| | | 100 Jefferson St<br>Cambridge, WI  53523 | 138909 |
| C Mart 7 | Attn: Sadiq Mohammad<br>5200 E William Cannon Dr<br>Austin, TX 78744 | 5200 E William Cannon Dr<br>Austin, TX  78744 | 108074 |
| C S Rainbow LLC | Attn: Wenxue Cai<br>536 E 11th Ave<br>Eugene, OR 97401 | 536 E 11th Ave<br>Eugene, OR  97401 | 103477 |
| C&S Wholesale Grocers, Inc. | Attn: Stephen Ellis<br>c/o Mega Foods<br>3695 Devonshire Ave NE<br>Salem, OR 97305 | 3695 Devonshire Ave NE<br>Salem, OR  97305 | 130460 |
| C&S Wholesale Grocers, Inc. | Attn: Stephen Ellis<br>c/o Mega Foods<br>1542 Mt Hood Ave<br>Woodburn, OR 97071 | 1542 Mt Hood Ave<br>Woodburn, OR  97071 | 130461 |
| C&S Wholesale Grocers, Inc. | Attn: Ron Tyson<br>c/o Del High Liberty Market<br>16385 W Schendel Ave<br>Del High, CA 95315 | 16385 W Schendel Ave<br>Delhi, CA  95315 | 130466 |
| C&S Wholesale Grocers, Inc. | Attn: Ron Tyson<br>c/o Livingston Liberty Market<br>1471 B Ste E<br>Livingston, CA 95334 | 1471 B St ## E<br>Livingston, CA  95334 | 130469 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Mike Alamsi<br>c/o Saveco 13<br>1300 W Walnut Ave<br>Visalia, CA 93277 | 1300 W Walnut Ave<br>Visalia, CA 93277 | 130470 |
| C&S Wholesale Grocers, Inc. | Attn: Mike Alamsi<br>c/o Saveco<br>1135 W Bush St<br>Lemoore, CA 93245 | 1135 W Bush St<br>Lemoore, CA 93245 | 130471 |
| C&S Wholesale Grocers, Inc. | Attn: Mike Alamsi<br>Saveco 15<br>1798 10th Avenue<br>Hanford, CA 93230 | 1798 N 10th Ave<br>Hanford, CA 93230 | 130472 |
| C&S Wholesale Grocers, Inc. | Attn: Mike Alamsi<br>c/o State Foods<br>237 Academy Ave<br>Sanger, CA 93657 | 237 Academy Ave<br>Sanger, CA 93657 | 130473 |
| C&S Wholesale Grocers, Inc. | Attn: Mark Kelly<br>c/o Country Farms Market<br>1284 Main Street<br>Washburn, ME 4786 | 1284 Main St<br>Washburn, ME 4786 | 135572 |
| C&S Wholesale Grocers, Inc. | Attn: Michael Stager<br>c/o Stager's Market<br>696 Dulancey Dr<br>Portage, PA 15946 | 696 Dulancey Dr<br>Portage, PA 15946 | 135573 |
| C&S Wholesale Grocers, Inc. | Attn: Corey Eby<br>c/o Eby's Store<br>3801 Horseshoe Pike<br>Honeybrook, PA 19344 | 3801 Horseshoe Pike<br>Honey Brook, PA 19344 | 135574 |
| C&S Wholesale Grocers, Inc. | Attn: Corey Eby<br>c/o Eby's Store<br>1009 Martindale Rd<br>Ephrata, PA 17522 | 1009 Martindale Rd<br>Ephrata, PA 17522 | 135575 |
| C&S Wholesale Grocers, Inc. | Attn: Bob Craft<br>c/o Orono IGA<br>6 Stillwater Ave<br>Orono, ME 4473 | 6 Stillwater Ave<br>Orono, ME 4473 | 135868 |
| C&S Wholesale Grocers, Inc. | Attn: Mike Gallagher<br>c/o Country Farms Market<br>84 Center Rd<br>Easton, ME 4740 | 84 Center Rd<br>Easton, ME 4740 | 136604 |
| C&S Wholesale Grocers, Inc. | Attn: Paul Ortway<br>c/o Dutch's Market<br>1564 Rt 507<br>Greentown, PA 18426 | 1564 PA-507<br>Greentown, PA 18426 | 136605 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER –
TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Ming Chow<br>c/o Suffield Village Market<br>68 Bridge St<br>Suffield, CT 6078 | 68 Bridge St<br>Suffield, CT 6078 | 136617 |
| C&S Wholesale Grocers, Inc. | Attn: Ben Pitts<br>c/o Burnt Cove<br>1 Burnt Cove Rd<br>Stonington, ME 4681 | 1 Burnt Cove Rd<br>Stonington, ME 4681 | 136709 |
| C&S Wholesale Grocers, Inc. | Attn: Ben Pitts<br>c/o The Gallery<br>278 N Dear Isle Rd<br>Dear Isle, ME 4627 | 278 N Deer Isle Rd<br>Deer Isle, ME 4627 | 136710 |
| C&S Wholesale Grocers, Inc. | Attn: Jonathan Cournoyer<br>c/o Big Bunny Market<br>942 Main Street<br>Southbridge, MA 1550 | 942 Main St<br>Southbridge, MA 1550 | 136869 |
| C&S Wholesale Grocers, Inc. | Attn: Alesha McDaniel<br>c/o Shop N Kart<br>PO Box 608<br>Centralia, WA 98531 | 505 S Tower Ave<br>Centralia, WA 98531 | 137389 |
| | | 108 S Montesano St<br>Westport, WA 98595 | 137390 |
| | | 4410 Pacific Way<br>Seaview, WA 98644 | 137391 |
| C&S Wholesale Grocers, Inc. | Attn: Curt Schmidt<br>c/o Piggly Wiggly<br>1440 Horicon St<br>Mayville, WI 53050 | 1440 Horicon St<br>Mayville, WI 53050 | 137415 |
| C&S Wholesale Grocers, Inc. | Attn: Douglas Valadares<br>c/o Master Cut Meat Market<br>175 Boston Post Road E<br>Marlborough, MA 1752 | 175 Boston Post Rd E<br>Marlborough, MA 1752 | 137416 |
| C&S Wholesale Grocers, Inc. | Attn: Jeffrey Tate<br>c/o Piggly Wiggly<br>1330 Memorial Dr<br>Watertown, WI 53098 | 1330 Memorial Dr<br>Watertown, WI 53098 | 137626 |
| C&S Wholesale Grocers, Inc. | Attn: Jeffrey Tate<br>c/o Piggly Wiggly<br>810 N Monroe St<br>Waterloo, WI 53594 | 810 N Monroe St<br>Waterloo, WI 53594 | 137627 |
| C&S Wholesale Grocers, Inc. | Attn: Mark Goretti<br>c/o Goretti's<br>1 Providence St<br>Millbury, MA 1527 | 1 Providence St<br>Millbury, MA 1527 | 137694 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Sandy Freed<br>c/o Freed's Market<br>2024 Swamp Pike<br>Gilbertsville, PA 19525 | 2024 Swamp Pike<br>Gilbertsville, PA 19525 | 138200 |
| C&S Wholesale Grocers, Inc. | Attn: Matt Stinebrink<br>c/o Piggly Wiggly<br>2801 14th Pl<br>Kenosha, WI 53140 | 2801 14th Pl<br>Kenosha, WI 53140 | 138299 |
| C&S Wholesale Grocers, Inc. | Attn: Matt Stinebrink<br>c/o Piggly Wiggly<br>100 E Geneva Square<br>Lake Geneva, WI 53147 | 100 E Geneva Square<br>Lake Geneva, WI 53147 | 138300 |
| C&S Wholesale Grocers, Inc. | Attn: Matt Stinebrink<br>c/o Piggly Wiggly<br>1414 E Geneva St<br>Delavan, WI 53115 | 1414 E Geneva St<br>Delavan, WI 53115 | 138301 |
| C&S Wholesale Grocers, Inc. | Attn: Matt Stinebrink<br>c/o Piggly Wiggly<br>7600 Pershing Blvd<br>Kenosha, WI 53142 | 7600 Pershing Blvd<br>Kenosha, WI 53142 | 138302 |
| C&S Wholesale Grocers, Inc. | Attn: David Mercik<br>c/o Ideal Markets<br>125 West Elm St<br>Homer City, PA 15748 | 125 W Elm St<br>Homer City, PA 15748 | 138444 |
| C&S Wholesale Grocers, Inc. | Attn: David Mercik<br>c/o Ideal Markets<br>2690 William Penn Ave<br>Johnstown, PA 15909 | 2690 William Penn Ave<br>Johnstown, PA 15909 | 138445 |
| C&S Wholesale Grocers, Inc. | Attn: Thomas B Ray<br>c/o Tom's Riverside<br>632 Broad St<br>New Bethlehem, PA 16242 | 632 Broad St<br>New Bethlehem, PA 16242 | 138775 |
| C&S Wholesale Grocers, Inc. | Attn: Thomas B Ray<br>c/o Tom's Riverside<br>8868 Rte 338<br>Knox, PA 16232 | 8868 Route 338<br>Knox, PA 16232 | 138776 |
| C&S Wholesale Grocers, Inc. | Attn: Thomas B Ray<br>c/o Tom's Riverside<br>562 Main St<br>Rimersburg, PA 16248 | 562 Main St<br>Rimersburg, PA 16248 | 138778 |
| C&S Wholesale Grocers, Inc. | Attn: Edward Penta<br>c/o McKinnon's Market<br>2454 Lafayette Rd<br>Portsmouth, NH 3801 | 2454 Lafayette Rd<br>Portsmouth, NH 3801 | 138779 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER –
TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Edward Penta<br>c/o McKinnon's Market<br>236 North Broadway<br>Salem, NH 3079 | 236 N Broadway<br>Salem, NH  3079 | 138780 |
| C&S Wholesale Grocers, Inc. | Attn: Bob Garrity<br>c/o Sam and Sam's<br>851 Upland Ave<br>Chester, PA 19015 | 851 Upland Ave<br>Chester, PA  19013 | 139099 |
| C&S Wholesale Grocers, Inc. | Attn: Alan Detjen<br>c/o Piggly Wiggly<br>164 Kienow Dr<br>Randolph, WI 53956 | 164 Kienow Dr<br>Randolph, WI  53956 | 139365 |
| C&S Wholesale Grocers, Inc. | Attn: David Mihalick<br>c/o Ideal Markets<br>2449 Bedford St<br>Johnstown, PA 15904 | 2449 Bedford St<br>Johnstown, PA  15904 | 139851 |
| C&S Wholesale Grocers, Inc. | Attn: David Mihalick<br>c/o Ideal Markets<br>6858 Rte 711<br>Seward, PA 15954 | 6858 Route 711<br>Seward, PA  15954 | 139852 |
| C&S Wholesale Grocers, Inc. | Attn: Cesar Simas; Steven Morgado<br>c/o A&J Seabra Supermarkets<br>41 Rockdale Avenue<br>New Bedford, MA 2741 | 41 Rockdale Ave<br>New Bedford, MA  2740 | 140686 |
| C&S Wholesale Grocers, Inc. | Attn: Cesar Simas<br>c/o A&J Seabra Supermarkets<br>440 Stafford Rd<br>Fall River, MA 2721 | 440 Stafford Rd<br>Fall River, MA  2721 | 140697 |
| C&S Wholesale Grocers, Inc. | Attn: Cesar Simas<br>c/o A&J Seabra Supermarkets<br>217 S Main St<br>Attleboro, MA 2703 | 217 S Main St<br>Attleboro, MA  2703 | 140698 |
| C&S Wholesale Grocers, Inc. | Attn: Brian Koller<br>c/o Kutztown Market<br>342 W Main St<br>Kutztown, PA 19530 | 342 W Main St<br>Kutztown, PA  19530 | 141003 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>4614 Nasa Pkwy<br>Seabrook, TX 77586 | 4614 NASA Pkwy<br>Seabrook, TX  77586 | 141004 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>513 Market St<br>Galveston, TX 77550 | 513 Market St<br>Galveston, TX  77550 | 141005 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 6500 FM 2100 #1 Crosby, TX 77532 | 6500 FM 2100 #1 Crosby, TX 77532 | 141006 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 301 S Brazosport Blvd Freeport, TX 77541 | 301 S Brazosport Blvd Freeport, TX 77541 | 141007 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 12460 Hwy 6 Santa Fe, TX 77541 | 12460 Hwy 6 Santa Fe, TX 77510 | 141008 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 1231 E Kingsbury Segun, TX 78155 | 1231 E Kingsbury St Seguin, TX 78155 | 141010 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 559 W San Antonio St New Braunfels, TX 78130 | 559 W San Antonio St New Braunfels, TX 78130 | 141011 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 909 Curtiss Ave Schertz, TX 78154 | 909 Curtiss Ave Schertz, TX 78154 | 141012 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 340 Enrique M Barrerra Pkwy San Antonio, TX 78221 | 340 Enrique M. Barrera Pkwy San Antonio, TX 78237 | 141013 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 3614 Pleasanton Rd San Antonio, TX 78221 | 3614 Pleasanton Rd San Antonio, TX 78221 | 141014 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 31315 FM 2920 Ste 20 Waller, TX 77484 | 31315 FM 2920 #20 Waller, TX 77484 | 141015 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 1005 12th St Hempstead, TX 77445 | 1005 12th St Hempstead, TX 77445 | 141016 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER –
TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>1401 E Washington<br>Navasota, TX 77868 | 1401 E Washington Ave<br>Navasota, TX 77868 | 141017 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>705 N Travis Ave<br>Cameron, TX 76520 | 705 N Travis Ave<br>Cameron, TX 76520 | 141018 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>236 College St<br>Schulenburg, TX 78956 | 236 College St<br>Schulenburg, TX 78956 | 141019 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Kraig Gibson<br>c/o Piggly Wiggly<br>10282 W National Ave<br>West Allis, WI 53227 | 10282 W National Ave<br>West Allis, WI 53227 | 141215 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Tom O'Leary<br>c/o Piggly Wiggly West<br>106 West Oak St<br>Boscobel, WI 53805 | 106 W Oak St<br>Boscobel, WI 53805 | 141216 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Tom Stram<br>c/o Piggly Wiggly West<br>158 North Washington St<br>Lancaster, WI 53813 | 158 N Washington St<br>Lancaster, WI 53813 | 141218 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Todd Delvoe<br>c/o Piggly Wiggly<br>2465 Lineville Rd<br>Howard, WI 54313 | 2465 Lineville Rd<br>Howard, WI 54313 | 141219 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Greg Larsen<br>c/o Piggly Wiggly West<br>255 McGregor Plaza<br>Platteville, WI 53818 | 255 McGregor Plaza<br>Platteville, WI 53818 | 141220 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Benjamin Hoffman<br>c/o Piggly Wiggly West<br>316 West Spring St<br>Dodgeville, WI 53533 | 316 W Spring St<br>Dodgeville, WI 53533 | 141221 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Joe Novotny<br>c/o Piggly Wiggly<br>4011 Durand Ave<br>Racine, WI 53405 | 4011 Durand Ave<br>Racine, WI 53405 | 141222 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER –
TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Ron Johnson c/o Piggly Wiggly 5600 Spring St Racine, WI 53406 | 5600 Spring St Racine, WI 53406 | 141223 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Robert Jones c/o Piggly Wiggly 709 E Capitol Dr Milwaukee, WI 53212 | 709 E Capitol Dr Milwaukee, WI 53212 | 141224 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Dan Harris c/o Piggly Wiggly West 725 8th St Monroe, WI 53566 | 725 8th St Monroe, WI 53566 | 141226 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 5583 Memorial Blvd St George, SC 29477 | 5583 Memorial Blvd St George, SC 29477 | 141694 |
| C&S Wholesale Grocers, Inc. | 7 Corporate Drive Keene, NH 03431 | 810 Elm St E Hampton, SC 29924 | 141695 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 365 S Georgetown Hwy Johnsonville, SC 29555 | 365 S Georgetown Hwy Johnsonville, SC 29555 | 141696 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 122 Hwy 17 N Surfside Beach, SC 29575 | 122 Hwy 17 N Surfside Beach, SC 29575 | 141698 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 1270 Yeamans Hall Rd Charleston, SC 29410 | 1270 Yeamans Hall Rd Charleston, SC 29410 | 141699 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 8780-A Rivers Ave N Charleston, SC 29406 | 8780-A Rivers Ave N North Charleston, SC 29406 | 141700 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 100 W Main St Moncks Corner, SC 29461 | 100 W Main St Moncks Corner, SC 29461 | 141701 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 221 Cherokee Rd Florence, SC 29501 | 221 Cherokee Rd Florence, SC 29501 | 141702 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard<br>c/o Piggly Wiggly<br>1945 W Palmetto St<br>Florence, SC 29501 | 1945 W Palmetto St<br>Florence, SC  29501 | 141703 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard<br>c/o Piggly Wiggly<br>208 E Mcintyre St<br>Mullins, SC 29574 | 208 E McIntyre St<br>Mullins, SC  29574 | 141704 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard<br>c/o Piggly Wiggly<br>1620 High Market St<br>Georgetown, SC 29440 | 1620 Highmarket St<br>Georgetown, SC  29440 | 141705 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard<br>c/o Piggly Wiggly<br>9616 Hwy 78<br>Ladson, SC 29456 | 9616 Hwy 78<br>Ladson, SC  29456 | 141706 |
| C&S Wholesale Grocers, Inc. | Attn: Brooke Nickles<br>c/o Country Fresh Market<br>4435 Red Rock Rd<br>Benton, PA 17814 | 4435 Red Rock Rd<br>Benton, PA  17814 | 142323 |
| C&S Wholesale Grocers, Inc. | Attn: Fernando Pena<br>c/o Riverview #1<br>80 E Grant St<br>Roma, TX 78584 | 80 E Grant St<br>Roma, TX  78584 | 142335 |
| C&S Wholesale Grocers, Inc. | Attn: Fernando Pena<br>c/o Riverview #2<br>117 S US HWY 83<br>Zapata, TX 78076 | 117 S US Hwy 83<br>Zapata, TX  78076 | 142336 |
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena<br>c/o Border Town Food<br>7251 E Hwy 83<br>Alto Bonito, TX 78582 | 7251 E Hwy 83<br>Alto Bonito, TX  78582 | 142364 |
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena<br>c/o Border Town Food #2<br>3251 W US Hwy 83<br>Rio Grande, TX 78582 | 3251 West US Hwy 83<br>Rio Grande, TX  78582 | 142366 |
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena<br>c/o Border Town Food #3<br>219 E Expy 83<br>Sullivan, TX 78595 | 219 E Expy 83<br>Sullivan, TX  78595 | 142367 |
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena<br>c/o Border Town Food #4<br>1308 N Flores St<br>Rio Grande, TX 78582 | 1308 N Flores St<br>Rio Grande City, TX  78582 | 142368 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –  TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena<br>c/o Border Town Food #5<br>1533 E Grant St<br>Roma, TX 78584 | 1533 E Grant St<br>Roma, TX  78584 | 142369 |
| C&S Wholesale Grocers, Inc. | Attn: Tim Bahner<br>c/o Food Plus<br>5201 Spring Rd<br>Shermansdale, PA 17090 | 5201 Spring Rd<br>Shermansdale, PA  17090 | 143275 |
| C&S Wholesale Grocers, Inc. | Attn: Tom Valeski<br>c/o Valeski's 4th St. Bilo<br>420 RT 119 N - N 4th St Ext<br>Indiana, PA 15701 | 420 N 4th St<br>Indiana, PA  15701 | 144087 |
| C&S Wholesale Grocers, Inc. | 7 Corporate Drive<br>Keene, NH 03431 | Attn: Mike Hall<br>416 S Alister Port<br>Aransas, TX  78373 | 144579 |
| C&S Wholesale Grocers, Inc. | Attn: Michael Litka<br>c/o Swarthmore CO-OP<br>341 Dartmouth Ave.<br>Swarthmore, PA 19081 | 341 Dartmouth Ave<br>Swarthmore, PA  19081 | 145507 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**EXHIBIT 2**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Veronica Dearing Beckmann<br>7 Corporate Drive<br>Keene, NH 03431 | N/A – Global Agreement | N/A |
| C and S Wholesale Grocers Inc. | 7 Corporate Drive<br>Keene, NH 03431 | 207 Main St<br>Fort Fairfield, ME  02528 | 135863 |
| | | 111 Rolling Stone Rd<br>Kylertown, PA  16847 | 135870 |
| | | 247 Main St<br>Presque Isle, ME  04769 | 136229 |
| | | 7 Market St<br>Mars Hill, ME  04758 | 136230 |
| | | 75 S Valdosta Rd<br>Lakeland, GA  31635 | 136316 |
| | | 528 N Church St<br>Homerville, GA  31634 | 136317 |
| | | 8524 US-280<br>East Ellabell, GA  31308 | 136318 |
| | | 15759 US-17<br>Townsend, GA  31331 | 136319 |
| | | 1042 US-80<br>Pooler, GA  31322 | 136320 |
| | | 100 Jefferson St<br>Cambridge, WI  53523 | 138909 |
| C Mart 7 | Attn: Sadiq Mohammad<br>5200 E William Cannon Dr<br>Austin, TX 78744 | 5200 E William Cannon Dr<br>Austin, TX  78744 | 108074 |
| C S Rainbow LLC | Attn: Wenxue Cai<br>536 E 11th Ave<br>Eugene, OR 97401 | 536 E 11th Ave<br>Eugene, OR  97401 | 103477 |
| C&S Wholesale Grocers, Inc. | Attn: Stephen Ellis<br>c/o Mega Foods<br>3695 Devonshire Ave NE<br>Salem, OR 97305 | 3695 Devonshire Ave NE<br>Salem, OR  97305 | 130460 |
| C&S Wholesale Grocers, Inc. | Attn: Stephen Ellis<br>c/o Mega Foods<br>1542 Mt Hood Ave<br>Woodburn, OR 97071 | 1542 Mt Hood Ave<br>Woodburn, OR  97071 | 130461 |
| C&S Wholesale Grocers, Inc. | Attn: Ron Tyson<br>c/o Del High Liberty Market<br>16385 W Schendel Ave<br>Del High, CA 95315 | 16385 W Schendel Ave<br>Delhi, CA  95315 | 130466 |
| C&S Wholesale Grocers, Inc. | Attn: Ron Tyson<br>c/o Livingston Liberty Market<br>1471 B Ste E<br>Livingston, CA 95334 | 1471 B St ## E<br>Livingston, CA  95334 | 130469 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Mike Alamsi<br>c/o Saveco 13<br>1300 W Walnut Ave<br>Visalia, CA 93277 | 1300 W Walnut Ave<br>Visalia, CA  93277 | 130470 |
| C&S Wholesale Grocers, Inc. | Attn: Mike Alamsi<br>c/o Saveco<br>1135 W Bush St<br>Lemoore, CA 93245 | 1135 W Bush St<br>Lemoore, CA  93245 | 130471 |
| C&S Wholesale Grocers, Inc. | Attn: Mike Alamsi<br>Saveco 15<br>1798 10th Avenue<br>Hanford, CA 93230 | 1798 N 10th Ave<br>Hanford, CA  93230 | 130472 |
| C&S Wholesale Grocers, Inc. | Attn: Mike Alamsi<br>c/o State Foods<br>237 Academy Ave<br>Sanger, CA 93657 | 237 Academy Ave<br>Sanger, CA  93657 | 130473 |
| C&S Wholesale Grocers, Inc. | Attn: Mark Kelly<br>c/o Country Farms Market<br>1284 Main Street<br>Washburn, ME 4786 | 1284 Main St<br>Washburn, ME  4786 | 135572 |
| C&S Wholesale Grocers, Inc. | Attn: Michael Stager<br>c/o Stager's Market<br>696 Dulancey Dr<br>Portage, PA 15946 | 696 Dulancey Dr<br>Portage, PA  15946 | 135573 |
| C&S Wholesale Grocers, Inc. | Attn: Corey Eby<br>c/o Eby's Store<br>3801 Horseshoe Pike<br>Honeybrook, PA 19344 | 3801 Horseshoe Pike<br>Honey Brook, PA  19344 | 135574 |
| C&S Wholesale Grocers, Inc. | Attn: Corey Eby<br>c/o Eby's Store<br>1009 Martindale Rd<br>Ephrata, PA 17522 | 1009 Martindale Rd<br>Ephrata, PA  17522 | 135575 |
| C&S Wholesale Grocers, Inc. | Attn: Bob Craft<br>c/o Orono IGA<br>6 Stillwater Ave<br>Orono, ME 4473 | 6 Stillwater Ave<br>Orono, ME  4473 | 135868 |
| C&S Wholesale Grocers, Inc. | Attn: Mike Gallagher<br>c/o Country Farms Market<br>84 Center Rd<br>Easton, ME 4740 | 84 Center Rd<br>Easton, ME  4740 | 136604 |
| C&S Wholesale Grocers, Inc. | Attn: Paul Ortway<br>c/o Dutch's Market<br>1564 Rt 507<br>Greentown, PA 18426 | 1564 PA-507<br>Greentown, PA  18426 | 136605 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Ming Chow<br>c/o Suffield Village Market<br>68 Bridge St<br>Suffield, CT 6078 | 68 Bridge St<br>Suffield, CT 6078 | 136617 |
| C&S Wholesale Grocers, Inc. | Attn: Ben Pitts<br>c/o Burnt Cove<br>1 Burnt Cove Rd<br>Stonington, ME 4681 | 1 Burnt Cove Rd<br>Stonington, ME 4681 | 136709 |
| C&S Wholesale Grocers, Inc. | Attn: Ben Pitts<br>c/o The Gallery<br>278 N Dear Isle Rd<br>Dear Isle, ME 4627 | 278 N Deer Isle Rd<br>Deer Isle, ME 4627 | 136710 |
| C&S Wholesale Grocers, Inc. | Attn: Jonathan Cournoyer<br>c/o Big Bunny Market<br>942 Main Street<br>Southbridge, MA 1550 | 942 Main St<br>Southbridge, MA 1550 | 136869 |
| C&S Wholesale Grocers, Inc. | Attn: Alesha McDaniel<br>c/o Shop N Kart<br>PO Box 608<br>Centralia, WA 98531 | 505 S Tower Ave<br>Centralia, WA 98531 | 137389 |
| | | 108 S Montesano St<br>Westport, WA 98595 | 137390 |
| | | 4410 Pacific Way<br>Seaview, WA 98644 | 137391 |
| C&S Wholesale Grocers, Inc. | Attn: Curt Schmidt<br>c/o Piggly Wiggly<br>1440 Horicon St<br>Mayville, WI 53050 | 1440 Horicon St<br>Mayville, WI 53050 | 137415 |
| C&S Wholesale Grocers, Inc. | Attn: Douglas Valadares<br>c/o Master Cut Meat Market<br>175 Boston Post Road E<br>Marlborough, MA 1752 | 175 Boston Post Rd E<br>Marlborough, MA 1752 | 137416 |
| C&S Wholesale Grocers, Inc. | Attn: Jeffrey Tate<br>c/o Piggly Wiggly<br>1330 Memorial Dr<br>Watertown, WI 53098 | 1330 Memorial Dr<br>Watertown, WI 53098 | 137626 |
| C&S Wholesale Grocers, Inc. | Attn: Jeffrey Tate<br>c/o Piggly Wiggly<br>810 N Monroe St<br>Waterloo, WI 53594 | 810 N Monroe St<br>Waterloo, WI 53594 | 137627 |
| C&S Wholesale Grocers, Inc. | Attn: Mark Goretti<br>c/o Goretti's<br>1 Providence St<br>Millbury, MA 1527 | 1 Providence St<br>Millbury, MA 1527 | 137694 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Sandy Freed<br>c/o Freed's Market<br>2024 Swamp Pike<br>Gilbertsville, PA 19525 | 2024 Swamp Pike<br>Gilbertsville, PA 19525 | 138200 |
| C&S Wholesale Grocers, Inc. | Attn: Matt Stinebrink<br>c/o Piggly Wiggly<br>2801 14th Pl<br>Kenosha, WI 53140 | 2801 14th Pl<br>Kenosha, WI 53140 | 138299 |
| C&S Wholesale Grocers, Inc. | Attn: Matt Stinebrink<br>c/o Piggly Wiggly<br>100 E Geneva Square<br>Lake Geneva, WI 53147 | 100 E Geneva Square<br>Lake Geneva, WI 53147 | 138300 |
| C&S Wholesale Grocers, Inc. | Attn: Matt Stinebrink<br>c/o Piggly Wiggly<br>1414 E Geneva St<br>Delavan, WI 53115 | 1414 E Geneva St<br>Delavan, WI 53115 | 138301 |
| C&S Wholesale Grocers, Inc. | Attn: Matt Stinebrink<br>c/o Piggly Wiggly<br>7600 Pershing Blvd<br>Kenosha, WI 53142 | 7600 Pershing Blvd<br>Kenosha, WI 53142 | 138302 |
| C&S Wholesale Grocers, Inc. | Attn: David Mercik<br>c/o Ideal Markets<br>125 West Elm St<br>Homer City, PA 15748 | 125 W Elm St<br>Homer City, PA 15748 | 138444 |
| C&S Wholesale Grocers, Inc. | Attn: David Mercik<br>c/o Ideal Markets<br>2690 William Penn Ave<br>Johnstown, PA 15909 | 2690 William Penn Ave<br>Johnstown, PA 15909 | 138445 |
| C&S Wholesale Grocers, Inc. | Attn: Thomas B Ray<br>c/o Tom's Riverside<br>632 Broad St<br>New Bethlehem, PA 16242 | 632 Broad St<br>New Bethlehem, PA 16242 | 138775 |
| C&S Wholesale Grocers, Inc. | Attn: Thomas B Ray<br>c/o Tom's Riverside<br>8868 Rte 338<br>Knox, PA 16232 | 8868 Route 338<br>Knox, PA 16232 | 138776 |
| C&S Wholesale Grocers, Inc. | Attn: Thomas B Ray<br>c/o Tom's Riverside<br>562 Main St<br>Rimersburg, PA 16248 | 562 Main St<br>Rimersburg, PA 16248 | 138778 |
| C&S Wholesale Grocers, Inc. | Attn: Edward Penta<br>c/o McKinnon's Market<br>2454 Lafayette Rd<br>Portsmouth, NH 3801 | 2454 Lafayette Rd<br>Portsmouth, NH 3801 | 138779 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER –**
**TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Edward Penta<br>c/o McKinnon's Market<br>236 North Broadway<br>Salem, NH 3079 | 236 N Broadway<br>Salem, NH  3079 | 138780 |
| C&S Wholesale Grocers, Inc. | Attn: Bob Garrity<br>c/o Sam and Sam's<br>851 Upland Ave<br>Chester, PA 19015 | 851 Upland Ave<br>Chester, PA  19013 | 139099 |
| C&S Wholesale Grocers, Inc. | Attn: Alan Detjen<br>c/o Piggly Wiggly<br>164 Kienow Dr<br>Randolph, WI 53956 | 164 Kienow Dr<br>Randolph, WI  53956 | 139365 |
| C&S Wholesale Grocers, Inc. | Attn: David Mihalick<br>c/o Ideal Markets<br>2449 Bedford St<br>Johnstown, PA 15904 | 2449 Bedford St<br>Johnstown, PA  15904 | 139851 |
| C&S Wholesale Grocers, Inc. | Attn: David Mihalick<br>c/o Ideal Markets<br>6858 Rte 711<br>Seward, PA 15954 | 6858 Route 711<br>Seward, PA  15954 | 139852 |
| C&S Wholesale Grocers, Inc. | Attn: Cesar Simas; Steven Morgado<br>c/o A&J Seabra Supermarkets<br>41 Rockdale Avenue<br>New Bedford, MA 2741 | 41 Rockdale Ave<br>New Bedford, MA  2740 | 140686 |
| C&S Wholesale Grocers, Inc. | Attn: Cesar Simas<br>c/o A&J Seabra Supermarkets<br>440 Stafford Rd<br>Fall River, MA 2721 | 440 Stafford Rd<br>Fall River, MA  2721 | 140697 |
| C&S Wholesale Grocers, Inc. | Attn: Cesar Simas<br>c/o A&J Seabra Supermarkets<br>217 S Main St<br>Attleboro, MA 2703 | 217 S Main St<br>Attleboro, MA  2703 | 140698 |
| C&S Wholesale Grocers, Inc. | Attn: Brian Koller<br>c/o Kutztown Market<br>342 W Main St<br>Kutztown, PA 19530 | 342 W Main St<br>Kutztown, PA  19530 | 141003 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>4614 Nasa Pkwy<br>Seabrook, TX 77586 | 4614 NASA Pkwy<br>Seabrook, TX  77586 | 141004 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>513 Market St<br>Galveston, TX 77550 | 513 Market St<br>Galveston, TX  77550 | 141005 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER –
TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 6500 FM 2100 #1 Crosby, TX 77532 | 6500 FM 2100 #1 Crosby, TX 77532 | 141006 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 301 S Brazosport Blvd Freeport, TX 77541 | 301 S Brazosport Blvd Freeport, TX 77541 | 141007 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 12460 Hwy 6 Santa Fe, TX 77541 | 12460 Hwy 6 Santa Fe, TX 77510 | 141008 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 1231 E Kingsbury Segun, TX 78155 | 1231 E Kingsbury St Seguin, TX 78155 | 141010 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 559 W San Antonio St New Braunfels, TX 78130 | 559 W San Antonio St New Braunfels, TX 78130 | 141011 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 909 Curtiss Ave Schertz, TX 78154 | 909 Curtiss Ave Schertz, TX 78154 | 141012 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 340 Enrique M Barrerra Pkwy San Antonio, TX 78221 | 340 Enrique M. Barrera Pkwy San Antonio, TX 78237 | 141013 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 3614 Pleasanton Rd San Antonio, TX 78221 | 3614 Pleasanton Rd San Antonio, TX 78221 | 141014 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 31315 FM 2920 Ste 20 Waller, TX 77484 | 31315 FM 2920 #20 Waller, TX 77484 | 141015 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan c/o Arlan's 1005 12th St Hempstead, TX 77445 | 1005 12th St Hempstead, TX 77445 | 141016 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>1401 E Washington<br>Navasota, TX 77868 | 1401 E Washington Ave<br>Navasota, TX 77868 | 141017 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>705 N Travis Ave<br>Cameron, TX 76520 | 705 N Travis Ave<br>Cameron, TX 76520 | 141018 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>236 College St<br>Schulenburg, TX 78956 | 236 College St<br>Schulenburg, TX 78956 | 141019 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Kraig Gibson<br>c/o Piggly Wiggly<br>10282 W National Ave<br>West Allis, WI 53227 | 10282 W National Ave<br>West Allis, WI 53227 | 141215 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Tom O'Leary<br>c/o Piggly Wiggly West<br>106 West Oak St<br>Boscobel, WI 53805 | 106 W Oak St<br>Boscobel, WI 53805 | 141216 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Tom Stram<br>c/o Piggly Wiggly West<br>158 North Washington St<br>Lancaster, WI 53813 | 158 N Washington St<br>Lancaster, WI 53813 | 141218 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Todd Delvoe<br>c/o Piggly Wiggly<br>2465 Lineville Rd<br>Howard, WI 54313 | 2465 Lineville Rd<br>Howard, WI 54313 | 141219 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Greg Larsen<br>c/o Piggly Wiggly West<br>255 McGregor Plaza<br>Platteville, WI 53818 | 255 McGregor Plaza<br>Platteville, WI 53818 | 141220 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Benjamin Hoffman<br>c/o Piggly Wiggly West<br>316 West Spring St<br>Dodgeville, WI 53533 | 316 W Spring St<br>Dodgeville, WI 53533 | 141221 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Joe Novotny<br>c/o Piggly Wiggly<br>4011 Durand Ave<br>Racine, WI 53405 | 4011 Durand Ave<br>Racine, WI 53405 | 141222 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER –
TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Ron Johnson c/o Piggly Wiggly 5600 Spring St Racine, WI 53406 | 5600 Spring St Racine, WI 53406 | 141223 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Robert Jones c/o Piggly Wiggly 709 E Capitol Dr Milwaukee, WI 53212 | 709 E Capitol Dr Milwaukee, WI 53212 | 141224 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Dan Harris c/o Piggly Wiggly West 725 8th St Monroe, WI 53566 | 725 8th St Monroe, WI 53566 | 141226 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 5583 Memorial Blvd St George, SC 29477 | 5583 Memorial Blvd St George, SC 29477 | 141694 |
| C&S Wholesale Grocers, Inc. | 7 Corporate Drive Keene, NH 03431 | 810 Elm St E Hampton, SC 29924 | 141695 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 365 S Georgetown Hwy Johnsonville, SC 29555 | 365 S Georgetown Hwy Johnsonville, SC 29555 | 141696 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 122 Hwy 17 N Surfside Beach, SC 29575 | 122 Hwy 17 N Surfside Beach, SC 29575 | 141698 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 1270 Yeamans Hall Rd Charleston, SC 29410 | 1270 Yeamans Hall Rd Charleston, SC 29410 | 141699 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 8780-A Rivers Ave N Charleston, SC 29406 | 8780-A Rivers Ave N North Charleston, SC 29406 | 141700 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 100 W Main St Moncks Corner, SC 29461 | 100 W Main St Moncks Corner, SC 29461 | 141701 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 221 Cherokee Rd Florence, SC 29501 | 221 Cherokee Rd Florence, SC 29501 | 141702 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER –
TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 1945 W Palmetto St Florence, SC 29501 | 1945 W Palmetto St Florence, SC 29501 | 141703 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 208 E Mcintyre St Mullins, SC 29574 | 208 E McIntyre St Mullins, SC 29574 | 141704 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 1620 High Market St Georgetown, SC 29440 | 1620 Highmarket St Georgetown, SC 29440 | 141705 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 9616 Hwy 78 Ladson, SC 29456 | 9616 Hwy 78 Ladson, SC 29456 | 141706 |
| C&S Wholesale Grocers, Inc. | Attn: Brooke Nickles c/o Country Fresh Market 4435 Red Rock Rd Benton, PA 17814 | 4435 Red Rock Rd Benton, PA 17814 | 142323 |
| C&S Wholesale Grocers, Inc. | Attn: Fernando Pena c/o Riverview #1 80 E Grant St Roma, TX 78584 | 80 E Grant St Roma, TX 78584 | 142335 |
| C&S Wholesale Grocers, Inc. | Attn: Fernando Pena c/o Riverview #2 117 S US HWY 83 Zapata, TX 78076 | 117 S US Hwy 83 Zapata, TX 78076 | 142336 |
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena c/o Border Town Food 7251 E Hwy 83 Alto Bonito, TX 78582 | 7251 E Hwy 83 Alto Bonito, TX 78582 | 142364 |
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena c/o Border Town Food #2 3251 W US Hwy 83 Rio Grande, TX 78582 | 3251 West US Hwy 83 Rio Grande, TX 78582 | 142366 |
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena c/o Border Town Food #3 219 E Expy 83 Sullivan, TX 78595 | 219 E Expy 83 Sullivan, TX 78595 | 142367 |
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena c/o Border Town Food #4 1308 N Flores St Rio Grande, TX 78582 | 1308 N Flores St Rio Grande City, TX 78582 | 142368 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena<br>c/o Border Town Food #5<br>1533 E Grant St<br>Roma, TX 78584 | 1533 E Grant St<br>Roma, TX  78584 | 142369 |
| C&S Wholesale Grocers, Inc. | Attn: Tim Bahner<br>c/o Food Plus<br>5201 Spring Rd<br>Shermansdale, PA 17090 | 5201 Spring Rd<br>Shermansdale, PA  17090 | 143275 |
| C&S Wholesale Grocers, Inc. | Attn: Tom Valeski<br>c/o Valeski's 4th St. Bilo<br>420 RT 119 N - N 4th St Ext<br>Indiana, PA 15701 | 420 N 4th St<br>Indiana, PA  15701 | 144087 |
| C&S Wholesale Grocers, Inc. | 7 Corporate Drive<br>Keene, NH 03431 | Attn: Mike Hall<br>416 S Alister Port<br>Aransas, TX  78373 | 144579 |
| C&S Wholesale Grocers, Inc. | Attn: Michael Litka<br>c/o Swarthmore CO-OP<br>341 Dartmouth Ave.<br>Swarthmore, PA 19081 | 341 Dartmouth Ave<br>Swarthmore, PA  19081 | 145507 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**