BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Phone: 702.262.6899 / Facsimile: 702.597.5503
Email: baxelrod@foxrothschild.com
           jmcpherson@foxrothschild.com
           nkoffroth@foxrothschild.com
           zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed June 14, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON TENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)**<br><br>Hearing Date:   July 20, 2023<br>Hearing Time:  10:30 a.m. |

**PLEASE TAKE NOTICE THAT THE DEBTOR IS REQUESTING IT BE PERMITTED TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**

**IF YOU ARE RECEIVING THIS NOTICE OF THE TENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a), YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON <u>EXHIBIT 1</u> ATTACHED HERETO.  NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE.**

**PLEASE TAKE NOTICE** that on June 14, 2023, Cash Cloud, Inc. (the "<u>Debtor</u>"), by and through its counsel, filed a Tenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) (the "<u>Motion</u>").[1]

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

1

146716577.1

**NOTICE IS FURTHER GIVEN** that copies of the Motion may be obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal, Telephone: (702) 262-6899, or by download at: https://cases.stretto.com/CashCloud (the "Case Website").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on **July 20, 2023 at 10:30 a.m. prevailing Pacific time**. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code 029066#.

Dated this 14th day of June, 2023.　　　　**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
　　JEANETTE E. MCPHERSON, ESQ. (5423)
　　BRETT A. AXELROD, ESQ. (5859)
　　NICHOLAS A. KOFFROTH, ESQ. (16264)
　　ZACHARY T. WILLIAMS, ESQ. (16023)
　　1980 Festival Plaza Drive, Suite 700
　　Las Vegas, Nevada 89135
　　*Counsel for Debtor*

146716577.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Veronica Dearing Beckmann<br>7 Corporate Drive<br>Keene, NH 03431 | N/A – Global Agreement | N/A |
| C and S Wholesale Grocers Inc. | 7 Corporate Drive<br>Keene, NH 03431 | 207 Main St<br>Fort Fairfield, ME  02528 | 135863 |
| | | 111 Rolling Stone Rd<br>Kylertown, PA  16847 | 135870 |
| | | 247 Main St<br>Presque Isle, ME  04769 | 136229 |
| | | 7 Market St<br>Mars Hill, ME  04758 | 136230 |
| | | 75 S Valdosta Rd<br>Lakeland, GA  31635 | 136316 |
| | | 528 N Church St<br>Homerville, GA  31634 | 136317 |
| | | 8524 US-280<br>East Ellabell, GA  31308 | 136318 |
| | | 15759 US-17<br>Townsend, GA  31331 | 136319 |
| | | 1042 US-80<br>Pooler, GA  31322 | 136320 |
| | | 100 Jefferson St<br>Cambridge, WI  53523 | 138909 |
| C Mart 7 | Attn: Sadiq Mohammad<br>5200 E William Cannon Dr<br>Austin, TX 78744 | 5200 E William Cannon Dr<br>Austin, TX  78744 | 108074 |
| C S Rainbow LLC | Attn: Wenxue Cai<br>536 E 11th Ave<br>Eugene, OR 97401 | 536 E 11th Ave<br>Eugene, OR  97401 | 103477 |
| C&S Wholesale Grocers, Inc. | Attn: Stephen Ellis<br>c/o Mega Foods<br>3695 Devonshire Ave NE<br>Salem, OR 97305 | 3695 Devonshire Ave NE<br>Salem, OR  97305 | 130460 |
| C&S Wholesale Grocers, Inc. | Attn: Stephen Ellis<br>c/o Mega Foods<br>1542 Mt Hood Ave<br>Woodburn, OR 97071 | 1542 Mt Hood Ave<br>Woodburn, OR  97071 | 130461 |
| C&S Wholesale Grocers, Inc. | Attn: Ron Tyson<br>c/o Del High Liberty Market<br>16385 W Schendel Ave<br>Del High, CA 95315 | 16385 W Schendel Ave<br>Delhi, CA  95315 | 130466 |
| C&S Wholesale Grocers, Inc. | Attn: Ron Tyson<br>c/o Livingston Liberty Market<br>1471 B Ste E<br>Livingston, CA 95334 | 1471 B St ## E<br>Livingston, CA  95334 | 130469 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Mike Alamsi<br>c/o Saveco 13<br>1300 W Walnut Ave<br>Visalia, CA 93277 | 1300 W Walnut Ave<br>Visalia, CA 93277 | 130470 |
| C&S Wholesale Grocers, Inc. | Attn: Mike Alamsi<br>c/o Saveco<br>1135 W Bush St<br>Lemoore, CA 93245 | 1135 W Bush St<br>Lemoore, CA 93245 | 130471 |
| C&S Wholesale Grocers, Inc. | Attn: Mike Alamsi<br>Saveco 15<br>1798 10th Avenue<br>Hanford, CA 93230 | 1798 N 10th Ave<br>Hanford, CA 93230 | 130472 |
| C&S Wholesale Grocers, Inc. | Attn: Mike Alamsi<br>c/o State Foods<br>237 Academy Ave<br>Sanger, CA 93657 | 237 Academy Ave<br>Sanger, CA 93657 | 130473 |
| C&S Wholesale Grocers, Inc. | Attn: Mark Kelly<br>c/o Country Farms Market<br>1284 Main Street<br>Washburn, ME 4786 | 1284 Main St<br>Washburn, ME 4786 | 135572 |
| C&S Wholesale Grocers, Inc. | Attn: Michael Stager<br>c/o Stager's Market<br>696 Dulancey Dr<br>Portage, PA 15946 | 696 Dulancey Dr<br>Portage, PA 15946 | 135573 |
| C&S Wholesale Grocers, Inc. | Attn: Corey Eby<br>c/o Eby's Store<br>3801 Horseshoe Pike<br>Honeybrook, PA 19344 | 3801 Horseshoe Pike<br>Honey Brook, PA 19344 | 135574 |
| C&S Wholesale Grocers, Inc. | Attn: Corey Eby<br>c/o Eby's Store<br>1009 Martindale Rd<br>Ephrata, PA 17522 | 1009 Martindale Rd<br>Ephrata, PA 17522 | 135575 |
| C&S Wholesale Grocers, Inc. | Attn: Bob Craft<br>c/o Orono IGA<br>6 Stillwater Ave<br>Orono, ME 4473 | 6 Stillwater Ave<br>Orono, ME 4473 | 135868 |
| C&S Wholesale Grocers, Inc. | Attn: Mike Gallagher<br>c/o Country Farms Market<br>84 Center Rd<br>Easton, ME 4740 | 84 Center Rd<br>Easton, ME 4740 | 136604 |
| C&S Wholesale Grocers, Inc. | Attn: Paul Ortway<br>c/o Dutch's Market<br>1564 Rt 507<br>Greentown, PA 18426 | 1564 PA-507<br>Greentown, PA 18426 | 136605 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Ming Chow<br>c/o Suffield Village Market<br>68 Bridge St<br>Suffield, CT 6078 | 68 Bridge St<br>Suffield, CT  6078 | 136617 |
| C&S Wholesale Grocers, Inc. | Attn: Ben Pitts<br>c/o Burnt Cove<br>1 Burnt Cove Rd<br>Stonington, ME 4681 | 1 Burnt Cove Rd<br>Stonington, ME  4681 | 136709 |
| C&S Wholesale Grocers, Inc. | Attn: Ben Pitts<br>c/o The Gallery<br>278 N Dear Isle Rd<br>Dear Isle, ME 4627 | 278 N Deer Isle Rd<br>Deer Isle, ME  4627 | 136710 |
| C&S Wholesale Grocers, Inc. | Attn: Jonathan Cournoyer<br>c/o Big Bunny Market<br>942 Main Street<br>Southbridge, MA 1550 | 942 Main St<br>Southbridge, MA  1550 | 136869 |
| C&S Wholesale Grocers, Inc. | Attn: Alesha McDaniel<br>c/o Shop N Kart<br>PO Box 608<br>Centralia, WA 98531 | 505 S Tower Ave<br>Centralia, WA  98531 | 137389 |
| | | 108 S Montesano St<br>Westport, WA  98595 | 137390 |
| | | 4410 Pacific Way<br>Seaview, WA  98644 | 137391 |
| C&S Wholesale Grocers, Inc. | Attn: Curt Schmidt<br>c/o Piggly Wiggly<br>1440 Horicon St<br>Mayville, WI 53050 | 1440 Horicon St<br>Mayville, WI  53050 | 137415 |
| C&S Wholesale Grocers, Inc. | Attn: Douglas Valadares<br>c/o Master Cut Meat Market<br>175 Boston Post Road E<br>Marlborough, MA 1752 | 175 Boston Post Rd E<br>Marlborough, MA  1752 | 137416 |
| C&S Wholesale Grocers, Inc. | Attn: Jeffrey Tate<br>c/o Piggly Wiggly<br>1330 Memorial Dr<br>Watertown, WI 53098 | 1330 Memorial Dr<br>Watertown, WI  53098 | 137626 |
| C&S Wholesale Grocers, Inc. | Attn: Jeffrey Tate<br>c/o Piggly Wiggly<br>810 N Monroe St<br>Waterloo, WI 53594 | 810 N Monroe St<br>Waterloo, WI  53594 | 137627 |
| C&S Wholesale Grocers, Inc. | Attn: Mark Goretti<br>c/o Goretti's<br>1 Providence St<br>Millbury, MA 1527 | 1 Providence St<br>Millbury, MA  1527 | 137694 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Sandy Freed<br>c/o Freed's Market<br>2024 Swamp Pike<br>Gilbertsville, PA 19525 | 2024 Swamp Pike<br>Gilbertsville, PA 19525 | 138200 |
| C&S Wholesale Grocers, Inc. | Attn: Matt Stinebrink<br>c/o Piggly Wiggly<br>2801 14th Pl<br>Kenosha, WI 53140 | 2801 14th Pl<br>Kenosha, WI 53140 | 138299 |
| C&S Wholesale Grocers, Inc. | Attn: Matt Stinebrink<br>c/o Piggly Wiggly<br>100 E Geneva Square<br>Lake Geneva, WI 53147 | 100 E Geneva Square<br>Lake Geneva, WI 53147 | 138300 |
| C&S Wholesale Grocers, Inc. | Attn: Matt Stinebrink<br>c/o Piggly Wiggly<br>1414 E Geneva St<br>Delavan, WI 53115 | 1414 E Geneva St<br>Delavan, WI 53115 | 138301 |
| C&S Wholesale Grocers, Inc. | Attn: Matt Stinebrink<br>c/o Piggly Wiggly<br>7600 Pershing Blvd<br>Kenosha, WI 53142 | 7600 Pershing Blvd<br>Kenosha, WI 53142 | 138302 |
| C&S Wholesale Grocers, Inc. | Attn: David Mercik<br>c/o Ideal Markets<br>125 West Elm St<br>Homer City, PA 15748 | 125 W Elm St<br>Homer City, PA 15748 | 138444 |
| C&S Wholesale Grocers, Inc. | Attn: David Mercik<br>c/o Ideal Markets<br>2690 William Penn Ave<br>Johnstown, PA 15909 | 2690 William Penn Ave<br>Johnstown, PA 15909 | 138445 |
| C&S Wholesale Grocers, Inc. | Attn: Thomas B Ray<br>c/o Tom's Riverside<br>632 Broad St<br>New Bethlehem, PA 16242 | 632 Broad St<br>New Bethlehem, PA 16242 | 138775 |
| C&S Wholesale Grocers, Inc. | Attn: Thomas B Ray<br>c/o Tom's Riverside<br>8868 Rte 338<br>Knox, PA 16232 | 8868 Route 338<br>Knox, PA 16232 | 138776 |
| C&S Wholesale Grocers, Inc. | Attn: Thomas B Ray<br>c/o Tom's Riverside<br>562 Main St<br>Rimersburg, PA 16248 | 562 Main St<br>Rimersburg, PA 16248 | 138778 |
| C&S Wholesale Grocers, Inc. | Attn: Edward Penta<br>c/o McKinnon's Market<br>2454 Lafayette Rd<br>Portsmouth, NH 3801 | 2454 Lafayette Rd<br>Portsmouth, NH 3801 | 138779 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Edward Penta<br>c/o McKinnon's Market<br>236 North Broadway<br>Salem, NH 3079 | 236 N Broadway<br>Salem, NH 3079 | 138780 |
| C&S Wholesale Grocers, Inc. | Attn: Bob Garrity<br>c/o Sam and Sam's<br>851 Upland Ave<br>Chester, PA 19015 | 851 Upland Ave<br>Chester, PA 19013 | 139099 |
| C&S Wholesale Grocers, Inc. | Attn: Alan Detjen<br>c/o Piggly Wiggly<br>164 Kienow Dr<br>Randolph, WI 53956 | 164 Kienow Dr<br>Randolph, WI 53956 | 139365 |
| C&S Wholesale Grocers, Inc. | Attn: David Mihalick<br>c/o Ideal Markets<br>2449 Bedford St<br>Johnstown, PA 15904 | 2449 Bedford St<br>Johnstown, PA 15904 | 139851 |
| C&S Wholesale Grocers, Inc. | Attn: David Mihalick<br>c/o Ideal Markets<br>6858 Rte 711<br>Seward, PA 15954 | 6858 Route 711<br>Seward, PA 15954 | 139852 |
| C&S Wholesale Grocers, Inc. | Attn: Cesar Simas; Steven Morgado<br>c/o A&J Seabra Supermarkets<br>41 Rockdale Avenue<br>New Bedford, MA 2741 | 41 Rockdale Ave<br>New Bedford, MA 2740 | 140686 |
| C&S Wholesale Grocers, Inc. | Attn: Cesar Simas<br>c/o A&J Seabra Supermarkets<br>440 Stafford Rd<br>Fall River, MA 2721 | 440 Stafford Rd<br>Fall River, MA 2721 | 140697 |
| C&S Wholesale Grocers, Inc. | Attn: Cesar Simas<br>c/o A&J Seabra Supermarkets<br>217 S Main St<br>Attleboro, MA 2703 | 217 S Main St<br>Attleboro, MA 2703 | 140698 |
| C&S Wholesale Grocers, Inc. | Attn: Brian Koller<br>c/o Kutztown Market<br>342 W Main St<br>Kutztown, PA 19530 | 342 W Main St<br>Kutztown, PA 19530 | 141003 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>4614 Nasa Pkwy<br>Seabrook, TX 77586 | 4614 NASA Pkwy<br>Seabrook, TX 77586 | 141004 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>513 Market St<br>Galveston, TX 77550 | 513 Market St<br>Galveston, TX 77550 | 141005 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>6500 FM 2100 #1<br>Crosby, TX 77532 | 6500 FM 2100 #1<br>Crosby, TX 77532 | 141006 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>301 S Brazosport Blvd<br>Freeport, TX 77541 | 301 S Brazosport Blvd<br>Freeport, TX 77541 | 141007 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>12460 Hwy 6<br>Santa Fe, TX 77541 | 12460 Hwy 6<br>Santa Fe, TX 77510 | 141008 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>1231 E Kingsbury<br>Segun, TX 78155 | 1231 E Kingsbury St<br>Seguin, TX 78155 | 141010 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>559 W San Antonio St<br>New Braunfels, TX 78130 | 559 W San Antonio St<br>New Braunfels, TX 78130 | 141011 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>909 Curtiss Ave<br>Schertz, TX 78154 | 909 Curtiss Ave<br>Schertz, TX 78154 | 141012 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>340 Enrique M Barrerra Pkwy<br>San Antonio, TX 78221 | 340 Enrique M. Barrera Pkwy<br>San Antonio, TX 78237 | 141013 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>3614 Pleasanton Rd<br>San Antonio, TX 78221 | 3614 Pleasanton Rd<br>San Antonio, TX 78221 | 141014 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>31315 FM 2920<br>Ste 20<br>Waller, TX 77484 | 31315 FM 2920 #20<br>Waller, TX 77484 | 141015 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>1005 12th St<br>Hempstead, TX 77445 | 1005 12th St<br>Hempstead, TX 77445 | 141016 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>1401 E Washington<br>Navasota, TX 77868 | 1401 E Washington Ave<br>Navasota, TX 77868 | 141017 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>705 N Travis Ave<br>Cameron, TX 76520 | 705 N Travis Ave<br>Cameron, TX 76520 | 141018 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>236 College St<br>Schulenburg, TX 78956 | 236 College St<br>Schulenburg, TX 78956 | 141019 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Kraig Gibson<br>c/o Piggly Wiggly<br>10282 W National Ave<br>West Allis, WI 53227 | 10282 W National Ave<br>West Allis, WI 53227 | 141215 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Tom O'Leary<br>c/o Piggly Wiggly West<br>106 West Oak St<br>Boscobel, WI 53805 | 106 W Oak St<br>Boscobel, WI 53805 | 141216 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Tom Stram<br>c/o Piggly Wiggly West<br>158 North Washington St<br>Lancaster, WI 53813 | 158 N Washington St<br>Lancaster, WI 53813 | 141218 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Todd Delvoe<br>c/o Piggly Wiggly<br>2465 Lineville Rd<br>Howard, WI 54313 | 2465 Lineville Rd<br>Howard, WI 54313 | 141219 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Greg Larsen<br>c/o Piggly Wiggly West<br>255 McGregor Plaza<br>Platteville, WI 53818 | 255 McGregor Plaza<br>Platteville, WI 53818 | 141220 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Benjamin Hoffman<br>c/o Piggly Wiggly West<br>316 West Spring St<br>Dodgeville, WI 53533 | 316 W Spring St<br>Dodgeville, WI 53533 | 141221 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Joe Novotny<br>c/o Piggly Wiggly<br>4011 Durand Ave<br>Racine, WI 53405 | 4011 Durand Ave<br>Racine, WI 53405 | 141222 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Ron Johnson<br>c/o Piggly Wiggly<br>5600 Spring St<br>Racine, WI 53406 | 5600 Spring St<br>Racine, WI  53406 | 141223 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Robert Jones<br>c/o Piggly Wiggly<br>709 E Capitol Dr<br>Milwaukee, WI 53212 | 709 E Capitol Dr<br>Milwaukee, WI  53212 | 141224 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Dan Harris<br>c/o Piggly Wiggly West<br>725 8th St<br>Monroe, WI 53566 | 725 8th St<br>Monroe, WI  53566 | 141226 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard<br>c/o Piggly Wiggly<br>5583 Memorial Blvd<br>St George, SC 29477 | 5583 Memorial Blvd<br>St George, SC  29477 | 141694 |
| C&S Wholesale Grocers, Inc. | 7 Corporate Drive<br>Keene, NH 03431 | 810 Elm St E<br>Hampton, SC  29924 | 141695 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard<br>c/o Piggly Wiggly<br>365 S Georgetown Hwy<br>Johnsonville, SC 29555 | 365 S Georgetown Hwy<br>Johnsonville, SC  29555 | 141696 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard<br>c/o Piggly Wiggly<br>122 Hwy 17 N<br>Surfside Beach, SC 29575 | 122 Hwy 17 N<br>Surfside Beach, SC  29575 | 141698 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard<br>c/o Piggly Wiggly<br>1270 Yeamans Hall Rd<br>Charleston, SC 29410 | 1270 Yeamans Hall Rd<br>Charleston, SC  29410 | 141699 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard<br>c/o Piggly Wiggly<br>8780-A Rivers Ave<br>N Charleston, SC 29406 | 8780-A Rivers Ave N<br>North Charleston, SC  29406 | 141700 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard<br>c/o Piggly Wiggly<br>100 W Main St<br>Moncks Corner, SC 29461 | 100 W Main St<br>Moncks Corner, SC  29461 | 141701 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard<br>c/o Piggly Wiggly<br>221 Cherokee Rd<br>Florence, SC 29501 | 221 Cherokee Rd<br>Florence, SC  29501 | 141702 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard<br>c/o Piggly Wiggly<br>1945 W Palmetto St<br>Florence, SC 29501 | 1945 W Palmetto St<br>Florence, SC  29501 | 141703 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard<br>c/o Piggly Wiggly<br>208 E Mcintyre St<br>Mullins, SC 29574 | 208 E McIntyre St<br>Mullins, SC  29574 | 141704 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard<br>c/o Piggly Wiggly<br>1620 High Market St<br>Georgetown, SC 29440 | 1620 Highmarket St<br>Georgetown, SC  29440 | 141705 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard<br>c/o Piggly Wiggly<br>9616 Hwy 78<br>Ladson, SC 29456 | 9616 Hwy 78<br>Ladson, SC  29456 | 141706 |
| C&S Wholesale Grocers, Inc. | Attn: Brooke Nickles<br>c/o Country Fresh Market<br>4435 Red Rock Rd<br>Benton, PA 17814 | 4435 Red Rock Rd<br>Benton, PA  17814 | 142323 |
| C&S Wholesale Grocers, Inc. | Attn: Fernando Pena<br>c/o Riverview #1<br>80 E Grant St<br>Roma, TX 78584 | 80 E Grant St<br>Roma, TX  78584 | 142335 |
| C&S Wholesale Grocers, Inc. | Attn: Fernando Pena<br>c/o Riverview #2<br>117 S US HWY 83<br>Zapata, TX 78076 | 117 S US Hwy 83<br>Zapata, TX  78076 | 142336 |
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena<br>c/o Border Town Food<br>7251 E Hwy 83<br>Alto Bonito, TX 78582 | 7251 E Hwy 83<br>Alto Bonito, TX  78582 | 142364 |
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena<br>c/o Border Town Food #2<br>3251 W US Hwy 83<br>Rio Grande, TX 78582 | 3251 West US Hwy 83<br>Rio Grande, TX  78582 | 142366 |
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena<br>c/o Border Town Food #3<br>219 E Expy 83<br>Sullivan, TX 78595 | 219 E Expy 83<br>Sullivan, TX  78595 | 142367 |
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena<br>c/o Border Town Food #4<br>1308 N Flores St<br>Rio Grande, TX 78582 | 1308 N Flores St<br>Rio Grande City, TX  78582 | 142368 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena<br>c/o Border Town Food #5<br>1533 E Grant St<br>Roma, TX 78584 | 1533 E Grant St<br>Roma, TX  78584 | 142369 |
| C&S Wholesale Grocers, Inc. | Attn: Tim Bahner<br>c/o Food Plus<br>5201 Spring Rd<br>Shermansdale, PA 17090 | 5201 Spring Rd<br>Shermansdale, PA  17090 | 143275 |
| C&S Wholesale Grocers, Inc. | Attn: Tom Valeski<br>c/o Valeski's 4th St. Bilo<br>420 RT 119 N - N 4th St Ext<br>Indiana, PA 15701 | 420 N 4th St<br>Indiana, PA  15701 | 144087 |
| C&S Wholesale Grocers, Inc. | 7 Corporate Drive<br>Keene, NH 03431 | Attn: Mike Hall<br>416 S Alister Port<br>Aransas, TX  78373 | 144579 |
| C&S Wholesale Grocers, Inc. | Attn: Michael Litka<br>c/o Swarthmore CO-OP<br>341 Dartmouth Ave.<br>Swarthmore, PA 19081 | 341 Dartmouth Ave<br>Swarthmore, PA  19081 | 145507 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – TENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 98)**