BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        jmcpherson@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed June 14, 2023

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-23-10423-MKN |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ELEVENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)**<br><br>Hearing Date:   July 20, 2023<br>Hearing Time:   10:30 a.m.<br>Estimated Time for Hearing: 20 Minutes |

**PLEASE TAKE NOTICE THAT IF YOU ARE RECEIVING NOTICE OF THIS MOTION, YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON EXHIBIT 2 ATTACHED HERETO.  NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE**

146716648.1 [ELEVENTH MOTION]

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, respectfully submits this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit 1**,[1] approving the rejection of contracts and/or unexpired leases set forth in **Exhibit 2** attached hereto pursuant to Bankruptcy Code[2] § 365(a).  This Motion is made and based on the *Declaration of Daniel Ayala* (the "Ayala Declaration") filed in support hereof, the following points and authorities, the papers and pleadings on file with the Court in this Chapter 11 Case, and any oral argument the Court may entertain at the hearing on the Motion.

Dated this 14th day of June, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
　　JEANETTE E. MCPHERSON, ESQ. (5423)
　　BRETT A. AXELROD, ESQ. (5859)
　　NICHOLAS A. KOFFROTH, ESQ. (16264)
　　ZACHARY T. WILLIAMS, ESQ. (16023)
　　1980 Festival Plaza Drive, Suite 700
　　Las Vegas, Nevada 89135
　　*Counsel for Debtor*

**POINTS AND AUTHORITIES**

**I.　　JURISDICTION AND VENUE**

1.　　The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

2.　　Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.　　The statutory basis for the relief requested herein is 11 U.S.C. §§ 105(a), and § 365(a) and Bankruptcy Rules 6006 and 9014.

4.　　Pursuant to Local Rule 9014.2, the Debtor consents to entry of final order(s) or judgment(s) by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

---

[1] After notice of this Motion, revisions to this proposed order may be made.

[2] All references to "chapter" and "section" herein shall be to the "Bankruptcy Code" appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall refer to the Federal Rules of Bankruptcy Procedure.

146716648.1 [ELEVENTH MOTION]

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## II.    BACKGROUND

**A.    Debtor's Filing**

5.    On February 7, 2023 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

6.    The Debtor is authorized to operate its business and manage its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7.    An Official Committee of Unsecured Creditors was appointed on or about February 17, 2023.

**B.    Debtor's Business And Contracts And/Or Leases**

8.    The Debtor was formed as a Nevada corporation for the purpose of providing a platform for customers to buy and sell digital currencies through Digital Currency Machines ("DCMs") distributed across the United States.  DCMs are an advanced version of the kiosks commonly referred to as Bitcoin ATMs or BTMs, that enable a consumer to both (a) buy bitcoin as well as 30+ other digital currencies with cash, and (b) sell digital currency for cash.  The Debtor's machines are DCMs offering two-way functionality, over 30 digital currency options, an advanced user interface and a custom non-custodial companion wallet app (available on the Apple App Store and the Google Play Store).  See Ayala Declaration.

9.    In connection with the installation, operation, and use of the DCMs, or kiosks ("Kiosks"), Cash Cloud entered into numerous contracts (the "Contracts") or leases ("Leases") with various parties ("Counterparty" or "Counterparties").

10.    Specifically, the Debtor is a party to Contracts or Leases pertaining to the installation of Kiosks at retail locations, including convenience stores, malls, and enterprise grocery stores, such Contracts or Leases generally provide Cash Cloud permission to install a Kiosk at a certain location ("Location") in exchange for compensation being paid to the Counterparty. The terms in the Contracts and/or Leases vary.  Under certain "master" Contracts and/or Leases, wherein such Contract or Lease governs the installation of Kiosks at multiple, different Locations (as set forth within the exhibits attached to the Contract or Lease), the Contract or Lease contains terms that provide not only for the termination of the master agreement, as a whole, but also for either the

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Debtor or the Counterparty to terminate certain identified Locations.  <u>See</u> Ayala Declaration.

11.     In addition, the Debtor is also a party to numerous Contracts or Leases necessary for its general operations.  <u>See</u> Ayala Declaration.

12.     On May 8, 2023, the Debtor filed Debtor's Motion For Order Extending Deadline To Assume, Assume And Assign, Or Reject Unexpired Nonresidential Real Property Leases Pursuant To 11 U.S.C. § 365(d)(4) wherein the Debtor requested an extension of time to assume or reject all of its unexpired non-residential real property leases.

13.      On June 6, 2023, the Court entered an Order Extending Deadline To Assume, Assume And Assign, Or Reject Unexpired Nonresidential Real Property Leases Pursuant To 11 U.S.C. § 365(d)(4) [ECF 619] extending the time for the Debtor to assume or reject Leases to July 14, 2023.

**C.     <u>Sale of the Debtor's Assets</u>**

14.     On April 7, 2023, the Debtor filed a Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially All of the Debtors Assets; (B) Approving Form Notice to Be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan [ECF No. 392].

15.     On April 27, 2023, the Court entered an Order Establishing Bidding Procedures and Related Deadlines [ECF No. 483] (the "<u>Bid Procedures Order</u>").

16.     The Bid Procedures Order approved bidding procedures governing the sale of substantially all of Debtor's assets.

17.     In accordance with the Bid Procedures Order, the Debtor held an auction for the sale of substantially all of the Debtor's assets on June 2, 2023.  The bid presented by Heller Capital Group, LLC ("<u>Heller Capital</u>") for the purchase of certain of the Debtor's assets was selected as one of the winning bids.

18.     Heller Capital will be purchasing certain of the Debtor's Kiosks, including without limitation, Kiosks used in connection with the Contracts and Leases subject to the Motion.

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4

**D.      Rejection of Contracts And/Or Leases**

19.      The Debtor has made the decision to reject the Contracts and/or Leases after undertaking a financial analysis of the expense to the Debtor's estate associated with each Contract or Lease, and the benefits to the estate and its creditors associated with each Contract or Lease. Based upon the Debtor's financial analysis of the Contracts and/or Leases, the Debtor, in its business judgment, has determined that the Contracts and/or Leases set forth in the Motion are financially burdensome and do not provide benefit to the estate.  Among other things, the Debtor considered the historical performance, cure costs associated with assuming the contracts, ongoing administrative expenses, and potentially irreparable business relationships with certain hosts. The Contracts and/or Leases, or certain Locations, that are listed on Exhibit 2 are no longer needed and are not a source of potential value for the Debtor's future operations, creditors, or interest holders.  Further, the Debtor seeks to avoid depletion of the estate through accrual of administrative expenses associated with these Contracts and/or Leases. In addition, the Debtor has determined that there is no value in attempting to assume and assign the Contracts and/or Leases, as they are not marketable given their terms.  Indeed, Heller Capital has determined it does not seek to have the Debtor assume and assign the Contracts or Leases.  See Ayala Declaration.

**E.      Requested Relief**

20.      Bankruptcy Code section 365(a) authorizes the Debtor, subject to this Court's approval, to reject any executory contract or unexpired lease.  Based on its business judgment, Debtor has determined that the Contracts and/or Leases are financially burdensome to the estate and do not provide benefit to the estate.  See Ayala Declaration.  Accordingly, the Debtor seeks authority to reject the Contracts and/or Leases set forth on **Exhibit 2** as of the date of the filing of this Motion to prevent the incurrence of ongoing administrative expenses with respect to the Contracts and/or Leases.  See Ayala Declaration.

### III.      MEMORANDUM OF LAW

**A.      The Debtor's Decision To Reject The Contracts And/Or Leases Should Be Approved**

21.      Section 365 of the Bankruptcy Code provides that "the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."  11 U.S.C.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

§ 365(a).  "Under the Code, most courts have applied a 'business judgment' test to trustees' decisions to assume or reject contracts or leases."  3 <u>Collier on Bankruptcy</u> ¶ 365.03[2] (16th Ed. 2016).  "In making its determination, a bankruptcy court need engage in only a cursory review of a debtor-in-possession's decision to reject the contract."  <u>Agarwal v. Pomona Valley Med. Group, Inc. (In re Pomona Valley Med. Group, Inc.)</u>, 476 F.3d 665, 670 (9th Cir. 2007) (internal punctuation omitted).

22.     "[I]n evaluating the rejection decision, the bankruptcy court should presume that the debtor-in-possession acted prudently, on an informed basis, in good faith, and in the honest belief that the action taken was in the best interests of the bankruptcy estate."  <u>Id.</u>, at 670.  In the Ninth Circuit, a bankruptcy court "should approve the rejection of an executory contract under § 365(a) unless it finds that the debtor-in-possession's conclusion that rejection would be advantageous is so manifestly unreasonable that it could not be based on sound business judgment, but only on bad faith, or whim or caprice."  <u>Id.</u> (internal punctuation omitted).

23.     The Debtor's decision to reject the Contracts and/or Leases reflects the Debtor's exercise of sound business judgment and is in the best interests of the Debtor, its estate, and its creditors.  The Debtor has determined that the Contracts and/or Leases are not necessary for the Debtor's operations and are financially burdensome and not beneficial to the estate. The Leases are not a source of potential value for the Debtor's future operations, creditors, or interest holders, and are believed to not be marketable given their terms and constitute an unnecessary drain on the Debtor's limited resources.  Indeed, Heller Capital has determined it does not seek to have the Debtor assume and assign the Contracts or Leases.  <u>See</u> Ayala Declaration.  Accordingly, the Debtor submits that its decision to reject the Contracts and/or Leases is a sound exercise of its business judgment and should be approved.

**B.     Rejection As of the Date of the Filing of This Motion**

24.     This Court has authority to approve the rejection of executory contracts or leases as of the date of the filing of the motion for rejection. Section 365 of the Bankruptcy Code does not expressly provide whether courts may order rejection to be effective retroactively.  However, courts have held that bankruptcy courts may exercise their equitable powers in granting such a retroactive

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

order when they conclude that doing so promotes the purposes of Section 365, and that after balancing the equities of a case, equities weigh in favor the debtor.  See, e.g., Pac. Shores Dev., LLC v. At Home Corp. (In re At Home Corp.), 392 F.3d 1064, 1065 (9th Cir. 2004) (affirming order authorizing rejection as of date of filing of motion), cert. denied, 564 U.S. 814 (2005); Thinking Machines Corp. v. Mellon Fin. Servs. Corp. (In re Thinking Machs. Corp.), 67 F.3d 1021, 1028-29 (1st Cir. 1995) (bankruptcy court has power to approve rejection as of date of filing motion); In re Amber's Stores, Inc., 193 B.R. 819, 827 (Bankr. N.D. Tex. 1996)(holding that the lease should be deemed rejected as of the petition date due to the equities of case).  Although this caselaw pertains to the rejection of nonresidential real property leases, the rationale contained therein is applicable to executory contracts. The Ninth Circuit in In re At Home Corp., explained that "the equitable authority recognized in Thinking Machines has been imported to contexts other than unexpired nonresidential leases," citing to Malden Mills Indus., Inc. v. Maroun (In re Malden Mills Indus., Inc.), 303 B.R. 688, 701 (B.A.P. 1st Cir. 2004) and its application of this principle to abandonment of personal property.  392 F.3d at 1070.  The Debtor further notes that the Ninth Circuit's holding in In re At Home Corp., 392 F.3d 1064 (9th Cir. 2004) allowing rejection as of the date of the motion has been found to be undisturbed by the Court's holding in Roman Catholic Archdiocese of San Juan v. Acevedo Feliciano, ___ U.S. ___, 140 S.Ct. 696 (2020). See In re Player's Poker Club, Inc., 636 B.R. 811 (Bankr. C.D.Cal. 2022).

25.    Balancing the equities in this case, approving rejection of the Contracts and/or Leases as of the date of this Motion is appropriate.  The Debtor has promptly filed this Motion and promptly set it for hearing giving Counterparties notice of this Motion and the Debtor's intention.  Without the authority to reject as of the Motion filing date, the Debtor may be forced to incur potential administrative expenses for agreements that provide no benefit to the estate to the detriment of creditors and other stakeholders.  Further, allowing the Debtor to reject the Contracts and/or Leases will not unduly prejudice the Counterparties because the Counterparties will receive notice of the Motion and therefore will have sufficient opportunity to object if they so choose.  Indeed, the Counterparties may benefit from the rejection as they will be relieved of obligations under the Contracts and/or Leases.  Accordingly, the rejection of the Contracts and/or Leases should

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

be approved as of the date of the Motion.

## V.    RESERVATION OF RIGHTS

26.    Nothing contained herein is intended or should be construed as an admission of the validity of any claim against the Debtor, a waiver of the Debtor's rights to dispute any claim, or an approval or assumption of any agreement, contract, or lease under section 365 of the Bankruptcy Code.  The Debtor expressly reserves its rights to contest any invoice or claim related to the relief requested herein in accordance with applicable law.

## VI.    NOTICE

27.    Notice of this Motion has been given by electronic mail or first class mail to the following parties or their counsel: (a) the Office of the United States Trustee for the District of Nevada; (b) counsel for the Official Committee of Unsecured Creditors; (c) counsel to Debtor's secured creditors; (d) counsel to parties that have a lease interest in the Remaining Property; (e) the counterparties to the Contracts and/or Leases; and (f) all parties that have filed a Rule 2002 Notice Request in the Chapter 11 Case.  In light of the nature of the relief requested, Debtor respectfully submits that such notice is appropriate and sufficient under the circumstances and that no further notice is necessary.

## CONCLUSION

WHEREFORE, for all of the foregoing reasons, Debtor respectfully requests that this Court enter an Order granting this Motion, substantially in the form attached hereto as **Exhibit 1,** and (a) approving the rejection of the Contracts and/or Leases set forth on **Exhibit 2** attached hereto, as of the date of the filing of this Motion; and (b) granting such other and further relief as this Court deems appropriate.

Dated this 14th day of June, 2023.            **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson

JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

8

**EXHIBIT 1**

**PROPOSED ORDER**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        jmcpherson@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-S-23-10423-MKN |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| | **ORDER GRANTING ELEVENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)** |
| Debtor. | |
| | Hearing Date:    July 20, 2023<br>Hearing Time:    10:30 a.m. |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146716648.1 [ELEVENTH MOTION]

The Court having reviewed and considered Debtor's motion [ECF _____] (the "Motion")[3] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a); and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: _____
    JEANETTE E. MCPHERSON, ESQ.
    BRETT A. AXELROD, ESQ.
    NICHOLAS A. KOFFROTH, ESQ.
    ZACHARY T. WILLIAMS, ESQ.
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135

*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

---

[3] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

146716648.1 [ELEVENTH MOTION]

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐   The Court has waived the requirement of approval in LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion.

☐   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146716648.1 [ELEVENTH MOTION]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**EXHIBIT 1 TO PROPOSED ORDER**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

146716648.1 [ELEVENTH MOTION]

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| City Liquors | Attn: Jigar Patel<br>1200 Northeast Blvd Suite #E<br>Wilmington, DE 19802 | 1200 Northeast Blvd Suite #E<br>Wilmington, DE 19802 | 108403 |
| Cityline Laundry Center | Attn: Felix Bondar<br>194 Reservoir Ave<br>Pawtucket, RI 2860 | 194 Reservoir Ave<br>Pawtucket, RI 2860 | 120632 |
| Clark Mini Mart | Attn: Miptal<br>6761 N Clark St<br>Chicago, IL 60626 | 6761 N Clark St<br>Chicago, IL 60626 | 108200 |
| Classic Star | Attn: Syeb<br>1100 W. Reno Avenue<br>Oklahoma City, OK 73106 | 1100 W Reno Ave<br>Oklahoma City, OK 73106 | 103753 |
| Cleveland Deli | Attn: Jatin Popat<br>14939 Puritas Ave.<br>Cleveland, OH 44135 | 14939 Puritas Ave<br>Cleveland, OH 44135 | 103854 |
| CMCR ENTERPRISES INC DBA Townsend Foodmart | Attn: Richard Mouchi<br>1560 Hendricks Ave<br>Jacksonville, FL 32207 | 2919 Townsend Blvd<br>Jacksonville, FL 32277 | 104083 |
| Coachlight Laundry | Attn: Angela Savvakis<br>3475 N Broadway<br>Chicago, IL 60657 | 3475 N Broadway<br>Chicago, IL 60657 | 113890 |
| Coin Laundry Wash | Attn: Recep Kuzu<br>4621 Rosewood Dr<br>Midland, TX 79707 | 1407 N Lamesa Rd<br>Midland, TX 79701 | 108340 |
| Coins, Stamps N' Stuff | Attn: Jerry Koepp<br>8190 Hickman Rd<br>Des Moines, IA 50325 | 8190 Hickman Rd<br>Des Moines, IA 50325 | 115391 |
| Columbia Mall L.L.C. | Attn: Rusty Strodtman<br>2300 Bernadette Dr<br>Columbia, MO 65203 | 2300 Bernadette Dr<br>Columbia, MO 65203 | 103817 |
| Commonwealth Fuel, Inc. | Attn: R Kim<br>2043 W Commonwealth Ave<br>Fullerton, CA 92833 | 2043 W Commonwealth Ave<br>Fullerton, CA 92833 | 103903 |
| CONU Co. LLC | Attn: Thuc-Nhu Hoang<br>c/o Conu's Corner<br>4400 W 29th Ave<br>Denver, CO 80212 | 4400 W 29th Ave<br>Denver, CO 80212 | 103637 |
| Cool Mart | Attn: Emad<br>c/o Cool mart Smoke Shop<br>10019 Mills Ave<br>Whittier, CA 90604 | 10019 Mills Ave<br>Whittier, CA 90604 | 101407 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Corner Stpre Beer and Wine | Attn: Amit Shakya<br>2215 Oates Dr<br>Dallas, TX 75228 | 2215 Oates Dr<br>Dallas, TX 75228 | 108120 |
| County Fair Water Town | Attn: Tyler  Thuringer<br>14 2nd St NE<br>Watertown, SD 57201 | 14 2nd St NE<br>Watertown, SD 57201 | 139845 |
| CR Exchange | Attn: John Reed<br>1184 Cleveland Rd W<br>Sandusky, OH 44870 | 1184 Cleveland Rd W<br>Sandusky, OH 44870 | 108589 |
| Crossroadds Mall Realty Holding, LLC | Attn: Marni Sawicki<br>6650 S. Westnedge Ave<br>Portage, MI 49024 | 6650 S. Westnedge Ave<br>Portage, MI 49024 | 103816 |
| Crystal Mall, LLC | 849 Hartford Turnpike<br>Waterford, CT 6385 | 850 Hartford Turnpike<br>Waterford, CT  6385 | 103968 |
|  |  | 850 Hartford Turnpike<br>Waterford, CT  6385 | 153601 |
| Cup Foods | Attn: Ahmad Abumayyaleh<br>3759 Chicago Ave S<br>Minneapolis, MN 55407 | 3759 Chicago Ave<br>Minneapolis, MN  55407 | 107967 |
| D&L Food and Gas | Attn: Raees<br>626 Larpenteur Ave W<br>St Paul, MN 55113 | 626 Larpenteur Ave W<br>St Paul, MN  55113 | 108058 |
| D2 Convenience, Inc. | Attn: Dash V Patel & Mahavir Arvird Patel<br>69 Pond St<br>Ashland, MA 1721 | 67 Pond St<br>Ashland, MA  1721 | 113862 |
| Dara GR LLC | Attn: Montana Yousif<br>2026 Boston St SE<br>Grand Rapids, MI 49506 | 2026 Boston St SE<br>Grand Rapids, MI  49506 | 104241 |
| Darshi Investment LLC | Attn: Mike Patel<br>3021 Warsaw Ave<br>Cincinnati, OH 45205 | 3021 Warsaw Ave<br>Cincinnati, OH  45205 | 103971 |
| Day & Night Foodmart Inc. | Attn: Azad Virani<br>1002 Venice Blvd<br>Venice, CA 90291 | 1002 Venice Blvd<br>Venice, CA  90291 | 101399 |
| Decatur Discount | Attn: Ali Nagi<br>898 W Grand Ave<br>Decatur, IL 62522 | 898 W Grand Ave<br>Decatur, IL  62522 | 108294 |
| Deli Closo LLC | Attn: Arrend Santiago<br>471 W 1st Ave Suite B<br>Roselle, NJ 7203 | Attn: Arrend Santiago<br>701 Spring St Unit 8<br>Elizabeth, NJ  7201 | 108564 |
| Del's Liquor Mart | Attn: Parmjit Kaur<br>6079 Quebec St<br>Commerce City, CO 80022 | 6079 Quebec St<br>Commerce City, CO  80022 | 108596 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –
ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Devashish Inc. (dba Express Food Mart) | Attn: Sourav Pokharel 3185 River Rd N Salem, OR 97303 | 3185 River Rd N Salem, OR  97303 | 103481 |
| Devi Krupp Inc DBA N Food Mart | Attn: Bhargav Patel 12850 N 19th Ave Phoenix, AZ 85029 | 12850 N 19th Ave Phoenix, AZ  85029 | 108035 |
| Devi Oil Inc Dba Florin Shell | Attn: Rashpal Johal, c/o Shell 8062 Florin Rd Sacramento, CA 95828 | 8062 Florin Rd Sacramento, CA  95828 | 103670 |
| Devour Cafe | Attn: Ryan Dies 800 Park Ave Galena, IL 61036 | Attn: Ryan Dies 1798 Central Ave Dubuque, IA  52001 | 115316 |
| Dhaliwal Petroleum LLC | Attn: Harinder Dhaliwal 536 W Lapham Blvd Milwaukee, WI 53204 | 536 W Lapham Blvd Milwaukee, WI  53204 | 103799 |
| Dhungel Enterprise | Attn: Nar Dhungel 3457 S Wadsworth Blvd Lakewood, CO 80227 | 3457 S Wadsworth Blvd Lakewood, CO  80227 | 108236 |
| Dick's Vape Shop And Ecig Store | Attn: Anan Barbarawi (CC166) 7777 MN-65 Spring Lake Park, MN 55432 | 7777 MN-65 Spring Lake Park, MN  55432 | 109011 |
| Dipamadi Inc | Attn: Bharat Patel 342 Wilkes Barre Township Blvd Wilkes-Barre, PA 18702 | 342 Wilkes Barre Township Blvd Wilkes-Barre, PA  18702 | 103278 |
| Discount Smoke & Beer | Attn: Uttam Karki; Kumar Phuyal 1335 N Beltline Rd Ste 13 Irving, TX 75061 | 1335 N Beltline Rd Ste 13 Irving, TX  75061 | 108548 |
| Discount Smokes | Attn: Mahmoud Salba 4540 N Brighton Ave Kansas City, MO 64117 | 10901 E State Rte 350 KCMO, MO  64138 | 103080 |
| DISH Wireless LLC | 9601 S. Meridian Blvd Englewood, CO 80112 | 5935 Jimmy Carter Blvd Norcross, GA  30071 | 147043 |
| | | 4919 Flat Shoals Pkwy Decatur, GA  30034 | 147052 |
| DLBD Inc. | Attn: Muhammad Islam 1095 W State Rd 434 Winter Springs, FL 32708 | 1095 W State Rd 434 Winter Springs, FL  32708 | 117461 |
| Dockside MiniMarket Incorporated | Attn: Gerald G Keltner 416 Hancock Rd Bullhead City, AZ 86442-4916 | 416 Hancock Rd Bullhead City, AZ  86442 | 115329 |
| Docs Food Store | Attn: Deelawer Panjwani 635 W Campbell Rd #200 Richardson, TX 75080 | 635 W Campbell Rd #200 Richardson, TX  75080 | 108496 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Dolat Partners USA LLC | Attn: Renish Kotadia<br>2302 Ebenezer RD SE<br>Conyers, GA 30094 | 2302 Ebenezer Rd SE<br>Conyers, GA  30094 | 104307 |
| Dollar Eagle Discounts | Attn: Zulu Mania<br>1552 Beechview Ave.<br>Pittsburgh, PA 15216 | 1552 Beechview Ave<br>Pittsburgh, PA  15216 | 103375 |
| Dollar Store Plus Gift | Attn: Tahir Imtiaz<br>2802 Graham Rd<br>Falls Church, VA 22042 | 2802 Graham Rd<br>Falls Church, VA  22042 | 103403 |
| Dong Yang Market | Attn: Shan Hu Tao<br>3101 Clays Mill Rd Ste 102<br>Lexington, KY 40503 | 3101 Clays Mill Rd<br>Lexington, KY  40503 | 113830 |
| Donut Donuts Coffee | Attn: Solomon Yilma<br>1461 Hancock St<br>Quincy, MA 2169 | 1461 Hancock St<br>Quincy, MA  2169 | 101606 |
| Dot Com Vapor LLC | Attn: Travis McDonald<br>8312 E Mill Plain Blvd<br>Vancouver, WA 98664 | 8312 E Mill Plain Blvd<br>Vancouver, WA  98664 | 119925 |
| Dot Com Vapor LLC | Attn: Travis McDonald<br>3415 SE 192nd Ave #103<br>Vancouver, WA 98683 | 3415 SE 192nd Ave ##103<br>Vancouver, WA  98683 | 119926 |
| Double O | Attn: Jay Singh<br>2091 S Sprinkle Rd<br>Kalamazoo, MI 49001 | 2091 S Sprinkle Rd<br>Kalamazoo, MI  49001 | 104219 |
| DownTown Market | Attn: Salam Majeed<br>45 E Muskegon Ave<br>Muskegon, MI 49440 | 45 E Muskegon Ave<br>Muskegon, MI  49440 | 104240 |
| DRock Gaming LLC | 301 Fremont St<br>Las Vegas, NV 89101 | 301 E Fremont St<br>Las Vegas, NV  89101 | 136233 |
| Drop In Store Inc | Attn: Roland Zachary Gomes<br>709 N Main St #1<br>Greenville, SC 29609 | 709 N Main St ##1<br>Greenville, SC  29609 | 115387 |
| Duleep Stores Inc dba Singh Mart #3 | Attn: Surjit Singh<br>16507 Chalk Maple Ln<br>Houston, TX 77095 | 4160 S Sam Houston Pkwy W<br>Houston, TX  77053 | 103841 |
| Dunlap Petroleum Inc. | Attn: Sarwan Singh; Kamesh Kaur<br>3901 S Main St<br>Elkhart, IN 46517 | 3901 S Main St<br>Elkhart, IN  46517 | 108240 |
| Durga LLC | Attn: Pinal Hitesh Patel<br>c/o Rasleen Gas & Food Mart<br>3403 S Chicago Ave<br>South Milwaukee, WI 53172 | 3403 S Chicago Ave<br>South Milwaukee, WI 53172 | 108370 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –
ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| E & A Grocery #2 | Attn: Jarrod Shankle<br>2829 Apple Ave<br>Muskegon, MI 49442 | 2829 Apple Ave<br>Muskegon, MI 49442 | 134892 |
| E Z Trip Food Store 17 | Attn: Isiaka Balogun<br>8240 Abrams Rd<br>Dallas, TX 75231 | 8240 Abrams Rd<br>Dallas, TX 75231 | 108007 |
| EA Grocers Inc dba Ankeney Fine Foods | Attn: Elvis Ankeney<br>660 Powell St<br>San Francisco, CA 94108 | 660 Powell St<br>SF, CA 94108 | 115390 |
| Eagle Food Mart | Attn: Mahmoud Atieh<br>501 Burlington Ave<br>Gibsonville, NC 27249 | 501 Burlington Ave<br>Gibsonville, NC 27249 | 108159 |
| East Quincy Liquor Store | Attn: Biniam Yosief & Biniam Shibhat<br>16342 E Quincy Ave<br>Aurora, CO 80015 | 16342 E Quincy Ave<br>Aurora, CO 80015 | 108270 |
| EGF Enterprises II Inc | Attn: Elias Francis<br>c/o Easy Shop #2<br>5724 E W.T. Harris Blvd<br>Charlotte, NC 28215 | c/o Easy Shop #2<br>5725 E W.T. Harris Blvd<br>## A<br>Charlotte, NC 28215 | 101488 |
| El Fandango Mini Super | Attn: Jorge Duenas<br>1928 Olive Ave<br>El Paso, TX 79901 | 1928 Olive Ave<br>El Paso, TX 79901 | 104299 |
| El Super Rancho LLC | Attn: Shmuel Pauls; Johnny Giwargis<br>4501 N 27th Ave<br>Phoenix, AZ 85017 | 4501 N 27th Ave<br>Phoenix, AZ 85017 | 108320 |
| Elite Mobile Phone Repair | Attn: Siham Naser<br>7233 W 103rd St<br>Palos Hills, IL 60465 | 7233 W 103rd St<br>Palos Hills, IL 60465 | 126298 |
| Erwin Mart | Attn: Khamaiseh Amer & Jayesh Patel<br>201 S 13th St<br>Erwin, NC 28339 | 201 S 13th St<br>Erwin, NC 28339 | 103733 |
| Everyday food mart | Attn: Arif Naseri<br>10135 SE Foster Rd<br>Portland, OR 97266 | 10135 SE Foster Rd<br>Portland, OR 97266 | 140873 |
| Experimax Bethesda | Attn: Alexander Estes<br>4915 Fairmont Ave.<br>Bethesda, MD 20814 | 4915 Fairmont Ave<br>Bethesda, MD 20814 | 128812 |
| Express Food Mart | Attn: Ramy Kassim; Kassim Kassim<br>7026 W 16th St<br>Berwyn, IL 60402 | 7026 W 16th St<br>Berwyn, IL 60402 | 108277 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Express Mini Market | Attn: Haimanot Embaye<br>9660 E Alameda Ave #110<br>Denver, CO 80247 | 9660 E Alameda Ave #110<br>Denver, CO  80247 | 108233 |
| Express Pantry | Attn: Mo Sandhu<br>7527 Garners Ferry Rd<br>Columbia, SC 29209 | 7527 Garners Ferry Rd<br>Columbia, SC  29209 | 103229 |
| Fairfield Liquors | Attn: Vrajesh Patel<br>407 New London Rd<br>Newark, DE 19711 | 407 New London Rd<br>Newark, DE  19711 | 108336 |
| Fairis Mini Mart | Attn: Omar Abuzaydeh<br>427 Hartford Rd<br>Manchester, CT 6040 | 427 Hartford Rd.<br>Manchester, CT  6040 | 103209 |
| Fairmount Market | Attn: Daniel J Tremble<br>662 Hammond St<br>Bangor, ME 4401 | 662 Hammond St<br>Bangor, ME  4401 | 116266 |
| Fairway One Stop #14 | Attn: Yanira Alvarenga<br>1055 Randolph St<br>Thomasville, NC 27360 | 1055 Randolph St<br>Thomasville, NC  27360 | 103071 |
| Family Meat Market | Attn: Khalid Almahri<br>1255 Buena Vista Ave<br>Stockton, CA 95203 | 1255 Buena Vista Ave<br>Stockton, CA  95203 | 103726 |
| Famous Liquors | Attn: Dixitkumar Patel<br>2604 Locust St<br>Daveport, IA 52804 | 2604 Locust St<br>Davenport, IA  52804 | 108343 |
| Fashion Square Mall Realty, LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 4787 Fashion Square Mall<br>Saginaw, MI  48604 | 103952 |
| Fast Stop | Attn: Kamran Zahid<br>5020 Blue Ridge Cutoff<br>Kansas City, MO 64133 | 5020 Blue Ridge Cutoff<br>Kansas City, MO  64133 | 104427 |
| Fast Stop Liquor | 5406 Whitsett Ave<br>Valley Village, CA 91607 | 5406 Whitsett Ave<br>Los Angeles, CA  91607 | 101410 |
| Fastrac B | Attn: Tallat Raza<br>2690 S 700 E<br>Salt Lake City, UT 84106 | 2690 S 700 E<br>Salt Lake City, UT  84106 | 143837 |
| Fatimide Enterprises Inc | Attn: Alina Mansoor<br>c/o Bank of America<br>6502 Wesley St<br>Greenville, TX 75402 | 6502 Wesley St<br>Greenville, TX  75402 | 130617 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| FI Management LLC | Attn: Felix Bondar<br>c/o Providence Super Wash Center<br>929 North Main Street<br>Providence, RI 02904 | 929 N Main St<br>Providence, RI 2904 | 120640 |
| Fine Food Mart | Attn: Fine Food Mart<br>2610 West Ave<br>San Antonio, TX 78201 | 2610 West Ave<br>San Antonio, TX 78201 | 103164 |
| First Avenue Lounge | Attn: Ron Bryant<br>2310 N 1st St<br>Lincoln, NE 68521 | 2310 N 1st St<br>Lincoln, NE 68521 | 108656 |
| FixIT Tek - Computer Repair | Attn: John Natale Tuminaro<br>11012 SE 62nd Ave<br>Belleview, FL 34420 | 11012 SE 62nd Ave<br>Belleview, FL 34420 | 128861 |
| Food Plus Inc. | Attn: Mansour Ali, P<br>1346 N Masters Dr Ste 100<br>Dallas, TX 75217 | 1346 N Masters Dr<br>Dallas, TX 75217 | 104352 |
| Ford City Realty LLC, Ford City CH LLC, Ford City Nassim LLC c/o Namdar Realty Group | Attn: Igal Namdar<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 7601 Cicero Ave<br>Chicago, IL 60652 | 104247 |
| Fort Madison Tobacco & Liquor Outlets | Attn: Ramkrishna Sunar<br>1735 Ave H<br>Fort Madison, IA 52627 | 1735 Ave H<br>Fort Madison, IA 52627 | 127278 |
| Foster Lake Market | Attn: Lamichhane Sudi<br>5401 US-20<br>Sweet Home, OR 97386 | 5401 US-20<br>Sweet Home, OR 97386 | 104169 |
| Foster's Donuts | 758 Tennessee St<br>Redlands, CA 92374 | 758 Tennessee St<br>Redlands, CA 92374 | 101529 |
| Fountain Discount Liquor | Attn: Yasir Khan<br>7070 US-85<br>Fountain, CO 80817 | 7070 US-85<br>Fountain, CO 80817 | 108438 |
| Fox Convenience | Attn: Todd Gerard Van Zeeland<br>c/o Van Zeeland Oil Co. Inc.<br>PO Box 7777<br>Appleton, WI 54912 | Attn: Todd Gerard Van Zeeland<br>1340 Gillingham Rd<br>Neenah, WI 54956 | 108704 |
| Framingham Liquors | Attn: Nirixa Patel<br>1 Mable St #7032<br>Framingham, MA 1702 | 1 Marble St #7032<br>Framingham, MA 1702 | 143415 |
| Free Spirits Corp | Attn: Sharwan Nambiar<br>5696 N Academy Blvd #204<br>Colorado Springs, NV 80918 | 5969 N Academy Blvd Suite 204<br>Colorado Springs, CO 80918 | 108443 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Freta LLC | Attn: Freweyne Yowhannes<br>9590 W Colfax Ave<br>Lakewood, CO 80215 | 9590 W Colfax Ave<br>Lakewood, CO  80215 | 108274 |
| FT Investment Properties LLC | Attn: Babir Sultan<br>210 SW Market St<br>Lee's Summit, MO 64063 | c/o Fast Stop<br>705 E 75th St<br>Kansas City, MO  64131 | 107907 |
| | | c/o FavTrip<br>10507 East 23rd St S<br>Independence, MO  64052 | 104334 |
| | | c/o FavTrip<br>9500 Blue Ridge Blvd<br>Kansas City, MO  64134 | 104426 |
| | | c/o Phillips 66<br>1509 W 12th St<br>Kansas City, MO  64101 | 104428 |
| | | c/o Sinclair<br>1704 Grand Blvd<br>Kansas City, MO  64118 | 104430 |
| | | c/o Sinclair<br>211 S Noland Rd<br>Independence, MO  64050 | 104433 |
| | | c/o Conoco<br>500 E 10th St<br>Kansas City, MO  64106 | 104435 |
| | | c/o FavTrip<br>1300 S 4th St<br>Leavenworth, KS  66048 | 104436 |
| | | c/o Phillips 66<br>115 Harvest Dr<br>Louisburg, KS  66053 | 104450 |
| Fuel Centers Environmental Management LLC dba DFW Oil Energy LLC | Attn: Sami N Ebrahim/Essam Shehata<br>1111 N Belt Line #100<br>Garland, TX 75040 | 301 Legacy Dr<br>Plano, TX  75023 | 119409 |
| | | 7601 Mid Cities Blvd<br>North Richards Hills, TX  76182 | 119414 |
| | | 3300 Long Prairie Rd<br>Flower Mound, TX  75022 | 119415 |
| | | 100 S Greenville Ave<br>Richardson, TX  75081 | 119418 |
| | | 2200 McDermott Rd<br>Plano, TX  75025 | 119428 |
| | | 4902 Lakeview Pkwy<br>Rowlett, TX  75088 | 119430 |
| | | 12950 Coit Rd<br>Dallas, TX  75251 | 126246 |
| | | 350 N Riverside Dr<br>Fort Worth, TX  76111 | 126247 |
| | | 210 E FM 1382<br>Cedar Hill, TX  75104 | 147172 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

1

**EXHIBIT 2**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146716648.1 [ELEVENTH MOTION]

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| City Liquors | Attn: Jigar Patel<br>1200 Northeast Blvd Suite #E<br>Wilmington, DE 19802 | 1200 Northeast Blvd Suite #E<br>Wilmington, DE  19802 | 108403 |
| Cityline Laundry Center | Attn: Felix Bondar<br>194 Reservoir Ave<br>Pawtucket, RI 2860 | 194 Reservoir Ave<br>Pawtucket, RI  2860 | 120632 |
| Clark Mini Mart | Attn: Miptal<br>6761 N Clark St<br>Chicago, IL 60626 | 6761 N Clark St<br>Chicago, IL  60626 | 108200 |
| Classic Star | Attn: Syeb<br>1100 W. Reno Avenue<br>Oklahoma City, OK 73106 | 1100 W Reno Ave<br>Oklahoma City, OK  73106 | 103753 |
| Cleveland Deli | Attn: Jatin Popat<br>14939 Puritas Ave.<br>Cleveland, OH 44135 | 14939 Puritas Ave<br>Cleveland, OH  44135 | 103854 |
| CMCR ENTERPRISES INC<br>DBA Townsend Foodmart | Attn: Richard Mouchi<br>1560 Hendricks Ave<br>Jacksonville, FL 32207 | 2919 Townsend Blvd<br>Jacksonville, FL  32277 | 104083 |
| Coachlight Laundry | Attn: Angela Savvakis<br>3475 N Broadway<br>Chicago, IL 60657 | 3475 N Broadway<br>Chicago, IL  60657 | 113890 |
| Coin Laundry Wash | Attn: Recep Kuzu<br>4621 Rosewood Dr<br>Midland, TX 79707 | 1407 N Lamesa Rd<br>Midland, TX  79701 | 108340 |
| Coins, Stamps N' Stuff | Attn: Jerry Koepp<br>8190 Hickman Rd<br>Des Moines, IA 50325 | 8190 Hickman Rd<br>Des Moines, IA  50325 | 115391 |
| Columbia Mall L.L.C. | Attn: Rusty Strodtman<br>2300 Bernadette Dr<br>Columbia, MO 65203 | 2300 Bernadette Dr<br>Columbia, MO  65203 | 103817 |
| Commonwealth Fuel, Inc. | Attn: R Kim<br>2043 W Commonwealth Ave<br>Fullerton, CA 92833 | 2043 W Commonwealth Ave<br>Fullerton, CA  92833 | 103903 |
| CONU Co. LLC | Attn: Thuc-Nhu Hoang<br>c/o Conu's Corner<br>4400 W 29th Ave<br>Denver, CO 80212 | 4400 W 29th Ave<br>Denver, CO  80212 | 103637 |
| Cool Mart | Attn: Emad<br>c/o Cool mart Smoke Shop<br>10019 Mills Ave<br>Whittier, CA 90604 | 10019 Mills Ave<br>Whittier, CA  90604 | 101407 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Corner Stpre Beer and Wine | Attn: Amit Shakya<br>2215 Oates Dr<br>Dallas, TX 75228 | 2215 Oates Dr<br>Dallas, TX 75228 | 108120 |
| County Fair Water Town | Attn: Tyler  Thuringer<br>14 2nd St NE<br>Watertown, SD 57201 | 14 2nd St NE<br>Watertown, SD 57201 | 139845 |
| CR Exchange | Attn: John Reed<br>1184 Cleveland Rd W<br>Sandusky, OH 44870 | 1184 Cleveland Rd W<br>Sandusky, OH 44870 | 108589 |
| Crossroadds Mall Realty Holding, LLC | Attn: Marni Sawicki<br>6650 S. Westnedge Ave<br>Portage, MI 49024 | 6650 S. Westnedge Ave<br>Portage, MI 49024 | 103816 |
| Crystal Mall, LLC | 849 Hartford Turnpike<br>Waterford, CT 6385 | 850 Hartford Turnpike<br>Waterford, CT 6385 | 103968 |
| | | 850 Hartford Turnpike<br>Waterford, CT 6385 | 153601 |
| Cup Foods | Attn: Ahmad Abumayyaleh<br>3759 Chicago Ave S<br>Minneapolis, MN 55407 | 3759 Chicago Ave<br>Minneapolis, MN 55407 | 107967 |
| D&L Food and Gas | Attn: Raees<br>626 Larpenteur Ave W<br>St Paul, MN 55113 | 626 Larpenteur Ave W<br>St Paul, MN 55113 | 108058 |
| D2 Convenience, Inc. | Attn: Dash V Patel & Mahavir Arvird Patel<br>69 Pond St<br>Ashland, MA 1721 | 67 Pond St<br>Ashland, MA 1721 | 113862 |
| Dara GR LLC | Attn: Montana Yousif<br>2026 Boston St SE<br>Grand Rapids, MI 49506 | 2026 Boston St SE<br>Grand Rapids, MI 49506 | 104241 |
| Darshi Investment LLC | Attn: Mike Patel<br>3021 Warsaw Ave<br>Cincinnati, OH 45205 | 3021 Warsaw Ave<br>Cincinnati, OH 45205 | 103971 |
| Day & Night Foodmart Inc. | Attn: Azad Virani<br>1002 Venice Blvd<br>Venice, CA 90291 | 1002 Venice Blvd<br>Venice, CA 90291 | 101399 |
| Decatur Discount | Attn: Ali Nagi<br>898 W Grand Ave<br>Decatur, IL 62522 | 898 W Grand Ave<br>Decatur, IL 62522 | 108294 |
| Deli Closo LLC | Attn: Arrend Santiago<br>471 W 1st Ave Suite B<br>Roselle, NJ 7203 | Attn: Arrend Santiago<br>701 Spring St Unit 8<br>Elizabeth, NJ 7201 | 108564 |
| Del's Liquor Mart | Attn: Parmjit Kaur<br>6079 Quebec St<br>Commerce City, CO 80022 | 6079 Quebec St<br>Commerce City, CO 80022 | 108596 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Devashish Inc. (dba Express Food Mart) | Attn: Sourav Pokharel<br>3185 River Rd N<br>Salem, OR 97303 | 3185 River Rd N<br>Salem, OR  97303 | 103481 |
| Devi Krupp Inc DBA N Food Mart | Attn: Bhargav Patel<br>12850 N 19th Ave<br>Phoenix, AZ 85029 | 12850 N 19th Ave<br>Phoenix, AZ  85029 | 108035 |
| Devi Oil Inc Dba Florin Shell | Attn: Rashpal Johal, c/o Shell<br>8062 Florin Rd<br>Sacramento, CA 95828 | 8062 Florin Rd<br>Sacramento, CA  95828 | 103670 |
| Devour Cafe | Attn: Ryan Dies<br>800 Park Ave<br>Galena, IL 61036 | Attn: Ryan Dies<br>1798 Central Ave<br>Dubuque, IA  52001 | 115316 |
| Dhaliwal Petroleum LLC | Attn: Harinder Dhaliwal<br>536 W Lapham Blvd<br>Milwaukee, WI 53204 | 536 W Lapham Blvd<br>Milwaukee, WI  53204 | 103799 |
| Dhungel Enterprise | Attn: Nar Dhungel<br>3457 S Wadsworth Blvd<br>Lakewood, CO 80227 | 3457 S Wadsworth Blvd<br>Lakewood, CO  80227 | 108236 |
| Dick's Vape Shop And Ecig Store | Attn: Anan Barbarawi (CC166)<br>7777 MN-65<br>Spring Lake Park, MN 55432 | 7777 MN-65<br>Spring Lake Park, MN  55432 | 109011 |
| Dipamadi Inc | Attn: Bharat Patel<br>342 Wilkes Barre Township Blvd<br>Wilkes-Barre, PA 18702 | 342 Wilkes Barre Township Blvd<br>Wilkes-Barre, PA  18702 | 103278 |
| Discount Smoke & Beer | Attn: Uttam Karki; Kumar Phuyal<br>1335 N Beltline Rd Ste 13<br>Irving, TX 75061 | 1335 N Beltline Rd Ste 13<br>Irving, TX  75061 | 108548 |
| Discount Smokes | Attn: Mahmoud Salba<br>4540 N Brighton Ave<br>Kansas City, MO 64117 | 10901 E State Rte 350<br>KCMO, MO  64138 | 103080 |
| DISH Wireless LLC | 9601 S. Meridian Blvd<br>Englewood, CO 80112 | 5935 Jimmy Carter Blvd<br>Norcross, GA  30071 | 147043 |
| | | 4919 Flat Shoals Pkwy<br>Decatur, GA  30034 | 147052 |
| DLBD Inc. | Attn: Muhammad Islam<br>1095 W State Rd 434<br>Winter Springs, FL 32708 | 1095 W State Rd 434<br>Winter Springs, FL  32708 | 117461 |
| Dockside MiniMarket Incorporated | Attn: Gerald G Keltner<br>416 Hancock Rd<br>Bullhead City, AZ 86442-4916 | 416 Hancock Rd<br>Bullhead City, AZ  86442 | 115329 |
| Docs Food Store | Attn: Deelawer Panjwani<br>635 W Campbell Rd #200<br>Richardson, TX 75080 | 635 W Campbell Rd #200<br>Richardson, TX  75080 | 108496 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –
ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Dolat Partners USA LLC | Attn: Renish Kotadia<br>2302 Ebenezer RD SE<br>Conyers, GA 30094 | 2302 Ebenezer Rd SE<br>Conyers, GA  30094 | 104307 |
| Dollar Eagle Discounts | Attn: Zulu Mania<br>1552 Beechview Ave.<br>Pittsburgh, PA 15216 | 1552 Beechview Ave<br>Pittsburgh, PA  15216 | 103375 |
| Dollar Store Plus Gift | Attn: Tahir Imtiaz<br>2802 Graham Rd<br>Falls Church, VA 22042 | 2802 Graham Rd<br>Falls Church, VA  22042 | 103403 |
| Dong Yang Market | Attn: Shan Hu Tao<br>3101 Clays Mill Rd Ste 102<br>Lexington, KY 40503 | 3101 Clays Mill Rd<br>Lexington, KY  40503 | 113830 |
| Donut Donuts Coffee | Attn: Solomon Yilma<br>1461 Hancock St<br>Quincy, MA 2169 | 1461 Hancock St<br>Quincy, MA  2169 | 101606 |
| Dot Com Vapor LLC | Attn: Travis McDonald<br>8312 E Mill Plain Blvd<br>Vancouver, WA 98664 | 8312 E Mill Plain Blvd<br>Vancouver, WA  98664 | 119925 |
| Dot Com Vapor LLC | Attn: Travis McDonald<br>3415 SE 192nd Ave #103<br>Vancouver, WA 98683 | 3415 SE 192nd Ave ##103<br>Vancouver, WA  98683 | 119926 |
| Double O | Attn: Jay Singh<br>2091 S Sprinkle Rd<br>Kalamazoo, MI 49001 | 2091 S Sprinkle Rd<br>Kalamazoo, MI  49001 | 104219 |
| DownTown Market | Attn: Salam Majeed<br>45 E Muskegon Ave<br>Muskegon, MI 49440 | 45 E Muskegon Ave<br>Muskegon, MI  49440 | 104240 |
| DRock Gaming LLC | 301 Fremont St<br>Las Vegas, NV 89101 | 301 E Fremont St<br>Las Vegas, NV  89101 | 136233 |
| Drop In Store Inc | Attn: Roland Zachary Gomes<br>709 N Main St #1<br>Greenville, SC 29609 | 709 N Main St ##1<br>Greenville, SC  29609 | 115387 |
| Duleep Stores Inc dba Singh Mart #3 | Attn: Surjit Singh<br>16507 Chalk Maple Ln<br>Houston, TX 77095 | 4160 S Sam Houston Pkwy W<br>Houston, TX  77053 | 103841 |
| Dunlap Petroleum Inc. | Attn: Sarwan Singh; Kamesh Kaur<br>3901 S Main St<br>Elkhart, IN 46517 | 3901 S Main St<br>Elkhart, IN  46517 | 108240 |
| Durga LLC | Attn: Pinal Hitesh Patel<br>c/o Rasleen Gas & Food Mart<br>3403 S Chicago Ave<br>South Milwaukee, WI 53172 | 3403 S Chicago Ave<br>South Milwaukee, WI  53172 | 108370 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –
ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| E & A Grocery #2 | Attn: Jarrod Shankle<br>2829 Apple Ave<br>Muskegon, MI 49442 | 2829 Apple Ave<br>Muskegon, MI 49442 | 134892 |
| E Z Trip Food Store 17 | Attn: Isiaka Balogun<br>8240 Abrams Rd<br>Dallas, TX 75231 | 8240 Abrams Rd<br>Dallas, TX 75231 | 108007 |
| EA Grocers Inc dba Ankeney Fine Foods | Attn: Elvis Ankeney<br>660 Powell St<br>San Francisco, CA 94108 | 660 Powell St<br>SF, CA 94108 | 115390 |
| Eagle Food Mart | Attn: Mahmoud Atieh<br>501 Burlington Ave<br>Gibsonville, NC 27249 | 501 Burlington Ave<br>Gibsonville, NC 27249 | 108159 |
| East Quincy Liquor Store | Attn: Biniam Yosief & Biniam Shibhat<br>16342 E Quincy Ave<br>Aurora, CO 80015 | 16342 E Quincy Ave<br>Aurora, CO 80015 | 108270 |
| EGF Enterprises II Inc | Attn: Elias Francis<br>c/o Easy Shop #2<br>5724 E W.T. Harris Blvd<br>Charlotte, NC 28215 | c/o Easy Shop #2<br>5725 E W.T. Harris Blvd<br>## A<br>Charlotte, NC 28215 | 101488 |
| El Fandango Mini Super | Attn: Jorge Duenas<br>1928 Olive Ave<br>El Paso, TX 79901 | 1928 Olive Ave<br>El Paso, TX 79901 | 104299 |
| El Super Rancho LLC | Attn: Shmuel Pauls; Johnny Giwargis<br>4501 N 27th Ave<br>Phoenix, AZ 85017 | 4501 N 27th Ave<br>Phoenix, AZ 85017 | 108320 |
| Elite Mobile Phone Repair | Attn: Siham Naser<br>7233 W 103rd St<br>Palos Hills, IL 60465 | 7233 W 103rd St<br>Palos Hills, IL 60465 | 126298 |
| Erwin Mart | Attn: Khamaiseh Amer & Jayesh Patel<br>201 S 13th St<br>Erwin, NC 28339 | 201 S 13th St<br>Erwin, NC 28339 | 103733 |
| Everyday food mart | Attn: Arif Naseri<br>10135 SE Foster Rd<br>Portland, OR 97266 | 10135 SE Foster Rd<br>Portland, OR 97266 | 140873 |
| Experimax Bethesda | Attn: Alexander Estes<br>4915 Fairmont Ave.<br>Bethesda, MD 20814 | 4915 Fairmont Ave<br>Bethesda, MD 20814 | 128812 |
| Express Food Mart | Attn: Ramy Kassim; Kassim Kassim<br>7026 W 16th St<br>Berwyn, IL 60402 | 7026 W 16th St<br>Berwyn, IL 60402 | 108277 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Express Mini Market | Attn: Haimanot Embaye<br>9660 E Alameda Ave #110<br>Denver, CO 80247 | 9660 E Alameda Ave #110<br>Denver, CO  80247 | 108233 |
| Express Pantry | Attn: Mo Sandhu<br>7527 Garners Ferry Rd<br>Columbia, SC 29209 | 7527 Garners Ferry Rd<br>Columbia, SC  29209 | 103229 |
| Fairfield Liquors | Attn: Vrajesh Patel<br>407 New London Rd<br>Newark, DE 19711 | 407 New London Rd<br>Newark, DE  19711 | 108336 |
| Fairis Mini Mart | Attn: Omar Abuzaydeh<br>427 Hartford Rd<br>Manchester, CT 6040 | 427 Hartford Rd.<br>Manchester, CT  6040 | 103209 |
| Fairmount Market | Attn: Daniel J Tremble<br>662 Hammond St<br>Bangor, ME 4401 | 662 Hammond St<br>Bangor, ME  4401 | 116266 |
| Fairway One Stop #14 | Attn: Yanira Alvarenga<br>1055 Randolph St<br>Thomasville, NC 27360 | 1055 Randolph St<br>Thomasville, NC  27360 | 103071 |
| Family Meat Market | Attn: Khalid Almahri<br>1255 Buena Vista Ave<br>Stockton, CA 95203 | 1255 Buena Vista Ave<br>Stockton, CA  95203 | 103726 |
| Famous Liquors | Attn: Dixitkumar Patel<br>2604 Locust St<br>Daveport, IA 52804 | 2604 Locust St<br>Davenport, IA  52804 | 108343 |
| Fashion Square Mall Realty, LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 4787 Fashion Square Mall<br>Saginaw, MI  48604 | 103952 |
| Fast Stop | Attn: Kamran Zahid<br>5020 Blue Ridge Cutoff<br>Kansas City, MO 64133 | 5020 Blue Ridge Cutoff<br>Kansas City, MO  64133 | 104427 |
| Fast Stop Liquor | 5406 Whitsett Ave<br>Valley Village, CA 91607 | 5406 Whitsett Ave<br>Los Angeles, CA  91607 | 101410 |
| Fastrac B | Attn: Tallat Raza<br>2690 S 700 E<br>Salt Lake City, UT 84106 | 2690 S 700 E<br>Salt Lake City, UT  84106 | 143837 |
| Fatimide Enterprises Inc | Attn: Alina Mansoor<br>c/o Bank of America<br>6502 Wesley St<br>Greenville, TX 75402 | 6502 Wesley St<br>Greenville, TX  75402 | 130617 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| FI Management LLC | Attn: Felix Bondar<br>c/o Providence Super Wash Center<br>929 North Main Street<br>Providence, RI 02904 | 929 N Main St<br>Providence, RI  2904 | 120640 |
| Fine Food Mart | Attn: Fine Food Mart<br>2610 West Ave<br>San Antonio, TX 78201 | 2610 West Ave<br>San Antonio, TX  78201 | 103164 |
| First Avenue Lounge | Attn: Ron Bryant<br>2310 N 1st St<br>Lincoln, NE 68521 | 2310 N 1st St<br>Lincoln, NE  68521 | 108656 |
| FixIT Tek - Computer Repair | Attn: John Natale Tuminaro<br>11012 SE 62nd Ave<br>Belleview, FL 34420 | 11012 SE 62nd Ave<br>Belleview, FL  34420 | 128861 |
| Food Plus Inc. | Attn: Mansour Ali, P<br>1346 N Masters Dr Ste 100<br>Dallas, TX 75217 | 1346 N Masters Dr<br>Dallas, TX  75217 | 104352 |
| Ford City Realty LLC, Ford City CH LLC, Ford City Nassim LLC c/o Namdar Realty Group | Attn: Igal Namdar<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 7601 Cicero Ave<br>Chicago, IL  60652 | 104247 |
| Fort Madison Tobacco & Liquor Outlets | Attn: Ramkrishna Sunar<br>1735 Ave H<br>Fort Madison, IA 52627 | 1735 Ave H<br>Fort Madison, IA  52627 | 127278 |
| Foster Lake Market | Attn: Lamichhane Sudi<br>5401 US-20<br>Sweet Home, OR 97386 | 5401 US-20<br>Sweet Home, OR  97386 | 104169 |
| Foster's Donuts | 758 Tennessee St<br>Redlands, CA 92374 | 758 Tennessee St<br>Redlands, CA  92374 | 101529 |
| Fountain Discount Liquor | Attn: Yasir Khan<br>7070 US-85<br>Fountain, CO 80817 | 7070 US-85<br>Fountain, CO  80817 | 108438 |
| Fox Convenience | Attn: Todd Gerard Van Zeeland<br>c/o Van Zeeland Oil Co. Inc.<br>PO Box 7777<br>Appleton, WI 54912 | Attn: Todd Gerard Van Zeeland<br>1340 Gillingham Rd<br>Neenah, WI  54956 | 108704 |
| Framingham Liquors | Attn: Nirixa Patel<br>1 Mable St #7032<br>Framingham, MA 1702 | 1 Marble St #7032<br>Framingham, MA  1702 | 143415 |
| Free Spirits Corp | Attn: Sharwan Nambiar<br>5696 N Academy Blvd #204<br>Colorado Springs, NV 80918 | 5969 N Academy Blvd Suite 204<br>Colorado Springs, CO  80918 | 108443 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Freta LLC | Attn: Freweyne Yowhannes<br>9590 W Colfax Ave<br>Lakewood, CO 80215 | 9590 W Colfax Ave<br>Lakewood, CO  80215 | 108274 |
| FT Investment Properties LLC | Attn: Babir Sultan<br>210 SW Market St<br>Lee's Summit, MO 64063 | c/o Fast Stop<br>705 E 75th St<br>Kansas City, MO  64131 | 107907 |
| | | c/o FavTrip<br>10507 East 23rd St S<br>Independence, MO  64052 | 104334 |
| | | c/o FavTrip<br>9500 Blue Ridge Blvd<br>Kansas City, MO  64134 | 104426 |
| | | c/o Phillips 66<br>1509 W 12th St<br>Kansas City, MO  64101 | 104428 |
| | | c/o Sinclair<br>1704 Grand Blvd<br>Kansas City, MO  64118 | 104430 |
| | | c/o Sinclair<br>211 S Noland Rd<br>Independence, MO  64050 | 104433 |
| | | c/o Conoco<br>500 E 10th St<br>Kansas City, MO  64106 | 104435 |
| | | c/o FavTrip<br>1300 S 4th St<br>Leavenworth, KS  66048 | 104436 |
| | | c/o Phillips 66<br>115 Harvest Dr<br>Louisburg, KS  66053 | 104450 |
| Fuel Centers Environmental Management LLC dba DFW Oil Energy LLC | Attn: Sami N Ebrahim/Essam Shehata<br>1111 N Belt Line #100<br>Garland, TX 75040 | 301 Legacy Dr<br>Plano, TX  75023 | 119409 |
| | | 7601 Mid Cities Blvd<br>North Richards Hills, TX  76182 | 119414 |
| | | 3300 Long Prairie Rd<br>Flower Mound, TX  75022 | 119415 |
| | | 100 S Greenville Ave<br>Richardson, TX  75081 | 119418 |
| | | 2200 McDermott Rd<br>Plano, TX  75025 | 119428 |
| | | 4902 Lakeview Pkwy<br>Rowlett, TX  75088 | 119430 |
| | | 12950 Coit Rd<br>Dallas, TX  75251 | 126246 |
| | | 350 N Riverside Dr<br>Fort Worth, TX  76111 | 126247 |
| | | 210 E FM 1382<br>Cedar Hill, TX  75104 | 147172 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**