BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Phone: 702.262.6899 / Facsimile: 702.597.5503
Email: baxelrod@foxrothschild.com
      jmcpherson@foxrothschild.com
      nkoffroth@foxrothschild.com
      zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed June 14, 2023

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON ELEVENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)**<br><br>Hearing Date:  July 20, 2023<br>Hearing Time:  10:30 a.m. |

**PLEASE TAKE NOTICE THAT THE DEBTOR IS REQUESTING IT BE PERMITTED TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**

**IF YOU ARE RECEIVING THIS NOTICE OF THE ELEVENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a), YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON <u>EXHIBIT 1</u> ATTACHED HERETO. NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE.**

**PLEASE TAKE NOTICE** that on June 14, 2023, Cash Cloud, Inc. (the "<u>Debtor</u>"), by and through its counsel, filed an Eleventh Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) (the "<u>Motion</u>").[1]

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

1

146716650.1

**NOTICE IS FURTHER GIVEN** that copies of the Motion may be obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal, Telephone: (702) 262-6899, or by download at: https://cases.stretto.com/CashCloud (the "Case Website").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on **July 20, 2023 at 10:30 a.m. prevailing Pacific time**. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code 029066#.

Dated this 14th day of June, 2023.    **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
    JEANETTE E. MCPHERSON, ESQ. (5423)
    BRETT A. AXELROD, ESQ. (5859)
    NICHOLAS A. KOFFROTH, ESQ. (16264)
    ZACHARY T. WILLIAMS, ESQ. (16023)
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

2

146716650.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| City Liquors | Attn: Jigar Patel<br>1200 Northeast Blvd Suite #E<br>Wilmington, DE 19802 | 1200 Northeast Blvd Suite #E<br>Wilmington, DE  19802 | 108403 |
| Cityline Laundry Center | Attn: Felix Bondar<br>194 Reservoir Ave<br>Pawtucket, RI 2860 | 194 Reservoir Ave<br>Pawtucket, RI  2860 | 120632 |
| Clark Mini Mart | Attn: Miptal<br>6761 N Clark St<br>Chicago, IL 60626 | 6761 N Clark St<br>Chicago, IL  60626 | 108200 |
| Classic Star | Attn: Syeb<br>1100 W. Reno Avenue<br>Oklahoma City, OK 73106 | 1100 W Reno Ave<br>Oklahoma City, OK  73106 | 103753 |
| Cleveland Deli | Attn: Jatin Popat<br>14939 Puritas Ave.<br>Cleveland, OH 44135 | 14939 Puritas Ave<br>Cleveland, OH  44135 | 103854 |
| CMCR ENTERPRISES INC DBA Townsend Foodmart | Attn: Richard Mouchi<br>1560 Hendricks Ave<br>Jacksonville, FL 32207 | 2919 Townsend Blvd<br>Jacksonville, FL  32277 | 104083 |
| Coachlight Laundry | Attn: Angela Savvakis<br>3475 N Broadway<br>Chicago, IL 60657 | 3475 N Broadway<br>Chicago, IL  60657 | 113890 |
| Coin Laundry Wash | Attn: Recep Kuzu<br>4621 Rosewood Dr<br>Midland, TX 79707 | 1407 N Lamesa Rd<br>Midland, TX  79701 | 108340 |
| Coins, Stamps N' Stuff | Attn: Jerry Koepp<br>8190 Hickman Rd<br>Des Moines, IA 50325 | 8190 Hickman Rd<br>Des Moines, IA  50325 | 115391 |
| Columbia Mall L.L.C. | Attn: Rusty Strodtman<br>2300 Bernadette Dr<br>Columbia, MO 65203 | 2300 Bernadette Dr<br>Columbia, MO  65203 | 103817 |
| Commonwealth Fuel, Inc. | Attn: R Kim<br>2043 W Commonwealth Ave<br>Fullerton, CA 92833 | 2043 W Commonwealth Ave<br>Fullerton, CA  92833 | 103903 |
| CONU Co. LLC | Attn: Thuc-Nhu Hoang<br>c/o Conu's Corner<br>4400 W 29th Ave<br>Denver, CO 80212 | 4400 W 29th Ave<br>Denver, CO  80212 | 103637 |
| Cool Mart | Attn: Emad<br>c/o Cool mart Smoke Shop<br>10019 Mills Ave<br>Whittier, CA 90604 | 10019 Mills Ave<br>Whittier, CA  90604 | 101407 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Corner Stpre Beer and Wine | Attn: Amit Shakya<br>2215 Oates Dr<br>Dallas, TX 75228 | 2215 Oates Dr<br>Dallas, TX 75228 | 108120 |
| County Fair Water Town | Attn: Tyler Thuringer<br>14 2nd St NE<br>Watertown, SD 57201 | 14 2nd St NE<br>Watertown, SD 57201 | 139845 |
| CR Exchange | Attn: John Reed<br>1184 Cleveland Rd W<br>Sandusky, OH 44870 | 1184 Cleveland Rd W<br>Sandusky, OH 44870 | 108589 |
| Crossroadds Mall Realty Holding, LLC | Attn: Marni Sawicki<br>6650 S. Westnedge Ave<br>Portage, MI 49024 | 6650 S. Westnedge Ave<br>Portage, MI 49024 | 103816 |
| Crystal Mall, LLC | 849 Hartford Turnpike<br>Waterford, CT 6385 | 850 Hartford Turnpike<br>Waterford, CT 6385 | 103968 |
|  |  | 850 Hartford Turnpike<br>Waterford, CT 6385 | 153601 |
| Cup Foods | Attn: Ahmad Abumayyaleh<br>3759 Chicago Ave S<br>Minneapolis, MN 55407 | 3759 Chicago Ave<br>Minneapolis, MN 55407 | 107967 |
| D&L Food and Gas | Attn: Raees<br>626 Larpenteur Ave W<br>St Paul, MN 55113 | 626 Larpenteur Ave W<br>St Paul, MN 55113 | 108058 |
| D2 Convenience, Inc. | Attn: Dash V Patel & Mahavir Arvird Patel<br>69 Pond St<br>Ashland, MA 1721 | 67 Pond St<br>Ashland, MA 1721 | 113862 |
| Dara GR LLC | Attn: Montana Yousif<br>2026 Boston St SE<br>Grand Rapids, MI 49506 | 2026 Boston St SE<br>Grand Rapids, MI 49506 | 104241 |
| Darshi Investment LLC | Attn: Mike Patel<br>3021 Warsaw Ave<br>Cincinnati, OH 45205 | 3021 Warsaw Ave<br>Cincinnati, OH 45205 | 103971 |
| Day & Night Foodmart Inc. | Attn: Azad Virani<br>1002 Venice Blvd<br>Venice, CA 90291 | 1002 Venice Blvd<br>Venice, CA 90291 | 101399 |
| Decatur Discount | Attn: Ali Nagi<br>898 W Grand Ave<br>Decatur, IL 62522 | 898 W Grand Ave<br>Decatur, IL 62522 | 108294 |
| Deli Closo LLC | Attn: Arrend Santiago<br>471 W 1st Ave Suite B<br>Roselle, NJ 7203 | Attn: Arrend Santiago<br>701 Spring St Unit 8<br>Elizabeth, NJ 7201 | 108564 |
| Del's Liquor Mart | Attn: Parmjit Kaur<br>6079 Quebec St<br>Commerce City, CO 80022 | 6079 Quebec St<br>Commerce City, CO 80022 | 108596 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Devashish Inc. (dba Express Food Mart) | Attn: Sourav Pokharel<br>3185 River Rd N<br>Salem, OR 97303 | 3185 River Rd N<br>Salem, OR  97303 | 103481 |
| Devi Krupp Inc DBA N Food Mart | Attn: Bhargav Patel<br>12850 N 19th Ave<br>Phoenix, AZ 85029 | 12850 N 19th Ave<br>Phoenix, AZ  85029 | 108035 |
| Devi Oil Inc Dba Florin Shell | Attn: Rashpal Johal, c/o Shell<br>8062 Florin Rd<br>Sacramento, CA 95828 | 8062 Florin Rd<br>Sacramento, CA  95828 | 103670 |
| Devour Cafe | Attn: Ryan Dies<br>800 Park Ave<br>Galena, IL 61036 | Attn: Ryan Dies<br>1798 Central Ave<br>Dubuque, IA  52001 | 115316 |
| Dhaliwal Petroleum LLC | Attn: Harinder Dhaliwal<br>536 W Lapham Blvd<br>Milwaukee, WI 53204 | 536 W Lapham Blvd<br>Milwaukee, WI  53204 | 103799 |
| Dhungel Enterprise | Attn: Nar Dhungel<br>3457 S Wadsworth Blvd<br>Lakewood, CO 80227 | 3457 S Wadsworth Blvd<br>Lakewood, CO  80227 | 108236 |
| Dick's Vape Shop And Ecig Store | Attn: Anan Barbarawi (CC166)<br>7777 MN-65<br>Spring Lake Park, MN 55432 | 7777 MN-65<br>Spring Lake Park, MN  55432 | 109011 |
| Dipamadi Inc | Attn: Bharat Patel<br>342 Wilkes Barre Township Blvd<br>Wilkes-Barre, PA 18702 | 342 Wilkes Barre Township Blvd<br>Wilkes-Barre, PA  18702 | 103278 |
| Discount Smoke & Beer | Attn: Uttam Karki; Kumar Phuyal<br>1335 N Beltline Rd Ste 13<br>Irving, TX 75061 | 1335 N Beltline Rd Ste 13<br>Irving, TX  75061 | 108548 |
| Discount Smokes | Attn: Mahmoud Salba<br>4540 N Brighton Ave<br>Kansas City, MO 64117 | 10901 E State Rte 350<br>KCMO, MO  64138 | 103080 |
| DISH Wireless LLC | 9601 S. Meridian Blvd<br>Englewood, CO 80112 | 5935 Jimmy Carter Blvd<br>Norcross, GA  30071 | 147043 |
| | | 4919 Flat Shoals Pkwy<br>Decatur, GA  30034 | 147052 |
| DLBD Inc. | Attn: Muhammad Islam<br>1095 W State Rd 434<br>Winter Springs, FL 32708 | 1095 W State Rd 434<br>Winter Springs, FL  32708 | 117461 |
| Dockside MiniMarket Incorporated | Attn: Gerald G Keltner<br>416 Hancock Rd<br>Bullhead City, AZ 86442-4916 | 416 Hancock Rd<br>Bullhead City, AZ  86442 | 115329 |
| Docs Food Store | Attn: Deelawer Panjwani<br>635 W Campbell Rd #200<br>Richardson, TX 75080 | 635 W Campbell Rd #200<br>Richardson, TX  75080 | 108496 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Dolat Partners USA LLC | Attn: Renish Kotadia<br>2302 Ebenezer RD SE<br>Conyers, GA 30094 | 2302 Ebenezer Rd SE<br>Conyers, GA  30094 | 104307 |
| Dollar Eagle Discounts | Attn: Zulu Mania<br>1552 Beechview Ave.<br>Pittsburgh, PA 15216 | 1552 Beechview Ave<br>Pittsburgh, PA  15216 | 103375 |
| Dollar Store Plus Gift | Attn: Tahir Imtiaz<br>2802 Graham Rd<br>Falls Church, VA 22042 | 2802 Graham Rd<br>Falls Church, VA  22042 | 103403 |
| Dong Yang Market | Attn: Shan Hu Tao<br>3101 Clays Mill Rd Ste 102<br>Lexington, KY 40503 | 3101 Clays Mill Rd<br>Lexington, KY  40503 | 113830 |
| Donut Donuts Coffee | Attn: Solomon Yilma<br>1461 Hancock St<br>Quincy, MA 2169 | 1461 Hancock St<br>Quincy, MA  2169 | 101606 |
| Dot Com Vapor LLC | Attn: Travis McDonald<br>8312 E Mill Plain Blvd<br>Vancouver, WA 98664 | 8312 E Mill Plain Blvd<br>Vancouver, WA  98664 | 119925 |
| Dot Com Vapor LLC | Attn: Travis McDonald<br>3415 SE 192nd Ave #103<br>Vancouver, WA 98683 | 3415 SE 192nd Ave ##103<br>Vancouver, WA  98683 | 119926 |
| Double O | Attn: Jay Singh<br>2091 S Sprinkle Rd<br>Kalamazoo, MI 49001 | 2091 S Sprinkle Rd<br>Kalamazoo, MI  49001 | 104219 |
| DownTown Market | Attn: Salam Majeed<br>45 E Muskegon Ave<br>Muskegon, MI 49440 | 45 E Muskegon Ave<br>Muskegon, MI  49440 | 104240 |
| DRock Gaming LLC | 301 Fremont St<br>Las Vegas, NV 89101 | 301 E Fremont St<br>Las Vegas, NV  89101 | 136233 |
| Drop In Store Inc | Attn: Roland Zachary Gomes<br>709 N Main St #1<br>Greenville, SC 29609 | 709 N Main St ##1<br>Greenville, SC  29609 | 115387 |
| Duleep Stores Inc dba Singh Mart #3 | Attn: Surjit Singh<br>16507 Chalk Maple Ln<br>Houston, TX 77095 | 4160 S Sam Houston Pkwy W<br>Houston, TX  77053 | 103841 |
| Dunlap Petroleum Inc. | Attn: Sarwan Singh; Kamesh Kaur<br>3901 S Main St<br>Elkhart, IN 46517 | 3901 S Main St<br>Elkhart, IN  46517 | 108240 |
| Durga LLC | Attn: Pinal Hitesh Patel<br>c/o Rasleen Gas & Food Mart<br>3403 S Chicago Ave<br>South Milwaukee, WI 53172 | 3403 S Chicago Ave<br>South Milwaukee, WI  53172 | 108370 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| E & A Grocery #2 | Attn: Jarrod Shankle<br>2829 Apple Ave<br>Muskegon, MI 49442 | 2829 Apple Ave<br>Muskegon, MI 49442 | 134892 |
| E Z Trip Food Store 17 | Attn: Isiaka Balogun<br>8240 Abrams Rd<br>Dallas, TX 75231 | 8240 Abrams Rd<br>Dallas, TX 75231 | 108007 |
| EA Grocers Inc dba Ankeney Fine Foods | Attn: Elvis Ankeney<br>660 Powell St<br>San Francisco, CA 94108 | 660 Powell St<br>SF, CA 94108 | 115390 |
| Eagle Food Mart | Attn: Mahmoud Atieh<br>501 Burlington Ave<br>Gibsonville, NC 27249 | 501 Burlington Ave<br>Gibsonville, NC 27249 | 108159 |
| East Quincy Liquor Store | Attn: Biniam Yosief & Biniam Shibhat<br>16342 E Quincy Ave<br>Aurora, CO 80015 | 16342 E Quincy Ave<br>Aurora, CO 80015 | 108270 |
| EGF Enterprises II Inc | Attn: Elias Francis<br>c/o Easy Shop #2<br>5724 E W.T. Harris Blvd<br>Charlotte, NC 28215 | c/o Easy Shop #2<br>5725 E W.T. Harris Blvd ## A<br>Charlotte, NC 28215 | 101488 |
| El Fandango Mini Super | Attn: Jorge Duenas<br>1928 Olive Ave<br>El Paso, TX 79901 | 1928 Olive Ave<br>El Paso, TX 79901 | 104299 |
| El Super Rancho LLC | Attn: Shmuel Pauls; Johnny Giwargis<br>4501 N 27th Ave<br>Phoenix, AZ 85017 | 4501 N 27th Ave<br>Phoenix, AZ 85017 | 108320 |
| Elite Mobile Phone Repair | Attn: Siham Naser<br>7233 W 103rd St<br>Palos Hills, IL 60465 | 7233 W 103rd St<br>Palos Hills, IL 60465 | 126298 |
| Erwin Mart | Attn: Khamaiseh Amer & Jayesh Patel<br>201 S 13th St<br>Erwin, NC 28339 | 201 S 13th St<br>Erwin, NC 28339 | 103733 |
| Everyday food mart | Attn: Arif Naseri<br>10135 SE Foster Rd<br>Portland, OR 97266 | 10135 SE Foster Rd<br>Portland, OR 97266 | 140873 |
| Experimax Bethesda | Attn: Alexander Estes<br>4915 Fairmont Ave.<br>Bethesda, MD 20814 | 4915 Fairmont Ave<br>Bethesda, MD 20814 | 128812 |
| Express Food Mart | Attn: Ramy Kassim; Kassim Kassim<br>7026 W 16th St<br>Berwyn, IL 60402 | 7026 W 16th St<br>Berwyn, IL 60402 | 108277 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Express Mini Market | Attn: Haimanot Embaye<br>9660 E Alameda Ave #110<br>Denver, CO 80247 | 9660 E Alameda Ave #110<br>Denver, CO  80247 | 108233 |
| Express Pantry | Attn: Mo Sandhu<br>7527 Garners Ferry Rd<br>Columbia, SC 29209 | 7527 Garners Ferry Rd<br>Columbia, SC  29209 | 103229 |
| Fairfield Liquors | Attn: Vrajesh Patel<br>407 New London Rd<br>Newark, DE 19711 | 407 New London Rd<br>Newark, DE  19711 | 108336 |
| Fairis Mini Mart | Attn: Omar Abuzaydeh<br>427 Hartford Rd<br>Manchester, CT 6040 | 427 Hartford Rd.<br>Manchester, CT  6040 | 103209 |
| Fairmount Market | Attn: Daniel J Tremble<br>662 Hammond St<br>Bangor, ME 4401 | 662 Hammond St<br>Bangor, ME  4401 | 116266 |
| Fairway One Stop #14 | Attn: Yanira Alvarenga<br>1055 Randolph St<br>Thomasville, NC 27360 | 1055 Randolph St<br>Thomasville, NC  27360 | 103071 |
| Family Meat Market | Attn: Khalid Almahri<br>1255 Buena Vista Ave<br>Stockton, CA 95203 | 1255 Buena Vista Ave<br>Stockton, CA  95203 | 103726 |
| Famous Liquors | Attn: Dixitkumar Patel<br>2604 Locust St<br>Daveport, IA 52804 | 2604 Locust St<br>Davenport, IA  52804 | 108343 |
| Fashion Square Mall Realty, LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 4787 Fashion Square Mall<br>Saginaw, MI  48604 | 103952 |
| Fast Stop | Attn: Kamran Zahid<br>5020 Blue Ridge Cutoff<br>Kansas City, MO 64133 | 5020 Blue Ridge Cutoff<br>Kansas City, MO  64133 | 104427 |
| Fast Stop Liquor | 5406 Whitsett Ave<br>Valley Village, CA 91607 | 5406 Whitsett Ave<br>Los Angeles, CA  91607 | 101410 |
| Fastrac B | Attn: Tallat Raza<br>2690 S 700 E<br>Salt Lake City, UT 84106 | 2690 S 700 E<br>Salt Lake City, UT  84106 | 143837 |
| Fatimide Enterprises Inc | Attn: Alina Mansoor<br>c/o Bank of America<br>6502 Wesley St<br>Greenville, TX 75402 | 6502 Wesley St<br>Greenville, TX  75402 | 130617 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| FI Management LLC | Attn: Felix Bondar<br>c/o Providence Super Wash Center<br>929 North Main Street<br>Providence, RI 02904 | 929 N Main St<br>Providence, RI  2904 | 120640 |
| Fine Food Mart | Attn: Fine Food Mart<br>2610 West Ave<br>San Antonio, TX 78201 | 2610 West Ave<br>San Antonio, TX  78201 | 103164 |
| First Avenue Lounge | Attn: Ron Bryant<br>2310 N 1st St<br>Lincoln, NE 68521 | 2310 N 1st St<br>Lincoln, NE  68521 | 108656 |
| FixIT Tek - Computer Repair | Attn: John Natale Tuminaro<br>11012 SE 62nd Ave<br>Belleview, FL 34420 | 11012 SE 62nd Ave<br>Belleview, FL  34420 | 128861 |
| Food Plus Inc. | Attn: Mansour Ali, P<br>1346 N Masters Dr Ste 100<br>Dallas, TX 75217 | 1346 N Masters Dr<br>Dallas, TX  75217 | 104352 |
| Ford City Realty LLC, Ford City CH LLC, Ford City Nassim LLC c/o Namdar Realty Group | Attn: Igal Namdar<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 7601 Cicero Ave<br>Chicago, IL  60652 | 104247 |
| Fort Madison Tobacco & Liquor Outlets | Attn: Ramkrishna Sunar<br>1735 Ave H<br>Fort Madison, IA 52627 | 1735 Ave H<br>Fort Madison, IA  52627 | 127278 |
| Foster Lake Market | Attn: Lamichhane Sudi<br>5401 US-20<br>Sweet Home, OR 97386 | 5401 US-20<br>Sweet Home, OR  97386 | 104169 |
| Foster's Donuts | 758 Tennessee St<br>Redlands, CA 92374 | 758 Tennessee St<br>Redlands, CA  92374 | 101529 |
| Fountain Discount Liquor | Attn: Yasir Khan<br>7070 US-85<br>Fountain, CO 80817 | 7070 US-85<br>Fountain, CO  80817 | 108438 |
| Fox Convenience | Attn: Todd Gerard Van Zeeland<br>c/o Van Zeeland Oil Co. Inc.<br>PO Box 7777<br>Appleton, WI 54912 | Attn: Todd Gerard Van Zeeland<br>1340 Gillingham Rd<br>Neenah, WI  54956 | 108704 |
| Framingham Liquors | Attn: Nirixa Patel<br>1 Mable St #7032<br>Framingham, MA 1702 | 1 Marble St #7032<br>Framingham, MA  1702 | 143415 |
| Free Spirits Corp | Attn: Sharwan Nambiar<br>5696 N Academy Blvd #204<br>Colorado Springs, NV 80918 | 5969 N Academy Blvd Suite 204<br>Colorado Springs, CO  80918 | 108443 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Freta LLC | Attn: Freweyne Yowhannes<br>9590 W Colfax Ave<br>Lakewood, CO 80215 | 9590 W Colfax Ave<br>Lakewood, CO 80215 | 108274 |
| FT Investment Properties LLC | Attn: Babir Sultan<br>210 SW Market St<br>Lee's Summit, MO 64063 | c/o Fast Stop<br>705 E 75th St<br>Kansas City, MO 64131 | 107907 |
| | | c/o FavTrip<br>10507 East 23rd St S<br>Independence, MO 64052 | 104334 |
| | | c/o FavTrip<br>9500 Blue Ridge Blvd<br>Kansas City, MO 64134 | 104426 |
| | | c/o Phillips 66<br>1509 W 12th St<br>Kansas City, MO 64101 | 104428 |
| | | c/o Sinclair<br>1704 Grand Blvd<br>Kansas City, MO 64118 | 104430 |
| | | c/o Sinclair<br>211 S Noland Rd<br>Independence, MO 64050 | 104433 |
| | | c/o Conoco<br>500 E 10th St<br>Kansas City, MO 64106 | 104435 |
| | | c/o FavTrip<br>1300 S 4th St<br>Leavenworth, KS 66048 | 104436 |
| | | c/o Phillips 66<br>115 Harvest Dr<br>Louisburg, KS 66053 | 104450 |
| Fuel Centers Environmental Management LLC dba DFW Oil Energy LLC | Attn: Sami N Ebrahim/Essam Shehata<br>1111 N Belt Line #100<br>Garland, TX 75040 | 301 Legacy Dr<br>Plano, TX 75023 | 119409 |
| | | 7601 Mid Cities Blvd<br>North Richards Hills, TX 76182 | 119414 |
| | | 3300 Long Prairie Rd<br>Flower Mound, TX 75022 | 119415 |
| | | 100 S Greenville Ave<br>Richardson, TX 75081 | 119418 |
| | | 2200 McDermott Rd<br>Plano, TX 75025 | 119428 |
| | | 4902 Lakeview Pkwy<br>Rowlett, TX 75088 | 119430 |
| | | 12950 Coit Rd<br>Dallas, TX 75251 | 126246 |
| | | 350 N Riverside Dr<br>Fort Worth, TX 76111 | 126247 |
| | | 210 E FM 1382<br>Cedar Hill, TX 75104 | 147172 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – ELEVENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 97)**