BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
jmcpherson@foxrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed June 14, 2023

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**THIRTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)**<br><br>Hearing Date: July 20, 2023<br>Hearing Time: 10:30 a.m.<br>Estimated Time for Hearing: 20 Minutes |

**PLEASE TAKE NOTICE THAT IF YOU ARE RECEIVING NOTICE OF THIS MOTION, YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON EXHIBIT 2 ATTACHED HERETO. NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, respectfully submits this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit 1**,[1] approving the rejection of contracts and/or unexpired leases set forth in **Exhibit 2** attached hereto pursuant to Bankruptcy Code[2] § 365(a). This Motion is made and based on the *Declaration of Daniel Ayala* (the "Ayala Declaration") filed in support hereof, the following points and authorities, the papers and pleadings on file with the Court in this Chapter 11 Case, and any oral argument the Court may entertain at the hearing on the Motion.

Dated this 14th day of June, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

## POINTS AND AUTHORITIES

### I. JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory basis for the relief requested herein is 11 U.S.C. §§ 105(a), and § 365(a) and Bankruptcy Rules 6006 and 9014.

4. Pursuant to Local Rule 9014.2, the Debtor consents to entry of final order(s) or judgment(s) by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

[1] After notice of this Motion, revisions to this proposed order may be made.

[2] All references to "chapter" and "section" herein shall be to the "Bankruptcy Code" appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall refer to the Federal Rules of Bankruptcy Procedure.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## II. BACKGROUND

**A. Debtor's Filing**

5. On February 7, 2023 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

6. The Debtor is authorized to operate its business and manage its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7. An Official Committee of Unsecured Creditors was appointed on or about February 17, 2023.

**B. Debtor's Business And Contracts And/Or Leases**

8. The Debtor was formed as a Nevada corporation for the purpose of providing a platform for customers to buy and sell digital currencies through Digital Currency Machines ("DCMs") distributed across the United States. DCMs are an advanced version of the kiosks commonly referred to as Bitcoin ATMs or BTMs, that enable a consumer to both (a) buy bitcoin as well as 30+ other digital currencies with cash, and (b) sell digital currency for cash. The Debtor's machines are DCMs offering two-way functionality, over 30 digital currency options, an advanced user interface and a custom non-custodial companion wallet app (available on the Apple App Store and the Google Play Store). See Ayala Declaration.

9. In connection with the installation, operation, and use of the DCMs, or kiosks ("Kiosks"), Cash Cloud entered into numerous contracts (the "Contracts") or leases ("Leases") with various parties ("Counterparty" or Counterparties").

10. Specifically, the Debtor is a party to Contracts or Leases pertaining to the installation of Kiosks at retail locations, including convenience stores, malls, and enterprise grocery stores, such Contracts or Leases generally provide Cash Cloud permission to install a Kiosk at a certain location ("Location") in exchange for compensation being paid to the Counterparty. The terms in the Contracts and/or Leases vary. Under certain "master" Contracts and/or Leases, wherein such Contract or Lease governs the installation of Kiosks at multiple, different Locations (as set forth within the exhibits attached to the Contract or Lease), the Contract or Lease contains terms that provide not only for the termination of the master agreement, as a whole, but also for either the

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Debtor or the Counterparty to terminate certain identified Locations. See Ayala Declaration.

11. In addition, the Debtor is also a party to numerous Contracts or Leases necessary for its general operations. See Ayala Declaration.

12. On May 8, 2023, the Debtor filed Debtor's Motion For Order Extending Deadline To Assume, Assume And Assign, Or Reject Unexpired Nonresidential Real Property Leases Pursuant To 11 U.S.C. § 365(d)(4) wherein the Debtor requested an extension of time to assume or reject all of its unexpired non-residential real property leases.

13. On June 6, 2023, the Court entered an Order Extending Deadline To Assume, Assume And Assign, Or Reject Unexpired Nonresidential Real Property Leases Pursuant To 11 U.S.C. § 365(d)(4) [ECF 619] extending the time for the Debtor to assume or reject Leases to July 14, 2023.

**C. Sale of the Debtor's Assets**

14. On April 7, 2023, the Debtor filed a Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially All of the Debtors Assets; (B) Approving Form Notice to Be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan [ECF No. 392].

15. On April 27, 2023, the Court entered an Order Establishing Bidding Procedures and Related Deadlines [ECF No. 483] (the "Bid Procedures Order").

16. The Bid Procedures Order approved bidding procedures governing the sale of substantially all of Debtor's assets.

17. In accordance with the Bid Procedures Order, the Debtor held an auction for the sale of substantially all of the Debtor's assets on June 2, 2023. The bid presented by Heller Capital Group, LLC ("Heller Capital") for the purchase of certain of the Debtor's assets was selected as one of the winning bids.

18. Heller Capital will be purchasing certain of the Debtor's Kiosks, including without limitation, Kiosks used in connection with the Contracts and Leases subject to the Motion.

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**D. Rejection of Contracts And/Or Leases**

19. The Debtor has made the decision to reject the Contracts and/or Leases after undertaking a financial analysis of the expense to the Debtor's estate associated with each Contract or Lease, and the benefits to the estate and its creditors associated with each Contract or Lease. Based upon the Debtor's financial analysis of the Contracts and/or Leases, the Debtor, in its business judgment, has determined that the Contracts and/or Leases set forth in the Motion are financially burdensome and do not provide benefit to the estate. Among other things, the Debtor considered the historical performance, cure costs associated with assuming the contracts, ongoing administrative expenses, and potentially irreparable business relationships with certain hosts. The Contracts and/or Leases, or certain Locations, that are listed on Exhibit 2 are no longer needed and are not a source of potential value for the Debtor's future operations, creditors, or interest holders. Further, the Debtor seeks to avoid depletion of the estate through accrual of administrative expenses associated with these Contracts and/or Leases. In addition, the Debtor has determined that there is no value in attempting to assume and assign the Contracts and/or Leases, as they are not marketable given their terms. Indeed, Heller Capital has determined it does not seek to have the Debtor assume and assign the Contracts or Leases. See Ayala Declaration.

**E. Requested Relief**

20. Bankruptcy Code section 365(a) authorizes the Debtor, subject to this Court's approval, to reject any executory contract or unexpired lease. Based on its business judgment, Debtor has determined that the Contracts and/or Leases are financially burdensome to the estate and do not provide benefit to the estate. See Ayala Declaration. Accordingly, the Debtor seeks authority to reject the Contracts and/or Leases set forth on **Exhibit 2** as of the date of the filing of this Motion to prevent the incurrence of ongoing administrative expenses with respect to the Contracts and/or Leases. See Ayala Declaration.

## III. MEMORANDUM OF LAW

**A. The Debtor's Decision To Reject The Contracts And/Or Leases Should Be Approved**

21. Section 365 of the Bankruptcy Code provides that "the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." 11 U.S.C.

§ 365(a). "Under the Code, most courts have applied a 'business judgment' test to trustees' decisions to assume or reject contracts or leases." 3 Collier on Bankruptcy ¶ 365.03[2] (16th Ed. 2016). "In making its determination, a bankruptcy court need engage in only a cursory review of a debtor-in-possession's decision to reject the contract." Agarwal v. Pomona Valley Med. Group, Inc. (In re Pomona Valley Med. Group, Inc.), 476 F.3d 665, 670 (9th Cir. 2007) (internal punctuation omitted).

22. "[I]n evaluating the rejection decision, the bankruptcy court should presume that the debtor-in-possession acted prudently, on an informed basis, in good faith, and in the honest belief that the action taken was in the best interests of the bankruptcy estate." Id., at 670. In the Ninth Circuit, a bankruptcy court "should approve the rejection of an executory contract under § 365(a) unless it finds that the debtor-in-possession's conclusion that rejection would be advantageous is so manifestly unreasonable that it could not be based on sound business judgment, but only on bad faith, or whim or caprice." Id. (internal punctuation omitted).

23. The Debtor's decision to reject the Contracts and/or Leases reflects the Debtor's exercise of sound business judgment and is in the best interests of the Debtor, its estate, and its creditors. The Debtor has determined that the Contracts and/or Leases are not necessary for the Debtor's operations and are financially burdensome and not beneficial to the estate. The Leases are not a source of potential value for the Debtor's future operations, creditors, or interest holders, and are believed to not be marketable given their terms and constitute an unnecessary drain on the Debtor's limited resources. Indeed, Heller Capital has determined it does not seek to have the Debtor assume and assign the Contracts or Leases. See Ayala Declaration. Accordingly, the Debtor submits that its decision to reject the Contracts and/or Leases is a sound exercise of its business judgment and should be approved.

**B. Rejection As of the Date of the Filing of This Motion**

24. This Court has authority to approve the rejection of executory contracts or leases as of the date of the filing of the motion for rejection. Section 365 of the Bankruptcy Code does not expressly provide whether courts may order rejection to be effective retroactively. However, courts have held that bankruptcy courts may exercise their equitable powers in granting such a retroactive

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

order when they conclude that doing so promotes the purposes of Section 365, and that after balancing the equities of a case, equities weigh in favor the debtor. See, e.g., Pac. Shores Dev., LLC v. At Home Corp. (In re At Home Corp.), 392 F.3d 1064, 1065 (9th Cir. 2004) (affirming order authorizing rejection as of date of filing of motion), cert. denied, 564 U.S. 814 (2005); Thinking Machines Corp. v. Mellon Fin. Servs. Corp. (In re Thinking Machs. Corp.), 67 F.3d 1021, 1028-29 (1st Cir. 1995) (bankruptcy court has power to approve rejection as of date of filing motion); In re Amber's Stores, Inc., 193 B.R. 819, 827 (Bankr. N.D. Tex. 1996)(holding that the lease should be deemed rejected as of the petition date due to the equities of case). Although this caselaw pertains to the rejection of nonresidential real property leases, the rationale contained therein is applicable to executory contracts. The Ninth Circuit in In re At Home Corp., explained that "the equitable authority recognized in Thinking Machines has been imported to contexts other than unexpired nonresidential leases," citing to Malden Mills Indus., Inc. v. Maroun (In re Malden Mills Indus., Inc.), 303 B.R. 688, 701 (B.A.P. 1st Cir. 2004) and its application of this principle to abandonment of personal property. 392 F.3d at 1070. The Debtor further notes that the Ninth Circuit's holding in In re At Home Corp., 392 F.3d 1064 (9th Cir. 2004) allowing rejection as of the date of the motion has been found to be undisturbed by the Court's holding in Roman Catholic Archdiocese of San Juan v. Acevedo Feliciano, ___ U.S. ___, 140 S.Ct. 696 (2020). See In re Player's Poker Club, Inc., 636 B.R. 811 (Bankr. C.D.Cal. 2022).

25. Balancing the equities in this case, approving rejection of the Contracts and/or Leases as of the date of this Motion is appropriate. The Debtor has promptly filed this Motion and promptly set it for hearing giving Counterparties notice of this Motion and the Debtor's intention. Without the authority to reject as of the Motion filing date, the Debtor may be forced to incur potential administrative expenses for agreements that provide no benefit to the estate to the detriment of creditors and other stakeholders. Further, allowing the Debtor to reject the Contracts and/or Leases will not unduly prejudice the Counterparties because the Counterparties will receive notice of the Motion and therefore will have sufficient opportunity to object if they so choose. Indeed, the Counterparties may benefit from the rejection as they will be relieved of obligations under the Contracts and/or Leases. Accordingly, the rejection of the Contracts and/or Leases should

be approved as of the date of the Motion.

## V. RESERVATION OF RIGHTS

26. Nothing contained herein is intended or should be construed as an admission of the validity of any claim against the Debtor, a waiver of the Debtor's rights to dispute any claim, or an approval or assumption of any agreement, contract, or lease under section 365 of the Bankruptcy Code. The Debtor expressly reserves its rights to contest any invoice or claim related to the relief requested herein in accordance with applicable law.

## VI. NOTICE

27. Notice of this Motion has been given by electronic mail or first class mail to the following parties or their counsel: (a) the Office of the United States Trustee for the District of Nevada; (b) counsel for the Official Committee of Unsecured Creditors; (c) counsel to Debtor's secured creditors; (d) counsel to parties that have a lease interest in the Remaining Property; (e) the counterparties to the Contracts and/or Leases; and (f) all parties that have filed a Rule 2002 Notice Request in the Chapter 11 Case. In light of the nature of the relief requested, Debtor respectfully submits that such notice is appropriate and sufficient under the circumstances and that no further notice is necessary.

## CONCLUSION

WHEREFORE, for all of the foregoing reasons, Debtor respectfully requests that this Court enter an Order granting this Motion, substantially in the form attached hereto as **Exhibit 1,** and (a) approving the rejection of the Contracts and/or Leases set forth on **Exhibit 2** attached hereto, as of the date of the filing of this Motion; and (b) granting such other and further relief as this Court deems appropriate.

Dated this 14th day of June, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson

JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**EXHIBIT 1**

**PROPOSED ORDER**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
jmcpherson@foxrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br>**ORDER GRANTING THIRTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)**<br>Hearing Date: July 20, 2023<br>Hearing Time: 10:30 a.m. |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

The Court having reviewed and considered Debtor's motion [ECF ____] (the "Motion")[3] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a); and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: ______________________________

JEANETTE E. MCPHERSON, ESQ.
BRETT A. AXELROD, ESQ.
NICHOLAS A. KOFFROTH, ESQ.
ZACHARY T. WILLIAMS, ESQ.
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

*Counsel for Debtor*

---

[3] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**EXHIBIT 1 TO PROPOSED ORDER**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Jaya & Lami LLC | Attn: Surinder Singh<br>515 W Michigan Ave<br>Battle Creek, MI 49037 | 515 W Michigan Ave<br>Battle Creek, MI 49037 | 104225 |
| Jay's | Attn: Gokulbhai H Dalal<br>5715 Altama Ave<br>Brunswick, GA 31525 | 5715 Altama Ave<br>Brunswick, GA 31525 | 107959 |
| JB Severn LLC | Attn: Edwin Bochtler<br>6320 Narcoossee Rd.<br>Orlando, FL 32822 | 6320 Narcoossee Rd<br>Orlando, FL 32822 | 123437 |
| Jeff's Grocery LLC | Attn: Abdo Naji Al Gamal<br>159 Highway 346<br>Ecru, MS 38841 | 159 MS-346<br>Ecru, MS 38841 | 114697 |
| Jenisha 2nd Inc | Attn: Nayna B Goswami<br>7321 N Harlem Ave<br>Niles, IL 60714 | 7321 N Harlem Ave<br>Niles, IL 60714 | 119109 |
| Jenisha Inc / Jenny's Liquors | Attn: Nayna B Goswami, Jay Goswami<br>2316 S Elmhurst Rd<br>Mount Prospect, IL 60056 | 2316 Elmhurst Rd<br>Mt Prospect, IL 60056 | 109000 |
| Jennifer Snack | Attn: Moe Fayad<br>601 Adams St<br>Toledo, OH 43604 | 601 Adams St<br>Toledo, OH 43604 | 104198 |
| Jerry Citgo | Attn: Bolis Boktor<br>3900 Clarksville Pike<br>Nashvile, TN 37218 | 3900 Clarksville Pike<br>Nashville, TN 37218 | 104413 |
| Jewell Liquor Box | Attn: Rabea Sawaged<br>7853 W Jewell Ave<br>Lakewood, CO 80232 | 7853 W Jewell Ave<br>Lakewood, CO 80232 | 108731 |
| JG ELIZABETH II, LLC | c/o The Mills at Jersey Gardens<br>651 Kapkowski Rd<br>Elizabeth, NJ 7201 | 651 Kapkowski Rd<br>Elizabeth, NJ 7201 | 103970 |
| Jiffy Mart | Attn: Sadiq Mohammad<br>101 Luther Dr #102<br>Georgetown, TX 78628 | 101 Luther Dr ## 102<br>Georgetown, TX 78628 | 108075 |
| Jimbo's Liquor Store | Attn: Nick Dawood, GM<br>4411 Genesee Ave<br>San Diego, CA 92117 | 4411 Genesee Ave<br>San Diego, CA 92117 | 101525 |
| Johnny's Liquor Cabinet LLC | 403 W Trenton Rd #6B<br>Edinburg, TX 78539 | 403 W Trenton Rd #6b<br>Edinburg, TX 78539 | 104404 |
| Johnsburg Mobil LLC | Attn: Biren Shah<br>4304 N Johnsburg Rd<br>Johnsburg, IL 60051-6328 | 4304 N Johnsburg Rd<br>Johnsburg, IL 60051 | 108975 |

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Joplin Mini Mart | Attn: Hansa Patel, Ice Patel<br>1210 East 15th Street<br>Joplin, MO 64801 | 1210 E 15th St<br>Joplin, MO 64804 | 119596 |
| Justsarah, Inc. | Attn: Charles Sposato<br>6 Sarah Lane<br>Westerly, RI 02891 | Attn: Charles Sposato<br>1 East Ave<br>Westerly, RI 02891 | 120512 |
| JV Market | Attn: Sajj Tkhan<br>560 Washington Ave<br>Chelsea, MA 2150 | 560 Washington Ave<br>Chelsea, MA 2150 | 101594 |
| K Food Store | Attn: Osama Qaiymah (Mike)<br>3159 Midlothian Turnpike<br>Richmond, VA 23224 | 3159 Midlothian Turnpike<br>Richmond, VA 23224 | 103103 |
| K K Trading Inc | Attn: Syed Mehmood<br>3152 W Devon Ave Apt 2C<br>Chicago, IL 60659-1469 | 3152 W Devon Ave<br>Chicago, IL 60659 | 116329 |
| Kalikotey Khadka LLC | Attn: Prabin Khadka<br>1404 6th Ave<br>Moline, IL 61265 | 1404 6th Ave<br>Moline, IL 61265 | 123447 |
| Kanan Foods | Attn: Hiren Patel<br>3302 SW 29th St<br>Oklahoma City, OK 73119 | 3302 SW 29th St<br>Oklahoma City, OK 73119 | 108678 |
| Kapisa M Enterprises Inc. | Attn: Matiur Rahmani<br>699 W Renner Rd<br>Richardson, TX 75080 | 699 W Renner Rd<br>Richardson, TX 75080 | 108043 |
| Kassra Inc | Attn: Seyed Rafiee<br>2292 Thompson Blvd<br>Ventura, CA 93001 | 2292 E Thompson Blvd<br>Ventura, CA 93001 | 101496 |
| Kenlen Inc. | Attn: Kenneth Greiner<br>2039 Campus Dr<br>St Charles, MO 63301 | 2039 Campus Dr<br>St Charles, MO 63301 | 108765 |
| Ken's SuperFair Foods | Attn: Paul Vetch<br>2105 6th Ave SE<br>Aberdeen, SD 57401 | 2105 6th Ave SE<br>Aberdeen, SD 57401 | 139991 |
| Kentwood Laundromat | Attn: Chau Le<br>5350 Ticonderoga Dr SE<br>Kentwood, MI 49508 | 4443 Breton Road SE<br>Ste F<br>Kentwood, MI 49508 | 121814 |
| Keshav Oil Inc | Attn: Vaibhav Patel<br>701 Dickerson Pike<br>Nashville, TN 37207 | 701 Dickerson Pike<br>Nashville, TN 37207 | 104422 |

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Keshav Stores Inc. DBA Bizee Mart | Attn: Mukesh Chaudhary<br>212 S Horton Pkwy<br>Chapel Hill, TN 37034 | 302 W Northfeld Blvd<br>Murfreesboro, TN 37129 | 104400 |
| Kevin Rose | Attn: Alex B<br>2235s AZ-89<br>Chino Valley, AZ 86323 | 2235s AZ-89<br>Chino Valley, AZ 86323 | 108707 |
| Khodiyar Enterprise | Attn: JD Patel<br>3937 Leaphart Rd<br>Colombia, SC 29169 | 3937 Leaphart Rd<br>West Columbia, SC 29169 | 103224 |
| King City Liquors | Attn: Alpesh Patel<br>307 S 12th St<br>Mt Vernon, IL 62864 | 307 S 12th St<br>Mt Vernon, IL 62864 | 108311 |
| King Spencer Store LLC | Attn: Devi Chhetri<br>429 N Salisbury Ave<br>Spencer, NC 28159 | 429 Salisbury Ave<br>Spencer, NC 28159 | 115318 |
| King Wine & Liquor #3 - LycaMobile Store | Attn: Ablud Khan<br>1120 Fulton Ave #Ste A<br>Sacramento, CA 95825 | 1120 Fulton Ave<br>Sacramento, CA 95825 | 108153 |
| Kings Wine and Liquor #2 | Attn: Ablud Khan<br>2346 Fruitridge Rd<br>Sacramento, CA 95822 | 2346 Fruitridge Rd<br>Sacramento, CA 95822 | 108154 |
| Kings Wines & Liquor | Attn: Ablud Khan<br>1328 Fulton Ave.<br>Sacramento, CA 95825 | 1328 Fulton Ave<br>Sacramento, CA 95825 | 103676 |
| Kingsley One Stop Foodmart | Attn: Wais Samad<br>2518 W Kingsley Rd<br>Garland, TX 75041 | 2518 W Kingsley Rd<br>Garland, TX 75041 | 108041 |
| Kingstar | Attn: Muhammad Bhatti<br>2228 Lincoln St<br>Cedar Falls, IA 50613 | 2228 Lincoln St<br>Cedar Falls, IA 50613 | 108533 |
| Kirkwood Laundromat | Attn: Michael Frisella<br>636 W Woodbine Ave<br>Kirkwood, MO 63122 | Michael Frisella<br>8623 Big Bend St<br>St. Louis, MO 63119 | 115330 |
| Kirsch Liquors | Attn: Ryan Sens; Bob Kirsch<br>646 Main St<br>Worcester, MA 1608 | 646 Main St<br>Worcester, MA 01608 | 103092 |
| Kitty's Corner | Attn: Raees Chohan (Ray)<br>7298 MN-65<br>Fridley, MN 55432 | 7298 MN-65<br>Fridley, MN 55432 | 108065 |

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Kitty's Corner #2 | Attn: Raees<br>1530 Sherwood Ave<br>St. Paul, MN 55106 | 1530 Sherwood Ave<br>St Paul, MN 55106 | 108054 |
| Kohanoff Arco | Attn: Saeed Kohanoff<br>11243 San Fernando Rd<br>San Fernando, CA 91340 | 11243 San Fernando Rd<br>San Fernando, CA 91340 | 101411 |
| Kohistani Enterprises LLC | Attn: Abdul Samad<br>2903 Royal Ln<br>Dallas, TX 75229 | 2903 Royal Ln<br>Dallas, TX 75229 | 108039 |
| Koies/Abel General Store | Attn: Abel Hasnat and Shana Meazi<br>2400 Brook Ave<br>Wichita Falls, TX 76301 | 2400 Brook Ave<br>Wichita Falls, TX 76301 | 103295 |
| Kong Marketing LLC | Attn: Sotheary Kong<br>6508 N Interstate Ave<br>Portland, OR 97217 | 6508 N Interstate Ave<br>Portland, OR 97217 | 107938 |
| Koodegras CBD Oil | Attn: Diane Bingham<br>1005 Fort Union Blvd<br>Midvale, UT 84047 | 1005 Fort Union Blvd<br>Midvale, UT 84047 | 128662 |
| Kopper Keg North Inc | Attn: Gary Zornes<br>8725 W Deer Springs Way<br>Las Vegas, NV 89109 | 8725 W Deer Springs Way<br>Las Vegas, NV 89149 | 103079 |
| Kristy and Sons LLC | Attn: Karim Lalani<br>3626 Saturn Rd<br>Garland, TX 75041 | 3626 Saturn Rd<br>Garland, TX 75041 | 108103 |
| K-Stop Gas & Grocery | Attn: Tracy Nguyen<br>4305 S Lowell Blvd<br>Denver, CO 80236 | 4305 S Lowell Blvd<br>Denver, CO 80236 | 108260 |
| L&C Liquors | Attn: Jonghwan Jung<br>8100 W Crestline Ave A-18<br>Littleton, CO 80123 | 8100 W Crestline Ave A-18<br>Littleton, CO 80123 | 103633 |
| La Estrellita Inc | Attn: Patricia Chavez<br>2501 Easton Blvd<br>Des Moines, IA 50317 | 2501 Easton Blvd<br>Des Moines, IA 50317 | 119112 |
| La Familia Market (texaco) | Attn: Mhedi Momin<br>623 W Dittmar Rd<br>Austin, TX 78745 | 623 W Dittmar Rd<br>Austin, TX 78745 | 103150 |
| La Familia Mexican Market (Shell) | Attn: Mehdi Momin<br>8540 Research Blvd<br>Austin , TX 78758 | 8540 Research Blvd<br>Austin, TX 78758 | 103148 |

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| La Vista Market | Attn: Raad Habhab<br>1168 E 4th St<br>Long Beach, CA 90802 | 1168 E 4th St<br>Long Beach, CA 90802 | 104402 |
| Lake Michigan Sports Bar | Attn: Ajay K Chhabra<br>4072 Lake Michigan Dr NW<br>Grand Rapids, MI 49534 | 4072 Lake Michigan Dr NW<br>Grand Rapids, MI 49534 | 104236 |
| Lakes Mall Realty LLC, Lakes Nassim LLC | Attn: Igal Namdar<br>5600 Harvey St<br>Muskegon, MI 49444 | Attn: Namdar Realty Group<br>150 Great Neck Rd<br>Ste 304<br>Great Neck, NY 11021 | 103964 |
| Lansing Mall Realty Holding, LLC | Attn: Kasa Finch<br>1010 Northern Blvd<br>Ste 212<br>Great Neck, NY 11021 | 5330 W Saginaw Hwy<br>Lansing, MI 48917 | 103829 |
| Las Vegas Lights | 850 N. Las Vegas Blvd<br>Las Vegas, NV 89101 | 850 Las Vegas Blvd N<br>Las Vegas, NV 89101 | 149486 |
| | | 850 Las Vegas Blvd N<br>Las Vegas, NV 89101 | 149488 |
| Last Call Liquor and Cellular LLC | Attn: Sam Husson<br>10649 Lackland Rd<br>St. Louis, MO 63114 | 10649 Lackland Rd<br>St. Louis, MO 63114 | 108762 |
| LBJ Laundry | Attn: Adam Maxon<br>6404 Creekhaven Pl<br>Dallas, TX 75240 | 9780 Lyndon B Johnson Fwy<br>##125<br>Dallas, TX 75243 | 104344 |
| Leafers LLC dba Hurst Food Mart | Attn: Laxmi Niroula<br>100 W Harwood Rd<br>Hurst, TX 76054 | 100 W Harwood Rd<br>Hurst, TX 76054 | 104346 |
| Lee food market | Attn: Aziz Ali<br>1501 S Gevers St<br>San Antonio, TX 78210 | 1501 S Gevers St<br>San Antonio, TX 78210 | 103182 |
| Leo's Drive In #3 | Attn: Leo J Leo<br>PO Box 1120<br>Mission, TX 78573 | 1800 W Griffin Pkwy<br>Mission, TX 78572 | 104420 |
| Liberty Convenience Store | Attn: Avtar Singh<br>439 Capital Ave NE<br>Battle Creek, MI 49017 | 439 Capital Ave NE<br>Battle Creek, MI 49017 | 126299 |
| Lincoln Plaza Center, L.P. | Attn: Gwen Karpf<br>c/o Oxford Valley Mall<br>2300 E Lincoln Hwy<br>Ste 220-A<br>Langhorne, PA 19047 | 2300 Lincoln Hwy<br>Langhorne, PA 19047 | 103978 |
| Lindale Mall LLC | Attn: Becky Echley<br>4444 1st Ave NE<br>Cedar Rapids, IA 52402 | 4444 1st Ave NE<br>Cedar Rapids, IA 52402 | 122922 |

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Lion Petroleum Inc | Attn: Sarah King<br>4251 Lindell Blvd<br>St Louis, MO 63108 | Attn: Sarah King<br>1692 W Osage St<br>Pacific, MO 63069 | 108681 |
| Lion Petroleum Inc (dba Longview Phillips 66) | Attn: Sarah King<br>4251 Lindell Blvd<br>St Louis, MO 63108 | 3325 SW 3rd St<br>Lot 42<br>Lees Summit, MO 64081 | 103369 |
| Lisa Enterprises Inc dba Stop N Shop | Attn: Ma Ali; Rokeya Begum<br>499 N State Rd 434 #1017<br>Altamonte Springs, FL 32714 | 499 N State Rd 434 #1017<br>Altamonte Springs, FL 32714 | 117523 |
| Little Elm Ventures LLC | Attn: Yuvraj Vaghela<br>500 W Eldorado Pkwy #200<br>Little Elm, TX 75068 | 500 W Eldorado Pkwy ##200<br>Little Elm, TX 75068 | 108414 |
| Little Sam | Attn: Inderkit S Multani<br>c/o Multani BKP LLC<br>702 S WW White Rd<br>San Antonio, TX 78220 | 3215 Roosevelt Ave<br>San Antonio, TX 78214 | 103179 |
| Livingston Mall Venture | Attn: Steven Croner<br>112 Eisenhower Pkwy<br>Livingston, NJ 7039 | 112 Eisenhower Pkwy<br>Livingston, NJ 7039 | 103958 |
| Logan Valley Realty LLC, Logan Valley CH LLC, Logan Valley Nassim LLC | Attn: Igal Namdar<br>5580 Goods Ln<br>Altoona, PA 16602 | Attn: Namdar Realty Group<br>150 Great Neck Rd<br>Ste 304<br>Great Neck, NY 11021 | 103956 |
| Love Family Holding, LLC | Attn: Legal Department<br>c/o Loves Travel Stops & Country Stores, Inc.<br>PO Box 26210<br>Oklahoma City, OK 73126 | Loves Travel Stops & Country Stores, Inc.<br>157 US-93<br>Wells, NV 89835 | 155022 |
| | | Loves Travel Stops & Country Stores, Inc.<br>825 Commerce Center Dr<br>Fernley, NV 89408 | 155023 |
| | | Loves Travel Stops & Country Stores, Inc.<br>1701 Great Basin Blvd<br>Ely, NV 89301 | 155024 |
| | | Loves Travel Stops & Country Stores, Inc.<br>100 Marguerite St<br>Williams, CA 95987 | 155260 |
| | | Loves Travel Stops & Country Stores, Inc.<br>551 W Main St<br>Westmorland, CA 92281 | 155261 |
| | | Loves Travel Stops & Country Stores, Inc.<br>2700 S Blackstone St<br>Tulare, CA 93274 | 155262 |

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Loves Travel Stops & Country Stores, Inc.<br>2000 E Tehachapi Blvd<br>Tehachapi, CA 93561 | 155263 |
| | | Loves Travel Stops & Country Stores, Inc.<br>29025 W Plaza Dr<br>Santa Nella, CA 95322 | 155264 |
| | | Loves Travel Stops & Country Stores, Inc.<br>1553 W Colony Rd<br>Ripon, CA 95366 | 155265 |
| | | Loves Travel Stops & Country Stores, Inc.<br>3175 Avenue 17<br>Madera, CA 93638 | 155266 |
| | | Loves Travel Stops & Country Stores, Inc.<br>21948 CA-46<br>Lost Hills, CA 93249 | 155267 |
| | | Loves Travel Stops & Country Stores, Inc.<br>15250 Thornton Rd<br>Lodi, CA 95242 | 155268 |
| | | Loves Travel Stops & Country Stores, Inc.<br>2120 South Ave<br>Corning, CA 96021 | 155269 |
| | | Loves Travel Stops & Country Stores, Inc.<br>45-761 Dillon Rd<br>Coachella, CA 92236 | 155270 |
| | | Loves Travel Stops & Country Stores, Inc.<br>27201 Boron Frontage Rd N<br>Boron, CA 93516 | 155271 |
| | | Loves Travel Stops & Country Stores, Inc.<br>2974 Lenwood Rd<br>Barstow, CA 92311 | 155272 |
| | | Loves Travel Stops & Country Stores, Inc.<br>2931 Gila Ridge Rd<br>Yuma, AZ 85365 | 155273 |
| | | Loves Travel Stops & Country Stores, Inc.<br>1055 N Grand Canyon Blvd<br>Williams, AZ 86046 | 155274 |
| | | Loves Travel Stops & Country Stores, Inc.<br>8313 W Roosevelt St<br>Tolleson, AZ 85353 | 155275 |

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Loves Travel Stops & Country Stores, Inc.<br>760 Quartzsite Ave<br>Quartzsite, AZ 85346 | 155276 |
| | | Loves Travel Stops & Country Stores, Inc.<br>14414 S Cross L Rd<br>Mayer, AZ 86333 | 155277 |
| | | Loves Travel Stops & Country Stores, Inc.<br>14875 AZ-95<br>Lake Havasu City, AZ 86404 | 155278 |
| | | Loves Travel Stops & Country Stores, Inc.<br>6035 Minerva Ln<br>Kingman, AZ 86401 | 155279 |
| | | Loves Travel Stops & Country Stores, Inc.<br>4703 Main St<br>Joseph City, AZ 86032 | 155280 |
| | | Loves Travel Stops & Country Stores, Inc.<br>5000 N Sunland Gin Rd<br>Eloy, AZ 85131 | 155281 |
| | | Loves Travel Stops & Country Stores, Inc.<br>820 W Pima St<br>Gila Bend, AZ 85337 | 155282 |
| | | Loves Travel Stops & Country Stores, Inc.<br>7001 W Sundust Rd<br>Chandler, AZ 85226 | 155283 |
| | | Loves Travel Stops & Country Stores, Inc.<br>643 AZ-90<br>Benson, AZ 85602 | 155284 |
| | | Loves Travel Stops & Country Stores, Inc.<br>640 AZ-90<br>Benson, AZ 85602 | 155285 |
| | | Loves Travel Stops & Country Stores, Inc.<br>12501 Apex Great Basin Way<br>Las Vegas, NV 89165 | 155642 |
| | | Loves Travel Stops & Country Stores, Inc.<br>3550 W Winnemucca Blvd<br>Winnemucca, NV 89445 | 155643 |
| | | Loves Travel Stops & Country Stores, Inc.<br>1610 S Miller Rd<br>Buckeye, AZ 85326 | 161325 |

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Lucky 1 LLC | Attn: Alex Elias<br>25571 Marguerite #A<br>Mission Viejo, CA 92692 | 25571 Marguerite Pkwy ## A<br>Mission Viejo, CA 92692 | 103557 |
| Lucky 7 Tobacco & Mini Mart | Attn: Fahd Homren<br>851 Bragg Blvd<br>Fayetteville, NC 28301 | 851 Bragg Blvd<br>Fayetteville, NC 28301 | 103049 |
| Lucky Food Store | Attn: Parminder Singh<br>22 Goethals Dr<br>Richland, WA 99351 | 22 Goethals Dr<br>Richland, WA 99352 | 122919 |
| Luke Drive Through | Attn: Rufina Sanchez-Barreto<br>c/o Luke Meat Market<br>2900 N Sugar Rd<br>Pharr, TX 78577 | 2900 N Sugar Rd<br>Pharr, TX 78577 | 104406 |
| Lynn's Stop & Shop | Attn: Himanshu Desai<br>5161 NC-27<br>Iron Station, NC 28080 | 5161 NC-27<br>Iron Station, NC 28080 | 103717 |
| M & N Missouri LLC | Attn: Mohammed Qasem<br>9641 St Charles Rock Rd<br>St. Louis, MO 63114 | 9641 St Charles Rock Rd<br>St. Louis, MO 63114 | 108782 |
| M G Limited | Attn: Dharmesh Rajpoot<br>10059 Shaver Rd<br>Portage, MI 49024 | 10059 Shaver Rd<br>Portage, MI 49024 | 119422 |
| M R F Petroleum, Inc | Attn: Mukesh Mansukhani; Deepali Mansukhani<br>2750 Gessner Rd<br>Houston, TX 77080 | 2750 Gessner Rd<br>Houston, TX 77080 | 120919 |
| M&G Tobacco Shop | Attn: Gokulbhai Dalal<br>22 Canal Rd<br>Brunswick, GA 31525 | 22 Canal Rd<br>Brunswick, GA 31525 | 108061 |
| M&L Convenience LLC | Attn: David Allen May<br>808 Woodruff Pl<br>Charlotte , NC 28208 | 953 N Wendover Rd<br>Charlotte, NC 28211 | 109044 |
| M&M Manou Inc. (dba Happy Market) | Attn: Basil Mamou<br>6425 N. 47th Ave<br>Glendale, AZ 85301 | 6425 N. 47th Ave<br>Glendale, AZ 85301 | 103520 |
| M&R Umatiya Business LLC | Attn: Riaz Bhandari<br>c/o Food Basket #8<br>3600 E University Ave<br>Georgetown, TX 78626 | 3600 E University Ave<br>Georgetown, TX 78626 | 108078 |

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Macfood Mart at Sunoco (Royville) | Attn: Ray McIntosh<br>c/o McIntosh Energy<br>1923 Bremer Rd.<br>Fort Wayne, IN 46803 | 12635 Coldwater Rd<br>Fort Wayne, IN 46845 | 117468 |
| Macfood Mart at Sunoco (Wayne Haven) | Attn: Ray McIntosh<br>c/o McIntosh Energy<br>1923 Bremer Rd.<br>Fort Wayne, IN 46803 | 6925 IN-930<br>Fort Wayne, IN 46803 | 117469 |
| Macon BP | Attn: Alvin Ehrhardt<br>1707 N Missouri St<br>Macon, MO 63552 | 1707 N Missouri St<br>Macon, MO 63552 | 108055 |
| Madi 926 Inc. | Attn: Bhavana Patel; Tarun Patel<br>c/o Exxon<br>352 N Thompson Ln<br>Murfreesboro, TN 37129 | 352 N Thompson Ln<br>Murfreesboro, TN 37129 | 104397 |
| Mail Etc Inc | Attn: Bang-Mi Yu Su<br>4730 University Way NE<br>Seattle, WA 98105 | 4730 University Way NE<br>Seattle, WA 98105 | 123039 |
| Main Street Convenience | Attn: Sachin Patel<br>1919 S Main St<br>Bloomington, IL 61704 | 1919 S Main St<br>Bloomington, IL 61704 | 108207 |
| Main Street Pit Shop | Attn: Harjinder Singh<br>56 W Main St<br>Lexington, OH 44904 | 56 W Main St<br>Lexington, OH 44904 | 108807 |
| Mainly Groceries | Attn: Ounn Zamat<br>92 Northern Ave<br>Augusta, ME 04330 | 92 Northern Ave<br>Augusta, ME 4330 | 108653 |
| Mais Brazil Inc (dba Sip N' Scratch Mini Mart) | Attn: Rosemar Silva<br>701 Plantation St.<br>Worcester, MA 1605 | 701 Plantation St<br>Worcester, MA 01605 | 101602 |
| Mak's Mini Mart | Attn: Maher Makboul<br>616 SW College St<br>Portland, OR 97201 | 616 SW College St<br>Portland, OR 97201 | 141257 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**EXHIBIT 2**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Jaya & Lami LLC | Attn: Surinder Singh<br>515 W Michigan Ave<br>Battle Creek, MI 49037 | 515 W Michigan Ave<br>Battle Creek, MI 49037 | 104225 |
| Jay's | Attn: Gokulbhai H Dalal<br>5715 Altama Ave<br>Brunswick, GA 31525 | 5715 Altama Ave<br>Brunswick, GA 31525 | 107959 |
| JB Severn LLC | Attn: Edwin Bochtler<br>6320 Narcoossee Rd.<br>Orlando, FL 32822 | 6320 Narcoossee Rd<br>Orlando, FL 32822 | 123437 |
| Jeff's Grocery LLC | Attn: Abdo Naji Al Gamal<br>159 Highway 346<br>Ecru, MS 38841 | 159 MS-346<br>Ecru, MS 38841 | 114697 |
| Jenisha 2nd Inc | Attn: Nayna B Goswami<br>7321 N Harlem Ave<br>Niles, IL 60714 | 7321 N Harlem Ave<br>Niles, IL 60714 | 119109 |
| Jenisha Inc / Jenny's Liquors | Attn: Nayna B Goswami, Jay Goswami<br>2316 S Elmhurst Rd<br>Mount Prospect, IL 60056 | 2316 Elmhurst Rd<br>Mt Prospect, IL 60056 | 109000 |
| Jennifer Snack | Attn: Moe Fayad<br>601 Adams St<br>Toledo, OH 43604 | 601 Adams St<br>Toledo, OH 43604 | 104198 |
| Jerry Citgo | Attn: Bolis Boktor<br>3900 Clarksville Pike<br>Nashvile, TN 37218 | 3900 Clarksville Pike<br>Nashville, TN 37218 | 104413 |
| Jewell Liquor Box | Attn: Rabea Sawaged<br>7853 W Jewell Ave<br>Lakewood, CO 80232 | 7853 W Jewell Ave<br>Lakewood, CO 80232 | 108731 |
| JG ELIZABETH II, LLC | c/o The Mills at Jersey Gardens<br>651 Kapkowski Rd<br>Elizabeth, NJ 7201 | 651 Kapkowski Rd<br>Elizabeth, NJ 7201 | 103970 |
| Jiffy Mart | Attn: Sadiq Mohammad<br>101 Luther Dr #102<br>Georgetown, TX 78628 | 101 Luther Dr ## 102<br>Georgetown, TX 78628 | 108075 |
| Jimbo's Liquor Store | Attn: Nick Dawood, GM<br>4411 Genesee Ave<br>San Diego, CA 92117 | 4411 Genesee Ave<br>San Diego, CA 92117 | 101525 |
| Johnny's Liquor Cabinet LLC | 403 W Trenton Rd #6B<br>Edinburg, TX 78539 | 403 W Trenton Rd #6b<br>Edinburg, TX 78539 | 104404 |
| Johnsburg Mobil LLC | Attn: Biren Shah<br>4304 N Johnsburg Rd<br>Johnsburg, IL 60051-6328 | 4304 N Johnsburg Rd<br>Johnsburg, IL 60051 | 108975 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – THIRTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 96)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Joplin Mini Mart | Attn: Hansa Patel, Ice Patel<br>1210 East 15th Street<br>Joplin, MO 64801 | 1210 E 15th St<br>Joplin, MO 64804 | 119596 |
| Justsarah, Inc. | Attn: Charles Sposato<br>6 Sarah Lane<br>Westerly, RI 02891 | Attn: Charles Sposato<br>1 East Ave<br>Westerly, RI 02891 | 120512 |
| JV Market | Attn: Sajj Tkhan<br>560 Washington Ave<br>Chelsea, MA 2150 | 560 Washington Ave<br>Chelsea, MA 2150 | 101594 |
| K Food Store | Attn: Osama Qaiymah (Mike)<br>3159 Midlothian Turnpike<br>Richmond, VA 23224 | 3159 Midlothian Turnpike<br>Richmond, VA 23224 | 103103 |
| K K Trading Inc | Attn: Syed Mehmood<br>3152 W Devon Ave Apt 2C<br>Chicago, IL 60659-1469 | 3152 W Devon Ave<br>Chicago, IL 60659 | 116329 |
| Kalikotey Khadka LLC | Attn: Prabin Khadka<br>1404 6th Ave<br>Moline, IL 61265 | 1404 6th Ave<br>Moline, IL 61265 | 123447 |
| Kanan Foods | Attn: Hiren Patel<br>3302 SW 29th St<br>Oklahoma City, OK 73119 | 3302 SW 29th St<br>Oklahoma City, OK 73119 | 108678 |
| Kapisa M Enterprises Inc. | Attn: Matiur Rahmani<br>699 W Renner Rd<br>Richardson, TX 75080 | 699 W Renner Rd<br>Richardson, TX 75080 | 108043 |
| Kassra Inc | Attn: Seyed Rafiee<br>2292 Thompson Blvd<br>Ventura, CA 93001 | 2292 E Thompson Blvd<br>Ventura, CA 93001 | 101496 |
| Kenlen Inc. | Attn: Kenneth Greiner<br>2039 Campus Dr<br>St Charles, MO 63301 | 2039 Campus Dr<br>St Charles, MO 63301 | 108765 |
| Ken's SuperFair Foods | Attn: Paul Vetch<br>2105 6th Ave SE<br>Aberdeen, SD 57401 | 2105 6th Ave SE<br>Aberdeen, SD 57401 | 139991 |
| Kentwood Laundromat | Attn: Chau Le<br>5350 Ticonderoga Dr SE<br>Kentwood, MI 49508 | 4443 Breton Road SE<br>Ste F<br>Kentwood, MI 49508 | 121814 |
| Keshav Oil Inc | Attn: Vaibhav Patel<br>701 Dickerson Pike<br>Nashville, TN 37207 | 701 Dickerson Pike<br>Nashville, TN 37207 | 104422 |

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Keshav Stores Inc. DBA Bizee Mart | Attn: Mukesh Chaudhary<br>212 S Horton Pkwy<br>Chapel Hill, TN 37034 | 302 W Northfeld Blvd<br>Murfreesboro, TN 37129 | 104400 |
| Kevin Rose | Attn: Alex B<br>2235s AZ-89<br>Chino Valley, AZ 86323 | 2235s AZ-89<br>Chino Valley, AZ 86323 | 108707 |
| Khodiyar Enterprise | Attn: JD Patel<br>3937 Leaphart Rd<br>Colombia, SC 29169 | 3937 Leaphart Rd<br>West Columbia, SC 29169 | 103224 |
| King City Liquors | Attn: Alpesh Patel<br>307 S 12th St<br>Mt Vernon, IL 62864 | 307 S 12th St<br>Mt Vernon, IL 62864 | 108311 |
| King Spencer Store LLC | Attn: Devi Chhetri<br>429 N Salisbury Ave<br>Spencer, NC 28159 | 429 Salisbury Ave<br>Spencer, NC 28159 | 115318 |
| King Wine & Liquor #3 - LycaMobile Store | Attn: Ablud Khan<br>1120 Fulton Ave #Ste A<br>Sacramento, CA 95825 | 1120 Fulton Ave<br>Sacramento, CA 95825 | 108153 |
| Kings Wine and Liquor #2 | Attn: Ablud Khan<br>2346 Fruitridge Rd<br>Sacramento, CA 95822 | 2346 Fruitridge Rd<br>Sacramento, CA 95822 | 108154 |
| Kings Wines & Liquor | Attn: Ablud Khan<br>1328 Fulton Ave.<br>Sacramento, CA 95825 | 1328 Fulton Ave<br>Sacramento, CA 95825 | 103676 |
| Kingsley One Stop Foodmart | Attn: Wais Samad<br>2518 W Kingsley Rd<br>Garland, TX 75041 | 2518 W Kingsley Rd<br>Garland, TX 75041 | 108041 |
| Kingstar | Attn: Muhammad Bhatti<br>2228 Lincoln St<br>Cedar Falls, IA 50613 | 2228 Lincoln St<br>Cedar Falls, IA 50613 | 108533 |
| Kirkwood Laundromat | Attn: Michael Frisella<br>636 W Woodbine Ave<br>Kirkwood, MO 63122 | Michael Frisella<br>8623 Big Bend St<br>St. Louis, MO 63119 | 115330 |
| Kirsch Liquors | Attn: Ryan Sens; Bob Kirsch<br>646 Main St<br>Worcester, MA 1608 | 646 Main St<br>Worcester, MA 01608 | 103092 |
| Kitty's Corner | Attn: Raees Chohan (Ray)<br>7298 MN-65<br>Fridley, MN 55432 | 7298 MN-65<br>Fridley, MN 55432 | 108065 |

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Kitty's Corner #2 | Attn: Raees<br>1530 Sherwood Ave<br>St. Paul, MN 55106 | 1530 Sherwood Ave<br>St Paul, MN 55106 | 108054 |
| Kohanoff Arco | Attn: Saeed Kohanoff<br>11243 San Fernando Rd<br>San Fernando, CA 91340 | 11243 San Fernando Rd<br>San Fernando, CA 91340 | 101411 |
| Kohistani Enterprises LLC | Attn: Abdul Samad<br>2903 Royal Ln<br>Dallas, TX 75229 | 2903 Royal Ln<br>Dallas, TX 75229 | 108039 |
| Koies/Abel General Store | Attn: Abel Hasnat and Shana Meazi<br>2400 Brook Ave<br>Wichita Falls, TX 76301 | 2400 Brook Ave<br>Wichita Falls, TX 76301 | 103295 |
| Kong Marketing LLC | Attn: Sotheary Kong<br>6508 N Interstate Ave<br>Portland, OR 97217 | 6508 N Interstate Ave<br>Portland, OR 97217 | 107938 |
| Koodegras CBD Oil | Attn: Diane Bingham<br>1005 Fort Union Blvd<br>Midvale, UT 84047 | 1005 Fort Union Blvd<br>Midvale, UT 84047 | 128662 |
| Kopper Keg North Inc | Attn: Gary Zornes<br>8725 W Deer Springs Way<br>Las Vegas, NV 89109 | 8725 W Deer Springs Way<br>Las Vegas, NV 89149 | 103079 |
| Kristy and Sons LLC | Attn: Karim Lalani<br>3626 Saturn Rd<br>Garland, TX 75041 | 3626 Saturn Rd<br>Garland, TX 75041 | 108103 |
| K-Stop Gas & Grocery | Attn: Tracy Nguyen<br>4305 S Lowell Blvd<br>Denver, CO 80236 | 4305 S Lowell Blvd<br>Denver, CO 80236 | 108260 |
| L&C Liquors | Attn: Jonghwan Jung<br>8100 W Crestline Ave A-18<br>Littleton, CO 80123 | 8100 W Crestline Ave A-18<br>Littleton, CO 80123 | 103633 |
| La Estrellita Inc | Attn: Patricia Chavez<br>2501 Easton Blvd<br>Des Moines, IA 50317 | 2501 Easton Blvd<br>Des Moines, IA 50317 | 119112 |
| La Familia Market (texaco) | Attn: Mhedi Momin<br>623 W Dittmar Rd<br>Austin, TX 78745 | 623 W Dittmar Rd<br>Austin, TX 78745 | 103150 |
| La Familia Mexican Market (Shell) | Attn: Mehdi Momin<br>8540 Research Blvd<br>Austin , TX 78758 | 8540 Research Blvd<br>Austin, TX 78758 | 103148 |

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| La Vista Market | Attn: Raad Habhab<br>1168 E 4th St<br>Long Beach, CA 90802 | 1168 E 4th St<br>Long Beach, CA 90802 | 104402 |
| Lake Michigan Sports Bar | Attn: Ajay K Chhabra<br>4072 Lake Michigan Dr NW<br>Grand Rapids, MI 49534 | 4072 Lake Michigan Dr NW<br>Grand Rapids, MI 49534 | 104236 |
| Lakes Mall Realty LLC, Lakes Nassim LLC | Attn: Igal Namdar<br>5600 Harvey St<br>Muskegon, MI 49444 | Attn: Namdar Realty Group<br>150 Great Neck Rd<br>Ste 304<br>Great Neck, NY 11021 | 103964 |
| Lansing Mall Realty Holding, LLC | Attn: Kasa Finch<br>1010 Northern Blvd<br>Ste 212<br>Great Neck, NY 11021 | 5330 W Saginaw Hwy<br>Lansing, MI 48917 | 103829 |
| Las Vegas Lights | 850 N. Las Vegas Blvd<br>Las Vegas, NV 89101 | 850 Las Vegas Blvd N<br>Las Vegas, NV 89101 | 149486 |
| | | 850 Las Vegas Blvd N<br>Las Vegas, NV 89101 | 149488 |
| Last Call Liquor and Cellular LLC | Attn: Sam Husson<br>10649 Lackland Rd<br>St. Louis, MO 63114 | 10649 Lackland Rd<br>St. Louis, MO 63114 | 108762 |
| LBJ Laundry | Attn: Adam Maxon<br>6404 Creekhaven Pl<br>Dallas, TX 75240 | 9780 Lyndon B Johnson Fwy<br>##125<br>Dallas, TX 75243 | 104344 |
| Leafers LLC dba Hurst Food Mart | Attn: Laxmi Niroula<br>100 W Harwood Rd<br>Hurst, TX 76054 | 100 W Harwood Rd<br>Hurst, TX 76054 | 104346 |
| Lee food market | Attn: Aziz Ali<br>1501 S Gevers St<br>San Antonio, TX 78210 | 1501 S Gevers St<br>San Antonio, TX 78210 | 103182 |
| Leo's Drive In #3 | Attn: Leo J Leo<br>PO Box 1120<br>Mission, TX 78573 | 1800 W Griffin Pkwy<br>Mission, TX 78572 | 104420 |
| Liberty Convenience Store | Attn: Avtar Singh<br>439 Capital Ave NE<br>Battle Creek, MI 49017 | 439 Capital Ave NE<br>Battle Creek, MI 49017 | 126299 |
| Lincoln Plaza Center, L.P. | Attn: Gwen Karpf<br>c/o Oxford Valley Mall<br>2300 E Lincoln Hwy<br>Ste 220-A<br>Langhorne, PA 19047 | 2300 Lincoln Hwy<br>Langhorne, PA 19047 | 103978 |
| Lindale Mall LLC | Attn: Becky Echley<br>4444 1st Ave NE<br>Cedar Rapids, IA 52402 | 4444 1st Ave NE<br>Cedar Rapids, IA 52402 | 122922 |

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Lion Petroleum Inc | Attn: Sarah King<br>4251 Lindell Blvd<br>St Louis, MO 63108 | Attn: Sarah King<br>1692 W Osage St<br>Pacific, MO 63069 | 108681 |
| Lion Petroleum Inc (dba Longview Phillips 66) | Attn: Sarah King<br>4251 Lindell Blvd<br>St Louis, MO 63108 | 3325 SW 3rd St<br>Lot 42<br>Lees Summit, MO 64081 | 103369 |
| Lisa Enterprises Inc dba Stop N Shop | Attn: Ma Ali; Rokeya Begum<br>499 N State Rd 434 #1017<br>Altamonte Springs, FL 32714 | 499 N State Rd 434 #1017<br>Altamonte Springs, FL 32714 | 117523 |
| Little Elm Ventures LLC | Attn: Yuvraj Vaghela<br>500 W Eldorado Pkwy #200<br>Little Elm, TX 75068 | 500 W Eldorado Pkwy ##200<br>Little Elm, TX 75068 | 108414 |
| Little Sam | Attn: Inderkit S Multani<br>c/o Multani BKP LLC<br>702 S WW White Rd<br>San Antonio, TX 78220 | 3215 Roosevelt Ave<br>San Antonio, TX 78214 | 103179 |
| Livingston Mall Venture | Attn: Steven Croner<br>112 Eisenhower Pkwy<br>Livingston, NJ 7039 | 112 Eisenhower Pkwy<br>Livingston, NJ 7039 | 103958 |
| Logan Valley Realty LLC, Logan Valley CH LLC, Logan Valley Nassim LLC | Attn: Igal Namdar<br>5580 Goods Ln<br>Altoona, PA 16602 | Attn: Namdar Realty Group<br>150 Great Neck Rd<br>Ste 304<br>Great Neck, NY 11021 | 103956 |
| Love Family Holding, LLC | Attn: Legal Department<br>c/o Loves Travel Stops & Country Stores, Inc.<br>PO Box 26210<br>Oklahoma City, OK 73126 | Loves Travel Stops & Country Stores, Inc.<br>157 US-93<br>Wells, NV 89835 | 155022 |
| | | Loves Travel Stops & Country Stores, Inc.<br>825 Commerce Center Dr<br>Fernley, NV 89408 | 155023 |
| | | Loves Travel Stops & Country Stores, Inc.<br>1701 Great Basin Blvd<br>Ely, NV 89301 | 155024 |
| | | Loves Travel Stops & Country Stores, Inc.<br>100 Marguerite St<br>Williams, CA 95987 | 155260 |
| | | Loves Travel Stops & Country Stores, Inc.<br>551 W Main St<br>Westmorland, CA 92281 | 155261 |
| | | Loves Travel Stops & Country Stores, Inc.<br>2700 S Blackstone St<br>Tulare, CA 93274 | 155262 |

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Loves Travel Stops & Country Stores, Inc.<br>2000 E Tehachapi Blvd<br>Tehachapi, CA 93561 | 155263 |
| | | Loves Travel Stops & Country Stores, Inc.<br>29025 W Plaza Dr<br>Santa Nella, CA 95322 | 155264 |
| | | Loves Travel Stops & Country Stores, Inc.<br>1553 W Colony Rd<br>Ripon, CA 95366 | 155265 |
| | | Loves Travel Stops & Country Stores, Inc.<br>3175 Avenue 17<br>Madera, CA 93638 | 155266 |
| | | Loves Travel Stops & Country Stores, Inc.<br>21948 CA-46<br>Lost Hills, CA 93249 | 155267 |
| | | Loves Travel Stops & Country Stores, Inc.<br>15250 Thornton Rd<br>Lodi, CA 95242 | 155268 |
| | | Loves Travel Stops & Country Stores, Inc.<br>2120 South Ave<br>Corning, CA 96021 | 155269 |
| | | Loves Travel Stops & Country Stores, Inc.<br>45-761 Dillon Rd<br>Coachella, CA 92236 | 155270 |
| | | Loves Travel Stops & Country Stores, Inc.<br>27201 Boron Frontage Rd N<br>Boron, CA 93516 | 155271 |
| | | Loves Travel Stops & Country Stores, Inc.<br>2974 Lenwood Rd<br>Barstow, CA 92311 | 155272 |
| | | Loves Travel Stops & Country Stores, Inc.<br>2931 Gila Ridge Rd<br>Yuma, AZ 85365 | 155273 |
| | | Loves Travel Stops & Country Stores, Inc.<br>1055 N Grand Canyon Blvd<br>Williams, AZ 86046 | 155274 |
| | | Loves Travel Stops & Country Stores, Inc.<br>8313 W Roosevelt St<br>Tolleson, AZ 85353 | 155275 |

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Loves Travel Stops & Country Stores, Inc.<br>760 Quartzsite Ave<br>Quartzsite, AZ 85346 | 155276 |
| | | Loves Travel Stops & Country Stores, Inc.<br>14414 S Cross L Rd<br>Mayer, AZ 86333 | 155277 |
| | | Loves Travel Stops & Country Stores, Inc.<br>14875 AZ-95<br>Lake Havasu City, AZ 86404 | 155278 |
| | | Loves Travel Stops & Country Stores, Inc.<br>6035 Minerva Ln<br>Kingman, AZ 86401 | 155279 |
| | | Loves Travel Stops & Country Stores, Inc.<br>4703 Main St<br>Joseph City, AZ 86032 | 155280 |
| | | Loves Travel Stops & Country Stores, Inc.<br>5000 N Sunland Gin Rd<br>Eloy, AZ 85131 | 155281 |
| | | Loves Travel Stops & Country Stores, Inc.<br>820 W Pima St<br>Gila Bend, AZ 85337 | 155282 |
| | | Loves Travel Stops & Country Stores, Inc.<br>7001 W Sundust Rd<br>Chandler, AZ 85226 | 155283 |
| | | Loves Travel Stops & Country Stores, Inc.<br>643 AZ-90<br>Benson, AZ 85602 | 155284 |
| | | Loves Travel Stops & Country Stores, Inc.<br>640 AZ-90<br>Benson, AZ 85602 | 155285 |
| | | Loves Travel Stops & Country Stores, Inc.<br>12501 Apex Great Basin Way<br>Las Vegas, NV 89165 | 155642 |
| | | Loves Travel Stops & Country Stores, Inc.<br>3550 W Winnemucca Blvd<br>Winnemucca, NV 89445 | 155643 |
| | | Loves Travel Stops & Country Stores, Inc.<br>1610 S Miller Rd<br>Buckeye, AZ 85326 | 161325 |

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Lucky 1 LLC | Attn: Alex Elias<br>25571 Marguerite #A<br>Mission Viejo, CA 92692 | 25571 Marguerite Pkwy ## A<br>Mission Viejo, CA 92692 | 103557 |
| Lucky 7 Tobacco & Mini Mart | Attn: Fahd Homren<br>851 Bragg Blvd<br>Fayetteville, NC 28301 | 851 Bragg Blvd<br>Fayetteville, NC 28301 | 103049 |
| Lucky Food Store | Attn: Parminder Singh<br>22 Goethals Dr<br>Richland, WA 99351 | 22 Goethals Dr<br>Richland, WA 99352 | 122919 |
| Luke Drive Through | Attn: Rufina Sanchez-Barreto<br>c/o Luke Meat Market<br>2900 N Sugar Rd<br>Pharr, TX 78577 | 2900 N Sugar Rd<br>Pharr, TX 78577 | 104406 |
| Lynn's Stop & Shop | Attn: Himanshu Desai<br>5161 NC-27<br>Iron Station, NC 28080 | 5161 NC-27<br>Iron Station, NC 28080 | 103717 |
| M & N Missouri LLC | Attn: Mohammed Qasem<br>9641 St Charles Rock Rd<br>St. Louis, MO 63114 | 9641 St Charles Rock Rd<br>St. Louis, MO 63114 | 108782 |
| M G Limited | Attn: Dharmesh Rajpoot<br>10059 Shaver Rd<br>Portage, MI 49024 | 10059 Shaver Rd<br>Portage, MI 49024 | 119422 |
| M R F Petroleum, Inc | Attn: Mukesh Mansukhani; Deepali Mansukhani<br>2750 Gessner Rd<br>Houston, TX 77080 | 2750 Gessner Rd<br>Houston, TX 77080 | 120919 |
| M&G Tobacco Shop | Attn: Gokulbhai Dalal<br>22 Canal Rd<br>Brunswick, GA 31525 | 22 Canal Rd<br>Brunswick, GA 31525 | 108061 |
| M&L Convenience LLC | Attn: David Allen May<br>808 Woodruff Pl<br>Charlotte , NC 28208 | 953 N Wendover Rd<br>Charlotte, NC 28211 | 109044 |
| M&M Manou Inc. (dba Happy Market) | Attn: Basil Mamou<br>6425 N. 47th Ave<br>Glendale, AZ 85301 | 6425 N. 47th Ave<br>Glendale, AZ 85301 | 103520 |
| M&R Umatiya Business LLC | Attn: Riaz Bhandari<br>c/o Food Basket #8<br>3600 E University Ave<br>Georgetown, TX 78626 | 3600 E University Ave<br>Georgetown, TX 78626 | 108078 |

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Macfood Mart at Sunoco (Royville) | Attn: Ray McIntosh<br>c/o McIntosh Energy<br>1923 Bremer Rd.<br>Fort Wayne, IN 46803 | 12635 Coldwater Rd<br>Fort Wayne, IN 46845 | 117468 |
| Macfood Mart at Sunoco (Wayne Haven) | Attn: Ray McIntosh<br>c/o McIntosh Energy<br>1923 Bremer Rd.<br>Fort Wayne, IN 46803 | 6925 IN-930<br>Fort Wayne, IN 46803 | 117469 |
| Macon BP | Attn: Alvin Ehrhardt<br>1707 N Missouri St<br>Macon, MO 63552 | 1707 N Missouri St<br>Macon, MO 63552 | 108055 |
| Madi 926 Inc. | Attn: Bhavana Patel; Tarun Patel<br>c/o Exxon<br>352 N Thompson Ln<br>Murfreesboro, TN 37129 | 352 N Thompson Ln<br>Murfreesboro, TN 37129 | 104397 |
| Mail Etc Inc | Attn: Bang-Mi Yu Su<br>4730 University Way NE<br>Seattle, WA 98105 | 4730 University Way NE<br>Seattle, WA 98105 | 123039 |
| Main Street Convenience | Attn: Sachin Patel<br>1919 S Main St<br>Bloomington, IL 61704 | 1919 S Main St<br>Bloomington, IL 61704 | 108207 |
| Main Street Pit Shop | Attn: Harjinder Singh<br>56 W Main St<br>Lexington, OH 44904 | 56 W Main St<br>Lexington, OH 44904 | 108807 |
| Mainly Groceries | Attn: Ounn Zamat<br>92 Northern Ave<br>Augusta, ME 04330 | 92 Northern Ave<br>Augusta, ME 4330 | 108653 |
| Mais Brazil Inc (dba Sip N' Scratch Mini Mart) | Attn: Rosemar Silva<br>701 Plantation St.<br>Worcester, MA 1605 | 701 Plantation St<br>Worcester, MA 01605 | 101602 |
| Mak's Mini Mart | Attn: Maher Makboul<br>616 SW College St<br>Portland, OR 97201 | 616 SW College St<br>Portland, OR 97201 | 141257 |