BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Phone: 702.262.6899 / Facsimile: 702.597.5503
Email: baxelrod@foxrothschild.com
      jmcpherson@foxrothschild.com
      nkoffroth@foxrothschild.com
      zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed June 14, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                 Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON THIRTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)**<br><br>Hearing Date:   July 20, 2023<br>Hearing Time:   10:30 a.m. |

**PLEASE TAKE NOTICE THAT THE DEBTOR IS REQUESTING IT BE PERMITTED TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**

**IF YOU ARE RECEIVING THIS NOTICE OF THE THIRTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a), YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON <u>EXHIBIT 1</u> ATTACHED HERETO. NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE.**

**PLEASE TAKE NOTICE** that on June 14, 2023, Cash Cloud, Inc. (the "<u>Debtor</u>"), by and through its counsel, filed a Thirteenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) (the "<u>Motion</u>").[1]

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

1

146716717.1

**NOTICE IS FURTHER GIVEN** that copies of the Motion may be obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal, Telephone: (702) 262-6899, or by download at: https://cases.stretto.com/CashCloud (the "Case Website").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on **July 20, 2023 at 10:30 a.m. prevailing Pacific time**. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code 029066#.

Dated this 14th day of June, 2023.    **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

146716717.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Jaya & Lami LLC | Attn: Surinder Singh<br>515 W Michigan Ave<br>Battle Creek, MI 49037 | 515 W Michigan Ave<br>Battle Creek, MI 49037 | 104225 |
| Jay's | Attn: Gokulbhai H Dalal<br>5715 Altama Ave<br>Brunswick, GA 31525 | 5715 Altama Ave<br>Brunswick, GA 31525 | 107959 |
| JB Severn LLC | Attn: Edwin Bochtler<br>6320 Narcoossee Rd.<br>Orlando, FL 32822 | 6320 Narcoossee Rd<br>Orlando, FL 32822 | 123437 |
| Jeff's Grocery LLC | Attn: Abdo Naji Al Gamal<br>159 Highway 346<br>Ecru, MS 38841 | 159 MS-346<br>Ecru, MS 38841 | 114697 |
| Jenisha 2nd Inc | Attn: Nayna B Goswami<br>7321 N Harlem Ave<br>Niles, IL 60714 | 7321 N Harlem Ave<br>Niles, IL 60714 | 119109 |
| Jenisha Inc / Jenny's Liquors | Attn: Nayna B Goswami, Jay Goswami<br>2316 S Elmhurst Rd<br>Mount Prospect, IL 60056 | 2316 Elmhurst Rd<br>Mt Prospect, IL 60056 | 109000 |
| Jennifer Snack | Attn: Moe Fayad<br>601 Adams St<br>Toledo, OH 43604 | 601 Adams St<br>Toledo, OH 43604 | 104198 |
| Jerry Citgo | Attn: Bolis Boktor<br>3900 Clarksville Pike<br>Nashvile, TN 37218 | 3900 Clarksville Pike<br>Nashville, TN 37218 | 104413 |
| Jewell Liquor Box | Attn: Rabea Sawaged<br>7853 W Jewell Ave<br>Lakewood, CO 80232 | 7853 W Jewell Ave<br>Lakewood, CO 80232 | 108731 |
| JG ELIZABETH II, LLC | c/o The Mills at Jersey Gardens<br>651 Kapkowski Rd<br>Elizabeth, NJ 7201 | 651 Kapkowski Rd<br>Elizabeth, NJ 7201 | 103970 |
| Jiffy Mart | Attn: Sadiq Mohammad<br>101 Luther Dr #102<br>Georgetown, TX 78628 | 101 Luther Dr ## 102<br>Georgetown, TX 78628 | 108075 |
| Jimbo's Liquor Store | Attn: Nick Dawood, GM<br>4411 Genesee Ave<br>San Diego, CA 92117 | 4411 Genesee Ave<br>San Diego, CA 92117 | 101525 |
| Johnny's Liquor Cabinet LLC | 403 W Trenton Rd #6B<br>Edinburg, TX 78539 | 403 W Trenton Rd #6b<br>Edinburg, TX 78539 | 104404 |
| Johnsburg Mobil LLC | Attn: Biren Shah<br>4304 N Johnsburg Rd<br>Johnsburg, IL 60051-6328 | 4304 N Johnsburg Rd<br>Johnsburg, IL 60051 | 108975 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – THIRTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 96)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Joplin Mini Mart | Attn: Hansa Patel, Ice Patel<br>1210 East 15th Street<br>Joplin, MO 64801 | 1210 E 15th St<br>Joplin, MO 64804 | 119596 |
| Justsarah, Inc. | Attn: Charles Sposato<br>6 Sarah Lane<br>Westerly, RI 02891 | Attn: Charles Sposato<br>1 East Ave<br>Westerly, RI 02891 | 120512 |
| JV Market | Attn: Sajj Tkhan<br>560 Washington Ave<br>Chelsea, MA 2150 | 560 Washington Ave<br>Chelsea, MA 2150 | 101594 |
| K Food Store | Attn: Osama Qaiymah (Mike)<br>3159 Midlothian Turnpike<br>Richmond, VA 23224 | 3159 Midlothian Turnpike<br>Richmond, VA 23224 | 103103 |
| K K Trading Inc | Attn: Syed Mehmood<br>3152 W Devon Ave Apt 2C<br>Chicago, IL 60659-1469 | 3152 W Devon Ave<br>Chicago, IL 60659 | 116329 |
| Kalikotey Khadka LLC | Attn: Prabin Khadka<br>1404 6th Ave<br>Moline, IL 61265 | 1404 6th Ave<br>Moline, IL 61265 | 123447 |
| Kanan Foods | Attn: Hiren Patel<br>3302 SW 29th St<br>Oklahoma City, OK 73119 | 3302 SW 29th St<br>Oklahoma City, OK 73119 | 108678 |
| Kapisa M Enterprises Inc. | Attn: Matiur Rahmani<br>699 W Renner Rd<br>Richardson, TX 75080 | 699 W Renner Rd<br>Richardson, TX 75080 | 108043 |
| Kassra Inc | Attn: Seyed Rafiee<br>2292 Thompson Blvd<br>Ventura, CA 93001 | 2292 E Thompson Blvd<br>Ventura, CA 93001 | 101496 |
| Kenlen Inc. | Attn: Kenneth Greiner<br>2039 Campus Dr<br>St Charles, MO 63301 | 2039 Campus Dr<br>St Charles, MO 63301 | 108765 |
| Ken's SuperFair Foods | Attn: Paul Vetch<br>2105 6th Ave SE<br>Aberdeen, SD 57401 | 2105 6th Ave SE<br>Aberdeen, SD 57401 | 139991 |
| Kentwood Laundromat | Attn: Chau Le<br>5350 Ticonderoga Dr SE<br>Kentwood, MI 49508 | 4443 Breton Road SE<br>Ste F<br>Kentwood, MI 49508 | 121814 |
| Keshav Oil Inc | Attn: Vaibhav Patel<br>701 Dickerson Pike<br>Nashville, TN 37207 | 701 Dickerson Pike<br>Nashville, TN 37207 | 104422 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – THIRTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 96)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Keshav Stores Inc. DBA Bizee Mart | Attn: Mukesh Chaudhary<br>212 S Horton Pkwy<br>Chapel Hill, TN 37034 | 302 W Northfeld Blvd<br>Murfreesboro, TN  37129 | 104400 |
| Kevin Rose | Attn: Alex B<br>2235s AZ-89<br>Chino Valley, AZ 86323 | 2235s AZ-89<br>Chino Valley, AZ  86323 | 108707 |
| Khodiyar Enterprise | Attn: JD Patel<br>3937 Leaphart Rd<br>Colombia, SC 29169 | 3937 Leaphart Rd<br>West Columbia, SC  29169 | 103224 |
| King City Liquors | Attn: Alpesh Patel<br>307 S 12th St<br>Mt Vernon, IL 62864 | 307 S 12th St<br>Mt Vernon, IL  62864 | 108311 |
| King Spencer Store LLC | Attn: Devi Chhetri<br>429 N Salisbury Ave<br>Spencer, NC 28159 | 429 Salisbury Ave<br>Spencer, NC  28159 | 115318 |
| King Wine & Liquor #3 - LycaMobile Store | Attn: Ablud Khan<br>1120 Fulton Ave #Ste A<br>Sacramento, CA 95825 | 1120 Fulton Ave<br>Sacramento, CA  95825 | 108153 |
| Kings Wine and Liquor #2 | Attn: Ablud Khan<br>2346 Fruitridge Rd<br>Sacramento, CA 95822 | 2346 Fruitridge Rd<br>Sacramento, CA  95822 | 108154 |
| Kings Wines & Liquor | Attn: Ablud Khan<br>1328 Fulton Ave.<br>Sacramento, CA 95825 | 1328 Fulton Ave<br>Sacramento, CA  95825 | 103676 |
| Kingsley One Stop Foodmart | Attn: Wais Samad<br>2518 W Kingsley Rd<br>Garland, TX 75041 | 2518 W Kingsley Rd<br>Garland, TX  75041 | 108041 |
| Kingstar | Attn: Muhammad Bhatti<br>2228 Lincoln St<br>Cedar Falls, IA 50613 | 2228 Lincoln St<br>Cedar Falls, IA  50613 | 108533 |
| Kirkwood Laundromat | Attn: Michael Frisella<br>636 W Woodbine Ave<br>Kirkwood, MO 63122 | Michael Frisella<br>8623 Big Bend St<br>St. Louis, MO  63119 | 115330 |
| Kirsch Liquors | Attn: Ryan Sens; Bob Kirsch<br>646 Main St<br>Worcester, MA 1608 | 646 Main St<br>Worcester, MA  01608 | 103092 |
| Kitty's Corner | Attn: Raees Chohan (Ray)<br>7298 MN-65<br>Fridley, MN 55432 | 7298 MN-65<br>Fridley, MN  55432 | 108065 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – THIRTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 96)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Kitty's Corner #2 | Attn: Raees<br>1530 Sherwood Ave<br>St. Paul, MN 55106 | 1530 Sherwood Ave<br>St Paul, MN 55106 | 108054 |
| Kohanoff Arco | Attn: Saeed Kohanoff<br>11243 San Fernando Rd<br>San Fernando, CA 91340 | 11243 San Fernando Rd<br>San Fernando, CA 91340 | 101411 |
| Kohistani Enterprises LLC | Attn: Abdul Samad<br>2903 Royal Ln<br>Dallas, TX 75229 | 2903 Royal Ln<br>Dallas, TX 75229 | 108039 |
| Koies/Abel General Store | Attn: Abel Hasnat and Shana Meazi<br>2400 Brook Ave<br>Wichita Falls, TX 76301 | 2400 Brook Ave<br>Wichita Falls, TX 76301 | 103295 |
| Kong Marketing LLC | Attn: Sotheary Kong<br>6508 N Interstate Ave<br>Portland, OR 97217 | 6508 N Interstate Ave<br>Portland, OR 97217 | 107938 |
| Koodegras CBD Oil | Attn: Diane Bingham<br>1005 Fort Union Blvd<br>Midvale, UT 84047 | 1005 Fort Union Blvd<br>Midvale, UT 84047 | 128662 |
| Kopper Keg North Inc | Attn: Gary Zornes<br>8725 W Deer Springs Way<br>Las Vegas, NV 89109 | 8725 W Deer Springs Way<br>Las Vegas, NV 89149 | 103079 |
| Kristy and Sons LLC | Attn: Karim Lalani<br>3626 Saturn Rd<br>Garland, TX 75041 | 3626 Saturn Rd<br>Garland, TX 75041 | 108103 |
| K-Stop Gas & Grocery | Attn: Tracy Nguyen<br>4305 S Lowell Blvd<br>Denver, CO 80236 | 4305 S Lowell Blvd<br>Denver, CO 80236 | 108260 |
| L&C Liquors | Attn: Jonghwan Jung<br>8100 W Crestline Ave A-18<br>Littleton, CO 80123 | 8100 W Crestline Ave A-18<br>Littleton, CO 80123 | 103633 |
| La Estrellita Inc | Attn: Patricia Chavez<br>2501 Easton Blvd<br>Des Moines, IA 50317 | 2501 Easton Blvd<br>Des Moines, IA 50317 | 119112 |
| La Familia Market (texaco) | Attn: Mhedi Momin<br>623 W Dittmar Rd<br>Austin, TX 78745 | 623 W Dittmar Rd<br>Austin, TX 78745 | 103150 |
| La Familia Mexican Market (Shell) | Attn: Mehdi Momin<br>8540 Research Blvd<br>Austin , TX 78758 | 8540 Research Blvd<br>Austin, TX 78758 | 103148 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – THIRTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 96)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| La Vista Market | Attn: Raad Habhab<br>1168 E 4th St<br>Long Beach, CA 90802 | 1168 E 4th St<br>Long Beach, CA 90802 | 104402 |
| Lake Michigan Sports Bar | Attn: Ajay K Chhabra<br>4072 Lake Michigan Dr NW<br>Grand Rapids, MI 49534 | 4072 Lake Michigan Dr NW<br>Grand Rapids, MI 49534 | 104236 |
| Lakes Mall Realty LLC, Lakes Nassim LLC | Attn: Igal Namdar<br>5600 Harvey St<br>Muskegon, MI 49444 | Attn: Namdar Realty Group<br>150 Great Neck Rd<br>Ste 304<br>Great Neck, NY 11021 | 103964 |
| Lansing Mall Realty Holding, LLC | Attn: Kasa Finch<br>1010 Northern Blvd<br>Ste 212<br>Great Neck, NY 11021 | 5330 W Saginaw Hwy<br>Lansing, MI 48917 | 103829 |
| Las Vegas Lights | 850 N. Las Vegas Blvd<br>Las Vegas, NV 89101 | 850 Las Vegas Blvd N<br>Las Vegas, NV 89101 | 149486 |
| | | 850 Las Vegas Blvd N<br>Las Vegas, NV 89101 | 149488 |
| Last Call Liquor and Cellular LLC | Attn: Sam Husson<br>10649 Lackland Rd<br>St. Louis, MO 63114 | 10649 Lackland Rd<br>St. Louis, MO 63114 | 108762 |
| LBJ Laundry | Attn: Adam Maxon<br>6404 Creekhaven Pl<br>Dallas, TX 75240 | 9780 Lyndon B Johnson Fwy ##125<br>Dallas, TX 75243 | 104344 |
| Leafers LLC dba Hurst Food Mart | Attn: Laxmi Niroula<br>100 W Harwood Rd<br>Hurst, TX 76054 | 100 W Harwood Rd<br>Hurst, TX 76054 | 104346 |
| Lee food market | Attn: Aziz Ali<br>1501 S Gevers St<br>San Antonio, TX 78210 | 1501 S Gevers St<br>San Antonio, TX 78210 | 103182 |
| Leo's Drive In #3 | Attn: Leo J Leo<br>PO Box 1120<br>Mission, TX 78573 | 1800 W Griffin Pkwy<br>Mission, TX 78572 | 104420 |
| Liberty Convenience Store | Attn: Avtar Singh<br>439 Capital Ave NE<br>Battle Creek, MI 49017 | 439 Capital Ave NE<br>Battle Creek, MI 49017 | 126299 |
| Lincoln Plaza Center, L.P. | Attn: Gwen Karpf<br>c/o Oxford Valley Mall<br>2300 E Lincoln Hwy<br>Ste 220-A<br>Langhorne, PA 19047 | 2300 Lincoln Hwy<br>Langhorne, PA 19047 | 103978 |
| Lindale Mall LLC | Attn: Becky Echley<br>4444 1st Ave NE<br>Cedar Rapids, IA 52402 | 4444 1st Ave NE<br>Cedar Rapids, IA 52402 | 122922 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – THIRTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 96)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Lion Petroleum Inc | Attn: Sarah King<br>4251 Lindell Blvd<br>St Louis, MO 63108 | Attn: Sarah King<br>1692 W Osage St<br>Pacific, MO 63069 | 108681 |
| Lion Petroleum Inc (dba Longview Phillips 66) | Attn: Sarah King<br>4251 Lindell Blvd<br>St Louis, MO 63108 | 3325 SW 3rd St<br>Lot 42<br>Lees Summit, MO 64081 | 103369 |
| Lisa Enterprises Inc dba Stop N Shop | Attn: Ma Ali; Rokeya Begum<br>499 N State Rd 434 #1017<br>Altamonte Springs, FL 32714 | 499 N State Rd 434 #1017<br>Altamonte Springs, FL 32714 | 117523 |
| Little Elm Ventures LLC | Attn: Yuvraj Vaghela<br>500 W Eldorado Pkwy #200<br>Little Elm, TX 75068 | 500 W Eldorado Pkwy ##200<br>Little Elm, TX 75068 | 108414 |
| Little Sam | Attn: Inderkit S Multani<br>c/o Multani BKP LLC<br>702 S WW White Rd<br>San Antonio, TX 78220 | 3215 Roosevelt Ave<br>San Antonio, TX 78214 | 103179 |
| Livingston Mall Venture | Attn: Steven Croner<br>112 Eisenhower Pkwy<br>Livingston, NJ 7039 | 112 Eisenhower Pkwy<br>Livingston, NJ 7039 | 103958 |
| Logan Valley Realty LLC, Logan Valley CH LLC, Logan Valley Nassim LLC | Attn: Igal Namdar<br>5580 Goods Ln<br>Altoona, PA 16602 | Attn: Namdar Realty Group<br>150 Great Neck Rd<br>Ste 304<br>Great Neck, NY 11021 | 103956 |
| Love Family Holding, LLC | Attn: Legal Department<br>c/o Loves Travel Stops & Country Stores, Inc.<br>PO Box 26210<br>Oklahoma City, OK 73126 | Loves Travel Stops & Country Stores, Inc.<br>157 US-93<br>Wells, NV 89835 | 155022 |
| | | Loves Travel Stops & Country Stores, Inc.<br>825 Commerce Center Dr<br>Fernley, NV 89408 | 155023 |
| | | Loves Travel Stops & Country Stores, Inc.<br>1701 Great Basin Blvd<br>Ely, NV 89301 | 155024 |
| | | Loves Travel Stops & Country Stores, Inc.<br>100 Marguerite St<br>Williams, CA 95987 | 155260 |
| | | Loves Travel Stops & Country Stores, Inc.<br>551 W Main St<br>Westmorland, CA 92281 | 155261 |
| | | Loves Travel Stops & Country Stores, Inc.<br>2700 S Blackstone St<br>Tulare, CA 93274 | 155262 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – THIRTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 96)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Loves Travel Stops & Country Stores, Inc. 2000 E Tehachapi Blvd Tehachapi, CA  93561 | 155263 |
| | | Loves Travel Stops & Country Stores, Inc. 29025 W Plaza Dr Santa Nella, CA  95322 | 155264 |
| | | Loves Travel Stops & Country Stores, Inc. 1553 W Colony Rd Ripon, CA  95366 | 155265 |
| | | Loves Travel Stops & Country Stores, Inc. 3175 Avenue 17 Madera, CA  93638 | 155266 |
| | | Loves Travel Stops & Country Stores, Inc. 21948 CA-46 Lost Hills, CA  93249 | 155267 |
| | | Loves Travel Stops & Country Stores, Inc. 15250 Thornton Rd Lodi, CA  95242 | 155268 |
| | | Loves Travel Stops & Country Stores, Inc. 2120 South Ave Corning, CA  96021 | 155269 |
| | | Loves Travel Stops & Country Stores, Inc. 45-761 Dillon Rd Coachella, CA  92236 | 155270 |
| | | Loves Travel Stops & Country Stores, Inc. 27201 Boron Frontage Rd N Boron, CA  93516 | 155271 |
| | | Loves Travel Stops & Country Stores, Inc. 2974 Lenwood Rd Barstow, CA  92311 | 155272 |
| | | Loves Travel Stops & Country Stores, Inc. 2931 Gila Ridge Rd Yuma, AZ  85365 | 155273 |
| | | Loves Travel Stops & Country Stores, Inc. 1055 N Grand Canyon Blvd Williams, AZ  86046 | 155274 |
| | | Loves Travel Stops & Country Stores, Inc. 8313 W Roosevelt St Tolleson, AZ  85353 | 155275 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – THIRTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 96)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Loves Travel Stops & Country Stores, Inc.<br>760 Quartzsite Ave<br>Quartzsite, AZ  85346 | 155276 |
| | | Loves Travel Stops & Country Stores, Inc.<br>14414 S Cross L Rd<br>Mayer, AZ  86333 | 155277 |
| | | Loves Travel Stops & Country Stores, Inc.<br>14875 AZ-95<br>Lake Havasu City, AZ  86404 | 155278 |
| | | Loves Travel Stops & Country Stores, Inc.<br>6035 Minerva Ln<br>Kingman, AZ  86401 | 155279 |
| | | Loves Travel Stops & Country Stores, Inc.<br>4703 Main St<br>Joseph City, AZ  86032 | 155280 |
| | | Loves Travel Stops & Country Stores, Inc.<br>5000 N Sunland Gin Rd<br>Eloy, AZ  85131 | 155281 |
| | | Loves Travel Stops & Country Stores, Inc.<br>820 W Pima St<br>Gila Bend, AZ  85337 | 155282 |
| | | Loves Travel Stops & Country Stores, Inc.<br>7001 W Sundust Rd<br>Chandler, AZ  85226 | 155283 |
| | | Loves Travel Stops & Country Stores, Inc.<br>643 AZ-90<br>Benson, AZ  85602 | 155284 |
| | | Loves Travel Stops & Country Stores, Inc.<br>640 AZ-90<br>Benson, AZ  85602 | 155285 |
| | | Loves Travel Stops & Country Stores, Inc.<br>12501 Apex Great Basin Way<br>Las Vegas, NV  89165 | 155642 |
| | | Loves Travel Stops & Country Stores, Inc.<br>3550 W Winnemucca Blvd<br>Winnemucca, NV  89445 | 155643 |
| | | Loves Travel Stops & Country Stores, Inc.<br>1610 S Miller Rd<br>Buckeye, AZ  85326 | 161325 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – THIRTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 96)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Lucky 1 LLC | Attn: Alex Elias<br>25571 Marguerite #A<br>Mission Viejo, CA 92692 | 25571 Marguerite Pkwy ## A<br>Mission Viejo, CA  92692 | 103557 |
| Lucky 7 Tobacco & Mini Mart | Attn: Fahd Homren<br>851 Bragg Blvd<br>Fayetteville, NC 28301 | 851 Bragg Blvd<br>Fayetteville, NC  28301 | 103049 |
| Lucky Food Store | Attn: Parminder Singh<br>22 Goethals Dr<br>Richland, WA 99351 | 22 Goethals Dr<br>Richland, WA  99352 | 122919 |
| Luke Drive Through | Attn: Rufina Sanchez-Barreto<br>c/o Luke Meat Market<br>2900 N Sugar Rd<br>Pharr, TX 78577 | 2900 N Sugar Rd<br>Pharr, TX  78577 | 104406 |
| Lynn's Stop & Shop | Attn: Himanshu Desai<br>5161 NC-27<br>Iron Station, NC 28080 | 5161 NC-27<br>Iron Station, NC  28080 | 103717 |
| M & N Missouri LLC | Attn: Mohammed Qasem<br>9641 St Charles Rock Rd<br>St. Louis, MO 63114 | 9641 St Charles Rock Rd<br>St. Louis, MO  63114 | 108782 |
| M G Limited | Attn: Dharmesh Rajpoot<br>10059 Shaver Rd<br>Portage, MI 49024 | 10059 Shaver Rd<br>Portage, MI  49024 | 119422 |
| M R F Petroleum, Inc | Attn: Mukesh Mansukhani; Deepali Mansukhani<br>2750 Gessner Rd<br>Houston, TX 77080 | 2750 Gessner Rd<br>Houston, TX  77080 | 120919 |
| M&G Tobacco Shop | Attn: Gokulbhai Dalal<br>22 Canal Rd<br>Brunswick, GA  31525 | 22 Canal Rd<br>Brunswick, GA  31525 | 108061 |
| M&L Convenience LLC | Attn: David Allen May<br>808 Woodruff Pl<br>Charlotte , NC 28208 | 953 N Wendover Rd<br>Charlotte, NC  28211 | 109044 |
| M&M Manou Inc. (dba Happy Market) | Attn: Basil Mamou<br>6425 N. 47th Ave<br>Glendale, AZ 85301 | 6425 N. 47th Ave<br>Glendale, AZ  85301 | 103520 |
| M&R Umatiya Business LLC | Attn: Riaz Bhandari<br>c/o Food Basket #8<br>3600 E University Ave<br>Georgetown, TX 78626 | 3600 E University Ave<br>Georgetown, TX  78626 | 108078 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – THIRTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 96)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Macfood Mart at Sunoco (Royville) | Attn: Ray McIntosh c/o McIntosh Energy 1923 Bremer Rd. Fort Wayne, IN 46803 | 12635 Coldwater Rd Fort Wayne, IN 46845 | 117468 |
| Macfood Mart at Sunoco (Wayne Haven) | Attn: Ray McIntosh c/o McIntosh Energy 1923 Bremer Rd. Fort Wayne, IN 46803 | 6925 IN-930 Fort Wayne, IN 46803 | 117469 |
| Macon BP | Attn: Alvin Ehrhardt 1707 N Missouri St Macon, MO 63552 | 1707 N Missouri St Macon, MO 63552 | 108055 |
| Madi 926 Inc. | Attn: Bhavana Patel; Tarun Patel c/o Exxon 352 N Thompson Ln Murfreesboro, TN 37129 | 352 N Thompson Ln Murfreesboro, TN 37129 | 104397 |
| Mail Etc Inc | Attn: Bang-Mi Yu Su 4730 University Way NE Seattle, WA 98105 | 4730 University Way NE Seattle, WA 98105 | 123039 |
| Main Street Convenience | Attn: Sachin Patel 1919 S Main St Bloomington, IL 61704 | 1919 S Main St Bloomington, IL 61704 | 108207 |
| Main Street Pit Shop | Attn: Harjinder Singh 56 W Main St Lexington, OH 44904 | 56 W Main St Lexington, OH 44904 | 108807 |
| Mainly Groceries | Attn: Ounn Zamat 92 Northern Ave Augusta, ME 04330 | 92 Northern Ave Augusta, ME 4330 | 108653 |
| Mais Brazil Inc (dba Sip N' Scratch Mini Mart) | Attn: Rosemar Silva 701 Plantation St. Worcester, MA 1605 | 701 Plantation St Worcester, MA 01605 | 101602 |
| Mak's Mini Mart | Attn: Maher Makboul 616 SW College St Portland, OR 97201 | 616 SW College St Portland, OR 97201 | 141257 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – THIRTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 96)**