BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
      jmcpherson@foxrothschild.com
      nkoffroth@foxrothschild.com
      zwilliams@foxrothschild.com
*Counsel for Debtor*

| Electronically Filed June 14, 2023 |
| --- |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
| --- | --- |
| In re | Case No. BK-S-23-10423-MKN |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| | **FOURTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)** |
| Debtor. | Hearing Date: July 20, 2023<br>Hearing Time: 10:30 a.m.<br>Estimated Time for Hearing: 20 Minutes |

**PLEASE TAKE NOTICE THAT IF YOU ARE RECEIVING NOTICE OF THIS MOTION, YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON EXHIBIT 2 ATTACHED HERETO.  NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146716737.1 [FOURTEENTH MOTION]

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, respectfully submits this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit 1**,[1] approving the rejection of contracts and/or unexpired leases set forth in **Exhibit 2** attached hereto pursuant to Bankruptcy Code[2] § 365(a).  This Motion is made and based on the *Declaration of Daniel Ayala* (the "Ayala Declaration") filed in support hereof, the following points and authorities, the papers and pleadings on file with the Court in this Chapter 11 Case, and any oral argument the Court may entertain at the hearing on the Motion.

Dated this 14th day of June, 2023.

**FOX ROTHSCHILD LLP**

By:  /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

## POINTS AND AUTHORITIES

### I.    JURISDICTION AND VENUE

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory basis for the relief requested herein is 11 U.S.C. §§ 105(a), and § 365(a) and Bankruptcy Rules 6006 and 9014.

4.      Pursuant to Local Rule 9014.2, the Debtor consents to entry of final order(s) or judgment(s) by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

---

[1] After notice of this Motion, revisions to this proposed order may be made.

[2] All references to "chapter" and "section" herein shall be to the "Bankruptcy Code" appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall refer to the Federal Rules of Bankruptcy Procedure.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146716737.1 [FOURTEENTH MOTION]

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## II.    BACKGROUND

**A.    Debtor's Filing**

5.    On February 7, 2023 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

6.    The Debtor is authorized to operate its business and manage its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7.    An Official Committee of Unsecured Creditors was appointed on or about February 17, 2023.

**B.    Debtor's Business And Contracts And/Or Leases**

8.    The Debtor was formed as a Nevada corporation for the purpose of providing a platform for customers to buy and sell digital currencies through Digital Currency Machines ("DCMs") distributed across the United States.  DCMs are an advanced version of the kiosks commonly referred to as Bitcoin ATMs or BTMs, that enable a consumer to both (a) buy bitcoin as well as 30+ other digital currencies with cash, and (b) sell digital currency for cash.  The Debtor's machines are DCMs offering two-way functionality, over 30 digital currency options, an advanced user interface and a custom non-custodial companion wallet app (available on the Apple App Store and the Google Play Store).  See Ayala Declaration.

9.    In connection with the installation, operation, and use of the DCMs, or kiosks ("Kiosks"), Cash Cloud entered into numerous contracts (the "Contracts") or leases ("Leases") with various parties ("Counterparty" or "Counterparties").

10.    Specifically, the Debtor is a party to Contracts or Leases pertaining to the installation of Kiosks at retail locations, including convenience stores, malls, and enterprise grocery stores, such Contracts or Leases generally provide Cash Cloud permission to install a Kiosk at a certain location ("Location") in exchange for compensation being paid to the Counterparty. The terms in the Contracts and/or Leases vary.  Under certain "master" Contracts and/or Leases, wherein such Contract or Lease governs the installation of Kiosks at multiple, different Locations (as set forth within the exhibits attached to the Contract or Lease), the Contract or Lease contains terms that provide not only for the termination of the master agreement, as a whole, but also for either the

3

Debtor or the Counterparty to terminate certain identified Locations.  See Ayala Declaration.

11.     In addition, the Debtor is also a party to numerous Contracts or Leases necessary for its general operations.  See Ayala Declaration.

12.     On May 8, 2023, the Debtor filed Debtor's Motion For Order Extending Deadline To Assume, Assume And Assign, Or Reject Unexpired Nonresidential Real Property Leases Pursuant To 11 U.S.C. § 365(d)(4) wherein the Debtor requested an extension of time to assume or reject all of its unexpired non-residential real property leases.

13.     On June 6, 2023, the Court entered an Order Extending Deadline To Assume, Assume And Assign, Or Reject Unexpired Nonresidential Real Property Leases Pursuant To 11 U.S.C. § 365(d)(4) [ECF 619] extending the time for the Debtor to assume or reject Leases to July 14, 2023.

**C.    <u>Sale of the Debtor's Assets</u>**

14.     On April 7, 2023, the Debtor filed a Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially All of the Debtors Assets; (B) Approving Form Notice to Be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan [ECF No. 392].

15.     On April 27, 2023, the Court entered an Order Establishing Bidding Procedures and Related Deadlines [ECF No. 483] (the "<u>Bid Procedures Order</u>").

16.     The Bid Procedures Order approved bidding procedures governing the sale of substantially all of Debtor's assets.

17.     In accordance with the Bid Procedures Order, the Debtor held an auction for the sale of substantially all of the Debtor's assets on June 2, 2023.  The bid presented by Heller Capital Group, LLC ("<u>Heller Capital</u>") for the purchase of certain of the Debtor's assets was selected as one of the winning bids.

18.     Heller Capital will be purchasing certain of the Debtor's Kiosks, including without limitation, Kiosks used in connection with the Contracts and Leases subject to the Motion.

/ / /

146716737.1 [FOURTEENTH MOTION]

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**D.** **Rejection of Contracts And/Or Leases**

19.    The Debtor has made the decision to reject the Contracts and/or Leases after undertaking a financial analysis of the expense to the Debtor's estate associated with each Contract or Lease, and the benefits to the estate and its creditors associated with each Contract or Lease. Based upon the Debtor's financial analysis of the Contracts and/or Leases, the Debtor, in its business judgment, has determined that the Contracts and/or Leases set forth in the Motion are financially burdensome and do not provide benefit to the estate.  Among other things, the Debtor considered the historical performance, cure costs associated with assuming the contracts, ongoing administrative expenses, and potentially irreparable business relationships with certain hosts. The Contracts and/or Leases, or certain Locations, that are listed on Exhibit 2 are no longer needed and are not a source of potential value for the Debtor's future operations, creditors, or interest holders.  Further, the Debtor seeks to avoid depletion of the estate through accrual of administrative expenses associated with these Contracts and/or Leases. In addition, the Debtor has determined that there is no value in attempting to assume and assign the Contracts and/or Leases, as they are not marketable given their terms.  Indeed, Heller Capital has determined it does not seek to have the Debtor assume and assign the Contracts or Leases.  See Ayala Declaration.

**E.** **Requested Relief**

20.    Bankruptcy Code section 365(a) authorizes the Debtor, subject to this Court's approval, to reject any executory contract or unexpired lease.  Based on its business judgment, Debtor has determined that the Contracts and/or Leases are financially burdensome to the estate and do not provide benefit to the estate.  See Ayala Declaration.  Accordingly, the Debtor seeks authority to reject the Contracts and/or Leases set forth on **Exhibit 2** as of the date of the filing of this Motion to prevent the incurrence of ongoing administrative expenses with respect to the Contracts and/or Leases.  See Ayala Declaration.

### III.    MEMORANDUM OF LAW

**A.** **The Debtor's Decision To Reject The Contracts And/Or Leases Should Be Approved**

21.    Section 365 of the Bankruptcy Code provides that "the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."  11 U.S.C.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146716737.1 [FOURTEENTH MOTION]

§ 365(a).  "Under the Code, most courts have applied a 'business judgment' test to trustees' decisions to assume or reject contracts or leases."  3 <u>Collier on Bankruptcy</u> ¶ 365.03[2] (16th Ed. 2016).  "In making its determination, a bankruptcy court need engage in only a cursory review of a debtor-in-possession's decision to reject the contract."  <u>Agarwal v. Pomona Valley Med. Group, Inc. (In re Pomona Valley Med. Group, Inc.)</u>, 476 F.3d 665, 670 (9th Cir. 2007) (internal punctuation omitted).

22.     "[I]n evaluating the rejection decision, the bankruptcy court should presume that the debtor-in-possession acted prudently, on an informed basis, in good faith, and in the honest belief that the action taken was in the best interests of the bankruptcy estate."  <u>Id.</u>, at 670.  In the Ninth Circuit, a bankruptcy court "should approve the rejection of an executory contract under § 365(a) unless it finds that the debtor-in-possession's conclusion that rejection would be advantageous is so manifestly unreasonable that it could not be based on sound business judgment, but only on bad faith, or whim or caprice."  <u>Id.</u> (internal punctuation omitted).

23.     The Debtor's decision to reject the Contracts and/or Leases reflects the Debtor's exercise of sound business judgment and is in the best interests of the Debtor, its estate, and its creditors.  The Debtor has determined that the Contracts and/or Leases are not necessary for the Debtor's operations and are financially burdensome and not beneficial to the estate. The Leases are not a source of potential value for the Debtor's future operations, creditors, or interest holders, and are believed to not be marketable given their terms and constitute an unnecessary drain on the Debtor's limited resources.  Indeed, Heller Capital has determined it does not seek to have the Debtor assume and assign the Contracts or Leases. <u>See</u> Ayala Declaration.  Accordingly, the Debtor submits that its decision to reject the Contracts and/or Leases is a sound exercise of its business judgment and should be approved.

**B.     Rejection As of the Date of the Filing of This Motion**

24.     This Court has authority to approve the rejection of executory contracts or leases as of the date of the filing of the motion for rejection. Section 365 of the Bankruptcy Code does not expressly provide whether courts may order rejection to be effective retroactively.  However, courts have held that bankruptcy courts may exercise their equitable powers in granting such a retroactive

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

order when they conclude that doing so promotes the purposes of Section 365, and that after balancing the equities of a case, equities weigh in favor the debtor.  See, e.g., Pac. Shores Dev., LLC v. At Home Corp. (In re At Home Corp.), 392 F.3d 1064, 1065 (9th Cir. 2004) (affirming order authorizing rejection as of date of filing of motion), cert. denied, 564 U.S. 814 (2005); Thinking Machines Corp. v. Mellon Fin. Servs. Corp. (In re Thinking Machs. Corp.), 67 F.3d 1021, 1028-29 (1st Cir. 1995) (bankruptcy court has power to approve rejection as of date of filing motion); In re Amber's Stores, Inc., 193 B.R. 819, 827 (Bankr. N.D. Tex. 1996)(holding that the lease should be deemed rejected as of the petition date due to the equities of case).   Although this caselaw pertains to the rejection of nonresidential real property leases, the rationale contained therein is applicable to executory contracts. The Ninth Circuit in In re At Home Corp., explained that "the equitable authority recognized in Thinking Machines has been imported to contexts other than unexpired nonresidential leases," citing to Malden Mills Indus., Inc. v. Maroun (In re Malden Mills Indus., Inc.), 303 B.R. 688, 701 (B.A.P. 1st Cir. 2004) and its application of this principle to abandonment of personal property.  392 F.3d at 1070.  The Debtor further notes that the Ninth Circuit's holding in In re At Home Corp., 392 F.3d 1064 (9th Cir. 2004) allowing rejection as of the date of the motion has been found to be undisturbed by the Court's holding in Roman Catholic Archdiocese of San Juan v. Acevedo Feliciano, ___ U.S. ___, 140 S.Ct. 696 (2020). See In re Player's Poker Club, Inc., 636 B.R. 811 (Bankr. C.D.Cal. 2022).

25.     Balancing the equities in this case, approving rejection of the Contracts and/or Leases as of the date of this Motion is appropriate.  The Debtor has promptly filed this Motion and promptly set it for hearing giving Counterparties notice of this Motion and the Debtor's intention. Without the authority to reject as of the Motion filing date, the Debtor may be forced to incur potential administrative expenses for agreements that provide no benefit to the estate to the detriment of creditors and other stakeholders.  Further, allowing the Debtor to reject the Contracts and/or Leases will not unduly prejudice the Counterparties because the Counterparties will receive notice of the Motion and therefore will have sufficient opportunity to object if they so choose. Indeed, the Counterparties may benefit from the rejection as they will be relieved of obligations under the Contracts and/or Leases.  Accordingly, the rejection of the Contracts and/or Leases should

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

be approved as of the date of the Motion.

## V.    RESERVATION OF RIGHTS

26.    Nothing contained herein is intended or should be construed as an admission of the validity of any claim against the Debtor, a waiver of the Debtor's rights to dispute any claim, or an approval or assumption of any agreement, contract, or lease under section 365 of the Bankruptcy Code.  The Debtor expressly reserves its rights to contest any invoice or claim related to the relief requested herein in accordance with applicable law.

## VI.    NOTICE

27.    Notice of this Motion has been given by electronic mail or first class mail to the following parties or their counsel: (a) the Office of the United States Trustee for the District of Nevada; (b) counsel for the Official Committee of Unsecured Creditors; (c) counsel to Debtor's secured creditors; (d) counsel to parties that have a lease interest in the Remaining Property; (e) the counterparties to the Contracts and/or Leases; and (f) all parties that have filed a Rule 2002 Notice Request in the Chapter 11 Case.  In light of the nature of the relief requested, Debtor respectfully submits that such notice is appropriate and sufficient under the circumstances and that no further notice is necessary.

## CONCLUSION

WHEREFORE, for all of the foregoing reasons, Debtor respectfully requests that this Court enter an Order granting this Motion, substantially in the form attached hereto as **Exhibit 1,** and (a) approving the rejection of the Contracts and/or Leases set forth on **Exhibit 2** attached hereto, as of the date of the filing of this Motion; and (b) granting such other and further relief as this Court deems appropriate.

Dated this 14th day of June, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146716737.1 [FOURTEENTH MOTION]

**EXHIBIT 1**

**PROPOSED ORDER**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        jmcpherson@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-S-23-10423-MKN |
|---|---|
| CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Chapter 11<br>**ORDER GRANTING FOURTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)**<br>Hearing Date:    July 20, 2023<br>Hearing Time:   10:30 a.m. |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

9

146716737.1 [FOURTEENTH MOTION]

The Court having reviewed and considered Debtor's motion [ECF _____] (the "Motion")[3] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a); and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: _____
        JEANETTE E. MCPHERSON, ESQ.
        BRETT A. AXELROD, ESQ.
        NICHOLAS A. KOFFROTH, ESQ.
        ZACHARY T. WILLIAMS, ESQ.
        1980 Festival Plaza Drive, Suite 700
        Las Vegas, Nevada 89135

*Counsel for Debtor*

---

[3] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

146716737.1 [FOURTEENTH MOTION]

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

### <u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021</u>

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐   The Court has waived the requirement of approval in LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion.

☐   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146716737.1 [FOURTEENTH MOTION]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**EXHIBIT 1 TO PROPOSED ORDER**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Manchester High Mart | Attn: Soubhi Toma<br>252 Spencer St<br>Manchester, CT 6040 | 252 Spencer St<br>Manchester, CT 6040 | 121557 |
| Manha Food and Deli | Attn: Jorge Ledo<br>1657 N Miami Ave Ste D<br>Miami, FL 33136 | 467 NW 8th St<br>Miami, FL 33136 | 118605 |
| Marathon Gas | Attn: Najeeb Chaudhry<br>3933 Sullivant Ave<br>Columbus, OH 43228 | 3933 Sullivant Ave<br>Columbus, OH 43228 | 108931 |
| Marathon Gas Elkhart /<br>New Simanton Lake Inc. | Attn: Sarwan Singh<br>51451 State Rte 19<br>Elkhart, IN 46514 | 51451 State Rte 19<br>Elkhart, IN 46514 | 108247 |
| Maria Mobile Wireless | Attn: Nhi Le<br>696 Vine St<br>San Jose, CA 95110 | Attn: NHI LE<br>18 N 7th St<br>San Jose, CA 95112 | 127338 |
| Marina Tobacco Inc | Attn: Nader Abdelnour<br>6244 Pacifc Coast Hw<br>Long Beach, CA 90803 | 6244 Pacific Coast Hwy<br>Long Beach, CA 90803 | 142328 |
| Market 24 | Attn: Gilberto G<br>304 N 2nd St<br>Harrisburg, PA 17101 | 304 N 2nd St<br>Harrisburg, PA 17101 | 108881 |
| market st convenience inc | Attn: Balijeet Singh<br>581 Market St<br>Kingston, PA 18704 | 581 Market St<br>Kingston, PA 18704 | 108909 |
| Marsh's Sun Fresh Market | Attn: Bob Smith<br>4001 Mill St<br>Kansas City, MO 64111 | 4001 Mill St<br>Kansas City, MO 64111 | 130356 |
| Mart at Main | Attn: Dennis Alexander<br>231 Main Ave S Suite B<br>Renton, WA 98057 | 231 Main Ave S #Suite B<br>Renton, WA 98057 | 120903 |
| Maryam & Sara Inc DBA<br>Riverside Grocery | Attn: Rizwan Shuja<br>1727 E Riverside Dr<br>Austin, TX 78741 | 1727 E Riverside Dr<br>Austin, TX 78741 | 108087 |
| Mass Beverage | Attn: Mass Beverage<br>3131 Nieder Rd<br>Lawrence, KS 66047 | 3131 Nieder Rd<br>Lawrence, KS 66047 | 117849 |
| Mathias Ventures Inc. | Attn: Mark Mathias<br>121 NW 5th Street<br>Bentonville, AR 72712 | Attn: Mark Mathias<br>2530 S Pinnacle Hills Pkwy<br>#300<br>Rogers, AR 72758 | 119928 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – FOURTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Mayflower Apple Blossom, LP dba Apple Blossom Mall | Attn: Larry Nelson<br>1850 Apple Blossom Dr<br>Mall Mgmt Office<br>Winchester, VA 22601 | 1850 Apple Blossom Dr<br>Winchester, VA 22601 | 103981 |
| Meadowood Mall SPE, LLC | Attn: Steven L Heim<br>5000 #1 Meadowood Mall Cir<br>Reno, NV 89502 | 5000 Meadowood Mall Cir<br>Reno, NV 89502 | 104180 |
| Mega Mart | Attn: Nirav M Patel<br>10582 Garden Grove Blvd<br>Garden Grove, CA 92843 | 10582 Garden Grove Blvd<br>Garden Grove, CA 92843 | 108816 |
| Mehersai LLC | Attn: Praveen Parchuri<br>c/o Corner Shop<br>2538 Two Notch Rd<br>Columbia, SC 29204 | 2538 Two Notch Rd<br>Columbia, SC 29204 | 107887 |
| Metro Food and Beverage | Attn: Salah Jaffal<br>3203 W 25th St<br>Cleveland, OH 44109 | 3203 W 25th St<br>Cleveland, OH 44109 | 103862 |
| Metropolitan Wine Inc | Attn: Nadir Mardonov<br>401 Church St Ste 1<br>Nashville, TN 37219 | Attn; Nadir Mardonov<br>531 4th Ave S<br>Nashville, TN 37210 | 118833 |
| MHS Inc | Attn: Alem Syoum<br>728 Peoria St<br>Aurora, CO 80011 | 728 Peoria St<br>Aurora, CO 80011 | 108209 |
| MHT LLC | Attn: Tesfalem Gebru<br>512 W Pike St<br>Covington, KY 41011 | 512 W Pike St<br>Covington, KY 41011 | 103977 |
| Middle East Market | Attn: Abdulwahab A Mohamad<br>308 Firewood Court<br>Broken Arrow, OK 74012 | Attn: Abdulwahab A Mohamad<br>5459 S Mingo Rd<br>Tulsa, OK 74146 | 108748 |
| Midway Discount Liquor | Attn: Rajesh Patel<br>1000 Midway Dr #5<br>Harrington, DE 19952 | 1000 Midway Dr #5<br>Harrington, DE 19952 | 108334 |
| Mike's Quik Stop & Deli | Attn: Michael Cyr<br>907 Presque Isle rd<br>Caribou, ME 04736 | 907 Presque Isle Rd<br>Caribou, ME 4736 | 108448 |
| Milpitas Mills Limited Partnership | Attn: Management Office<br>447 Great Mall Drive<br>Milpitas, CA 95035 | 447 Great Mall Dr<br>Milpitas, CA 95035 | 104170 |
| Mina & Joseph Liquor Store | Attn: Mina Milad<br>16369 Harbor Blvd<br>Fountain Valley, CA 92708 | 16369 Harbor Blvd<br>Fountain Valley, CA 92708 | 103568 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – FOURTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Mini Food Store LLC | Attn: Nar Dhungel<br>4696 S Federal Blvd<br>Englewood, CO 80110 | 4696 S Federal Blvd<br>Englewood, CO 80110 | 103640 |
| Mini Shop | Attn: Amr Kheder<br>4718 US-98<br>Lakeland, FL 33809 | 4718 US-98<br>Lakeland, FL 33809 | 117791 |
| Minits 109 | Attn: Brian Neutze<br>106 Dr Fermin Calderon Blvd<br>Del Rio, TX 78840 | 106 Dr Fermin Calderon Blvd<br>Del Rio, TX 78840 | 130538 |
| Minute Stop | Attn: Kevin Manaller<br>4722 Rigsby Ave<br>San Antonio, TX 78222 | 4722 Rigsby Ave<br>San Antonio, TX 78222 | 101430 |
| Miramar Brands Pennsylvania Inc | Attn: Omar Misleh<br>3304 Essex Drive<br>Richardson, TX 75082 | 6106 Saltsburg Rd<br>Verona, PA 15147 | 125189 |
| | | 9428 US 30<br>Irwin, PA 15642 | 125175 |
| | | 1 Fosterville Rd<br>Greensburg, PA 15601 | 125176 |
| | | 137 Clever Rd<br>Mckees Rocks, PA 15136 | 125177 |
| | | 201 N St<br>Ellwood City, PA 16117 | 125178 |
| | | 740 W Ingomar Rd<br>Pittsburgh, PA 15237 | 125179 |
| | | 285 Mt Lebanon Blvd<br>Pittsburgh, PA 15234 | 125180 |
| | | 818 N Duquesne Blvd<br>Duquesne, PA 15110 | 125181 |
| | | 420 Smithfield St<br>Pittsburgh, PA 15222 | 125183 |
| | | 7910 US Rte 30 E<br>Irwin, PA 15642 | 125184 |
| | | 4630 William Flynn Hwy<br>Allison Park, PA 15101 | 125185 |
| | | 4775 Mcknight Rd<br>Pittsburgh, PA 15237 | 125187 |
| | | 2 Heckel Rd<br>Mckees Rocks, PA 15136 | 125188 |
| Miss Tracy's Liquor Store | Attn: Salam Majeed<br>1043 Franklin St SE<br>Grand Rapids, MI 49507 | 1043 Franklin St SE<br>Grand Rapids, MI 49507 | 104239 |
| Mitri Petroleum LLC | Attn: Jacob Mitri<br>1514 Newport Ave<br>Pawtucket, RI 02861 | 1514 Newport Ave<br>Pawtucket, RI 2861 | 115244 |
| Mize's Thriftway | Attn: Bradley S Mize<br>449 N 4th St<br>Clearwater, KS 67026 | 449 N 4th St<br>Clearwater, KS 67026 | 148222 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – FOURTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| MJ Mart LLC | Attn: Ravi Patel<br>2561 Kershaw Camden Hwy<br>Lancaster, SC 29720 | 2561 Kershaw Camden Hwy<br>Lancaster, SC  29720 | 108216 |
| MK Oil Inc | Attn: Salah Mazloum<br>18480 Brookhurst St<br>Fountain Valley, CA 92708 | 18480 Brookhurst St<br>Fountain Valley, CA  92708 | 108700 |
| MMT Wireless LLC | Attn: Kevin Sekyere<br>4364 E Main St<br>Columbus, OH 43213 | Attn: Kevin Sekyere<br>4363 E Main St<br>Whitehall, OH  43213 | 113826 |
| Mobil | Attn: Zaid Farok, Manager<br>c/o Danbury Food and Gas<br>276 White Street<br>Danbury, CT 6810 | 276 White St.<br>Danbury, CT  6810 | 103207 |
| Mobil | Attn: Syed Lavsani<br>3363 San Pablo Dam Road<br>San Pablo, CA 94803 | 3363 San Pablo Dam Rd<br>San Pablo, CA  94803 | 129171 |
| Mobil Del Rey | Attn: Roy Hashemi<br>449 W Manchester Ave<br>Playa Del Rey, CA 90293 | 449 W Manchester Ave<br>Los Angeles, CA  90293 | 101471 |
| Mohan LLC (DBA Havana Park Liquor) | Attn: Adarsh Mohan<br>10772 E Iliff Ave<br>Aurora, CO 80014 | 10772 E Iliff Ave<br>Aurora, CO  80014 | 103650 |
| Moni and Sami LLC | Attn: Imraan Pashir<br>1475 E Livingston Ave<br>Columbus, OH 43205 | 1475 E Livingston Ave<br>Columbus, OH  43205 | 103880 |
| Monroe City, BP | Attn: Alvin Ehrhardt<br>36 E US-24<br>Monroe City, MO 63456 | 36 E US-24<br>Monroe City, MO  63456 | 108052 |
| Moser's | Attn: Denny Lee<br>1035 Armory Rd<br>Warrenton, MO 63383 | 1035 Armory Rd<br>Warrenton, MO  63383 | 139842 |
| Mountain Liquor Store LLC | Attn: Manuel Flores<br>4100 Dyer St Suite A-D<br>El Paso, TX 79930 | 4100 Dyer St #Suite A-D<br>El Paso, TX  79930 | 104298 |
| Mr Pawn | Attn: Jesse Schlenker<br>2525 S Oliver<br>Wichita, KS 67210 | Attn: Jesse Schlenker<br>2339 Oliver<br>Wichita, KS  67218 | 119404 |
| Mundelein Laundromat | Attn: Norm Lynn<br>658 S Lake St<br>Mundelein, IL 60060 | 658 S Lake St<br>Mundelein, IL  60060 | 128154 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – FOURTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| N & P Discount Beer & Tobacco; Cloudy Vibez | Attn: Ali Zaher<br>3002 Clarksville Pike<br>Nashville, TN 37218 | 3002 Clarksville Pike<br>Nashville, TN 37218 | 103362 |
| n Amar LLC DBA Roy Kwick Stop | Attn: Amarjit Kaur<br>4484 S. 1900 W<br>#Suite #4<br>Roy, UT 84067 | 4484 S 1900 W SUITE #4<br>Roy, UT 84067 | 104221 |
| Nanak Ji Corp dba US Gas Foodmart | Attn: Batwinder Singh<br>6202 E Pea Ridge Rd<br>Huntington, WV 25705 | 6202 E Pea Ridge Rd<br>Huntington, WV 25705 | 109054 |
| Nandi Corp. (DBA Our Little Store) | Attn: Nandi Bhattarai<br>c/o Suhaan Bhattarai<br>4821 Yellowstone Dr<br>Greeley, CO 80634 | 4821 Yellowstone Dr<br>Greeley, CO 80634 | 108250 |
| Narayani Sai Ventures Inc | Attn: Umesh Shrestha<br>c/o Fast Food<br>12531 Lake June Rd<br>Balch Springs, TX 75180 | 12531 Lake June Rd<br>Balch Springs, TX 75180 | 108187 |
| Nashville Package Store, Inc. | Attn: Amir Abrashkhron<br>c/o Major Discount Liquor<br>2913 Dickerson Pike<br>Nashville, TN 37207 | 2913 Dickerson Pike<br>Nashville, TN 37207 | 103363 |
| Nati LLC | 818 Dayton St<br>Aurora, CO 80010 | 818 Dayton St.<br>Aurora, CO 80010 | 108223 |
| Natomas Wine & Spirits Inc. | Attn: Jas Hundal<br>1620 W El Camino Ave #155<br>Scramento, CA 95833 | 1620 W El Camino Ave #155<br>Sacramento, CA 95833 | 103693 |
| Natural Mart | Attn: Shrestha Nirmal; Niranjan Shrestha<br>14517 SE Duke St<br>Portland, OR 97236 | Attn: Shrestha Nirmal; Niranjan Shrestha<br>1726 SW 4th Ave<br>Portland, OR 97201 | 107963 |
| Ndjassi Group LLC | Attn: Lambs Kouassi<br>c/o Minny Mart<br>1620 Independence Pkwy<br>Plano, TX 75075 | 1620 Independence Pkwy<br>Plano, TX 75075 | 104337 |
| NE Gateway Mall Propco LLC | c/o Gateway Mall<br>5 Gateway Mall<br>Lincoln, NE 68505 | 6100 O St<br>Lincoln, NE 68505 | 128171 |
| Neighborhood Home | Attn: Matthew Schneider<br>1305 W Bremer Ave<br>Waverly, IA 50677 | 3552 Lafayette Rd<br>Evansdale, IA 50707 | 108838 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – FOURTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Neighborhoods Food | Attn: Naseeb Bista<br>315 E Hurst Blvd<br>Hurst, TX 76053 | 315 E Hurst Blvd<br>Hurst, TX 76053 | 104318 |
| Net Supermarket | Attn: Hussin Alkhalaf<br>1845 Nicollet Ave<br>Minneapolis, MN 55403 | 1845 Nicollet Ave<br>Minneapolis, MN 55403 | 101560 |
| Neutze INC | Attn: Mike Neutze<br>3280 Junction Hwy<br>Ingram, TX 78025 | 3280 Junction Hwy<br>Ingram, TX 78025 | 130548 |
| New Champs | 622 N Cumberland St<br>Lebanon, TN 37087 | 622 N Cumberland St<br>Lebanon, TN 37087 | 108427 |
| New China Cafe LLC | Attn: May Situ<br>1623 London Rd<br>Duluth, MN 55812 | 1623 London Rd<br>Duluth, MN 55812 | 109055 |
| New Lucky Enterprises, LLC (Circle K) | Attn: Terry Miglani<br>1654 Santa Ana Ave<br>Costa Mesa, CA 92627 | 1654 Santa Ana Ave<br>Costa Mesa, CA 92627 | 101543 |
| Newark Airport Plaza LLC | 100 Lindbergh Rd<br>Jericho, NY 11753 | 100 Lindbergh Rd<br>Newark, NJ 07114 | 101389 |
| Night Skye Enterprises, LLC | Attn: Sean Dykstra<br>419 Montcalm Dr<br>Livermore, CO 80536 | 10254 Ura Ln<br>Thornton, CO 80260 | 108393 |
| Nittany Centre Realty LLC, Nittany Nassim LLC | Attn: Igal Namdar<br>2901 E College Ave<br>State College, PA 16801 | Attn: Namdar Realty Group<br>150 Great Neck Rd<br>Ste 304<br>Great Neck, NY 11021 | 103948 |
| NoHo Ship N Supplies | Attn: Edward Sanchez<br>12814 Victory Blvd<br>Los Angeles, CA 91606 | 12814 Victory Blvd<br>Los Angeles, CA 91606 | 101474 |
| North American Enterprise Inc | 2134 N Vermont Ave<br>Los Angeles, CA 90027 | 2134 N Vermont Ave<br>Los Angeles, CA 90027 | 101499 |
| North Bank Liquor | Attn: Kawaldeep Pannu<br>2950 Johnson Dr #117<br>Ventura, CA 93003 | 2950 Johnson Dr ## 117<br>Ventura, CA 93003 | 103571 |
| North End Laundromat | Attn: Mark Poirier<br>1837 N Main St<br>Fall River, MA 2720 | 1837 N Main St<br>Fall River, MA 2720 | 126515 |
| North Hanover Nassim LLC, North Hanover Centre Realty LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 1155 Carlisle St<br>Hanover, PA 17331 | 103950 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – FOURTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Northwoods Shopping Center, LLC | 2200 W War Memorial Dr Peoria, IL 61613-1000 | 2200 West War Memorial Drive Peoria, IL  61615 | 124977 |
| Nueva Imagen | Attn: Juan Ajpacaja 1418 W 3rd St Sioux City, IA 51103 | 1418 W 3rd St Sioux City, IA  51103 | 116893 |
| Ocean and Capital Market Inc dba Homran Liquor Store | Attn: Jamil Tawasha 1551 Ocean Ave San Francisco, CA 94112 | 1551 Ocean Ave SF, CA  94112 | 115448 |
| Oglethorpe Mall LLC | 7804 Abercorn St Savannah, GA 31406 | 7804 Abercorn Extention Savannah, GA  31406 | 103391 |
| OKC Food Mart | Attn: Sunny Jiwan 2120 W Main St Ste 100 Oklahoma City, OK 73107 | 2120 W Main St Oklahoma City, OK  73107 | 103515 |
| OM Aryan Inc | Attn: Kamlesh Patel 2668 Highway 49 N Burlington, NC 27217 | 2668 NC-49 Burlington, NC  27217 | 109004 |
| OMG Liquor & Wine | Attn: Pankaj Patel c/o Hari Om LLC DBA Cork Keg & Liquors 302 N Bridge St Yorkville, IL 60560 | 302 N Bridge St Yorkville, IL  60560 | 108347 |
| One Stop Mart #18 | Attn: Laddi Singh 1295 NW 11th St Hermiston, OR 97838 | 1295 NW 11th St Hermiston, OR  97838 | 123326 |
| One Stop Mart #36 | Attn: Laddi Singh 5219 Patton Blvd Moses Lake, WA 98837 | 5219 Patton Blvd NE Moses Lake, WA  98837 | 123323 |
| OooWee Art & Gaming Cafe | Attn: Robert Taylor 3501 Paxton St Harrisburg, PA 17111 | 3501 Paxton St Harrisburg, PA  17111 | 108900 |
| Orange County Liquors | Attn: Nigel Sarran 220 Orange Blossom Trail Orlando, FL 32805 | 220 Orange Blossom Trail Orlando, FL  32805 | 117525 |
| Oscar's Restaurant | Attn: Luaie Abdellah Albaba 1840 Cumberland Ave Knoxville, TN 37916 | 1840 Cumberland Ave Knoxville, TN  37916 | 117565 |
| OST Food Mart | Attn: Shohilaii Karedia 4529 Old Spanish Trl Houston, TX 77021 | 4529 Old Spanish Trail Houston, TX  77021 | 103724 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – FOURTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Overseas Investment LLC DBA ANDY DEVINE MOBIL | Attn: Raj Patel 3041 E Andy Devine Ave Kingman, AZ 86401 | 3041 E Andy Devine Ave Kingman, AZ  86401 | 108060 |
| Owen Mini Mart | Attn: Omar Abuzaydeh 163 Bridge St. E. Windsor, CT 6088 | 163 Bridge St. East Winsor, CT  6088 | 103211 |
| Oxon Hill Citgo | Attn: Ashish Thako 6104 Oxon Hill Rd. Oxon Hill, MD 20745 | 6104 Oxon Hill Rd Oxon Hill, MD  20745 | 103422 |
| Pacifica Quick Mart Inc. | Attn: Khayrat Rochan 2480 Skyline Dr Pacifica, CA 94044 | 2480 Skyline Dr Pacifica, CA  94044 | 113860 |
| Pap's Carry Out - Convenient Mart | Attn: Mana Vijaykumar Bhavsar 3958 Gallia St New Boston, OH 45662 | 3958 Gallia St New Boston, OH  45662 | 115323 |
| Park Mall LLC | Attn: Brighid Dawson c/o Park Place 5870 East Broadway Blvd Ste 3000 Tucson, AZ 85711 | 5870 E Broadway Blvd Tucson, AZ  85719 | 103767 |
| Park Row Puff LLC | Attn: Shawn Hassam 3803 Erath Drive Carrollton, TX 75010 | 1520 E Abram St Arlington, TX  76010 | 108013 |
| Partners Mall Abilene, LLC | Attn: Steven Niles PO Box 678220 Dallas, TX 75267 | 4310 Buffalo Gap Rd Abilene, TX  79606 | 103847 |
| Payday Loans Store Inc | Attn: David Coty Maballo Aquino 3-3134 Kuhio Highway #A-8 Lihue, HI 96766 | 3-3134 Kuhio Highway #A-8 Lihue, HI  96766 | 161488 |
| PBR Vapors LLC | Attn: Bryan Robbins 5208 MS-15 Ecru, MS 38841 | 5208 MS-15 Ecru, MS  38841 | 115328 |
| Peachtree Mall LLC | Attn: J Rice 3131 Manchester Expy Columbus, GA 31909 | 3131 Manchester Expy Columbus, GA  31909 | 103538 |
| Pegasus Games Inc | Attn: Patrick James 6640 Odana Rd Madison, WI 53719 | 6640 Odana Rd Madison, WI  53719 | 113878 |
| Perry Creek Laundromat LLC | Attn: Jeffrey Freking 32376 Pioneer Ave Kingsley, IA 51028 | 405 W 19th St Sioux City, IA  51103 | 117621 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – FOURTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

**EXHIBIT 2**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146716737.1 [FOURTEENTH MOTION]

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Manchester High Mart | Attn: Soubhi Toma<br>252 Spencer St<br>Manchester, CT 6040 | 252 Spencer St<br>Manchester, CT  6040 | 121557 |
| Manha Food and Deli | Attn: Jorge Ledo<br>1657 N Miami Ave Ste D<br>Miami, FL 33136 | 467 NW 8th St<br>Miami, FL  33136 | 118605 |
| Marathon Gas | Attn: Najeeb Chaudhry<br>3933 Sullivant Ave<br>Columbus, OH 43228 | 3933 Sullivant Ave<br>Columbus, OH  43228 | 108931 |
| Marathon Gas Elkhart /<br>New Simanton Lake Inc. | Attn: Sarwan Singh<br>51451 State Rte 19<br>Elkhart, IN 46514 | 51451 State Rte 19<br>Elkhart, IN  46514 | 108247 |
| Maria Mobile Wireless | Attn: Nhi Le<br>696 Vine St<br>San Jose, CA 95110 | Attn: NHI LE<br>18 N 7th St<br>San Jose, CA  95112 | 127338 |
| Marina Tobacco Inc | Attn: Nader Abdelnour<br>6244 Pacifc Coast Hw<br>Long Beach, CA 90803 | 6244 Pacific Coast Hwy<br>Long Beach, CA  90803 | 142328 |
| Market 24 | Attn: Gilberto G<br>304 N 2nd St<br>Harrisburg, PA 17101 | 304 N 2nd St<br>Harrisburg, PA  17101 | 108881 |
| market st convenience inc | Attn: Balijeet Singh<br>581 Market St<br>Kingston, PA 18704 | 581 Market St<br>Kingston, PA  18704 | 108909 |
| Marsh's Sun Fresh Market | Attn: Bob Smith<br>4001 Mill St<br>Kansas City, MO 64111 | 4001 Mill St<br>Kansas City, MO  64111 | 130356 |
| Mart at Main | Attn: Dennis Alexander<br>231 Main Ave S Suite B<br>Renton, WA 98057 | 231 Main Ave S #Suite B<br>Renton, WA  98057 | 120903 |
| Maryam & Sara Inc DBA<br>Riverside Grocery | Attn: Rizwan Shuja<br>1727 E Riverside Dr<br>Austin, TX 78741 | 1727 E Riverside Dr<br>Austin, TX  78741 | 108087 |
| Mass Beverage | Attn: Mass Beverage<br>3131 Nieder Rd<br>Lawrence, KS 66047 | 3131 Nieder Rd<br>Lawrence, KS  66047 | 117849 |
| Mathias Ventures Inc. | Attn: Mark Mathias<br>121 NW 5th Street<br>Bentonville, AR 72712 | Attn: Mark Mathias<br>2530 S Pinnacle Hills Pkwy<br>#300<br>Rogers, AR  72758 | 119928 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –
FOURTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Mayflower Apple Blossom, LP dba Apple Blossom Mall | Attn: Larry Nelson<br>1850 Apple Blossom Dr<br>Mall Mgmt Office<br>Winchester, VA 22601 | 1850 Apple Blossom Dr<br>Winchester, VA  22601 | 103981 |
| Meadowood Mall SPE, LLC | Attn: Steven L Heim<br>5000 #1 Meadowood Mall Cir<br>Reno, NV 89502 | 5000 Meadowood Mall Cir<br>Reno, NV  89502 | 104180 |
| Mega Mart | Attn: Nirav M Patel<br>10582 Garden Grove Blvd<br>Garden Grove, CA 92843 | 10582 Garden Grove Blvd<br>Garden Grove, CA  92843 | 108816 |
| Mehersai LLC | Attn: Praveen Parchuri<br>c/o Corner Shop<br>2538 Two Notch Rd<br>Columbia, SC 29204 | 2538 Two Notch Rd<br>Columbia, SC  29204 | 107887 |
| Metro Food and Beverage | Attn: Salah Jaffal<br>3203 W 25th St<br>Cleveland, OH 44109 | 3203 W 25th St<br>Cleveland, OH  44109 | 103862 |
| Metropolitan Wine Inc | Attn: Nadir Mardonov<br>401 Church St Ste 1<br>Nashville, TN 37219 | Attn; Nadir Mardonov<br>531 4th Ave S<br>Nashville, TN  37210 | 118833 |
| MHS Inc | Attn: Alem Syoum<br>728 Peoria St<br>Aurora, CO 80011 | 728 Peoria St<br>Aurora, CO  80011 | 108209 |
| MHT LLC | Attn: Tesfalem Gebru<br>512 W Pike St<br>Covington, KY 41011 | 512 W Pike St<br>Covington, KY  41011 | 103977 |
| Middle East Market | Attn: Abdulwahab A Mohamad<br>308 Firewood Court<br>Broken Arrow, OK 74012 | Attn: Abdulwahab A Mohamad<br>5459 S Mingo Rd<br>Tulsa, OK  74146 | 108748 |
| Midway Discount Liquor | Attn: Rajesh Patel<br>1000 Midway Dr #5<br>Harrington, DE 19952 | 1000 Midway Dr #5<br>Harrington, DE  19952 | 108334 |
| Mike's Quik Stop & Deli | Attn: Michael Cyr<br>907 Presque Isle rd<br>Caribou, ME 04736 | 907 Presque Isle Rd<br>Caribou, ME  4736 | 108448 |
| Milpitas Mills Limited Partnership | Attn: Management Office<br>447 Great Mall Drive<br>Milpitas, CA 95035 | 447 Great Mall Dr<br>Milpitas, CA  95035 | 104170 |
| Mina & Joseph Liquor Store | Attn: Mina Milad<br>16369 Harbor Blvd<br>Fountain Valley, CA 92708 | 16369 Harbor Blvd<br>Fountain Valley, CA  92708 | 103568 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – FOURTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Mini Food Store LLC | Attn: Nar Dhungel<br>4696 S Federal Blvd<br>Englewood, CO 80110 | 4696 S Federal Blvd<br>Englewood, CO  80110 | 103640 |
| Mini Shop | Attn: Amr Kheder<br>4718 US-98<br>Lakeland, FL 33809 | 4718 US-98<br>Lakeland, FL  33809 | 117791 |
| Minits 109 | Attn: Brian Neutze<br>106 Dr Fermin Calderon Blvd<br>Del Rio, TX 78840 | 106 Dr Fermin Calderon Blvd<br>Del Rio, TX  78840 | 130538 |
| Minute Stop | Attn: Kevin Manaller<br>4722 Rigsby Ave<br>San Antonio, TX 78222 | 4722 Rigsby Ave<br>San Antonio, TX  78222 | 101430 |
| Miramar Brands Pennsylvania Inc | Attn:  Omar Misleh<br>3304 Essex Drive<br>Richardson, TX 75082 | 6106 Saltsburg Rd<br>Verona, PA  15147 | 125189 |
| | | 9428 US 30<br>Irwin, PA  15642 | 125175 |
| | | 1 Fosterville Rd<br>Greensburg, PA  15601 | 125176 |
| | | 137 Clever Rd<br>Mckees Rocks, PA  15136 | 125177 |
| | | 201 N St<br>Ellwood City, PA  16117 | 125178 |
| | | 740 W Ingomar Rd<br>Pittsburgh, PA  15237 | 125179 |
| | | 285 Mt Lebanon Blvd<br>Pittsburgh, PA  15234 | 125180 |
| | | 818 N Duquesne Blvd<br>Duquesne, PA  15110 | 125181 |
| | | 420 Smithfield St<br>Pittsburgh, PA  15222 | 125183 |
| | | 7910 US Rte 30 E<br>Irwin, PA  15642 | 125184 |
| | | 4630 William Flynn Hwy<br>Allison Park, PA  15101 | 125185 |
| | | 4775 Mcknight Rd<br>Pittsburgh, PA  15237 | 125187 |
| | | 2 Heckel Rd<br>Mckees Rocks, PA  15136 | 125188 |
| Miss Tracy's Liquor Store | Attn: Salam Majeed<br>1043 Franklin St SE<br>Grand Rapids, MI 49507 | 1043 Franklin St SE<br>Grand Rapids, MI  49507 | 104239 |
| Mitri Petroleum LLC | Attn: Jacob Mitri<br>1514 Newport Ave<br>Pawtucket, RI 02861 | 1514 Newport Ave<br>Pawtucket, RI  2861 | 115244 |
| Mize's Thriftway | Attn: Bradley S Mize<br>449 N 4th St<br>Clearwater, KS 67026 | 449 N 4th St<br>Clearwater, KS  67026 | 148222 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –
FOURTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| MJ Mart LLC | Attn: Ravi Patel<br>2561 Kershaw Camden Hwy<br>Lancaster, SC 29720 | 2561 Kershaw Camden Hwy<br>Lancaster, SC  29720 | 108216 |
| MK Oil Inc | Attn: Salah Mazloum<br>18480 Brookhurst St<br>Fountain Valley, CA 92708 | 18480 Brookhurst St<br>Fountain Valley, CA  92708 | 108700 |
| MMT Wireless LLC | Attn: Kevin Sekyere<br>4364 E Main St<br>Columbus, OH 43213 | Attn: Kevin Sekyere<br>4363 E Main St<br>Whitehall, OH  43213 | 113826 |
| Mobil | Attn: Zaid Farok, Manager<br>c/o Danbury Food and Gas<br>276 White Street<br>Danbury, CT 6810 | 276 White St.<br>Danbury, CT  6810 | 103207 |
| Mobil | Attn: Syed Lavsani<br>3363 San Pablo Dam Road<br>San Pablo, CA 94803 | 3363 San Pablo Dam Rd<br>San Pablo, CA  94803 | 129171 |
| Mobil Del Rey | Attn: Roy Hashemi<br>449 W Manchester Ave<br>Playa Del Rey, CA 90293 | 449 W Manchester Ave<br>Los Angeles, CA  90293 | 101471 |
| Mohan LLC (DBA Havana Park Liquor) | Attn: Adarsh Mohan<br>10772 E Iliff Ave<br>Aurora, CO 80014 | 10772 E Iliff Ave<br>Aurora, CO  80014 | 103650 |
| Moni and Sami LLC | Attn: Imraan Pashir<br>1475 E Livingston Ave<br>Columbus, OH 43205 | 1475 E Livingston Ave<br>Columbus, OH  43205 | 103880 |
| Monroe City, BP | Attn: Alvin Ehrhardt<br>36 E US-24<br>Monroe City, MO 63456 | 36 E US-24<br>Monroe City, MO  63456 | 108052 |
| Moser's | Attn: Denny Lee<br>1035 Armory Rd<br>Warrenton, MO 63383 | 1035 Armory Rd<br>Warrenton, MO  63383 | 139842 |
| Mountain Liquor Store LLC | Attn: Manuel Flores<br>4100 Dyer St Suite A-D<br>El Paso, TX 79930 | 4100 Dyer St #Suite A-D<br>El Paso, TX  79930 | 104298 |
| Mr Pawn | Attn: Jesse Schlenker<br>2525 S Oliver<br>Wichita, KS 67210 | Attn: Jesse Schlenker<br>2339 Oliver<br>Wichita, KS  67218 | 119404 |
| Mundelein Laundromat | Attn: Norm Lynn<br>658 S Lake St<br>Mundelein, IL 60060 | 658 S Lake St<br>Mundelein, IL  60060 | 128154 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – FOURTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| N & P Discount Beer & Tobacco; Cloudy Vibez | Attn: Ali Zaher<br>3002 Clarksville Pike<br>Nashville, TN 37218 | 3002 Clarksville Pike<br>Nashville, TN 37218 | 103362 |
| n Amar LLC DBA Roy Kwick Stop | Attn: Amarjit Kaur<br>4484 S. 1900 W<br>#Suite #4<br>Roy, UT 84067 | 4484 S 1900 W SUITE #4<br>Roy, UT 84067 | 104221 |
| Nanak Ji Corp dba US Gas Foodmart | Attn: Batwinder Singh<br>6202 E Pea Ridge Rd<br>Huntington, WV 25705 | 6202 E Pea Ridge Rd<br>Huntington, WV 25705 | 109054 |
| Nandi Corp. (DBA Our Little Store) | Attn: Nandi Bhattarai<br>c/o Suhaan Bhattarai<br>4821 Yellowstone Dr<br>Greeley, CO 80634 | 4821 Yellowstone Dr<br>Greeley, CO 80634 | 108250 |
| Narayani Sai Ventures Inc | Attn: Umesh Shrestha<br>c/o Fast Food<br>12531 Lake June Rd<br>Balch Springs, TX 75180 | 12531 Lake June Rd<br>Balch Springs, TX 75180 | 108187 |
| Nashville Package Store, Inc. | Attn: Amir Abrashkhron<br>c/o Major Discount Liquor<br>2913 Dickerson Pike<br>Nashville, TN 37207 | 2913 Dickerson Pike<br>Nashville, TN 37207 | 103363 |
| Nati LLC | 818 Dayton St<br>Aurora, CO 80010 | 818 Dayton St.<br>Aurora, CO 80010 | 108223 |
| Natomas Wine & Spirits Inc. | Attn: Jas Hundal<br>1620 W El Camino Ave #155<br>Scramento, CA 95833 | 1620 W El Camino Ave #155<br>Sacramento, CA 95833 | 103693 |
| Natural Mart | Attn: Shrestha Nirmal; Niranjan Shrestha<br>14517 SE Duke St<br>Portland, OR 97236 | Attn: Shrestha Nirmal; Niranjan Shrestha<br>1726 SW 4th Ave<br>Portland, OR 97201 | 107963 |
| Ndjassi Group LLC | Attn: Lambs Kouassi<br>c/o Minny Mart<br>1620 Independence Pkwy<br>Plano, TX 75075 | 1620 Independence Pkwy<br>Plano, TX 75075 | 104337 |
| NE Gateway Mall Propco LLC | c/o Gateway Mall<br>5 Gateway Mall<br>Lincoln, NE 68505 | 6100 O St<br>Lincoln, NE 68505 | 128171 |
| Neighborhood Home | Attn: Matthew Schneider<br>1305 W Bremer Ave<br>Waverly, IA 50677 | 3552 Lafayette Rd<br>Evansdale, IA 50707 | 108838 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – FOURTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Neighborhoods Food | Attn: Naseeb Bista<br>315 E Hurst Blvd<br>Hurst, TX 76053 | 315 E Hurst Blvd<br>Hurst, TX  76053 | 104318 |
| Net Supermarket | Attn: Hussin Alkhalaf<br>1845 Nicollet Ave<br>Minneapolis, MN 55403 | 1845 Nicollet Ave<br>Minneapolis, MN  55403 | 101560 |
| Neutze INC | Attn: Mike Neutze<br>3280 Junction Hwy<br>Ingram, TX 78025 | 3280 Junction Hwy<br>Ingram, TX  78025 | 130548 |
| New Champs | 622 N Cumberland St<br>Lebanon, TN 37087 | 622 N Cumberland St<br>Lebanon, TN  37087 | 108427 |
| New China Cafe LLC | Attn: May Situ<br>1623 London Rd<br>Duluth, MN 55812 | 1623 London Rd<br>Duluth, MN  55812 | 109055 |
| New Lucky Enterprises, LLC (Circle K) | Attn: Terry Miglani<br>1654 Santa Ana Ave<br>Costa Mesa, CA 92627 | 1654 Santa Ana Ave<br>Costa Mesa, CA  92627 | 101543 |
| Newark Airport Plaza LLC | 100 Lindbergh Rd<br>Jericho, NY 11753 | 100 Lindbergh Rd<br>Newark, NJ  07114 | 101389 |
| Night Skye Enterprises, LLC | Attn: Sean Dykstra<br>419 Montcalm Dr<br>Livermore, CO 80536 | 10254 Ura Ln<br>Thornton, CO  80260 | 108393 |
| Nittany Centre Realty LLC, Nittany Nassim LLC | Attn: Igal Namdar<br>2901 E College Ave<br>State College, PA 16801 | Attn: Namdar Realty Group<br>150 Great Neck Rd<br>Ste 304<br>Great Neck, NY  11021 | 103948 |
| NoHo Ship N Supplies | Attn: Edward Sanchez<br>12814 Victory Blvd<br>Los Angeles, CA 91606 | 12814 Victory Blvd<br>Los Angeles, CA  91606 | 101474 |
| North American Enterprise Inc | 2134 N Vermont Ave<br>Los Angeles, CA 90027 | 2134 N Vermont Ave<br>Los Angeles, CA  90027 | 101499 |
| North Bank Liquor | Attn: Kawaldeep Pannu<br>2950 Johnson Dr #117<br>Ventura, CA 93003 | 2950 Johnson Dr ## 117<br>Ventura, CA  93003 | 103571 |
| North End Laundromat | Attn: Mark Poirier<br>1837 N Main St<br>Fall River, MA 2720 | 1837 N Main St<br>Fall River, MA  2720 | 126515 |
| North Hanover Nassim LLC, North Hanover Centre Realty LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 1155 Carlisle St<br>Hanover, PA  17331 | 103950 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – FOURTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Northwoods Shopping Center, LLC | 2200 W War Memorial Dr<br>Peoria, IL 61613-1000 | 2200 West War Memorial Drive<br>Peoria, IL  61615 | 124977 |
| Nueva Imagen | Attn: Juan Ajpacaja<br>1418 W 3rd St<br>Sioux City, IA 51103 | 1418 W 3rd St<br>Sioux City, IA  51103 | 116893 |
| Ocean and Capital Market Inc dba Homran Liquor Store | Attn: Jamil Tawasha<br>1551 Ocean Ave<br>San Francisco, CA 94112 | 1551 Ocean Ave<br>SF, CA  94112 | 115448 |
| Oglethorpe Mall LLC | 7804 Abercorn St<br>Savannah, GA 31406 | 7804 Abercorn Extention<br>Savannah, GA  31406 | 103391 |
| OKC Food Mart | Attn: Sunny Jiwan<br>2120 W Main St Ste 100<br>Oklahoma City, OK 73107 | 2120 W Main St<br>Oklahoma City, OK  73107 | 103515 |
| OM Aryan Inc | Attn: Kamlesh Patel<br>2668 Highway 49 N<br>Burlington, NC 27217 | 2668 NC-49<br>Burlington, NC  27217 | 109004 |
| OMG Liquor & Wine | Attn: Pankaj Patel<br>c/o Hari Om LLC DBA Cork Keg & Liquors<br>302 N Bridge St<br>Yorkville, IL 60560 | 302 N Bridge St<br>Yorkville, IL  60560 | 108347 |
| One Stop Mart #18 | Attn: Laddi Singh<br>1295 NW 11th St<br>Hermiston, OR 97838 | 1295 NW 11th St<br>Hermiston, OR  97838 | 123326 |
| One Stop Mart #36 | Attn: Laddi Singh<br>5219 Patton Blvd<br>Moses Lake, WA 98837 | 5219 Patton Blvd NE<br>Moses Lake, WA  98837 | 123323 |
| OooWee Art & Gaming Cafe | Attn: Robert Taylor<br>3501 Paxton St<br>Harrisburg, PA 17111 | 3501 Paxton St<br>Harrisburg, PA  17111 | 108900 |
| Orange County Liquors | Attn: Nigel Sarran<br>220 Orange Blossom Trail<br>Orlando, FL 32805 | 220 Orange Blossom Trail<br>Orlando, FL  32805 | 117525 |
| Oscar's Restaurant | Attn: Luaie Abdellah Albaba<br>1840 Cumberland Ave<br>Knoxville, TN 37916 | 1840 Cumberland Ave<br>Knoxville, TN  37916 | 117565 |
| OST Food Mart | Attn: Shohilaii Karedia<br>4529 Old Spanish Trl<br>Houston, TX 77021 | 4529 Old Spanish Trail<br>Houston, TX  77021 | 103724 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER –
FOURTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Overseas Investment LLC DBA ANDY DEVINE MOBIL | Attn: Raj Patel 3041 E Andy Devine Ave Kingman, AZ 86401 | 3041 E Andy Devine Ave Kingman, AZ  86401 | 108060 |
| Owen Mini Mart | Attn: Omar Abuzaydeh 163 Bridge St. E. Windsor, CT 6088 | 163 Bridge St. East Winsor, CT  6088 | 103211 |
| Oxon Hill Citgo | Attn: Ashish Thako 6104 Oxon Hill Rd. Oxon Hill, MD 20745 | 6104 Oxon Hill Rd Oxon Hill, MD  20745 | 103422 |
| Pacifica Quick Mart Inc. | Attn: Khayrat Rochan 2480 Skyline Dr Pacifica, CA 94044 | 2480 Skyline Dr Pacifica, CA  94044 | 113860 |
| Pap's Carry Out - Convenient Mart | Attn: Mana Vijaykumar Bhavsar 3958 Gallia St New Boston, OH 45662 | 3958 Gallia St New Boston, OH  45662 | 115323 |
| Park Mall LLC | Attn: Brighid Dawson c/o Park Place 5870 East Broadway Blvd Ste 3000 Tucson, AZ 85711 | 5870 E Broadway Blvd Tucson, AZ  85719 | 103767 |
| Park Row Puff LLC | Attn: Shawn Hassam 3803 Erath Drive Carrollton, TX 75010 | 1520 E Abram St Arlington, TX  76010 | 108013 |
| Partners Mall Abilene, LLC | Attn: Steven Niles PO Box 678220 Dallas, TX 75267 | 4310 Buffalo Gap Rd Abilene, TX  79606 | 103847 |
| Payday Loans Store Inc | Attn: David Coty Maballo Aquino 3-3134 Kuhio Highway #A-8 Lihue, HI 96766 | 3-3134 Kuhio Highway #A-8 Lihue, HI  96766 | 161488 |
| PBR Vapors LLC | Attn: Bryan Robbins 5208 MS-15 Ecru, MS 38841 | 5208 MS-15 Ecru, MS  38841 | 115328 |
| Peachtree Mall LLC | Attn: J Rice 3131 Manchester Expy Columbus, GA 31909 | 3131 Manchester Expy Columbus, GA  31909 | 103538 |
| Pegasus Games Inc | Attn: Patrick James 6640 Odana Rd Madison, WI 53719 | 6640 Odana Rd Madison, WI  53719 | 113878 |
| Perry Creek Laundromat LLC | Attn: Jeffrey Freking 32376 Pioneer Ave Kingsley, IA 51028 | 405 W 19th St Sioux City, IA  51103 | 117621 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – FOURTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 99)**