BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Phone: 702.262.6899 / Facsimile: 702.597.5503
Email: baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed June 14, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FIFTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)**<br><br>Hearing Date:    July 20, 2023<br>Hearing Time:   10:30 a.m. |

**PLEASE TAKE NOTICE THAT THE DEBTOR IS REQUESTING IT BE PERMITTED TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**

**IF YOU ARE RECEIVING THIS NOTICE OF THE FIFTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a), YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON <u>EXHIBIT 1</u> ATTACHED HERETO.  NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE.**

**PLEASE TAKE NOTICE** that on June 14, 2023, Cash Cloud, Inc. (the "<u>Debtor</u>"), by and through its counsel, filed a Fifteenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) (the "<u>Motion</u>").[1]

---
[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

1

146716787.1

**NOTICE IS FURTHER GIVEN** that copies of the Motion may be obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal, Telephone: (702) 262-6899, or by download at: https://cases.stretto.com/CashCloud (the "Case Website").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on **July 20, 2023 at 10:30 a.m. prevailing Pacific time**. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code 029066#.

Dated this 14th day of June, 2023.       **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146716787.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Petroleum Wholesale LP | Attn: Jim Kaden<br>8550 Technology Forest Place<br>The Woodlands, TX 77381 | Attn: Jim Kaden<br>803 Main St<br>Hooks, TX  75561 | 125632 |
| | | Attn: Jim Kaden<br>10400 E Interstate 20<br>Midland, TX  79706 | 125633 |
| | | Attn: Jim Kaden<br>5934 Interstate 20 Frontage Rd<br>Odessa, TX  79763 | 125635 |
| | | Attn: Jim Kaden<br>45950 I-10; P.O. Box #526<br>Winnie, TX  77665 | 125636 |
| | | Attn: Jim Kaden<br>I, 20 Exit 73,<br>Wickett, TX  79788 | 125704 |
| | | Attn: Jim Kaden<br>24627 I-45<br>Spring, TX  77380 | 125707 |
| | | Attn: Jim Kaden<br>2100 TX-36<br>Sealy, TX  77474 | 125708 |
| | | Attn: Jim Kaden<br>14502 East Fwy<br>Houston, TX  77015 | 125709 |
| | | Attn: Jim Kaden<br>6150 I-10<br>Seguin, TX  78155 | 125710 |
| | | Attn: Jim Kaden<br>1221 n pecan st<br>Abbott, TX  76621 | 125711 |
| | | Attn: Jim Kaden<br>333 E Lutcher Dr<br>Orange, TX  77632 | 125713 |
| | | Attn: Jim Kaden<br>10330 I-10<br>Baytown, TX  77520 | 125714 |
| | | Attn: Jim Kaden<br>18561 US-40<br>Golden, CO  80401 | 125715 |
| | | Attn: Jim Kaden<br>1695 N Watkins Rd<br>Watkins, CO  80137 | 125717 |
| | | Attn: Jim Kaden<br>1040 I-70<br>Palisade, CO  81526 | 125718 |
| | | Attn: Jim Kaden<br>4115 193rd St<br>Bunker Hill, KS  67626 | 125719 |
| | | Attn: Jim Kaden<br>2507 W business I-10<br>San Simon, AZ  85632 | 125721 |
| | | Attn: Jim Kaden<br>18221 Tom Wells Rd<br>Ehrenberg, AZ  85334 | 125722 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – FIFTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 94)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Attn: Jim Kaden<br>1715 Vado Rd<br>Vado, NM  88072 | 125723 |
| | | Attn: Jim Kaden<br>1881 California Ave<br>Salt Lake City, UT  84104 | 125729 |
| | | Attn: Jim Kaden<br>1620 Elk St<br>Rock Springs, WY  82901 | 125914 |
| PHA Stores Inc. | Attn: Jagit Toor<br>520 Peterson Rd<br>Colorado Springs, CO 80915 | 520 Peterson Rd<br>Colorado Springs, CO  80915 | 108465 |
| Phone Repair and More | Attn: Mohamed Hassanen<br>2870 34th St N<br>St. Petersburg, FL 33713 | 2870 34th St N<br>St. Petersburg, FL  33713 | 125396 |
| Phone Stop Inc. | Attn: Sunny Isani<br>4145 Lawrenceville Hwy #9<br>Lilburn, GA 30047 | 4145 Lawrenceville Hwy #9<br>Lilburn, GA  30047 | 144092 |
| Pick-Quick Mini Market | Attn: Lucky 7 Food Mart - Raees<br>5820 Hwy 6 N<br>Houston, TX 77084 | 5820 Hwy 6 N<br>Houston, TX  77084 | 103314 |
| Piggly Wiggly #272 | Attn: Tommy Coogle<br>440 W Cherry St<br>Jesup, GA 31545 | 440 W Cherry St<br>Jesup, GA  31545 | 139536 |
| Piggly Wiggly #274 | Attn: Tommy Coogle<br>1105 Madison Hwy<br>Valdosta, GA 31601 | 1105 Madison Hwy<br>Valdosta, GA  31601 | 139530 |
| Piggly Wiggly #275 | Attn: Tommy Coogle<br>714 W 4th Street<br>Adel, GA 31620 | 714 W 4th St<br>Adel, GA  31620 | 139531 |
| Piggly Wiggly #278 | Attn: Tommy Coogle<br>32 S. Tallahassee Street<br>Hazlehurst, GA 31539 | 32 S Tallahassee St<br>Hazlehurst, GA  31539 | 139533 |
| Pipalpani LLC dba SmileMart | Attn: Rupesh Giri<br>5668 W Market St<br>Greensboro, NC 27409 | 5668 W Market St<br>Greensboro, NC  27409 | 103194 |
| Plains Six Pack To Go LLC | Attn: Balijeet Singh<br>575 E Main St<br>Krest, PA 18702 | 575 E Main St<br>Korn Krest, PA  18702 | 108913 |
| Pleak Korner | Attn: Aziz Dhuka<br>6641 FM 2218 Rd<br>Richmond, TX 77469 | Attn: Aziz Dhuka<br>6641 FM 2218<br>Richmond, TX  77469 | 103440 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – FIFTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 94)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| PM Oil and Gas Inc. | Attn: Sarwan Singh<br>720 S Van Buren St<br>Shipshewana, IN 46565 | 720 S Van Buren St<br>Shipshewana, IN  46565 | 108246 |
| PNB National LLC | Attn: Naseeb Bista<br>8460 Denton Dr<br>Dallas, TX 75235 | 8460 Denton Dr<br>Dallas, TX  75235 | 104319 |
| Pockets Discount Liquors | Attn: Vinod Patel<br>337 S Dupont Hwy<br>New Castle, DE 19720 | 337 S Dupont Hwy<br>New Castle, DE  19720 | 108346 |
| Pony Keg | Attn: Praveen Vohra<br>1201 Shawnee Rd<br>Lima, OH 45805 | 1201 Shawnee Rd<br>Lima, OH  45805 | 103896 |
| Portland Food Mart LLC | Attn: Hai Gov<br>1212 NE Faloma Rd<br>Portland, OR 97211 | Attn: Hai Gov<br>2419 SE Powell Blvd.<br>Portland, OR  97202 | 103502 |
| Portland Food Mart LLC dba Gresham Mobil | Attn: Hai Gov<br>1212 NE Faloma Rd<br>Portland, OR 97211 | Attn: Hai Gov<br>50 NE Burnside Rd<br>Gresham, OR  97030 | 103038 |
| Portland Food Mart LLC dba Sandy Smokeshop #1 | Attn: Hai Gov<br>c/o Portland Food Mart LLC<br>1212 NE Faloma Rd<br>Portland, OR 97211 | Attn: Hai Gov<br>38580 Pioneer Blvd<br>Sandy, OR  97055 | 104140 |
| Prime Mart Inc | Attn: Arif Ali<br>12430 N Lamar Blvd<br>Austin, TX 78753 | 12430 N Lamar Blvd<br>Austin, TX  78753 | 108096 |
| Prosper Solutions Inc. | Attn: Yuvraj Vaghela<br>1512 E Exchange Pkwy Ste 400<br>Allen, TX 75002 | 1512 E Exchange Pkwy Suite 400<br>Allen, TX  75002 | 119105 |
| Punjab Group Muskegon Inc. | Attn: Sarwan Singh<br>2628 Henry St<br>Norton Shores, MI 49441 | 2628 Henry St<br>Norton Shores, MI  49441 | 108249 |
| Pure Tan & Spa | Attn: Benaissa Grouicha<br>5809 N Federal Hwy<br>Boca Raton, FL 33487 | 5809 N Federal Hwy<br>Boca Raton, FL  33487 | 127583 |
| QC Pawn | Attn: Christopher Michael Shumaker<br>2147 W 3rd St.<br>Davenport, IA 52802 | 2147 W 3rd St<br>Davenport, IA  52802 | 117315 |
| Quail Springs Mall | 2501 West Memorial Road Suite 100<br>Oklahoma City, OK 73134 | 2501 W Memorial Rd<br>Oklahoma City, OK  73134 | 103819 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – FIFTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 94)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Quick Stop Food Mart LLC | Attn: Mukhtar Humaidi<br>10226 Leo Rd<br>Fort Wayne, IN 46825 | 10226 Leo Rd<br>Fort Wayne, IN 46825 | 104021 |
| Quick Stop LC | Attn: Mukhtar Humaidi<br>3124 E State Blvd<br>Fort Wayne, IN 46805 | 3124 E State Blvd<br>Fort Wayne, IN 46805 | 104020 |
| Quicky's Drive Thru | Attn: Bryan Rantz<br>35652 Vine St<br>Eastlake, OH 44095 | 35652 Vine St<br>Eastlake, OH 44095 | 108844 |
| R & A Group LLC | Attn: Imran Ghaffer<br>10400 W Silver Spring Dr<br>Milwaukee, WI 53225 | 10400 W Silver Spring Dr<br>Milwaukee, WI 53225 | 108670 |
| R. L. Jordan Oil Company of North Carolina, Inc. | Attn: Shawn L Holmes<br>1451 Fernwood Glendale Rd<br>Spartanburg, SC 29307 | Attn: Shawn L Holmes<br>3000 W Blue Ridge Dr<br>Greenville, SC 29611 | 138867 |
| | | Attn: Shawn L Holmes<br>3180 N Blackstock Rd<br>Spartanburg, SC 29301 | 138868 |
| | | Attn: Shawn L Holmes<br>1915 Hwy. 321 North<br>Clover, SC 29710 | 138869 |
| | | Attn: Shawn L Holmes<br>2524 W Hwy 378<br>Britton's Neck, SC 29546 | 138870 |
| | | Attn: Shawn L Holmes<br>107 Hampton St<br>Chesnee, SC 29323 | 138871 |
| | | Attn: Shawn L Holmes<br>371 Battleground Rd<br>Cowpens, SC 29330 | 138872 |
| | | Attn: Shawn L Holmes<br>3883 Cross Anchor Rd<br>Enoree, SC 29335 | 138873 |
| | | Attn: Shawn L Holmes<br>517 W Main St<br>Easley, SC 29640 | 138874 |
| | | Attn: Shawn L Holmes<br>194 E Henry St<br>Spartanburg, SC 29302 | 138875 |
| | | Attn: Shawn L Holmes<br>12340 Old Number Six Hwy<br>Eutawville, SC 29048 | 138876 |
| | | Attn: Shawn L Holmes<br>675 Gossett Rd<br>Spartanburg, SC 29307 | 138877 |
| | | Attn: Shawn L Holmes<br>3228 Hwy 25 South<br>Greenwood, SC 29646 | 138878 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – FIFTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 94)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Attn: Shawn L Holmes<br>103 Hammett Bridge Rd<br>Greer, SC  29650 | 138879 |
| | | Attn: Shawn L Holmes<br>153 W Main St<br>Harleyville, SC  29448 | 138880 |
| | | Attn: Shawn L Holmes<br>1940 Hwy 292<br>Inman, SC  29349 | 138881 |
| | | Attn: Shawn L Holmes<br>201 N Howard Ave<br>Landrum, SC  29356 | 138882 |
| | | Attn: Shawn L Holmes<br>4036 Hwy 221 South<br>Laurens, SC  29360 | 138883 |
| | | Attn: Shawn L Holmes<br>2610 Hwy 56<br>Pauline, SC  29374 | 138884 |
| | | Attn: Shawn L Holmes<br>917 S Main St<br>New Ellenton, SC  29809 | 138885 |
| | | Attn: Shawn L Holmes<br>553 J.C. Calhoun Dr<br>Orangeburg, SC  29115 | 138886 |
| | | Attn: Shawn L Holmes<br>9332 Ocean Hwy<br>Pawleys Island, SC  29585 | 138887 |
| | | Attn: Shawn L Holmes<br>4641 W Hwy 76<br>Marion, SC  29571 | 138888 |
| | | Attn: Shawn L Holmes<br>2801 Gentry Memorial Hwy<br>Pickens, SC  29671 | 138889 |
| | | Attn: Shawn L Holmes<br>308 E Poinsett St<br>Greer, SC  29651 | 138890 |
| | | Attn: Shawn L Holmes<br>11504 Augusta Rd<br>Honea Path, SC  29654 | 138891 |
| | | Attn: Shawn L Holmes<br>1379 Red Bluff Rd<br>Loris, SC  29569 | 138892 |
| | | Attn: Shawn L Holmes<br>2187 N Main St<br>Summerville, SC  29483 | 138893 |
| | | Attn: Shawn L Holmes<br>3908 JC Calhoun Memorial Hwy<br>Easley, SC  29640 | 138894 |
| | | Attn: Shawn L Holmes<br>22477 US-76<br>Laurens, SC  29360 | 138895 |
| | | Attn: Shawn L Holmes<br>112 E Smith St<br>Timmonsville, SC  29161 | 138896 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – FIFTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 94)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Attn: Shawn L Holmes<br>6197 Hwy 221<br>Roebuck, SC  29376 | 138897 |
| | | Attn: Shawn L Holmes<br>1118 Brevard Rd<br>Asheville, NC  28806 | 138899 |
| | | Attn: Shawn L Holmes<br>1030 Main St<br>Bryson City, NC  28713 | 138900 |
| | | Attn: Shawn L Holmes<br>3225 Asheville Hwy<br>Canton, NC  28716 | 138901 |
| | | Attn: Shawn L Holmes<br>459 E Main St<br>Franklin, NC  28734 | 138902 |
| | | Attn: Shawn L Holmes<br>5560 W US 64<br>Murphy, NC  28906 | 138903 |
| | | Attn: Shawn L Holmes<br>110 Weaverville Hwy<br>Asheville, NC  28804 | 138904 |
| | | Attn: Shawn L Holmes<br>103 New Leicester Hwy<br>Asheville, NC  28806 | 138905 |
| | | Attn: Shawn L Holmes<br>1069 Sweeten Creek Rd<br>Asheville, NC  28803 | 138906 |
| | | Attn: Shawn L Holmes<br>551 E Main St<br>Sylva, NC  28779 | 138907 |
| Rainey Cawthon Distributor Inc | Attn: Charles Rooney<br>1699 Capital Circle NW<br>Tallahassee, FL 32303 | 1699 Capital Cir NW<br>Tallahassee, FL  32303 | 125739 |
| Rajveer Singh Gas and Foodmart, Inc | Attn: Labh Singh<br>1645 N Park Ave<br>Warren, OH 44483 | 1645 N Park Ave<br>Warren, OH  44483 | 103873 |
| Raley's | 4320 Arden Way<br>Sacramento, CA 95864 | 4320 Arden Way<br>Sacramento, CA  95864 | 156151 |
| Ram Lakhan Inc DBA Kwik Sak 614 | Attn: Rakeshkumar Patel<br>5835 Old Hickory Blvd<br>Nashville, TN 37076 | 5835 Old Hickory Blvd<br>Nashville, TN  37076 | 104418 |
| Ramsey's | Attn: Theo Ramsey<br>200 N Walnut St<br>Lenox, IA 50851 | 200 N Walnut St<br>Lenox, IA  50851 | 128466 |
| | | 503 West St<br>Manning, IA  51455 | 128467 |
| Ramva USA LLC | Attn: Arjun Paudel<br>1705 W University Dr Suite #115<br>McKinney, TX 75069 | 1705 W University Dr #Suite # 115<br>McKinney, TX  75069 | 108676 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – FIFTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 94)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Rapid City Marketplace LLC | Attn: Geroge Yasso<br>8174 Rapid City Rd NW<br>Rapid City, MI 49676 | 8174 Rapid City Rd NW<br>Rapid City, MI 49676 | 108982 |
| Red and White | Attn: Parita Kakadia<br>6550 Rivers Ave<br>N Charleston, SC 29406 | 6550 Rivers Ave<br>N. Charleston, SC 29406 | 103220 |
| Red Lion Hotel Conference Center Pasco | Attn: Laddi Singh<br>2525 N 20th Ave<br>Pasco, WA 99301 | 2525 N 20th Ave<br>Pasco, WA 99301 | 123329 |
| Reddy Spirits II LLC | Attn: Bobby Nalluri<br>c/o Ray's Party Store<br>653 Main St<br>Toledo, OH 43605 | 653 Main St<br>Toledo, OH 43605 | 104196 |
| Reeb Liquors LLC | Attn: Fessehazion Iyasu<br>11000 W Alameda Ave<br>Lakewood, CO 80226 | 11000 W Alameda Ave<br>Lakewood, CO 80226 | 103660 |
| Rex USA Inc dba Cheveron Gas | Attn: Manish Thakkar<br>6448 Hwy 42<br>Rex, GA 30273 | 6448 GA-42<br>Rex, GA 30273 | 103081 |
| Riaz & Nash Enterprise Inc. | Attn: Riaz Bhandari; Mike Bhandari<br>c/o Food Basket #6<br>13201 Pond Springs Rd #101<br>Austin, TX 78729 | 13201 Pond Springs Rd #101<br>Austin, TX 78729 | 108079 |
| River City Pawnbrokers INC | Attn: Daniel J Maloney<br>1731 N Green River Rd<br>Evansville, IN 47715 | 1731 N Green River Rd<br>Evansville, IN 47715 | 121355 |
| River Hills Mall Realty Holding, LLC | Attn: Robin Hanson<br>1010 Northern Boulevard Suite 212<br>Great Neck, NY 11021 | 1850 Adams St.<br>Mankato, MN 56001 | 103765 |
| Riverside Liquor 2 | Attn: Mohammed Arif<br>1528 Locust St<br>Davenport, IA 52804 | 1528 Locust St<br>Davenport, IA 52804 | 116968 |
| Robin's Mini Mart | Attn: Jagdar Brar<br>130 W Grangeville Blvd<br>Hanford, CA 93230 | 130 W Grangeville Blvd<br>Hanford, CA 93230 | 103592 |
| Rockaway Center Associates | Attn: Erica Bennington<br>301 Mount Hope Ave Ste 1900<br>Rockaway, NJ 7866 | 301 Mt Hope Ave<br>Rockaway Township, NJ 7866 | 103984 |
| Rollings Hills Wine & Spirits II LLC DBA Rolling Hills Wine & Spirits | Attn: Rupan Kanti Dev<br>375 S Maize Road Suite 108<br>Wichita, KS 67209-1342 | 12917 E Churchill Ct<br>Wichita, KS 67230 | 118009 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – FIFTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 94)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Ronak INC (DBA G&R Market) | Attn: Umesh Patel<br>5755 OH-128<br>Cleves, OH 45002 | 5755 OH-128<br>Cleves, OH 45002 | 107941 |
| Roswell Market | Attn: Santa Lama Oreg<br>8929 SE 42nd Ave<br>Milwaukie, OR 97222 | 8929 SE 42nd Ave<br>Milwaukie, OR 97222 | 113836 |
| Route 66 Naman Liquor | Attn: Hiren Patel<br>4301 N Sara Rd Unit 105<br>Yukon, OK 73099-3223 | 4301 N Sara Rd<br>Yukon, OK 73099 | 108780 |
| RPI Greenville Mall | Attn: Lisa Matzke<br>714 Greenville Blvd SE<br>Greenville, NC 27858 | 714 Greenville Blvd SE<br>Greenville, NC 27858 | 103822 |
| RREEF America REIT II Corp, BBB | Manhattan Village<br>1200 Rosecrans Avenue Ste 201<br>Manhattan Beach, CA 90266 | 3200 Sepulveda Blvd<br>Manhattan Beach, CA 90266 | 128161 |
| RSE Independence, LLC | Attn: Judith Wright<br>c/o Independence Mall<br>3500 Oleander Drive<br>Wilmington, NC 28403 | 3500 Oleander Drive<br>Wilmington, NC 28403 | 103821 |
| Rudra Inc DBA. St Cloud Liquor | Attn: Patel,navinchan<br>2715 Clearwater Rd<br>St Cloud Liquor, MN 56301 | 2715 Clearwater Rd<br>St Cloud, MN 56301 | 103776 |
| Rushi Petroleum LLC | Attn: Nitinkumar Patel<br>2270 New Holland Pike<br>Lancaster, PA 17601 | 2270 New Holland Pike<br>Lancaster, PA 17601 | 108921 |
| S & H Exxon LLC | Attn: Hassan Bydoun<br>160 W. 9 Mile Road<br>Hazel Park, MI 48030 | 160 W 9 Mile Rd<br>Hazel Park, MI 48030 | 104091 |
| S & S Beer & Wine | Attn: Saleem Dharani<br>1901 N Josey Ln<br>Carrollton, TX 75006 | 1901 N Josey Ln<br>Carrollton, TX 75006 | 104333 |
| S & S Food mart | Attn: Damini Vora<br>3614 Tagus Dr<br>Greensboro, NC 27410 | 717 E Guilford St<br>Thomasville, NC 27360 | 108563 |
| S&S Food Mart | Attn: Samy Nadish<br>255 W. Woodrow Wilson Ave<br>Jackson, MS 39213 | 255 W Woodrow Wilson Ave<br>Jackson, MS 39213 | 103329 |
| S&S Store Inc | Attn: Sharma Kumar<br>3815 Meadwobridge Rd<br>Richmond, VA 23222 | 3815 Meadowbridge Rd<br>Richmond, VA 23222 | 103408 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – FIFTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 94)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Sai Rama Inc. | Attn: Mahmomuel Hassan c/o Quick Mart 1091 Norfolk Ave #218 Virginia Beach, VA 23451 | 1091 Norfolk Ave ## 218 Virginia Beach, VA 23451 | 103518 |
| Sai Sonyjit | Attn: Niraj Shah 3300 N Commerce St Fort Worth, TX 76106 | 3300 N Commerce St Fort Worth, TX 76106 | 115332 |
| Sai Sri Devi Inc | Attn: Nabin Adhikari 5505 Broadway Blvd Garland, TX 75043 | 5509 Broadway Blvd Garland, TX 75043 | 108124 |
| Saigon Market | Attn: Lu Quach 141 28th St SE #3 Grand Rapids, MI 49548 | 141 28th St SE #3 Grand Rapids, MI 49548 | 108614 |
| Salem Shell | Attn: Arjit Sharma 3995 Silverton Rd NE Salem, OR 97305 | 3995 Silverton Rd NE Salem, OR 97305 | 108140 |
| Salisbury Mall Realty Holding, LLC | 1010 Northern Blvd Suite 212 Great Neck, NY 11021 | 2300 N Salisbury Blvd Salisbury, MD 21801 | 103790 |
| Sam Food Mart LLC | Attn: Sam Patel 1644 S Military Hwy Chesapeake, VA 23320 | 1644 S Military Hwy Chesapeake, VA 23320 | 103418 |
| Sami's Center | Attn: Hiren Patel 2929 S Meridian Ave Oklahoma City, OK 73108 | 2929 S Meridian Ave Oklahoma City, OK 73108 | 108675 |
| Samy International Wireless I | Attn: Sami S Diaz-Rivera 466 Central Ave East Orange, NJ 07018 | 466 Central Ave East Orange, NJ 7018 | 108977 |
| Sandy Ridge Market LLC | Attn: Brandon Brown 18851 Sandy Ridge Station Orbisonia, PA 17243 | 18851 Sandy Ridge Station Orbisonia, PA 17243 | 144086 |
| Sandy Stop Shell | Attn: Paul Patel 7820 700 E Sandy, UT 84070 | 7820 700 E Sandy, UT 84070 | 104208 |
| Santa Rosa Plaza | Attn: Stevan Stankovich 1071 Santa Rosa Plaza Santa Rosa, CA 95401 | 1071 Santa Rosa Plaza Santa Rosa, CA 95401 | 104176 |
| Santeria Smoke Shop | Attn: Edward Kesselring 7941 State Highway 66 Tulsa, OK 74131-6616 | 7941 OK-66 Tulsa, OK 74131 | 108730 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – FIFTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 94)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| SATE 2 LLC | Attn: Harpal Sungh Bhathal<br>401 S Pugh St<br>State College, PA 16801 | 401 S Pugh St<br>State College, PA 16801 | 103492 |
| SCBO LLC | Attn: Uttam Karki; Nirmal Poudel<br>5050 Crozier St<br>Dallas, TX 75229 | 5050 Crozier St<br>Dallas, TX 75215 | 108547 |
| Schutz Family Foods | Attn: Shannon Schutz<br>900 E Main St<br>Sleepy Eye, MN 56085 | 900 E Main St<br>Sleepy Eye, MN 56085 | 137037 |
| SD Concepts LLC | Attn: Moe Samad<br>667 Sleepy Creek Dr<br>Frisco, TX 75036 | Attn: Moe Samad<br>1281 E University Dr<br>Prosper, TX 75078 | 124523 |
| Sea Mart | Attn: Dung Nguyen<br>2402 North King Hwy<br>Myrtle Beach, SC 29577 | 2402 N Kings Hwy<br>Myrtle Beach, SC 29577 | 103222 |
| Seashore Mini Mart | Attn: Dejene Tesema<br>1437 NW Richmond Beach Rd<br>Shoreline, WA 98177 | 1437 NW Richmond Beach Rd<br>Shoreline, WA 98177 | 121138 |
| Seattle Premium Outlets | 10600 Quil Ceda Blvd<br>Ste 750<br>Talaip, WA 98271 | 10600 Quil Ceda Blvd<br>Tulalip, WA 98271 | 126644 |
| Select Wine & Spirits | Attn: Nabil Abdallah Shehadeh<br>4271 Truxel Rd #B2<br>Sacramento, CA 95834 | 4271 Truxel Rd ## B2<br>Sacramento, CA 95834 | 109058 |
| Seven Hills Convenience | Attn: Pramod Patel<br>368 Euclid Ave<br>Canonsburg, PA 15317 | 368 Euclid Ave<br>Canonsburg, PA 15317 | 103394 |
| Seven Star Liquors | Attn: Patel Mahavir Arvind<br>3 E Grove St #A<br>Middleborough, MA 02346 | 3 E Grove St #A<br>Middleborough, MA 2346 | 108829 |
| Seymoure Party Store | Attn: Scout Burkhart<br>606 Seymour Ave<br>Jackson, MI 49202 | 606 Seymour Ave<br>Jackson, MI 49202 | 104217 |
| Shaan LLC | Attn: Inderjit Singh<br>2810 Capital Ave SW<br>Battle Creek, MI 49015 | 2810 Capital Ave SW<br>Battle Creek, MI 49015 | 123926 |
| Shaheen LLC (dba Sam's Food Stores) | Attn: Qudrat Tariq<br>28 Hartford Ave<br>Providence, RI 2909 | 28 Hartford Ave<br>Providence, RI 2909 | 103083 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – FIFTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 94)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Shaver Food Store | Attn: Salma Mamji<br>1119 Weldon Park Dr<br>Sugarland, TX 77479 | 2008 Shaver St<br>Pasadena, TX  77052 | 103389 |
| Shell | Attn: Mukhtar Humaidi<br>5805 Fairfield Ave<br>Fort Wayne, IN 46807 | 5805 Fairfield Ave<br>Fort Wayne, IN  46807 | 107952 |
| Shepherd's Market | Attn: Rainbow Truckin<br>32586 Rd 124<br>Visalia, CA 93291 | 32586 Rd 124<br>Visalia, CA  93291 | 103589 |
| Sher E Punja LLC | Attn: Surjit Singh<br>4615 S Broadway<br>Englewod, CO 80113 | 4615 S Broadway<br>Englewood, CO  80113 | 108255 |
| Shinda First LLC | Attn: Baljinder Singh<br>802 S Burdick St<br>Kalamazoo, MI 49001 | 802 S Burdick St<br>Kalamazoo, MI  49001 | 104222 |
| Shop N Go | Attn: Pramish Shrestha<br>1885 Esters Rd #110<br>Irving, TX 75061 | 1885 Esters Rd #110<br>Irving, TX  75061 | 107998 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – FIFTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 94)**