BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Phone: 702.262.6899 / Facsimile: 702.597.5503
Email: baxelrod@foxrothschild.com
      jmcpherson@foxrothschild.com
      nkoffroth@foxrothschild.com
      zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed June 14, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | Case No. BK-S-23-10423-MKN |
|---|---|
| CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                       Debtor. | Chapter 11<br><br>**NOTICE OF HEARING ON SIXTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)**<br><br>Hearing Date:   July 20, 2023<br>Hearing Time:  10:30 a.m. |

     **PLEASE TAKE NOTICE THAT THE DEBTOR IS REQUESTING IT BE PERMITTED TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**

     **IF YOU ARE RECEIVING THIS NOTICE OF THE SIXTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a), YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON <u>EXHIBIT 1</u> ATTACHED HERETO.  NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE.**

     **PLEASE TAKE NOTICE** that on June 14, 2023, Cash Cloud, Inc. (the "<u>Debtor</u>"), by and

through its counsel, filed a Sixteenth Omnibus Motion For Entry Of Order Approving Rejection Of

Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) (the "<u>Motion</u>").[1]

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

146716787.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**NOTICE IS FURTHER GIVEN** that copies of the Motion may be obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal, Telephone: (702) 262-6899, or by download at: https://cases.stretto.com/CashCloud (the "Case Website").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion ***no later than 14 days*** preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you ***must*** file a **WRITTEN** response to this pleading with the court. You ***must*** also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

• The court may ***refuse to allow you to speak*** at the scheduled hearing; and

• The court may ***rule against you*** without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on **July 20, 2023 at 10:30 a.m. prevailing Pacific time**. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code 029066#.

Dated this 14th day of June, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

146716787.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Shree Ganesh Fuels LLC | Attn: Sanjay Patel<br>1510 W Euless Blvd<br>Euless, TX 76040 | 1510 W Euless Blvd<br>Euless, TX  76040 | 104323 |
| Shri Krishna Stores LLC | Attn: Nilpa Patel<br>588 Palm Springs Dr<br>Altamonte Springs, FL  32701 | 588 Palm Springs Dr<br>Altamonte Springs, FL  32701 | 117465 |
| Shri Sai Nath LLC | Attn: Jinga Patel<br>4965 Bethesda-Duplex Rd<br>College Grove, TN 37046 | 4965 Bethesda-Duplex Rd<br>College Grove, TN  37046 | 104398 |
| Sierra Convenience Plaza | 37167 N. Sierra Hwy<br>Palmdale, CA 93550 | 37167 Sierra Hwy<br>Palmdale, CA  93550 | 101426 |
| Sierra Vista Realty LLC,<br>Sierra Vista CH LLC,<br>Sierra Vista Nassim LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 1050 Shaw Ave<br>Clovis, CA  93612 | 103961 |
| Sikes Senter Mall Realty Holding LLC | Attn: Debra Amyotte<br>1010 Northern Blvd Ste 212<br>Great Neck, NY 11021 | 3111 Midwestern Pkwy<br>Ste 280<br>Wichita Falls, TX  76308 | 103818 |
| SIMON PROPERTY GROUP (TEXAS), L.P. | Attn: Roberto Luciano<br>c/o La Plaza Mall<br>2200 S. 10th Street<br>McAllen, TX 78503 | 2200 S 10th St<br>McAllen, TX  78503 | 104173 |
| SIMON PROPERTY GROUP (TEXAS), L.P., | Attn: Terry Blevins<br>Broadway Square<br>4601 S. Broadway<br>Tyler, TX 75703 | 4601 S Broadway Ave<br>Tyler, TX  75703 | 104182 |
| Simon Property Group, Inc. | Attn: Janet Porter<br>1201 Hooper Ave<br>Toms River, NJ 8753 | 1201 Hooper Ave<br>Toms River, NJ  8753 | 103959 |
| Simon Property Group, L.P. | Attn: Town East Square<br>7700 E Kellogg Square<br>Ste 1300<br>Wichita, KS 67207 | 7700 E Kellogg Dr<br>Wichita, KS  67207 | 104171 |
| Singh Mart | Attn: Surjit Singh<br>13407 Main Street<br>Houston, TX 77035 | 13407 S Main St<br>Houston, TX  77035 | 101428 |
| Singh Mart #1 | Attn: Surjit Singh<br>16507 Chalk Maple Ln<br>Houston, TX 77095 | Attn: Surjit Singh<br>13110 S Gessner Rd<br>Missouri City, TX  77489 | 103840 |
| Singh Mart 2 | Attn: Surjit Singh<br>2944 S Sam Houston Pkwy E<br>Houston, TX 77047 | 2944 S Sam Houston Pkwy E<br>Houston, TX  77047 | 103316 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| SK Petro Inc | Attn: Sarwan Singh, Ramesh Kaur<br>4023 W Sample St<br>South Bend, IN 46619 | 4023 W Sample St<br>South Bend, IN 46619 | 108244 |
| SKM Captain Of America Enterprise Corporation DBA S and M Liquor | Attn: Matt McAdams<br>1530 Austin Hwy ##115<br>San Antonio, TX 78218 | 1530 Austin Hwy ##115<br>San Antonio, TX 78218 | 104045 |
| SM Gas Incorporated | Attn: Sarwan Singh<br>26499 US-20<br>South Bend, IN 46628 | 26499 US-20<br>South Bend, IN 46628 | 108655 |
| Smoke Shops and Gifts | 4175 Mission Blvd<br>San Diego, CA 92109 | 4175 Mission Blvd<br>San Diego, CA 92109 | 101528 |
| Smoker's World | Attn: Pele Andre Elisha<br>27895 23 Mile Rd<br>New Baltimore, MI 48051 | 27895 23 Mile Rd<br>New Baltimore, MI 48051 | 108708 |
| Smokeshop Plus More LLC | Attn: Uma Sharma<br>314 Washington Blvd<br>Ogden, UT 84404 | 314 Washington Blvd<br>Ogden, UT 84404 | 138202 |
| SMR Oil Co. (Sam's Mobil) | Attn: Saumil Makin, Mike Patel<br>2200 E Grand Ave<br>Lindenhurst, IL 60046 | 2200 E Grand Ave<br>Lindenhurst, IL 60046 | 113814 |
| Snappy Mart 2 | Attn: Wadah Edhah<br>1351 Madison Ave<br>Memphis, TN 38104 | 1351 Madison Ave<br>Memphis, TN 38104 | 104257 |
| SNC Investments Inc. (DBA Crystal's Liquor) | Attn: Dk Investments<br>356 E Harmony Rd ## 6C<br>Fort Collins, CO 80525 | 356 E Harmony Rd ## 6C<br>Fort Collins, CO 80525 | 103697 |
| SNR Food Mart One | Attn: Fahed Alsalei<br>7671 Dorchester Rd<br>North Charleston, SC 29418 | 7671 Dorchester Rd.<br>N. Charleston, SC 29418 | 103218 |
| Soap & Suds | Attn: Walter Tapp<br>124 Grandview Dr<br>Cynthiana, KY 41031 | Attn: Walter Tapp<br>100 Regency Point Path #130<br>Lexington, KY 40503 | 113577 |
| Sonny's Super Foods | Attn: Scott Schmunk<br>2020 10th Ave<br>Sidney, NE 69162 | 2020 10th Ave<br>Sidney, NE 69162 | 139618 |
| Sooner Fashion Mall L.L.C. | c/o Sooner Mall<br>3301 West Main Street<br>Norman, OK 73072 | 3301 West Main St<br>Norman, OK 73072 | 103820 |
| Soto Mobil Mart, Inc. | Attn: Arash Kohanoff<br>1010 North Soto Street<br>Los Angeles, CA 90033 | 1010 N Soto St<br>Los Angeles, CA 90033 | 101503 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| South Coast Pizza LLC | Attn: Chris Morton<br>1103 Sevier Ave<br>Knoxville, TN 37920-1866 | 1103 Sevier Ave<br>Knoxville, TN  37920 | 113880 |
| Southern Hills Mall LLC | Attn: Chunsta Miller<br>4400 Sergeant Road<br>Sioux City, IA 51106 | 4400 Sergeant Rd #Ste 317<br>Sioux City, IA  51106 | 122925 |
| Southern Illinois Liquor Mart / Warehouse Liquor Mart | Attn: Tom Hoffman<br>113 N 12th St<br>Murphysboro, IL 62966-2106 | Attn: Tom Hoffman<br>829 E Main St<br>Carbondale, IL  62901 | 113863 |
| Southland Center, LLC | Attn: Amy Jurecki<br>23000 Eureka Rd<br>Taylor, MI 48180 | 23000 Eureka Road<br>Taylor, MI  48180 | 103831 |
| Southland Realty LLC | Attn: Igal Namdar<br>1215 Southland Mall<br>Memphis, TN 38116 | 1215 Southland Mall<br>Memphis, TN  38116 | 103963 |
| Spirit of Lena Lena Food & Liquor | Attn: Pankaj Patel<br>435 W Lena St #9252<br>Lena, IL  61048 | 435 W Lena St #9252<br>Lena, IL  61048 | 108560 |
| Spring Valley Laundry | Attn: Adam Maxon<br>6404 Creekhaven Pl<br>Dallas, TX 75240 | 7879 Spring Valley Rd ##147<br>Dallas, TX  75254 | 104343 |
| Springs Convenience | Attn: Kanwal Singh<br>4325 S Carefree Cir<br>Colorado Springs, CO 80917 | 4325 S Carefree Cir<br>Colorado Springs, CO  80917 | 126518 |
| St Paul Market | Attn: Jatinder S Parmar<br>4171 Blanchet Ave NE<br>St. Paul, OR 97137 | 4171 Blanchet Ave NE<br>St Paul, OR  97137 | 117213 |
| ST Star LLC | Attn: Nabil Nona<br>8316 W Indian School Rd<br>Phoenix, AZ 85033 | 8316 W Indian School Rd<br>Phoenix, AZ  85033 | 108038 |
| St. Cloud Mall L.L.C. | Attn: Melissa Smith<br>4101 West Division Street<br>St. Cloud, MN 56301 | 4101 W Division St<br>St Cloud, MN  56301 | 103770 |
| Stag Hair Care LLC | Attn: Maria Santa Cruz-Cernik<br>6730 W State St<br>Boise, ID 83714 | 6730 W State St<br>Boise, ID  83714 | 123040 |
| Star Liquor Market | Attn: Patel Mahavir Arvind<br>78 Main St<br>Lakeville, MA 02347 | 78 Main St<br>Lakeville, MA  2347 | 108828 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Stop and Shop | Attn: Sidhu Inderjit<br>4321 Madison Ave Suite E<br>Sacramento, CA 95842 | 4321 Madison Ave Suite E<br>Sacramento, CA 95842 | 109050 |
| Stop-N-Joy | Attn: Husseinali Esmail<br>5214 Callaghan Rd<br>San Antonio, TX 78228 | 5214 Callaghan Rd<br>San Antonio, TX 78228 | 103168 |
| Summit Liquors | Attn: Patel Dharam<br>4475 Summit Bridge Rd<br>Middletown, DE 19709 | 4475 Summit Bridge Rd<br>Middletown, DE 19709 | 108445 |
| Sunoco Gas Station | Attn: Raj Nip<br>4140 Broad River Rd<br>Columbia, SC 29210 | 4140 Broad River Rd<br>Columbia, SC 29210 | 101459 |
| Sunrich LLC | Attn: Dilipkumar Chauhan<br>c/o Sky Mart #3<br>1828 Ashley River Rd<br>Charleston, SC 29407 | 1828 Ashley River Rd<br>Charleston, SC 29407 | 103306 |
| Sunrise Grocery Inc | Attn: Zekarias Werede<br>c/o Zekarias Ghebreiyesus<br>1830 Benning Rd. NE<br>Washington, DC 20002 | 1830 Benning Rd NE<br>Washington, DC 20002 | 103436 |
| Sunset Chevron LLC | Attn: Vasu Patel<br>927 W Sunset Blvd<br>St. George, UT 84770 | 927 W Sunset Blvd<br>St. George, UT 84770 | 104191 |
| Super Express #1 | Attn: Yaseen Jamil<br>3150 Wrightsboro Rd<br>Augusta, GA 30909 | 3150 Wrightsboro Rd<br>Augusta, GA 30909 | 103230 |
| Super Express #6 | Attn: Yaseen Jamil<br>2447 Wrightsboro Rd<br>Augusta, GA 30904 | 2447 Wrightsboro Rd<br>Augusta, GA 30909 | 104109 |
| Super Mart #11 | Attn: Lovekesh Kumar<br>3300 Oregon Coast Hwy.<br>Gearhart, OR 97138 | 3300 Oregon Coast Hwy<br>Gearhart, OR 97138 | 104165 |
| Super Saver Liquor and Grocery | Attn: Kaivalkumar Patel<br>6259 W Belmont Ave<br>Chicago, IL 60634 | 6259 W Belmont Ave<br>Chicago, IL 60634 | 108285 |
| Super Xpress Mini mart | Attn: Riar Jasbir<br>120 Brundage Ln<br>Bakersfield, CA 93304 | 120 Brundage Ln<br>Bakersfield, CA 93304 | 103596 |
| Suravisai Inc. | Attn: Mana Adhikaree<br>102 E Buckingham Rd<br>Garland, TX 75040 | 102 E Buckingham Rd<br>Garland, TX 75040 | 108109 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Tacoma Mall Partnership | Attn: Caden Sink<br>4502 S Steele St Suite 1177<br>Tacoma, WA 98409 | 4502 S Steele St<br>Tacoma, WA 98409 | 126820 |
| Tanger Management, LLC | Attn: Jessica Roberts<br>9580 W. Sahara Ave.<br>Las Vegas, NV 89117 | 6800 Oxon Hill Rd<br>Fort Washington, MD 20745 | 121558 |
| Taqueria las Comadres No 2 LLC | Attn: Samuel A Pedroza Cruz<br>105 S Kings Hwy #A<br>Myrtle Beach, SC 29577 | Attn: Samuel A Pedroza Cruz<br>5050 Hampton Rd<br>Conway, SC 29527 | 108896 |
| Taraz Aghdasi | 5740 Atlantic Ave<br>Long Beach, CA 90805 | 5740 Atlantic Ave<br>Long Beach, CA 90805 | 101522 |
| Techniphone, LLC | Attn: Ray Nieves<br>7974 W Sample Rd<br>Margate, FL 33065 | 7974 W Sample Rd<br>Margate, FL 33065 | 123919 |
| TeeJay Group of Companies | Attn: Jagdeep JD Saran<br>c/o Chevron 3160<br>3160 E Chandler Heights Rd<br>Gilbert, AZ 85298 | 3160 E Chandler Heights Rd<br>Gilbert, AZ 85298 | 101552 |
| TeeJay Group of Companies dba Chevron 5002 | Attn: Jagdeep JD Saran<br>5002 E Chandler Blvd<br>Phoenix, AZ 85048 | 5002 E Chandler Blvd<br>Phoenix, AZ 85048 | 101537 |
| THE Bar | Attn: David Griego II<br>10310 McCombs St Suite D<br>El Paso, TX 79924 | 10310 McCombs St Suite D<br>El Paso, TX 79924 | 104306 |
| The Depot Express | Attn: David Scheetz<br>221 W. Marengo Rd<br>Tiffin, IA 52340 | 1290 Dubuque St NE<br>North Liberty, IA 52317 | 140309 |
| The Depot Express | Attn: David Scheetz<br>221 W. Marengo Rd<br>Tiffin, IA 52340 | 103 S Highland St<br>Williamsburg, IA 52361 | 140315 |
| The Joint on 7th | Attn: Khalil Alen Houssein Mourtada<br>5501 N 7th Ave Ste 102<br>Phoenix, AZ 85013 | 5501 N 7th Ave #Suite 102<br>Phoenix, AZ 85013 | 108702 |
| The Joint Smoke & Vape | Attn: Ali Mourtada<br>2530 North 7th Street Ste 101<br>Phoenix, AZ 85006 | 2530 N 7th St #101<br>Phoenix, AZ 85006 | 108719 |
| The Laundry Basket | Attn: Mike Henkel<br>182 Coffee Pot Dr<br>Sedona, AZ 86336 | 182 Coffee Pot Dr<br>Sedona, AZ 86336 | 113579 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| The Snack Shack | Attn: Bresa Chaudhry, EJ Ramos<br>4335 Texas St<br>Waterloo, IA 50702 | 4335 Texas St<br>Waterloo, IA  50702 | 108553 |
| Thorntons LLC | Attn: Chris Kamer<br>2600 James Thornton Way<br>Louisville, KY 40245 | Thorntons #181700<br>1698 Gulf to Bay Blvd<br>Clearwater, FL  33755 | 146451 |
| | | Thorntons #181701<br>8875 Ulmerton Rd<br>Largo, FL  33771 | 146452 |
| | | Thorntons #181702<br>425 E Brandon Blvd<br>Brandon, FL  33511 | 146453 |
| | | Thorntons #181703<br>4103 Gunn Hwy<br>Tampa, FL  33624 | 146454 |
| | | Thorntons #181706<br>4820 State Rd 64E<br>Bradenton, FL  34208 | 146455 |
| | | Thorntons #181707<br>2356 W Hillsborough Ave<br>Tampa, FL  33603 | 146456 |
| | | Thorntons #181704<br>9979 Progress Blvd<br>Riverview, FL  33578 | 146457 |
| | | Thorntons #181705<br>6405 W Hillsborough Ave<br>Tampa, FL  33634 | 146458 |
| | | 1785 New Salem Rd<br>Murfreesboro, TN  37128 | 146461 |
| | | 15025 Central Pike<br>Lebanon, TN  37090 | 146462 |
| | | 3500 Murfreesboro Pike<br>Nashville, TN  37013 | 146463 |
| | | 120 Luyben Hills Rd<br>Kingston Springs, TN  37082 | 146464 |
| | | 2908 Medical Center Pkwy<br>Murfreesboro, TN  37129 | 146465 |
| | | 2815 Lebanon Pike<br>Nashville, TN  37214 | 146466 |
| | | 1049 Long Hollow Pike<br>Gallatin, TN  37066 | 146467 |
| | | 7102 Charlotte Pike<br>Nashville, TN  37209 | 146468 |
| | | 1400 Eagle View Blvd<br>Nashville, TN  37013 | 146469 |
| | | 243 TN-109 #N<br>Lebanon, TN  37090 | 146470 |
| | | 13010 Old Hickory Blvd<br>Nashville, TN  37013 | 146471 |
| | | 927 Old Fort Pkwy<br>Murfreesboro, TN  37129 | 146472 |
| | | 317 Myatt Dr<br>Nashville, TN  37115 | 146473 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –
SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 768 E Main St Hendersonville, TN  37075 | 146474 |
| | | 4145 Lebanon Pike Nashville, TN  37076 | 146475 |
| | | 714 Stewarts Ferry Pike Nashville, TN  37214 | 146476 |
| | | 300 Sam Ridley Pkwy E Smyrna, TN  37167 | 146477 |
| | | 12185 Princeton Pike Springdale, OH  45246 | 146478 |
| | | 1550 Grand Blvd Hamilton, OH  45011 | 146479 |
| | | 945 W Central Ave Springboro, OH  45066 | 146480 |
| | | 3203 Galbraith Rd Cincinnati, OH  45239 | 146481 |
| | | 7301 Kingsgate Way Westchester, OH  45069 | 146482 |
| | | 798 OH-28 Milford, OH  45150 | 146483 |
| | | 6347 Dixie Hwy Fairfield, OH  45014 | 146484 |
| | | 2225 E Sharon Rd Sharonville, OH  45241 | 146485 |
| | | 664 N Riverside Dr Hamilton, OH  45011 | 146486 |
| | | 1030 Reading Rd Mason, OH  45040 | 146487 |
| | | 2568 W North Bend Rd Cincinnati, OH  45239 | 146488 |
| | | 4530 Reading Rd Cincinnati, OH  45229 | 146489 |
| | | 3898 Alum Creek Dr Columbus, OH  43207 | 146490 |
| | | 2333 N Wilson Rd Columbus, OH  43228 | 146491 |
| | | 4990 W Broad St Columbus, OH  43228 | 146492 |
| | | 1771 Norton Rd Galloway, OH  43119 | 146493 |
| | | 1005 Town Dr Wilder, KY  41076 | 146494 |
| | | 4600 Winchester Pike Columbus, OH  43232 | 146495 |
| | | 3590 Madison Pike Edgewood, KY  41017 | 146496 |
| | | 7601 Industrial Rd Florence, KY  41042 | 146497 |
| | | 2000 US-41 #N Henderson, KY  42420 | 146498 |
| | | 1000 N Green St Henderson, KY  42420 | 146499 |
| | | 3045 Dixie Hwy Erlanger, KY  41018 | 146500 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 2855 US-41<br>Henderson, KY  42420 | 146501 |
| | | 1040 Georgetown Rd<br>Lexington, KY  40511 | 146502 |
| | | 441 Redding Rd<br>Lexington, KY  40517 | 146503 |
| | | 2291 Elkhorn Rd<br>Lexington, KY  40505 | 146504 |
| | | 1311 Versailles Rd<br>Lexington, KY  40504 | 146505 |
| | | 524 Lexington Rd<br>Versailles, KY  40383 | 146506 |
| | | 802 N Broadway<br>Lexington, KY  40508 | 146507 |
| | | 4170 Taylor Blvd<br>Louisville, KY  40215 | 146508 |
| | | 1830 Midland Trail<br>Shelbyville, KY  40065 | 146509 |
| | | 1120 Winchester Rd<br>Lexington, KY  40505 | 146510 |
| | | 2300 Woodhill Dr<br>Lexington, KY  40509 | 146511 |
| | | 3255 Bardstown Rd<br>Louisville, KY  40205 | 146512 |
| | | 9400 Westport Rd<br>Louisville, KY  40241 | 146513 |
| | | 7515 Shelbyville Rd<br>Louisville, KY  40222 | 146514 |
| | | 4740 Chamberlain Ln<br>Louisville, KY  40241 | 146515 |
| | | 4900 Brownsboro Rd<br>Louisville, KY  40222 | 146516 |
| | | 1335 S Hurstbourne Pkwy<br>Louisville, KY  40222 | 146518 |
| | | 3300 Bardstown Rd<br>Louisville, KY  40218 | 146519 |
| | | 13302 W Hwy 42<br>Prospect, KY  40059 | 146520 |
| | | 7920 Bardstown Rd<br>Louisville, KY  40291 | 146521 |
| | | 9200 Preston Hwy<br>Louisville, KY  40229 | 146522 |
| | | 4136 Cane Run Rd<br>Louisville, KY  40216 | 146524 |
| | | 4500 Shelbyville Rd<br>Louisville, KY  40207 | 146525 |
| | | 1804 Blankenbaker Pkwy<br>Louisville, KY  40299 | 146526 |
| | | 1521 Dixie Hwy<br>Louisville, KY  40210 | 146527 |
| | | 2700 Fern Valley Rd<br>Louisville, KY  40213 | 146528 |
| | | 4500 S 3rd St<br>Louisville, KY  40214 | 146529 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –
SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 2007 Brownsboro Rd<br>Louisville, KY  40206 | 146530 |
| | | 14101 Shelbyville Rd<br>Louisville, KY  40245 | 146531 |
| | | Thorntons #261028<br>100 W Broadway<br>Louisville, KY  40202 | 146532 |
| | | 8405 National Turnpike<br>Louisville, KY  40214 | 146533 |
| | | 4516 Poplar Level Rd<br>Louisville, KY  40213 | 146534 |
| | | 13314 Shelbyville Rd<br>Louisville, KY  40223 | 146535 |
| | | 2000 7th Street Rd<br>Louisville, KY  40208 | 146536 |
| | | 3320 Preston Hwy<br>Louisville, KY  40213 | 146537 |
| | | 4154 Bardstown Rd<br>Louisville, KY  40218 | 146538 |
| | | 8400 Dixie Hwy<br>Louisville, KY  40258 | 146539 |
| | | 4731 KY-146<br>Buckner, KY  40010 | 146540 |
| | | 10320 Westport Rd<br>Louisville, KY  40241 | 146541 |
| | | 11700 Dixie Hwy<br>Louisville, KY  40272 | 146542 |
| | | 5318 Preston Hwy<br>Louisville, KY  40213 | 146543 |
| | | 12412 La Grange Rd<br>Louisville, KY  40245 | 146544 |
| | | 605 Lyndon Ln<br>Louisville, KY  40222 | 146545 |
| | | 3726 Taylorsville Rd<br>Louisville, KY  40220 | 146546 |
| | | 6300 E Morgan Ave<br>Evansville, IN  47715 | 146547 |
| | | 114 Rosenberger Ave<br>Evansville, IN  47712 | 146548 |
| | | 4520 Dixie Hwy<br>Louisville, KY  40216 | 146549 |
| | | 701 S Green River Rd<br>Evansville, IN  47715 | 146550 |
| | | 2330 S 3rd St<br>Terre Haute, IN  47802 | 146551 |
| | | 2401 E Morgan Ave<br>Evansville, IN  47711 | 146552 |
| | | 13604 Blue Lick Rd<br>Memphis, IN  47143 | 146553 |
| | | 2980 IN-62 #E<br>Jeffersonville, IN  47130 | 146554 |
| | | 1401 Corydon Pike<br>New Albany, IN  47150 | 146555 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 612 E Mound Rd<br>Decatur, IL  62526 | 146557 |
| | | 813 N St Joseph Ave<br>Evansville, IN  47712 | 146558 |
| | | 202 10th St<br>Jeffersonville, IN  47130 | 146559 |
| | | 401 W Court Ave<br>Jeffersonville, IN  47130 | 146560 |
| | | 2250 State St<br>New Albany, IN  47150 | 146561 |
| | | 5310 W 10th St<br>Indianapolis, IN  46224 | 146562 |
| | | 1600 S U.S Hwy 31 #S<br>Greenwood, IN  46143 | 146563 |
| | | 2115 Hartford Ave<br>Plainfield, IN  46168 | 146564 |
| | | 6880 W Washington St<br>Indianapolis, IN  46241 | 146565 |
| | | 10901 Pendleton Pike<br>Indianapolis, IN  46236 | 146566 |
| | | 4015 E 82nd St<br>Indianapolis, IN  46250 | 146567 |
| | | 2665 State Rd 46<br>Terre Haute, IN  47803 | 146568 |
| | | 3333 US-41<br>Terre Haute, IN  47802 | 146569 |
| | | 7020 Pendleton Pike<br>Lawrence, IN  46226 | 146570 |
| | | 5760 Crawfordsville Rd<br>Speedway, IN  46224 | 146572 |
| | | 12001 US-31<br>Edinburgh, IN  46124 | 146573 |
| | | 101 S Mattis Ave<br>Champaign, IL  61821 | 146574 |
| | | 101 Burwash Ave<br>Savoy, IL  61874 | 146575 |
| | | 3005 S 6th St<br>Springfield, IL  62703 | 146576 |
| | | 3001 Wabash Ave<br>Springfield, IL  62704 | 146577 |
| | | 511 Keokuk Street<br>Lincoln, IL  62656 | 146578 |
| | | 1707 E Pershing Rd<br>Decatur, IL  62526 | 146579 |
| | | 948 W Reynolds St<br>Pontiac, IL  61764 | 146580 |
| | | 2208 N Peoria Rd<br>Springfield, IL  62702 | 146581 |
| | | 420 W Dearborn St<br>Havana, IL  62644 | 146582 |
| | | 102 W Etna Rd<br>Ottawa, IL  61350 | 146583 |
| | | 906 N Main St<br>Bloomington, IL  61701 | 146584 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER –
SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 2820 Court St<br>Pekin, IL  61554 | 146585 |
| | | 2903 Woodlawn Rd<br>Lincoln, IL  62656 | 146586 |
| | | 1810 N Bloomington St<br>Streator, IL  61364 | 146587 |
| | | 107 W Spring Creek Rd<br>East Peoria, IL  61611 | 146588 |
| | | 457 S Main St<br>Creve Coeur, IL  61610 | 146589 |
| | | 1011 N Hershey Rd<br>Bloomington, IL  61704 | 146590 |
| | | 2255 E Washington St<br>East Peoria, IL  61611 | 146591 |
| | | 1487 N Henderson St<br>Galesburg, IL  61401 | 146592 |
| | | 11975 IL-47<br>Huntley, IL  60142 | 146593 |
| | | 911 Tek Dr<br>Crystal Lake, IL  60014 | 146594 |
| | | 25461 S Ridgeland Ave<br>Monee, IL  60449 | 146595 |
| | | 11120 S Ridgeland Ave<br>Worth, IL  60482 | 146596 |
| | | 1025 S Weber Rd<br>Bolingbrook, IL  60490 | 146597 |
| | | 8012 W 111th St<br>Palos Hills, IL  60465 | 146598 |
| | | 3S660 Illinois Rte 59<br>Warrenville, IL  60555 | 146599 |
| | | 14840 S Western Ave<br>Posen, IL  60469 | 146600 |
| | | 13555 Willowbrook Rd<br>Roscoe, IL  61073 | 146601 |
| | | 3503 S Cicero Ave<br>Cicero, IL  60804 | 146602 |
| | | 1600 N Rand Rd<br>Prospect Heights, IL  60070 | 146603 |
| | | 2609 N Farnsworth Ave<br>Aurora, IL  60502 | 146604 |
| | | 24144 W Eames St<br>Channahon, IL  60410 | 146605 |
| | | 2330 Burr Oak Ave<br>Blue Island, IL  60406 | 146606 |
| | | 515 W N Ave<br>Lombard, IL  60148 | 146607 |
| | | Thorntons #221306<br>100 Dundee Ave<br>East Dundee, IL  60118 | 146608 |
| | | 476 N York St<br>Elmhurst, IL  60126 | 146609 |
| | | 55 Skokie Valley Rd<br>Highland Park, IL  60035 | 146610 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 2798 W Jefferson St<br>Joliet, IL  60435 | 146611 |
| | | 1321 Joliet Rd<br>Romeoville, IL  60446 | 146612 |
| | | 1141 E 162nd St<br>South Holland, IL  60473 | 146613 |
| | | 3233 Grand Ave<br>Waukegan, IL  60085 | 146614 |
| | | 400 Collins St<br>Joliet, IL  60432 | 146615 |
| | | 7425 Washington St #Ste 1<br>Indianapolis, IN  46219 | 146616 |
| | | 601 IL-83<br>Bensenville, IL  60106 | 146617 |
| | | 34225 US-45<br>Third Lake, IL  60030 | 146618 |
| | | 1330 S Neltnor Blvd<br>West Chicago, IL  60185 | 146619 |
| | | 205 US-12<br>Volo, IL  60073 | 146620 |
| | | 5900 S Harlem Ave<br>Summit, IL  60501 | 146621 |
| | | 2171 S 8th St<br>West Dundee, IL  60118 | 146622 |
| | | 1532 N Aurora Rd<br>Naperville, IL  60563 | 146624 |
| | | 400 N Independence Blvd<br>Romeoville, IL  60446 | 146625 |
| | | 3450 S California Ave<br>Chicago, IL  60632 | 146626 |
| | | 418 S Lincolnway St<br>North Aurora, IL  60542 | 146627 |
| | | 2201 N Green Bay Rd<br>Waukegan, IL  60087 | 146628 |
| | | 10559 S Harlem Ave<br>Chicago Ridge, IL  60415 | 146629 |
| | | 15918 Weber Rd<br>Crest Hill, IL  60403 | 146630 |
| | | 110 Devon Ave<br>Wood Dale, IL  60191 | 146631 |
| | | 12052 Western Ave<br>Blue Island, IL  60406 | 146632 |
| | | 2265 W Algonquin Rd<br>Lake in the Hills, IL  60156 | 146633 |
| | | 1602 Essington Rd<br>Joliet, IL  60435 | 146634 |
| | | 9138 S Cicero Ave<br>Oak Lawn, IL  60453 | 146635 |
| | | 1118 W Touhy Ave<br>Park Ridge, IL  60068 | 146636 |
| | | 900 N La Fox St<br>South Elgin, IL  60177 | 146637 |
| | | 300 W 63rd St<br>Westmont, IL  60559 | 146638 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –
SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 2401 63rd St<br>Woodridge, IL  60517 | 146639 |
| | | 1125 25th Ave<br>Bellwood, IL  60104 | 146640 |
| | | 800 W Lake St<br>Addison, IL  60101 | 146641 |
| | | 15800 Illinois Rte 59<br>Plainfield, IL  60544 | 146642 |
| | | 800 Northwest Hwy<br>Cary, IL  60013 | 146643 |
| | | 250 E Roosevelt Rd<br>Villa Park, IL  60181 | 146644 |
| | | 190 E Lake St<br>Bloomingdale, IL  60108 | 146645 |
| | | 2095 E Algonquin Rd<br>Algonquin, IL  60102 | 146646 |
| | | 2800 Ogden Ave<br>Aurora, IL  60504 | 146647 |
| | | 28937 IL-120<br>Lakemoor, IL  60051 | 146648 |
| | | 180 E Rollins Rd<br>Round Lake Beach, IL  60073 | 146649 |
| | | 2640 Mannheim Rd<br>Franklin Park, IL  60131 | 146650 |
| | | 2310 Elmhurst Rd<br>Elk Grove Village, IL  60007 | 146651 |
| | | 2229 S Cicero Ave<br>Cicero, IL  60804 | 146652 |
| | | 7600 W 159th St<br>Orland Park, IL  60462 | 146654 |
| | | 2 Barrington Rd<br>Streamwood, IL  60107 | 146655 |
| | | Thorntons #181710<br>1351 34th St N<br>St Petersburg, FL  33713 | 146656 |
| | | 10185 Big Bend Rd<br>Riverview, FL  33578 | 146657 |
| | | Thorntons #181709<br>3780 Tampa Rd<br>Oldsmar, FL  34677 | 146658 |
| | | Thorntons #181708<br>32490 US Hwy 19 N<br>Palm Harbor, FL  34684 | 146659 |
| | | 1330 W Lake St<br>Roselle, IL  60172 | 146664 |
| | | 598 E Washington St<br>Round Lake Park, IL  60073 | 146665 |
| | | 27905 W Hwy 176<br>Island Lake, IL  60042 | 146666 |
| | | 11 N US-12<br>Fox Lake, IL  60020 | 146667 |
| | | 2108 W IL-120<br>McHenry, IL  60051 | 146668 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –
SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 3909 U.S Hwy 31 E<br>Clarksville, IN  47129 | 146669 |
| | | 559 Waldron Rd<br>La Vergne, TN  37086 | 148600 |
| Tiger Mart | Attn: Sam Abusalem<br>10898 Co Rd 4022<br>Kemp, TX 75143 | 10898 Co Rd 4022<br>Kemp, TX  75143 | 103550 |
| Tigray LLC | Attn: Nahom Woldearegay<br>2494 W Hampden Ave<br>Englewood, CO 80110 | 2494 W Hampden Ave<br>Englewood, CO  80110 | 108264 |
| TMP SRE 1, LLC | Attn: Rick Vita<br>2070 Sam Rittenberg Blvd<br>Ste 200<br>Charleston, SC 29407 | 2070 Sam Rittenberg Blvd, #200<br>Charleston, SC  29407 | 128174 |
| Tobacco Express | Attn: Yousef K Pathan<br>3552 Dempster St<br>Stokie, IL 60076 | 3552 Dempster St<br>Skokie, IL  60076 | 144688 |
| Tobacco Revolution Inc. | Attn: Nabil Iskander<br>14652 Leffingwell Rd<br>Whittier, CA 90604 | 15652 Leffingwell Rd<br>Whittier, CA  90604 | 103751 |
| Todd Conner's | Attn: Christian Wilkins<br>700 S Broadway<br>Baltimore, MD 21231 | 700 S Broadway<br>Baltimore, MD  21231 | 104386 |
| Top Dollar Pawn & Gun | Attn: Joan Tremaine<br>3421 Washington St<br>Vicksburg, MS 39180 | 3421 Washington St<br>Vicksburg, MS  39180 | 115241 |
| Top Shelf Smoke Shop | Attn: Chris Fahmie<br>720 N. Lake Ave. Suite #1<br>Pasadena, CA 91104 | 720 N Lake Ave #Suite #1<br>Pasadena, CA  91104 | 138132 |
| Total Telecom | Attn: Giandy Acosta; Giandy Diaz<br>4212 Sebring Pkwy<br>Sebring, FL 33870 | 4212 Sebring Pkwy<br>Sebring, FL  33870 | 128159 |
| Tradewinds Market Place | Attn: Claustin Lawrence<br>15 South St<br>Blue Hill, ME 04614 | 15 South St<br>Blue Hill, ME  4614 | 108308 |
| Treexel Mart | Attn: Khaled Uz Zaman<br>c/o Texas KB Enterprise<br>512 E. Hamilton Street<br>Stamford, TX 79553 | 512 E Hamilton St<br>Stamford, TX  79553 | 109045 |
| Trepanier, Daniels and Trepanier, Inc. | Attn: Steve Trepanier<br>80 Dixon Run Rd<br>Jackson, OH 45640 | 80 Dixon Run Rd<br>Jackson, OH  45640 | 123123 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –**
**SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Triangle Point Ltd. | Attn: Dhirendra Patel<br>2216 India Hook Rd<br>Rock Hill, SC 29732 | 2216 India Hook Rd<br>Rock Hill, SC 29732 | 108293 |
| Triple Seven Station dba 76 | Attn: Negin Tajgerdu<br>12975 SW Canyon Rd<br>Beaverton, OR 97005 | 12975 SW Canyon Rd<br>Beaverton, OR 97005 | 103098 |
| Triple V, Inc. | DBA Cash Saver<br>1700 North Fortage Road<br>Meridian, MS 39301 | 1700 N Frontage Rd<br>Meridian, MS 39301 | 144574 |
| Trumball One LLC | Attn: Tal Brenjakji<br>5891 Main St<br>Trumball, Ct 6611 | 5891 Main St<br>Trumbull, CT 6611 | 103205 |
| Tulsa Food Mart | Attn: Munir Keyani<br>1712-1707 Southwest Blvd<br>Tulsa, OK 74107 | 1712-1707 Southwest Blvd<br>Tulsa, OK 74107 | 108665 |
| Tuscola IGA | 700 Progress Blvd<br>Tuscola, IL 61953 | 700 Progress Blvd<br>Tuscola, IL 61953 | 161634 |
| Twins Food Mart | Attn: Mahmood Hassan<br>1616 N Portland Ave<br>Oklahoma City, OK 73107 | 1616 N Portland Ave<br>Oklahoma City, OK 73107 | 101631 |
| Two Brothers | Attn: Mohammed Arif<br>2933 18th Ave Ste C<br>Rock Island, IL 61201 | 2933 18th Ave Suite C<br>Rock Island, IL 61201 | 116967 |
| TWO FARMS, INC. t/a Royal Farms | Attn: John Kemp<br>3611 Roland Ave<br>Baltimore, MD 21211 | 101 W Cedar Ln<br>Fruitland, MD 21826 | 152081 |
| | | 29 Grapevine Rd<br>Martinsburg, WV 25405 | 152082 |
| | | 401 Temple Ave<br>Colonial Heights, VA 23834 | 152083 |
| | | 920 Berryville Ave<br>Winchester, VA 22601 | 152084 |
| | | 10088 James Madison Hwy<br>Bealeton, VA 22712 | 152085 |
| | | 10520 Patriot Hwy<br>Fredericksburg, VA 22408 | 152086 |
| | | 2050 Yellow Springs Rd<br>Frederick, MD 21702 | 152089 |
| | | 1202 S Caton Ave<br>Baltimore, MD 21227 | 152091 |
| | | 7300 Bethlehem Blvd<br>Edgemere, MD 21219 | 152092 |
| | | 5200 Auth Rd<br>Camp Springs, MD 20746 | 152094 |
| | | 75 Monocacy Blvd<br>Frederick, MD 21701 | 152095 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 5351 Ritchie Marlboro Rd<br>Upper Marlboro, MD  20773 | 152096 |
| | | 1708 Monocacy Blvd<br>Frederick, MD  21701 | 152098 |
| | | 5361 Nottingham Dr<br>White Marsh, MD  21162 | 152101 |
| | | 7402 Shockley Dr<br>Frederick, MD  21704 | 152102 |
| | | 6134 Edmondson Ave<br>Catonsville, MD  21228 | 152103 |
| | | 5000 Plank Rd<br>Fredericksburg, VA  22407 | 152104 |
| | | 26454 Lewes Georgetown Hwy<br>Harbeson, DE  19951 | 152105 |
| | | 30217 Commerce Dr<br>Millsboro, DE  19966 | 152106 |
| | | 1033 S Salisbury Blvd #1<br>Salisbury, MD  21801 | 152109 |
| | | 100 Monument Ave #2<br>National Harbor, MD  20745 | 152110 |
| | | 38166 Dupont Blvd<br>Selbyville, DE  19975 | 152111 |
| | | 260 Crooked Run Plaza<br>Front Royal, VA  22630 | 152114 |
| | | 3700 Donnell Dr<br>District Heights, MD  20747 | 152115 |
| | | 9518 Pulaski Hwy<br>Middle River, MD  21220 | 152117 |
| | | 200 Rohrerstown Rd<br>Lancaster, PA  17603 | 152120 |
| | | 7560 Belair Rd<br>Nottingham, MD  21236 | 152121 |
| | | 43101 Van Metre Dr<br>Ashburn, VA  20148 | 152122 |
| | | 2111 W Patapsco Ave<br>Baltimore, MD  21230 | 152123 |
| | | 935 Bethlehem Pike<br>Colmar, PA  18915 | 152125 |
| | | 6202 Annapolis Rd<br>Hyattsville, MD  20784 | 152126 |
| | | 7401 Moores Rd<br>Brandywine, MD  20613 | 152127 |
| | | 1221 Warrenton Rd<br>Fredericksburg, VA  22406 | 152128 |
| | | 840 Middletown Warwick Rd<br>Middletown, DE  19709 | 152129 |
| | | 207 E Main St<br>Collegeville, PA  19426 | 152130 |
| | | 690 Watkins Mill Rd<br>Gaithersburg, MD  20879 | 152131 |
| | | 5801 Eastern Ave<br>Baltimore, MD  21224 | 152134 |
| | | 5031 Horseshoe Pike<br>Downingtown, PA  19335 | 152136 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER –
SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 17302 Draco Rd<br>Stewartstown, PA  17363 | 152139 |
| | | 19791 Coastal Hwy<br>Rehoboth Beach, DE  19971 | 152140 |
| | | 3470 Fort Meade Rd<br>Laurel, MD  20724 | 152141 |
| | | 108 Jackson Creek Rd<br>Grasonville, MD  21638 | 152142 |
| | | 467 N Sumneytown Pike<br>North Wales, PA  19454 | 152147 |
| | | 1526 Rock Spring Rd<br>Forest Hill, MD  21050 | 152148 |
| | | 457 Stanton Christiana Rd<br>Newark, DE  19713 | 152149 |
| | | 3701 Kirkwood Hwy<br>Wilmington, DE  19808 | 152150 |
| | | 2130 West Chester Pike<br>Broomall, PA  19008 | 152151 |
| | | 5573 Shady Side Rd<br>Churchton, MD  20733 | 152156 |
| | | 744 S Philadelphia Blvd<br>Aberdeen, MD  21001 | 152157 |
| | | 10 Box Hill S Pkwy<br>Abingdon, MD  21009 | 152158 |
| | | 7084 Minstrel Way<br>Columbia, MD  21046 | 152159 |
| | | 118 Mt Carmel Rd<br>Parkton, MD  21120 | 152160 |
| | | 8551 Fort Smallwood Rd<br>Riviera Beach, MD  21122 | 152161 |
| | | 9620 Belair Rd<br>Baltimore, MD  21236 | 152162 |
| | | 11510 Reisterstown Rd<br>Owings Mills, MD  21117 | 152163 |
| | | 4401 North Point Blvd<br>Dundalk, MD  21222 | 152164 |
| | | 10633 Ocean Gateway<br>Berlin, MD  21811 | 152165 |
| | | 58 Atlantic Ave<br>Ocean View, DE  19970 | 152166 |
| | | 1261 Liberty Rd<br>Eldersburg, MD  21784 | 152168 |
| | | 9043 Liberty Rd<br>Randallstown, MD  21133 | 152169 |
| | | 2201 Jack Ln<br>Bel Air, MD  21015 | 152171 |
| | | 31954 Summer Dr<br>Salisbury, MD  21804 | 152172 |
| | | 6201 Pulaski Hwy<br>Baltimore, MD  21205 | 152173 |
| | | 105 Clay Dr<br>Queenstown, MD  21658 | 152175 |
| | | 1170 Loucks Rd<br>York, PA  17404 | 152176 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 1551 Pulaski Hwy<br>Bear, DE  19701 | 152177 |
| | | 2808 Pulaski Hwy<br>Newark, DE  19702 | 152178 |
| | | 1801 Washington Blvd<br>Baltimore, MD  21230 | 152179 |
| | | 20579 Dupont Blvd<br>Georgetown, DE  19947 | 152180 |
| | | 3026 Churchland Blvd<br>Chesapeake, VA  23321 | 152181 |
| | | 1820 Markley St<br>Norristown, PA  19401 | 152182 |
| | | 1501 62nd St<br>Baltimore, MD  21237 | 152183 |
| | | 25451 Lizzio Center Dr<br>Chantilly, VA  20152 | 152184 |
| | | 293 S Saulsbury Rd<br>Dover, DE  19904 | 152185 |
| | | 11905 Market Way<br>Middle River, MD  21220 | 152186 |
| | | 1558 Annapolis Rd<br>Odenton, MD  21113 | 152187 |
| | | 1114 MD-3<br>Gambrills, MD  21054 | 152188 |
| | | 304 N Dupont Blvd<br>Smyrna, DE  19977 | 152190 |
| | | 3120 Carlisle Rd #1<br>Dover, PA  17315 | 152191 |
| | | 108 Silicato Pkwy<br>Milford, DE  19963 | 152192 |
| | | 16979 Beach Hwy<br>Ellendale, DE  19941 | 152193 |
| | | 10988 Red Run Blvd<br>Owings Mills, MD  21117 | 152194 |
| | | 6 W Lebanon Rd<br>Dover, DE  19901 | 152195 |
| | | 115 N Bohemia Ave<br>Cecilton, MD  21913 | 152196 |
| | | 1530 Russell St<br>Baltimore, MD  21230 | 152197 |
| | | 25220 Lankford Hwy<br>Onancock, VA  23417 | 152200 |
| | | 930 Cromwell Park Dr<br>Glen Burnie, MD  21061 | 152201 |
| | | 2703 Ocean Gateway<br>Cambridge, MD  21613 | 152203 |
| | | 1201 S Church St<br>Smithfield, VA  23430 | 152204 |
| | | 3320 Eastern Blvd<br>Middle River, MD  21220 | 152206 |
| | | 850 Hellam St<br>Wrightsville, PA  17368 | 152207 |
| | | 8800 Concord Rd<br>Seaford, DE  19973 | 152208 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –
SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 26672 John J Williams Hwy<br>Millsboro, DE  19966 | 152209 |
| | | 2605 S Queen St<br>York, PA  17402 | 152210 |
| | | 7250 Milford Harrington Hwy<br>Harrington, DE  19952 | 152211 |
| | | 5456 N Dupont Hwy<br>Dover, DE  19901 | 152212 |
| | | 101 Carlisle St<br>Hanover, PA  17331 | 152213 |
| | | 6538 Halltown Rd<br>Hartly, DE  19953 | 152214 |
| | | 4317 Lankford Hwy<br>Exmore, VA  23350 | 152215 |
| | | 10722 Georgetown Rd<br>Laurel, DE  19956 | 152216 |
| | | 4007 Sykesville Rd<br>Finksburg, MD  21048 | 152217 |
| | | 3505 Washington Blvd<br>Arbutus, MD  21227 | 152218 |
| | | 1200 Ponca St #3<br>Baltimore, MD  21223 | 152219 |
| | | 295 S Dupont Hwy<br>Dover, DE  19901 | 152220 |
| | | 18657 Sussex Hwy<br>Bridgeville, DE  19933 | 152221 |
| | | 29214 Lankford Hwy<br>Cape Charles, VA  23310 | 152222 |
| | | 12826A Ocean Gateway<br>Ocean City, MD  21842 | 152223 |
| | | 1010 Old Eastern Ave<br>Essex, MD  21221 | 152225 |
| | | 20474 Lankford Hwy<br>Parksley, VA  23421 | 152226 |
| | | 10740 Pulaski Hwy<br>White Marsh, MD  21162 | 152227 |
| | | 1199 E Pulaski Hwy<br>Elkton, MD  21921 | 152228 |
| | | 865 S Old Baltimore Pike<br>Newark, DE  19702 | 152230 |
| | | 30452 Mt Vernon Rd<br>Princess Anne, MD  21853 | 152231 |
| | | 8198 Veterans Hwy<br>Millersville, MD  21108 | 152232 |
| | | 500 Mechanics Valley Rd<br>North East, MD  21901 | 152233 |
| | | 3606 Conowingo Rd<br>Street, MD  21154 | 152234 |
| | | 1336 Jacob Tome Memorial Hwy<br>Port Deposit, MD  21904 | 152235 |
| | | 1915 Belair Rd<br>Fallston, MD  21047 | 152236 |
| | | 920 W 36th St<br>Baltimore, MD  21211 | 152238 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 1021 Middleton Rd<br>Aberdeen, MD  21001 | 152239 |
| | | 3209 Jarrettsville Pike<br>Monkton, MD  21111 | 152240 |
| | | 379 Conowingo Rd<br>Conowingo, MD  21918 | 152241 |
| | | 3601 Potee St<br>Baltimore, MD  21225 | 152242 |
| | | 8755 Centre Park Dr<br>Columbia, MD  21045 | 152243 |
| | | 25 Augustine Herman Hwy<br>Elkton, MD  21921 | 152244 |
| | | 101 N Salisbury Blvd<br>Salisbury, MD  21801 | 152245 |
| | | 517 Ritchie Hwy<br>Severna Park, MD  21146 | 152246 |
| | | 2330 Smith Ave #ste r<br>Baltimore, MD  21209 | 152247 |
| | | 7900 Royalty Wy<br>Salisbury, MD  21801 | 152248 |
| | | 2497 Lankford Hwy<br>New Church, VA  23415 | 152250 |
| | | 8686 Washington Blvd<br>Jessup, MD  20794 | 152253 |
| | | 1525 E Joppa Rd<br>Parkville, MD  21234 | 152254 |
| | | 1401 S Division St<br>Salisbury, MD  21804 | 152255 |
| | | 8235 Eastern Blvd<br>Baltimore, MD  21224 | 152256 |
| | | 500 Joppa Farm Rd<br>Joppatowne, MD  21085 | 152257 |
| | | 405 S Juniata St<br>Havre De Grace, MD  21078 | 152258 |
| | | 7701 German Hill Rd<br>Dundalk, MD  21222 | 152259 |
| | | 7201 Baltimore Annapolis Blvd<br>Glen Burnie, MD  21061 | 152260 |
| | | 630 Edgewood Rd<br>Edgewood, MD  21040 | 152261 |
| | | 7950 Pulaski Hwy<br>Baltimore, MD  21237 | 152262 |
| | | 4820 O'Donnell St<br>Baltimore, MD  21224 | 152263 |
| | | 1818 Baltimore Blvd<br>Westminster, MD  21157 | 152264 |
| | | 3333 E Fayette St<br>Baltimore, MD  21224 | 152265 |
| | | 6100 Holabird Ave<br>Baltimore, MD  21224 | 152266 |
| | | 100 W Padonia Rd<br>Timonium, MD  21093 | 152267 |
| | | 301 Londontown Rd<br>Edgewater, MD  21037 | 152268 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 3701 Fleet St<br>Baltimore, MD  21224 | 152269 |
| | | 8268 Lark Brown Rd<br>Elkridge, MD  21075 | 152270 |
| | | 7655 Ocean Gateway<br>Easton, MD  21601 | 152271 |
| | | 2410 E Joppa Rd<br>Parkville, MD  21234 | 152272 |
| | | 566 Dupont Blvd<br>Milford, DE  19963 | 152273 |
| | | 2704 Washington Blvd<br>Baltimore, MD  21230 | 152274 |
| | | 6067 Falls Rd<br>Baltimore, MD  21209 | 152275 |
| | | 4045 Wilkens Ave<br>Baltimore, MD  21229 | 152276 |
| | | 12545 Eastern Ave<br>Middle River, MD  21220 | 152277 |
| | | 4308 Washington Blvd<br>Halethorpe, MD  21227 | 152278 |
| | | 501 W Seminary Ave<br>Timonium, MD  21093 | 152279 |
| | | 206 W Cold Spring Ln<br>Baltimore, MD  21210 | 152281 |
| | | 7843 Telegraph Rd<br>Severn, MD  21144 | 152282 |
| | | 2500 Mountain Rd<br>Pasadena, MD  21122 | 152283 |
| | | 500 High St<br>Seaford, DE  19973 | 152284 |
| | | 427 Rehoboth Ave<br>Rehoboth Beach, DE  19971 | 152285 |
| | | 8307 Coastal Hwy<br>Ocean City, MD  21843 | 152286 |
| | | 8803 Philadelphia Rd<br>Rosedale, MD  21237 | 152287 |
| | | 15 Hanover Pike<br>Reisterstown, MD  21136 | 152288 |
| | | 2050 Fleet St<br>Baltimore, MD  21231 | 152289 |
| | | 400 S Camp Meade Rd #0045<br>Linthicum Heights, MD  21090 | 152290 |
| | | 701 Coastal Hwy #0044<br>Fenwick Island, DE  19944 | 152291 |
| | | 4500 Mountain Rd<br>Pasadena, MD  21122 | 152292 |
| | | 2700 Taylor Ave<br>Baltimore, MD  21234 | 152293 |
| | | 33620 Chincoteague Rd<br>Wallops Island, VA  23337 | 152294 |
| | | 424 6th St #0028<br>Annapolis, MD  21403 | 152296 |
| | | 5415 Pulaski Hwy<br>Perryville, MD  21903 | 152297 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –
SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 18 S Dundalk Ave<br>Dundalk, MD  21222 | 152298 |
| | | 1601 E Churchville Rd<br>Bel Air, MD  21014 | 152299 |
| | | 406 Bowleys Quarters Rd<br>Middle River, MD  21220 | 152300 |
| | | 200 Oak Manor Dr<br>Glen Burnie, MD  21061 | 152301 |
| | | 6411 Fort Smallwood Rd<br>Baltimore, MD  21226 | 152302 |
| | | 4015 North Point Blvd #1<br>Dundalk, MD  21222 | 152303 |
| | | 1119 W 41st St<br>Baltimore, MD  21211 | 152304 |
| | | 601 Southwick Dr<br>Towson, MD  21204 | 152305 |
| | | 8207 Harford Rd<br>Baltimore, MD  21234 | 152307 |
| | | 6901 Governor Ritchie Hwy<br>Glen Burnie, MD  21061 | 152308 |
| | | 1601 Middleborough Rd<br>Essex, MD  21221 | 152309 |
| | | 4384 Hollins Ferry Rd<br>Baltimore, MD  21227 | 152310 |
| | | 11460 S Dupont Hwy<br>Felton, DE  19943 | 152311 |
| | | 5232 Harford Rd<br>Baltimore, MD  21214 | 152313 |
| | | 6416 Windsor Mill Rd<br>Woodlawn, MD  21207 | 152314 |
| | | 3635 Keswick Rd<br>Baltimore, MD  21211 | 152315 |
| | | 1630 W Joppa Rd<br>Towson, MD  21204 | 152316 |
| | | 901 Snow Hill Rd<br>Salisbury, MD  21804 | 152317 |
| | | 502 Market St<br>Denton, MD  21629 | 152318 |
| | | 7204 York Rd<br>Baltimore, MD  21212 | 152319 |
| | | 898 S Marlyn Ave<br>Baltimore, MD  21221 | 152320 |
| | | 2620 Mountain Rd<br>Joppatowne, MD  21085 | 152321 |
| | | 7910 Shipley Homestead Dr<br>Hanover, MD  21076 | 153151 |
| | | 2 Schultz Rd<br>Greenwood, DE  19950 | 153517 |
| | | 1500 George Washington Memorial Hwy<br>Yorktown, VA  23693 | 153518 |
| | | 4 Commerce Pkwy<br>Fredericksburg, VA  22406 | 154273 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 2120-2216 Plank Rd<br>Fredericksburg, VA  22401 | 154353 |
| | | 620 Haddonfield-Berlin Rd<br>Voorhees Township, NJ  8043 | 154388 |
| | | 170 Berkley Rd<br>Clarksboro, NJ  8020 | 154390 |
| | | 600 NJ-73<br>Marlton, NJ  8053 | 154392 |
| | | 1 N Main St<br>Manville, NJ  8835 | 154393 |
| | | 340 Evesham Ave E<br>Magnolia, NJ  8049 | 154394 |
| | | 1200 Crescent Blvd<br>Gloucester City, NJ  8030 | 154395 |
| | | 6105 E Black Horse Pike<br>Egg Harbor Township, NJ  8234 | 154396 |
| | | 3117 Fire Rd<br>Egg Harbor Township, NJ  8234 | 154397 |
| | | 1409 Blackwood Clementon Rd<br>Clementon, NJ  8021 | 154398 |
| | | 2 S White Horse Pike #0184<br>Berlin, NJ  8009 | 154399 |
| | | 12 S Black Horse Pike #2<br>Bellmawr, NJ  8031 | 154400 |
| | | 2501 Church St<br>Philadelphia, PA  19124 | 154401 |
| | | 1748 Route 8<br>Brick, NJ  8724 | 154403 |
| | | 6430 Baltimore National Pike<br>Catonsville, MD  21228 | 157500 |
| | | 1031 S Market St<br>Wilmington, DE  19801 | 157501 |
| | | 1929 Holland Rd<br>Suffolk, VA  23434 | 157502 |
| | | 1910 Grand Way Blvd<br>Bowie, MD  20721 | 161516 |
| | | 8211 Ardwick Ardmore Rd<br>Hyattsville, MD  20785 | 161632 |
| | | 2692 Tobin Crossing<br>Bel Air, MD  21015 | 161633 |
| Two Guys From DC | Attn: Adiamseged Tadal<br>7570 Broadway<br>Denver, CO 80221 | 7570 Broadway<br>Denver, CO  80221 | 108217 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SIXTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 90)**