BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
      jmcpherson@foxrothschild.com
      nkoffroth@foxrothschild.com
      zwilliams@foxrothschild.com
*Counsel for Debtor*

| Electronically Filed June 14, 2023 |
| --- |

*(Left margin, rotated):* FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

CASH CLOUD, INC.,
dba COIN CLOUD,

            Debtor.

Case No. BK-S-23-10423-MKN

Chapter 11

**SEVENTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)**

Hearing Date:  July 20, 2023
Hearing Time:  10:30 a.m.
Estimated Time for Hearing: 20 Minutes

**PLEASE TAKE NOTICE THAT IF YOU ARE RECEIVING NOTICE OF THIS MOTION, YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON EXHIBIT 2 ATTACHED HERETO. NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE**

1

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, respectfully submits this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit 1**,[1] approving the rejection of contracts and/or unexpired leases set forth in **Exhibit 2** attached hereto pursuant to Bankruptcy Code[2] § 365(a).  This Motion is made and based on the *Declaration of Daniel Ayala* (the "Ayala Declaration") filed in support hereof, the following points and authorities, the papers and pleadings on file with the Court in this Chapter 11 Case, and any oral argument the Court may entertain at the hearing on the Motion.

Dated this 14th day of June, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

## POINTS AND AUTHORITIES

### I.    JURISDICTION AND VENUE

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The statutory basis for the relief requested herein is 11 U.S.C. §§ 105(a), and § 365(a) and Bankruptcy Rules 6006 and 9014.

4.    Pursuant to Local Rule 9014.2, the Debtor consents to entry of final order(s) or judgment(s) by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

---

[1] After notice of this Motion, revisions to this proposed order may be made.

[2] All references to "chapter" and "section" herein shall be to the "Bankruptcy Code" appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall refer to the Federal Rules of Bankruptcy Procedure.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## II.    BACKGROUND

**A.    <u>Debtor's Filing</u>**

5.    On February 7, 2023 (the "<u>Petition Date</u>"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

6.    The Debtor is authorized to operate its business and manage its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7.    An Official Committee of Unsecured Creditors was appointed on or about February 17, 2023.

**B.    <u>Debtor's Business And Contracts And/Or Leases</u>**

8.    The Debtor was formed as a Nevada corporation for the purpose of providing a platform for customers to buy and sell digital currencies through Digital Currency Machines ("<u>DCMs</u>") distributed across the United States.  DCMs are an advanced version of the kiosks commonly referred to as Bitcoin ATMs or BTMs, that enable a consumer to both (a) buy bitcoin as well as 30+ other digital currencies with cash, and (b) sell digital currency for cash.  The Debtor's machines are DCMs offering two-way functionality, over 30 digital currency options, an advanced user interface and a custom non-custodial companion wallet app (available on the Apple App Store and the Google Play Store).  <u>See</u> Ayala Declaration.

9.    In connection with the installation, operation, and use of the DCMs, or kiosks ("<u>Kiosks</u>"), Cash Cloud entered into numerous contracts (the "<u>Contracts</u>") or leases ("<u>Leases</u>") with various parties ("<u>Counterparty</u>" or <u>Counterparties</u>").

10.    Specifically, the Debtor is a party to Contracts or Leases pertaining to the installation of Kiosks at retail locations, including convenience stores, malls, and enterprise grocery stores, such Contracts or Leases generally provide Cash Cloud permission to install a Kiosk at a certain location ("<u>Location</u>") in exchange for compensation being paid to the Counterparty. The terms in the Contracts and/or Leases vary.  Under certain "master" Contracts and/or Leases, wherein such Contract or Lease governs the installation of Kiosks at multiple, different Locations (as set forth within the exhibits attached to the Contract or Lease), the Contract or Lease contains terms that provide not only for the termination of the master agreement, as a whole, but also for either the

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

Debtor or the Counterparty to terminate certain identified Locations.  See Ayala Declaration.

11.    In addition, the Debtor is also a party to numerous Contracts or Leases necessary for its general operations.   See Ayala Declaration.

12.    On May 8, 2023, the Debtor filed Debtor's Motion For Order Extending Deadline To Assume, Assume And Assign, Or Reject Unexpired Nonresidential Real Property Leases Pursuant To 11 U.S.C. § 365(d)(4) wherein the Debtor requested an extension of time to assume or reject all of its unexpired non-residential real property leases.

13.     On June 6, 2023, the Court entered an Order Extending Deadline To Assume, Assume And Assign, Or Reject Unexpired Nonresidential Real Property Leases Pursuant To 11 U.S.C. § 365(d)(4) [ECF 619] extending the time for the Debtor to assume or reject Leases to July 14, 2023.

**C.    Sale of the Debtor's Assets**

14.    On April 7, 2023, the Debtor filed a Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially All of the Debtors Assets; (B) Approving Form Notice to Be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan [ECF No. 392].

15.    On April 27, 2023, the Court entered an Order Establishing Bidding Procedures and Related Deadlines [ECF No. 483] (the "Bid Procedures Order").

16.    The Bid Procedures Order approved bidding procedures governing the sale of substantially all of Debtor's assets.

17.    In accordance with the Bid Procedures Order, the Debtor held an auction for the sale of substantially all of the Debtor's assets on June 2, 2023.  The bid presented by Heller Capital Group, LLC ("Heller Capital") for the purchase of certain of the Debtor's assets was selected as one of the winning bids.

18.    Heller Capital will be purchasing certain of the Debtor's Kiosks, including without limitation, Kiosks used in connection with the Contracts and Leases subject to the Motion.

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146717219.1 [SEVENTEENTH MOTION]

**D.      Rejection of Contracts And/Or Leases**

19.     The Debtor has made the decision to reject the Contracts and/or Leases after undertaking a financial analysis of the expense to the Debtor's estate associated with each Contract or Lease, and the benefits to the estate and its creditors associated with each Contract or Lease. Based upon the Debtor's financial analysis of the Contracts and/or Leases, the Debtor, in its business judgment, has determined that the Contracts and/or Leases set forth in the Motion are financially burdensome and do not provide benefit to the estate.  Among other things, the Debtor considered the historical performance, cure costs associated with assuming the contracts, ongoing administrative expenses, and potentially irreparable business relationships with certain hosts. The Contracts and/or Leases, or certain Locations, that are listed on Exhibit 2 are no longer needed and are not a source of potential value for the Debtor's future operations, creditors, or interest holders.  Further, the Debtor seeks to avoid depletion of the estate through accrual of administrative expenses associated with these Contracts and/or Leases. In addition, the Debtor has determined that there is no value in attempting to assume and assign the Contracts and/or Leases, as they are not marketable given their terms.  Indeed, Heller Capital has determined it does not seek to have the Debtor assume and assign the Contracts or Leases.  See Ayala Declaration.

**E.      Requested Relief**

20.     Bankruptcy Code section 365(a) authorizes the Debtor, subject to this Court's approval, to reject any executory contract or unexpired lease.  Based on its business judgment, Debtor has determined that the Contracts and/or Leases are financially burdensome to the estate and do not provide benefit to the estate.  See Ayala Declaration.  Accordingly, the Debtor seeks authority to reject the Contracts and/or Leases set forth on **Exhibit 2** as of the date of the filing of this Motion to prevent the incurrence of ongoing administrative expenses with respect to the Contracts and/or Leases.  See Ayala Declaration.

### III.      MEMORANDUM OF LAW

**A.      The Debtor's Decision To Reject The Contracts And/Or Leases Should Be Approved**

21.     Section 365 of the Bankruptcy Code provides that "the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."  11 U.S.C.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

5

§ 365(a).  "Under the Code, most courts have applied a 'business judgment' test to trustees'

decisions to assume or reject contracts or leases."  3 <u>Collier on Bankruptcy</u> ¶ 365.03[2] (16th Ed.

2016).  "In making its determination, a bankruptcy court need engage in only a cursory review of a

debtor-in-possession's decision to reject the contract."  <u>Agarwal v. Pomona Valley Med. Group,</u>

<u>Inc. (In re Pomona Valley Med. Group, Inc.)</u>, 476 F.3d 665, 670 (9th Cir. 2007) (internal

punctuation omitted).

22.    "[I]n evaluating the rejection decision, the bankruptcy court should presume that the

debtor-in-possession acted prudently, on an informed basis, in good faith, and in the honest belief

that the action taken was in the best interests of the bankruptcy estate."  <u>Id.</u>, at 670.  In the Ninth

Circuit, a bankruptcy court "should approve the rejection of an executory contract under § 365(a)

unless it finds that the debtor-in-possession's conclusion that rejection would be advantageous is so

manifestly unreasonable that it could not be based on sound business judgment, but only on bad

faith, or whim or caprice."  <u>Id.</u> (internal punctuation omitted).

23.    The Debtor's decision to reject the Contracts and/or Leases reflects the Debtor's

exercise of sound business judgment and is in the best interests of the Debtor, its estate, and its

creditors.  The Debtor has determined that the Contracts and/or Leases are not necessary for the

Debtor's operations and are financially burdensome and not beneficial to the estate. The Leases are

not a source of potential value for the Debtor's future operations, creditors, or interest holders, and

are believed to not be marketable given their terms and constitute an unnecessary drain on the

Debtor's limited resources.  Indeed, Heller Capital has determined it does not seek to have the

Debtor assume and assign the Contracts or Leases. <u>See</u> Ayala Declaration.  Accordingly, the Debtor

submits that its decision to reject the Contracts and/or Leases is a sound exercise of its business

judgment and should be approved.

**B.    Rejection As of the Date of the Filing of This Motion**

24.    This Court has authority to approve the rejection of executory contracts or leases as

of the date of the filing of the motion for rejection. Section 365 of the Bankruptcy Code does not

expressly provide whether courts may order rejection to be effective retroactively.  However, courts

have held that bankruptcy courts may exercise their equitable powers in granting such a retroactive

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

6

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

order when they conclude that doing so promotes the purposes of Section 365, and that after balancing the equities of a case, equities weigh in favor the debtor.  See, e.g., Pac. Shores Dev., LLC v. At Home Corp. (In re At Home Corp.), 392 F.3d 1064, 1065 (9th Cir. 2004) (affirming order authorizing rejection as of date of filing of motion), cert. denied, 564 U.S. 814 (2005); Thinking Machines Corp. v. Mellon Fin. Servs. Corp. (In re Thinking Machs. Corp.), 67 F.3d 1021, 1028-29 (1st Cir. 1995) (bankruptcy court has power to approve rejection as of date of filing motion); In re Amber's Stores, Inc., 193 B.R. 819, 827 (Bankr. N.D. Tex. 1996)(holding that the lease should be deemed rejected as of the petition date due to the equities of case).   Although this caselaw pertains to the rejection of nonresidential real property leases, the rationale contained therein is applicable to executory contracts. The Ninth Circuit in In re At Home Corp., explained that "the equitable authority recognized in Thinking Machines has been imported to contexts other than unexpired nonresidential leases," citing to Malden Mills Indus., Inc. v. Maroun (In re Malden Mills Indus., Inc.), 303 B.R. 688, 701 (B.A.P. 1st Cir. 2004) and its application of this principle to abandonment of personal property.  392 F.3d at 1070.  The Debtor further notes that the Ninth Circuit's holding in In re At Home Corp., 392 F.3d 1064 (9th Cir. 2004) allowing rejection as of the date of the motion has been found to be undisturbed by the Court's holding in Roman Catholic Archdiocese of San Juan v. Acevedo Feliciano, ___ U.S. ___, 140 S.Ct. 696 (2020). See In re Player's Poker Club, Inc., 636 B.R. 811 (Bankr. C.D.Cal. 2022).

25.     Balancing the equities in this case, approving rejection of the Contracts and/or Leases as of the date of this Motion is appropriate.  The Debtor has promptly filed this Motion and promptly set it for hearing giving Counterparties notice of this Motion and the Debtor's intention. Without the authority to reject as of the Motion filing date, the Debtor may be forced to incur potential administrative expenses for agreements that provide no benefit to the estate to the detriment of creditors and other stakeholders.  Further, allowing the Debtor to reject the Contracts and/or Leases will not unduly prejudice the Counterparties because the Counterparties will receive notice of the Motion and therefore will have sufficient opportunity to object if they so choose. Indeed, the Counterparties may benefit from the rejection as they will be relieved of obligations under the Contracts and/or Leases.  Accordingly, the rejection of the Contracts and/or Leases should

be approved as of the date of the Motion.

## V.    RESERVATION OF RIGHTS

26.    Nothing contained herein is intended or should be construed as an admission of the validity of any claim against the Debtor, a waiver of the Debtor's rights to dispute any claim, or an approval or assumption of any agreement, contract, or lease under section 365 of the Bankruptcy Code.  The Debtor expressly reserves its rights to contest any invoice or claim related to the relief requested herein in accordance with applicable law.

## VI.    NOTICE

27.    Notice of this Motion has been given by electronic mail or first class mail to the following parties or their counsel: (a) the Office of the United States Trustee for the District of Nevada; (b) counsel for the Official Committee of Unsecured Creditors; (c) counsel to Debtor's secured creditors; (d) counsel to parties that have a lease interest in the Remaining Property; (e) the counterparties to the Contracts and/or Leases; and (f) all parties that have filed a Rule 2002 Notice Request in the Chapter 11 Case.  In light of the nature of the relief requested, Debtor respectfully submits that such notice is appropriate and sufficient under the circumstances and that no further notice is necessary.

## CONCLUSION

WHEREFORE, for all of the foregoing reasons, Debtor respectfully requests that this Court enter an Order granting this Motion, substantially in the form attached hereto as **Exhibit 1,** and (a) approving the rejection of the Contracts and/or Leases set forth on **Exhibit 2** attached hereto, as of the date of the filing of this Motion; and (b) granting such other and further relief as this Court deems appropriate.

Dated this 14th day of June, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson

JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146717219.1 [SEVENTEENTH MOTION]

**EXHIBIT 1**

**PROPOSED ORDER**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-S-23-10423-MKN |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| | **ORDER GRANTING SEVENTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)** |
| Debtor. | Hearing Date:    July 20, 2023<br>Hearing Time:   10:30 a.m. |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146717219.1 [SEVENTEENTH MOTION]

The Court having reviewed and considered Debtor's motion [ECF ____] (the "Motion")[3] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a); and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: _____

JEANETTE E. MCPHERSON, ESQ.
BRETT A. AXELROD, ESQ.
NICHOLAS A. KOFFROTH, ESQ.
ZACHARY T. WILLIAMS, ESQ.
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

---

[3] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

146717219.1 [SEVENTEENTH MOTION]

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐  The Court has waived the requirement of approval in LR 9021(b)(1).

☐  No party appeared at the hearing or filed an objection to the motion.

☐  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146717219.1 [SEVENTEENTH MOTION]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**EXHIBIT 1 TO PROPOSED ORDER**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Umstott Inc | Attn: Todd Umstott; Robert MacNeill; Denise Rogan<br>1001 Western Ave<br>Pittsburgh, PA 15233 | 1001 Western Ave<br>Pittsburgh, PA  15233 | 119492 |
| Umstott Inc | Attn: Todd Umstott and Kathy Werner<br>125 E Main St<br>Frostburg, MD 21532 | 125 E Main St<br>Frostburg, MD  21532 | 119493 |
| Umstott Inc | Attn: Todd Umstott and Crystal Eakle<br>435 N. Third Street<br>Oakland, MD 21550 | 435 N. Third Street<br>Oakland, MD  21550 | 119494 |
| Umstott Inc | Attn: Todd Umstott; Kathy Werner; Allison Deberry<br>4151 National Pike<br>Grantsville, MD 21356 | 4151 National Pike<br>Grantsville, MD  21536 | 119495 |
| Umstott Inc | Attn: Todd Umstott and Madie McGraw<br>400 Maryland Ave<br>Cumberland, MD 21502 | 400 Maryland Ave<br>Cumberland, MD  21502 | 119496 |
| Umstott Inc | Attn: Todd Umstott and Ladonna Runion<br>209 Main St<br>Romney, WV 26757 | 209 W Main St<br>Romney, WV  26757 | 119497 |
| Umstott Inc | Attn: Todd Umstott and Phyliss Gentry<br>100 Baker St<br>Keyser, WV 26726 | 100 Baker St<br>Keyser, WV  26726 | 119498 |
| Umstott Inc | Attn: Todd Umstott and Yvette Branson<br>PO Box 143<br>15 W Main St<br>Wardensville, WV 26851 | 15 W Main St<br>Wardensville, WV  26851 | 119499 |
| Umstott Inc | Attn: Todd Umstott and Melody O'Neil<br>PO Box 526<br>1 Washington St<br>Fort Ashby, WV 26719 | 1 W Washington St<br>Fort Ashby, WV  26719 | 119500 |
| Umstott Inc | Attn: Todd Umstott<br>419 Virginia Ave<br>Petersburg, WV 26847 | 419 Virginia Ave<br>Petersburg, WV  26847 | 119503 |
| Umstott Inc | Attn: Todd Umstott and Pam Peters<br>6205 Mason Dixon Hwy<br>Blacksville, WV 26521 | 6205 Mason-Dixon Hwy<br>Blacksville, WV  26521 | 119504 |
| Umstott Inc | Attn: Todd Umstott and Joyce Sprouse<br>164 Main St<br>Rivesville, WV 26588 | 164 Main St<br>Rivesville, WV  26588 | 119505 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Umstott Inc | Attn: Todd Umstott and Stephanie Merrill<br>300 E Main St<br>Mannington, WV 26582 | 300 E Main St<br>Mannington, WV  26582 | 119507 |
| Umstott Inc | Attn: Todd Umstott and Naomi Baker<br>385 3rd St<br>New Martinsville, WV 26155 | 385 3rd St<br>New Martinsville, WV  26155 | 119508 |
| Umstott Inc | Attn: Todd Umstott and Jennifer Wells<br>3009 Pennsylvania Ave<br>Weirton, WV 26062 | 3009 Pennsylvania Ave<br>Weirton, WV  26062 | 119510 |
| Umstott Inc | Attn: Todd Umstott and Michael Wells<br>1410 Market St<br>Wheeling, WV 26003 | 1410 Market St<br>Wheeling, WV  26003 | 119511 |
| Umstott Inc | Attn: Todd Umstott; Brandye Peters; Dean Warman<br>525 Carolina Ave<br>Chester, WV 26034 | 525 Carolina Ave<br>Chester, WV  26034 | 119512 |
| Umstott Inc | Attn: Todd Umstott & Stephanie Jackson<br>600 Washington St<br>Newell, WV 26050 | 600 Washington St<br>Newell, WV  26050 | 119513 |
| Umstott Inc | Attn: Todd Umstott and Kathy Werner<br>2 Mineral St<br>Keyser, WV 26726 | 2 S Mineral St<br>Keyser, WV  26726 | 119514 |
| Umstott Inc | 493 Pine Ridge Rd<br>Bedford, PA 15522-5205 | 4399 Buckhannon Pike<br>Mt Clare, WV  26408 | 146737 |
| | | 1514 S Pike St<br>Shinnston, WV  26431 | 146738 |
| | | 604 Wilsonburg Rd<br>Clarksburg, WV  26301 | 146739 |
| | | 214 W Main St<br>Salem, WV  26426 | 146740 |
| | | 94 Hackers Creek Rd<br>Jane Lew, WV  26378 | 146741 |
| | | 513 WV-18 N<br>West Union, WV  26456 | 146743 |
| Umstott Inc | Attn: Todd Ulmstott; Sue Umstott<br>493 Pine Ridge Rd<br>Bedford, PA 15522-5205 | N/A – Global Agreement | N/A |
| United Drive In LLC #7 | Attn: Juan Flores<br>c/o United Drive In<br>2620 S 23rd St<br>McAllen, TX 78503 | 2620 S 23rd St<br>McAllen, TX  78503 | 104415 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| United Natural Foods Inc. | 313 Iron Horse Way<br>Providence, RI 02908 | 464 Havendale Blvd<br>Auburndale, FL  33823 | 137523 |
| | | 1020 US Hwy 27 S<br>Avon Park, FL  33825 | 137524 |
| | | 330 E Van Fleet Dr<br>Bartow, FL  33830 | 137525 |
| | | 12060 US-19 #N<br>Bayonet Point, FL  34667 | 137526 |
| | | 13017 Cortez Blvd<br>Brooksville, FL  34613 | 137527 |
| | | 20040 Cortez Blvd<br>Brooksville, FL  34601 | 137528 |
| | | 12860 US-301<br>Dade City, FL  33525 | 137531 |
| | | 950 Patricia Ave<br>Dunedin, FL  34698 | 137532 |
| | | 1687 E Hinson Ave<br>Haines City, FL  33844 | 137534 |
| | | 1824 US-19<br>Holiday, FL  34691 | 137535 |
| | | 8854 State Rd 52<br>Hudson, FL  34669 | 137536 |
| | | 4380 66th St N<br>St. Petersburg, FL  33709 | 137538 |
| | | 70 Plaza Ave<br>Lake Placid, FL  33852 | 137539 |
| | | 630 FL-60 W<br>Lake Wales, FL  33853 | 137540 |
| | | 917 E Memorial Blvd<br>Lakeland, FL  33801 | 137541 |
| | | 2021 George Jenkins Blvd<br>Lakeland, FL  33815 | 137542 |
| | | 4985 US Hwy 98 N<br>Lakeland, FL  33809 | 137543 |
| | | 6536 Massachusetts Ave<br>New Port Richey, FL  34653 | 137545 |
| | | 12600 S Tamiami Trail #N<br>North Port, FL  34287 | 137546 |
| | | 1401 S Collins St<br>Plant City, FL  33563 | 137547 |
| | | 9332 US-19<br>Port Richey, FL  34668 | 137548 |
| | | 9624-A US-301<br>Riverview, FL  33578 | 137549 |
| | | 1544 Lakeview Dr<br>Sebring, FL  33870 | 137550 |
| | | 729 W Dr Martin Luther King Jr Blvd<br>Seffner, FL  33584 | 137551 |
| | | 8815 Park Blvd N<br>Seminole, FL  33777 | 137552 |
| | | 7351 Spring Hill Dr<br>Spring Hill, FL  34606 | 137553 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 701 9th St N<br>St. Petersburg, FL  33701 | 137556 |
| | | 1804 62nd Ave N<br>St. Petersburg, FL  33702 | 137558 |
| | | 1625 Sun City Center Plaza<br>Sun City Center, FL  33573 | 137559 |
| | | 7430 Palm River Rd<br>Tampa, FL  33619 | 137560 |
| | | 305 W Hillsborough Ave<br>Tampa, FL  33604 | 137561 |
| | | 7537 W Waters Ave<br>Tampa, FL  33615 | 137562 |
| | | 2271 E Bearss Ave<br>Tampa, FL  33613 | 137563 |
| | | 8320 N Florida Ave<br>Tampa, FL  33604 | 137564 |
| | | 5002 E Broadway Ave<br>Tampa, FL  33619 | 137565 |
| | | 150 W Fletcher Ave<br>Tampa, FL  33612 | 137566 |
| | | 4319 N Armenia Ave<br>Tampa, FL  33607 | 137567 |
| | | 1020 S 6th Ave<br>Wauchula, FL  33873 | 137569 |
| | | 1534 3rd St SW<br>Winter Haven, FL  33880 | 137570 |
| | | 7320 Gall Blvd<br>Zephyrhills, FL  33541 | 137571 |
| | | 36538 State Rd 54<br>Zephyrhills, FL  33541 | 137572 |
| | | 1837 E 4th St<br>Ontario, CA  91764 | 149124 |
| | | 5281 Holt Blvd<br>Montclair, CA  91763 | 149125 |
| University Market Inc. | Attn: Saleh Aljaad<br>1715 E Johnson Ave<br>Jonesboro, AR 72401 | 1715 E Johnson Ave<br>Jonesboro, AR  72401 | 104268 |
| Upper Marlboro Xtra Fuel | Attn: Ashish Thako<br>12602 Shoal Creek Terrace<br>Beltsville, MD 20705 | 15009 Marlboro Pike<br>Upper Marlboro, MD  20772 | 103423 |
| Uptown Market Inc. | Attn: Shabana Musawar<br>3200 Market St<br>Youngstown, OH 44507 | 3200 Market St<br>Youngstown, OH  44507 | 103874 |
| USA Truck Center LLC<br>DBA USA Travel Center | Attn: Bhavin Patel<br>953 W Beale St<br>Kingman, AZ 86401 | 953 W Beale St<br>Kingman, AZ  86401 | 108059 |
| VA Foodmart Inc. | Attn: Keyur Patel<br>3416 Jefferson Davis Hwy<br>Richmond, VA 23234 | 3416 Jefferson Davis Hwy<br>Richmond, VA  23234 | 103413 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Valero | Attn: Kouser Hossain<br>1513 Main St<br>Southaven, MS 38671 | 1513 Main St<br>Southaven, MS 38671 | 108429 |
| Valley Ridge Beverage | Attn: Pankaj Aryal<br>1191 Valley Ridge Blvd<br>Lewisville, TX 75077 | 1191 Valley Ridge Blvd<br>Lewisville, TX 75077 | 104325 |
| Valor Vapor Prescott | Attn: Michael Anthony Brown<br>15775 North Lucy Ln<br>Prescott, AZ 86305 | Attn: Michael Anthony Brown<br>843 Miller Valley Rd<br>#104<br>Prescott, AZ 86301 | 108733 |
| Vape Stop | Attn: Sunny Isani<br>6399 Jimmy Carter Blvd<br>Norcross, GA 30071 | 6399 Jimmy Carter Blvd<br>Norcross, GA 30071 | 144093 |
| Velasquez Group L.P. | Attn: Tom Velasquez<br>PO Box 767<br>Wheeler, TX 79096 | c/o Top Value<br>Attn: Tom Velasquez<br>402 South Main St<br>Eufaula, OK 74432 | 141097 |
| Veterans Convenience Store / Maruti LLC | Attn: Nandhip Kumar<br>145 N Spruce St<br>Colorado Springs, CO 80905 | 145 N Spruce St<br>Colorado Springs, CO 80905 | 108456 |
| Veterans Convenience Store / Shanta LLC | Attn: Nandhip Kumar<br>1910 E Fountain Blvd<br>Colorado Springs, CO 80910 | 1910 E Fountain Blvd<br>Colorado Springs, CO 80910 | 108455 |
| Vickers Liquor / 2M Inc. | Attn: Manisha Aryal<br>5690 N Union Blvd<br>Colorado Springs, CO 80918 | 5690 N Union Blvd<br>Colorado Springs, CO 80918 | 108441 |
| Victorian Mart | Attn: Fred Nejabat<br>1675 Victorian Ave<br>Sparks, NV 89431 | 1675 Victorian Ave.<br>Sparks, NV 89431 | 103237 |
| VISALIA MALL, L.P | Attn: Richard L. Feder<br>2031 South Mooney Blvd.<br>Visalia, CA 93277 | 2031 South Mooney Boulevard<br>Visalia, CA 93277 | 103825 |
| Vista Beverage House | Attn: Richard L. Feder<br>999 E Fry Blvd Ste 101<br>Sierra Vista, AZ 85635 | 999 E Fry Blvd<br>Sierra Vista, AZ 85635 | 115319 |
| VN Food Mart | Attn: Samir Essa Rahman<br>3701 S Shields Blvd<br>Oklahoma City, OK 73129 | 3701 S Shields Blvd<br>Oklahoma City, OK 73129 | 108606 |
| VP 9 Inc. | Attn: Harold Caldwell<br>4023 E 10th St<br>Indianapolis, IN 46201 | 4023 E 10th St<br>Indianapolis, IN 46201 | 104009 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| VR Productions LLC / VR Arcade USA | Attn: John Iverson<br>5328 Fossil Ridge Dr<br>Ft Collins, CO 80525 | Attn: John Iverson<br>1624 Market St<br>#110<br>Denver, CO 80202 | 134595 |
| Vraj Krupa Inc dba Tobacco House | Attn: Kamlesh Patel<br>116 W 1st St<br>Lowell, NC 28098 | 116 W 1st St.<br>Lowell, NC 28098 | 103191 |
| VVM Food Mart LLC | Attn: Raj N Vangaveti<br>311 W Main St<br>St Paris, OH 43072 | 311 W Main St<br>St Paris, OH 43072 | 119936 |
| Wahab Enterprises Inc. | Attn: Zia Wahad<br>c/o Roy Orr Food Mart<br>2970 Roy Orr Blvd<br>Grand Prairie, TX 75050 | 2970 Roy Orr Blvd<br>Grand Prairie, TX 75050 | 108040 |
| Waikele Premium Outlets | 94-790 Lumiaina St<br>Ste 100<br>Waipahu, HI 96797 | 94-790 Lumiaina St<br>Waipahu, HI 96797 | 122704 |
| Walker Liquor | Attn: Saurabh Desai<br>12255 Walker Rd Ste A<br>Lemont, IL 60439 | 12255 Walker Rd #ste # a<br>Lemont, IL 60439 | 108462 |
| Warehouse Liquor Mart | Attn: Tom Hoffman<br>829 E Main St<br>Carbondale, IL 62901 | 829 E Main St<br>Carbondale, IL 62901 | 108313 |
| Warehouse Liquor Mart | Attn: Tom Hoffman<br>829 E Main St<br>Carbondale, IL 62901 | Attn: Tom Hoffman<br>650 S 10th St<br>Mt Vernon, IL 62864 | 113831 |
| Wash Em Up 1 | Attn: Sean Corbin<br>2101 Midland Dr<br>Midland, TX 79701 | 2101 Midland Dr<br>Midland, TX 79701 | 104377 |
| Wash Em Up 4 | Attn: C Snodgrass<br>2101 North Midland Drive Suite 1<br>Midland, TX 79707 | 2100 S Belmont St #B<br>Midland, TX 79701 | 103285 |
| Waterloo Liquors | Attn: Fong Chea<br>2512 Waterloo Rd<br>Stockton, CA 95205 | 2512 Waterloo Rd<br>Stockton, CA 95205 | 103313 |
| Welch Cleaners | Attn: Jeffrey Welch<br>5607 Dollar Way Road<br>Pine Bluff, AR 71602 | 5607 Dollar Way Road<br>Pine Bluff, AR 71602 | 122644 |
| Welch Laundry & Cleaners | Attn: Jeffrey Welch<br>3800 S Camden Rd<br>Pine Bluff, AR 71603 | 3800 S Camden Rd<br>Pine Bluff, AR 71603 | 122645 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Western Steer of Elkins WV Inc DBA Gandy Dancer Theatre And Conference Center | Attn: Ralph Lafelatte Bennett 359 Beverly Pike Elkins, WV 26241 | 359 Beverly Pike Elkins, WV 26241 | 108911 |
| Westland Mall Realty LLC, Westland CH LLC, Westland Nassim LLC | 50 Great Neck Road Suite 304 Great Neck, NY 11021 | 35000 Warren Rd Westland, MI 48185 | 103965 |
| Westwood Jackson Mall Realty Holding, LLC | 1010 Northern Bouleard, Suite 212 Great Neck, NY 11021 | 1850 W Michigan Ave Jackson, MI 49202 | 103827 |
| Williams Foods #4 - #4434 | Attn: Jeffrey Williams & Terry 200 East Hwy 33 Perkins, OK 74059 | 200 E Hwy 33 Perkins, OK 74059 | 142008 |
| Williams Foods #5 - #4431 | Attn: Jeffrey Williams and Derris 602 W Central Anadarko, OK 73005 | 602 W Central Blvd Anadarko, OK 73005 | 142009 |
| Wood Stop LLC DBA Kool Corner | Attn: Mubashir Anwer 401 N Mesquite Ave Luling, TX 78648 | 401 N Mesquite Ave Luling, TX 78648 | 108094 |
| Woodbridge Center Property, LLC | 250 Woodbridge Center Dr. Woodbridge, NJ 7095 | 250 Woodbridge Center Drive Woodbridge Township, NJ 7095 | 103826 |
| Woodlake Liquor | Attn: Pargat Singh Grewal 2508 Ellington Ct Simi Valley, CA 93063-5322 | Attn: Satpal Singh 23217 Saticoy St Canoga Park, CA 91304 | 116449 |
| Woodland Hills Mall, LLC | Attn: Tricia Sanders 7021 S Memorial Dr Ste 225B Tulsa, OK 74133 | 7021 S Memorial Dr Tulsa, OK 74133 | 104181 |
| Wright Weir LLC | Attn: Tammy Wright 5059 S 108th St Omaha, NE 68137 | 5059 S 108th St Omaha, NE 68137 | 108627 |
| XO Liquor | Attn: Sam King 4915 Pearlite Ave Las Vegas, NV 89121 | 4915 Pearlite Ave #115 Las Vegas, NV 89120 | 101400 |
| XO Liquor | Attn: Sam King 2625 E Tropicana Ave. Las Vegas, NV 89121 | 2625 E Tropicana Ave Las Vegas, NV 89121 | 101515 |
| Xpress Food Mart | Attn: Hardeep "Gary" Singh 5790 N Fresno St Fresno, CA 93710 | 5790 N Fresno St Fresno, CA 93710 | 108146 |
| XWA International Airport | Attn: Hurcules Cummings 14127 Jensen Ln Williston, ND 58801 | 14127 Jensen Ln Williston, ND 58801 | 136616 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Y & L Oil LLC | Attn: Hassan Bydoun<br>15444 W Seven Mile Rd<br>Detroit, MI 48235 | 15444 W Seven Mile Rd<br>Detroit, MI 48235 | 104093 |
| Yaya Food Mart | Attn: Fuad Alsaidi<br>3122 Murchison Rd<br>Fayetteville, NC 28301 | 3122 Murchison Rd<br>Fayetteville, NC 28301 | 103047 |
| Yo's Wishy Washy | Attn: Young Kim<br>1411 Williams Blvd<br>Richland, WA 99354 | 1411 Williams Blvd<br>Richland, WA 99354 | 145103 |
| Your Stop | Attn: Binita Kc<br>2433 Parkcrest Dr<br>Garland, TX 75041 | 2433 Parkcrest Dr<br>Garland, TX 75041 | 108128 |
| YTM Inc DBA Grab N Go | Attn: Heena Shah<br>6302 Red Maple Dr<br>Charlotte, NC 28278 | 13920 S Tryon St<br>Charlotte, NC 28278 | 108299 |
| Z Market | Attn: Abdel Gharaibeh<br>1401 Park Ave<br>Lynchburg, VA 24501 | 1401 Park Ave<br>Lynchburg, VA 24501 | 108661 |
| Zaki Mart | Attn: Joesph Zaki<br>c/o Rivera Mart<br>901 Rivera Dr<br>Sacramento, CA 95838 | 901 Rivera Dr.<br>Sacramento, CA 95838 | 103691 |
| Zellar's Bottle Shop | Attn: Dean Juth<br>168 Louis Campau Promenade NW<br>Basement Level<br>Grand Rapids, MI 49503 | 168 Louis Campau Promenade NW<br>Basement Level<br>Grand Rapids, MI 49503 | 116648 |
| Zoha Retail Investment | Attn: Sohail Zoha<br>223 S Utica Ave<br>Tulsa, OK 74104 | 1550 S Sheridan Rd<br>Tulsa, OK 74112 | 108861 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

**EXHIBIT 2**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

146717219.1 [SEVENTEENTH MOTION]

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Umstott Inc | Attn: Todd Umstott; Robert MacNeill; Denise Rogan<br>1001 Western Ave<br>Pittsburgh, PA 15233 | 1001 Western Ave<br>Pittsburgh, PA  15233 | 119492 |
| Umstott Inc | Attn: Todd Umstott and Kathy Werner<br>125 E Main St<br>Frostburg, MD 21532 | 125 E Main St<br>Frostburg, MD  21532 | 119493 |
| Umstott Inc | Attn: Todd Umstott and Crystal Eakle<br>435 N. Third Street<br>Oakland, MD 21550 | 435 N. Third Street<br>Oakland, MD  21550 | 119494 |
| Umstott Inc | Attn: Todd Umstott; Kathy Werner; Allison Deberry<br>4151 National Pike<br>Grantsville, MD 21356 | 4151 National Pike<br>Grantsville, MD  21536 | 119495 |
| Umstott Inc | Attn: Todd Umstott and Madie McGraw<br>400 Maryland Ave<br>Cumberland, MD 21502 | 400 Maryland Ave<br>Cumberland, MD  21502 | 119496 |
| Umstott Inc | Attn: Todd Umstott and Ladonna Runion<br>209 Main St<br>Romney, WV 26757 | 209 W Main St<br>Romney, WV  26757 | 119497 |
| Umstott Inc | Attn: Todd Umstott and Phyliss Gentry<br>100 Baker St<br>Keyser, WV 26726 | 100 Baker St<br>Keyser, WV  26726 | 119498 |
| Umstott Inc | Attn: Todd Umstott and Yvette Branson<br>PO Box 143<br>15 W Main St<br>Wardensville, WV 26851 | 15 W Main St<br>Wardensville, WV  26851 | 119499 |
| Umstott Inc | Attn: Todd Umstott and Melody O'Neil<br>PO Box 526<br>1 Washington St<br>Fort Ashby, WV 26719 | 1 W Washington St<br>Fort Ashby, WV  26719 | 119500 |
| Umstott Inc | Attn: Todd Umstott<br>419 Virginia Ave<br>Petersburg, WV 26847 | 419 Virginia Ave<br>Petersburg, WV  26847 | 119503 |
| Umstott Inc | Attn: Todd Umstott and Pam Peters<br>6205 Mason Dixon Hwy<br>Blacksville, WV 26521 | 6205 Mason-Dixon Hwy<br>Blacksville, WV  26521 | 119504 |
| Umstott Inc | Attn: Todd Umstott and Joyce Sprouse<br>164 Main St<br>Rivesville, WV 26588 | 164 Main St<br>Rivesville, WV  26588 | 119505 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Umstott Inc | Attn: Todd Umstott and Stephanie Merrill<br>300 E Main St<br>Mannington, WV 26582 | 300 E Main St<br>Mannington, WV  26582 | 119507 |
| Umstott Inc | Attn: Todd Umstott and Naomi Baker<br>385 3rd St<br>New Martinsville, WV 26155 | 385 3rd St<br>New Martinsville, WV  26155 | 119508 |
| Umstott Inc | Attn: Todd Umstott and Jennifer Wells<br>3009 Pennsylvania Ave<br>Weirton, WV 26062 | 3009 Pennsylvania Ave<br>Weirton, WV  26062 | 119510 |
| Umstott Inc | Attn: Todd Umstott and Michael Wells<br>1410 Market St<br>Wheeling, WV 26003 | 1410 Market St<br>Wheeling, WV  26003 | 119511 |
| Umstott Inc | Attn: Todd Umstott; Brandye Peters; Dean Warman<br>525 Carolina Ave<br>Chester, WV 26034 | 525 Carolina Ave<br>Chester, WV  26034 | 119512 |
| Umstott Inc | Attn: Todd Umstott & Stephanie Jackson<br>600 Washington St<br>Newell, WV 26050 | 600 Washington St<br>Newell, WV  26050 | 119513 |
| Umstott Inc | Attn: Todd Umstott and Kathy Werner<br>2 Mineral St<br>Keyser, WV 26726 | 2 S Mineral St<br>Keyser, WV  26726 | 119514 |
| Umstott Inc | 493 Pine Ridge Rd<br>Bedford, PA 15522-5205 | 4399 Buckhannon Pike<br>Mt Clare, WV  26408 | 146737 |
|  |  | 1514 S Pike St<br>Shinnston, WV  26431 | 146738 |
|  |  | 604 Wilsonburg Rd<br>Clarksburg, WV  26301 | 146739 |
|  |  | 214 W Main St<br>Salem, WV  26426 | 146740 |
|  |  | 94 Hackers Creek Rd<br>Jane Lew, WV  26378 | 146741 |
|  |  | 513 WV-18 N<br>West Union, WV  26456 | 146743 |
| Umstott Inc | Attn: Todd Ulmstott; Sue Umstott<br>493 Pine Ridge Rd<br>Bedford, PA 15522-5205 | N/A – Global Agreement | N/A |
| United Drive In LLC #7 | Attn: Juan Flores<br>c/o United Drive In<br>2620 S 23rd St<br>McAllen, TX 78503 | 2620 S 23rd St<br>McAllen, TX  78503 | 104415 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| United Natural Foods Inc. | 313 Iron Horse Way<br>Providence, RI 02908 | 464 Havendale Blvd<br>Auburndale, FL  33823 | 137523 |
| | | 1020 US Hwy 27 S<br>Avon Park, FL  33825 | 137524 |
| | | 330 E Van Fleet Dr<br>Bartow, FL  33830 | 137525 |
| | | 12060 US-19 #N<br>Bayonet Point, FL  34667 | 137526 |
| | | 13017 Cortez Blvd<br>Brooksville, FL  34613 | 137527 |
| | | 20040 Cortez Blvd<br>Brooksville, FL  34601 | 137528 |
| | | 12860 US-301<br>Dade City, FL  33525 | 137531 |
| | | 950 Patricia Ave<br>Dunedin, FL  34698 | 137532 |
| | | 1687 E Hinson Ave<br>Haines City, FL  33844 | 137534 |
| | | 1824 US-19<br>Holiday, FL  34691 | 137535 |
| | | 8854 State Rd 52<br>Hudson, FL  34669 | 137536 |
| | | 4380 66th St N<br>St. Petersburg, FL  33709 | 137538 |
| | | 70 Plaza Ave<br>Lake Placid, FL  33852 | 137539 |
| | | 630 FL-60 W<br>Lake Wales, FL  33853 | 137540 |
| | | 917 E Memorial Blvd<br>Lakeland, FL  33801 | 137541 |
| | | 2021 George Jenkins Blvd<br>Lakeland, FL  33815 | 137542 |
| | | 4985 US Hwy 98 N<br>Lakeland, FL  33809 | 137543 |
| | | 6536 Massachusetts Ave<br>New Port Richey, FL  34653 | 137545 |
| | | 12600 S Tamiami Trail #N<br>North Port, FL  34287 | 137546 |
| | | 1401 S Collins St<br>Plant City, FL  33563 | 137547 |
| | | 9332 US-19<br>Port Richey, FL  34668 | 137548 |
| | | 9624-A US-301<br>Riverview, FL  33578 | 137549 |
| | | 1544 Lakeview Dr<br>Sebring, FL  33870 | 137550 |
| | | 729 W Dr Martin Luther King Jr Blvd<br>Seffner, FL  33584 | 137551 |
| | | 8815 Park Blvd N<br>Seminole, FL  33777 | 137552 |
| | | 7351 Spring Hill Dr<br>Spring Hill, FL  34606 | 137553 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 701 9th St N<br>St. Petersburg, FL  33701 | 137556 |
| | | 1804 62nd Ave N<br>St. Petersburg, FL  33702 | 137558 |
| | | 1625 Sun City Center Plaza<br>Sun City Center, FL  33573 | 137559 |
| | | 7430 Palm River Rd<br>Tampa, FL  33619 | 137560 |
| | | 305 W Hillsborough Ave<br>Tampa, FL  33604 | 137561 |
| | | 7537 W Waters Ave<br>Tampa, FL  33615 | 137562 |
| | | 2271 E Bearss Ave<br>Tampa, FL  33613 | 137563 |
| | | 8320 N Florida Ave<br>Tampa, FL  33604 | 137564 |
| | | 5002 E Broadway Ave<br>Tampa, FL  33619 | 137565 |
| | | 150 W Fletcher Ave<br>Tampa, FL  33612 | 137566 |
| | | 4319 N Armenia Ave<br>Tampa, FL  33607 | 137567 |
| | | 1020 S 6th Ave<br>Wauchula, FL  33873 | 137569 |
| | | 1534 3rd St SW<br>Winter Haven, FL  33880 | 137570 |
| | | 7320 Gall Blvd<br>Zephyrhills, FL  33541 | 137571 |
| | | 36538 State Rd 54<br>Zephyrhills, FL  33541 | 137572 |
| | | 1837 E 4th St<br>Ontario, CA  91764 | 149124 |
| | | 5281 Holt Blvd<br>Montclair, CA  91763 | 149125 |
| University Market Inc. | Attn: Saleh Aljaad<br>1715 E Johnson Ave<br>Jonesboro, AR 72401 | 1715 E Johnson Ave<br>Jonesboro, AR  72401 | 104268 |
| Upper Marlboro Xtra Fuel | Attn: Ashish Thako<br>12602 Shoal Creek Terrace<br>Beltsville, MD 20705 | 15009 Marlboro Pike<br>Upper Marlboro, MD  20772 | 103423 |
| Uptown Market Inc. | Attn: Shabana Musawar<br>3200 Market St<br>Youngstown, OH 44507 | 3200 Market St<br>Youngstown, OH  44507 | 103874 |
| USA Truck Center LLC<br>DBA USA Travel Center | Attn: Bhavin Patel<br>953 W Beale St<br>Kingman, AZ 86401 | 953 W Beale St<br>Kingman, AZ  86401 | 108059 |
| VA Foodmart Inc. | Attn: Keyur Patel<br>3416 Jefferson Davis Hwy<br>Richmond, VA 23234 | 3416 Jefferson Davis Hwy<br>Richmond, VA  23234 | 103413 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Valero | Attn: Kouser Hossain<br>1513 Main St<br>Southaven, MS 38671 | 1513 Main St<br>Southaven, MS 38671 | 108429 |
| Valley Ridge Beverage | Attn: Pankaj Aryal<br>1191 Valley Ridge Blvd<br>Lewisville, TX 75077 | 1191 Valley Ridge Blvd<br>Lewisville, TX 75077 | 104325 |
| Valor Vapor Prescott | Attn: Michael Anthony Brown<br>15775 North Lucy Ln<br>Prescott, AZ 86305 | Attn: Michael Anthony Brown<br>843 Miller Valley Rd<br>#104<br>Prescott, AZ 86301 | 108733 |
| Vape Stop | Attn: Sunny Isani<br>6399 Jimmy Carter Blvd<br>Norcross, GA 30071 | 6399 Jimmy Carter Blvd<br>Norcross, GA 30071 | 144093 |
| Velasquez Group L.P. | Attn: Tom Velasquez<br>PO Box 767<br>Wheeler, TX 79096 | c/o Top Value<br>Attn: Tom Velasquez<br>402 South Main St<br>Eufaula, OK 74432 | 141097 |
| Veterans Convenience Store / Maruti LLC | Attn: Nandhip Kumar<br>145 N Spruce St<br>Colorado Springs, CO 80905 | 145 N Spruce St<br>Colorado Springs, CO 80905 | 108456 |
| Veterans Convenience Store / Shanta LLC | Attn: Nandhip Kumar<br>1910 E Fountain Blvd<br>Colorado Springs, CO 80910 | 1910 E Fountain Blvd<br>Colorado Springs, CO 80910 | 108455 |
| Vickers Liquor / 2M Inc. | Attn: Manisha Aryal<br>5690 N Union Blvd<br>Colorado Springs, CO 80918 | 5690 N Union Blvd<br>Colorado Springs, CO 80918 | 108441 |
| Victorian Mart | Attn: Fred Nejabat<br>1675 Victorian Ave<br>Sparks, NV 89431 | 1675 Victorian Ave.<br>Sparks, NV 89431 | 103237 |
| VISALIA MALL, L.P | Attn: Richard L. Feder<br>2031 South Mooney Blvd.<br>Visalia, CA 93277 | 2031 South Mooney Boulevard<br>Visalia, CA 93277 | 103825 |
| Vista Beverage House | Attn: Richard L. Feder<br>999 E Fry Blvd Ste 101<br>Sierra Vista, AZ 85635 | 999 E Fry Blvd<br>Sierra Vista, AZ 85635 | 115319 |
| VN Food Mart | Attn: Samir Essa Rahman<br>3701 S Shields Blvd<br>Oklahoma City, OK 73129 | 3701 S Shields Blvd<br>Oklahoma City, OK 73129 | 108606 |
| VP 9 Inc. | Attn: Harold Caldwell<br>4023 E 10th St<br>Indianapolis, IN 46201 | 4023 E 10th St<br>Indianapolis, IN 46201 | 104009 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER –
SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| VR Productions LLC / VR Arcade USA | Attn: John Iverson<br>5328 Fossil Ridge Dr<br>Ft Collins, CO 80525 | Attn: John Iverson<br>1624 Market St<br>#110<br>Denver, CO 80202 | 134595 |
| Vraj Krupa Inc dba Tobacco House | Attn: Kamlesh Patel<br>116 W 1st St<br>Lowell, NC 28098 | 116 W 1st St.<br>Lowell, NC 28098 | 103191 |
| VVM Food Mart LLC | Attn: Raj N Vangaveti<br>311 W Main St<br>St Paris, OH 43072 | 311 W Main St<br>St Paris, OH 43072 | 119936 |
| Wahab Enterprises Inc. | Attn: Zia Wahad<br>c/o Roy Orr Food Mart<br>2970 Roy Orr Blvd<br>Grand Prairie, TX 75050 | 2970 Roy Orr Blvd<br>Grand Prairie, TX 75050 | 108040 |
| Waikele Premium Outlets | 94-790 Lumiaina St<br>Ste 100<br>Waipahu, HI 96797 | 94-790 Lumiaina St<br>Waipahu, HI 96797 | 122704 |
| Walker Liquor | Attn: Saurabh Desai<br>12255 Walker Rd Ste A<br>Lemont, IL 60439 | 12255 Walker Rd #ste # a<br>Lemont, IL 60439 | 108462 |
| Warehouse Liquor Mart | Attn: Tom Hoffman<br>829 E Main St<br>Carbondale, IL 62901 | 829 E Main St<br>Carbondale, IL 62901 | 108313 |
| Warehouse Liquor Mart | Attn: Tom Hoffman<br>829 E Main St<br>Carbondale, IL 62901 | Attn: Tom Hoffman<br>650 S 10th St<br>Mt Vernon, IL 62864 | 113831 |
| Wash Em Up 1 | Attn: Sean Corbin<br>2101 Midland Dr<br>Midland, TX 79701 | 2101 Midland Dr<br>Midland, TX 79701 | 104377 |
| Wash Em Up 4 | Attn: C Snodgrass<br>2101 North Midland Drive Suite 1<br>Midland, TX 79707 | 2100 S Belmont St #B<br>Midland, TX 79701 | 103285 |
| Waterloo Liquors | Attn: Fong Chea<br>2512 Waterloo Rd<br>Stockton, CA 95205 | 2512 Waterloo Rd<br>Stockton, CA 95205 | 103313 |
| Welch Cleaners | Attn: Jeffrey Welch<br>5607 Dollar Way Road<br>Pine Bluff, AR 71602 | 5607 Dollar Way Road<br>Pine Bluff, AR 71602 | 122644 |
| Welch Laundry & Cleaners | Attn: Jeffrey Welch<br>3800 S Camden Rd<br>Pine Bluff, AR 71603 | 3800 S Camden Rd<br>Pine Bluff, AR 71603 | 122645 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Western Steer of Elkins WV Inc DBA Gandy Dancer Theatre And Conference Center | Attn: Ralph Lafelatte Bennett 359 Beverly Pike Elkins, WV 26241 | 359 Beverly Pike Elkins, WV 26241 | 108911 |
| Westland Mall Realty LLC, Westland CH LLC, Westland Nassim LLC | 50 Great Neck Road Suite 304 Great Neck, NY 11021 | 35000 Warren Rd Westland, MI 48185 | 103965 |
| Westwood Jackson Mall Realty Holding, LLC | 1010 Northern Bouleard, Suite 212 Great Neck, NY 11021 | 1850 W Michigan Ave Jackson, MI 49202 | 103827 |
| Williams Foods #4 - #4434 | Attn: Jeffrey Williams & Terry 200 East Hwy 33 Perkins, OK 74059 | 200 E Hwy 33 Perkins, OK 74059 | 142008 |
| Williams Foods #5 - #4431 | Attn: Jeffrey Williams and Derris 602 W Central Anadarko, OK 73005 | 602 W Central Blvd Anadarko, OK 73005 | 142009 |
| Wood Stop LLC DBA Kool Corner | Attn: Mubashir Anwer 401 N Mesquite Ave Luling, TX 78648 | 401 N Mesquite Ave Luling, TX 78648 | 108094 |
| Woodbridge Center Property, LLC | 250 Woodbridge Center Dr. Woodbridge, NJ 7095 | 250 Woodbridge Center Drive Woodbridge Township, NJ 7095 | 103826 |
| Woodlake Liquor | Attn: Pargat Singh Grewal 2508 Ellington Ct Simi Valley, CA 93063-5322 | Attn: Satpal Singh 23217 Saticoy St Canoga Park, CA 91304 | 116449 |
| Woodland Hills Mall, LLC | Attn: Tricia Sanders 7021 S Memorial Dr Ste 225B Tulsa, OK 74133 | 7021 S Memorial Dr Tulsa, OK 74133 | 104181 |
| Wright Weir LLC | Attn: Tammy Wright 5059 S 108th St Omaha, NE 68137 | 5059 S 108th St Omaha, NE 68137 | 108627 |
| XO Liquor | Attn: Sam King 4915 Pearlite Ave Las Vegas, NV 89121 | 4915 Pearlite Ave #115 Las Vegas, NV 89120 | 101400 |
| XO Liquor | Attn: Sam King 2625 E Tropicana Ave. Las Vegas, NV 89121 | 2625 E Tropicana Ave Las Vegas, NV 89121 | 101515 |
| Xpress Food Mart | Attn: Hardeep "Gary" Singh 5790 N Fresno St Fresno, CA 93710 | 5790 N Fresno St Fresno, CA 93710 | 108146 |
| XWA International Airport | Attn: Hurcules Cummings 14127 Jensen Ln Williston, ND 58801 | 14127 Jensen Ln Williston, ND 58801 | 136616 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER –
SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Y & L Oil LLC | Attn: Hassan Bydoun<br>15444 W Seven Mile Rd<br>Detroit, MI 48235 | 15444 W Seven Mile Rd<br>Detroit, MI  48235 | 104093 |
| Yaya Food Mart | Attn: Fuad Alsaidi<br>3122 Murchison Rd<br>Fayetteville, NC 28301 | 3122 Murchison Rd<br>Fayetteville, NC  28301 | 103047 |
| Yo's Wishy Washy | Attn: Young Kim<br>1411 Williams Blvd<br>Richland, WA 99354 | 1411 Williams Blvd<br>Richland, WA  99354 | 145103 |
| Your Stop | Attn: Binita Kc<br>2433 Parkcrest Dr<br>Garland, TX 75041 | 2433 Parkcrest Dr<br>Garland, TX  75041 | 108128 |
| YTM Inc DBA Grab N Go | Attn: Heena Shah<br>6302 Red Maple Dr<br>Charlotte, NC 28278 | 13920 S Tryon St<br>Charlotte, NC  28278 | 108299 |
| Z Market | Attn: Abdel Gharaibeh<br>1401 Park Ave<br>Lynchburg, VA 24501 | 1401 Park Ave<br>Lynchburg, VA  24501 | 108661 |
| Zaki Mart | Attn: Joesph Zaki<br>c/o Rivera Mart<br>901 Rivera Dr<br>Sacramento, CA 95838 | 901 Rivera Dr.<br>Sacramento, CA  95838 | 103691 |
| Zellar's Bottle Shop | Attn: Dean Juth<br>168 Louis Campau Promenade NW<br>Basement Level<br>Grand Rapids, MI 49503 | 168 Louis Campau Promenade NW<br>Basement Level<br>Grand Rapids, MI  49503 | 116648 |
| Zoha Retail Investment | Attn: Sohail Zoha<br>223 S Utica Ave<br>Tulsa, OK 74104 | 1550 S Sheridan Rd<br>Tulsa, OK  74112 | 108861 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  –
SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**