BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Phone: 702.262.6899 / Facsimile: 702.597.5503
Email: baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed June 14, 2023

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                           Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON SEVENTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)**<br><br>Hearing Date:   July 20, 2023<br>Hearing Time:  10:30 a.m. |

**PLEASE TAKE NOTICE THAT THE DEBTOR IS REQUESTING IT BE PERMITTED TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**

**IF YOU ARE RECEIVING THIS NOTICE OF THE SEVENTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a), YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON EXHIBIT 1 ATTACHED HERETO.  NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE.**

**PLEASE TAKE NOTICE** that on June 14, 2023, Cash Cloud, Inc. (the "Debtor"), by and through its counsel, filed a Seventeenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) (the "Motion").[1]

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

1

146717220.1

**NOTICE IS FURTHER GIVEN** that copies of the Motion may be obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal, Telephone: (702) 262-6899, or by download at: https://cases.stretto.com/CashCloud (the "Case Website").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on **July 20, 2023 at 10:30 a.m. prevailing Pacific time**. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code 029066#.

Dated this 14th day of June, 2023.         **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
    JEANETTE E. MCPHERSON, ESQ. (5423)
    BRETT A. AXELROD, ESQ. (5859)
    NICHOLAS A. KOFFROTH, ESQ. (16264)
    ZACHARY T. WILLIAMS, ESQ. (16023)
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

146717220.1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Umstott Inc | Attn: Todd Umstott; Robert MacNeill; Denise Rogan<br>1001 Western Ave<br>Pittsburgh, PA 15233 | 1001 Western Ave<br>Pittsburgh, PA  15233 | 119492 |
| Umstott Inc | Attn: Todd Umstott and Kathy Werner<br>125 E Main St<br>Frostburg, MD 21532 | 125 E Main St<br>Frostburg, MD  21532 | 119493 |
| Umstott Inc | Attn: Todd Umstott and Crystal Eakle<br>435 N. Third Street<br>Oakland, MD 21550 | 435 N. Third Street<br>Oakland, MD  21550 | 119494 |
| Umstott Inc | Attn: Todd Umstott; Kathy Werner; Allison Deberry<br>4151 National Pike<br>Grantsville, MD 21356 | 4151 National Pike<br>Grantsville, MD  21536 | 119495 |
| Umstott Inc | Attn: Todd Umstott and Madie McGraw<br>400 Maryland Ave<br>Cumberland, MD 21502 | 400 Maryland Ave<br>Cumberland, MD  21502 | 119496 |
| Umstott Inc | Attn: Todd Umstott and Ladonna Runion<br>209 Main St<br>Romney, WV 26757 | 209 W Main St<br>Romney, WV  26757 | 119497 |
| Umstott Inc | Attn: Todd Umstott and Phyliss Gentry<br>100 Baker St<br>Keyser, WV 26726 | 100 Baker St<br>Keyser, WV  26726 | 119498 |
| Umstott Inc | Attn: Todd Umstott and Yvette Branson<br>PO Box 143<br>15 W Main St<br>Wardensville, WV 26851 | 15 W Main St<br>Wardensville, WV  26851 | 119499 |
| Umstott Inc | Attn: Todd Umstott and Melody O'Neil<br>PO Box 526<br>1 Washington St<br>Fort Ashby, WV 26719 | 1 W Washington St<br>Fort Ashby, WV  26719 | 119500 |
| Umstott Inc | Attn: Todd Umstott<br>419 Virginia Ave<br>Petersburg, WV 26847 | 419 Virginia Ave<br>Petersburg, WV  26847 | 119503 |
| Umstott Inc | Attn: Todd Umstott and Pam Peters<br>6205 Mason Dixon Hwy<br>Blacksville, WV 26521 | 6205 Mason-Dixon Hwy<br>Blacksville, WV  26521 | 119504 |
| Umstott Inc | Attn: Todd Umstott and Joyce Sprouse<br>164 Main St<br>Rivesville, WV 26588 | 164 Main St<br>Rivesville, WV  26588 | 119505 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Umstott Inc | Attn: Todd Umstott and Stephanie Merrill<br>300 E Main St<br>Mannington, WV 26582 | 300 E Main St<br>Mannington, WV 26582 | 119507 |
| Umstott Inc | Attn: Todd Umstott and Naomi Baker<br>385 3rd St<br>New Martinsville, WV 26155 | 385 3rd St<br>New Martinsville, WV 26155 | 119508 |
| Umstott Inc | Attn: Todd Umstott and Jennifer Wells<br>3009 Pennsylvania Ave<br>Weirton, WV 26062 | 3009 Pennsylvania Ave<br>Weirton, WV 26062 | 119510 |
| Umstott Inc | Attn: Todd Umstott and Michael Wells<br>1410 Market St<br>Wheeling, WV 26003 | 1410 Market St<br>Wheeling, WV 26003 | 119511 |
| Umstott Inc | Attn: Todd Umstott; Brandye Peters; Dean Warman<br>525 Carolina Ave<br>Chester, WV 26034 | 525 Carolina Ave<br>Chester, WV 26034 | 119512 |
| Umstott Inc | Attn: Todd Umstott & Stephanie Jackson<br>600 Washington St<br>Newell, WV 26050 | 600 Washington St<br>Newell, WV 26050 | 119513 |
| Umstott Inc | Attn: Todd Umstott and Kathy Werner<br>2 Mineral St<br>Keyser, WV 26726 | 2 S Mineral St<br>Keyser, WV 26726 | 119514 |
| Umstott Inc | 493 Pine Ridge Rd<br>Bedford, PA 15522-5205 | 4399 Buckhannon Pike<br>Mt Clare, WV 26408 | 146737 |
|  |  | 1514 S Pike St<br>Shinnston, WV 26431 | 146738 |
|  |  | 604 Wilsonburg Rd<br>Clarksburg, WV 26301 | 146739 |
|  |  | 214 W Main St<br>Salem, WV 26426 | 146740 |
|  |  | 94 Hackers Creek Rd<br>Jane Lew, WV 26378 | 146741 |
|  |  | 513 WV-18 N<br>West Union, WV 26456 | 146743 |
| Umstott Inc | Attn: Todd Ulmstott; Sue Umstott<br>493 Pine Ridge Rd<br>Bedford, PA 15522-5205 | N/A – Global Agreement | N/A |
| United Drive In LLC #7 | Attn: Juan Flores<br>c/o United Drive In<br>2620 S 23rd St<br>McAllen, TX 78503 | 2620 S 23rd St<br>McAllen, TX 78503 | 104415 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| United Natural Foods Inc. | 313 Iron Horse Way<br>Providence, RI 02908 | 464 Havendale Blvd<br>Auburndale, FL  33823 | 137523 |
| | | 1020 US Hwy 27 S<br>Avon Park, FL  33825 | 137524 |
| | | 330 E Van Fleet Dr<br>Bartow, FL  33830 | 137525 |
| | | 12060 US-19 #N<br>Bayonet Point, FL  34667 | 137526 |
| | | 13017 Cortez Blvd<br>Brooksville, FL  34613 | 137527 |
| | | 20040 Cortez Blvd<br>Brooksville, FL  34601 | 137528 |
| | | 12860 US-301<br>Dade City, FL  33525 | 137531 |
| | | 950 Patricia Ave<br>Dunedin, FL  34698 | 137532 |
| | | 1687 E Hinson Ave<br>Haines City, FL  33844 | 137534 |
| | | 1824 US-19<br>Holiday, FL  34691 | 137535 |
| | | 8854 State Rd 52<br>Hudson, FL  34669 | 137536 |
| | | 4380 66th St N<br>St. Petersburg, FL  33709 | 137538 |
| | | 70 Plaza Ave<br>Lake Placid, FL  33852 | 137539 |
| | | 630 FL-60 W<br>Lake Wales, FL  33853 | 137540 |
| | | 917 E Memorial Blvd<br>Lakeland, FL  33801 | 137541 |
| | | 2021 George Jenkins Blvd<br>Lakeland, FL  33815 | 137542 |
| | | 4985 US Hwy 98 N<br>Lakeland, FL  33809 | 137543 |
| | | 6536 Massachusetts Ave<br>New Port Richey, FL  34653 | 137545 |
| | | 12600 S Tamiami Trail #N<br>North Port, FL  34287 | 137546 |
| | | 1401 S Collins St<br>Plant City, FL  33563 | 137547 |
| | | 9332 US-19<br>Port Richey, FL  34668 | 137548 |
| | | 9624-A US-301<br>Riverview, FL  33578 | 137549 |
| | | 1544 Lakeview Dr<br>Sebring, FL  33870 | 137550 |
| | | 729 W Dr Martin Luther King Jr Blvd<br>Seffner, FL  33584 | 137551 |
| | | 8815 Park Blvd N<br>Seminole, FL  33777 | 137552 |
| | | 7351 Spring Hill Dr<br>Spring Hill, FL  34606 | 137553 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 701 9th St N<br>St. Petersburg, FL  33701 | 137556 |
| | | 1804 62nd Ave N<br>St. Petersburg, FL  33702 | 137558 |
| | | 1625 Sun City Center Plaza<br>Sun City Center, FL  33573 | 137559 |
| | | 7430 Palm River Rd<br>Tampa, FL  33619 | 137560 |
| | | 305 W Hillsborough Ave<br>Tampa, FL  33604 | 137561 |
| | | 7537 W Waters Ave<br>Tampa, FL  33615 | 137562 |
| | | 2271 E Bearss Ave<br>Tampa, FL  33613 | 137563 |
| | | 8320 N Florida Ave<br>Tampa, FL  33604 | 137564 |
| | | 5002 E Broadway Ave<br>Tampa, FL  33619 | 137565 |
| | | 150 W Fletcher Ave<br>Tampa, FL  33612 | 137566 |
| | | 4319 N Armenia Ave<br>Tampa, FL  33607 | 137567 |
| | | 1020 S 6th Ave<br>Wauchula, FL  33873 | 137569 |
| | | 1534 3rd St SW<br>Winter Haven, FL  33880 | 137570 |
| | | 7320 Gall Blvd<br>Zephyrhills, FL  33541 | 137571 |
| | | 36538 State Rd 54<br>Zephyrhills, FL  33541 | 137572 |
| | | 1837 E 4th St<br>Ontario, CA  91764 | 149124 |
| | | 5281 Holt Blvd<br>Montclair, CA  91763 | 149125 |
| University Market Inc. | Attn: Saleh Aljaad<br>1715 E Johnson Ave<br>Jonesboro, AR 72401 | 1715 E Johnson Ave<br>Jonesboro, AR  72401 | 104268 |
| Upper Marlboro Xtra Fuel | Attn: Ashish Thako<br>12602 Shoal Creek Terrace<br>Beltsville, MD 20705 | 15009 Marlboro Pike<br>Upper Marlboro, MD  20772 | 103423 |
| Uptown Market Inc. | Attn: Shabana Musawar<br>3200 Market St<br>Youngstown, OH 44507 | 3200 Market St<br>Youngstown, OH  44507 | 103874 |
| USA Truck Center LLC DBA USA Travel Center | Attn: Bhavin Patel<br>953 W Beale St<br>Kingman, AZ 86401 | 953 W Beale St<br>Kingman, AZ  86401 | 108059 |
| VA Foodmart Inc. | Attn: Keyur Patel<br>3416 Jefferson Davis Hwy<br>Richmond, VA 23234 | 3416 Jefferson Davis Hwy<br>Richmond, VA  23234 | 103413 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Valero | Attn: Kouser Hossain<br>1513 Main St<br>Southaven, MS 38671 | 1513 Main St<br>Southaven, MS  38671 | 108429 |
| Valley Ridge Beverage | Attn: Pankaj Aryal<br>1191 Valley Ridge Blvd<br>Lewisville, TX 75077 | 1191 Valley Ridge Blvd<br>Lewisville, TX  75077 | 104325 |
| Valor Vapor Prescott | Attn: Michael Anthony Brown<br>15775 North Lucy Ln<br>Prescott, AZ 86305 | Attn: Michael Anthony Brown<br>843 Miller Valley Rd<br>#104<br>Prescott, AZ  86301 | 108733 |
| Vape Stop | Attn: Sunny Isani<br>6399 Jimmy Carter Blvd<br>Norcross, GA 30071 | 6399 Jimmy Carter Blvd<br>Norcross, GA  30071 | 144093 |
| Velasquez Group L.P. | Attn: Tom Velasquez<br>PO Box 767<br>Wheeler, TX 79096 | c/o Top Value<br>Attn: Tom Velasquez<br>402 South Main St<br>Eufaula, OK  74432 | 141097 |
| Veterans Convenience Store / Maruti LLC | Attn: Nandhip Kumar<br>145 N Spruce St<br>Colorado Springs, CO 80905 | 145 N Spruce St<br>Colorado Springs, CO  80905 | 108456 |
| Veterans Convenience Store / Shanta LLC | Attn: Nandhip Kumar<br>1910 E Fountain Blvd<br>Colorado Springs, CO 80910 | 1910 E Fountain Blvd<br>Colorado Springs, CO  80910 | 108455 |
| Vickers Liquor / 2M Inc. | Attn: Manisha Aryal<br>5690 N Union Blvd<br>Colorado Springs, CO 80918 | 5690 N Union Blvd<br>Colorado Springs, CO  80918 | 108441 |
| Victorian Mart | Attn: Fred Nejabat<br>1675 Victorian Ave<br>Sparks, NV 89431 | 1675 Victorian Ave.<br>Sparks, NV  89431 | 103237 |
| VISALIA MALL, L.P | Attn: Richard L. Feder<br>2031 South Mooney Blvd.<br>Visalia, CA 93277 | 2031 South Mooney Boulevard<br>Visalia, CA  93277 | 103825 |
| Vista Beverage House | Attn: Richard L. Feder<br>999 E Fry Blvd Ste 101<br>Sierra Vista, AZ 85635 | 999 E Fry Blvd<br>Sierra Vista, AZ  85635 | 115319 |
| VN Food Mart | Attn: Samir Essa Rahman<br>3701 S Shields Blvd<br>Oklahoma City, OK 73129 | 3701 S Shields Blvd<br>Oklahoma City, OK  73129 | 108606 |
| VP 9 Inc. | Attn: Harold Caldwell<br>4023 E 10th St<br>Indianapolis, IN 46201 | 4023 E 10th St<br>Indianapolis, IN  46201 | 104009 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| VR Productions LLC / VR Arcade USA | Attn: John Iverson<br>5328 Fossil Ridge Dr<br>Ft Collins, CO 80525 | Attn: John Iverson<br>1624 Market St #110<br>Denver, CO 80202 | 134595 |
| Vraj Krupa Inc dba Tobacco House | Attn: Kamlesh Patel<br>116 W 1st St<br>Lowell, NC 28098 | 116 W 1st St.<br>Lowell, NC 28098 | 103191 |
| VVM Food Mart LLC | Attn: Raj N Vangaveti<br>311 W Main St<br>St Paris, OH 43072 | 311 W Main St<br>St Paris, OH 43072 | 119936 |
| Wahab Enterprises Inc. | Attn: Zia Wahad<br>c/o Roy Orr Food Mart<br>2970 Roy Orr Blvd<br>Grand Prairie, TX 75050 | 2970 Roy Orr Blvd<br>Grand Prairie, TX 75050 | 108040 |
| Waikele Premium Outlets | 94-790 Lumiaina St<br>Ste 100<br>Waipahu, HI 96797 | 94-790 Lumiaina St<br>Waipahu, HI 96797 | 122704 |
| Walker Liquor | Attn: Saurabh Desai<br>12255 Walker Rd Ste A<br>Lemont, IL 60439 | 12255 Walker Rd #ste # a<br>Lemont, IL 60439 | 108462 |
| Warehouse Liquor Mart | Attn: Tom Hoffman<br>829 E Main St<br>Carbondale, IL 62901 | 829 E Main St<br>Carbondale, IL 62901 | 108313 |
| Warehouse Liquor Mart | Attn: Tom Hoffman<br>829 E Main St<br>Carbondale, IL 62901 | Attn: Tom Hoffman<br>650 S 10th St<br>Mt Vernon, IL 62864 | 113831 |
| Wash Em Up 1 | Attn: Sean Corbin<br>2101 Midland Dr<br>Midland, TX 79701 | 2101 Midland Dr<br>Midland, TX 79701 | 104377 |
| Wash Em Up 4 | Attn: C Snodgrass<br>2101 North Midland Drive Suite 1<br>Midland, TX 79707 | 2100 S Belmont St #B<br>Midland, TX 79701 | 103285 |
| Waterloo Liquors | Attn: Fong Chea<br>2512 Waterloo Rd<br>Stockton, CA 95205 | 2512 Waterloo Rd<br>Stockton, CA 95205 | 103313 |
| Welch Cleaners | Attn: Jeffrey Welch<br>5607 Dollar Way Road<br>Pine Bluff, AR 71602 | 5607 Dollar Way Road<br>Pine Bluff, AR 71602 | 122644 |
| Welch Laundry & Cleaners | Attn: Jeffrey Welch<br>3800 S Camden Rd<br>Pine Bluff, AR 71603 | 3800 S Camden Rd<br>Pine Bluff, AR 71603 | 122645 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Western Steer of Elkins WV Inc DBA Gandy Dancer Theatre And Conference Center | Attn: Ralph Lafelatte Bennett 359 Beverly Pike Elkins, WV 26241 | 359 Beverly Pike Elkins, WV 26241 | 108911 |
| Westland Mall Realty LLC, Westland CH LLC, Westland Nassim LLC | 50 Great Neck Road Suite 304 Great Neck, NY 11021 | 35000 Warren Rd Westland, MI 48185 | 103965 |
| Westwood Jackson Mall Realty Holding, LLC | 1010 Northern Bouleard, Suite 212 Great Neck, NY 11021 | 1850 W Michigan Ave Jackson, MI 49202 | 103827 |
| Williams Foods #4 - #4434 | Attn: Jeffrey Williams & Terry 200 East Hwy 33 Perkins, OK 74059 | 200 E Hwy 33 Perkins, OK 74059 | 142008 |
| Williams Foods #5 - #4431 | Attn: Jeffrey Williams and Derris 602 W Central Anadarko, OK 73005 | 602 W Central Blvd Anadarko, OK 73005 | 142009 |
| Wood Stop LLC DBA Kool Corner | Attn: Mubashir Anwer 401 N Mesquite Ave Luling, TX 78648 | 401 N Mesquite Ave Luling, TX 78648 | 108094 |
| Woodbridge Center Property, LLC | 250 Woodbridge Center Dr. Woodbridge, NJ 7095 | 250 Woodbridge Center Drive Woodbridge Township, NJ 7095 | 103826 |
| Woodlake Liquor | Attn: Pargat Singh Grewal 2508 Ellington Ct Simi Valley, CA 93063-5322 | Attn: Satpal Singh 23217 Saticoy St Canoga Park, CA 91304 | 116449 |
| Woodland Hills Mall, LLC | Attn: Tricia Sanders 7021 S Memorial Dr Ste 225B Tulsa, OK 74133 | 7021 S Memorial Dr Tulsa, OK 74133 | 104181 |
| Wright Weir LLC | Attn: Tammy Wright 5059 S 108th St Omaha, NE 68137 | 5059 S 108th St Omaha, NE 68137 | 108627 |
| XO Liquor | Attn: Sam King 4915 Pearlite Ave Las Vegas, NV 89121 | 4915 Pearlite Ave #115 Las Vegas, NV 89120 | 101400 |
| XO Liquor | Attn: Sam King 2625 E Tropicana Ave. Las Vegas, NV 89121 | 2625 E Tropicana Ave Las Vegas, NV 89121 | 101515 |
| Xpress Food Mart | Attn: Hardeep "Gary" Singh 5790 N Fresno St Fresno, CA 93710 | 5790 N Fresno St Fresno, CA 93710 | 108146 |
| XWA International Airport | Attn: Hurcules Cummings 14127 Jensen Ln Williston, ND 58801 | 14127 Jensen Ln Williston, ND 58801 | 136616 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Y & L Oil LLC | Attn: Hassan Bydoun<br>15444 W Seven Mile Rd<br>Detroit, MI 48235 | 15444 W Seven Mile Rd<br>Detroit, MI 48235 | 104093 |
| Yaya Food Mart | Attn: Fuad Alsaidi<br>3122 Murchison Rd<br>Fayetteville, NC 28301 | 3122 Murchison Rd<br>Fayetteville, NC 28301 | 103047 |
| Yo's Wishy Washy | Attn: Young Kim<br>1411 Williams Blvd<br>Richland, WA 99354 | 1411 Williams Blvd<br>Richland, WA 99354 | 145103 |
| Your Stop | Attn: Binita Kc<br>2433 Parkcrest Dr<br>Garland, TX 75041 | 2433 Parkcrest Dr<br>Garland, TX 75041 | 108128 |
| YTM Inc DBA Grab N Go | Attn: Heena Shah<br>6302 Red Maple Dr<br>Charlotte, NC 28278 | 13920 S Tryon St<br>Charlotte, NC 28278 | 108299 |
| Z Market | Attn: Abdel Gharaibeh<br>1401 Park Ave<br>Lynchburg, VA 24501 | 1401 Park Ave<br>Lynchburg, VA 24501 | 108661 |
| Zaki Mart | Attn: Joesph Zaki<br>c/o Rivera Mart<br>901 Rivera Dr<br>Sacramento, CA 95838 | 901 Rivera Dr.<br>Sacramento, CA 95838 | 103691 |
| Zellar's Bottle Shop | Attn: Dean Juth<br>168 Louis Campau Promenade NW<br>Basement Level<br>Grand Rapids, MI 49503 | 168 Louis Campau Promenade NW<br>Basement Level<br>Grand Rapids, MI 49503 | 116648 |
| Zoha Retail Investment | Attn: Sohail Zoha<br>223 S Utica Ave<br>Tulsa, OK 74104 | 1550 S Sheridan Rd<br>Tulsa, OK 74112 | 108861 |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: 77)**