THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEVADA

IN RE: CASH CLOUD, INC., Debtor(s).  
    C/O WEWORK  
    TWO SUMMERLIN  
    10845 GRIFFITH PEAK DRIVE  
    LAS VEGAS, NV 89135  
    46-5527468

Case No. 23-10423 MKN  
Chapter 11

### Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:  
TN Dept of Revenue  
c/o TN Attorney General's Office, Bankruptcy Division  
PO Box 20207  
Nashville, Tennessee 37202-0207

The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,  
Jonathan Skrmetti  
Attorney General and Reporter

/s/ Stuart Wilson-Patton  
Stuart Wilson-Patton  
Senior Assistant Attorney General  
BPR No. 012207(TN); 769210(GA); 0971405(FL)  
OFFICE OF THE ATTORNEY GENERAL  
BANKRUPTCY DIVISION  
P O BOX 20207  
Nashville, TN 37202-0207  
Phone: (615) 532-2567   Fax: 615-741-3334  
Email: stuart.wilson-patton@ag.tn.gov

### CERTIFICATE OF SERVICE

I certify that on June 16, 2023 a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ Stuart Wilson-Patton  
Stuart Wilson-Patton  
Senior Assistant Attorney General

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>300 Las Vegas Blvd. So.<br>Suite 4300<br>Las Vegas, Nevada 89101 | Trustee<br>CHAPTER 11 - LV<br>300 LAS VEGAS BLVD., SO. #4300<br>LAS VEGAS, NV 89101 | Brett A. Axelrod<br>Attorney for the Debtor(s)<br>1980 Festival Plaza Drive<br>STE 700<br>Las Vegas, NV 89135 |