BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com

*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **DECLARATION OF DANIEL AYALA IN SUPPORT OF DEBTOR'S MOTION TO COMPEL TURNOVER OF ESTATE ASSETS**<br><br>Hearing Date: OST PENDING<br>Hearing Time: OST PENDING |

146638864.1

I, Daniel Ayala, declare as follows:

1. I am the Independent Director of Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case").

2. Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3. I make this Declaration in support of Debtor's *Motion to Compel Turnover of Estate Assets* (the "Motion").[1]

4. As of December 31, 2022, the Debtor operated approximately 4,800 DCMs in the United States and Brazil, installed in some of the largest convenience, grocery and liquor store chains and prestigious malls, pursuant to host agreements ("Host Agreements").

5. Pursuant to the Host Agreements, the Debtor and various parties ("Host(s)") have agreed, in general, that a DCM may be installed at a certain location. In connection with a customer's use of a DCM, monies are deposited into the DCMs and these amounts are calculated and validated by the Debtor through its software ("Deposits"). The Debtor collects the Deposits on a regular basis.

6. Some Hosts, however, have refused to allow the Debtor, and/or its agents, access to the DCMs. As a result, Deposits have not been collected. The Deposits owed to the Debtor are in a substantial amount.

7. The Debtor has attempted to contact the Hosts to allow it access to retrieve the Deposits; however, to date, the Debtor has been unsuccessful. Accordingly, the Debtor seeks an order compelling the Hosts to grant the Debtor, and its agents, immediate access to the DCMs and turn over the Deposits to the Debtor.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

146638864.1

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed this 16th day of June 2023.

                                              */s/Daniel Ayala*
                                              Daniel Ayala

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146638864.1