BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**DECLARATION OF DARYL HELLER IN SUPPORT OF MOTION FOR ORDER:**<br>**(A) CONFIRMING AUCTION RESULTS;**<br>**(B) APPROVING THE SALE OF CERTAIN OF DEBTOR'S ASSETS TO HELLER CAPITAL GROUP, LLC, GENESIS COIN, INC. AND CHRISTOPHER MCALARY FREE AND CLEAR OF LIENS CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS;**<br>**(C) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTOR'S EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND**<br>**(D) GRANTING RELATED RELIEF**<br><br>Hearing Date:  OST Pending<br>Hearing Time:  OST Pending |

I, Daryl Heller, declare as follows:

1. I am the Chief Executive Officer of Heller Capital, Inc. ("Heller Capital").

2. Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3. I make this Declaration in support of Debtor's *Motion for Order (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, Genesis Coin, Inc. and Christopher McAlary Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* (the "Motion").[1]

4. Heller Capital will purchase the Heller Assets for the Purchase Price of $4,450,000.00[2], subject to a potential reduction of the Heller Purchase Price based on its completed due diligence and as set forth in the Heller APA. The Heller Assets include all of Debtor's DCMs (approximately 5,700, subject to final acceptance of such DCMs by Heller Capital in accordance with the Heller APA), but do not include the cash in the DCMs as of the date of the closing of the Sale, or any equipment within the DCMs owned by OptConnect Management LLC ("OptConnect Equipment"). In addition, and as set forth in the Heller APA, Heller Capital shall assume, and pay corresponding cure amounts and rent expenses, for the Assigned Contracts (approximately 593 host leases), subject to and in accordance with the terms of the Heller APA. Through the ISMA, Heller Capital will assume certain specified obligations for payroll, rent, and operational expenses associated with the Assigned Contracts and transfer of the Heller Assets. Heller Capital will allow Debtor to collect all cash remaining in the DCMs as of the closing, and will permit the removal and collection of all OptConnect Equipment from the DCMs.  Heller Capital shall not assume liability for any prepetition claims against Debtor except to the extent specified in its asset purchase agreement.  See Exhibit A.

5. Heller Capital paid an initial earnest money deposit in the amount of $377,000.00 to Debtor's escrow deposit agent, Flagstar Bank, N.A. (the "Escrow Agent"), on June 2, 2023, and an

1. additional earnest money deposit of $50,000.00 on June 5, 2023 (collectively, the "Heller Earnest Money Deposit"). The Escrow Agent shall hold the Heller Earnest Money Deposit in trust pending the closing or earlier termination of an asset purchase agreement for the Heller Assets. The Heller Earnest Money Deposit is non-refundable, but remains applicable to the Heller Purchase Price upon Closing.

6. The Closing on the Heller Assets must occur no later than July 21, 2023. See Exhibit A.

7. Heller Capital is a boutique private equity firm with a portfolio of companies in diverse industry sectors along with various private placement holdings, seeking out assets that provide accelerated equity growth, cash flow and mid to long-term monetization timelines. One of those includes an equity investment in Bitstop (one of the leading Bitcoin ATM SW platforms in the industry). In turn, Bitstop is an affiliate of Genesis Coin.

8. For more information on Heller Capital visit its website at www.hellercg.com.

9. Neither Heller Capital nor Genesis Coin have any relationship with the Debtor.

10. As further evidence of Heller Capital's ability to pay the Heller Purchase Price, and close the Sale, the bank account of Heller Capital's portfolio company has a ledger balance of more than $6,000,000.00.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed this 16th day of June 2023.

                                                        */s/Daryl Heller*
                                                      Daryl Heller

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

[2] The total cash component includes a $250,000.00 Extension Fee paid under the terms as defined in the Heller APA.