1    BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
2    NICHOLAS A. KOFFROTH, ESQ.
     Nevada Bar No. 16264
3    ZACHARY T. WILLIAMS, ESQ.
     Nevada Bar No. 16023
4    **FOX ROTHSCHILD LLP**
5    1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135
6    Telephone: (702) 262-6899
     Facsimile: (702) 597-5503
7    Email: baxelrod@foxrothschild.com
8           nkoffroth@foxrothschild.com
            zwilliams@foxrothschild.com
9    *Counsel for Debtor*

10

11                    **UNITED STATES BANKRUPTCY COURT**

12                          **DISTRICT OF NEVADA**

13    In re                                 Case No.  BK-23-10423-mkn

14          CASH CLOUD, INC.,               Chapter 11
            dba COIN CLOUD,
15
                                            **DECLARATION OF**
16                        Debtor.           **JORGE FERNANDEZ IN SUPPORT OF**
                                            **MOTION FOR ORDER:**
17                                          **(A) CONFIRMING AUCTION RESULTS;**
                                            **(B) APPROVING THE SALE OF**
18                                          **CERTAIN OF DEBTOR'S ASSETS TO**
                                            **HELLER CAPITAL GROUP, LLC,**
19                                          **GENESIS COIN, INC. AND**
                                            **CHRISTOPHER MCALARY FREE AND**
20                                          **CLEAR OF LIENS CLAIMS,**
                                            **ENCUMBRANCES,**
21                                          **AND OTHER INTERESTS;**
                                            **(C) AUTHORIZING THE ASSUMPTION**
22                                          **AND ASSIGNMENT OF CERTAIN OF**
                                            **THE DEBTOR'S EXECUTORY**
23                                          **CONTRACTS AND UNEXPIRED LEASES**
                                            **RELATED THERETO; AND**
24                                          **(D) GRANTING RELATED RELIEF**
25
26
27                                          Hearing Date:  OST Pending
                                            Hearing Time:  OST Pending
28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

I, Jorge Fernandez, declare as follows:

1.    I am the Chief Development Officer of Genesis Coin, Inc. ("Genesis Coin").

2.    Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3.    I make this Declaration in support of Debtor's *Motion for Order (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, Genesis Coin, Inc. and Christopher McAlary Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* (the "Motion").[1]

4.    Genesis Coin will purchase the Genesis Coin Assets for payment of 1% of all monthly net proceeds generated by Genesis Coin from the Commissioned Machines throughout the period specified in its asset purchase agreement, with a minimum guarantee of $1,500,000.00 to be paid to Debtor over a maximum period of 20 months, subject to and in accordance with the terms of the Genesis Coin APA.  Genesis Coin shall not assume liability for any prepetition claims against Debtor except to the extent specified in the Genesis Coin APA.  See Exhibit B.

5.    The Genesis Coin Assets include (i) the Coin Cloud Operating Software ("CCOS"), (ii) all of Debtor's internally developed proprietary software and tools for management of CCOS, (iii) all application-related software (IOS, Android), including intellectual property of all CCOS related products (including cloud based and DCM software), and (iv) all of Debtor's current trademarks, including rights to Debtor's website, social media accounts, customer data base, name rights, and any other registered trademarks and marketing material.  See Exhibit B.

6.    Genesis Coin will pay an initial earnest money deposit in the amount of $150,000.00 to the Escrow Agent (the "GC Earnest Money Deposit").  The Escrow Agent shall hold the GC Earnest Money Deposit in trust pending the payment of the balance of the Genesis Coin Purchase

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Price or earlier termination of the Genesis Coin APA.  The GC Earnest Money Deposit is non-refundable, but remains applicable to the Genesis Coin Purchase Price upon execution of an asset purchase agreement consummating the agreement between the parties.   See Exhibit B.

7.    The Closing of the Genesis Coin Assets must occur pursuant to Article III of the Genesis Coin APA.  See Exhibit B.

8.    Genesis Coin is the leading worldwide platform for processing Bitcoin ATM transactions, processing for more than 11,000 ATMs, in over 11 countries, holding a 50%+ market-share and processing for 6 out of the top 10 worldwide Bitcoin ATM deployers.

9.    Genesis Coin is a privately held company based in Miami, Florida.

10.    For more information on Genesis Coin visit its website at www.bitcoinatm.com.

11.    Genesis Coin does not have any relationship with the Debtor.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed this 16th day of June 2023.

_/s/Jorge Fernandez_
Jorge Fernandez

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)