BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING DEBTOR'S MOTION FOR ORDER:**<br>**(A) CONFIRMING AUCTION RESULTS;**<br>**(B) APPROVING THE SALE OF CERTAIN OF DEBTOR'S ASSETS TO HELLER CAPITAL GROUP, LLC, GENESIS COIN, INC. AND CHRISTOPHER MCALARY FREE AND CLEAR OF LIENS CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS;**<br>**(C) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTOR'S EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND**<br>**(D) GRANTING RELATED RELIEF**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

1

146378078.1

Cash Cloud, Inc. d/b/a Coin Cloud ("Cash Cloud," or "Debtor"), debtor and debtor-in-possession in the above-captioned Chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, hereby files this *Ex Parte Application For Order Shortening Time For Hearing* (the "Application") on Debtor's *Motion for Order (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, Genesis Coin, Inc. and Christopher McAlary Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* (the "Sale Motion").[1] This Application is made and based upon the following points and authorities, the *Declaration of Brett A. Axelrod* (the "Axelrod Declaration") in support hereof and attached as **Exhibit A** hereto, the Attorney Information Sheet filed concurrently herewith, and the pleadings and papers on file in the above-captioned chapter 11 case, judicial notice of which is respectfully requested.

WHEREFORE, for the reasons set forth herein, Debtor respectfully requests that the Court hear the Sale Motion on an order shortening time and requests a hearing date of **June 28, 2023 at 10:30 a.m.,** and grant such other and further relief as may be just and proper.

Dated this 16th day of June, 2023.

                                    **FOX ROTHSCHILD LLP**

                                    By:     */s/Brett A. Axelrod*
                                         BRETT A. AXELROD, ESQ.
                                         Nevada Bar No. 5859
                                         NICHOLAS A. KOFFROTH, ESQ.
                                         Nevada Bar No. 16264
                                         ZACHARY T. WILLIAMS, ESQ.
                                         Nevada Bar No. 16023
                                         1980 Festival Plaza Drive, Suite 700
                                         Las Vegas, Nevada 89135
                                         *Counsel for Debtor*

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Sale Motion.

146378078.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## POINTS AND AUTHORITIES

### I.

Debtor, by this Application, pursuant to Bankruptcy Rule 9006 and Rule 9006 of the Local Bankruptcy Rules for the United States Bankruptcy Court, District of Nevada (the "Local Rules"), seeks an order shortening time for notice and hearing for the Sale Motion.

**The Relief is Authorized by Rule 9006 and Meets Due Process Requirements.**

Bankruptcy Rules 9006(c)(1) and (d) authorize a court to reduce the time for a hearing, and a party to file an *ex parte* motion to shorten the time for a hearing. Bankruptcy Rule 9006(c)(1) provides in relevant part:

> In General. Except as provided in paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

Fed. R. Bankr. P. 9006(c)(1).

Courts have generally acknowledged that such expedited relief does not violate due process rights, *even if the motion to shorten time is made ex parte*. "Bankruptcy Rule 9006(c) permits the bankruptcy court 'for cause shown' in its discretion, with or without motion or notice, to reduce the notice period, and ex parte motions for material reductions in the notice period are routinely granted by bankruptcy courts." Hester v. NCNB Texas Nat'l Bank (In re Hester), 899 F.2d 361, 364 n. 3 (5th Cir. 1990); see also 10 Collier on Bankruptcy 9006.09 (16th ed. 2019 rev.); In re Gledhill, 76 F.3d 1070 (10th Cir. 1996).

Cause exists for the Court to shorten time on the Sale Motion. It is critical that the Sales close as soon as possible, not only to retain the value of the Sale Assets, but also to prevent Debtor's continued incurrence of administrative expenses that reduce any potential recovery to unsecured creditors. In addition, Debtor is concerned about the deterioration of the Sale Assets, in light of Debtor's severely diminished cash flow. Debtor has been forced to cease operations to limit its cash burn. Debtor has borrowed the maximum amount under its DIP loan and Debtor's DIP lender is demanding payment in full promptly upon the closing of the Sale Assets. Each passing day brings increasing uncertainty regarding Debtor's future, leading to potentially greater losses for Debtor and

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146378078.1

1  its estate.  Moreover, the Buyers require the Sales to close no later than July 21, 2023.  As such, the
2  Debtor needs to consummate the Sale as expeditiously as possible.

3  On April 28, 2023, Debtor served its all parties on Debtor's matrix, which includes all of
4  Debtor's creditors, with the *Notice of Bidding Procedures and Deadlines* (the "Sale Notice").  [*See*
5  ECF No. 511, Exhibit H.]  On May 15, 2023, Debtor served all parties on Debtor's matrix with the
6  *Amended Notice of Bidding Procedures and Deadlines* (the "Amended Sale Notice").  [*See* ECF No.
7  589, Exhibit B.]  Both the Sale Notice and the Amended Sale Notice gave notice of a June 12, 2023
8  deadline to object to the Winning Bid(s) selected at the Auction.

9  On June 5, 2023, Debtor filed its *Notice of Auction Results Regarding Sale of Substantially*
10 *All of the Debtor's Assets* [ECF No. 618] ("Auction Notice").  On June 6, 2023, Debtor served the
11 Auction Notice on all parties on Debtor's matrix.  See *Certificate of Service* [ECF No. 263].

12 Copies of the Sale Motion and related pleadings shall be served on (a) the Office of the United
13 States Trustee; (b) counsel to the Official Committee of Unsecured Creditors; (c) counsel to the DIP
14 Lender; (e) Debtor's secured creditors and (f) the parties that have filed requests for special notice
15 in the Chapter 11 Case.  Notice of the Sale Motion shall be served by first class mail on all parties
16 on Debtor's matrix.

17 **Counsel Has Conferred With the Notice Parties.**

18 Prior to filing this Motion, and pursuant to Local Rule 9006, Counsel consulted the parties as
19 shown on the Attorney Information Sheet For Proposed Order Shortening Time, filed concurrently
20 herewith and incorporated by reference herein.

4

146378078.1

## II.

## CONCLUSION

WHEREFORE, for all of the foregoing reasons, Debtor respectfully requests that the Court hear the Sale Motion on an expedited basis, set the hearing on the Sale Motion for June 28, 2023 at 10:30 a.m., and grant such other and further relief as may be just and proper.

Dated this 16th day of June, 2023.

                                            **FOX ROTHSCHILD LLP**

By:     */s/Brett A. Axelrod*
        BRETT A. AXELROD, ESQ.
        Nevada Bar No. 5859
        NICHOLAS A. KOFFROTH, ESQ.
        Nevada Bar No. 16264
        ZACHARY T. WILLIAMS, ESQ.
        Nevada Bar No. 16023
        1980 Festival Plaza Drive, Suite 700
        Las Vegas, Nevada 89135
        *Counsel for Debtor*

146378078.1

# EXHIBIT A

## DECLARATION AFFIRMING REQUESTED RELIEF

I, Brett A. Axelrod, declare under penalty of perjury that: I am competent to make this declaration under the laws of the United States and the State of Nevada; I have read the above Application for an Order Shortening Time; and the facts stated therein are true and correct to the best of my knowledge, information and belief.

DATED this 16th day of June 2023.

By  */s/Brett A. Axelrod*
    BRETT A. AXELROD

146378078.1