


_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 16, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
　　　　nkoffroth@foxrothschild.com
　　　　zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>　dba COIN CLOUD,<br><br>　　　　Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR'S ENTRY INTO INTERIM MANAGEMENT SERVICES AGREEMENT PENDING APPROVAL OF SALE OF DEBTOR'S ASSETS**<br><br>Hearing Date: 　June 28, 2023<br>Hearing Time: 　10:30 a.m. |

1

146769359.1

This Court, having reviewed and considered the *Ex Parte Application For Order Shortening Time For Hearing* (the "Application") filed by Cash Cloud, Inc. d/b/a Coin Cloud seeking to shorten the time for hearing on Debtor's *Emergency Motion for Order Authorizing Debtor's Entry Into Interim Management Services Agreement Pending Approval of Sale of Debtor's Assets* (the "Motion"),[1] and for good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Application is GRANTED; and

**IT IS HEREBY ORDERED,** and **NOTICE IS HEREBY GIVEN** that hearing on the Motion will be held before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada 89101, on **June 28, 2023** at the hour of **10:30 a.m.** Any opposition(s) shall be filed and served on required notice parties by __June 23, 2023__, and any reply to such opposition(s) shall be filed and served on required notice parties by __June 26, 2023__.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.

A copy of the Motion is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada and available at the website for the Debtor's claims agent, Stretto, Inc., at https://cases.stretto.com/CashCloud. Additionally, a copy of the Motion is available from Fox Rothschild LLP upon request.

**IT IS SO ORDERED.**

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.

146769359.1

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: /s/Brett A. Axelrod
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

# # #

146769359.1