BRETT A. AXELROD, ESQ. (NVB 5859)
JEANETTE E. MCPHERSON, ESQ. (NVB 5423)
NICHOLAS A. KOFFROTH, ESQ. (NVB 16264)
ZACHARY T. WILLIAMS, ESQ. (NVB 16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          jmcpherson@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER SHORTENING TIME AND NOTICE OF HEARING ON DEBTOR'S MOTION TO COMPEL TURNOVER OF ESTATE ASSETS**<br><br>Hearing Date:  June 28, 2023<br>Hearing Time:  10:30 a.m. |

**PLEASE TAKE NOTICE** that on the 16th day of June 2023, the Court entered an *Order Shortening Time For Hearing* on Debtor's *Motion to Compel Turnover of Estate Assets* [ECF No. 722], a copy of which is attached hereto.

Dated his 16th day of June 2023.

**FOX ROTHSCHILD LLP**

By: /s/Jeanette E. McPherson
      BRETT A. AXELROD, ESQ. (NVB 5859)
      JEANETTE E. MCPHERSON, ESQ. (NVB 5423)
      NICHOLAS A. KOFFROTH, ESQ. (NVB 16264)
      ZACHARY T. WILLIAMS, ESQ. (NVB 16023)
      1980 Festival Plaza Drive, Suite 700
      Las Vegas, Nevada 89135
      *Counsel for Debtor*

1

146784968.1



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 16, 2023
_____

1
2
3
4
5
6
7   BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
8   JEANETTE E. MCPHERSON, ESQ.
    Nevada Bar No. 5423
9   NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
10  ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
11  **FOX ROTHSCHILD LLP**
12  1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
13  Telephone: (702) 262-6899
    Facsimile: (702) 597-5503
14  Email: baxelrod@foxrothschild.com
           jmcpherson@foxrothschild.com
15         nkoffroth@foxrothschild.com
           zwilliams@foxrothschild.com
16
17  *Counsel for Debtor*
18              **UNITED STATES BANKRUPTCY COURT**
19                    **DISTRICT OF NEVADA**
20  In re                                  Case No. BK-23-10423-mkn
21      CASH CLOUD, INC.,                  Chapter 11
        dba COIN CLOUD,
22
                                           **ORDER SHORTENING TIME FOR
23                        Debtor.          HEARING ON DEBTOR'S MOTION TO
                                           COMPEL TURNOVER OF ESTATE
24                                         ASSETS**

25                                         Hearing Date:   June 28, 2023
                                           Hearing Time:   10:30 a.m.
26
27
28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

146638993.1

This Court, having reviewed and considered the *Ex Parte Application For Order Shortening Time For Hearing* (the "Application") filed by Cash Cloud, Inc. d/b/a Coin Cloud seeking to shorten the time for hearing on Debtor's *Motion to Compel Turnover of Estate Assets* (the "Motion"),[1] and for good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Application is GRANTED; and

**IT IS HEREBY ORDERED,** and **NOTICE IS HEREBY GIVEN** that a hearing on the Motion will be held before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada 89101, on **June 28, 2023** at the hour of **10:30 a.m.** Any opposition(s) shall be filed and served on required notice parties by     June 23    **, 2023**, and any reply to such opposition(s) shall filed and served by     June 26   **, 2023**.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.

A copy of the Motion is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada and available at the website for the Debtor's claims agent, Stretto, Inc., at https://cases.stretto.com/CashCloud. Additionally, a copy of the Motion is available from Fox Rothschild LLP upon request.

**IT IS SO ORDERED.**

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.

2

146638993.1

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: /s/Jeanette E. McPherson
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    JEANETTE E. MCPHERSON, ESQ.
    Nevada Bar No. 5423
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

# # #

146638993.1