BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING ON (I) FINAL APPROVAL OF DISCLOSURE STATEMENT [ECF NO. 529]; AND (II) CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION DATED MAY 8, 2023 [ECF NO. 528]**<br><br>Old Hearing Date: June 28, 2023<br>Old Hearing Time: 10:30 a.m.<br><br>**New Hearing Date:   July 27, 2023<br>New Hearing Time:   1:30 p.m.** |

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP; CKDL Credit, LLC (the "DIP Lender"), by and through its counsel Berger Singerman LLP and Sylvester & Polednak Ltd.; Genesis Global Holdco, LLC ("Genesis"), by and through its counsel Cleary Gottlieb

1

146712221.1

Steen & Hamilton LLP and Snell & Wilmer L.L.P.; Enigma Securities Limited ("Enigma"), by and through its counsel Morrison & Foerster LLP and Shea Larsen; and the Official Committee of Unsecured Creditors (the "Committee" and together with the Debtor, the DIP Lender, Genesis, Enigma, and the Committee, the "Parties"), by and through its counsel Seward & Kissel LLP and McDonald Carano, LLP, stipulate and agree as follows (the "Stipulation"):

## RECITALS

A. WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada, commencing the Chapter 11 Case;

B. WHEREAS, on February 17, 2023, the United States Trustee for the District of Nevada appointed the Committee in the Chapter 11 Case [*see* ECF No. 131, as amended, ECF No. 177];

C. WHEREAS, on May 28, 2023, Debtor filed its *Chapter 11 Plan of Reorganization dated May 8, 2023* [ECF No. 528] (the "Plan") and its *Disclosure Statement for Chapter 11 Plan of Reorganization dated May 8, 2023* [ECF No. 529] (the "Disclosure Statement");

D. WHEREAS, a hearing on the Plan and Disclosure Statement is currently scheduled for June 28, 2023 at 10:30 a.m.;

E. WHEREAS, the Parties desire to continue the hearing on the Plan and Disclosure Statement until July 27, 2023 at 1:30 p.m.;

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that:

1. The hearing on the Plan and Disclosure Statement shall be continued to July 27, 2023 at 1:30 p.m.;

2. The deadline to file objections to the Plan and Disclosure Statement shall be continued to July 13, 2023, at 5:00 p.m. (Pacific Time);

3. The deadline for Debtor to file its ballot summary shall be continued to July 17, 2023;

4. The Debtor's deadline to file a reply to objections shall be continued to July 20, 2023, at 5:00 p.m. (Pacific Time); and

146712221.1

5. Debtor's deadline to file its brief in support of Confirmation shall be continued to July 20, 2023.

Dated this 20th day of June 2023.

| **FOX ROTHSCHILD LLP** | **SEWARD & KISSEL LLP** |
|---|---|
| By: */s/Brett A. Axelrod*<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>ZACHARY T. WILLIAMS, ESQ.<br>Nevada Bar No. 16023<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>*Counsel for Debtor* | By: */s/Catherine V. LoTempio*<br>ROBERT J. GAYDA, ESQ.<br>CATHERINE V. LOTEMPIO, ESQ.<br>ANDREW J. MATOTT, ESQ.<br>One Battery Park Plaza<br>New York, NY 10004<br><br>and<br><br>**MCDONALD CARANO, LLP**<br>RYAN J. WORKS, ESQ.<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>*Counsel for The Official Committee of Unsecured Creditors* |
| **BERGER SINGERMAN LLP**<br><br>By */s/Jordi Guso*<br>JORDI GUSO, ESQ.<br>*(admitted pro hac vice)*<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br><br>and<br><br>**SYLVESTER & POLEDNAK, LTD.**<br>JEFFREY R. SYLVESTER, ESQ.<br>Nevada Bar No. 4396<br>1731 Village Center Circle<br>Las Vegas, NV 89134<br>*Attorneys for Interested Party CKDL Credit, LLC* | **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br><br>By */s/Michael Weinberg*<br>SEAN A. O'NEAL, ESQ.<br>(Admitted Pro Hac Vice)<br>MICHAEL WEINBERG, ESQ.<br>One Liberty Plaza<br>New York, NY 10006<br><br>and<br><br>ROBERT R. KINAS, ESQ.<br>(NV Bar No. 6019)<br>BLAKELEY E. GRIFFITH, ESQ.<br>(NV Bar No. 12386)<br>CHARLES E. GIANELLONI, ESQ.<br>(NV Bar No. 12747)<br>**SNELL & WILMER L.L.P.** 3883 Howard Hughes Pkwy., Suite 1100<br>Las Vegas, NV 89169<br>*Counsel for Genesis Global Holdco, LLC* |

146712221.1

**MORRISON & FOERSTER LLP**

By   */s/Andrew Kissner*
   GARY LEE, ESQ.
   (Admitted Pro Hac Vice)
   New York Bar No. 2397669
   ANDREW KISSNER, ESQ.
   (Admitted Pro Hac Vice)
   New York Bar No. 5507652
   250 West 55th Street
   New York, New York 10019-3601

   and

**SHEA LARSEN**
   JAMES PATRICK SHEA, ESQ.
   Nevada Bar No. 405
   BART K. LARSEN, ESQ.
   Nevada Bar No. 8538
   KYLE M. WYANT, ESQ.
   Nevada Bar No. 14652
   1731 Village Center Circle, Suite 150
   Las Vegas, Nevada 89134
   *Counsel for Enigma Securities Limited*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146712221.1

4