BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
    nkoffroth@foxrothschild.com
    zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>    CASH CLOUD, INC.,<br>    dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**SECOND STIPULATION TO EXTEND DEADLINES** |

Cash Cloud, Inc. dba Coin Cloud (the "Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP and Brink's Incorporated ("Brink's" and together with the Debtor, the "Parties"), by and through its counsel Hirschler Fleischer, P.C., stipulate and agree as follows (the "Stipulation"):

**RECITALS**

A.    WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada (the "Court"), commencing the Chapter 11 Case;

146841119.1

1

B.   WHEREAS, on May 28, 2023, the Debtor filed its *Chapter 11 Plan of Reorganization dated May 8, 2023* [ECF No. 528] (the "Plan") and its *Disclosure Statement for Chapter 11 Plan of Reorganization dated May 8, 2023* [ECF No. 529] (the "Disclosure Statement");

C.   WHEREAS, on June 14, 2023, the Court entered the *Order Approving Stipulation to Extend Deadlines* [ECF No. 661] between Brink's and the Debtor, which extended, *inter alia*, the deadlines by which Brink's must vote on and object to the Plan to June 22, 2023 at 5:00 p.m. (the "Ballot and Objection Deadline"), and extended the deadline by which the Debtor may reply to any Brink's objection to June 27, 2023 at 5:00 p.m. (the "Reply Deadline");

D.   WHEREAS, on June 20, 2023, the Debtor, CKDL Credit, LLC, Genesis Global Holdco, LLC, Enigma Securities Limited, and the Official Committee of Unsecured Creditors filed the *Stipulation to Continue Hearing on (I) Final Approval of the Disclosure Statement; and (II) Confirmation of the Debtor's Chapter 11 Plan of Reorganization Dated May 8, 2023* [ECF No. 732] (the "Plan Hearing Continuance"), which, *inter alia*, continued the hearing on the Plan and Disclosure Statement to July 27, 2023 at 1:30 p.m., extended the deadline to file objections to the Plan and Disclosure Statement to July 13, 2023 at 5:00 p.m., and extended the deadline by which the Debtor may file a reply to objections to July 20, 2023 at 5:00 p.m.; and

E.   WHEREAS, in light of the Plan Hearing Continuance and consistent therewith, the Parties desire to extend the Ballot and Objection Deadline for Brink's to July 13, 2023 at 5:00 p.m.;

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that:

1.   The Ballot and Objection Deadline shall be moved to July 13, 2023 at 5:00 p.m. (Pacific Time) for Brink's;

2

146841119.1

1  2. The Reply Deadline for any Brink's objection shall be moved to July 20, 2023 at 5:00 p.m. (Pacific Time).

Dated this 20th day of June 2023.

| **FOX ROTHSCHILD LLP** | **HIRSCHLER FLEISCHER, P.C.** |
|---|---|
| By: ___/s/Brett A. Axelrod___<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>ZACHARY T. WILLIAMS, ESQ.<br>Nevada Bar No. 16023<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>*Counsel for Debtor* | By: ___/s/Brittany B. Falabella___<br>ROBERT S. WESTERMAN, ESQ.<br>(pro hac vice forthcoming)<br>BRITTANY B. FALABELLA, ESQ.<br>(pro hac vice forthcoming)<br>2100 East Cary Street<br>Richmond, Virginia 23223<br><br>and<br><br>MAURICE B. VERSTANDIG, ESQ.<br>Nevada Bar No. 15346<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012<br>*Counsel for the Brink's, Inc.* |

3

146841119.1