

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
June 21, 2023

_____

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINES** |

1

146843602.1

Upon consideration of the *Second Stipulation to Extend Deadlines* [Docket No. 735] between Debtor and Brink's Incorporated (the "Stipulation");

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED; and

1. The Ballot and Objection Deadline for Brink's are extended to July 13, 2023 at 5:00 p.m. (Pacific Time) as set forth in the Stipulation.

2. The Reply Deadline for the Debtor is extended to July 20, 2023 at 5:00 p.m. (Pacific Time) as set forth in the Stipulation).

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: */s/Brett A. Axelrod*
 BRETT A. AXELROD, ESQ.
 Nevada Bar No. 5859
 NICHOLAS A. KOFFROTH, ESQ.
 Nevada Bar No. 16264
 ZACHARY T. WILLIAMS, ESQ.
 Nevada Bar No. 16023
 1980 Festival Plaza Drive, Suite 700
 Las Vegas, Nevada 89135
*Counsel for Debtor*

# # #

146843602.1