BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO CONTINUE HEARING ON (I) FINAL APPROVAL OF DISCLOSURE STATEMENT [ECF NO. 529]; AND (II) CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION DATED MAY 8, 2023 [ECF NO. 528]**<br><br>Old Hearing Date: June 28, 2023<br>Old Hearing Time: 10:30 a.m.<br><br>**New Hearing Date:   July 27, 2023**<br>**New Hearing Time:   1:30 p.m.** |

1

146908617.1

**PLEASE TAKE NOTICE** that on the 22nd day of June, 2023 the Court entered an *Order Approving Stipulation to Continue Hearing on (I) Final Approval of Disclosure Statement [ECF No. 529]; and (II) Confirmation of Debtor's Chapter 11 Plan of Reorganization Dated May 8, 2023 [ECF No. 528]* [Docket No. 741], a copy of which is attached hereto.

Dated this 22nd day of June 2023.

**FOX ROTHSCHILD LLP**

By: ___*/s/Brett A. Axelrod*___
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

146908617.1




_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 22, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON (I) FINAL APPROVAL OF DISCLOSURE STATEMENT [ECF NO. 529]; AND (II) CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION DATED MAY 8, 2023 [ECF NO. 528]**<br><br>Old Hearing Date: June 28, 2023<br>Old Hearing Time: 10:30 a.m.<br><br>**New Hearing Date:    July 27, 2023**<br>**New Hearing Time:    1:30 p.m.** |

1

146843745.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1  Upon consideration of the *Stipulation to Continue Hearing on (I) Final Approval of*
2  *Disclosure Statement [ECF No. 529]; and (II) Confirmation of Debtor's Chapter 11 Plan of*
3  *Reorganization Dated May 8, 2023 [ECF No. 528]* [Docket No. 732] (the "<u>Stipulation</u>");

4  **IT IS HEREBY ORDERED** that the Stipulation is APPROVED; and

5  1. The hearing on the Plan and Disclosure Statement is continued to July 27, 2023 at 1:30
6  p.m.;

7  2. The deadline to submit ballots and file objections to the Plan and Disclosure Statement
8  is continued to July 13, 2023, at 5:00 p.m. (Pacific Time);

9  3. The deadline for Debtor to file its ballot summary is continued to July 17, 2023;

10  4. The Debtor's deadline to file a reply to objections is continued to July 20, 2023, at
11  5:00 p.m. (Pacific Time); and

12  5. Debtor's deadline to file its brief in support of Confirmation is continued to July 20,
13  2023.

14  **IT IS SO ORDERED.**

15

16  Prepared and respectfully submitted by:

17  **FOX ROTHSCHILD LLP**

18  By: /s/Brett A. Axelrod
19  BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
20  NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
21  ZACHARY T. WILLIAMS, ESQ.
22  Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
23  Las Vegas, Nevada 89135
    *Counsel for Debtor*
24

25  # # #

26

27

28

2

146843745.1