Lew Brandon, Jr. NV Bar No. 5880
Brandon Smerber Law Firm
139 East Warm Springs Road
Las Vegas, NV 89119
Tel. (702) 380-0007
Fax. (702) 380-2964
l.brandon@bsnv.law

George R. Pitts
Birch Horton Bittner & Cherot, P.C.
1150 Connecticut Avenue, NW, Suite 350
Washington, DC  20036-4142
Tel. (202) 659-5800
Fax: (202) 659-1027
gpitts@bhb.com
*Counsel for United Natural Foods, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No.: 23-10423-mkn |
|---|---|
| CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

On the 22nd day of June 2023, I served the following document(s):

**Objection to Cure Amount Proposed by Debtor for Assumption of Master Agreement Dated November 20, 2020, with United Natural Foods, Inc. [ECF No. 746/746-1]**

The undersigned hereby certifies that he/she served a true and correct copy of the foregoing by the following means:

ECF System (You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary.

*SEE THE ATTACHED NOTICE OF ELECTRONIC FILING*

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 22nd day of June 2023.

*/s/ Maybelline Valle*
An Employee of BRANDON| SMERBER