LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

Attorneys for Interested Party
Brookfield Retail Properties, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

CASH CLOUD, INC.
 d/b/a COIN CLOUD,

Debtor.

Case No.: 23-10423-MKN
Chapter 11

**STIPULATION TO EXTEND TIME TO RESPOND TO CURE NOTICE**

Cash Cloud, Inc., dba Coin Cloud; the Official Committee of Unsecured Creditors; and Brookfield Retail Properties, Inc., the owner or manager of 21 properties with leases with Debtor, by and through their undersigned counsel of record, hereby enter into this stipulation to extend the deadline for Brookfield to file its responses to the cure notice [Dkt. 658] from 5 p.m. Pacific, June 22, 2023, to 5 p.m. Pacific, June 23, 2023.

| FOX ROTHSCHILD LLP | McDONALD CARANO LLP |
|---|---|
| */s/ Jeanette E. McPherson* <br> Jeanette E. McPherson, Esq. <br> Counsel to the Debtor and <br> Debtor in Possession | */s/ Ryan J. Works* <br> Ryan J. Works, Esq. <br> [Proposed] Counsel for the Official <br> Committee of Unsecured Creditors |

KAEMPFER CROWELL

*/s/ Louis M. Bubala III*
Louis M. Bubala III, Esq.
Counsel to Brookfield Retail Properties, Inc.