# EXHIBIT 1

# EXHIBIT 1

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | LOUIS M. BUBALA III<br>Nevada Bar No. 8974 |
| 7 | KAEMPFER CROWELL<br>50 W. Liberty Street, Suite 700 |
| 8 | Reno, Nevada   89501<br>Telephone: (775) 852-3900 |
| 9 | Facsimile: (775) 327-2011<br>E-Mail: lbubala@kcnvlaw.com |
| 10 | |
| 11 | Attorneys for Interested Party<br>Brookfield Retail Properties, Inc. |

KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

CASH CLOUD, INC.
  d/b/a COIN CLOUD,

Debtor.

Case No.:   23-10423-MKN
Chapter 11

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO CURE NOTICE**

Cash Cloud, Inc., dba Coin Cloud; the Official Committee of Unsecured Creditors; and Brookfield Retail Properties, Inc., filed a stipulation, agreeing to extend the deadline for Brookfield to file its responses to the cure notice [Dkt. 658] from 5 p.m. Pacific, June 22, 2023, to 5 p.m. Pacific, June 23, 2023. The court, having reviewed the stipulation and finding good cause, GRANTS, the stipulation. IT IS SO ORDERED.

# # #

Submitted by: */s/ Louis M. Bubala III*
KAEMPFER CROWELL, Counsel to Brookfield Retail Properties, Inc.

11453.504

Page 1 of 1