**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email:  ccarlyon@carlyoncica.com
            dcica@carlyoncica.com

*Counsel for Christopher McAlary*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.: Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**RESPONSE TO DEBTOR'S MOTION TO COMPEL TURNOVER OF ESTATE ASSETS**<br><br>Hearing Date: June 28, 2023<br>Hearing Time: 10:30 a.m. |
|---|---|

  Christopher McAlary ("Mr. McAlary") by and through its counsel, the law firm of Carlyon Cica, hereby responds (the "Response") to the *Debtor's Motion to Compel Turnover of Estate Assets* [ECF No. 706] (the "Motion"). This Response is supported by the Declaration of Christopher McAlary submitted concurrently herewith. (the "McAlary Decl."). Mr. McAlary is the former CEO of the Debtor, a director of Coin Cloud Brasil Ativos Digitais Ltda. (the "Limitada") and the winning bidder for the purchase of the equity of the Limitada from the Debtor. *See Notice of Auction Results Regarding Sale of Substantially All of Debtor's Assets* at ECF No. 618.

  Per paragraph 9 of the Motion, Cash Cloud Inc. dba Coin Cloud ("Debtor") states that "[a]s of December 31, 2022, the Debtor operated approximately 4,800 DCMs in the United States and Brazil, installed in some of the largest convenience, grocery and liquor store chains and prestigious malls, pursuant to host agreements." *See* Motion at 3:16-17. However, the Debtor does not operate

1  or own any Digital Currency Machines ("DCMs") in Brazil. The Debtor's subsidiary in Brazil,
2  Limitada is the sole operator of DCMs in Brazil and owns such DCMs. *See* McAlary Decl. ¶5.
3  Therefore the Motion should not extend to any of the DCMs in Brazil.
4      Respectfully submitted this 23rd day of June, 2023.

**CARLYON CICA CHTD.**

*/s/ Dawn M. Cica, Esq.*
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, Nevada 89119
Telephone: (702) 685-4444
Email:  Ccarlyon@CarlyonCica.com

*Counsel for Chris McAlary*

2

**CERTIFICATE OF SERVICE**

I am an employee of Carlyon Cica Chtd.  On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE:  Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL:  By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER:  By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE:  By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

        */s/ Cristina Robertson*_____
        An employee of Carlyon Cica Chtd.