FOX, SWIBEL, LEVIN & CARROLL, LLP
RYAN T. SCHULTZ, ESQ.
200 W. Madison, Suite 300
Chicago, Illinois 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
Email: rschultz@foxswibel.com

GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
Email: shara@ghandilaw.com
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Telephone: (702) 878-1115
*Attorneys for RockItCoin, LLC*

*Electronically Filed June 23rd, 2023*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>d/b/a COIN CLOUD,<br><br>          Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11 |

**CERTIFICATE OF SERVICE**

On this 23rd day of June 2023, I served the following document(s):

**OBJECTION TO AMENDED MOTION FOR ORDER: (A) CONFIRMING AUCTION RESULTS; (B) APPROVING THE SALE OF CERTAIN OF DEBTOR'S ASSETS TO HELLER CAPITAL GROUP, LLC, AND GENESIS COIN, INC., FREE AND CLEAR OF LIENS CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (C) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTOR'S EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (D) GRANTING RELATED RELIEF**

I served the above-named document(s) by the following means to the persons listed below *(check all that apply)*:

  X     **a.**     **ECF System** *(You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary.)*

RYAN A. ANDERSEN on behalf of Interested Party Luis Flores
ryan@aandblaw.com, tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

OGONNA M. BROWN on behalf of Creditor Cole Kepro International, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

…

| | |
|---|---|
| 1 | CRAIG P. DRUEHL on behalf of Creditor OPTCONNECT MANAGEMENT, LLC<br>craig.druehl@dechert.com |
| 2 | |
| 3 | RONALD E. GOLD on behalf of Creditor WPG Legacy, LLC<br>rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com |
| 4 | MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc.<br>bankruptcy@goldguylaw.com, |
| 5 | mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com |
| 6 | MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond<br>bankruptcy@goldguylaw.com, |
| 7 | mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com |
| 8 | BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC<br>bhiggins@blackwadhams.law, |
| 9 | dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law |
| 10 | |
| 11 | ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC<br>rkinas@swlaw.com, |
| 12 | jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com |
| 13 | BART K. LARSEN on behalf of Creditor Enigma Securities Limited<br>BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com |
| 14 | |
| 15 | TIMOTHY A LUKAS on behalf of Creditor Good 2 Go Stores LLC<br>ecflukast@hollandhart.com |
| 16 | JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.<br>JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com |
| 17 | |
| 18 | JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD<br>JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com |
| 19 | |
| 20 | STACY H RUBIN on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT<br>srubin@nevadafirm.com, oswibies@nevadafirm.com |
| 21 | STACY H RUBIN on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT<br>srubin@nevadafirm.com, oswibies@nevadafirm.com |
| 22 | |
| 23 | BRIAN D. SHAPIRO on behalf of Creditor OPTCONNECT MANAGEMENT, LLC<br>brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;6855036420@filings.docketbird.com |
| 24 | |
| 25 | JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited<br>jshea@shea.law, blarsen@shea.law;support@shea.law |
| 26 | … |
| 27 | |
| 28 | Page 3 of 5 |

1   STRETTO ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

2   Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
3   jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

4   RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.
    rtucker@simon.com, rwoodruff@simon.com, cmartin@simon.com, ptropepe@simon.com

5
6   ZACHARY WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
    zwilliams@foxrothschild.com, ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com

7   RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED
    CREDITORS
8   rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

9
            _____        **b.**        **United States mail, postage fully prepaid** *(List all persons and*
10  *addresses.  Attach additional paper if necessary.)*

11
            _____        **c.**        **Personal Service** *(List persons and addresses.  Attach additional paper if*
12  *necessary.)*

13          I personally delivered the document(s) to the persons at these addresses:

14
            _____        For a party represented by an attorney, delivery was made by handing the
15  document(s) at the attorney's office with a clerk or other person in charge, or if no one is
    in charge by leaving the document(s) in a conspicuous place in the office.
16

17          _____        For a party, delivery was made by handing the document(s) to the party or
    by leaving the document(s) at the person's dwelling house or usual place of abode with
18  someone of suitable age and discretion residing there.

19
            _____        **d.**        **By direct email (as opposed to through the ECF System)** *(List persons*
20  *and email addresses.  Attach additional paper if necessary.)*

21
            Based upon the written agreement of the parties to accept service by email or a court
22          order, I caused the document(s) to be sent to the persons at the email addresses listed
            below.  I did not receive, within a reasonable time after the transmission, any electronic
23          message or other indication that the transmission was unsuccessful.

24
            _____        **e.**        **By fax transmission** *(List persons and fax numbers.  Attach additional*
25  *paper if necessary.)*

26          Based upon the written agreement of the parties to accept service by fax transmission or a

27

28                                          Page 4 of 5

court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

_____    **f.**    **By messenger** *(List persons and addresses. Attach additional paper if necessary.)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service.)

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 23rd day of June 2023.

GHANDI DEETER BLACKHAM

 Laura Schnetzer                    /s/ Laura Schnetzer
                                    Employee of Ghandi Deeter Blackham