BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Phone: 702.262.6899 / Facsimile: 702.597.5503
Email: baxelrod@foxrothschild.com
      jmcpherson@foxrothschild.com
      nkoffroth@foxrothschild.com
      zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON EIGHTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)**<br><br>Hearing Date: July 27, 2023<br>Hearing Time: 1:30 p.m. |

**PLEASE TAKE NOTICE THAT THE DEBTOR IS REQUESTING IT BE PERMITTED TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**

**IF YOU ARE RECEIVING THIS NOTICE OF THE EIGHTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a), YOU SHOULD LOCATE YOUR NAME AND CONTRACT OR LEASE LISTED ON <u>EXHIBIT 1</u> ATTACHED HERETO. NAMES ARE LISTED ALPHABETICALLY WITH THE CORRESPONDING CONTRACT OR LEASE.**

**PLEASE TAKE NOTICE** that on June 23, 2023, Cash Cloud, Inc. (the "<u>Debtor</u>"), by and through its counsel, filed an Eighteenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) (the "<u>Motion</u>").[1]

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

1

146920808.1

**NOTICE IS FURTHER GIVEN** that copies of the Motion may be obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal, Telephone: (702) 262-6899, or by download at: https://cases.stretto.com/CashCloud (the "<u>Case Website</u>").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> <u>If you do not file a written response</u> with the court, or <u>if you do not serve your written response</u> on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on <u>**July 27, 2023 at 1:30 p.m. prevailing Pacific time**</u>. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code 029066#.

Dated this 23rd day of June, 2023.    **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

146920808.1

| Counterparty | Counterparty Address | Description |
|---|---|---|
| AgileSouth LLC | 625 N University Dr<br>Pembroke Pines, FL 33024 | Master Service Agreement |
| Alteryx | Attn: Amanda Martin<br>3345 Michelson Drive<br>Irvine, CA 92612 | Service Agreement |
| American Deposit Management, LLC | Attn: Kelly A. Brown<br>or Robert Zondag<br>W220 N3451 Springdale Road<br>Pewaukee, WI 53072 | Deposit Account Agency Agreement |
| Bancsource | Attn: Donna Williams<br>3130 South Delaware<br>Springfield, MO 65804 | Service Agreement |
| BitAccess, Inc. | Attn: Moe Adham<br>267 Richmond Rd.<br>Ottawa ON  K1Z 6X3 Canada | Loan Agreement |
| BitAccess, Inc. | Attn: Moe Adham<br>267 Richmond Rd.<br>Ottawa ON  K1Z 6X3 Canada | Amendment to Master Purchase Agreement |
| BitAccess, Inc. | Attn: Moe Adham<br>80 Aberdeen St<br>Ottawa ON  K1S 3J5 Canada | Master Purchase Agreement |
| BitAccess, Inc. | Attn: Moe Adham<br>80 Aberdeen St<br>Ottawa ON  K1S 3J5 Canada | Service Leval Agreement |
| Black Hole Investments LLC f/k/a EZ Coin LLC | Attn: Zachary Chaltiel<br>& Edouard Chaltiel<br>480 NW Albemarle Ter<br>Portland, OR 97210 | Tolling Agreement |
| Brandon Arner | 2745 Trotood Lane<br>Las Vegas, NV 89108 | Cash Cloud Services Agreement |
| Business Technology Partners, LLP. | 1751 Lake Cook Road, Suite 400<br>Deerfield, IL 60015 | Agreement |
| Calebe Rossa | 1025 Aspen Lane<br>Mansfield, TX 76063 | Service Agreement |
| Caravel Partners LLC | 795 Folsom Street, 1st Floor<br>San Francisco, CA 94107 | Agreement |
| Cennox | Attn: Lauren Wajsman<br>1015 Windward Ridge Pkwy<br>Alpharetta, GA 30005 | |
| Cheq Technologies Inc | 450 Park Ave S<br>New York, NY 10016 | Agreement |
| Clay Global, LLC | Attn: Anton Zykin<br>300 Broadway<br>San Francisco, CA 94133 | Service Agreement |
| Competitive Media Reporting, LLC d/b/a Kantar Media Intelligence | 3 World Trade Center<br>New York, NY 10007 | License Agreement |
| Consult HR Partners, LLC | Attn: Jennifer Martinez<br>3230 Southgate Cir #123<br>Sarasota, FL 34239 | HR Service Agreement |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – EIGHTEENTH OMNIBUS REJECTION MOTION**

Page 1

146921043.1

| Counterparty | Counterparty Address | Description |
|---|---|---|
| Converz Media Group LLC | 17011 Beach Blvd<br>Huntington Beach, CA 92647 | Advertising Agreement |
| Craig Jones | Unit C, Callejon J Bato St Gagalangin Tondo Metro Manila 1013 Philippines | Coin Cloud Service Agreement |
| Cruview LLC dba Marketrade | Attn: John C Nicholson<br>4701 Sangamore Road<br>Bethesda, MD 20816 | Agreement/Statement of Work |
| CRYPTIO | 101, rue de Sèvres –<br>75006 Paris France | SAAS License Agreement |
| Elliptic Inc. | 1732 1st Ave #23346<br>New York, NY 10128 | Elliptic US Engagement Letter |
| Environmental Systems Research Institute, Inc. | Attn: Shannon Robertson<br>380 New York Street<br>Redlands, CA 92373-8118 | Service Agreement |
| Escalate Communications LLC | 1501 San Elijo Road South, #104-307<br>San Marcos, CA 92078 | Retainer Consulting Agreement |
| EZ Coin LLC | 5580 S Fort Apache Rd<br>Las Vegas, NV 89147 | Services Agreement |
| FalconX Limited | Attn: Ana De Sousa<br>Level G, Office 1/1191<br>Ta' Xbiex XBX 1120 Malta | Crypto Trading Agreement |
| Fireblocks, Inc. | 221 River Street, 9th Floor<br>Hoboken, NJ 07030 | Fireblocks License Agreement |
| Geographic Information Services, Inc. | Attn: Stephanie Lindley<br>2100 Rivershase Center<br>Birmingham, AL 35244 | Service Agreement |
| Granite Mobility | 100 Newport Ave Ext.<br>Quincy, MA 02171 | Coin Cloud-Granite Partnership Agreement |
| JMF Facets, LLC | c/o Jewelers Mutual Group<br>24 Jewelers Park Dr<br>Neenah, WI 54956 | Services Agreement |
| KIOSK Information Systems, Inc. | Attn: Joe Sawicki, Jenni Pitton & Kim Kenney<br>346 S. Arthur Ave<br>Louisville, CO 80027 | Software service agreement |
| Lo Flo LLC | Attn: Luis Flores-Monroy<br>3275 South Jones Blvd., Suite 105<br>Las Vegas, NV 89146 | Lo Flo LLC Services Agreement for Coin Cloud |
| Lola Tech Limited | Attn: Nick Boni<br>1 Mark Square<br>London EC2A 4EG United Kingdom | Services Agreement |
| LucaNet (North America) LLC | Attn: Dominik Duchon<br>1900 Market Street<br>Philadelphia, PA 19103 | Service Agreement |
| Michael Tomlinson | 89 Vista Rafael Pkwy.<br>Reno, NV 89503 | Employment Agreement |
| Michael Tomlinson | 89 Vista Rafael Pkwy.<br>Reno, NV 89503 | Loan Agreement |
| Mix Panel | One Front Street, 28th Floor<br>San Francisco, CA 94111 | Agreement |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – EIGHTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Description |
|---|---|---|
| MomentFeed, Inc. | 14005 Live Oak Ave<br>Irwindale, CA 91706 | Master Services Agreement |
| MomentFeed, Inc. | 3415 S. Sepulveda Blvd, Suite 1100<br>Los Angeles, CA 90034 | Partnership Agreement |
| MomentFeed, Inc. | 3415 S. Sepulveda Blvd, Suite 1100<br>Los Angeles, CA 90034 | Master Services Agreement |
| National Services, LLC | Attn: Stefanie Farmer & Dean Smith<br>315 Trane Dr<br>Knoxville, TN 37919 | Service Agreement |
| Netlify, Inc. | 2343 3rd Street #296<br>San Francisco, CA 94107 | Master Services Agreement |
| OptConnect Management LLC | Attn: Chris Baird<br>865 W 450 N, Suite 1<br>Kaysville, UT 84037 | Master Products and Services Agreement |
| Pelican Communications, Inc. | Attn: Richard Scherer<br>67 Front Street<br>Danville, CA 94526 | Master Marketing Agreement |
| PeopleWare Staffing, Inc. | Attn: Sheryl Rooker<br>302 W Grand Ave #4<br>El Segundo, CA 90245 | Full Time Placement Agreement |
| Perry Leon | 1217 Horn Avenue, Suite 103<br>Los Angeles, CA 90069 | Partially Executed Service Agreement |
| Prize Logic, LLC | 25200 Telegraph Rd<br>Southfield , MI 48033 | Master Services Agreement |
| Robert Parker Mundo | 2455 W Serene Ave, Apt 3-723<br>Las Vegas, NV 89123 | Property Agreement |
| SafeGraph, Inc. | 1624 Market St Ste 226, #53755<br>Denver, CO 80202 | Master Data License Agreement |
| Scandit Inc | Attn: Austin Tittle<br>711 Atlantic Ave 5th Floor<br>Boston, MA 02111 | Agreement |
| Socure, Inc. | Mountain Workspace, 885 Tahoe Blvd, Suite 11<br>Incline Village, NV 89451 | Master Services Agreement |
| Spanner Product Development | Attn: Giles Lowe<br>15 W San Fernando St<br>San Jose, CA 95113 | Agreement |
| Sygnia | Attn: Oren Wortman<br>94a Yigal Alon St.<br>Tel Aviv 6789155 Israel | Services Agreement |
| Talon.One Inc | One Boston Place, Suite 2600<br>Boston, MA #02108 | Master SAAS Agreement |
| Tatro Management LLC | Attn: Keith Tetrault<br>4256 Pinetree Lane<br>Cincinnati, OH 45245 | Finders Fee Agreement |
| Tecniflex, LLC. dba Bancsource | 3130 South Delaware<br>Springfield , MO 65804 | ATM Liability agreement |
| UAB Simplex Payment Services | AB Nuvei, Lvivo g. 37-101<br>LT-09307  Vilnius  Lithuania | Partner Agreement for Referrals |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – EIGHTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Description |
|---|---|---|
| Unit21 Inc. | 343 Sansome St. Ste 1600<br>San Francisco, CA 94104 | Master Services Agreement |
| Verizon Wireless | Attn:  Correspondence Team<br>P.O. Box 15069<br>Albany, NY 12212 | Wireless Service - Acct No. 342307585-00001 |
| Verizon Wireless | Attn:  Correspondence Team<br>P.O. Box 15069<br>Albany, NY 12212 | Wireless Service - Acct No. 342307585-00002 |
| Virginia Varela | 6151 Fordham Way<br>Sacramento, CA 95831 | Client Service Agreement - Virginia Varela |
| Vision IT Consulting, Inc. | Attn: Blanca Ramos<br>187 E Warm Springs Rd<br>Las Vegas, NV 89119 | Software Development Agreement |
| Vision IT Consulting, Inc. | Attn: Blanca Ramos<br>187 E Warm Springs Rd<br>Las Vegas, NV 89119 | Software Maintenance and Support Agreement |
| Vision IT Consulting, Inc. | Attn: Blanca Ramos<br>187 E Warm Springs Rd<br>Las Vegas, NV 89119 | Software Development Agreement |
| Vision IT Consulting, Inc. | Anillo Vial III 174-1, Col. Saldarriaga<br>Carlos Salinas de Gortari, Qro. 76267<br>Mexico | Software Development Agreement |
| Woodforest National Bank | 1213 E. Trinity Mills Road<br>Carrollton, TX 75006 | Electonic Funds Transfer Agreement |
| Wyre Payments, Inc. | 1550 Bryant St.<br>San Francisco, CA 94103 | Wyre Referral Agreement |
| Zero Hash LLC | 327 N Aberdeen St # 210<br>Chicago, IL 60607 | Platform Operator Agreement |

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER  – EIGHTEENTH OMNIBUS REJECTION MOTION**

Page 4

146921043.1