

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 26, 2023

LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada   89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

Attorneys for Interested Party
Brookfield Retail Properties, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

CASH CLOUD, INC.
 d/b/a COIN CLOUD,

                    Debtor.

Case No.:   23-10423-MKN
Chapter 11

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO CURE NOTICE**

Cash Cloud, Inc., dba Coin Cloud; the Official Committee of Unsecured Creditors; and Brookfield Retail Properties ("Brookfiled"), Inc., filed a stipulation, agreeing to extend the deadline for Brookfield to file its responses to the cure notice [Dkt. 658] from 5:00 p.m. Pacific, June 22, 2023, to 5:00 p.m. Pacific, June 23, 2023.  The court, having reviewed the stipulation and finding good cause, GRANTS, the stipulation as follows:

///

KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501

IT IS ORDERED that the deadline for Brookfiled to file its response to the cure notice [Dkt. 658] is June 23, 2023, 5:00 pm Pacific.

# # #

Submitted by: */s/ Louis M. Bubala III*
KAEMPFER CROWELL, Counsel to Brookfield Retail Properties, Inc.