# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

## CERTIFICATE OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On June 23, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Eighteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)** (Docket No. 759)

- **Declaration of Daniel Ayala in Support of Eighteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)** (Docket No. 760)

- **Notice of Hearing on Eighteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)** (Docket No. 761)

Furthermore, on June 23, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of Hearing on Eighteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)** (Docket No. 761)

Dated: June 26, 2023

                                                                                            */s/ Sabrina G. Tu*
                                                                                            Sabrina G. Tu
                                                                                            STRETTO
                                                                                            410 Exchange, Suite 100
                                                                                            Irvine, CA 92602
                                                                                            Telephone: 720.792.9194
                                                                                            Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

# **Exhibit A**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | Box 551220 | Las Vegas | NV | 89155-1220 |
| Franchise Tax Board | Attn: Legal | Bankruptcy Section  MS A340 | PO Box 2952 | Sacramento | CA | 95812-2952 |
| Texas Workforce Commission | Regulatory Integrity Division - SAU | 101 E. 15th Street | Room 556 | Austin | TX | 78778-0001 |
| TN Dept of Revenue | c/o TN Attorney General's Office | PO Box 20207 | Attn: Bankruptcy Division | Nashville | TN | 37202-0207 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)

Page 1 of 1

# **<u>Exhibit B</u>**



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Armondo Redmond | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson & Carrie Thomas | | cemery@avtechcapital.com<br>jrobertson@avtechcapital.com |
| Black Hole Investments LLC f/k/a EZ Coin LLC | Attn: Zachary Chaltiel and Edouard Chaltiel | | zach@victoireventures.com |
| Black Hole Investments, LLC formerly known as EZ Coin, LLC | c/o Black & Wadhams | Attn: Brigid M. Higgins | bhiggins@blackwadhams.law |
| Brookfield Retail Properties, Inc. | c/o Kaempfer Crowell | Attn: Louis M. Bubala III | lbubala@kcnvlaw.com |
| CAL'S CONVENIENCE, INC | Attn: Ray Harrison and Marcia Rigg | | ray.harrison@calscstores.com |
| Cennox Reactive Field Services LLC | Attn: Michael Goggans | | legal@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | Attn: Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. | ccarlyon@carlyoncica.com<br>dcica@carlyoncica.com<br>tosteen@carlyoncica.com |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Attn: Jeffery R. Sylvester, Esq. | jeff@sylvesterpolednak.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Jordi Guso | jguso@bergersingerman.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Scott Jablonski & Mitchell W. Goldberg | sjablonski@bergersingerman.com<br>mgoldberg@bergersingerman.com |
| Cole Kepro International, LLC | Attn: Andrew Cashin & Frederick Cook | | info@colekepro.com<br>fred@colekepro.com |
| Cole Kepro International, LLC | c/o Taft Stettinius and Hollister, LLP | Attn: David Z. Adler, Esq., Paul R. Hage | phage@taftlaw.com |
| Cole Kepro International, LLC | c/o Lewis Roca Rothgerbe Christie LLP | Attn: Ogonna M. Brown, Esq. & Dan R. Waite, Esq. | obrown@lewisroca.com |
| Department of Treasury - Internal Revenue Service | | | mary.b.savilla@irs.gov<br>kerry.r.ivory@irs.gov |
| Deployment Logix Inc. | Attn: Ken Rogers | | ken.rogers@deploymentlogix.com |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | Attn: Gary Lee & Andrew Kissner | glee@mofo.com<br>akissner@mofo.com |
| Enigma Securities Limited | c/o Shea Larsen | Attn: James Shea, Esq., Bart Larsen, Esq., Kyle Wyant, Esq. | kwyant@shea.law<br>blarsen@shea.law<br>jshea@shea.law |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | | baxelrod@foxrothschild.com<br>zwilliams@foxrothschild.com |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | Attn: Sean O'Neal, Michael Weinberg, & Jan VanLare | soneal@cgsh.com<br>mdweinberg@cgsh.com<br>jvanlare@cgsh.com |
| Genesis Global Holdco, LLC | c/o Snell and Wilmer LLP | Attn: Robert Kinas, Blakeley Griffith, and Charles Gianelloni | rkinas@swlaw.com<br>bgriffith@swlaw.com<br>cgianelloni@swlaw.com |
| Good 2 Go Stores LLC | Attn: General Counsel | | ecflukast@hollandhart.com<br>john.pearson@good2gostores.com |
| Internal Revenue Service | Attn: Kimberly Wheelock | | kerry.r.ivory@irs.gov |
| Internal Revenue Service | Attn: Mary Sevilla | | mary.b.savilla@irs.gov<br>kerry.r.ivory@irs.gov |
| Luis Flores | c/o Andersen & Beede | Attn: Ryan A. Andersen and Valerie Y. Zaidenberg | ryan@aandblaw.com<br>valerie@aandblaw.com |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Lux Vending, LLC dba Bitcoin Depot | c/o Carlton Fields, P.A. | Attn: Adam P. Schwartz | aschwartz@carltonfields.com<br>amaranto@carltonfields.com |
| Lux Vending, LLC dba Bitcoin Depot | c/o Holley Driggs | Attn: Stacy H. Rubin | srubin@nevadafirm.com<br>oswibies@nevadafirm.com |
| National Services, LLC | c/o Hodges, Doughty, & Carson | Attn: Matthew Graves | mgraves@hdclaw.com |
| Official Committee of Unsecured Creditors | c/o Seward & Kissel LLP | Attn: John R. Ashmead, Esq., Robert J. Gayda, Esq., Catherine V. LoTempio, Esq., Andrew J. Matott, Esq. | ashmead@sewkis.com<br>gayda@sewkis.com<br>lotempio@sewkis.com<br>matott@sewkis.com |
| Official Committee of Unsecured Creditors | c/o McDonald Carano LLP | Attn: Ryan J. Works & Amanda M. Perach | aperach@mcdonaldcarano.com<br>rworks@mcdonaldcarano.com |
| OptConnect Management LLC | c/o Law Office of Brian D. Shapiro, LLC | Attn: Brian D. Shapiro, Esq. | brian@brianshapirolaw.com |
| OptConnect MGT, LLC | c/o Dechert LLP | Attn: Craig Druehl | craig.druehl@dechert.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| RocketItCoin, LLC | c/o Ghandi Deeter Blackham | Attn: Shara L. Larson | shara@ghandilaw.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. | | rtucker@simon.com |
| Spec's - Parent | Attn: Ryan Holder | | rholder@specsonline.com |
| Trangistics, Inc. | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | | edward.m.mcdonald@usdoj.gov<br>jared.a.day@usdoj.gov |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Esq. | rgold@fbtlaw.com |

# **<u>Exhibit C</u>**



## Exhibit C
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| AGILESOUTH LLC | | 652 N University Dr | | | Pembroke Pines | FL | 33024 | |
| Alteryx | Attn: Amanda Martin | 3345 Michelson Drive | Suite 400 | | Irvine | CA | 92612 | |
| American Deposit Management, LLC | Attn: Kelly A. Brown or Robert Zondag | W220 N3451 Springdale Road | | | Pewaukee | WI | 53072 | |
| Bancsource | Attn: Donna Williams | 3130 South Delaware | | | Springfield | MO | 65804 | |
| BitAccess, Inc. | Attn: Moe Adham | 80 Aberdeen St | | | Ottawa | ON | K1S 3J5 | Canada |
| BitAccess, Inc. | Attn: Moe Adham | 267 Richmond Rd. | 3rd Floor | | Ottawa | ON | K1Z 6X3 | Canada |
| Black Hole Investments LLC f/k/a EZ Coin LLC | Attn: Zachary Chaltiel and Edouard Chaltiel | 480 NW Albemarle Terrace | | | Portland | OR | 97210 | |
| Brandon A Arner | | 2745 Trotwood Lane | | | Las Vegas | NV | 89108-8415 | |
| Business Technology Partners, LLP. | | 1751 Lake Cook Road, Suite 400 | | | Deerfield | IL | 60015 | |
| Calebe Rossa | | 1025 Aspen Lane | | | Mansfield | TX | 76063 | |
| Caravel Partners LLC | | 795 Folsom Street, 1st Floor | | | San Francisco | CA | 94107 | |
| Cennox Reactive Field Services, LLC [Bancsource] | Attn: Lauren Wajsman | 1015 Windward Ridge Pkwy | | | Alpharetta | GA | 30005 | |
| Cheq Technologies Inc | | 450 Park Ave S | 10th Floor | | New York | NY | 10016 | |
| Clay Global, LLC | Attn: Anton Zykin | 300 Broadway | #23 | | San Francisco | CA | 94133 | |
| Competitive Media Reporting, LLC d/b/a Kantar Media Intelligence | | 3 World Trade Center | 175 Greenwich St. | 35th Fl. | New York | NY | 10007 | |
| Consult HR Partners, LLC | Attn: Jennifer Martinez | 3230 Southgate Cir #123 | | | Sarasota | FL | 34239 | |
| Converz Media Group LLC | | 17011 Beach Blvd | Suite 600 | | Huntington Beach | CA | 92647 | |
| Craig Jones | | Unit C, Callejon J Bato St Gagalangin Tondo | | | Metro Manila | | 1013 | Philippines |
| Cruview LLC dba Marketrade | Attn: John C Nicholson | 4701 Sangamore Road | Suite 100N | | Bethesda | MD | 20816 | |
| CRYPTIO | | 101, rue de Sèvres - | | | Paris | | 75006 | France |
| Elliptic Inc. | | 1732 1st Ave. #23346 | | | New York | NY | 10128 | |
| Environmental Systems Research Institute, Inc. | Attn: Shannon Robertson | 380 New York Street | | | Redlands | CA | 92373-8118 | |
| Escalate Communications LLC | | 1501 San Elijo Road South, #104-307 | | | San Marcos | CA | 92078 | |
| EZ Coin LLC | | 5580 S Fort Apache Rd | #130 | | Las Vegas | NV | 89147 | |
| FalconX Limited | Attn: Ana De Sousa | Level G, Office 1/1191 | Quantum House 75 | Abate Rigord Street | Ta' Xbiex | | XBX 1120 | Malta |
| Fireblocks, Inc. | | 221 River Street, 9th Floor | | | Hoboken | NJ | 07030 | |
| Geographic Information Services, Inc. | Attn: Stephanie Lindley | 2100 Rivershase Center | Suite 105 | | Birmingham | AL | 35244 | |
| Granite Mobility | | 100 Newport Ave Ext. | | | Quincy | MA | 02171 | |
| JMF Facets, LLC | c/o Jewelers Mutual Group | 24 Jewelers Park Dr | | | Neenah | WI | 54956 | |
| Kiosk Information Systems Inc | Attn: Joe Sawicki, Jenni Pitton and Kim Kenney | 346 S. Arthur Ave | | | Louisville | CO | 80027 | |
| Lo Flo LLC | Attn: Luis Flores-Monroy | 3275 South Jones Blvd., Suite 105 | | | Las Vegas | NV | 89146 | |
| Lola Tech Limited | Attn: Nick Boni | 1 Mark Square | | | London | | EC2A 4EG | United Kingdom |
| LucaNet (North America) LLC | Attn: Dominik Duchon | 1900 Market Street | 8th Floor | | Philadelphia | PA | 19103 | |
| Michael Tomlinson | | 89 Vista Rafael Pkwy. | | | Reno | NV | 89503 | |
| Mix Panel | | One Front Street, 28th Floor | | | San Francisco | CA | 94111 | |
| MomentFeed, Inc. | | 3415 S. Sepulveda Blvd, Suite 1100 | | | Los Angeles | CA | 90034 | |
| MomentFeed, Inc. | Attn: Sharnaye Bailey | 14005 Live Oak Ave | | | Irwindale | CA | 91706 | |
| National Services, LLC | Attn: Stefanie Farmer and Dean Smith | 315 Trane Dr | | | Knoxville | TN | 37919 | |
| Netlify, Inc. | | 2343 3rd Street #296 | | | San Francisco | CA | 94107 | |
| OptConnect Management LLC | Attn: Chris Baird | 865 W 450 N | Suite 1 | | Kaysville | UT | 84037 | |
| Pelican Communications, Inc. | Attn: Richard Scherer | 67 Front Street | | | Danville | CA | 94526 | |
| PeopleWare Staffing, Inc. | Attn: Sheryl Rooker | 302 W Grand Ave #4 | | | El Segundo | CA | 90245 | |
| Perry Leon | | 1217 Horn Avenue | Suite 103 | | Los Angeles | CA | 90069 | |
| Prize Logic, LLC | | 25200 Telegraph Rd | Suite 405 | | Southfield | MI | 48033 | |
| Robert Parker Mundo | | 2455 W Serene Ave, Apt 3-723 | | | Las Vegas | NV | 89123 | |
| SafeGraph, Inc. | | 1624 Market St Ste 226, #53755 | | | Denver | CO | 80202 | |
| Scandit Inc | Attn: Austin Tittle | 711 Atlantic Ave 5th Floor | | | Boston | MA | 02111 | |
| Socure, Inc. | | MountainWorkspace | 885 Tahoe Blvd | Suite 11 | Incline Village | NV | 89451 | |
| Spanner Product Development | Attn: Giles Lowe | 15 W San Fernando St | | | San Jose | CA | 95113 | |
| Sygnia | Attn: Oren Wortman | 94a Yigal Alon St. | 29th Floor | | Tel Aviv | | 6789155 | Israel |
| Talon.One Inc | | One Boston Place, Suite 2600 | | | Boston | MA | 02108 | |
| Tatro Management LLC | Attn: Keith Tetrault | 4256 Pinetree Lane | | | Cincinnati | OH | 45245 | |
| Tecniflex, LLC. dba Bancsource | | 3130 South Delaware | | | Springfield | MO | 65804 | |
| UAB Simplex Payment Services | | AB Nuvei, Lvivo g. 37-101 | | | Vilnius | | LT-09307 | Lithuania |



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Unit21 Inc. | | 343 Sansome St | Ste 1600 | | San Francisco | CA | 94104 | |
| Verizon Wireless | Attn: Correspondence Team | PO Box 15069 | | | Albany | NY | 12212 | |
| Virginia Varela | | 6151 Fordham Way | | | Sacramento | CA | 95831 | |
| Vision IT Consulting, Inc. | | Anillo Vial III 174-1, Col. Saldarriaga | | | Carlos Salinas de Gortari | Qro. | 76267 | Mexico |
| Vision IT Consulting, Inc. | Attn: Blanca Ramos | 187 E Warm Springs Rd | Ste B106 | | Las Vegas | NV | 89119 | |
| Woodforest National Bank | | 1213 E. Trinity Mills Road | | | Carrollton | TX | 75006 | |
| Wyre Payments, Inc. | | 1550 Bryant St. | | | San Francisco | CA | 94103 | |
| Zero Hash LLC | | 327 N Aberdeen St # 210 | | | Chicago | IL | 60607 | |