NVB IA-11-2BK (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address
George R. Pitts (DC Bar #417666)
Birch Horton Bittner & Cherot, P.C.
1150 Connecticut Avenue, NW, Ste 350 / 202-659-5800 / gpitts@bhb.com
Washington, DC 20036

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:  ) BK- 23-10423- mkn

CASH CLOUD, INC. dba COIN CLOUD  )
) CHAPTER 11
)
) VERIFIED PETITION FOR
) PERMISSION TO PRACTICE IN THIS
) CASE ONLY BY ATTORNEY NOT
) ADMITTED TO THE BAR OF THIS
) COURT

Debtor.  )
) **EFFECTIVE JANUARY 1, 2015**
) **FILING FEE IS $250.00**
)

___George R. Pitts_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in _Alexandria_____, _Virginia_____.

2. That Petitioner is an attorney at law and a member of the law firm of
_Birch Horton Bittner & Cherot, P.C._____, with offices at __Washington, DC__
Anchorage, Alaska
_____
_____

3. That Petitioner has been retained personally or as a member of the law firm by

United Natural Foods, Inc. _____ to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since **1985**, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Virginia** where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.

| Court | Date Admitted |
|---|---|
| California | 1983 |
| District of Columbia | 1989 |
| U.S. Court of Appeals, 4th Circuit | 1991 |
| U.S. District Court, Eastern Dist. of Virginia | 1985 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:

_____
_____
_____
_____
_____

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of any denied admission):

_____
_____
_____
_____

8. That Petitioner is a member of good standing in the following Bar Associations:

California State Bar

District of Columbia Bar

Virginia State Bar

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

Date of Application     Cause     Title of Court/Administrative Body or Arbitrator     Was Application Granted or Denied

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: June 26, 2023

_____
Petitioner's Signature

3

STATE OF Washington DC )

COUNTY OF _____ )

George R. Pitts, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to me before this

__26th__ day of __June__, __2023__.

__Kathleen Hardt_____ Notary public

*[Notary seal: KATHLEEN HARDT, NOTARY PUBLIC, DISTRICT OF COLUMBIA, MY COMMISSION EXPIRES 09/30/2027]*

Lew Brandon, Jr., NV Bar No. 5880
Brandon Smerber Law Firm
139 East Warm Springs Road
Las Vegas, NV 89119
Tel. (702) 380-0007
Fax. (702) 380-2964
l.brandon@bsnv.law

George R. Pitts
Birch Horton Bittner & Cherot, P.C.
1150 Connecticut Avenue, NW, Suite 350
Washington, DC 20036-4142
Tel: (202) 659-5800
Fax: (202) 659-1027
gpitts@bhb.com

*Counsel for United Natural Foods, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** |

The undersigned, attorney of record for United Natural Foods, Inc., a creditor herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best interests of the client to designate Lew Brandon, Jr., attorney at law, member of the State Bar of

Nevada, NV Bar #5880, and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is: Brandon Smerber Law Firm, 139 East Warm Springs Road, Las Vegas, NV 89119, telephone: 702-380-0007, fax: 702-380-2964, email: l.brandon@bsnv.law.

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

/s/ George R. Pitts
George R. Pitts, Attorney at Law
Birch Horton Bittner & Cherot, P.C.
1150 Connecticut Avenue, NW, Suite 350
Washington, DC 20036-4142
Tel: (202) 659-5800
Fax: (202) 659-1027
gpitts@bhb.com

*Counsel for United Natural Foods, Inc.*

**CONSENT OF DESIGNATED NEVADA COUNSEL**

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other

papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

By: _____
Lew Brandon, Jr. NV Bar No. 5880
Brandon Smerber Law Firm
139 East Warm Springs Road
Las Vegas, NV 89119
Tel. (702) 380-0007
Fax. (702) 380-2964
l.brandon@bsnv.law

*Designated Nevada Counsel
for United Natural Foods, Inc.*

3

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The Undersigned party appoints Lew Brandon, Jr. as its Designated Nevada Counsel in this case.

By: *Nicholas I. Leitzes*
Nicholas I. Leitzes
Associate General Counsel,
United Natural Foods, Inc.

4