BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
      nkoffroth@foxrothschild.com
      zwilliams@foxrothschild.com
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-23-10423-mkn |
| CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>           Debtor. | Chapter 11<br><br>**STIPULATION (1) RESOLVING ROCKITCOIN, LLC'S OBJECTION TO AMENDED MOTION FOR ORDER: (A) CONFIRMING AUCTION RESULTS; (B) APPROVING THE SALE OF CERTAIN OF DEBTORS ASSETS TO HELLER CAPITAL GROUP, LLC, AND GENESIS COIN, INC., FREE AND CLEAR OF LIENS CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (C) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTOR'S EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (D) GRANTING RELATED RELIEF; AND (2) DISMISSING ADVERSARY PROCEEDING CASE NO. 23-01105-MKN** |

1   Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-

2   captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP, and

3   RockItCoin, LLC ("RockItCoin" and, together with the Debtor, the "Parties"), by and through its

4   counsel Fox Swibel Levin & Carroll, LLP and Ghandi Deeter Blackham, stipulate and agree as

5   follows (the "Stipulation"):

6   **RECITALS**

7   A.      WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11

8   of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada

9   (the "Court"), commencing the Chapter 11 Case;

10   B.      WHEREAS, on April 27, 2023, the Court entered the *Order Establishing Bidding*

11   *Procedures and Related Deadlines* [ECF No. 483] (the "Bidding Procedures Order");

12   C.      WHEREAS, on May 26, 2023, Debtor filed the *Amended Notice of Designated*

13   *Stalking Horse Bidder* [ECF No. 605] and the Asset Purchase Agreement attached thereto as Exhibit

14   1 (the "Stalking Horse APA"). Pursuant to the Stalking Horse APA, if RockItCoin was not the

15   winning bidder at auction, Debtor agreed to pay to RockItCoin from sales proceeds (i) a break-up fee

16   in the amount of $188,760.00, provided that such amount does not exceed 3% of the Cash Component

17   (as such term is defined in the Bidding Procedures Order) of RockItCoin's purchase price (the "Break-

18   Up Fee"); and (ii) $150,000.00 for reimbursement of expenses incurred in connection with the

19   Stalking Horse APA (the "Expense Reimbursement"). See Stalking Horse APA, Exhibit 1 § 9.2.

20   Additionally, Debtor agreed to release and return to RockItCoin its earnest money deposit in the

21   amount of $629,200.00 (the "Deposit");

22   D.      WHEREAS, pursuant to the Stalking Horse APA, RockItCoin, the Debtor and Flagstar

23   Bank, N.A. ("Escrow Agent") entered into that certain Escrow Deposit Agreement dated May 31,

24   2023 (the "Escrow Agreement") and RockItCoin timely deposited the Deposit with the Escrow

25   Agent.

26   E.      WHEREAS, on June 19, 2023, Debtor filed an *Amended Motion for Order: (A)*

27   *Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital*

28   *Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1    *Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory*

2    *Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* [Docket No. 731]

3    (the "Sale Motion");

4        F.    Whereas, among other things, the Sale Motion seeks approval of sales to Heller

5    Capital Group, LLC ("Heller Capital") and Genesis Coin, Inc. ("Genesis Coin") who were declared

6    the winning bidders at the auction;

7        G.    WHEREAS, closing(s) of the sales to Heller Capital and Genesis Coin are estimated

8    to occur on July 21, 2023;

9        H.    WHEREAS, on June 20, 2023, Debtor filed a Complaint against RockItCoin (the

10    "Complaint") initiating Adversary Case No. 23-01105-mkn (the "Adversary Proceeding");

11        I.    WHEREAS, RockItCoin denies any liability as a result of the allegations contained in

12    the Complaint;

13        J.    WHEREAS, on June 23, 2023, RockItCoin filed its *Objection* [ECF No. 754] (the

14    "RockItCoin Objection") to the Sale Motion; and

15        K.    WHEREAS the Parties desire to resolve the Adversary Proceeding and RockItCoin

16    Objection.

17        NOW, THEREFORE, in consideration of the foregoing, the Parties agree as follows:

18        1.    Debtor shall pay to RockItCoin, directly from its sale proceeds at any closing(s) of the

19    sale(s) to Genesis Coin and Heller Capital: (a) the amount of the Break-Up Fee, reduced by $2,700.00

20    for costs associated with the filing of the Complaint, for a total Break-Up Fee amount of $186,060.00;

21    and (b) the Expense Reimbursement in the amount of $150,000.00;

22        2.    The Sale Order(s) approving the sales to Genesis Coin and Heller Capital (if entered)

23    shall contain provisions authorizing and requiring the payments described in Paragraph 1 of this

24    Stipulation;

25        3.    In the event the sales to Genesis Coin and Heller Capital do not close, all parties

26    reserve all rights, arguments and remedies as to Break-Up Fee and the Expense Reimbursement (e.g.

27    RockItCoin reserves to assert an administrative claim in the amount of the Break-Up Fee and Expense

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1 Reimbursement pursuant to the Stalking Horse APA and the Debtor and all other parties reserve all

2 arguments/defenses to same);

3    4.    Within five (5) business days of the entry of an Order approving this Stipulation, the

4 Parties shall jointly instruct the Escrow Agent (as provided for in the Escrow Agreement) to release

5 and return the Deposit and any other amounts held by Escrow Agent under the Escrow Agreement

6 (e.g. interest) to RockItCoin;

7    5.    RockItCoin agrees and affirms that from the date hereof it will have no direct contact

8 (e.g. will not call, email, text, message, etc.) with any non-rejected Debtor host lease counterparty,

9 until such time that an order rejecting any such contract is entered by the Court;

10    6.    Debtor reserves all rights to pursue any and all legal and equitable remedies to the

11 extent that RockItCoin breaches Paragraph 5 of this Stipulation;

12    7.    Debtor's professionals agree to not seek compensation from Debtor's estate for the

13 $2,700.00 in costs and expenses associated with the filing of the Adversary Proceeding;

14    8.    RockItCoin's Objection to the Sale Motion is withdrawn/resolved; and

15    9.    Within three (3) business days of the entry of an Order approving this Stipulation, the

16 Debtor shall dismiss the Adversary Proceeding with prejudice with each party to bear its own fees

17 and costs.

18    Dated this 26th day of June 2023.

19

20 **FOX ROTHSCHILD LLP**          **FOX SWIBEL LEVIN & CARROLL, LLP**

21 By:  */s/Brett A. Axelrod*          By:  */s/Ryan T. Schultz*
     BRETT A. AXELROD, ESQ.          RYAN T. SCHULTZ, ESQ.
22   Nevada Bar No. 5859             200 W. Madison, Suite 300
     NICHOLAS A. KOFFROTH, ESQ.     Chicago, Illinois 60606
23   Nevada Bar No. 16264
     ZACHARY T. WILLIAMS, ESQ.      and
24   Nevada Bar No. 16023
     1980 Festival Plaza Drive, Suite 700   **GHANDI DEETER BLACKHAM**
25   Las Vegas, Nevada 89135         SHARA L. LARSON, ESQ.
     *Counsel for Debtor*            Nevada Bar No. 7786
26                                   725 S. 8th St., Suite 100
27                                   Las Vegas, Nevada 89101
                                     *Counsel for RockItCoin, LLC*
28

4