BRETT A. AXELROD, ESQ. (Nv Bar No. 5859)
JEANETTE E. MCPHERSON, ESQ. (Nv Bar No. 5423)
NICHOLAS A. KOFFROTH, ESQ. (Nv Bar No. 16264)
ZACHARY T. WILLIAMS, ESQ. (Nv Bar No. 16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email:  baxelrod@foxrothschild.com
            jmcpherson@foxrothschild.com
            nkoffroth@foxrothschild.com
            zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                            Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM** |

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, and Trangistics, Inc. ("Trangistics"), by and through its undersigned counsel, Goldsmith & Guymon, P.C., hereby enter into this *Stipulation To Extend Time To Respond To Motion For Approval Of Administrative Claim* ("Stipulation").

**RECITALS**

WHEREAS, Trangistics filed the *Motion For Approval Of Administrative Claim* [ECF 652] on June 12, 2023 ("Motion");

WHEREAS, the hearing on the Motion is set for July 12, 2023 at 10:30 a.m.;

WHEREAS, the deadline for the Debtor to file a response to the Motion is currently June 28, 2023 ("Response Deadline") and the deadline for Trangistics to file a reply is currently July 5, 2023 ("Reply Deadline"); and

WHEREAS, the Debtor and Trangistics have agreed to continue the Response Deadline to July 6, 2023 and the Reply Deadline to July 10, 2023.

1

146988963.1

**STIPULATION**

NOW, THEREFORE, in consideration of the foregoing, the parties agree as follows:

1. The Response Deadline is continued to July 6, 2023; and

2. The Reply Deadline is continued to July 10, 2023.

Dated this 26th day of June, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

Dated this 27th day of June, 2023.

**GOLDSMITH & GUYMON, P.C.**

By: /s/ Marjorie A. Guymon
MARJORIE A. GUYMON, ESQ.
Nevada Bar No. 4983
2055 Village Center Circle
Las Vegas, Nevada 89134
*Counsel for Trangistics, Inc.*

2

146988963.1