BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
      nkoffroth@foxrothschild.com
      zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON JUNE 28, 2023 AT 10:30 A.M.** |

Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, hereby files this *Agenda Regarding Matters Scheduled for Hearing on June 28, 2023 at 10:30 a.m.*

1. *Motion to Compel Turnover of Estate Assets* (the "**Turnover Motion**") [ECF No. 706]

   Related Documents:
   A.   *Declaration of Daniel Ayala* [ECF No. 707].

1

147019220.1

Objections/Responses Filed:
A.   *Response to Debtor's Motion to Compel Turnover of Estate Assets*  [ECF No. 752];
B.   *Declaration of Christopher McAlary* [ECF No. 753]; and
C.   *Reply To Response to Debtor's Motion to Compel Turnover of Estate Assets*  [ECF No. 765].

2.  *Emergency Motion for Order Authorizing Debtor's Entry Into Interim Management Services Agreement Pending Approval of Sale of Debtor's Assets, and (II) Reservation of Rights* (the "**Motion to Approve IMA**") [ECF No. 710].

Related Documents:
A.   *Declaration of Christopher Andrew McAlary* [ECF No. 711];
B.   Notice *of Filing of: (1) Revised Exhibit 1 to the Declaration of Daniel Ayala filed in Support of Debtor's Emergency Motion For Order Authorizing Debtor's Entry Into Interim Management Services Agreement Pending Approval Of Sale Of Debtor's Assets [ECF 711]; and (2) Revised Exhibit A to Debtor's Emergency Motion For Order Authorizing Debtor's Entry Into Interim Management Services Agreement Pending Approval Of Sale Of Debtor's Assets*  [ECF No. 750]; and
C.   Errata *to (1) Emergency Motion for Order Authorizing Debtors Entry Into Interim Management Services Agreement Pending Approval of Sale of Debtors Assets [ECF No. 710]; and (2) Declaration of Daniel Ayala [ECF No. 711]*  [ECF No. 729].

Objections/Responses Filed:
A.   *CKDL Credit, LLC's: (I) Objection to Emergency Motion for Order Authorizing Debtor's Entry Into Interim Management Services Agreement Pending Approval of Sale of Debtor's Assets, and (II) Reservation of Rights* [ECF No. 755];
B.   *Official Committee of Unsecured Creditors Statement and Reservation of Rights in Response to the Debtor's Sale Motion and MSA Motion* [ECF No. 758];
C.   *Debtor's Reply in Support of Emergency Motion For Order Authorizing Debtor's Entry Into Interim Management Services Agreement Pending Approval Of Sale Of Debtor's Assets*  [ECF No. 769]; and
D.   *Declaration of Daniel Ayala* [ECF No. 770].

2

147019220.1

3. *Amended Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* (the "**Sale Motion**") [ECF No. 714, *as amended* by ECF No. 730].

    Related Documents:
    A.   *Declaration Of: Daniel Ayala* [ECF No. 715];
    B.   *Declaration Of: Daniel Moses* [ECF No. 716];
    C.   *Declaration Of: Daryl Heller* [ECF No. 717];
    D.   *Declaration Of: Jorge Fernandez* [ECF No. 718]; and
    E.   Notice *of Filing: Revised Exhibits to Debtor's Amended Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* [ECF No. 749].

    Objections/Responses Filed:
    A.   *RockItCoin Objection to Amended Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* [ECF No. 754];
    B.   *Brookfield Retail Properties, Inc. Limited Objection* [ECF No. 757];
    C.   *Official Committee of Unsecured Creditors Statement and Reservation of Rights in Response to the Debtor's Sale Motion and MSA Motion* [ECF No. 758];
    D.   *Stipulation (1) Resolving RockItCoin, LLC's Objection to Amended Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief; and (2) Dismissing Adversary Proceeding Case No. 23-01105-mkn* [ECF No. 768]; and
    E.   *Christopher A. McAlary in Support of Amended Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* [ECF No. 771].

147019220.1

Pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#. Copies of all pleadings are available at https://cases.stretto.com/CashCloud (the "Case Website").

DATED this 27th day of June 2023.

**FOX ROTHSCHILD LLP**

By: _/s/Brett Axelrod_
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

4

147019220.1