

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 27, 2023

BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email:  baxelrod@foxrothschild.com
            jmcpherson@foxrothschild.com
            nkoffroth@foxrothschild.com
            zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-S-23-10423-MKN |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, Debtor. | Chapter 11<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM** |

The Court having read and considered the *Stipulation To Extend Time To Respond To Motion For Approval Of Administrative Claim* ("Stipulation"),[1] and good cause appearing therefor, it is hereby

ORDERED that the Stipulation is approved; and it is further

/ / /

/ / /

---

[1] Capitalized terms used, but not defined herein, shall have the meaning ascribed to such terms in the Stipulation.

1

146988962.1

1  ORDERED that the Response Deadline for Debtor is continued to July 6, 2023; and it is further

2  ORDERED that the Reply Deadline for Trangistics is continued to July 10, 2023.

3  Submitted by: | Approved by:

4  **FOX ROTHSCHILD LLP** | **GOLDSMITH & GUYMON, P.C.**

By: /s/ Jeanette E. McPherson | By: /s/ Marjorie A. Guymon
JEANETTE E. MCPHERSON, ESQ. | MARJORIE A. GUYMON, ESQ.
Nevada Bar No. 5423 | Nevada Bar No. 4983
BRETT A. AXELROD, ESQ. | 2055 Village Center Circle
Nevada Bar No. 5859 | Las Vegas, Nevada 89134
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

*Counsel for Debtor* | *Counsel for Trangistics, Inc.*

###

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

146988962.1