BRETT A. AXELROD, ESQ. (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899 / Facsimile: (702) 597-5503
Email:  baxelrod@foxrothschild.com
            nkoffroth@foxrothschild.com
            zwilliams@foxrothschild.com

*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM** |
|---|---|

**PLEASE TAKE NOTICE** that on the 27th day of June, 2023, the Court entered an *Order Granting Stipulation To Extend Time To Respond To Motion For Approval Of Administrative Claim* [ECF 776], a copy of which is attached hereto.

Dated this 27th day of June, 2023.                **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

1

146988964.1

Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
June 27, 2023

___

BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email:  baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM** |

The Court having read and considered the *Stipulation To Extend Time To Respond To Motion For Approval Of Administrative Claim* ("Stipulation"),[1] and good cause appearing therefor, it is hereby

ORDERED that the Stipulation is approved; and it is further

/ / /

/ / /

___

[1] Capitalized terms used, but not defined herein, shall have the meaning ascribed to such terms in the Stipulation.

1

146988962.1

1  ORDERED that the Response Deadline for Debtor is continued to July 6, 2023; and it is further

2  ORDERED that the Reply Deadline for Trangistics is continued to July 10, 2023.

| Submitted by: | Approved by: |
|---|---|
| **FOX ROTHSCHILD LLP** | **GOLDSMITH & GUYMON, P.C.** |
| By: /s/ Jeanette E. McPherson | By: /s/ Marjorie A. Guymon |
| JEANETTE E. MCPHERSON, ESQ.<br>Nevada Bar No. 5423<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>ZACHARY T. WILLIAMS, ESQ.<br>Nevada Bar No. 16023<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135 | MARJORIE A. GUYMON, ESQ.<br>Nevada Bar No. 4983<br>2055 Village Center Circle<br>Las Vegas, Nevada 89134 |
| *Counsel for Debtor* | *Counsel for Trangistics, Inc.* |

###

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146988962.1