UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On or before June 20, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Entry of Order Extending Deadline to Assume, Assume and Assign, or Reject Nonresidential Real Property Leases Pursuant to 11 U.S.C. § 365(d)(4)** (attached hereto as **Exhibit B**)

Furthermore, on June 20, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on Gizmos Mini Mart LLC, Attn: Hanif Brown at 200 W Liberty St, Ste 1700, Louisville, KY 40202-2472:

- **Notice of Entry of Order Granting Sixth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment** (Docket No. 634)

Furthermore, on June 20, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on Gamer Planet, Attn: Daniel Perry at 69 W 10600 S, Sandy, UT 84070-4160:

- **Notice of Hearing on Twelfth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)** (Docket No. 686)

Dated: June 27, 2023

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Monica Arellano*
　　　　　　　　　　　　　　　　　　　　　　　　Monica Arellano
　　　　　　　　　　　　　　　　　　　　　　　　STRETTO
　　　　　　　　　　　　　　　　　　　　　　　　410 Exchange, Suite 100
　　　　　　　　　　　　　　　　　　　　　　　　Irvine, CA 92602
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 800.634.7734
　　　　　　　　　　　　　　　　　　　　　　　　Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| FT Investment Properties LLC | Attn: Babir Sultan | 6501 Main St | | Grandview | MO | 64030-5401 |
| Matts Hydroponics | Attn: Mathew G Marcoux | 350 E Main St | Ste 5 | Milford | MA | 01757-2835 |
| Metro Food and Beverage | Attn: Salah Jaffal | 6476 Surrey Dr | | North Olmsted | OH | 44070-4862 |
| Yolenis Providence | Attn: Alexander Meletios | 7 Maidford River Rd | | Middletown | RI | 02842-5694 |

# **<u>Exhibit B</u>**

BRETT A. AXELROD, ESQ. (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed June 6, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                           Debtor. | Case No. BK-23-10423-MKN<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER EXTENDING DEADLINE TO ASSUME, ASSUME AND ASSIGN, OR REJECT NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(D)(4)** |

**PLEASE TAKE NOTICE** that on the 6th day of June, 2023, the Court entered an *Order Extending Deadline to Assume, Assume and Assign, or Reject Nonresidential Real Property Leases Pursuant to 11 U.S.C. § 365(d)(4)* [ECF 619], a copy of which is attached here.

Dated this 6th day of June, 2023.   **FOX ROTHSCHILD LLP**

                                    By: /s/ Jeanette E. McPherson
                                        JEANETTE E. MCPHERSON, ESQ. (5423)
                                        BRETT A. AXELROD, ESQ. (5859)
                                        NICHOLAS A. KOFFROTH, ESQ. (16264)
                                        ZACHARY T. WILLIAMS, ESQ. (16023)
                                        1980 Festival Plaza Drive, Suite 700
                                        Las Vegas, Nevada 89135
                                        *Counsel for Debtor*

1

146462555.1




Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 06, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re

    CASH CLOUD, INC.,
    dba COIN CLOUD,

                  Debtor.

Case No. BK-23-10423-mkn

Chapter 11

**ORDER EXTENDING DEADLINE TO ASSUME, ASSUME AND ASSIGN, OR REJECT UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)**

Hearing Date: June 5, 2023
Hearing Time: 10:30 a.m.

1

146412390.1

The Court, having reviewed and considered Debtor's *Motion for Order Extending Deadline to Assume, Assume and Assign, or Reject Nonresidential Real Property Leases Pursuant to 11 U.S.C. § 365(d)(4)* (the "<u>Motion</u>")[1] for an order seeking an extension of the time to assume, assume and assign, or reject all of the Debtor's non-residential real property leases, including those listed on **Exhibit A** hereto (the "<u>Leases</u>"),[2] as set forth in greater detail in the Motion; and upon consideration of the McAlary Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of Debtor, its creditors and all other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** in its entirety; and

**IT IS FURTHER ORDERED** that Debtor's time to assume or reject the Leases is extended through and including July 14, 2023; and

**IT IS FURTHER ORDERED** that this Order is without prejudice to the rights of Debtor to seek further extensions of the period in which Debtor may assume or reject the Leases; and

**IT IS FURTHER ORDERED** that this Order is without prejudice to the rights of the counterparties to the Leases to seek a reduction or termination of the period in which Debtor may assume or reject a Lease; and

/ / /

/ / /

---

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Motion.

[2] Nothing herein shall be construed as evidence that any of the Leases: (a) is actually a "lease," "license" or "executory contract" within the meaning of Bankruptcy Code § 365 and other applicable law; or (b) has not expired, been terminated, or otherwise is not currently in full force and effect.

2

146412390.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

|   |   |
|---|---|
| 1 | **IT IS FURTHER ORDERED** that this Order is without prejudice to the rights of Debtor to dispute, among other things, the validity, status, characterization, or enforceability of any or all of the Leases; and |
| 4 | **IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and |
| 6 | **IT IS FURTHER ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion. |

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: /s/ Brett A. Axelrod
   JEANETTE E. MCPHERSON, ESQ.
   BRETT A. AXELROD, ESQ.
   NICHOLAS A. KOFFROTH, ESQ.
   ZACHARY T. WILLIAMS, ESQ.
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135

*Counsel for Debtor*

APPROVED/DISAPPROVED

**MCDONALD CARANO LLP**

By:   /s/ Catherine V. LoTiempo
   RYAN J. WORKS, ESQ. (NSBN 9224)
   AMANDA M. PERACH, ESQ. (NSBN 12399)
   2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
   and

**SEWARD & KISSEL LLP**
   JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
   ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
   CATHERINE V. LOTIEMPO, ESQ. (Admitted *Pro Hac Vice*)
   ANDREW J. MATOTT, ESQ.
   One Battery Park Plaza
   New York, New York 10004

*Counsel for Official Committee of Unsecured Creditors*

146412390.1

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐     The Court has waived the requirement of approval in LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

4

146412390.1

**EXHIBIT A**

5

146412390.1

**Exhibit A to this Order may be (i) viewed and downloaded free of charge at the Debtor's case website ([https://cases.stretto.com/CashCloud/](https://cases.stretto.com/CashCloud/)), or (ii) obtained by written request to Stretto at Cash Cloud, Inc. c/o Stretto, 410 Exchange, Suite 100 Irvine, CA 92602, or by email at [TeamCoinCloud@stretto.com](mailto:TeamCoinCloud@stretto.com); or (iii) by telephone at (720) 792-9194 (toll free) or (888) 940-5992 (international).**