NVB 2002 (Rev. 12/15)

Stuart Wilson-Patton
Office of the Tennessee Attorney General
PO Box 20207
Nashville, TN 37202
Phone: (615)532-2567; (BPR No. 012207 TN)
Fax: (615) 741-3334
Stuart.Wilson-Patton@ag.tn.gov

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re CASH CLOUD, INC.,  )   Case No: 23-10423 MKN
                         )
                         )   Chapter 11
                         )
                         )
                         )   **REQUEST FOR SPECIAL**
                         )   **NOTICE**
             Debtor(s)   )

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

(Please Print)

Tennessee Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207
(615) 532-2567

Date: June 29, 2023                          _Stuart Wilson-Patton_
                                                   Signature

**<u>CERTIFICATE OF SERVICE</u>**

   I do hereby certify that, on June 29, 2021, a true and exact copy of the foregoing Request For Special notice was duly served upon all parties of record who receive notice electronically via the U.S. Bankruptcy Court's CM/ECF system.

                <u>/s/ Stuart Wilson-Patton</u>
                Stuart Wilson Patton
                Senior Assistant Attorney General