**Stuart Wilson-Patton**
**Office of the Tennessee Attorney General**
**PO Box 20207**
**Nashville, TN 37202**
**Phone: (615)532-2567; (BPR No. 012207 TN)**
**Fax: (615) 741-3334**
**Stuart.Wilson-Patton@ag.tn.gov**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: CASH CLOUD, INC., | Case No. 23-10423 MKN <br> Chapter 11 <br><br> NOTICE OF WITHDRAWAL <br> OF NOTICE OF APPEARANCE |
| **Debtor(s)** | |

    On June 16, 2023, counsel for the Tennessee Department of Revenue (TDOR) inadvertently filed a Notice of Appearance (ECF #705) in the above-styled and numbered case. Counsel for TDOR hereby respectfully withdraws document no. 705 and will submit a Request for Special Notice in its place.

Respectfully submitted,
JONATHAN SKRMETTI
Tennessee Attorney General & Reporter

/s/ Stuart Wilson-Patton
**Stuart Wilson-Patton (BPR No. 012207 TN)**
Senior Assistant Attorney General
Office of the Tennessee Attorney General
PO Box 20207
Nashville TN 37202
Phone: (615) 532-2567
Fax: (615) 741-3334
Stuart.Wilson-Patton@ag.tn.gov
Attorney for the Tennessee Department of Revenue

## CERTIFICATE OF SERVICE

    I do hereby certify that, on June 29, 2021, a true and exact copy of the foregoing Withdrawal was duly served upon all parties of record who receive notice electronically via the U.S. Bankruptcy Court's CM/ECF system.

    /s/ Stuart Wilson-Patton
Stuart Wilson Patton
Senior Assistant Attorney General