ROBERT A. MUSIALA, JR. ESQ.
BAKER & HOSTETLER LLP
One North Wacker Drive
Suite 4500
Chicago, IL 60606
Telephone: 312.416.6200
Facsimile: 312.416.6201
Email: rmusiala@bakerlaw.com

*Regulatory Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.  BK-23-10423-mkn |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| Debtor. | **BAKER & HOSTETLER'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM MAY 1, 2023 THROUGH MAY 31, 2023** |
| | Hearing Date:   N/A<br>Hearing Time:  N/A |

Baker & Hostetler ("B&H" or "Applicant"), regulatory counsel to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Chapter 11 Case"), respectfully submits this Monthly Fee Statement for Services Rendered and Expenses Incurred for the Period from May 1, 2023 through May 31, 2023 (the "Statement"), pursuant to the *Order Authorizing Retention and Employment of Baker & Hostetler LLP as Regulatory Counsel to Debtor* [ECF No. 525] (the "Retention Order") and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

In support of this Statement, B&H respectfully represents as follows:

1.     B&H was retained a regulatory counsel to the Debtor pursuant to the Retention Order, dated and entered on May 5, 2023.  On May 9, 2023, the Debtor paid B&H a retainer of $50,000.00 (the "Retainer") as authorized in the Retention Order.

2.     B&H has endeavored to monitor and coordinate with the Debtor's counsel in this Chapter 11 Case to ensure a clear delineation of each firm's respective roles in connection with the representation of the Debtor in this Chapter 11 Case and to prevent duplication of services. The professional services performed and expenses incurred by B&H were actual and necessary to preserve and protect the value of the Debtor's assets and estate.

3.     B&H hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's Court-authorized regulatory counsel during the period commencing May 1, 2023 and ending May 31, 2023 (the "Statement Period").

4.     B&H submitted a prior application for compensation in connection with its representation of the Debtor for the period of April 4, 2023 through April 30, 2023 (ECF Docket No. 607) (the "April Statement").  A Certificate of No Objection to the April Statement was filed with the Court on June 21, 2023 (ECF Docket No. 740).

5.     For the Statement Period, B&H seeks allowance and payment of interim compensation for fees in the amount of $130,329.20, representing 80% of the $162,911.50 in fees incurred for services rendered during the Statement Period, and expenses in the amount of $511.68, representing 100% of the expenses incurred in connection with services rendered during the Statement Period.

6.     Attached hereto as Exhibit A is the name of each timekeeper who performed services in connection with the Chapter 11 Case and the regulatory matters during the Statement Period, and the hourly rate for each such timekeeper.

7.     Attached hereto as Exhibit B is a detailed schedule of time expended by the timekeepers who performed services during the Statement Period and a detailed schedule of expenses paid during the Statement Period.

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

8.    On the same date this Statement was filed, a copy of this Statement was served via electronic mail/notice on the following parties (each a "Notice Party," and collectively the "Notice Parties"):

a.    Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

b.    Fox Rothschild, LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

c.    United States Trustee Tracy Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

d.    Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

e.    Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com); counsel to DIP lender CKDL Credit, LLC;

f.    Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law; counsel to Enigma Securities Limited; and

g.    Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

147113103.1

3

9. Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "Objection Deadline"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

10. If no objections are raised on or before the Objection Deadline, Applicant shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the fees and 100 percent of the expenses incurred during the period covered by Applicant's Monthly Fee Application (the "Aggregate Monthly Amount"). Applicant shall draw down on the Retainer in the Aggregate Monthly Amount. To the extent that the Retainer is extinguished by payment in connection with the April Statement and this Statement, Debtor shall be authorized to pay to Applicant the balance of the Aggregate Monthly Amount as contemplated herein.

11. If an objection is properly filed before the Objection Deadline, Applicant shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "Undisputed Fees" and "Undisputed Expenses"), after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the Undisputed Fees and 100 percent of the Undisputed Expenses incurred during the period covered by Applicant's Monthly Fee Application (the "Aggregate Monthly Undisputed Amount"). Applicant shall draw down on the Retainer in the Aggregate Monthly Undisputed Amount. To the extent that the Retainer is extinguished by payment in connection with the April Statement and this Statement, Debtor shall be authorized to pay to Applicant the balance of the Aggregate Monthly Undisputed Amount as contemplated herein.

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

12.     Applicant acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses.  At the conclusion of the Chapter 11 Case, Applicant will seek final allowance of the fees charged and expenses incurred for the entirety of the Chapter 11 Case, and any interim fees and expenses received during the course of the Chapter 11 Case will be credited against such fees and expenses that are allowed on a final basis.

13.     Neither Applicant nor any member of B&H has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of B&H, any portion of the fees or expenses to be awarded pursuant to this Statement.

Dated this 30th day of June 2023.

**BAKER & HOSTETLER LLP**

By:     */s/Robert A. Musiala*
     Robert A. Musiala
     One North Wacker Drive
     Suite 4500
     Chicago, IL 60606
     Telephone: 312.416.6200
     Facsimile: 312.416.6201
     Email: rmusiala@bakerlaw.com
     Michael A. Sabella
     45 Rockefeller Plaza
     New York, NY 10111
     (212) 589-4200
     msabella@bakerlaw.com

     *Regulatory Counsel for Debtor*

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:     */s/Brett A. Axelrod*
     BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
     1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135
     *Counsel for Debtor*

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

# EXHIBIT A

## Summary of B&H Professionals and Paraprofessionals

### May 1, 2023 through May 30, 2023

| Attorney | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Jonathan A. Forman – Partner | $1,150.00 | 35.30 | $40,595.00 |
| Christopher W. Lamb - Associate | $500.00 | 21.20 | $10,600.00 |
| Robert A. Musiala – Partner | $900.00 | 64.20 | $57,780.00 |
| Veronica Reynolds – Associate | $725.00 | 66.10 | $47,922.50 |
| Michael A. Sabella – Counsel | $970.00 | 6.20 | $6,014.00 |
| **Subtotal** | | 193.00 | $162,911.50 |

147113103.1

# EXHIBIT B

**Detailed Schedule of Time Expended by Professionals and Paraprofessionals**

**and Detailed Schedule of Expenses Incurred**

147113103.1

# BakerHostetler

Cash Cloud Inc.
D/B/A Coin Cloud
10190 Covington Cross Dr
Las Vegas, NV 89144

| | |
|---|---|
| Invoice Date: | 06/29/23 |
| Invoice Number: | 51163257 |
| B&H File Number: | 12918/128018/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**　　　　　**Regulatory Compliance Services**

For professional services rendered through May 31, 2023

　　　　　**BALANCE FOR THIS INVOICE DUE BY 07/29/23**　　　$　　163,423.18
　　　　　**All amounts are in United States Dollars**

# Remittance Copy

**Please include this page with payment**

**Invoice No:  51163257**

**Firm Contact Information**

Katie Young
(312) 416-6226
kyoung@bakerlaw.com

| | |
|---|---|
| **Please Remit To:**<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | **FOR WIRE REMITTANCES:**<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No:**<br>**SWIFT Code:** |
| **Reference Invoice No:**<br>**51163257** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

| | |
|---|---|
| Cash Cloud Inc. | Invoice Date: 06/29/23 |
| D/B/A Coin Cloud | Invoice Number: 51163257 |
| 10190 Covington Cross Dr | B&H File Number: 12918/128018/000001 |
| Las Vegas, NV 89144 | Taxpayer ID Number: 34-0082025 |
| | Page 2 |

**Regarding:**        **Regulatory Compliance Services**

For professional services rendered through May 31, 2023

| | | |
|---|---|---|
| **Fees** | $ | **162,911.50** |
| **Expenses and Other Charges** | | |
| Automated Research (E106) | | 511.68 |
| **Total Expenses** | $ | **511.68** |
| **BALANCE FOR THIS INVOICE DUE BY 07/29/23 IN USD** | $ | **163,423.18** |

## Baker&Hostetler LLP

*Atlanta*    *Chicago*    *Cincinnati*    *Cleveland*    *Columbus*    *Costa Mesa*    *Dallas*    *Denver*    *Houston*
*Los Angeles*    *New York*    *Orlando*    *Philadelphia*    *San Francisco*    *Seattle*    *Washington, DC*    *Wilmington*

Cash Cloud Inc.

Invoice Date:                06/29/23
Invoice Number:              51163257
Matter Number:       128018.000001
Page 3

**Regarding:**          **Regulatory Compliance Services**

Matter Number:          128018.000001

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Forman, Jonathan A. | 35.30 | $1,150.00 | $      40,595.00 |
| Musiala, Robert A. | 64.20 | 900.00 | 57,780.00 |
| Lamb, Christopher W. | 21.20 | 500.00 | 10,600.00 |
| Reynolds, Veronica | 66.10 | 725.00 | 47,922.50 |
| Sabella, Michael A. | 6.20 | 970.00 | 6,014.00 |
| **Total** | **193.00** | | **$      162,911.50** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 05/01/23 | Musiala, Robert A. | Email communications with Florida Office of Financial Regulation. | 0.40 | 360.00 |
| 05/01/23 | Sabella, Michael A. | Prepare Supplemental Verified Statement in connection with application to employ by Debtor. | 0.80 | 776.00 |
| 05/01/23 | Sabella, Michael A. | Prepare Supplemental Disclosure form in connection with application for retention and supplemental verified statement regarding same. | 0.20 | 194.00 |
| 05/02/23 | Reynolds, Veronica | Analyze Florida statutes to confirm scope of license and exemption requirements and corresponding legal authorities. | 0.80 | 580.00 |
| 05/02/23 | Reynolds, Veronica | Analyze and summarize provisions within terms of use applicable to consent order. | 0.70 | 507.50 |
| 05/02/23 | Reynolds, Veronica | Analyze Florida consent order and factual and legal arguments regarding the same and summarize next steps for follow-up post call. | 1.10 | 797.50 |
| 05/02/23 | Sabella, Michael A. | Correspondence with Mr. Musiala regarding supplemental verified statement. | 0.10 | 97.00 |

**Baker&Hostetler LLP**

*Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Dallas      Denver      Houston*
*Los Angeles      New York      Orlando      Philadelphia      San Francisco      Seattle      Washington, DC      Wilmington*

Cash Cloud Inc.

Invoice Date: 06/29/23
Invoice Number: 51163257
Matter Number: 128018.000001
Page 4

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/03/23 | Forman, Jonathan A. | Review background materials to understand Florida Office of Financial Regulation's order and client's response strategy. | 1.00 | 1,150.00 |
| 05/03/23 | Musiala, Robert A. | Communications with C McAlary and B Axelrod regarding Florida Office of Financial Regulation suspension order. | 0.50 | 450.00 |
| 05/03/23 | Musiala, Robert A. | Review and analyze Florida Office of Financial Regulation suspension order and related materials. | 1.10 | 990.00 |
| 05/03/23 | Reynolds, Veronica | Analyze and summarize Florida complaint and related documents. | 1.40 | 1,015.00 |
| 05/04/23 | Musiala, Robert A. | Review disclosure filings, discuss with M Sabella. | 0.30 | 270.00 |
| 05/04/23 | Sabella, Michael A. | Correspondence with Debtor's counsel regarding supplemental verified statement and hearing. | 0.20 | 194.00 |
| 05/04/23 | Sabella, Michael A. | Discussion with Mr. Musiala regarding draft supplemental verified statement and revisions to same. | 0.30 | 291.00 |
| 05/08/23 | Musiala, Robert A. | Review Florida Office of Financial Regulation suspension order documentation. | 0.50 | 450.00 |
| 05/08/23 | Musiala, Robert A. | Update response letter to CKDL Credit LLC, send to C McAlary and B Axelrod for review. | 0.30 | 270.00 |
| 05/08/23 | Musiala, Robert A. | Draft Florida Office of Financial Regulation summary slide, send to C McAlary and B Axelrod for review. | 0.60 | 540.00 |
| 05/08/23 | Musiala, Robert A. | Review and update Florida Office of Financial Regulation internal talking points. | 0.80 | 720.00 |
| 05/09/23 | Forman, Jonathan A. | Review background materials on Florida Office of Financial Regulation consent order. | 1.60 | 1,840.00 |
| 05/09/23 | Forman, Jonathan A. | Review and reply to emails from Mr. | 0.50 | 575.00 |

**Baker&Hostetler LLP**

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston*
*Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*

Cash Cloud Inc.

Invoice Date: 06/29/23
Invoice Number: 51163257
Matter Number: 128018.000001
Page 5

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Musiala and Ms. Reynolds regarding meeting slide and confidentiality protections. | | |
| 05/09/23 | Forman, Jonathan A. | Call with Mr. Musiala and Ms. Reynolds regarding meeting strategy with Florida Office of Financial Regulation. | 1.00 | 1,150.00 |
| 05/09/23 | Lamb, Christopher W. | Research Florida law and Statutes that protect information from disclosure similar to a FOIA request, including Florida's Sunshine law. | 1.80 | 900.00 |
| 05/09/23 | Musiala, Robert A. | Communications with C. Lamb regarding confidentiality research. | 0.40 | 360.00 |
| 05/09/23 | Musiala, Robert A. | Meet with C. McAlary, B. Axelrod, K. Naringahon, V. Reynolds to discuss Florida Office of Financial Regulation meeting, debrief with V Reynolds. | 1.50 | 1,350.00 |
| 05/09/23 | Musiala, Robert A. | Finalize materials for Florida Office of Financial Regulation meeting. | 2.80 | 2,520.00 |
| 05/09/23 | Musiala, Robert A. | Review Florida Office of Financial Regulation materials, discuss with J. Forman and V. Reynolds. | 1.00 | 900.00 |
| 05/09/23 | Musiala, Robert A. | Communications with client regarding information requests. | 0.50 | 450.00 |
| 05/09/23 | Reynolds, Veronica | Analyze scope of confidentiality communications under Florida law to facilitate research of C. Lamb. | 0.40 | 290.00 |
| 05/09/23 | Reynolds, Veronica | Confer with, and take notes during, Coin Cloud call and confer with R. Musiala regarding the same. | 1.50 | 1,087.50 |
| 05/09/23 | Reynolds, Veronica | Confer with R. Musiala and J. Forman regarding Coin Cloud Florida Office of Financial Regulation suspension order and administrative complaint. | 1.00 | 725.00 |
| 05/10/23 | Forman, Jonathan A. | Emails with team in preparation for meeting with Florida Florida Office of Financial Regulation. | 0.60 | 690.00 |

# Baker&Hostetler LLP

Cash Cloud Inc.

Invoice Date: 06/29/23
Invoice Number: 51163257
Matter Number: 128018.000001
Page 6

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/10/23 | Reynolds, Veronica | Analyze anti-money laundering policy of Cash Cloud for purposes of preparing for Florida Office of Financial Regulation meeting. | 0.20 | 145.00 |
| 05/10/23 | Reynolds, Veronica | Analyze and summarize legal authorities, to facilitate preparation for Coin Cloud Florida Office of Financial Regulation meeting. | 1.20 | 870.00 |
| 05/11/23 | Forman, Jonathan A. | Emails with Mr. Musiala, Ms. Reynolds, and Mr. Lamb regarding research. | 0.20 | 230.00 |
| 05/11/23 | Forman, Jonathan A. | Review analysis of Coingame order to advise Coin Cloud's Florida Office of Financial Regulation response. | 0.60 | 690.00 |
| 05/11/23 | Forman, Jonathan A. | Review Florida Office of Financial Regulation notes to advise on next steps. | 0.30 | 345.00 |
| 05/11/23 | Musiala, Robert A. | Meet with Florida Office of Financial Regulation, debrief with V. Reynolds. | 1.30 | 1,170.00 |
| 05/11/23 | Musiala, Robert A. | Review Florida Office of Financial Regulation materials and internal work product in preparation for meeting with Florida Office of Financial Regulation. | 2.20 | 1,980.00 |
| 05/11/23 | Reynolds, Veronica | Confer with M. Sabella regarding bankruptcy proceedings. | 0.20 | 145.00 |
| 05/11/23 | Reynolds, Veronica | Confer with, and take notes during call with, Florida Office of Financial Regulation. | 0.90 | 652.50 |
| 05/11/23 | Reynolds, Veronica | Analyze arguments and draft research points for associate team and draft preliminary letter outline for response to Florida Office of Financial Regulation. | 0.70 | 507.50 |
| 05/11/23 | Reynolds, Veronica | Analyze relevant materials related to Florida Office of Financial Regulation suspension order in order to revise letter outline. | 0.30 | 217.50 |
| 05/11/23 | Reynolds, Veronica | Confer with R. Musiala regarding response to Florida Office of Financial Regulation and analyze arguments for letter response | 0.40 | 290.00 |

Baker & Hostetler LLP

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston*
*Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*

Cash Cloud Inc.

Invoice Date:     06/29/23
Invoice Number:     51163257
Matter Number:     128018.000001
Page 7

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | to Florida Office of Financial Regulation. | | |
| 05/11/23 | Sabella, Michael A. | Prepare write-up on bankruptcy filing and case for inclusion in letter to Florida regulatory authority. | 0.80 | 776.00 |
| 05/11/23 | Sabella, Michael A. | Review bankruptcy court filings for background on case filing and relevant dates for inclusion in response to Florida regulatory agency. | 0.60 | 582.00 |
| 05/11/23 | Sabella, Michael A. | Phone conference with Ms. Reynolds regarding letter responding to Florida state on regulatory matter. | 0.20 | 194.00 |
| 05/12/23 | Forman, Jonathan A. | Review correspondence order, and other background materials to advise client on responses. | 0.70 | 805.00 |
| 05/12/23 | Lamb, Christopher W. | Research regarding authorities that indicate whether unhosted cryptocurrency wallets qualify as an intermediaries in the context of money transmitter or money service business laws. | 2.30 | 1,150.00 |
| 05/12/23 | Reynolds, Veronica | Analyze Coin Cloud's defense posture and administrative response strategy. | 0.50 | 362.50 |
| 05/12/23 | Reynolds, Veronica | Summarize Florida Office of Financial Regulation suspension order and administrative complaint and questions of law. | 0.40 | 290.00 |
| 05/13/23 | Reynolds, Veronica | Summarize Coin Cloud's virtual currency product offerings for draft Florida Office of Financial Regulation letter. | 2.80 | 2,030.00 |
| 05/14/23 | Lamb, Christopher W. | Correspondence with Ms. Reynolds regarding the research on Florida law's definition of intermediaries. | 0.10 | 50.00 |
| 05/14/23 | Lamb, Christopher W. | Research regarding Florida law's definition of intermediaries and treatment of unhosted wallets by the Office of Financial Regulation. | 1.70 | 850.00 |
| 05/14/23 | Reynolds, Veronica | Continue to summarize Coin Cloud's virtual | 2.80 | 2,030.00 |

**Baker & Hostetler LLP**

Cash Cloud Inc.

Invoice Date: 06/29/23
Invoice Number: 51163257
Matter Number: 128018.000001
Page 8

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | currency product offerings for draft Florida Office of Financial Regulation letter. | | |
| 05/15/23 | Forman, Jonathan A. | Review memo outlining meeting with Florida Office of Financial Regulation to guide response strategy. | 0.40 | 460.00 |
| 05/15/23 | Forman, Jonathan A. | Call with team to discuss Florida Office of Financial Regulation response strategy. | 1.10 | 1,265.00 |
| 05/15/23 | Lamb, Christopher W. | Phone conference with Mr. Musiala, Mr. Forman and Ms. Reynolds regarding the drafting of a letter in response to the Florida Office of Financial Regulation. | 1.10 | 550.00 |
| 05/15/23 | Lamb, Christopher W. | Research regarding the use of intermediary throughout the Florida Statutes. | 0.10 | 50.00 |
| 05/15/23 | Musiala, Robert A. | Review and reply to emails from B Axelrod and K Naringahon regarding responses to state financial regulators. | 0.70 | 630.00 |
| 05/15/23 | Musiala, Robert A. | Meet with J Forman, V Reynolds, C Lamb to discuss Florida Office of Financial Regulation Response. | 1.10 | 990.00 |
| 05/15/23 | Reynolds, Veronica | Summarize Coin Cloud's virtual currency product offerings, research and analyze relevant points of law, and draft letter response to Florida Office of Financial Regulation regarding Suspension Order accordingly. | 1.50 | 1,087.50 |
| 05/15/23 | Reynolds, Veronica | Confer with R. Musiala, J. Forman and C. Lamb regarding Coin Cloud Florida Office of Financial Regulation response. | 1.10 | 797.50 |
| 05/16/23 | Forman, Jonathan A. | Review product description to advise on response to Florida Florida Office of Financial Regulation and provide comments to team. | 0.90 | 1,035.00 |
| 05/16/23 | Lamb, Christopher W. | Review Coin Cloud's website and terms of service and analyze the applicability of money transmitter licensure requirements to their services. | 1.90 | 950.00 |

Baker & Hostetler LLP

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston*
*Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*

Cash Cloud Inc.

Invoice Date: 06/29/23
Invoice Number: 51163257
Matter Number: 128018.000001
Page 9

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/16/23 | Lamb, Christopher W. | Draft the Florida creditors exhibit for response to the Florida Office of Financial Regulation. | 0.40 | 200.00 |
| 05/16/23 | Lamb, Christopher W. | Analyze issues regarding the services offered by Coin Cloud and their classification under money transmitter laws. | 0.20 | 100.00 |
| 05/16/23 | Lamb, Christopher W. | Correspondence with Ms. Reynolds regarding the services offered by Coin Cloud and their classification under money transmitter laws. | 0.10 | 50.00 |
| 05/16/23 | Reynolds, Veronica | Summarize Coin Cloud's virtual currency product offerings, research and analyze relevant points of law, and draft letter response to Florida Office of Financial Regulation regarding Suspension Order accordingly. | 2.20 | 1,595.00 |
| 05/17/23 | Lamb, Christopher W. | Review the schedules to determine Florida creditors to incorporate into drafting an exhibit to Response Letter to Florida Office of Financial Regulation. | 2.10 | 1,050.00 |
| 05/17/23 | Reynolds, Veronica | Summarize customer disputes and draft opposition to facts as stated by Florida Office of Financial Regulation for letter. | 3.60 | 2,610.00 |
| 05/17/23 | Sabella, Michael A. | Review draft invoice relating to matter in connection with preparing fee application for filing. | 0.30 | 291.00 |
| 05/17/23 | Sabella, Michael A. | Prepare draft monthly application for fees and expenses in connection with firm representation of Debtor. | 1.30 | 1,261.00 |
| 05/18/23 | Musiala, Robert A. | Review CKDL Credit LLC contract dispute issues, discuss with A Noll. | 0.60 | 540.00 |
| 05/18/23 | Musiala, Robert A. | Draft letter response to CKDL Credit LLC attorneys, send to B Axelrod and A Noll for review. | 1.60 | 1,440.00 |
| 05/18/23 | Reynolds, Veronica | Revise letter draft and conduct additional research for response to Florida Office of Financial Regulation. | 2.80 | 2,030.00 |

Baker & Hostetler LLP

Cash Cloud Inc.

Invoice Date: 06/29/23
Invoice Number: 51163257
Matter Number: 128018.000001
Page 10

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/19/23 | Forman, Jonathan A. | Review and edit draft facts section for Florida Office of Financial Regulation suspension order response. | 4.40 | 5,060.00 |
| 05/19/23 | Musiala, Robert A. | Discuss status of CKDL Credit LLC response letter and Florida Office of Financial Regulation response letter with C McAlary, K Naringahon, B Axelrod, V Reynolds. | 0.40 | 360.00 |
| 05/19/23 | Musiala, Robert A. | Review and update Florida Office of Financial Regulation response letter. | 1.40 | 1,260.00 |
| 05/19/23 | Musiala, Robert A. | Review and update draft letter to CKDL Credit LLC. | 2.80 | 2,520.00 |
| 05/19/23 | Reynolds, Veronica | Revise letter draft, summarize Coin Cloud Terms of Use and arguments supporting opposition to facts as stated by Florida Office of Financial Regulation. | 4.20 | 3,045.00 |
| 05/19/23 | Reynolds, Veronica | Take notes and confer with client. | 0.40 | 290.00 |
| 05/21/23 | Forman, Jonathan A. | Further review and edit draft facts section to response to Florida Office of Financial Regulation suspension order. | 2.50 | 2,875.00 |
| 05/21/23 | Musiala, Robert A. | Draft Florida Office of Financial Regulation response, send draft to C McAlary, K Naringahon, B Axelrod, J Forman for review. | 7.50 | 6,750.00 |
| 05/22/23 | Forman, Jonathan A. | Revise draft response to Florida Office of Financial Regulation suspension order. | 2.50 | 2,875.00 |
| 05/22/23 | Forman, Jonathan A. | Call with Mr. Musiala to discuss response to Florida Office of Financial Regulation suspension order | 0.30 | 345.00 |
| 05/22/23 | Forman, Jonathan A. | Conduct research to support response to Florida Office of Financial Regulation suspension order. | 2.00 | 2,300.00 |
| 05/22/23 | Lamb, Christopher W. | Revise the Florida Creditors Exhibit. | 0.40 | 200.00 |
| 05/22/23 | Musiala, Robert A. | Review and draft Florida Office of Financial | 0.90 | 810.00 |

**Baker&Hostetler LLP**

Cash Cloud Inc.

Invoice Date: 06/29/23
Invoice Number: 51163257
Matter Number: 128018.000001
Page 11

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Regulation response and communications with J. Forman regarding same. | | |
| 05/22/23 | Musiala, Robert A. | Discuss Florida Office of Financial Regulation response with A Noll. | 0.30 | 270.00 |
| 05/22/23 | Reynolds, Veronica | Research administrative and money services business laws, and relevant legislative history, and summarize relevant facts and law for inclusion in draft letter to Florida Office of Financial Regulation. | 3.80 | 2,755.00 |
| 05/23/23 | Forman, Jonathan A. | Revise draft response focusing on introduction and legal section. | 4.60 | 5,290.00 |
| 05/23/23 | Lamb, Christopher W. | Attend Teams Conference Call with Mr. Musiala, Ms. Naringahon, and Mr. McAlary regarding the Florida Office of Financial Regulation Draft Response. | 0.80 | 400.00 |
| 05/23/23 | Lamb, Christopher W. | Correspondence with Mr. Musiala regarding the Office of Financial Regulation Draft Response Letter teams conference. | 0.10 | 50.00 |
| 05/23/23 | Musiala, Robert A. | Draft Florida Office of Financial Regulation response. | 3.00 | 2,700.00 |
| 05/23/23 | Musiala, Robert A. | Meet with C McAlary, K Naringham and C Lamb to discuss draft Florida Office of Financial Regulation response. | 0.80 | 720.00 |
| 05/23/23 | Reynolds, Veronica | Analyze additional policy documentation provided by Coin Cloud, summarize factual allegations in Coin Cloud's suspension order, Coin Cloud customer refund narratives and Coin Cloud product and service offerings, for inclusion in Florida Office of Financial Regulation letter. | 4.30 | 3,117.50 |
| 05/23/23 | Reynolds, Veronica | Research administrative and summarize relevant money services business substantive and procedural provisions, and relevant legislative history, and summarize for inclusion in draft letter to Florida Office of Financial Regulation. | 3.10 | 2,247.50 |
| 05/24/23 | Forman, Jonathan A. | Review and edit draft response to Florida | 3.40 | 3,910.00 |

**Baker & Hostetler LLP**

Cash Cloud Inc.

Invoice Date:          06/29/23
Invoice Number:        51163257
Matter Number:   128018.000001
Page 12

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Office of Financial Regulation suspension order. | | |
| 05/24/23 | Forman, Jonathan A. | Call with Mr. Musiala regarding draft response to Florida Office of Financial Regulation suspension order. | 0.60 | 690.00 |
| 05/24/23 | Lamb, Christopher W. | Research what procedural relief Coin Cloud can seek regarding the Office of Financial Regulation Suspension Order. | 2.00 | 1,000.00 |
| 05/24/23 | Lamb, Christopher W. | Review and analyze the Emergency Suspension Order for factual arguments. | 1.50 | 750.00 |
| 05/24/23 | Lamb, Christopher W. | Review the Florida Creditor Exhibit for the Response Letter to the Florida Office of Financial Regulation. | 0.80 | 400.00 |
| 05/24/23 | Lamb, Christopher W. | Teams call with Mr. Musiala and Ms. Reynolds regarding the drafting of a response letter to Florida's Office of Financial Regulation. | 0.50 | 250.00 |
| 05/24/23 | Musiala, Robert A. | Discuss draft Florida Office of Financial Regulation response with J Forman. | 0.60 | 540.00 |
| 05/24/23 | Musiala, Robert A. | Discuss draft Florida Office of Financial Regulation response with V. Reynolds and C. Lamb. | 0.50 | 450.00 |
| 05/24/23 | Musiala, Robert A. | Draft Florida Office of Financial Regulation response. | 5.30 | 4,770.00 |
| 05/24/23 | Reynolds, Veronica | Revise Coin Cloud product and services summary, summarize applicable provisions of consumer terms of use, and anti-money laundering processes and procedures, for letter to Florida Office of Financial Regulation. | 2.70 | 1,957.50 |
| 05/24/23 | Reynolds, Veronica | Confer with R. Musiala and C. Lamb regarding Florida Office of Financial Regulation response and research concerning the same. | 0.50 | 362.50 |
| 05/25/23 | Musiala, Robert A. | Draft Florida Florida Office of Financial Regulation response. | 4.40 | 3,960.00 |

Baker & Hostetler LLP

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston    Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*

Cash Cloud Inc.

Invoice Date: 06/29/23
Invoice Number: 51163257
Matter Number: 128018.000001
Page 13

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/25/23 | Reynolds, Veronica | Summarize applicable provisions of money services business laws, and judicial interpretation thereof, in Oregon to prepare for response to the Oregon Division of Financial Regulation and revise letter in its entirety. | 2.60 | 1,885.00 |
| 05/26/23 | Lamb, Christopher W. | Review and revise the Draft Response to the Florida Office of Financial Regulation. | 1.20 | 600.00 |
| 05/26/23 | Reynolds, Veronica | Analyze and summarize Florida Office of Financial Regulation's authority and powers, and statutory suspension order pleading standard, with regard to suspension order, and draft arguments in support of Coin Cloud for letter to Florida Office of Financial Regulation. | 4.10 | 2,972.50 |
| 05/26/23 | Reynolds, Veronica | Research and summarize relevant administrative money services business and administrative statutory law and judicial interpretation and money services business amendment legislative history for purposes of revising letter to Florida Office of Financial Regulation. | 2.30 | 1,667.50 |
| 05/27/23 | Reynolds, Veronica | Revise draft Florida Office of Financial Regulation letter pursuant to revision and comment from R. Musiala. | 3.50 | 2,537.50 |
| 05/28/23 | Forman, Jonathan A. | Review and edit draft letter responding to Florida Office of Financial Regulation suspension order. | 3.10 | 3,565.00 |
| 05/28/23 | Musiala, Robert A. | Draft Florida Office of Financial Regulation response. | 3.50 | 3,150.00 |
| 05/28/23 | Reynolds, Veronica | Conduct further research under Florida substantive and administrative rules, laws and regulations, and revise Florida Office of Financial Regulation letter accordingly. | 4.30 | 3,117.50 |
| 05/29/23 | Musiala, Robert A. | Draft Florida Office of Financial Regulation response. | 9.30 | 8,370.00 |
| 05/29/23 | Sabella, Michael A. | Correspondence with Mr. Musiala regarding | 0.10 | 97.00 |

## Baker & Hostetler LLP

Cash Cloud Inc.

Invoice Date: 06/29/23
Invoice Number: 51163257
Matter Number: 128018.000001
Page 14

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | draft fee application and correspondence with Debtors' counsel regarding same. | | |
| 05/30/23 | Forman, Jonathan A. | Review and edit draft response letter to Florida Office of Financial Regulation responding to suspension order. | 3.00 | 3,450.00 |
| 05/30/23 | Lamb, Christopher W. | Review and revise the Response to the Florida Office of Financial Regulation. | 2.10 | 1,050.00 |
| 05/30/23 | Musiala, Robert A. | Finalize Florida Office of Financial Regulation response. | 5.30 | 4,770.00 |
| 05/30/23 | Reynolds, Veronica | Revise case law citations for Florida Office of Financial Regulation letter response. | 0.20 | 145.00 |
| 05/30/23 | Reynolds, Veronica | Analyze Suspension Order for purposes of finalizing Florida Office of Financial Regulation letter response. | 1.60 | 1,160.00 |
| 05/30/23 | Sabella, Michael A. | Correspondence with Mr. Musiala regarding fee application and correspondence with Debtors' counsel regarding same. | 0.40 | 388.00 |
| 05/30/23 | Sabella, Michael A. | Revise draft monthly fee application and finalize same for filing with the Bankruptcy Court. | 0.60 | 582.00 |
| 05/30/23 | Sabella, Michael A. | Review Debtor's bankruptcy schedules in connection with proposed language to regulatory agency regarding bankruptcy assets of Debtor. | 0.10 | 97.00 |
| 05/30/23 | Sabella, Michael A. | Review and revise proposed language to regulatory agency regarding bankruptcy assets of Debtor. | 0.10 | 97.00 |
| 05/30/23 | Sabella, Michael A. | Correspondence with Mr. Musiala regarding revisions to language for regulatory agency regarding Debtor's assets. | 0.10 | 97.00 |
| | **Total** | | **193.00** | **162,911.50** |

## Expenses and Other Charges

**Baker & Hostetler LLP**

Cash Cloud Inc.

Invoice Date: 06/29/23
Invoice Number: 51163257
Matter Number: 128018.000001
Page 15

| | | |
|---|---|---:|
| 05/09/23 | Westlaw Research - 05/09/23 by LAMBCHRISTOPHER | 3.12 |
| 05/09/23 | Westlaw Research - 05/09/23 by REYNOLDSVERONICA | 3.12 |
| 05/14/23 | Westlaw Research - 05/14/23 by LAMBCHRISTOPHER | 78.88 |
| 05/18/23 | Westlaw Research - 05/18/23 by REYNOLDSVERONICA | 20.64 |
| 05/19/23 | Westlaw Research - 05/19/23 by REYNOLDSVERONICA | 58.64 |
| 05/23/23 | Westlaw Research - 05/23/23 by REYNOLDSVERONICA | 67.68 |
| 05/24/23 | Westlaw Research - 05/24/23 by REYNOLDSVERONICA | 132.32 |
| 05/24/23 | Westlaw Research - 05/24/23 by LAMBCHRISTOPHER | 54.72 |
| 05/26/23 | Westlaw Research - 05/26/23 by REYNOLDSVERONICA | 44.40 |
| 05/27/23 | Westlaw Research - 05/27/23 by REYNOLDSVERONICA | 24.16 |
| 05/28/23 | Westlaw Research - 05/28/23 by REYNOLDSVERONICA | 13.68 |
| 05/30/23 | Westlaw Research - 05/30/23 by LAMBCHRISTOPHER | 10.32 |

**Subtotal - Automated Research (E106)**     **511.68**

**Total**     **$    511.68**

Baker & Hostetler LLP

*Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Dallas  Denver  Houston*
*Los Angeles  New York  Orlando  Philadelphia  San Francisco  Seattle  Washington, DC  Wilmington*