_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
June 30, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>    CASH CLOUD, INC.,<br>    dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER AUTHORIZING DEBTOR'S ENTRY INTO INTERIM MANAGEMENT SERVICES AGREEMENT PENDING APPROVAL OF SALE OF DEBTOR'S ASSETS**<br><br>Hearing Date:  June 28, 2023<br>Hearing Time:  10:30 a.m. |

1

146803183.3

1   Upon consideration of the *Emergency Motion for Order Authorizing Debtor's Entry Into Interim Management Services Agreement Pending Approval of Sale of Debtor's Assets* (the "Motion");[1]

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER HEREBY ORDERED** that Debtor is authorized to enter into and perform under the Management Agreement, effective as of June 15, 2023.

**IT IS FURTHER HEREBY ORDERED** that nothing contained herein or in the Management Agreement shall affect the obligations of the Debtor or the rights of CKDL Credit, LLC, under the *Final Order Under Bankruptcy Code Sections 105, 361,362, 363, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 2002, 4001, 6004 and 9014(I) (I) Authorizing Debtor to (A) Obtain Post-Petition Financing and (B) Grant Adequate Protection* [Docket No. 315] (the "DIP Order") and the DIP Documents (as defined in the DIP Order), including but not limited to indefeasible repayment of all DIP Obligations (as defined in the DIP Order).

**IT IS FURTHER HEREBY ORDERED** that this Court shall retain jurisdiction to hear and determine any matters that may arise from the implementation, enforcement or interpretation of this Order.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   */s/Brett A. Axelrod*
   BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
   NICHOLAS A. KOFFROTH, ESQ.
   Nevada Bar No. 16264
   ZACHARY T. WILLIAMS, ESQ.
   Nevada Bar No. 16023
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
*Counsel for Debtors*

---

[1] Capitalized terms not defined herein shall have the meanings assigned to them in the Motion.

146803183.3

**APPROVED**:

**SEWARD & KISSEL LLP**

By: /s/Catherine V. LoTempio
    ROBERT J. GAYDA, ESQ.
    CATHERINE V. LOTEMPIO, ESQ.
    ANDREW J. MATOTT, ESQ.
    One Battery Park Plaza
    New York, NY 10004

    and

    **MCDONALD CARANO, LLP**
    RYAN J. WORKS, ESQ.
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, NV 89102
*Counsel for The Official Committee of Unsecured Creditors*

**APPROVED:**

**BERGER SINGERMAN LLP**

By /s/Jordi Guso
    JORDI GUSO, ESQ.
    *(admitted pro hac vice)*
    1450 Brickell Avenue, Suite 1900
    Miami, FL 33131

    and

    **SYLVESTER & POLEDNAK, LTD.**
    JEFFREY R. SYLVESTER, ESQ.
    Nevada Bar No. 4396
    1731 Village Center Circle
    Las Vegas, NV 89134
    *Attorneys for Interested Party*
    *CKDL Credit, LLC*

**APPROVED:**

**HELLER CAPITAL**

By /s/Erin C. Farabaugh
    ERIN C. FARABAUGH
    Chief Legal Officer
    415 N. Prince Street, Suite 200
    Lancaster, Pennsylvania 17603

146803183.3

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| | |
|---|---|
| Catherine V. LoTempio, Esq.<br>SEWARD & KISSEL, LLP<br>*Counsel for the Official Committee of Unsecured Creditors* | APPROVED |
| Jordi Guso<br>BERGER SINGERMAN LLP<br>*Counsel to DIP Lender* | APPROVED |
| Erin C. Farabaugh<br>Heller Capital | APPROVED |

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4

146803183.3