BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING DEBTOR'S MOTION TO COMPEL TURNOVER OF ESTATE ASSETS** |

**PLEASE TAKE NOTICE** that on the 30th day of June 2023, the Court entered an *Order Granting Debtor's Motion to Compel Turnover of Estate Assets* [ECF No. 794], a copy of which is attached hereto.

Dated his 30th day of June 2023.

          **FOX ROTHSCHILD LLP**

          By:    */s/Jeanette E. McPherson*
             BRETT A. AXELROD (NVB 5859)
             JEANETTE E. MCPHERSON (NVB 5423)
             NICHOLAS A. KOFFROTH (NVB 16264)
             ZACHARY T. WILLIAMS (NVB 16023)
             1980 Festival Plaza Drive, Suite 700
             Las Vegas, Nevada 89135
             *Counsel for Debtor*

1

147134356.1



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 30, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
      jmcpherson@foxrothschild.com
      nkoffroth@foxrothschild.com
      zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>    CASH CLOUD, INC.,<br>        dba COIN CLOUD,<br>                      Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO COMPEL TURNOVER OF ESTATE ASSETS**<br><br>Hearing Date:  June 28, 2023<br>Hearing Time:  10:30 a.m. |

       The Court having reviewed and considered Debtor's motion [ECF 706] (the "Motion")[1] for an order approving the turnover of estate assets pursuant to Bankruptcy Code § 541(a) and § 542 and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

1

147065217.1

requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; the Court having made its findings of fact and conclusions of law on the record which are incorporated herein pursuant to Fed.R.Civ. P. 52, made applicable by Fed.R.Bankr. P. 9014 and 7052, and referenced herein in part, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that all Hosts who have access to DCMs owned or leased by the Debtor are compelled to (a) grant the Debtor, and its agents, immediate access to the DCMs and (b) turn over the Deposits to the Debtor.

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:  /s/Brett A. Axelrod
   BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
   JEANETTE E. MCPHERSON, ESQ.
   Nevada Bar No. 5423
   NICHOLAS A. KOFFROTH, ESQ.
   Nevada Bar No. 16264
   ZACHARY T. WILLIAMS, ESQ.
   Nevada Bar No. 16023
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
*Counsel for Debtor*

**APPROVED:**

**CARLYON CICA CHTD.**

By:  /s/Dawn M. Cica
   CANDACE C. CARLYON, ESQ.
   Nevada Bar No.2666
   DAWN M. CICA, ESQ.
   Nevada Bar No. 4565
   265 E. Warm Springs Road, Suite 107
   Las Vegas, NV 89119
*Counsel for Christopher McAlary*

2

147065217.1

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Dawn M. Cica                                                              APPROVED
CARLYON CICA CHTD.
*Counsel for Chris McAlary*

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

147065217.1