**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

**CERTIFICATE OF SERVICE**

I, Sharon Lee, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On June 30, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Entry of Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief** (Docket No. 798)

- **Notice of Entry of Order Authorizing Debtor's Entry into Interim Management Services Agreement Pending Approval of Sale of Debtor's Assets** (Docket No. 799)

- **Notice of Entry of Order Granting Debtor's Motion to Compel Turnover of Estate Assets** (Docket No. 800)

Furthermore, on June 30, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of Entry of Order Granting Debtor's Motion to Compel Turnover of Estate Assets** (Docket No. 800)

Dated: July 3, 2023

                                                                */s/ Sharon Lee*
                                                                Sharon Lee
                                                                STRETTO
                                                                410 Exchange, Suite 100
                                                                Irvine, CA 92602
                                                                Telephone: 720.792.9194
                                                                Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | Box 551220 | Las Vegas | NV | 89155-1220 |
| Franchise Tax Board | Bankruptcy Section, MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| Tennessee Attorney General's Office | c/o Bankruptcy Divsion | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Texas Workforce Commission | Regulatory Integrity Division - SAU | 101 E. 15th Street | Room 556 | Austin | TX | 78778-0001 |

# **Exhibit B**



## Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Armondo Redmond | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson & Carrie Thomas | | cemery@avtechcapital.com; jrobertson@avtechcapital.com |
| Black Hole Investments LLC f/k/a EZ Coin LLC | Attn: Zachary Chaltiel and Edouard Chaltiel | | zach@victoireventures.com |
| Black Hole Investments, LLC formerly known as EZ Coin, LLC | c/o Black & Wadhams | Attn: Brigid M. Higgins | bhiggins@blackwadhams.law |
| Brookfield Retail Properties, Inc. | c/o Kaempfer Crowell | Attn: Louis M. Bubala III | lbubala@kcnvlaw.com |
| CAL'S CONVENIENCE, INC | Attn: Ray Harrison and Marcia Rigg | | Ray.Harrison@calscstores.com |
| Cennox Reactive Field Services LLC | Attn: Michael Goggans | | legal@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | Attn: Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. | ccarlyon@carlyoncica.com; dcica@carlyoncica.com; tosteen@carlyoncica.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Jordi Guso | jguso@bergersingerman.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Scott Jablonski & Mitchell W. Goldberg | sjablonski@bergersingerman.com; mgoldberg@bergersingerman.com |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Attn: Jeffery R. Sylvester, Esq. | Jeff@sylvesterPolednak.com |
| Cole Kepro International, LLC | Attn: Andrew Cashin & Frederick Cook | | info@colekepro.com; fred@colekepro.com |
| Cole Kepro International, LLC | c/o Lewis Roca Rothgerbe Christie LLP | Attn: Ogonna M. Brown, Esq. & Dan R. Waite, Esq. | OBrown@lewisroca.com |
| Cole Kepro International, LLC | c/o Taft Stettinius and Hollister, LLP | Attn: David Z. Adler, Esq., Paul R. Hage | phage@taftlaw.com |
| Department of Treasury - Internal Revenue Service | | | mary.b.savilla@irs.gov; Kerry.r.ivory@irs.gov |
| Deployment Logix Inc. | Attn: Ken Rogers | | ken.rogers@deploymentlogix.com |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | Attn: Gary Lee & Andrew Kissner | glee@mofo.com; akissner@mofo.com |
| Enigma Securities Limited | c/o Shea Larsen | Attn: James Shea, Esq., Bart Larsen, Esq., Kyle Wyant, Esq. | kwyant@shea.law; blarsen@shea.law; jshea@shea.law |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | | baxelrod@foxrothschild.com; zwilliams@foxrothschild.com |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | Attn: Sean O'Neal, Michael Weinberg, & Jan VanLare | soneal@cgsh.com; mdweinberg@cgsh.com; jvanlare@cgsh.com |
| Genesis Global Holdco, LLC | c/o Snell and Wilmer LLP | Attn: Robert Kinas, Blakeley Griffith, and Charles Gianelloni | rkinas@swlaw.com; bgriffith@swlaw.com; cgianelloni@swlaw.com |
| Good 2 Go Stores LLC | Attn: General Counsel | | ecflukast@hollandhart.com; John.pearson@good2gostores.com |
| Internal Revenue Service | Attn: Mary Sevilla | | mary.b.savilla@irs.gov; Kerry.r.ivory@irs.gov |
| Luis Flores | c/o Andersen & Beede | Attn: Ryan A. Andersen and Valerie Y. Zaidenberg | ryan@aandblaw.com; valerie@aandblaw.com |



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Lux Vending, LLC dba Bitcoin Depot | c/o Carlton Fields, P.A. | Attn: Adam P. Schwartz | aschwartz@carltonfields.com<br>amaranto@carltonfields.com |
| Lux Vending, LLC dba Bitcoin Depot | c/o Holley Driggs | Attn: Stacy H. Rubin | srubin@nevadafirm.com<br>oswibies@nevadafirm.com |
| National Services, LLC | c/o Hodges, Doughty, & Carson | Attn: Matthew Graves | mgraves@hdclaw.com |
| Official Committee of Unsecured Creditors | c/o McDonald Carano LLP | Attn: Ryan J. Works & Amanda M. Perach | aperach@mcdonaldcarano.com<br>rworks@mcdonaldcarano.com |
| Official Committee of Unsecured Creditors | c/o Seward & Kissel LLP | Attn: John R. Ashmead, Esq., Robert J. Gayda, Esq., Catherine V. LoTempio, Esq., Andrew J. Matott, Esq. | ashmead@sewkis.com<br>gayda@sewkis.com<br>lotempio@sewkis.com<br>matott@sewkis.com |
| OptConnect Management LLC | c/o Law Office of Brian D. Shapiro, LLC | Attn: Brian D. Shapiro, Esq. | brian@brianshapirolaw.com |
| OptConnect MGT, LLC | c/o Dechert LLP | Attn: Craig Druehl | craig.druehl@dechert.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| RocketItCoin, LLC | c/o Ghandi Deeter Blackham | Attn: Shara L. Larson | shara@ghandilaw.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. | | rtucker@simon.com |
| Spec's - Parent | Attn: Ryan Holder | | rholder@specsonline.com |
| Trangistics, Inc. | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | | Edward.M.McDonald@usdoj.gov<br>jared.a.day@usdoj.gov |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Esq. | rgold@fbtlaw.com |

# **Exhibit C**



# Exhibit C
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| #1 Food 4 Mart | Attn: Deepak Amgai | 729 SW 185th Ave | | Beaverton | OR | 97006 |
| 13th Market Eugene | Attn: Sunny Dhalla | 410 W 13th Ave | | Eugene | OR | 97401 |
| 39th Mini Mart | Attn: Phurba Sherpa | 935 SE Cesar Estrada Chavez Blvd | | Portland | OR | 97214 |
| Adi Shakti Trading 03 Inc. | Attn: Bijal Patel | 4035 US-17 | | Richmond Hill | GA | 31324 |
| Ajjs Smoke n Stuff | | 601 S Beacon Blvd Suite #101 | | Grand Haven | MI | 49417 |
| Almajeed II, Inc. | Attn: Salam Majeed | 1259 NE Post, Suite D& E | | Belmont | MI | 49306 |
| Alpha Liquor LLC | Attn: Biniam Tekola | 351 Englewood Pkwy | | Englewood | CO | 80110 |
| Amigo Trading LLC | Attn: Mohammad Abuali | 2200 Summit Ave | | Union City | NJ | 07087 |
| AMPM | Attn: Baljinder Kaur | 205 N. McCarran Blvd. | | Sparks | NV | 89431 |
| Arco c/o Amar Kohli | Attn: Amar Kohli; Guruvinder Aujla | 363 S Gilbert Rd | | Mesa | AZ | 85204 |
| AVI Fuel inc. | Attn: Rajrajinder Sin | 1357 Lexington Ave | | Mansfield | OH | 44907 |
| B and C Deli | c/o Anay Patel LLC | Attn: Kunal Patel | 1000 Belmont Ave | South Plainfield | NJ | 07080 |
| Bali Enterprise Inc | Attn: Balijeet Singh | c/o US Gas Station | 155 N Memorial Hwy | Shavertown | PA | 18708 |
| Banwait Oil LLC | Attn: Paramjit Banwait | 1321 Main St | | Oregon City | OR | 97045 |
| Barik Super Store | Attn: Babir Sultan | 13815 Polfer Rd | | Kansas City | KS | 66109 |
| Beauregard Liquors | Attn: Dipak Kumar Patel | 11 West St | | Gardner | MA | 01440 |
| Bibo Liquor and Market | Attn: Ehab William | 14062 Springdale St | | Westminster | CA | 92683 |
| Bottle Caps and Spirits | Attn: Yahsin M Jiwa | 11112 Paramount Blvd | | Downey | CA | 90241 |
| BP | Attn: Muhammad Bhatti | 127 Jefferson St | | Waterloo | IA | 50701 |
| BP | Attn: Muhammad Bhatti | 2035 E Mitchell Ave | | Waterloo | IA | 50702 |
| BW Gas & Convenience Holdings, LLC | Attn: Derek Gaskins | 138 Conant Street | | Beverly | MA | 01915 |
| C S Rainbow LLC | Attn: Wenxue Cai | 536 E 11th Ave | | Eugene | OR | 97401 |
| Casa De Dinero | Attn: David Mancia | c/o Manela Investments, Inc | 2021 W Sunset Ave | Springdale | AR | 72762 |
| Cedar City Shell LLC | Attn: Vasu Patel | 1572 S Convention Center Drive | | St. George | UT | 84790 |
| Chevron | | 2134 N Vermont Ave | | Los Angeles | CA | 90027 |
| Cool Mart | Attn: Emad & Tom Saberi | c/o Cool Mart Smoke Shop | 10019 Mills Ave | Whittier | CA | 90604 |
| Devi Oil Inc Dba Florin Shell | Attn: Rashpal Johal | c/o Shell | 8062 Florin Rd | Sacramento | CA | 95828 |
| Devour Cafe | Attn: Ryan Dies | 800 Park Ave | | Galena | IL | 61036 |
| Dhungel Enterprise | Attn: Nar Dhungel | 3457 S Wadsworth Blvd, | | Lakewod | CO | 80227 |
| Dolat Partners USA LLC | Attn: Renish Kotadia | 2302 Ebenezer Road SE | | Conyers, | GA | 30094 |
| East Quincy Liquor Store | Attn: Biniam Yosief and Biniam Shibhat | 16342 E Quincy Ave | | Aurora | CO | 80015 |
| Elite Mobile Phone Repair | Attn: Siham Naser | 7233 W 103rd St | | Palos Hills | IL | 60465 |
| Express Food Mart - 108277 | Attn: Ramy Kassim; Kassim Kassim | 7026 W 16th St | | Berwyn | IL | 60402 |
| Fairmount Market | Attn: Daniel J Tremble | 662 Hammond St | | Bangor | ME | 04401 |
| Grams Inc (dba Grams Mini Mart) | Attn: Benjamin Torkhan | 9009 N. 103rd. Ave. Ste 101 | | Sun City | AZ | 85351 |
| Greenlake Gas Station Inc | Attn: Yemane Tewelde | 7200 Aurora Ave N | | Seattle | WA | 98103 |
| Gupta Holdings LLC (DBA Fizz Liquors) | Attn: Pradeep Gupta | 11617 E Powers Ave | | Englewood | CO | 80111 |
| Handy Mart | Attn: Vikas Sood | 141 E Rolller Avenue | PO Box 236 | Decatur | AR | 72722 |
| Happy Mini Mart, Inc. | Attn: Gurvinder Singh | 1300 Brodhead Rd | | Caraopolis | PA | 15108 |
| Harrison Street Mart - Santa Lama | Attn: Santa Lama | 4140 SE Harrison St | | Milwaukie | OR | 97222 |
| High Spirits Liquor | Attn: Eric George | 207 E Monroe Ave | | Lowell | AR | 72745 |
| Himalayan Express LLC | Attn: Sarala Kadel Tripathi | c/o Diamond Convenience Store | 633 S Leggett Dr | Abilene | TX | 79605 |
| Horizon Supermarket | Attn: Rami Benjamin Fakhouri | 1130 S Galena Ave | | Freeport | IL | 61032 |
| Jay Shambhu Inc | Attn: Sarmila Dahal Paudel | 5395 Commercial Street SE | | Salem | OR | 97306 |
| Jimbo's Liquor Store | Jimbos Liquor Inc | Attn: Nick Dawood, GM | 4411 Genesee Ave. | San Diego | CA | 92117 |
| Johnsburg Mobil LLC | Attn: Biren Shah | 4304 N Johnsburg Rd | | Johnsburg | IL | 60051-6328 |
| Kassra Inc | Attn: Seyed Rafiee | 2292 E Thompson Blvd. | | Ventura | CA | 93001 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)



## Exhibit C
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Kingstar | Attn: Muhammad Bhatti | 2228 Lincoln St | | Cedar Falls | IA | 50613 |
| Kirsch Liquors | Attn: Ryan Sens; Bob Kirsch | 646 Main St | | Worcester | MA | 01608 |
| L and C Liquors | Attn: Jonghwan Jung | 8100 W Crestline Ave A-18 | | Littleton | CO | 80123 |
| Lisa Enterprises Inc dba Stop N Shop | Attn: Ma Ali; Rokeya Begum | 499 N State Rd 434 | #1017 | Altamonte Springs | FL | 32714 |
| Mak's Mini Mart | Attn: Maher Makboul | 616 SW College St | | Portland | OR | 97201 |
| Maria Mobile Wireless | Attn: Nhi Le | 696 Vine St | | San Jose | CA | 95110 |
| Mass Beverage | Attn: Mass Beverage | 3131 Nieder Rd | | Lawrence | KS | 66047 |
| Mathias Ventures Inc. | Attn: Mark Mathias | 121 NW 5th Street | | Bentonville | AR | 72712 |
| Mini Shop | Attn: Dipakkumar Patel & Amr Kheder | 4718 US-98 | | Lakeland | FL | 33809 |
| Mobil | Attn: Zaid Farok, Manager | c/o Danbury Food and Gas | 276 White Street | Danbury | CT | 06810 |
| n Amar LLC DBA Roy Kwick Stop | Attn: Amarjit Kaur | 4484 S. 1900 W | #Suite #4 | Roy | UT | 84067 |
| Ocean and Capital Market Inc dba Homran Liquor Store | Attn: Jamil Tawasha | 1551 Ocean Ave | | San Francisco | CA | 94112 |
| Ontario Farmers Market | Attn: Tarlochn Anrandhawa | c/o Royal SNS | 1701 S Mountain Ave | Ontario | CA | 91762 |
| Philomath Market | Attn: Mukhtiar Singh | 1405 Main St | PO Box 1272 | Philomath | OR | 97370 |
| Phone Stop Inc. | Attn: Sunny Isani | 4145 Lawrenceville Hwy | #9 | Lilburn | GA | 30047 |
| PNB National LLC | Attn: Naseeb Bista | 8460 Denton Dr. | | Dallas | TX | 75235 |
| Quick Mart | Attn: Arif Rafiq | 655 Robins Rd | | Hiawatha | IA | 52233 |
| Ramva USA LLC | Attn: Arjun Paudel | 1705 W University Dr | Suite #115 | McKinney | TX | 75069 |
| Shell | Attn: Muhammed Manan | 3025 S Memorial Dr | | Tulsa | OK | 74129 |
| Shri Krishna Stores LLC | Attn: Nilpa Patel | 588 Palm Springs Dr | | Altamonte Springs | FL | 32701 |
| SNC Investments Inc. (DBA Crystal's Liquor) | Attn: Dk Investments | 356 E Harmony Rd ## 6C | | Fort Collins | CO | 80525 |
| Specs Family Corp | Attn: John Rydman | 2410 Smith St | | Houston | TX | 77006 |
| St Paul Market | Attn: Jatinder S Parmar | 4171 Blanchet Ave NE | | St. Paul | OR | 97137 |
| Sunset Chevron LLC | Attn: Vasu Patel | 927 W Sunset Blvd | | St. George | UT | 84770 |
| Super Xpressway Mini Mart | Attn: Riar Jasbir | 120 Brundage Ln | | Bakersfield | CA | 93304 |
| Taraz Aghdasi | | 5740 Atlantic Ave | | Long Beach | CA | 90805 |
| The Laundry Basket | Attn: Mike Henkel | 182 Coffee Pot Dr | | Sedona | AZ | 86336 |
| Triple Seven Station dba 76 | Attn: Negin Tajgerdu | 12975 SW Canyon Rd | | Beaverton | OR | 97005 |
| Tulsa Food Mart | Attn: Munir Keyani | 1712-1707 Southwest Blvd | | Tulsa | OK | 74107 |
| United Natural Foods Inc. | Attn: Norm Neike | 313 Iron Horse Way | | Providence | RI | 02908 |
| Valley Markets Inc. DBA Hugo's Family Markets | Attn: Scott Van Camp | 1950 32nd Ave. S | Suite C | Grand Forks | ND | 58201 |
| Valor Vapor Prescott | Attn: Michael Anthony Brown | 15775 North Lucy Ln | | Prescott | AZ | 86305 |
| Waterloo Liquors | Attn: Fong Chea | 2512 Waterloo Rd | | Stockton | CA | 95205 |
| YTM Inc DBA Grab N Go | Attn: Heena Shah | 6302 Red Maple Dr | | Charlotte | NC | 28278 |