BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
           nkoffroth@foxrothschild.com
           zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>             Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER SHORTENING TIME FOR HEARING EMERGENCY MOTION FOR ENTRY OF AN ORDER ESTABLISHING ADMINISTRATIVE CLAIM BAR DATE FOR FILING PROOFS OF ADMINISTRATIVE EXPENSE CLAIM AND APPROVING FORM, MANNER AND SUFFICIENCY OF NOTICE THEREOF; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Hearing Date:  July 7, 2023<br>Hearing Time:  10:00 a.m. |

1

147135130.1

**PLEASE TAKE NOTICE** that on the 3rd day of July, 2023, the Court entered an *Order Shortening Time For Hearing Emergency Motion for Entry of an Order Establishing Administrative Claim Bar Date for Filing Proofs of Administrative Expense Claim and Approving Form, Manner and Sufficiency of Notice Thereof; Memorandum of Points and Authorities in Support Thereof* [ECF No. 803], a copy of which is attached hereto.

Dated this 3rd day of July 2023.

                **FOX ROTHSCHILD LLP**

By: */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

147135130.1

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
July 03, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME FOR HEARING EMERGENCY MOTION FOR ENTRY OF AN ORDER ESTABLISHING ADMINISTRATIVE CLAIM BAR DATE FOR FILING PROOFS OF ADMINISTRATIVE EXPENSE CLAIM AND APPROVING FORM, MANNER AND SUFFICIENCY OF NOTICE THEREOF; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Hearing Date: July 07, 2023<br>Hearing Time: 10 A.M. |

147079003.1

This Court, having reviewed and considered the *Ex Parte Application For Order Shortening Time For Hearing* (the "Application") filed by Cash Cloud, Inc. d/b/a Coin Cloud seeking to shorten the time for hearing on Debtor's *Emergency Motion for Entry of an Order Establishing Administrative Claim Bar Date for Filing Proofs of Administrative Expense Claim and Approving Form, Manner and Sufficiency of Notice Thereof; Memorandum of Points and Authorities in Support Thereof* (the "Motion"),[1] and for good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Application is GRANTED; and

**IT IS HEREBY ORDERED,** and **NOTICE IS HEREBY GIVEN** that hearing on the Motion will be held before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada 89101, on **July 07, 2023** at the hour of **10:00 a.m.** Any opposition(s) shall be filed and served on required notice parties by  July 06, 2023 at 12:00 p.m. , and any reply to such opposition(s) shall be filed and served on required notice parties by  July 07, 2023 .

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.

A copy of the Motion is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada and available at the website for the Debtor's claims agent, Stretto, Inc., at https://cases.stretto.com/CashCloud. Additionally, a copy of the Motion is available from Fox Rothschild LLP upon request.

**IT IS SO ORDERED.**

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.

2

147079003.1

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: /s/Brett A. Axelrod
 BRETT A. AXELROD, ESQ.
 Nevada Bar No. 5859
 NICHOLAS A. KOFFROTH, ESQ.
 Nevada Bar No. 16264
 ZACHARY T. WILLIAMS, ESQ.
 Nevada Bar No. 16023
 1980 Festival Plaza Drive, Suite 700
 Las Vegas, Nevada 89135
 *Counsel for Debtor*

# # #

3

147079003.1