Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING STIPULATION EXTENDING THE CHALLENGE PERIOD SET FORTH IN THE FINAL DIP ORDER** |

PLEASE TAKE NOTICE that an *Order Granting Stipulation Extending The Challenge Period Set Forth in the Final DIP Order* [ECF No. 796] was entered in the above-captioned case on the 30th day of June, 2023, a copy of which is attached hereto.

1  DATED this 5th day of July, 2023.

2             McDONALD CARANO LLP

3

4          By: */s/ Ryan J. Works*
          Ryan J. Works, Esq. (NSBN 9224)

5            Amanda M. Perach, Esq. (NSBN 12399)
          2300 West Sahara Avenue, Suite 1200

6            Las Vegas, Nevada 89102
          rworks@mcdonaldcarano.com

7            aperach@mcdonaldcarano.com

8            John R. Ashmead, Esq.
          Robert J. Gayda, Esq.

9            Catherine V. LoTempio, Esq.
          Andrew J. Matott, Esq.

10           (*pro hac vice applications granted*)
          SEWARD & KISSEL LLP

11           One Battery Park Plaza
          New York, NY 10004

12           ashmead@sewkis.com
          gayda@sewkis.com

13           lotempio@sewkis.com
          matott@sewkis.com

14

15           *Counsel for Official Committee
of Unsecured Creditors*

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
June 30, 2023
_____

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No.: 23-10423-mkn |
| CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER GRANTING STIPULATION EXTENDING THE CHALLENGE PERIOD SET FORTH IN THE FINAL DIP ORDER** |

1   Upon consideration of the *Order Granting Stipulation Extending The Challenge Period Set Forth In The Final Dip Order* ("Stipulation") by and among (i) Cash Cloud, Inc. dba Coin Cloud, the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), (ii) the Official Committee of Unsecured Creditors (the "Committee"), and (iii) Enigma Securities Limited ("Enigma") by and through their undersigned counsel, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Stipulation is approved entirely.

**IT IS FURTER ORDERED** that the Challenge Period set forth in Paragraph 17(b) of the Final DIP Order applicable to the Committee shall be extended through and including July 7, 2023, provided that if the Committee delivers a settlement proposal to Enigma on or before such date, the Challenge Period shall be automatically extended until July 14, 2023 (the "Committee Challenge Period Extension Date") solely with respect to those challenges to the validity, perfection and priority of the Enigma Liens that were specifically identified by counsel to the Committee in writing to counsel to Enigma on April 14, 2023 (the "Disclosed Challenges"), for which challenges the term Committee Challenge Period Extension Date shall replace the term Challenge Period under the Final DIP Order for all purposes.

**IT IS SO ORDERED.**

# # #

Prepared and respectfully submitted by:

McDONALD CARANO LLP

 */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

2

4892-3242-5558, v. 1