Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No.: 23-10423-mkn |
|---|---|
| CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
| Debtor. | **FIRST AMENDED NOTICE OF TAKING THE EXAMINATION OF JEFFREY GARON PURSUANT TO FED. R. BANKR. P. 2004** |
| | **Examination Date:   July 25, 2023**<br>**Examination Time:  7:00 a.m. (PT)** |

PLEASE TAKE NOTICE that the examination of Jeffrey Garon, which was previously scheduled for June 22, 2023, at 10:00 a.m. Pacific Time, has been continued to a time that is mutually agreed upon between the parties and the witness and will now take place on **July 25, 2023 at 7:00 a.m. Pacific Time.**

The examination will be conducted pursuant to the *Order Granting the Ex Parte Application for Examination of Jeffrey Garon Pursuant to Fed. R. Bankr. P. 2004* that was entered on June 1, 2023, [ECF No. 611].

PLEASE TAKE FURTHER NOTICE that the examination will proceed remotely by Zoom videoconference. **Please contact Andrew Matott, at matott@sewkis.com, for a link to attend the examination.**

The examination will take place before a court reporter authorized by law to administer oaths and shall be recorded by stenographic means and may be videotaped.

This examination will continue from day to day, or to some other stipulated date, until completed.

DATED this 5th day of July 2023.

McDONALD CARANO LLP

By: */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*