Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 06, 2023

**Goldsmith & Guymon, P.C.**
Marjorie A. Guymon, Esq.
Nevada State Bar No. 4983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Fax: (702) 873-9600
Attorneys for Transgistics, Inc.

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD INC.,<br><br>Debtor. | Case No.: BK-S-23-10423-MKN<br>Chapter 11<br><br>Hearing Date: July 12, 2023<br>Hearing Time: 10:30 a.m.<br><br>**ORDER CONTINUING HEARING ON MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM** |

The parties, Debtor CASH CLOUD INC., by and through its counsel Jeanette E. McPherson, Esq., of FOX ROTHSCHILD LLP and TRANGISTICS, INC., by and through its counsel Marjorie A. Guymon, Esq. of GOLDSMITH & GUYMON, P.C., having stipulated to continue the hearing date on the *MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM* set for July 12, 2023 at 10:30 a.m., to the Court's next available hearing date of July 20, 2023 at the hour of 10:30 a.m., and to continue CASH CLOUD INC.'s response date from July 6, 2023 to July 12, 2023, and with TRANGISTICS, INC.'s reply date continued from July 10, 2023 to July 18, 2023, and for good cause appearing,

IT IS HEREBY ORDERED that the hearing on the *MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM* set for July 12, 2023 at 10:30 a.m., shall be continued to the Court's next available hearing date of July 20, 2023 at the hour of 10:30 a.m.; and

IT IS FURTHER ORDERED and CASH CLOUD INC.'s response date shall be continued from July 6, 2023 to July 12, 2023, and TRANGISTICS, INC.'s reply date shall be continued from July 10, 2023 to July 18, 2023.

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021</u>

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☒ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### #