**Goldsmith & Guymon, P.C.**
Marjorie A. Guymon, Esq.
Nevada State Bar No. 4983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Fax: (702) 873-9600
Attorneys for Transgistics, Inc.

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-23-10423-MKN<br>Chapter 11 |
| CASH CLOUD INC., | Hearing Date: July 12, 2023<br>Hearing Time: 10:30 a.m. |
| Debtor. | |

### NOTICE OF ENTRY OF ORDER

TO: ALL INTERESTED PARTIES:

    YOU ARE HEREBY NOTICED that an **ORDER CONTINUING HEARING ON MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM** was entered on June 6, 2023, in the above-captioned matter. A true and correct copy of said Order is attached hereto.

    DATED this 7th day of July, 2023.

                                                                 **GOLDSMITH & GUYMON, P.C.**

                                                                  Marjorie A. Guymon, Esq.
                                                                  Nevada Bar No. 4983
                                                                  2055 Village Center Circle
                                                                  Las Vegas, Nevada 89134
                                                                  Phone: (702) 873-9500
                                                                  Fax: (702) 873-9600
                                                                  mguymon@goldguylaw.com
                                                                  *Attorneys for* Transgistics, Inc.