**Goldsmith & Guymon, P.C.**
Marjorie A. Guymon, Esq.
Nevada State Bar No. 4983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Fax: (702) 873-9600
Attorneys for Transgistics, Inc.

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD INC.,<br><br>Debtor. | Case No.: BK-S-23-10423-MKN<br>Chapter 11<br><br>Hearing Date: July 12, 2023<br>Hearing Time: 10:30 a.m. |

### CERTIFICATE OF SERVICE

I hereby certify that I am an employee of GOLDSMITH & GUYMON, P.C., and that on the 7th day of July, 2023, I caused to be served a true and correct copy of the ORDER CONTINUING HEARING ON MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM and NOTICE OF ENTRY OF ORDER, through the United States Bankruptcy Court ECF Filing System, in the attached mailing information.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 7, 2023.

                 **GOLDSMITH & GUYMON, P.C.**

                 /s/ Kathrine von Arx
                 Kathrine von Arx
                 An Employee of Goldsmith & Guymon, PC

1