BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed July 10, 2023

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **DEBTOR'S MASTER SERVICE LIST AS OF JULY 7, 2023** |

1

144563437.1



**Debtors' Master Service List**
As of 7/7/2023

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| Armondo Redmond | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | 2055 Village Center Circle | | Las Vegas | NV | 89134 | 702-873-9500 | 702-873-9600 | mguymon@goldguylaw.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson & Carrie Thomas | 6995 Union Park Center | Suite 400 | | Cottonwood Heights | UT | 84047 | 801-748-2200 | | cemery@avtechcapital.com; jrobertson@avtechcapital.com |
| Black Hole Investments, LLC f/k/a EZ Coin LLC | Attn: Zachary Challiel and Edouard Challiel | 480 NW Albemarle Terrace | | | Portland | OR | 97210 | 646-593-2749 | | zach@victoireventures.com |
| Black Hole Investments, LLC formerly known as EZ Coin, LLC | c/o Black & Wadhams | Attn: Brigid M. Higgins | 10777 W Twain Ave | Third Floor | Las Vegas | NV | 89135 | 702-869-8801 | 702-869-2669 | bhiggins@blackwadhams.law |
| Brookfield Retail Properties, Inc. | c/o Kaempfer Crowell | Attn: Louis M. Bubala III | 50 W. Liberty Street | Suite 700 | Reno | NV | 89501 | 775-852-3900 | | lbubala@kcnvlaw.com |
| CAL'S CONVENIENCE, INC | Attn: Ray Harrison and Marcia Rigg | 7460 Warren Pkwy # 310 | | | Frisco | TX | 75034 | 903-343-3761 | | Ray.Harrison@calsstores.com |
| Cennox Reactive Field Services LLC | Attn: Michael Goggans | 1341 W. Battlefield Rd., Suite 210 | | | Springfield | MO | 65807 | 470-371-8033 | | legal@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | Attn: Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. | 265 E. Warm Springs Road | Suite 107 | Las Vegas | NV | 89119 | 702-685-4444 | 725-220-4360 | ccarlyon@carlyoncica.com; dcica@carlyoncica.com; tosteen@carlyoncica.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Jordi Guso | 1450 Brickell Avenue | | Miami | FL | 33131 | 305-755-9500 | 305-714-4340 | jguso@bergersingerman.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Scott Jablonski & Mitchell W. Goldberg | 201 East Las Olas Blvd | | Fort Lauderdale | FL | 33301 | | | sjablonski@bergersingerman.com; mgoldberg@bergersingerman.com |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Attn: Jeffery R. Sylvester, Esq. | 1731 Village Center Circle | | Las Vegas | NV | 89134 | 954-525-9900 | 954-523-2872 | Jeff@sylvesterPolednak.com |
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | Box 551220 | | Las Vegas | NV | 89155-1220 | | | |
| Cole Kepro International, LLC | Attn: Andrew Cashin & Frederick Cook | 4170-103 Distribution Circle | | | North Las Vegas | NV | 89030 | 702-633-4270 | | info@colekepro.com; fred@colekepro.com |
| Cole Kepro International, LLC | c/o Lewis Roca Rothgerbe Christie LLP | Attn: Ogonna M. Brown, Esq. & Dan R. Waite, Esq. | 3993 Howard Hughes Pkwy | Ste 600 | Las Vegas | NV | 89169-5996 | 702-949-8200 | 702-949-8398 | OBrown@lewisroca.com |
| Cole Kepro International, LLC | c/o Taft Stettinius and Hollister, LLP | Attn: David Z. Adler, Esq., Paul R. Hage | 27777 Franklin Rd | Suite 2500 | Southfield | MI | 48034 | 248-351-3000; 248-727-1543 | | phage@taftlaw.com |
| Department of Treasury - Internal Revenue Service | | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | 800-973-0424 | | mary.b.savilla@irs.gov; Kerry.r.ivory@irs.gov |
| Deployment Logix Inc. | Attn: Ken Rogers | 920 Twilight Peak Ave | | | Henderson | NV | 89012 | 714-350-6468 | | ken.rogers@deploymentlogix.com |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | Attn: Gary Lee & Andrew Kissner | 250 West 55th St | | New York | NY | 10019-9601 | 212-468-8000 | 212-468-7900 | glee@mofo.com; akissner@mofo.com |
| Enigma Securities Limited | c/o Shea Larsen | Attn: James Shea, Esq., Bart Larsen, Esq., Kyle Wyant, Esq. | 1731 Village Center Cir | Ste 150 | Las Vegas | NV | 89134 | 702-741-7432 | 702-926-9683 | kwyant@shea.law; blarsen@shea.law; jshea@shea.law |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | One Summerlin | 1980 Festival Plaza Drive | Suite 700 | Las Vegas | NV | 89135 | 702-262-6899 | 702-597-5503 | baxelrod@foxrothschild.com; zwilliams@foxrothschild.com |
| Franchise Tax Board | Bankruptcy Section, MS A340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | 916-845-4750 | | |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | Attn: Sean O'Neal, Michael Weinberg, & Jan VanLare | One Liberty Plaza | | New York | NY | 10006 | 212-225-2000; 212-225-2872 | 212-225-3999 | soneal@cgsh.com; mdweinberg@cgsh.com; jvanlare@cgsh.com |
| Genesis Global Holdco, LLC | c/o Snell and Wilmer LLP | Attn: Robert Kinas, Blakeley Griffith, and Charles Gianelloni | 3883 Howard Hughes Pkwy | Ste 1100 | Las Vegas | NV | 89169 | 702-784-5200; 208-535-5920 | 702-784-5252 | rkinas@swlaw.com; bgriffith@swlaw.com; cgianelloni@swlaw.com |
| Good 2 Go Stores LLC | Attn: General Counsel | 1568 E. 17th St | | | Idaho Falls | ID | 83404 | 208-535-5920; 208-906-0096 | 775-786-6179 | ecflukast@hollandhart.com; John.pearson@good2gostores.com |
| Internal Revenue Service | Attn: Kimberly Wheelock | 178 S Rio Grande St | M/S 5021 | | Salt Lake City | UT | 84101 | 801-799-6650 | | Kerry.r.ivory@irs.gov; mary.b.savilla@irs.gov |
| Internal Revenue Service | Attn: Mary Sevilla | 915 2nd Ave | M/S W244 | | Seattle | WA | 98174 | 206-946-3131; 206-946-3134 | | Kerry.r.ivory@irs.gov; ryan@aandblaw.com |
| Luis Flores | c/o Andersen & Beede | Attn: Ryan A. Andersen and Valerie Y. Zaidenberg | 3199 E Warm Springs Rd | Ste 400 | Las Vegas | NV | 89120 | 702-522-1992 | 702-825-2824 | valerie@aandblaw.com |
| Lux Vending, LLC dba Bitcoin Depot | c/o Carlton Fields, P.A. | Attn: Adam P. Schwartz | PO Box 3239 | | Tampa | FL | 33601 | | | aschwartz@carltonfields.com; amaranto@carltonfields.com |
| Lux Vending, LLC dba Bitcoin Depot | c/o Holley Driggs | Attn: Stacy H. Rubin | 300 South Fourth Street | Suite 1600 | Las Vegas | NV | 89101 | 702-791-0308 | | srubin@nevadafirm.com; oswibies@nevadafirm.com |
| National Services, LLC | c/o Hodges, Doughty, & Carson | Attn: Matthew Graves | 617 Main St | PO Box 869 | Knoxville | TN | 37901 | 865-292-2244 | | mgraves@hdclaw.com |
| Official Committee of Unsecured Creditors | c/o McDonald Carano LLP | Attn: Ryan J. Works & Amanda M. Perach | 2300 W Sahara Ave | Ste 1200 | Las Vegas | NV | 89102 | 206-946-3131 | | aperach@mcdonaldcarano.com; rworks@mcdonaldcarano.com |
| Official Committee of Unsecured Creditors | c/o Seward & Kissel LLP | Attn: John R. Ashmead, Esq., Robert J. Gayda, Esq., Catherine V. LoTempio, Esq., Andrew J. Matott, Esq. | One Battery Park Plaza | | New York | NY | 10004 | 212-574-1200 | | ashmead@sewkis.com; gayda@sewkis.com; lotempio@sewkis.com; matott@sewkis.com |
| OptConnect Management LLC | c/o Law Office of Brian D. Shapiro, LLC | Attn: Brian D. Shapiro, Esq. | 510 8th Street | | New York | NY | 89101 | 702-614-0600 | 702-383-0994 | brian@brianshapirolaw.com |
| OptConnect MGT, LLC | c/o Dechert LLP | Attn: Craig Druehl | Three Bryant Park | 1095 Avenue of the Americas | New York | NY | 10036 | 212-698-3601 | | craig.druehl@dechert.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | 425 Market St | Ste 2900 | San Francisco | CA | 94105-3493 | 415-227-0900 | | schristianson@buchalter.com |
| RocketItCoin, LLC | c/o Ghandi Deeter Blackham | Attn: Shara L. Larson | 725 South 8th Street | Suite 100 | Las Vegas | NV | 89101 | 702-878-1115 | 702-979-2485 | shara@ghandilaw.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. | 225 West Washington Street | | | Indianapolis | IN | 46204 | 317-263-2346 | 317-263-7901 | rtucker@simon.com |
| Spec's - Parent | Attn: Ryan Holder | 1420 Kingwood Drive | | | Kingwood | TX | 77339 | | | rholder@specsonline.com |
| Tennessee Attorney General's Office | c/o Bankruptcy Division Regulatory Integrity Division - SAU | PO Box 20207 | | | Nashville | TN | 37202-0207 | 615-532-2567 | | |
| Texas Workforce Commission | | 101 E. 15th Street | Room 556 | | Austin | TX | 78778-0001 | | | |
| Trangistics, Inc. | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | 2055 Village Center Circle | | Las Vegas | NV | 89134 | 702-873-9500 | 702-873-9600 | mguymon@goldguylaw.com; Edward.M.McDonald@usdoj.gov |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | C. Clifton Young Federal Building | 300 Booth Street, Room 3009 | | Reno | NV | 89509 | 775-784-5335 | 775-784-5531 | jared.a.day@usdoj.gov |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Esq. | 301 East Fourth Street, Ste. 3300 | | Cincinnati | OH | 45202 | 513-651-6800 | 513-651-6981 | rgold@fbtlaw.com |