Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No.: 23-10423-mkn |
|---|---|
| CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF VACATING AND CONTINUING THE EXAMINATION OF JEFFREY GARON PURSUANT TO FED. R. BANKR. P. 2004** |

PLEASE TAKE NOTICE that pursuant to an agreement between the Parties and the witness, the examination of Jeffrey Garon, which was previously scheduled for July 25, 2023, at 7:00 a.m. Pacific Time, has been vacated and will be continued to a date and time mutually agreeable to the parties and witness. Notice of the continue examination will be served separately.

1    The continued examination would be conducted pursuant to the *Order Granting the Ex Parte Application for Examination of Jeffrey Garon Pursuant to Fed. R. Bankr. P. 2004* that was entered on June 1, 2023, [ECF No. 611] and will proceed remotely by Zoom videoconference.

DATED this 11th day of July 2023.

                McDONALD CARANO LLP

                By: */s/ Ryan J. Works*
                    Ryan J. Works, Esq. (NSBN 9224)
                    Amanda M. Perach, Esq. (NSBN 12399)
                    2300 West Sahara Avenue, Suite 1200
                    Las Vegas, Nevada 89102
                    rworks@mcdonaldcarano.com
                    aperach@mcdonaldcarano.com

                    John R. Ashmead, Esq.
                    Robert J. Gayda, Esq.
                    Catherine V. LoTempio, Esq.
                    Laura E. Miller, Esq.
                    Andrew J. Matott, Esq.
                    (*pro hac vice applications granted*)
                    SEWARD & KISSEL LLP
                    One Battery Park Plaza
                    New York, NY 10004
                    ashmead@sewkis.com
                    gayda@sewkis.com
                    lotempio@sewkis.com
                    millerl@sewkis.com
                    matott@sewkis.com

                    *Counsel for Official Committee of Unsecured Creditors*