**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 11 |
| CASH CLOUD, INC.[1] | Case No. 23-10423 (MKN) |
| Debtor. | |

## <u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On June 29, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on Trae Young Enterprises, LLC F/S/O Trae Young at 4201 Crittenden Link Rd, Norman, OK 73072-0018:

- **Notice of Entry of Order Extending Deadline to Assume, Assume and Assign, or Reject Nonresidential Real Property Leases Pursuant to 11 U.S.C. § 365(d)(4)** (attached hereto as <u>Exhibit A</u>)

Furthermore, on or before July 3, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as <u>Exhibit B</u>:

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief** (Docket No. 725)

Furthermore, on or before July 3, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as <u>Exhibit C</u>:

- **Notice of Filing *Amended* Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief** (Docket No. 731)

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

Furthermore, on or before July 3, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit D**:

- **Notice of Hearing on Eighteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)** (Docket No. 761)

Furthermore, on or before July 3, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit E**:

- **Notice of Filing Emergency Motion for Order Authorizing Debtor's Entry Into Interim Management Services Agreement Pending Approval Of Sale of Debtor's Assets [ECF No.710] and Related Pleadings** (attached as **Exhibit F**)

Dated: July 10, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800.634.7734
Email: TeamCoinCloud@stretto.com

# Exhibit A

BRETT A. AXELROD, ESQ.  (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
      jmcpherson@foxrothschild.com
      nkoffroth@foxrothschild.com
      zwilliams@foxrothschild.com
*Counsel for Debtor*

> Electronically Filed June 6, 2023

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No.  BK-23-10423-MKN |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF ENTRY OF ORDER EXTENDING DEADLINE TO ASSUME, ASSUME AND ASSIGN, OR REJECT NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(D)(4)** |

     **PLEASE TAKE NOTICE** that on the 6th day of June, 2023, the Court entered an *Order Extending Deadline to Assume, Assume and Assign, or Reject Nonresidential Real Property Leases Pursuant to 11 U.S.C. § 365(d)(4)* [ECF 619], a copy of which is attached here.

Dated this 6th day of June, 2023.     **FOX ROTHSCHILD LLP**

     By: /s/ Jeanette E. McPherson
          JEANETTE E. MCPHERSON, ESQ. (5423)
          BRETT A. AXELROD, ESQ. (5859)
          NICHOLAS A. KOFFROTH, ESQ. (16264)
          ZACHARY T. WILLIAMS, ESQ. (16023)
          1980 Festival Plaza Drive, Suite 700
          Las Vegas, Nevada 89135
     *Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

146462555.1



Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 06, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

CASH CLOUD, INC.,
dba COIN CLOUD,

Debtor.

Case No. BK-23-10423-mkn

Chapter 11

**ORDER EXTENDING DEADLINE TO ASSUME, ASSUME AND ASSIGN, OR REJECT UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES PURSUANT TO 11 U.S.C. § 365(d)(4)**

Hearing Date: June 5, 2023
Hearing Time: 10:30 a.m.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

146412390.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

The Court, having reviewed and considered Debtor's *Motion for Order Extending Deadline to Assume, Assume and Assign, or Reject Nonresidential Real Property Leases Pursuant to 11 U.S.C. § 365(d)(4)* (the "Motion")[1] for an order seeking an extension of the time to assume, assume and assign, or reject all of the Debtor's non-residential real property leases, including those listed on **Exhibit A** hereto (the "Leases"),[2] as set forth in greater detail in the Motion; and upon consideration of the McAlary Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of Debtor, its creditors and all other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** in its entirety; and

**IT IS FURTHER ORDERED** that Debtor's time to assume or reject the Leases is extended through and including July 14, 2023; and

**IT IS FURTHER ORDERED** that this Order is without prejudice to the rights of Debtor to seek further extensions of the period in which Debtor may assume or reject the Leases; and

**IT IS FURTHER ORDERED** that this Order is without prejudice to the rights of the counterparties to the Leases to seek a reduction or termination of the period in which Debtor may assume or reject a Lease; and

/ / /

/ / /

---

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Motion.

[2] Nothing herein shall be construed as evidence that any of the Leases: (a) is actually a "lease," "license" or "executory contract" within the meaning of Bankruptcy Code § 365 and other applicable law; or (b) has not expired, been terminated, or otherwise is not currently in full force and effect.

2

146412390.1

1    **IT IS FURTHER ORDERED** that this Order is without prejudice to the rights of Debtor to

2  dispute, among other things, the validity, status, characterization, or enforceability of any or all of the

3  Leases; and

4    **IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine

5  all matters arising from the implementation or interpretation of this Order; and

6    **IT IS FURTHER ORDERED** that notice of the Motion as provided therein shall be deemed

7  good and sufficient notice of the Motion.

8  Prepared And Respectfully Submitted By:

9  **FOX ROTHSCHILD LLP**

10  By: /s/ Brett A. Axelrod
    _____
11      JEANETTE E. MCPHERSON, ESQ.
      BRETT A. AXELROD, ESQ.
12      NICHOLAS A. KOFFROTH, ESQ.
      ZACHARY T. WILLIAMS, ESQ.
13      1980 Festival Plaza Drive, Suite 700
      Las Vegas, Nevada 89135
14
*Counsel for Debtor*
15

16  APPROVED/DISAPPROVED

17  **MCDONALD CARANO LLP**

18  By:    /s/ Catherine V. LoTiempo
    _____
19      RYAN J. WORKS, ESQ. (NSBN 9224)
      AMANDA M. PERACH, ESQ. (NSBN 12399)
20      2300 West Sahara Avenue, Suite 1200
      Las Vegas, Nevada 89102
21      and
22      **SEWARD & KISSEL LLP**
      JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
23      ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
      CATHERINE V. LOTIEMPO, ESQ. (Admitted *Pro Hac Vice*)
24      ANDREW J. MATOTT, ESQ.
25      One Battery Park Plaza
      New York, New York 10004
26  *Counsel for Official Committee of Unsecured Creditors*

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146412390.1

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐   The Court has waived the requirement of approval in LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion.

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146412390.1

**EXHIBIT A**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146412390.1

5

Exhibit A to this Order may be (i) viewed and downloaded free of charge at the Debtor's case website

(https://cases.stretto.com/CashCloud/), or (ii) obtained by written request to Stretto at Cash Cloud,

Inc. c/o Stretto, 410 Exchange, Suite 100 Irvine, CA 92602, or by email at TeamCoinCloud@stretto.com;

or (iii) by telephone at (720) 792-9194 (toll free) or (888) 940-5992 (international).

# **Exhibit B**



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Blake Skinner | | 140 Teal Park Ln | | Madison | AL | 35758-7215 |
| FT Investment Properties LLC | Attn: Babir Sultan | 6501 Main St | | Grandview | MO | 64030-5401 |
| Matts Hydroponics | Attn: Mathew G Marcoux | 350 E Main St | Ste 5 | Milford | MA | 01757-2835 |
| SafeGraph, Inc. | | 1580 N Logan St | Ste 660 | Denver | CO | 80203-1994 |
| The Shop, Guns & Pawn | Attn: Rick Ringer | 15169 Brock Dr | | Crocker | MO | 65452-7134 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)

# Exhibit C



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Blake Skinner | | 140 Teal Park Ln | | Madison | AL | 35758-7215 |
| FT Investment Properties LLC | Attn: Babir Sultan | 6501 Main St | | Grandview | MO | 64030-5401 |
| Gizmos Mini Mart LLC | Attn: Hanif Brown | 200 W Liberty St | Ste 1700 | Louisville | KY | 40202-2472 |
| Leonard A Basili | | 328 Monarch Ln | | Pensacola | FL | 32503-7552 |
| Paige E Abshier | | 8150 Rafael Rivera Way | Unit 2060 | Las Vegas | NV | 89113-5414 |
| SafeGraph, Inc. | | 1580 N Logan St | Ste 660 | Denver | CO | 80203-1994 |
| The Shop, Guns & Pawn | Attn: Rick Ringer | 15169 Brock Dr | | Crocker | MO | 65452-7134 |
| Yolenis Providence | Attn: Alexander Meletios | 7 Maidford River Rd | | Middletown | RI | 02842-5694 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)

# **Exhibit D**

 STRETTO

**Exhibit D**

Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| SafeGraph, Inc. | 1580 N Logan St | Ste 660 | Denver | CO | 80203-1994 |
| Unit21 Inc. | 222 Kearny St | Ste 304 | San Francisco | CA | 94108-4528 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)

# **Exhibit E**



**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Gamer Planet | Attn: Daniel Perry | 69 W 10600 S | | Sandy | UT | 84070-4160 |
| Jose Ortiz-Rivera | | 901 Fremont St | Apt 270 | Las Vegas | NV | 89101-5431 |
| Joshua R Guerrero | | 7943 Long Beach St | | Las Vegas | NV | 89139-8720 |
| JPS Seafood | | 5065 S 12th Ave | | Tucson | AZ | 85706-1209 |
| Luis Flores | | 5990 Mendocino Hill Ave | | Las Vegas | NV | 89139-7520 |
| Matts Hydroponics | Attn: Mathew G Marcoux | 350 E Main St | Ste 5 | Milford | MA | 01757-2835 |
| Metro Food and Beverage | Attn: Salah Jaffal | 6476 Surrey Dr | | North Olmsted | OH | 44070-4862 |
| SafeGraph, Inc. | | 1580 N Logan St | Ste 660 | Denver | CO | 80203-1994 |
| Susan A McKown | | 8508 Crest Hill Ave | | Las Vegas | NV | 89145-4842 |
| Tykeishia Rogers | | 5516 Boulder Hwy | Ste 2F | Las Vegas | NV | 89122-6000 |
| Wizards Keep Games | Attn: Jason Bessonette | 20514 108th Ave SE | | Kent | WA | 98031-1542 |

# **<u>Exhibit F</u>**

BRETT A. AXELROD, NVB 5859
NICHOLAS A. KOFFROTH, NVB 16264
ZACHARY T. WILLIAMS, NVB 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-23-10423-mkn |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF FILING EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR'S ENTRY INTO INTERIM MANAGEMENT SERVICES AGREEMENT PENDING APPROVAL OF SALE OF DEBTOR'S ASSETS [ECF NO. 710] AND RELATED PLEADINGS** |
| | Hearing Date:   June 28, 2023<br>Hearing Time:   10:30 a.m. |

**PLEASE TAKE NOTICE** that the Debtor has filed the following documents:

1. *Emergency Motion For Order Authorizing Debtor's Entry Into Interim Management Services Agreement Pending Approval Of Sale Of Debtor's Assets* [ECF No. 710] (the <u>IMSA Motion</u>");

2. *Declaration of Daniel Ayala* [ECF No. 711] in support of the IMSA Motion*;*

3. *Notice of Entry of Order Shortening Time and Notice of Hearing* on the ISMA Motion [ECF No. 726];

4. Errata to the ISMA Motion and Declaration of Daniel Ayala [ECF No. 729]; and

5. *Notice of Filing of: (1) Revised Exhibit 1 to the Declaration of Daniel Ayala filed in Support of Debtor's Emergency Motion For Order Authorizing Debtor's Entry Into Interim Management Services Agreement Pending Approval Of Sale Of Debtor's Assets [ECF 711]; and (2) Revised Exhibit A to Debtor's Emergency Motion For Order Authorizing Debtor's Entry Into Interim Management Services Agreement Pending Approval Of Sale Of Debtor's Assets [ECF 710]* [ECF No. 750].

A copy of the foregoing documents is available at the website for the Debtor's claims agent, Stretto, Inc., at https://cases.stretto.com/CashCloud.  Additionally, copies are available from Fox Rothschild LLP (at the address above) upon request.

1

146917420.1

BRETT A. AXELROD, NVB 5859
NICHOLAS A. KOFFROTH, NVB 16264
ZACHARY T. WILLIAMS, NVB 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Tele: (702) 262-6899/Fax: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re

CASH CLOUD, INC.,
dba COIN CLOUD,

                    Debtor.

Case No. BK-23-10423-mkn

Chapter 11

**NOTICE OF FILING *AMENDED* MOTION FOR ORDER: (A) CONFIRMING AUCTION RESULTS; (B) APPROVING THE SALE OF CERTAIN OF DEBTOR'S ASSETS TO HELLER CAPITAL GROUP, LLC, AND GENESIS COIN, INC., FREE AND CLEAR OF LIENS CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (C) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTOR'S EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (D) GRANTING RELATED RELIEF [ECF NO. 730];AND RELATED PLEADINGS**

Hearing Date:    June 28, 2023
Hearing Time:    10:30 a.m.

**PLEASE TAKE NOTICE** that the Debtor has filed the following documents:

1. *Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* [ECF No. 714], as amended [ECF No. 730] (the Sale Motion");

2. *Declaration of Daniel Ayala* [ECF No. 15], *Declaration of Daniel Moses* [ECF No. 16], *Declaration of Daryl Heller* [ECF No. 17], and *Declaration of Jorge Fernandez* [ECF No. 718] filed in support of the Sale Motion*;*

3. *Notice of Entry of Order Shortening Time and Notice of Hearing* on the Sale Motion [ECF No. 725];

4. *Notice of Filing Amended Sale Motion* [ECF No. 731]; and

5. *Notice of Filing of: (1) Revised **Exhibit A** Heller Asset Purchase Agreement and revised **Exhibit B** Genesis Coin Asset Purchase Agreement to Debtor's Sale Motion* [ECF No. 749].

A copy of the foregoing documents is available at the website for the Debtor's claims agent, Stretto, Inc., at https://cases.stretto.com/CashCloud. Additionally, copies are available from Fox Rothschild LLP (at the address above) upon request.

1

146918915.1