E-filed: July 12, 2023

Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: rkinas@swlaw.com
       bgriffith@swlaw.com
       cgianelloni@swlaw.com

Sean A. O'Neal (NY Bar No. 3979267)
*Admitted Pro Hac Vice*
Jane VanLare (NY Bar No. 4610655)
*Admitted Pro Hac Vice*
Michael Weinberg (NY Bar No. 5724497)
*Admitted Pro Hac Vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile:  (212) 225-3999
Email: soneal@cgsh.com
Email: jvanlare@cgsh.com
Email: mdweinberg@cgsh.com

*Attorneys for Genesis Global Holdco, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC., dba COIN CLOUD,<br><br>Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND DEADLINES** |

THIS STIPULATION is entered into by and between Genesis Global Holdco, LLC ("Genesis") and Cash Cloud, Inc. dba Coin Cloud (the "Debtor", and together with Genesis, the "Parties"), by and through their undersigned counsel, based on the following:

///

///

4886-7732-2608

**RECITALS**

A.  WHEREAS, on February 7, 2023, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada (the "Court"), commencing the Chapter 11 Case;

B.  WHEREAS, on May 12, 2023, the Court entered an *Order Pursuant to 11 U.S.C. § 105(d)(2)(B)(vi), Fed. R. Bankr. P. 3017.1 and Local Rule 3017 Implementing Expedited Solicitation and Confirmation Procedures Including: (I) Conditionally Approving Disclosure Statement; (II) Setting Combined Hearing of Final Approval of Disclosure Statement and Plan Confirmation; (III) Approving (A) Form and Scope of Combined Hearing Notice, and (B) Form of Ballots; (IV) Scheduling Voting and Objection Deadlines; and (V) Granting Related Relief* [ECF No. 554], which set the deadline by which parties must object to the Plan and Disclosure Statement (the "Plan Objection Deadline") and the deadline by which parties must vote on the Plan (the "Plan Voting Deadline") as June 12, 2023 at 5:00 p.m. (Pacific Time);

C.  WHEREAS, on May 28, 2023, the Debtor filed its *Chapter 11 Plan of Reorganization Dated May 8, 2023* [ECF No. 528] (the "Plan") and its *Disclosure Statement for Chapter 11 Plan of Reorganization dated May 8, 2023* [ECF No. 529] (the "Disclosure Statement");

D.  WHEREAS, on June 20, 2023, the Debtor, CKDL Credit, LLC, Genesis, Enigma Securities Limited, and the Official Committee of Unsecured Creditors filed the *Stipulation to Continue Hearing on (I) Final Approval of the Disclosure Statement; and (II) Confirmation of the Debtor's Chapter 11 Plan of Reorganization Dated May 8, 2023* [ECF No. 732], which, *inter alia*, continued the hearing on the Plan and Disclosure Statement to July 27, 2023 at 1:30 p.m. (Pacific Time), extended the Plan Objection Deadline to July 13, 2023 at 5:00 p.m. (Pacific Time), and extended the deadline by which the Debtor may file a reply to objections to July 20, 2023 at 5:00 p.m. (Pacific Time) (the "Reply Deadline"); and

E.  WHEREAS, the Parties have agreed to extend the Plan Voting Deadline and Plan Objection Deadline for Genesis to July 20, 2023 at 5:00 p.m. (Pacific Time), and to extend the Reply Deadline for the Debtor to reply to any objection to the Plan filed by Genesis to July 25, 2023 at 5:00 p.m. (Pacific Time).

4886-7732-2608

NOW, THEREFORE, based on the foregoing, the Parties hereby stipulate and agree to the following:

1. The Plan Voting Deadline and the Plan Objection Deadline for Genesis shall be extended to July 20, 2023 at 5:00 p.m. (Pacific Time);

2. The Reply Deadline for the Debtor to reply to any objection to the Plan filed by Genesis shall be extended to July 25, 2023 at 5:00 p.m. (Pacific Time); and

3. The Court may enter an order approving this Stipulation in the form attached as **Exhibit 1**.

DATED this 12th day of July 2023.

SNELL & WILMER L.L.P.

 */s/ Robert R. Kinas*
Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252

and

Sean A. O'Neal (NY Bar No. 3979267)
*Admitted Pro Hac Vice*
Jane VanLare (NY Bar No. 4610655)
*Admitted Pro Hac Vice*
Michael Weinberg (NY Bar No. 5724497)
*Admitted Pro Hac Vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile:  (212) 225-3999

*Attorneys for Genesis Global Holdco, LLC*

DATED this 12th day of July 2023.

FOX ROTHSCHILD LLP

 */s/ Brett A. Axelrod*
Brett A. Axelrod (NV Bar No. 5859)
Nicholas A. Koffroth (NV Bar No. 16264)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile:  (702) 597-5503

*Attorneys for Debtor*

4886-7732-2608

# EXHIBIT 1

# EXHIBIT 1



Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       bgriffith@swlaw.com
       cgianelloni@swlaw.com

Sean A. O'Neal (NY Bar No. 3979267)
*Admitted Pro Hac Vice*
Jane VanLare (NY Bar No. 4610655)
*Admitted Pro Hac Vice*
Michael Weinberg (NY Bar No. 5724497)
*Admitted Pro Hac Vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: soneal@cgsh.com
Email: jvanlare@cgsh.com
Email: mdweinberg@cgsh.com

*Attorneys for Genesis Global Holdco, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. 23-10423-mkn |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER APPROVING STIPULATION TO EXTEND DEADLINES** |

///

4895-8486-5136

THIS MATTER having come before the Court on the Stipulation to Extend Deadlines ("Stipulation")[1] filed July 12, 2023, entered into by and between Genesis Global Holdco, LLC ("Genesis"), and Cash Cloud, Inc. dba Coin Cloud ("Cash Cloud", and together with Genesis, the "Parties"), by and through their undersigned counsel; the Court having considered the Stipulation and good cause having been shown,

**IT IS HEREBY ORDERED** that the Stipulation is approved; and

**IT IS FURTHER ORDERED** that,

1. The Plan Voting Deadline and the Plan Objection Deadline for Genesis shall be extended to July 20, 2023 at 5:00 p.m. (Pacific Time); and

2. The Reply Deadline for the Debtor to reply to any objection to the Plan filed by Genesis shall be extended to July 25, 2023 at 5:00 p.m. (Pacific Time)

**IT IS SO ORDERED.**

Respectfully submitted by:

SNELL & WILMER L.L.P.

 */s/ Robert R. Kinas*
Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252

and

Sean A. O'Neal (NY Bar No. 3979267)
*Admitted Pro Hac Vice*
Jane VanLare (NY Bar No. 4610655)
*Admitted Pro Hac Vice*
Michael Weinberg (NY Bar No. 5724497)
*Admitted Pro Hac Vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile:  (212) 225-3999
*Attorneys for Genesis Global Holdco, LLC*

###

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

4895-8486-5136