BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
　　　　nkoffroth@foxrothschild.com
　　　　zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **STIPULATION TO EXTEND PLAN OBJECTION AND VOTING DEADLINE** |

Cash Cloud, Inc. dba Coin Cloud (the "Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP and AVT Nevada, L.P.("AVT" and together with the Debtor, the "Parties"), by and through its counsel Michael Best & Friedrich LLP, stipulate and agree as follows (the "Stipulation"):

**RECITALS**

A.　　WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada (the "Court"), commencing the Chapter 11 Case;

147456617.1

1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

B. WHEREAS, on May 28, 2023, the Debtor filed its *Chapter 11 Plan of Reorganization dated May 8, 2023* [ECF No. 528] (the "Plan") and its *Disclosure Statement for Chapter 11 Plan of Reorganization dated May 8, 2023* [ECF No. 529] (the "Disclosure Statement");

C. WHEREAS, on June 20, 2023, the Debtor, CKDL Credit, LLC, Genesis, Enigma Securities Limited, and the Official Committee of Unsecured Creditors filed the *Stipulation to Continue Hearing on (I) Final Approval of the Disclosure Statement; and (II) Confirmation of the Debtor's Chapter 11 Plan of Reorganization Dated May 8, 2023* [ECF No. 732], which, inter alia, continued the hearing on the Plan and Disclosure Statement to July 27, 2023 at 1:30 p.m. (Pacific Time), extended the Plan Objection Deadline to July 13, 2023 at 5:00 p.m. (Pacific Time), and extended the deadline by which the Debtor may file a reply to objections to July 20, 2023 at 5:00 p.m. (Pacific Time) (the "Reply Deadline"); and

D. WHEREAS, the Parties have agreed to extend the Plan Voting Deadline and Plan Objection Deadline for AVT to July 20, 2023 at 5:00 p.m. (Pacific Time), and to extend the Reply Deadline for the Debtor to reply to any objection to the Plan filed by AVT to July 25, 2023 at 5:00 p.m. (Pacific Time).

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that:

1. The Plan Voting Deadline and the Plan Objection Deadline for AVT shall be extended to July 20, 2023 at 5:00 p.m. (Pacific Time); and

2. The Reply Deadline for the Debtor to reply to any objection to the Plan filed by AVT shall be extended to July 25, 2023 at 5:00 p.m. (Pacific Time).

///

///

///

///

///

///

///

147456617.1

Dated this 12th day of July 2023.

| FOX ROTHSCHILD LLP | MICHAEL BEST & FRIEDRICH, LLP |
|---|---|
| By:   /s/Brett A. Axelrod<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>ZACHARY T. WILLIAMS, ESQ.<br>Nevada Bar No. 16023<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>*Counsel for Debtor* | By:  /s/Justin M. Mertz<br>JUSTIN M. MERTZ, ESQ.<br>790 North Water Street, Suite 2500<br>Milwaukee, Wisconsin 53202<br><br>and<br><br>ANNE T. FREELAND, ESQ.<br>Nevada Bar No. 10777<br>2750 East Cottonwood Pkwy., Suite 560<br>Cottonwood Heights, UT 84121<br>*Counsel for AVT Nevada, L.P.* |

147456617.1