BRETT A. AXELROD, ESQ., NV Bar No. 5849
JEANETTE E. MCPHERSON, ESQ., NV Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ., NV Bar No. 16264
ZACHARY T. WILLIAMS, ESQ., NV Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
jmcpherson@foxrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com

Electronically Filed July 12, 2023

*Counsel for Debtor Cash Cloud Inc.*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD<br><br>Debtor. | Case No. BK-23-10423-MKN<br><br>Chapter 11<br><br>**DECLARATION OF JIM HALL IN SUPPORT OF RESPONSE TO MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM**<br><br>Hearing Date: July 20, 2023<br>Hearing Time: 10:30 a.m. |
|---|---|

I, Jim Hall, declare as follows:

1. I am the Vice President of Finance & Accounting of Cash Cloud, Inc., dba Coin Cloud, the debtor and debtor-in-possession (the "Debtor").

2. In my capacity as the Vice President of Finance & Accounting of the Debtor, I am familiar with the financial records of the Debtor. I make this Declaration in support of the *Response To Motion For Approval Of Administrative Claim* (the "Response")[1] filed by the Debtor.

3. Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

[1] Capitalized terms not defined herein shall have the meanings assigned to them in the Response.

4. The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on February 7, 2023 (the "Petition Date").

5. The deadline for filing a proof of claim in this case is June 14, 2023. The deadline for filing a proof of claim for a governmental unit is August 7, 2023.

6. Trangistics filed a proof of claim on March 26, 2023, in the amount of $263,888.86 ("POC 26").

7. On June 13, 2023, Trangistics filed a Proof of Non-Professional Administrative Expense, claim number 105, which asserts an administrative expense claim for the period of February 7, 2023 through May 6, 2023 in the amount $154,400, with $38,600.00 per month ("POC 105").

8. Trangistics has also filed the Motion For Approval Of Administrative Claim on June 12, 2023 [ECF 652] ("Motion"). In the Motion, Trangistics requests allowance of an administrative expense claim in the amount of $154,400 from February 7, 2023 through May 6, 2023 and an additional amount of $38,600.00 for each month thereafter. Attached to the Motion is POC 105.

9. The Debtor acknowledges that Trangistics is storing kiosks. I have reviewed the Debtor's records and I am not aware of an actual written contract with Trangistics. I note that the employee responsible for dealings with Trangistics is no longer employed by the Debtor and attempts to contact him were not successful.

10. Trangistics, at some point, invoiced the Debtor in the amount of $38,600 for storage.[2]

11. Upon information and belief, I understand that Trangistics pays the owner of the warehouse significantly less than $38,600. That is, upon information and belief, the owner of the warehouse that stores the kiosks charges Trangistics the amount of $30,500.

12. For the postpetition period, payment was made to Trangistics in the amount of $38,600.00, which payment was processed by the bank on or around April 7, 2023 for the March invoice. See Exhibit 1 attached hereto.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

[2] The Debtor does not have record of receiving invoices from Trangistics for January, February, May, and June 2023.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of information, knowledge and belief.

Executed this 12th day of July, 2023 in Las Vegas, Nevada.

DocuSigned by:
Jim Hall
D963491BCF1F446...
JIM HALL

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

# EXHIBIT 1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)



THE COMMERCIAL BANK

Member FDIC

Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

Cash Cloud INC
DBA Coin Cloud
Accounts Payable
10845 GRIFFITH PEAK DR STE 200
LAS VEGAS NV 89135

VIRTUAL CURRENCY CHECKING
[redacted]833

03/31/23 THRU 04/30/23

PAGE 1

==========================================================================

VIRTUAL CURRENCY CHECKING [redacted]833

==========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| CCD Cash Cloud INC Payment 1 | 440,039.32 | | 04/07/23 | 117,548.12 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

* * * C O N T I N U E D * * *



THE COMMERCIAL BANK
Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

Member FDIC

Cash Cloud INC
DBA Coin Cloud
Accounts Payable
10845 GRIFFITH PEAK DR STE 200
LAS VEGAS NV 89135

VIRTUAL CURRENCY CHECKING
[redacted]833

03/31/23 THRU 04/30/23

PAGE 2

VIRTUAL CURRENCY CHECKING [redacted]833

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| | [redacted] | | [redacted] | [redacted] |
| [redacted] | | | | |
| | [redacted] | | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] |

* * * C O N T I N U E D * * *



THE COMMERCIAL BANK

Member FDIC

Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

Cash Cloud INC
DBA Coin Cloud
Accounts Payable
10845 GRIFFITH PEAK DR STE 200
LAS VEGAS NV 89135

VIRTUAL CURRENCY CHECKING
[redacted]833

03/31/23 THRU 04/30/23

VIRTUAL CURRENCY CHECKING [redacted]833

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| [redacted] | [redacted] | | [redacted] | [redacted]21 |

* * * C O N T I N U E D * * *



THE COMMERCIAL BANK
Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

Member FDIC

Cash Cloud INC
DBA Coin Cloud
Accounts Payable
10845 GRIFFITH PEAK DR STE 200
LAS VEGAS NV 89135

VIRTUAL CURRENCY CHECKING
[redacted]833

03/31/23 THRU 04/30/23

PAGE 4

VIRTUAL CURRENCY CHECKING [redacted]833

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| [redacted] | [redacted] | | [redacted] | [redacted] |
| [redacted] | | | | |
| | [redacted] | | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | | [redacted] | [redacted] |

* * * C O N T I N U E D * * *



THE COMMERCIAL BANK
Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

Cash Cloud INC
DBA Coin Cloud
Accounts Payable
10845 GRIFFITH PEAK DR STE 200
LAS VEGAS NV 89135

VIRTUAL CURRENCY CHECKING
833

03/31/23 THRU 04/30/23



VIRTUAL CURRENCY CHECKING 833

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
| --- | --- | --- | --- | --- |



* * * C O N T I N U E D * * *



THE COMMERCIAL BANK
Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

Cash Cloud INC
DBA Coin Cloud
Accounts Payable
10845 GRIFFITH PEAK DR STE 200
LAS VEGAS NV 89135

VIRTUAL CURRENCY CHECKING
[redacted]833

03/31/23 THRU 04/30/23



VIRTUAL CURRENCY CHECKING [redacted]833

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|



* * * C O N T I N U E D * * *



Member FDIC

THE COMMERCIALBANK
Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

Cash Cloud INC
DBA Coin Cloud
Accounts Payable
10845 GRIFFITH PEAK DR STE 200
LAS VEGAS NV 89135

VIRTUAL CURRENCY CHECKING
[redacted]833

03/31/23 THRU 04/30/23

VIRTUAL CURRENCY CHECKING [redacted]833

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| [redacted] | [redacted] | | [redacted] | [redacted] |

[redacted]

YOUR CHECKS SEQUENCED

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

* * * C O N T I N U E D * * *

DocuSign Envelope ID: 9F6ED09C-CB89-4FF2-85D8-E37F5EA2B301




THE COMMERCIAL BANK

Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

Cash Cloud INC
DBA Coin Cloud
Accounts Payable
10845 GRIFFITH PEAK DR STE 200
LAS VEGAS NV 89135

VIRTUAL CURRENCY CHECKING
833

03/31/23 THRU 04/30/23



VIRTUAL CURRENCY CHECKING 833

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|



* * * C O N T I N U E D * * *




THE COMMERCIAL BANK
Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

Member FDIC

Cash Cloud INC
DBA Coin Cloud
Accounts Payable
10845 GRIFFITH PEAK DR STE 200
LAS VEGAS NV 89135

VIRTUAL CURRENCY CHECKING
[redacted]833

03/31/23 THRU 04/30/23

VIRTUAL CURRENCY CHECKING [redacted]833

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

[redacted]

- - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

[redacted] [redacted]

---------------End-of-Statement-for-above-Account---------------



Commercial Bank Cash Cloud Inc.

230406230406

| | | | |
|---|---|---|---|
| 622123000220153665375363 | 000386000009672 | Trangistics Inc | 0061110650000005 |

# Bill

**115409040** Trangistics Inc **PAID IN FULL**

Edit | Back | Credit | Authorize Return | Resubmit | Actions | StickyNotes New:

List Search Customize

Drop files here. Click for more options.

## Primary Information

| | | | |
|---|---|---|---|
| REFERENCE NO. 115[illegible]040 | DATE 4/4/2023 | DISC. DATE | APPROVAL STATUS Approved |
| VENDOR Tra[illegible]ics Inc | POSTING PERIOD Apr 2023 | DISC. AMT. | MEMO Warehouse Expenses for March 14K square feet Square Feet 0x0x0 |
| ACCOUNT 20[illegible] Post Bankruptcy filing AP - Trade | DUE DATE 4/4/2023 | NUMBER OF APPROVALS | DEPARTMENT APPROVAL |
| AMOUNT 38,[illegible].00 | | ☐ PAYMENT HOLD<br>☑ BYPASS CFO | NEXT APPROVER Joshua Burke |

## Classification

| | | |
|---|---|---|
| SUBSIDIARY Cash [illegible]ud, Inc | MACHINE | LOCATION |
| CURRENCY US | ☐ EMAIL SENT | LOCATION SEG (4) |
| EXCHANGE RATE 1.[illegible] | SUPPORTING DOCUMENT | |

[illegible]ses and Items | Billing | Relationships | Communication | **Related Records** | System Information | Additional Information | GL Impact

[illegible]ents • | Purchase Orders | Reimbursements | Transformations

| [illegible]E | TYPE | NUMBER | STATUS | AMOUNT |
|---|---|---|---|---|
| [illegible]023 | Bill Payment | 00000664/5 | | 38,600.00 |
| | Total | | | 38,600.00 |



# INVOICE

| | |
|---|---|
| **Invoice #** | 115409040 |
| **Invoice Date** | 4/4/2023 |
| **Pro Number** | |
| **Service Level** | Normal |
| **Paid Date:** | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 3/13/2023
Customer: Cash Coin Inc.
BOL Number: 115409040
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117
Contact person:
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Power House Las Vegas NV
561 Parkson Road
LAS VEGAS, NV 89101
Contact person:
Phone:

**Destination Accessorials**
None

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Unit | 1 | Warehouse Expenses for March 14K square feet Square Feet 0x0x0 in | No Class | 1,000 lbs |
| **1** | **1** | **TOTALS** | | **1,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| **Detail** | **Quantity** | **Rate** | **Total** |
| **Fuel** | 1.00 | $0.00 | $0.00 |
| **Linehaul** | 1.00 | $38,600.00 | $38,600.00 |
| **Total Due** | | | $38,600.00 |
| **Amount Paid** | | | $(0.00) |
| **Balance Due** | | | $38,600.00 |

Shipment Documents

| | |
|---|---|
| BOL | 115409040 - BOL |

**Thank you for using Trangistics, Inc..**