E-filed: July 13, 2023

Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       bgriffith@swlaw.com
       cgianelloni@swlaw.com

Sean A. O'Neal (NY Bar No. 3979267)
*Admitted Pro Hac Vice*
Jane VanLare (NY Bar No. 4610655
*Admitted Pro Hac Vice*
Michael Weinberg (NY Bar No. 5724497)
*Admitted Pro Hac Vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: soneal@cgsh.com
Email: jvanlare@cgsh.com
Email: mdweinberg@cgsh.com

*Attorneys for Genesis Global Holdco, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC., dba COIN CLOUD,<br><br>Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER** |

PLEASE TAKE NOTICE that an *Order Approving Stipulation to Extend Deadlines* [ECF No. 833] ("Order") was entered in the above-referenced case on July 13, 2023.

///

///

4866-7192-6640

1   A copy of said Order is attached as **Exhibit 1**.

2   DATED this 13th day of July 2023.

3                                               SNELL & WILMER L.L.P.

4                                               */s/ Robert R. Kinas*
    Robert R. Kinas (NV Bar No. 6019)
5   Blakeley E. Griffith (NV Bar No. 12386)
    Charles E. Gianelloni (NV Bar No. 12747)
6   3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
7   Telephone: (702) 784-5200
    Facsimile: (702) 784-5252

    and

    Sean A. O'Neal (NY Bar No. 3979267)
    *Admitted Pro Hac Vice*
    Jane VanLare (NY Bar No. 4610655)
    *Admitted Pro Hac Vice*
    Michael Weinberg (NY Bar No. 5724497)
    *Admitted Pro Hac Vice*
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    One Liberty Plaza
    New York, NY 10006
    Telephone: (212) 225-2000
    Facsimile: (212) 225-3999

    *Attorneys for Genesis Global Holdco, LLC*

# EXHIBIT 1

# EXHIBIT 1

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 13, 2023

Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: rkinas@swlaw.com
          bgriffith@swlaw.com
          cgianelloni@swlaw.com

Sean A. O'Neal (NY Bar No. 3979267)
*Admitted Pro Hac Vice*
Jane VanLare (NY Bar No. 4610655)
*Admitted Pro Hac Vice*
Michael Weinberg (NY Bar No. 5724497)
*Admitted Pro Hac Vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile:  (212) 225-3999
Email: soneal@cgsh.com
Email: jvanlare@cgsh.com
Email: mdweinberg@cgsh.com

*Attorneys for Genesis Global Holdco, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. 23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER APPROVING STIPULATION TO EXTEND DEADLINES** |

///

4895-8486-5136

THIS MATTER having come before the Court on the Stipulation to Extend Deadlines ("Stipulation")[1] filed July 12, 2023, entered into by and between Genesis Global Holdco, LLC ("Genesis"), and Cash Cloud, Inc. dba Coin Cloud ("Cash Cloud", and together with Genesis, the "Parties"), by and through their undersigned counsel; the Court having considered the Stipulation and good cause having been shown,

**IT IS HEREBY ORDERED** that the Stipulation is approved; and

**IT IS FURTHER ORDERED** that,

1. The Plan Voting Deadline and the Plan Objection Deadline for Genesis shall be extended to July 20, 2023 at 5:00 p.m. (Pacific Time); and

2. The Reply Deadline for the Debtor to reply to any objection to the Plan filed by Genesis shall be extended to July 25, 2023 at 5:00 p.m. (Pacific Time)

**IT IS SO ORDERED.**

Respectfully submitted by:

SNELL & WILMER L.L.P.

 /s/ Robert R. Kinas
Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252

        and

Sean A. O'Neal (NY Bar No. 3979267)
*Admitted Pro Hac Vice*
Jane VanLare (NY Bar No. 4610655)
*Admitted Pro Hac Vice*
Michael Weinberg (NY Bar No. 5724497)
*Admitted Pro Hac Vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile:  (212) 225-3999
*Attorneys for Genesis Global Holdco, LLC*

###

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

- 2 -

4895-8486-5136