

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 13, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                  Debtor. | Chapter 11<br><br>**ORDER APPROVING STIPULATION TO EXTEND PLAN OBJECTION AND VOTING DEADLINE** |

147457415.1

The Court having reviewed and considered the *Stipulation to Extend Plan Objection and Voting Deadline* [ECF 829] (the "Stipulation") between Debtor and AVT Nevada, L.P.:

**IT IS HEREBY ORDERED** that the Stipulation is approved.

**IT IS FURTHER HEREBY ORDERED** that:

1. The Plan Voting Deadline and the Plan Objection Deadline for AVT is extended to July 20, 2023 at 5:00 p.m. (Pacific Time); and

2. The Reply Deadline for the Debtor to reply to any objection to the Plan filed by AVT is extended to July 25, 2023 at 5:00 p.m. (Pacific Time).

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
*Counsel for Debtor*

# # #