# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | : | Case No. BK-23-10423-mkn |
| CASH CLOUD, INC., dba COIN CLOUD, | : | Chapter 11 |
| Debtor. | : | **AFFIDAVIT OF TARA TEAM IN SUPPORT OF OBJECTION** |

I, Tara Team, declare as follows:

1. I am the Assistant General Counsel, North America for Brink's U.S., a Division of Brink's, Incorporated ("**Brink's**").

2. This declaration is based on my personal knowledge and is made in support of the *Objection of Brink's Incorporated to the Confirmation of Debtor's Chapter 11 Plan and Reservation of Rights* (the "**Objection**").

3. The facts set forth in the Objection are true and accurate to the best of my knowledge, information, and belief.

I hereby declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 13th day of July, 2023

                                                 /s/Tara Team
                                                Tara Team, Assistant General Counsel North America
                                                Brink's U.S., a Division of Brink's, Incorporated