BRETT A. AXELROD, ESQ., NV Bar No. 5859
JEANETTE E. MCPHERSON, ESQ., NV Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ., NV Bar No. 16264
ZACHARY T. WILLIAMS, ESQ., NV Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

Electronically Filed July 13, 2023

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**REPLY TO LIMITED RESPONSE FILED BY UNITED NATURAL FOODS, INC. TO SEVENTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a)**<br><br>Hearing Date: July 20, 2023<br>Hearing Time: 10:30 a.m. |

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, respectfully submits this Reply (the "Reply") to the Limited Response To Debtor's Amended Seventeenth Omnibus Motion Seeking Rejection Of Individual Digital Cash Machine Contracts Under Master Agreement Dated November 20, 2020 With United Natural Foods, Inc. [ECF 811] ("Response") filed by United Natural Foods, Inc. ("UNFI") to the Debtor's Seventeenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) ("Seventeenth Motion").

In its Response, UNFI has stated that the locations pertaining to UNFI were listed in error because the Debtor has assumed the master agreement with UNFI. The Debtor agrees. As such, the

1

UNFI contracts listed in the Seventeenth Motion, as set forth below, are hereby removed:

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| United Natural Foods Inc. | 313 Iron Horse Way Providence, RI 02908 | 464 Havendale Blvd Auburndale, FL  33823 | 137523 |
| | | 1020 US Hwy 27 S Avon Park, FL  33825 | 137524 |
| | | 330 E Van Fleet Dr Bartow, FL  33830 | 137525 |
| | | 12060 US-19 #N Bayonet Point, FL  34667 | 137526 |
| | | 13017 Cortez Blvd Brooksville, FL  34613 | 137527 |
| | | 20040 Cortez Blvd Brooksville, FL  34601 | 137528 |
| | | 12860 US-301 Dade City, FL  33525 | 137531 |
| | | 950 Patricia Ave Dunedin, FL  34698 | 137532 |
| | | 1687 E Hinson Ave Haines City, FL  33844 | 137534 |
| | | 1824 US-19 Holiday, FL  34691 | 137535 |
| | | 8854 State Rd 52 Hudson, FL  34669 | 137536 |
| | | 4380 66th St N St. Petersburg, FL  33709 | 137538 |
| | | 70 Plaza Ave Lake Placid, FL  33852 | 137539 |
| | | 630 FL-60 W Lake Wales, FL  33853 | 137540 |
| | | 917 E Memorial Blvd Lakeland, FL  33801 | 137541 |
| | | 2021 George Jenkins Blvd Lakeland, FL  33815 | 137542 |
| | | 4985 US Hwy 98 N Lakeland, FL  33809 | 137543 |
| | | 6536 Massachusetts Ave New Port Richey, FL  34653 | 137545 |
| | | 12600 S Tamiami Trail #N North Port, FL  34287 | 137546 |
| | | 1401 S Collins St Plant City, FL  33563 | 137547 |
| | | 9332 US-19 Port Richey, FL  34668 | 137548 |
| | | 9624-A US-301 Riverview, FL  33578 | 137549 |
| | | 1544 Lakeview Dr Sebring, FL  33870 | 137550 |
| | | 729 W Dr Martin Luther King Jr Blvd Seffner, FL  33584 | 137551 |
| | | 8815 Park Blvd N Seminole, FL  33777 | 137552 |

| | | | | |
|---|---|---|---|---|
| | | | 7351 Spring Hill Dr<br>Spring Hill, FL  34606 | 137553 |
| | | | 701 9th St N<br>St. Petersburg, FL  33701 | 137556 |
| | | | 1804 62nd Ave N<br>St. Petersburg, FL  33702 | 137558 |
| | | | 1625 Sun City Center Plaza<br>Sun City Center, FL  33573 | 137559 |
| | | | 7430 Palm River Rd<br>Tampa, FL  33619 | 137560 |
| | | | 305 W Hillsborough Ave<br>Tampa, FL  33604 | 137561 |
| | | | 7537 W Waters Ave<br>Tampa, FL  33615 | 137562 |
| | | | 2271 E Bearss Ave<br>Tampa, FL  33613 | 137563 |
| | | | 8320 N Florida Ave<br>Tampa, FL  33604 | 137564 |
| | | | 5002 E Broadway Ave<br>Tampa, FL  33619 | 137565 |
| | | | 150 W Fletcher Ave<br>Tampa, FL  33612 | 137566 |
| | | | 4319 N Armenia Ave<br>Tampa, FL  33607 | 137567 |
| | | | 1020 S 6th Ave<br>Wauchula, FL  33873 | 137569 |
| | | | 1534 3rd St SW<br>Winter Haven, FL  33880 | 137570 |
| | | | 7320 Gall Blvd<br>Zephyrhills, FL  33541 | 137571 |
| | | | 36538 State Rd 54<br>Zephyrhills, FL  33541 | 137572 |
| | | | 1837 E 4th St<br>Ontario, CA  91764 | 149124 |
| | | | 5281 Holt Blvd<br>Montclair, CA  91763 | 149125 |

("UNFI Contracts – Seventeenth Motion")

In addition, although not identified by UNFI in its response, the Debtor has located additional locations pertaining to UNFI that were listed in the Debtor's Ninth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) [ECF 675] ("Ninth Motion") in error because the Debtor has assumed the master agreement with UNFI. As such, the UNFI contracts listed in the Ninth Motion, as set forth below, are hereby removed:

/ / /

/ / /

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Cardenas Markets LLC | Attn: Prabash Coswatte; Syrissa Torres<br>2501 East Guasti Road<br>Ontario, CA 91761 | Store #28<br>2400 E Bonanza Rd<br>Las Vegas, NV  89101 | 146918 |
| | | Store #30<br>4700 Meadows Ln<br>Las Vegas, NV  89107 | 146920 |
| | | Store #27<br>4500 E Tropicana Ave<br>Las Vegas, NV  89121 | 146921 |
| | | Store #38<br>2545 S Eastern Ave<br>Las Vegas, NV  89169 | 146922 |

("UNFI Contracts – Ninth Motion," collectively with UNFI Contracts – Seventeenth Motion, "UNFI Contracts"). For the avoidance of doubt, the UNFI Contracts shall not be included in any order that grants the Seventeenth Motion or Ninth Motion.

Dated this 13th day of July, 2023.    **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada  89135
(702) 262-6899
(702) 597-5503 (fax)