LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

Attorneys for Interested Party
Brookfield Retail Properties, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>CASH CLOUD, INC.<br> d/b/a COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-MKN<br>Chapter 11<br><br>**DECLARATION OF DELANEY CLUTTS SUPPORTING LIMITED OBJECTION OF BROOKFIELD LANDLORDS TO DEBTOR'S OMNIBUS MOTIONS FOR ENTRY OF ORDERS APPROVING REJECTION OF UNEXPIRED LEASES**<br><br>Hearing Date: 7/20/2023<br>Hearing Time: 10:30 a.m. |
|---|---|

I, DELANEY CLUTTS, declare as follows:

1. I am employed by Brookfield Properties Retail, Inc. ("Brookfield Properties") as a Department Coordinator, Business Development, Retail, at its offices in Chicago, Illinois. Brookfield Properties has been retained to provide property management and leasing services by, and is affiliated with, the multiple shopping center landlords (the "Brookfield Landlords") delineated in the *Limited Objection of Brookfield Landlords To Debtor's Omnibus Motions For Entry Of Orders Approving Rejection of Unexpired Leases* ("Brookfield Objection"), filed herewith.

2.	My duties involve the management and leasing of specialty retail properties, such as kiosks, retail merchandising units, vending machines and seasonal tenancies at shopping centers throughout the Brookfield Properties portfolio, including national tenants. As a result, I am familiar with the License Agreements between the Brookfield Landlords and debtor Cash Cloud, Inc. ("Debtor") and have been actively involved in communications with the Debtor both prior to, and following its bankruptcy. If called upon to testify in this proceeding, as to the matters set forth in this declaration, I could and would competently testify thereto, since the facts set forth herein are personally known to me to be true or I have gained knowledge of them from the books, records and files of the Brookfield Properties and Landlord maintained in the ordinary course of business.

3.	Over the last several weeks, following the filing of Debtor's Chapter 11 case, the pending sale of certain assets of Debtor to Heller Capital, and the recent filing of Debtor's omnibus motion to reject leases (including many of the license agreements with the Brookfield Landlords), I have communicated with multiple mall managers regarding the status of the Digital Currency Machines ("DCMs") located in the multiple shopping center properties managed by Brookfield Retail. As a result, I have personally confirmed the continued presence of Debtor's DCMs at many of the Brookfield Landlords' shopping centers and, in some cases, have seen photographs evidencing such continued occupancy of the licensed premises.

4.	In an effort to further confirm the status of Debtor's DCMs, on July 10, 2023, I exchanged e-mails with Eric DeRama, a Client Relations Manager for Debtor. Mr. DeRama confirmed that Debtor's DCMs remain at all of the Brookfield Landlord's locations, not just at the three locations (Columbiana Centre, Market Place Shopping Center and Neshaminy Mall) that, at this point, are being assumed and assigned to Heller Capital. With DCM units remaining at the licensed premises, absent the assumption and assignment of the Debtor's license agreements or some new deal with Heller Capital, the Brookfield Landlords are currently unable to

KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501

1 use the premises for any alternative use. A true and correct copy of Mr. DeRama's e-mil to me
2 is attached hereto as Exhibit "1" and incorporated herein by this reference.
3
4       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 12, 2023 at Chicago, Illinois.

*Delaney Clutts*
Delaney Clutts

**KAEMPFER CROWELL**
50 West Liberty Street, Suite 700
Reno, Nevada 89501

# EXHIBIT 1

**From:** Eric DeRama <eric.derama@coin.cloud>
**Sent:** Monday, July 10, 2023 11:55 AM
**To:** Driscoll, Lizette <Lizette.Driscoll@bpretail.com>
**Cc:** Clutts, Delaney <Delaney.Clutts@bpretail.com>; Robert Phillips <robert.phillips@coin.cloud>; MT <mt@coinclouddcm.com>
**Subject:** Re: Exciting News From Coin Cloud & Heller Capital!

[EXTERNAL]

Hi Lizette, hope your morning is going well. The assumed locations are Neshaminy Mall, Market Place Shopping Center, and Columbiana Centre Mall.

On Mon, Jul 10, 2023 at 11:44 AM Driscoll, Lizette <Lizette.Driscoll@bpretail.com> wrote:

> Eric, can you please confirm which three were assumed?
>
> **Lizette Driscoll**
>
> Director, National Accounts | Business Development
> Retail
>
> Brookfield Properties
> 350 N Orleans St. Suite 300, Chicago, IL 60654
>
> T 312.960.5132 | M 219.644.6104
>
> lizette.driscoll@bpretail.com
>
> www.brookfieldpropertiesretail.com
>
> **Brookfield**
> Properties
>
> 

**From:** Eric DeRama <eric.derama@coin.cloud>
**Sent:** Monday, July 10, 2023 11:55 AM
**To:** Clutts, Delaney <Delaney.Clutts@bpretail.com>
**Cc:** Driscoll, Lizette <Lizette.Driscoll@bpretail.com>; Robert Phillips <robert.phillips@coin.cloud>; MT <mt@coinclouddcm.com>
**Subject:** Re: Exciting News From Coin Cloud & Heller Capital!

[EXTERNAL]

Hi Delaney, yes that is correct. Along with the 3 assumed locations, the Coin Cloud units remain in place at all other centers.

On Mon, Jul 10, 2023 at 9:29 AM Clutts, Delaney <Delaney.Clutts@bpretail.com> wrote:

Hi Eric,

Great, we'll keep an eye out.

On another note, I also wanted to touch base and confirm that along with the 3 assumed locations, the Coin Cloud units remain in place at all the other centers?

Thank you again!

Best,

**Delaney Clutts**

Department Coordinator | Business Development
Retail

Brookfield Properties
350 N Orleans St. Suite 300, Chicago, IL 60654

T 312.960.2550 | M 312.995.0856

2

delaney.clutts@bpretail.com

www.brookfieldproperties.com

**Brookfield**
Properties



**From:** Eric DeRama <eric.derama@coin.cloud>
**Sent:** Monday, July 10, 2023 9:07 AM
**To:** Clutts, Delaney <Delaney.Clutts@bpretail.com>
**Cc:** Driscoll, Lizette <Lizette.Driscoll@bpretail.com>; Robert Phillips <robert.phillips@coin.cloud>
**Subject:** Re: Exciting News From Coin Cloud & Heller Capital!

[EXTERNAL]

Good morning Lizette & Delaney, I'll get the application and the W9 to you today. Sorry for the delay, your patience is greatly appreciated!

On Thu, Jul 6, 2023 at 10:19 AM Clutts, Delaney <Delaney.Clutts@bpretail.com> wrote:

> Hi Eric,
>
> In addition to Lizette's request, I do want to confirm that Four Seasons is indeed a Brookfield Property.
>
> Thanks for checking!
>
> Best,
>
> **Delaney Clutts**

3

Department Coordinator | Business Development
Retail

Brookfield Properties
350 N Orleans St. Suite 300, Chicago, IL 60654

T 312.960.2550 | M 312.995.0856

delaney.clutts@bpretail.com

www.brookfieldproperties.com

**Brookfield**
Properties



**From:** Driscoll, Lizette <Lizette.Driscoll@bpretail.com>
**Sent:** Thursday, July 6, 2023 11:42 AM
**To:** Eric DeRama <eric.derama@coin.cloud>; Clutts, Delaney <Delaney.Clutts@bpretail.com>; Robert Phillips <robert.phillips@coin.cloud>
**Subject:** RE: Exciting News From Coin Cloud & Heller Capital!

Hi, all. It would be helpful if you would complete the attached and send back so that we can get the entity set up on Salesforce. Also, I believe we have not yet received a W9.

Thanks.

**Lizette Driscoll**

Director, National Accounts | Business Development
Retail

Brookfield Properties
350 N Orleans St. Suite 300, Chicago, IL 60654

T 312.960.5132 | M 219.644.6104

lizette.driscoll@bpretail.com

www.brookfieldpropertiesretail.com

**Brookfield**
Properties



---

**From:** Eric DeRama <eric.derama@coin.cloud>
**Sent:** Thursday, July 6, 2023 9:03 AM
**To:** Clutts, Delaney <Delaney.Clutts@bpretail.com>; Robert Phillips <robert.phillips@coin.cloud>
**Cc:** Driscoll, Lizette <Lizette.Driscoll@bpretail.com>
**Subject:** Re: Exciting News From Coin Cloud & Heller Capital!

[EXTERNAL]

Good morning Delaney, this list looks good. Thank you so much!

Quick question for ya, is Four Seasons Town Centre (410 Four Seasons Town Centre Greensboro, NC) a Brookfield property? I have it on my list as a Brookfield property. I believe this agreement ended in August 2022.

Other than this one question, the list looks great and is current with what I have in our records.

On Wed, Jul 5, 2023 at 1:35 PM Clutts, Delaney <Delaney.Clutts@bpretail.com> wrote:

> Good afternoon Eric,
>
> Hope this finds you well post-holiday weekend!

5

Please find the attached report which should account for all of Coin Cloud's open leases at present. I should mention it's possible there were other leases which were closed in the interim. Not 100% certain but wanted to call it out nonetheless. Will this suffice for your own internal comparison?

I am also happy to run a report which captures all our historical leases with CC but didn't want to inundate unnecessarily. Let me know if that'd be helpful to you though and I'll send it over!

Thanks so much and have a wonderful rest of your afternoon!

Best,

**Delaney Clutts**

Department Coordinator | Business Development
Retail

Brookfield Properties
350 N Orleans St. Suite 300, Chicago, IL 60654

T 312.960.2550 | M 312.995.0856

delaney.clutts@bpretail.com

www.brookfieldproperties.com

**Brookfield**
Properties



---

**From:** Eric DeRama <eric.derama@coin.cloud>
**Sent:** Sunday, July 2, 2023 7:01 PM
**To:** Clutts, Delaney <Delaney.Clutts@bpretail.com>
**Subject:** Re: Exciting News From Coin Cloud & Heller Capital!

[EXTERNAL]

Hi Delaney, I hope your holiday weekend is going well. When you get a chance, can you confirm which Brookfield properties Coin Cloud has a machine in? Just to give you some back story: I became in charge of all the mall accounts 2 months ago and I am cleaning up & updating the information in my Mall Tracker to keep up its integrity. Thank you so much. I appreciate you!

On Fri, Jun 30, 2023 at 10:45 AM Eric DeRama <eric.derama@coin.cloud> wrote:

Hi Delaney & Lizette,

It was lovely meeting you both. Thanks for taking the time to talk with MT and myself. As requested, here is the timeline of events:

- Date the agreement the bankruptcy closes and Heller is fully in charge: 7/21/2023
- Date when May Overage will be paid: Within 48 hours of agreement
- Date when June Rent will be paid:  Within 48 hours of agreement
- Date when July Rent will be paid:  Within 48 hours of agreement
- Date when cures will be paid: 8/15/2023

Please let me know if you have any questions. Have a great holiday weekend!

Best Regards,

7