NVB 10–2(b) (Rev. 9/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–23–10423–mkn |
| CASH CLOUD, INC. | CHAPTER 11 |
| dba COIN CLOUD | |
| Debtor(s) | NOTIFICATION OF VERIFIED PETITION REQUIREMENT |

**NOTICE IS GIVEN** that the following document was recently filed:

*837* – Objection to Confirmation of Plan with Certificate of Service Filed by MAURICE VERSTANDIG on behalf of Brink's, Inc. (Related document(s)528 Chapter 11 Plan #1 filed by Debtor CASH CLOUD, INC..) (Attachments: # 1 Exhibit A – Affidavit of Tara Team in Support of Objection)(VERSTANDIG, MAURICE)

In accordance with LR IA 11–2, "An attorney who is not a member of the bar of this court, who has been retained or appointed to appear in a particular case may do so only with the permission of the court." Application for such permission shall be by verified petition on the form furnished by the clerk and the required admission fee. An attorney whose verified petition is pending shall take no action in the case beyond filing the first pleading or motion. In bankruptcy cases, attorneys shall have fourteen (14) days after their first appearance to comply with the provisions. Failure to comply timely with this rule may result in the striking of any and all documents previously filed by such attorney, the imposition of other sanctions, or both.

LR IA 11–3 addresses the requirements for government attorneys.

The required forms for verified petition and designation of local counsel can be found at our web site www.nvb.uscourts.gov.

The filing of a Notice of Appearance in a case requires the filing of a Verified Petition and Designation of Local Counsel along with the required fee. Payments made in cash are not accepted. If you were only interested in receiving notice in a case, the Notice of Appearance is not the appropriate document to be filed with the court. A Notice to Withdraw the Notice of Appearance will need to be filed and then file a Request for Special Notice.

Dated: 7/14/23

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court