FOX, SWIBEL, LEVIN & CARROLL, LLP
RYAN T. SCHULTZ, ESQ.
200 W. Madison, Suite 300
Chicago, Illinois 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
Email: rschultz@foxswibel.com

*Electronically Filed July 14th , 2023*

GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
Email: shara@ghandilaw.com
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Telephone: (702) 878-1115
*Attorneys for RockItCoin, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>d/b/a COIN CLOUD,<br><br>　　　　　Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11 |

**CERTIFICATE OF SERVICE**

On the 14th day of July 2023, I served the following document(s):

**ADMINISTRATIVE CLAIM NO. 141 filed by ROCKITCOIN, LLC**

I served the above-named document(s) by the following means to the persons listed below *(check all that apply)*:

　X　　　　**a.**　　**ECF System on *July 13, 2023*** *(You must attach the "Notice of Electronic*

*Filing,"* or list all persons and addresses and attach additional paper if necessary.)

- **RYAN A. ANDERSEN**   ryan@aandblaw.com, tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com;andersen.ryana.b117998@notify.bestcase.com

- **BRETT A. AXELROD**   baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

- **LEW BRANDON**   l.brandon@bsnv.law

- **OGONNA M. BROWN**   obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

- **LOUIS M BUBALA**   lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;sstice@kcnvlaw.com

- **CHAPTER 11 - LV**   USTPRegion17.lv.ecf@usdoj.gov

- **SHAWN CHRISTIANSON**   schristianson@buchalter.com, cmcintire@buchalter.com

- **DAWN M. CICA**   dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

- **CRAIG P. DRUEHL**   craig.druehl@dechert.com

- **ANNE FREELAND**   atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

- **RONALD E. GOLD**   rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

- **MARJORIE A. GUYMON**   bankruptcy@goldguylaw.com, mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com;kathrinev@goldguylaw.com

- **BRIGID M. HIGGINS**   bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

- **JAMES M JIMMERSON**   jmj@jimmersonlawfirm.com

- **ROBERT R. KINAS**  rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com
- **BART K. LARSEN**  BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- **TIMOTHY A LUKAS**  ecflukast@hollandhart.com
- **JEANETTE E. MCPHERSON**  JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com
- **STACY H RUBIN**  srubin@nevadafirm.com, oswibies@nevadafirm.com;mholley@nevadafirm.com
- **ADAM P. SCHWARTZ**  aschwartz@carltonfields.com, amaranto@carltonfields.com
- **BRIAN D. SHAPIRO**  brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;6855036420@filings.docketbird.com
- **JAMES PATRICK SHEA**  jshea@shea.law, blarsen@shea.law;support@shea.law
- **STRETTO**  ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com
- Jeffrey R. Sylvester  jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com
- **RONALD M TUCKER**  rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com
- **U.S. TRUSTEE - LV - 11**  USTPRegion17.lv.ecf@usdoj.gov
- **MAURICE VERSTANDIG**  mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com
- **ZACHARY WILLIAMS**  zwilliams@foxrothschild.com, ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com
- **STUART FREEMAN WILSON-PATTON**  stuart.wilson-patton@ag.tn.gov
- **RYAN J. WORKS**  rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

\_\_X\_\_\_        b.        United States mail, postage fully prepaid on <u>*July 14, 2023*</u> *(List all persons and addresses. Attach additional paper if necessary.)*

…

| | | |
|---|---|---|
| 1 | Fox Rothschild LLP | Shea Larsen |
| 2 | 1980 Festival Plaza Drive, Suite 700 | 1731 Village Center Circle, Suite 150 |
|   | Las Vegas, Nevada 89135 | Las Vegas, NV 89134 |
| 3 | Attn: Brett Axelrod | Attn: James Patrick Shea |
| 4 | Berger Singerman LLP | Seward & Kissel LLP |
| 5 | 1450 Brickell Avenue, Suite 1900 | One Battery Park Plaza |
|   | Miami, FL 33131 | New York, New York 10004 |
| 6 | Attn: Jordi Guso | Attn: John R. Ashmead & Robert J. Gayda |
| 7 | Sylvester & Polednak Ltd. | McDonald Carano Wilson LLP |
| 8 | 1731 Village Center Circle | 2300 W. Sahara Ave., Suite 1200 |
|   | Las Vegas, NV 89134 | Las Vegas, NV 89102 |
| 9 | Attn: Jeffrey R. Sylvester | Attn: Ryan J. Works |
| 10 | Cleary Gottlieb Steen & Hamilton LLP | Office of the United States Trustee |
| 11 | One Liberty Plaza | 300 Las Vegas Boulevard S., Suite 4300 |
|    | New York, NY 10006 | Las Vegas, NV 89101 |
| 12 | Attn: Sean A. O'Neal & Jane VanLare | Attn: Jared A. Day |
| 13 | Morrison & Foerster LLP | Jared A. Day |
| 14 | 250 West 55th Street | Office of the US Trustee |
|    | New York, NY 10019 | 300 Booth Street #3009 |
| 15 | Attn: Gary S. Lee & Andrew Kissner | Reno, NV 89509 |

16 _____    c.    **Personal Service** *(List persons and addresses. Attach additional paper if*
17 *necessary.)*

18    I personally delivered the document(s) to the persons at these addresses:

19
20 _____    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is
21 in charge by leaving the document(s) in a conspicuous place in the office.

22    _____    For a party, delivery was made by handing the document(s) to the party or
23 by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

24    _____    d.    **By direct email (as opposed to through the ECF System)** *(List persons*
25 *and email addresses. Attach additional paper if necessary.)*

26    Based upon the written agreement of the parties to accept service by email or a court

27

28

order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

      **e.**    **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary.)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

      **f.**    **By messenger** *(List persons and addresses. Attach additional paper if necessary.)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service.)

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 14th day of July 2023.

                                                          GHANDI DEETER BLACKHAM

Laura Schnetzer                    /s/ Laura Schnetzer
                                        Employee of Ghandi Deeter Blackham