1  BRETT A. AXELROD, ESQ. (Nv Bar No. 5859)
2  JEANETTE E. MCPHERSON, ESQ. (Nv Bar No. 5423)
   NICHOLAS A. KOFFROTH, ESQ. (Nv Bar No. 16264)
3  ZACHARY T. WILLIAMS, ESQ. (Nv Bar No. 16023)
   **FOX ROTHSCHILD LLP**
4  1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
5  Telephone: 702-262-6899 / Facsimile: 702-597-5503
6  Email:  baxelrod@foxrothschild.com
           jmcpherson@foxrothschild.com
7           nkoffroth@foxrothschild.com
           zwilliams@foxrothschild.com
8  *Counsel for Debtor*

9  **UNITED STATES BANKRUPTCY COURT**

10  **DISTRICT OF NEVADA**

11  In re                                  Case No. BK-S-23-10423-MKN

12  CASH CLOUD, INC.,                      Chapter 11
    dba COIN CLOUD,
13                                         **STIPULATION WITH BROOKFIELD
                                           LANDLORDS TO CONTINUE HEARING ON
14                          Debtor.        MULTIPLE OMNIBUS MOTIONS FOR ENTRY
                                           OF ORDER APPROVING REJECTION OF
15                                         EXECUTORY CONTRACTS AND UNEXPIRED
                                           LEASES PURSUANT TO 11 U.S.C. § 365(a) FOR
16                                         BROOKFIELD LANDLORDS ONLY [ECF NOS.
                                           675, 681, 684, 690, 693, 696, AND 700]**
17

18                                         Old Hearing Date:   July 20, 2023
                                           Old Hearing Time:   10:30 a.m.
19
                                           **Continued Hearing Date:  July 27, 2023**
20                                         **Continued Hearing Time: 1:30 p.m.**

21         Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-

22  captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox

23  Rothschild LLP, and Brookfield Retail Properties, Inc. ("Brookfield Landlords"), by and through is

24  undersigned counsel, Kaempfer Crowell (collectively, the "Parties"), hereby enter into this *Stipulation*

25  *With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order*

26  *Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A)*

27  *For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* ("Stipulation").

28  / / /

147527330.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## RECITALS

WHEREAS, Debtor filed multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) on June 14, 2023, including those designated as the Ninth [ECF No. 675], Eleventh [ECF No. 681], Twelfth [ECF No. 684], Fourteenth [ECF No. 690], Fifteenth [ECF No. 693], Sixteenth ECF No. 696], and Seventeenth [ECF No. 700] Omnibus Motions (collectively, the "Omnibus Motions");

WHEREAS, the Brookfield Landlords filed a *Limited Objection Of Brookfield Landlords To Debtor's Omnibus Motions For Entry Of Orders Approving Rejection Of Unexpired Leases* [ECF 842] ("Limited Objection") on July 13, 2023;

WHEREAS, the hearing on the Omnibus Motions is set for July 20, 2023 at 10:30 a.m. ("Hearing Date");

WHEREAS, Brookfield Landlords have been negotiating with Heller Capital Group, LLC regarding the agreements subject to the Omnibus Motions, which negotiations have not been finalized;

WHEREAS, the Parties have agreed to continue the Hearing Date to July 27, 2023 at 1:30 p.m.

WHEREAS, the Parties have agreed to continue the deadline to reply to the Limited Objection to July 26, 2023 ("Reply Deadline").

## STIPULATION

NOW, THEREFORE, in consideration of the foregoing, the parties agree as follows:

1.    The Hearing Date is continued to July 27, 2023 at 1:30 p.m.; and

2.    The Reply Deadline is continued to July 26, 2023.

Dated this 14th day of July, 2023.　　　　　　　Dated this 14th day of July, 2023.

**FOX ROTHSCHILD LLP**　　　　　　　　　**KAEMPFER CROWELL**

By  /s/ Jeanette E. McPherson　　　　　　By  /s/ Louis Bubala III

　　JEANETTE E. MCPHERSON, ESQ.　　　　　LOUIS BUBALA III, ESQ.
　　BRETT A. AXELROD, ESQ.　　　　　　　50 W. Liberty Street, Suite 700
　　NICHOLAS A. KOFFROTH, ESQ.　　　　　Reno, Nevada 89501
　　ZACHARY T. WILLIAMS, ESQ.
　　1980 Festival Plaza Drive, Suite 700
　　Las Vegas, Nevada 89135

*Counsel for Debtor*　　　　　　　　　　*Counsel for Brookfield Retail Properties, Inc.*

147527330.1