BRETT A. AXELROD, ESQ. (Nv Bar No. 5859)
JEANETTE E. MCPHERSON, ESQ. (Nv Bar No. 5423)
NICHOLAS A. KOFFROTH, ESQ. (Nv Bar No. 16264)
ZACHARY T. WILLIAMS, ESQ. (Nv Bar No. 16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
　　　　jmcpherson@foxrothschild.com
　　　　nkoffroth@foxrothschild.com
　　　　zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>　　　　　　　　　　　Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br><br>**STIPULATION WITH WPG LEGACY, LLC TO EXTEND TIME TO RESPOND TO FOURTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND CONTINUE HEARING WITH REGARD TO WPG LEGACY, LLC ONLY**<br><br>Old Hearing Date: July 20, 2023<br>Old Hearing Time: 10:30 a.m.<br><br>**Continued Hearing Date: July 27, 2023**<br>**Continued Hearing Time: 1:30 p.m.** |

　　　　Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, and WPG Legacy, LLC ("WPG"), by and through is undersigned counsel, Frost Brown Todd LLP (collectively, the "Parties"), hereby enter into this *Stipulation With WPG Legacy, LLC To Extend Time To Respond To Debtor's Fourteenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Continue Hearing With Regard To WPG Legacy, LLC Only* ("Stipulation").

1

147522081.1

## RECITALS

WHEREAS, Debtor filed the *Fourteenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A)* [ECF 690] ("Fourteenth Omnibus Motion") on June 14, 2023;

WHEREAS, the hearing on the Fourteenth Omnibus Motion is set for July 20, 2023 at 10:30 a.m. ("Hearing Date");

WHEREAS, WPG has been negotiating with Heller Capital Group, LLC regarding the agreements subject to the Fourteenth Omnibus Motion, which negotiations have not been finalized;

WHEREAS, the Parties have agreed to continue the Hearing Date to July 27, 2023 at 1:30 p.m.

WHEREAS, the Parties have agreed to continue the response deadline to the Fourteenth Omnibus Motion to July 25, 2023 ("Response Deadline") and the reply deadline to July 26, 2023 ("Reply Deadline").

## STIPULATION

NOW, THEREFORE, in consideration of the foregoing, the parties agree as follows:

1. The Hearing Date is continued to July 27, 2023 at 1:30 p.m.;
2. The Response Deadline for WPG is continued to July 25, 2023; and
3. The Reply Deadline is continued to July 26, 2023.

Dated this 14th day of July, 2023.                             Dated this 14th day of July, 2023.

**FOX ROTHSCHILD LLP**                                          **FROST BROWN TODD LLP**

By  /s/ Jeanette E. McPherson                                  By /s/ Ronald E. Gold
JEANETTE E. MCPHERSON, ESQ.                                    RONALD E. GOLD, ESQ.
BRETT A. AXELROD, ESQ.                                         ERIN P. SEVERINI, ESQ.
NICHOLAS A. KOFFROTH, ESQ.                                     3300 Great American Tower
ZACHARY T. WILLIAMS, ESQ.                                      301 East Fourth Street
1980 Festival Plaza Drive, Suite 700                           Cincinnati, Ohio 45202
Las Vegas, Nevada 89135

*Counsel for Debtor*                                           *Counsel for WPG Legacy, LLC*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

147522081.1