BRETT A. AXELROD, ESQ. (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email:  baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                   Debtor. | Case No.  BK-23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING STIPULATION WITH WPG LEGACY, LLC TO EXTEND TIME TO RESPOND TO FOURTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND CONTINUE HEARING WITH REGARD TO WPG LEGACY, LLC ONLY** |

**PLEASE TAKE NOTICE** that on the 17th day of July, 2023, the Court entered an *Order Granting Stipulation With WPG Legacy, LLC To Extend Time To Respond To Debtor's Fourteenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Continue Hearing With Regard To WPG Legacy, LLC Only* [ECF 853], a copy of which is attached here.

Dated this 17th day of July, 2023.          **FOX ROTHSCHILD LLP**

                                          By:  /s/ Jeanette E. McPherson
                                              JEANETTE E. MCPHERSON, ESQ. (5423)
                                              BRETT A. AXELROD, ESQ. (5859)
                                              NICHOLAS A. KOFFROTH, ESQ. (16264)
                                              ZACHARY T. WILLIAMS, ESQ. (16023)
                                              1980 Festival Plaza Drive, Suite 700
                                              Las Vegas, Nevada 89135
                                              *Counsel for Debtor*

1

147569069.1




Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 17, 2023

___

BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email:  baxelrod@foxrothschild.com
        jmcpherson@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION WITH WPG LEGACY, LLC TO EXTEND TIME TO RESPOND TO FOURTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND CONTINUE HEARING WITH REGARD TO WPG LEGACY, LLC ONLY**<br><br>Old Hearing Date:  July 20, 2023<br>Old Hearing Time:  10:30 a.m.<br><br>**Continued Hearing Date:  July 27, 2023**<br>**Continued Hearing Time: 1:30 p.m.** |

1

147524789.1

The Court having read and considered the *Stipulation With WPG Legacy, LLC To Extend Time To Respond To Debtor's Fourteenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Continue Hearing With Regard To WPG Legacy, LLC Only* ("Stipulation"),[1] and good cause appearing therefor, it is hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that the Hearing Date is continued to July 27, 2023 at 1:30 p.m.; and it is further

ORDERED that the Response Deadline for WPG is continued to July 25, 2023; and it is further

ORDERED that the Reply Deadline is continued to July 26, 2023.

| Submitted by: | Approved by: |
|---|---|
| **FOX ROTHSCHILD LLP** | **FROST BROWN TODD, LLP** |
| By /s/ Jeanette E. McPherson | By /s/ Ronald E. Gold |
| JEANETTE E. MCPHERSON, ESQ.<br>BRETT A. AXELROD, ESQ.<br>NICHOLAS A. KOFFROTH, ESQ.<br>ZACHARY T. WILLIAMS, ESQ.<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135 | RONALD E. GOLD, ESQ.<br>ERIN P. SEVERINI, ESQ.<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, Ohio 45202 |
| *Counsel for Debtor* | *Counsel for WPG Legacy, LLC* |

###

---

[1] Capitalized terms used, but not defined herein, shall have the meaning ascribed to such terms in the Stipulation.

147524789.1