LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

Counsel for Interested Party
Brookfield Retail Properties, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

CASH CLOUD, INC.
  d/b/a COIN CLOUD,

            Debtor.

Case No.:   23-10423-MKN
Chapter 11

**CERTIFICATE OF SERVICE**

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of Kaempfer Crowell, that I am over the age of 18, and that I am not a party to the above-referenced case. I further certify that on Thursday, July 13, 2023, the following documents were filed and served as indicated below:

1. Limited Objection of Brookfield Landlords to Debtor's Omnibus Motions for Entry of Orders Approving Rejection of Unexpired Leases (Dkt. 842); and

2. Declaration of Delaney Clutts Supporting Limited Objection of Brookfield Landlords to Debtor's Omnibus Motions for Entry of Orders Approving Rejection of Unexpired Leases (Dkt. 843).

  X    **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States District Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

RYAN A. ANDERSEN on behalf of Interested Party LUIS FLORES

| | |
|---|---|
| 1 | ryan@aandblaw.com, tatiana@aandblaw.com; melissa@aandblaw.com; ecf-df8b00a4597e@ecf.pacerpro.com; valerie@aandblaw.com; |
| 2 | andersen.ryana.b117998@notify.bestcase.com |

3   BRETT A. AXELROD on behalf of Debtor / Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com; mwilson@foxrothschild.com;
4   arcdocketing@foxrothschild.com

5   LEW BRANDON, JR. on behalf of Attorney UNITED NATURAL FOODS, INC.
l.brandon@bsnv.law

6

7   OGONNA M. BROWN on behalf of Creditor / Defendant COLE KEPRO INTERNATIONAL, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com, dberhanu@lewisroca.com,
8   ombcalendar@lewisroca.com; jhess@lewisroca.com, klopez@lewisroca.com,
rcreswell@lewisroca.com

9

CHAPTER 11 - LV
10   USTPRegion17.lv.ecf@usdoj.gov

11   SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com
12

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
13   dcica@carlyoncica.com, nrodriguez@carlyoncica.com; crobertson@carlyoncica.com;
dmcica@gmail.com; dcica@carlyoncica.com; tosteen@carlyoncica.com;
14   3342887420@filings.docketbird.com

15   CRAIG P. DRUEHL on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
craig.druehl@dechert.com
16

17   ANNE FREELAND on behalf of Creditor AVT NEVADA, L.P.
atfreeland@michaelbest.com, knpowell@michaelbest.com; courtmail@michaelbest.com

18   NEDDA GHANDI on behalf of Creditor ROCKITCOIN, LLC
nedda@ghandilaw.com, lks@ghandilaw.com, nedda@ecf.inforuptcy.com;
19   r41525@notify.bestcase.com, shara@ghandilaw.com

20   RONALD E. GOLD on behalf of Creditor WPG LEGACY, LLC
rgold@fbtlaw.com, jkleisinger@fbtlaw.com; eseverini@fbtlaw.com; sbryant@ecf.courtdrive.com
21

22   MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc.
bankruptcy@goldguylaw.com, mariaa@goldguylaw.com; lauriea@goldguylaw.com;
23   amarisp@goldguylaw.com; kathrinev@goldguylaw.com

24   MARJORIE A. GUYMON on behalf of Creditor ARMONDO REDMOND
bankruptcy@goldguylaw.com, mariaa@goldguylaw.com; lauriea@goldguylaw.com;
amarisp@goldguylaw.com; kathrinev@goldguylaw.com

**KAEMPFER CROWELL**
50 West Liberty Street, Suite 700
Reno, Nevada 89501

19055.1

1  BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC
   bhiggins@blackwadhams.law, dmeeter@blackwadhams.law; mstallsworth@blackwadhams.law;
2  mdavis@blackwadhams.law

3  JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
   jmj@jimmersonlawfirm.com
4
   ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
5  rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com; docket_las@swlaw.com;
   sdugan@swlaw.com;jfung@swlaw.com
6
   BART K. LARSEN on behalf of Creditor Enigma Securities Limited
7  BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

8  TIMOTHY A LUKAS on behalf of Creditor Good 2 Go Stores LLC
   ecflukast@hollandhart.com
9
   JEANETTE E. MCPHERSON on behalf of Debtor / Plaintiff CASH CLOUD, INC., dba COIN
10 CLOUD
   JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com, ARCDocketing@foxrothschild.com
11
   STACY H RUBIN on behalf of Defendant / Interested Party LUX VENDING, LLC d/b/a
12 BITCOIN DEPOT
   srubin@nevadafirm.com, oswibies@nevadafirm.com; mholley@nevadafirm.com
13
   ADAM P. SCHWARTZ on behalf of Defendant / Interested Party LUX VENDING, LLC d/b/a
14 BITCOIN DEPOT
   aschwartz@carltonfields.com, amaranto@carltonfields.com
15
   BRIAN D. SHAPIRO on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
16 brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com; 6855036420@filings.docketbird.com

17 JAMES PATRICK SHEA on behalf of Creditor ENIGMA SECURITIES LIMITED
   jshea@shea.law, blarsen@shea.law; support@shea.law
18
   STRETTO
19 ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com, pacerpleadings@stretto.com

20 Jeffrey R. Sylvester on behalf of Interested Party CKDL CREDIT, LLC
   jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com
21
   RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.
22 rtucker@simon.com, rwoodruff@simon.com, cmartin@simon.com, ptropepe@simon.com

23 U.S. TRUSTEE - LV - 11
   USTPRegion17.lv.ecf@usdoj.gov
24

**KAEMPFER CROWELL**
50 West Liberty Street, Suite 700
Reno, Nevada 89501

19055.1

1  MAURICE VERSTANDIG on behalf of Creditor BRINK'S, INC.
   mac@mbvesq.com, lisa@mbvesq.com; verstandig.mauricer104982@notify.bestcase.com

2

3  ZACHARY WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
   zwilliams@foxrothschild.com, ARCDocketing@foxrothschild.com; ahosey@foxrothschild.com

4  STUART FREEMAN WILSON-PATTON
   stuart.wilson-patton@ag.tn.gov

5

6  RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
   rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com; bgrubb@mcdonaldcarano.com

7

      I declare under penalty of perjury that the foregoing is true and correct.

8

DATED:  Tuesday, July 18, 2023

9

                                                          By: */s/ Courtney L. Droessler*

10                                       Courtney Droessler
                                      An Employee of KAEMPFER CROWELL