Lew Brandon, Jr., NV Bar No. 5880
Brandon Smerber Law Firm
139 East Warm Springs Road
Las Vegas, NV 89119
Tel. (702) 380-0007
Fax. (702) 380-2964
l.brandon@bsnv.law

George R. Pitts
*Pro hac vice application pending.*
Birch Horton Bittner & Cherot, P.C.
1150 Connecticut Avenue, NW, Suite 350
Washington, DC 20036-4142
Tel: (202) 659-5800
Fax: (202) 659-1027
gpitts@bhb.com
*Counsel for United Natural Foods, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br><br>**WITHDRAWAL OF LIMITED RESPONSE TO DEBTOR'S AMENDED SEVENTEENTH OMNIBUS MOTION SEEKING REJECTION OF INDIVIDUAL DIGITAL CASH MACHINE CONTRACTS UNDER MASTER AGREEMENT DATED NOVEMBER 20, 2020, WITH UNITED NATURAL FOODS, INC.**<br><br>**Hearing Date: July 20, 2023**<br>**Time: 10:30 a.m.** |

United Natural Foods, Inc. ("UNFI") hereby WITHDRAWS its limited response [ECF No. 811] to the Debtor's amended seventeenth omnibus motion for entry of order approving rejection of executory contracts and leases [ECF No. 700], based upon the modifications to that motion and to the Debtor's Ninth Omnibus Motion for rejection of executory contracts [ECF No. 675], all as set forth in the Debtor's reply to UNFI's limited response [ECF No. 840].

DATED this 18th day of July 2023.

By: __Lewis Brandon, Jr._____
Lew Brandon, Jr. NV Bar No. 5880
Brandon Smerber Law Firm
139 East Warm Springs Road
Las Vegas, NV 89119
Tel. (702) 380-0007
Fax. (702) 380-2964
l.brandon@bsnv.law

George R. Pitts (DC Bar No. 417666)
Birch Horton Bittner & Cherot, P.C.
1150 Conn. Ave., NW, Suite 350
Washington, DC 20036-4142
Tel (202) 659-5800
Fax: (202) 659-1027
gpitts@bhb.com

*Counsel for United Natural Foods, Inc.*