Goldsmith & Guymon, P.C.
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Trangistics, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In Re:

CASH CLOUD, INC.,
dba COIN CLOUD,

    Debtor.

)  Case No. BK-23-10423-MKN
)  Chapter 11
)
)  DECLARATION OF DAVID MCGREW IN
)  SUPPORT OF REPLY IN SUPPORT OF
)  MOTION FOR APPROVAL OF
)  ADMINISTRATIVE CLAIM
)
)  Hearing date: July 20, 2023
)  Hearing time: 10:30 a.m.
)

I, **David McGrew**, first being sworn, declare and state:

    1.    I am over 18 years of age and not a party to this action. I have personal knowledge of the facts stated herein and if called, could competently testify to their truth.

    2.    I am vice-president of Trangistics, Inc., a creditor of the within Debtor, and I offer this declaration in support of Trangistics's motion, at ECF 652, to allow Proof of Claim no. 105 ("**POC 105**").

    3.    Trangistics initially agreed to provide shipping services to Debtor Cash Cloud, and toward that end Jeffrey Gordon, "CFO/COO" of the Debtor, signed a Trangistics "Credit Information Sheet" on behalf of Cash Cloud, with London Molina, who was head of logistics at Cash Cloud, as the primary contact. POC 105, at 2.

    4.    In or about February 2022 Molina contacted me. POC 105, at 7.

5. When he contacted me in February 2022, Molina stated a need to ship and temporarily store more than 1,300 Kiosks. POC 105, at 7.

6. After some negotiations, Cash Cloud and Trangistics reached an agreement for Trangistics to ship to and temporarily store approximately 914 Kiosks for Cash Cloud at a Warehouse in Sloan, Nevada controlled by Trangistics ("**Warehouse**"). POC 105, at 7.

7. The parties agreed to shipping of the Kiosks and two months of storage, for $95,850, with an additional two months of storage. POC 105, at 5-6.

8. The Warehouse benefits from 24/7 security and air-conditioning and, as such, preserves the Kiosks, which contain sensitive electronics.

9. On or about December 8, 2022 Molina contacted me, stating that he "need[ed]" to move "approximately 900" Kiosks to "to an undermined new location in [Las V]egas."

10. Molina and I negotiated some proposed details by email, but no further agreement was reached beyond that created by the parties' conduct. POC 105, at 8-10.

**I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct and was executed at Redmond, Oregon on the date above my signature.**

Dated: 7/18/2023 | 12:19 PM PDT

David McGrew

Page 2 of 2   DECLARATION OF DAVID MCGREW IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM

115636