DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

Goldsmith & Guymon, P.C.
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
mguymon@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Trangistics, Inc.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

CASH CLOUD, INC.,
dba COIN CLOUD,

        Debtor.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. BK-23-10423-MKN
Chapter 11

DECLARATION OF ANNE RUDINSKY IN
SUPPORT OF REPLY IN SUPPORT OF
MOTION FOR APPROVAL OF
ADMINISTRATIVE CLAIM

Hearing date: July 20, 2023
Hearing time: 10:30 a.m.

I, **Anne Rudinsky**, first being sworn, declare and state:

    1.    I am over 18 years of age and not a party to this action. I have personal knowledge of the facts stated herein and if called, could competently testify to their truth.

    2.    I am head of accounting at Trangistics, Inc., a creditor of the within Debtor, and I offer this declaration in support of Trangistics's motion, at ECF 652, to allow Proof of Claim no. 105.

    3.    Attached hereto as **Exhibit A** is a true and correct copy of a series of invoices sent by Trangistics to "Cash Coin," an apparent dba for Debtor Cash Cloud, Inc. These invoices were created by an accounting department employee whom I supervise, as a regular practice in the ordinary course of Trangistics's business.

    4.    The amount generally invoiced monthly for storing Debtor's Kiosks was $36,800.

Page 1 of 2    DECLARATION OF ANNE RUDINSKY IN SUPPORT OF REPLY IN
    SUPPORT OF MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM

115636

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

5.    **Exhibit A** includes invoices to Debtor for storage at warehouse space controlled by Trangistics beginning in March 2022. **Exhibit A** at 1-10, 14, 22, 27, 40, 65, 66.

6.    Attached hereto as **Exhibit B** is a true and correct copy of an accounts-receivable aging chart that my office drew up in the ordinary course of Trangistics's business to track and recover on Debtor's repeated failures to pay its invoices timely or at all.

7.    Debtor made one post-petition payment to Trangistics in the amount of $36,800 on or about April 7, 2023.

**I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct and was executed at Bertioga, State of São Paolo, Brazil on the date above my signature.**

Dated: 7/18/2023 | 12:36 PM PDT _____

*Anne K Rudinsky*
Anne Rudinsky

DECLARATION OF ANNE RUDINSKY IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM

115636

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# EXHIBIT A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

**TRAN**~~GISTICS~~

| Invoice # | 116139536 |
|---|---|
| **Invoice Date** | 7/14/2023 |
| **Pro Number** | |
| **Service Level** | Normal |
| **Paid Date:** | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/26/2023
Customer: Cash Coin Inc.
BOL Number: 116139536
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117
Contact person:
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Power House Las Vegas NV
561 Parkson Road
LAS VEGAS, NV 89101
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Unit | 1 | Warehouse Expenses for July 14K square feet Square Feet 0x0x0 in | No Class | 1,000 lbs |
| **1** | **1** | **TOTALS** | | **1,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| Pricing Changes: | User Generated Rate Quote: $0.00 |
| | Carrier Verified Rate: $38600.00 |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $38,600.00 | $38,600.00 |
| **Total Due** | | | $38,600.00 |
| **Amount Paid** | | | $(0.00) |
| **Balance Due** | | | $38,600.00 |

Shipment Documents
BOL        116139536 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**~~GISTICS~~

# INVOICE

| | |
|---|---|
| **Invoice #** | 115961783 |
| **Invoice Date** | 7/14/2023 |
| **Pro Number** | |
| **Service Level** | Normal |
| **Paid Date:** | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/1/2023
Customer: Cash Coin Inc.
BOL Number: 115961783
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117
Contact person:
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Power House Las Vegas NV
561 Parkson Road
LAS VEGAS, NV 89101
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Unit | 1 | Warehouse Expenses for June 14K square feet Square Feet 0x0x0 in | No Class | 1,000 lbs |
| **1** | **1** | **TOTALS** | | **1,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $38,600.00 | $38,600.00 |
| **Total Due** | | | $38,600.00 |
| **Amount Paid** | | | $(0.00) |
| **Balance Due** | | | $38,600.00 |

Shipment Documents
BOL      115961783 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| Invoice # | 115752292 |
|---|---|
| Invoice Date | 7/14/2023 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 5/5/2023
Customer: Cash Coin Inc.
BOL Number: 115752292
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117
Contact person:
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Power House Las Vegas NV
561 Parkson Road
LAS VEGAS, NV 89101
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Unit | 1 | Warehouse Expenses for May 14K square feet Square Feet 0x0x0 in | No Class | 1,000 lbs |
| **1** | **1** | **TOTALS** | | **1,000 lbs** |

**Shipment Data Audit**

This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $38,600.00 | $38,600.00 |
| Total Due | | | $38,600.00 |
| Amount Paid | | | $(0.00) |
| Balance Due | | | $38,600.00 |

Shipment Documents
BOL    115752292 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| Invoice # | 115582604 |
|---|---|
| Invoice Date | 4/26/2023 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 4/11/2023
Customer: Cash Coin Inc.
BOL Number: 115582604
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117
Contact person:
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Power House Las Vegas NV
561 Parkson Road
LAS VEGAS, NV 89101
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E-mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Unit | 1 | Warehouse Expenses for April 14K square feet Square Feet 0x0x0 in | No Class | 1,000 lbs |
| **1** | **1** | **TOTALS** | | **1,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $38,600.00 | $38,600.00 |
| **Total Due** | | | $38,600.00 |
| **Amount Paid** | | | $(0.00) |
| **Balance Due** | | | $38,600.00 |

Shipment Documents
BOL      115582604 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

| | |
|---|---|
| Invoice # | 115409040 |
| Invoice Date | 4/4/2023 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 3/13/2023
Customer: Cash Coin Inc.
BOL Number: 115409040
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117
Contact person:
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Power House Las Vegas NV
561 Parkson Road
LAS VEGAS, NV 89101
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Unit | 1 | Warehouse Expenses for March 14K square feet Square Feet 0x0x0 in | No Class | 1,000 lbs |
| **1** | **1** | **TOTALS** | | **1,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $38,600.00 | $38,600.00 |
| **Total Due** | | | $38,600.00 |
| **Amount Paid** | | | $(0.00) |
| **Balance Due** | | | $38,600.00 |

Shipment Documents
BOL        115409040 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**~~SISTICS~~

# INVOICE

| | |
|---|---|
| Invoice # | 115322636 |
| Invoice Date | 3/2/2023 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/27/2023
Customer: Cash Coin Inc.
BOL Number: 115322636
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117
Contact person:
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Power House Las Vegas NV
561 Parkson Road
LAS VEGAS, NV 89101
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Unit | 1 | Warehouse Expenses for February 14K square feet Square Feet 0x0x0 in | No Class | 1,000 lbs |
| **1** | **1** | **TOTALS** | | **1,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $38,600.00 | $38,600.00 |
| Total Due | | | $38,600.00 |
| Amount Paid | | | $(0.00) |
| Balance Due | | | $38,600.00 |

Shipment Documents
BOL        115322636 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

**.TRAN**GISTICS

| | |
|---|---|
| Invoice # | 115274438 |
| Invoice Date | 2/17/2023 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 1/1/2023
Customer: Cash Coin Inc.
BOL Number: 115274438
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117
Contact person:
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Power House Las Vegas NV
561 Parkson Road
LAS VEGAS, NV 89101
Contact person:
Phone:

**Destination Accessorials**
None

### Addtional Stop Details:

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Unit | 1 | Warehouse Expenses for January 14K square feet Square Feet 0x0x0 in | No Class | 1,000 lbs |
| **1** | **1** | **TOTALS** | | **1,000 lbs** |

### Shipment Data Audit

This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | User Generated Rate Quote: $0.00 Carrier Verified Rate: $38600.00 |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $38,600.00 | $38,600.00 |
| Total Due | | | $38,600.00 |
| Amount Paid | | | $(0.00) |
| Balance Due | | | $38,600.00 |

Shipment Documents
BOL    115274438 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

**TRAN**LISTICS

| Invoice # | 114910633 |
|---|---|
| Invoice Date | 12/13/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 12/12/2022
Customer: Cash Coin Inc.
BOL Number: 114910633
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117
Contact person:
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Power House Las Vegas NV
561 Parkson Road
LAS VEGAS, NV 89101
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Unit | 1 | Warehouse Expenses for December 14K Square Feet 0x0x0 in | No Class | 1,000 lbs |
| **1** | **1** | **TOTALS** | | **1,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $38,600.00 | $38,600.00 |
| Total Due | | | $38,600.00 |
| Amount Paid | | | $(0.00) |
| Balance Due | | | $38,600.00 |

Shipment Documents
BOL        114910633 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN** ~~GISTICS~~

# INVOICE

| | |
|---|---|
| **Invoice #** | 114753444 |
| **Invoice Date** | 11/15/2022 |
| **Pro Number** | |
| **Service Level** | Normal |
| **Paid Date:** | 4/7/2023 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 11/15/2022
Customer: Cash Coin Inc.
BOL Number: 114753444
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117
Contact person:
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Power House Las Vegas NV
561 Parkson Road
LAS VEGAS, NV 89101
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Unit | 1 | Warehouse Expenses for November 14K Square Feet 0x0x0 in | No Class | 1,000 lbs |
| 1 | 1 | **TOTALS** | | **1,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $38,600.00 | $38,600.00 |
| **Total Due** | | | $38,600.00 |
| **Amount Paid** | | | $(38,600.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL       114753444 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

| | |
|---|---|
| Invoice # | 114511587 |
| Invoice Date | 10/12/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 3/20/2023 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 10/3/2022
Customer: Cash Coin Inc.
BOL Number: 114511587
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117
Contact person:
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Power House Las Vegas NV
561 Parkson Road
LAS VEGAS, NV 89101
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Unit | 1 | Warehouse Expenses for October 14K Square Feet 0x0x0 in | No Class | 1,000 lbs |
| **1** | **1** | **TOTALS** | | **1,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $38,600.00 | $38,600.00 |
| Total Due | | | $38,600.00 |
| Amount Paid | | | $(38,600.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL    114511587 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| | |
|---|---|
| **Invoice #** | 114244287 |
| **Invoice Date** | 9/22/2022 |
| **Pro Number** | 50996134 |
| **Service Level** | Normal |
| **Paid Date:** | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 9/11/2022
Customer: Cash Coin Inc.
BOL Number: 114244287
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin HQ
10190 Covington Cross
LAS VEGAS, NV 89144
Contact person: Dean Lefert
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Deadline Construction
19475 Alford Road
Magnolia, TX 77355
Contact person: Chuck
Phone: (281) 743-4726

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 6 Pallet | 16 | Full Skids 0x0x0 in | No Class | 2,300 lbs |
| 1 Pallet | 14 | Individual Pallets 0x0x0 in | No Class | 400 lbs |
| **7** | **30** | **TOTALS** | | **2,700 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| **Fuel** | 1.00 | $0.00 | $0.00 |
| **Linehaul** | 1.00 | $1,816.00 | $1,816.00 |
| **Total Due** | | | $1,816.00 |
| **Amount Paid** | | | $(0.00) |
| **Balance Due** | | | $1,816.00 |

Shipment Documents
BOL    114244287 - BOL
POD    114244287 - 50996134-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**~~GISTICS~~

# INVOICE

| Invoice # | 114244290 |
|---|---|
| Invoice Date | 9/22/2022 |
| Pro Number | 50996226 |
| Service Level | Normal |
| Paid Date: | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 9/11/2022
Customer: Cash Coin Inc.
BOL Number: 114244290
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
CCHQ
10190 Covington crosss
LAS VEGAS, NV 89144
Contact person:
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Tamarack C/O Ready office furniture
1515 N kraemer Blvd Unit H
ANAHEIM, CA 92806
Contact person: Justin Schaner
Phone: (714) 222-8803

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Pallet | 13 | Individual pallets 0x0x0 in | No Class | 400 lbs |
| 7 Pallet | 16 | Full Skids 0x0x0 in | No Class | 2,660 lbs |
| **8** | **29** | **TOTALS** | | **3,060 lbs** |

**Shipment Data Audit**

This section compares user entered data at the time of booking to verified data reported by the carrier at the time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $1,341.00 | $1,341.00 |
| **Total Due** | | | $1,341.00 |
| **Amount Paid** | | | $(0.00) |
| **Balance Due** | | | $1,341.00 |

Shipment Documents
BOL   114244290 - BOL
POD   114244290 - 50996226-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

*.TRAN*GISTICS

# INVOICE

| | |
|---|---|
| **Invoice #** | 114244286 |
| **Invoice Date** | 9/22/2022 |
| **Pro Number** | 50995046 |
| **Service Level** | Normal |
| **Paid Date:** | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 9/11/2022
Customer: Cash Coin Inc.
BOL Number: 114244286
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cach coin HQ
10190 Covington cross
LAS VEGAS, NV 89144
Contact person: Dean Leffert
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Bucks moving and storage
2011 Avenue C
LUBBOCK, TX 79404
Contact person: Todd Buckner
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E-mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 7 Pallet | 16 | Pallets 0x0x0 in | No Class | 2,660 lbs |
| 1 Pallet | 6 | Individual 0x0x0 in | No Class | 200 lbs |
| **8** | **22** | **TOTALS** | | **2,860 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| **Fuel** | 1.00 | $0.00 | $0.00 |
| **Linehaul** | 1.00 | $1,910.00 | $1,910.00 |
| **Total Due** | | | $1,910.00 |
| **Amount Paid** | | | $(0.00) |
| **Balance Due** | | | $1,910.00 |

Shipment Documents
BOL   114244286 - BOL
POD   114244286 - 50995046-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN** LOGISTICS

# INVOICE

| | |
|---|---|
| Invoice # | 114257869 |
| Invoice Date | 9/14/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 3/13/2023 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 9/13/2022
Customer: Cash Coin Inc.
BOL Number: 114257869
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117
Contact person:
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Power House Las Vegas NV
561 Parkson Road
LAS VEGAS, NV 89101
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Unit | 1 | Warehouse Expenses for September 14K Square Feet 0x0x0 in | No Class | 1,000 lbs |
| **1** | **1** | **TOTALS** | | **1,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $38,600.00 | $38,600.00 |
| **Total Due** | | | **$38,600.00** |
| Amount Paid | | | $(38,600.00) |
| **Balance Due** | | | **$0.00** |

Shipment Documents
BOL        114257869 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

.TRAN~~JISTICS~~

# INVOICE

| Invoice # | 114189179 |
|---|---|
| Invoice Date | 9/14/2022 |
| Pro Number | 50862325 |
| Service Level | Normal |
| Paid Date: | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 8/30/2022
Customer: Cash Coin Inc.
BOL Number: 114189179
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
None

**Shipment Destination:**
HL Distribution
1065 Texan Trail Road
Grapevine, TX 76051
Contact person: Guatam Abbot
Phone: (817) 876-4501

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 156 Pallet | 1 | Pallets Only Shrink Warapped 0x0x0 in | No Class | 3,808 lbs |
| **156** | **1** | **TOTALS** | | **3,808 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $3,425.00 | $3,425.00 |
| **Total Due** | | | $3,425.00 |
| Amount Paid | | | $(0.00) |
| **Balance Due** | | | $3,425.00 |

Shipment Documents
BOL    114189179 - BOL
POD    114189179 - 50862325-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

## INVOICE

.TRAN ISTICS

| Invoice # | 114189155 |
|---|---|
| Invoice Date | 9/14/2022 |
| Pro Number | 50862349 |
| Service Level | Normal |
| Paid Date: | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 8/30/2022
Customer: Cash Coin Inc.
BOL Number: 114189155
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
None

**Shipment Destination:**
Lanigan Moving & Storage
1870 Airways Boulevard
Memphis, TN 38114
Contact person: Johnny Lyne
Phone: (901) 744-7070

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 18 Pallet | 1 | Pallets Only Shrink Warapped 0x0x0 in | No Class | 350 lbs |
| **18** | **1** | **TOTALS** | | **350 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| Pricing Changes: | ✔ No Changes |
|---|---|
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $1,020.00 | $1,020.00 |
| **Total Due** | | | $1,020.00 |
| Amount Paid | | | $(0.00) |
| **Balance Due** | | | $1,020.00 |

Shipment Documents
BOL      114189155 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| Invoice # | 114189133 |
|---|---|
| Invoice Date | 9/14/2022 |
| Pro Number | 50862227 |
| Service Level | Normal |
| Paid Date: | 11/4/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 8/29/2022
Customer: Cash Coin Inc.
BOL Number: 114189133
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
None

**Shipment Destination:**
Allstar Moving
1600 1st St NW
Albuquerque, NM 87102
Contact person: Cris Lucero
Phone: (505) 888-1007

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1]<br>[ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2]<br>[ADDITIONAL_STOPS.ADDRESS.CITY],<br>[ADDITIONAL_STOPS.ADDRESS.STATE]<br>[ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone:<br>[ADDITIONAL_STOPS.PHONE]<br>E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 44 Pallet | 1 | Pallets Only Shrink Warapped 0x0x0 in | No Class | 784 lbs |
| **44** | **1** | **TOTALS** | | **784 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $825.00 | $825.00 |
| **Total Due** | | | $825.00 |
| **Amount Paid** | | | $(825.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL    114189133 - BOL
POD    114189133 - 50862227-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

| | |
|---|---|
| Invoice # | 114189073 |
| Invoice Date | 9/14/2022 |
| Pro Number | 50862390 |
| Service Level | Normal |
| Paid Date: | 11/4/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 8/29/2022
Customer: Cash Coin Inc.
BOL Number: 114189073
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
None

**Shipment Destination:**
Maloney Moving & Storage
1420 Sams Ave Ste A-1, B-1
New Orleans, LA 70123
Contact person: Cynthia Carmadelle
Phone: (504) 948-6683

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 20 Pallet | 1 | Pallets Only Shrink Warapped 0x0x0 in | No Class | 476 lbs |
| **20** | **1** | **TOTALS** | | **476 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $925.00 | $925.00 |
| **Total Due** | | | $925.00 |
| **Amount Paid** | | | $(925.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL    114189073 - BOL
POD    114189073 - POD.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**LISTICS

# INVOICE

| | |
|---|---|
| **Invoice #** | 114188449 |
| **Invoice Date** | 9/14/2022 |
| **Pro Number** | 50895339 |
| **Service Level** | Normal |
| **Paid Date:** | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 8/30/2022
Customer: Cash Coin Inc.
BOL Number: 114188449
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
None

**Shipment Destination:**
Diversified Warehouse Inc
241 S Grandview Ave
ODESSA, TX 79761
Contact person: Gabby
Phone: (432) 332-0416

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Pallet | 1 | 36x32x60 0x0x0 in | No Class | 288 lbs |
| 6 Pallet | 1 | 36x32x79 0x0x0 in | No Class | 2,280 lbs |
| **7** | **2** | **TOTALS** | | **2,568 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| **Detail** | **Quantity** | **Rate** | **Total** |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $2,003.00 | $2,003.00 |
| **Total Due** | | | $2,003.00 |
| **Amount Paid** | | | $(0.00) |
| **Balance Due** | | | $2,003.00 |

Shipment Documents
BOL    114188449 - BOL
POD    114188449 - 50895339-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN** *GISTICS*

# INVOICE

| Invoice # | 114188355 |
|---|---|
| Invoice Date | 9/14/2022 |
| Pro Number | 50895388 |
| Service Level | Normal |
| Paid Date: | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 8/30/2022
Customer: Cash Coin Inc.
BOL Number: 114188355
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
None

**Shipment Destination:**
Coast 2 Coast
6557 Garden rd suite 14
WEST PALM BEACH, FL 33404
Contact person: Brandon Allen
Phone: (561) 632-1443

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | | Class | Weight |
|---|---|---|---|---|---|
| 1 Pallet | 1 | 36x32x40 0x0x0 in | | No Class | 192 lbs |
| 1 Pallet | 1 | 36x32x79 0x0x0 in | | No Class | 380 lbs |
| **2** | **2** | | **TOTALS** | | **572 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $1,645.00 | $1,645.00 |
| **Total Due** | | | $1,645.00 |
| **Amount Paid** | | | $(0.00) |
| **Balance Due** | | | $1,645.00 |

**Shipment Documents**
BOL   114188355 - BOL
POD   114188355 - 50895388-POD-1.pdf

**Thank you for using Trangistics, Inc.**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN** LOGISTICS

# INVOICE

| Invoice # | 114188106 |
|---|---|
| Invoice Date | 9/14/2022 |
| Pro Number | 50895530 |
| Service Level | Normal |
| Paid Date: | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 8/30/2022
Customer: Cash Coin Inc.
BOL Number: 114188106
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
None

**Shipment Destination:**
Central moving Lanza trucking
2002 Directors row
ORLANDO, FL 32809
Contact person: Angel
Phone: (516) 376-9729

**Destination Accessorials**
None

**Adtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 4 Pallet | 1 | 36x32x79 0x0x0 in | No Class | 1,520 lbs |
| 1 Pallet | 1 | 36x32x65 0x0x0 in | No Class | 312 lbs |
| **5** | **2** | **TOTALS** | | **1,832 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $2,998.00 | $2,998.00 |
| Total Due | | | $2,998.00 |
| Amount Paid | | | $(0.00) |
| Balance Due | | | $2,998.00 |

Shipment Documents
BOL    114188106 - BOL
POD    114188106 - 50895530-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| | |
|---|---|
| **Invoice #** | 114054970 |
| **Invoice Date** | 8/11/2022 |
| **Pro Number** | |
| **Service Level** | Normal |
| **Paid Date:** | 3/3/2023 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 8/11/2022
Customer: Cash Coin Inc.
BOL Number: 114054970
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117
Contact person:
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Power House Las Vegas NV
561 Parkson Road
LAS VEGAS, NV 89101
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | [ADDITIONAL_STOPS.PHONE] E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Unit | 1 | Warehouse Expenses (August) 31 Day 14K Square Feet 0x0x0 in | No Class | 1,000 lbs |
| **1** | **1** | **TOTALS** | | **1,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $38,600.00 | $38,600.00 |
| **Total Due** | | | $38,600.00 |
| **Amount Paid** | | | $(38,600.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL        114054970 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

**_TRAN_**GISTICS

| | |
|---|---|
| **Invoice #** | 113883839 |
| **Invoice Date** | 7/28/2022 |
| **Pro Number** | |
| **Service Level** | Normal |
| **Paid Date:** | 11/4/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 7/22/2022
Customer: Cash Coin Inc.
BOL Number: 113883839
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
SNS Installations
833 W Crowther Ave
PLACENTIA, CA 92870
Contact person:
Phone:

**Shipment Destination:**
Cash Coin HQ
10190 Covington Cross
LAS VEGAS, NV 89144
Contact person: Jon Decker
Phone:

**Origin Accessorials**
None

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 12 Pallet | 1 | 36x32x72 0x0x0 in | No Class | 4,800 lbs |
| **12** | **1** | **TOTALS** | | **4,800 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified
data reported by the carrier at time of invoicing. No Change means that the
audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate
on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $1,500.00 | $1,500.00 |
| **Total Due** | | | $1,500.00 |
| **Amount Paid** | | | $(1,500.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL    113883839 - BOL
POD    113883839 - PODCAtoNV1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

**.TRAN**LOGISTICS

| Invoice # | 113946691 |
| Invoice Date | 7/28/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 11/4/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 7/25/2022
Customer: Cash Coin Inc.
BOL Number: 113946691
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Lile International
20427 87th Avenue South
KENT, WA 98031
Contact person: Akeem Goodjoint
Phone: (253) 872-2222 ext. 4663

**Origin Accessorials**
None

**Shipment Destination:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 2 Pallet | 1 | 48" X 40" X 36" 0x0x0 in | No Class | 400 lbs |
| 18 Pallet | 1 | 36" X 32" X 72 0x0x0 in | No Class | 8,000 lbs |
| **20** | **2** | **TOTALS** | | **8,400 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| Pricing | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $4,290.00 | $4,290.00 |
| **Total Due** | | | **$4,290.00** |
| **Amount Paid** | | | $(4,290.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL    113946691 - BOL
POD    113946691 - PODWATONV.jpg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| | |
|---|---|
| **Invoice #** | 113855484 |
| **Invoice Date** | 7/28/2022 |
| **Pro Number** | 50393158 |
| **Service Level** | Normal |
| **Paid Date:** | 11/4/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 7/14/2022
Customer: Cash Coin Inc.
BOL Number: 113855484
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Secure Technicians Inc
1525 S Blount Street
Raleigh, NC 27603
Contact person: David Raff
Phone: (704) 578-2147

**Origin Accessorials**
None

**Shipment Destination:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E-mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 4 Pallet | 1 | ATM;s 36x32x72 0x0x0 in | No Class | 1,600 lbs |
| **4** | **1** | **TOTALS** | | **1,600 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| **Fuel** | 1.00 | $0.00 | $0.00 |
| **Linehaul** | 1.00 | $1,875.00 | $1,875.00 |
| **Total Due** | | | $1,875.00 |
| **Amount Paid** | | | $(1,875.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL   113855484 - BOL
POD   113855484 - 50393158-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN** ~~LOGISTICS~~

# INVOICE

| Invoice # | 113795463 |
|---|---|
| Invoice Date | 7/19/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 7/11/2022
Customer: Cash Coin Inc.
BOL Number: 113795463
PO Reference:
Shipper Number:
Delivered: 7/12/2022 1:20 PM
Delivery Signed By:

**Shipment Origin:**
Secure Technicians Inc
1525 S Blount Street
Raleigh, NC 27603
Contact person: David Raff
Phone: (704) 578-2147

**Origin Accessorials**
None

**Shipment Destination:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 19 Pallet | 1 | ATM;s 36x32x72 0x0x0 in | No Class | 7,600 lbs |
| **19** | **1** | **TOTALS** | | **7,600 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified
data reported by the carrier at time of invoicing. No Change means that the
audited values have not been changed.

| Pricing Changes: | ✔ No Changes |
|---|---|
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate
on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $6,250.00 | $6,250.00 |
| **Total Due** | | | $6,250.00 |
| **Amount Paid** | | | $(0.00) |
| **Balance Due** | | | $6,250.00 |

Shipment Documents
| BOL | 113795463 - BOL |
|---|---|
| POD | 113795463 - POD.jpg |

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**~~LOGISTICS~~

# INVOICE

| | |
|---|---|
| **Invoice #** | 113845901 |
| **Invoice Date** | 7/13/2022 |
| **Pro Number** | |
| **Service Level** | Normal |
| **Paid Date:** | 12/21/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 7/12/2022
Customer: Cash Coin Inc.
BOL Number: 113845901
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117
Contact person:
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Power House Las Vegas NV
561 Parkson Road
LAS VEGAS, NV 89101
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Unit | 1 | Warehouse Expenses (July) 30 Day 14K Square Feet 0x0x0 in | No Class | 1,000 lbs |
| **1** | **1** | **TOTALS** | | **1,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $38,600.00 | $38,600.00 |
| **Total Due** | | | $38,600.00 |
| **Amount Paid** | | | $(30,000.00) |
| **Balance Due** | | | $8,600.00 |

Shipment Documents
BOL    113845901 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

*.TRAN*GISTICS

# INVOICE

| | |
|---|---|
| **Invoice #** | 113787139 |
| **Invoice Date** | 7/6/2022 |
| **Pro Number** | |
| **Service Level** | Normal |
| **Paid Date:** | 12/2/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/29/2022
Customer: Cash Coin Inc.
BOL Number: 113787139
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
SNS Installations
833 W. Crowther Ave
PLACENTIA, CA 92870
Contact person: Marcos
Phone: (281) 520-1480

**Origin Accessorials**
None

**Shipment Destination:**
Lanza Trucking Installation Services
116 Magnolia Ave (enter on Garden st 1 block east)
Westbury, NY 11590
Contact person: Angel Lanza
Phone: (516) 376-9729

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1]<br>[ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2]<br>[ADDITIONAL_STOPS.ADDRESS.CITY],<br>[ADDITIONAL_STOPS.ADDRESS.STATE]<br>[ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone:<br>[ADDITIONAL_STOPS.PHONE]<br>E-mall: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 24 Pallet | 1 | ATM's 36x32x72 0x0x0 in | No Class | 9,600 lbs |
| **24** | **1** | **TOTALS** | | **9,600 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| **Fuel** | 1.00 | $0.00 | $0.00 |
| **Linehaul** | 1.00 | $7,600.00 | $7,600.00 |
| **Total Due** | | | $7,600.00 |
| **Amount Paid** | | | $(7,600.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL    113787139 - BOL
POD    113787139 - IMG_0423.jpg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

| | |
|---|---|
| **Invoice #** | 113707242 |
| **Invoice Date** | 7/1/2022 |
| **Pro Number** | 50040104 |
| **Service Level** | Normal |
| **Paid Date:** | 11/4/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/22/2022
Customer: Cash Coin Inc.
BOL Number: 113707242
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Lanigan Moving & Storage
1870 Airways Boulevard
Memphis, TN 38114
Contact person: Johnny Lyne
Phone: (901) 744-7070

**Origin Accessorials**
None

**Shipment Destination:**
Secure Technicians Inc
1525 S Blount Street
Raleigh, NC 27603
Contact person: David Raff
Phone: (704) 578-2147

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 3 Pallet | 1 | 36" X 32" X 72: 0x0x0 in | No Class | 1,200 lbs |
| **3** | **1** | **TOTALS** | | **1,200 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $819.00 | $819.00 |
| **Total Due** | | | $819.00 |
| **Amount Paid** | | | $(819.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL    113707242 - BOL
POD    113707242 - 50040104-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

**.TRAN** GISTICS

| Invoice # | 113707153 |
|---|---|
| Invoice Date | 7/1/2022 |
| Pro Number | 50040324 |
| Service Level | Normal |
| Paid Date: | 11/4/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/22/2022
Customer: Cash Coin Inc.
BOL Number: 113707153
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Lanigan Worldwide Moving & Warehousing
1870 Airways Blvd
MEMPHIS, TN 38114
Contact person: Johnny Lyne
Phone: (901) 744-7070

**Origin Accessorials**
None

**Shipment Destination:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 400 lbs |
| **1** | **1** | **TOTALS** | | **400 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $819.00 | $819.00 |
| Total Due | | | $819.00 |
| Amount Paid | | | $(819.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL    113707153 - BOL
POD    113707153 - 50040324-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

.TRAN*gistics*

# INVOICE

| Invoice # | 113693865 |
|---|---|
| Invoice Date | 7/1/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 12/2/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/21/2022
Customer: Cash Coin Inc.
BOL Number: 113693865
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Work-A-Haulix, LLC
4100Eastmoor Road
LOUISVILLE, KY 40218
Contact person: Scott Fitzugh
Phone: (502) 451-8601

**Origin Accessorials**
None

**Shipment Destination:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 16 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 6,400 lbs |
| **16** | **1** | **TOTALS** | | **6,400 lbs** |

**Shipment Data Audit**

This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $6,350.00 | $6,350.00 |
| **Total Due** | | | $6,350.00 |
| Amount Paid | | | $(6,350.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL   113693865 - BOL
POD   113693865 - POD113693865.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

.TRAN·····ISTICS

# INVOICE

| Invoice # | 113513680 |
|---|---|
| Invoice Date | 7/1/2022 |
| Pro Number | 49946776 |
| Service Level | Normal |
| Paid Date: | 11/18/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/15/2022
Customer: Cash Coin Inc.
BOL Number: 113513680
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Metcalf Moving & Storage
1255 Highway 36 E
SAINT PAUL, MN 55109
Contact person:
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Lile International
20247 8th Avenue S
KENT, WA 98031
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 10 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 4,000 lbs |
| **10** | **1** | **TOTALS** | | **4,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| **Detail** | **Quantity** | **Rate** | **Total** |
| **Fuel** | 1.00 | $0.00 | $0.00 |
| **Linehaul** | 1.00 | $4,332.00 | $4,332.00 |
| **Total Due** | | | $4,332.00 |
| **Amount Paid** | | | $(4,332.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL    113513680 - BOL
POD    113513680 - 49946776-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| Invoice # | 113586640 |
|---|---|
| Invoice Date | 6/22/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 8/1/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/17/2022
Customer: Cash Coin Inc.
BOL Number: 113586640
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Sloan Warehouse
13850 S Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Shipment Destination:**
Sloan Warehouse
13850 S Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Origin Accessorials**
None

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| Drop | Coin Cloud HQ | 10190 Covington Cross Dr Las Vegas, NV 89144 | Matt Allen | Phone: +17024976998 E-mail: |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 24 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 9,600 lbs |
| 24 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 9,600 lbs |
| **48** | **2** | **TOTALS** | | **19,200 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| Pricing | | | | |
|---|---|---|---|---|
| Detail | Quantity | Rate | Total | |
| Fuel | 1.00 | $0.00 | $0.00 | |
| Linehaul | 1.00 | $650.00 | $650.00 | |
| **Total Due** | | | $650.00 | |
| Amount Paid | | | $(650.00) | |
| **Balance Due** | | | $0.00 | |

| Pricing Changes: | ✔ No Changes |
|---|---|
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

Shipment Documents
BOL      113586640 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

.TRANGISTICS

# INVOICE

| Invoice # | 113701978 |
|---|---|
| Invoice Date | 6/22/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date | 8/1/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/22/2022
Customer: Cash Coin Inc.
BOL Number: 113701978
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
None

**Shipment Destination:**
Sloan Warehouse
13850 S Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 24 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 9,600 lbs |
| **24** | **1** | **TOTALS** | | **9,600 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | | Pricing | | |
|---|---|---|---|---|
| | **Detail** | **Quantity** | **Rate** | **Total** |
| Pricing Changes: | ✔ No Changes | Fuel | 1.00 | $0.00 | $0.00 |
| Accessorial Changes: | ✔ No Changes | Linehaul | 1.00 | $650.00 | $650.00 |
| Weight Changes: | ✔ No Changes | **Total Due** | | | $650.00 |
| Shipping Location Changes: | ✔ No Changes | **Amount Paid** | | | $(650.00) |
| Freight Class Changes: | ✔ No Changes | **Balance Due** | | | $0.00 |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

Shipment Documents
BOL   113701978 - BOL
POD   113701978 - POD113701978.jpeg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

| | |
|---|---|
| Invoice # | 113691683 |
| Invoice Date | 6/22/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 8/1/2022 |

**.TRAN**GISTICS

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/20/2022
Customer: Cash Coin Inc.
BOL Number: 113691683
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
None

**Shipment Destination:**
Sloan Warehouse
13850 S Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 24 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 9,600 lbs |
| **24** | **1** | **TOTALS** | | **9,600 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $600.00 | $600.00 |
| Total Due | | | $600.00 |
| Amount Paid | | | $(600.00) |
| Balance Due | | | $0.00 |

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Shipment Documents**
BOL   113691683 - BOL
POD   113691683 - POD113691683.jpeg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

**.TRAN**GISTICS

| | |
|---|---|
| **Invoice #** | 113505465 |
| **Invoice Date** | 6/22/2022 |
| **Pro Number** | |
| **Service Level** | Normal |
| **Paid Date:** | 8/1/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/15/2022
Customer: Cash Coin Inc.
BOL Number: 113505465
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Sloan Warehouse
13850 S Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Sloan Warehouse
13850 S Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| Drop | Coin Cloud HQ | 10190 Covington Cross Dr<br>Las Vegas, NV<br>89144 | Matt Allen | Phone: +17024976998<br>E-mail: |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 24 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 9,600 lbs |
| 24 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 9,600 lbs |
| **48** | **2** | **TOTALS** | | **19,200 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | | | Pricing | | |
|---|---|---|---|---|---|
| | | **Detail** | **Quantity** | **Rate** | **Total** |
| Pricing Changes: | ✔ No Changes | Fuel | 1.00 | $0.00 | $0.00 |
| Accessorial Changes: | ✔ No Changes | Linehaul | 1.00 | $650.00 | $650.00 |
| Weight Changes: | ✔ No Changes | **Total Due** | | | **$650.00** |
| Shipping Location Changes: | ✔ No Changes | **Amount Paid** | | | $(650.00) |
| Freight Class Changes: | ✔ No Changes | **Balance Due** | | | **$0.00** |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Shipment Documents**
BOL    113505465 - BOL
POD    113505465 - POD113505465.jpg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**TRANGISTICS**

# INVOICE

| Invoice # | 113695352 |
|---|---|
| Invoice Date | 6/22/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 8/1/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/21/2022
Customer: Cash Coin Inc.
BOL Number: 113695352
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Sloan Warehouse
13850 S Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Shipment Destination:**
Sloan Warehouse
13850 S Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Origin Accessorials**
None

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| Drop | Coin Cloud HQ | 10190 Covington Cross Dr Las Vegas, NV 89144 | Matt Allen | Phone: +17024976998 E-mail: |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 12 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 8,000 lbs |
| 12 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 8,000 lbs |
| **24** | **2** | **TOTALS** | | **16,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | Pricing | | |
|---|---|---|---|
| **Detail** | **Quantity** | **Rate** | **Total** |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $650.00 | $650.00 |
| **Total Due** | | | **$650.00** |
| **Amount Paid** | | | **$(650.00)** |
| **Balance Due** | | | **$0.00** |

| Pricing Changes: | ✔ No Changes |
|---|---|
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Shipment Documents**
BOL    113695352 - BOL
POD    113695352 - POD113695352.jpg

**Thank you for using Trangistics, Inc.**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRANGISTICS**

# INVOICE

| Invoice # | 113505474 |
| Invoice Date | 6/22/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 12/2/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/17/2022
Customer: Cash Coin Inc.
BOL Number: 113505474
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coast to Coast
6557 Garden Rd. Ste. 14
Riviera Beach, FL 33404
Contact person: Brandon Allen
Phone: (561) 632-1443

**Origin Accessorials**
Liftgate

**Shipment Destination:**
Lanza Trucking Installation Services
116 Magnolia AVE
Westbury, NY 11590
Contact person: Angel Lanza
Phone: (516) 376-9729

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 22 Pallet | 1 | ATM Kiosks 36x32x72 0x0x0 in | No Class | 8,800 lbs |
| **22** | **1** | **TOTALS** | | **8,800 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $3,500.00 | $3,500.00 |
| Total Due | | | $3,500.00 |
| Amount Paid | | | $(3,500.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL   113505474 - BOL
POD   113505474 - 20220619_161522.jpg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

| | |
|---|---|
| Invoice # | 113487715 |
| Invoice Date | 6/22/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 12/2/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/14/2022
Customer: Cash Coin Inc.
BOL Number: 113487715
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Great Plains / RSI
22700 E I-76 Frontage Rd Suite 100
Brighton, CO 80603
Contact person: Jeff Warner
Phone: (303) 472-7490

**Origin Accessorials**
None

**Shipment Destination:**
Lanza Trucking Installation Services
116 Magnolia AVE
Westbury, NY 11590
Contact person: Angel Lanza
Phone: (516) 376-9729

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 15 Pallet | 1 | ATM's 36x32x72 0x0x0 in | No Class | 6,000 lbs |
| **15** | **1** | **TOTALS** | | **6,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $4,400.00 | $4,400.00 |
| **Total Due** | | | **$4,400.00** |
| Amount Paid | | | $(4,400.00) |
| **Balance Due** | | | **$0.00** |

Shipment Documents
BOL    113487715 - BOL
POD    113487715 - POD7715.jpeg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

| Invoice # | 113485901 |
|---|---|
| Invoice Date | 6/21/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 8/17/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/1/2022
Customer: Cash Coin Inc.
BOL Number: 113485901
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117
Contact person:
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Power House Las Vegas NV
561 Parkson Road
LAS VEGAS, NV 89101
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Unit | 1 | Warehouse Expenses (June) 30 Day 14K Square Feet 0x0x0 in | No Class | 1,000 lbs |
| **1** | **1** | **TOTALS** | | **1,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | | |
|---|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $43,000.00 | $43,000.00 |
| Total Due | | | $43,000.00 |
| Amount Paid | | | $(43,000.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL        113485901 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN** *LOGISTICS*

# INVOICE

| Invoice # | 113434976 |
|---|---|
| Invoice Date | 6/21/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 8/1/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/13/2022
Customer: Cash Coin Inc.
BOL Number: 113434976
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Sloan Warehouse
13850 S Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Sloan Warehouse
13850 S Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| Drop | Coin Cloud HQ | 10190 Covington Cross Dr Las Vegas, NV 89144 | Matt Allen | Phone: +17024976998 E-mail: |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 16 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 9,600 lbs |
| 16 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 9,600 lbs |
| **32** | **2** | **TOTALS** | | **19,200 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $400.00 | $400.00 |
| **Total Due** | | | $400.00 |
| **Amount Paid** | | | $(400.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL  113434976 - BOL
POD  113434976 - ShipmentID_113434976.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

**.TRAN**~~GISTICS~~

| | |
|---|---|
| **Invoice #** | 113425162 |
| **Invoice Date** | 6/21/2022 |
| **Pro Number** | |
| **Service Level** | Normal |
| **Paid Date:** | 8/1/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/9/2022
Customer: Cash Coin Inc.
BOL Number: 113425162
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Sloan Warehouse
13850 S Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Shipment Destination:**
Sloan Warehouse
13850 S Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Origin Accessorials**
None

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| Drop | Coin Cloud HQ | 10190 Covington Cross Dr<br>Las Vegas, NV<br>89144 | Matt Allen | Phone: +17024976998<br>E-mail: |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 24 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 9,600 lbs |
| 24 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 9,600 lbs |
| **48** | **2** | **TOTALS** | | **19,200 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified
data reported by the carrier at time of invoicing. No Change means that the
audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate
on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $600.00 | $600.00 |
| **Total Due** | | | **$600.00** |
| **Amount Paid** | | | $(600.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL    113425162 - BOL
POD    113425162 - POD113425162.jpeg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN** GISTICS

# INVOICE

| Invoice # | 113410338 |
|---|---|
| Invoice Date | 6/21/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 12/2/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/6/2022
Customer: Cash Coin Inc.
BOL Number: 113410338
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Sloan Warehouse
13850 S. Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Victory Van Corp
110 Terminal Drive
STERLING, VA 20166
Contact person: Rick
Phone: (703) 787-3635

**Destination Accessorials**
Detention

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1]<br>[ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2]<br>[ADDITIONAL_STOPS.ADDRESS.CITY],<br>[ADDITIONAL_STOPS.ADDRESS.STATE]<br>[ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone:<br>[ADDITIONAL_STOPS.PHONE]<br>E-<br>mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 51 Pallet | 1 | ATM's 36x32x72 0x0x0 in | No Class | 20,400 lbs |
| **51** | **1** | **TOTALS** | | **20,400 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Accessorial - Detention | 1.00 | $100.00 | $100.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $8,500.00 | $8,500.00 |
| Total Due | | | $8,600.00 |
| Amount Paid | | | $(8,600.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL   113410338 – 113410338BOL.jpg
POD   113410338 – lorenzo.jpg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

| Invoice # | 113416736 |
|---|---|
| Invoice Date | 6/8/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 7/1/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/7/2022
Customer: Cash Coin Inc.
BOL Number: 113416736
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Sloan Warehouse
13850 S Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 24 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 9,600 lbs |
| **24** | **1** | **TOTALS** | | **9,600 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified
data reported by the carrier at time of invoicing. No Change means that the
audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate
on 100% of invoices.

| | | Pricing | | |
|---|---|---|---|---|
| Detail | | Quantity | Rate | Total |
| **Fuel** | | 1.00 | $0.00 | $0.00 |
| **Linehaul** | | 1.00 | $600.00 | $600.00 |
| **Total Due** | | | | $600.00 |
| **Amount Paid** | | | | $(600.00) |
| **Balance Due** | | | | $0.00 |

Shipment Documents
BOL   113416736 - BOL
POD   113416736 - POD113416736.jpeg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

_TRANGISTICS_

# INVOICE

| | |
|---|---|
| Invoice # | 113416531 |
| Invoice Date | 6/8/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 7/22/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/6/2022
Customer: Cash Coin Inc.
BOL Number: 113416531
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Sloan Warehouse
13850 S Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 24 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 9,600 lbs |
| **24** | **1** | **TOTALS** | | **9,600 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $650.00 | $650.00 |
| **Total Due** | | | **$650.00** |
| Amount Paid | | | $(650.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL   113416531 - BOL
POD   113416531 - POD113416531.jpeg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

**.TRAN**GISTICS

| | |
|---|---|
| **Invoice #** | 113362532 |
| **Invoice Date** | 6/8/2022 |
| **Pro Number** | |
| **Service Level** | Normal |
| **Paid Date:** | 7/22/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 6/3/2022
Customer: Cash Coin Inc.
BOL Number: 113362532
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Sloan Warehouse
13850 S. Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Victory Van Corp
110 Terminal Drive
STERLING, VA 20166
Contact person: Rick
Phone: (703) 787-3635

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E-mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 51 Pallet | 1 | ATM's 36x32x72 0x0x0 in | No Class | 20,400 lbs |
| **51** | **1** | **TOTALS** | | **20,400 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $8,500.00 | $8,500.00 |
| **Total Due** | | | $8,500.00 |
| **Amount Paid** | | | $(8,500.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL    113362532 - BOL
POD    113362532 - pod113362532.jpeg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

| | |
|---|---|
| Invoice # | 113331136 |
| Invoice Date | 6/2/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 7/22/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 5/26/2022
Customer: Cash Coin Inc.
BOL Number: 113331136
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Sloan Warehouse
13850 S Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Victory Van Corp
110 Terminal Drive
STERLING, VA 20166
Contact person: Joseph Wilder
Phone: (703) 787-3616

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 51 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 20,400 lbs |
| **51** | **1** | **TOTALS** | | **20,400 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| Pricing Changes: | ✔ No Changes |
|---|---|
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Accessorial - Detention | 1.00 | $0.00 | $0.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $8,500.00 | $8,500.00 |
| Total Due | | | $8,500.00 |
| Amount Paid | | | $(8,500.00) |
| Balance Due | | | $0.00 |

**Shipment Documents**
BOL 113331136 - BOL
POD 113331136 - BOL_VictoryVan_05-31-2022.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN** ~~LISTICS~~

# INVOICE

| | |
|---|---|
| **Invoice #** | 113330896 |
| **Invoice Date** | 6/2/2022 |
| **Pro Number** | |
| **Service Level** | Normal |
| **Paid Date:** | 7/22/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 5/27/2022
Customer: Cash Coin Inc.
BOL Number: 113330896
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Sloan Warehouse
13850 S. Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Victory Van Corp
110 Terminal Drive
STERLING, VA 20166
Contact person: Rick
Phone: (703) 787-3635

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 51 Pallet | 1 | ATM's 36x32x72 0x0x0 in | No Class | 20,400 lbs |
| **51** | **1** | **TOTALS** | | **20,400 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| **Detail** | **Quantity** | **Rate** | **Total** |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $8,500.00 | $8,500.00 |
| **Total Due** | | | $8,500.00 |
| **Amount Paid** | | | $(8,500.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL 113330896 - BOL
POD 113330896 - d10984da8caf9f00805cf69f0d6e2ff75a0ff4f1-1.jpg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**~~ISTICS~~

# INVOICE

| Invoice # | 113330654 |
|---|---|
| Invoice Date | 6/2/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 7/22/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 5/27/2022
Customer: Cash Coin Inc.
BOL Number: 113330654
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Sloan warehouse
13850 S. Decatur Blvd
SLOAN, NV 89054
Contact person: Aaron Cutler
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Victory Van Corp
110 Terminal Drive
STERLING, VA 20166
Contact person: Joseph
Phone: (703) 787-3635

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 23 Pallet | 1 | ATM's 36x32x72 0x0x0 in | No Class | 9,200 lbs |
| **23** | **1** | **TOTALS** | | **9,200 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified
data reported by the carrier at time of invoicing. No Change means that the
audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate
on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $6,200.00 | $6,200.00 |
| Total Due | | | $6,200.00 |
| Amount Paid | | | $(6,200.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL  113330654 - BOL
POD  113330654 - IMG_20220531_120832(2).jpg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

**.TRAN**GISTICS

| Invoice # | 113329120 |
|---|---|
| Invoice Date | 5/27/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 7/1/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 5/26/2022
Customer: Cash Coin Inc.
BOL Number: 113329120
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Shipment Destination:**
Sloan Warehouse
13850 S. Decatur Blvd
SLOAN, NV 89054
Contact person:
Phone:

**Origin Accessorials**
None

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 2 Pallet | 2 | ATM pallets 48"x40"x47" 48x40x47 in | No Class | 500 lbs |
| **2** | **2** | **TOTALS** | | **500 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | Pricing | | |
|---|---|---|---|
| **Detail** | **Quantity** | **Rate** | **Total** |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $450.00 | $450.00 |
| **Total Due** | | | $450.00 |
| **Amount Paid** | | | $(450.00) |
| **Balance Due** | | | $0.00 |

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

Shipment Documents
BOL    113329120 - BOL
POD    113329120 - POD113329120.jpg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**LISTICS

# INVOICE

| Invoice # | 113286372 |
|---|---|
| Invoice Date | 5/27/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 7/15/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 5/20/2022
Customer: Cash Coin Inc.
BOL Number: 113286372
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
HL Distrubutution
1065 Texan Trail Rd
GRAPEVINE, TX 76051
Contact person: Gautam Abbott
Phone: (817) 876-4501

**Origin Accessorials**
None

**Shipment Destination:**
Great Plains / RSI
22700 E I-76 Frontage Rd, Suite 100
BRIGHTON, CO 80603
Contact person: Jeff Warner
Phone: (303) 472-7490

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 25 Pallet | 1 | ATM's 36x32x72 0x0x0 in | No Class | 10,000 lbs |
| **25** | **1** | **TOTALS** | | **10,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $3,000.00 | $3,000.00 |
| **Total Due** | | | **$3,000.00** |
| Amount Paid | | | $(3,000.00) |
| **Balance Due** | | | **$0.00** |

Shipment Documents
BOL    113286372 - BOL
POD    113286372 - 113286372pod.pdf

**Thank you for using Trangistics, Inc..**

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**LISTICS

# INVOICE

| | |
|---|---|
| Invoice # | 113277731 |
| Invoice Date | 5/27/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 7/15/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 5/17/2022
Customer: Cash Coin Inc.
BOL Number: 113277731
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Logic Warehouse
4121 N Kentucky Ave.
RANDOLPH, MO 64161
Contact person:
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Lanza Trucking Installation Services
116 Magnolia Ave (Enter on Garden St, 1
block East)
Westbury, NY 11590
Contact person: Angel Lanza
Phone: (516) 376-9729

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 50 Pallet | 1 | ATM's 36x32x72 0x0x0 in | No Class | 19,600 lbs |
| **50** | **1** | **TOTALS** | | **19,600 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $5,000.00 | $5,000.00 |
| Total Due | | | $5,000.00 |
| Amount Paid | | | $(5,000.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL    113277731 - BOL
POD    113277731 - 41723(1).jpeg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

## INVOICE

| Invoice # | 113277452 |
|---|---|
| Invoice Date | 5/27/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 7/1/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 5/16/2022
Customer: Cash Coin Inc.
BOL Number: 113277452
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Lile International
20427 87th Avenue South
KENT, WA 98031
Contact person: Akeem Goodjoint
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Lanza Trucking Installation Services
116 Magnolia Ave
Westbury, NY 11590
Contact person: Angel Lanza
Phone: (516) 376-9729

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E-mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 51 Pallet | 1 | 36x32x72 ATM's 0x0x0 in | No Class | 20,400 lbs |
| **51** | **1** | **TOTALS** | | **20,400 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| **Detail** | **Quantity** | **Rate** | **Total** |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $8,700.00 | $8,700.00 |
| **Total Due** | | | $8,700.00 |
| **Amount Paid** | | | $(8,700.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL    113277452 - BOL
POD    113277452 - POD56298.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN** GISTICS

# INVOICE

| | |
|---|---|
| Invoice # | 113309809 |
| Invoice Date | 5/23/2022 |
| Pro NuMBER | 49565198 |
| Service Level | Normal |
| Paid Date: | 7/15/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 5/16/2022
Customer: Cash Coin Inc.
BOL Number: 113309809
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
MALONEY MOVING & STORAGE
1420 SAMS AVE STE A-1 AND B-1
New Orleans, LA 70123
Contact person: CYNTHIA
Phone: (504) 948-6683

**Origin Accessorials**
None

**Shipment Destination:**
Central Moving/ Lanza
2002 DIRECTORS ROW
ORLANDO, FL 32809
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 4 Pallet | 1 | 36 X 32 X 72" 0x0x0 in | No Class | 2,200 lbs |
| **4** | **1** | **TOTALS** | | **2,200 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $1,375.00 | $1,375.00 |
| **Total Due** | | | $1,375.00 |
| **Amount Paid** | | | $(1,375.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL    113309809 - BOL
POD    113309809 - 49565198-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

| | |
|---|---|
| Invoice # | 113284899 |
| Invoice Date | 5/23/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 7/15/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 5/18/2022
Customer: Cash Coin Inc.
BOL Number: 113284899
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
PDX Movers
19585 SW 118th Ave
Tualatin, OR 97062
Contact person: David Valencia / Desmond Hennesy
Phone: (503) 433-2829

**Origin Accessorials**
None

**Shipment Destination:**
Great Plains/ RSI
22700 E I-76 Frontage Rd, Suite 100
BRIGHTON, CO 80603
Contact person: Jeff Warner
Phone: (303) 472-7490

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 16 Pallet | 1 | ATM;s 36x32x72 0x0x0 in | No Class | 6,400 lbs |
| **16** | **1** | **TOTALS** | | **6,400 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $3,500.00 | $3,500.00 |
| Total Due | | | $3,500.00 |
| Amount Paid | | | $(3,500.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL  113284899 - BOL
POD  113284899 - 2022-05-2009-02_page_1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

*TRAN*LOGISTICS

# INVOICE

| | |
|---|---|
| Invoice # | 113254422 |
| Invoice Date | 5/23/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 7/15/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 5/13/2022
Customer: Cash Coin Inc.
BOL Number: 113254422
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
SHV-Baton Rouge Cargo
6507 westport avenue
SHREVEPORT, LA 71129
Contact person:
Phone: (318) 221-1844

**Origin Accessorials**
None

**Shipment Destination:**
Lanza Installation Services
116 Magnolia ave
Westbury, NY 11590
Contact person: Angel Lanza
Phone: (516) 376-9729

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 17 Pallet | 1 | ATM's 36x32x72 0x0x0 in | No Class | 6,800 lbs |
| **17** | **1** | **TOTALS** | | **6,800 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | Pricing | | |
|---|---|---|---|
| **Detail** | **Quantity** | **Rate** | **Total** |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $4,600.00 | $4,600.00 |
| **Total Due** | | | $4,600.00 |
| **Amount Paid** | | | $(4,600.00) |
| **Balance Due** | | | $0.00 |

| | | |
|---|---|---|
| Pricing Changes: | ✔ No Changes | |
| Accessorial Changes: | ✔ No Changes | |
| Weight Changes: | ✔ No Changes | |
| Shipping Location Changes: | ✔ No Changes | |
| Freight Class Changes: | ✔ No Changes | |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Shipment Documents**
BOL   113254422 - BOL
POD   113254422 - 20220516_091521.jpg

**Thank you for using Trangistics, Inc..**

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**LOGISTICS

# INVOICE

| | |
|---|---|
| Invoice # | 113246265 |
| Invoice Date | 5/23/2022 |
| Pro Number | 49532238 |
| Service Level | Normal |
| Paid Date: | 7/1/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 5/12/2022
Customer: Cash Coin Inc.
BOL Number: 113246265
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
None

**Shipment Destination:**
Opt Connect
865 w 450 n Suite 1
KAYSVILLE, UT 84037
Contact person: Blake Barber
Phone: (385) 235-0886

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Pallet | 1 | 36x32x72 0x0x0 in | No Class | 400 lbs |
| **1** | **1** | **TOTALS** | | **400 lbs** |

**Shipment Data Audit**

This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $432.00 | $432.00 |
| **Total Due** | | | $432.00 |
| Amount Paid | | | $(432.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL    113246265 - BOL
POD    113246265 - 49532238-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| Invoice # | 113211476 |
|---|---|
| Invoice Date | 5/23/2022 |
| Pro Number | 49487094 |
| Service Level | Normal |
| Paid Date: | 7/15/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 5/9/2022
Customer: Cash Coin Inc.
BOL Number: 113211476
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
None

**Shipment Destination:**
Kunsang Gyaltsen
14351 Birch St
San Leandro, CA 94579
Contact person: Kusang Gyaltsen
Phone: (510) 385-1917

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E-mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Pallet | 1 | ATM machine 36x32x72 in | 100 | 400 lbs |
| **1** | **1** | **TOTALS** | | **400 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| | | Pricing | | |
|---|---|---|---|---|
| Detail | | Quantity | Rate | Total |
| Fuel | | 1.00 | $0.00 | $0.00 |
| Linehaul | | 1.00 | $755.00 | $755.00 |
| **Total Due** | | | | $755.00 |
| **Amount Paid** | | | | $(755.00) |
| **Balance Due** | | | | $0.00 |

Shipment Documents
BOL  113211476 - BOL
POD  113211476 - 49487094-POD-API-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| Invoice # | 113284694 |
|---|---|
| Invoice Date | 5/18/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 6/17/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 5/17/2022
Customer: Cash Coin Inc.
BOL Number: 113284694
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**

7900 W Sunset Rd, Suite 200
LAS VEGAS, NV 89113
Contact person: nick walter
Phone: (480) 559-1747

**Origin Accessorials**
None

**Shipment Destination:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Decker
Phone: (702) 497-6998

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Pallet | 1 | ATM 36x32x72 in | 100 | 400 lbs |
| **1** | **1** | **TOTALS** | | **400 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at the time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $450.00 | $450.00 |
| **Total Due** | | | $450.00 |
| **Amount Paid** | | | $(450.00) |
| **Balance Due** | | | $0.00 |

**Shipment Documents**
BOL    113284694 - BOL
POD    113284694 - pod113284694.jpeg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**TRANGISTICS**

# INVOICE

| | |
|---|---|
| **Invoice #** | 113253879 |
| **Invoice Date** | 5/18/2022 |
| **Pro Number** | |
| **Service Level** | Normal |
| **Paid Date** | 6/17/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 5/13/2022
Customer: Cash Coin Inc.
BOL Number: 113253879
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Arrow Moving & Storage
4331 Factory Hill
SAN ANTONIO, TX 78219
Contact person: Cheryl
Phone: (210) 359-1333

**Origin Accessorials**
None

**Shipment Destination:**
Work-A-Haulix LLC
4100 Eastmoor Road
LOUISVILLE, KY 40218
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1]<br>[ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2]<br>[ADDITIONAL_STOPS.ADDRESS.CITY],<br>[ADDITIONAL_STOPS.ADDRESS.STATE]<br>[ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone:<br>[ADDITIONAL_STOPS.PHONE]<br>E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 18 Pallet | 1 | ATM's 36x32x72 0x0x0 in | No Class | 7,200 lbs |
| **18** | **1** | **TOTALS** | | **7,200 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| Pricing | | | |
|---|---|---|---|
| **Detail** | **Quantity** | **Rate** | **Total** |
| **Fuel** | 1.00 | $0.00 | $0.00 |
| **Linehaul** | 1.00 | $3,400.00 | $3,400.00 |
| **Total Due** | | | $3,400.00 |
| **Amount Paid** | | | $(3,400.00) |
| **Balance Due** | | | $0.00 |

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

Shipment Documents
BOL    113253879 - BOL
POD    113253879 - IMG_0449.jpg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN** LISTICS

# INVOICE

| Invoice # | 113240717 |
|---|---|
| Invoice Date | 5/13/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 6/10/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 5/11/2022
Customer: Cash Coin Inc.
BOL Number: 113240717
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Arrow Moving & Storage
4331 factory hill
SAN ANTONIO, TX 78219
Contact person: Cheryl
Phone: (210) 359-1333

**Origin Accessorials**
None

**Shipment Destination:**
Allstar Moving
1600 1st St NW
Albuquerque, NM 87102
Contact person: Cris Lucero
Phone: (505) 888-1007

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 10 Pallet | 1 | 36x32x72 0x0x0 in | No Class | 4,000 lbs |
| **10** | **1** | **TOTALS** | | **4,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $2,500.00 | $2,500.00 |
| Total Due | | | $2,500.00 |
| Amount Paid | | | $(2,500.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL       113240717 - BOL
POD       113240717 - 1.jpg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**~~ISTICS~~

# INVOICE

| Invoice # | 112606368 |
|---|---|
| Invoice Date | 5/4/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 7/15/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/24/2022
Customer: Cash Coin Inc.
BOL Number: 112606368
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud Warehouse
4171 Distribution Cir #105
Las Vegas, NV 89030
Contact person: London Molina
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Powerhouse
13850 S Decatur Blvd
LAS VEGAS, NV 89140
Contact person: Christopher Adamson
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 914 Pallet | 1 | ATM's 36" X 32" X 72" (18 Loads Total) ($525.00 per load) 0x0x0 in | No Class | 22,000 lbs |
| **914** | **1** | **TOTALS** | | **22,000 lbs** |

**Notes:** ***This will be billed as an entire warehouse project at the end of storage term***

**Payment to be received at Trangistics, Inc./US Bank, Sisters, OR. WITHIN 15 DAYS OF DELIVERY DATE. Accounts, which are 16 days old, will be considered delinquent and subject to review of credit privilege. A service charge of one and a half percent (1.5%) monthly may be assessed on bill older than 15 days. If collection is made by suit or otherwise, I/We agree to pay all collection costs including reasonable attorney fees and hereby waive all rights to claim exemption under state laws. Trangistics, Inc. does not provide any paperwork (BOLs, delivery receipts etc.) with invoicing. I/We will not deduct from any freight bill regardless of exempt status for claims issues. Claims will be treated separately and claims forms will be filed. The terms and claims sections of this agreement supersedes any other contract and or agreement referencing payment terms or claims with Trangistics, Inc. This Agreement shall be interpreted according to the Laws of the State of Oregon. Any action to interpret or enforce this agreement shall be resolved in the State Courts of Oregon, County of Deschutes.**
**REMITTANCE ADDRESS: Trangistics, Inc. P.O. Box 1750, Sisters OR 97759**
**Wire: Trangistics, Inc. / US Bank, 123 W. Hood, Sisters OR 97759, Acct# 153665375363, ABA 123000220**

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| **Detail** | **Quantity** | **Rate** | **Total** |
| **Accessorial - Warehouse Fees** | 1.00 | $42,556.80 | $42,556.80 |
| **Accessorial - Cross Dock** | 1.00 | $4,320.00 | $4,320.00 |
| **Fuel** | 1.00 | $0.00 | $0.00 |
| **Linehaul** | 1.00 | $11,340.00 | $11,340.00 |
| **Total Due** | | | $58,216.80 |
| **Amount Paid** | | | $(58,216.80) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL     112606368 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

**.TRAN**GISTICS

| | |
|---|---|
| Invoice # | 113009065 |
| Invoice Date | 4/28/2022 |
| Pro Number | 49236749 |
| Service Level | Normal |
| Paid Date: | |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 4/21/2022
Customer: Cash Coin Inc.
BOL Number: 113009065
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
WMT Logistics
31129 Wiegman Road
HAYWARD, CA 94544
Contact person: Mike Singh
Phone: (855) 264-2046

**Origin Accessorials**
None

**Shipment Destination:**
Wmt Logistics
833 W Crowther Avenue
PLACENTIA, CA 92870
Contact person: Jeremiah Sherwood
Phone: (516) 589-5212

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Pallet | 1 | 36" X 32" X 36 0x0x0 in | No Class | 280 lbs |
| 1 | 1 | **TOTALS** | | **280 lbs** |

**Shipment Data Audit**

This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $603.00 | $603.00 |
| Total Due | | | $603.00 |
| Amount Paid | | | $(0.00) |
| Balance Due | | | $603.00 |

Shipment Documents
BOL      113009065 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C



# INVOICE

| | |
|---|---|
| Invoice # | 113008934 |
| Invoice Date | 4/28/2022 |
| Pro Number | 49250700 |
| Service Level | Normal |
| Paid Date: | 4/14/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 4/21/2022
Customer: Cash Coin Inc.
BOL Number: 113008934
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
HL Distribution
1065 Texan Trail Road
Grapevine, TX 76051
Contact person: Gautam Abbott
Phone: (817) 876-4501

**Origin Accessorials**
None

**Shipment Destination:**
Bucks Moving & Storage
2011 Avenue C
LUBBOCK, TX 79404
Contact person: Todd
Phone: (806) 441-2825

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.STREETADDRESS1] [ADDITIONAL_STOPS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 6 Pallet | 1 | 32" X 36" X 72" 0x0x0 in | No Class | 2,400 lbs |
| **6** | **1** | **TOTALS** | | **2,400 lbs** |

**Shipment Data Audit**

This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $1,138.00 | $1,138.00 |
| Total Due | | | $1,138.00 |
| Amount Paid | | | $(1,138.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL        113008934 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**TRANGISTICS**

# INVOICE

| | |
|---|---|
| Invoice # | 113030888 |
| Invoice Date | 4/26/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 6/2/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 4/26/2022
Customer: Cash Coin Inc.
BOL Number: 113030888
PO Reference: 2022 & 1971
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117
Contact person:
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Power House Las Vegas NV
561 Parkson Road
LAS VEGAS, NV 89101
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Unit | 1 | Warehouse Expenses (April) 30 Day 14K Square Feet 0x0x0 in | No Class | 1,000 lbs |
| **1** | **1** | **TOTALS** | | **1,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $41,125.00 | $41,125.00 |
| **Total Due** | | | $41,125.00 |
| **Amount Paid** | | | $(35,212.00) |
| **Balance Due** | | | $5,913.00 |

Shipment Documents
BOL       113030888 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| | |
|---|---|
| Invoice # | 113030842 |
| Invoice Date | 4/26/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 5/23/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 4/26/2022
Customer: Cash Coin Inc.
BOL Number: 113030842
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117
Contact person:
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Power House Las Vegas NV
561 Parkson Road
LAS VEGAS, NV 89101
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Unit | 1 | Warehouse Expenses (March) 30 Day 14K Square Feet 0x0x0 in | No Class | 1,000 lbs |
| **1** | **1** | **TOTALS** | | **1,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $35,000.00 | $35,000.00 |
| Total Due | | | $35,000.00 |
| Amount Paid | | | $(35,000.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL    113030842 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| | |
|---|---|
| Invoice # | 112948039 |
| Invoice Date | 4/25/2022 |
| Pro Number | 49145747 |
| Service Level | Normal |
| Paid Date: | 6/2/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 4/13/2022
Customer: Cash Coin Inc.
BOL Number: 112948039
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
ATM Advisory Corp
9402 Uptown Drive Suite 300
Indianapolis, IN 46256
Contact person: Stephan Pidgeon
Phone: (317) 414-8956

**Origin Accessorials**
None

**Shipment Destination:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 7 Pallet | 1 | 32" X 36" X 72" 0x0x0 in | No Class | 2,800 lbs |
| **7** | **1** | **TOTALS** | | **2,800 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $2,025.00 | $2,025.00 |
| **Total Due** | | | $2,025.00 |
| Amount Paid | | | $(2,025.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL    112948039 - BOL
POD    112948039 - 49145747POD

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

.TRAN*STICS*

| Invoice # | 112947428 |
|---|---|
| Invoice Date | 4/15/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 6/2/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 4/14/2022
Customer: Cash Coin Inc.
BOL Number: 112947428
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
MALONEY MOVING & STORAGE
1420 SAMS AVE STE A-1 AND B-1
New Orleans, LA 70123
Contact person: CYNTHIA
Phone: (504) 948-6683

**Origin Accessorials**
None

**Shipment Destination:**
Central M&S/ Lanza Trucking
2002 Directors Row
ORLANDO, FL 32809
Contact person: Angel Lanza
Phone: (516) 376-9729

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 20 Pallet | 1 | 36x32x72 ATM's 0x0x0 in | No Class | 8,000 lbs |
| **20** | **1** | **TOTALS** | | **8,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $1,925.00 | $1,925.00 |
| **Total Due** | | | $1,925.00 |
| Amount Paid | | | $(1,925.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL 112947428 - BOL
POD 112947428 – 67173114105__17B52540-A34C-47D5-BA7E-43CFCE78E477(1).jpg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

.TRANGISTICS

# INVOICE

| Invoice # | 112758881 |
|---|---|
| Invoice Date | 4/6/2022 |
| Pro Number | 48906051 |
| Service Level | Normal |
| Paid Date: | 4/21/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 3/24/2022
Customer: Cash Coin Inc.
BOL Number: 112758881
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Logic warehouse

RANDOLPH, MO 64161
Contact person:
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 8 Pallet | 8 | ATM's 36x32x72 0x0x0 in | No Class | 3,200 lbs |
| **8** | **8** | **TOTALS** | | **3,200 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | Pricing | | | |
|---|---|---|---|---|
| **Detail** | **Quantity** | **Rate** | **Total** | |
| Fuel | 1.00 | $0.00 | $0.00 | |
| Linehaul | 1.00 | $1,953.00 | $1,953.00 | |
| **Total Due** | | | $1,953.00 | |
| **Amount Paid** | | | $(1,953.00) | |
| **Balance Due** | | | $0.00 | |

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

Shipment Documents
BOL   112758881 - BOL
POD   112758881 - 48906051-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

 **.TRAN**GISTICS

# INVOICE

| Invoice # | 112758853 |
|---|---|
| Invoice Date | 4/6/2022 |
| Pro Number | 48896300 |
| Service Level | Normal |
| Paid Date: | 4/21/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 3/24/2022
Customer: Cash Coin Inc.
BOL Number: 112758853
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
SNS Installations
34330 Cedar Blvd STE H
Newark, CA 94560
Contact person: Joe Marinkovich
Phone: (408) 223-5443

**Origin Accessorials**
None

**Shipment Destination:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1]<br>[ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2]<br>[ADDITIONAL_STOPS.ADDRESS.CITY],<br>[ADDITIONAL_STOPS.ADDRESS.STATE]<br>[ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone:<br>[ADDITIONAL_STOPS.PHONE]<br>E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 7 Pallet | 7 | ATM's 36x32x72 0x0x0 in | No Class | 2,800 lbs |
| **7** | **7** | **TOTALS** | | **2,800 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $1,190.00 | $1,190.00 |
| **Total Due** | | | $1,190.00 |
| Amount Paid | | | $(1,190.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL  112758853 - BOL
POD  112758853 - 48896300-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**TRANGISTICS**

# INVOICE

| Invoice # | 112758835 |
|---|---|
| Invoice Date | 4/6/2022 |
| Pro Number | 48896269 |
| Service Level | Normal |
| Paid Date: | 4/21/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 3/25/2022
Customer: Cash Coin Inc.
BOL Number: 112758835
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Deadline Construction
19475 Alford Road
Magnolia, TX 77355
Contact person: Chuck
Phone: (281) 743-4726

**Origin Accessorials**
None

**Shipment Destination:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 6 Pallet | 6 | ATM's 36x32x72 0x0x0 in | No Class | 2,400 lbs |
| **6** | **6** | **TOTALS** | | **2,400 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $1,769.00 | $1,769.00 |
| **Total Due** | | | $1,769.00 |
| **Amount Paid** | | | $(1,769.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL   112758835 - BOL
POD   112758835 - 48896269-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C



# INVOICE

| | |
|---|---|
| Invoice # | 112733552 |
| Invoice Date | 4/6/2022 |
| Pro Number | 48832267 |
| Service Level | Normal |
| Paid Date: | 4/21/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 3/21/2022
Customer: Cash Coin Inc.
BOL Number: 112733552
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Shipment Destination:**
Allsups
820 HIGHWAY 70 W
ALAMOGORDO, NM 88310
Contact person:
Phone:

**Origin Accessorials**
None

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Pallet | 1 | ATM 36x32x72 0x0x0 in | No Class | 400 lbs |
| **1** | **1** | **TOTALS** | | **400 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at the time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $690.00 | $690.00 |
| Total Due | | | $690.00 |
| Amount Paid | | | $(690.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL    112733552 - BOL
POD    112733552 - 48832267-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

**.TRAN**GISTICS

| Invoice # | 112599360 |
|---|---|
| Invoice Date | 3/30/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 4/21/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/22/2022
Customer: Cash Coin Inc.
BOL Number: 112599360
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud Warehouse
4171 Distribution Cir #105
Las Vegas, NV 89030
Contact person: London Molina
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 112 Pallet | 24 | 36" X 32" X 72" (24) Pallets each load 5 loads total) 0x0x0 in | No Class | 9,600 lbs |
| **112** | **24** | **TOTALS** | | **9,600 lbs** |

**Notes:** ***There is no BOL on this load because he ran 5 loads then his truck broke down we had to get another carrier to recover the freight so he never returned to get his final BOL signed.***

Payment to be received at Trangistics, Inc./US Bank, Sisters, OR. **WITHIN 15 DAYS OF DELIVERY DATE. Accounts, which are 16 days old, will be considered delinquent and subject to review of credit privilege. A service charge of one and a half percent (1.5%) monthly may be assessed on bill older than 15 days. If collection is made by suit or otherwise, I/We agree to pay all collection costs including reasonable attorney fees and hereby waive all rights to claim exemption under state laws. Trangistics, Inc. does not provide any paperwork (BOLs, delivery receipts etc.) with invoicing. I/We will not deduct from any freight bill regardless of exempt status for claims issues. Claims will be treated separately and claims forms will be filed. The terms and claims sections of this agreement supersedes any other contract and or agreement referencing payment terms or claims with Trangistics, Inc. This Agreement shall be interpreted according to the Laws of the State of Oregon. Any action to interpret or enforce this agreement shall be resolved in the State Courts of Oregon, County of Deschutes.**
**REMITTANCE ADDRESS: Trangistics, Inc. P.O. Box 1750, Sisters OR 97759**
**Wire: Trangistics, Inc. / US Bank, 123 W. Hood, Sisters OR 97759, Acct# 153665375363, ABA 123000220**

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | | Pricing | | |
|---|---|---|---|---|
| Pricing Changes: | ✓ No Changes | **Detail** | **Quantity** | **Rate** | **Total** |

| | |
|---|---|
| Pricing Changes: | ✓ No Changes |
| Accessorial Changes: | ✓ No Changes |
| Weight Changes: | ✓ No Changes |
| Shipping Location Changes: | ✓ No Changes |
| Freight Class Changes: | ✓ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| **Detail** | **Quantity** | **Rate** | **Total** |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $1,000.00 | $1,000.00 |
| Total Due | | | $1,000.00 |
| Amount Paid | | | $(1,000.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL   112599360 - BOL
POD   112599360 - POD112599360.pdf

**Thank you for using Trangistics, Inc..**

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C



# INVOICE

| | |
|---|---|
| Invoice # | 112612625 |
| Invoice Date | 3/30/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 4/21/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/23/2022
Customer: Cash Coin Inc.
BOL Number: 112612625
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud Warehouse
4171 Distribution Cir #105
Las Vegas, NV 89030
Contact person: London Molina
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Destination Accessorials**
Liftgate

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 28 Pallet | 1 | 36 X 32 X 72 (2 loads) 14 each pallets 0x0x0 in | No Class | 5,600 lbs |
| **28** | **1** | **TOTALS** | | **5,600 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $1,000.00 | $1,000.00 |
| Total Due | | | $1,000.00 |
| Amount Paid | | | $(1,000.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL      112612625 - BOL

**Thank you for using Trangistics, Inc..**

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| | |
|---|---|
| Invoice # | 112748388 |
| Invoice Date | 3/28/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 6/2/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 3/24/2022
Customer: Cash Coin Inc.
BOL Number: 112748388
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
Liftgate

**Shipment Destination:**
Sloan Warehouse
1385 S Decatur Blvd
SLOAN, NV 89054
Contact person:
Phone:

**Destination Accessorials**
Liftgate

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 7 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 2,800 lbs |
| **7** | **1** | **TOTALS** | | **2,800 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $650.00 | $650.00 |
| Total Due | | | $650.00 |
| Amount Paid | | | $(650.00) |
| Balance Due | | | $0.00 |

Shipment Documents

| | |
|---|---|
| BOL | 112748388 - BOL |
| POD | 112748388 - 8388POD.jpeg |

Thank you for using Trangistics, Inc..

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**_TRANGISTICS_**

# INVOICE

| | |
|---|---|
| Invoice # | 112730600 |
| Invoice Date | 3/28/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date | 6/2/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 3/23/2022
Customer: Cash Coin Inc.
BOL Number: 112730600
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
Liftgate

**Shipment Destination:**
Sloan Warehouse
1385 S Decatur Blvd
SLOAN, NV 89054
Contact person:
Phone:

**Destination Accessorials**
Liftgate

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 21 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 8,800 lbs |
| **21** | **1** | **TOTALS** | | **8,800 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $650.00 | $650.00 |
| Total Due | | | $650.00 |
| Amount Paid | | | $(650.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL     112730600 - BOL
POD     112730600 - 30600POD.jpeg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRANGISTICS**

# INVOICE

| Invoice # | 112728706 |
|---|---|
| Invoice Date | 3/28/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 6/2/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 3/22/2022
Customer: Cash Coin Inc.
BOL Number: 112728706
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
Liftgate

**Shipment Destination:**
Sloan Warehouse
1385 S Decatur Blvd
SLOAN, NV 89054
Contact person:
Phone:

**Destination Accessorials**
Liftgate

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 21 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 8,800 lbs |
| **21** | **1** | **TOTALS** | | **8,800 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $650.00 | $650.00 |
| **Total Due** | | | $650.00 |
| **Amount Paid** | | | $(650.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL   112728706 - 3.22.2022BOL.jpg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| Invoice # | 112725720 |
|---|---|
| Invoice Date | 3/28/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 4/8/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 3/21/2022
Customer: Cash Coin Inc.
BOL Number: 112725720
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin HQ
10190 covington cross rd
LAS VEGAS, NV 89144
Contact person:
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Bibbeo LTD
19531 E 32nd Pkwy
AURORA, CO 80011
Contact person: Dustin Pell
Phone: (720) 372-8179

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 17 Pallet | 17 | ATM's 36x32x72 0x0x0 in | No Class | 6,800 lbs |
| **17** | **17** | **TOTALS** | | **6,800 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $2,000.00 | $2,000.00 |
| **Total Due** | | | $2,000.00 |
| **Amount Paid** | | | $(2,000.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL   112725720 - BOL
POD   112725720 - IMG_20220322_142921.jpg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**TRAN**GISTICS

# INVOICE

| Invoice # | 112721473 |
|---|---|
| Invoice Date | 3/21/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date | 4/8/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 3/18/2022
Customer: Cash Coin Inc.
BOL Number: 112721473
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cash Coin HQ
10190 covington cross rd
LAS VEGAS, NV 89144
Contact person: Jon decker
Phone:

**Origin Accessorials**
Liftgate

**Shipment Destination:**
Bibbeo LTD
19531 E 32nd Pkwy
AURORA, CO 80011
Contact person: Dustin Pell
Phone: (720) 372-8179

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | | Class | Weight |
|---|---|---|---|---|---|
| 17 Pallet | 1 | ATM's 36x32x72 0x0x0 in | | No Class | 6,800 lbs |
| **17** | **1** | | **TOTALS** | | **6,800 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $2,000.00 | $2,000.00 |
| Total Due | | | $2,000.00 |
| Amount Paid | | | $(2,000.00) |
| Balance Due | | | $0.00 |

**Shipment Documents**
BOL   112721473 - BOL
POD   112721473 - 20220321_085810.jpg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| Invoice # | 112719397 |
|---|---|
| Invoice Date | 3/21/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 4/8/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 3/18/2022
Customer: Cash Coin Inc.
BOL Number: 112719397
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
Liftgate

**Shipment Destination:**
Sloan Warehouse
1385 S Decatur Blvd
SLOAN, NV 89054
Contact person:
Phone:

**Destination Accessorials**
Liftgate

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E-mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 21 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 8,800 lbs |
| **21** | **1** | **TOTALS** | | **8,800 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $650.00 | $650.00 |
| Total Due | | | $650.00 |
| Amount Paid | | | $(650.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL    112719397 - BOL
POD    112719397 - POD112719397.jpeg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**ᴛRANᴳⁱˢᵗⁱᶜˢ**

# INVOICE

| Invoice # | 112706406 |
|---|---|
| Invoice Date | 3/18/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 4/8/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 3/16/2022
Customer: Cash Coin Inc.
BOL Number: 112706406
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Shipment Destination:**
Sloan Warehouse
1385 S Decatur Blvd
SLOAN, NV 89054
Contact person:
Phone:

**Origin Accessorials**
Liftgate

**Destination Accessorials**
Liftgate

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | | Class | Weight |
|---|---|---|---|---|---|
| 21 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | | No Class | 8,800 lbs |
| **21** | **1** | | **TOTALS** | | **8,800 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $650.00 | $650.00 |
| **Total Due** | | | $650.00 |
| **Amount Paid** | | | $(650.00) |
| **Balance Due** | | | $0.00 |

**Shipment Documents**
BOL    112706406 - BOL
POD    112706406 - POD112706406.jpeg

Thank you for using Trangistics, Inc..

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**TRANGISTICS**

# INVOICE

| Invoice # | 112711471 |
|---|---|
| Invoice Date | 3/17/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 4/8/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 3/17/2022
Customer: Cash Coin Inc.
BOL Number: 112711471
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
Liftgate

**Shipment Destination:**
Sloan Warehouse
1385 S Decatur Blvd
SLOAN, NV 89054
Contact person:
Phone:

**Destination Accessorials**
Liftgate

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 21 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 8,800 lbs |
| **21** | **1** | **TOTALS** | | **8,800 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $650.00 | $650.00 |
| **Total Due** | | | $650.00 |
| **Amount Paid** | | | $(650.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL     112711471 – BOL
POD     112711471 – PODSloanNV.jpeg

Thank you for using Trangistics, Inc..

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**TRANSISTICS**

# INVOICE

| Invoice # | 112705482 |
|---|---|
| Invoice Date | 3/17/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 4/8/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 3/15/2022
Customer: Cash Coin Inc.
BOL Number: 112705482
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Cashman Services
1735 S 900 W
Salt Lake City, UT 84104
Contact person: Matt Banks
Phone: (801) 855-5274

**Origin Accessorials**
None

**Shipment Destination:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Destination Accessorials**
Liftgate

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E-mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Pallet | 1 | ATM 36" X 32" X 72" 0x0x0 in | No Class | 400 lbs |
| **1** | **1** | **TOTALS** | | **400 lbs** |

**Notes:** ***Echo BOL # 48735375***

**Payment to be received at Trangistics, Inc./US Bank, Sisters, OR. WITHIN 15 DAYS OF DELIVERY DATE. Accounts, which are 16 days old, will be considered delinquent and subject to review of credit privilege. A service charge of one and a half percent (1.5%) monthly may be assessed on bill older than 15 days. If collection is made by suit or otherwise, I/We agree to pay all collection costs including reasonable attorney fees and hereby waive all rights to claim exemption under state laws. Trangistics, Inc. does not provide any paperwork (BOLs, delivery receipts etc.) with invoicing. I/We will not deduct from any freight bill regardless of exempt status for claims issues. Claims will be treated separately and claims forms will be filed. The terms and claims sections of this agreement supersedes any other contract and or agreement referencing payment terms or claims with Trangistics, Inc. This Agreement shall be interpreted according to the Laws of the State of Oregon. Any action to interpret or enforce this agreement shall be resolved in the State Courts of Oregon, County of Deschutes.**
**REMITTANCE ADDRESS: Trangistics, Inc. P.O. Box 1750, Sisters OR 97759**
**Wire: Trangistics, Inc. / US Bank, 123 W. Hood, Sisters OR 97759, Acct# 153665375363, ABA 123000220**

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $514.00 | $514.00 |
| Total Due | | | $514.00 |
| Amount Paid | | | $(514.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL   112705482 - BOL
POD   112705482 - 48735375-POD-1.pdf

**Thank you for using Trangistics, Inc.**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

*TRANGISTICS*

# INVOICE

| Invoice # | 112659049 |
|---|---|
| Invoice Date | 3/10/2022 |
| Pro Number | 48600069 |
| Service Level | Normal |
| Paid Date: | 4/8/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 3/4/2022
Customer: Cash Coin Inc.
BOL Number: 112659049
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Daniels Moving & Storage
6131 West Van Buren st
PHOENIX, AZ 85043
Contact person: Wanda Vanstaveren
Phone: (602) 491-2140

**Origin Accessorials**
None

**Shipment Destination:**
Allstar Moving
1600 1st St NW
Albuquerque, NM 87102
Contact person: Cris Lucero
Phone: (505) 888-1007

**Destination Accessorials**
Appointment

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 6 Pallet | 6 | ATM's 36x32x72 in | 100 | 2,400 lbs |
| **6** | **6** | **TOTALS** | | **2,400 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Accessorial - Appointment | 1.00 | $0.00 | $0.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $799.00 | $799.00 |
| Total Due | | | $799.00 |
| Amount Paid | | | $(799.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL    112659049 - BOL
POD    112659049 - 48600069-POD-1.pdf

**Thank you for using Trangistics, Inc.**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| Invoice # | 112636844 |
|---|---|
| Invoice Date | 3/8/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 3/21/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 3/1/2022
Customer: Cash Coin Inc.
BOL Number: 112636844
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
Liftgate

**Shipment Destination:**
Joe Hill
2123 W. Glenn Dr
Phoenix, AZ 85021
Contact person: Joe Hill
Phone: (602) 596-2025

**Destination Accessorials**
Appointment

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| Both | Saguaro | 1051 S Craycroft Road TUCSON, AZ 85711 | Joe Hill | Phone: +16025962025 E-mail: |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 2 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 400 lbs |
| **2** | **1** | **TOTALS** | | **400 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Accessorial - Appointment | 1.00 | $0.00 | $0.00 |
| Accessorial - Additional Stop Fee | 1.00 | $100.00 | $100.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $975.00 | $975.00 |
| Total Due | | | $1,075.00 |
| Amount Paid | | | $(1,075.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL   112636844 - BOL
POD   112636844 - PODNVtoAZ2stops.jpeg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| | |
|---|---|
| Invoice # | 112602181 |
| Invoice Date | 3/8/2022 |
| Pro Number | 48403026 |
| Service Level | Normal |
| Paid Date: | 3/21/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/18/2022
Customer: Cash Coin Inc.
BOL Number: 112602181
PO Reference:
Shipper Number: 48403026
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Victory Van Corp
110 TERMINAL DR
STERLING, VA 20166
Contact person: Rick Yates
Phone: (703) 787-3635

**Origin Accessorials**
None

**Shipment Destination:**
Weleski Transfer
500 Treadway Lane
Creighton, PA 15030
Contact person: Ted Smith
Phone: (724) 331-5175

**Destination Accessorials**
Appointment

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E-mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 12 Pallet | 1 | ATM's 36x32x72 in | 100 | 4,800 lbs |
| **12** | **1** | **TOTALS** | | **4,800 lbs** |

**Notes: ***48403026***

**Payment to be received at Trangistics, Inc./US Bank, Sisters, OR. WITHIN 15 DAYS OF DELIVERY DATE. Accounts, which are 16 days old, will be considered delinquent and subject to review of credit privilege. A service charge of one and a half percent (1.5%) monthly may be assessed on bill older than 15 days. If collection is made by suit or otherwise, I/We agree to pay all collection costs including reasonable attorney fees and hereby waive all rights to claim exemption under state laws. Trangistics, Inc. does not provide any paperwork (BOLs, delivery receipts etc.) with invoicing. I/We will not deduct from any freight bill regardless of exempt status for claims issues. Claims will be treated separately and claims forms will be filed. The terms and claims sections of this agreement supersedes any other contract and or agreement referencing payment terms or claims with Trangistics, Inc. This Agreement shall be interpreted according to the Laws of the State of Oregon. Any action to interpret or enforce this agreement shall be resolved in the State Courts of Oregon, County of Deschutes.**
**REMITTANCE ADDRESS: Trangistics, Inc. P.O. Box 1750, Sisters OR 97759**
**Wire: Trangistics, Inc. / US Bank, 123 W. Hood, Sisters OR 97759, Acct# 153665375363, ABA 123000220**

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Accessorial - Appointment | 1.00 | $0.00 | $0.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $1,231.00 | $1,231.00 |
| Total Due | | | $1,231.00 |
| Amount Paid | | | $(1,231.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL  112602181 - BOL
POD  112602181 - 48403026-POD-1.pdf

Thank you for using Trangistics, Inc..

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

_TRANGISTICS_

# INVOICE

| | |
|---|---|
| Invoice # | 112602072 |
| Invoice Date | 3/8/2022 |
| Pro Number | 48402928 |
| Service Level | Normal |
| Paid Date: | 3/21/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/22/2022
Customer: Cash Coin Inc.
BOL Number: 112602072
PO Reference:
Shipper Number: 48402928
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
Liftgate

**Shipment Destination:**
Jason Kilgore
3367 S 8000 W
Magna, UT 84044
Contact person: Jason Kilgore
Phone: (801) 987-0095

**Destination Accessorials**
Residential, Appointment

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 3 Pallet | 3 | ATM's 36x32x72 in | 100 | 1,200 lbs |
| **3** | **3** | **TOTALS** | | **1,200 lbs** |

Notes: ***>Echo BOL 48402928***

Payment to be received at Trangistics, Inc./US Bank, Sisters, OR. WITHIN 15 DAYS OF DELIVERY DATE. Accounts, which are 16 days old, will be considered delinquent and subject to review of credit privilege. A service charge of one and a half percent (1.5%) monthly may be assessed on bill older than 15 days. If collection is made by suit or otherwise, I/We agree to pay all collection costs including reasonable attorney fees and hereby waive all rights to claim exemption under state laws. Trangistics, Inc. does not provide any paperwork (BOLs, delivery receipts etc.) with invoicing. I/We will not deduct from our freight bill regardless of exempt status for claims issues. Claims will be treated separately and claims forms will be filed. The terms and claims sections of this agreement supersedes any other contract and or agreement referencing payment terms or claims with Trangistics, Inc. This Agreement shall be interpreted according to the Laws of the State of Oregon. Any action to interpret or enforce this agreement shall be resolved in the State Courts of Oregon, County of Deschutes.
REMITTANCE ADDRESS: Trangistics, Inc. P.O. Box 1750, Sisters OR 97759
Wire: Trangistics, Inc. / US Bank, 123 W. Hood, Sisters OR 97759, Acct# 153665375363, ABA 123000220

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Accessorial - Residential | 1.00 | $0.00 | $0.00 |
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Accessorial - Appointment | 1.00 | $0.00 | $0.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $800.00 | $800.00 |
| **Total Due** | | | $800.00 |
| **Amount Paid** | | | $(800.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL    112602072 - BOL
POD    112602072 - 48402928-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

.*TRAN*GISTICS

# INVOICE

| | |
|---|---|
| Invoice # | 112592501 |
| Invoice Date | 3/1/2022 |
| Pro Number | 48417466 |
| Service Level | Normal |
| Paid Date: | 3/21/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/18/2022
Customer: Cash Coin Inc.
BOL Number: 112592501
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Origin Accessorials**
None

**Shipment Destination:**
Gamestop corporate

GRAPEVINE, TX 76051
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 1 Pallet | 1 | atms 36x32x72 in | 100 | 400 lbs |
| **1** | **1** | **TOTALS** | | **400 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $750.00 | $750.00 |
| **Total Due** | | | $750.00 |
| **Amount Paid** | | | $(750.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL    112592501 - BOL
POD    112592501 - 48417466-POD-1.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

| | |
|---|---|
| Invoice # | 112611119 |
| Invoice Date | 2/28/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 3/21/2022 |

.TRANGISTICS

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/25/2022
Customer: Cash Coin Inc.
BOL Number: 112611119
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud Warehouse
4171 Distribution Cir #105
Las Vegas, NV 89030
Contact person: London Molina
Phone: (702) 727-9356

**Origin Accessorials**
Liftgate

**Shipment Destination:**
TCB Global
1051 Mary Crest Road Suite H
HENDERSON, NV 89074
Contact person: Justin Mitchell
Phone: (702) 478-8633

**Destination Accessorials**
Appointment, Liftgate

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 15 Pallet | 1 | ATM's 36" X 32" X 72" 0x0x0 in | No Class | 6,000 lbs |
| **15** | **1** | **TOTALS** | | **6,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

## Pricing

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Accessorial - Appointment | 1.00 | $0.00 | $0.00 |
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $600.00 | $600.00 |
| **Total Due** | | | $600.00 |
| **Amount Paid** | | | $(600.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL        112611119 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| | |
|---|---|
| Invoice # | 112592135 |
| Invoice Date | 2/25/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 3/7/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/21/2022
Customer: Cash Coin Inc.
BOL Number: 112592135
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Allstar Moving
1600 1st Street NW
Albuquerque, NM 87102
Contact person: Cris Lucero
Phone: (505) 888-1007

**Origin Accessorials**
None

**Shipment Destination:**
Advanced Rigging LLC
2190 Old 6 Road
Victor, IA 52347
Contact person: Steve Van Nevel
Phone: (319) 530-4819

**Destination Accessorials**
Liftgate, Appointment

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 12 Pallet | 1 | atm's 36x32x72 36x32x72 in | No Class | 4,800 lbs |
| **12** | **1** | **TOTALS** | | **4,800 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Accessorial - Appointment | 1.00 | $0.00 | $0.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $2,500.00 | $2,500.00 |
| **Total Due** | | | $2,500.00 |
| **Amount Paid** | | | $(2,500.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL 112592135 - BOL
POD 112592135 - output_image1645804269279.JPG

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

.TRAN~~~ISTICS~~

# INVOICE

| | |
|---|---|
| Invoice # | 112546065 |
| Invoice Date | 2/24/2022 |
| Pro Number | 48265145 |
| Service Level | Normal |
| Paid Date: | 3/7/2022 |

**Payable To:**
Transistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/9/2022
Customer: Cash Coin Inc.
BOL Number: 112546065
PO Reference: 48265145
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
logic warehouse
4121 N kentucky ave
RANDOLPH, MO 64161
Contact person:
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Secure Technicians Inc
1525 S Blount Street
Raleigh, NC 27603
Contact person: David Raff
Phone: (704) 578-2147

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E-mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 12 Pallet | 12 | ATM's 36x32x72 0x0x0 in | No Class | 4,800 lbs |
| **12** | **12** | **TOTALS** | | **4,800 lbs** |

**Notes: ***Echo BOL 48265145***

Payment to be received at Transistics, Inc./US Bank, Sisters, OR. WITHIN 15 DAYS OF DELIVERY DATE. Accounts, which are 16 days old, will be considered delinquent and subject to review of credit privilege. A service charge of one and a half percent (1.5%) monthly may be assessed on bill older than 15 days. If collection is made by suit or otherwise, I/We agree to pay all collection costs including reasonable attorney fees and hereby waive all rights to claim exemption under state laws. Transistics, Inc. does not provide any paperwork (BOLs, delivery receipts etc.) with invoicing. I/We will not deduct from any freight bill regardless of exempt status for claims issues. Claims will be treated separately and claims forms will be filed. The terms and claims sections of this agreement supersedes any other contract and or agreement referencing payment terms or claims with Transistics, Inc. This Agreement shall be interpreted according to the Laws of the State of Oregon. Any action to interpret or enforce this agreement shall be resolved in the State Courts of Oregon, County of Deschutes.
REMITTANCE ADDRESS: Transistics, Inc. P.O. Box 1750, Sisters OR 97759
Wire: Transistics, Inc. / US Bank, 123 W. Hood, Sisters OR 97759, Acct# 153665375363, ABA 123000220

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $2,200.00 | $2,200.00 |
| Total Due | | | $2,200.00 |
| Amount Paid | | | $(2,200.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL    112546065 - BOL

**Thank you for using Transistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

*.TRAN*GISTICS

# INVOICE

| | |
|---|---|
| **Invoice #** | 112555075 |
| **Invoice Date** | 2/23/2022 |
| **Pro Number** | |
| **Service Level** | Normal |
| **Paid Date:** | 3/7/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/16/2022
Customer: Cash Coin Inc.
BOL Number: 112555075
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Lanza Installation Services
116 Garden Street
WESTBURY, NY 11590
Contact person: Angel Lanza
Phone: (516) 376-9729

**Origin Accessorials**
None

**Shipment Destination:**
Coin Cloud HQ
10190 Covington Cross Dr
Las Vegas, NV 89144
Contact person: Matt Allen
Phone: (702) 497-6998

**Destination Accessorials**
Liftgate

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 20 Pallet | 1 | 36" X 32" X 72" 0x0x0 in | No Class | 8,000 lbs |
| **20** | **1** | **TOTALS** | | **8,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Accessorial - Liftgate | 1.00 | $0.00 | $0.00 |
| Accessorial - Layover | 1.00 | $150.00 | $150.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $6,950.00 | $6,950.00 |
| Other Charges | 1.00 | $200.00 | $200.00 |
| Other Accessorial - TONU | 1.00 | $0.00 | $0.00 |
| **Total Due** | | | $7,300.00 |
| **Amount Paid** | | | $(7,300.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL      112555075 - BOL
POD      112555075 - Nv(1).pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

*.TRAN~~~STICS~~*

| | |
|---|---|
| Invoice # | 112585527 |
| Invoice Date | 2/22/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 3/7/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/18/2022
Customer: Cash Coin Inc.
BOL Number: 112585527
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Daniels Moving & Storage
6131 West Van Buren st
PHOENIX, AZ 85043
Contact person: Wanda Vanstaveren
Phone: (602) 491-2140

**Origin Accessorials**
None

**Shipment Destination:**
ATM Advisory
9402 Uptown Drive , Suite 300
Indianapolis, IN 46256
Contact person: Stephen Pidgeon
Phone: (317) 414-8956

**Destination Accessorials**
Appointment

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 18 Pallet | 1 | atm's 36x32x72 0x0x0 in | No Class | 7,200 lbs |
| **18** | **1** | **TOTALS** | | **7,200 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Accessorial - Appointment | 1.00 | $0.00 | $0.00 |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $4,850.00 | $4,850.00 |
| Total Due | | | $4,850.00 |
| Amount Paid | | | $(4,850.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL        112585527 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| Invoice # | 112545711 |
|---|---|
| Invoice Date | 2/17/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 2/24/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/10/2022
Customer: Cash Coin Inc.
BOL Number: 112545711
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Alistar Moving
1600 1st Street NW
Albuquerque, NM 87102
Contact person: Cris Lucero
Phone: (505) 888-1007

**Origin Accessorials**
None

**Shipment Destination:**
Corrigan Moving Systems
4800 Gray Avenue
HANOVER PARK, IL 60133
Contact person: Chris Jagalski
Phone: (630) 925-4622

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E-mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 30 Pallet | 1 | 36" X 32" X 72" ATM's 0x0x0 in | No Class | 12,000 lbs |
| **30** | **1** | **TOTALS** | | **12,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

| | Pricing | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $4,400.00 | $4,400.00 |
| Total Due | | | $4,400.00 |
| Amount Paid | | | $(4,400.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL  112545711 - BOL
POD  112545711 - Trangisticsinc112445711.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C



# INVOICE

| Invoice # | 112545809 |
|---|---|
| Invoice Date | 2/17/2022 |
| Pro Number | 48265012 |
| Service Level | Normal |
| Paid Date: | 2/24/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/9/2022
Customer: Cash Coin Inc.
BOL Number: 112545809
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
MALONEY MOVING & STORAGE
1420 SAMS AVE STE A-1 AND B-1
New Orleans, LA 70123
Contact person: CYNTHIA
Phone: (504) 948-6683

**Origin Accessorials**
None

**Shipment Destination:**
CWD / Lanza Trucking
257 Power Ct
Sanford, FL 32771
Contact person: J. Fernandez
Phone: (407) 302-9063

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 9 Pallet | 9 | ATM 36x32x72 0x0x0 in | 100 | 3,600 lbs |
| **9** | **9** | **TOTALS** | | **3,600 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $1,650.00 | $1,650.00 |
| **Total Due** | | | $1,650.00 |
| **Amount Paid** | | | $(1,650.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL        112545809 - BOL

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

.TRANGISTICS

# INVOICE

| Invoice # | 112535190 |
|---|---|
| Invoice Date | 2/17/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 2/24/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/7/2022
Customer: Cash Coin Inc.
BOL Number: 112535190
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
PDX Movers

Tualatin, OR 97062
Contact person:
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
ATM Advisory

Indianapolis, IN 46201
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 21 Pallet | 1 | None 0x0x0 in | No Class | 8,400 lbs |
| **21** | **1** | **TOTALS** | | **8,400 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| Pricing | | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $5,100.00 | $5,100.00 |
| **Total Due** | | | $5,100.00 |
| **Amount Paid** | | | $(5,100.00) |
| **Balance Due** | | | $0.00 |

| Pricing Changes: | ✔ No Changes |
|---|---|
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

Shipment Documents
BOL  112535190 - BOL
POD  112535190 - IMG-20220211-WA0021.jpg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# INVOICE

**.TRANGISTICS**

| Invoice # | 112540353 |
|---|---|
| Invoice Date | 2/17/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 2/24/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/9/2022
Customer: Cash Coin Inc.
BOL Number: 112540353
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
aarow moving and storage
4322 milling rd
SAN ANTONIO, TX 78219
Contact person: cheryl
Phone: (210) 359-1333

**Origin Accessorials**
None

**Shipment Destination:**
Deadline Construction
19475 Alford Road
Magnolia, TX 77355
Contact person: Chuck
Phone: (281) 743-4726

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 15 Pallet | 1 | ATMS 36X32X72 0x0x0 in | No Class | 6,000 lbs |
| **15** | **1** | **TOTALS** | | **6,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified
data reported by the carrier at time of invoicing. No Change means that the
audited values have not been changed.

| | Pricing | | |
|---|---|---|---|
| Detail | Quantity | Rate | Total |
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $975.00 | $975.00 |
| **Total Due** | | | $975.00 |
| **Amount Paid** | | | $(975.00) |
| **Balance Due** | | | $0.00 |

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate
on 100% of invoices.

Shipment Documents
BOL   112540353 - BOL
POD   112540353 - PODSANMAGNOLIA.pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| Invoice # | 112566448 |
|---|---|
| Invoice Date | 2/17/2022 |
| Pro Number | 48166200 |
| Service Level | Normal |
| Paid Date: | 2/24/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/1/2022
Customer: Cash Coin Inc.
BOL Number: 112566448
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Coin Cloud Warehouse
4171 Distribution Cir #105
Las Vegas, NV 89030
Contact person: London Molina
Phone: (702) 727-9356

**Origin Accessorials**
None

**Shipment Destination:**
Coast2Coast
6557 Garden Rd Ste 14
Riviera Beach, FL 33404
Contact person: Brandon Allen
Phone: (561) 632-1443

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] [ADDITIONAL_STOPS.ADDRESS.CITY], [ADDITIONAL_STOPS.ADDRESS.STATE] [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | [ADDITIONAL_STOPS.CONTACT_NAME] | Phone: [ADDITIONAL_STOPS.PHONE] E-mail: [ADDITIONAL_STOPS.EMAIL] |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 2 Pallet | 1 | ATM's 36x32x72 in | 100 | 800 lbs |
| **2** | **1** | **TOTALS** | | **800 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.
In the last 6 months, this carrier has accurately billed 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $865.00 | $865.00 |
| Total Due | | | $865.00 |
| Amount Paid | | | $(865.00) |
| Balance Due | | | $0.00 |

Shipment Documents
BOL  112566448 - BOL
POD  112566448 - 48166200-POD-API-1(1).pdf

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRANGISTICS**

# INVOICE

| Invoice # | 112541184 |
|---|---|
| Invoice Date | 2/10/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 2/24/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/9/2022
Customer: Cash Coin Inc.
BOL Number: 112541184
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Bucks moving and Storage
2011 Avenue C
LUBBOCK, TX 79404
Contact person: Todd Buckner
Phone: (806) 441-2825

**Origin Accessorials**
None

**Shipment Destination:**
Deadline Construction
19475 Alford Road
Magnolia, TX 77355
Contact person: Chuck
Phone: (281) 743-4726

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E-mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 15 Pallet | 1 | ATMs 36x32x72 36x32x72 in | No Class | 6,000 lbs |
| **15** | **1** | **TOTALS** | | **6,000 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified data reported by the carrier at time of invoicing. No Change means that the audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $1,625.00 | $1,625.00 |
| **Total Due** | | | $1,625.00 |
| **Amount Paid** | | | $(1,625.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL   112541184 - BOLLubbock.jpeg

**Thank you for using Trangistics, Inc..**

Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

**.TRAN**GISTICS

# INVOICE

| Invoice # | 112535193 |
| Invoice Date | 2/8/2022 |
| Pro Number | |
| Service Level | Normal |
| Paid Date: | 2/24/2022 |

**Payable To:**
Trangistics, Inc.
PO Box 1750
SISTERS, OR 97759
Tel. (541) 923-6309

**Bill To:**
Cash Coin Inc.
9580 W. Sahara Ave. - STE 200
Las Vegas, NV 89117, US

**Shipment Details:**
Shipment Date: 2/4/2022
Customer: Cash Coin Inc.
BOL Number: 112535193
PO Reference:
Shipper Number:
Delivered: None
Delivery Signed By:

**Shipment Origin:**
Deadline Construction

Magnolia, TX 77354
Contact person:
Phone:

**Origin Accessorials**
None

**Shipment Destination:**
Coin Cloud HQ

Las Vegas, NV 89101
Contact person:
Phone:

**Destination Accessorials**
None

**Addtional Stop Details:**

| Type | Company Name | Address | Contact Name | Contact Information |
|---|---|---|---|---|
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS1] | | Phone: |
| | | [ADDITIONAL_STOPS.ADDRESS.STREETADDRESS2] | | [ADDITIONAL_STOPS.PHONE] |
| [ADDITIONAL_STOPS.STOP_TYPE] | [ADDITIONAL_STOPS.COMPANY_NAME] | [ADDITIONAL_STOPS.ADDRESS.CITY], | [ADDITIONAL_STOPS.CONTACT_NAME] | E- |
| | | [ADDITIONAL_STOPS.ADDRESS.STATE] | | mail: [ADDITIONAL_STOPS.EMAIL] |
| | | [ADDITIONAL_STOPS.ADDRESS.ZIPCODE] | | |

| Handling Units | Piece Count | Commodity Description | Class | Weight |
|---|---|---|---|---|
| 14 Pallet | 1 | None 0x0x0 in | No Class | 5,360 lbs |
| **14** | **1** | **TOTALS** | | **5,360 lbs** |

**Shipment Data Audit**
This section compares user entered data at the time of booking to verified
data reported by the carrier at time of invoicing. No Change means that the
audited values have not been changed.

| | |
|---|---|
| Pricing Changes: | ✔ No Changes |
| Accessorial Changes: | ✔ No Changes |
| Weight Changes: | ✔ No Changes |
| Shipping Location Changes: | ✔ No Changes |
| Freight Class Changes: | ✔ No Changes |

In the last 6 months, your user entered shipment detail has been accurate
on 100% of invoices.

**Pricing**

| Detail | Quantity | Rate | Total |
|---|---|---|---|
| Fuel | 1.00 | $0.00 | $0.00 |
| Linehaul | 1.00 | $3,700.00 | $3,700.00 |
| **Total Due** | | | $3,700.00 |
| **Amount Paid** | | | $(3,700.00) |
| **Balance Due** | | | $0.00 |

Shipment Documents
BOL      112535193 - BOL

**Thank you for using Trangistics, Inc..**

# Exhibit A

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# EXHIBIT B

DocuSign Envelope ID: 93C4067D-5737-4B76-8AFD-EEA74B77761C

# Translgistics, Inc.

## A/R Aging Detail
As of July 17, 2023

| DATE | TRANSACTION TYPE | NUM | CUSTOMER | DUE DATE | AMOUNT | OPEN BALANCE |
|------|------------------|-----|----------|----------|--------|--------------|
| **91 or more days past due** | | | | | | |
| 07/13/2022 | Invoice | 113845901 | Cash Coin Inc. | 08/02/2022 | 8,600.00 | 8,600.00 |
| 07/19/2022 | Invoice | 113795463 | Cash Coin Inc. | 08/08/2022 | 6,250.00 | 6,250.00 |
| 08/11/2022 | Invoice | 114054970 | Cash Coin Inc. | 08/26/2022 | 38,600.00 | 38,600.00 |
| 09/14/2022 | Invoice | 114189155 | Cash Coin Inc. | 09/29/2022 | 1,020.00 | 1,020.00 |
| 09/14/2022 | Invoice | 114188355 | Cash Coin Inc. | 09/29/2022 | 1,645.00 | 1,645.00 |
| 09/14/2022 | Invoice | 114188449 | Cash Coin Inc. | 09/29/2022 | 2,003.00 | 2,003.00 |
| 09/14/2022 | Invoice | 114188106 | Cash Coin Inc. | 09/29/2022 | 2,998.00 | 2,998.00 |
| 09/14/2022 | Invoice | 114189179 | Cash Coin Inc. | 09/29/2022 | 3,425.00 | 3,425.00 |
| 09/14/2022 | Invoice | 114257869 | Cash Coin Inc. | 09/29/2022 | 38,600.00 | 38,600.00 |
| 09/22/2022 | Invoice | 114244290 | Cash Coin Inc. | 10/07/2022 | 1,341.00 | 1,341.00 |
| 09/22/2022 | Invoice | 114244287 | Cash Coin Inc. | 10/07/2022 | 1,816.00 | 1,816.00 |
| 09/22/2022 | Invoice | 114244286 | Cash Coin Inc. | 10/07/2022 | 1,910.00 | 1,910.00 |
| 10/12/2022 | Invoice | 114511587 | Cash Coin Inc. | 10/27/2022 | 38,600.00 | 38,600.00 |
| 12/13/2022 | Invoice | 114910633 | Cash Coin Inc. | 12/28/2022 | 38,600.00 | 38,600.00 |
| 01/17/2023 | Invoice | 115274438 | Cash Coin Inc. | 02/16/2023 | 38,600.00 | 38,600.00 |
| 03/02/2023 | Invoice | 115322636 | Cash Coin Inc. | 03/17/2023 | 38,600.00 | 38,600.00 |
| **Total for 91 or more days past due** | | | | | **$292,608.00** | **$262,608.00** |
| **61 - 90 days past due** | | | | | | |
| 04/04/2023 | Invoice | 115409040 | Cash Coin Inc. | 04/19/2023 | 38,600.00 | 38,600.00 |
| 04/26/2023 | Invoice | 115582604 | Cash Coin Inc. | 05/11/2023 | 38,600.00 | 38,600.00 |
| **Total for 61 - 90 days past due** | | | | | **$77,200.00** | **$77,200.00** |
| **Current** | | | | | | |
| 07/14/2023 | Invoice | 115752292 | Cash Coin Inc. | 07/29/2023 | 38,600.00 | 38,600.00 |
| 07/14/2023 | Invoice | 115961783 | Cash Coin Inc. | 07/29/2023 | 38,600.00 | 38,600.00 |
| 07/14/2023 | Invoice | 116139536 | Cash Coin Inc. | 07/29/2023 | 38,600.00 | 38,600.00 |
| **Total for Current** | | | | | **$115,800.00** | **$115,800.00** |
| **TOTAL** | | | | | **$485,608.00** | **$455,608.00** |

Monday, July 17, 2023 08:58 AM GMT-07:00

1/1

Exhibit B
Page 1 of 1