**MARJORIE A. GUYMON, ESQ.**
Nevada Bar No. 4983
Email: mguymon@goldguylaw.com
**GOLDSMITH & GUYMON, P.C.**
2055 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Transgistics, Inc

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD,<br><br>            Debtor | Case No.: BK-S-23-10423-MKN<br>Chapter 11<br><br>Hearing Date: July 20, 2023<br>Hearing Time: 10:30 a.m. |

### CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of GOLDSMITH & GUYMON, P.C. and that on this 18th day of July, 2023, I caused the above and foregoing REPLY IN SUPPORT OF MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM, DECLARATION OF DAVID MCGREW IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM, and DECLARATION OF ANN RUDINSKY IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM to be served as follows:

[X]    Pursuant to EDCR 8.05(a), EDCR 8.05(f), NRCP 5(b)(2)(E) and Administrative Order 14-2 captioned "In the Administrative Matter of Mandatory Electronic Service in the Eight Judicial District Court," by mandatory electronic service through the Eighth Judicial District Court's electronic filing system;

[ ]    by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

[ ]    pursuant to EDCR 7.26, to be sent via facsimile, by duly executed consent for service by electronic means.

/s/ Kathrine von Arx
An employee of Goldsmith & Guymon, PC