James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:   jshea@shea.law
            blarsen@shea.law
            kwyant@shea.law

-and-

**MORRISON & FOERSTER LLP**
Gary Lee, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601
Telephone:  212.468.8000
Facsimile:  212.468.7900
Email:   glee@mofo.com
            akissner@mofo.com

*Attorneys for Enigma Securities Limited*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>CASH CLOUD INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.: BK-23-10423-MKN<br><br>Chapter 11 |

**ENIGMA SECURITIES LIMITED'S CERTIFICATE OF SERVICE AND COMPLIANCE REGARDING ADMINISTRATIVE CLAIM ORDER [ECF NO. 823]**

I, Kyle M. Wyant, hereby state as follows:

1. I am counsel for Creditor Enigma Securities Limited ("Enigma"), am over the age of 21 years old, am a citizen of the United States of America, and am competent to testify as follows:

2. On July 18, 2023, I sent via overnight postage, Enigma's Administrative Claim [Claim No. 151-1], to the following addresses as set forth in the *Order Establishing Administrative Claim Bar Date for Filing Proofs of Administrative Expense Claim and Approving Form, Manner, and Sufficiency of Notice Thereof* [ECF No. 823] (the "Order"):

    i. Debtor Cash Cloud Inc., d/b/a Coin Cloud
       Attn: Brett Axelrod
       c/o Fox Rothschild LLP
       1980 Festival Plaza Drive, Suite 700
       Las Vegas, NV 89135

    ii. DIP Lender
       Attn: Jordi Guso
       c/o Berger Singerman LLP
       1450 Brickell Ave, Suite 1900
       Miami, FL 33131

    iii. DIP Lender
       Attn: Jeffrey R. Sylvester
       c/o Sylvester & Polednak
       1731 Village Center Circle
       Las Vegas, NV 89134

    iv. Genesis Global Holdco, LLC
       Attn: Sean O'Neal
       c/o Cleary Gottlieb Steen & Hamilton LLP
       One Liberty Plaza
       New York, NY 10006

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

      v.   Committee of Unsecured Creditors

         Attn: John R. Ashmead

         c/o Seward & Kissel LLP

         One Battery Park Plaza

         New York, NY 10004

      vi.   Committee of Unsecured Creditors

         Attn: Ryan J. Works

         c/o McDonald Carrano Wilson LLP

         2300 W Sahara Ave, Suite 1200

         Las Vegas, NV 89102

      vii.   Office of U.S. Trustee

         Attn: Jared A. Day

         300 Las Vegas Blvd S. Suite 4300

         Las Vegas, NV 89101

      viii.   Clerk of the U.S. Bankruptcy Court, District of Nevada

         300 Las Vegas Blvd. S.

         Las Vegas, NV 89101

3.     Proof of the foregoing is attached hereto as **Exhibit 1**.

4.     The scheduled delivery date for all recipients listed above is July 19, 2023—prior to the July 20, 2023 deadline set forth in the Order. *See* **Exhibit 1**.

5.     As such, Enigma has complied with the Order and has properly filed its Proof of Administrative Claim and related application [ECF No. 873].

6.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 18th day of July, 2023.

                                                               */s/ Kyle M. Wyant, Esq.*
                                                                Kyle M. Wyant, Esq.

**CERTIFICATE OF SERVICE**

1. On July 18, 2023, I served **ENIGMA SECURITIES LIMITED'S CERTIFICATE OF SERVICE AND COMPLIANCE REGARDING ADMINISTRATIVE CLAIM ORDER [ECF NO. 823]** in the following manner:

☒ a. ECF System: Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court's facilities.

☐ b. United States mail, postage fully prepaid:

☐ c. Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 18, 2023

By: /s/ *Bart K. Larsen, Esq.*



# FedEx Office

Address: 7208 W LAKE MEAD BLVD
LAS VEGAS NV 89128
Location: VGTKO
Device ID: -BTC03
Transaction: 940371483462

FedEx Standard Overnight
Tracking Number:
781327505562    0.25 lb (S)    32.95
Declared Value   20
Recipient Address:
    Attn: Brett Axelrod
    Debtor, C/O Fox Rothschild LLP
    1980 FESTIVAL PLAZA DR STE 700
    LAS VEGAS, NV 89135-2961
    0000000000

Scheduled Delivery Date 7/19/2023

Pricing option:
    ONE RATE

Package Information:
    FedEx Envelope

---

FedEx Standard Overnight
Tracking Number:
781327599500    0.25 lb (S)    47.55
Declared Value   20
Recipient Address:
    DIP Lender
    Attn: Jordi Guso
    Berger Singerman LLP
    1450 Brickell Ave Ste 1900
    Miami, FL 33131
    0000000000

Scheduled Delivery Date 7/19/2023

Pricing option:
    ONE RATE

Package Information:
    FedEx Envelope

FedEx Standard Overnight
Tracking Number:
781327684614     0.25 lb (S)        32.95
Declared Value   20
Recipient Address:
    DIP Lender
    Attn: Jeffrey R Sylvester
    C/O Sylvester & Polednak Ltd
    1731 Village Center Cir
    Las Vegas, NV 89134
    0000000000

Scheduled Delivery Date 7/19/2023

Pricing option:
    ONE RATE

Package Information:
    FedEx Envelope

---

FedEx Standard Overnight
Tracking Number:
781327870554     0.25 lb (S)        47.55
Declared Value   20
Recipient Address:
    Att: Sean ONeal
    Genesis Global Holdco, LLC
    C/O Cleary Gottlieb Steen & Hamilto
    One Liberty Plaza
    New York, NY 10006
    0000000000

Scheduled Delivery Date 7/19/2023

Pricing option:
    ONE RATE

Package Information:
    FedEx Envelope

---

FedEx Standard Overnight
Tracking Number:
781327912495     0.25 lb (S)        47.55
Declared Value   20
Recipient Address:
    Committee of Unsecured Credito
    Attn: John R Ashmead
    C/O Seward & Kissel LLP
    One Battery Park Plaza
    New York, NY 10004
    0000000000

Scheduled Delivery Date 7/19/2023

Pricing option:
    ONE RATE

Package Information:
    FedEx Envelope

FedEx Standard Overnight
Tracking Number:
781327947950    0.25 lb (S)    32.95
Declared Value    20
Recipient Address:
  Committee of Unsecured Credito
  Attn: Ryan J Works
  C/O McDonald Carano Wilson LLP
  2300 W Sahara Ave Ste 1200
  Las Vegas, NV 89102
  0000000000

Scheduled Delivery Date 7/19/2023

Pricing option:
  ONE RATE

Package Information:
  FedEx Envelope

---

FedEx Standard Overnight
Tracking Number:
781327982929    0.25 lb (S)    32.95
Declared Value    20
Recipient Address:
  Office of US Trustee
  Attn: Jared A Day
  300 LAS VEGAS BLVD S STE 4300
  LAS VEGAS, NV 89101-5803
  0000000000

Scheduled Delivery Date 7/19/2023

Pricing option:
  ONE RATE

Package Information:
  FedEx Envelope

---

FedEx Standard Overnight
Tracking Number:
781328036005    0.25 lb (S)    32.95
Declared Value    20
Recipient Address:
  Clerk of the US Bankruptcy Ct
  District of Nevada
  300 Las Vegas Blvd S
  Las Vegas, NV 89101
  0000000000

Scheduled Delivery Date 7/19/2023

Pricing option:
  ONE RATE

Package Information:
  FedEx Envelope

Shipment subtotal:    $307.40

Total Due:    $307.40

(S) CreditCard:    $307.40
***********8782