# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

# ADMINISTRATIVE CLAIM FORM

| | | |
|---|---|---|
| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** *This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.* |
| **Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property<br><br>Oracle America, Inc., successor in interest to NetSuite, Inc. ("Oracle")<br>500 Oracle Parkway, M/S 5op7<br>Redwood Shores, CA  94065 | □ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>□ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>□ Check box if the address differs from the address on the envelope sent to you by the court. | **THIS SPACE IS FOR COURT USE ONLY** |

Creditor Telephone Number (   )

Name and address where notices should be sent (if different from above):

Shawn M. Christianson, Esq.
Buchalter, P.C.
425 Market Street, Suite 2900
San Francisco, CA  94015

Creditor Telephone Number (415) 227-0900

| Account or other number by which creditor identifies debtor: | Check here if this claim: □ replaces<br>□ amends a previously filed claim, dated: |
|---|---|

**1. Basis for Claim:**   Subscription Services Agreement and related Estimates

**2. Date debt was incurred:**   May 17, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

See Attached

**4. Total Amount of Administrative Claim: $** ___3026.61_____

□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS**: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| | |
|---|---|
| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below <u>so that it is received</u> by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV  89101 | **THIS SPACE IS FOR COURT USE ONLY** |

| **DATE**<br>07/18/2023 | **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>/s/ Michael L. Wachtell, Esq. (SBN: 4778), Counsel to Oracle |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

**ATTACHMENT TO ADMINISTRATIVE CLAIM**
**ORACLE AMERICA, INC.**
**CASH CLOUD, INC.**
**CASE NO. 23-10423 (MKN)**

1.  Oracle America, Inc., successor in interest to NetSuite, Inc. ("Oracle"), hereby requests allowance and payment of an administrative expense in the amount of $3,026.61, pursuant to sections 503(a) and (b) of the Bankruptcy Code (the "Administrative Request"), for post-petition goods and products provided, and services rendered, by Oracle to Cash Cloud, Inc. ("Debtor").

2.  Oracle is a licensor of computer software and provides software-related products, technical support, maintenance, educational materials and programs, as well as cloud-based and point of sale services, which Oracle often customizes for the customer's specific needs. Prior to February 7, 2023 (the "Petition Date"), the Debtor and Oracle were parties to several such license agreements.

3.  Oracle submits this Administrative Request pursuant to the *Notice of Entry of Administrative Claim Bar Date Order Establishing Deadline to File Administrative Expense Claims Against the Debtor,* [Dkt. No. 824] which establishes July 20, 2023 as the last day to file an administrative claim for those amounts arising during the period from the Petition Date to July 20, 2023.

4.  Debtor owes Oracle $3,026.61 for support services that Oracle provided to the Debtor after the Petition Date. These post-petition services are evidenced by the outstanding invoices ("Invoices") attached hereto as **Exhibit A**.

5.  Oracle asserts that the Debtor continues to use Oracle's services and therefore is providing ongoing tangible value to the Debtor's estate.

Oracle respectfully requests allowance and payment of an administrative expense to Oracle in an amount of not less than $3,026.61, and reserves its right to supplement this Administrative Request if additional unpaid administrative amounts accrue.

# Exhibit A



# Invoice # 1603682

Oracle America, Inc.  
2300 Oracle Way  
Austin, TX 78741  
United States  
1 877 638 7848  
Tax ID No.: 94-2805249  

**Bill To**  
Cash Cloud Inc  
10190 Covington Cross Dr  
Las Vegas NV 89144  
United States  

**Ship To**  
Cash Cloud Inc  
10190 Covington Cross Dr  
Las Vegas NV 89144  
United States  

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 17 May 2023 | Net 30 | 29 June 2023 | Masse, Ethan |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #1072394 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite Software Management Mid-Market Cloud Service | ** Issue Lifecycle & Status Transition Engine<br>** Closed-Loop Case/Issue Linking<br>** Self-Service Issue Tracking for Customers<br>** Electronic File/Software Distribution for NetSuite<br>** Self-Service "My Downloads" Center | 1 | 0.25 | $1,797.00 |
| NetSuite Premium Support | Users of NetSuite Premium Support are authorized to access the services: Users of NetSuite Premium Support are authorized to access the services: 24x7 access for critical support; Extended hours for non-critical issues (S3's); improved Response Time Goals; functional questions logged via SuiteAnswers, and additional Authorized Contacts are provided (4). Current URL Terms for support are located at https://www.oracle.com/corporate/contracts/cloud-services/netsuite/ | 1 | 0.25 | $179.70 |
| Subtotal | | | | $1,976.70 |
| Discount | Discount | | | ($296.49) |
| Subtotal | | | | $1,680.21 |

| | |
|---:|---:|
| **Subtotal** | $1,680.21 |
| **Tax Total** | $0.00 |
| **Total** | $1,680.21 |

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693
_____

Payment by Wire:
Bank of America
Account #: 1499827093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: 121000358
Bank Routing No. Dom. Wires: 026009593
Swift Code: BOFAUS3N

**Remittance Slip**

| | |
|---|---|
| **Customer** | 5423977 Cash Cloud Inc. |
| **Invoice #** | 1603682 |
| **Amount Due** | $1,680.21 |
| **Amount Paid** | _____ |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1-877-638-7848 option 4

# ORACLE NETSUITE

**Invoice # 1619108**

Oracle America, Inc.
2300 Oracle Way
Austin, TX 78741
United States
1 877 638 7848
Tax ID No.: 94-2805249

**Bill To**
Cash Cloud Inc.
1 Main Street
Las Vegas NV 89101
United States

**Ship To**
Cash Cloud Inc.
1 Main Street
Las Vegas NV 89101
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 09 June 2023 | Net 30 | 09 July 2023 | Nikotich, India |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #869974 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite SuitePeople US Payroll Cloud Service | SuitePeople US Payroll, a full-service payroll offering for US-based employees only. The module includes:<br>** Employee center access<br>** Payroll Tax Calculations (US jurisdictions only)<br>** Direct Deposit<br>** Expense Reimbursement<br>** Remittances<br>** ACA Reporting and Filing<br>**Tax Filing<br>** US Compliance and Reporting<br><br>US Payroll pricing is based on 'per employee per month' basis and is calculated as number of unique employees paid through Payroll each month. (*note: for billing, refer to the Subscription Services Terms and Payment frequency below) | 30 | 2.308 | $720.00 |
| NetSuite SuitePeople HR Cloud Service | SuitePeople HR, for NetSuite ERP includes:<br>** Employee center access<br>** Employee Record Management<br>** Time-off Management<br>** Job Catalog and Job Management<br>** Onboarding/Off boarding<br>** Employee Recognition<br>** HR Workflows, Metrics and Reporting<br><br>SuitePeople HR pricing is based on 'per employee per month' basis and is calculated as number of active, non-terminated employee records being managed in the system. (*note: for billing, refer to the Subscription Services Terms and Payment frequency below) | 30 | 2.308 | $720.00 |

Page 1 of 2

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite Premium Support | Users of NetSuite Premium Support are authorized to access the services: Users of NetSuite Premium Support are authorized to access the services: 24x7 access for critical support; Extended hours for non-critical issues (S3's); improved Response Time Goals; functional questions logged via SuiteAnswers, and additional Authorized Contacts are provided (4). Current URL Terms for support are located at www.netsuite.com/supportterms | 1 | 0.077 | $144.00 |
| Subtotal | | | | $1,584.00 |
| 15% Discount | 15% Discount | | | ($237.60) |
| Subtotal | | | | $1,346.40 |

|  |  |
|---|---|
| Subtotal | $1,346.40 |
| Tax Total | $0.00 |
| Total | $1,346.40 |

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693
_____
Payment by Wire:
Bank of America
Account #: 1499827093
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT: 121000358
Bank Routing No. Dom. Wires: 026009593
Swift Code: BOFAUS3N

**Remittance Slip**

| Customer | 5423977 Cash Cloud Inc. |
|---|---|
| Invoice # | 1619108 |
| Amount Due | $1,346.40 |
| Amount Paid | _____ |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1-877-638-7848 option 4

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, A Professional Corporation, 425 Market Street, Suite 2900, San Francisco, CA 94105.

On the date set forth below, I served the foregoing document described as:

- **ORACLE AMERICA, INC.'S ADMINISTRATIVE CLAIM**

on all other parties and/or their attorney(s) of record to this action by as follows:

☑    **BY OVERNIGHT DELIVERY**    On **July 19, 2023**, I placed the Federal Express package for overnight delivery in a box or location regularly maintained by Federal Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express to receive documents. The package was placed in a sealed envelope or package designated by Federal Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

| | |
|---|---|
| Brett Axelrod<br>Fox Rothschild LLP<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>*Counsel to Debtor* | Jordi Guso<br>Berger Singerman LLP<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>*Counsel to DIP Lender* |
| Jeffrey Sylvester<br>Sylvester & Polednak, Ltd.<br>1731 Village Center Circle<br>Las Vegas, NV 89134<br>*Counsel to DIP Lender* | Sean A. O'Neal<br>Jane VanLare<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>*Counsel to Genesis Global Holdco, LLC* |
| Gary S. Lee<br>Andrew Kissner<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019<br>*Counsel to Enigma Securities Limited* | James Patrick Shea<br>Shea Larsen<br>1731 Village Center Circle, Suite 150<br>Las Vegas, NV 89134<br>*Counsel to Enigma Securities Limited* |

| | |
|---|---|
| John R. Ashmead<br>Robert J. Gayda<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>*Counsel to the*<br>*Committee of Unsecured Creditors* | Ryan J. Works<br>McDonald Carano Wilson LLP<br>2300 W. Sahara Ave., Suite 1200<br>Las Vegas, NV 89102<br>*Counsel to the*<br>*Committee of Unsecured Creditors* |

Jared A. Day
Office of the United States Trustee
300 Las Vegas Boulevard S., Suite 4300
Las Vegas, NV 89101

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on **July 19, 2023**, at San Francisco, California.

☒ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **July 19, 2023**, at San Francisco, California.

| Hallina Pohyar | /s/ Hallina Pohyar |
|---|---|
| | (Signature) |