James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: jshea@shea.law
blarsen@shea.law
kwyant@shea.law

-and-

**MORRISON & FOERSTER LLP**
Gary Lee, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601
Telephone: 212.468.8000
Facsimile: 212.468.7900
Email: glee@mofo.com
akissner@mofo.com

*Attorneys for Enigma Securities Limited*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>CASH CLOUD INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.: BK-23-10423-MKN<br><br>Chapter 11<br><br>Date of Hearing: August 17, 2023<br>Time of Hearing: 10:30 a.m.<br><br>**Toll-free conference line (669) 254-5252, Meeting ID 161 062 2560 Passcode 029066#.** |

**NOTICE OF HEARING ON CREDITOR ENIGMA SECURITIES LIMITED'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 361, 362, 363, 364, 503, 507, AND BANKRUPTCY RULES 3012 AND 8002**

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**NOTICE IS HEREBY GIVEN THAT** Creditor Enigma Securities Limited's ("Enigma") filed its *Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, 503, 507, and Bankruptcy Rules 3012 and 8002* [ECF No. 873] (the "Application") on July 18, 2023. The Application seeks allowance and payment of Enigma's administrative claim asserted based on, among other things, the lack of adequate protection payments, related interest, and any diminution of value of collateral as set forth in the Application.

**NOTICE IS FURTHER GIVEN** that a hearing on the Application will be held before a United States Bankruptcy Court Judge on **August 17, 2023 at 10:30 a.m.** at the U.S. Bankruptcy Court for the District of Nevada in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101. The dial in information is as follows: (669) 254-5252, Meeting ID 161 062 2560, Passcode 029066#.

**NOTICE IS FURTHER GIVEN** that any opposition to the Application and the relief requested therein must be filed and served in accordance with Local Rule 9014(d)(1), which provides:

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may rule *against you* without formally calling the matter at the hearing.

///

///

///

///

///

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Application may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noticed hearing or any adjournment thereof, and the court may approve modifications at the hearing or any continued hearing.

Dated this 19th Day of July, 2023.

By *\/s/ James Patrick Shea*

James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: jshea@shea.law
blarsen@shea.law
kwyant@shea.law

-and-

Gary Lee, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 5507652
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019-3601
Telephone: 212.468.8000
Facsimile: 212.468.7900
Email: glee@mofo.com
akissner@mofo.com

*Attorneys for Creditor*
*Enigma Securities Limited*

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

## CERTIFICATE OF SERVICE

1. On July 19, 2023, I served **NOTICE OF HEARING ON CREDITOR ENIGMA SECURITIES LIMITED'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 361, 362, 363, 364, 503, 507, AND BANKRUPTCY RULES 3012 AND 8002** in the following manner:

☒ a. ECF System: Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court's facilities.

☐ b. United States mail, postage fully prepaid:

☐ c. Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. By direct email (as opposed to through the ECF System): Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 19, 2023

By: /s/ *Bart K. Larsen*