# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| CASH CLOUD, INC.[1] | Case No. 23-10423 (MKN) |
| Debtor. | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Sharon Lee, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On July 14, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **Notice of Entry of Administrative Claim Bar Date Order Establishing a Deadline to File Administrative Expense Claims Against the Debtor** (Docket No. 824, pages 1-4)

- **Administrative Claim Form** (attached hereto as **Exhibit A**)

Dated: July 19, 2023

/s/ *Sharon Lee*
Sharon Lee
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 720.792.9194
Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

# **Exhibit A**

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|
| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** *This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.* |
| **Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | **THIS SPACE IS FOR COURT USE ONLY** |
| Creditor Telephone Number (   ) | | |
| Name and address where notices should be sent (if different from above): | | |
| Creditor Telephone Number (   ) | | |
| Account or other number by which creditor identifies debtor: | Check here if this claim: ☐ replaces<br>☐ amends a previously filed claim, dated: | |

**1. Basis for Claim:**

**2. Date debt was incurred:** _____

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

**4. Total Amount of Administrative Claim: $** _____
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS**: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| **The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below <u>so that it is received</u> by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.**<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV  89101 | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| **DATE** | **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

**INSTRUCTIONS FOR FILING PROOF OF ADMINISTRATIVE CLAIM**

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

***This form should only be used to assert administrative claims arising or accruing after February 6, 2023, but prior to July 21, 2023.***

1. Please read this Administrative Claim form carefully and fill it in completely and accurately.

2. Print legibly. Your claim may be disallowed if it cannot be read and understood.

3. This Administrative Claim must be completed in English. The amount of any Administrative Claim must be denominated in United States currency.

4. Attach additional pages on 8-1/2 x 11" paper if more space is required to complete this Administrative Claim form.

5. **THIS FORM SHOULD ONLY BE USED BY A CLAIMANT ASSERTING AN ADMINISTRATIVE EXPENSE THAT AROSE OR ACCRUED AFTER FEBRUARY 6, 2023, BUT PRIOR TO JULY 21, 2023. THIS FORM IS NOT FOR FILING CLAIMS ARISING OR ACCRUING AFTER JULY 20, 2023.**

6. This Administrative Claim form should be filed electronically on or before 5:00 Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System, or mailed to the following address so that it is **received** by the Clerk of the United States Bankruptcy Court at the address below on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023.

    Clerk of the United States Bankruptcy Court, District of Nevada
    300 Las Vegas Blvd. South, Las Vegas, NV  89101

7. **THE CLAIMANT MUST ATTACH COPIES OF ANY AND ALL SUPPORTING DOCUMENTATION THAT PROVIDES EVIDENCE THAT THIS CLAIM IS FOR AN OBLIGATION THAT AROSE OR ACCRUED AFTER FEBRUARY 6, 2023, BUT PRIOR TO JULY 21, 2023, SUCH AS PROMISSORY NOTES, PURCHASE ORDERS, INVOICES, ITEMIZED STATEMENTS OF ACCOUNTS, CONTRACTS, COURT JUDGMENTS, OR EVIDENCE OF A SECURITY INTEREST. IF THE DOCUMENTATION IS NOT ATTACHED, THE DEBTOR MAY SEEK DISALLOWANCE OF YOUR CLAIM.**

8. **To be considered timely filed, this Administrative Claim form must be filed with the Bankruptcy Court (either through the Court's CM/ECF System or by mailing it to the Clerk of the United States Bankruptcy Court as set forth above) by 5:00 p.m. (Prevailing Pacific Time) on July 20, 2023, and should include appropriate documentation/materials establishing the claimant's entitlement to an allowed Administrative Claim and the amount of the asserted claim.**

146882928.1

# **<u>Exhibit B</u>**



# Exhibit B
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alan Barton | | 3103 Pisgah Dr. | | Canton | NC | 28716 |
| Albert Washington | | 3352 Hollywood Ave. | | Jackson | MS | 39213 |
| Andrea Seals | | 109 Kenton Loop | | Hendersonville | TN | 37075 |
| Andrea Whittington | | 1006 Hiatt St. | | Carter Lake | IA | 51510 |
| Anthony Cuttitta | | 48 Savo Loop | | Staten Island | NY | 10309 |
| ARIEL I WILSON | | 5451 E Saginaw Way | | Fresno | CA | 93727 |
| Barbara Lewis Baca | | 5995 Meininger DR | | Missoula | MT | 59808 |
| Bianca Wanamaker | | 24832 Mithra Ave | | Mission Viejo | CA | 92691 |
| Billy Davis | | 981 Holbrook RD | | Newnan | GA | 30263 |
| Bonnie Henderson | | 1216 Jefferson St. | | Alexandria | MN | 56308 |
| BRAD L HAITH | | 512 Mooney Rd | | Chesapeake | VA | 23325 |
| Brance Westbrooks | | 5000 Ravens CT | | Matthews | NC | 28104 |
| Brenda Griffin | | 15418 Joiner RD | | Little Rock | AR | 72210 |
| Briz Ogburn | | 1550 Ogden St | | Denver | CO | 80218 |
| Carlos Perez | | 34 Blossom St | | Lowell | MA | 01852 |
| CATHERINE FORD BARBIERO | | 1570 E 4160 S | | Millcreek | UT | 84124 |
| Chedler Opont | | 1962 Ernst Terrace | | Union | NJ | 07083 |
| Christina Baker | | 330 Township Line Rd | | ELVERSON | PA | 19520 |
| Coin Cloud Customer | | 1 HIGHWAY CONTRACT | | BOISE CITY | OK | 73933 |
| Coin Cloud Customer | | 10 CHURCH WAY | | SOUTH WINDSOR | CT | 06074 |
| Coin Cloud Customer | | 10 STRECKER RD # 1120 | | ELLISVILLE | MO | 63011 |
| Coin Cloud Customer | | 100 E MILES RD LOT 19 | | CARROLLTON | TX | 30116 |
| Coin Cloud Customer | | 100 PIERCE ST APT 703 | | CLEARWATER | FL | 33756 |
| Coin Cloud Customer | | 1000 1ST SECURITY | | LEXINGTON | KY | 40507 |
| Coin Cloud Customer | | 10048 STATE ROUTE 507 | | RAINIER | WA | 98576 |
| Coin Cloud Customer | | 1005 E 1ST ST APT 4 | | CALEXICO | CA | 92231 |
| Coin Cloud Customer | | 1006 RAWSON AVE | | SOUTH MILWAUKEE | WI | 53172 |
| Coin Cloud Customer | | 101 N JESSICA AVE APT 254 | | TUCSON | AZ | 85710 |
| Coin Cloud Customer | | 1012 LAKEVIEW PKWY | | LOCUST GROVE | VA | 22508-5257 |
| Coin Cloud Customer | | 1014 16TH ST NE APT 15 | | JAMESTOWN | ND | 58401 |
| Coin Cloud Customer | | 1014 ADKINS BLVD | | Jackson | MS | 39211 |
| Coin Cloud Customer | | 1016 S HUMPHREY AVE | | OAK PARK | IL | 60304 |
| Coin Cloud Customer | | 10211 HOLME LACEY LN | | AUSTIN | TX | 78750 |
| Coin Cloud Customer | | 1026 S Jefferson Ave | | Tucson | AZ | 85711 |
| Coin Cloud Customer | | 1029 ARBOURS DR | | PANAMA CITY | FL | 32401 |
| Coin Cloud Customer | | 1029 N DANIEL ST | | ARLINGTON | VA | 22201 |
| Coin Cloud Customer | | 1045 JENNETTE AVE NW | | GRAND RAPIDS | MI | 49504 |
| Coin Cloud Customer | | 1048 W 10TH ST | | TEMPE | AZ | 85281 |
| Coin Cloud Customer | | 106 BROADWAY ST STE G | | ELSBERRY | MO | 63343 |



## Exhibit B
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Coin Cloud Customer | | 106 CIMARRON BLVD | | HENDERSONVILLE | NC | 28791 |
| Coin Cloud Customer | | 10600 BRUNSWICK RD APT 102 | | MINNEAPOLIS | MN | 55438 |
| Coin Cloud Customer | | 1063 23RD ST | | RICHMOND | CA | 94804 |
| Coin Cloud Customer | | 1069 S 11TH ST | | HARRISBURG | OR | 97446 |
| Coin Cloud Customer | | 1075 Schlaegel Dr | | Zanesville | OH | 43701 |
| Coin Cloud Customer | | 10815 SE 226th St | | Kent | WA | 98031 |
| Coin Cloud Customer | | 109 E Grant St | | Mangum | OK | 73554 |
| Coin Cloud Customer | | 109 LARKSPUR ST | | AMERICAN CANYON | CA | 94503 |
| Coin Cloud Customer | | 10994 WITCHAVEN ST | | JACKSONVILLE | FL | 32246 |
| Coin Cloud Customer | | 11 BROADWAY STE 1600 | | NEW YORK | YORK | 10004 |
| Coin Cloud Customer | | 110 N PASADENA | | MESA | AZ | 85201 |
| Coin Cloud Customer | | 1100 GARLAND ST | | PLAINVIEW | TX | 79072 |
| Coin Cloud Customer | | 1100 NEWPORTVILLE RD APT 1013 | | CROYDON | PA | 19021 |
| Coin Cloud Customer | | 11024 HUNTER TRAIL LN | | CHARLOTTE | NC | 28226 |
| Coin Cloud Customer | | 1107 S WEST RD | | SOUTH HAVEN | KS | 67140 |
| Coin Cloud Customer | | 1114 MILL RUN RD | | SNEADS FERRY | NC | 28460 |
| Coin Cloud Customer | | 1115 NW Elm Ave | | Lawton | OK | 73507 |
| Coin Cloud Customer | | 1115 WIGGINGTON RD | | LYNCHBURG | VA | 24502 |
| Coin Cloud Customer | | 1117 HARMONY DR | | ABILENE | TX | 79603 |
| Coin Cloud Customer | | 11222 Cedarwood Drive | | Humble | TX | 77338 |
| Coin Cloud Customer | | 1125 COLUMBUS AVE APT 2 | | LEMOYNE | PA | 17043 |
| Coin Cloud Customer | | 1126 NICOLE LN | | SAN ANGELO | TX | 76903 |
| Coin Cloud Customer | | 113 CHARLOTTE ST | | PEKIN | IL | 61554 |
| Coin Cloud Customer | | 1130 TARAYA TER | | HERCULES | CA | 94547 |
| Coin Cloud Customer | | 114 S CENTER ST | | WARREN | IL | 61087 |
| Coin Cloud Customer | | 11410 WADSWORTH AVE | | LOS ANGELES | CA | 90059 |
| Coin Cloud Customer | | 1149 SCHEX DR | | BOSSIER CITY | LA | 71112 |
| Coin Cloud Customer | | 11572 ANGELL ST | | NORWALK | CA | 90650 |
| Coin Cloud Customer | | 1160 READING RD | | NARVON | PA | 17555 |
| Coin Cloud Customer | | 11602 COLLEGE VIEW DR | | SILVER SPRING | MD | 20902 |
| Coin Cloud Customer | | 11689 SW Royal Villa Dr | | Portland | OR | 97224 |
| Coin Cloud Customer | | 119 S FORBES ST | | JACKSON | MI | 49203 |
| Coin Cloud Customer | | 12 CENTER ST | | WORTHINGTON | IN | 47471 |
| Coin Cloud Customer | | 12010 LAMAR BRG # BE | | SAN ANTONIO | TX | 78249 |
| Coin Cloud Customer | | 1205 Dorchester Ave | | Baltimore | MD | 21207 |
| Coin Cloud Customer | | 1211 W 117TH PL S | | JENKS | OK | 74037 |
| Coin Cloud Customer | | 1214 LAKEVIEW AVE APT 105 | | PUEBLO | CO | 81004 |
| Coin Cloud Customer | | 1214 S SCHILLER ST | | LITTLE ROCK | AR | 72202 |
| Coin Cloud Customer | | 1226 JOYCE LN | | ANN ARBOR | MI | 48103 |



# Exhibit B
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Coin Cloud Customer | | 1231 Newlodge Court | | Nashville | TN | 37013 |
| Coin Cloud Customer | | 1232 5TH AVE | | AKRON | OH | 44306 |
| Coin Cloud Customer | | 12328 WINN AVE | | BAKERSFIELD | CA | 93312 |
| Coin Cloud Customer | | 124 PERU AVE | | SAN FRANCISCO | CA | 94112 |
| Coin Cloud Customer | | 125 1/2 church st. | | Suffolk | VA | 23434 |
| Coin Cloud Customer | | 125 E 200 N | | MANTI | UT | 84624 |
| Coin Cloud Customer | | 125 W MEDA AVE APT 2 | | GLENDORA | CA | 91741 |
| Coin Cloud Customer | | 127 RIVERBEND RD | | FRANKLIN | NC | 28734 |
| Coin Cloud Customer | | 1300 ADAMS AVE APT 29B | | COSTA MESA | CA | 942626 |
| Coin Cloud Customer | | 1309 Upper Sassafras Pkwy | | Jasper | GA | 30143 |
| Coin Cloud Customer | | 13115 Cameron Crest Ln | | Sugar Land | TX | 77498 |
| Coin Cloud Customer | | 1324 SHADY LN | | PRINCETON | MN | 55371 |
| Coin Cloud Customer | | 133 Bumgarner Dr | | Forest | VA | 24551 |
| Coin Cloud Customer | | 133 SUNNYRIDGE DR | | DAVENPORT | FL | 33897 |
| Coin Cloud Customer | | 1334 HENDRICKS AVE | | DALLAS | TX | 75216 |
| Coin Cloud Customer | | 13406 BITTERROOT | | HELOTES | TC | 78023 |
| Coin Cloud Customer | | 1347 FIRESTONE DR | | WOODLAND PARK | CO | 80863 |
| Coin Cloud Customer | | 1351 CALLE AVANZADO # 4 | | SAN CLEMENTE | CA | 92673 |
| Coin Cloud Customer | | 13679 56th Pl N | | Plymouth | MN | 55446 |
| Coin Cloud Customer | | 13913 E HAWTHORNE CT | | WICHITA | KS | 67230 |
| Coin Cloud Customer | | 14 Donna Cir | | Pottsville | PA | 17901 |
| Coin Cloud Customer | | 14 PORTOFINO CIR | | REDWOOD CITY | CA | 94065 |
| Coin Cloud Customer | | 1405 Evergreen Dr Apt 2 | | Watertown | WI | 53098 |
| Coin Cloud Customer | | 1406 MAPLE LN APT 305 | | Kent | WA | 98030 |
| Coin Cloud Customer | | 1411 BELLVILLE DR # B | | HOUSTON | TX | 77038 |
| Coin Cloud Customer | | 14182 Shimpstown Rd | | Mercersburg | PA | 17236 |
| Coin Cloud Customer | | 1422 N 75TH EAST AVE | | TULSA | OK | 74115 |
| Coin Cloud Customer | | 1423 ANTLER DR | | KERRVILLE | TX | 78028 |
| Coin Cloud Customer | | 1429 N GOWER ST | | LOS ANGELES | CA | 90028 |
| Coin Cloud Customer | | 14422 CASTLE ST | | WESTMINSTER | CA | 92683 |
| Coin Cloud Customer | | 144-39 69th Road | | Flushing | NY | 11367 |
| Coin Cloud Customer | | 145 INDIAN PK | | UNION | NJ | 07083 |
| Coin Cloud Customer | | 1501 S EISENHOWER ST | | HUGOTON | KS | 67951 |
| Coin Cloud Customer | | 1515 COPPER AVE NE | | ALBUQUERQUE | NM | 87106 |
| Coin Cloud Customer | | 1524 Engle Molers Rd | | Harpers Ferry | WV | 25425 |
| Coin Cloud Customer | | 153 UNIVERSITY CT | | NASHVILLE | TN | 37210 |
| Coin Cloud Customer | | 15565 Woodstone Cir | | Bristol | VA | 24202 |
| Coin Cloud Customer | | 157 Hollywood Dr | | Millville | DE | 19970 |
| Coin Cloud Customer | | 160 Plymouth dr | | Clayton | NC | 27520 |



# Exhibit B
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Coin Cloud Customer | | 1606 N 52ND ST APT D5 | | PHILADELPHIA | PA | 19131 |
| Coin Cloud Customer | | 16175 JOHN MORRIS RD # 174 | | FORT MYERS | FL | 33908 |
| Coin Cloud Customer | | 1627 SAPPHIRE | | HORSESHOE BAY | TX | 78657 |
| Coin Cloud Customer | | 168 OLD DUTCH VALLEY RD | | Clinton | TN | 37716 |
| Coin Cloud Customer | | 17 E Main St  Apt 5 | | Dallastown | PA | 17313 |
| Coin Cloud Customer | | 1704 WEEKSVILLE RD # 106PO | | ELIZABETH CITY | NC | 27909 |
| Coin Cloud Customer | | 1735 PINE MEADOW DR SE | | ALBANY | OR | 97322 |
| Coin Cloud Customer | | 17411 9th Ave E | | Spanaway | WA | 98387 |
| Coin Cloud Customer | | 1742 SAM RITTENBERG BLVD | | CHARLESTON | SC | 29407 |
| Coin Cloud Customer | | 17620 Pine Ave | | Fontana | CA | 92335 |
| Coin Cloud Customer | | 1765 HAIKU RD | | HAIKU | HI | 96708 |
| Coin Cloud Customer | | 1768 SAWYER RD | | TRAVERSE CITY | MI | 49685 |
| Coin Cloud Customer | | 1856 HAPPY LN APT 25 | | EUGENE | OR | 97401 |
| Coin Cloud Customer | | 1875 HIGHWAY W | | POPLAR BLUFF | MO | 63901 |
| Coin Cloud Customer | | 19 Asack Dr | | South Dennis | MA | 02660 |
| Coin Cloud Customer | | 1913 W COOL WATER WAY | | QUEEN CREEK | AZ | 85142 |
| Coin Cloud Customer | | 1935 Generals Hwy | | Annapolis | MD | 21401 |
| Coin Cloud Customer | | 1942 grand ave. | | Abilene | TX | 79605 |
| Coin Cloud Customer | | 1952 SHOREVIEW AVE | | SAN MATEO | CA | 94401 |
| Coin Cloud Customer | | 1967 Washington 153 | | Carlton | WA | 98814 |
| Coin Cloud Customer | | 19810 BAGLEY DR N APT U307 | | SHORELINE | WA | 98133 |
| Coin Cloud Customer | | 200 E Grantley Ave | | Elmhurst | IL | 60126 |
| Coin Cloud Customer | | 2003 CARTERTON DR | | FORT WAYNE | IN | 46816 |
| Coin Cloud Customer | | 2008 N CAROL AVE | | NEWBERG | OR | 97132 |
| Coin Cloud Customer | | 2009 N LAMON AVE | | CHICAGO | IL | 60639 |
| Coin Cloud Customer | | 201 HUSSON AVE APT T9 | | BANGOR | ME | 04401 |
| Coin Cloud Customer | | 203 W Messenger ST #8 | | Rice Lake | WI | 54868 |
| Coin Cloud Customer | | 2050 New Franklin Rd | | Chambersburg | PA | 17202 |
| Coin Cloud Customer | | 206 elm st | | HOSPERS | IA | 51238 |
| Coin Cloud Customer | | 2061 BRIGHTON LN | | PORTAGE | MI | 49024 |
| Coin Cloud Customer | | 2090 SW HUNTERS CLUB WAY | | Palm City | FL | 34990 |
| Coin Cloud Customer | | 210 E CLEVELAND ST # 30 | | DILLON | SC | 29536 |
| Coin Cloud Customer | | 212 Forest Hills Dr | | Duncan | OK | 73533 |
| Coin Cloud Customer | | 21358 County Road P10 | | Herman | NE | 68029 |
| Coin Cloud Customer | | 216 CALVERT ST | | CHESTERTOWN | MD | 21228 |
| Coin Cloud Customer | | 21606 AMBER GRAIN LN | | CYPRESS | TX | 77433 |
| Coin Cloud Customer | | 2173 MT HOPE RD | | GREENVILLE | MI | 48838 |
| Coin Cloud Customer | | 220 County rd. 607 | | Wynne | AR | 72396 |
| Coin Cloud Customer | | 220 E FLORENCE AVE | | ANAHEIM | CA | 92805 |



# Exhibit B
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Coin Cloud Customer | | 2205 North N street | | Duncan | OK | 73533 |
| Coin Cloud Customer | | 2225 E 21ST ST APT C | | SIGNAL HILL | CA | 90755 |
| Coin Cloud Customer | | 2252 PINE RD # 2252 | | YORK | PA | 17408 |
| Coin Cloud Customer | | 2260 Division St NW | | Olympia | WA | 98502 |
| Coin Cloud Customer | | 2304 WHITPAIN HLS | | BLUE BELL | PA | 19422 |
| Coin Cloud Customer | | 231 E Burbank Blvd | | Burbank | CA | 91502 |
| Coin Cloud Customer | | 2335 PENNINGTON BEND RD | | NASHVILLE | TN | 37214 |
| Coin Cloud Customer | | 235 Blossom Dr | | Amherst | OH | 44001 |
| Coin Cloud Customer | | 235 HICKORY ST | | CLYDE | OH | 43410 |
| Coin Cloud Customer | | 2369 NW SUMMERFIELD DR # 3ELD | | LEES SUMMIT | MO | 64081 |
| Coin Cloud Customer | | 2381 GULF TO BAY BLVD LOT 308 | | CLEARWATER | FL | 33765 |
| Coin Cloud Customer | | 2409 E KANTUNIL AVE | | ALTON | TX | 78573 |
| Coin Cloud Customer | | 2409 JULIAN AVE | | BAKERSFIELD | CA | 93304 |
| Coin Cloud Customer | | 24132 S Burr Rd | | Channahon | IL | 60410 |
| Coin Cloud Customer | | 24451 N MacArthur Blvd | | Edmond | OK | 73025 |
| Coin Cloud Customer | | 248 Sylvarena Ave | | Raleigh | MS | 39153 |
| Coin Cloud Customer | | 2507 NW 16TH STREET RD APT 233 | | Miami | FL | 33125 |
| Coin Cloud Customer | | 257 Millardsville Rd | | Richland | PA | 17087 |
| Coin Cloud Customer | | 2578 Moundsview Dr | | Mounds View | MN | 55112 |
| Coin Cloud Customer | | 263 Valley Green Park | | Jordan | MN | 55352 |
| Coin Cloud Customer | | 2639 Georgetown Dr A2 | | Highland | IN | 46322 |
| Coin Cloud Customer | | 2670 Saint Joe Rd | | Albright | WV | 26519 |
| Coin Cloud Customer | | 27316 NE 31ST ST | | CAMAS | WA | 98607 |
| Coin Cloud Customer | | 2820 STENZEL AVE | | NORTH TONAWANDA | NY | 14120 |
| Coin Cloud Customer | | 2880 DAIL CIR | | SANTA FE | NM | 87507 |
| Coin Cloud Customer | | 2895 E Charleston Blvd | | Las Vegas | NV | 89104 |
| Coin Cloud Customer | | 2901 KANSAS AVE | | SANTA MONICA | CA | 90404 |
| Coin Cloud Customer | | 2908 Lakebrook Cir | | Lansdowne | MD | 21227 |
| Coin Cloud Customer | | 30 FERNDALE RD | | CALDWELL | NJ | 07006 |
| Coin Cloud Customer | | 30 west 7th st Newport Kentucky | | Newport | KY | 41071 |
| Coin Cloud Customer | | 300 Winston Dr | | Cliffside Park | NJ | 07010 |
| Coin Cloud Customer | | 3019 NELSON CT SE | | ROCHESTER | MN | 55904 |
| Coin Cloud Customer | | 305 Pershing Rd | | La Salle | IL | 61301 |
| Coin Cloud Customer | | 311 W Maple Ave | | North Liberty | IN | 46554 |
| Coin Cloud Customer | | 3116 WALNUT CREEK DR SW APT B | | WILSON | NC | 27893 |
| Coin Cloud Customer | | 314 GROVETHORN RD | | MIDDLE RIVER | MD | 21220 |
| Coin Cloud Customer | | 3171 Homestead Rd | | Mount Joy | PA | 17552 |
| Coin Cloud Customer | | 318 Cumberland Ridge Ct | | Bowling Green | KY | 42103 |
| Coin Cloud Customer | | 318 Pacific Ave | | Paso Robles | CA | 93446 |



# Exhibit B
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Coin Cloud Customer | | 32 VAUGHAN AVE | | DORCHESTER | MA | 02121 |
| Coin Cloud Customer | | 322 Two States Ln | | Cairo | GA | 39828 |
| Coin Cloud Customer | | 32316 7TH AVE SW | | FEDERAL WAY | WA | 98023 |
| Coin Cloud Customer | | 325 Elmcrest Dr | | Milford | OH | 45150 |
| Coin Cloud Customer | | 32976 Hunter Ln | | Tecumseh | OK | 74873 |
| Coin Cloud Customer | | 3302 WASHINGTON ST APT 111 | | TEXARKANA | AR | 71854 |
| Coin Cloud Customer | | 33291 WALNUT CT | | OCEAN VIEW | DE | 19970 |
| Coin Cloud Customer | | 3435 PALMER RD NE | | NEW LEXINGTON | OH | 43764 |
| Coin Cloud Customer | | 36 EUGENES WAY | | NORTH EAST | MD | 21901 |
| Coin Cloud Customer | | 36 Skylark Terrace Keyser | | Terrace | WV | 26726 |
| Coin Cloud Customer | | 3604 Sampson Ct | | Bakersfield | CA | 93309 |
| Coin Cloud Customer | | 3625 WELLBORN RD APT 801 | | BRYAN | TX | 77801 |
| Coin Cloud Customer | | 3715 E Avenue T2 | | Palmdale | CA | 93550 |
| Coin Cloud Customer | | 38 DETMOLD ST LONACONING | | LONACONING | MD | 21539 |
| Coin Cloud Customer | | 380 Wheelock Pkwy E | | Saint Paul | MN | 55130 |
| Coin Cloud Customer | | 3906 NW Topeka Blvd Apt 3 | | Topeka | KS | 66617 |
| Coin Cloud Customer | | 3910 Southwest Aylesbury Court | | Topeka | KS | 66610 |
| Coin Cloud Customer | | 4002 FITZWATER DR | | SPRING | TC | 77373 |
| Coin Cloud Customer | | 4055 Mercantile Dr | | Lake Oswego | OR | 97035 |
| Coin Cloud Customer | | 411 NE 3RD ST | | WILLAMINA | OR | 97396 |
| Coin Cloud Customer | | 413 E KELLY AVE | | PHARR | TX | 78577 |
| Coin Cloud Customer | | 415 Graff Ct | | Grand Blanc | MI | 48439 |
| Coin Cloud Customer | | 41928 244th plc | | McGregor | MN | 55760 |
| Coin Cloud Customer | | 422E . Harris Ave | | San Angelo | TX | 76903 |
| Coin Cloud Customer | | 437 5th St | | San Leon | TX | 77539 |
| Coin Cloud Customer | | 4421 Frankford Ave | | Baltimore | MD | 21206 |
| Coin Cloud Customer | | 44302 FIG AVE | | LANCASTER | CA | 93534 |
| Coin Cloud Customer | | 4474 Woodville Pike | | Urbana | OH | 43078 |
| Coin Cloud Customer | | 468 ANDREWS RD | | HAMPSTEAD | NC | 28443 |
| Coin Cloud Customer | | 4724 Landrum Rd | | Columbus | NC | 28722 |
| Coin Cloud Customer | | 4777 CEDAR HILL DR | | WEATHERFORD | TX | 76087 |
| Coin Cloud Customer | | 4911 CHARADE DR | | HOUSTON | TX | 77066 |
| Coin Cloud Customer | | 5005 Groveton Ln | | Pearland | TX | 77584 |
| Coin Cloud Customer | | 5011 Briar Tree Dr | | Dallas | TX | 75248 |
| Coin Cloud Customer | | 510 BRECKENRIDGE ST | | LEXINGTON | KY | 40508 |
| Coin Cloud Customer | | 518 Blevins St | | Hereford | TX | 79045 |
| Coin Cloud Customer | | 520 W PRINCE RD APT 1009 | | TUCSON | AZ | 85705 |
| Coin Cloud Customer | | 5245 W Ohio Ave | | Lakewood | CO | 80226 |
| Coin Cloud Customer | | 530N N Albert Pike Ave | | Fort Smith | AR | 72903 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)



# Exhibit B
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Coin Cloud Customer | | 5508 Citrus Grove Ct | | Bakersfield | CA | 93313 |
| Coin Cloud Customer | | 56 EAST ST # LN2110 | | SAVANNAH | GA | 31410 |
| Coin Cloud Customer | | 5601 w. American boulevard apt 105 | | Minneapolis | MN | 55437 |
| Coin Cloud Customer | | 5611 Rittenhouse St | | Riverdale | MD | 20737 |
| Coin Cloud Customer | | 5748 Stahelin Ave | | Detroit | MI | 48228 |
| Coin Cloud Customer | | 582 WINDY RD | | MOUNT JULIET | TN | 37122 |
| Coin Cloud Customer | | 5895 HIGHWAY 8 APT 2 | | RHINELANDER | WI | 54501 |
| Coin Cloud Customer | | 5903 Honeysuckle Ave | | Bakersfield | CA | 93313 |
| Coin Cloud Customer | | 60 Savo Loop | | Staten Island | NY | 10309 |
| Coin Cloud Customer | | 62 Perrys PL | | Lynchberg | TN | 37352 |
| Coin Cloud Customer | | 6227 Craner Ave | | North Hollywood | CA | 91606 |
| Coin Cloud Customer | | 624 N 65TH ST | | MILWAUKEE | WI | 53213 |
| Coin Cloud Customer | | 62713 County Highway 46 | | Eagle bend | MN | 56446 |
| Coin Cloud Customer | | 633 Yukon Ave | | Yukon | OK | 73099 |
| Coin Cloud Customer | | 63440 Isthmus Heights Rd | | Coos Bay | OR | 97420 |
| Coin Cloud Customer | | 644 N TRAFTON ST APT K | | TACOMA | WA | 98403 |
| Coin Cloud Customer | | 65 W FAIRVIEW ST | | Chandler | AZ | 85225 |
| Coin Cloud Customer | | 6505 rosetta drive | | Burlington | KY | 41005 |
| Coin Cloud Customer | | 6507 ROBBY LN | | RAVENNA | OH | 44266 |
| Coin Cloud Customer | | 6809 W FOREST RD APT 102 | | HYATTSVILLE | MD | 20785 |
| Coin Cloud Customer | | 71 ROBERT E COX RD APT 21 | | CORBIN | KY | 40701 |
| Coin Cloud Customer | | 721 Benton St | | Prairie Grove | AR | 72753 |
| Coin Cloud Customer | | 7314 Lazy Trl | | San Antonio | TX | 78250 |
| Coin Cloud Customer | | 7488 Bishop St | | Earlimart | CA | 93219 |
| Coin Cloud Customer | | 7514 GIRARD AVE APT 1532 | | LA JOLLA | CA | 92037 |
| Coin Cloud Customer | | 780 Sawdust Rd | | Spring | TX | 77380 |
| Coin Cloud Customer | | 7814 Main Falls Cir | | Catonsville | MD | 21228 |
| Coin Cloud Customer | | 7816 Locust Leaf Ln | | Alexandria | VA | 22315 |
| Coin Cloud Customer | | 7817 N LIBERTY ST | | KANSAS CITY | MO | 64118 |
| Coin Cloud Customer | | 797 TEAGUE TRL APT 5202 | | LADY LAKE | FL | 32159 |
| Coin Cloud Customer | | 81 SEYMOUR AVE | | STATEN ISLAND | NY | 10302 |
| Coin Cloud Customer | | 830 HAYS ST | | HONOLULU | HI | 96818 |
| Coin Cloud Customer | | 836 Fleetwood Place Dr | | Houston | TX | 77079 |
| Coin Cloud Customer | | 864 SPRING ST APT 104 | | MUSKEGON | MI | 49442 |
| Coin Cloud Customer | | 8719 Corsica Dr | | Chesterfield | VA | 23832 |
| Coin Cloud Customer | | 8817 S Parnell ave | | Chicago | IL | 60620 |
| Coin Cloud Customer | | 8818 Travis Hills Drive | | Austin | TX | 78735 |
| Coin Cloud Customer | | 899 E 12TH # 1872 | | DES MOINES | IA | 50304 |
| Coin Cloud Customer | | 901 BRUSH ST APT 171 | | LAS VEGAS | NV | 89107 |



# Exhibit B
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Coin Cloud Customer | | 916 Tracy Lynn Ln | | Lebanon Junction | KY | 40150 |
| Coin Cloud Customer | | 921 SYCAMORE PL | | JACKSONVILLE | NC | 28540 |
| Coin Cloud Customer | | 9226 PETIT AVE | | NORTHRIDGE | CA | 91343 |
| Coin Cloud Customer | | 943 Sunbury RD APT3 | | Pottsville | PA | 17901 |
| Coin Cloud Customer | | 9432 Bloomfield ave | | Cypress | CA | 90630 |
| Coin Cloud Customer | | 9473 E 300 S | | Laotto | IN | 46763 |
| Coin Cloud Customer | | 9959 E PEAKVIEW AVE APT H207 | | ENGLEWOOD | CO | 80111 |
| Coin Cloud Customer | | PO BOX 1236 | | AULT | CO | 80610 |
| Coin Cloud Customer | | PO BOX 22 | | ENID | OK | 73702 |
| Coin Cloud Customer | | PO BOX 453 | | ESTACADA | OR | 97023 |
| Connie Obenhaus | | PO Box 2038 | | Estacada | OR | 97023 |
| Connie Shirk | | 3061 State Route 72 | | Jonestown | PA | 17038 |
| Courtney Mikolajcyk-Sparks | | 35 Vernita Dr | | Greenland | NH | 03840 |
| Cresenciana Velasquez | | 11555 W FM 471 Lot 412. San Antonio | | Antonio | TX | 78253 |
| Cynthia Carriaga | | 94-73 Awamoku St | | Waipahu | HI | 96797 |
| Cynthia Huizar | | 13969 El Contento Ave | | Fontana | CA | 92337 |
| Daniel Howes | | 3344 S Desert Promenade Rd | | Tucson | AZ | 85735 |
| Danny Cody | | 89 Presswood Dr. | | Cleveland | TX | 77327 |
| Darrell Hazen | | 10 Old Mill Rd | | Brocton | NY | 14716 |
| David Behymer | | 336 S Congress St. | | Rushville | IL | 62681 |
| David Fay | | 408 Winding Way | | San Carlos | CA | 94070 |
| Deborah Defenbaugh | | 75 Olmstead Row | | Spring | TX | 77380 |
| Debra Johnson | | 115 E Burnsville Pkwy | | Burnsville | MN | 55337 |
| Delores Montoya | | 3950 Spring Valley Rd Apt 113 Farmers Branch Texas 75244 | | Branch | TX | 75244 |
| Denise Hodges | | 812 Hart St | | Gallatin | TN | 37066 |
| Dennis Trotter | | 1399 E 640 S | | Provo | UT | 84606 |
| Donna Sivic | | 10207 Sivic Ln SW | | Frostburg | MD | 21532 |
| EDWARD ALLAN PACE | | 2053 Cabin Creek Rd | | Zirconia | NC | 28790 |
| Elvarene Henry | | 5317 River Walk PL | APT E | Atlanta | GA | 30349 |
| Emily Lee | | 2234 Forest St. Easton PA 18042 | | Easton | PA | 18042 |
| Eric Brage | | 2524 Trotter Road | | Florence | SC | 29501 |
| Frank Douglas Mathis | | 2544 Circle Dr | | Santa Clara | UT | 84765 |
| Frankie Epley | | 3555 Co Rd 174 | | Rochester | TX | 79544 |
| Garry Gilberg | | 13949 Monnlight ST | | Bemidji | MN | 56601 |
| Gary Vogler | | 325 Lucky Ln | | Reno | NV | 89502 |
| Gerald Moutra | | 17521 26th Ave E. | | Tacoma | WA | 98445 |
| Geraldine Campbell | | 1616 NW Spyglass Dr. | | Beaverton | OR | 97006 |
| Heather Cowan | | 424 Peaceful Meadow Dr NE | | Rio Rancho | NM | 87144 |



Exhibit B
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Hee Young Kwon | | 330 S Parrish ST | | Baltimore | MD | 21223 |
| Herbert Deppe | | 500 Apex DR APT 139 | | Windsor | CO | 80550 |
| Hinano Monsarrat | | 720 SW 48th Dr | | Portland | OR | 97221 |
| Howard Johnson | | 171 Kimberly LN | | Harrogate | TN | 37752 |
| Jackie Fitch | | 22413 NE 227th Ave | | Battle Ground | WA | 98604 |
| Jacquelyne Greer | | 3401 Timmons Ln | | Houston | TX | 77027 |
| Jaebum Moon | | 6268 Hopi Cir | | Jose | CA | 95123 |
| Jahlere Collins | | 2525 Concord Pike | | Wilmington | DE | 19803 |
| James Favors | | 95-353 Waia LP | | Mililani | HI | 96789 |
| James Martineck | | 6415 Pine Dr. | | Tionesta | PA | 16353 |
| James Thomas Jarret | | 109 Hays Forest CV | | Elgin | TX | 78621 |
| Jamia Woodard | | 63 S Partridge Run | | Henderson | KY | 42420 |
| Jane Harding | | 560 Fairway Dr | | Liberal | KS | 67901 |
| Janelle Lambright | | 570 N 600 W | | LAGRANGE | IN | 46761 |
| Janet Meyer | | 13694 Peacockfarm Rd | | Saint Louis | MO | 63131 |
| Jean Wineberger | | 1723 E. 4th Ave | | Stillwater | OK | 74074 |
| Jillian Meija | | 1310 Springvale Dr. Apt 106M. San Antonio | | Antonio | TX | 78227 |
| John Bingham | | 6444 WI-70 | | Eagle River | WI | 54521 |
| John Michael Cooper | | 4219 Crestedge Dr | | Carrollton | TX | 75010 |
| John Smith | | 305 Leaf Ave. | | Bellmawr | NJ | 08031 |
| Jonathan Coan | | 257 Vincent Ave | | Lynbrook | NY | 11563 |
| Joseph Sanchez | | 393 Canal Blvd SW APT B201 | APT B 201 | | | |
| JUDY NELSON | | 9926 Pale Star Dr | | Houston | TX | 77064 |
| Karen Evans | | 1660 S 43rd St | | Tacoma | WA | 98418 |
| Katherine Yosting | | 2514 Elgin Rd NE | | Moses Lake | WA | 98837 |
| KATHRYN MARKS | | 25 W Main ST | | Tremont | PA | 17981 |
| Kathy Henson | | 555 N Friendswood Dr #1802 | | Friendswood | TX | 77546 |
| Keith Rippy | | 1120 Ballard Ave. | | Silt | CO | 81652 |
| Kimberly Potts | | 4770 Carlisle RD | | Dover | PA | 17315 |
| Larry Hill | | 8923 1st St SE | | Lake Stevens | WA | 98258 |
| Larson Williamson | | 2862 Summer Lawn Dr | | Clarksville | TN | 37043 |
| Laura Wilhite | | 5203 Sandyfields Ln | | Katy | TX | 77494 |
| Lea Strickfaden | | 20300 N Territorial Rd | | Chelsea | MI | 48118 |
| Leonette Staton | | 940 Fillmore St Apt C | | San Francisco | CA | 94117 |
| Linda Bauer | | 810 SE 15th St | | Oak Grove | MO | 64075 |
| Linda Lansdon | | 1839 Kensington Blvd | | Garden City | KS | 67846 |
| Linda Marie Larson | | 8023 Fredonia Stockton Rd | | Stockton | NY | 14784 |
| Linda Simon | | 480 Kenolio Rd | | Kihei | HI | 96753 |



# Exhibit B
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Linda Stelling | | 25 W Weisel St | | Litchfield | MN | 55355 |
| Lusy Sugiarto Howell | | 634 Calamia Dr Norristown PA 19401 | | Norristown | PA | 19401 |
| Marcus Sheppard | | 623 Redbud Ct | | Vivian | LA | 71082 |
| Margaret McCoy | | 685 S 350 E | | Farmington | UT | 84025 |
| Marlene Sanders | | 10458 Deer Branch | | Sienna | TX | 77459 |
| Martha Dyer | | 102 Skyline DR | | Alpine | TX | 79830 |
| Martin Gonzalez Lozano | | 1399 June Way Woodburn OR 970713650 | | Woodburn | OR | 97071-3650 |
| Mary Chen-Ing | | 26-02 150th St | | Queens | NY | 11354 |
| Mary Hommerbocker | | 170 Vista Loop | | Hanover | PA | 17331 |
| Mary Parnell | | 1200 McDaniel RD | | White Hall | AR | 71602 |
| Maurice Michaud | | 116 S Levant Rd | | Levant | ME | 04456 |
| MELANIE JUSTICE | | 2753 Candytuft Ln | | Lexington | KY | 40511 |
| Melvene McCoy | | 1375 Misty Ridge CT | | Hampton | GA | 30228 |
| Melvin Reyes | | 225 E Lincoln ST | | Woodburn | OR | 97071 |
| Michael Carr | | 378 Country Hill Rd | | Hiawassee | GA | 30546 |
| Michael Chapel | | 1520 Scandia St | | Eugene | OR | 97402 |
| Michi Ishida Rose | | 3871 Greenleaf Cir. | | Kalamazoo | MI | 49008 |
| MILES MOORE | | 248 Hidden Den Cir | | Doylestown | PA | 18901 |
| Natalie Dodge | | 8356 S Wheatridge CT | | West Jordan | UT | 84081 |
| Nicole Moya | | PO BOX 1023 | | Dimmitt | TX | 1023 |
| Patricia Barnes (NOT PAYOR) | Ignition Petroleum | 5340 16th Sw Ave | | Cedar Rapids | IA | 52404 |
| Patricia Davisson | | 1329 W Nana LN | | Nana | LN | |
| Patricia Seem | | 3716 Adie Rd | | St Ann | MO | 63074 |
| Peggy La Barge | | 720 Elm Falls Pl | | Mesquite | TX | 75181 |
| Peter Schneider | | 4880 Del Rio Cir | | Prescott Valley | AZ | 86314 |
| Pilar Martin | | 10 Gideon Rd | | Sedona | AZ | 86336 |
| Rene Lugo Ochoa | | 7430 Meadow Hill | | San Antonio | TX | 78251 |
| Renee Caillier | | 424 Baken St | | Thief River Falls | MN | 56701 |
| Rhonda Velez | | 14637 Holding Pond CT | | Midlothhian | VA | 23112 |
| Richard Schoenling | | 588 S Square Dr Apt 7 | | Winterville | NC | 28590 |
| Robert Mcgonagle | | 239 Sunset Ave | | Richmond | KY | 40475 |
| ROBIN ANN PRENTISS | | PO Box 87 | | Rimrock | AZ | 86335 |
| Ronald Long | | 1064 Westfield Dr. | | Jackson | MI | 49203 |
| Ronnie joe James and Adolf Egoroff (RK Petroleum Inc) | | 2902 Mount Vernon St SE | | Albany | OR | 97322 |
| Russell Feather | | 1301 2nd St | | Palacios | TX | 77465 |
| Sally Burress | | 12692 Horseshoe Lake | | Mer Rouge | LA | 71261 |
| Sandra Boyd | | 23 Avery Ave battle creek mi 49037 | | creek | mi | 49037 |
| Sharol Rich | | 2706 S 38th St. | | Kansas City | KS | 66106 |



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| SHARON A BOULRES | | 145 Mill Rd Limestone ME 047501 | | Limestone | ME | 047501 |
| Shirley Fausett | | 203 Hobble Creek Canyon | | Springville | UT | 84663 |
| Sol Torres | | 224 Greenwood ST | | Gardner | MA | 01440 |
| Sondra Harrison | | 6451 Southwest Ave | | St. Louis | MO | 63139 |
| Stacy Lynn Hill | | 2356 S Walling Ave | | Fresno | CA | 93727 |
| Susan Bond | | 2775 SW 106th Ave | | Portland | OR | 97225 |
| Susie Snow | | 3451 E Cody St | | Tucson | AZ | 85716 |
| Terry Bertrand | | 1550 S Florida St SPC 39 | | Borger | TX | 79007 |
| Thomas McCleery | | 1008 Harbor Ct | | Woodstock | GA | 30189 |
| Tom Doty | | 2318 Sunset Ln | | Greeley | CO | 80634 |
| Twila Garrett | | 407 3rd St | | Benton City | WA | 99320 |
| Ubaldo Munoz | | 10263 Pritam Dr | | El Paso | TX | 79927-4735 |
| Urania Quintanilla | | 13503 Laurel River Drive | | Houston | TX | 77083 |
| Valerie Douglas | | 6507 Laurel Springs CT | | Charlotte | NC | 28227 |
| Varanise Booker | | 14308 Willow Grove Circlem | | Louisville | KY | 40245 |
| VASILY V VIVSIK | | 170 Creekside Cir | | Sacramento | CA | 95823 |
| Venkat Kalyanakumar | | 2930 NW Tyler Ave | APT 308 | Corvallis | OR | 97330 |
| Verlene Page | | 7401 Lemonwood LN | | Fort Worth | TX | 76133 |
| Wolfgang Weber | | 28456 State Highway 65 | | McGregor | MN | 55760 |
| Xiuli Huang | | 40-45 73rd St FL 1 | | Queens | NY | 11377 |