Anne T. Freeland, Esq.
Nevada Bar No. 10777
**MICHAEL BEST & FRIEDRICH LLP**
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
Phone: 801.833.0500
Fax:    801.931.2500
Email: atfreeland@michaelbest.com

-and-

Justin M. Mertz, Esq.
Wisconsin Bar No. 1056938
(*Pro hac vice* application pending)
**MICHAEL BEST & FRIEDRICH LLP**
790 North Water Street, Suite 2500
Milwaukee, WI 53202
Phone: 414.225.4972
Fax:    414.956.6565
Email: jmmertz@michaelbest.com

*Counsel for AVT Nevada, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| In re: | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., d/b/a COIN CLOUD, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

1.   On July 19, 2023, I caused the following document(s) to be served:

AVT Nevada, L.P.'s **PROOF OF ADMINISTRATIVE CLAIM**

2.   I caused the foregoing document(s) to be served through **OVERNIGHT DELIVERY** upon the following recipient(s), having directed that true and correct copies of the foregoing document be packaged for overnight delivery in Federal Express envelopes, addressed

CERTIFICATE OF SERVICE

PAGE 1

MICHAEL BEST & FRIEDRICH LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
Phone: 801.833.0500 Fax: 801.931.2500

as shown below and with all delivery fees prepaid, and then that such envelopes be placed in a box or location regularly maintained by Federal Express.

| *Counsel to the Debtor:* | *Counsel to the DIP Lender:* |
|---|---|
| Brett Axelrod<br>FOX ROTHSCHILD LLP<br>1980 Festival Plaza Drive, Suite 700,<br>Las Vegas, NV 89135 | Jordi Guso<br>BERGER SINGERMAN LLP<br>1450 Brickell Avenue, Suite 1900,<br>Miami, FL 33131 |
| *Counsel to Genesis Global Holdco, LLC:*<br><br>Sean A. O'Neal<br>Jane VanLare<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>One Liberty Plaza,<br>New York, NY 10006 | Jeffrey R. Sylvester<br>SYLVESTER & POLEDNAK LTD.<br>1731 Village Center Circle,<br>Las Vegas, NV 89134<br><br>*Counsel to Enigma Securities Limited:*<br><br>Gary S. Lee<br>Andrew Kissner |
| *Counsel to the Committee of Unsecured Creditors:*<br><br>John R. Ashmead<br>Robert J. Gayda<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza,<br>New York, NY 10004 | MORRISON & FOERSTER LLP<br>250 W. 55th Street,<br>New York, NY 10019<br><br>James Patrick Shea<br>SHEA LARSEN<br>1731 Village Center Circle, Suite 150,<br>Las Vegas, NV 89134 |
| Ryan J. Works<br>MCDONALD CARANO WILSON LLP<br>2300 West Sahara Avenue, Suite 1200,<br>Las Vegas, NV 89102 | *The Office of the United States Trustee:*<br><br>Jared A. Day<br>OFFICE OF THE UNITED STATES TRUSTEE<br>300 Las Vegas Boulevard S., Suite 4300,<br>Las Vegas, NV 89101 |

Dated: July 19, 2023.

By: */s/ Justin M. Mertz*
Justin M. Mertz, Esq.

---

**CERTIFICATE OF SERVICE**

PAGE 2

**MICHAEL BEST & FRIEDRICH LLP**
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
Phone: 801.833.0500 Fax: 801.931.2500