BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
      nkoffroth@foxrothschild.com
      zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | ***SECOND AMENDED*** **AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON JULY 20, 2023 AT 10:30 A.M.** |

Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, hereby files this *Agenda Regarding Matters Scheduled for Hearing on July 20, 2023 at 10:30 a.m*.

    1.    *Motion for Approval of Administrative Expense Claim* filed by Trangistics, Inc. [ECF No. 652]

Related Documents:
    A.    *Stipulation By Trangistics, Inc. and Between to Continue Hearing on Motion for Approval of Administrative Claim* [ECF No. 812]; and *Order thereon* [ECF No. 813];

1

147577995.1

Objections/Responses Filed:
A. *Response to Trangistics Motion for Approval of Administrative Claim* [ECF No. 831];
B. *Declaration of Jim Hall in Support of Response to Motion for Approval of Administrative Claim* [ECF No. 832]
C. *Reply in Support of Motion for Approval of Administrative Claim* [ECF No. 869];
D. *Declaration of David McGrew* [ECF No. 870] in support of Reply; and
E. *Declaration of Anne Rudinsky* [ECF No 871] in support of Reply.

2. *Eighth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Eighth Omnibus Motion to Reject**") [ECF No. 672] – ***Unopposed.***

   Related Documents:
   A.  *Declaration of Daniel Ayala* [ECF No. 673];

   Objections/Responses Filed:  None

3. *Ninth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Ninth Omnibus Motion to Reject**") [ECF No. 675] –***Unopposed, except as set forth below with respect to Brookfield.***

   Related Documents:
   A.  *Declaration of Daniel Ayala* [ECF No. 676];

   Objections/Responses Filed:
   A.  *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion has been continued to **July 27, 2023 solely** with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851]. T**he Motion will be heard with respect to all other parties.**

4. *Tenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Tenth Omnibus Motion to Reject**") [ECF No. 678] – ***Unopposed***.

   Related Documents:
   A.  *Declaration of Daniel Ayala* [ECF No. 679];

   Objections/Responses Filed:  None.

147577995.1

5. *Eleventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Eleventh Omnibus Motion to Reject**") [ECF No. 681] - ***Unopposed, except as set forth below with respect to Brookfield.***

   Related Documents:
   A.   *Declaration of Daniel Ayala* [ECF No. 682];

   Objections/Responses Filed:
   A.   *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion has been continued to **July 27, 2023 solely** with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851].  **The Motion will be heard with respect to all other parties.**

6. *Twelfth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Twelfth Omnibus Motion to Reject**") [ECF No. 684] - ***Unopposed, except as set forth below with respect to Brookfield.***

   Related Documents:
   A.   *Declaration of Daniel Ayala* [ECF No. 685];

   Objections/Responses Filed:
   A.   *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion has been continued to **July 27, 2023 solely** with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851].  **The Motion will be heard with respect to all other parties.**

7. *Thirteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Thirteenth Omnibus Motion to Reject**") [ECF No. 687] – ***Unopposed***.

   Related Documents:
   A.   *Declaration of Daniel Ayala* [ECF No. 688];

   Objections/Responses Filed:  None.

3

147577995.1

8. *Fourteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Fourteeneth Omnibus Motion to Reject**") [ECF No. 690] - ***Unopposed, except as set forth below with respect to Brookfield and WPG Legacy, LLC.***

   Related Documents:
   A.   *Declaration of Daniel Ayala* [ECF No. 691];

   Objections/Responses Filed:
   A.   *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion has been continued to **July 27, 2023 solely** with respect to Brookfield pursuant to *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851] and **solely** with respect to WPG Legacy, LLC pursuant to the *Stipulation With WPG Legacy, LLC To Extend Time To Respond To Debtors Fourteenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Continue Hearing With Regard To WPG Legacy, LLC Only* [ECF No. 849]; and *Order* thereon [ECF No. 853]. **The Motion will be heard with respect to all other parties.**

9. *Fifteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Fifteenth Omnibus Motion to Reject**") [ECF No. 693] - ***Unopposed, except as set forth below with respect to Brookfield.***

   Related Documents:
   A.   *Declaration of Daniel Ayala* [ECF No. 694];

   Objections/Responses Filed:
   A.   *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion has been continued to **July 27, 2023 solely** with respect to Brookfield pursuant to *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851]. **The Motion will be heard with respect to all other parties.**

4

147577995.1

10. *Sixteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Sixteenth Omnibus Motion to Reject**") [ECF No. 696] – ***Unopposed, except as set forth below with respect to Brookfield.***

    Related Documents:
    A.   *Declaration of Daniel Ayala* [ECF No. 697];

    Objections/Responses Filed:
    A.   *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion has been continued to **July 27, 2023 solely** with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851]. **The Motion will be heard with respect to all other parties.**

11. *Seventeenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Seventeenth Omnibus Motion to Reject**") [ECF No. 698] – ***Unopposed, except as set forth below with respect to Brookfield.***

    Related Documents:
    A.   *Declaration of Daniel Ayala* [ECF No. 701];

    Objections/Responses Filed:
    A.   *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion has been continued to **July 27, 2023 solely** with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851]. **The Motion will be heard with respect to all other parties;**
    B.   *Limited Response to Debtor's Amended Seventeenth Omnibus Motion Seeking Rejection of Individual Digital Cash Machine Contracts Under Master Agreements Dated November 20, 2020 with United Natural Foods, Inc.* [ECF No. 811];
    C.   Reply *To Limited Response Filed By United Natural Foods, Inc. To Seventeenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a)* [ECF No. 840]; and

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

5

147577995.1

D. *Notice of Withdrawal of Limited Response to Debtors Amended Seventeenth Omnibus Motion Seeking Rejection of Individual Digital Cash Machine Contracts Under Master Agreement Dated November 20, 2020 with United Natural Foods, Inc.* [ECF No. 868].

12. *Eighteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Eighteenth Omnibus Motion to Reject**") [ECF No. 759] – ***Unopposed***.

Related Documents:
A. *Declaration of Daniel Ayala* [ECF No. 760];

Objections/Responses Filed:  None.

Pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.  Copies of all pleadings are available at https://cases.stretto.com/CashCloud (the "Case Website").

DATED this 19th day of July 2023.

**FOX ROTHSCHILD LLP**

By:     */s/Brett Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

147577995.1

6