| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | PLEASE NOTE: |
|---|---|---|
| | □ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | *This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.* |
| **Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property<br><br>Chris McAlary<br>10725 Beringer Drive<br>Las Vegas, NV 89144 | □ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>□ Check box if the address differs from the address on the envelope sent to you by the court. | |
| Creditor Telephone Number (702) | | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent (if different from above):<br><br>Carlyon Cica Chtd.<br>265 E. Warm Springs Rd., Ste. 107<br>Las Vegas, Nevada 89119 | | |
| Creditor Telephone Number (702) 685-4444 | | |
| Account or other number by which creditor identifies debtor: | Check here if this claim: □ replaces<br>□ amends a previously filed claim, dated: | |

**1. Basis for Claim:**

Operational software costs and legal fees and costs

**2. Date debt was incurred:** Operational software costs: 6/7/2023 - 7/16/2023 and legal fees and costs: 2/6/2023 - 6/12/2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

See Exhibit A and Exhibit B

**4. Total Amount of Administrative Claim: $** 136,961.48

□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below <u>so that it is received</u> by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| DATE<br><br>7/20/2023 | SIGNATURE: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/ Chris McAlary |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT "A"

**EXHIBIT A**

| Transaction Da | Posted Date | Card No. | Description | Category | Debit |
|---|---|---|---|---|---|
| 2023-06-07 | 2023-06-09 | 9304 | CLOUDINARY LTD | Coin Cloud | $549.00 |
| 2023-06-07 | 2023-06-08 | 9304 | HEROKU* MAY-82032396 | Coin Cloud | $374.00 |
| 2023-06-11 | 2023-06-12 | 9304 | COX LAS VEGAS COMM SV | Coin Cloud | $96.15 |
| 2023-06-12 | 2023-06-12 | 9304 | QR.IO GENERATOR | Coin Cloud | $35.00 |
| 2023-06-14 | 2023-06-15 | 9304 | TYPEFORM, S.L. | Coin Cloud | $99.00 |
| 2023-06-15 | 2023-06-16 | 9304 | WEBFLOW.COM | Coin Cloud | $300.00 |
| 2023-06-16 | 2023-06-17 | 9304 | WEBFLOW.COM | Coin Cloud | $45.00 |
| 2023-07-01 | 2023-07-03 | 9304 | GOOGLE *CLOUD LQW7LS | Coin Cloud | $848.09 |
| 2023-07-03 | 2023-07-04 | 9304 | MONGODBCLOUD COINCL... | Coin Cloud | $764.21 |
| 2023-07-05 | 2023-07-06 | 9304 | METEOR | Coin Cloud | $6,340.59 |
| 2023-07-07 | 2023-07-10 | 9304 | CLOUDINARY LTD | Coin Cloud | $549.00 |
| 2023-07-10 | 2023-07-11 | 9304 | HEROKU* JUN-83198835 | Coin Cloud | $374.00 |
| 2023-07-12 | 2023-07-12 | 9304 | QR.IO GENERATOR | Coin Cloud | $35.00 |
| 2023-07-14 | 2023-07-15 | 9304 | TYPEFORM, S.L. | Coin Cloud | $99.00 |
| 2023-07-15 | 2023-07-17 | 9304 | WEBFLOW.COM | Coin Cloud | $300.00 |
| 2023-07-16 | 2023-07-17 | 9304 | WEBFLOW.COM | Coin Cloud | $45.00 |
| | 2023-07-24 | | Estimated Average | | $5,122.85 |
| | 2023-07-31 | | Estimated Average | | $5,122.85 |
| | 2023-08-07 | | Estimated Average | | $5,122.85 |
| | 2023-08-14 | | Estimated Average | | $5,122.85 |
| | | | | **Total** | **$31,344.44** |

# EXHIBIT "B"



# INVOICE

Carlyon Cica Chtd.
265 E. Warm Springs #107
Las Vegas, NV 89119

| | |
|---|---|
| Invoice #: | 2282 |
| Date: | 07-17-2023 |

Chris McAlary

Matter Number: 01285-Cash Cloud Inc.

Services

| Dates | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 02-06-2023 - 06-12-23 | DMC | Legal fees and expenses | 1.00 | 105,617.04 | $105,617.04 |

Services Subtotal: $105,617.04

| | |
|---|---|
| Subtotal | $105,617.04 |
| Total | $105,617.04 |
| Payment | $0.00 |
| Balance Owing | $105,617.04 |