| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|
| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** *This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.* |
| Name of Creditor and Address: the person or other entity to whom the debtor owes money or property<br>RK Petroleum Inc.<br>2902 Mount Vernon St SE<br>Albany, OR 97322-8883 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☑ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Creditor Telephone Number (541) 570-9896 | | |
| Name and address where notices should be sent (if different from above):<br><br>Creditor Telephone Number (   ) | | |
| Account or other number by which creditor identifies debtor:<br>RK Petroleum Inc. / Adolph Egoroff | Check here if this claim: ☐ replaces<br>☐ amends a previously filed claim, dated: | |

**1. Basis for Claim:**
Money was put into coinstar machine but never transferred to any account. Transaction timed out and we cannot access the funds. We were told the money would be returned in 8 weeks.

**2. Date debt was incurred:** 04/08/2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**
Store money was put into coinstar machine due to a scam call. We were able to stop employee from sending, but money was in machine. We were told money would be refunded but never was.

**4. Total Amount of Administrative Claim: $ 930.00**
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below so that it is received by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| DATE<br>07/20/2023 | SIGNATURE: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>*Adolph Egroff* |

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146882928.1

**Text Message**
Mon, Apr 10 at 7:45 AM

Hi this is Jose here at Coin Cloud. I went ahead and sent detail instructions to Ronnie James in order to process the refund. If you have further questions call us back at 855-264-2046 thank you!

Mon, Apr 10 at 9:01 AM

Ronnie James has not heard from you as of this message

Tue, Apr 11 at 6:14 AM

This is Jose here at Coin Cloud. Please send the require documentation here.









**JC**
**Jose**

All documentation received! Please refer to this text message for any updates on the refund status.

Tue, Apr 11 at 9:32 AM

Hello, I just wanted to give you an update from the team that took your refund case. They mentioned since this is considered a Host scam they will need a police report to be added to this case. In this instance when you are able to gather that police report you can send it the same way you sent these photos in order to continue the claim.

Mon, Apr 24 at 10:47 AM

Hello, this is a text reminder of the previous text in which it follows: "Hello, I just wanted to give you an

12:25

< 83

**JC**

Jose

Mon, Apr 24 at 10:47 AM

Hello, this is a text reminder of the previous text in which it follows: "Hello, I just wanted to give you an update from the team that took your refund case. They mentioned since this is considered a Host scam they will need a police report to be added to this case. In this instance when you are able to gather that police report you can send it the same way you sent these photos in order to continue the claim." I wanted to add that I never received the police report. Please make sure to send it via this text line the same way you did with your ID photos ion order to continue your refund claim. Thank you!

Mon, May 1 at 2:23 PM

Text Message





**JC**

**Jose**

these photos in order to continue the claim." I wanted to add that I never received the police report. Please make sure to send it via this text line the same way you did with your ID photos ion order to continue your refund claim. Thank you!

Mon, May 1 at 2:23 PM



> Here is my id and void check and is there anyway I can get a tracking or conformation number for this?!

> We only received the back of your ID. Can you please send each image separately to ensure that it gets to us?



Lastly, we need your selfie of you holding your ID.

Lastly, we need your selfie of you holding your ID.

We do not have a ticket number for you, but you may use this as confirmation.

We do not have a ticket number for you, but you may use this as confirmation.





Can I get a copy of the report?

Thank you for sending this. Where did the money come from that you inserted into the machine?

The store



Can I get a copy of the report?

Thank you for sending this. Where did the money come from that you inserted into the machine?

The store

That I work for

Okay, so we will need a voided check from the company as we will be refunding it to them!

The thing is it was my fault they want me to resolve the issue that's why were having it