# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| In re: | Case No. BK-23-10423-mkn |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

I hereby certify that on July 20, 2023, the Administrative Claim Form [Docket No. 890] (the "**Administrative claim**") was served by first-class U.S. mail and electronic mail on the attached **Service List**.

Dated: July 20, 2023

Respectfully submitted

　/s/ *Maurice B. VerStandig*
Robert S. Westerman, Esq. (pro hac vice forthcoming)
Brittany B. Falabella (pro hac vice forthcoming)
2100 East Cary Street
Richmond, Virginia 23223

and

Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

*Counsel for Brink's, Inc.*


## SERVICE LIST

| | | |
|---|---|---|
| Fox Rothschild LLP<br>Attn: Brett Axelrod<br>1980 Festival Plaza Drive<br>Suite 700<br>Las Vegas, NV 89135<br>BAxelrod@foxrothschild.com | Berger Singerman LLP<br>Attn: Jordi Guso<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131<br>JGuso@bergersingerman.com | Sylvester & Polednak Ltd.<br>Attn: Jeffrey R. Sylvester<br>1731 Village Center Circle<br>Las Vegas, NV 89134<br>jeff@sylvesterpolednak.com |
| Genesis Global Holdco, LLC<br>Gottlieb Steen & Hamilton LLP<br>Attn: Sean A. O'Neal and Jane VanLare<br>One Liberty Plaza<br>New York, NY 10006<br>soneal@cgsh.com<br>jvanlare@cgsh.com | Morrison Foerster LLP<br>Attn: Gary S. Lee and Andrew Kissner<br>250 West 55th Street<br>New York, NY 10019<br>glee@mofo.com<br>akissner@mofo.com | Shea Larsen<br>Attn: James Patrick Shea<br>1731 Village Center Circle<br>Suite 150<br>Las Vegas, NV 89134<br>jshea@shea.law |
| Seward & Kissell LLP<br>Attn: John R. Ashmead and Robert J. Gayda<br>One Battery Park Plaza<br>New York, NY 10004<br>ashmead@sewkis.com<br>gayda@sewkis.com | McDonald Carano Wilson LLP<br>Attn: Ryan J. Works<br>2300 W. Sahara Ave.<br>Suite 1200<br>Las Vegas, NV 89102<br>rworks@mcdonaldcarano.com | Office of the U.S. Trustee<br>Attn: Jared A. Day<br>300 Las Vegas Blvd. S.<br>Suite 4300<br>Las Vegas, NV 89101<br>Jared.a.day@usdoj.gov |