| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|
| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** *This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.* |
| **Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property<br><br>Stretto, Inc.<br>410 Exchange, Suite 100<br>Irvine, California 92602<br>Attn: Sheryl Betance, Senior Managing Director | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | **THIS SPACE IS FOR COURT USE ONLY** |
| Creditor Telephone Number (714) 716-1872 | | |
| Name and address where notices should be sent (if different from above):<br><br>Stretto, Inc.<br>7 Times Square, 16th Floor<br>New York, New York 10036<br>Attn: Christopher J. Updike, General Counsel | | |
| Creditor Telephone Number (714) 716-1903 | | |
| Account or other number by which creditor identifies debtor: | Check here if this claim: ☐ replaces<br>☐ amends a previously filed claim, dated: | |

**1. Basis for Claim:**

   See attached supporting documentation.

**2. Date debt was incurred:** ___May 1, 2023 - July 21, 2023_____

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

   See attached supporting documentation.

**4. Total Amount of Administrative Claim:** $ __364,849.22_____

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below <u>so that it is received</u> by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| **DATE**<br>July 20, 2023 | **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/ Christopher J. Updike |

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC., dba COIN CLOUD,<br><br>Debtor. | Chapter 11<br><br>Case No. BK-23-10423-mkn |

### COVER PAGE IN SUPPORT OF
### PROOF OF ADMINISTRATIVE EXPENSE CLAIM OF STRETTO, INC.

Stretto, Inc. ("Stretto"), as claims and noticing agent (in such capacity, the "Claims and Noticing Agent") in the chapter 11 case (the "Chapter 11 Case") of the above-captioned debtor (the "Debtor"), hereby submits the following in support of the foregoing proof of administrative expense claim (the "Administrative Expense Claim") in the aggregate amount of $364,849.22. In support of the Administrative Expense Claim, Stretto represents as follows:

### Jurisdiction and Venue

1. The United States Bankruptcy Court for the District of Nevada (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and legal predicates for the relief sought herein are sections 503(b)(1)(A) and 507(a)(2) of title 11 of the United States Code (as amended, the "Bankruptcy Code").

### Background

3. On February 7, 2023 (the "Petition Date"), the Debtor filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

1

4. On March 21, 2023, the Court entered an order [Docket No. 338] (the "Claims and Noticing Agent Order") authorizing the employment and retention of Stretto as claims and noticing agent to the Debtor effective as of the Petition Date.

5. Under 28 U.S.C. § 156(c):

> Any court may utilize facilities or services, either on or off the court's premises, which pertain to the provision of notices, dockets, calendars, and other administrative information to parties in cases filed under the provisions of title 11, United States Code, where the costs of such facilities or services are paid for out of the assets of the estate and are not charged to the United States.

Thus, Stretto is an agent of the Court, and Stretto's fees and expenses are akin to other bankruptcy fees due to the clerk of the Court from the debtors' estates. See, e.g., 28 U.S.C. § 1930 (detailing various bankruptcy fees due to the clerk of the court); 11 U.S.C. § 507 (ascribing second priority to "any fees and charges assessed against the estate under chapter 123 of title 28", which includes bankruptcy fees under 28 U.S.C. § 1930); 11 U.S.C. § 1112(b)(4)(K) (authorizing the Court, upon request, to convert or dismiss a chapter 11 case for failure to pay any fees or charges required under chapter 123 of title 28).

6. Pursuant to the Claims and Noticing Agent Order:

> The Debtor is authorized to compensate Stretto in accordance with the terms of the Services Agreement upon the receipt of reasonably detailed invoices setting forth the services provided by Stretto and the rates charged for each, and to reimburse Stretto for all reasonable and necessary expenses it may incur, upon the presentation of appropriate documentation, without the need for Stretto to file fee applications or otherwise seek Court approval for the compensation of its services and reimbursement of its expenses. Debtors are authorized to compensate Stretto in accordance with the terms of the Services Agreement upon the receipt of reasonably detailed invoices setting forth the services provided by Stretto and the rates charged for each, and to reimburse Stretto for all reasonable and necessary expenses it may incur, upon the presentation of appropriate documentation, without the need for Stretto to file fee applications or otherwise seek Court approval for the compensation of its services and reimbursement of its expenses.

Further, "pursuant to section 503(b)(1)(A) of the Bankruptcy Code, the fees and expenses of Stretto under [the Claims and Noticing Agent Order] shall be an administrative expense of the Debtor' estates." Claims and Noticing Agent Order, ¶ 11.

7. As required by the Claims and Noticing Agent Order, Stretto duly maintained records detailing Stretto's fees and expenses incurred in its capacity as the Claims and Noticing Agent, and served monthly invoices on the Debtor, the Office of the U.S. Trustee, counsel for the Debtor, counsel for any official committee (if any) monitoring the expenses of the Debtor, and any party-in-interest who specifically requested service of the monthly invoices. Stretto never received an objection to its fees and expenses.

8. For the period between the Petition Date and June 30,2023, in its capacity as the Claims and Noticing Agent, Stretto incurred fees and expenses in the aggregate amount of $708,207.67. After application of payments made by the Debtor, Stretto is currently owed $364,849.22[1] from the Debtor's estate on account of fees and expenses incurred by Stretto in its capacity as the Claims and Noticing Agent (the "Outstanding Fees and Expenses"). Attached hereto as **Exhibit A** is a summary of outstanding balances pursuant to Stretto's records.

9. On July 11, 2023, the Court entered that certain *Order Establishing Administrative Claim Bar Date for Filing Proofs of Administrative Expense Claim and Approving Form, Manner and Sufficiency of Notice Thereof* [Docket No. 823] (the "Order"). Pursuant to the Order, the Court established July 20, 2023, at 5:00 p.m. Prevailing Pacific Time (the "Administrative Claim Bar Date"), as the deadline for all persons and entities, including governmental units, to assert

---

[1] As reflected on Exhibit A attached hereto, this amount includes (i) $175,023.98 in outstanding fees and expenses for the period May 1, 2023 through May 31, 2023, (ii) $129,825.24 in outstanding fees and expenses for the period June 1, 2023 through June 30, 2023, and (iii) $60,000 in estimated fees and expenses for the period July 1, 2023 through July 21, 2023.

administrative expense claims against the Debtor that arose or accrued after the Petition Date through the Administrative Claim Bar Date.

### Request for Relief

10. Section 503(b)(1)(A) of the Bankruptcy Code states, in pertinent part, as follows:

> After notice and a hearing, there shall be allowed administrative expenses, other than claims allowed under section 502(f) of this title, including – (1)(A) the actual, necessary cost and expenses of preserving the estate…

11 U.S.C. § 503(b)(1)(A). Under the Claims and Noticing Agent Order, absent objection to its timely-submitted invoices, Stretto is entitled to payment of its fees and expenses incurred as the Claims and Noticing Agent without the need for further Court approval. Accordingly, Stretto hereby respectfully requests immediate payment of its outstanding fees and expenses in the aggregate amount of $364,849.22.

### Reservation of Rights

11. Stretto expressly reserves its rights to amend and/or supplement this Administrative Expense Claim based on, among other things, events, information, and/or documents obtained from the Debtor or otherwise.

[*Remainder of Page Intentionally Left Blank*.]

WHEREFORE, Stretto respectfully requests the Court enter an order, (i) allowing the Administrative Expense Claim, (ii) directing the Debtor to immediately pay Stretto's outstanding fees and expenses in the aggregate amount of $364,849.22 incurred in Stretto's capacity as the Claims and Noticing Agent in the Chapter 11 Case, and (iii) granting such other and further relief as the Court deems just and proper.

Dated: July 20, 2023  
      New York, New York

**STRETTO, INC.**

/s/ *Christopher J. Updike*  
Christopher J. Updike  
7 Times Square, 16th Floor  
New York, NY  10036  
Tel:  (714) 716-1903  
Email:  chris.updike@stretto.com

5

**Exhibit A**

**Stretto, Inc.**
410 Exchange, Ste 100
Irvine, CA  92602
800.634.7734
StrettoCR-Billing@stretto.com



# Statement

**TO**
Cash Cloud Inc. (DBA Coin Cloud)

**STATEMENT NO.** 3678
**DATE** 07/20/2023
**TOTAL DUE** $304,849.22
**ENCLOSED**

| DATE | DESCRIPTION | AMOUNT | OPEN AMOUNT |
|---|---|---|---|
| 06/03/2023 | Invoice #8403: Due 07/03/2023. | 175,023.98 | 175,023.98 |
| 07/03/2023 | Invoice #8560: Due 08/02/2023. | 129,825.24 | 129,825.24 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 129,825.24 | 175,023.98 | 0.00 | 0.00 | 0.00 | **$304,849.22** |

For wire/ACH payments:
Bank Name – Pacific Western Bank
Bank Address – 110 West A Street, Suite 100, San Diego, CA 92101
Account No – 1000681781
ABA - 122238200
Beneficiary - Stretto

Remit Check Payments to:
Stretto: Attn Accounts Receivable
410 Exchange, Ste. 100
Irvine, CA 92602