BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**DECLARATION OF DANIEL AYALA IN SUPPORT OF DEBTOR'S OMNIBUS REPLY TO:**<br>**(A) OBJECTION OF BRINK'S INCORPORATED TO CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN AND RESERVATION OF RIGHTS; AND**<br>**(B) ENIGMA SECURITIES LIMITED'S RESERVATION OF RIGHTS WITH RESPECT TO CONFIRMATION OF PLAN**<br><br>Hearing Date: July 27, 2023<br>Hearing Time: 1:30 p.m. |

I, Daniel Ayala, declare as follows:

1. I am the Independent Director of Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case").

2. Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would

1

147639537.1

1  testify competently to the facts set forth in this Declaration.

2  3. I make this Declaration in support of Debtor's *Omnibus Reply* to: (A) the *Objection of Brink's Incorporated to Confirmation of Debtor's Chapter 11 Plan and Reservation of Rights* [ECF No. 838] (the "Brink's Objection") filed by Brink's Incorporated ("Brink's"); and (B) *Enigma Securities Limited's Reservation of Rights with Respect to Confirmation of Plan* [ECF No. 834] (the "Enigma Reservation") filed by Enigma Securities Limited ("Enigma"), both with respect to confirmation of *Debtor's Chapter 11 Plan of Reorganization Dated May 8, 2023* [ECF No. 528] (the "Plan").[1]

4. Brink's argues next that the liquidation analysis attached as Exhibit B to the *Supplement to [the Plan]* [ECF No. 821] shows that the projected administrative expense claims exceed the amount of sale proceeds [see ECF No. 795], and therefore the Plan cannot be confirmed in compliance with section 1129(a)(9) of the Bankruptcy Code. For this reason, among others, Debtor intends to file an Amended Plan that will make the Effective Date contingent upon Debtor having enough Cash assets to pay all administrative expense claims in full. Debtor and the Committee are in discussions with Debtor's secured creditors regarding modification of the Plan's treatment of their claims in light of the sale, and intend to file the Amended Plan (and continue the confirmation hearing) shortly.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed this 20th day of July 2023.

　　　　　　　　　　　　　　　　　　　　　　　　/s/Daniel Ayala
　　　　　　　　　　　　　　　　　　　　　　　　Daniel Ayala

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Plan.