NVB 5075 (Rev. 4/23)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                                                 BK−23−10423−mkn
                                                                       CHAPTER 11
CASH CLOUD, INC.
    dba COIN CLOUD

                      Debtor(s)                         NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | ***895*** – Personal Financial Management Course Certificate For Debtor CASH CLOUD, INC. Provided by Evanna Egoroff, 541−570−8625. (eFinCert) |
| Filed On: | 7/20/23 |
| With A Hearing Date Of: | n/a |
| And A Hearing Time Of: | n/a |

The reason(s) for the required correction(s) is as follows:

   \*   PDF is an incorrect image per the event selected, which is not contained in the title. Please file an amended pleading or file it in the correct case immediately.

Dated: 7/21/23

                                                                               Mary A. Schott
                                                                               Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**