BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>　　CASH CLOUD, INC.,<br>　　dba COIN CLOUD,<br><br>　　　　　　　　　　Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**SECOND STIPULATION TO CONTINUE HEARING ON (I) FINAL APPROVAL OF DISCLOSURE STATEMENT [ECF NO. 529]; AND (II) CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION DATED MAY 8, 2023 [ECF NO. 528]**<br><br>Old Hearing Date:  July 27, 2023<br>Old Hearing Time: 1:30 p.m.<br><br>**New Hearing Date:   August 17, 2023**<br>**New Hearing Time:  10:30 a.m.** |

1

147559562.1

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP; CKDL Credit, LLC (the "DIP Lender"), by and through its counsel Berger Singerman LLP and Sylvester & Polednak Ltd.; Genesis Global Holdco, LLC ("Genesis"), by and through its counsel Cleary Gottlieb Steen & Hamilton LLP and Snell & Wilmer L.L.P.; Enigma Securities Limited ("Enigma"), by and through its counsel Morrison & Foerster LLP and Shea Larsen; and the Official Committee of Unsecured Creditors (the "Committee" and together with the Debtor, the DIP Lender, Genesis, Enigma, and the Committee, the "Parties"), by and through its counsel Seward & Kissel LLP and McDonald Carano, LLP, stipulate and agree as follows (the "Stipulation"):

**RECITALS**

A.　WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada, commencing the Chapter 11 Case;

B.　WHEREAS, on February 17, 2023, the United States Trustee for the District of Nevada appointed the Committee in the Chapter 11 Case [*see* ECF No. 131, as amended, ECF No. 177];

C.　WHEREAS, on May 28, 2023, Debtor filed its *Chapter 11 Plan of Reorganization dated May 8, 2023* [ECF No. 528] (the "Plan") and its *Disclosure Statement for Chapter 11 Plan of Reorganization dated May 8, 2023* [ECF No. 529] (the "Disclosure Statement");

D.　WHEREAS, a hearing on confirmation of the Plan and approval of the Disclosure Statement is currently scheduled for July 27, 2023 at 1:30 p.m.;

E.　WHEREAS, based on negotiations with Genesis, Enigma and the Committee, the Debtor intends to file an amended plan of reorganization (the "Amended Plan") that alters the treatment of the claims of Genesis, Enigma and AVT Nevada, L.P. ("AVT");

F.　WHEREAS, the Debtor and the Committee shall not seek to surcharge (pursuant to Bankruptcy Code section 506(c) or otherwise) the collateral securing the claims of Enigma, Genesis, or AVT on account of any costs, fees, or other expenses incurred as a result of the adjournments

provided herein in excess of those set forth in the Calculation Statement[1] provided to the parties on or about July 10, 2023 in accordance with the Sale Order; provided, that all parties' rights with respect to the Calculation Statement, the Asserted Surcharge Claims, and any Disputed Surcharge Claims (as such terms are defined in the Sale Order) are reserved.

G. WHEREAS, the Parties desire to continue the hearing on the Amended Plan and Disclosure Statement until August 17, 2023 at 10:30 a.m.;

H. WHEREAS, the Parties desire to move the following deadlines:

a. The deadline for Genesis, Enigma and AVT to vote to accept or reject the Amended Plan to August 3, 2023;

b. The deadline to file any objections to the Amended Plan and Disclosure Statement to August 3, 2023;

c. The deadline for Debtor to file the ballot summary to August 10, 2023;

d. The deadline for Debtor to file any replies to objections and a brief in support of confirmation to August 10, 2023; and

e. The deadline for Debtor to file a liquidation analysis to be set as August 15, 2023.

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that:

1. The Debtor and the Committee shall not seek to surcharge (pursuant to Bankruptcy Code section 506(c) or otherwise) the collateral securing the claims of Enigma, Genesis, or AVT on account of any costs, fees, or other expenses incurred as a result of the adjournments provided herein in excess of those set forth in the Calculation Statement[1] provided to the parties on or about July 10, 2023 in accordance with the Sale Order; provided, that all parties' rights with respect to the Calculation Statement, the Asserted Surcharge Claims, and any Disputed Surcharge Claims (as such terms are defined in the Sale Order) are reserved;

---

[1] As such term is defined in the Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief [ECF No. 795] (the "Sale Order").

147559562.1

2. The hearing on the Amended Plan and Disclosure Statement shall be continued to August 17, 2023 at 10:30 a.m.;

3. The deadline for Genesis, Enigma and AVT to vote to accept or reject the Amended Plan shall be continued to August 3, 2023;

4. The deadline to file any objections to the Amended Plan and Disclosure Statement shall be continued to August 3, 2023, at 5:00 p.m. (Pacific Time);

5. The deadline for Debtor to file its ballot summary shall be continued to August 10, 2023;

6. The deadline for Debtor to file any replies to objections shall be continued to August 10, 2023, at 5:00 p.m. (Pacific Time);

7. The deadline for Debtor to file its brief in support of Confirmation shall be continued to August 10, 2023; and

8. The deadline for Debtor to file an updated liquidation analysis shall be August 15, 2023.

Dated this 21st day of July 2023.

**FOX ROTHSCHILD LLP**

By: /s/Brett A. Axelrod
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

**SEWARD & KISSEL LLP**

By: /s/Catherine V. Lotempio
ROBERT J. GAYDA, ESQ.
CATHERINE V. LOTEMPIO, ESQ.
ANDREW J. MATOTT, ESQ.
One Battery Park Plaza
New York, NY 10004

and

**MCDONALD CARANO, LLP**
RYAN J. WORKS, ESQ.
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
*Counsel for The Official Committee of Unsecured Creditors*

147559562.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**BERGER SINGERMAN LLP**

By  /s/Jordi Guso
    JORDI GUSO, ESQ.
    *(admitted pro hac vice)*
    1450 Brickell Avenue, Suite 1900
    Miami, FL 33131

and

**SYLVESTER & POLEDNAK, LTD.**
    JEFFREY R. SYLVESTER, ESQ.
    Nevada Bar No. 4396
    1731 Village Center Circle
    Las Vegas, NV 89134
    *Attorneys for Interested Party*
    *CKDL Credit, LLC*


**MORRISON & FOERSTER LLP**

By  /s/Andrew Kissner
    GARY LEE, ESQ.
    (Admitted Pro Hac Vice)
    New York Bar No. 2397669
    ANDREW KISSNER, ESQ.
    (Admitted Pro Hac Vice)
    New York Bar No. 5507652
    250 West 55th Street
    New York, New York 10019-3601

and

**SHEA LARSEN**
    JAMES PATRICK SHEA, ESQ.
    Nevada Bar No. 405
    BART K. LARSEN, ESQ.
    Nevada Bar No. 8538
    KYLE M. WYANT, ESQ.
    Nevada Bar No. 14652
    1731 Village Center Circle, Suite 150
    Las Vegas, Nevada 89134
    *Counsel for Enigma Securities Limited*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By  /s/Michael Weinberg
    SEAN A. O'NEAL, ESQ.
    (Admitted Pro Hac Vice)
    MICHAEL WEINBERG, ESQ.
    (Admitted Pro Hac Vice)
    One Liberty Plaza
    New York, NY 10006

and

    ROBERT R. KINAS, ESQ.
    (NV Bar No. 6019)
    BLAKELEY E. GRIFFITH, ESQ.
    (NV Bar No. 12386)
    CHARLES E. GIANELLONI, ESQ.
    (NV Bar No. 12747)
    **SNELL & WILMER L.L.P.** 3883
    Howard Hughes Pkwy., Suite 1100
    Las Vegas, NV 89169
    *Counsel for Genesis Global Holdco, LLC*

147559562.1