United States Bankruptcy Court
District of Nevada

| | |
|---|---|
| In re: | Case No. 23-10423-mkn |
| CASH CLOUD, INC. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 20, 2023 | Form ID: ovpbk | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | JUSTIN M. MERTZ, MICHAEL BEST & FRIEDRICH LLP, 790 N. WATER STREET, STE. 2500, MILWAUKEE, WI 53202-4108 |
| cr | + | AVT Nevada, L.P., Michael Best & Friedrich LLP, 2750 E Cottonwood Parkway, Suite 560, Cottonwood Heights, UT 84121 UNITED STATES 84121-7289 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: jared.a.day@usdoj.gov | Jul 21 2023 00:51:49 | JARED A. DAY, OFFICE OF THE US TRUSTEE, 300 BOOTH ST #3009, RENO, NV 89509-1360 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM P. SCHWARTZ | on behalf of Interested Party LUX VENDING  LLC d/b/a BITCOIN DEPOT aschwartz@carltonfields.com, amaranto@carltonfields.com |
| ADAM P. SCHWARTZ | on behalf of Defendant LUX VENDING  LLC d/b/a BITCOIN DEPOT aschwartz@carltonfields.com, amaranto@carltonfields.com |

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 20, 2023 | Form ID: ovpbk | Total Noticed: 3 |

ANNE FREELAND
    on behalf of Creditor AVT Nevada  L.P. atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

BART K. LARSEN
    on behalf of Creditor Enigma Securities Limited BLARSEN@SHEA.LAW  3542839420@filings.docketbird.com

BRETT A. AXELROD
    on behalf of Debtor CASH CLOUD  INC. baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD
    on behalf of Plaintiff CASH CLOUD  INC., DBA COIN CLOUD baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD
    on behalf of Plaintiff CASH CLOUD  INC., dba COIN CLOUD baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD
    on behalf of Plaintiff CASH CLOUD  INC., DBA COIN CLOUD, baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRIAN D. SHAPIRO
    on behalf of Creditor OPTCONNECT MANAGEMENT  LLC brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;6855036420@filings.docketbird.com

BRIGID M. HIGGINS
    on behalf of Creditor Black Hole Investments fna EZ Coin  LLC bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

CHAPTER 11 - LV
    USTPRegion17.lv.ecf@usdoj.gov

CRAIG P. DRUEHL
    on behalf of Creditor OPTCONNECT MANAGEMENT  LLC craig.druehl@dechert.com

DAWN M. CICA
    on behalf of Interested Party CHRIS MCALARY dcica@carlyoncica.com nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

JAMES M JIMMERSON
    on behalf of Plaintiff CASH CLOUD  INC., DBA COIN CLOUD jmj@jimmersonlawfirm.com

JAMES PATRICK SHEA
    on behalf of Creditor Enigma Securities Limited jshea@shea.law  blarsen@shea.law;support@shea.law

JEANETTE E. MCPHERSON
    on behalf of Plaintiff CASH CLOUD  INC., dba COIN CLOUD JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON
    on behalf of Debtor CASH CLOUD  INC. JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JOHN T. WENDLAND
    on behalf of Creditor AVT Nevada  L.P. jwendland@wdlaw.com, NVeFile@weildrage.com

Jeffrey R. Sylvester
    on behalf of Interested Party CKDL Credit  LLC jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

LEW BRANDON, JR.
    on behalf of Debtor CASH CLOUD  INC. l.brandon@bsnv.law

LEW BRANDON, JR.
    on behalf of Attorney UNITED NATURAL FOODS  INC. l.brandon@bsnv.law

LOUIS M BUBALA, III
    on behalf of Interested Party BROOKFIELD RETAIL PROPERTIES  INC. lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;sstice@kcnvlaw.com

MARJORIE A. GUYMON
    on behalf of Creditor Armondo Redmond bankruptcy@goldguylaw.com mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com;kathrinev@goldguylaw.com

MARJORIE A. GUYMON
    on behalf of Creditor Trangistics  Inc. bankruptcy@goldguylaw.com, mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com;kathrinev@goldguylaw.com

MAURICE VERSTANDIG
    on behalf of Creditor Brink's  Inc. mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com

MICHAEL L WACHTELL

| District/off: 0978-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2023 | Form ID: ovpbk | Total Noticed: 3 |

        on behalf of Creditor ORACLE AMERICA  INC. mwachtell@buchalter.com

NEDDA GHANDI
        on behalf of Creditor ROCKITCOIN  LLC nedda@ghandilaw.com,
lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

OGONNA M. BROWN
        on behalf of Creditor Cole Kepro International  LLC obrown@lewisroca.com,
ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN
        on behalf of Defendant COLE KEPRO INTERNATIONAL  LLC obrown@lewisroca.com,
ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

ROBERT R. KINAS
        on behalf of Creditor GENESIS GLOBAL HOLDCO  LLC rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

RONALD E. GOLD
        on behalf of Creditor WPG Legacy  LLC rgold@fbtlaw.com,
jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

RONALD M TUCKER
        on behalf of Creditor SIMON PROPERTY GROUP  INC. rtucker@simon.com,
rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

RYAN A. ANDERSEN
        on behalf of Interested Party Luis Flores ryan@aandblaw.com
tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com;andersen.ryana.b117998@notify.bestcase.com

RYAN J. WORKS
        on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS rworks@mcdonaldcarano.com
kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

SHAWN CHRISTIANSON
        on behalf of Creditor ORACLE AMERICA  INC. schristianson@buchalter.com, cmcintire@buchalter.com

STACY H RUBIN
        on behalf of Defendant LUX VENDING  LLC d/b/a BITCOIN DEPOT srubin@nevadafirm.com,
oswibies@nevadafirm.com;mholley@nevadafirm.com

STACY H RUBIN
        on behalf of Interested Party LUX VENDING  LLC d/b/a BITCOIN DEPOT srubin@nevadafirm.com,
oswibies@nevadafirm.com;mholley@nevadafirm.com

STRETTO
        ecf@cases-cr.stretto-services.com  aw01@ecfcbis.com,pacerpleadings@stretto.com

STUART FREEMAN WILSON-PATTON
        stuart.wilson-patton@ag.tn.gov

TIMOTHY A LUKAS
        on behalf of Creditor Good 2 Go Stores LLC ecflukast@hollandhart.com

U.S. TRUSTEE - LV - 11
        USTPRegion17.lv.ecf@usdoj.gov

ZACHARY WILLIAMS
        on behalf of Plaintiff CASH CLOUD  INC., dba COIN CLOUD zwilliams@foxrothschild.com,
ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com

TOTAL: 42

NVB 10−2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

CASH CLOUD, INC.
    dba COIN CLOUD

Debtor(s)

BK−23−10423−mkn
CHAPTER 11

ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by JUSTIN M. MERTZ, ESQ. is **GRANTED**.

Dated: 7/20/23

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court