

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 24, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND STIPULATION TO CONTINUE HEARING ON (I) FINAL APPROVAL OF DISCLOSURE STATEMENT [ECF NO. 529]; AND (II) CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION DATED MAY 8, 2023 [ECF NO. 528]**<br><br>Old Hearing Date: July 27, 2023<br>Old Hearing Time: 1:30 p.m.<br><br>**New Hearing Date:   August 17, 2023**<br>**New Hearing Time:   10:30 a.m.** |

1

147727049.1

Upon consideration of the *Second Stipulation to Continue Hearing on (I) Final Approval of Disclosure Statement [ECF No. 529]; and (II) Confirmation of Debtor's Chapter 11 Plan of Reorganization Dated May 8, 2023 [ECF No. 528]* [Docket No. 915] (the "<u>Stipulation</u>");

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED; and

1. The Debtor and the Committee shall not seek to surcharge (pursuant to Bankruptcy Code section 506(c) or otherwise) the collateral securing the claims of Enigma, Genesis, or AVT on account of any costs, fees, or other expenses incurred as a result of the adjournments provided herein in excess of those set forth in the Calculation Statement[1] provided to the parties on or about July 10, 2023 in accordance with the Sale Order; provided, that all parties' rights with respect to the Calculation Statement, the Asserted Surcharge Claims, and any Disputed Surcharge Claims (as such terms are defined in the Sale Order) are reserved.

2. The hearing on the Amended Plan and Disclosure Statement is continued to August 17, 2023 at 10:30 a.m.

3. The deadline for Genesis, Enigma and AVT to vote to accept or reject the Amended Plan is continued to August 3, 2023.

4. The deadline to file any objections to the Amended Plan and Disclosure Statement is continued to August 3, 2023, at 5:00 p.m. (Pacific Time).

5. The deadline for Debtor to file its ballot summary is continued to August 10, 2023.

6. The deadline for Debtor to file any replies to objections is continued to August 10, 2023, at 5:00 p.m. (Pacific Time).

7. The deadline for Debtor to file its brief in support of Confirmation is continued to August 10, 2023.

---

[1] As such term is defined in the Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief [ECF No. 795] (the "Sale Order").

147727049.1

8. The deadline for Debtor to file an updated liquidation analysis is August 15, 2023.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: _/s/Brett A. Axelrod_
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
*Counsel for Debtor*

# # #

147727049.1