BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
           nkoffroth@foxrothschild.com
           zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>    CASH CLOUD, INC.,<br>    dba COIN CLOUD,<br><br>                              Debtor. | Case No.  BK-23-10423-mkn<br><br>Chapter 11<br><br>**AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON JULY 27, 2023 AT 1:30 P.M.** |

Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, hereby files this *Agenda Regarding Matters Scheduled for Hearing on July 27, 2023 at 1:30 p.m.*

1. *Ninth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Ninth Omnibus Motion to Reject**") [ECF No. 675] – ***Solely with respect to Brookfield. This motion was heard on July 20, 2023 with respect to all other parties.***

    Related Documents:
    A.    *Declaration of Daniel Ayala* [ECF No. 676];

1

147528569.1

Objections/Responses Filed:
A.   *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to **July 27, 2023 solely** with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851].

2. *Eleventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Eleventh Omnibus Motion to Reject**") [ECF No. 681] - ***Solely with respect to Brookfield. This motion was heard on July 20, 2023 with respect to all other parties.***

   Related Documents:
   A.   *Declaration of Daniel Ayala* [ECF No. 682];

   Objections/Responses Filed:
   A.   *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to **July 27, 2023 solely** with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851].

3. *Twelfth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Twelfth Omnibus Motion to Reject**") [ECF No. 684] - ***Solely with respect to Brookfield. This motion was heard on July 20, 2023 with respect to all other parties.***

   Related Documents:
   A.   *Declaration of Daniel Ayala* [ECF No. 685];

   Objections/Responses Filed:
   A.   *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to **July 27, 2023 solely** with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851].

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4. *Fourteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Fourteenth Omnibus Motion to Reject**") [ECF No. 690] - ***Solely with respect to Brookfield and WPG Legacy, LLC. This motion was heard on July 20, 2023 with respect to all other parties.***

   Related Documents:
   A.  *Declaration of Daniel Ayala* [ECF No. 691];

   Objections/Responses Filed:
   A.  *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to **July 27, 2023 solely** with respect to Brookfield pursuant to *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851] and **solely** with respect to WPG Legacy, LLC pursuant to the *Stipulation With WPG Legacy, LLC To Extend Time To Respond To Debtors Fourteenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Continue Hearing With Regard To WPG Legacy, LLC Only* [ECF No. 849]; and *Order* thereon [ECF No. 853].

5. *Fifteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Fifteenth Omnibus Motion to Reject**") [ECF No. 693] - ***Solely with respect to Brookfield. This motion was heard on July 20, 2023 with respect to all other parties.***

   Related Documents:
   A.  *Declaration of Daniel Ayala* [ECF No. 694];

   Objections/Responses Filed:
   A.  *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to **July 27, 2023 solely** with respect to Brookfield pursuant to *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851].

3

147528569.1

6. *Sixteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Sixteenth Omnibus Motion to Reject**") [ECF No. 696] – ***Solely with respect to Brookfield. This motion was heard on July 20, 2023 with respect to all other parties.***

    Related Documents:
    A.   *Declaration of Daniel Ayala* [ECF No. 697];

    Objections/Responses Filed:
    A.   *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to **July 27, 2023 solely** with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851].

7. *Seventeenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Seventeenth Omnibus Motion to Reject**") [ECF No. 700] – ***Solely with respect to Brookfield. This motion was heard on July 20, 2023 with respect to all other parties.***

    Related Documents:
    A.   *Declaration of Daniel Ayala* [ECF No. 701];

    Objections/Responses Filed:
    A.   *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to **July 27, 2023 solely** with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851];
    B.   *Limited Response to Debtor's Amended Seventeenth Omnibus Motion Seeking Rejection of Individual Digital Cash Machine Contracts Under Master Agreements Dated November 20, 2020 with United Natural Foods, Inc.* [ECF No. 811];
    C.   Reply *To Limited Response Filed By United Natural Foods, Inc. To Seventeenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a)* [ECF No. 840]; and
    D.   *Notice of Withdrawal of Limited Response to Debtors Amended Seventeenth Omnibus Motion Seeking Rejection of Individual Digital Cash Machine Contracts Under Master Agreement Dated November 20, 2020 with United Natural Foods, Inc.* [ECF No. 868].

147528569.1

8. *Eighteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Eighteenth Omnibus Motion to Reject**") [ECF No. 759] – ***Unopposed***.

Related Documents:
   A. *Declaration of Daniel Ayala* [ECF No. 760];

Objections/Responses Filed:  None.

Pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.  Copies of all pleadings are available at https://cases.stretto.com/CashCloud (the "Case Website").

DATED this 24th day of July 2023.

**FOX ROTHSCHILD LLP**

By:  /s/Brett Axelrod
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

147528569.1