BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF HEARING ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO SURCHARGE THE COLLATERAL OF GENESIS GLOBAL HOLDCO, LLC, ENIGMA SECURITIES LIMITED, AND AVT NEVADA, L.P.** |
| | Hearing Date: August 29, 2023<br>Hearing Time: 9:30 a.m. (Pacific Time) |

**PLEASE TAKE NOTICE** that on the 24th day of July, 2023, Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel, Fox Rothschild LLP, filed a *Motion for Entry of Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P.* (the "Motion").[1]  Copies of the Motion and related pleadings are available at https://cases.stretto.com/CashCloud (the "Case Website").

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

1

147768359.1

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> <u>If you do not file a written response</u> with the court, or <u>if you do not serve your written response</u> on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that a hearing on the Motion will be held before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada 89101, on **August 29, 2023** at the hour of **9:30 a.m.** Pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.

Dated this 24th day of July 2023.

                                              **FOX ROTHSCHILD LLP**

                                              By       */s/Brett A. Axelrod*
                                                  BRETT A. AXELROD, ESQ.
                                                  Nevada Bar No. 5859
                                                  NICHOLAS A. KOFFROTH, ESQ.
                                                  Nevada Bar No. 16264
                                                  ZACHARY T. WILLIAMS, ESQ.
                                                  Nevada Bar No. 16023
                                                  1980 Festival Plaza Drive, Suite 700
                                                  Las Vegas, Nevada 89135
                                                  *Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)