NVB 9037 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–23–10423–mkn<br>CHAPTER 11 |
| CASH CLOUD, INC.<br>    dba COIN CLOUD | |
| Debtor(s) | NOTICE OF FILING OFFICIAL TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION |

**NOTICE IS GIVEN** that a transcript has been filed on July 24, 2023 as referenced in the following document:

*924* – Transcript regarding Hearing Held on 7/20/23. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, Telephone number (855) 873–2223. Purchasing Party: Kyle Wyant. Redaction Request Due By 08/14/2023. Redacted Transcript Submission Due By 08/24/2023. Transcript access will be restricted through 10/23/2023. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is August 14, 2023.

If a Request for Redaction is filed, the redacted transcript is due August 24, 2023. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is October 23, 2023, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the Help Desk at 1–866–232–1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 7/24/23

*Mary A Schott*

Mary A. Schott
Clerk of Court