**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
efile@alversontaylor.com
(702) 384-7000
Attorneys for Populus Financial Group, Inc.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-23-10423-mkn |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF ERRATA TO POPULUS FINANCIAL GROUP, INC.'S MOTION FOR APPROVAL OF ADMINSTRATIVE CLAIM** |

Populus Financial Group, Inc. ("Populus"), by and through its undersigned counsel, hereby respectfully submits this errata to its Motion for Approval of Administrative Claim of Populus Financial Group, Inc. (the "Notice of Errata"), in order to correct an inadvertent error. This instant case commenced on February 7, 2023, pursuant Chapter 11 of the Title 11 of the United States Code (the "Bankruptcy Code"). The Motion for Approval of Administrative Claim of Populus Financial Group, Inc., was submitted July 20, 2023, **without** the proper attachment of the Administrative Claim Form for Populus Financial, attached hereto as **Exhibit A**. Counsel for Populus Financial apologizes

///

///

///

1

1    for this error.

2         Dated this 25th day of July, 2023,

3                                 **ALVERSON TAYLOR & SANDERS**

4                                 /s/ Kurt R. Bonds

5

6                                 KURT R. BONDS, ESQ.
                                Nevada Bar No. 6228

7                                 6605 GRAND MONTECITO PARKWAY
                                SUITE 200

8                                 LAS VEGAS, NEVADA 89149
                                efile@alversontaylor.com

9                                 (702) 384-7000

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2

3       The undersigned hereby certifies that on July 25, 2023, a true and correct copy of the foregoing was served by electronic means as listed on the Court's ECF noticing system and by first class mail, postage prepaid, to the following:

4

5   Fox Rothschild LLP
1980 Festival Plaza Drive, Suite 700

6   Las Vegas, Nevada 89135
Attn: Brett Axelrod

7

8   Berger Singerman LLP
1450 Brickell Avenue, Suite 1900

9   Miami, FL 33131
Attn: Jordi Guso

10

11  Sylvester & Polednak Ltd.
1731 Village Center Circle

12  Las Vegas, NV 89134
Attn: Jeffrey R. Sylvester

13

14  Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza

15  New York, NY 10006
Attn: Sean A. O'Neal and Jane VanLare

16

17  Morrison & Foerster LLP
250 West 55th Street

18  New York, NY 10019
Attn: Gary S. Lee and Andrew Kissner

Shea Larsen
1731 Village Center Circle, Suite 150
Las Vegas, NV 89134
Attn: James Patrick Shea

Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
Attn: John R. Ashmead and Robert J. Gayda

McDonald Carano Wilson LLP
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102
Attn: Ryan J. Works

Office of the United States Trustee, 300 Las Vegas Boulevard S., Suite 4300, Las Vegas, NV 89101, Attn: Jared A. Day

19

20  */s/ Teri Jenks*

21  _____
An Employee of ALVERSON
TAYLOR & SANDERS

22

23

24

25

26

27

28

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** |
|---|---|---|

| | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | *This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.* |
|---|---|---|

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Populus Financial Group, Inc.
300 E. John Carpenter Fwy, Ste. 900
Irving, TX 75062

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Creditor Telephone Number 972-550-5000

THIS SPACE IS FOR COURT USE ONLY

Name and address where notices should be sent (if different from above):

Phillips Murrah P.C.
Attn: Clayton D. Ketter
101 N. Robinson Ave., Suite 1300
Oklahoma City, OK

Creditor Telephone Number (405-235-4100

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:**

Unpaid postpetition rent.

**2. Date debt was incurred:** May 1, 2023 through July 20, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

Unpaid postpetiton rent entitled to administrative priority pursuant to 11 U.S.C. 503(b)(1)(A).

**4. Total Amount of Administrative Claim:** $ 90,838.97

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim.  Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien.  DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.  If the documents are not available, explain.  If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below <u>so that it is received</u> by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV  89101

THIS SPACE IS FOR COURT USE ONLY

| DATE | SIGNATURE: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| July 20, 2023 | /s/ Clayton D. Ketter, Attorney for Claimant |

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1