BRETT A. AXELROD, ESQ. (Nv Bar No. 5859)
JEANETTE E. MCPHERSON, ESQ. (Nv Bar No. 5423)
NICHOLAS A. KOFFROTH, ESQ. (Nv Bar No. 16264)
ZACHARY T. WILLIAMS, ESQ. (Nv Bar No. 16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email:  baxelrod@foxrothschild.com
           jmcpherson@foxrothschild.com
           nkoffroth@foxrothschild.com
           zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>　　　　　　　　　　　　　Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**SECOND STIPULATION WITH BROOKFIELD LANDLORDS TO CONTINUE HEARING ON MULTIPLE OMNIBUS MOTIONS FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) FOR BROOKFIELD LANDLORDS ONLY [ECF NOS. 675, 681, 684, 690, 693, 696, AND 700]**<br><br>Old Hearing Date:   July 27, 2023<br>Old Hearing Time:   1:30 p.m.<br><br>**Continued Hearing Date:  August 17, 2023**<br>**Continued Hearing Time: 10:30 a.m.** |

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, and Brookfield Retail Properties, Inc. ("Brookfield Landlords"), by and through is undersigned counsel, Kaempfer Crowell (collectively, the "Parties"), hereby enter into this *Second Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* ("Stipulation").

1

147824291.1

**RECITALS**

WHEREAS, Debtor filed multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) on June 14, 2023, including those designated as the Ninth [ECF No. 675], Eleventh [ECF No. 681], Twelfth [ECF No. 684], Fourteenth [ECF No. 690], Fifteenth [ECF No. 693], Sixteenth ECF No. 696], and Seventeenth [ECF No. 700] Omnibus Motions (collectively, the "Omnibus Motions");

WHEREAS, the Brookfield Landlords filed a *Limited Objection Of Brookfield Landlords To Debtor's Omnibus Motions For Entry Of Orders Approving Rejection Of Unexpired Leases* [ECF 842] ("Limited Objection") on July 13, 2023;

WHEREAS, the hearing on the Omnibus Motions was set for July 20, 2023 at 10:30 a.m.;

WHEREAS, the Court continued the July 20, 2023 hearing to July 27, 2023 at 1:30 p.m. ("Hearing Date"), and the deadline to reply to the Limited Objection to July 26, 2023 ("Reply Deadline") pursuant to the *Order Granting Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF 851] entered by the Court on July 17, 2023;

WHEREAS, Brookfield Landlords have been negotiating with Heller Capital Group, LLC regarding the agreements subject to the Omnibus Motions, which negotiations have not been finalized;

WHEREAS, the Parties have agreed to continue the Hearing Date to August 17, 2023 at 10:30 a.m.; and

WHEREAS, the Parties have agreed to continue the deadline to reply to the Limited Objection to August 16, 2023 ("Reply Deadline").

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

147824291.1

## **STIPULATION**

NOW, THEREFORE, in consideration of the foregoing, the parties agree as follows:

1. The Hearing Date is continued to August 17, 2023 at 10:30 a.m.; and

2. The Reply Deadline is continued to August 16, 2023.

| Dated this 26th day of July, 2023. | Dated this 26th day of July, 2023. |
|---|---|
| **FOX ROTHSCHILD LLP** | **KAEMPFER CROWELL** |
| By  /s/ Jeanette E. McPherson | By  /s/ Louis Bubala III |
| JEANETTE E. MCPHERSON, ESQ.<br>BRETT A. AXELROD, ESQ.<br>NICHOLAS A. KOFFROTH, ESQ.<br>ZACHARY T. WILLIAMS, ESQ.<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135 | LOUIS BUBALA III, ESQ.<br>50 W. Liberty Street, Suite 700<br>Reno, Nevada 89501 |
| *Counsel for Debtor* | *Counsel for Brookfield Retail Properties, Inc.* |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

147824291.1