_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
July 26, 2023
_____

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-S-23-10423-MKN |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER GRANTING FOURTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE** |
| | Hearing Date: July 20, 2023 |
| | Hearing Time: 10:30 a.m. |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

147688650.1 [FOURTEENTH MOTION]

The Court having reviewed and considered Debtor's motion [ECF 690] (the "Motion")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a); and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** with respect to the Contracts and/or Leases as set forth in **Exhibit 1**;[2] and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that all persons and entities listed on **Exhibit 1** that assert any claims against Debtor for damages arising from the rejection of their leases listed on **Exhibit 1** (a "Rejection Damages Claim") must file a Proof of Claim with the Clerk of the Bankruptcy Court for such Rejection Damages Claim **no later than thirty (30) days after entry of this Order** or shall be forever barred from asserting such Rejection Damages Claim; and it is further

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

[2] With respect to Brookfield Landlords and WPG Legacy, LLC only, the hearing on the Motion has been continued to July 27, 2023 at 1:30 p.m. pursuant to the *Order Granting Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only* [ECF Nos. 675, 681, 684, 690, 693, 696, and 700] [ECF 851] and the *Order Granting Stipulation With WPG Legacy, LLC To Extend Time To Respond To Debtor's Fourteenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) And Continue Hearing With Regard To WPG Legacy, LLC Only* [ECF 853] entered by the Court on July 17, 2023.

147688650.1 [FOURTEENTH MOTION]

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ.
BRETT A. AXELROD, ESQ.
NICHOLAS A. KOFFROTH, ESQ.
ZACHARY T. WILLIAMS, ESQ.
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

**APPROVED**/DISAPPROVED

**MCDONALD CARANO LLP**

By: /s/ Catherine V. Lotempio
RYAN J. WORKS, ESQ. (NSBN 9224)
AMANDA M. PERACH, ESQ. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

and

**SEWARD & KISSEL LLP**
JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
CATHERINE V. LOTEMPIO, ESQ. (Admitted *Pro Hac Vice*)
ANDREW J. MATOTT, ESQ.
One Battery Park Plaza
New York, New York 10004
*Counsel for Official Committee of Unsecured Creditors*

147688650.1 [FOURTEENTH MOTION]

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### #

# EXHIBIT 1

## CONTRACTS AND/OR LEASES TO BE REJECTED

147688650.1 [FOURTEENTH MOTION]

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Manchester High Mart | Attn: Soubhi Toma<br>252 Spencer St<br>Manchester, CT 6040 | 252 Spencer St<br>Manchester, CT 6040 | 121557 |
| Manha Food and Deli | Attn: Jorge Ledo<br>1657 N Miami Ave Ste D<br>Miami, FL 33136 | 467 NW 8th St<br>Miami, FL  33136 | 118605 |
| Marathon Gas | Attn: Najeeb Chaudhry<br>3933 Sullivant Ave<br>Columbus, OH 43228 | 3933 Sullivant Ave<br>Columbus, OH  43228 | 108931 |
| Marathon Gas Elkhart / New Simanton Lake Inc. | Attn: Sarwan Singh<br>51451 State Rte 19<br>Elkhart, IN 46514 | 51451 State Rte 19<br>Elkhart, IN  46514 | 108247 |
| Maria Mobile Wireless | Attn: Nhi Le<br>696 Vine St<br>San Jose, CA 95110 | Attn: NHI LE<br>18 N 7th St<br>San Jose, CA  95112 | 127338 |
| Marina Tobacco Inc | Attn: Nader Abdelnour<br>6244 Pacifc Coast Hw<br>Long Beach, CA 90803 | 6244 Pacific Coast Hwy<br>Long Beach, CA  90803 | 142328 |
| Market 24 | Attn: Gilberto G<br>304 N 2nd St<br>Harrisburg, PA 17101 | 304 N 2nd St<br>Harrisburg, PA  17101 | 108881 |
| market st convenience inc | Attn: Balijeet Singh<br>581 Market St<br>Kingston, PA 18704 | 581 Market St<br>Kingston, PA  18704 | 108909 |
| Marsh's Sun Fresh Market | Attn: Bob Smith<br>4001 Mill St<br>Kansas City, MO 64111 | 4001 Mill St<br>Kansas City, MO  64111 | 130356 |
| Mart at Main | Attn: Dennis Alexander<br>231 Main Ave S Suite B<br>Renton, WA 98057 | 231 Main Ave S #Suite B<br>Renton, WA  98057 | 120903 |
| Maryam & Sara Inc DBA Riverside Grocery | Attn: Rizwan Shuja<br>1727 E Riverside Dr<br>Austin, TX 78741 | 1727 E Riverside Dr<br>Austin, TX  78741 | 108087 |
| Mass Beverage | Attn: Mass Beverage<br>3131 Nieder Rd<br>Lawrence, KS 66047 | 3131 Nieder Rd<br>Lawrence, KS  66047 | 117849 |
| Mathias Ventures Inc. | Attn: Mark Mathias<br>121 NW 5th Street<br>Bentonville, AR 72712 | Attn: Mark Mathias<br>2530 S Pinnacle Hills Pkwy #300<br>Rogers, AR  72758 | 119928 |

**EXHIBIT 1 TO ORDER  – FOURTEENTH OMNIBUS REJECTION MOTION**
Page 1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Mayflower Apple Blossom, LP dba Apple Blossom Mall | Attn: Larry Nelson<br>1850 Apple Blossom Dr<br>Mall Mgmt Office<br>Winchester, VA 22601 | 1850 Apple Blossom Dr<br>Winchester, VA  22601 | 103981 |
| Meadowood Mall SPE, LLC | Attn: Steven L Heim<br>5000 #1 Meadowood Mall Cir<br>Reno, NV 89502 | 5000 Meadowood Mall Cir<br>Reno, NV  89502 | 104180 |
| Mega Mart | Attn: Nirav M Patel<br>10582 Garden Grove Blvd<br>Garden Grove, CA 92843 | 10582 Garden Grove Blvd<br>Garden Grove, CA  92843 | 108816 |
| Mehersai LLC | Attn: Praveen Parchuri<br>c/o Corner Shop<br>2538 Two Notch Rd<br>Columbia, SC 29204 | 2538 Two Notch Rd<br>Columbia, SC  29204 | 107887 |
| Metro Food and Beverage | Attn: Salah Jaffal<br>3203 W 25th St<br>Cleveland, OH 44109 | 3203 W 25th St<br>Cleveland, OH  44109 | 103862 |
| Metropolitan Wine Inc | Attn: Nadir Mardonov<br>401 Church St Ste 1<br>Nashville, TN 37219 | Attn; Nadir Mardonov<br>531 4th Ave S<br>Nashville, TN  37210 | 118833 |
| MHS Inc | Attn: Alem Syoum<br>728 Peoria St<br>Aurora, CO 80011 | 728 Peoria St<br>Aurora, CO  80011 | 108209 |
| MHT LLC | Attn: Tesfalem Gebru<br>512 W Pike St<br>Covington, KY 41011 | 512 W Pike St<br>Covington, KY  41011 | 103977 |
| Middle East Market | Attn: Abdulwahab A Mohamad<br>308 Firewood Court<br>Broken Arrow, OK 74012 | Attn: Abdulwahab A Mohamad<br>5459 S Mingo Rd<br>Tulsa, OK  74146 | 108748 |
| Midway Discount Liquor | Attn: Rajesh Patel<br>1000 Midway Dr #5<br>Harrington, DE 19952 | 1000 Midway Dr #5<br>Harrington, DE  19952 | 108334 |
| Mike's Quik Stop & Deli | Attn: Michael Cyr<br>907 Presque Isle rd<br>Caribou, ME 04736 | 907 Presque Isle Rd<br>Caribou, ME  4736 | 108448 |
| Milpitas Mills Limited Partnership | Attn: Management Office<br>447 Great Mall Drive<br>Milpitas, CA 95035 | 447 Great Mall Dr<br>Milpitas, CA  95035 | 104170 |
| Mina & Joseph Liquor Store | Attn: Mina Milad<br>16369 Harbor Blvd<br>Fountain Valley, CA 92708 | 16369 Harbor Blvd<br>Fountain Valley, CA  92708 | 103568 |

**EXHIBIT 1 TO ORDER – FOURTEENTH OMNIBUS REJECTION MOTION**
Page 2

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Mini Food Store LLC | Attn: Nar Dhungel<br>4696 S Federal Blvd<br>Englewood, CO 80110 | 4696 S Federal Blvd<br>Englewood, CO  80110 | 103640 |
| Mini Shop | Attn: Amr Kheder<br>4718 US-98<br>Lakeland, FL 33809 | 4718 US-98<br>Lakeland, FL  33809 | 117791 |
| Minits 109 | Attn: Brian Neutze<br>106 Dr Fermin Calderon Blvd<br>Del Rio, TX 78840 | 106 Dr Fermin Calderon Blvd<br>Del Rio, TX  78840 | 130538 |
| Minute Stop | Attn: Kevin Manaller<br>4722 Rigsby Ave<br>San Antonio, TX 78222 | 4722 Rigsby Ave<br>San Antonio, TX  78222 | 101430 |
| Miramar Brands Pennsylvania Inc | Attn: Omar Misleh<br>3304 Essex Drive<br>Richardson, TX 75082 | 6106 Saltsburg Rd<br>Verona, PA  15147 | 125189 |
| | | 9428 US 30<br>Irwin, PA  15642 | 125175 |
| | | 1 Fosterville Rd<br>Greensburg, PA  15601 | 125176 |
| | | 137 Clever Rd<br>Mckees Rocks, PA  15136 | 125177 |
| | | 201 N St<br>Ellwood City, PA  16117 | 125178 |
| | | 740 W Ingomar Rd<br>Pittsburgh, PA  15237 | 125179 |
| | | 285 Mt Lebanon Blvd<br>Pittsburgh, PA  15234 | 125180 |
| | | 818 N Duquesne Blvd<br>Duquesne, PA  15110 | 125181 |
| | | 420 Smithfield St<br>Pittsburgh, PA  15222 | 125183 |
| | | 7910 US Rte 30 E<br>Irwin, PA  15642 | 125184 |
| | | 4630 William Flynn Hwy<br>Allison Park, PA  15101 | 125185 |
| | | 4775 Mcknight Rd<br>Pittsburgh, PA  15237 | 125187 |
| | | 2 Heckel Rd<br>Mckees Rocks, PA  15136 | 125188 |
| Miss Tracy's Liquor Store | Attn: Salam Majeed<br>1043 Franklin St SE<br>Grand Rapids, MI 49507 | 1043 Franklin St SE<br>Grand Rapids, MI  49507 | 104239 |
| Mitri Petroleum LLC | Attn: Jacob Mitri<br>1514 Newport Ave<br>Pawtucket, RI 02861 | 1514 Newport Ave<br>Pawtucket, RI  2861 | 115244 |
| Mize's Thriftway | Attn: Bradley S Mize<br>449 N 4th St<br>Clearwater, KS 67026 | 449 N 4th St<br>Clearwater, KS  67026 | 148222 |

**EXHIBIT 1 TO ORDER – FOURTEENTH OMNIBUS REJECTION MOTION**
Page 3

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| MJ Mart LLC | Attn: Ravi Patel<br>2561 Kershaw Camden Hwy<br>Lancaster, SC 29720 | 2561 Kershaw Camden Hwy<br>Lancaster, SC 29720 | 108216 |
| MK Oil Inc | Attn: Salah Mazloum<br>18480 Brookhurst St<br>Fountain Valley, CA 92708 | 18480 Brookhurst St<br>Fountain Valley, CA 92708 | 108700 |
| MMT Wireless LLC | Attn: Kevin Sekyere<br>4364 E Main St<br>Columbus, OH 43213 | Attn: Kevin Sekyere<br>4363 E Main St<br>Whitehall, OH 43213 | 113826 |
| Mobil | Attn: Zaid Farok, Manager<br>c/o Danbury Food and Gas<br>276 White Street<br>Danbury, CT 6810 | 276 White St.<br>Danbury, CT 6810 | 103207 |
| Mobil | Attn: Syed Lavsani<br>3363 San Pablo Dam Road<br>San Pablo, CA 94803 | 3363 San Pablo Dam Rd<br>San Pablo, CA 94803 | 129171 |
| Mobil Del Rey | Attn: Roy Hashemi<br>449 W Manchester Ave<br>Playa Del Rey, CA 90293 | 449 W Manchester Ave<br>Los Angeles, CA 90293 | 101471 |
| Mohan LLC (DBA Havana Park Liquor) | Attn: Adarsh Mohan<br>10772 E Iliff Ave<br>Aurora, CO 80014 | 10772 E Iliff Ave<br>Aurora, CO 80014 | 103650 |
| Moni and Sami LLC | Attn: Imraan Pashir<br>1475 E Livingston Ave<br>Columbus, OH 43205 | 1475 E Livingston Ave<br>Columbus, OH 43205 | 103880 |
| Monroe City, BP | Attn: Alvin Ehrhardt<br>36 E US-24<br>Monroe City, MO 63456 | 36 E US-24<br>Monroe City, MO 63456 | 108052 |
| Moser's | Attn: Denny Lee<br>1035 Armory Rd<br>Warrenton, MO 63383 | 1035 Armory Rd<br>Warrenton, MO 63383 | 139842 |
| Mountain Liquor Store LLC | Attn: Manuel Flores<br>4100 Dyer St Suite A-D<br>El Paso, TX 79930 | 4100 Dyer St #Suite A-D<br>El Paso, TX 79930 | 104298 |
| Mr Pawn | Attn: Jesse Schlenker<br>2525 S Oliver<br>Wichita, KS 67210 | Attn: Jesse Schlenker<br>2339 Oliver<br>Wichita, KS 67218 | 119404 |
| Mundelein Laundromat | Attn: Norm Lynn<br>658 S Lake St<br>Mundelein, IL 60060 | 658 S Lake St<br>Mundelein, IL 60060 | 128154 |

**EXHIBIT 1 TO ORDER – FOURTEENTH OMNIBUS REJECTION MOTION**
Page 4

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| N & P Discount Beer & Tobacco; Cloudy Vibez | Attn: Ali Zaher<br>3002 Clarksville Pike<br>Nashville, TN 37218 | 3002 Clarksville Pike<br>Nashville, TN  37218 | 103362 |
| n Amar LLC DBA Roy Kwick Stop | Attn: Amarjit Kaur<br>4484 S. 1900 W<br>#Suite #4<br>Roy, UT 84067 | 4484 S 1900 W SUITE #4<br>Roy, UT  84067 | 104221 |
| Nanak Ji Corp dba US Gas Foodmart | Attn: Batwinder Singh<br>6202 E Pea Ridge Rd<br>Huntington, WV 25705 | 6202 E Pea Ridge Rd<br>Huntington, WV  25705 | 109054 |
| Nandi Corp. (DBA Our Little Store) | Attn: Nandi Bhattarai<br>c/o Suhaan Bhattarai<br>4821 Yellowstone Dr<br>Greeley, CO 80634 | 4821 Yellowstone Dr<br>Greeley, CO  80634 | 108250 |
| Narayani Sai Ventures Inc | Attn: Umesh Shrestha<br>c/o Fast Food<br>12531 Lake June Rd<br>Balch Springs, TX 75180 | 12531 Lake June Rd<br>Balch Springs, TX  75180 | 108187 |
| Nashville Package Store, Inc. | Attn: Amir Abrashkhron<br>c/o Major Discount Liquor<br>2913 Dickerson Pike<br>Nashville, TN 37207 | 2913 Dickerson Pike<br>Nashville, TN  37207 | 103363 |
| Nati LLC | 818 Dayton St<br>Aurora, CO 80010 | 818 Dayton St.<br>Aurora, CO  80010 | 108223 |
| Natomas Wine & Spirits Inc. | Attn: Jas Hundal<br>1620 W El Camino Ave #155<br>Scramento, CA 95833 | 1620 W El Camino Ave #155<br>Sacramento, CA  95833 | 103693 |
| Natural Mart | Attn: Shrestha Nirmal; Niranjan Shrestha<br>14517 SE Duke St<br>Portland, OR 97236 | Attn: Shrestha Nirmal; Niranjan Shrestha<br>1726 SW 4th Ave<br>Portland, OR  97201 | 107963 |
| Ndjassi Group LLC | Attn: Lambs Kouassi<br>c/o Minny Mart<br>1620 Independence Pkwy<br>Plano, TX 75075 | 1620 Independence Pkwy<br>Plano, TX  75075 | 104337 |
| Neighborhood Home | Attn: Matthew Schneider<br>1305 W Bremer Ave<br>Waverly, IA 50677 | 3552 Lafayette Rd<br>Evansdale, IA  50707 | 108838 |
| Neighborhoods Food | Attn: Naseeb Bista<br>315 E Hurst Blvd<br>Hurst, TX 76053 | 315 E Hurst Blvd<br>Hurst, TX  76053 | 104318 |
| Net Supermarket | Attn: Hussin Alkhalaf<br>1845 Nicollet Ave<br>Minneapolis, MN 55403 | 1845 Nicollet Ave<br>Minneapolis, MN  55403 | 101560 |

**EXHIBIT 1 TO ORDER – FOURTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Neutze INC | Attn: Mike Neutze<br>3280 Junction Hwy<br>Ingram, TX 78025 | 3280 Junction Hwy<br>Ingram, TX  78025 | 130548 |
| New Champs | 622 N Cumberland St<br>Lebanon, TN 37087 | 622 N Cumberland St<br>Lebanon, TN  37087 | 108427 |
| New China Cafe LLC | Attn: May Situ<br>1623 London Rd<br>Duluth, MN 55812 | 1623 London Rd<br>Duluth, MN  55812 | 109055 |
| New Lucky Enterprises, LLC (Circle K) | Attn: Terry Miglani<br>1654 Santa Ana Ave<br>Costa Mesa, CA 92627 | 1654 Santa Ana Ave<br>Costa Mesa, CA  92627 | 101543 |
| Newark Airport Plaza LLC | 100 Lindbergh Rd<br>Jericho, NY 11753 | 100 Lindbergh Rd<br>Newark, NJ  07114 | 101389 |
| Night Skye Enterprises, LLC | Attn: Sean Dykstra<br>419 Montcalm Dr<br>Livermore, CO 80536 | 10254 Ura Ln<br>Thornton, CO  80260 | 108393 |
| Nittany Centre Realty LLC, Nittany Nassim LLC | Attn: Igal Namdar<br>2901 E College Ave<br>State College, PA 16801 | Attn: Namdar Realty Group<br>150 Great Neck Rd<br>Ste 304<br>Great Neck, NY  11021 | 103948 |
| NoHo Ship N Supplies | Attn: Edward Sanchez<br>12814 Victory Blvd<br>Los Angeles, CA 91606 | 12814 Victory Blvd<br>Los Angeles, CA  91606 | 101474 |
| North American Enterprise Inc | 2134 N Vermont Ave<br>Los Angeles, CA 90027 | 2134 N Vermont Ave<br>Los Angeles, CA  90027 | 101499 |
| North Bank Liquor | Attn: Kawaldeep Pannu<br>2950 Johnson Dr #117<br>Ventura, CA 93003 | 2950 Johnson Dr ## 117<br>Ventura, CA  93003 | 103571 |
| North End Laundromat | Attn: Mark Poirier<br>1837 N Main St<br>Fall River, MA 2720 | 1837 N Main St<br>Fall River, MA  2720 | 126515 |
| North Hanover Nassim LLC, North Hanover Centre Realty LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 1155 Carlisle St<br>Hanover, PA  17331 | 103950 |
| Northwoods Shopping Center, LLC | 2200 W War Memorial Dr<br>Peoria, IL 61613-1000 | 2200 West War Memorial Drive<br>Peoria, IL  61615 | 124977 |
| Nueva Imagen | Attn: Juan Ajpacaja<br>1418 W 3rd St<br>Sioux City, IA 51103 | 1418 W 3rd St<br>Sioux City, IA  51103 | 116893 |

**EXHIBIT 1 TO ORDER – FOURTEENTH OMNIBUS REJECTION MOTION**
Page 6

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Ocean and Capital Market Inc dba Homran Liquor Store | Attn: Jamil Tawasha<br>1551 Ocean Ave<br>San Francisco, CA 94112 | 1551 Ocean Ave<br>SF, CA  94112 | 115448 |
| OKC Food Mart | Attn: Sunny Jiwan<br>2120 W Main St Ste 100<br>Oklahoma City, OK 73107 | 2120 W Main St<br>Oklahoma City, OK  73107 | 103515 |
| OM Aryan Inc | Attn: Kamlesh Patel<br>2668 Highway 49 N<br>Burlington, NC 27217 | 2668 NC-49<br>Burlington, NC  27217 | 109004 |
| OMG Liquor & Wine | Attn: Pankaj Patel<br>c/o Hari Om LLC DBA Cork Keg & Liquors<br>302 N Bridge St<br>Yorkville, IL 60560 | 302 N Bridge St<br>Yorkville, IL  60560 | 108347 |
| One Stop Mart #18 | Attn: Laddi Singh<br>1295 NW 11th St<br>Hermiston, OR 97838 | 1295 NW 11th St<br>Hermiston, OR  97838 | 123326 |
| One Stop Mart #36 | Attn: Laddi Singh<br>5219 Patton Blvd<br>Moses Lake, WA 98837 | 5219 Patton Blvd NE<br>Moses Lake, WA  98837 | 123323 |
| OooWee Art & Gaming Cafe | Attn: Robert Taylor<br>3501 Paxton St<br>Harrisburg, PA 17111 | 3501 Paxton St<br>Harrisburg, PA  17111 | 108900 |
| Orange County Liquors | Attn: Nigel Sarran<br>220 Orange Blossom Trail<br>Orlando, FL 32805 | 220 Orange Blossom Trail<br>Orlando, FL  32805 | 117525 |
| Oscar's Restaurant | Attn: Luaie Abdellah Albaba<br>1840 Cumberland Ave<br>Knoxville, TN 37916 | 1840 Cumberland Ave<br>Knoxville, TN  37916 | 117565 |
| OST Food Mart | Attn: Shohilaii Karedia<br>4529 Old Spanish Trl<br>Houston, TX 77021 | 4529 Old Spanish Trail<br>Houston, TX  77021 | 103724 |
| Overseas Investment LLC DBA ANDY DEVINE MOBIL | Attn: Raj Patel<br>3041 E Andy Devine Ave<br>Kingman, AZ 86401 | 3041 E Andy Devine Ave<br>Kingman, AZ  86401 | 108060 |
| Owen Mini Mart | Attn: Omar Abuzaydeh<br>163 Bridge St.<br>E. Windsor, CT 6088 | 163 Bridge St.<br>East Winsor, CT  6088 | 103211 |
| Oxon Hill Citgo | Attn: Ashish Thako<br>6104 Oxon Hill Rd.<br>Oxon Hill, MD 20745 | 6104 Oxon Hill Rd<br>Oxon Hill, MD  20745 | 103422 |
| Pacifica Quick Mart Inc. | Attn: Khayrat Rochan<br>2480 Skyline Dr<br>Pacifica, CA 94044 | 2480 Skyline Dr<br>Pacifica, CA  94044 | 113860 |

**EXHIBIT 1 TO ORDER – FOURTEENTH OMNIBUS REJECTION MOTION**
Page 7

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Pap's Carry Out - Convenient Mart | Attn: Mana Vijaykumar Bhavsar<br>3958 Gallia St<br>New Boston, OH 45662 | 3958 Gallia St<br>New Boston, OH  45662 | 115323 |
| Park Row Puff LLC | Attn: Shawn Hassam<br>3803 Erath Drive<br>Carrollton, TX 75010 | 1520 E Abram St<br>Arlington, TX  76010 | 108013 |
| Partners Mall Abilene, LLC | Attn: Steven Niles<br>PO Box 678220<br>Dallas, TX 75267 | 4310 Buffalo Gap Rd<br>Abilene, TX  79606 | 103847 |
| Payday Loans Store Inc | Attn: David Coty Maballo Aquino<br>3-3134 Kuhio Highway #A-8<br>Lihue, HI 96766 | 3-3134 Kuhio Highway #A-8<br>Lihue, HI  96766 | 161488 |
| PBR Vapors LLC | Attn: Bryan Robbins<br>5208 MS-15<br>Ecru, MS 38841 | 5208 MS-15<br>Ecru, MS  38841 | 115328 |
| Pegasus Games Inc | Attn: Patrick James<br>6640 Odana Rd<br>Madison, WI 53719 | 6640 Odana Rd<br>Madison, WI  53719 | 113878 |
| Perry Creek Laundromat LLC | Attn: Jeffrey Freking<br>32376 Pioneer Ave<br>Kingsley, IA 51028 | 405 W 19th St<br>Sioux City, IA  51103 | 117621 |

**EXHIBIT 1 TO ORDER – FOURTEENTH OMNIBUS REJECTION MOTION**
Page 8