

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 26, 2023
_____

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email:  baxelrod@foxrothschild.com
           jmcpherson@foxrothschild.com
           nkoffroth@foxrothschild.com
           zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                   Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br><br>**ORDER GRANTING SEVENTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE**<br><br>Hearing Date:    July 20, 2023<br>Hearing Time:   10:30 a.m. |

1

147688643.1 [SEVENTEENTH MOTION]

The Court having reviewed and considered Debtor's motion [ECF 700] (the "Motion")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a); and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** with respect to the Contracts and/or Leases as set forth in **Exhibit 1**;[2] and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that all persons and entities listed on **Exhibit 1** that assert any claims against Debtor for damages arising from the rejection of their leases listed on **Exhibit 1** (a "Rejection Damages Claim") must file a Proof of Claim with the Clerk of the Bankruptcy Court for such Rejection Damages Claim **no later than thirty (30) days after entry of this Order** or shall be forever barred from asserting such Rejection Damages Claim; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

[2] With respect to Brookfield Landlords only, the hearing on the Motion has been continued to July 27, 2023 at 1:30 p.m. pursuant to the *Order Granting Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF 851] entered by the Court on July 17, 2023.

147688643.1 [SEVENTEENTH MOTION]

from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ.
BRETT A. AXELROD, ESQ.
NICHOLAS A. KOFFROTH, ESQ.
ZACHARY T. WILLIAMS, ESQ.
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

**APPROVED**/DISAPPROVED

**MCDONALD CARANO LLP**

By: /s/ Catherine V. Lotempio
RYAN J. WORKS, ESQ. (NSBN 9224)
AMANDA M. PERACH, ESQ. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
and
**SEWARD & KISSEL LLP**
JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
CATHERINE V. LOTEMPIO, ESQ. (Admitted *Pro Hac Vice*)
ANDREW J. MATOTT, ESQ.
One Battery Park Plaza
New York, New York 10004
*Counsel for Official Committee of Unsecured Creditors*

147688643.1 [SEVENTEENTH MOTION]

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

- ☐ The Court has waived the requirement of approval in LR 9021(b)(1).

- ☐ No party appeared at the hearing or filed an objection to the motion.

- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

- ☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4

147688643.1 [SEVENTEENTH MOTION]

# EXHIBIT 1

## CONTRACTS AND/OR LEASES TO BE REJECTED

147688643.1 [SEVENTEENTH MOTION]

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Umstott Inc | Attn: Todd Umstott; Robert MacNeill; Denise Rogan<br>1001 Western Ave<br>Pittsburgh, PA 15233 | 1001 Western Ave<br>Pittsburgh, PA 15233 | 119492 |
| Umstott Inc | Attn: Todd Umstott and Kathy Werner<br>125 E Main St<br>Frostburg, MD 21532 | 125 E Main St<br>Frostburg, MD 21532 | 119493 |
| Umstott Inc | Attn: Todd Umstott and Crystal Eakle<br>435 N. Third Street<br>Oakland, MD 21550 | 435 N. Third Street<br>Oakland, MD 21550 | 119494 |
| Umstott Inc | Attn: Todd Umstott; Kathy Werner; Allison Deberry<br>4151 National Pike<br>Grantsville, MD 21356 | 4151 National Pike<br>Grantsville, MD 21536 | 119495 |
| Umstott Inc | Attn: Todd Umstott and Madie McGraw<br>400 Maryland Ave<br>Cumberland, MD 21502 | 400 Maryland Ave<br>Cumberland, MD 21502 | 119496 |
| Umstott Inc | Attn: Todd Umstott and Ladonna Runion<br>209 Main St<br>Romney, WV 26757 | 209 W Main St<br>Romney, WV 26757 | 119497 |
| Umstott Inc | Attn: Todd Umstott and Phyliss Gentry<br>100 Baker St<br>Keyser, WV 26726 | 100 Baker St<br>Keyser, WV 26726 | 119498 |
| Umstott Inc | Attn: Todd Umstott and Yvette Branson<br>PO Box 143<br>15 W Main St<br>Wardensville, WV 26851 | 15 W Main St<br>Wardensville, WV 26851 | 119499 |
| Umstott Inc | Attn: Todd Umstott and Melody O'Neil<br>PO Box 526<br>1 Washington St<br>Fort Ashby, WV 26719 | 1 W Washington St<br>Fort Ashby, WV 26719 | 119500 |
| Umstott Inc | Attn: Todd Umstott<br>419 Virginia Ave<br>Petersburg, WV 26847 | 419 Virginia Ave<br>Petersburg, WV 26847 | 119503 |
| Umstott Inc | Attn: Todd Umstott and Pam Peters<br>6205 Mason Dixon Hwy<br>Blacksville, WV 26521 | 6205 Mason-Dixon Hwy<br>Blacksville, WV 26521 | 119504 |
| Umstott Inc | Attn: Todd Umstott and Joyce Sprouse<br>164 Main St<br>Rivesville, WV 26588 | 164 Main St<br>Rivesville, WV 26588 | 119505 |

**EXHIBIT 1 TO ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION** Page 1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Umstott Inc | Attn: Todd Umstott and Stephanie Merrill<br>300 E Main St<br>Mannington, WV 26582 | 300 E Main St<br>Mannington, WV 26582 | 119507 |
| Umstott Inc | Attn: Todd Umstott and Naomi Baker<br>385 3rd St<br>New Martinsville, WV 26155 | 385 3rd St<br>New Martinsville, WV 26155 | 119508 |
| Umstott Inc | Attn: Todd Umstott and Jennifer Wells<br>3009 Pennsylvania Ave<br>Weirton, WV 26062 | 3009 Pennsylvania Ave<br>Weirton, WV 26062 | 119510 |
| Umstott Inc | Attn: Todd Umstott and Michael Wells<br>1410 Market St<br>Wheeling, WV 26003 | 1410 Market St<br>Wheeling, WV 26003 | 119511 |
| Umstott Inc | Attn: Todd Umstott; Brandye Peters; Dean Warman<br>525 Carolina Ave<br>Chester, WV 26034 | 525 Carolina Ave<br>Chester, WV 26034 | 119512 |
| Umstott Inc | Attn: Todd Umstott & Stephanie Jackson<br>600 Washington St<br>Newell, WV 26050 | 600 Washington St<br>Newell, WV 26050 | 119513 |
| Umstott Inc | Attn: Todd Umstott and Kathy Werner<br>2 Mineral St<br>Keyser, WV 26726 | 2 S Mineral St<br>Keyser, WV 26726 | 119514 |
| Umstott Inc | 493 Pine Ridge Rd<br>Bedford, PA 15522-5205 | 4399 Buckhannon Pike<br>Mt Clare, WV 26408 | 146737 |
| | | 1514 S Pike St<br>Shinnston, WV 26431 | 146738 |
| | | 604 Wilsonburg Rd<br>Clarksburg, WV 26301 | 146739 |
| | | 214 W Main St<br>Salem, WV 26426 | 146740 |
| | | 94 Hackers Creek Rd<br>Jane Lew, WV 26378 | 146741 |
| | | 513 WV-18 N<br>West Union, WV 26456 | 146743 |
| Umstott Inc | Attn: Todd Ulmstott; Sue Umstott<br>493 Pine Ridge Rd<br>Bedford, PA 15522-5205 | N/A – Global Agreement | N/A |
| United Drive In LLC #7 | Attn: Juan Flores<br>c/o United Drive In<br>2620 S 23rd St<br>McAllen, TX 78503 | 2620 S 23rd St<br>McAllen, TX 78503 | 104415 |

**EXHIBIT 1 TO ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION** Page 2

147688654.2

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| University Market Inc. | Attn: Saleh Aljaad<br>1715 E Johnson Ave<br>Jonesboro, AR 72401 | 1715 E Johnson Ave<br>Jonesboro, AR 72401 | 104268 |
| Upper Marlboro Xtra Fuel | Attn: Ashish Thako<br>12602 Shoal Creek Terrace<br>Beltsville, MD 20705 | 15009 Marlboro Pike<br>Upper Marlboro, MD 20772 | 103423 |
| Uptown Market Inc. | Attn: Shabana Musawar<br>3200 Market St<br>Youngstown, OH 44507 | 3200 Market St<br>Youngstown, OH 44507 | 103874 |
| USA Truck Center LLC DBA USA Travel Center | Attn: Bhavin Patel<br>953 W Beale St<br>Kingman, AZ 86401 | 953 W Beale St<br>Kingman, AZ 86401 | 108059 |
| VA Foodmart Inc. | Attn: Keyur Patel<br>3416 Jefferson Davis Hwy<br>Richmond, VA 23234 | 3416 Jefferson Davis Hwy<br>Richmond, VA 23234 | 103413 |
| Valero | Attn: Kouser Hossain<br>1513 Main St<br>Southaven, MS 38671 | 1513 Main St<br>Southaven, MS 38671 | 108429 |
| Valley Ridge Beverage | Attn: Pankaj Aryal<br>1191 Valley Ridge Blvd<br>Lewisville, TX 75077 | 1191 Valley Ridge Blvd<br>Lewisville, TX 75077 | 104325 |
| Valor Vapor Prescott | Attn: Michael Anthony Brown<br>15775 North Lucy Ln<br>Prescott, AZ 86305 | Attn: Michael Anthony Brown<br>843 Miller Valley Rd<br>#104<br>Prescott, AZ 86301 | 108733 |
| Vape Stop | Attn: Sunny Isani<br>6399 Jimmy Carter Blvd<br>Norcross, GA 30071 | 6399 Jimmy Carter Blvd<br>Norcross, GA 30071 | 144093 |
| Velasquez Group L.P. | Attn: Tom Velasquez<br>PO Box 767<br>Wheeler, TX 79096 | c/o Top Value<br>Attn: Tom Velasquez<br>402 South Main St<br>Eufaula, OK 74432 | 141097 |
| Veterans Convenience Store / Maruti LLC | Attn: Nandhip Kumar<br>145 N Spruce St<br>Colorado Springs, CO 80905 | 145 N Spruce St<br>Colorado Springs, CO 80905 | 108456 |
| Veterans Convenience Store / Shanta LLC | Attn: Nandhip Kumar<br>1910 E Fountain Blvd<br>Colorado Springs, CO 80910 | 1910 E Fountain Blvd<br>Colorado Springs, CO 80910 | 108455 |
| Vickers Liquor / 2M Inc. | Attn: Manisha Aryal<br>5690 N Union Blvd<br>Colorado Springs, CO 80918 | 5690 N Union Blvd<br>Colorado Springs, CO 80918 | 108441 |

**EXHIBIT 1 TO ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION** Page 3

147688654.2

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Victorian Mart | Attn: Fred Nejabat<br>1675 Victorian Ave<br>Sparks, NV 89431 | 1675 Victorian Ave.<br>Sparks, NV 89431 | 103237 |
| Vista Beverage House | Attn: Richard L. Feder<br>999 E Fry Blvd Ste 101<br>Sierra Vista, AZ 85635 | 999 E Fry Blvd<br>Sierra Vista, AZ 85635 | 115319 |
| VN Food Mart | Attn: Samir Essa Rahman<br>3701 S Shields Blvd<br>Oklahoma City, OK 73129 | 3701 S Shields Blvd<br>Oklahoma City, OK 73129 | 108606 |
| VP 9 Inc. | Attn: Harold Caldwell<br>4023 E 10th St<br>Indianapolis, IN 46201 | 4023 E 10th St<br>Indianapolis, IN 46201 | 104009 |
| VR Productions LLC / VR Arcade USA | Attn: John Iverson<br>5328 Fossil Ridge Dr<br>Ft Collins, CO 80525 | Attn: John Iverson<br>1624 Market St #110<br>Denver, CO 80202 | 134595 |
| Vraj Krupa Inc dba Tobacco House | Attn: Kamlesh Patel<br>116 W 1st St<br>Lowell, NC 28098 | 116 W 1st St.<br>Lowell, NC 28098 | 103191 |
| VVM Food Mart LLC | Attn: Raj N Vangaveti<br>311 W Main St<br>St Paris, OH 43072 | 311 W Main St<br>St Paris, OH 43072 | 119936 |
| Wahab Enterprises Inc. | Attn: Zia Wahad<br>c/o Roy Orr Food Mart<br>2970 Roy Orr Blvd<br>Grand Prairie, TX 75050 | 2970 Roy Orr Blvd<br>Grand Prairie, TX 75050 | 108040 |
| Waikele Premium Outlets | 94-790 Lumiaina St<br>Ste 100<br>Waipahu, HI 96797 | 94-790 Lumiaina St<br>Waipahu, HI 96797 | 122704 |
| Walker Liquor | Attn: Saurabh Desai<br>12255 Walker Rd Ste A<br>Lemont, IL 60439 | 12255 Walker Rd #ste # a<br>Lemont, IL 60439 | 108462 |
| Warehouse Liquor Mart | Attn: Tom Hoffman<br>829 E Main St<br>Carbondale, IL 62901 | 829 E Main St<br>Carbondale, IL 62901 | 108313 |
| Warehouse Liquor Mart | Attn: Tom Hoffman<br>829 E Main St<br>Carbondale, IL 62901 | Attn: Tom Hoffman<br>650 S 10th St<br>Mt Vernon, IL 62864 | 113831 |
| Wash Em Up 1 | Attn: Sean Corbin<br>2101 Midland Dr<br>Midland, TX 79701 | 2101 Midland Dr<br>Midland, TX 79701 | 104377 |

**EXHIBIT 1 TO ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION** Page 4

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Wash Em Up 4 | Attn: C Snodgrass<br>2101 North Midland Drive Suite 1<br>Midland, TX 79707 | 2100 S Belmont St #B<br>Midland, TX 79701 | 103285 |
| Waterloo Liquors | Attn: Fong Chea<br>2512 Waterloo Rd<br>Stockton, CA 95205 | 2512 Waterloo Rd<br>Stockton, CA 95205 | 103313 |
| Welch Cleaners | Attn: Jeffrey Welch<br>5607 Dollar Way Road<br>Pine Bluff, AR 71602 | 5607 Dollar Way Road<br>Pine Bluff, AR 71602 | 122644 |
| Welch Laundry & Cleaners | Attn: Jeffrey Welch<br>3800 S Camden Rd<br>Pine Bluff, AR 71603 | 3800 S Camden Rd<br>Pine Bluff, AR 71603 | 122645 |
| Western Steer of Elkins WV Inc DBA Gandy Dancer Theatre And Conference Center | Attn: Ralph Lafelatte Bennett<br>359 Beverly Pike<br>Elkins, WV 26241 | 359 Beverly Pike<br>Elkins, WV 26241 | 108911 |
| Westland Mall Realty LLC, Westland CH LLC, Westland Nassim LLC | 50 Great Neck Road Suite 304<br>Great Neck, NY 11021 | 35000 Warren Rd<br>Westland, MI 48185 | 103965 |
| Westwood Jackson Mall Realty Holding, LLC | 1010 Northern Bouleard, Suite 212<br>Great Neck, NY 11021 | 1850 W Michigan Ave<br>Jackson, MI 49202 | 103827 |
| Williams Foods #4 - #4434 | Attn: Jeffrey Williams & Terry<br>200 East Hwy 33<br>Perkins, OK 74059 | 200 E Hwy 33<br>Perkins, OK 74059 | 142008 |
| Williams Foods #5 - #4431 | Attn: Jeffrey Williams and Derris<br>602 W Central<br>Anadarko, OK 73005 | 602 W Central Blvd<br>Anadarko, OK 73005 | 142009 |
| Wood Stop LLC DBA Kool Corner | Attn: Mubashir Anwer<br>401 N Mesquite Ave<br>Luling, TX 78648 | 401 N Mesquite Ave<br>Luling, TX 78648 | 108094 |
| Woodlake Liquor | Attn: Pargat Singh Grewal<br>2508 Ellington Ct<br>Simi Valley, CA 93063-5322 | Attn: Satpal Singh<br>23217 Saticoy St<br>Canoga Park, CA 91304 | 116449 |
| Woodland Hills Mall, LLC | Attn: Tricia Sanders<br>7021 S Memorial Dr Ste 225B<br>Tulsa, OK 74133 | 7021 S Memorial Dr<br>Tulsa, OK 74133 | 104181 |
| Wright Weir LLC | Attn: Tammy Wright<br>5059 S 108th St<br>Omaha, NE 68137 | 5059 S 108th St<br>Omaha, NE 68137 | 108627 |
| XO Liquor | Attn: Sam King<br>4915 Pearlite Ave<br>Las Vegas, NV 89121 | 4915 Pearlite Ave #115<br>Las Vegas, NV 89120 | 101400 |

**EXHIBIT 1 TO ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION** Page 5

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| XO Liquor | Attn: Sam King<br>2625 E Tropicana Ave.<br>Las Vegas, NV 89121 | 2625 E Tropicana Ave<br>Las Vegas, NV 89121 | 101515 |
| Xpress Food Mart | Attn: Hardeep "Gary" Singh<br>5790 N Fresno St<br>Fresno, CA 93710 | 5790 N Fresno St<br>Fresno, CA 93710 | 108146 |
| XWA International Airport | Attn: Hurcules Cummings<br>14127 Jensen Ln<br>Williston, ND 58801 | 14127 Jensen Ln<br>Williston, ND 58801 | 136616 |
| Y & L Oil LLC | Attn: Hassan Bydoun<br>15444 W Seven Mile Rd<br>Detroit, MI 48235 | 15444 W Seven Mile Rd<br>Detroit, MI 48235 | 104093 |
| Yaya Food Mart | Attn: Fuad Alsaidi<br>3122 Murchison Rd<br>Fayetteville, NC 28301 | 3122 Murchison Rd<br>Fayetteville, NC 28301 | 103047 |
| Yo's Wishy Washy | Attn: Young Kim<br>1411 Williams Blvd<br>Richland, WA 99354 | 1411 Williams Blvd<br>Richland, WA 99354 | 145103 |
| Your Stop | Attn: Binita Kc<br>2433 Parkcrest Dr<br>Garland, TX 75041 | 2433 Parkcrest Dr<br>Garland, TX 75041 | 108128 |
| YTM Inc DBA Grab N Go | Attn: Heena Shah<br>6302 Red Maple Dr<br>Charlotte, NC 28278 | 13920 S Tryon St<br>Charlotte, NC 28278 | 108299 |
| Z Market | Attn: Abdel Gharaibeh<br>1401 Park Ave<br>Lynchburg, VA 24501 | 1401 Park Ave<br>Lynchburg, VA 24501 | 108661 |
| Zaki Mart | Attn: Joesph Zaki<br>c/o Rivera Mart<br>901 Rivera Dr<br>Sacramento, CA 95838 | 901 Rivera Dr.<br>Sacramento, CA 95838 | 103691 |
| Zellar's Bottle Shop | Attn: Dean Juth<br>168 Louis Campau Promenade NW<br>Basement Level<br>Grand Rapids, MI 49503 | 168 Louis Campau Promenade NW<br>Basement Level<br>Grand Rapids, MI 49503 | 116648 |
| Zoha Retail Investment | Attn: Sohail Zoha<br>223 S Utica Ave<br>Tulsa, OK 74104 | 1550 S Sheridan Rd<br>Tulsa, OK 74112 | 108861 |

**EXHIBIT 1 TO ORDER – SEVENTEENTH OMNIBUS REJECTION MOTION** Page 6

147688654.2