**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 11 |
| CASH CLOUD, INC.[1] | Case No. 23-10423 (MKN) |
| Debtor. | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On July 12, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on Yolenis Providence, Attn: Alexander Meletios at 7 Maidford River Rd, Port Wentworth, GA 31407-3021

- **Notice of Filing Emergency Motion for Order Authorizing Debtor's Entry Into Interim Management Services Agreement Pending Approval Of Sale of Debtor's Assets [ECF No.710] and Related Pleadings** (attached as **Exhibit A**)

- **Notice of Filing Amended Motion For Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain Of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free And Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption And Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief [ECF No.730];and Related Pleadings** (attached as **Exhibit B**)

Furthermore, on July 13, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of Hearing on Eighteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)** (Docket No. 761)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

Furthermore, on July 14, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on Gregory M. Parker Inc., Attn: Keith Saltzman, Blake Greco at 171 Crossroads Pkwy, Leander, TX 78641-1550:

- **Notice of Entry of Order Shortening Time and Notice of Hearing on Debtor's Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief** (Docket No. 725)

- **Notice of Filing *Amended* Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief** (Docket No. 731)

Furthermore, on July 17, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**, pursuant to USPS forwarding instructions:

- **[Customized] Notice of Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With a Sale of Debtor's Assets** (Docket No. 658, Pages 1-3)

Furthermore, on or before July 18, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto **Exhibit E**:

- **Notice of Entry of Administrative Claim Bar Date Order Establishing a Deadline to File Administrative Expense Claims Against the Debtor** (Docket No. 824, pages 1-4)

- **Administrative Claim Form** (attached hereto as **Exhibit F**)

Dated: July 25, 2023

        */s/ Monica Arellano*
        Monica Arellano
        STRETTO
        410 Exchange, Suite 100
        Irvine, CA 92602
        Telephone: 800.634.7734
        Email: TeamCoinCloud@stretto.com

# **Exhibit A**

BRETT A. AXELROD, NVB 5859
NICHOLAS A. KOFFROTH, NVB 16264
ZACHARY T. WILLIAMS, NVB 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF FILING EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR'S ENTRY INTO INTERIM MANAGEMENT SERVICES AGREEMENT PENDING APPROVAL OF SALE OF DEBTOR'S ASSETS [ECF NO. 710] AND RELATED PLEADINGS**<br><br>Hearing Date:  June 28, 2023<br>Hearing Time:  10:30 a.m. |

**PLEASE TAKE NOTICE** that the Debtor has filed the following documents:

1. *Emergency Motion For Order Authorizing Debtor's Entry Into Interim Management Services Agreement Pending Approval Of Sale Of Debtor's Assets* [ECF No. 710] (the IMSA Motion");

2. *Declaration of Daniel Ayala* [ECF No. 711] in support of the IMSA Motion*;*

3. *Notice of Entry of Order Shortening Time and Notice of Hearing* on the ISMA Motion [ECF No. 726];

4. Errata to the ISMA Motion and Declaration of Daniel Ayala [ECF No. 729]; and

5. *Notice of Filing of: (1) Revised Exhibit 1 to the Declaration of Daniel Ayala filed in Support of Debtor's Emergency Motion For Order Authorizing Debtor's Entry Into Interim Management Services Agreement Pending Approval Of Sale Of Debtor's Assets [ECF 711]; and (2) Revised Exhibit A to Debtor's Emergency Motion For Order Authorizing Debtor's Entry Into Interim Management Services Agreement Pending Approval Of Sale Of Debtor's Assets [ECF 710]* [ECF No. 750].

A copy of the foregoing documents is available at the website for the Debtor's claims agent, Stretto, Inc., at https://cases.stretto.com/CashCloud. Additionally, copies are available from Fox Rothschild LLP (at the address above) upon request.

1

146917420.1

# **Exhibit B**

| | |
|---|---|
| 1 | BRETT A. AXELROD, NVB 5859 |
| 2 | NICHOLAS A. KOFFROTH, NVB 16264<br>ZACHARY T. WILLIAMS, NVB 16023 |
| 3 | **FOX ROTHSCHILD LLP**<br>1980 Festival Plaza Drive, Suite 700 |
| 4 | Las Vegas, Nevada 89135<br>Tele: (702) 262-6899/Fax: (702) 597-5503 |
| 5 | Email: baxelrod@foxrothschild.com<br>       nkoffroth@foxrothschild.com |
| 6 |        zwilliams@foxrothschild.com<br>*Counsel for Debtor* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF FILING *AMENDED* MOTION FOR ORDER: (A) CONFIRMING AUCTION RESULTS; (B) APPROVING THE SALE OF CERTAIN OF DEBTOR'S ASSETS TO HELLER CAPITAL GROUP, LLC, AND GENESIS COIN, INC., FREE AND CLEAR OF LIENS CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (C) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTOR'S EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (D) GRANTING RELATED RELIEF [ECF NO. 730];AND RELATED PLEADINGS**<br><br>Hearing Date:    June 28, 2023<br>Hearing Time:   10:30 a.m. |

**PLEASE TAKE NOTICE** that the Debtor has filed the following documents:

1. *Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* [ECF No. 714], as amended [ECF No. 730] (the Sale Motion");
2. *Declaration of Daniel Ayala* [ECF No. 15], *Declaration of Daniel Moses* [ECF No. 16], *Declaration of Daryl Heller* [ECF No. 17], and *Declaration of Jorge Fernandez* [ECF No. 718] filed in support of the Sale Motion*;*
3. *Notice of Entry of Order Shortening Time and Notice of Hearing* on the Sale Motion [ECF No. 725];
4. *Notice of Filing Amended Sale Motion* [ECF No. 731]; and
5. *Notice of Filing of: (1) Revised* **Exhibit A** *Heller Asset Purchase Agreement and revised* **Exhibit B** *Genesis Coin Asset Purchase Agreement to Debtor's Sale Motion* [ECF No. 749].

A copy of the foregoing documents is available at the website for the Debtor's claims agent, Stretto, Inc., at https://cases.stretto.com/CashCloud. Additionally, copies are available from Fox Rothschild LLP (at the address above) upon request.

1

146918915.1

# **Exhibit C**



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bancsource | Attn: Donna Williams | 1341 W Battlefield St | Ste 215 | Port Wentworth | GA | 31407-3021 |
| Tecniflex, LLC. DBA Bancsource | | 1341 W Battlefield St | Ste 215 | Springfield | MO | 65807-4100 |

# **<u>Exhibit D</u>**



**Exhibit D**
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| FT Investment Properties LLC | Attn: Babir Sultan | 6501 Main St | Grandview | MO | 64030-5401 |
| Kinsam LLC | Attn: Sheliza Kamran | 407 Horse Shoe Dr | Euless | TX | 76039-3955 |
| Vapor USA Memorial | Attn: Fady Srour | 6529 E 51st St | Tulsa | OK | 74145-7604 |
| Vapor USA Yale | Attn: Fady Srour | 6529 E 51st St | Tulsa | OK | 74145-7604 |

# **Exhibit E**



**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Leonard A Basili | | 328 Monarch Ln | | Arcadia | FL | 34266-8529 |
| Metro Food and Beverage | Attn: Salah Jaffal | 6476 Surrey Dr | | Boca Raton | FL | 33432-5763 |
| Monica Cerrato | | 431 W Camino Real | Apt 21 | Pensacola | FL | 32503-7552 |
| Rosa Estela | | 7740 183A Toll Rd | Apt 527 | North Olmsted | OH | 44070-4862 |
| Ryan White | | 2692 NE Highway 70 | Lot 607 | San Francisco | CA | 94108-4528 |
| SafeGraph, Inc. | | 1580 N Logan St | Ste 660 | Springfield | MO | 65807-4100 |
| Unit21 Inc. | | 222 Kearny St | Ste 304 | Kent | WA | 98031-1542 |
| Wizards Keep Games | Attn: Jason Bessonette | 20514 108th Ave SE | | Denver | CO | 80203-1994 |

# **Exhibit F**

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|
| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** *This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.* |
| **Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | **THIS SPACE IS FOR COURT USE ONLY** |
| Creditor Telephone Number (    ) | | |
| Name and address where notices should be sent (if different from above): | | |
| Creditor Telephone Number (    ) | | |
| Account or other number by which creditor identifies debtor: | Check here if this claim: ☐ replaces<br>                              ☐ amends a previously filed claim, dated: | |

**1. Basis for Claim:**

**2. Date debt was incurred:** _____

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

**4. Total Amount of Administrative Claim: $** _____
  ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS**: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| **The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below so that it is received by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.**<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| **DATE** | **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

**INSTRUCTIONS FOR FILING PROOF OF ADMINISTRATIVE CLAIM**

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

***This form should only be used to assert administrative claims arising or accruing after February 6, 2023, but prior to July 21, 2023.***

1. Please read this Administrative Claim form carefully and fill it in completely and accurately.

2. Print legibly. Your claim may be disallowed if it cannot be read and understood.

3. This Administrative Claim must be completed in English. The amount of any Administrative Claim must be denominated in United States currency.

4. Attach additional pages on 8-1/2 x 11" paper if more space is required to complete this Administrative Claim form.

5. **THIS FORM SHOULD ONLY BE USED BY A CLAIMANT ASSERTING AN ADMINISTRATIVE EXPENSE THAT AROSE OR ACCRUED AFTER FEBRUARY 6, 2023, BUT PRIOR TO JULY 21, 2023. THIS FORM IS NOT FOR FILING CLAIMS ARISING OR ACCRUING AFTER JULY 20, 2023.**

6. This Administrative Claim form should be filed electronically on or before 5:00 Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System, or mailed to the following address so that it is **received** by the Clerk of the United States Bankruptcy Court at the address below on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023.

    Clerk of the United States Bankruptcy Court, District of Nevada
    300 Las Vegas Blvd. South, Las Vegas, NV 89101

7. **THE CLAIMANT MUST ATTACH COPIES OF ANY AND ALL SUPPORTING DOCUMENTATION THAT PROVIDES EVIDENCE THAT THIS CLAIM IS FOR AN OBLIGATION THAT AROSE OR ACCRUED AFTER FEBRUARY 6, 2023, BUT PRIOR TO JULY 21, 2023, SUCH AS PROMISSORY NOTES, PURCHASE ORDERS, INVOICES, ITEMIZED STATEMENTS OF ACCOUNTS, CONTRACTS, COURT JUDGMENTS, OR EVIDENCE OF A SECURITY INTEREST. IF THE DOCUMENTATION IS NOT ATTACHED, THE DEBTOR MAY SEEK DISALLOWANCE OF YOUR CLAIM.**

8. **To be considered timely filed, this Administrative Claim form must be filed with the Bankruptcy Court (either through the Court's CM/ECF System or by mailing it to the Clerk of the United States Bankruptcy Court as set forth above) by 5:00 p.m. (Prevailing Pacific Time) on July 20, 2023, and should include appropriate documentation/materials establishing the claimant's entitlement to an allowed Administrative Claim and the amount of the asserted claim.**

146882928.1