FOX, SWIBEL, LEVIN & CARROLL, LLP
RYAN T. SCHULTZ, ESQ.
200 W. Madison, Suite 300
Chicago, Illinois 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
Email: rschultz@foxswibel.com

GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
Email: shara@ghandilaw.com
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Telephone: (702) 878-1115
*Attorneys for RockItCoin, LLC*

*Electronically Filed July 27th, 2023*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>d/b/a COIN CLOUD,<br><br>　　　　　　Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF ADMINISTRATIVE PROOF OF CLAIM NO. 141 OF ROCKITCOIN, LLC** |

ROCKITCOIN, LLC, by and through its counsel, FOX, SWIBEL, LEVIN & CARROLL, LLP, hereby withdraws its Proof of Claim No. 141-1 in the amount of $336,060.00

…

…

…

filed in this bankruptcy case on July 13th, 2023.

DATED this 27th day of July, 2023.

FOX, SWIBEL, LEVIN & CARROLL, LLP

By: /s/ Ryan T. Schultz
Ryan T. Schultz, Esq.
200 W. Madison, Suite 300
Chicago, Illinois 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
Email: rschultz@foxswibel.com

GHANDI DEETER BLACKHAM

By: /s/ Shara L. Larson
Shara L. Larson, Esq.
Nevada Bar No. 7786
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101

**CERTIFICATE OF SERVICE**

On the 27th day of July 2023, I served the following document(s):

**NOTICE OF WITHDRAWAL OF ADMINISTRATIVE PROOF OF CLAIM NO. 141 filed by ROCKITCOIN, LLC**

I served the above-named document(s) by the following means to the persons listed below *(check all that apply)*:

  X       a.     **ECF System** *(You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary.)*

- **RYAN A. ANDERSEN**    ryan@aandblaw.com, tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com;andersen.ryana.b117998@notify.bestcase.com
- **BRETT A. AXELROD**    baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com
- **KURT R. BONDS**    efile@alversontaylor.com, kbonds@alversontaylor.com;adidio@alversontaylor.com
- **LEW BRANDON**    l.brandon@bsnv.law
- **OGONNA M. BROWN**    obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com
- **LOUIS M BUBALA**    lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;sstice@kcnvlaw.com
- **CHAPTER 11 - LV**    USTPRegion17.lv.ecf@usdoj.gov
- **SHAWN CHRISTIANSON**    schristianson@buchalter.com, cmcintire@buchalter.com
- **DAWN M. CICA**    dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com
- **CRAIG P. DRUEHL**    craig.druehl@dechert.com
- **ANNE FREELAND**    atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

- **RONALD E. GOLD** rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com
- **MARJORIE A. GUYMON** bankruptcy@goldguylaw.com, mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com;kathrinev@goldguylaw.com
- **BRIGID M. HIGGINS** bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law
- **JAMES M JIMMERSON** jmj@jimmersonlawfirm.com
- **ROBERT R. KINAS** rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com
- **BART K. LARSEN** BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- **TIMOTHY A LUKAS** ecflukast@hollandhart.com
- **JEANETTE E. MCPHERSON** JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com
- **STACY H RUBIN** srubin@nevadafirm.com, oswibies@nevadafirm.com;mholley@nevadafirm.com
- **ADAM P. SCHWARTZ** aschwartz@carltonfields.com, amaranto@carltonfields.com
- **BRIAN D. SHAPIRO** brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;6855036420@filings.docketbird.com
- **JAMES PATRICK SHEA** jshea@shea.law, blarsen@shea.law;support@shea.law
- **STRETTO** ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com
- **Jeffrey R. Sylvester** jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com
- **RONALD M TUCKER** rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com
- **U.S. TRUSTEE - LV - 11** USTPRegion17.lv.ecf@usdoj.gov
- **MAURICE VERSTANDIG** mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com
- **MICHAEL L WACHTELL** mwachtell@buchalter.com
- **JOHN T. WENDLAND** jwendland@wdlaw.com, NVeFile@weildrage.com

- **ZACHARY WILLIAMS**   zwilliams@foxrothschild.com, ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com

- **STUART FREEMAN WILSON-PATTON**   stuart.wilson-patton@ag.tn.gov

- **RYAN J. WORKS**   rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

__X__         b.      **United States mail, postage fully prepaid** *(List all persons and addresses. Attach additional paper if necessary.)*

| | |
|---|---|
| Fox Rothschild LLP<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>Attn: Brett Axelrod | Shea Larsen<br>1731 Village Center Circle, Suite 150<br>Las Vegas, NV 89134<br>Attn: James Patrick Shea |
| Berger Singerman LLP<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Attn: Jordi Guso | Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>Attn: John R. Ashmead & Robert J. Gayda |
| Sylvester & Polednak Ltd.<br>1731 Village Center Circle<br>Las Vegas, NV 89134<br>Attn: Jeffrey R. Sylvester | McDonald Carano Wilson LLP<br>2300 W. Sahara Ave., Suite 1200<br>Las Vegas, NV 89102<br>Attn: Ryan J. Works |
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Attn: Sean A. O'Neal & Jane VanLare | Office of the United States Trustee<br>300 Las Vegas Boulevard S., Suite 4300<br>Las Vegas, NV 89101<br>Attn: Jared A. Day |
| Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019<br>Attn: Gary S. Lee & Andrew Kissner | Jared A. Day<br>Office of the US Trustee<br>300 Booth Street #3009<br>Reno, NV 89509 |

_____         c.      **Personal Service** *(List persons and addresses. Attach additional paper if necessary.)*

I personally delivered the document(s) to the persons at these addresses:

_____           For a party represented by an attorney, delivery was made by handing the

document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

_____    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

_____    **d.    By direct email (as opposed to through the ECF System)** *(List persons and email addresses.  Attach additional paper if necessary.)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

_____    **e.    By fax transmission** *(List persons and fax numbers.  Attach additional paper if necessary.)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

_____    **f.    By messenger** *(List persons and addresses.  Attach additional paper if necessary.)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service.)

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 27th day of July 2023.

                                                                    GHANDI DEETER BLACKHAM

 Laura Schnetzer                                    /s/ Laura Schnetzer
                                                                    Employee of Ghandi Deeter Blackham