BRETT A. AXELROD, ESQ. (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                                Debtor. | Case No. BK-23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING EIGHTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE** |

**PLEASE TAKE NOTICE** that on the 26th day of July, 2023, the Court entered an *Order Granting Eighth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Setting Rejection Damages Claim Deadline* [ECF 938], a copy of which is attached here.

Dated this 27th day of July, 2023.    **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
    JEANETTE E. MCPHERSON, ESQ. (5423)
    BRETT A. AXELROD, ESQ. (5859)
    NICHOLAS A. KOFFROTH, ESQ. (16264)
    ZACHARY T. WILLIAMS, ESQ. (16023)
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
*Counsel for Debtor*

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
July 26, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**ORDER GRANTING EIGHTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE**<br><br>Hearing Date:   July 20, 2023<br>Hearing Time:   10:30 a.m. |

1

147688653.1 [EIGHTH]

1   The Court having reviewed and considered Debtor's motion [ECF 672] (the "Motion")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a); and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** with respect to the Contracts and/or Leases as set forth in **Exhibit 1**; and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that all persons and entities listed on **Exhibit 1** that assert any claims against Debtor for damages arising from the rejection of their leases listed on **Exhibit 1** (a "Rejection Damages Claim") must file a Proof of Claim with the Clerk of the Bankruptcy Court for such Rejection Damages Claim **no later than thirty (30) days after entry of this Order** or shall be forever barred from asserting such Rejection Damages Claim; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

/ / /

/ / /

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

2

147688653.1 [EIGHTH]

1     **ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient

2 notice of the Motion.

3 Prepared And Respectfully Submitted By:

4 **FOX ROTHSCHILD LLP**

5

6 By: /s/ Jeanette E. McPherson
      JEANETTE E. MCPHERSON, ESQ.
7       BRETT A. AXELROD, ESQ.
      NICHOLAS A. KOFFROTH, ESQ.
8       ZACHARY T. WILLIAMS, ESQ.
      1980 Festival Plaza Drive, Suite 700
9       Las Vegas, Nevada 89135
*Counsel for Debtor*

10

11 **APPROVED**/DISAPPROVED

12 **MCDONALD CARANO LLP**

13

14 By: /s/ Catherine V. Lotempio
      RYAN J. WORKS, ESQ. (NSBN 9224)
15       AMANDA M. PERACH, ESQ. (NSBN 12399)
      2300 West Sahara Avenue, Suite 1200
16       Las Vegas, Nevada 89102

17       and
      **SEWARD & KISSEL LLP**
18       JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
      ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
19       CATHERINE V. LOTEMPIO, ESQ. (Admitted *Pro Hac Vice*)
      ANDREW J. MATOTT, ESQ.
20       One Battery Park Plaza
      New York, New York 10004
21 *Counsel for Official Committee of Unsecured Creditors*

22

23

24

25

26

27

28

147688653.1 [EIGHTH]

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐     The Court has waived the requirement of approval in LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4

147688653.1 [EIGHTH]

# EXHIBIT 1

## CONTRACTS AND/OR LEASES TO BE REJECTED

147688653.1 [EIGHTH]

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| #1 Food 4 Mart | Attn: Deepak Amgai<br>729 185th Ave<br>Beaverton, OR 97006 | 729 SW 185th Ave<br>Beaverton, OR 97006 | 107976 |
| 10315 Silverdale Way Holdings, LLC | Kitsap Mall Shopping Center<br>10315 Silverdale Way NW<br>Silverdale, WA 98383<br><br>Kitsap Mall Shopping Center<br>PO Box 778854<br>Chicago, IL 60677-8854 | 10315 Silverdale Way Northwest<br>Silverdale, WA 98383 | 128177 |
| 13th Market Eugene | Attn: Sunny Dhalla<br>410w 13th ave<br>Eugene, OR 97401 | 410 W 13th Ave<br>Eugene, OR 97401 | 134894 |
| 151 Memorial Convenience, Inc. | Attn: Balijeet Singh<br>151 Memorial Hwy<br>Dallas Township, PA 18612 | 151 Memorial Hwy<br>Dallas, PA 18612 | 108905 |
| 29th Food Mart | Attn: Gazi Ullah<br>3620 Newcastle Rd<br>Oklahoma City, OK 73119 | 3620 Newcastle Rd<br>Oklahoma City, OK 73119 | 108582 |
| 2nd Avenue Market LLC | Attn: Gurlen Kaurr<br>1726 2nd Ave<br>Rock Island, IL 61201 | 1726 2nd Ave<br>Rock Island, IL 61201 | 119186 |
| 35th Ave Market LLC | Attn: Nivin R Shikha<br>3497 W Lincoln St<br>Phoenix, AZ 85009 | 3497 W Lincoln St<br>Phoenix, AZ 85009 | 108691 |
| 39th Mini Mart | Attn: Phurba Sherpa<br>935 SE Cesar Estrada Chavez Blvd<br>Portland, OR 97214 | 935 SE Cesar Estrada Chavez Blvd<br>Portland, OR 97214 | 107947 |
| 786 Walnut Hill Inc Dba E - Z Trip #13 | Attn: Mohammed Abid<br>9811 Walnut Hill Ln<br>Dallas, TX 75238 | 9811 Walnut Hill Ln<br>Dallas, TX 75238 | 108008 |
| 7-Eleven | Attn: Jabran Khan<br>7140 Midnight Rose Dr<br>Colorado Springs, CO 80923 | 1685 Jet Wing Dr.<br>Colorado Springs, CO 80916 | 101520 |
| 7-Eleven | Attn: Jabran Khan<br>7140 Midnight Rose Dr<br>Colorado Springs, CO 80923 | 825 North Nevada Ave.<br>Colorado Springs, CO 80903 | 101584 |
| 7-Eleven | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 13601 CF Hawn Freeway<br>Dallas, TX 75253 | 108570 |
| 7-Eleven | Attn: Omar Misleh<br>608 Highland Ave<br>New Castle, PA 16101 | 608 Highland Ave<br>New Castle, PA 16101 | 125174 |

**EXHIBIT 1 TO ORDER – EIGHTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| 7-Eleven Santa Ana | Attn: Balkar Singh<br>2217 17th St<br>Santa Ana, CA 92705 | 2217 17th St<br>Santa Ana, CA 92705 | 101544 |
| 7-Eleven, Inc | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 221 S 8th Streeet<br>Colorado Springs, CO 80905 | 108580 |
| 7-Eleven, Inc. | Attn: Jabran Khan<br>7140 Midnight Rose Dr<br>Colorado Springs, CO 80923 | 6020 Dublin<br>Colorado Springs, CO 80923 | 101585 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 2358 Royal Lane<br>Dallas, TX 75229 | 108568 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 13995 Midway Rd<br>Dallas, TX 75244 | 108569 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 440 S Buckner Blvd<br>Dallas, TX 75217 | 108571 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 5 Widefield Blvd<br>Colorado Springs, CO 80911 | 108572 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 6385 Promenade Pkwy<br>Castle Rock, CO 80108 | 108573 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 2650 N Gate Blvd<br>Colorado Springs, CO 80921 | 108575 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 11802 E Oswego St<br>Englewood, CO 80112 | 108576 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 2727 S Prairie Ave<br>Pueblo, CO 81005 | 108577 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 2825 Briargate<br>Colorado Springs, CO 80920 | 108578 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 201 W. Filmore<br>Colorado Springs, CO 80907 | 108579 |
| 7-Eleven, Inc. | Attn: Jill Cortabitarte<br>3200 Hackberry Road<br>Irving, TX 75063 | 229 Gleneagle Gate View<br>Colorado Springs, CO 80921 | 108581 |

**EXHIBIT 1 TO ORDER – EIGHTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| 7-Eleven, Inc. | 3200 Hackberry Road<br>Irving, TX 75063 | 1928 Holland Rd<br>Suffolk, VA  23434 | 136322 |
|  |  | 3445 Western Branch Blvd<br>Chesapeake, VA  23321 | 136323 |
|  |  | 6501 Iron Bridge Rd<br>Richmond, VA  23234 | 136350 |
|  |  | 25 Solomon Dr<br>Falmouth, VA  22405 | 136362 |
| 7th Heaven | Attn: Saroj Gautam<br>104 S Main St<br>Concordia, MO 64020 | 104 N Main St<br>Concordia, MO  64020 | 119553 |
| 808 Food Mart | Attn: Mehroz Khemani<br>351 FM646<br>Dickinson, TX 77539 | 351 FM646<br>League City, TX  77539 | 103935 |
| 88 Tobacco & Vape | Attn: Ghaith Mashrah<br>1600 Church St<br>Conway, SC 29526 | 1600 Church St<br>Conway, SC  29526 | 137177 |
| 89 Oriental Market | Attn: Gi Nou Lee, Jeng Leng Lee<br>1607 Bellinger Street<br>Eau Claire, WI 54703 | 1607 Bellinger St<br>Eau Claire, WI  54703 | 109033 |
| 8mile gas & food 1 inc. | Attn: Amin Sariff<br>4100 E 8 Mile Rd<br>Detroit, MI 48234 | 4100 E 8 Mile Rd<br>Detroit, MI  48234 | 104103 |
| 9033 E State Rte 350 | Attn: Saroj Gautam<br>c/o Kisu LLC<br>9033 E State Hwy<br>Raytown, MO 64133 | 9033 E State Hwy<br>Raytown, MO  64133 | 107991 |
| A & G Food Mart | Attn: Sukdab K. Das<br>901 South La Brea Ave # 5<br>Los Angeles, CA 90036 | 901 South La Brea Ave # 5<br>Los Angeles, CA  90036 | 103031 |
| A to Z Mini Mart | Attn: Kamlesh Vader<br>299 West Shady Ln<br>Enola, PA 17025 | 299 West Shady Ln.<br>Enola, PA  17025 | 103460 |
| A&A's Quick Stop Exxon<br>4307 Duncanville Road | Attn: Amir Veerjee<br>4307 Duncanville Road<br>Dallas, TX 75236 | 4307 Duncanville Rd<br>Dallas, TX  75236 | 101449 |
| A1 Market | Attn: Mohinder Kumar<br>295 Deann Dr<br>Independence, OR 97351 | 295 Deann Dr<br>Independence, OR  97351 | 139537 |
| AA Ram Inc. | Attn: Yadab Paudel<br>1012 Ridgeview St #107<br>Mesquite, TX 75149 | 1012 Ridgeview St #107<br>Mesquite, TX  75149 | 108127 |

**EXHIBIT 1 TO ORDER  – EIGHTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| AAA Pawn Shop | Attn: Jeremy Karr<br>132 W Kansas Ave<br>Garden City, KS 67846 | 132 W Kansas Ave<br>Garden City, KS 67846 | 120365 |
| AARI Inc. DBA Bizee Mart | Attn: Mukesh Chaudhary<br>212 S Horton Pkwy<br>Chapel Hill, TN 37034 | 250 S Horton Pkwy<br>Chapel Hill, TN 37034 | 104407 |
| AB Petroleum Inc | Attn: Arvin Bazek, Owner<br>400 N Fair Oaks Ave<br>Pasadena, CA 91103 | 400 N Fair Oaks Ave<br>Pasadena, CA 91103 | 101473 |
| ABAL,LLC dba Citistop (#105) | Attn: Al Singh<br>1297 Sweeten Creek Rd<br>Asheville, NC 28803 | 1297 Sweeten Creek Rd<br>Asheville, NC 28803 | 116331 |
| ABAL,LLC dba Citistop (#117) | Attn: Al Singh<br>660 Weaverville Hwy<br>Asheville, NC 28804 | 660 Weaverville Rd<br>Asheville, NC 28804 | 116342 |
| ABC Liquor Mart | Attn: Tom Hoffmann<br>829 E Main St<br>Carbondale, IL 62901 | 109 N Washington St<br>Carbondale, IL 62901 | 113584 |
| ABC Petroleum LLC | Attn: Tanvir Haye<br>4751 E. Main St.<br>Columbus, OH 43213 | 4751 E Main St<br>Columbus, OH 43213 | 103878 |
| ACE Cash Express | Attn: Melanie Few<br>300 E John Carpenter Fwy, Ste 900<br>Huntington Park, TX 75062 | 244 NE Franklin Ave<br>Bend, OR 97701 | 120918 |
| | | 412 SE 7th St<br>Grants Pass, OR 97526 | 120925 |
| | | 2352 Poplar Dr<br>Medford, OR 97504 | 120927 |
| | | 741 NE Stephens St<br>Roseburg, OR 97470 | 120931 |
| | | 177 Q St<br>Springfield, OR 97477 | 120935 |
| | | 845 S Broadway<br>Coos Bay, OR 97420 | 120937 |
| | | 895 W 7th Ave<br>Eugene, OR 97402 | 120940 |
| | | 820 Pacific Blvd SE<br>Albany, OR 97322 | 120942 |
| | | 4378 River Rd N<br>Keizer, OR 97303 | 120944 |
| | | 4975 Commercial St SE<br>Salem, OR 97302 | 120946 |
| | | 2722 N Lombard St<br>Portland, OR 97217 | 120954 |
| | | 11902 SE Stark St<br>Portland, OR 97216 | 120956 |
| | | 530 SE 10th Ave<br>Hillsboro, OR 97123 | 120964 |
| | | 3110 SW Cedar Hills Blvd<br>Beaverton, OR 97005 | 120968 |

**EXHIBIT 1 TO ORDER – EIGHTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 4341 Elkhorn Blvd Sacramento, CA  95842 | 120971 |
| | | 4110 Norwood Ave Sacramento, CA  95838 | 120973 |
| | | 6640 Valley Hi Dr Sacramento, CA  95823 | 120975 |
| | | 1825 Countryside Dr Turlock, CA  95380 | 120977 |
| | | 1296 W 11th St Tracy, CA  95376 | 121045 |
| | | 1190 W F St Oakdale, CA  95361 | 121046 |
| | | 1320 Standiford Ave Modesto, CA  95350 | 121053 |
| | | 1340 W Olive Ave Merced, CA  95348 | 121054 |
| | | 2300 Cutting Blvd Richmond, CA  94804 | 121067 |
| | | 2700 San Pablo Ave Oakland, CA  94612 | 121069 |
| | | 9001 International Blvd Oakland, CA  94603 | 121071 |
| | | 2038 Mission St SF, CA  94110 | 121092 |
| | | 4796 E Kings Canyon Rd Fresno, CA  93702 | 121102 |
| | | 2774 Willow Ave Clovis, CA  93612 | 121106 |
| | | 1821 W Ave I Lancaster, CA  93534 | 121110 |
| | | 3540 S Mooney Blvd Visalia, CA  93277 | 121125 |
| | | 290 E Cross Ave Tulare, CA  93274 | 121127 |
| | | 620 E 6th St Corona, CA  92879 | 121144 |
| | | 560 W 19th St Costa Mesa, CA  92627 | 121156 |
| | | 1221 N State St San Jacinto, CA  92583 | 121158 |
| | | 745 E Foothill Blvd Rialto, CA  92376 | 121179 |
| | | 16184 Foothill Blvd Fontana, CA  92335 | 121185 |
| | | 22 W 7th St Calexico, CA  92231 | 121199 |
| | | 283 Main St Brawley, CA  92227 | 121201 |
| | | 4874 Genesee Ave San Diego, CA  92117 | 121203 |
| | | 950 E Vista Way Vista, CA  92084 | 121204 |
| | | 1529 W Innes St Salisbury, NC  28144 | 121205 |
| | | 7900 El Cajon Blvd La Mesa, CA  91942 | 121211 |

**EXHIBIT 1 TO ORDER  – EIGHTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 6111 South Blvd<br>Charlotte, NC  28217 | 121215 |
| | | 740 E Arrow Hwy<br>Pomona, CA  91767 | 121225 |
| | | 1856 S Euclid Ave<br>Ontario, CA  91762 | 121228 |
| | | 1393 N Hacienda Blvd<br>La Puente, CA  91744 | 121232 |
| | | 891 S Citrus Ave<br>Azusa, CA  91702 | 121236 |
| | | 3570 Memorial Dr<br>Decatur, GA  30032 | 121340 |
| | | 3675 Satellite Blvd, Suite 830<br>Duluth, GA  30096 | 121346 |
| | | 6762 GA-85<br>Riverdale, GA  30274 | 121354 |
| | | 14526 Sherman Way<br>Van Nuys, CA  91405 | 121359 |
| | | 20115 Saticoy St<br>WINNETKA, CA  91306 | 121366 |
| | | 2841 Greenbriar Pkwy SW<br>Atlanta, GA  30331 | 121373 |
| | | 104 W Anaheim St<br>WILMINGTON, CA  90744 | 121380 |
| | | 350 Shallowford Rd D<br>Gainesville, GA  30504 | 121384 |
| | | 4328 Augusta Rd<br>Garden City, GA  31408 | 121386 |
| | | 1648 W Carson St<br>Torrance, CA  90501 | 121393 |
| | | 3797 Martin Luther King Jr Blvd<br>Lynwood, CA  90262 | 121399 |
| | | 10152 Atlantic Blvd<br>Jacksonville, FL  32225 | 121407 |
| | | 1330 E Alondra Blvd<br>Compton, CA  90221 | 121414 |
| | | 806 NE Waldo Rd<br>Gainesville, FL  32641 | 121420 |
| | | 87 W Main St<br>Apopka, FL  32703 | 121422 |
| | | 1523 S Crystal Lake Dr<br>Orlando, FL  32806 | 121431 |
| | | 4560 S Kirkman Rd<br>Orlando, FL  32811 | 121439 |
| | | 4712 S Orange Blossom Trl<br>Orlando, FL  32839 | 121444 |
| | | 5280 E Beverly Blvd<br>Los Angeles, CA  90022 | 121571 |
| | | 4948 W Pico Blvd<br>Los Angeles, CA  90019 | 121573 |
| | | 1651 N State Rd 7<br>Lauderhill, FL  33313 | 121578 |
| | | 5100 W Commercial Blvd<br>Tamarac, FL  33319 | 121580 |
| | | 500 E WASHINGTON BLVD<br>LOS ANGELES, CA  90015 | 121582 |

**EXHIBIT 1 TO ORDER  – EIGHTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 10005 S Central Ave<br>Los Angeles, CA  90002 | 121588 |
| | | 1232 E Florence Ave<br>Los Angeles, CA  90001 | 121590 |
| | | 2300 N Main St<br>Las Cruces, NM  88001 | 121592 |
| | | 1521 Eubank Blvd NE<br>Albuquerque, NM  87112 | 121597 |
| | | 4001 San Mateo Blvd NE<br>Albuquerque, NM  87110 | 121599 |
| | | 2642 Tamiami Trail E<br>Naples, FL  34112 | 121616 |
| | | 5169 14th St W<br>Bradenton, FL  34207 | 121617 |
| | | 2400 SW College Rd<br>Ocala, FL  34471 | 121626 |
| | | 7403 Spring Hill Dr<br>Spring Hill, FL  34606 | 121629 |
| | | 1346 W N Blvd<br>Leesburg, FL  34748 | 121642 |
| | | 21177 Euclid Ave<br>Cleveland, OH  44117 | 121723 |
| | | 15701 Broadway Ave<br>Maple Heights, OH  44137 | 121726 |
| | | 5311 Memphis Ave<br>Cleveland, OH  44144 | 121727 |
| | | 2723 S Arlington Rd<br>Akron, OH  44312 | 121818 |
| | | 3516 W Siebenthaler Ave<br>Dayton, OH  45406 | 121827 |
| | | 8434 N Lindbergh Blvd<br>Florissant, MO  63031 | 121864 |
| | | 10004 Gravois Rd<br>St. Louis, MO  63123 | 121867 |
| | | 1028 Manhattan Blvd<br>Harvey, LA  70058 | 121898 |
| | | 2222 Ambassador Caffery Pkwy<br>Lafayette, LA  70506 | 121912 |
| | | 3802 Jewella Ave<br>Shreveport, LA  71109 | 121921 |
| | | 1417 Winnsboro Road<br>Monroe, LA  71202 | 121925 |
| | | 701 S Vienna St<br>Ruston, LA  71270 | 121926 |
| | | 4609 Jackson St<br>Alexandria, LA  71303 | 121928 |
| | | 1324 W Main St<br>Lewisville, TX  75067 | 122167 |
| | | 3614 FM 365<br>Nederland, TX  77627 | 122176 |
| | | 3330 N Galloway Ave #Suite 317<br>Mesquite, TX  75150 | 122178 |
| | | 410 E Pioneer Pkwy<br>Grand Prairie, TX  75051 | 122184 |
| | | 830 N Main St<br>Vidor, TX  77662 | 122185 |

**EXHIBIT 1 TO ORDER  – EIGHTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 3800 Main St<br>The Colony, TX  75056 | 122208 |
| | | 5516 River Oaks Blvd<br>River Oaks, TX  76114 | 122217 |
| | | 8838 Viscount Blvd<br>El Paso, TX  79925 | 122252 |
| | | 1305 E 8th St<br>Odessa, TX  79761 | 122256 |
| | | 3517 N 1st St<br>Abilene, TX  79603 | 122260 |
| | | 4646 34th St<br>Lubbock, TX  79410 | 122263 |
| | | 1420 Wells Branch Pkwy<br>Pflugerville, TX  78660 | 122272 |
| | | 1025 Texas Blvd N<br>Weslaco, TX  78596 | 122273 |
| | | 3337 Sherwood Way<br>San Angelo, TX  76901 | 122323 |
| | | 836 W University Dr<br>Denton, TX  76201 | 122328 |
| | | 215 S High St<br>Longview, TX  75601 | 122333 |
| | | 980 N Walnut Creek Dr<br>Mansfield, TX  76063 | 122335 |
| | | 100 S Ridgeway Dr<br>Cleburne, TX  76033 | 122349 |
| | | 419 N Main St<br>Keller, TX  76248 | 122350 |
| | | 2309 Gilmer Rd<br>Longview, TX  75604 | 122358 |
| | | 319 E Front St<br>Tyler, TX  75702 | 122360 |
| | | 5510 Bellaire Blvd<br>Houston, TX  77081 | 122361 |
| | | 6848 Spencer Hwy<br>Pasadena, TX  77505 | 122371 |
| | | 19757 Eastex Fwy<br>Humble, TX  77338 | 122379 |
| | | 1602 N Laurent St<br>Victoria, TX  77901 | 122395 |
| | | 630 S 23rd St<br>McAllen, TX  78501 | 122400 |
| | | 10959 Cypress Creek Pkwy<br>Houston, TX  77070 | 122410 |
| | | 1400 Graham Dr<br>Tomball, TX  77375 | 122415 |
| | | 3304 E 29th St<br>Bryan, TX  77802 | 122418 |
| | | 4502 Griggs Rd<br>Houston, TX  77021 | 122424 |
| | | 534 N New Braunfels Ave<br>San Antonio, TX  78202 | 122439 |
| | | 720 N Valley Mills Dr<br>Waco, TX  76710 | 122443 |
| | | 7901 Culebra Rd<br>San Antonio, TX  78251 | 122451 |

**EXHIBIT 1 TO ORDER  – EIGHTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 940 S 77 Sunshine Strip<br>Harlingen, TX  78550 | 122452 |
| | | 1921 W Wheeler Ave<br>Aransas Pass, TX  78336 | 122455 |
| | | 11600 Bandera Rd<br>San Antonio, TX  78250 | 122469 |
| | | 1132 E Main St<br>Alice, TX  78332 | 122478 |
| | | 727 S 14th St<br>Kingsville, TX  78363 | 122481 |
| | | 1960 SW Military Dr<br>San Antonio, TX  78221 | 122485 |
| | | 8515 Perrin Beitel Rd<br>San Antonio, TX  78217 | 122486 |
| | | 202 SAWDUST RD<br>The Woodlands, TX  77380 | 122721 |
| | | 2109 N 10th St<br>McAllen, TX  78501 | 122723 |
| Adelsons Inc. | Attn: Abdulhafed Ali<br>2409 Persimmon Street<br>Wasco, CA 93280 | 1010 N Alta Ave<br>Dinuba, CA  93618 | 130048 |
| | | 150 E Cinnamon Dr<br>Lemoore, CA  93245 | 130053 |
| | | 1145 Park Blvd<br>Orange Cove, CA  93646 | 130054 |
| Adi Shakti Trading 03 Inc. | Attn: Bijal Patel<br>4035 US-17<br>Richmond Hill, GA 31324 | 4035 US-17<br>Richmond Hill, GA  31324 | 108145 |
| Adi Shakti Trading 05 Inc. | Attn: Bijal Patel<br>1300 Wheaton St<br>Savannah, GA 31404 | 1300 Wheaton St<br>Savannah, GA  31404 | 108144 |
| Agam 1 LLC | Attn: Milan Chanana<br>N 511 WI-57<br>Random Lake, WI 53075 | n 511 WI-57<br>Random Lake, WI  53075 | 108594 |
| Ahold USA Inc. | 1385 Hancock St<br>Quincy, MA 02169 | 1385 Hancock St<br>Quincy, MA  2169 | 160035 |
| Airport Shell | Attn: Mukesh Mansukhani<br>8610 Airport Blvd<br>Houston, TX 77061 | 8610 Airport Blvd<br>Houston, TX  77061 | 101558 |
| Ajj's Smoke n Stuff | 601 S Beacon Blvd Suite #101<br>Grand Haven, MI 49417 | 601 S Beacon Blvd Suite #101<br>Grand Haven, MI  49417 | 138206 |
| Aj's Liquorland | Attn: Aadi Paterl<br>2150 W Galena Blvd Unit #A3<br>Aurora, IL 60506 | 2150 W Galena Blvd unit #A3<br>Aurora, IL  60506 | 108341 |
| Aklilu A Beraki dba A K Mini Mart | Attn: Aklilu A Beraki<br>586 Dayton St<br>Aurora, CO 80010 | 586 Dayton St<br>Aurora, CO  80010 | 108234 |

**EXHIBIT 1 TO ORDER  – EIGHTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Akshar Murti LLC | Attn: Himani Patel<br>649 King George Rd<br>Woodbridge Township, NJ 8863 | 649 King Georges Rd<br>Woodbridge Township, NJ 8863 | 103275 |
| Alessandro Liquor | Attn: Aziz Eskander<br>1051 E Alessandro Blvd Ste 100A<br>Riverside, CA 91761 | 1051 E Alessandro Blvd<br>Riverside, CA 92508 | 101425 |
| Alexandria's Convenient Food Store | Attn: Manraj Pabla<br>335 Woburn St<br>Lexington, MA 2420 | 335 Woburn St<br>Lexington, MA 2420 | 103920 |
| Ali Amoco Inc DBA BP | Attn: Farhan Ghaffar<br>5100 S 108th St<br>Hales Corners, WI 53130 | 5100 S 108th St<br>Hales Corners, WI 53130 | 108372 |
| Alii Adventures LLC | Attn: Shari Sicsko<br>75-5663 Palani Rd Unit A<br>Kailua-Kona, HI 96740 | 75-5663 Palani Rd #Unit A<br>Kailua-Kona, HI 96740 | 108304 |
| Al-Kahf LLC | Attn: Muktar Bawasir<br>833 W Oklahoma Ave<br>Milwaukee, WI 53215 | 833 W Oklahoma Ave<br>Milwaukee, WI 53215 | 108853 |
| Alliance Petroleum LLC | Attn: Sarah King<br>4251 Lindell Blvd<br>St Louis, MO 63108 | Attn: Sarah King<br>3402 Rider Trail S<br>Earth City, MO 63045 | 108683 |
| Almajeed II, Inc | Attn: Salam Majeed<br>1259 NE Post Dr Ste D & E<br>Plainfield Charter Township, MI 49306 | 1259 Post Dr NE<br>Plainfield Charter Township, MI 49306 | 108172 |
| Almansorson LLC DBA Dodge City Market | Attn: Fadi Almansor<br>705 E Main St<br>Avondale, AZ 85323 | 705 E Main St<br>Avondale, AZ 85323 | 107996 |
| Alpha Liquor LLC | Attn: Biniam Tekola<br>351 Englewood Pkwy<br>Englewood, CO 80110 | 351 Englewood Pkwy<br>Englewood, CO 80110 | 108647 |
| AM PM Investments LLC | Attn: Peyman Rezaeizadeh<br>13015 Jupiter Rd<br>Dallas, TX 75238 | 13015 Jupiter Rd<br>Dallas, TX 75238 | 108141 |
| Aman Convenience, Inc | Attn: Balijeet Singh<br>400 Market St<br>Kingston, PA 18704 | 515 Main St<br>Dupont, PA 18641 | 108906 |
| Amelia - Facet | Attn: Joseph Massa & Jason Hanson<br>198 W Main St<br>Amelia, OH 45102 | 198 W Main St<br>Amelia, OH 45102 | 117929 |
| American Art Glass Inc | Attn: Alaa Shayya, Alex Shayya<br>1921 S Elm Pl<br>Broken Arrow, OK 74012-7029 | 1921 S Elm Pl<br>Broken Arrow, OK 74012 | 108715 |

**EXHIBIT 1 TO ORDER – EIGHTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Ameristop Food Mart | Attn: Ddinesh Prajapati<br>3385 Springdale Rd<br>Cincinnati, OH 45251 | 3385 Springdale Rd<br>Cincinnati, OH  45251 | 103942 |
| Amigo #3 | Attn: Neal Patel<br>1613 NW 21st St<br>Fort Worth, TX 76764 | 1613 NW 21st St<br>Fort Worth, TX  76164 | 103133 |
| Amigo Trading LLC | Attn: Mohammad Abuali<br>2200 Summit Ave<br>Union City, NJ 7087 | Attn: Mohammad Abuali<br>732 22nd St<br>Union City, NJ 7087 | 103298 |
| Amigos Latinos | Attn: Elias Diaz<br>4327 Airport Rd<br>Santa Fe, NM 87507 | 4327 Airport Rd<br>Santa Fe, NM  87507 | 123213 |
| AMJB Enterprises Inc | Attn: Sadiq Mohammad<br>1401 Cedar Ave<br>Austin, TX 78702 | 1401 Cedar Ave<br>Austin, TX  78702 | 108073 |
| AMPM | Attn: Baljinder Kaur<br>205 N. McCarran Blvd.<br>Sparks, NV 89431 | 205 N McCarran Blvd<br>Sparks, NV  89431 | 139277 |
| AMPM Express LLC | Attn: Mukhtar Humaidi<br>4181 Hessen Cassel Rd<br>Fort Wayne, IN 46806 | 4181 Hessen Cassel Rd<br>Fort Wayne, IN  46806 | 104019 |
| Anaay DM, LLC | Attn: Sumit Devasar<br>211 W Grubb Dr<br>Mesquite, TX 75149 | 211 W Grubb Dr<br>Mesquite, TX  75149 | 108126 |
| ANDERSON MARKET INC | Attn: Hani Kotifani<br>8795 Columbine Rd<br>Eden Prairie, MN 55344 | 8795 Columbine Rd<br>Eden Prairie, MN  55344 | 103764 |
| Andy's Convenience | Attn: Patel Mahavir<br>864 Broadway<br>Haverhill, MA 1832 | 864 Broadway<br>Haverhill, MA  1832 | 108826 |
| Angel Petroleum LLC | Attn: Paul Singh<br>22942 Brookpark Rd<br>Cleveland, OH 44126 | 22492 Brookpark Rd<br>Cleveland, OH  44126 | 103861 |
| Anoka Gas Stop Inc. | Attn: Jesse Saadeh<br>703 E River Rd<br>Anoka, MN 55303 | 703 E River Rd<br>Anoka, MN  55303 | 103769 |
| Grocery & Apparel - Nepali Store | Attn: Kamal Bhattarai<br>6625G Dixie Hwy<br>Fairfield, OH 45014 | 6625G Dixie Hwy<br>Fairfield, OH  45014 | 108967 |
| Guadalajara Enterprises Inc | Attn: Rebeca Mata<br>69 North 28th St<br>Superior, WI 54880 | 69 N 28th St #7<br>Superior, WI  54880 | 113810 |

**EXHIBIT 1 TO ORDER – EIGHTH OMNIBUS REJECTION MOTION**

Page 11

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Kunkun LLC | Attn: Victor Joseph<br>3751 N Tower Rd<br>Aurora, CO 80111 | 3751 N Tower Rd<br>Aurora, CO  80011 | 108206 |
| Lays Food Mart | Attn: Shashi Zoto<br>23755 Rogers Clark Blvd<br>Ruther Glen, VA 22546 | 23755 Rogers Clark Blvd<br>Ruther Glen, VA  22546 | 108431 |
| Liquor Barrel | Attn: Peter Rademacher<br>301 E Wheelock Pkwy<br>St Paul, MN 55130 | 301 E Wheelock Pkwy<br>St Paul, MN  55130 | 108969 |
| Liquor Barrel New Brighton | Attn: Peter Rademacher<br>2130 Silver Lake Rd<br>New Brighton, MN 55112 | 2130 Silver Lake Rd NW<br>New Brighton, MN  55112 | 108968 |
| Lowell Market | Attn: Mohammad Bakhtan<br>601 Brunswick St<br>San Francisco , CA 94112 | 601 Brunswick St<br>SF, CA  94112 | 113876 |
| Main Food Mart & Liquor | Attn: Paramjit Kaur<br>6229 Main Ave<br>Orangevale, CA 95662 | 6229 Main Ave<br>Orangevale, CA  95662 | 113585 |
| MMO Trade LLC dba Kwik Stop | Attn: Mubashir Anwer<br>906 Buchanan Dr<br>Burnet, TX 78611 | 906 Buchanan Dr<br>Burnet, TX  78611 | 108092 |
| Num Inc. | Attn: Dal B Pokhrel<br>14799 W 6th Ave Frontage Rd<br>Golden , CO  80401 | 14799 W 6th Ave Frontage Rd<br>Golden, CO  80401 | 113829 |

**EXHIBIT 1 TO ORDER – EIGHTH OMNIBUS REJECTION MOTION**