BRETT A. AXELROD, ESQ. (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                    Debtor. | Case No.  BK-23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING NINTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE** |

**PLEASE TAKE NOTICE** that on the 26th day of July, 2023, the Court entered an *Order Granting Ninth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Setting Rejection Damages Claim Deadline* [ECF 951], a copy of which is attached here.

Dated this 27th day of July, 2023.          **FOX ROTHSCHILD LLP**

                                            By: /s/ Jeanette E. McPherson
                                                JEANETTE E. MCPHERSON, ESQ. (5423)
                                                BRETT A. AXELROD, ESQ. (5859)
                                                NICHOLAS A. KOFFROTH, ESQ. (16264)
                                                ZACHARY T. WILLIAMS, ESQ. (16023)
                                                1980 Festival Plaza Drive, Suite 700
                                                Las Vegas, Nevada 89135
                                            *Counsel for Debtor*

1

147868591.1


Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
July 26, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                     Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br>**ORDER GRANTING NINTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE**<br>Hearing Date:   July 20, 2023<br>Hearing Time:  10:30 a.m. |

147688649.1 [NINTH MOTION]

1

The Court having reviewed and considered Debtor's motion [ECF 675] (the "Motion")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a); and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** with respect to the Contracts and/or Leases as set forth in **Exhibit 1**;[2] and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that all persons and entities listed on **Exhibit 1** that assert any claims against Debtor for damages arising from the rejection of their leases listed on **Exhibit 1** (a "Rejection Damages Claim") must file a Proof of Claim with the Clerk of the Bankruptcy Court for such Rejection Damages Claim **no later than thirty (30) days after entry of this Order** or shall be forever barred from asserting such Rejection Damages Claim; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

[2] With respect to Brookfield Landlords only, the hearing on the Motion has been continued to July 27, 2023 at 1:30 p.m. pursuant to the *Order Granting Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF 851] entered by the Court on July 17, 2023.

2

147688649.1 [NINTH MOTION]

from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
    JEANETTE E. MCPHERSON, ESQ.
    BRETT A. AXELROD, ESQ.
    NICHOLAS A. KOFFROTH, ESQ.
    ZACHARY T. WILLIAMS, ESQ.
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
*Counsel for Debtor*

**APPROVED**/DISAPPROVED

**MCDONALD CARANO LLP**

By: /s/ Catherine V. Lotempio
    RYAN J. WORKS, ESQ. (NSBN 9224)
    AMANDA M. PERACH, ESQ. (NSBN 12399)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    and
**SEWARD & KISSEL LLP**
    JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
    ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
    CATHERINE V. LOTEMPIO, ESQ. (Admitted *Pro Hac Vice*)
    ANDREW J. MATOTT, ESQ.
    One Battery Park Plaza
    New York, New York 10004
*Counsel for Official Committee of Unsecured Creditors*

147688649.1 [NINTH MOTION]

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### # # #

4

147688649.1 [NINTH MOTION]

# EXHIBIT 1

## CONTRACTS AND/OR LEASES TO BE REJECTED

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Apache Liquor | Attn: Dustin Pickering<br>2020 S Parker Rd<br>Denver, CO 80231 | 2020 S Parker Rd<br>Denver, CO  80231 | 108642 |
| Apple Valley Gas Mart | Attn: David Dhillon<br>21898 Outer Hwy 18 N<br>Apple Valley, CA 92307 | 21898 Outer Hwy 18 N<br>Apple Valley, CA  92307 | 108723 |
| Ararat Liquor LLC | Attn: Simon Ghenreslassie<br>c/o The Liquor Cabinet of Thornton<br>8600 Washington St<br>Thornton, CO 80229 | 8600 Washington St<br>Thornton, CO  80229 | 103636 |
| Arcade Laundromat | Attn: Nicholas Dillon<br>979 Arcade St<br>St Paul, MN 55106 | 979 Arcade St<br>St Paul, MN  55106 | 114731 |
| Arco c/o Amar Kohli | Attn: Amar Kohli; Guruvinder Aujla<br>363 S Gilbert Rd<br>Mesa, AZ 85204 | 3753 San Pablo Dam Rd<br>El Sobrante, CA  94803 | 119416 |
| Area 51 Smoke & Vape Shop | Attn: Patrick Azarian<br>1001 S Central Ave<br>Glendale, CA 91204 | 1001 S Central Ave<br>Glendale, CA  91204 | 145722 |
| Aroohi Enterprise Inc | Attn: Kulvinder Singh<br>c/o Lucky Food Mart<br>22 Goethals Dr<br>Richland, WA 99352-4619 | Attn: S & P Gill Corporation<br>1001 N 16th Ave<br>Yakima, WA  98902 | 122180 |
| Ashe St. Convience Store | Attn: Ahmed Hassan<br>63 Ashe St.<br>Charleston, SC 29403 | 63 Ashe St.<br>Charleston, SC  29403 | 103810 |
| Ask Oil Incorporated | Attn: Ajmer Mann<br>3801 N High School Rd<br>Indianapolis, IN 46254 | 3801 N High School Rd<br>Indianapolis, IN  46254 | 104010 |
| Associated Wholesale Grocers, Inc. | Attn: Bruce McCune<br>c/o Food Fair<br>922 Main St<br>Pleasanton, KS 66075 | 922 Main St<br>Pleasanton, KS  66075 | 125978 |
| Associated Wholesale Grocers, Inc. | Attn: Steve Piper<br>c/o Wolverine Fine Foods<br>102 S Washington St<br>Marquette, KS 67464 | 102 S Washington St<br>Marquette, KS  67464 | 126097 |
| Associated Wholesale Grocers, Inc. | Attn: Todd Grump<br>c/o Gump's IGA<br>57 Maple Ave<br>Grafton, WV 26354 | 57 Maple Ave<br>Grafton, WV  26354 | 137628 |

**EXHIBIT 1 TO ORDER  – NINTH OMNIBUS REJECTION MOTION**

Page 1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Associated Wholesale Grocers, Inc. | Attn: Brandon Morris<br>c/o Sav U Mor<br>1003 E Madison St<br>Bastrop, LA 71220 | 1003 E Madison Ave<br>Bastrop, LA 71220 | 139362 |
| Associated Wholesale Grocers, Inc. | Attn: Nathan Brtek<br>c/o Lou's Thrifty-Way<br>807 S 13th St<br>Norfolk, NE 68701 | 807 S 13th St<br>Norfolk, NE 68701 | 146056 |
| Associated Wholesale Grocers, Inc. | Attn: Ryan Cain<br>c/o Timmons Market<br>747 Timmons Blvd<br>Rapid City, SD 57703 | 747 Timmons Blvd<br>Rapid City, SD 57703 | 147162 |
| Associated Wholesale Grocers, Inc. | Attn: VP Sales & Solutions<br>5000 Kansas Avenue<br>Kansas City, KS 66106 | | 0 |
| AVI Fuel Inc. | Attn: Rajrajinder Sin<br>1357 Lexington Ave<br>Masnfield, OH 44907 | 1357 Lexington Ave<br>Mansfield, OH 44907 | 103897 |
| Badger Exotics LLC | Attn: Charles Lewis<br>719 State St<br>La Crosse, WI 54601 | 719 State St<br>La Crosse, WI 54601 | 113871 |
| Bajra Yogini Inc | Attn: Sunil Shrestha<br>9048 San Joaquin Trail<br>Forth Worth, TX 76118 | 500 S Hampton Rd<br>Dallas, TX 75208 | 104374 |
| Bali Enterprise Inc | Attn: Balijeet Singh<br>c/o US Gas Station<br>155 N Memorial Hwy<br>Shavertown, PA 18708 | 155 N Memorial Hwy<br>Shavertown, PA 18708 | 108908 |
| Banwait Oil LLC | Attn: Paramjit Banwait<br>1321 Main St<br>Oregon City, OR 97045 | 1321 Main St<br>Oregon City, OR 97045 | 103491 |
| Barik Super Store | Attn: Babir Sultan<br>13815 Polfer Rd<br>Kansas City, KS 66109 | 13815 Polfer Rd<br>Kansas City, KS 66109 | 108111 |
| Bastrop Country Store | Attn: Rizwan Shuja<br>108 Watterson Rd<br>Bastrop, TX 78602 | 108 Watterson Rd<br>Bastrop, TX 78602 | 108088 |
| Bayonne High Spirits, INC | Attn: Nisha Pithadia<br>c/o High Spirits Liquor Store<br>816-818 Broadway<br>Bayonne, NJ 7002 | 816-818 Broadway<br>Bayonne, NJ 7002 | 103256 |

**EXHIBIT 1 TO ORDER – NINTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Beauregard Liquors | Attn: Dipakkumar Patel<br>11 West St<br>Gardner, MA 1440 | 11 West St<br>Gardner, MA 1440 | 114724 |
| Beer & wine shop First United market | Attn: Sonal One Inc<br>271 Brookline St<br>Cambridge, MA 2139 | 271 Brookline St<br>Cambridge, MA 2139 | 108464 |
| Belmont Food Mart | Attn: Satvir Kaur<br>2030 W Washington St<br>Indianapolis, NV 46222 | 2030 W Washington St<br>Indianapolis, IN 46222 | 104008 |
| Best Food Inc | Attn: Mahmoud Alhawamdeh<br>767 Market St<br>Tacoma, WA 98402 | 767 Market St<br>Tacoma, WA 98402 | 120756 |
| Best Stop Market LLC | Attn: Madhat Asham<br>3420 Lebanon Pike<br>Nashville, TN 37076 | 3420 Lebanon Pike<br>Hermitage, TN 37076 | 103358 |
| Best Wash Alton LLC | Attn: Rebecca Unnerstall<br>506 W Delmar Ave<br>Alton, IL 62002 | 506 W Delmar Ave<br>Alton, IL 62002 | 119063 |
| BHS Associates Inc. | Attn: Barkad Ali<br>2237 W Parker Rd<br>Plano, TX 75023 | 2237 W Parker Rd<br>Plano, TX 75023 | 104338 |
| Bhumi Convenience Inc. | Attn: Jay Patel<br>c/o Convenient 38<br>880 Main St<br>Woburn, MA 1801 | 880 Main St<br>Woburn, MA 1801 | 103919 |
| Bibo Liquor and Market | Attn: Ehab William<br>14062 Springdale St<br>Westminster, CA 92683 | 14062 Springdale St<br>Westminster, CA 92683 | 103567 |
| Big Bucks Management Inc | Attn: Josh Bailey<br>113 College Park Rd<br>Ladson, NC 29456 | 113 College Park Rd<br>Ladson, SC 29456 | 108953 |
| Big Time Glass LLC | Attn: Brandon Matthews<br>2308 S 1st Street<br>Yakima, WA 98903 | 2308 S 1st St<br>Yakima, WA 98903 | 120243 |
| Billa Management Inc. | Attn: Sukhvant Singh<br>499 Frelinghuysen Ave<br>Newark, NJ 7114 | 499 Frelinghuysen Ave<br>Newark, NJ 7114 | 103271 |
| Bizee Mart | Attn: Dhara Chaudhary<br>212 S. Horton Pkwy<br>Chapel Hill, TN 37034 | Attn: Dhara Chaudhary<br>445 W Commerce St<br>Lewisburg, TN 37091 | 104401 |

**EXHIBIT 1 TO ORDER – NINTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Blazing Stones Smoke Shop LLC | Attn: Jeffery Daniel Leitch<br>2706 E University Dr<br>Mesa, AZ 85213 | 2706 E University Dr<br>Mesa, AZ 85213 | 108599 |
| BMAPS LLC (DBA New Boulder Gas) | Attn: Sanjay Shrestha<br>2995 28th Street<br>Boulder, CO 80301 | 2995 28th St<br>Boulder, CO 80301 | 103690 |
| Bobby's Food Mart | Attn: Nash Noorali<br>1420 W 6th St<br>Irving, TX 75060 | 1420 W 6th St<br>Irving, TX 75060 | 108004 |
| Bobs Drive Inn | Attn: Mubashir Anwer<br>3919 FM2147<br>Marble Falls, TX 78654 | 3919 FM2147<br>Marble Falls, TX 78654 | 108091 |
| BOM Petroleum Incorporated | Attn: Sarwan Singh, Mukhtiar Singh<br>53031 State Rd 13<br>P.O. Box 1152<br>Middlebury, IN 46540 | Attn: Sarwan Singh, Mukhtiar Singh<br>53031 IN-13<br>Middlebury, IN 46540 | 108241 |
| Boston Convenience II | Attn: Paramjit Singh<br>1912 Beacon St<br>Brighton, MA 2135 | 1912 Beacon St<br>Boston, MA 2135 | 103097 |
| Boston Convenience II | Attn: Sajj Tkhan<br>420 Medford St<br>Sommerville, MA 2145 | 420 Medford St<br>Somerville, MA 2145 | 101593 |
| Bottle Caps & Spirits | Attn: Yahsin M Jiwa<br>11112 Paramount Blvd<br>Downey, CA 90241 | 11112 Paramount Blvd<br>Downey, CA 90241 | 120220 |
| BP | Attn: Muhammad Bhatti<br>2035 E Mitchell Ave<br>Waterloo, IA 50702 | 2035 E Mitchell Ave<br>Waterloo, IA 50702 | 108534 |
| BP | Attn: Muhammad Bhatti<br>127 Jefferson St<br>Waterloo, IA 50701 | 127 Jefferson St<br>Waterloo, IA 50701 | 108535 |
| BP | Attn: Alvin Ehrhardt<br>624 Mark Twain Ave<br>Hannibal, MO 63401 | 624 Mark Twain Ave<br>Hannibal, MO 63401 | 108057 |
| Brackett's Market Inc | Attn: James Stephen Brackett<br>185 Front St<br>Bath, ME 4530 | 185 Front St<br>Bath, ME 4530 | 119758 |
| Bradley's Market | Attn: Salar Masood<br>496 Spring St<br>Windsor Locks, CT 6096 | 496 Spring St<br>Windsor Locks, CT 6096 | 103758 |

**EXHIBIT 1 TO ORDER – NINTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Brandon Hearvey dba Elle Group LLC | Attn: Brandon Hearvey<br>3126 W Lynne Ln<br>Phoenix, AZ 85041 | Attn: Brandon Hearvey<br>830 Broadway Rd<br>Tempe, AZ  85282 | 108005 |
| Brass Mill Center | 495 Union Street, Suite 139<br>Waterbury, CT 6706 | 495 Union St<br>Waterbury, CT  6706 | 103824 |
| Brickhouse Collectibles | Attn: Patrick Burnett<br>163 West End Ave<br>Knoxville, TN 37934 | 163 West End Ave<br>Knoxville, TN  37934 | 130447 |
| Brixton Everett, LLC | c/o Jones Lang LaSalle Americas, Inc.<br>1402 SE Everett Mall Way<br>Everett, WA 98208 | 1402 SE Everett Mall Way<br>Everett, WA  98208 | 128176 |
| Brixton Provo Mall, LLC | Attn: Scott J Bowles<br>1200 Towne Centre Boulevard<br>Provo, UT 84601 | 1200 Towne Centre Blvd<br>Provo, UT  84601 | 103514 |
| Broad River Corner LLC dba Beer and Tobacco Outlet | Attn: Zahir Mahmud and Ryan Cannon<br>2700 Broad River Road, Suite G<br>Columbia, SC 29210 | 2700 Broad River Rd<br>Columbia, SC  29210 | 108171 |
| Broad Street Mini Mart | Attn: Jordan Reyes<br>14 W Broad St<br>Bethlehem, PA 18018 | 14 W Broad St<br>Bethlehem, PA  18018 | 108283 |
| Broadway Market and Liquor | Attn: Tran Trinh<br>4018 S Broadway Pl<br>Los Angeles, CA 90054 | 4018 S Broadway<br>Los Angeles, CA  90037 | 104186 |
| Broadway Mobil Mart | Attn: Rob Hoshemi<br>315 W Vernon Ave<br>Los Angeles, CA 90037 | 315 W Vernon Ave<br>Los Angeles, CA  90037 | 101472 |
| Brothers Market | Attn: Scott Edwards<br>207 E Locust St<br>Bloomfield, IA 52537 | 207 E Locust St<br>Bloomfield, IA  52537 | 145515 |
| Brothers Market | Attn: Scott Edwards<br>105 Nixion SE<br>Cascade, IA 52033 | 105 Nixon St SE<br>Cascade, IA  52033 | 145516 |
| Brothers Market | Attn: Scott Edwards<br>319 Ridge St<br>Tonganoxie, KS 66086 | 319 Ridge St<br>Tonganoxie, KS  66086 | 145535 |
| Browns Grocery Co Inc | Attn: Michael Dewayne Brown<br>138 Road 1567<br>Mooreville, MS 38857-7013 | Attn: Michael Dewayne Brown<br>126 MS-371<br>Mooreville, MS  38857 | 113582 |
| BRTR Investment Inc DBA Speedy Stop | Attn: Rupaly Kundu, Bimal Sarkar<br>14611 N Mopac Expy #200<br>Austin, TX 78728 | 14611 N Mopac Expy #200<br>Austin, TX  78728 | 108097 |

**EXHIBIT 1 TO ORDER – NINTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Buche Foods | Attn: RF Buche<br>2410m SD-10<br>Sisseton, SD 57262 | 2410m SD-10<br>Sisseton, SD 57262 | 144548 |
| BV Enterprises dba Shelby Food Mart | Attn: Khaled Ornob<br>443 E Shelby Dr<br>Memphis, TN 38109 | 443 E Shelby Dr<br>Memphis, TN 38109 | 104410 |
| By Rite Exxon LLC | Attn: Mike Nassar<br>29036 Grand River Ave<br>Farmington Hills, MI 48336 | 4509 Stage Rd<br>Memphis, TN 38128 | 122056 |
| Cache Valley Realty LLC, Cache CH LLC, Cache Nassim LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 1300 N Main St<br>Logan, UT 84341 | 103960 |
| Caldwood CITGO Food Mart | Attn: Amit Giri<br>55 E Caldwood Dr<br>Beaumont, TX 77707 | 55 E Caldwood Dr<br>Beaumont, TX 77707 | 103174 |
| California Gold Buyers & Smoke Shack | Attn: Ahmad Shehadeh<br>2345 Northgate Blvd<br>Sacramento, CA 95833 | 2345 Northgate Blvd<br>Sacramento, CA 95833 | 120923 |
| Callaway Market | Attn: Lawrence Paulsen<br>100 S Grand Ave<br>Callaway, NE 68825 | 59 S. Grand Ave<br>Callaway, NE 68825 | 128468 |
| Cape Fear Beverage & Variety | Attn: Arpit Patel<br>400 W Old Rd<br>Lillington, NC 27546 | 400 W Old Rd<br>Lillington, NC 27546 | 103703 |
| Cappy's Produce LLC | Attn: James Schlatter<br>1232 72nd St E<br>Tacoma, WA 98404 | 1232 72nd St E<br>Tacoma, WA 98404 | 121825 |
| Cardenas Markets LLC | Attn: Prabash Coswatte; Syrissa Torres<br>2501 East Guasti Road<br>Ontario, CA 91761 | Store #28<br>2400 E Bonanza Rd<br>Las Vegas, NV 89101 | 146918 |
| | | Store #30<br>4700 Meadows Ln<br>Las Vegas, NV 89107 | 146920 |
| | | Store #27<br>4500 E Tropicana Ave<br>Las Vegas, NV 89121 | 146921 |
| | | Store #38<br>2545 S Eastern Ave<br>Las Vegas, NV 89169 | 146922 |
| Cards and Coffee | Attn: Dan Fleyshman<br>6363 Hollywood Blvd<br>Los Angeles, CA 90028 | 6363 Hollywood Blvd<br>Los Angeles, CA 90028 | 108609 |

**EXHIBIT 1 TO ORDER – NINTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Carol Fuel | Attn: Prajwol Shresma<br>2650 W Patapsco Ave<br>Baltimore, MD 21230 | 2650 W Patapsco Ave<br>Baltimore, MD 21230 | 101482 |
| Casa De Dinero | Attn: David Manera<br>c/o Manela Investments, Inc<br>2021 W Sunset Ave Ste AA<br>Springdale, AR 72762 | 2882 W Walnut<br>Ste 12<br>Rogers, AR 72756 | 103382 |
| Casa de Dinero | Attn: Mancia<br>2021 W. Sunset Avenue Suite AA<br>Springdale, AR 72762 | Attn: Mancia<br>1016 S 8th St<br>Rogers, AR 72756 | 144465 |
| Cashman Field | 850 Las Vegas Blvd N<br>Las Vegas, NV 89101 | 850 Las Vegas Blvd N<br>Las Vegas, NV 89101 | 149379 |
| Cave Creek Chevron | Attn: Balbir Bahia<br>15827 N Cave Creek Rd<br>Station # 205501<br>Phoenix, AZ 85032 | 15827 N Cave Creek Rd<br>Phoenix, AZ 85032 | 101563 |
| Cedar City Shell LLC | Attn: Vasu Patel<br>1572 S Convention Center Dr<br>St. George, UT 84790 | 1355 S Main St<br>Cedar City, UT 84720 | 104192 |
| Central Mall Holding, LLC | Attn: Matt Ilbak<br>Central Mall<br>2259 S. 9th St.<br>Salina, KS 67401 | 2259 S 9th St<br>Salina, KS 67401 | 142001 |
| Central Mall Lawton Realty Holding, LLC | Attn: Mike Kohan<br>c/o Kohan Retail Investment Group<br>1010 Northern Boulevard Suite #212<br>Great Neck, NY 11021 | 200 SW C Ave<br>Suite # 100<br>Lawton, OK 73501 | 103537 |
| Chambersburg Mall Realty LLC, Chambersburg CH LLC, Chambersburg Nassim LLC | Attn: Igat Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 3055 Black Gap Rd<br>Chambersburg, PA 17202 | 103957 |
| Chapel Hills Realty LLC, Chapel Hills CH LLC, Chapel Hills Nassim LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 1710 Briargate Blvd<br>Colorado Springs, CO 80920 | 103947 |
| Charles Mall Company Limited Partnership | Attn: Carlos Saniel, St. Charles Towne Ctrr<br>11110 Mall Circle, Suite 1016<br>PO Box 6040<br>Waldorf, MD 20603 | 11110 Mall Cir<br>Waldorf, MD 20603 | 103967 |
| Chatham BP, LLC | Attn: Amarjit Singh<br>300 N Main St<br>Chatham, IL 62629 | 300 N Main<br>Chatham, IL 62629 | 103754 |

**EXHIBIT 1 TO ORDER – NINTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Cheema Oil Corp | Attn: Gurvinder Singh<br>700 NJ-17<br>Carlstadt, NJ 7072 | 700 NJ-17<br>Carlstadt, NJ 7072 | 103270 |
| Cherry Market LLC | Attn: Kyle Kennard Nalls<br>7209 J Harris Blvd PMB 229<br>Charlotte , NC 28227 | 603 Baldwin Ave<br>Charlotte, NC 28204 | 108954 |
| Chester Chevron Food Mart | Attn: Harpreet Singh<br>225 Main St<br>Chester, CA 96020 | 225 Main St<br>Chester, CA 96020 | 108803 |
| Christina Wine & Spirits | Attn: Vrajesh Patel<br>1101 Chruchmans Rd<br>Newark, DE 19713 | 1101 Churchmans Rd<br>Newark, DE 19713 | 108337 |
| Cigarette Time | Attn: Haider Aljabar<br>10295 Washington St<br>Denver, CO 80229 | 10295 Washington St<br>Denver, CO 80229 | 108399 |
| Circle Centre Mall, LLC | 49 W Maryland St<br>Indianapolis, IN 46204<br><br>866980 Reliable Parkway<br>Chicago, IL 60686-0069 | 49 W Maryland St<br>Indianapolis, IN 46204 | 128168 |
| Cisco Smoke Shop | Attn: Mohammed Noraldeen<br>1216 W University Dr<br>Mesa, AZ 85201 | 1216 W University Dr<br>Mesa, AZ 85201 | 137511 |
| Citadel Mall Realty LLC, Citadel CH LLC, Citadel Nassim LLC | Attn: Igal Namdar<br>750 Citadel Dr<br>East Colorado Spgs, CO 80909 | Attn: Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 103951 |
| Citgo Food Mart | Attn: Joe Rayyan<br>705 Loudon Ave<br>Lexington, KY 40505 | Attn: Jawad (Joe) Rayyan<br>705 E Loudon Ave<br>Lexington, KY 40505 | 109028 |
| City Fuels | Attn: Rami Benjamin Fakhouri<br>425 S Winnebago St<br>Rockford, IL 61102 | 425 S Winnebago St<br>Rockford, IL 61102 | 108195 |
| City Gas at Two Notch | Attn: Gursharan Singh<br>2100 Two Notch Rd<br>Columbia, SC 29204 | 2100 Two Notch Rd<br>Columbia, SC 29204 | 103226 |

**EXHIBIT 1 TO ORDER – NINTH OMNIBUS REJECTION MOTION**