BRETT A. AXELROD, ESQ.  (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                           Debtor. | Case No.  BK-23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING TENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE** |

**PLEASE TAKE NOTICE** that on the 26th day of July, 2023, the Court entered an *Order Granting Tenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Setting Rejection Damages Claim Deadline* [ECF 943], a copy of which is attached here.

Dated this 27th day of July, 2023.      **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

147868666.1




Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 26, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          jmcpherson@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**ORDER GRANTING TENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE**<br><br>Hearing Date:   July 20, 2023<br>Hearing Time:  10:30 a.m. |

147688652.1 [TENTH]

The Court having reviewed and considered Debtor's motion [ECF 678] (the "Motion")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a); and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** with respect to the Contracts and/or Leases as set forth in **Exhibit 1**; and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that all persons and entities listed on **Exhibit 1** that assert any claims against Debtor for damages arising from the rejection of their leases listed on **Exhibit 1** (a "Rejection Damages Claim") must file a Proof of Claim with the Clerk of the Bankruptcy Court for such Rejection Damages Claim **no later than thirty (30) days after entry of this Order** or shall be forever barred from asserting such Rejection Damages Claim; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

/ / /

/ / /

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1    **ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient

2    notice of the Motion.

3    Prepared And Respectfully Submitted By:

4    **FOX ROTHSCHILD LLP**

5

6    By: /s/ Jeanette E. McPherson
       JEANETTE E. MCPHERSON, ESQ.
7      BRETT A. AXELROD, ESQ.
       NICHOLAS A. KOFFROTH, ESQ.
8      ZACHARY T. WILLIAMS, ESQ.
       1980 Festival Plaza Drive, Suite 700
9      Las Vegas, Nevada 89135
     *Counsel for Debtor*

10

11   **APPROVED**/DISAPPROVED

12   **MCDONALD CARANO LLP**

13

14   By: /s/ Catherine V. Lotempio
       RYAN J. WORKS, ESQ. (NSBN 9224)
15     AMANDA M. PERACH, ESQ. (NSBN 12399)
       2300 West Sahara Avenue, Suite 1200
16     Las Vegas, Nevada 89102

17   and

18   **SEWARD & KISSEL LLP**
     JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
19   ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
     CATHERINE V. LOTEMPIO, ESQ. (Admitted *Pro Hac Vice*)
20   ANDREW J. MATOTT, ESQ.
     One Battery Park Plaza
21   New York, New York 10004
     *Counsel for Official Committee of Unsecured Creditors*

22

23

24

25

26

27

28

3

147688652.1 [TENTH]

1    **CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

2    In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

3    ☐    The Court has waived the requirement of approval in LR 9021(b)(1).

4    ☐    No party appeared at the hearing or filed an objection to the motion.

5
6    ☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above

7
8    ☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

9

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4

147688652.1 [TENTH]

# EXHIBIT 1

## CONTRACTS AND/OR LEASES TO BE REJECTED

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

147688652.1 [TENTH]

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Veronica Dearing Beckmann<br>7 Corporate Drive<br>Keene, NH 03431 | N/A – Global Agreement | N/A |
| C and S Wholesale Grocers Inc. | 7 Corporate Drive<br>Keene, NH 03431 | 207 Main St<br>Fort Fairfield, ME  02528 | 135863 |
| | | 111 Rolling Stone Rd<br>Kylertown, PA  16847 | 135870 |
| | | 247 Main St<br>Presque Isle, ME  04769 | 136229 |
| | | 7 Market St<br>Mars Hill, ME  04758 | 136230 |
| | | 75 S Valdosta Rd<br>Lakeland, GA  31635 | 136316 |
| | | 528 N Church St<br>Homerville, GA  31634 | 136317 |
| | | 8524 US-280<br>East Ellabell, GA  31308 | 136318 |
| | | 15759 US-17<br>Townsend, GA  31331 | 136319 |
| | | 1042 US-80<br>Pooler, GA  31322 | 136320 |
| | | 100 Jefferson St<br>Cambridge, WI  53523 | 138909 |
| C Mart 7 | Attn: Sadiq Mohammad<br>5200 E William Cannon Dr<br>Austin, TX 78744 | 5200 E William Cannon Dr<br>Austin, TX  78744 | 108074 |
| C S Rainbow LLC | Attn: Wenxue Cai<br>536 E 11th Ave<br>Eugene, OR 97401 | 536 E 11th Ave<br>Eugene, OR  97401 | 103477 |
| C&S Wholesale Grocers, Inc. | Attn: Stephen Ellis<br>c/o Mega Foods<br>3695 Devonshire Ave NE<br>Salem, OR 97305 | 3695 Devonshire Ave NE<br>Salem, OR  97305 | 130460 |
| C&S Wholesale Grocers, Inc. | Attn: Stephen Ellis<br>c/o Mega Foods<br>1542 Mt Hood Ave<br>Woodburn, OR 97071 | 1542 Mt Hood Ave<br>Woodburn, OR  97071 | 130461 |
| C&S Wholesale Grocers, Inc. | Attn: Ron Tyson<br>c/o Del High Liberty Market<br>16385 W Schendel Ave<br>Del High, CA 95315 | 16385 W Schendel Ave<br>Delhi, CA  95315 | 130466 |
| C&S Wholesale Grocers, Inc. | Attn: Ron Tyson<br>c/o Livingston Liberty Market<br>1471 B Ste E<br>Livingston, CA 95334 | 1471 B St ## E<br>Livingston, CA  95334 | 130469 |

**EXHIBIT 1 TO ORDER  – TENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Mike Alamsi<br>c/o Saveco 13<br>1300 W Walnut Ave<br>Visalia, CA 93277 | 1300 W Walnut Ave<br>Visalia, CA  93277 | 130470 |
| C&S Wholesale Grocers, Inc. | Attn: Mike Alamsi<br>c/o Saveco<br>1135 W Bush St<br>Lemoore, CA 93245 | 1135 W Bush St<br>Lemoore, CA  93245 | 130471 |
| C&S Wholesale Grocers, Inc. | Attn: Mike Alamsi<br>Saveco 15<br>1798 10th Avenue<br>Hanford, CA 93230 | 1798 N 10th Ave<br>Hanford, CA  93230 | 130472 |
| C&S Wholesale Grocers, Inc. | Attn: Mike Alamsi<br>c/o State Foods<br>237 Academy Ave<br>Sanger, CA 93657 | 237 Academy Ave<br>Sanger, CA  93657 | 130473 |
| C&S Wholesale Grocers, Inc. | Attn: Mark Kelly<br>c/o Country Farms Market<br>1284 Main Street<br>Washburn, ME 4786 | 1284 Main St<br>Washburn, ME  4786 | 135572 |
| C&S Wholesale Grocers, Inc. | Attn: Michael Stager<br>c/o Stager's Market<br>696 Dulancey Dr<br>Portage, PA 15946 | 696 Dulancey Dr<br>Portage, PA  15946 | 135573 |
| C&S Wholesale Grocers, Inc. | Attn: Corey Eby<br>c/o Eby's Store<br>3801 Horseshoe Pike<br>Honeybrook, PA 19344 | 3801 Horseshoe Pike<br>Honey Brook, PA  19344 | 135574 |
| C&S Wholesale Grocers, Inc. | Attn: Corey Eby<br>c/o Eby's Store<br>1009 Martindale Rd<br>Ephrata, PA 17522 | 1009 Martindale Rd<br>Ephrata, PA  17522 | 135575 |
| C&S Wholesale Grocers, Inc. | Attn: Bob Craft<br>c/o Orono IGA<br>6 Stillwater Ave<br>Orono, ME 4473 | 6 Stillwater Ave<br>Orono, ME  4473 | 135868 |
| C&S Wholesale Grocers, Inc. | Attn: Mike Gallagher<br>c/o Country Farms Market<br>84 Center Rd<br>Easton, ME 4740 | 84 Center Rd<br>Easton, ME  4740 | 136604 |
| C&S Wholesale Grocers, Inc. | Attn: Paul Ortway<br>c/o Dutch's Market<br>1564 Rt 507<br>Greentown, PA 18426 | 1564 PA-507<br>Greentown, PA  18426 | 136605 |

**EXHIBIT 1 TO ORDER  – TENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Ming Chow<br>c/o Suffield Village Market<br>68 Bridge St<br>Suffield, CT 6078 | 68 Bridge St<br>Suffield, CT 6078 | 136617 |
| C&S Wholesale Grocers, Inc. | Attn: Ben Pitts<br>c/o Burnt Cove<br>1 Burnt Cove Rd<br>Stonington, ME 4681 | 1 Burnt Cove Rd<br>Stonington, ME 4681 | 136709 |
| C&S Wholesale Grocers, Inc. | Attn: Ben Pitts<br>c/o The Gallery<br>278 N Dear Isle Rd<br>Dear Isle, ME 4627 | 278 N Deer Isle Rd<br>Deer Isle, ME 4627 | 136710 |
| C&S Wholesale Grocers, Inc. | Attn: Jonathan Cournoyer<br>c/o Big Bunny Market<br>942 Main Street<br>Southbridge, MA 1550 | 942 Main St<br>Southbridge, MA 1550 | 136869 |
| C&S Wholesale Grocers, Inc. | Attn: Alesha McDaniel<br>c/o Shop N Kart<br>PO Box 608<br>Centralia, WA 98531 | 505 S Tower Ave<br>Centralia, WA 98531 | 137389 |
| | | 108 S Montesano St<br>Westport, WA 98595 | 137390 |
| | | 4410 Pacific Way<br>Seaview, WA 98644 | 137391 |
| C&S Wholesale Grocers, Inc. | Attn: Curt Schmidt<br>c/o Piggly Wiggly<br>1440 Horicon St<br>Mayville, WI 53050 | 1440 Horicon St<br>Mayville, WI 53050 | 137415 |
| C&S Wholesale Grocers, Inc. | Attn: Douglas Valadares<br>c/o Master Cut Meat Market<br>175 Boston Post Road E<br>Marlborough, MA 1752 | 175 Boston Post Rd E<br>Marlborough, MA 1752 | 137416 |
| C&S Wholesale Grocers, Inc. | Attn: Jeffrey Tate<br>c/o Piggly Wiggly<br>1330 Memorial Dr<br>Watertown, WI 53098 | 1330 Memorial Dr<br>Watertown, WI 53098 | 137626 |
| C&S Wholesale Grocers, Inc. | Attn: Jeffrey Tate<br>c/o Piggly Wiggly<br>810 N Monroe St<br>Waterloo, WI 53594 | 810 N Monroe St<br>Waterloo, WI 53594 | 137627 |
| C&S Wholesale Grocers, Inc. | Attn: Mark Goretti<br>c/o Goretti's<br>1 Providence St<br>Millbury, MA 1527 | 1 Providence St<br>Millbury, MA 1527 | 137694 |
| C&S Wholesale Grocers, Inc. | Attn: Sandy Freed<br>c/o Freed's Market<br>2024 Swamp Pike<br>Gilbertsville, PA 19525 | 2024 Swamp Pike<br>Gilbertsville, PA 19525 | 138200 |

**EXHIBIT 1 TO ORDER – TENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Matt Stinebrink<br>c/o Piggly Wiggly<br>2801 14th Pl<br>Kenosha, WI 53140 | 2801 14th Pl<br>Kenosha, WI  53140 | 138299 |
| C&S Wholesale Grocers, Inc. | Attn: Matt Stinebrink<br>c/o Piggly Wiggly<br>100 E Geneva Square<br>Lake Geneva, WI 53147 | 100 E Geneva Square<br>Lake Geneva, WI  53147 | 138300 |
| C&S Wholesale Grocers, Inc. | Attn: Matt Stinebrink<br>c/o Piggly Wiggly<br>1414 E Geneva St<br>Delavan, WI 53115 | 1414 E Geneva St<br>Delavan, WI  53115 | 138301 |
| C&S Wholesale Grocers, Inc. | Attn: Matt Stinebrink<br>c/o Piggly Wiggly<br>7600 Pershing Blvd<br>Kenosha, WI 53142 | 7600 Pershing Blvd<br>Kenosha, WI  53142 | 138302 |
| C&S Wholesale Grocers, Inc. | Attn: David Mercik<br>c/o Ideal Markets<br>125 West Elm St<br>Homer City, PA 15748 | 125 W Elm St<br>Homer City, PA  15748 | 138444 |
| C&S Wholesale Grocers, Inc. | Attn: David Mercik<br>c/o Ideal Markets<br>2690 William Penn Ave<br>Johnstown, PA 15909 | 2690 William Penn Ave<br>Johnstown, PA  15909 | 138445 |
| C&S Wholesale Grocers, Inc. | Attn: Thomas B Ray<br>c/o Tom's Riverside<br>632 Broad St<br>New Bethlehem, PA 16242 | 632 Broad St<br>New Bethlehem, PA  16242 | 138775 |
| C&S Wholesale Grocers, Inc. | Attn: Thomas B Ray<br>c/o Tom's Riverside<br>8868 Rte 338<br>Knox, PA 16232 | 8868 Route 338<br>Knox, PA  16232 | 138776 |
| C&S Wholesale Grocers, Inc. | Attn: Thomas B Ray<br>c/o Tom's Riverside<br>562 Main St<br>Rimersburg, PA 16248 | 562 Main St<br>Rimersburg, PA  16248 | 138778 |
| C&S Wholesale Grocers, Inc. | Attn: Edward Penta<br>c/o McKinnon's Market<br>2454 Lafayette Rd<br>Portsmouth, NH 3801 | 2454 Lafayette Rd<br>Portsmouth, NH  3801 | 138779 |
| C&S Wholesale Grocers, Inc. | Attn: Edward Penta<br>c/o McKinnon's Market<br>236 North Broadway<br>Salem, NH 3079 | 236 N Broadway<br>Salem, NH  3079 | 138780 |

**EXHIBIT 1 TO ORDER  – TENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Bob Garrity<br>c/o Sam and Sam's<br>851 Upland Ave<br>Chester, PA 19015 | 851 Upland Ave<br>Chester, PA 19013 | 139099 |
| C&S Wholesale Grocers, Inc. | Attn: Alan Detjen<br>c/o Piggly Wiggly<br>164 Kienow Dr<br>Randolph, WI 53956 | 164 Kienow Dr<br>Randolph, WI 53956 | 139365 |
| C&S Wholesale Grocers, Inc. | Attn: David Mihalick<br>c/o Ideal Markets<br>2449 Bedford St<br>Johnstown, PA 15904 | 2449 Bedford St<br>Johnstown, PA 15904 | 139851 |
| C&S Wholesale Grocers, Inc. | Attn: David Mihalick<br>c/o Ideal Markets<br>6858 Rte 711<br>Seward, PA 15954 | 6858 Route 711<br>Seward, PA 15954 | 139852 |
| C&S Wholesale Grocers, Inc. | Attn: Cesar Simas; Steven Morgado<br>c/o A&J Seabra Supermarkets<br>41 Rockdale Avenue<br>New Bedford, MA 2741 | 41 Rockdale Ave<br>New Bedford, MA 2740 | 140686 |
| C&S Wholesale Grocers, Inc. | Attn: Cesar Simas<br>c/o A&J Seabra Supermarkets<br>440 Stafford Rd<br>Fall River, MA 2721 | 440 Stafford Rd<br>Fall River, MA 2721 | 140697 |
| C&S Wholesale Grocers, Inc. | Attn: Cesar Simas<br>c/o A&J Seabra Supermarkets<br>217 S Main St<br>Attleboro, MA 2703 | 217 S Main St<br>Attleboro, MA 2703 | 140698 |
| C&S Wholesale Grocers, Inc. | Attn: Brian Koller<br>c/o Kutztown Market<br>342 W Main St<br>Kutztown, PA 19530 | 342 W Main St<br>Kutztown, PA 19530 | 141003 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>4614 Nasa Pkwy<br>Seabrook, TX 77586 | 4614 NASA Pkwy<br>Seabrook, TX 77586 | 141004 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>513 Market St<br>Galveston, TX 77550 | 513 Market St<br>Galveston, TX 77550 | 141005 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>6500 FM 2100 #1<br>Crosby, TX 77532 | 6500 FM 2100 #1<br>Crosby, TX 77532 | 141006 |

**EXHIBIT 1 TO ORDER – TENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>301 S Brazosport Blvd<br>Freeport, TX 77541 | 301 S Brazosport Blvd<br>Freeport, TX 77541 | 141007 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>12460 Hwy 6<br>Santa Fe, TX 77541 | 12460 Hwy 6<br>Santa Fe, TX 77510 | 141008 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>1231 E Kingsbury<br>Segun, TX 78155 | 1231 E Kingsbury St<br>Seguin, TX 78155 | 141010 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>559 W San Antonio St<br>New Braunfels, TX 78130 | 559 W San Antonio St<br>New Braunfels, TX 78130 | 141011 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>909 Curtiss Ave<br>Schertz, TX 78154 | 909 Curtiss Ave<br>Schertz, TX 78154 | 141012 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>340 Enrique M Barrerra Pkwy<br>San Antonio, TX 78221 | 340 Enrique M. Barrera Pkwy<br>San Antonio, TX 78237 | 141013 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>3614 Pleasanton Rd<br>San Antonio, TX 78221 | 3614 Pleasanton Rd<br>San Antonio, TX 78221 | 141014 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>31315 FM 2920<br>Ste 20<br>Waller, TX 77484 | 31315 FM 2920 #20<br>Waller, TX 77484 | 141015 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>1005 12th St<br>Hempstead, TX 77445 | 1005 12th St<br>Hempstead, TX 77445 | 141016 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>1401 E Washington<br>Navasota, TX 77868 | 1401 E Washington Ave<br>Navasota, TX 77868 | 141017 |
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>705 N Travis Ave<br>Cameron, TX 76520 | 705 N Travis Ave<br>Cameron, TX 76520 | 141018 |

**EXHIBIT 1 TO ORDER – TENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Ames Arlan<br>c/o Arlan's<br>236 College St<br>Schulenburg, TX 78956 | 236 College St<br>Schulenburg, TX 78956 | 141019 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Kraig Gibson<br>c/o Piggly Wiggly<br>10282 W National Ave<br>West Allis, WI 53227 | 10282 W National Ave<br>West Allis, WI 53227 | 141215 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Tom O'Leary<br>c/o Piggly Wiggly West<br>106 West Oak St<br>Boscobel, WI 53805 | 106 W Oak St<br>Boscobel, WI 53805 | 141216 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Tom Stram<br>c/o Piggly Wiggly West<br>158 North Washington St<br>Lancaster, WI 53813 | 158 N Washington St<br>Lancaster, WI 53813 | 141218 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Todd Delvoe<br>c/o Piggly Wiggly<br>2465 Lineville Rd<br>Howard, WI 54313 | 2465 Lineville Rd<br>Howard, WI 54313 | 141219 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Greg Larsen<br>c/o Piggly Wiggly West<br>255 McGregor Plaza<br>Platteville, WI 53818 | 255 McGregor Plaza<br>Platteville, WI 53818 | 141220 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Benjamin Hoffman<br>c/o Piggly Wiggly West<br>316 West Spring St<br>Dodgeville, WI 53533 | 316 W Spring St<br>Dodgeville, WI 53533 | 141221 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Joe Novotny<br>c/o Piggly Wiggly<br>4011 Durand Ave<br>Racine, WI 53405 | 4011 Durand Ave<br>Racine, WI 53405 | 141222 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Ron Johnson<br>c/o Piggly Wiggly<br>5600 Spring St<br>Racine, WI 53406 | 5600 Spring St<br>Racine, WI 53406 | 141223 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Robert Jones<br>c/o Piggly Wiggly<br>709 E Capitol Dr<br>Milwaukee, WI 53212 | 709 E Capitol Dr<br>Milwaukee, WI 53212 | 141224 |
| C&S Wholesale Grocers, Inc. | Attn: Bill Bell and Dan Harris<br>c/o Piggly Wiggly West<br>725 8th St<br>Monroe, WI 53566 | 725 8th St<br>Monroe, WI 53566 | 141226 |

**EXHIBIT 1 TO ORDER – TENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 5583 Memorial Blvd St George, SC 29477 | 5583 Memorial Blvd St George, SC 29477 | 141694 |
| C&S Wholesale Grocers, Inc. | 7 Corporate Drive Keene, NH 03431 | 810 Elm St E Hampton, SC 29924 | 141695 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 365 S Georgetown Hwy Johnsonville, SC 29555 | 365 S Georgetown Hwy Johnsonville, SC 29555 | 141696 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 122 Hwy 17 N Surfside Beach, SC 29575 | 122 Hwy 17 N Surfside Beach, SC 29575 | 141698 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 1270 Yeamans Hall Rd Charleston, SC 29410 | 1270 Yeamans Hall Rd Charleston, SC 29410 | 141699 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 8780-A Rivers Ave N Charleston, SC 29406 | 8780-A Rivers Ave N North Charleston, SC 29406 | 141700 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 100 W Main St Moncks Corner, SC 29461 | 100 W Main St Moncks Corner, SC 29461 | 141701 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 221 Cherokee Rd Florence, SC 29501 | 221 Cherokee Rd Florence, SC 29501 | 141702 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 1945 W Palmetto St Florence, SC 29501 | 1945 W Palmetto St Florence, SC 29501 | 141703 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 208 E Mcintyre St Mullins, SC 29574 | 208 E McIntyre St Mullins, SC 29574 | 141704 |
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard c/o Piggly Wiggly 1620 High Market St Georgetown, SC 29440 | 1620 Highmarket St Georgetown, SC 29440 | 141705 |

**EXHIBIT 1 TO ORDER – TENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | Attn: Charles Lynn Willard<br>c/o Piggly Wiggly<br>9616 Hwy 78<br>Ladson, SC 29456 | 9616 Hwy 78<br>Ladson, SC  29456 | 141706 |
| C&S Wholesale Grocers, Inc. | Attn: Brooke Nickles<br>c/o Country Fresh Market<br>4435 Red Rock Rd<br>Benton, PA 17814 | 4435 Red Rock Rd<br>Benton, PA  17814 | 142323 |
| C&S Wholesale Grocers, Inc. | Attn: Fernando Pena<br>c/o Riverview #1<br>80 E Grant St<br>Roma, TX 78584 | 80 E Grant St<br>Roma, TX  78584 | 142335 |
| C&S Wholesale Grocers, Inc. | Attn: Fernando Pena<br>c/o Riverview #2<br>117 S US HWY 83<br>Zapata, TX 78076 | 117 S US Hwy 83<br>Zapata, TX  78076 | 142336 |
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena<br>c/o Border Town Food<br>7251 E Hwy 83<br>Alto Bonito, TX 78582 | 7251 E Hwy 83<br>Alto Bonito, TX  78582 | 142364 |
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena<br>c/o Border Town Food #2<br>3251 W US Hwy 83<br>Rio Grande, TX 78582 | 3251 West US Hwy 83<br>Rio Grande, TX  78582 | 142366 |
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena<br>c/o Border Town Food #3<br>219 E Expy 83<br>Sullivan, TX 78595 | 219 E Expy 83<br>Sullivan, TX  78595 | 142367 |
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena<br>c/o Border Town Food #4<br>1308 N Flores St<br>Rio Grande, TX 78582 | 1308 N Flores St<br>Rio Grande City, TX  78582 | 142368 |
| C&S Wholesale Grocers, Inc. | Attn: Amando Pena<br>c/o Border Town Food #5<br>1533 E Grant St<br>Roma, TX 78584 | 1533 E Grant St<br>Roma, TX  78584 | 142369 |
| C&S Wholesale Grocers, Inc. | Attn: Tim Bahner<br>c/o Food Plus<br>5201 Spring Rd<br>Shermansdale, PA 17090 | 5201 Spring Rd<br>Shermansdale, PA  17090 | 143275 |
| C&S Wholesale Grocers, Inc. | Attn: Tom Valeski<br>c/o Valeski's 4th St. Bilo<br>420 RT 119 N - N 4th St Ext<br>Indiana, PA 15701 | 420 N 4th St<br>Indiana, PA  15701 | 144087 |

**EXHIBIT 1 TO ORDER  – TENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| C&S Wholesale Grocers, Inc. | 7 Corporate Drive<br>Keene, NH 03431 | Attn: Mike Hall<br>416 S Alister Port<br>Aransas, TX  78373 | 144579 |
| C&S Wholesale Grocers, Inc. | Attn: Michael Litka<br>c/o Swarthmore CO-OP<br>341 Dartmouth Ave.<br>Swarthmore, PA 19081 | 341 Dartmouth Ave<br>Swarthmore, PA  19081 | 145507 |

**EXHIBIT 1 TO ORDER  – TENTH OMNIBUS REJECTION MOTION**