BRETT A. AXELROD, ESQ. (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
      jmcpherson@foxrothschild.com
      nkoffroth@foxrothschild.com
      zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING ELEVENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE** |

**PLEASE TAKE NOTICE** that on the 26th day of July, 2023, the Court entered an *Order Granting Eleventh Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Setting Rejection Damages Claim Deadline* [ECF 944], a copy of which is attached here.

Dated this 27th day of July, 2023.    **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

1

147868732.1


Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
July 26, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email:  baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br><br>**ORDER GRANTING ELEVENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE**<br><br>Hearing Date:   July 20, 2023<br>Hearing Time:   10:30 a.m. |

1

147688646.1 [ELEVENTH MOTION]

The Court having reviewed and considered Debtor's motion [ECF 681] (the "Motion")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a); and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** with respect to the Contracts and/or Leases as set forth in **Exhibit 1**;[2] and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1**, pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that all persons and entities listed on **Exhibit 1** that assert any claims against Debtor for damages arising from the rejection of their leases listed on **Exhibit 1** (a "Rejection Damages Claim") must file a Proof of Claim with the Clerk of the Bankruptcy Court for such Rejection Damages Claim **no later than thirty (30) days after entry of this Order** or shall be forever barred from asserting such Rejection Damages Claim; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

[2] With respect to Brookfield Landlords only, the hearing on the Motion has been continued to July 27, 2023 at 1:30 p.m. pursuant to the *Order Granting Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF 851] entered by the Court on July 17, 2023.

147688646.1 [ELEVENTH MOTION]

1   from the implementation or interpretation of this Order; and it is further

2       **ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient

3   notice of the Motion.

4   Prepared And Respectfully Submitted By:

5   **FOX ROTHSCHILD LLP**

7   By: /s/ Jeanette E. McPherson
    JEANETTE E. MCPHERSON, ESQ.
8       BRETT A. AXELROD, ESQ.
    NICHOLAS A. KOFFROTH, ESQ.
9       ZACHARY T. WILLIAMS, ESQ.
    1980 Festival Plaza Drive, Suite 700
10      Las Vegas, Nevada 89135
*Counsel for Debtor*

12  **APPROVED**/DISAPPROVED

13  **MCDONALD CARANO LLP**

15  By: /s/ Catherine V. Lotempio
    RYAN J. WORKS, ESQ. (NSBN 9224)
16      AMANDA M. PERACH, ESQ. (NSBN 12399)
    2300 West Sahara Avenue, Suite 1200
17      Las Vegas, Nevada 89102
18  and
**SEWARD & KISSEL LLP**
19  JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
20  CATHERINE V. LOTEMPIO, ESQ. (Admitted *Pro Hac Vice*)
21  ANDREW J. MATOTT, ESQ.
One Battery Park Plaza
22  New York, New York 10004
*Counsel for Official Committee of Unsecured Creditors*

3

147688646.1 [ELEVENTH MOTION]

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐   The Court has waived the requirement of approval in LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion.

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

147688646.1 [ELEVENTH MOTION]

# EXHIBIT 1

**CONTRACTS AND/OR LEASES TO BE REJECTED**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| City Liquors | Attn: Jigar Patel<br>1200 Northeast Blvd Suite #E<br>Wilmington, DE 19802 | 1200 Northeast Blvd Suite #E<br>Wilmington, DE 19802 | 108403 |
| Cityline Laundry Center | Attn: Felix Bondar<br>194 Reservoir Ave<br>Pawtucket, RI 2860 | 194 Reservoir Ave<br>Pawtucket, RI 2860 | 120632 |
| Clark Mini Mart | Attn: Miptal<br>6761 N Clark St<br>Chicago, IL 60626 | 6761 N Clark St<br>Chicago, IL 60626 | 108200 |
| Classic Star | Attn: Syeb<br>1100 W. Reno Avenue<br>Oklahoma City, OK 73106 | 1100 W Reno Ave<br>Oklahoma City, OK 73106 | 103753 |
| Cleveland Deli | Attn: Jatin Popat<br>14939 Puritas Ave.<br>Cleveland, OH 44135 | 14939 Puritas Ave<br>Cleveland, OH 44135 | 103854 |
| CMCR ENTERPRISES INC DBA Townsend Foodmart | Attn: Richard Mouchi<br>1560 Hendricks Ave<br>Jacksonville, FL 32207 | 2919 Townsend Blvd<br>Jacksonville, FL 32277 | 104083 |
| Coachlight Laundry | Attn: Angela Savvakis<br>3475 N Broadway<br>Chicago, IL 60657 | 3475 N Broadway<br>Chicago, IL 60657 | 113890 |
| Coin Laundry Wash | Attn: Recep Kuzu<br>4621 Rosewood Dr<br>Midland, TX 79707 | 1407 N Lamesa Rd<br>Midland, TX 79701 | 108340 |
| Coins, Stamps N' Stuff | Attn: Jerry Koepp<br>8190 Hickman Rd<br>Des Moines, IA 50325 | 8190 Hickman Rd<br>Des Moines, IA 50325 | 115391 |
| Commonwealth Fuel, Inc. | Attn: R Kim<br>2043 W Commonwealth Ave<br>Fullerton, CA 92833 | 2043 W Commonwealth Ave<br>Fullerton, CA 92833 | 103903 |
| CONU Co. LLC | Attn: Thuc-Nhu Hoang<br>c/o Conu's Corner<br>4400 W 29th Ave<br>Denver, CO 80212 | 4400 W 29th Ave<br>Denver, CO 80212 | 103637 |
| Cool Mart | Attn: Emad<br>c/o Cool mart Smoke Shop<br>10019 Mills Ave<br>Whittier, CA 90604 | 10019 Mills Ave<br>Whittier, CA 90604 | 101407 |
| Corner Stpre Beer and Wine | Attn: Amit Shakya<br>2215 Oates Dr<br>Dallas, TX 75228 | 2215 Oates Dr<br>Dallas, TX 75228 | 108120 |
| County Fair Water Town | Attn: Tyler Thuringer<br>14 2nd St NE<br>Watertown, SD 57201 | 14 2nd St NE<br>Watertown, SD 57201 | 139845 |

**EXHIBIT 1 TO ORDER – ELEVENTH OMNIBUS REJECTION MOTION**
Page 1

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| CR Exchange | Attn: John Reed<br>1184 Cleveland Rd W<br>Sandusky, OH 44870 | 1184 Cleveland Rd W<br>Sandusky, OH 44870 | 108589 |
| Crossroadds Mall Realty Holding, LLC | Attn: Marni Sawicki<br>6650 S. Westnedge Ave<br>Portage, MI 49024 | 6650 S. Westnedge Ave<br>Portage, MI 49024 | 103816 |
| Crystal Mall, LLC | 849 Hartford Turnpike<br>Waterford, CT 6385 | 850 Hartford Turnpike<br>Waterford, CT 6385 | 103968 |
| | | 850 Hartford Turnpike<br>Waterford, CT 6385 | 153601 |
| Cup Foods | Attn: Ahmad Abumayyaleh<br>3759 Chicago Ave S<br>Minneapolis, MN 55407 | 3759 Chicago Ave<br>Minneapolis, MN 55407 | 107967 |
| D&L Food and Gas | Attn: Raees<br>626 Larpenteur Ave W<br>St Paul, MN 55113 | 626 Larpenteur Ave W<br>St Paul, MN 55113 | 108058 |
| D2 Convenience, Inc. | Attn: Dash V Patel & Mahavir Arvird Patel<br>69 Pond St<br>Ashland, MA 1721 | 67 Pond St<br>Ashland, MA 1721 | 113862 |
| Dara GR LLC | Attn: Montana Yousif<br>2026 Boston St SE<br>Grand Rapids, MI 49506 | 2026 Boston St SE<br>Grand Rapids, MI 49506 | 104241 |
| Darshi Investment LLC | Attn: Mike Patel<br>3021 Warsaw Ave<br>Cincinnati, OH 45205 | 3021 Warsaw Ave<br>Cincinnati, OH 45205 | 103971 |
| Day & Night Foodmart Inc. | Attn: Azad Virani<br>1002 Venice Blvd<br>Venice, CA 90291 | 1002 Venice Blvd<br>Venice, CA 90291 | 101399 |
| Decatur Discount | Attn: Ali Nagi<br>898 W Grand Ave<br>Decatur, IL 62522 | 898 W Grand Ave<br>Decatur, IL 62522 | 108294 |
| Deli Closo LLC | Attn: Arrend Santiago<br>471 W 1st Ave Suite B<br>Roselle, NJ 7203 | Attn: Arrend Santiago<br>701 Spring St Unit 8<br>Elizabeth, NJ 7201 | 108564 |
| Del's Liquor Mart | Attn: Parmjit Kaur<br>6079 Quebec St<br>Commerce City, CO 80022 | 6079 Quebec St<br>Commerce City, CO 80022 | 108596 |
| Devashish Inc. (dba Express Food Mart) | Attn: Sourav Pokharel<br>3185 River Rd N<br>Salem, OR 97303 | 3185 River Rd N<br>Salem, OR 97303 | 103481 |
| Devi Krupp Inc DBA N Food Mart | Attn: Bhargav Patel<br>12850 N 19th Ave<br>Phoenix, AZ 85029 | 12850 N 19th Ave<br>Phoenix, AZ 85029 | 108035 |

**EXHIBIT 1 TO ORDER – ELEVENTH OMNIBUS REJECTION MOTION**
Page 2

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Devi Oil Inc Dba Florin Shell | Attn: Rashpal Johal, c/o Shell<br>8062 Florin Rd<br>Sacramento, CA 95828 | 8062 Florin Rd<br>Sacramento, CA 95828 | 103670 |
| Devour Cafe | Attn: Ryan Dies<br>800 Park Ave<br>Galena, IL 61036 | Attn: Ryan Dies<br>1798 Central Ave<br>Dubuque, IA 52001 | 115316 |
| Dhaliwal Petroleum LLC | Attn: Harinder Dhaliwal<br>536 W Lapham Blvd<br>Milwaukee, WI 53204 | 536 W Lapham Blvd<br>Milwaukee, WI 53204 | 103799 |
| Dhungel Enterprise | Attn: Nar Dhungel<br>3457 S Wadsworth Blvd<br>Lakewood, CO 80227 | 3457 S Wadsworth Blvd<br>Lakewood, CO 80227 | 108236 |
| Dick's Vape Shop And Ecig Store | Attn: Anan Barbarawi (CC166)<br>7777 MN-65<br>Spring Lake Park, MN 55432 | 7777 MN-65<br>Spring Lake Park, MN 55432 | 109011 |
| Dipamadi Inc | Attn: Bharat Patel<br>342 Wilkes Barre Township Blvd<br>Wilkes-Barre, PA 18702 | 342 Wilkes Barre Township Blvd<br>Wilkes-Barre, PA 18702 | 103278 |
| Discount Smoke & Beer | Attn: Uttam Karki; Kumar Phuyal<br>1335 N Beltline Rd Ste 13<br>Irving, TX 75061 | 1335 N Beltline Rd Ste 13<br>Irving, TX 75061 | 108548 |
| Discount Smokes | Attn: Mahmoud Salba<br>4540 N Brighton Ave<br>Kansas City, MO 64117 | 10901 E State Rte 350<br>KCMO, MO 64138 | 103080 |
| DISH Wireless LLC | 9601 S. Meridian Blvd<br>Englewood, CO 80112 | 5935 Jimmy Carter Blvd<br>Norcross, GA 30071 | 147043 |
| | | 4919 Flat Shoals Pkwy<br>Decatur, GA 30034 | 147052 |
| DLBD Inc. | Attn: Muhammad Islam<br>1095 W State Rd 434<br>Winter Springs, FL 32708 | 1095 W State Rd 434<br>Winter Springs, FL 32708 | 117461 |
| Dockside MiniMarket Incorporated | Attn: Gerald G Keltner<br>416 Hancock Rd<br>Bullhead City, AZ 86442-4916 | 416 Hancock Rd<br>Bullhead City, AZ 86442 | 115329 |
| Docs Food Store | Attn: Deelawer Panjwani<br>635 W Campbell Rd #200<br>Richardson, TX 75080 | 635 W Campbell Rd #200<br>Richardson, TX 75080 | 108496 |
| Dolat Partners USA LLC | Attn: Renish Kotadia<br>2302 Ebenezer RD SE<br>Conyers, GA 30094 | 2302 Ebenezer Rd SE<br>Conyers, GA 30094 | 104307 |
| Dollar Eagle Discounts | Attn: Zulu Mania<br>1552 Beechview Ave.<br>Pittsburgh, PA 15216 | 1552 Beechview Ave<br>Pittsburgh, PA 15216 | 103375 |

**EXHIBIT 1 TO ORDER – ELEVENTH OMNIBUS REJECTION MOTION**
Page 3

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Dollar Store Plus Gift | Attn: Tahir Imtiaz<br>2802 Graham Rd<br>Falls Church, VA 22042 | 2802 Graham Rd<br>Falls Church, VA 22042 | 103403 |
| Dong Yang Market | Attn: Shan Hu Tao<br>3101 Clays Mill Rd Ste 102<br>Lexington, KY 40503 | 3101 Clays Mill Rd<br>Lexington, KY 40503 | 113830 |
| Donut Donuts Coffee | Attn: Solomon Yilma<br>1461 Hancock St<br>Quincy, MA 2169 | 1461 Hancock St<br>Quincy, MA 2169 | 101606 |
| Dot Com Vapor LLC | Attn: Travis McDonald<br>8312 E Mill Plain Blvd<br>Vancouver, WA 98664 | 8312 E Mill Plain Blvd<br>Vancouver, WA 98664 | 119925 |
| Dot Com Vapor LLC | Attn: Travis McDonald<br>3415 SE 192nd Ave #103<br>Vancouver, WA 98683 | 3415 SE 192nd Ave ##103<br>Vancouver, WA 98683 | 119926 |
| Double O | Attn: Jay Singh<br>2091 S Sprinkle Rd<br>Kalamazoo, MI 49001 | 2091 S Sprinkle Rd<br>Kalamazoo, MI 49001 | 104219 |
| DownTown Market | Attn: Salam Majeed<br>45 E Muskegon Ave<br>Muskegon, MI 49440 | 45 E Muskegon Ave<br>Muskegon, MI 49440 | 104240 |
| DRock Gaming LLC | 301 Fremont St<br>Las Vegas, NV 89101 | 301 E Fremont St<br>Las Vegas, NV 89101 | 136233 |
| Drop In Store Inc | Attn: Roland Zachary Gomes<br>709 N Main St #1<br>Greenville, SC 29609 | 709 N Main St ##1<br>Greenville, SC 29609 | 115387 |
| Duleep Stores Inc dba Singh Mart #3 | Attn: Surjit Singh<br>16507 Chalk Maple Ln<br>Houston, TX 77095 | 4160 S Sam Houston Pkwy W<br>Houston, TX 77053 | 103841 |
| Dunlap Petroleum Inc. | Attn: Sarwan Singh; Kamesh Kaur<br>3901 S Main St<br>Elkhart, IN 46517 | 3901 S Main St<br>Elkhart, IN 46517 | 108240 |
| Durga LLC | Attn: Pinal Hitesh Patel<br>c/o Rasleen Gas & Food Mart<br>3403 S Chicago Ave<br>South Milwaukee, WI 53172 | 3403 S Chicago Ave<br>South Milwaukee, WI 53172 | 108370 |
| E & A Grocery #2 | Attn: Jarrod Shankle<br>2829 Apple Ave<br>Muskegon, MI 49442 | 2829 Apple Ave<br>Muskegon, MI 49442 | 134892 |
| E Z Trip Food Store 17 | Attn: Isiaka Balogun<br>8240 Abrams Rd<br>Dallas, TX 75231 | 8240 Abrams Rd<br>Dallas, TX 75231 | 108007 |

**EXHIBIT 1 TO ORDER – ELEVENTH OMNIBUS REJECTION MOTION**
Page 4

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| EA Grocers Inc dba Ankeney Fine Foods | Attn: Elvis Ankeney<br>660 Powell St<br>San Francisco, CA 94108 | 660 Powell St<br>SF, CA 94108 | 115390 |
| Eagle Food Mart | Attn: Mahmoud Atieh<br>501 Burlington Ave<br>Gibsonville, NC 27249 | 501 Burlington Ave<br>Gibsonville, NC 27249 | 108159 |
| East Quincy Liquor Store | Attn: Biniam Yosief & Biniam Shibhat<br>16342 E Quincy Ave<br>Aurora, CO 80015 | 16342 E Quincy Ave<br>Aurora, CO 80015 | 108270 |
| EGF Enterprises II Inc | Attn: Elias Francis<br>c/o Easy Shop #2<br>5724 E W.T. Harris Blvd<br>Charlotte, NC 28215 | c/o Easy Shop #2<br>5725 E W.T. Harris Blvd ## A<br>Charlotte, NC 28215 | 101488 |
| El Fandango Mini Super | Attn: Jorge Duenas<br>1928 Olive Ave<br>El Paso, TX 79901 | 1928 Olive Ave<br>El Paso, TX 79901 | 104299 |
| El Super Rancho LLC | Attn: Shmuel Pauls; Johnny Giwargis<br>4501 N 27th Ave<br>Phoenix, AZ 85017 | 4501 N 27th Ave<br>Phoenix, AZ 85017 | 108320 |
| Elite Mobile Phone Repair | Attn: Siham Naser<br>7233 W 103rd St<br>Palos Hills, IL 60465 | 7233 W 103rd St<br>Palos Hills, IL 60465 | 126298 |
| Erwin Mart | Attn: Khamaiseh Amer & Jayesh Patel<br>201 S 13th St<br>Erwin, NC 28339 | 201 S 13th St<br>Erwin, NC 28339 | 103733 |
| Everyday food mart | Attn: Arif Naseri<br>10135 SE Foster Rd<br>Portland, OR 97266 | 10135 SE Foster Rd<br>Portland, OR 97266 | 140873 |
| Experimax Bethesda | Attn: Alexander Estes<br>4915 Fairmont Ave.<br>Bethesda, MD 20814 | 4915 Fairmont Ave<br>Bethesda, MD 20814 | 128812 |
| Express Food Mart | Attn: Ramy Kassim; Kassim Kassim<br>7026 W 16th St<br>Berwyn, IL 60402 | 7026 W 16th St<br>Berwyn, IL 60402 | 108277 |
| Express Mini Market | Attn: Haimanot Embaye<br>9660 E Alameda Ave #110<br>Denver, CO 80247 | 9660 E Alameda Ave #110<br>Denver, CO 80247 | 108233 |
| Express Pantry | Attn: Mo Sandhu<br>7527 Garners Ferry Rd<br>Columbia, SC 29209 | 7527 Garners Ferry Rd<br>Columbia, SC 29209 | 103229 |
| Fairfield Liquors | Attn: Vrajesh Patel<br>407 New London Rd<br>Newark, DE 19711 | 407 New London Rd<br>Newark, DE 19711 | 108336 |

**EXHIBIT 1 TO ORDER – ELEVENTH OMNIBUS REJECTION MOTION**
Page 5

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Fairis Mini Mart | Attn: Omar Abuzaydeh<br>427 Hartford Rd<br>Manchester, CT 6040 | 427 Hartford Rd.<br>Manchester, CT 6040 | 103209 |
| Fairmount Market | Attn: Daniel J Tremble<br>662 Hammond St<br>Bangor, ME 4401 | 662 Hammond St<br>Bangor, ME 4401 | 116266 |
| Fairway One Stop #14 | Attn: Yanira Alvarenga<br>1055 Randolph St<br>Thomasville, NC 27360 | 1055 Randolph St<br>Thomasville, NC 27360 | 103071 |
| Family Meat Market | Attn: Khalid Almahri<br>1255 Buena Vista Ave<br>Stockton, CA 95203 | 1255 Buena Vista Ave<br>Stockton, CA 95203 | 103726 |
| Famous Liquors | Attn: Dixitkumar Patel<br>2604 Locust St<br>Daveport, IA 52804 | 2604 Locust St<br>Davenport, IA 52804 | 108343 |
| Fashion Square Mall Realty, LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 4787 Fashion Square Mall<br>Saginaw, MI 48604 | 103952 |
| Fast Stop | Attn: Kamran Zahid<br>5020 Blue Ridge Cutoff<br>Kansas City, MO 64133 | 5020 Blue Ridge Cutoff<br>Kansas City, MO 64133 | 104427 |
| Fast Stop Liquor | 5406 Whitsett Ave<br>Valley Village, CA 91607 | 5406 Whitsett Ave<br>Los Angeles, CA 91607 | 101410 |
| Fastrac B | Attn: Tallat Raza<br>2690 S 700 E<br>Salt Lake City, UT 84106 | 2690 S 700 E<br>Salt Lake City, UT 84106 | 143837 |
| Fatimide Enterprises Inc | Attn: Alina Mansoor<br>c/o Bank of America<br>6502 Wesley St<br>Greenville, TX 75402 | 6502 Wesley St<br>Greenville, TX 75402 | 130617 |
| FI Management LLC | Attn: Felix Bondar<br>c/o Providence Super Wash Center<br>929 North Main Street<br>Providence, RI 02904 | 929 N Main St<br>Providence, RI 2904 | 120640 |
| Fine Food Mart | Attn: Fine Food Mart<br>2610 West Ave<br>San Antonio, TX 78201 | 2610 West Ave<br>San Antonio, TX 78201 | 103164 |
| First Avenue Lounge | Attn: Ron Bryant<br>2310 N 1st St<br>Lincoln, NE 68521 | 2310 N 1st St<br>Lincoln, NE 68521 | 108656 |

EXHIBIT 1 TO ORDER – ELEVENTH OMNIBUS REJECTION MOTION
Page 6

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| FixIT Tek - Computer Repair | Attn: John Natale Tuminaro<br>11012 SE 62nd Ave<br>Belleview, FL 34420 | 11012 SE 62nd Ave<br>Belleview, FL 34420 | 128861 |
| Food Plus Inc. | Attn: Mansour Ali, P<br>1346 N Masters Dr Ste 100<br>Dallas, TX 75217 | 1346 N Masters Dr<br>Dallas, TX 75217 | 104352 |
| Ford City Realty LLC, Ford City CH LLC, Ford City Nassim LLC c/o Namdar Realty Group | Attn: Igal Namdar<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 7601 Cicero Ave<br>Chicago, IL 60652 | 104247 |
| Fort Madison Tobacco & Liquor Outlets | Attn: Ramkrishna Sunar<br>1735 Ave H<br>Fort Madison, IA 52627 | 1735 Ave H<br>Fort Madison, IA 52627 | 127278 |
| Foster Lake Market | Attn: Lamichhane Sudi<br>5401 US-20<br>Sweet Home, OR 97386 | 5401 US-20<br>Sweet Home, OR 97386 | 104169 |
| Foster's Donuts | 758 Tennessee St<br>Redlands, CA 92374 | 758 Tennessee St<br>Redlands, CA 92374 | 101529 |
| Fountain Discount Liquor | Attn: Yasir Khan<br>7070 US-85<br>Fountain, CO 80817 | 7070 US-85<br>Fountain, CO 80817 | 108438 |
| Fox Convenience | Attn: Todd Gerard Van Zeeland<br>c/o Van Zeeland Oil Co. Inc.<br>PO Box 7777<br>Appleton, WI 54912 | Attn: Todd Gerard Van Zeeland<br>1340 Gillingham Rd<br>Neenah, WI 54956 | 108704 |
| Framingham Liquors | Attn: Nirixa Patel<br>1 Mable St #7032<br>Framingham, MA 1702 | 1 Marble St #7032<br>Framingham, MA 1702 | 143415 |
| Free Spirits Corp | Attn: Sharwan Nambiar<br>5696 N Academy Blvd #204<br>Colorado Springs, NV 80918 | 5969 N Academy Blvd Suite 204<br>Colorado Springs, CO 80918 | 108443 |
| Freta LLC | Attn: Freweyne Yowhannes<br>9590 W Colfax Ave<br>Lakewood, CO 80215 | 9590 W Colfax Ave<br>Lakewood, CO 80215 | 108274 |
| FT Investment Properties LLC | Attn: Babir Sultan<br>210 SW Market St<br>Lee's Summit, MO 64063 | c/o Fast Stop<br>705 E 75th St<br>Kansas City, MO 64131 | 107907 |
| | | c/o FavTrip<br>10507 East 23rd St S<br>Independence, MO 64052 | 104334 |
| | | c/o FavTrip<br>9500 Blue Ridge Blvd<br>Kansas City, MO 64134 | 104426 |
| | | c/o Phillips 66<br>1509 W 12th St<br>Kansas City, MO 64101 | 104428 |

**EXHIBIT 1 TO ORDER – ELEVENTH OMNIBUS REJECTION MOTION**
Page 7

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | c/o Sinclair<br>1704 Grand Blvd<br>Kansas City, MO  64118 | 104430 |
| | | c/o Sinclair<br>211 S Noland Rd<br>Independence, MO  64050 | 104433 |
| | | c/o Conoco<br>500 E 10th St<br>Kansas City, MO  64106 | 104435 |
| | | c/o FavTrip<br>1300 S 4th St<br>Leavenworth, KS  66048 | 104436 |
| | | c/o Phillips 66<br>115 Harvest Dr<br>Louisburg, KS  66053 | 104450 |
| Fuel Centers Environmental Management LLC dba DFW Oil Energy LLC | Attn: Sami N Ebrahim/Essam Shehata<br>1111 N Belt Line #100<br>Garland, TX 75040 | 301 Legacy Dr<br>Plano, TX  75023 | 119409 |
| | | 7601 Mid Cities Blvd<br>North Richards Hills, TX  76182 | 119414 |
| | | 3300 Long Prairie Rd<br>Flower Mound, TX  75022 | 119415 |
| | | 100 S Greenville Ave<br>Richardson, TX  75081 | 119418 |
| | | 2200 McDermott Rd<br>Plano, TX  75025 | 119428 |
| | | 4902 Lakeview Pkwy<br>Rowlett, TX  75088 | 119430 |
| | | 12950 Coit Rd<br>Dallas, TX  75251 | 126246 |
| | | 350 N Riverside Dr<br>Fort Worth, TX  76111 | 126247 |
| | | 210 E FM 1382<br>Cedar Hill, TX  75104 | 147172 |

EXHIBIT 1 TO ORDER  – ELEVENTH OMNIBUS REJECTION MOTION
Page 8