BRETT A. AXELROD, ESQ. (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
          jmcpherson@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF ENTRY OF ORDER GRANTING TWELFTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE** |

**PLEASE TAKE NOTICE** that on the 26th day of July, 2023, the Court entered an *Order Granting Twelfth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Setting Rejection Damages Claim Deadline* [ECF 945], a copy of which is attached here.

Dated this 27th day of July, 2023.

                                **FOX ROTHSCHILD LLP**

                                By: /s/ Jeanette E. McPherson
                                    JEANETTE E. MCPHERSON, ESQ. (5423)
                                    BRETT A. AXELROD, ESQ. (5859)
                                    NICHOLAS A. KOFFROTH, ESQ. (16264)
                                    ZACHARY T. WILLIAMS, ESQ. (16023)
                                    1980 Festival Plaza Drive, Suite 700
                                    Las Vegas, Nevada 89135
                                *Counsel for Debtor*

1

147868833.1



Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 26, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br>**ORDER GRANTING TWELFTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE**<br>Hearing Date:  July 20, 2023<br>Hearing Time: 10:30 a.m. |

1

147688648.1 [TWELFTH MOTION]

The Court having reviewed and considered Debtor's motion [ECF 684] (the "Motion")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a); and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** with respect to the Contracts and/or Leases as set forth in **Exhibit 1**;[2] and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that all persons and entities listed on **Exhibit 1** that assert any claims against Debtor for damages arising from the rejection of their leases listed on **Exhibit 1** (a "Rejection Damages Claim") must file a Proof of Claim with the Clerk of the Bankruptcy Court for such Rejection Damages Claim **no later than thirty (30) days after entry of this Order** or shall be forever barred from asserting such Rejection Damages Claim; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

[2] With respect to Brookfield Landlords only, the hearing on the Motion has been continued to July 27, 2023 at 1:30 p.m. pursuant to the *Order Granting Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF 851] entered by the Court on July 17, 2023.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ.
BRETT A. AXELROD, ESQ.
NICHOLAS A. KOFFROTH, ESQ.
ZACHARY T. WILLIAMS, ESQ.
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

**APPROVED**/DISAPPROVED

**MCDONALD CARANO LLP**

By: /s/ Catherine V. Lotempio
RYAN J. WORKS, ESQ. (NSBN 9224)
AMANDA M. PERACH, ESQ. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
and
**SEWARD & KISSEL LLP**
JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
CATHERINE V. LOTEMPIO, ESQ. (Admitted *Pro Hac Vice*)
ANDREW J. MATOTT, ESQ.
One Battery Park Plaza
New York, New York 10004
*Counsel for Official Committee of Unsecured Creditors*

1 **CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

2 In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

3 ☐   The Court has waived the requirement of approval in LR 9021(b)(1).

4 ☐   No party appeared at the hearing or filed an objection to the motion.

5 ☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

7 ☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

4

147688648.1 [TWELFTH MOTION]

# EXHIBIT 1

**CONTRACTS AND/OR LEASES TO BE REJECTED**

1

147688648.1 [TWELFTH MOTION]

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Fuel Rush LLC | Attn: Gosain Jishnu Luv<br>2100 Thousand Oaks Dr<br>Jackson, MS 39212 | 2100 Thousand Oaks Dr<br>Jackson, MS  39212 | 108938 |
| Fueled Auto & Truck Shop | Attn: Mohammad Gazi, Khaled Uz Zaman<br>2302 N Swenson St<br>Stamford, TX 79553 | 2302 N Swenson St<br>Stamford, TX  79553 | 109046 |
| G & E Liquors | Attn: Girum Alemayehu<br>18680 E Iliff Ave<br>Aurora, CO 80013 | 18680 E Iliff Ave<br>Aurora, CO  80013 | 108215 |
| Gabe's Market | Attn: Gebeyehu Teklemariam<br>6882 Macon Rd<br>Memphis, TN 38134 | 6882 Macon Rd<br>Memphis, TN  38134 | 104276 |
| Gahm's Market | Attn: Jessica Gahm<br>50 Center St<br>Lucasville, OH 45648 | 50 Center St<br>Lucasville, OH  45648 | 146829 |
| Galewood Foods | Attn: Ajay Chhabra<br>1149 Burton St SW<br>Wyoming, MI 49509 | 1149 Burton St SW<br>Wyoming, MI  49509 | 104235 |
| Galley Liquor | Attn: Tanka Neupane<br>4311 Galley Rd<br>Colorado Springs, CO 80915 | 4311 Galley Rd<br>Colorado Springs, CO  80915 | 108433 |
| Game Haven LLC | Attn: Shawn Rhoades<br>10938 S Paddle Board Way<br>South Jordan, UT 84009 | 9860 700 E unit #1<br>Sandy, UT  84070 | 101396 |
| Game Haven Utah LLC | Attn: Shawn Rhoades<br>273 West 500 South #5<br>Bountiful, UT 84010 | 273 W 500 S<br>Bountiful, UT  84010 | 101418 |
| Game Haven West Jordan | Attn: Shawn Rhoades<br>3245 W 7800 South #4D<br>West Jordan, UT 84088 | 3245 W 7800 S<br>West Jordan, UT  84088 | 101419 |
| Gamer Planet | Attn: Daniel Perry<br>67 W 10600 S<br>Sandy, UT 84070 | 67 W 10600 S<br>Sandy, UT  84070 | 103525 |
| GAS MART 4 | Attn: Ahmed Hasan<br>9301 Lewis and Clark Blvd<br>Jennings, MO 63196 | 9301 Lewis and Clark Blvd<br>Jennings, MO  63136 | 103346 |
| Gash Mini Mart | Attn: Tedros Kifleyesus<br>5622 E Independence Blvd Ste 125<br>Charlotte, NC 28212 | 5622 E Independence blvd suite 125<br>Charlotte, NC  28212 | 103189 |

Case 23-10423-mkn    Doc 966    Entered 07/27/23 14:52:56    Page 7 of 18

**EXHIBIT 1 TO ORDER – TWELFTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Gasoline Ray's Dive Bar | Attn: Koteiba Azzem<br>4907 Crossroads Dr<br>Suite #F<br>El Paso, TX 79932 | 4907 Crossroads Dr #suite f<br>El Paso, TX  79932 | 104302 |
| Gateway 28 | Attn: Ahmed Abdelghani<br>7025 Cedar Ridge Dr<br>Dallas, TX 75236 | 7025 Cedar Ridge Dr<br>Dallas, TX  75236 | 108024 |
| Gateway Fast Serv 76 | Attn: Amaan Singh<br>c/o Amaan Petro Inc.<br>515 NE 102nd<br>Portland, OR 97220 | 515 NE 102nd Ave<br>Portland, OR  97220 | 101590 |
| Gateway Marathon Inc | Attn: Varsha Patel<br>2 Gateway Blvd W<br>Savannah, GA 31419 | 2 Gateway Blvd W<br>Savannah, GA  31419 | 103626 |
| Gateway Plaza | Attn: Salem Sager<br>18000 US-180<br>Hurley, NM 88043 | 18000 US-180<br>Hurley, NM  88043 | 120399 |
| GG convenience store | Attn: Genet Gebremedh<br>1550 Joliet St<br>Aurora, CO 80010 | 7520 E Colfax Ave<br>Denver, CO  80220 | 108348 |
| Gill Foodmart & Gas | Attn: Manjit Singh<br>1930 S Mooney Blvd<br>Visalia, CA 93277 | 1930 S Mooney Blvd<br>Visalia, CA  93277 | 108914 |
| Gingersnaps Coffeehouse & Cafe | Attn: Loretta Lynn Henry<br>3125 S 3rd P<br>Terre Haute, IN 47802 | 3125 S 3rd Pl<br>Terre Haute, IN  47802 | 123872 |
| GL 360 INC | Attn: Jamil Abdeljabbar<br>7996 Big Bend Blvd<br>Webster Groves, MO 63119 | 7996 Big Bend Blvd<br>Webster Groves, MO  63119 | 103352 |
| Glenview Liquors | Attn: Rashmika Patel<br>1214 Waukegan Rd<br>Glenview, IL 60025 | 1214 Waukegan Rd<br>Glenview, IL  60025 | 108536 |
| Global Mart LLC | Attn: Tawfig Hagelamin<br>89 2nd St Unit 7<br>Coralville, IA 52241 | 89 2nd St Unit 7<br>Coralville, IA  52241 | 113864 |
| GMMA Fuel Mart LLC | Attn: Moe Awad<br>6004 Madison Rd<br>Cincinnati, OH 45227 | 6004 Madison Rd<br>Cincinnati, OH  45227 | 103939 |
| Golakia & Singh LLC | Attn: Nilesh Golakia<br>c/o Harvey's<br>1028 W Cartwright Rd<br>Mesquite, TX 75149 | 3301 Broadway Blvd<br>Garland, TX  75043 | 108125 |

**EXHIBIT 1 TO ORDER  – TWELFTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Good 2 Go Stores LLC | Attn: John Pearson<br>PO Box 50430<br>Idaho Falls, ID 83405 | 1110 Main St<br>Salmon, ID  83467 | 147177 |
| | | 944 University Blvd<br>Rexburg, ID  83440 | 147178 |
| | | 3505 E 105 N<br>Ucon, ID  83401 | 147179 |
| | | 182 S State St<br>Rigby, ID  83442 | 147180 |
| | | 445 Farnsworth Way<br>Rigby, ID  83442 | 147181 |
| | | 1490 Fremont Ave<br>Idaho Falls, ID  83402 | 147182 |
| | | 3727 N Yellowstone Hwy<br>Idaho Falls, ID  83402 | 147183 |
| | | 125 S 25th E<br>Idaho Falls, ID  83401 | 147184 |
| | | 510 S State St<br>Shelley, ID  83274 | 147185 |
| | | 6662 W Overland<br>Idaho Falls, ID  83402 | 147186 |
| | | 1800 E Airport Rd<br>Blackfoot, ID  83221 | 147187 |
| | | 1440 N Main St<br>Pocatello, ID  83204 | 147188 |
| | | 1063 E Hwy 54<br>Mona, UT  84645 | 147189 |
| | | 1010 N Main St<br>Nephi, UT  84648 | 147190 |
| | | 85 N Main St<br>Levan, UT  84639 | 147191 |
| | | 47 N 400 E St<br>Moroni, UT  84646 | 147192 |
| | | 1224 E Main<br>Green River, UT  84525 | 147193 |
| | | 1060 S Hwy 99<br>Fillmore, UT  84631 | 147194 |
| | | 200 County Rd 215<br>Parachute, CO  81635 | 147195 |
| | | 201 Columbine Ct<br>Parachute, CO  81635 | 147196 |
| | | 401 30 Rd<br>Grand Junction, CO  81504 | 147197 |
| | | 745 Horizon Dr<br>Grand Junction, CO  81506 | 147198 |
| | | 333 N 1st St<br>Grand Junction, CO  81501 | 147199 |
| | | 403 Jurassic Ave<br>Fruita, CO  81521 | 147200 |
| | | 1440 N Townsend<br>Montrose, CO  81401 | 147201 |
| | | 717 S Broadway<br>Cortez, CO  81321 | 147202 |
| | | 3215 Isleta Blvd SW<br>Albuquerque, NM  87105 | 147390 |

**EXHIBIT 1 TO ORDER  – TWELFTH OMNIBUS REJECTION MOTION**

Page 3

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 580 Unser Blvd SE<br>Rio Rancho, NM  87124 | 147391 |
| | | 3745 Corrales Rd<br>Corrales, NM  87048 | 147392 |
| | | 1475 Rio Rancho Blvd SE<br>Rio Rancho, NM  87124 | 147393 |
| | | 1401 Broadway Blvd SE<br>Albuquerque, NM  87102 | 147394 |
| | | 1655 Main St SW<br>Los Lunas, NM  87031 | 147396 |
| | | 1101 N California St<br>Socorro, NM  87801 | 147398 |
| | | 1535 Coors Blvd NW<br>Albuquerque, NM  87121 | 147400 |
| | | 1111 Rio Grande Blvd NW<br>Albuquerque, NM  87104 | 147401 |
| | | 3630 Historic Route 66<br>Santa Rosa, NM  88435 | 147403 |
| | | 2632 E Fry Blvd<br>Sierra Vista, AZ  85635 | 147404 |
| | | 1501 E Ash St<br>Globe, AZ  85501 | 147405 |
| | | 1000 W Gila Bend Hwy<br>Casa Grande, AZ  85122 | 147406 |
| | | 915 W Beale St<br>Kingman, AZ  86401 | 147407 |
| | | 1897 Pueblo Ridge Rd Ste A<br>Camp Verde, AZ  86322 | 147408 |
| | | 3179 Willow Creek Rd<br>Prescott, AZ  86301 | 147409 |
| | | 805 W Hwy 60<br>Superior, AZ  85173 | 147410 |
| | | 2234 E Florence<br>Casa Grande, AZ  85122 | 147411 |
| | | 8333 N Cortaro Rd<br>Marana, AZ  85743 | 147412 |
| | | 1050 E 10th St<br>Douglas, AZ  85607 | 147413 |
| | | 101 Arizona St<br>Bisbee, AZ  85603 | 147414 |
| | | 4525 N Hwy 89<br>Flagstaff, AZ  86004 | 147415 |
| | | 1555 E Hwy 69<br>Prescott, AZ  86301 | 147416 |
| | | 90 N Hipkoe Dr<br>Winslow, AZ  86047 | 147417 |
| | | I 40 Exit 359 Grant Rd<br>Lupton, AZ  86508 | 147418 |
| | | 902 Main St<br>Silt, CO  81652 | 148952 |
| | | 2146 Broadway<br>Grand Junction, CO  81507 | 148953 |

**EXHIBIT 1 TO ORDER  – TWELFTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Goodwin Mini Mart | Attn: Omar Abuzaydeh<br>50 Fenn Rd<br>Newington, CT 6111 | 50 Fenn Rd.<br>Newington, CT 6111 | 103210 |
| Grams Inc (dba Grams Mini Mart) | Attn: Benjamin Torkhan<br>9009 N 103rd Ave #101<br>Sun City, AZ 85351 | 9009 N 103rd Ave #101<br>Sun City, AZ 85351 | 103527 |
| Green Bird Liquor Water Store Inc | Attn: Raed Matta<br>22429 Bloomfeld Ave<br>Cypress, CA 90630 | 22429 Bloomfeld Ave<br>Hawaiian Gardens, CA 90716 | 104166 |
| Green Laundry | Attn: Ming Cheng<br>940 Dixwell Ave.<br>Hamden, CT 6514 | 940 Dixwell Ave<br>Hamden, CT 6514 | 103201 |
| Green Trail Smoke Shop | Attn: Casey Lonnie Thornton<br>811 W University Dr Ste 103<br>Mesa, AZ 85201 | 811 W University Dr #Suite #103<br>Mesa, AZ 85201 | 108587 |
| Greenlake Gas Station Inc | Attn: Yemane Tewelde<br>7200 Aurora Ave N<br>Seattle, WA 98103 | 7200 Aurora Ave N<br>Seattle, WA 98103 | 119658 |
| Gregory M. Parker Inc. | Attn: Keith Saltzman<br>17 W. McDonough St<br>Savannah, GA 31401 | Attn: Keith Saltzman<br>13740 E Oglethorpe Hwy<br>Midway, GA 31320 | 148417 |
| | | Attn: Keith Saltzman<br>222 Drayton St<br>Savannah, GA 31401 | 148423 |
| | | Attn: Keith Saltzman<br>141 Lanier Dr<br>Statesboro, GA 30458 | 148424 |
| | | Attn: Keith Saltzman<br>1910 E President St<br>Savannah, GA 31404 | 148429 |
| | | Attn: Keith Saltzman<br>58 Old Sunbury Rd<br>Hinesville, GA 31313 | 148430 |
| | | Attn: Keith Saltzman<br>10525 Abercorn St<br>Savannah, GA 31419 | 148431 |
| | | Attn: Keith Saltzman<br>4480 US-80<br>Ellabell, GA 31308 | 148433 |
| | | Attn: Keith Saltzman<br>9227 Evan Way<br>Bluffton, SC 29910 | 148434 |
| | | Attn: Keith Saltzman<br>469 Buckwalter Pkwy<br>Bluffton, SC 29910 | 148435 |
| | | Attn: Keith Saltzman<br>1435 GA-21 S<br>Springfield, GA 31329 | 148436 |

**EXHIBIT 1 TO ORDER – TWELFTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Attn: Keith Saltzman<br>2 Gateway Village Rd<br>Bluffton, SC  29910 | 148437 |
| | | Attn: Keith Saltzman<br>10 N Godley Station Blvd<br>Pooler, GA  31322 | 148438 |
| | | Attn: Keith Saltzman<br>1286 Fording Island Rd<br>Bluffton, SC  29910 | 148439 |
| | | Attn: Keith Saltzman<br>4219 Augusta Rd<br>Garden City, GA  31408 | 148440 |
| | | Attn: Keith Saltzman<br>6159 GA-21<br>Rincon, GA  31326 | 148441 |
| | | Attn: Keith Saltzman<br>24151 Hwy 80 E<br>Statesboro, GA  30458 | 148442 |
| | | Attn: Keith Saltzman<br>3050 US-80<br>Bloomingdale, GA  31302 | 148443 |
| | | Attn: Keith Saltzman<br>6200 Jennifer Ct<br>Bluffton, SC  29910 | 148444 |
| | | Attn: Keith Saltzman<br>300 SW Broad St<br>Metter, GA  30439 | 148445 |
| | | Attn: Keith Saltzman<br>11012 Hwy 301 S<br>Statesboro, GA  30458 | 148446 |
| | | Attn: Keith Saltzman<br>113 Oxley Dr<br>Lyons, GA  30436 | 148447 |
| | | Attn: Keith Saltzman<br>1588 Brampton Ave<br>Statesboro, GA  30458 | 148448 |
| | | Attn: Keith Saltzman<br>5300 Skidaway Rd<br>Savannah, GA  31404 | 148449 |
| | | Attn: Keith Saltzman<br>1705 Ribaut Rd<br>Port Royal, SC  29935 | 148450 |
| | | Attn: Keith Saltzman<br>105 Queen St<br>Vidalia, GA  30474 | 148452 |
| | | Attn: Keith Saltzman<br>3 N Duval St<br>Claxton, GA  30417 | 148453 |
| | | Attn: Keith Saltzman<br>165 William Hilton Pkwy<br>Hilton Head Island, SC  29926 | 148454 |
| | | Attn: Keith Saltzman<br>7021 N Okatie Hwy<br>Ridgeland, SC  29936 | 148456 |

**EXHIBIT 1 TO ORDER  – TWELFTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Attn: Keith Saltzman<br>8251 Pinellas Dr<br>Bluffton, SC  29910 | 148457 |
| | | Attn: Keith Saltzman<br>12 Savannah Hwy<br>Beaufort, SC  29906 | 148459 |
| | | Attn: Keith Saltzman<br>3462 Trask Pkwy<br>Beaufort, SC  29906 | 148460 |
| | | Attn: Keith Saltzman<br>5890 W Oglethorpe Hwy<br>Hinesville, GA  31313 | 148461 |
| | | Attn: Keith Saltzman<br>6 Barrel Landing Rd<br>Okatie, SC  29909 | 148462 |
| | | Attn: Keith Saltzman<br>2175 Benton Blvd<br>Savannah, GA  31407 | 148463 |
| | | Attn: Keith Saltzman<br>110 N Veterans Blvd<br>Glennville, GA  30427 | 148466 |
| | | Attn: Keith Saltzman<br>133 Sams Point Rd<br>Beaufort, SC  29907 | 148467 |
| | | Attn: Keith Saltzman<br>856 Sea Island Pkwy<br>St Helena Island, SC  29920 | 148468 |
| | | Attn: Keith Saltzman<br>2111 Pooler Pkwy<br>Pooler, GA  31322 | 148469 |
| | | Attn: Keith Saltzman<br>1275 E US-80<br>Pooler, GA  31322 | 148470 |
| | | Attn: Keith Saltzman<br>115 S Hwy 52<br>Moncks Corner, SC  29461 | 148471 |
| | | Attn: Keith Saltzman<br>774 N Jefferies Blvd<br>Walterboro, SC  29488 | 148474 |
| | | Attn: Keith Saltzman<br>1451 Ribaut Rd<br>Port Royal, SC  29935 | 148476 |
| | | Attn: Keith Saltzman<br>430 William Hilton Pkwy<br>Hilton Head Island, SC  29928 | 148682 |
| GT Repairs Corp. | Attn: Jorge Rodriguez<br>8030 W Sample Rd<br>Margate, FL 33065 | 8030 W Sample Rd<br>Margate, FL  33065 | 127696 |
| Guevara Grocery | Attn: Yanira Alvarenga<br>532 W Northwest Blvd<br>Winston-Salem, NC 27105 | 532 W Northwest Blvd<br>Winston-Salem, NC  27105 | 108254 |

**EXHIBIT 1 TO ORDER – TWELFTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Gujju Patel Corp | Attn: Rick Patel<br>2483 Burlington Pike<br>Burlington, KY 41005 | 2483 Burlington Pike<br>Burlington, KY 41005 | 103944 |
| Gulf M&M Gas Station | Attn: Sourabh Bhaduri; Omar Abuzaydeh<br>307 Hazard Ave<br>Enfield, CT 6082 | 307 Hazard Ave<br>Enfield, CT 6082 | 103649 |
| Gupta Holdings LLC (DBA Fizz Liquors) | Attn: Pradeep Gupta<br>11617 E Powers Ave<br>Englewood, CO 80111 | Attn: Pradeep Gupta<br>11021 S Parker Rd<br>Parker, CO 80134 | 103652 |
| Gurkhas LLC | Attn: Aashih Bhakta<br>5300 N State St<br>Jackson, MS 39206 | 5300 N State St<br>Jackson, MS 39206 | 108759 |
| Guru conveniece store/ smoke shop | Attn: Dilli Phuyel<br>4123 Brownsville Rd<br>Brentwood, PA 15227 | 4123 Brownsville Rd<br>Brentwood, PA 15227 | 139461 |
| H & UK Corporation dba Marketplace on the Common | Attn: Muhammad Mustafa<br>6 Moulton Street<br>Barre, MA 01005 | 6 Moulton St<br>Barre, MA 1005 | 123440 |
| H&S Investment Group LLC dba Sunburst Food Mart | Attn: Ali Soweidan<br>1326 E 5600 S<br>Salt Lake City, UT 84121 | 1326 E 5600 S<br>Salt Lake City, UT 84121 | 104227 |
| Halfmann ENterprises Inc | Attn: Muhammad Ahmed<br>3008 W Slaughter Ln #B<br>Austin, TX 78748 | 3008 W Slaughter Ln ## B<br>Austin, TX 78748 | 108072 |
| Hamilton Mall Realty LLC, Hamilton Mall CH LLC, Hamilton Nassim LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Road, Suite 304<br>Great Neck, NY 11021 | 4403 E Black Horse Pike<br>Mays Landing, NJ 8330 | 103962 |
| Hampton Beer & Food LLC | Attn: Nikil Patel<br>10707 W Hampton Dr<br>Milwaukee, WI 53225 | 10707 W Hampton Ave<br>Milwaukee, WI 53225 | 103795 |
| Handy Mart | Attn: Vikas Sood<br>141 E Roller Ave<br>PO Box 236<br>Decatur, AR 72722 | 141 E Roller Ave<br>Decatur, AR 72722 | 122138 |
| Hannah's Stop 'N' Shop | Attn: Namee Barakat<br>2510 S Wilmington St<br>Raleigh, NC 27603 | 2510 S Wilmington St<br>Raleigh, NC 27603 | 103067 |
| Hannga Corp | Attn: Michelle Saini<br>7219 Rainer Avenue S<br>Seattle, WA 98118 | c/o 72nd Deli & Market<br>716 S 72nd St<br>Tacoma, WA 98408 | 121890 |

**EXHIBIT 1 TO ORDER – TWELFTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| HAPPY MINI MART, INC. | Attn: Gurvinder Singh<br>1300 Brodhead Rd<br>Coraopolis, PA 15108 | 1300 Brodhead Rd<br>Coraopolis, PA  15108 | 103387 |
| Harbour Way Mart | Attn: Amrik Johal<br>1000 Cutting Blvd<br>Richmond, CA 94804 | 1000 Cutting Blvd<br>Richmond, CA  94804 | 103743 |
| Harley's Smoke Shop LLC | Attn: Elizabeth Ann Barrett<br>9333 E Main St<br>Ste 129<br>Mesa, AZ 85207 | Attn: Elizabeth Ann Barrett<br>9333 E Main St<br>Ste 123<br>Mesa, AZ  85207 | 108598 |
| Harrisburg Food Mart | Attn: Sukhwinder Thind<br>1814 Harrisburg Pike<br>Columbus, OH 43223 | 1814 Harrisburg Pike<br>Columbus, OH  43223 | 103884 |
| Harrison Street Mart - Santa Lama | Attn: Santa Lama<br>4140 SE Harrison St<br>Milwaukie, OR 97222 | 4140 SE Harrison St<br>Milwaukie, OR  97222 | 113837 |
| Hassan Budvani LLC | Attn: Aimin Mukhida<br>3515 Towson Ave<br>Fort Smith, AR 72901 | 3515 Towson Ave<br>Fort Smith, AR  72901 | 104261 |
| Hastatek Corp. (DBA Boulder Beer & Liquor Emporium) | Attn: Bharat Karki<br>4700 Table Mesa Dr<br>Boulder, CO 80305 | 4700 Table Mesa Dr<br>Boulder, CO  80305 | 103683 |
| Havana Smoke and Vape Shop | Attn: Issam Jamal Qasim<br>1601 N Sonoita Ave<br>Tucson, AZ 85712 | Attn: Issam Jamal Qasim<br>1229 W Marys Rd<br>#101<br>Tucson, AZ  85745 | 108631 |
| Hemmenway Variety | Attn: Harry Patel<br>95 Westland Ave<br>Boston, MA 2115 | 95 Westland Ave<br>Boston, MA  2115 | 103094 |
| Hendorson Oil Co. | Attn: John Haigh<br>745 Ashe St<br>Hendersonville, NC 28792 | 1734 Brevard Rd<br>Hendersonville, NC  28791 | 141990 |
| Henna Inc dba Shop N Go | Attn: Salem Dharani<br>14714 Webb Chapel Rd<br>Dallas, TX 75234 | 14714 Webb Chapel Rd<br>Dallas, TX  75234 | 104332 |
| Henry Mashian | Attn: Henry Mashian<br>c/o Michaels Liquor<br>2402 Wilshire Blvd<br>Santa Monica, CA 90403 | 2402 Wilshire Blvd<br>Santa Monica, CA  90403 | 117085 |
| Heritage Realty LLC, Heritage CH LLC, Heritage Nassim LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 1895 14th Ave SE<br>Albany, OR  97322 | 103955 |

**EXHIBIT 1 TO ORDER  – TWELFTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| High Spirits Liquor | Attn: Eric George<br>207 E Monroe Ave<br>Lowell, AR 72745 | 207 E Monroe Ave<br>Lowell, AR 72745 | 122055 |
| Hillside Market | Attn: Sonal One Inc; Harry Patel<br>82 Hillside St<br>Boston, MA 02120 | 82 Hillside St<br>Boston, MA 2120 | 108463 |
| Himalayan Express LLC | Attn: Sarala Kadel Tripathi<br>c/o Diamond Convenience Store<br>633 S Leggett Dr<br>Abilene, TX 79605 | 633 S Leggett Dr<br>Abilene, TX 79605 | 103291 |
| Himalayan Mart LLC | Attn: Kritika Pant<br>6428 Denton Hwy<br>Watauga, TX 76148 | 6428 Denton Hwy<br>Watauga, TX 76148 | 113827 |
| Hissan Tehseen Inc | Attn: Hissan Khalid<br>4701 Jonestown Rd<br>Harrisburg, PA 17109 | 4701 Jonestown Rd<br>Harrisburg, PA 17109 | 103466 |
| HNA Enterprises | Attn: Joe Chetry<br>c/o Handy Food Stores<br>7903 Main St<br>North Richland Hills, TX 76182 | 7903 Main St<br>North Richland Hills, TX 76182 | 104348 |
| Hoffman Estates Laundromat | Attn: Norm Lynn<br>2332 Hassell Rd<br>Hoffman Estates, IL 60169 | 2332 Hassell Rd<br>Hoffman Estates, IL 60169 | 128153 |
| Hollinger Investments Inc. | Attn: Robert Hollinger<br>2090 N Jefferson St<br>Huntington, IN 46750 | 2090 N Jefferson St<br>Huntington, IN 46750 | 120629 |
| Holly Market | Attn: Alemu Temesgen<br>5538 E 33rd Ave<br>Denver, CO 80207 | 5538 E 33rd Ave<br>Denver, CO 80207 | 113824 |
| Hop In | Attn: Ashwin Pokharel<br>1400 Coggin Ave<br>Brownwood, TX 76801 | 1400 Coggin Ave<br>Brownwood, TX 76801 | 116094 |
| Hop In Exxon | Attn: Wolff, George, MD Islam<br>3474 Elvis Presley Blvd<br>Memphis, TN 38116 | 3474 Elvis Presley Blvd<br>Memphis, TN 38116 | 108104 |
| Horizon Supermarket | Attn: Rami Benjamin Fakhouri<br>1130 S Galena Ave<br>Freeport, IL 61032 | 1130 S Galena Ave<br>Freeport, IL 61032 | 108196 |
| House of Hukas | Attn: Adnan Afridi<br>4552 West Dutchman Lane<br>Riverton, UT 84096 | 7790 S 700 E<br>Midvale, UT 84047 | 101468 |
| | | 3018 W. 13400 S<br>Riverton, UT 84065 | 101512 |

**EXHIBIT 1 TO ORDER – TWELFTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 805 S 900 W<br>Salt Lake City, UT  84104 | 101517 |
| | | 4018 S Redwood Rd<br>West Valley, UT  81423 | 101518 |
| | | 8957 S 1300 W<br>West Jordan, UT  84088 | 101519 |
| Hurricane Chevron LLC | Attn: Vasu Patel<br>1572 S Convention Center Dr<br>St. George, UT 84790 | 687 State St<br>Hurricane, UT  84737 | 104194 |
| I & N Mini Mart | Attn: Kamlesh Patel<br>8055 US Hwy 64 Alt W<br>Tarboro, NC 27886 | 8055 US Highway 64 Alternate West<br>Tarboro, NC  27886 | 103723 |
| I and U Corporation dba BD Mart | Attn: Umar Chaudhry<br>20 East Street<br>Springfield, MA 1104 | 20 East St<br>Springfield, MA  1104 | 103091 |
| Ike Gaming Inc | 600 East Fremont<br>Las Vegas, NV 89101 | 600 E Fremont St<br>Las Vegas, NV  89101 | 149665 |
| Illinois Liquor Mart | Attn: Tom Hoffman<br>834 N Russell St<br>Marion, IL 62959 | 802 N Russell St<br>Marion, IL  62959 | 109038 |
| Imperial King liquor & Water | Attn: Elian Darghli<br>10630 Imperial Hwy.<br>Norwalk, CA 90650 | 10630 Imperial Hwy<br>Norwalk, CA  90650 | 104156 |
| In & Out Liquor | Attn: Laith Swaiss<br>7101 West 183<br>Unit #107<br>Tinley Park, IL 60477 | 7101 West 183 unit#107<br>Tinley Park, IL  60477 | 108367 |
| IV King wine & Liquor | Attn: Ablud Khan<br>408 E Bidwell St<br>Folsom, CA 95630 | 408 E Bidwell St<br>Folsom, CA  95630 | 108152 |
| J&J Market | Attn: Shima Kad<br>525 N Central Ave #1<br>Upland, CA 91786 | 525 N Central Ave<br>Upland, CA  91786 | 101530 |
| Jack of All Macs LLC | Attn: Benjamin Decker<br>3855 Ambrosia St<br>Castle Rock, CO 80109 | 3855 Ambrosia St<br>Castle Rock, CO  80109 | 125516 |
| Jackson Crossing Realty LLC, Jackson Crossing CH LLC, Jackson Crossing Nassim LLC | Attn: Igal Namdar<br>1092 Jackson Crossing<br>Jackson, MI 49202<br><br>c/o Namdar Realty Group<br>150 Great Neck Road Suite 304<br>Great Neck, NY  11021 | 1092 Jackson Crossing<br>Jackson, MI  49202 | 103953 |

**EXHIBIT 1 TO ORDER  – TWELFTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Jacob Mobil Mart LLC | Attn: Mohamad Moquasher<br>6827 Greenfield Rd<br>Detroit, MI 48228 | 6827 Greenfield Rd<br>Detroit, MI 48228 | 104073 |
| Jacob's Food Mart | Attn: Srihari Gulla<br>1425 S Marietta St<br>Gastonia, NC 28054 | 1425 S Marietta St<br>Gastonia, NC 28054 | 108269 |
| Jasrup Inc | Attn: Jatinder S Parmar<br>28600 Salmon River Hwy<br>Grand Ronde, OR 97347 | Attn: Jatinder S Parmar<br>28600 OR-18<br>Grand Ronde, OR 97347 | 117215 |
| Jay Shambhu Inc | Attn: Sarmila Dahal Paudel<br>5395 Commercial Street SE<br>Salem, OR 97306 | 5395 Commercial St SE<br>Salem, OR 97306 | 103482 |

**EXHIBIT 1 TO ORDER – TWELFTH OMNIBUS REJECTION MOTION**