BRETT A. AXELROD, ESQ. (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
          jmcpherson@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF ENTRY OF ORDER GRANTING THIRTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE** |

**PLEASE TAKE NOTICE** that on the 26th day of July, 2023, the Court entered an *Order Granting Thirteenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Setting Rejection Damages Claim Deadline* [ECF 946], a copy of which is attached here.

Dated this 27th day of July, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

1

147869259.1



Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 26, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          jmcpherson@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**ORDER GRANTING THIRTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE**<br><br>Hearing Date:   July 20, 2023<br>Hearing Time:  10:30 a.m. |

1

147688651.1 [THIRTEENTH]

The Court having reviewed and considered Debtor's motion [ECF 687] (the "<u>Motion</u>")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a); and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** with respect to the Contracts and/or Leases as set forth in **Exhibit 1**; and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that all persons and entities listed on **Exhibit 1** that assert any claims against Debtor for damages arising from the rejection of their leases listed on **Exhibit 1** (a "<u>Rejection Damages Claim</u>") must file a Proof of Claim with the Clerk of the Bankruptcy Court for such Rejection Damages Claim **no later than thirty (30) days after entry of this Order** or shall be forever barred from asserting such Rejection Damages Claim; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

/ / /

/ / /

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

2

147688651.1 [THIRTEENTH]

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**


By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ.
BRETT A. AXELROD, ESQ.
NICHOLAS A. KOFFROTH, ESQ.
ZACHARY T. WILLIAMS, ESQ.
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*


**APPROVED**/DISAPPROVED

**MCDONALD CARANO LLP**


By: /s/ Catherine V. Lotempio
RYAN J. WORKS, ESQ. (NSBN 9224)
AMANDA M. PERACH, ESQ. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

and

**SEWARD & KISSEL LLP**
JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
CATHERINE V. LOTEMPIO, ESQ. (Admitted *Pro Hac Vice*)
ANDREW J. MATOTT, ESQ.
One Battery Park Plaza
New York, New York 10004
*Counsel for Official Committee of Unsecured Creditors*

147688651.1 [THIRTEENTH]

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

4

147688651.1 [THIRTEENTH]

# EXHIBIT 1

## CONTRACTS AND/OR LEASES TO BE REJECTED

147688651.1 [THIRTEENTH]

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Jaya & Lami LLC | Attn: Surinder Singh<br>515 W Michigan Ave<br>Battle Creek, MI 49037 | 515 W Michigan Ave<br>Battle Creek, MI 49037 | 104225 |
| Jay's | Attn: Gokulbhai H Dalal<br>5715 Altama Ave<br>Brunswick, GA 31525 | 5715 Altama Ave<br>Brunswick, GA 31525 | 107959 |
| JB Severn LLC | Attn: Edwin Bochtler<br>6320 Narcoossee Rd.<br>Orlando, FL 32822 | 6320 Narcoossee Rd<br>Orlando, FL 32822 | 123437 |
| Jeff's Grocery LLC | Attn: Abdo Naji Al Gamal<br>159 Highway 346<br>Ecru, MS 38841 | 159 MS-346<br>Ecru, MS 38841 | 114697 |
| Jenisha 2nd Inc | Attn: Nayna B Goswami<br>7321 N Harlem Ave<br>Niles, IL 60714 | 7321 N Harlem Ave<br>Niles, IL 60714 | 119109 |
| Jenisha Inc / Jenny's Liquors | Attn: Nayna B Goswami, Jay Goswami<br>2316 S Elmhurst Rd<br>Mount Prospect, IL 60056 | 2316 Elmhurst Rd<br>Mt Prospect, IL 60056 | 109000 |
| Jennifer Snack | Attn: Moe Fayad<br>601 Adams St<br>Toledo, OH 43604 | 601 Adams St<br>Toledo, OH 43604 | 104198 |
| Jerry Citgo | Attn: Bolis Boktor<br>3900 Clarksville Pike<br>Nashvile, TN 37218 | 3900 Clarksville Pike<br>Nashville, TN 37218 | 104413 |
| Jewell Liquor Box | Attn: Rabea Sawaged<br>7853 W Jewell Ave<br>Lakewood, CO 80232 | 7853 W Jewell Ave<br>Lakewood, CO 80232 | 108731 |
| JG ELIZABETH II, LLC | c/o The Mills at Jersey Gardens<br>651 Kapkowski Rd<br>Elizabeth, NJ 7201 | 651 Kapkowski Rd<br>Elizabeth, NJ 7201 | 103970 |
| Jiffy Mart | Attn: Sadiq Mohammad<br>101 Luther Dr #102<br>Georgetown, TX 78628 | 101 Luther Dr ## 102<br>Georgetown, TX 78628 | 108075 |
| Jimbo's Liquor Store | Attn: Nick Dawood, GM<br>4411 Genesee Ave<br>San Diego, CA 92117 | 4411 Genesee Ave<br>San Diego, CA 92117 | 101525 |
| Johnny's Liquor Cabinet LLC | 403 W Trenton Rd #6B<br>Edinburg, TX 78539 | 403 W Trenton Rd #6b<br>Edinburg, TX 78539 | 104404 |
| Johnsburg Mobil LLC | Attn: Biren Shah<br>4304 N Johnsburg Rd<br>Johnsburg, IL 60051-6328 | 4304 N Johnsburg Rd<br>Johnsburg, IL 60051 | 108975 |

**EXHIBIT 1 TO ORDER – THIRTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Joplin Mini Mart | Attn: Hansa Patel, Ice Patel<br>1210 East 15th Street<br>Joplin, MO 64801 | 1210 E 15th St<br>Joplin, MO 64804 | 119596 |
| Justsarah, Inc. | Attn: Charles Sposato<br>6 Sarah Lane<br>Westerly, RI 02891 | Attn: Charles Sposato<br>1 East Ave<br>Westerly, RI 02891 | 120512 |
| JV Market | Attn: Sajj Tkhan<br>560 Washington Ave<br>Chelsea, MA 2150 | 560 Washington Ave<br>Chelsea, MA 2150 | 101594 |
| K Food Store | Attn: Osama Qaiymah (Mike)<br>3159 Midlothian Turnpike<br>Richmond, VA 23224 | 3159 Midlothian Turnpike<br>Richmond, VA 23224 | 103103 |
| K K Trading Inc | Attn: Syed Mehmood<br>3152 W Devon Ave Apt 2C<br>Chicago, IL 60659-1469 | 3152 W Devon Ave<br>Chicago, IL 60659 | 116329 |
| Kalikotey Khadka LLC | Attn: Prabin Khadka<br>1404 6th Ave<br>Moline, IL 61265 | 1404 6th Ave<br>Moline, IL 61265 | 123447 |
| Kanan Foods | Attn: Hiren Patel<br>3302 SW 29th St<br>Oklahoma City, OK 73119 | 3302 SW 29th St<br>Oklahoma City, OK 73119 | 108678 |
| Kapisa M Enterprises Inc. | Attn: Matiur Rahmani<br>699 W Renner Rd<br>Richardson, TX 75080 | 699 W Renner Rd<br>Richardson, TX 75080 | 108043 |
| Kassra Inc | Attn: Seyed Rafiee<br>2292 Thompson Blvd<br>Ventura, CA 93001 | 2292 E Thompson Blvd<br>Ventura, CA 93001 | 101496 |
| Kenlen Inc. | Attn: Kenneth Greiner<br>2039 Campus Dr<br>St Charles, MO 63301 | 2039 Campus Dr<br>St Charles, MO 63301 | 108765 |
| Ken's SuperFair Foods | Attn: Paul Vetch<br>2105 6th Ave SE<br>Aberdeen, SD 57401 | 2105 6th Ave SE<br>Aberdeen, SD 57401 | 139991 |
| Kentwood Laundromat | Attn: Chau Le<br>5350 Ticonderoga Dr SE<br>Kentwood, MI 49508 | 4443 Breton Road SE<br>Ste F<br>Kentwood, MI 49508 | 121814 |
| Keshav Oil Inc | Attn: Vaibhav Patel<br>701 Dickerson Pike<br>Nashville, TN 37207 | 701 Dickerson Pike<br>Nashville, TN 37207 | 104422 |
| Keshav Stores Inc. DBA Bizee Mart | Attn: Mukesh Chaudhary<br>212 S Horton Pkwy<br>Chapel Hill, TN 37034 | 302 W Northfeld Blvd<br>Murfreesboro, TN 37129 | 104400 |

**EXHIBIT 1 TO ORDER – THIRTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Kevin Rose | Attn: Alex B<br>2235s AZ-89<br>Chino Valley, AZ 86323 | 2235s AZ-89<br>Chino Valley, AZ 86323 | 108707 |
| Khodiyar Enterprise | Attn: JD Patel<br>3937 Leaphart Rd<br>Colombia, SC 29169 | 3937 Leaphart Rd<br>West Columbia, SC 29169 | 103224 |
| King City Liquors | Attn: Alpesh Patel<br>307 S 12th St<br>Mt Vernon, IL 62864 | 307 S 12th St<br>Mt Vernon, IL 62864 | 108311 |
| King Spencer Store LLC | Attn: Devi Chhetri<br>429 N Salisbury Ave<br>Spencer, NC 28159 | 429 Salisbury Ave<br>Spencer, NC 28159 | 115318 |
| King Wine & Liquor #3 - LycaMobile Store | Attn: Ablud Khan<br>1120 Fulton Ave #Ste A<br>Sacramento, CA 95825 | 1120 Fulton Ave<br>Sacramento, CA 95825 | 108153 |
| Kings Wine and Liquor #2 | Attn: Ablud Khan<br>2346 Fruitridge Rd<br>Sacramento, CA 95822 | 2346 Fruitridge Rd<br>Sacramento, CA 95822 | 108154 |
| Kings Wines & Liquor | Attn: Ablud Khan<br>1328 Fulton Ave.<br>Sacramento, CA 95825 | 1328 Fulton Ave<br>Sacramento, CA 95825 | 103676 |
| Kingsley One Stop Foodmart | Attn: Wais Samad<br>2518 W Kingsley Rd<br>Garland, TX 75041 | 2518 W Kingsley Rd<br>Garland, TX 75041 | 108041 |
| Kingstar | Attn: Muhammad Bhatti<br>2228 Lincoln St<br>Cedar Falls, IA 50613 | 2228 Lincoln St<br>Cedar Falls, IA 50613 | 108533 |
| Kirkwood Laundromat | Attn: Michael Frisella<br>636 W Woodbine Ave<br>Kirkwood, MO 63122 | Michael Frisella<br>8623 Big Bend St<br>St. Louis, MO 63119 | 115330 |
| Kirsch Liquors | Attn: Ryan Sens; Bob Kirsch<br>646 Main St<br>Worcester, MA 1608 | 646 Main St<br>Worcester, MA 01608 | 103092 |
| Kitty's Corner | Attn: Raees Chohan (Ray)<br>7298 MN-65<br>Fridley, MN 55432 | 7298 MN-65<br>Fridley, MN 55432 | 108065 |
| Kitty's Corner #2 | Attn: Raees<br>1530 Sherwood Ave<br>St. Paul, MN 55106 | 1530 Sherwood Ave<br>St Paul, MN 55106 | 108054 |
| Kohanoff Arco | Attn: Saeed Kohanoff<br>11243 San Fernando Rd<br>San Fernando, CA 91340 | 11243 San Fernando Rd<br>San Fernando, CA 91340 | 101411 |

**EXHIBIT 1 TO ORDER – THIRTEENTH OMNIBUS REJECTION MOTION**

Page 3

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Kohistani Enterprises LLC | Attn: Abdul Samad<br>2903 Royal Ln<br>Dallas, TX 75229 | 2903 Royal Ln<br>Dallas, TX  75229 | 108039 |
| Koies/Abel General Store | Attn: Abel Hasnat and Shana Meazi<br>2400 Brook Ave<br>Wichita Falls, TX 76301 | 2400 Brook Ave<br>Wichita Falls, TX  76301 | 103295 |
| Kong Marketing LLC | Attn: Sotheary Kong<br>6508 N Interstate Ave<br>Portland, OR 97217 | 6508 N Interstate Ave<br>Portland, OR  97217 | 107938 |
| Koodegras CBD Oil | Attn: Diane Bingham<br>1005 Fort Union Blvd<br>Midvale, UT 84047 | 1005 Fort Union Blvd<br>Midvale, UT  84047 | 128662 |
| Kopper Keg North Inc | Attn: Gary Zornes<br>8725 W Deer Springs Way<br>Las Vegas, NV 89109 | 8725 W Deer Springs Way<br>Las Vegas, NV  89149 | 103079 |
| Kristy and Sons LLC | Attn: Karim Lalani<br>3626 Saturn Rd<br>Garland, TX 75041 | 3626 Saturn Rd<br>Garland, TX  75041 | 108103 |
| K-Stop Gas & Grocery | Attn: Tracy Nguyen<br>4305 S Lowell Blvd<br>Denver, CO 80236 | 4305 S Lowell Blvd<br>Denver, CO  80236 | 108260 |
| L&C Liquors | Attn: Jonghwan Jung<br>8100 W Crestline Ave A-18<br>Littleton, CO 80123 | 8100 W Crestline Ave A-18<br>Littleton, CO  80123 | 103633 |
| La Estrellita Inc | Attn: Patricia Chavez<br>2501 Easton Blvd<br>Des Moines, IA 50317 | 2501 Easton Blvd<br>Des Moines, IA  50317 | 119112 |
| La Familia Market (texaco) | Attn: Mhedi Momin<br>623 W Dittmar Rd<br>Austin, TX 78745 | 623 W Dittmar Rd<br>Austin, TX  78745 | 103150 |
| La Familia Mexican Market (Shell) | Attn: Mehdi Momin<br>8540 Research Blvd<br>Austin , TX 78758 | 8540 Research Blvd<br>Austin, TX  78758 | 103148 |
| La Vista Market | Attn: Raad Habhab<br>1168 E 4th St<br>Long Beach, CA 90802 | 1168 E 4th St<br>Long Beach, CA  90802 | 104402 |
| Lake Michigan Sports Bar | Attn: Ajay K Chhabra<br>4072 Lake Michigan Dr NW<br>Grand Rapids, MI 49534 | 4072 Lake Michigan Dr NW<br>Grand Rapids, MI  49534 | 104236 |
| Lakes Mall Realty LLC, Lakes Nassim LLC | Attn: Igal Namdar<br>5600 Harvey St<br>Muskegon, MI 49444 | Attn: Namdar Realty Group<br>150 Great Neck Rd<br>Ste 304<br>Great Neck, NY  11021 | 103964 |

**EXHIBIT 1 TO ORDER – THIRTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Lansing Mall Realty Holding, LLC | Attn: Kasa Finch<br>1010 Northern Blvd<br>Ste 212<br>Great Neck, NY 11021 | 5330 W Saginaw Hwy<br>Lansing, MI  48917 | 103829 |
| Las Vegas Lights | 850 N. Las Vegas Blvd<br>Las Vegas, NV 89101 | 850 Las Vegas Blvd N<br>Las Vegas, NV  89101 | 149486 |
| | | 850 Las Vegas Blvd N<br>Las Vegas, NV  89101 | 149488 |
| Last Call Liquor and Cellular LLC | Attn: Sam Husson<br>10649 Lackland Rd<br>St. Louis,  MO  63114 | 10649 Lackland Rd<br>St. Louis, MO  63114 | 108762 |
| LBJ Laundry | Attn: Adam Maxon<br>6404 Creekhaven Pl<br>Dallas, TX 75240 | 9780 Lyndon B Johnson Fwy ##125<br>Dallas, TX  75243 | 104344 |
| Leafers LLC dba Hurst Food Mart | Attn: Laxmi Niroula<br>100 W Harwood Rd<br>Hurst, TX 76054 | 100 W Harwood Rd<br>Hurst, TX  76054 | 104346 |
| Lee food market | Attn: Aziz Ali<br>1501 S Gevers St<br>San Antonio, TX 78210 | 1501 S Gevers St<br>San Antonio, TX  78210 | 103182 |
| Leo's Drive In #3 | Attn: Leo J Leo<br>PO Box 1120<br>Mission, TX 78573 | 1800 W Griffin Pkwy<br>Mission, TX  78572 | 104420 |
| Liberty Convenience Store | Attn: Avtar Singh<br>439 Capital Ave NE<br>Battle Creek, MI 49017 | 439 Capital Ave NE<br>Battle Creek, MI  49017 | 126299 |
| Lincoln Plaza Center, L.P. | Attn: Gwen Karpf<br>c/o Oxford Valley Mall<br>2300 E Lincoln Hwy<br>Ste 220-A<br>Langhorne, PA 19047 | 2300 Lincoln Hwy<br>Langhorne, PA  19047 | 103978 |
| Lindale Mall LLC | Attn: Becky Echley<br>4444 1st Ave NE<br>Cedar Rapids, IA 52402 | 4444 1st Ave NE<br>Cedar Rapids, IA  52402 | 122922 |
| Lion Petroleum Inc | Attn: Sarah King<br>4251 Lindell Blvd<br>St Louis, MO 63108 | Attn: Sarah King<br>1692 W Osage St<br>Pacific, MO  63069 | 108681 |
| Lion Petroleum Inc (dba Longview Phillips 66) | Attn: Sarah King<br>4251 Lindell Blvd<br>St Louis, MO 63108 | 3325 SW 3rd St<br>Lot 42<br>Lees Summit, MO  64081 | 103369 |
| Lisa Enterprises Inc dba Stop N Shop | Attn: Ma Ali; Rokeya Begum<br>499 N State Rd 434 #1017<br>Altamonte Springs, FL 32714 | 499 N State Rd 434 #1017<br>Altamonte Springs, FL  32714 | 117523 |

**EXHIBIT 1 TO ORDER – THIRTEENTH OMNIBUS REJECTION MOTION**

Page 5

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Little Elm Ventures LLC | Attn: Yuvraj Vaghela<br>500 W Eldorado Pkwy #200<br>Little Elm, TX 75068 | 500 W Eldorado Pkwy ##200<br>Little Elm, TX 75068 | 108414 |
| Little Sam | Attn: Inderkit S Multani<br>c/o Multani BKP LLC<br>702 S WW White Rd<br>San Antonio, TX 78220 | 3215 Roosevelt Ave<br>San Antonio, TX 78214 | 103179 |
| Livingston Mall Venture | Attn: Steven Croner<br>112 Eisenhower Pkwy<br>Livingston, NJ 7039 | 112 Eisenhower Pkwy<br>Livingston, NJ 7039 | 103958 |
| Logan Valley Realty LLC,<br>Logan Valley CH LLC,<br>Logan Valley Nassim LLC | Attn: Igal Namdar<br>5580 Goods Ln<br>Altoona, PA 16602 | Attn: Namdar Realty Group<br>150 Great Neck Rd<br>Ste 304<br>Great Neck, NY 11021 | 103956 |
| Love Family Holding, LLC | Attn: Legal Department<br>c/o Loves Travel Stops & Country Stores, Inc.<br>PO Box 26210<br>Oklahoma City, OK 73126 | Loves Travel Stops & Country Stores, Inc.<br>157 US-93<br>Wells, NV 89835 | 155022 |
| | | Loves Travel Stops & Country Stores, Inc.<br>825 Commerce Center Dr<br>Fernley, NV 89408 | 155023 |
| | | Loves Travel Stops & Country Stores, Inc.<br>1701 Great Basin Blvd<br>Ely, NV 89301 | 155024 |
| | | Loves Travel Stops & Country Stores, Inc.<br>100 Marguerite St<br>Williams, CA 95987 | 155260 |
| | | Loves Travel Stops & Country Stores, Inc.<br>551 W Main St<br>Westmorland, CA 92281 | 155261 |
| | | Loves Travel Stops & Country Stores, Inc.<br>2700 S Blackstone St<br>Tulare, CA 93274 | 155262 |
| | | Loves Travel Stops & Country Stores, Inc.<br>2000 E Tehachapi Blvd<br>Tehachapi, CA 93561 | 155263 |
| | | Loves Travel Stops & Country Stores, Inc.<br>29025 W Plaza Dr<br>Santa Nella, CA 95322 | 155264 |
| | | Loves Travel Stops & Country Stores, Inc.<br>1553 W Colony Rd<br>Ripon, CA 95366 | 155265 |

**EXHIBIT 1 TO ORDER – THIRTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Loves Travel Stops & Country Stores, Inc. 3175 Avenue 17 Madera, CA  93638 | 155266 |
| | | Loves Travel Stops & Country Stores, Inc. 21948 CA-46 Lost Hills, CA  93249 | 155267 |
| | | Loves Travel Stops & Country Stores, Inc. 15250 Thornton Rd Lodi, CA  95242 | 155268 |
| | | Loves Travel Stops & Country Stores, Inc. 2120 South Ave Corning, CA  96021 | 155269 |
| | | Loves Travel Stops & Country Stores, Inc. 45-761 Dillon Rd Coachella, CA  92236 | 155270 |
| | | Loves Travel Stops & Country Stores, Inc. 27201 Boron Frontage Rd N Boron, CA  93516 | 155271 |
| | | Loves Travel Stops & Country Stores, Inc. 2974 Lenwood Rd Barstow, CA  92311 | 155272 |
| | | Loves Travel Stops & Country Stores, Inc. 2931 Gila Ridge Rd Yuma, AZ  85365 | 155273 |
| | | Loves Travel Stops & Country Stores, Inc. 1055 N Grand Canyon Blvd Williams, AZ  86046 | 155274 |
| | | Loves Travel Stops & Country Stores, Inc. 8313 W Roosevelt St Tolleson, AZ  85353 | 155275 |
| | | Loves Travel Stops & Country Stores, Inc. 760 Quartzsite Ave Quartzsite, AZ  85346 | 155276 |
| | | Loves Travel Stops & Country Stores, Inc. 14414 S Cross L Rd Mayer, AZ  86333 | 155277 |
| | | Loves Travel Stops & Country Stores, Inc. 14875 AZ-95 Lake Havasu City, AZ  86404 | 155278 |
| | | Loves Travel Stops & Country Stores, Inc. 6035 Minerva Ln Kingman, AZ  86401 | 155279 |

**EXHIBIT 1 TO ORDER – THIRTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Loves Travel Stops & Country Stores, Inc. 4703 Main St Joseph City, AZ  86032 | 155280 |
| | | Loves Travel Stops & Country Stores, Inc. 5000 N Sunland Gin Rd Eloy, AZ  85131 | 155281 |
| | | Loves Travel Stops & Country Stores, Inc. 820 W Pima St Gila Bend, AZ  85337 | 155282 |
| | | Loves Travel Stops & Country Stores, Inc. 7001 W Sundust Rd Chandler, AZ  85226 | 155283 |
| | | Loves Travel Stops & Country Stores, Inc. 643 AZ-90 Benson, AZ  85602 | 155284 |
| | | Loves Travel Stops & Country Stores, Inc. 640 AZ-90 Benson, AZ  85602 | 155285 |
| | | Loves Travel Stops & Country Stores, Inc. 12501 Apex Great Basin Way Las Vegas, NV  89165 | 155642 |
| | | Loves Travel Stops & Country Stores, Inc. 3550 W Winnemucca Blvd Winnemucca, NV  89445 | 155643 |
| | | Loves Travel Stops & Country Stores, Inc. 1610 S Miller Rd Buckeye, AZ  85326 | 161325 |
| Lucky 1 LLC | Attn: Alex Elias 25571 Marguerite #A Mission Viejo, CA 92692 | 25571 Marguerite Pkwy ## A Mission Viejo, CA  92692 | 103557 |
| Lucky 7 Tobacco & Mini Mart | Attn: Fahd Homren 851 Bragg Blvd Fayetteville, NC 28301 | 851 Bragg Blvd Fayetteville, NC  28301 | 103049 |
| Lucky Food Store | Attn: Parminder Singh 22 Goethals Dr Richland, WA 99351 | 22 Goethals Dr Richland, WA  99352 | 122919 |
| Luke Drive Through | Attn: Rufina Sanchez-Barreto c/o Luke Meat Market 2900 N Sugar Rd Pharr, TX 78577 | 2900 N Sugar Rd Pharr, TX  78577 | 104406 |

**EXHIBIT 1 TO ORDER  – THIRTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Lynn's Stop & Shop | Attn: Himanshu Desai<br>5161 NC-27<br>Iron Station, NC 28080 | 5161 NC-27<br>Iron Station, NC 28080 | 103717 |
| M & N Missouri LLC | Attn: Mohammed Qasem<br>9641 St Charles Rock Rd<br>St. Louis, MO 63114 | 9641 St Charles Rock Rd<br>St. Louis, MO 63114 | 108782 |
| M G Limited | Attn: Dharmesh Rajpoot<br>10059 Shaver Rd<br>Portage, MI 49024 | 10059 Shaver Rd<br>Portage, MI 49024 | 119422 |
| M R F Petroleum, Inc | Attn: Mukesh Mansukhani; Deepali Mansukhani<br>2750 Gessner Rd<br>Houston, TX 77080 | 2750 Gessner Rd<br>Houston, TX 77080 | 120919 |
| M&G Tobacco Shop | Attn: Gokulbhai Dalal<br>22 Canal Rd<br>Brunswick, GA 31525 | 22 Canal Rd<br>Brunswick, GA 31525 | 108061 |
| M&L Convenience LLC | Attn: David Allen May<br>808 Woodruff Pl<br>Charlotte , NC 28208 | 953 N Wendover Rd<br>Charlotte, NC 28211 | 109044 |
| M&M Manou Inc. (dba Happy Market) | Attn: Basil Mamou<br>6425 N. 47th Ave<br>Glendale, AZ 85301 | 6425 N. 47th Ave<br>Glendale, AZ 85301 | 103520 |
| M&R Umatiya Business LLC | Attn: Riaz Bhandari<br>c/o Food Basket #8<br>3600 E University Ave<br>Georgetown, TX 78626 | 3600 E University Ave<br>Georgetown, TX 78626 | 108078 |
| Macfood Mart at Sunoco (Royville) | Attn: Ray McIntosh<br>c/o McIntosh Energy<br>1923 Bremer Rd.<br>Fort Wayne, IN 46803 | 12635 Coldwater Rd<br>Fort Wayne, IN 46845 | 117468 |
| Macfood Mart at Sunoco (Wayne Haven) | Attn: Ray McIntosh<br>c/o McIntosh Energy<br>1923 Bremer Rd.<br>Fort Wayne, IN 46803 | 6925 IN-930<br>Fort Wayne, IN 46803 | 117469 |
| Macon BP | Attn: Alvin Ehrhardt<br>1707 N Missouri St<br>Macon, MO 63552 | 1707 N Missouri St<br>Macon, MO 63552 | 108055 |
| Madi 926 Inc. | Attn: Bhavana Patel; Tarun Patel<br>c/o Exxon<br>352 N Thompson Ln<br>Murfreesboro, TN 37129 | 352 N Thompson Ln<br>Murfreesboro, TN 37129 | 104397 |

**EXHIBIT 1 TO ORDER – THIRTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Mail Etc Inc | Attn: Bang-Mi Yu Su<br>4730 University Way NE<br>Seattle, WA 98105 | 4730 University Way NE<br>Seattle, WA  98105 | 123039 |
| Main Street Convenience | Attn: Sachin Patel<br>1919 S Main St<br>Bloomington, IL   61704 | 1919 S Main St<br>Bloomington, IL  61704 | 108207 |
| Main Street Pit Shop | Attn: Harjinder Singh<br>56 W Main St<br>Lexington, OH 44904 | 56 W Main St<br>Lexington, OH  44904 | 108807 |
| Mainly Groceries | Attn: Ounn Zamat<br>92 Northern Ave<br>Augusta, ME  04330 | 92 Northern Ave<br>Augusta, ME  4330 | 108653 |
| Mais Brazil Inc (dba Sip N' Scratch Mini Mart) | Attn: Rosemar Silva<br>701 Plantation St.<br>Worcester, MA 1605 | 701 Plantation St<br>Worcester, MA  01605 | 101602 |
| Mak's Mini Mart | Attn: Maher Makboul<br>616 SW College St<br>Portland, OR 97201 | 616 SW College St<br>Portland, OR  97201 | 141257 |

**EXHIBIT 1 TO ORDER  – THIRTEENTH OMNIBUS REJECTION MOTION**