BRETT A. AXELROD, ESQ.  (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING FIFTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE** |

**PLEASE TAKE NOTICE** that on the 26th day of July, 2023, the Court entered an *Order Granting Fifteenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Setting Rejection Damages Claim Deadline* [ECF 948], a copy of which is attached here.

Dated this 27th day of July, 2023.         **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

1

147869753.1

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
July 26, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br><br>**ORDER GRANTING FIFTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE**<br><br>Hearing Date:  July 20, 2023<br>Hearing Time:  10:30 a.m. |

147688645.1 [FIFTEENTH MOTION]

1

The Court having reviewed and considered Debtor's motion [ECF 693] (the "<u>Motion</u>")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a); and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** with respect to the Contracts and/or Leases as set forth in **Exhibit 1**;[2] and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that all persons and entities listed on **Exhibit 1** that assert any claims against Debtor for damages arising from the rejection of their leases listed on **Exhibit 1** (a "<u>Rejection Damages Claim</u>") must file a Proof of Claim with the Clerk of the Bankruptcy Court for such Rejection Damages Claim **no later than thirty (30) days after entry of this Order** or shall be forever barred from asserting such Rejection Damages Claim; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

[2] With respect to Brookfield Landlords only, the hearing on the Motion has been continued to July 27, 2023 at 1:30 p.m. pursuant to the *Order Granting Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF 851] entered by the Court on July 17, 2023.

2

147688645.1 [FIFTEENTH MOTION]

from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ.
BRETT A. AXELROD, ESQ.
NICHOLAS A. KOFFROTH, ESQ.
ZACHARY T. WILLIAMS, ESQ.
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

**APPROVED**/DISAPPROVED

**MCDONALD CARANO LLP**

By: /s/ Catherine V. Lotempio
RYAN J. WORKS, ESQ. (NSBN 9224)
AMANDA M. PERACH, ESQ. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

and

**SEWARD & KISSEL LLP**
JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
CATHERINE V. LOTEMPIO, ESQ. (Admitted *Pro Hac Vice*)
ANDREW J. MATOTT, ESQ.
One Battery Park Plaza
New York, New York 10004
*Counsel for Official Committee of Unsecured Creditors*

3

147688645.1 [FIFTEENTH MOTION]

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐     The Court has waived the requirement of approval in LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

147688645.1 [FIFTEENTH MOTION]

# EXHIBIT 1

## CONTRACTS AND/OR LEASES TO BE REJECTED

147688645.1 [FIFTEENTH MOTION]

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Petroleum Wholesale LP | Attn: Jim Kaden<br>8550 Technology Forest Place<br>The Woodlands, TX 77381 | Attn: Jim Kaden<br>803 Main St<br>Hooks, TX  75561 | 125632 |
| | | Attn: Jim Kaden<br>10400 E Interstate 20<br>Midland, TX  79706 | 125633 |
| | | Attn: Jim Kaden<br>5934 Interstate 20 Frontage Rd<br>Odessa, TX  79763 | 125635 |
| | | Attn: Jim Kaden<br>45950 I-10; P.O. Box #526<br>Winnie, TX  77665 | 125636 |
| | | Attn: Jim Kaden<br>I, 20 Exit 73,<br>Wickett, TX  79788 | 125704 |
| | | Attn: Jim Kaden<br>24627 I-45<br>Spring, TX  77380 | 125707 |
| | | Attn: Jim Kaden<br>2100 TX-36<br>Sealy, TX  77474 | 125708 |
| | | Attn: Jim Kaden<br>14502 East Fwy<br>Houston, TX  77015 | 125709 |
| | | Attn: Jim Kaden<br>6150 I-10<br>Seguin, TX  78155 | 125710 |
| | | Attn: Jim Kaden<br>1221 n pecan st<br>Abbott, TX  76621 | 125711 |
| | | Attn: Jim Kaden<br>333 E Lutcher Dr<br>Orange, TX  77632 | 125713 |
| | | Attn: Jim Kaden<br>10330 I-10<br>Baytown, TX  77520 | 125714 |
| | | Attn: Jim Kaden<br>18561 US-40<br>Golden, CO  80401 | 125715 |
| | | Attn: Jim Kaden<br>1695 N Watkins Rd<br>Watkins, CO  80137 | 125717 |
| | | Attn: Jim Kaden<br>1040 I-70<br>Palisade, CO  81526 | 125718 |
| | | Attn: Jim Kaden<br>4115 193rd St<br>Bunker Hill, KS  67626 | 125719 |
| | | Attn: Jim Kaden<br>2507 W business I-10<br>San Simon, AZ  85632 | 125721 |
| | | Attn: Jim Kaden<br>18221 Tom Wells Rd<br>Ehrenberg, AZ  85334 | 125722 |

**EXHIBIT 1 TO ORDER  – FIFTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Attn: Jim Kaden<br>1715 Vado Rd<br>Vado, NM  88072 | 125723 |
| | | Attn: Jim Kaden<br>1881 California Ave<br>Salt Lake City, UT  84104 | 125729 |
| | | Attn: Jim Kaden<br>1620 Elk St<br>Rock Springs, WY  82901 | 125914 |
| PHA Stores Inc. | Attn: Jagit Toor<br>520 Peterson Rd<br>Colorado Springs, CO 80915 | 520 Peterson Rd<br>Colorado Springs, CO  80915 | 108465 |
| Phone Repair and More | Attn: Mohamed Hassanen<br>2870 34th St N<br>St. Petersburg, FL 33713 | 2870 34th St N<br>St. Petersburg, FL  33713 | 125396 |
| Phone Stop Inc. | Attn: Sunny Isani<br>4145 Lawrenceville Hwy #9<br>Lilburn, GA 30047 | 4145 Lawrenceville Hwy #9<br>Lilburn, GA  30047 | 144092 |
| Pick-Quick Mini Market | Attn: Lucky 7 Food Mart - Raees<br>5820 Hwy 6 N<br>Houston, TX 77084 | 5820 Hwy 6 N<br>Houston, TX  77084 | 103314 |
| Piggly Wiggly #272 | Attn: Tommy Coogle<br>440 W Cherry St<br>Jesup, GA 31545 | 440 W Cherry St<br>Jesup, GA  31545 | 139536 |
| Piggly Wiggly #274 | Attn: Tommy Coogle<br>1105 Madison Hwy<br>Valdosta, GA 31601 | 1105 Madison Hwy<br>Valdosta, GA  31601 | 139530 |
| Piggly Wiggly #275 | Attn: Tommy Coogle<br>714 W 4th Street<br>Adel, GA 31620 | 714 W 4th St<br>Adel, GA  31620 | 139531 |
| Piggly Wiggly #278 | Attn: Tommy Coogle<br>32 S. Tallahassee Street<br>Hazlehurst, GA 31539 | 32 S Tallahassee St<br>Hazlehurst, GA  31539 | 139533 |
| Pipalpani LLC dba SmileMart | Attn: Rupesh Giri<br>5668 W Market St<br>Greensboro, NC 27409 | 5668 W Market St<br>Greensboro, NC  27409 | 103194 |
| Plains Six Pack To Go LLC | Attn: Balijeet Singh<br>575 E Main St<br>Krest, PA 18702 | 575 E Main St<br>Korn Krest, PA  18702 | 108913 |
| Pleak Korner | Attn: Aziz Dhuka<br>6641 FM 2218 Rd<br>Richmond, TX 77469 | Attn: Aziz Dhuka<br>6641 FM 2218<br>Richmond, TX  77469 | 103440 |

**EXHIBIT 1 TO ORDER  – FIFTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| PM Oil and Gas Inc. | Attn: Sarwan Singh<br>720 S Van Buren St<br>Shipshewana, IN 46565 | 720 S Van Buren St<br>Shipshewana, IN 46565 | 108246 |
| PNB National LLC | Attn: Naseeb Bista<br>8460 Denton Dr<br>Dallas, TX 75235 | 8460 Denton Dr<br>Dallas, TX 75235 | 104319 |
| Pockets Discount Liquors | Attn: Vinod Patel<br>337 S Dupont Hwy<br>New Castle, DE 19720 | 337 S Dupont Hwy<br>New Castle, DE 19720 | 108346 |
| Pony Keg | Attn: Praveen Vohra<br>1201 Shawnee Rd<br>Lima, OH 45805 | 1201 Shawnee Rd<br>Lima, OH 45805 | 103896 |
| Portland Food Mart LLC | Attn: Hai Gov<br>1212 NE Faloma Rd<br>Portland, OR 97211 | Attn: Hai Gov<br>2419 SE Powell Blvd.<br>Portland, OR 97202 | 103502 |
| Portland Food Mart LLC dba Gresham Mobil | Attn: Hai Gov<br>1212 NE Faloma Rd<br>Portland, OR 97211 | Attn: Hai Gov<br>50 NE Burnside Rd<br>Gresham, OR 97030 | 103038 |
| Portland Food Mart LLC dba Sandy Smokeshop #1 | Attn: Hai Gov<br>c/o Portland Food Mart LLC<br>1212 NE Faloma Rd<br>Portland, OR 97211 | Attn: Hai Gov<br>38580 Pioneer Blvd<br>Sandy, OR 97055 | 104140 |
| Prime Mart Inc | Attn: Arif Ali<br>12430 N Lamar Blvd<br>Austin, TX 78753 | 12430 N Lamar Blvd<br>Austin, TX 78753 | 108096 |
| Prosper Solutions Inc. | Attn: Yuvraj Vaghela<br>1512 E Exchange Pkwy Ste 400<br>Allen, TX 75002 | 1512 E Exchange Pkwy Suite 400<br>Allen, TX 75002 | 119105 |
| Punjab Group Muskegon Inc. | Attn: Sarwan Singh<br>2628 Henry St<br>Norton Shores, MI 49441 | 2628 Henry St<br>Norton Shores, MI 49441 | 108249 |
| Pure Tan & Spa | Attn: Benaissa Grouicha<br>5809 N Federal Hwy<br>Boca Raton, FL 33487 | 5809 N Federal Hwy<br>Boca Raton, FL 33487 | 127583 |
| QC Pawn | Attn: Christopher Michael Shumaker<br>2147 W 3rd St.<br>Davenport, IA 52802 | 2147 W 3rd St<br>Davenport, IA 52802 | 117315 |
| Quick Stop Food Mart LLC | Attn: Mukhtar Humaidi<br>10226 Leo Rd<br>Fort Wayne, IN 46825 | 10226 Leo Rd<br>Fort Wayne, IN 46825 | 104021 |

**EXHIBIT 1 TO ORDER – FIFTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Quick Stop LC | Attn: Mukhtar Humaidi<br>3124 E State Blvd<br>Fort Wayne, IN 46805 | 3124 E State Blvd<br>Fort Wayne, IN 46805 | 104020 |
| Quicky's Drive Thru | Attn: Bryan Rantz<br>35652 Vine St<br>Eastlake, OH 44095 | 35652 Vine St<br>Eastlake, OH 44095 | 108844 |
| R & A Group LLC | Attn: Imran Ghaffer<br>10400 W Silver Spring Dr<br>Milwaukee, WI 53225 | 10400 W Silver Spring Dr<br>Milwaukee, WI 53225 | 108670 |
| R. L. Jordan Oil Company of North Carolina, Inc. | Attn: Shawn L Holmes<br>1451 Fernwood Glendale Rd<br>Spartanburg, SC 29307 | Attn: Shawn L Holmes<br>3000 W Blue Ridge Dr<br>Greenville, SC 29611 | 138867 |
| | | Attn: Shawn L Holmes<br>3180 N Blackstock Rd<br>Spartanburg, SC 29301 | 138868 |
| | | Attn: Shawn L Holmes<br>1915 Hwy. 321 North<br>Clover, SC 29710 | 138869 |
| | | Attn: Shawn L Holmes<br>2524 W Hwy 378<br>Britton's Neck, SC 29546 | 138870 |
| | | Attn: Shawn L Holmes<br>107 Hampton St<br>Chesnee, SC 29323 | 138871 |
| | | Attn: Shawn L Holmes<br>371 Battleground Rd<br>Cowpens, SC 29330 | 138872 |
| | | Attn: Shawn L Holmes<br>3883 Cross Anchor Rd<br>Enoree, SC 29335 | 138873 |
| | | Attn: Shawn L Holmes<br>517 W Main St<br>Easley, SC 29640 | 138874 |
| | | Attn: Shawn L Holmes<br>194 E Henry St<br>Spartanburg, SC 29302 | 138875 |
| | | Attn: Shawn L Holmes<br>12340 Old Number Six Hwy<br>Eutawville, SC 29048 | 138876 |
| | | Attn: Shawn L Holmes<br>675 Gossett Rd<br>Spartanburg, SC 29307 | 138877 |
| | | Attn: Shawn L Holmes<br>3228 Hwy 25 South<br>Greenwood, SC 29646 | 138878 |
| | | Attn: Shawn L Holmes<br>103 Hammett Bridge Rd<br>Greer, SC 29650 | 138879 |
| | | Attn: Shawn L Holmes<br>153 W Main St<br>Harleyville, SC 29448 | 138880 |

**EXHIBIT 1 TO ORDER – FIFTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Attn: Shawn L Holmes<br>1940 Hwy 292<br>Inman, SC  29349 | 138881 |
| | | Attn: Shawn L Holmes<br>201 N Howard Ave<br>Landrum, SC  29356 | 138882 |
| | | Attn: Shawn L Holmes<br>4036 Hwy 221 South<br>Laurens, SC  29360 | 138883 |
| | | Attn: Shawn L Holmes<br>2610 Hwy 56<br>Pauline, SC  29374 | 138884 |
| | | Attn: Shawn L Holmes<br>917 S Main St<br>New Ellenton, SC  29809 | 138885 |
| | | Attn: Shawn L Holmes<br>553 J.C. Calhoun Dr<br>Orangeburg, SC  29115 | 138886 |
| | | Attn: Shawn L Holmes<br>9332 Ocean Hwy<br>Pawleys Island, SC  29585 | 138887 |
| | | Attn: Shawn L Holmes<br>4641 W Hwy 76<br>Marion, SC  29571 | 138888 |
| | | Attn: Shawn L Holmes<br>2801 Gentry Memorial Hwy<br>Pickens, SC  29671 | 138889 |
| | | Attn: Shawn L Holmes<br>308 E Poinsett St<br>Greer, SC  29651 | 138890 |
| | | Attn: Shawn L Holmes<br>11504 Augusta Rd<br>Honea Path, SC  29654 | 138891 |
| | | Attn: Shawn L Holmes<br>1379 Red Bluff Rd<br>Loris, SC  29569 | 138892 |
| | | Attn: Shawn L Holmes<br>2187 N Main St<br>Summerville, SC  29483 | 138893 |
| | | Attn: Shawn L Holmes<br>3908 JC Calhoun Memorial Hwy<br>Easley, SC  29640 | 138894 |
| | | Attn: Shawn L Holmes<br>22477 US-76<br>Laurens, SC  29360 | 138895 |
| | | Attn: Shawn L Holmes<br>112 E Smith St<br>Timmonsville, SC  29161 | 138896 |
| | | Attn: Shawn L Holmes<br>6197 Hwy 221<br>Roebuck, SC  29376 | 138897 |
| | | Attn: Shawn L Holmes<br>1118 Brevard Rd<br>Asheville, NC  28806 | 138899 |

**EXHIBIT 1 TO ORDER  – FIFTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Attn: Shawn L Holmes<br>1030 Main St<br>Bryson City, NC  28713 | 138900 |
| | | Attn: Shawn L Holmes<br>3225 Asheville Hwy<br>Canton, NC  28716 | 138901 |
| | | Attn: Shawn L Holmes<br>459 E Main St<br>Franklin, NC  28734 | 138902 |
| | | Attn: Shawn L Holmes<br>5560 W US 64<br>Murphy, NC  28906 | 138903 |
| | | Attn: Shawn L Holmes<br>110 Weaverville Hwy<br>Asheville, NC  28804 | 138904 |
| | | Attn: Shawn L Holmes<br>103 New Leicester Hwy<br>Asheville, NC  28806 | 138905 |
| | | Attn: Shawn L Holmes<br>1069 Sweeten Creek Rd<br>Asheville, NC  28803 | 138906 |
| | | Attn: Shawn L Holmes<br>551 E Main St<br>Sylva, NC  28779 | 138907 |
| Rainey Cawthon Distributor Inc | Attn: Charles Rooney<br>1699 Capital Circle NW<br>Tallahassee, FL 32303 | 1699 Capital Cir NW<br>Tallahassee, FL  32303 | 125739 |
| Rajveer Singh Gas and Foodmart, Inc | Attn: Labh Singh<br>1645 N Park Ave<br>Warren, OH 44483 | 1645 N Park Ave<br>Warren, OH  44483 | 103873 |
| Raley's | 4320 Arden Way<br>Sacramento, CA 95864 | 4320 Arden Way<br>Sacramento, CA  95864 | 156151 |
| Ram Lakhan Inc DBA Kwik Sak 614 | Attn: Rakeshkumar Patel<br>5835 Old Hickory Blvd<br>Nashville, TN 37076 | 5835 Old Hickory Blvd<br>Nashville, TN  37076 | 104418 |
| Ramsey's | Attn: Theo Ramsey<br>200 N Walnut St<br>Lenox, IA 50851 | 200 N Walnut St<br>Lenox, IA  50851 | 128466 |
| | | 503 West St<br>Manning, IA  51455 | 128467 |
| Ramva USA LLC | Attn: Arjun Paudel<br>1705 W University Dr Suite #115<br>McKinney, TX 75069 | 1705 W University Dr #Suite # 115<br>McKinney, TX  75069 | 108676 |
| Rapid City Marketplace LLC | Attn: Geroge Yasso<br>8174 Rapid City Rd NW<br>Rapid City, MI 49676 | 8174 Rapid City Rd NW<br>Rapid City, MI  49676 | 108982 |
| Red and White | Attn: Parita Kakadia<br>6550 Rivers Ave<br>N Charleston, SC 29406 | 6550 Rivers Ave<br>N. Charleston, SC  29406 | 103220 |

**EXHIBIT 1 TO ORDER  – FIFTEENTH OMNIBUS REJECTION MOTION**

Page 6

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Red Lion Hotel Conference Center Pasco | Attn: Laddi Singh<br>2525 N 20th Ave<br>Pasco, WA 99301 | 2525 N 20th Ave<br>Pasco, WA 99301 | 123329 |
| Reddy Spirits II LLC | Attn: Bobby Nalluri<br>c/o Ray's Party Store<br>653 Main St<br>Toledo, OH 43605 | 653 Main St<br>Toledo, OH 43605 | 104196 |
| Reeb Liquors LLC | Attn: Fessehazion Iyasu<br>11000 W Alameda Ave<br>Lakewood, CO 80226 | 11000 W Alameda Ave<br>Lakewood, CO 80226 | 103660 |
| Rex USA Inc dba Cheveron Gas | Attn: Manish Thakkar<br>6448 Hwy 42<br>Rex, GA 30273 | 6448 GA-42<br>Rex, GA 30273 | 103081 |
| Riaz & Nash Enterprise Inc. | Attn: Riaz Bhandari; Mike Bhandari<br>c/o Food Basket #6<br>13201 Pond Springs Rd #101<br>Austin, TX 78729 | 13201 Pond Springs Rd #101<br>Austin, TX 78729 | 108079 |
| River City Pawnbrokers INC | Attn: Daniel J Maloney<br>1731 N Green River Rd<br>Evansville, IN 47715 | 1731 N Green River Rd<br>Evansville, IN 47715 | 121355 |
| River Hills Mall Realty Holding, LLC | Attn: Robin Hanson<br>1010 Northern Boulevard Suite 212<br>Great Neck, NY 11021 | 1850 Adams St.<br>Mankato, MN 56001 | 103765 |
| Riverside Liquor 2 | Attn: Mohammed Arif<br>1528 Locust St<br>Davenport, IA 52804 | 1528 Locust St<br>Davenport, IA 52804 | 116968 |
| Robin's Mini Mart | Attn: Jagdar Brar<br>130 W Grangeville Blvd<br>Hanford, CA 93230 | 130 W Grangeville Blvd<br>Hanford, CA 93230 | 103592 |
| Rockaway Center Associates | Attn: Erica Bennington<br>301 Mount Hope Ave Ste 1900<br>Rockaway, NJ 7866 | 301 Mt Hope Ave<br>Rockaway Township, NJ 7866 | 103984 |
| Rollings Hills Wine & Spirits II LLC DBA Rolling Hills Wine & Spirits | Attn: Rupan Kanti Dev<br>375 S Maize Road Suite 108<br>Wichita, KS 67209-1342 | 12917 E Churchill Ct<br>Wichita, KS 67230 | 118009 |
| Ronak INC (DBA G&R Market) | Attn: Umesh Patel<br>5755 OH-128<br>Cleves, OH 45002 | 5755 OH-128<br>Cleves, OH 45002 | 107941 |
| Roswell Market | Attn: Santa Lama Oreg<br>8929 SE 42nd Ave<br>Milwaukie, OR 97222 | 8929 SE 42nd Ave<br>Milwaukie, OR 97222 | 113836 |

**EXHIBIT 1 TO ORDER – FIFTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Route 66 Naman Liquor | Attn: Hiren Patel<br>4301 N Sara Rd Unit 105<br>Yukon, OK 73099-3223 | 4301 N Sara Rd<br>Yukon, OK 73099 | 108780 |
| RREEF America REIT II Corp, BBB | Manhattan Village<br>1200 Rosecrans Avenue Ste 201<br>Manhattan Beach, CA 90266 | 3200 Sepulveda Blvd<br>Manhattan Beach, CA 90266 | 128161 |
| Rudra Inc DBA. St Cloud Liquor | Attn: Patel,navinchan<br>2715 Clearwater Rd<br>St Cloud Liquor, MN 56301 | 2715 Clearwater Rd<br>St Cloud, MN 56301 | 103776 |
| Rushi Petroleum LLC | Attn: Nitinkumar Patel<br>2270 New Holland Pike<br>Lancaster, PA 17601 | 2270 New Holland Pike<br>Lancaster, PA 17601 | 108921 |
| S & H Exxon LLC | Attn: Hassan Bydoun<br>160 W. 9 Mile Road<br>Hazel Park, MI 48030 | 160 W 9 Mile Rd<br>Hazel Park, MI 48030 | 104091 |
| S & S Beer & Wine | Attn: Saleem Dharani<br>1901 N Josey Ln<br>Carrollton, TX 75006 | 1901 N Josey Ln<br>Carrollton, TX 75006 | 104333 |
| S & S Food mart | Attn: Damini Vora<br>3614 Tagus Dr<br>Greensboro, NC 27410 | 717 E Guilford St<br>Thomasville, NC 27360 | 108563 |
| S&S Food Mart | Attn: Samy Nadish<br>255 W. Woodrow Wilson Ave<br>Jackson, MS 39213 | 255 W Woodrow Wilson Ave<br>Jackson, MS 39213 | 103329 |
| S&S Store Inc | Attn: Sharma Kumar<br>3815 Meadwobridge Rd<br>Richmond, VA 23222 | 3815 Meadowbridge Rd<br>Richmond, VA 23222 | 103408 |
| Sai Rama Inc. | Attn: Mahmomuel Hassan<br>c/o Quick Mart<br>1091 Norfolk Ave #218<br>Virginia Beach, VA 23451 | 1091 Norfolk Ave ## 218<br>Virginia Beach, VA 23451 | 103518 |
| Sai Sonyjit | Attn: Niraj Shah<br>3300 N Commerce St<br>Fort Worth, TX 76106 | 3300 N Commerce St<br>Fort Worth, TX 76106 | 115332 |
| Sai Sri Devi Inc | Attn: Nabin Adhikari<br>5505 Broadway Blvd<br>Garland, TX 75043 | 5509 Broadway Blvd<br>Garland, TX 75043 | 108124 |
| Saigon Market | Attn: Lu Quach<br>141 28th St SE #3<br>Grand Rapids, MI 49548 | 141 28th St SE #3<br>Grand Rapids, MI 49548 | 108614 |

**EXHIBIT 1 TO ORDER – FIFTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Salem Shell | Attn: Arjit Sharma<br>3995 Silverton Rd NE<br>Salem, OR 97305 | 3995 Silverton Rd NE<br>Salem, OR  97305 | 108140 |
| Salisbury Mall Realty Holding, LLC | 1010 Northern Blvd<br>Suite 212<br>Great Neck, NY 11021 | 2300 N Salisbury Blvd<br>Salisbury, MD  21801 | 103790 |
| Sam Food Mart LLC | Attn: Sam Patel<br>1644 S Military Hwy<br>Chesapeake, VA 23320 | 1644 S Military Hwy<br>Chesapeake, VA  23320 | 103418 |
| Sami's Center | Attn: Hiren Patel<br>2929 S Meridian Ave<br>Oklahoma City, OK 73108 | 2929 S Meridian Ave<br>Oklahoma City, OK  73108 | 108675 |
| Samy International Wireless I | Attn: Sami S Diaz-Rivera<br>466 Central Ave<br>East Orange, NJ 07018 | 466 Central Ave<br>East Orange, NJ  7018 | 108977 |
| Sandy Ridge Market LLC | Attn: Brandon Brown<br>18851 Sandy Ridge Station<br>Orbisonia, PA 17243 | 18851 Sandy Ridge Station<br>Orbisonia, PA  17243 | 144086 |
| Sandy Stop Shell | Attn: Paul Patel<br>7820 700 E<br>Sandy, UT 84070 | 7820 700 E<br>Sandy, UT  84070 | 104208 |
| Santa Rosa Plaza | Attn: Stevan Stankovich<br>1071 Santa Rosa Plaza<br>Santa Rosa, CA 95401 | 1071 Santa Rosa Plaza<br>Santa Rosa, CA  95401 | 104176 |
| Santeria Smoke Shop | Attn: Edward Kesselring<br>7941 State Highway 66<br>Tulsa, OK 74131-6616 | 7941 OK-66<br>Tulsa, OK  74131 | 108730 |
| SATE 2 LLC | Attn: Harpal Sungh Bhathal<br>401 S Pugh St<br>State College, PA 16801 | 401 S Pugh St<br>State College, PA  16801 | 103492 |
| SCBO LLC | Attn: Uttam Karki; Nirmal Poudel<br>5050 Crozier St<br>Dallas, TX 75229 | 5050 Crozier St<br>Dallas, TX  75215 | 108547 |
| Schutz Family Foods | Attn: Shannon Schutz<br>900 E Main St<br>Sleepy Eye, MN 56085 | 900 E Main St<br>Sleepy Eye, MN  56085 | 137037 |
| SD Concepts LLC | Attn: Moe Samad<br>667 Sleepy Creek Dr<br>Frisco, TX 75036 | Attn: Moe Samad<br>1281 E University Dr<br>Prosper, TX  75078 | 124523 |
| Sea Mart | Attn: Dung Nguyen<br>2402 North King Hwy<br>Myrtle Beach, SC 29577 | 2402 N Kings Hwy<br>Myrtle Beach, SC  29577 | 103222 |

**EXHIBIT 1 TO ORDER  – FIFTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Seashore Mini Mart | Attn: Dejene Tesema<br>1437 NW Richmond Beach Rd<br>Shoreline, WA 98177 | 1437 NW Richmond Beach Rd<br>Shoreline, WA 98177 | 121138 |
| Seattle Premium Outlets | 10600 Quil Ceda Blvd<br>Ste 750<br>Talaip, WA 98271 | 10600 Quil Ceda Blvd<br>Tulalip, WA 98271 | 126644 |
| Select Wine & Spirits | Attn: Nabil Abdallah Shehadeh<br>4271 Truxel Rd #B2<br>Sacramento, CA 95834 | 4271 Truxel Rd ## B2<br>Sacramento, CA 95834 | 109058 |
| Seven Hills Convenience | Attn: Pramod Patel<br>368 Euclid Ave<br>Canonsburg, PA 15317 | 368 Euclid Ave<br>Canonsburg, PA 15317 | 103394 |
| Seven Star Liquors | Attn: Patel Mahavir Arvind<br>3 E Grove St #A<br>Middleborough, MA 02346 | 3 E Grove St #A<br>Middleborough, MA 2346 | 108829 |
| Seymoure Party Store | Attn: Scout Burkhart<br>606 Seymour Ave<br>Jackson, MI 49202 | 606 Seymour Ave<br>Jackson, MI 49202 | 104217 |
| Shaan LLC | Attn: Inderjit Singh<br>2810 Capital Ave SW<br>Battle Creek, MI 49015 | 2810 Capital Ave SW<br>Battle Creek, MI 49015 | 123926 |
| Shaheen LLC (dba Sam's Food Stores) | Attn: Qudrat Tariq<br>28 Hartford Ave<br>Providence, RI 2909 | 28 Hartford Ave<br>Providence, RI 2909 | 103083 |
| Shaver Food Store | Attn: Salma Mamji<br>1119 Weldon Park Dr<br>Sugarland, TX 77479 | 2008 Shaver St<br>Pasadena, TX 77052 | 103389 |
| Shell | Attn: Mukhtar Humaidi<br>5805 Fairfield Ave<br>Fort Wayne, IN 46807 | 5805 Fairfield Ave<br>Fort Wayne, IN 46807 | 107952 |
| Shepherd's Market | Attn: Rainbow Truckin<br>32586 Rd 124<br>Visalia, CA 93291 | 32586 Rd 124<br>Visalia, CA 93291 | 103589 |
| Sher E Punja LLC | Attn: Surjit Singh<br>4615 S Broadway<br>Englewod, CO 80113 | 4615 S Broadway<br>Englewood, CO 80113 | 108255 |
| Shinda First LLC | Attn: Baljinder Singh<br>802 S Burdick St<br>Kalamazoo, MI 49001 | 802 S Burdick St<br>Kalamazoo, MI 49001 | 104222 |
| Shop N Go | Attn: Pramish Shrestha<br>1885 Esters Rd #110<br>Irving, TX 75061 | 1885 Esters Rd #110<br>Irving, TX 75061 | 107998 |

**EXHIBIT 1 TO ORDER – FIFTEENTH OMNIBUS REJECTION MOTION**

**EXHIBIT 2 TO MOTION AND EXHIBIT 1 TO NOTICE OF HEARING AND EXHIBIT 1 TO PROPOSED ORDER – _____ OMNIBUS REJECTION MOTION (NO. OF CONTRACTS: \_\_\_)**