1   BRETT A. AXELROD, ESQ.  (5829)
2   JEANETTE E. MCPHERSON, ESQ. (5423)
    NICHOLAS A. KOFFROTH, ESQ. (16264)
3   ZACHARY T. WILLIAMS, ESQ. (16023)
    **FOX ROTHSCHILD LLP**
4   1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
5   Telephone: 702-262-6899 / Facsimile: 702-597-5503
    Email: baxelrod@foxrothschild.com
6         jmcpherson@foxrothschild.com
7         nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
8   *Counsel for Debtor*

9                 **UNITED STATES BANKRUPTCY COURT**

10                      **DISTRICT OF NEVADA**

11  | In re | Case No.  BK-23-10423-mkn |

12  CASH CLOUD, INC.,          Chapter 11

    dba COIN CLOUD,            **NOTICE OF ENTRY OF ORDER GRANTING**
13                             **SIXTEENTH OMNIBUS MOTION FOR**
                               **ENTRY OF ORDER APPROVING**
14              Debtor.        **REJECTION OF EXECUTORY CONTRACTS**
                               **AND UNEXPIRED LEASES PURSUANT TO 11**
15                             **U.S.C. § 365(a) AND SETTING REJECTION**
16                             **DAMAGES CLAIM DEADLINE**

17          **PLEASE TAKE NOTICE** that on the 26th day of July, 2023, the Court entered an *Order*

18  *Granting Sixteenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory*

19  *Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Setting Rejection Damages*

20  *Claim Deadline* [ECF 949], a copy of which is attached here.

21  Dated this 27th day of July, 2023.          **FOX ROTHSCHILD LLP**

22                                    By:  /s/ Jeanette E. McPherson
                                           JEANETTE E. MCPHERSON, ESQ. (5423)
23                                         BRETT A. AXELROD, ESQ. (5859)
                                           NICHOLAS A. KOFFROTH, ESQ. (16264)
24                                         ZACHARY T. WILLIAMS, ESQ. (16023)
25                                         1980 Festival Plaza Drive, Suite 700
                                           Las Vegas, Nevada 89135
26                                    *Counsel for Debtor*

27

28

*FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)*

1

147869830.1



Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 26, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          jmcpherson@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-S-23-10423-MKN |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 **ORDER GRANTING SIXTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE** |
| Debtor. | Hearing Date:   July 20, 2023 Hearing Time:   10:30 a.m. |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

147688644.1 [SIXTEENTH MOTION]

1

The Court having reviewed and considered Debtor's motion [ECF 696] (the "Motion")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a); and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** with respect to the Contracts and/or Leases as set forth in **Exhibit 1**;[2] and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that all persons and entities listed on **Exhibit 1** that assert any claims against Debtor for damages arising from the rejection of their leases listed on **Exhibit 1** (a "Rejection Damages Claim") must file a Proof of Claim with the Clerk of the Bankruptcy Court for such Rejection Damages Claim **no later than thirty (30) days after entry of this Order** or shall be forever barred from asserting such Rejection Damages Claim; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

[2] With respect to Brookfield Landlords only, the hearing on the Motion has been continued to July 27, 2023 at 1:30 p.m. pursuant to the *Order Granting Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF 851] entered by the Court on July 17, 2023.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1    from the implementation or interpretation of this Order; and it is further

2         **ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient

3    notice of the Motion.

4    Prepared And Respectfully Submitted By:

5    **FOX ROTHSCHILD LLP**

6

7    By: /s/ Jeanette E. McPherson
          JEANETTE E. MCPHERSON, ESQ.

8         BRETT A. AXELROD, ESQ.
          NICHOLAS A. KOFFROTH, ESQ.

9         ZACHARY T. WILLIAMS, ESQ.
          1980 Festival Plaza Drive, Suite 700

10        Las Vegas, Nevada 89135
     *Counsel for Debtor*

11

12   **APPROVED**/DISAPPROVED

13   **MCDONALD CARANO LLP**

14

15   By: /s/ Catherine V. Lotempio
          RYAN J. WORKS, ESQ. (NSBN 9224)

16        AMANDA M. PERACH, ESQ. (NSBN 12399)

17        2300 West Sahara Avenue, Suite 1200
          Las Vegas, Nevada 89102

18        and

19        **SEWARD & KISSEL LLP**
          JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)

20        ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
          CATHERINE V. LOTEMPIO, ESQ. (Admitted *Pro Hac Vice*)

21        ANDREW J. MATOTT, ESQ.
          One Battery Park Plaza

22        New  York, New York  10004
     *Counsel for Official Committee of Unsecured Creditors*

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

147688644.1 [SIXTEENTH MOTION]

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐   The Court has waived the requirement of approval in LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion.

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**EXHIBIT 1**

**CONTRACTS AND/OR LEASES TO BE REJECTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

147688644.1 [SIXTEENTH MOTION]

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Shree Ganesh Fuels LLC | Attn: Sanjay Patel<br>1510 W Euless Blvd<br>Euless, TX 76040 | 1510 W Euless Blvd<br>Euless, TX 76040 | 104323 |
| Shri Krishna Stores LLC | Attn: Nilpa Patel<br>588 Palm Springs Dr<br>Altamonte Springs, FL 32701 | 588 Palm Springs Dr<br>Altamonte Springs, FL 32701 | 117465 |
| Shri Sai Nath LLC | Attn: Jinga Patel<br>4965 Bethesda-Duplex Rd<br>College Grove, TN 37046 | 4965 Bethesda-Duplex Rd<br>College Grove, TN 37046 | 104398 |
| Sierra Convenience Plaza | 37167 N. Sierra Hwy<br>Palmdale, CA 93550 | 37167 Sierra Hwy<br>Palmdale, CA 93550 | 101426 |
| Sierra Vista Realty LLC,<br>Sierra Vista CH LLC,<br>Sierra Vista Nassim LLC | Attn: Igal Namdar<br>c/o Namdar Realty Group<br>150 Great Neck Rd Ste 304<br>Great Neck, NY 11021 | 1050 Shaw Ave<br>Clovis, CA 93612 | 103961 |
| Sikes Senter Mall Realty Holding LLC | Attn: Debra Amyotte<br>1010 Northern Blvd Ste 212<br>Great Neck, NY 11021 | 3111 Midwestern Pkwy<br>Ste 280<br>Wichita Falls, TX 76308 | 103818 |
| SIMON PROPERTY GROUP (TEXAS), L.P. | Attn: Roberto Luciano<br>c/o La Plaza Mall<br>2200 S. 10th Street<br>McAllen, TX 78503 | 2200 S 10th St<br>McAllen, TX 78503 | 104173 |
| SIMON PROPERTY GROUP (TEXAS), L.P., | Attn: Terry Blevins<br>Broadway Square<br>4601 S. Broadway<br>Tyler, TX 75703 | 4601 S Broadway Ave<br>Tyler, TX 75703 | 104182 |
| Simon Property Group, Inc. | Attn: Janet Porter<br>1201 Hooper Ave<br>Toms River, NJ 8753 | 1201 Hooper Ave<br>Toms River, NJ 8753 | 103959 |
| Simon Property Group, L.P. | Attn: Town East Square<br>7700 E Kellogg Square<br>Ste 1300<br>Wichita, KS 67207 | 7700 E Kellogg Dr<br>Wichita, KS 67207 | 104171 |
| Singh Mart | Attn: Surjit Singh<br>13407 Main Street<br>Houston, TX 77035 | 13407 S Main St<br>Houston, TX 77035 | 101428 |
| Singh Mart #1 | Attn: Surjit Singh<br>16507 Chalk Maple Ln<br>Houston, TX 77095 | Attn: Surjit Singh<br>13110 S Gessner Rd<br>Missouri City, TX 77489 | 103840 |
| Singh Mart 2 | Attn: Surjit Singh<br>2944 S Sam Houston Pkwy E<br>Houston, TX 77047 | 2944 S Sam Houston Pkwy E<br>Houston, TX 77047 | 103316 |

**EXHIBIT 1 TO ORDER – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| SK Petro Inc | Attn: Sarwan Singh, Ramesh Kaur<br>4023 W Sample St<br>South Bend, IN 46619 | 4023 W Sample St<br>South Bend, IN 46619 | 108244 |
| SKM Captain Of America Enterprise Corporation DBA S and M Liquor | Attn: Matt McAdams<br>1530 Austin Hwy ##115<br>San Antonio, TX 78218 | 1530 Austin Hwy ##115<br>San Antonio, TX 78218 | 104045 |
| SM Gas Incorporated | Attn: Sarwan Singh<br>26499 US-20<br>South Bend, IN 46628 | 26499 US-20<br>South Bend, IN 46628 | 108655 |
| Smoke Shops and Gifts | 4175 Mission Blvd<br>San Diego, CA 92109 | 4175 Mission Blvd<br>San Diego, CA 92109 | 101528 |
| Smoker's World | Attn: Pele Andre Elisha<br>27895 23 Mile Rd<br>New Baltimore, MI 48051 | 27895 23 Mile Rd<br>New Baltimore, MI 48051 | 108708 |
| Smokeshop Plus More LLC | Attn: Uma Sharma<br>314 Washington Blvd<br>Ogden, UT 84404 | 314 Washington Blvd<br>Ogden, UT 84404 | 138202 |
| SMR Oil Co. (Sam's Mobil) | Attn: Saumil Makin, Mike Patel<br>2200 E Grand Ave<br>Lindenhurst, IL 60046 | 2200 E Grand Ave<br>Lindenhurst, IL 60046 | 113814 |
| Snappy Mart 2 | Attn: Wadah Edhah<br>1351 Madison Ave<br>Memphis, TN 38104 | 1351 Madison Ave<br>Memphis, TN 38104 | 104257 |
| SNC Investments Inc. (DBA Crystal's Liquor) | Attn: Dk Investments<br>356 E Harmony Rd ## 6C<br>Fort Collins, CO 80525 | 356 E Harmony Rd ## 6C<br>Fort Collins, CO 80525 | 103697 |
| SNR Food Mart One | Attn: Fahed Alsalei<br>7671 Dorchester Rd<br>North Charleston, SC 29418 | 7671 Dorchester Rd.<br>N. Charleston, SC 29418 | 103218 |
| Soap & Suds | Attn: Walter Tapp<br>124 Grandview Dr<br>Cynthiana, KY 41031 | Attn: Walter Tapp<br>100 Regency Point Path #130<br>Lexington, KY 40503 | 113577 |
| Sonny's Super Foods | Attn: Scott Schmunk<br>2020 10th Ave<br>Sidney, NE 69162 | 2020 10th Ave<br>Sidney, NE 69162 | 139618 |
| Soto Mobil Mart, Inc. | Attn: Arash Kohanoff<br>1010 North Soto Street<br>Los Angeles, CA 90033 | 1010 N Soto St<br>Los Angeles, CA 90033 | 101503 |
| South Coast Pizza LLC | Attn: Chris Morton<br>1103 Sevier Ave<br>Knoxville, TN 37920-1866 | 1103 Sevier Ave<br>Knoxville, TN 37920 | 113880 |

**EXHIBIT 1 TO ORDER  – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Southern Hills Mall LLC | Attn: Chunsta Miller<br>4400 Sergeant Road<br>Sioux City, IA 51106 | 4400 Sergeant Rd #Ste 317<br>Sioux City, IA  51106 | 122925 |
| Southern Illinois Liquor Mart / Warehouse Liquor Mart | Attn: Tom Hoffman<br>113 N 12th St<br>Murphysboro, IL 62966-2106 | Attn: Tom Hoffman<br>829 E Main St<br>Carbondale, IL  62901 | 113863 |
| Southland Realty LLC | Attn: Igal Namdar<br>1215 Southland Mall<br>Memphis, TN 38116 | 1215 Southland Mall<br>Memphis, TN  38116 | 103963 |
| Spirit of Lena Lena Food & Liquor | Attn: Pankaj Patel<br>435 W Lena St #9252<br>Lena, IL  61048 | 435 W Lena St #9252<br>Lena, IL  61048 | 108560 |
| Spring Valley Laundry | Attn: Adam Maxon<br>6404 Creekhaven Pl<br>Dallas, TX 75240 | 7879 Spring Valley Rd ##147<br>Dallas, TX  75254 | 104343 |
| Springs Convenience | Attn: Kanwal Singh<br>4325 S Carefree Cir<br>Colorado Springs, CO 80917 | 4325 S Carefree Cir<br>Colorado Springs, CO  80917 | 126518 |
| St Paul Market | Attn: Jatinder S Parmar<br>4171 Blanchet Ave NE<br>St. Paul, OR 97137 | 4171 Blanchet Ave NE<br>St Paul, OR  97137 | 117213 |
| ST Star LLC | Attn: Nabil Nona<br>8316 W Indian School Rd<br>Phoenix, AZ 85033 | 8316 W Indian School Rd<br>Phoenix, AZ  85033 | 108038 |
| Stag Hair Care LLC | Attn: Maria Santa Cruz-Cernik<br>6730 W State St<br>Boise, ID 83714 | 6730 W State St<br>Boise, ID  83714 | 123040 |
| Star Liquor Market | Attn: Patel Mahavir Arvind<br>78 Main St<br>Lakeville, MA 02347 | 78 Main St<br>Lakeville, MA  2347 | 108828 |
| Stop and Shop | Attn: Sidhu Inderjit<br>4321 Madison Ave Suite E<br>Sacramento, CA 95842 | 4321 Madison Ave Suite E<br>Sacramento, CA  95842 | 109050 |
| Stop-N-Joy | Attn: Husseinali Esmail<br>5214 Callaghan Rd<br>San Antonio, TX 78228 | 5214 Callaghan Rd<br>San Antonio, TX  78228 | 103168 |
| Summit Liquors | Attn: Patel Dharam<br>4475 Summit Bridge Rd<br>Middletown, DE 19709 | 4475 Summit Bridge Rd<br>Middletown, DE  19709 | 108445 |
| Sunoco Gas Station | Attn: Raj Nip<br>4140 Broad River Rd<br>Columbia, SC 29210 | 4140 Broad River Rd<br>Columbia, SC  29210 | 101459 |

**EXHIBIT 1 TO ORDER – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Sunrich LLC | Attn: Dilipkumar Chauhan<br>c/o Sky Mart #3<br>1828 Ashley River Rd<br>Charleston, SC 29407 | 1828 Ashley River Rd<br>Charleston, SC  29407 | 103306 |
| Sunrise Grocery Inc | Attn: Zekarias Werede<br>c/o Zekarias Ghebreiyesus<br>1830 Benning Rd. NE<br>Washington, DC 20002 | 1830 Benning Rd NE<br>Washington, DC  20002 | 103436 |
| Sunset Chevron LLC | Attn: Vasu Patel<br>927 W Sunset Blvd<br>St. George, UT 84770 | 927 W Sunset Blvd<br>St. George, UT  84770 | 104191 |
| Super Express #1 | Attn: Yaseen Jamil<br>3150 Wrightsboro Rd<br>Augusta, GA 30909 | 3150 Wrightsboro Rd<br>Augusta, GA  30909 | 103230 |
| Super Express #6 | Attn: Yaseen Jamil<br>2447 Wrightsboro Rd<br>Augusta, GA 30904 | 2447 Wrightsboro Rd<br>Augusta, GA  30909 | 104109 |
| Super Mart #11 | Attn: Lovekesh Kumar<br>3300 Oregon Coast Hwy.<br>Gearhart, OR 97138 | 3300 Oregon Coast Hwy<br>Gearhart, OR  97138 | 104165 |
| Super Saver Liquor and Grocery | Attn: Kaivalkumar Patel<br>6259 W Belmont Ave<br>Chicago, IL 60634 | 6259 W Belmont Ave<br>Chicago, IL  60634 | 108285 |
| Super Xpress Mini mart | Attn: Riar Jasbir<br>120 Brundage Ln<br>Bakersfield, CA 93304 | 120 Brundage Ln<br>Bakersfield, CA  93304 | 103596 |
| Suravisai Inc. | Attn: Mana Adhikaree<br>102 E Buckingham Rd<br>Garland, TX 75040 | 102 E Buckingham Rd<br>Garland, TX  75040 | 108109 |
| Tacoma Mall Partnership | Attn: Caden Sink<br>4502 S Steele St Suite 1177<br>Tacoma, WA 98409 | 4502 S Steele St<br>Tacoma, WA  98409 | 126820 |
| Tanger Management, LLC | Attn: Jessica Roberts<br>9580 W. Sahara Ave.<br>Las Vegas, NV 89117 | 6800 Oxon Hill Rd<br>Fort Washington, MD  20745 | 121558 |
| Taqueria las Comadres No 2 LLC | Attn: Samuel A Pedroza Cruz<br>105 S Kings Hwy #A<br>Myrtle Beach, SC 29577 | Attn: Samuel A Pedroza Cruz<br>5050 Hampton Rd<br>Conway, SC  29527 | 108896 |
| Taraz Aghdasi | 5740 Atlantic Ave<br>Long Beach, CA 90805 | 5740 Atlantic Ave<br>Long Beach, CA  90805 | 101522 |

**EXHIBIT 1 TO ORDER – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Techniphone, LLC | Attn: Ray Nieves<br>7974 W Sample Rd<br>Margate, FL 33065 | 7974 W Sample Rd<br>Margate, FL 33065 | 123919 |
| TeeJay Group of Companies | Attn: Jagdeep JD Saran<br>c/o Chevron 3160<br>3160 E Chandler Heights Rd<br>Gilbert, AZ 85298 | 3160 E Chandler Heights Rd<br>Gilbert, AZ 85298 | 101552 |
| TeeJay Group of Companies dba Chevron 5002 | Attn: Jagdeep JD Saran<br>5002 E Chandler Blvd<br>Phoenix, AZ 85048 | 5002 E Chandler Blvd<br>Phoenix, AZ 85048 | 101537 |
| THE Bar | Attn: David Griego II<br>10310 McCombs St Suite D<br>El Paso, TX 79924 | 10310 McCombs St Suite D<br>El Paso, TX 79924 | 104306 |
| The Depot Express | Attn: David Scheetz<br>221 W. Marengo Rd<br>Tiffin, IA 52340 | 1290 Dubuque St NE<br>North Liberty, IA 52317 | 140309 |
| The Depot Express | Attn: David Scheetz<br>221 W. Marengo Rd<br>Tiffin, IA 52340 | 103 S Highland St<br>Williamsburg, IA 52361 | 140315 |
| The Joint on 7th | Attn: Khalil Alen Houssein Mourtada<br>5501 N 7th Ave Ste 102<br>Phoenix, AZ 85013 | 5501 N 7th Ave #Suite 102<br>Phoenix, AZ 85013 | 108702 |
| The Joint Smoke & Vape | Attn: Ali Mourtada<br>2530 North 7th Street Ste 101<br>Phoenix, AZ 85006 | 2530 N 7th St #101<br>Phoenix, AZ 85006 | 108719 |
| The Laundry Basket | Attn: Mike Henkel<br>182 Coffee Pot Dr<br>Sedona, AZ 86336 | 182 Coffee Pot Dr<br>Sedona, AZ 86336 | 113579 |
| The Snack Shack | Attn: Bresa Chaudhry, EJ Ramos<br>4335 Texas St<br>Waterloo, IA 50702 | 4335 Texas St<br>Waterloo, IA 50702 | 108553 |
| Thorntons LLC | Attn: Chris Kamer<br>2600 James Thornton Way<br>Louisville, KY 40245 | Thorntons #181700<br>1698 Gulf to Bay Blvd<br>Clearwater, FL 33755 | 146451 |
| | | Thorntons #181701<br>8875 Ulmerton Rd<br>Largo, FL 33771 | 146452 |
| | | Thorntons #181702<br>425 E Brandon Blvd<br>Brandon, FL 33511 | 146453 |
| | | Thorntons #181703<br>4103 Gunn Hwy<br>Tampa, FL 33624 | 146454 |

**EXHIBIT 1 TO ORDER – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | Thorntons #181706<br>4820 State Rd 64E<br>Bradenton, FL  34208 | 146455 |
| | | Thorntons #181707<br>2356 W Hillsborough Ave<br>Tampa, FL  33603 | 146456 |
| | | Thorntons #181704<br>9979 Progress Blvd<br>Riverview, FL  33578 | 146457 |
| | | Thorntons #181705<br>6405 W Hillsborough Ave<br>Tampa, FL  33634 | 146458 |
| | | 1785 New Salem Rd<br>Murfreesboro, TN  37128 | 146461 |
| | | 15025 Central Pike<br>Lebanon, TN  37090 | 146462 |
| | | 3500 Murfreesboro Pike<br>Nashville, TN  37013 | 146463 |
| | | 120 Luyben Hills Rd<br>Kingston Springs, TN  37082 | 146464 |
| | | 2908 Medical Center Pkwy<br>Murfreesboro, TN  37129 | 146465 |
| | | 2815 Lebanon Pike<br>Nashville, TN  37214 | 146466 |
| | | 1049 Long Hollow Pike<br>Gallatin, TN  37066 | 146467 |
| | | 7102 Charlotte Pike<br>Nashville, TN  37209 | 146468 |
| | | 1400 Eagle View Blvd<br>Nashville, TN  37013 | 146469 |
| | | 243 TN-109 #N<br>Lebanon, TN  37090 | 146470 |
| | | 13010 Old Hickory Blvd<br>Nashville, TN  37013 | 146471 |
| | | 927 Old Fort Pkwy<br>Murfreesboro, TN  37129 | 146472 |
| | | 317 Myatt Dr<br>Nashville, TN  37115 | 146473 |
| | | 768 E Main St<br>Hendersonville, TN  37075 | 146474 |
| | | 4145 Lebanon Pike<br>Nashville, TN  37076 | 146475 |
| | | 714 Stewarts Ferry Pike<br>Nashville, TN  37214 | 146476 |
| | | 300 Sam Ridley Pkwy E<br>Smyrna, TN  37167 | 146477 |
| | | 12185 Princeton Pike<br>Springdale, OH  45246 | 146478 |
| | | 1550 Grand Blvd<br>Hamilton, OH  45011 | 146479 |
| | | 945 W Central Ave<br>Springboro, OH  45066 | 146480 |
| | | 3203 Galbraith Rd<br>Cincinnati, OH  45239 | 146481 |

**EXHIBIT 1 TO ORDER – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 7301 Kingsgate Way<br>Westchester, OH  45069 | 146482 |
| | | 798 OH-28<br>Milford, OH  45150 | 146483 |
| | | 6347 Dixie Hwy<br>Fairfield, OH  45014 | 146484 |
| | | 2225 E Sharon Rd<br>Sharonville, OH  45241 | 146485 |
| | | 664 N Riverside Dr<br>Hamilton, OH  45011 | 146486 |
| | | 1030 Reading Rd<br>Mason, OH  45040 | 146487 |
| | | 2568 W North Bend Rd<br>Cincinnati, OH  45239 | 146488 |
| | | 4530 Reading Rd<br>Cincinnati, OH  45229 | 146489 |
| | | 3898 Alum Creek Dr<br>Columbus, OH  43207 | 146490 |
| | | 2333 N Wilson Rd<br>Columbus, OH  43228 | 146491 |
| | | 4990 W Broad St<br>Columbus, OH  43228 | 146492 |
| | | 1771 Norton Rd<br>Galloway, OH  43119 | 146493 |
| | | 1005 Town Dr<br>Wilder, KY  41076 | 146494 |
| | | 4600 Winchester Pike<br>Columbus, OH  43232 | 146495 |
| | | 3590 Madison Pike<br>Edgewood, KY  41017 | 146496 |
| | | 7601 Industrial Rd<br>Florence, KY  41042 | 146497 |
| | | 2000 US-41 #N<br>Henderson, KY  42420 | 146498 |
| | | 1000 N Green St<br>Henderson, KY  42420 | 146499 |
| | | 3045 Dixie Hwy<br>Erlanger, KY  41018 | 146500 |
| | | 2855 US-41<br>Henderson, KY  42420 | 146501 |
| | | 1040 Georgetown Rd<br>Lexington, KY  40511 | 146502 |
| | | 441 Redding Rd<br>Lexington, KY  40517 | 146503 |
| | | 2291 Elkhorn Rd<br>Lexington, KY  40505 | 146504 |
| | | 1311 Versailles Rd<br>Lexington, KY  40504 | 146505 |
| | | 524 Lexington Rd<br>Versailles, KY  40383 | 146506 |
| | | 802 N Broadway<br>Lexington, KY  40508 | 146507 |
| | | 4170 Taylor Blvd<br>Louisville, KY  40215 | 146508 |

**EXHIBIT 1 TO ORDER  – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 1830 Midland Trail<br>Shelbyville, KY  40065 | 146509 |
| | | 1120 Winchester Rd<br>Lexington, KY  40505 | 146510 |
| | | 2300 Woodhill Dr<br>Lexington, KY  40509 | 146511 |
| | | 3255 Bardstown Rd<br>Louisville, KY  40205 | 146512 |
| | | 9400 Westport Rd<br>Louisville, KY  40241 | 146513 |
| | | 7515 Shelbyville Rd<br>Louisville, KY  40222 | 146514 |
| | | 4740 Chamberlain Ln<br>Louisville, KY  40241 | 146515 |
| | | 4900 Brownsboro Rd<br>Louisville, KY  40222 | 146516 |
| | | 1335 S Hurstbourne Pkwy<br>Louisville, KY  40222 | 146518 |
| | | 3300 Bardstown Rd<br>Louisville, KY  40218 | 146519 |
| | | 13302 W Hwy 42<br>Prospect, KY  40059 | 146520 |
| | | 7920 Bardstown Rd<br>Louisville, KY  40291 | 146521 |
| | | 9200 Preston Hwy<br>Louisville, KY  40229 | 146522 |
| | | 4136 Cane Run Rd<br>Louisville, KY  40216 | 146524 |
| | | 4500 Shelbyville Rd<br>Louisville, KY  40207 | 146525 |
| | | 1804 Blankenbaker Pkwy<br>Louisville, KY  40299 | 146526 |
| | | 1521 Dixie Hwy<br>Louisville, KY  40210 | 146527 |
| | | 2700 Fern Valley Rd<br>Louisville, KY  40213 | 146528 |
| | | 4500 S 3rd St<br>Louisville, KY  40214 | 146529 |
| | | 2007 Brownsboro Rd<br>Louisville, KY  40206 | 146530 |
| | | 14101 Shelbyville Rd<br>Louisville, KY  40245 | 146531 |
| | | Thorntons #261028<br>100 W Broadway<br>Louisville, KY  40202 | 146532 |
| | | 8405 National Turnpike<br>Louisville, KY  40214 | 146533 |
| | | 4516 Poplar Level Rd<br>Louisville, KY  40213 | 146534 |
| | | 13314 Shelbyville Rd<br>Louisville, KY  40223 | 146535 |
| | | 2000 7th Street Rd<br>Louisville, KY  40208 | 146536 |
| | | 3320 Preston Hwy<br>Louisville, KY  40213 | 146537 |

**EXHIBIT 1 TO ORDER – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 4154 Bardstown Rd<br>Louisville, KY  40218 | 146538 |
| | | 8400 Dixie Hwy<br>Louisville, KY  40258 | 146539 |
| | | 4731 KY-146<br>Buckner, KY  40010 | 146540 |
| | | 10320 Westport Rd<br>Louisville, KY  40241 | 146541 |
| | | 11700 Dixie Hwy<br>Louisville, KY  40272 | 146542 |
| | | 5318 Preston Hwy<br>Louisville, KY  40213 | 146543 |
| | | 12412 La Grange Rd<br>Louisville, KY  40245 | 146544 |
| | | 605 Lyndon Ln<br>Louisville, KY  40222 | 146545 |
| | | 3726 Taylorsville Rd<br>Louisville, KY  40220 | 146546 |
| | | 6300 E Morgan Ave<br>Evansville, IN  47715 | 146547 |
| | | 114 Rosenberger Ave<br>Evansville, IN  47712 | 146548 |
| | | 4520 Dixie Hwy<br>Louisville, KY  40216 | 146549 |
| | | 701 S Green River Rd<br>Evansville, IN  47715 | 146550 |
| | | 2330 S 3rd St<br>Terre Haute, IN  47802 | 146551 |
| | | 2401 E Morgan Ave<br>Evansville, IN  47711 | 146552 |
| | | 13604 Blue Lick Rd<br>Memphis, IN  47143 | 146553 |
| | | 2980 IN-62 #E<br>Jeffersonville, IN  47130 | 146554 |
| | | 1401 Corydon Pike<br>New Albany, IN  47150 | 146555 |
| | | 612 E Mound Rd<br>Decatur, IL  62526 | 146557 |
| | | 813 N St Joseph Ave<br>Evansville, IN  47712 | 146558 |
| | | 202 10th St<br>Jeffersonville, IN  47130 | 146559 |
| | | 401 W Court Ave<br>Jeffersonville, IN  47130 | 146560 |
| | | 2250 State St<br>New Albany, IN  47150 | 146561 |
| | | 5310 W 10th St<br>Indianapolis, IN  46224 | 146562 |
| | | 1600 S U.S Hwy 31 #S<br>Greenwood, IN  46143 | 146563 |
| | | 2115 Hartford Ave<br>Plainfield, IN  46168 | 146564 |
| | | 6880 W Washington St<br>Indianapolis, IN  46241 | 146565 |

**EXHIBIT 1 TO ORDER  – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 10901 Pendleton Pike<br>Indianapolis, IN  46236 | 146566 |
| | | 4015 E 82nd St<br>Indianapolis, IN  46250 | 146567 |
| | | 2665 State Rd 46<br>Terre Haute, IN  47803 | 146568 |
| | | 3333 US-41<br>Terre Haute, IN  47802 | 146569 |
| | | 7020 Pendleton Pike<br>Lawrence, IN  46226 | 146570 |
| | | 5760 Crawfordsville Rd<br>Speedway, IN  46224 | 146572 |
| | | 12001 US-31<br>Edinburgh, IN  46124 | 146573 |
| | | 101 S Mattis Ave<br>Champaign, IL  61821 | 146574 |
| | | 101 Burwash Ave<br>Savoy, IL  61874 | 146575 |
| | | 3005 S 6th St<br>Springfield, IL  62703 | 146576 |
| | | 3001 Wabash Ave<br>Springfield, IL  62704 | 146577 |
| | | 511 Keokuk Street<br>Lincoln, IL  62656 | 146578 |
| | | 1707 E Pershing Rd<br>Decatur, IL  62526 | 146579 |
| | | 948 W Reynolds St<br>Pontiac, IL  61764 | 146580 |
| | | 2208 N Peoria Rd<br>Springfield, IL  62702 | 146581 |
| | | 420 W Dearborn St<br>Havana, IL  62644 | 146582 |
| | | 102 W Etna Rd<br>Ottawa, IL  61350 | 146583 |
| | | 906 N Main St<br>Bloomington, IL  61701 | 146584 |
| | | 2820 Court St<br>Pekin, IL  61554 | 146585 |
| | | 2903 Woodlawn Rd<br>Lincoln, IL  62656 | 146586 |
| | | 1810 N Bloomington St<br>Streator, IL  61364 | 146587 |
| | | 107 W Spring Creek Rd<br>East Peoria, IL  61611 | 146588 |
| | | 457 S Main St<br>Creve Coeur, IL  61610 | 146589 |
| | | 1011 N Hershey Rd<br>Bloomington, IL  61704 | 146590 |
| | | 2255 E Washington St<br>East Peoria, IL  61611 | 146591 |
| | | 1487 N Henderson St<br>Galesburg, IL  61401 | 146592 |
| | | 11975 IL-47<br>Huntley, IL  60142 | 146593 |

**EXHIBIT 1 TO ORDER  – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 911 Tek Dr<br>Crystal Lake, IL  60014 | 146594 |
| | | 25461 S Ridgeland Ave<br>Monee, IL  60449 | 146595 |
| | | 11120 S Ridgeland Ave<br>Worth, IL  60482 | 146596 |
| | | 1025 S Weber Rd<br>Bolingbrook, IL  60490 | 146597 |
| | | 8012 W 111th St<br>Palos Hills, IL  60465 | 146598 |
| | | 3S660 Illinois Rte 59<br>Warrenville, IL 60555 | 146599 |
| | | 14840 S Western Ave<br>Posen, IL  60469 | 146600 |
| | | 13555 Willowbrook Rd<br>Roscoe, IL  61073 | 146601 |
| | | 3503 S Cicero Ave<br>Cicero, IL  60804 | 146602 |
| | | 1600 N Rand Rd<br>Prospect Heights, IL  60070 | 146603 |
| | | 2609 N Farnsworth Ave<br>Aurora, IL  60502 | 146604 |
| | | 24144 W Eames St<br>Channahon, IL  60410 | 146605 |
| | | 2330 Burr Oak Ave<br>Blue Island, IL  60406 | 146606 |
| | | 515 W N Ave<br>Lombard, IL  60148 | 146607 |
| | | Thorntons #221306<br>100 Dundee Ave<br>East Dundee, IL  60118 | 146608 |
| | | 476 N York St<br>Elmhurst, IL  60126 | 146609 |
| | | 55 Skokie Valley Rd<br>Highland Park, IL  60035 | 146610 |
| | | 2798 W Jefferson St<br>Joliet, IL  60435 | 146611 |
| | | 1321 Joliet Rd<br>Romeoville, IL  60446 | 146612 |
| | | 1141 E 162nd St<br>South Holland, IL  60473 | 146613 |
| | | 3233 Grand Ave<br>Waukegan, IL  60085 | 146614 |
| | | 400 Collins St<br>Joliet, IL  60432 | 146615 |
| | | 7425 Washington St #Ste 1<br>Indianapolis, IN  46219 | 146616 |
| | | 601 IL-83<br>Bensenville, IL  60106 | 146617 |
| | | 34225 US-45<br>Third Lake, IL  60030 | 146618 |
| | | 1330 S Neltnor Blvd<br>West Chicago, IL  60185 | 146619 |
| | | 205 US-12<br>Volo, IL  60073 | 146620 |

**EXHIBIT 1 TO ORDER – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 5900 S Harlem Ave<br>Summit, IL 60501 | 146621 |
| | | 2171 S 8th St<br>West Dundee, IL 60118 | 146622 |
| | | 1532 N Aurora Rd<br>Naperville, IL 60563 | 146624 |
| | | 400 N Independence Blvd<br>Romeoville, IL 60446 | 146625 |
| | | 3450 S California Ave<br>Chicago, IL 60632 | 146626 |
| | | 418 S Lincolnway St<br>North Aurora, IL 60542 | 146627 |
| | | 2201 N Green Bay Rd<br>Waukegan, IL 60087 | 146628 |
| | | 10559 S Harlem Ave<br>Chicago Ridge, IL 60415 | 146629 |
| | | 15918 Weber Rd<br>Crest Hill, IL 60403 | 146630 |
| | | 110 Devon Ave<br>Wood Dale, IL 60191 | 146631 |
| | | 12052 Western Ave<br>Blue Island, IL 60406 | 146632 |
| | | 2265 W Algonquin Rd<br>Lake in the Hills, IL 60156 | 146633 |
| | | 1602 Essington Rd<br>Joliet, IL 60435 | 146634 |
| | | 9138 S Cicero Ave<br>Oak Lawn, IL 60453 | 146635 |
| | | 1118 W Touhy Ave<br>Park Ridge, IL 60068 | 146636 |
| | | 900 N La Fox St<br>South Elgin, IL 60177 | 146637 |
| | | 300 W 63rd St<br>Westmont, IL 60559 | 146638 |
| | | 2401 63rd St<br>Woodridge, IL 60517 | 146639 |
| | | 1125 25th Ave<br>Bellwood, IL 60104 | 146640 |
| | | 800 W Lake St<br>Addison, IL 60101 | 146641 |
| | | 15800 Illinois Rte 59<br>Plainfield, IL 60544 | 146642 |
| | | 800 Northwest Hwy<br>Cary, IL 60013 | 146643 |
| | | 250 E Roosevelt Rd<br>Villa Park, IL 60181 | 146644 |
| | | 190 E Lake St<br>Bloomingdale, IL 60108 | 146645 |
| | | 2095 E Algonquin Rd<br>Algonquin, IL 60102 | 146646 |
| | | 2800 Ogden Ave<br>Aurora, IL 60504 | 146647 |
| | | 28937 IL-120<br>Lakemoor, IL 60051 | 146648 |

**EXHIBIT 1 TO ORDER – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 180 E Rollins Rd<br>Round Lake Beach, IL  60073 | 146649 |
| | | 2640 Mannheim Rd<br>Franklin Park, IL  60131 | 146650 |
| | | 2310 Elmhurst Rd<br>Elk Grove Village, IL  60007 | 146651 |
| | | 2229 S Cicero Ave<br>Cicero, IL  60804 | 146652 |
| | | 7600 W 159th St<br>Orland Park, IL  60462 | 146654 |
| | | 2 Barrington Rd<br>Streamwood, IL  60107 | 146655 |
| | | Thorntons #181710<br>1351 34th St N<br>St Petersburg, FL  33713 | 146656 |
| | | 10185 Big Bend Rd<br>Riverview, FL  33578 | 146657 |
| | | Thorntons #181709<br>3780 Tampa Rd<br>Oldsmar, FL  34677 | 146658 |
| | | Thorntons #181708<br>32490 US Hwy 19 N<br>Palm Harbor, FL  34684 | 146659 |
| | | 1330 W Lake St<br>Roselle, IL  60172 | 146664 |
| | | 598 E Washington St<br>Round Lake Park, IL  60073 | 146665 |
| | | 27905 W Hwy 176<br>Island Lake, IL  60042 | 146666 |
| | | 11 N US-12<br>Fox Lake, IL  60020 | 146667 |
| | | 2108 W IL-120<br>McHenry, IL  60051 | 146668 |
| | | 3909 U.S Hwy 31 E<br>Clarksville, IN  47129 | 146669 |
| | | 559 Waldron Rd<br>La Vergne, TN  37086 | 148600 |
| Tiger Mart | Attn: Sam Abusalem<br>10898 Co Rd 4022<br>Kemp, TX 75143 | 10898 Co Rd 4022<br>Kemp, TX  75143 | 103550 |
| Tigray LLC | Attn: Nahom Woldearegay<br>2494 W Hampden Ave<br>Englewood, CO 80110 | 2494 W Hampden Ave<br>Englewood, CO  80110 | 108264 |
| TMP SRE 1, LLC | Attn: Rick Vita<br>2070 Sam Rittenberg Blvd<br>Ste 200<br>Charleston, SC 29407 | 2070 Sam Rittenberg Blvd, #200<br>Charleston, SC  29407 | 128174 |
| Tobacco Express | Attn: Yousef K Pathan<br>3552 Dempster St<br>Stokie, IL 60076 | 3552 Dempster St<br>Skokie, IL  60076 | 144688 |

**EXHIBIT 1 TO ORDER  – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Tobacco Revolution Inc. | Attn: Nabil Iskander<br>14652 Leffingwell Rd<br>Whittier, CA 90604 | 15652 Leffingwell Rd<br>Whittier, CA 90604 | 103751 |
| Todd Conner's | Attn: Christian Wilkins<br>700 S Broadway<br>Baltimore, MD 21231 | 700 S Broadway<br>Baltimore, MD 21231 | 104386 |
| Top Dollar Pawn & Gun | Attn: Joan Tremaine<br>3421 Washington St<br>Vicksburg, MS 39180 | 3421 Washington St<br>Vicksburg, MS 39180 | 115241 |
| Top Shelf Smoke Shop | Attn: Chris Fahmie<br>720 N. Lake Ave. Suite #1<br>Pasadena, CA 91104 | 720 N Lake Ave #Suite #1<br>Pasadena, CA 91104 | 138132 |
| Total Telecom | Attn: Giandy Acosta; Giandy Diaz<br>4212 Sebring Pkwy<br>Sebring, FL 33870 | 4212 Sebring Pkwy<br>Sebring, FL 33870 | 128159 |
| Tradewinds Market Place | Attn: Claustin Lawrence<br>15 South St<br>Blue Hill, ME 04614 | 15 South St<br>Blue Hill, ME 4614 | 108308 |
| Treexel Mart | Attn: Khaled Uz Zaman<br>c/o Texas KB Enterprise<br>512 E. Hamilton Street<br>Stamford, TX 79553 | 512 E Hamilton St<br>Stamford, TX 79553 | 109045 |
| Trepanier, Daniels and Trepanier, Inc. | Attn: Steve Trepanier<br>80 Dixon Run Rd<br>Jackson, OH 45640 | 80 Dixon Run Rd<br>Jackson, OH 45640 | 123123 |
| Triangle Point Ltd. | Attn: Dhirendra Patel<br>2216 India Hook Rd<br>Rock Hill, SC 29732 | 2216 India Hook Rd<br>Rock Hill, SC 29732 | 108293 |
| Triple Seven Station dba 76 | Attn: Negin Tajgerdu<br>12975 SW Canyon Rd<br>Beaverton, OR 97005 | 12975 SW Canyon Rd<br>Beaverton, OR 97005 | 103098 |
| Triple V, Inc. | DBA Cash Saver<br>1700 North Fortage Road<br>Meridian, MS 39301 | 1700 N Frontage Rd<br>Meridian, MS 39301 | 144574 |
| Trumball One LLC | Attn: Tal Brenjakji<br>5891 Main St<br>Trumball, Ct 6611 | 5891 Main St<br>Trumbull, CT 6611 | 103205 |
| Tulsa Food Mart | Attn: Munir Keyani<br>1712-1707 Southwest Blvd<br>Tulsa, OK 74107 | 1712-1707 Southwest Blvd<br>Tulsa, OK 74107 | 108665 |
| Tuscola IGA | 700 Progress Blvd<br>Tuscola, IL 61953 | 700 Progress Blvd<br>Tuscola, IL 61953 | 161634 |

**EXHIBIT 1 TO ORDER – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Twins Food Mart | Attn: Mahmood Hassan<br>1616 N Portland Ave<br>Oklahoma City, OK 73107 | 1616 N Portland Ave<br>Oklahoma City, OK  73107 | 101631 |
| Two Brothers | Attn: Mohammed Arif<br>2933 18th Ave Ste C<br>Rock Island, IL 61201 | 2933 18th Ave Suite C<br>Rock Island, IL  61201 | 116967 |
| TWO FARMS, INC. t/a Royal Farms | Attn: John Kemp<br>3611 Roland Ave<br>Baltimore, MD 21211 | 101 W Cedar Ln<br>Fruitland, MD  21826 | 152081 |
| | | 29 Grapevine Rd<br>Martinsburg, WV  25405 | 152082 |
| | | 401 Temple Ave<br>Colonial Heights, VA  23834 | 152083 |
| | | 920 Berryville Ave<br>Winchester, VA  22601 | 152084 |
| | | 10088 James Madison Hwy<br>Bealeton, VA  22712 | 152085 |
| | | 10520 Patriot Hwy<br>Fredericksburg, VA  22408 | 152086 |
| | | 2050 Yellow Springs Rd<br>Frederick, MD  21702 | 152089 |
| | | 1202 S Caton Ave<br>Baltimore, MD  21227 | 152091 |
| | | 7300 Bethlehem Blvd<br>Edgemere, MD  21219 | 152092 |
| | | 5200 Auth Rd<br>Camp Springs, MD  20746 | 152094 |
| | | 75 Monocacy Blvd<br>Frederick, MD  21701 | 152095 |
| | | 5351 Ritchie Marlboro Rd<br>Upper Marlboro, MD  20773 | 152096 |
| | | 1708 Monocacy Blvd<br>Frederick, MD  21701 | 152098 |
| | | 5361 Nottingham Dr<br>White Marsh, MD  21162 | 152101 |
| | | 7402 Shockley Dr<br>Frederick, MD  21704 | 152102 |
| | | 6134 Edmondson Ave<br>Catonsville, MD  21228 | 152103 |
| | | 5000 Plank Rd<br>Fredericksburg, VA  22407 | 152104 |
| | | 26454 Lewes Georgetown Hwy<br>Harbeson, DE  19951 | 152105 |
| | | 30217 Commerce Dr<br>Millsboro, DE  19966 | 152106 |
| | | 1033 S Salisbury Blvd #1<br>Salisbury, MD  21801 | 152109 |
| | | 100 Monument Ave #2<br>National Harbor, MD  20745 | 152110 |
| | | 38166 Dupont Blvd<br>Selbyville, DE  19975 | 152111 |
| | | 260 Crooked Run Plaza<br>Front Royal, VA  22630 | 152114 |

**EXHIBIT 1 TO ORDER  – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 3700 Donnell Dr<br>District Heights, MD  20747 | 152115 |
| | | 9518 Pulaski Hwy<br>Middle River, MD  21220 | 152117 |
| | | 200 Rohrerstown Rd<br>Lancaster, PA  17603 | 152120 |
| | | 7560 Belair Rd<br>Nottingham, MD  21236 | 152121 |
| | | 43101 Van Metre Dr<br>Ashburn, VA  20148 | 152122 |
| | | 2111 W Patapsco Ave<br>Baltimore, MD  21230 | 152123 |
| | | 935 Bethlehem Pike<br>Colmar, PA  18915 | 152125 |
| | | 6202 Annapolis Rd<br>Hyattsville, MD  20784 | 152126 |
| | | 7401 Moores Rd<br>Brandywine, MD  20613 | 152127 |
| | | 1221 Warrenton Rd<br>Fredericksburg, VA  22406 | 152128 |
| | | 840 Middletown Warwick Rd<br>Middletown, DE  19709 | 152129 |
| | | 207 E Main St<br>Collegeville, PA  19426 | 152130 |
| | | 690 Watkins Mill Rd<br>Gaithersburg, MD  20879 | 152131 |
| | | 5801 Eastern Ave<br>Baltimore, MD  21224 | 152134 |
| | | 5031 Horseshoe Pike<br>Downingtown, PA  19335 | 152136 |
| | | 17302 Draco Rd<br>Stewartstown, PA  17363 | 152139 |
| | | 19791 Coastal Hwy<br>Rehoboth Beach, DE  19971 | 152140 |
| | | 3470 Fort Meade Rd<br>Laurel, MD  20724 | 152141 |
| | | 108 Jackson Creek Rd<br>Grasonville, MD  21638 | 152142 |
| | | 467 N Sumneytown Pike<br>North Wales, PA  19454 | 152147 |
| | | 1526 Rock Spring Rd<br>Forest Hill, MD  21050 | 152148 |
| | | 457 Stanton Christiana Rd<br>Newark, DE  19713 | 152149 |
| | | 3701 Kirkwood Hwy<br>Wilmington, DE  19808 | 152150 |
| | | 2130 West Chester Pike<br>Broomall, PA  19008 | 152151 |
| | | 5573 Shady Side Rd<br>Churchton, MD  20733 | 152156 |
| | | 744 S Philadelphia Blvd<br>Aberdeen, MD  21001 | 152157 |
| | | 10 Box Hill S Pkwy<br>Abingdon, MD  21009 | 152158 |

**EXHIBIT 1 TO ORDER  – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 7084 Minstrel Way<br>Columbia, MD  21046 | 152159 |
| | | 118 Mt Carmel Rd<br>Parkton, MD  21120 | 152160 |
| | | 8551 Fort Smallwood Rd<br>Riviera Beach, MD  21122 | 152161 |
| | | 9620 Belair Rd<br>Baltimore, MD  21236 | 152162 |
| | | 11510 Reisterstown Rd<br>Owings Mills, MD  21117 | 152163 |
| | | 4401 North Point Blvd<br>Dundalk, MD  21222 | 152164 |
| | | 10633 Ocean Gateway<br>Berlin, MD  21811 | 152165 |
| | | 58 Atlantic Ave<br>Ocean View, DE  19970 | 152166 |
| | | 1261 Liberty Rd<br>Eldersburg, MD  21784 | 152168 |
| | | 9043 Liberty Rd<br>Randallstown, MD  21133 | 152169 |
| | | 2201 Jack Ln<br>Bel Air, MD  21015 | 152171 |
| | | 31954 Summer Dr<br>Salisbury, MD  21804 | 152172 |
| | | 6201 Pulaski Hwy<br>Baltimore, MD  21205 | 152173 |
| | | 105 Clay Dr<br>Queenstown, MD  21658 | 152175 |
| | | 1170 Loucks Rd<br>York, PA  17404 | 152176 |
| | | 1551 Pulaski Hwy<br>Bear, DE  19701 | 152177 |
| | | 2808 Pulaski Hwy<br>Newark, DE  19702 | 152178 |
| | | 1801 Washington Blvd<br>Baltimore, MD  21230 | 152179 |
| | | 20579 Dupont Blvd<br>Georgetown, DE  19947 | 152180 |
| | | 3026 Churchland Blvd<br>Chesapeake, VA  23321 | 152181 |
| | | 1820 Markley St<br>Norristown, PA  19401 | 152182 |
| | | 1501 62nd St<br>Baltimore, MD  21237 | 152183 |
| | | 25451 Lizzio Center Dr<br>Chantilly, VA  20152 | 152184 |
| | | 293 S Saulsbury Rd<br>Dover, DE  19904 | 152185 |
| | | 11905 Market Way<br>Middle River, MD  21220 | 152186 |
| | | 1558 Annapolis Rd<br>Odenton, MD  21113 | 152187 |
| | | 1114 MD-3<br>Gambrills, MD  21054 | 152188 |

**EXHIBIT 1 TO ORDER  – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 304 N Dupont Blvd<br>Smyrna, DE  19977 | 152190 |
| | | 3120 Carlisle Rd #1<br>Dover, PA  17315 | 152191 |
| | | 108 Silicato Pkwy<br>Milford, DE  19963 | 152192 |
| | | 16979 Beach Hwy<br>Ellendale, DE  19941 | 152193 |
| | | 10988 Red Run Blvd<br>Owings Mills, MD  21117 | 152194 |
| | | 6 W Lebanon Rd<br>Dover, DE  19901 | 152195 |
| | | 115 N Bohemia Ave<br>Cecilton, MD  21913 | 152196 |
| | | 1530 Russell St<br>Baltimore, MD  21230 | 152197 |
| | | 25220 Lankford Hwy<br>Onancock, VA  23417 | 152200 |
| | | 930 Cromwell Park Dr<br>Glen Burnie, MD  21061 | 152201 |
| | | 2703 Ocean Gateway<br>Cambridge, MD  21613 | 152203 |
| | | 1201 S Church St<br>Smithfield, VA  23430 | 152204 |
| | | 3320 Eastern Blvd<br>Middle River, MD  21220 | 152206 |
| | | 850 Hellam St<br>Wrightsville, PA  17368 | 152207 |
| | | 8800 Concord Rd<br>Seaford, DE  19973 | 152208 |
| | | 26672 John J Williams Hwy<br>Millsboro, DE  19966 | 152209 |
| | | 2605 S Queen St<br>York, PA  17402 | 152210 |
| | | 7250 Milford Harrington Hwy<br>Harrington, DE  19952 | 152211 |
| | | 5456 N Dupont Hwy<br>Dover, DE  19901 | 152212 |
| | | 101 Carlisle St<br>Hanover, PA  17331 | 152213 |
| | | 6538 Halltown Rd<br>Hartly, DE  19953 | 152214 |
| | | 4317 Lankford Hwy<br>Exmore, VA  23350 | 152215 |
| | | 10722 Georgetown Rd<br>Laurel, DE  19956 | 152216 |
| | | 4007 Sykesville Rd<br>Finksburg, MD  21048 | 152217 |
| | | 3505 Washington Blvd<br>Arbutus, MD  21227 | 152218 |
| | | 1200 Ponca St #3<br>Baltimore, MD  21223 | 152219 |
| | | 295 S Dupont Hwy<br>Dover, DE  19901 | 152220 |

**EXHIBIT 1 TO ORDER  – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 18657 Sussex Hwy<br>Bridgeville, DE  19933 | 152221 |
| | | 29214 Lankford Hwy<br>Cape Charles, VA  23310 | 152222 |
| | | 12826A Ocean Gateway<br>Ocean City, MD  21842 | 152223 |
| | | 1010 Old Eastern Ave<br>Essex, MD 21221 | 152225 |
| | | 20474 Lankford Hwy<br>Parksley, VA  23421 | 152226 |
| | | 10740 Pulaski Hwy<br>White Marsh, MD  21162 | 152227 |
| | | 1199 E Pulaski Hwy<br>Elkton, MD  21921 | 152228 |
| | | 865 S Old Baltimore Pike<br>Newark, DE  19702 | 152230 |
| | | 30452 Mt Vernon Rd<br>Princess Anne, MD  21853 | 152231 |
| | | 8198 Veterans Hwy<br>Millersville, MD  21108 | 152232 |
| | | 500 Mechanics Valley Rd<br>North East, MD  21901 | 152233 |
| | | 3606 Conowingo Rd<br>Street, MD  21154 | 152234 |
| | | 1336 Jacob Tome Memorial Hwy<br>Port Deposit, MD  21904 | 152235 |
| | | 1915 Belair Rd<br>Fallston, MD  21047 | 152236 |
| | | 920 W 36th St<br>Baltimore, MD  21211 | 152238 |
| | | 1021 Middleton Rd<br>Aberdeen, MD  21001 | 152239 |
| | | 3209 Jarrettsville Pike<br>Monkton, MD  21111 | 152240 |
| | | 379 Conowingo Rd<br>Conowingo, MD  21918 | 152241 |
| | | 3601 Potee St<br>Baltimore, MD  21225 | 152242 |
| | | 8755 Centre Park Dr<br>Columbia, MD  21045 | 152243 |
| | | 25 Augustine Herman Hwy<br>Elkton, MD  21921 | 152244 |
| | | 101 N Salisbury Blvd<br>Salisbury, MD  21801 | 152245 |
| | | 517 Ritchie Hwy<br>Severna Park, MD  21146 | 152246 |
| | | 2330 Smith Ave #ste r<br>Baltimore, MD  21209 | 152247 |
| | | 7900 Royalty Wy<br>Salisbury, MD  21801 | 152248 |
| | | 2497 Lankford Hwy<br>New Church, VA  23415 | 152250 |
| | | 8686 Washington Blvd<br>Jessup, MD  20794 | 152253 |

**EXHIBIT 1 TO ORDER  – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 1525 E Joppa Rd Parkville, MD  21234 | 152254 |
| | | 1401 S Division St Salisbury, MD  21804 | 152255 |
| | | 8235 Eastern Blvd Baltimore, MD  21224 | 152256 |
| | | 500 Joppa Farm Rd Joppatowne, MD  21085 | 152257 |
| | | 405 S Juniata St Havre De Grace, MD  21078 | 152258 |
| | | 7701 German Hill Rd Dundalk, MD  21222 | 152259 |
| | | 7201 Baltimore Annapolis Blvd Glen Burnie, MD  21061 | 152260 |
| | | 630 Edgewood Rd Edgewood, MD  21040 | 152261 |
| | | 7950 Pulaski Hwy Baltimore, MD  21237 | 152262 |
| | | 4820 O'Donnell St Baltimore, MD  21224 | 152263 |
| | | 1818 Baltimore Blvd Westminster, MD  21157 | 152264 |
| | | 3333 E Fayette St Baltimore, MD  21224 | 152265 |
| | | 6100 Holabird Ave Baltimore, MD  21224 | 152266 |
| | | 100 W Padonia Rd Timonium, MD  21093 | 152267 |
| | | 301 Londontown Rd Edgewater, MD  21037 | 152268 |
| | | 3701 Fleet St Baltimore, MD  21224 | 152269 |
| | | 8268 Lark Brown Rd Elkridge, MD  21075 | 152270 |
| | | 7655 Ocean Gateway Easton, MD  21601 | 152271 |
| | | 2410 E Joppa Rd Parkville, MD  21234 | 152272 |
| | | 566 Dupont Blvd Milford, DE  19963 | 152273 |
| | | 2704 Washington Blvd Baltimore, MD  21230 | 152274 |
| | | 6067 Falls Rd Baltimore, MD  21209 | 152275 |
| | | 4045 Wilkens Ave Baltimore, MD  21229 | 152276 |
| | | 12545 Eastern Ave Middle River, MD  21220 | 152277 |
| | | 4308 Washington Blvd Halethorpe, MD  21227 | 152278 |
| | | 501 W Seminary Ave Timonium, MD  21093 | 152279 |
| | | 206 W Cold Spring Ln Baltimore, MD  21210 | 152281 |

**EXHIBIT 1 TO ORDER  – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 7843 Telegraph Rd<br>Severn, MD  21144 | 152282 |
| | | 2500 Mountain Rd<br>Pasadena, MD  21122 | 152283 |
| | | 500 High St<br>Seaford, DE  19973 | 152284 |
| | | 427 Rehoboth Ave<br>Rehoboth Beach, DE  19971 | 152285 |
| | | 8307 Coastal Hwy<br>Ocean City, MD  21843 | 152286 |
| | | 8803 Philadelphia Rd<br>Rosedale, MD  21237 | 152287 |
| | | 15 Hanover Pike<br>Reisterstown, MD  21136 | 152288 |
| | | 2050 Fleet St<br>Baltimore, MD  21231 | 152289 |
| | | 400 S Camp Meade Rd #0045<br>Linthicum Heights, MD  21090 | 152290 |
| | | 701 Coastal Hwy #0044<br>Fenwick Island, DE  19944 | 152291 |
| | | 4500 Mountain Rd<br>Pasadena, MD  21122 | 152292 |
| | | 2700 Taylor Ave<br>Baltimore, MD  21234 | 152293 |
| | | 33620 Chincoteague Rd<br>Wallops Island, VA  23337 | 152294 |
| | | 424 6th St #0028<br>Annapolis, MD  21403 | 152296 |
| | | 5415 Pulaski Hwy<br>Perryville, MD  21903 | 152297 |
| | | 18 S Dundalk Ave<br>Dundalk, MD  21222 | 152298 |
| | | 1601 E Churchville Rd<br>Bel Air, MD  21014 | 152299 |
| | | 406 Bowleys Quarters Rd<br>Middle River, MD  21220 | 152300 |
| | | 200 Oak Manor Dr<br>Glen Burnie, MD  21061 | 152301 |
| | | 6411 Fort Smallwood Rd<br>Baltimore, MD  21226 | 152302 |
| | | 4015 North Point Blvd #1<br>Dundalk, MD  21222 | 152303 |
| | | 1119 W 41st St<br>Baltimore, MD  21211 | 152304 |
| | | 601 Southwick Dr<br>Towson, MD  21204 | 152305 |
| | | 8207 Harford Rd<br>Baltimore, MD  21234 | 152307 |
| | | 6901 Governor Ritchie Hwy<br>Glen Burnie, MD  21061 | 152308 |
| | | 1601 Middleborough Rd<br>Essex, MD  21221 | 152309 |
| | | 4384 Hollins Ferry Rd<br>Baltimore, MD  21227 | 152310 |

**EXHIBIT 1 TO ORDER  – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 11460 S Dupont Hwy<br>Felton, DE  19943 | 152311 |
| | | 5232 Harford Rd<br>Baltimore, MD  21214 | 152313 |
| | | 6416 Windsor Mill Rd<br>Woodlawn, MD  21207 | 152314 |
| | | 3635 Keswick Rd<br>Baltimore, MD  21211 | 152315 |
| | | 1630 W Joppa Rd<br>Towson, MD  21204 | 152316 |
| | | 901 Snow Hill Rd<br>Salisbury, MD  21804 | 152317 |
| | | 502 Market St<br>Denton, MD  21629 | 152318 |
| | | 7204 York Rd<br>Baltimore, MD  21212 | 152319 |
| | | 898 S Marlyn Ave<br>Baltimore, MD  21221 | 152320 |
| | | 2620 Mountain Rd<br>Joppatowne, MD  21085 | 152321 |
| | | 7910 Shipley Homestead Dr<br>Hanover, MD  21076 | 153151 |
| | | 2 Schultz Rd<br>Greenwood, DE  19950 | 153517 |
| | | 1500 George Washington Memorial Hwy<br>Yorktown, VA  23693 | 153518 |
| | | 4 Commerce Pkwy<br>Fredericksburg, VA  22406 | 154273 |
| | | 2120-2216 Plank Rd<br>Fredericksburg, VA  22401 | 154353 |
| | | 620 Haddonfield-Berlin Rd<br>Voorhees Township, NJ  8043 | 154388 |
| | | 170 Berkley Rd<br>Clarksboro, NJ  8020 | 154390 |
| | | 600 NJ-73<br>Marlton, NJ  8053 | 154392 |
| | | 1 N Main St<br>Manville, NJ  8835 | 154393 |
| | | 340 Evesham Ave E<br>Magnolia, NJ  8049 | 154394 |
| | | 1200 Crescent Blvd<br>Gloucester City, NJ  8030 | 154395 |
| | | 6105 E Black Horse Pike<br>Egg Harbor Township, NJ  8234 | 154396 |
| | | 3117 Fire Rd<br>Egg Harbor Township, NJ  8234 | 154397 |
| | | 1409 Blackwood Clementon Rd<br>Clementon, NJ  8021 | 154398 |
| | | 2 S White Horse Pike #0184<br>Berlin, NJ  8009 | 154399 |
| | | 12 S Black Horse Pike #2<br>Bellmawr, NJ  8031 | 154400 |
| | | 2501 Church St<br>Philadelphia, PA  19124 | 154401 |

**EXHIBIT 1 TO ORDER – SIXTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| | | 1748 Route 8<br>Brick, NJ  8724 | 154403 |
| | | 6430 Baltimore National Pike<br>Catonsville, MD  21228 | 157500 |
| | | 1031 S Market St<br>Wilmington, DE  19801 | 157501 |
| | | 1929 Holland Rd<br>Suffolk, VA  23434 | 157502 |
| | | 1910 Grand Way Blvd<br>Bowie, MD  20721 | 161516 |
| | | 8211 Ardwick Ardmore Rd<br>Hyattsville, MD  20785 | 161632 |
| | | 2692 Tobin Crossing<br>Bel Air, MD  21015 | 161633 |
| Two Guys From DC | Attn: Adiamseged Tadal<br>7570 Broadway<br>Denver, CO 80221 | 7570 Broadway<br>Denver, CO  80221 | 108217 |

**EXHIBIT 1 TO ORDER  – SIXTEENTH OMNIBUS REJECTION MOTION**