Robert S. Westermann, Esq. (admitted pro hac vice)
Brittany B. Falabella (admitted pro hac vice)
2100 East Cary Street
Richmond, Virginia 23223

and

Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
(301) 444-4600
mac@mbvesq.com
*Counsel for Brink's, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-23-10423-mkn |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER SHORTENING TIME FOR HEARING APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES CLAIM OF BRINK'S INCORPORATED** |
| | Hearing Date: August 17, 2023 |
| | Hearing Time: 10:30 am |

Upon consideration of the *Ex Parte Application for Order Shortening Time for Hearing Application for Allowance and Payment of Administrative Expenses Claim of Brink's Incorporated* (the "Motion") filed by Brink's Inc. ("Brink's"), the authorities cited therein, the record in this matter, and governing law, it is, by the United States Bankruptcy Court for the District of Nevada, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, and NOTICE IS HEREBY GIVEN, that a hearing on the *Application for Allowance and Payment of Administrative Expenses Claim of Brink's Incorporated* (the "Application") will be held before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge, in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada 89101, on _____ at the hour of _____; and it is further

ORDERED, that any objection to the Application shall be filed and served on required notice parties by August 11, 2023 at 5:00 pm, and any reply to such opposition(s) shall be filed and served on required notice parties by August 15, 2023 at 5:00 pm; and

NOTICE IS FURTHER GIVEN that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering Meeting ID 161 062 2560 and entering an access code/passcode of 029066#.

A copy of the Motion is on file with an available from the Clerk of the United States Bankruptcy Court for the District of Nevada and available at the website for the Debtor's claims agent, Stretto, Inc., at https://cases.stressto.com/CashCloud. Additionally, a copy of the Application is available from The VerStandig Law Firm, LLC upon request.

IT IS SO ORDERED.

Prepared and respectfully submitted by:

  /s/ *Maurice B. VerStandig*
Robert S. Westermann, Esq. (admitted pro hac vice)
Brittany B. Falabella (admitted pro hac vice)
2100 East Cary Street
Richmond, Virginia 23223

and

Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
(301) 444-4600
mac@mbvesq.com

*Counsel for Brink's, Inc.*