Robert S. Westermann, Esq. (admitted pro hac vice)
Brittany B. Falabella (admitted pro hac vice)
2100 East Cary Street
Richmond, Virginia 23223

and

Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
(301) 444-4600
mac@mbvesq.com
*Counsel for Brink's, Inc.*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| In re: | : | Case No. BK-23-10423-mkn |
| | : | |
| CASH CLOUD, INC., dba COIN CLOUD, | : | Chapter 11 |
| | : | |
| Debtor. | : | **ATTORNEY INFORMATION** |
| | : | **SHEET FOR PROPOSED** |
| | : | **ORDER SHORTENING TIME** |
| | : | **FOR HEARING APPLICATION** |
| | : | **FOR ALLOWANCE AND** |
| | : | **PAYMENT OF** |
| | : | **ADMINISTRATIVE EXPENSE** |
| | : | **CLAIM OF BRINK'S** |
| | : | **INCORPORATED** |
| | : | |
| | : | Hearing Date: OST Pending |
| | : | Hearing Time: OST Pending |
| | : | |

1 of 3

Brink's Incorporated., by and through undersigned counsel, has contacted the parties listed below concerning the *Application for Allowance and Payment of Administrative Expense Claim of Brink's Incorporated*, with the responses and non-responses being as follows:

| Contact Name | Contact Date | Agree / Disagree / No Response | Contacted |
|---|---|---|---|
| Jared A. Day, Esq. *Office of the US Trustee* | July 28, 2023 | Agree | Jared.a.day@usdoj.gov |
| Brett Axelrod, Esq. Fox Rothschild LLP *Counsel for the Debtor* | July 28, 2023 | Agree | BAxelrod@foxrothschild.com |
| Jordi Guso, Esq. BERGER SINGERMAN LLP | July 28, 2023 | No Response | JGuso@bergersingerman.com |
| Jeffrey R. Sylvester, Esq. Sylvester & Polednak Ltd. | July 28, 2023 | No Response | jeff@sylvesterpolednak.com |
| Sean A. O'Neal, Esq. and Jane VanLare, Esq. Genesis Global Holdco, LLC Gottlieb Steen & Hamilton LLP | July 28, 2023 | No Response | soneal@cgsh.com jvanlare@cgsh.com |
| Gary S. Lee, Esq. and Andrew Kissner, Esq. Morrison Foerster LLP | July 28, 2023 | No Response | glee@mofo.com akissner@mofo.com |
| James Patrick Shea, Esq. Shea Larsen | July 28, 2023 | No Response | jshea@shea.law |
| John R. Ashmead, Esq. and Robert J. Gayda, Esq. Seward & Kissell LLP | July 28, 2023 | No Response | ashmead@sewkis.com gayda@sewkis.com |
| Ryan J. Works, Esq. McDonald Carano Wilson LLP | July 28, 2023 | No Response | rworks@mcdonaldcarano.com |

Pursuant to Local Rule 9006(a)(5), Brink's Incorporated anticipates that the time needed for a hearing on the Application is approximately 30 minutes.

*[Signature on Following Page]*

Dated: July 28, 2023          Respectfully submitted

/s/ *Maurice B. VerStandig*
Robert S. Westermann, Esq. (admitted pro hac vice)
Brittany B. Falabella, Esq. (admitted pro hac vice)
2100 East Cary Street
Richmond, Virginia 23223

and

Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
(301) 444-4600
mac@mbvesq.com

*Counsel for Brink's, Inc.*