UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

## CERTIFICATE OF SERVICE

I, Sharon Lee, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On July 26, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Notice of Entry of Order Granting Second Stipulation with Brookfield Landlords to Continue Hearing on Multiple Omnibus Motions for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) for Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]** (Docket No. 952)

- **First Amended Agenda Regarding Matters Scheduled for Hearing on July 27, 2023 at 1:30 P.M.** (Docket No. 953)

On July 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit B**:

- **First Amended Agenda Regarding Matters Scheduled for Hearing on July 27, 2023 at 1:30 P.M.** (Docket No. 953)

Dated: July 31, 2023

*/s/ Sharon Lee*
Sharon Lee
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 720.792.9194
Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

# **<u>Exhibit A</u>**



## Exhibit A
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Armondo Redmond | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson & Carrie Thomas | | cemery@avtechcapital.com; jrobertson@avtechcapital.com |
| Black Hole Investments LLC f/k/a EZ Coin LLC | Attn: Zachary Chaltiel and Edouard Chaltiel | | zach@victoireventures.com |
| Black Hole Investments, LLC formerly known as EZ Coin, LLC | c/o Black & Wadhams | Attn: Brigid M. Higgins | bhiggins@blackwadhams.law |
| Brookfield Retail Properties, Inc. | c/o Kaempfer Crowell | Attn: Louis M. Bubala III | lbubala@kcnvlaw.com |
| CAL'S CONVENIENCE, INC | Attn: Ray Harrison and Marcia Rigg | | Ray.Harrison@calscstores.com |
| Cennox Reactive Field Services LLC | Attn: Michael Goggans | | legal@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | Attn: Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. | ccarlyon@carlyoncica.com; dcica@carlyoncica.com; tosteen@carlyoncica.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Jordi Guso | jguso@bergersingerman.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Scott Jablonski & Mitchell W. Goldberg | sjablonski@bergersingerman.com; mgoldberg@bergersingerman.com |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Attn: Jeffery R. Sylvester, Esq. | Jeff@sylvesterPolednak.com |
| Cole Kepro International, LLC | Attn: Andrew Cashin & Frederick Cook | | info@colekepro.com; fred@colekepro.com |
| Cole Kepro International, LLC | c/o Lewis Roca Rothgerbe Christie LLP | Attn: Ogonna M. Brown, Esq. & Dan R. Waite, Esq. | OBrown@lewisroca.com |
| Cole Kepro International, LLC | c/o Taft Stettinius and Hollister, LLP | Attn: David Z. Adler, Esq., Paul R. Hage | phage@taftlaw.com |
| Department of Treasury - Internal Revenue Service | | | mary.b.savilla@irs.gov; Kerry.r.ivory@irs.gov |
| Deployment Logix Inc. | Attn: Ken Rogers | | ken.rogers@deploymentlogix.com |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | Attn: Gary Lee & Andrew Kissner | glee@mofo.com; akissner@mofo.com |
| Enigma Securities Limited | c/o Shea Larsen | Attn: James Shea, Esq., Bart Larsen, Esq., Kyle Wyant, Esq. | kwyant@shea.law; blarsen@shea.law; jshea@shea.law |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | | baxelrod@foxrothschild.com; zwilliams@foxrothschild.com |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | Attn: Sean O'Neal, Michael Weinberg, & Jan VanLare | soneal@cgsh.com; mdweinberg@cgsh.com; jvanlare@cgsh.com |
| Genesis Global Holdco, LLC | c/o Snell and Wilmer LLP | Attn: Robert Kinas, Blakeley Griffith, and Charles Gianelloni | rkinas@swlaw.com; bgriffith@swlaw.com; cgianelloni@swlaw.com |
| Good 2 Go Stores LLC | Attn: General Counsel | | ecflukast@hollandhart.com; John.pearson@good2gostores.com |
| Internal Revenue Service | Attn: Mary Sevilla | | mary.b.savilla@irs.gov; Kerry.r.ivory@irs.gov |
| Luis Flores | c/o Andersen & Beede | Attn: Ryan A. Andersen and Valerie Y. Zaidenberg | ryan@aandblaw.com; valerie@aandblaw.com |



# Exhibit A
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
| --- | --- | --- | --- |
| Lux Vending, LLC dba Bitcoin Depot | c/o Carlton Fields, P.A. | Attn: Adam P. Schwartz | aschwartz@carltonfields.com<br>amaranto@carltonfields.com |
| Lux Vending, LLC dba Bitcoin Depot | c/o Holley Driggs | Attn: Stacy H. Rubin | srubin@nevadafirm.com<br>oswibies@nevadafirm.com |
| National Services, LLC | c/o Hodges, Doughty, & Carson | Attn: Matthew Graves | mgraves@hdclaw.com |
| Official Committee of Unsecured Creditors | c/o McDonald Carano LLP | Attn: Ryan J. Works & Amanda M. Perach | aperach@mcdonaldcarano.com<br>rworks@mcdonaldcarano.com |
| Official Committee of Unsecured Creditors | c/o Seward & Kissel LLP | Attn: John R. Ashmead, Esq., Robert J. Gayda, Esq., Catherine V. LoTempio, Esq., Andrew J. Matott, Esq. | ashmead@sewkis.com<br>gayda@sewkis.com<br>lotempio@sewkis.com<br>matott@sewkis.com |
| OptConnect Management LLC | c/o Law Office of Brian D. Shapiro, LLC | Attn: Brian D. Shapiro, Esq. | brian@brianshapirolaw.com |
| OptConnect MGT, LLC | c/o Dechert LLP | Attn: Craig Druehl | craig.druehl@dechert.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| RocketItCoin, LLC | c/o Ghandi Deeter Blackham | Attn: Shara L. Larson | shara@ghandilaw.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. | | rtucker@simon.com |
| Spec's - Parent | Attn: Ryan Holder | | rholder@specsonline.com |
| Trangistics, Inc. | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | | Edward.M.McDonald@usdoj.gov<br>jared.a.day@usdoj.gov |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Esq. | rgold@fbtlaw.com |

# **Exhibit B**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| BitAccess, Inc. | Attn: Moe Adham | accounting@bitaccess.com<br>moe@bitaccess.com |
| Black Hole Investments LLC f/k/a EZ Coin LLC | Attn: Zachary Chaltiel and Edouard Chaltiel | zach@victoireventures.com |
| Cennox Reactive Field Services, LLC [Bancsource] | Attn: Lauren Wajsman | legal@cennox.com<br>lauren.wajsman@cennox.com |
| Kiosk Information Systems Inc | Attn: Joe Sawicki, Jenni Pitton and Kim Kenney | ar@kiosk.com<br>jpitton@kiosk.com<br>kkenney@kiosk.com |
| Mobil Del Rey | Attn: Rob Hashemi | mobildelrey@gmail.com |
| MomentFeed, Inc. | Attn: Sharnaye Bailey | customer-mf@uberall.com |
| National Services, LLC | Attn: Stefanie Farmer and Dean Smith | Stefanie.Farmer@nsa.bz<br>evans@nsafieldservice.com |
| Neighborhoods Food | Attn: Naseeb Bista | dfwfuel@gmail.com |
| OptConnect Management LLC | Attn: Chris Baird | chris.baird@optconnect.com<br>douglas.mannal@dechert.com |
| Scandit Inc | Attn: Austin Tittle | finance@scandit.com |
| Vision IT Consulting, Inc. | Attn: Blanca Ramos | jramos@visionconsulting.com.mx |