John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: 23-10423-mkn<br>Chapter 11 |
| CASH CLOUD, INC. dba COIN CLOUD, | |
| Debtor. | **THIRD MONTHLY FEE STATEMENT OF SEWARD & KISSEL LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2023, THROUGH MAY 31, 2023** |
| | Seward & Kissel LLP, Counsel to Official Committee of Unsecured Creditors |
| | April 27, 2023 (employment authorized retroactive to February 23, 2023) |
| | May 1, 2023, through May 31, 2023 |
| | $262,993.20 (80% of $328,741.50) |
| | $4,770.63 (100% of expenses) |

Seward & Kissel LLP ("S&K" or the "Applicant"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Third Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing May 1, 2023, through May 31, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, S&K requests allowance and payment of $262,993.20 (representing 80% of the $328,741.50 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $4,770.63 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by S&K during the Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at S&K who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit 3** are the detailed time entries and expenses for the Fee Period (invoice for the period May 1, 2023, through May 31, 2023) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. S&K reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

1    DATED this 1st day of August 2023.

2                                        SEWARD & KISSEL LLP

3

4                                        By:  /s/ John R. Ashmead
                                             John R. Ashmead, Esq.
5                                            Robert J. Gayda, Esq.
                                             Catherine V. LoTempio, Esq.
6                                            Laura E. Miller, Esq.
                                             Andrew J. Matott, Esq.
7                                            (*pro hac vice applications granted*)
                                             One Battery Park Plaza
8                                            New York, NY 10004
                                             ashmead@sewkis.com
9                                            gayda@sewkis.com
                                             lotempio@sewkis.com
10                                           millerl@sewkis.com
                                             matott@sewkis.com
11
                                         *Counsel for Official Committee*
12                                       *of Unsecured Creditors*

13   Respectfully Submitted By:

14   McDONALD CARANO LLP

15
      /s/ Ryan J. Works
16   Ryan J. Works, Esq. (NSBN 9224)
     Amanda M. Perach, Esq. (NSBN 12399)
17   2300 West Sahara Avenue, Suite 1200
     Las Vegas, Nevada 89102
18   rworks@mcdonaldcarano.com
     aperach@mcdonaldcarano.com
19
     *Counsel for Official Committee*
20   *of Unsecured Creditors*

21

22

23

24

25

26

27

28

EXHIBIT 1

**Summary of Professionals for the Fee Period**

| Name | Year Admitted[1] | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| John R. Ashmead | 1990 | Bankruptcy | $1625 | .2 | $325.00 |
| Robert J. Gayda | 2004 | Bankruptcy | $1300 | 36.4 | $47,320.00 |
| Mark Kotwick | 1989 | Litigation | $1450 | 2.9 | $4,205.00 |
| Anthony Tu-Sekine | 2000 (DC Bar) | Investment Management | $1250 | .5 | $625.00 |
| Hoyoon Nam | 2007 | Corporate | $1125 | 2.2 | $2,475.00 |
| **Counsel** | | | | | |
| Ronald L. Cohen | 1976 | Bankruptcy | $1400 | .5 | $700.00 |
| **Associates** | | | | | |
| Catherine V. LoTempio | 2014 | Bankruptcy | $975 | 57.1 | $55,672.50 |
| Andrew J. Matott | 2017 | Bankruptcy | $925 | 143.0 | $132,275.00 |
| Laura E. Miller | 2013 | Litigation | $975 | 81.6 | $79,560.00 |
| Megan E. Keating | 2021 | Corporate | $875 | 2.3 | $1,840.00 |
| John Patouhas | Law Clerk[2] | Bankruptcy | $750 | 10.4 | $3,744.00 |
| **Paraprofessionals** | | | | | |
| Marian Wasserman | | | $360 | 10.4 | $3,744.00 |
| **Total:** | | | | **337.1** | **$328,741.50** |

---

[1] Unless otherwise noted, admission year is for New York Bar.
[2] Admission pending.

EXHIBIT 2

**Statement of Fees by Subject Matter**

| Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|
| **Case Administration** | 17.0 | $16,590.00 |
| **Litigation-Contested Matter and Adversary Proceedings** | 1.5 | $1,737.50 |
| **Asset Disposition** | 54.3 | $57,440.00 |
| **Communication with Committee/ Creditors** | 18.4 | $19,125.00 |
| **Plan and Disclosure Statement** | 18.3 | $18,532.50 |
| **Avoidance Action Analysis** | 196.3 | $183,596.50 |
| **Court Hearings** | 3.9 | $3,697.50 |
| **Employment and Fee Applications** | 2.3 | $2,242.50 |
| **Lien Investigation** | 8.3 | $8,150.00 |
| **Total** | **337.1** | **$328,741.50** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 3
**Detailed Time Records**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**    **Coin Cloud- Official**                                           **July 25, 2023**
            **Committee of Unsecu**                             **Invoice Number 9160067910**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through May 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0001 | Case Administration | 16,590.00 | 4,770.63 | 21,360.63 |

Coin Cloud- Official Committee of Unsecu

| | | | Invoice Date | July 25, 2023 |
|---|---|---|---|---|
| | | | Invoice Number | 9160067910 |
| **38239-0001** | Case Administration | | Through | May 31, 2023 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/01/2023 | Call with FTI and S&K re workstreams. | CVL | 1.00 | 975.00 |
| 05/01/2023 | Review OptConnect term sheet (.2); emails with (.1) and calls with FTI (1.0). | AJM | 1.30 | 1,202.50 |
| 05/04/2023 | Call with Debtor professionals and UCC professionals (1.1); review critical vendor email and propose comments to the same (.3); review FTI email re same (.1). | CVL | 1.50 | 1,462.50 |
| 05/05/2023 | Review and sign off on critical vendor clarifications (.2); Prepare critical dates chart (.3); circulate (.1); update (.1). | CVL | 0.70 | 682.50 |
| 05/09/2023 | Update re sale, depo and UCC call. | JRA | 0.20 | 325.00 |
| 05/09/2023 | Review and sign off on Provnice stipulation. | CVL | 0.20 | 195.00 |
| 05/09/2023 | Call with FTI re case workstreams (1.2); discuss workstreams and deposition internally (.5); prep for weekly UCC call (.2). | AJM | 1.90 | 1,757.50 |
| 05/10/2023 | Meet with R. Gayda and C. LoTempio re case issues and workstreams (.5). | AJM | 0.50 | 462.50 |
| 05/11/2023 | Call w Debtor's advisors re case issues. | RJG | 0.80 | 1,040.00 |
| 05/11/2023 | Call with debtor and UCC professionals. | CVL | 0.70 | 682.50 |
| 05/11/2023 | Weekly call with UCC professionals. | AJM | 0.70 | 647.50 |
| 05/15/2023 | Weekly call with FTI re workstreams. | CVL | 0.80 | 780.00 |
| 05/17/2023 | Update email with Debtor re open issues (.1); discuss the same with R. Gayda (.1). | CVL | 0.20 | 195.00 |
| 05/18/2023 | Call with Debtor and UCC professionals. | CVL | 0.80 | 780.00 |
| 05/18/2023 | Discuss workstreams with L. Miller (.2); call with A. Knoll (.2); call with Fox and Province teams (.8). | AJM | 1.20 | 1,110.00 |
| 05/22/2023 | Call with FTI re latest workstreams (.8); emails re follow up from Province call re rejections and KERP (.1). | CVL | 0.90 | 877.50 |
| 05/22/2023 | Finalize and prepare supplemental Ashmead declaration for filing (.4). | AJM | 0.40 | 370.00 |
| 05/23/2023 | Call with FTI (.8); follow up with A. Matott re same (.2). | CVL | 1.00 | 975.00 |
| 05/25/2023 | Prep for (.2) and call with Province and Debtor's counsel (.6). | AJM | 0.80 | 740.00 |
| 05/30/2023 | Call with FTI re sales process and work streams (.5); internal discussions re same (.2). | CVL | 0.70 | 682.50 |
| 05/30/2023 | Prep for (.2) and call with FTI (.5). | AJM | 0.70 | 647.50 |

Total Hours.................................................................................. **17.00**

Total Services.......................................................................$ **16,590.00**

|  |  |
|---|---|
| **Invoice Date** | July 25, 2023 |
| **Invoice Number** | 9160067910 |
| **Through** | May 31, 2023 |

Coin Cloud- Official Committee of Unsecu

**38239-0001**    Case Administration

### Disbursements Recorded Through May 31, 2023

| | |
|---|---|
| Deposition transcripts | 3,899.45 |
| Meals | 853.18 |
| Outside Duplicating/Copie | 18.00 |
| **Total Disbursements**.......................................................................$ | **4,770.63** |
| **TOTAL AMOUNT DUE**.......................................................................$ | **21,360.63** |

**Page  4**

|  | | **Invoice Date** | July 25, 2023 |
| Coin Cloud- Official Committee of Unsecu | | **Invoice Number** | 9160067910 |
| **38239-0001** | Case Administration | **Through** | May 31, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 0994 JRA | Partner | Ashmead, John | 0.20 | 1,625.00 | 325.00 |
| 1998 RJG | Partner | Gayda, Robert J. | 0.80 | 1,300.00 | 1,040.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 8.50 | 975.00 | 8,287.50 |
| 2020 AJM | Associate | Matott, Andrew J. | 7.50 | 925.00 | 6,937.50 |
| **Total** | | | **17.00** | | **16,590.00** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**July 25, 2023**
**Invoice Number 9160067910**

**38239-0001**     **Case Administration**

For Professional Services Rendered through May 31, 2023:

| | |
|---|---:|
| Fees | 16,590.00 |
| DISBURSEMENTS | 4,770.63 |
| **TOTAL AMOUNT DUE**.................................................................................... $ | **21,360.63** |

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**      **Coin Cloud- Official**                                                    **July 25, 2023**
              **Committee of Unsecu**                            **Invoice Number 9160067918**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through May 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0005 | Litigation-Contested matter and adversary proceedings | 1,737.50 | 0.00 | 1,737.50 |

| | | | Invoice Date | July 25, 2023 |
|---|---|---|---|---|
| | Coin Cloud- Official Committee of Unsecu | | Invoice Number | 9160067918 |
| 38239-0005 | Litigation-Contested matter and adversary proceedings | | Through | May 31, 2023 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/04/2023 | Analysis of Coin Clouds potential DeFi activities. | ATS | 0.50 | 625.00 |
| 05/15/2023 | Call w Canadian counsel re Bitaccess litigation. | RJG | 0.50 | 650.00 |
| 05/18/2023 | Attn to emails with Canada counsel re BA litigation (.1) and discuss internally (.2); attn to emails with J. McPherson (.2). | AJM | 0.50 | 462.50 |

**Total Hours**.................................................................................... **1.50**

**Total Services**............................................................................. $ **1,737.50**

**TOTAL AMOUNT DUE**.................................................................$ **1,737.50**

| | | | | | |
|---|---|---|---|---|---|
| | Coin Cloud- Official Committee of Unsecu | | **Invoice Date** | | July 25, 2023 |
| **38239-0005** | Litigation-Contested matter and adversary proceedings | | **Invoice Number** | | 9160067918 |
| | | | **Through** | | May 31, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1998 RJG | Partner | Gayda, Robert J. | 0.50 | 1,300.00 | 650.00 |
| 0836 ATS | Partner | Tu-Sekine, Anthony | 0.50 | 1,250.00 | 625.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 0.50 | 925.00 | 462.50 |
| **Total** | | | **1.50** | | **1,737.50** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

**July 25, 2023**
**Invoice Number 9160067918**

**38239-0005**   **Litigation-Contested matter and adversary proceedings**

For Professional Services Rendered through May 31, 2023:

Fees                                                  1,737.50

**TOTAL AMOUNT DUE**.................................................................................. $        **1,737.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**     **Coin Cloud- Official**                                    **July 25, 2023**
             **Committee of Unsecu**                         **Invoice Number 9160067911**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through May 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0006 | Asset Disposition | 57,440.00 | 0.00 | 57,440.00 |

Page    2

Coin Cloud- Official Committee of Unsecu

| | |
|---|---|
| **Invoice Date** | July 25, 2023 |
| **Invoice Number** | 9160067911 |
| **Through** | May 31, 2023 |

**38239-0006**        Asset Disposition

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/01/2023 | Call w FTI re Committee issues, including sale (1.0); Follow up re: same (.1). | RJG | 1.10 | 1,430.00 |
| 05/02/2023 | Attn to email with debtor re APA (.1) and discuss internally (.1). | AJM | 0.20 | 185.00 |
| 05/03/2023 | Discuss extension of bid deadline with FTI. | RJG | 0.60 | 780.00 |
| 05/08/2023 | Numerous emails re sale proceeds waterfall. | CVL | 0.30 | 292.50 |
| 05/08/2023 | Review APA (.8); prepare summary list of issues (.1); discuss internally (.1). | CVL | 1.00 | 975.00 |
| 05/09/2023 | Review and comment on asset purchase agreement. | RJG | 0.70 | 910.00 |
| 05/09/2023 | Mark up APA (.3); review Debtor redline of same (.2); discuss R. Gayda (.2); update markup (.1); circulate to Debtor (.1); compile combined redline (.2). | CVL | 1.10 | 1,072.50 |
| 05/09/2023 | Review/revise and discuss APA intnerally (.5). | AJM | 0.50 | 462.50 |
| 05/10/2023 | Discuss APA issues. | RJG | 0.60 | 780.00 |
| 05/10/2023 | Call w Debtor to discuss APA (.7); revise APA language re same (.2); discuss internally (.2); follow up emails with FTI (.2); emails with Debtor counsel re revisions (.2). | CVL | 1.50 | 1,462.50 |
| 05/10/2023 | Call with Debtor counsel re APA (.7) and discuss APA internally (.1); follow up re: same (.2). | AJM | 1.00 | 925.00 |
| 05/11/2023 | Emails re APA status. | CVL | 0.20 | 195.00 |
| 05/12/2023 | Discuss APA comments w Debtor and CVL (.6); review revised RockitCoin TS (.3); emails w UCC professionals re same (.4). | RJG | 1.30 | 1,690.00 |
| 05/12/2023 | Review APA comments circulated by Debtor (.1); emails re same (.1); update comments and circulate (.3). | CVL | 0.50 | 487.50 |
| 05/12/2023 | Review updated sale term sheet (.3); discuss with A. Matott (.2). | CVL | 0.50 | 487.50 |
| 05/12/2023 | Review Rockitcoin term sheet (.2) and discuss with C. LoTempio (.2). | AJM | 0.40 | 370.00 |
| 05/15/2023 | Call w FTI re RockitCoin bid (.9); call w Debtors and consultation parties re same (.4). | RJG | 1.30 | 1,690.00 |
| 05/15/2023 | Call with Debtor re Rockitcoin bid (.2) and discuss same with C. LoTempio (.2). | AJM | 0.40 | 370.00 |
| 05/19/2023 | Review revised APA (.4); discuss w S&K team (.8). | RJG | 1.20 | 1,560.00 |
| 05/19/2023 | Review and discuss revised APA (.9); revise APA and discuss internally (.8); emails re same (.3). | AJM | 2.00 | 1,850.00 |

| | | Invoice Date | July 25, 2023 |
|---|---|---|---|
| | Coin Cloud- Official Committee of Unsecu | Invoice Number | 9160067911 |
| **38239-0006** | Asset Disposition | Through | May 31, 2023 |

| | | | | |
|---|---|---|---|---|
| 05/20/2023 | Review and discuss APA comments from Rockitcoin with A. Matott. | CVL | 0.60 | 585.00 |
| 05/23/2023 | Call w UCC professionals (.8); call w UCC re sale process (.9); meet w S&K team re APA (.6). | RJG | 1.40 | 1,820.00 |
| 05/23/2023 | Review APA and discuss with A. Matott (.3); draft email re same (.1); review FTI email (.1); prepare for (.3) and call with counsel to Rockitcoin (1.3); follow up with R. Gayda and A. Matott (.2); discuss additional language with A. Matott to send (.1); review email from RockitCoin counsel and discuss internally (.2); email to Debtor re open issues (.2). | CVL | 2.70 | 2,632.50 |
| 05/23/2023 | Begin reviewing Exhibits to APA (.2) and call with C. LoTempio re next steps (.2). | AJM | 0.40 | 370.00 |
| 05/23/2023 | Review and revise amended APA (.8); prep for (.2) and call with RockitCoin counsel (1.3); attn to emails with FTI (.2); discuss next steps internally (.5); email revised proposed language to RockitCoin (.1). | AJM | 3.10 | 2,867.50 |
| 05/24/2023 | Email correspondence w Debtor re prospective bids (.7); call w Enigma counsel re bidding process (.5); all hands call re sale process (1.0). | RJG | 2.20 | 2,860.00 |
| 05/24/2023 | Review revised APA redline and prepare issues list re same (.7); call with FTI and Province re sale process (.8); follow up call with Debtor advisors (1.0); internal discussions re same (.3); prepare and circulate comments to APA to Debtor (.3). | CVL | 3.10 | 3,022.50 |
| 05/24/2023 | Review and revise Software License Exhibit (1.1); review Sale Order Exhibit (.4); discuss (.1); review assumed contract exhibit (.1); discuss APA issues internally (.3); discuss next steps (.2); review revised term sheet (.3); create issues list (.5); discuss internally (.2); revise issues list (.2); prep for (.1) and call with Province (.8); follow up call with Province and Debtor counsel (1.0). | AJM | 5.30 | 4,902.50 |
| 05/25/2023 | APA negotiation (1.1); call w FTI (1.1); call w B. Axelrod (.6). | RJG | 2.80 | 3,640.00 |
| 05/25/2023 | Follow up with Debtor on APA redline (.1); review redline and markup the same to include committee comments (.6); call with FTI (1.1); prepare further comments and circulate (.3); call with R. Schultz re committee comments (.1); comments to stalking horse notice (.2); call with Debtor advisors (.7); review redline and emails re same (.1); provide one comment to same (.1). | CVL | 3.30 | 3,217.50 |
| 05/25/2023 | Discuss APA issues with R. Gayda and C. LoTempio (.5); review email correspondence forwarded by Debtor (.1); | AJM | 2.50 | 2,312.50 |

| | | | **Invoice Date** | July 25, 2023 |
|---|---|---|---|---|
| | Coin Cloud- Official Committee of Unsecu | | **Invoice Number** | 9160067911 |
| **38239-0006** | Asset Disposition | | **Through** | May 31, 2023 |

| | | | | |
|---|---|---|---|---|
| | review and revised amended APA terms (.5); call with FTI re amended APA terms (1.1); review proposed final APA (.2) and discuss internally (.1). | | | |
| 05/26/2023 | Follow up on APA with Debtor (.1); review emails re same (.1). | CVL | 0.20 | 195.00 |
| 05/30/2023 | Email correspondence w S&K team re bids (.7); review bids received (1.4). | RJG | 2.10 | 2,730.00 |
| 05/30/2023 | Review bids and discuss internally. | CVL | 0.50 | 487.50 |
| 05/30/2023 | Review APA schedules (.3); review bidding procedures (.2); and discuss same internally (.1); attn to FTI email and background re APA schedules (.2); review bids (.9) and discuss internally (.2). | AJM | 1.90 | 1,757.50 |
| 05/31/2023 | Emails re bids (.8); review bid information (.6); call w CVL and AM re bid information (.2). | RJG | 1.60 | 2,080.00 |
| 05/31/2023 | Call with FTI re bids (.7); draft email to Committee (.1); update and send (.1); update to R. Gayda (.1); discussion around bid for remaining assets (.3); call with R. Gayda and A. Matott re same (.2); review bids (.4); discuss with FTI comparison (.1). | CVL | 2.00 | 1,950.00 |
| 05/31/2023 | Call with SK team re bids (.2); review new bid term sheet (.5); attn to emails with SK team (.2) and FTI (.1); discuss McAlary bid internally (.2); review bidding procedures (.1); call with B. Axelrod re bids (.1); email re the same (.1); call with FTI re bids/process (.7). | AJM | 2.20 | 2,035.00 |

**Total Hours**..................................................................................... **54.30**

**Total Services**...........................................................................$ **57,440.00**

**TOTAL AMOUNT DUE**................................................................$ **57,440.00**

|  |  |
|---|---|
| **Invoice Date** | July 25, 2023 |

Coin Cloud- Official Committee of Unsecu

| | **Invoice Number** | 9160067911 |
|---|---|---|
| **38239-0006** | Asset Disposition | |
| | **Through** | May 31, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1998 RJG | Partner | Gayda, Robert J. | 16.90 | 1,300.00 | 21,970.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 17.50 | 975.00 | 17,062.50 |
| 2020 AJM | Associate | Matott, Andrew J. | 19.90 | 925.00 | 18,407.50 |
| **Total** | | | **54.30** | | **57,440.00** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**July 25, 2023**
**Invoice Number 9160067911**

38239-0006       **Asset Disposition**

For Professional Services Rendered through May 31, 2023:

Fees                                                                                                                      57,440.00

**TOTAL AMOUNT DUE**..................................................................................... $       **57,440.00**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**    **Coin Cloud- Official**    **July 25, 2023**
         **Committee of Unsecu**    **Invoice Number 9160067912**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through May 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0009 | Communications with Creditors | 19,125.00 | 0.00 | 19,125.00 |

Coin Cloud- Official Committee of Unsecu

**38239-0009**        Communications with Creditors

| | | |
|---|---|---|
| **Invoice Date** | | July 25, 2023 |
| **Invoice Number** | | 9160067912 |
| **Through** | | May 31, 2023 |

Page    **2**

| **DATE** | **NARRATIVE** | **NAME** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 05/01/2023 | Discuss agenda w S&K team. | RJG | 0.30 | 390.00 |
| 05/01/2023 | Discuss agenda for committee call (.2); prepare and circulate the same (.1). | CVL | 0.30 | 292.50 |
| 05/02/2023 | Weekly Committee call (.6). | RJG | 0.60 | 780.00 |
| 05/02/2023 | Committee weekly call (.6); prep for same (.1). | CVL | 0.70 | 682.50 |
| 05/02/2023 | Prep for (.3) and weekly call with UCC (.6). | AJM | 0.90 | 832.50 |
| 05/04/2023 | Call w counsel to OptConnect re prospective settlement. | RJG | 0.50 | 650.00 |
| 05/05/2023 | Draft email to Committee re extension of bidding related deadline (.2); revise the same (.1); send (.1); email with committee member re same (.1); draft committee update (.2); discuss the same (.1); revise and send the same (.1). | CVL | 0.90 | 877.50 |
| 05/05/2023 | Attn to emails with UCC (.2). | AJM | 0.20 | 185.00 |
| 05/08/2023 | Discuss agenda (.1); prepare and circulate the same (.1). | CVL | 0.20 | 195.00 |
| 05/09/2023 | Call w Committee members (.8); prepare for same (.2). | RJG | 1.00 | 1,300.00 |
| 05/09/2023 | Weekly committee update call. | CVL | 0.80 | 780.00 |
| 05/09/2023 | Weekly UCC call (.8) and talk with R. Gayda re workstreams (.2). | AJM | 1.00 | 925.00 |
| 05/11/2023 | Revise depo update email and send to Committee (.2). | AJM | 0.30 | 277.50 |
| 05/12/2023 | Draft committee weekly update (.2); discuss internally (.1); send the same (.1). | CVL | 0.40 | 390.00 |
| 05/12/2023 | Attn committee update email. | AJM | 0.10 | 92.50 |
| 05/15/2023 | Prepare and circulate agenda. | CVL | 0.20 | 195.00 |
| 05/16/2023 | Weekly UCC call. | RJG | 0.90 | 1,170.00 |
| 05/16/2023 | Prepare for (.4); and attend weekly committee meeting (.9). | CVL | 1.30 | 1,267.50 |
| 05/16/2023 | Prep for and weekly UCC call (.9); prepare for same (.1). | AJM | 1.00 | 925.00 |
| 05/19/2023 | Review committee update and comment on same. | CVL | 0.10 | 97.50 |
| 05/19/2023 | Emails internally (.1) and with FTI (.1) and draft weekly update (.5); email with creditors (.3). | AJM | 1.00 | 925.00 |
| 05/23/2023 | Call w UCC re sale process. | RJG | 0.90 | 1,170.00 |
| 05/23/2023 | Weekly committee call. | CVL | 0.90 | 877.50 |
| 05/23/2023 | Prep for (.1) and attend weekly UCC meeting (.9). | AJM | 1.00 | 925.00 |
| 05/26/2023 | Email correspondence w S&K team re Committee update. | RJG | 0.40 | 520.00 |
| 05/26/2023 | Prepare committee update email (.4); discuss and revise the same (.2); circulate (.1). | CVL | 0.70 | 682.50 |

Page    3

Coin Cloud- Official Committee of Unsecu

| | | | **Invoice Date** | July 25, 2023 |
| | | | **Invoice Number** | 9160067912 |
| **38239-0009** | Communications with Creditors | | **Through** | May 31, 2023 |

| | | | | |
|---|---|---|---|---|
| 05/30/2023 | Prepare for (.4) and committee call (.7). | CVL | 1.10 | 1,072.50 |
| 05/30/2023 | Prep for and weekly UCC call. | AJM | 0.70 | 647.50 |
| | **Total Hours**................................................................ | | | **18.40** |
| | **Total Services**........................................................$ | | | **19,125.00** |
| | **TOTAL AMOUNT DUE**.......................................$ | | | **19,125.00** |

Coin Cloud- Official Committee of Unsecu

| | Invoice Date | July 25, 2023 |
|---|---|---|
| | **Invoice Number** | 9160067912 |
| **38239-0009** Communications with Creditors | **Through** | May 31, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1998 RJG | Partner | Gayda, Robert J. | 4.60 | 1,300.00 | 5,980.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 7.60 | 975.00 | 7,410.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 6.20 | 925.00 | 5,735.00 |
| **Total** | | | **18.40** | | **19,125.00** |

## Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**July 25, 2023**
**Invoice Number 9160067912**

38239-0009    **Communications with Creditors**

For Professional Services Rendered through May 31, 2023:

Fees                                                                                          19,125.00

**TOTAL AMOUNT DUE**................................................................................ $            **19,125.00**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

|  |  |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**  **Coin Cloud- Official**                                                      **July 25, 2023**
       **Committee of Unsecu**                                         **Invoice Number 9160067913**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through May 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0011 | Financing and Cash Collateral | 18,532.50 | 0.00 | 18,532.50 |

Coin Cloud- Official Committee of Unsecu

| | | Invoice Date | July 25, 2023 |
|---|---|---|---|
| | | Invoice Number | 9160067913 |
| **38239-0011** | Financing and Cash Collateral | Through | May 31, 2023 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/03/2023 | Review and discuss DIP default. | RJG | 0.80 | 1,040.00 |
| 05/03/2023 | Review update email re DIP alleged default. | CVL | 0.20 | 195.00 |
| 05/11/2023 | Review and discuss DIP Default response. | RJG | 0.50 | 650.00 |
| 05/17/2023 | Review notice of alleged default (.1); internal discussion re same (.1); email to Debtor re same (.1). | CVL | 0.30 | 292.50 |
| 05/17/2023 | Review and discuss adequate protection fee payments under DIP Order. | CVL | 0.20 | 195.00 |
| 05/18/2023 | Discuss DIP default issues. | RJG | 0.50 | 650.00 |
| 05/18/2023 | Discuss DIP default and next steps internally (.2); review letter re same (.1); discuss with Debtor counsel (.3). | CVL | 0.60 | 585.00 |
| 05/18/2023 | Review Notice of Default (.1); review DIP Docs (.4); call with Debtor's counsel (.3); discuss internally (.3); further review agreement relevant provisions (.3); research re contractual language (.7); revise letter to DIP Lender (1.3); further research issue (.2); discuss response internally (.2). | AJM | 3.80 | 3,515.00 |
| 05/22/2023 | Call w S&K team re DIP default issues. | RJG | 0.50 | 650.00 |
| 05/22/2023 | Call with Debtor re DIP alleged default (.2); follow up with A. Matott (.1); follow up with Debtor (.1); call in with A. Matott and R. Gayda (.5); review DIP Order with A. Matott and discuss same along with DIP default strategy (.9). | CVL | 1.80 | 1,755.00 |
| 05/22/2023 | Call with FTI (.9) and Debtor counsel (.2); call with A. Knoll (.2); discuss DIP issues with C. LoTempio (.2); call with R. Gayda and C. LoTempio re the same (.5); review correspondence from DIP lender (.2) and discuss with C. LoTempio (.9); review DIP agreement (.6). | AJM | 3.70 | 3,422.50 |
| 05/23/2023 | Review email from Andrew Matott regarding dip lending and automatic stay. Review cases and articles and send response to Andrew. Review his reply. | RLC | 0.50 | 700.00 |
| 05/23/2023 | Calls w debtors counsel and DIP lender re DIP financing. | RJG | 0.80 | 1,040.00 |
| 05/23/2023 | Internal discussions re strategy on alleged default (.3); review draft of pleadings related to the same (.2); discuss the same (.1). | CVL | 0.60 | 585.00 |
| 05/23/2023 | Call with FTI (.7); review relevant DIP language (.2) internal discussion re DIP Agreement (.2); call with Debtor's counsel (.2); review and revise (.7). | AJM | 2.00 | 1,850.00 |
| 05/24/2023 | Internal discussion re alleged DIP Default (.3); emails re resolution of the same (.1). | CVL | 0.40 | 390.00 |
| 05/24/2023 | Review revised motion re DIP default (.3); discuss | AJM | 1.10 | 1,017.50 |

|  | **Invoice Date** | July 25, 2023 |
|---|---|---|
| Coin Cloud- Official Committee of Unsecu | **Invoice Number** | 9160067913 |
| 38239-0011    Financing and Cash Collateral | **Through** | May 31, 2023 |

internally (.2); research related to the same (.3); attn to
emails re forbearance agreement (.1); discuss internally
(.2).

**Total Hours**...................................................................................................... **18.30**

**Total Services**.............................................................................$ **18,532.50**

**TOTAL AMOUNT DUE**................................................................$ **18,532.50**

**Page    4**

| | | | | |
|---|---|---|---|---|
| | | **Invoice Date** | July 25, 2023 |
| | Coin Cloud- Official Committee of Unsecu | **Invoice Number** | 9160067913 |
| **38239-0011** | Financing and Cash Collateral | **Through** | May 31, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 0100 RLC | Counsel | Cohen, Ronald | 0.50 | 1,400.00 | 700.00 |
| 1998 RJG | Partner | Gayda, Robert J. | 3.10 | 1,300.00 | 4,030.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 4.10 | 975.00 | 3,997.50 |
| 2020 AJM | Associate | Matott, Andrew J. | 10.60 | 925.00 | 9,805.00 |
| **Total** | | | **18.30** | | **18,532.50** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**July 25, 2023**
**Invoice Number 9160067913**

**38239-0011**      **Financing and Cash Collateral**

For Professional Services Rendered through May 31, 2023:

Fees                                                                                                          18,532.50

**TOTAL AMOUNT DUE.................................................................................** $          **18,532.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

|  |  |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

REMITTANCE COPY

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**    **Coin Cloud- Official**                                                    **July 25, 2023**
         **Committee of Unsecu**                                          **Invoice Number 9160067914**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through May 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0013 | Plan and Disclosure Statement | 17,630.00 | 0.00 | 17,630.00 |

Coin Cloud- Official Committee of Unsecu

| | | | | |
|---|---|---|---|---|
| | **Invoice Date** | | | July 25, 2023 |
| | **Invoice Number** | | | 9160067914 |
| **38239-0013** | Plan and Disclosure Statement | | | |
| | **Through** | | | May 31, 2023 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/01/2023 | Review and comment on plan. | RJG | 0.50 | 650.00 |
| 05/01/2023 | Review and comment on draft plan (1.6); discuss with A. Matott (.2); revise comments (1.0); circulate to Debtor (.1). | CVL | 2.90 | 2,827.50 |
| 05/01/2023 | Review and revise revised toggle plan (1.2) and discuss internally (.2); attn to email with debtor counsel re the same (.1). | AJM | 1.50 | 1,387.50 |
| 05/02/2023 | Discuss plan comments w S&K team. | RJG | 0.60 | 780.00 |
| 05/02/2023 | Emails re plan comments (.1); discuss A. Matott (.1); call with Debtor re same (.4); review precedent language (.3); circulate proposed revised plan language (.1); discuss with R. Gayda (.2); update the same and circulate (.1). | CVL | 1.30 | 1,267.50 |
| 05/02/2023 | Prep for (.3) and call with Debtor counsel re Plan treatment language (.4). | AJM | 0.70 | 647.50 |
| 05/03/2023 | Review draft plan. | RJG | 0.70 | 910.00 |
| 05/03/2023 | Review plan language from Debtor and sign off on same (.2); review plan markup (.4); discuss internally (.1); sign off on the same (.1). | CVL | 0.80 | 780.00 |
| 05/03/2023 | Discuss plan comments internally. | AJM | 0.10 | 92.50 |
| 05/08/2023 | Email correspondence w FTI and S&K team re plan and valuation issues. | RJG | 1.20 | 1,560.00 |
| 05/08/2023 | Review comments to Plan (.3); internal discussion re same (.3); review and discuss carveout under DIP (.1); prepare additional comments to plan (.2); circulate (.1); review draft DS (.1); emails re inclusion of comments (.1); review genesis plan comments (.1). | CVL | 1.30 | 1,267.50 |
| 05/09/2023 | Call among UCC professionals re valuation and plan issues. | RJG | 1.20 | 1,560.00 |
| 05/09/2023 | Call with Debtor counsel re plan treatment (.5); call with FTI re waterfall (1.2). | CVL | 1.70 | 1,657.50 |
| 05/10/2023 | Call with debtor counsel re plan treatment (.5); review emails re same (.1); follow up with R. Gayda and A. Matott re same (.2). | CVL | 0.80 | 780.00 |
| 05/12/2023 | Call with A. Kissner re plan treatment and related topics (.6); update to A. Matott (.3); update to R. Gayda (.3). | CVL | 1.50 | 1,462.50 |

| | | | |
|---|---|---|---|
| **Total Hours**................................................................................................ | | | **16.80** |
| **Total Services**............................................................................................ $ | | | **17,630.00** |
| **TOTAL AMOUNT DUE**.................................................................... $ | | | **17,630.00** |

**Page    3**

| | | | Invoice Date | July 25, 2023 |
|---|---|---|---|---|

Coin Cloud- Official Committee of Unsecu

**Invoice Number** 9160067914

**38239-0013**        Plan and Disclosure Statement

**Through** May 31, 2023

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1998 RJG | Partner | Gayda, Robert J. | 4.20 | 1,300.00 | 5,460.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 10.30 | 975.00 | 10,042.50 |
| 2020 AJM | Associate | Matott, Andrew J. | 2.30 | 925.00 | 2,127.50 |
| **Total** | | | **16.80** | | **17,630.00** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

**July 25, 2023**
**Invoice Number 9160067914**

38239-0013     **Plan and Disclosure Statement**

For Professional Services Rendered through May 31, 2023:

Fees                                 17,630.00

**TOTAL AMOUNT DUE**................................................................................................ $     **17,630.00**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

REMITTANCE COPY

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**    **Coin Cloud- Official**                                                      **July 25, 2023**
            **Committee of Unsecu**                              **Invoice Number 9160067915**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through May 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0014 | Avoidance Action Analysis | 183,596.50 | 0.00 | 183,596.50 |

Coin Cloud- Official Committee of Unsecu

**Invoice Date**  July 25, 2023

**Invoice Number**  9160067915

**38239-0014**      Avoidance Action Analysis

**Through**  May 31, 2023

| **DATE** | **NARRATIVE** | **NAME** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 05/01/2023 | Correspondence re deposition matters and review in connection with same. | MDK | 0.50 | 725.00 |
| 05/01/2023 | Prep for C. McAlary depo. | AJM | 2.50 | 2,312.50 |
| 05/01/2023 | Draft Chris McAlary deposition outline. | LEM | 2.60 | 2,535.00 |
| 05/02/2023 | Teleconference with L. Miller re depositions. | MDK | 0.50 | 725.00 |
| 05/02/2023 | Depo prep (4.8); call with vendor (.7); call with FTI (1.0). | AJM | 6.50 | 6,012.50 |
| 05/02/2023 | Teleconference with M. Kotwick re: Chris McAlary deposition logistics (.5); confer with C. LoTempio about same (.1); discuss same with M. Wasserman (0.1); attention to various e-mails regarding deposition (.3); attend call with court reporter service to discuss logistics (0.6); attend call with FTI re: deposition (1.1); draft deposition outline (4.7). | LEM | 7.80 | 7,605.00 |
| 05/02/2023 | Facilitate logistics for upcoming deposition (.2); attend Zoom meeting with court reporter re electronic exhibit sharing at deposition (.6). | MW | 0.80 | 288.00 |
| 05/03/2023 | Depo prep. | AJM | 8.00 | 7,400.00 |
| 05/03/2023 | Extensive attention to preparing Chris McAlary deposition outline (8.4); call with FTI regarding same (.2) and e-mails with opposing counsel regarding same (.5). | LEM | 9.10 | 8,872.50 |
| 05/04/2023 | Meeting with L. Miller, A. Matott re depositions. | MDK | 0.50 | 725.00 |
| 05/04/2023 | Emails with FTI (.1), Emails with crypto team (.1); Depo prep (5.4); discuss workstreams with L. Miller (.2); call with PRovince (1); meet with M. Kotwick. | AJM | 7.30 | 6,752.50 |
| 05/04/2023 | Extensive attention to preparing for Chris McAlary deposition (6.4); meet with A. Tu-Sekine regarding same (.4); call with FTI regarding same (.7); meet with M. Kotwick (.5). | LEM | 8.00 | 7,800.00 |
| 05/05/2023 | Teleconference re depositions. | MDK | 0.20 | 290.00 |
| 05/05/2023 | Review C. McAlary depo outline re bankruptcy matters and provide comments to the same. | CVL | 0.50 | 487.50 |
| 05/05/2023 | Depo prep. | AJM | 4.40 | 4,070.00 |
| 05/05/2023 | Extensive attention to preparing for C. McAlary deposition (5.7); call with FTI regarding same (.4); call with M. Kotwick (.2). | LEM | 6.30 | 6,142.50 |
| 05/05/2023 | Facilitate logistics for upcoming deposition (.50); review outline and prepare exhibits for deposition (4.0). | MW | 4.50 | 1,620.00 |
| 05/06/2023 | Depo prep. | AJM | 3.50 | 3,237.50 |

Coin Cloud- Official Committee of Unsecu

| | | **Invoice Date** | July 25, 2023 |
|---|---|---|---|
| | | **Invoice Number** | 9160067915 |
| **38239-0014** | Avoidance Action Analysis | **Through** | May 31, 2023 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 05/06/2023 | Extensive preparation for C. McAlary deposition, including revising outline. | LEM | 4.20 | 4,095.00 |
| 05/06/2023 | Review updated outline and prepare exhibits for deposition. | MW | 2.30 | 828.00 |
| 05/07/2023 | Depo prep. | AJM | 5.60 | 5,180.00 |
| 05/07/2023 | Extensive preparations for C. McAlary deposition, including revising outline, finalizing exhibits, and coordinating with A. Matott. | LEM | 5.70 | 5,557.50 |
| 05/07/2023 | Assist with preparation of exhibits for deposition. | MW | 2.00 | 720.00 |
| 05/08/2023 | Calls and emails w S&K team re McAlary deposition issues including participants. | RJG | 1.50 | 1,950.00 |
| 05/08/2023 | Prep for and take deposition of C. McAlary (15.2. | AJM | 15.20 | 14,060.00 |
| 05/08/2023 | Debrief on deposition and next steps with L. Miller (1.1). | AJM | 1.10 | 1,017.50 |
| 05/08/2023 | Prepare for (2.9) and depose C. McAlary (12); debrief with A. Matott regarding same (1.1). | LEM | 16.00 | 15,600.00 |
| 05/08/2023 | Facilitate additional logistics with court reporter in connection with McAlary deposition. | MW | 0.50 | 180.00 |
| 05/09/2023 | Meet w deposition team re McAlary depo. | RJG | 0.50 | 650.00 |
| 05/09/2023 | Correspondence re deposition. | MDK | 0.30 | 435.00 |
| 05/09/2023 | Meet with R. Gayda, A. Matott and L. Miller re deposition recap (.5); follow up with A. Matott and R. Gayda re next steps re investigation (.4). | CVL | 0.90 | 877.50 |
| 05/09/2023 | Call with FTI re deposition debrief and next steps (.6); discuss upcoming depos internally (.4); emails with local re notice of exam (.1); email with FTI re potential claims (.1). | AJM | 1.20 | 1,110.00 |
| 05/09/2023 | Debrief with A. Matott and C. LoTempio concerning C. McAlary deposition (.1) and same with R. Gayda (.5); attend UCC call (.3); call with FTI regarding same (.6). | LEM | 1.50 | 1,462.50 |
| 05/09/2023 | Facilitate logistics for additional upcoming depositions. | MW | 0.30 | 108.00 |
| 05/10/2023 | Review and revise deposition summary (.4); review deposition transcript (1.1). | RJG | 1.50 | 1,950.00 |
| 05/10/2023 | Meeting with L. Miller re depositions. | MDK | 0.20 | 290.00 |
| 05/10/2023 | Review rough transcript re C. McAlary depo and draft summary outline for Committee (3.1). | AJM | 3.10 | 2,867.50 |
| 05/10/2023 | Review A. Matott deposition summary of C. McAlary testimony and provide comments thereto (.3); review amended Rule 2004 notice for A. Goldstein (.1); attention to A. Goldstein deposition substance and prep (.3); meet with M. Kotwick (.2). | LEM | 0.90 | 877.50 |

Coin Cloud- Official Committee of Unsecu

| | | | Invoice Date | July 25, 2023 |
|---|---|---|---|---|
| | | | Invoice Number | 9160067915 |
| **38239-0014** | Avoidance Action Analysis | | Through | May 31, 2023 |

| Date | Description | Init. | Hours | Amount |
|---|---|---|---|---|
| 05/11/2023 | Review McAlary transcript (.2); meeting (.5). | RJG | 0.70 | 910.00 |
| 05/11/2023 | Meeting with L. Miller and teleconference with B. Gayda re open matters and next steps. | MDK | 0.50 | 725.00 |
| 05/11/2023 | Emails with FTI re supp doc requests (.1); discuss depositions with L. Miller (.2); compile supp doc request (1.2); call with FTI re depo debrief / workstreams (.5); discuss workstreams with L. Miller (.3); prep for Goldstein depo (1.9). | AJM | 4.20 | 3,885.00 |
| 05/11/2023 | Meet with R. Gayda re: Goldstein deposition (.5); attention to subpoena for new documents (.3) and call with FTI re: same (.5) and follow-up with A. Matott re: same (.2). | LEM | 1.40 | 1,365.00 |
| 05/12/2023 | Correspondence re confidential info and IT expert. | MDK | 0.20 | 290.00 |
| 05/12/2023 | Prep for Goldstein deposition. | AJM | 9.50 | 8,787.50 |
| 05/12/2023 | Teleconference with A. Matott concerning A. Goldstein deposition. | LEM | 0.20 | 195.00 |
| 05/13/2023 | Prep for A. Goldstein depo. | AJM | 4.80 | 4,440.00 |
| 05/13/2023 | Review Goldstein deposition outline and provide comments to A. Matott. | LEM | 1.10 | 1,072.50 |
| 05/14/2023 | Prep for A. Goldstein deposition. | AJM | 2.40 | 2,220.00 |
| 05/14/2023 | E-mails with R. Gayda concerning A. Goldstein deposition (.2); prep with A. Matott regarding same (1.2); call with A. Matott concerning e-mail to Debtor's counsel (.1); draft document subpoena to Debtor (.5). | LEM | 2.00 | 1,950.00 |
| 05/15/2023 | Discuss precedent document requests/subpoenas. | CVL | 0.20 | 195.00 |
| 05/15/2023 | Prep for (2.5) and take deposition of A. Goldstein (5.0); debrief and review transcript (.6); revise and finalize doc request (.3); revise transcript and summarize the same (.6). | AJM | 9.00 | 8,325.00 |
| 05/15/2023 | Prepare for (1.9) and attend (5) A. Goldstein deposition; debrief with A. Matott regarding same (.8); draft document subpoena to Debtor (1). | LEM | 8.70 | 8,482.50 |
| 05/16/2023 | Review transcript and draft summary of depo for committee (1.3). | AJM | 1.30 | 1,202.50 |
| 05/16/2023 | Debrief from A. Goldstein deposition (.3) and edits to summary of same (.2); edit subpoena per comments from FTI (.4). | LEM | 0.90 | 877.50 |
| 05/17/2023 | Discuss written discovery requests w S&K team (.6); review summary of deposition for distribution to committee (.7). | RJG | 1.30 | 1,690.00 |
| 05/17/2023 | Finalize subpoena doc requests (.5) and email with local counsel (.1). | AJM | 0.60 | 555.00 |

|  |  |  | Invoice Date | July 25, 2023 |
|---|---|---|---|---|
| | Coin Cloud- Official Committee of Unsecu | | Invoice Number | 9160067915 |
| **38239-0014** | Avoidance Action Analysis | | Through | May 31, 2023 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 05/17/2023 | Review deposition transcript (1.2); finalize Goldstein overview (.4) and email to UCC (.1); email with Debtor (.1); calls with L. Miller (.2); call with P. Hage (.3); discuss internally (.2). | AJM | 2.50 | 2,312.50 |
| 05/17/2023 | Attention to document requests (.4); review summary of A. Goldstein deposition (.1); attention to issue concerning PEO questyions (.2); call with A. Matott regarding Cole Kepro call (.2). | LEM | 0.90 | 877.50 |
| 05/18/2023 | Attention dispute re PEO materials. | RJG | 0.40 | 520.00 |
| 05/18/2023 | E-mails regarding PEO issue (.5); discuss DIP lender issue with A. Matott (.2). | LEM | 0.70 | 682.50 |
| 05/23/2023 | Attend UCC call (.9); draft Garon subpoenas and circulate (.4); discuss Coin Cloud DIP lender issues with A. Matott (.3). | LEM | 1.60 | 1,560.00 |
| 05/30/2023 | Discuss timeline for upcoming depositions (.1); review Bitcoin Depot proceedings (.2); emails re rule 2004 request (.1); discuss timing and workstreams with L. Miller (.1); review (.1) and respond to Debtor extension request (.2). | AJM | 0.80 | 740.00 |
| 05/30/2023 | Discuss Garon deposition and revisions to subpoena (.3); attend UCC call (.4); discuss Debtor request for extension and response (.8). | LEM | 1.50 | 1,462.50 |
| 05/31/2023 | Discuss doc request and Garon subpoena w/ L. Miller (.2); review docs (.2). | AJM | 0.40 | 370.00 |
| 05/31/2023 | Call with A. Matott re: Garon deposition and debtor subpoena issue (.1); review Garon materials (.2); call with Debtor's counsel re: subpoena production (.1); e-mails re: same (.1). | LEM | 0.50 | 487.50 |

**Total Hours**................................................................................ **196.30**

**Total Services**..............................................................$ **183,596.50**

**TOTAL AMOUNT DUE**..............................................$ **183,596.50**

| | | | | Page | 6 |
|---|---|---|---|---|---|

| | | | **Invoice Date** | July 25, 2023 |
|---|---|---|---|---|

Coin Cloud- Official Committee of Unsecu

| | | | **Invoice Number** | 9160067915 |
|---|---|---|---|---|

**38239-0014**    Avoidance Action Analysis

| | | | **Through** | May 31, 2023 |
|---|---|---|---|---|

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 0431 MDK | Partner | Kotwick, Mark | 2.90 | 1,450.00 | 4,205.00 |
| 1998 RJG | Partner | Gayda, Robert J. | 5.90 | 1,300.00 | 7,670.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 1.60 | 975.00 | 1,560.00 |
| 1997 LEM | Associate | Miller, Laura E. | 81.60 | 975.00 | 79,560.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 93.90 | 925.00 | 86,857.50 |
| 2077 MW | Paralegal | Wasserman, Marian | 10.40 | 360.00 | 3,744.00 |
| **Total** | | | **196.30** | | **183,596.50** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**July 25, 2023**
**Invoice Number 9160067915**

38239-0014     **Avoidance Action Analysis**

For Professional Services Rendered through May 31, 2023:

Fees                                                                                                     183,596.50

**TOTAL AMOUNT DUE**.................................................................................... $         **183,596.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

|  |  |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

38239      **Coin Cloud- Official**                                                    **July 25, 2023**
           **Committee of Unsecu**                                       **Invoice Number 9160067916**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through May 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0016 | Court Hearings | 3,697.50 | 0.00 | 3,697.50 |

Coin Cloud- Official Committee of Unsecu

| | | |
|---|---:|---:|
| **Invoice Date** | | July 25, 2023 |
| **Invoice Number** | | 9160067916 |
| **Through** | | May 31, 2023 |

**38239-0016**          Court Hearings

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|------:|-------:|
| 05/18/2023 | Prepare for (.1); and attend hearing on KERP and Rejection Motions (.8); update to R. Gayda re same (.1). | CVL | 1.00 | 975.00 |
| 05/18/2023 | Prep for (.1) and attend hearing on KERP and rejection motions (.9); discuss internally (.2). | AJM | 1.20 | 1,110.00 |
| 05/25/2023 | Prepare for (.1); and attend hearing on rejection and KERP (.6); discuss hearing with Debtor prior thereto (.1). | CVL | 0.80 | 780.00 |
| 05/25/2023 | Prep for (.2) and attend cont'd hearing on KERP and rejection motions (.7). | AJM | 0.90 | 832.50 |

**Total Hours**................................................................................................          **3.90**

**Total Services**...................................................................................$          **3,697.50**

**TOTAL AMOUNT DUE**.................................................................$          **3,697.50**

Coin Cloud- Official Committee of Unsecu

| | | | **Invoice Date** | July 25, 2023 |
| **38239-0016** | Court Hearings | | **Invoice Number** | 9160067916 |
| | | | **Through** | May 31, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 1.80 | 975.00 | 1,755.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 2.10 | 925.00 | 1,942.50 |
| **Total** | | | **3.90** | | **3,697.50** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**July 25, 2023**
**Invoice Number 9160067916**

38239-0016      **Court Hearings**

For Professional Services Rendered through May 31, 2023:

Fees                                                           3,697.50

**TOTAL AMOUNT DUE**................................................................................................ $       **3,697.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**    **Coin Cloud- Official**                                        **July 25, 2023**
              **Committee of Unsecu**                              **Invoice Number 9160067917**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through May 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0017 | Employment and Fee Applications | 2,242.50 | 0.00 | 2,242.50 |

**Page    2**

| | | | **Invoice Date** | July 25, 2023 |
| | Coin Cloud- Official Committee of Unsecu | | **Invoice Number** | 9160067917 |
| **38239-0017** | Employment and Fee Applications | | **Through** | May 31, 2023 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 05/11/2023 | Draft first monthly fee statement | CVL | 0.50 | 487.50 |
| 05/12/2023 | Prepare fee statement for first monthly period (.8); circulate the same (.1). | CVL | 0.90 | 877.50 |
| 05/15/2023 | Emails re first monthly fee statements (.1); finalize the same (.1). | CVL | 0.20 | 195.00 |
| 05/17/2023 | Emails re monthly fee application (.1); sign off on errata (.1). | CVL | 0.20 | 195.00 |
| 05/31/2023 | Prepare schedules for Second monthly fee application. | CVL | 0.50 | 487.50 |

**Total Hours**................................................................................ **2.30**

**Total Services**.......................................................................$ **2,242.50**

**TOTAL AMOUNT DUE**.......................................................$ **2,242.50**

Coin Cloud- Official Committee of Unsecu

| | **Invoice Date** | July 25, 2023 |
|---|---|---|
| | **Invoice Number** | 9160067917 |

**38239-0017**          Employment and Fee Applications

| | | **Through** | May 31, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 2.30 | 975.00 | 2,242.50 |
| **Total** | | | **2.30** | | **2,242.50** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

**July 25, 2023**
**Invoice Number 9160067917**

**38239-0017    Employment and Fee Applications**

For Professional Services Rendered through May 31, 2023:

Fees                                                                                                                    2,242.50

**TOTAL AMOUNT DUE**................................................................................................ $                **2,242.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

|  |  |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
|  | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**    **Coin Cloud- Official**                                                     **July 25, 2023**
                    **Committee of Unsecu**                                       **Invoice Number 9160067919**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through May 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0019 | Lien Investigation | 8,150.00 | 0.00 | 8,150.00 |

| | | | **Invoice Date** | July 25, 2023 |
|---|---|---|---|---|

Coin Cloud- Official Committee of Unsecu

| | | **Invoice Number** | 9160067919 |
|---|---|---|---|

**38239-0019**          Lien Investigation

| | | **Through** | May 31, 2023 |
|---|---|---|---|

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 05/09/2023 | Review lien review materials (.1); discuss with R. Gayda and A. Matott (.2). | CVL | 0.30 | 292.50 |
| 05/12/2023 | Emails re challenge extension requests. | CVL | 0.10 | 97.50 |
| 05/15/2023 | Calls with Cleary (.3); review of correpsondence on kiosk security (.6); calls with C. LoTempio (.4). | MK | 1.30 | 1,040.00 |
| 05/15/2023 | Emails re challenge extension with Enigma (.1); prepare for with M.Keating (.2) and call with Genesis re same (.3); follow up with M. Keating after (.2); update emails re same (.1); emails with lien review team (.1). | CVL | 0.90 | 877.50 |
| 05/15/2023 | Review UCC financing statements and security agreements (.4); review the Uniform Commercial Code (.2); multiple correspondence with C. LoTempio and M. Keating (.3). | HN | 0.90 | 1,012.50 |
| 05/16/2023 | Attention to review of Genesis and Enigma correspondence; discussion with H. Nam, R. Wood and C. LoTempio re: UCC challenges (.5); follow up emails and review (.5). | MK | 1.00 | 800.00 |
| 05/16/2023 | Meeting with R. Wood, H. Nam and M. Keating re lien review (.5); prepare and circulate stipulations re extension of challenge deadline (.4). | CVL | 0.90 | 877.50 |
| 05/16/2023 | Meet with M. Keating re: background (.2); review security agreements (.2); discuss issues with R. Wood, M. Keating and C. LoTempio (.5); review UCC (.2); multiple correspondence (.2). | HN | 1.30 | 1,462.50 |
| 05/17/2023 | Emails re lien challenge extension (.2); draft proposed orders (.2); circulate to parties (.1); email with Debtor (.1). | CVL | 0.60 | 585.00 |
| 05/18/2023 | Email to UCC re challenge period. | RJG | 0.40 | 520.00 |
| 05/18/2023 | Draft email to committee re Genesis challenge (.2); discuss internally (.1); finalize and send the same (.1). | CVL | 0.40 | 390.00 |
| 05/22/2023 | Call with counsel to Genesis. | CVL | 0.20 | 195.00 |

**Total Hours**.................................................................................................. **8.30**

**Total Services**.......................................................................................... $ **8,150.00**

**TOTAL AMOUNT DUE**.................................................................$ **8,150.00**

**Page    3**

Coin Cloud- Official Committee of Unsecu

| | | | **Invoice Date** | July 25, 2023 |
| | | | **Invoice Number** | 9160067919 |

**38239-0019**          Lien Investigation

| | | | **Through** | May 31, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1998 RJG | Partner | Gayda, Robert J. | 0.40 | 1,300.00 | 520.00 |
| 1896 HN | Partner | Nam, Hoyoon | 2.20 | 1,125.00 | 2,475.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 3.40 | 975.00 | 3,315.00 |
| 2128 MK | Associate | Keating, Megan | 2.30 | 800.00 | 1,840.00 |
| **Total** | | | **8.30** | | **8,150.00** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**July 25, 2023**
**Invoice Number 9160067919**

38239-0019    **Lien Investigation**

For Professional Services Rendered through May 31, 2023:

Fees                                                                                                    8,150.00

**TOTAL AMOUNT DUE**................................................................................... $                **8,150.00**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

|  |  |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
|  | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**