Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**THIRD MONTHLY FEE STATEMENT OF McDONALD CARANO LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2023, THROUGH MAY 31, 2023**<br><br>McDonald Carano LLP, Counsel to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>May 1, 2023, through May 31, 2023<br><br>$5,440.00 (80% of $6,800.00)<br><br>$331.95 (100% of expenses) |

McDonald Carano LLP ("McDonald Carano" or the "Applicant"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Third Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing May 1, 2023, through May 31, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, McDonald Carano requests allowance and payment of $5,444.00 (representing 80% of the $6,800.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $331.95 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by McDonald Carano during the Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at McDonald Carano who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit 3** are the detailed time entries and expenses for the Fee Period (invoice for the period May 1, 2023, through May 31, 2023) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. McDonald Carano reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

1 DATED this 1st day of August 2023.

McDONALD CARANO LLP

By: /s/ Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*

# Exhibit 1

**COMPENSATION BY PROFESSIONAL FOR FEE PERIOD**

| Name | Position | Admission Year | Rate | Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Works, Ryan | Partner | 2004 | $ 650.00 | 6.40 | $ 4,160.00 |
| Grubb, Brian | Paralegal | | $ 300.00 | 8.80 | $ 2,640.00 |
| **Total** | | | | **15.20** | **$ 6,800.00** |

# Exhibit 2

**COMPENSATION BY MATTER**

| Matter Description | Hours Billed | Total Compensation |
|---|---:|---:|
| Case Administration (B110) | 4.70 | $3,055.00 |
| Asset Analysis and Recovery (B120) | 6.00 | $2,220.00 |
| Fee/Employment Applications (B160) | 4.50 | $1,525.00 |
| **Total =** | **15.20** | **$6,800.00** |

# Exhibit 3

# McDONALD CARANO
### YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee　　　　　　　　　　　　　　　Invoice No. 12465454
DO NOT MAIL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　June 14, 2023
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2023:

**Re:　　Client.Matter: 32568 - 1**
　　　　**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

_____

## ACCOUNT SUMMARY

| | |
|---|---:|
| Balance Forward as of Previous Invoice | $ 34,101.63 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 34,101.63 |

## CURRENT INVOICE

| | |
|---|---:|
| Total Professional Services | $ 6,800.00 |
| Total Expenses | $ 331.95 |
| Total This Invoice | $ 7,131.95 |

**TOTAL BALANCE NOW DUE**　　　　　　　　　　　　　　　　　　　　　　**$ 41,233.58**

# McDONALD CARANO LLP

_____

Invoice No. 12465454
June 14, 2023

Re:  Client.Matter: 32568 - 1
     IN RE CASH CLOUD, INC. DBA COIN CLOUD

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/02/23 | RJW | B110 | | Attend weekly committee meeting | .50 | 325.00 |
| 5/02/23 | RJW | B120 | | Receive and review several emails from Andrew Matott re Rule 2004 examinations and notices of same, revise same and cause to file and serve | .40 | 260.00 |
| 5/02/23 | BAG | B160 | | Exchange emails with Ryan Works re monthly fee statement (.1); receive and review revised final invoice through March 31, 2023 (.1); revise initial monthly fee statement and related backup documentation (.4); forward to Ryan Works and Seward & Kissel re same (.1) | .70 | 210.00 |
| 5/02/23 | BAG | B120 | | Exchange emails re 2004 examinations (.1); follow telephone conference with Ryan Works re same (.1); revise notices of 2004 examination re Christopher McAlery and for the custodian of records of the debtor (.5) | .70 | 210.00 |
| 5/03/23 | BAG | B120 | | Confer with Ryan Works re 2004 examinations (.1); revise notices following same (.3); send email to co counsel re same(.1); finalize and cause notices to be filed (.1) | .60 | 180.00 |
| 5/05/23 | RJW | B110 | | Receive and review weekly UCC summary from Catherine LoTempio | .20 | 130.00 |
| 5/08/23 | RJW | B110 | | Receive and review several filings and call with FTI re meetings on status/update/issues going forward | .30 | 195.00 |
| 5/09/23 | RJW | B110 | | Attend weekly unsecured creditors committee meeting | .80 | 520.00 |
| 5/09/23 | BAG | B120 | | Exchange emails with Andrew Matott re examining Adam Goldstein; draft notice of 2004 examination of Adam Goldstein | .30 | 90.00 |
| 5/10/23 | BAG | B120 | | Exchange emails re Adam Goldstein's examination (.1); finalize and cause notice setting same to be filed (.1) | .20 | 60.00 |
| 5/11/23 | RJW | B160 | | Confer with team and co-counsel and review and approve final changes to all monthly fee statements and cause to file and serve | .50 | 325.00 |
| 5/11/23 | BAG | B160 | | Exchange emails with co-counsel re S&K's fee statement | .10 | 30.00 |

2

# McDONALD CARANO LLP

_____

Invoice No. 12465454
June 14, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/12/23 | BAG | B120 | | Review email from S&K counsel and forward same to Ryan Works with comments for his review (.1) prepare forms related to subpoenas for records and additional 2004 examinations for S&K (.4); draft email to S&K re same (.1) | .60 | 180.00 |
| 5/15/23 | RJW | B110 | | Attention to multiple recent filings in case | .30 | 195.00 |
| 5/15/23 | BAG | B160 | | Confer with Ryan Works re monthly fee applications for McDonald Carano and Seward & Kissel (.1) review and finalize SK's monthly fee application (.2); revise and finalize MC's monthly fee application (.2); review ECF 321 relating to fee applications and service of same (.1);  send email to Kimberly Kirn re instructions on serving fee applications and upcoming deadlines (.2) | .80 | 240.00 |
| 5/15/23 | BAG | B120 | | Confer with Ryan Works re additional 2004 exam applications and subpoenas | .10 | 30.00 |
| 5/16/23 | RJW | B110 | | Attend weekly UCC meeting re status, update and issues going forward | 1.00 | 650.00 |
| 5/16/23 | BAG | B160 | | Exchange emails with Ryan Works and Kimberly Kirn re status of McDonald Carano and Seward & Kissel's fee statements (.2); review order re same (.1); prepare schedule of payment dates and application deadlines (.3) | .60 | 180.00 |
| 5/17/23 | RJW | B120 | | Receive, review and approve subpoena duces tecum and notice of deposition of custodian of records of Cash Cloud and authorize service of same | .20 | 130.00 |
| 5/17/23 | RJW | B120 | | Review and approve stipulation and order for further extension of challenge deadline for UCC | .20 | 130.00 |
| 5/17/23 | BAG | B120 | | Revise subpoena duces tecum to Debtor (.1); draft notice of issuing same (.2); draft acceptance of service re same (.1); exchange emails with team re same (.2) | .60 | 180.00 |
| 5/17/23 | BAG | B160 | | Draft errata to both McDonald Carano and Seward & Kissel's initial monthly fee statements (.3); exchange emails with Ryan Works and SK counsel re same (.2) | .50 | 150.00 |
| 5/18/23 | RJW | B110 | | Review filed agenda for omnibus hearing calendar and attend omnibus hearings on various applications | .70 | 455.00 |
| 5/18/23 | BAG | B120 | | Exchange emails with Seward & Kissel counsel re stipulation extending challenge period; finalize same and its related order, and cause | .20 | 60.00 |

3

# McDONALD CARANO LLP

_____

Invoice No. 12465454
June 14, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | same to be filed | | |
| 5/18/23 | BAG | B160 | | Prepare exhibits 1, 2, and 3 for attachment to McDonald Carano's April 2023 monthly fee statement (.3); revise draft of McDonald Carano's second monthly fee statements (.2); send email to Ryan Works re same (.1); revise draft of Seward Kissel's second monthly fee statement (.1); send email re same (.1) | .80 | 240.00 |
| 5/20/23 | RJW | B110 | | Receive and review weekly summary of matters outstanding for the UCC | .20 | 130.00 |
| 5/23/23 | BAG | B160 | | Exchange emails with team re John Ashmead's supplemental declaration in support of employment of Seward Kissel (.1); revise and cause same to be filed (.2) | .30 | 90.00 |
| 5/24/23 | RJW | B120 | | Emails with Laura, Andrew and Brian re 2004 examination and subpoena to Garon and changes to same | .20 | 130.00 |
| 5/24/23 | BAG | B160 | | Review drafts relating to Jeff Garon's 2004 examination application (.1); reply to email from co-counsel re same (.1) | .20 | 60.00 |
| 5/26/23 | RJW | B110 | | Receive and review weekly update and status report from Catherine LoTempio and review filings related to amended stalking horse buyer | .20 | 130.00 |
| 5/30/23 | RJW | B110 | | Attend weekly call with unsecured creditor's committee and professionals | .50 | 325.00 |
| 5/30/23 | BAG | B120 | | Exchange emails with SK counsel re 2004 examination of Jeff Garon (.1); review application for Jeff Garon's 2004 examination and order granting same and make slight revisions ahead of filing/submitting same (.3) | .40 | 120.00 |
| 5/31/23 | RJW | B120 | | Emails with Laura Miller and Brian Grubb re subpoena and 2004 examination of Cash Cloud personnel | .20 | 130.00 |
| 5/31/23 | BAG | B120 | | Exchange emails with SK counsel re Garon's 2004 examination and related subpoena (.2); draft notice of taking 2004 examination of Jeffery Garon (.2); draft 2004 subpoena re Jeffery Garon (.2); draft cover letter re same (.2); revise all documents following Laura Miller's request (.3) | 1.10 | 330.00 |

| | |
|---|---|
| Current Professional Services | $ 6,800.00 |

# McDONALD CARANO LLP

_____

Invoice No. 12465454
June 14, 2023

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Brian Grubb | Paralegal | 300.00 | 8.80 | 2,640.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 6.40 | 4,160.00 | .00 |
| Total | | | 15.20 | $ 6,800.00 | $ .00 |

## EXPENSES

| | Description | Amount |
|---|---|---|
| 3/31/23 | Pacer, Bankcard Center | 12.90 |
| 4/20/23 | Filing Fee-Court, Bankcard Center | 250.00 |
| | Postage | 17.05 |
| | Copying | 52.00 |

Current Expenses                                                                                        $ 331.95

TOTAL THIS INVOICE                                                                                      $ 7,131.95

# McDONALD CARANO LLP

_____

Invoice No. 12465454
June 14, 2023

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | .00 | 23,340.18 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | 10,761.45 |

Outstanding Balance $ 34,101.63
Current Invoice $ 7,131.95

**TOTAL BALANCE DUE** $ 41,233.58

# McDONALD CARANO
### YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee  
DO NOT MAIL  
DO NOT MAIL  
McDonald Carano LLP c/o Ryan J. Works  
2300 West Sahara Avenue, Suite 1200  
Las Vegas, NV  89102  

Invoice No. 12465454  
June 14, 2023

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2023:

**Re:**   Client.Matter: 32568 - 1  
       **IN RE CASH CLOUD, INC. DBA COIN CLOUD**

---

| | |
|---|---:|
| Balance Due This Invoice | $ 7,131.95 |
| Balance Outstanding | $ 34,101.63 |
| **TOTAL BALANCE DUE** | **$ 41,233.58** |

---

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**     McDonald Carano LLP  
Please return this page with payment     P.O. Box 2670  
     Reno, Nevada 89505

**For payment by wire or ACH:**     Nevada State Bank  
Please email wire confirmation to     1 West Liberty Street  
accounting@mcdonaldcarano.com     Reno, Nevada 89501  
     McDonald Carano LLP  
     Account No. 0542004190  
     Routing No. 122400779  
     Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:**   www.mcdonaldcarano.com/online-payments/

**PAYMENT IS DUE UPON RECEIPT**