Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**FOURTH MONTHLY FEE STATEMENT OF McDONALD CARANO LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 1, 2023, THROUGH JUNE 30, 2023**<br><br>McDonald Carano LLP, Counsel to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>June 1, 2023, through June 30, 2023<br><br>$4,468.00 (80% of $5,585.00)<br><br>$425.54 (100% of expenses) |

McDonald Carano LLP ("McDonald Carano" or the "Applicant"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Fourth Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing June 1, 2023, through June 30, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, McDonald Carano requests allowance and payment of $4,468.00 (representing 80% of the $5,585.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $435.54 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by McDonald Carano during the Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at McDonald Carano who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit 3** are the detailed time entries and expenses for the Fee Period (invoice for the period June 1, 2023, through June 30, 2023) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. McDonald Carano reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

DATED this 1st day of August 2023.

          McDONALD CARANO LLP

          By: */s/ Ryan J. Works*
            Ryan J. Works, Esq. (NSBN 9224)
            Amanda M. Perach, Esq. (NSBN 12399)
            2300 West Sahara Avenue, Suite 1200
            Las Vegas, Nevada 89102
            rworks@mcdonaldcarano.com
            aperach@mcdonaldcarano.com

            *Counsel for Official Committee*
            *of Unsecured Creditors*

# Exhibit 1

**COMPENSATION BY PROFESSIONAL FOR FEE PERIOD**

| Name | Position | Admission Year | Rate | Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Works, Ryan | Partner | 2004 | $ 650.00 | 6.10 | $ 3,965.00 |
| Grubb, Brian | Paralegal | | $ 300.00 | 5.40 | $ 1,620.00 |
| **Total** | | | | **11.50** | **$ 5,585.00** |

# Exhibit 2

**COMPENSATION BY MATTER**

| Matter Description | Hours Billed | Total Compensation |
|---|---:|---:|
| Case Administration (B110) | 3.50 | $2,275.00 |
| Asset Analysis and Recovery (B120) | 3.00 | $1,040.00 |
| Asse Disposition (B130) | 1.90 | $780.00 |
| Fee/Employment Applications (B160) | 1.90 | $710.00 |
| Plan and Disclosure Statement (B320) | 1.20 | $780.00 |
| **Total =** | **11.50** | **$5,585.00** |

# Exhibit 3

# McDONALD CARANO
## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee  
DO NOT MAIL  
DO NOT MAIL  
McDonald Carano LLP c/o Ryan J. Works  
2300 West Sahara Avenue, Suite 1200  
Las Vegas, NV  89102

Invoice No. 12466129  
July 14, 2023

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2023:

**Re:** **Client.Matter: 32568 - 1**  
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**  
**Email Invoices**

_____

## ACCOUNT SUMMARY

| | |
|---|---:|
| Balance Forward as of Previous Invoice | $ 41,233.58 |
| Payments | -18,895.68 |
| Adjustments | -4,444.50 |
| Balance Outstanding | $ 17,893.40 |

## CURRENT INVOICE

| | |
|---|---:|
| Total Professional Services | $ 5,585.00 |
| Total Expenses | $ 425.54 |
| Total This Invoice | $ 6,010.54 |

**TOTAL BALANCE NOW DUE**            **$ 23,903.94**

mcdonaldcarano.com  
2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100  
100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000  
Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505  

MERITAS

# McDONALD CARANO LLP

_____

Invoice No. 12466129
July 14, 2023

Re:   Client.Matter: 32568 - 1
      **IN RE CASH CLOUD, INC. DBA COIN CLOUD**
      Email Invoices

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 6/01/23 | BAG | B120 | | Review documents produced by Debtor and coordinate with counsel to access same | .50 | 150.00 |
| 6/02/23 | BAG | B120 | | Receive and review order granting 2004 examination (.1); revise notice of taking 2004 examination, subpoena to Jeff Garon, and cover letter re same (.2); exchange email with Kimberly Kirn re scheduling Jeff Garon's examination (.1); exchange emails with Ryan Works and SK counsel re examination (.2); work with process server re serving a subpoena on Jeff Garon (.2) | .70 | 210.00 |
| 6/05/23 | RJW | B130 | | Receive and review several filings in case relating to sale of all assets of the Debtor | .20 | 130.00 |
| 6/05/23 | BAG | B120 | | Exchange emails with SK counsel re status of service on Jeff Garon (.1); follow up with counsel re same (.1) | .20 | 60.00 |
| 6/06/23 | RJW | B110 | | Attend weekly UCC meeting | .50 | 325.00 |
| 6/06/23 | BAG | B160 | | Exchange emails with Ryan Works and Seward & Kissel counsel re objection deadline and monthly fee statements (.2); draft certificates of no objection re McDonald Carano and Seward & Kissel's initial fee statements (.7); revise McDonald Carano's second interim fee statement and finalize exhibits (.3); review and finalize Seward & Kissel's second interim fee statement (.1) | 1.30 | 390.00 |
| 6/08/23 | RJW | B160 | | Receive, review and approve no objection to S&K and MC LLP first fee statements and cause to file | .20 | 130.00 |
| 6/08/23 | RJW | B160 | | Receive, review and make changes to second fee statement of MC LLP and review/approve second fee statement of S&K and cause to file and serve both | .20 | 130.00 |
| 6/08/23 | RJW | B320 | | Receive and review email update and summary on plan status and issues going forward | .20 | 130.00 |
| 6/09/23 | RJW | B110 | | Email and call with co-counsel Andrew Matott and Catherine LoTempio re continuation or vacating of mediation with Judge Gregg Zive in Reno on June 20, 2023 (.2) and attend weekly | .50 | 325.00 |

2

# McDONALD CARANO LLP
_____

Invoice No. 12466129
July 14, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | UCC meeting (.3) | | |
| 6/12/23 | BAG | B130 | | Exchange emails with team re transaction objection deadlines (.3); draft stipulation and order re same (.7) | 1.00 | 300.00 |
| 6/14/23 | BAG | B120 | | Exchange emails with Seward Kissel re stipulation to vacate settlement conference (.2); revise stipulation (.1); draft order re same (.2); further review order re stipulation to vacate per Court's request (.1) | .60 | 180.00 |
| 6/16/23 | RJW | B110 | | Prepare for and attend meeting with unsecured creditors committee and professionals | .50 | 325.00 |
| 6/16/23 | RJW | B320 | | Receive and give cursory review to: motion confirming auction results and several declarations in support of same; motion for approval of interim management agreement; motion to compel turnover of estate assets; and adversary complaint | .30 | 195.00 |
| 6/16/23 | BAG | B160 | | Send email to Debtor's counsel re payment on initial fee statements (.1); Confer with Ryan Works re same (.1) | .20 | 60.00 |
| 6/19/23 | RJW | B110 | | Emails with co-counsel at S&K re status, update and issues going forward | .20 | 130.00 |
| 6/20/23 | RJW | B120 | | Emails with professionals re issues with demand letters going out to potential defendants in avoidance actions | .20 | 130.00 |
| 6/21/23 | RJW | B320 | | Attention to multiple emails and electronic filings re hearing and deadlines on sale and assumption/rejection of executory contracts | .20 | 130.00 |
| 6/22/23 | RJW | B120 | | Emails and call with Laura Miller re 2004 examination of Jeffrey Garon and issues with excluding litigation counter-parties from portions of proceedings deemed confidential | .20 | 130.00 |
| 6/23/23 | RJW | B320 | | Receive, review and approve response and reservation of rights and cause to file | .50 | 325.00 |
| 6/23/23 | RJW | B110 | | Receive and give cursory review to dozens of filings and emails relating to sale transaction, rejection of leases and executory contracts and other matters relating thereto | .50 | 325.00 |
| 6/23/23 | BAG | B130 | | Finalize and file a response to sale motions | .30 | 90.00 |
| 6/26/23 | RJW | B110 | | Receive and review dozens of emails and electronic filings re sale process, issues with order and DIP/cash collateral issues with secured lenders | .30 | 195.00 |
| 6/27/23 | RJW | B130 | | Receive and review dozens of emails and iterations of proposed order authorizing sale | .40 | 260.00 |

# McDONALD CARANO LLP

_____

Invoice No. 12466129
July 14, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | and assignment/assumption/rejectio n of certain executory contracts, etc. | | |
| 6/28/23 | RJW | B110 | | Review proposed agenda for omnibus hearings, prepare for and attend hearings on motion to compel turnover, approval of interim management services agreement, and sale motion | .50 | 325.00 |
| 6/28/23 | BAG | B120 | | Draft amended notice of taking Jeff Garon's 2004 examination (.2); exchange emails with Andrew Matott/Seward Kissel re same (.1); exchange emails with team re stipulation to extend challenge period (.1); draft order granting same (.2) | .60 | 180.00 |
| 6/29/23 | RJW | B110 | | Attend weekly unsecured creditors committee meeting | .50 | 325.00 |

| Current Professional Services | $ 5,585.00 |
|---|---|

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Brian Grubb | Paralegal | 300.00 | 5.40 | 1,620.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 6.10 | 3,965.00 | .00 |
| Total | | | 11.50 | $ 5,585.00 | $ .00 |

## EXPENSES

| | Description | Amount |
|---|---|---|
| | Postage | 60.24 |
| | Copying | 157.00 |
| 6/13/23 | Service, Junes Legal Service, Inc. | 155.80 |
| 6/30/23 | Other, Pacer Service Center | 52.50 |

| Current Expenses | $ 425.54 |
|---|---|

| TOTAL THIS INVOICE | $ 6,010.54 |
|---|---|

# McDONALD CARANO LLP

_____

Invoice No. 12466129
July 14, 2023

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 12463786 | 5/09/23 | 10,761.45 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | 7,131.95 |

Outstanding Balance $ 17,893.40
Current Invoice $ 6,010.54

**TOTAL BALANCE DUE** **$ 23,903.94**

# McDONALD CARANO
## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee  
DO NOT MAIL  
DO NOT MAIL  
McDonald Carano LLP c/o Ryan J. Works  
2300 West Sahara Avenue, Suite 1200  
Las Vegas, NV  89102

Invoice No. 12466129  
July 14, 2023

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2023:

**Re:** Client.Matter: 32568 - 1  
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

---

| | |
|---|---|
| Balance Due This Invoice | $ 6,010.54 |
| Balance Outstanding | $ 17,893.40 |
| **TOTAL BALANCE DUE** | **$ 23,903.94** |

---

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**  McDonald Carano LLP  
Please return this page with payment  P.O. Box 2670  
Reno, Nevada 89505

**For payment by wire or ACH:**  Nevada State Bank  
Please email wire confirmation to  1 West Liberty Street  
accounting@mcdonaldcarano.com  Reno, Nevada 89501  
McDonald Carano LLP  
Account No. 0542004190  
Routing No. 122400779  
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:**  www.mcdonaldcarano.com/online-payments/

**PAYMENT IS DUE UPON RECEIPT**