BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**DECLARATION OF DANIEL AYALA IN SUPPORT OF DEBTOR'S MOTION FOR ORDER (A) APPROVING THE SALE OF CERTAIN OF DEBTOR'S ASSETS TO POWERCOIN, LLC, FREE AND CLEAR OF LIENS CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; AND (B) GRANTING RELATED RELIEF**<br><br>Hearing Date:  August 29, 2023<br>Hearing Time:  9:30 a.m. |

I, Daniel Ayala, declare as follows:

1. I am the Independent Director of Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case").

2. Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

147907904.1

3.      I make this Declaration in support of Debtor's *Motion for Order (A) Approving the Sale of Certain of Debtor's Assets to PowerCoin, LLC, Free and Clear of Liens Claims, Encumbrances, and Other Interests; and (B) Granting Related Relief* (the "Motion")[1].

4.      Debtor seeks authority to sell the Equipment to Purchaser free and clear of all liens, claims, encumbrances and other interests, for a cash purchase price of $10,000.00 (the "Purchase Price").

5.      Purchaser paid Debtor the Purchase Price of $10,000.00 for the Equipment identified on Exhibit 1 attached hereto.  *See* Exhibit 1.

6.      Debtor must close the Sale as soon as possible, in order to retain Purchaser as a buyer. Debtor believes that the Purchase Price represents the highest and best offer for the Equipment and fears that a failure to close the Sale and ensuing re-marketing will result in a significant loss for the estate.

7.      The Debtor has determined that the Sale of the Assets by private sale will enable it to obtain the highest or otherwise best offer for these assets (thereby maximizing the value of the estate) and is in the best interests of the Debtor's creditors. The Debtor has determined in its business judgment that a sale of the Equipment through a private sale is the best way to maximize the value of the Equipment.

8.      Purchaser is unrelated to Debtor and the Purchase Contract is the result of an arms-length negotiations, Debtor submits that Purchaser is a good faith purchaser entitled to the protections of section 363(m) of the Bankruptcy Code.

9.      While the proposed timing of the Sale was expedited, it is critical in order not to lose Purchaser, as buyer, and its willingness to pay the Purchase Price, and remove the Equipment from Debtor's office space at the Purchaser's sole cost.

///

///

///

---

[1] Capitalized terms herein shall have the meanings ascribed to them in the Motion.

147907904.1

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed this 1st day of August 2023.

                              */s/Daniel Ayala*
                              Daniel Ayala

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

147907904.1

**EXHIBIT 1**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

147907904.1

## Bill of Sale

This Bill of Sale, dated as of July 25, 2023 (this "**Bill of Sale**"), is made by Cash Cloud, Inc., a Nevada corporation ("**Seller**"), in favor of PowerCoin, LLC, a Pennsylvania Limited Liability Company ("**Buyer**," and together with Seller, the "**Parties**," and each, a "**Party**").

1. <u>Conveyance</u>. In consideration of the covenants and agreements set forth herein and of the payment to Seller as agreed by the Parties of $10,000.00 and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller hereby sells, assigns, transfers, conveys, grants, bargains, and delivers to Buyer all of its right, title, and interest in and to the Equipment described on Exhibit A attached to and made a part of this Bill of Sale (the "**Equipment**").

2. <u>Representations and Warranties</u>. Seller and Buyer agree that **THE EQUIPMENT IS SOLD BY SELLER AND PURCHASED BY BUYER "AS IS, WHERE IS" AND WITH ALL FAULTS AND SELLER MAKES NO AND HEREBY DISCLAIMS ANY REPRESENTATION OR WARRANTY WHATSOEVER WITH RESPECT TO THE EQUIPMENT, INCLUDING ANY (a) WARRANTY OF MERCHANTABILITY; (b) WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; (c) WARRANTY OF TITLE; OR (d) WARRANTY AGAINST INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS OF A THIRD PARTY, WHETHER ARISING BY LAW, COURSE OF DEALING, COURSE OF PERFORMANCE, USAGE OF TRADE, OR OTHERWISE. BUYER ACKNOWLEDGES, BY ACCEPTING THIS BILL OF SALE, THAT BUYER HAS NOT RELIED ON ANY REPRESENTATION OR WARRANTY MADE BY SELLER OR ANY OTHER PERSON ON SELLER'S BEHALF**.

3. <u>Further Assurances</u>. Each Party shall from time to time at the other Party's request furnish the other Party such further information or assurances, execute and deliver such additional documents and instruments, and take such other actions and do such other things, as may be reasonably necessary to carry out the provisions of this Bill of Sale and give effect to the transactions contemplated hereby.

4. <u>Governing Law</u>. This Bill of Sale is governed by, and construed in accordance with, the laws of the State of Nevada, without giving effect to the conflict of laws provisions thereof to the extent such principles or rules would require or permit the application of the laws of any jurisdiction other than those of the State of Nevada.

5. <u>Counterparts</u>. This Bill of Sale may be executed in counterparts, each of which is deemed an original, but all of which together are deemed to be one and the same agreement. A signed copy of this Bill of Sale delivered by email or other means of electronic transmission is deemed to have the same legal effect as delivery of an original signed copy of this Bill of Sale.

147805155.1

IN WITNESS WHEREOF, Seller and Buyer have each duly executed and delivered this Bill of Sale as of the date first written above.

**SELLER:**

CASH CLOUD, INC.

By:_____
Name:
Title:

**BUYER:**

PowerCoin, LLC

By: *Austin Haller*
Name: Austin Haller
Title: Chief Executive Officer

147805155.1

# EXHIBIT A

# DESCRIPTION OF THE EQUIPMENT

| Equipment Type | Manufacturer | Spec | CC ID | Serial Number | Notes | Quantity |
|---|---|---|---|---|---|---|
| Laptop | Dell | Latitude 7490 | 001023 | 8XL8WT2 | Should include power pack. | 1 |
| Laptop | Dell | Latitude 7490 | 001024 | BFSHPQ2 | Should include power pack. | 1 |
| Laptop | Dell | Latitude 7490 | 001049 | 3HYGTQ2 | Should include power pack. | 1 |
| Laptop | Dell | Latitude 7480 | Any | Any | Should include power pack. **Replacements for defective current employees and new CS team.** | 15 |
| Docking Station | Dell | D3100 | Any | Any | **For new workspace - 13 desks**. Should include power pack. | 13 |
| Mouse | Any | Bluetooth | Any | Any | **For new workspace.** | 15 |
| Keyboard | Any | Bluetooth or Corded | Any | Any | **For new workspace.** | 15 |
| Monitor | Dell | 27" | Any | Any | **For new workspace - 15 desks X 2 each.** | 30 |
| Laptop | Apple | Macbook Pro - 14" | 001034 | VRWV0VHTPX | Assume NOT Apple ID Locked | 1 |
| Laptop | Apple | Macbook Pro - 13" | 000292 | C02F15HLQ05P | Assume NOT Apple ID Locked | 1 |
| Laptop | Apple | Macbook Pro - 13" | 000947 | C02GJ1X1ML85 | Assume NOT Apple ID Locked | 1 |
| Laptop | Apple | Macbook Pro - 13" | 000948 | C02GJ1XAML85 | Assume NOT Apple ID Locked | 1 |
| Laptop | Apple | Macbook Pro - 14" | 001052 | X5XC6WMFHM | Assume NOT Apple ID Locked | 1 |
| Laptop | Apple | Macbook Pro - 13" | 000823 | C02G22VHML85 | Assume NOT Apple ID Locked | 1 |
| Laptop | Apple | Macbook Pro - 14" | 000990 | TVMHJ0MXM2 | Assume NOT Apple ID Locked | 1 |
| Laptop | Apple | Macbook Pro - 13" | 000581 | C02F644VML85 | Assume NOT Apple ID Locked | 1 |
| Laptop | Apple | Macbook Pro - 13" | 000589 | C02FL16FQ05Q | Assume NOT Apple ID Locked | 1 |
| Laptop | Apple | Macbook Pro - 14" | 001033 | VWVGG37KGG | Assume NOT Apple ID Locked | 1 |
| Laptop | Apple | Macbook Pro - 14" | 001035 | L3K9160KQ1 | Assume NOT Apple ID Locked | 1 |
| Phone | Apple | iPhone 12 | 001060 | DNPFHD850D82 | Assume NOT Apple ID Locked | 1 |
| Phone | Apple | iPhone 12 | 000988 | D9WW7M27GT | Assume NOT Apple ID Locked | 1 |
| Phone | Apple | iPhone 12 | 000992 | D7Y076JT9H | Assume NOT Apple ID Locked | 1 |
| Phone | Apple | iPhone 12 | 001001 | WF0Q6P0XNW | Assume NOT Apple ID Locked | 1 |
| Phone | Apple | iPhone 12 | 001002 | M7JKCXLJ0J | Assume NOT Apple ID Locked | 1 |
| Phone | Apple | iPhone 12 | 001004 | C1693C24M2 | Assume NOT Apple ID Locked | 1 |
| Phone | Apple | iPhone 12 | 001006 | DRJ7FHYGGX | Assume NOT Apple ID Locked | 1 |
| Phone | Apple | iPhone 12 | 001008 | Q9GG72GYJ0 | Assume NOT Apple ID Locked | 1 |
| Phone | Apple | iPhone XS | 000560 | F17Z593PKPFP | Assume NOT Apple ID Locked | 1 |
| Phone | Apple | iPhone SE | Any | Any | Assume NOT Apple ID Locked | 5 |
| 3D Printers | Unknown | 3D Printers | | | Unknown condition | 3 |
| Toolbox | Unknown | Toolbox | | | Unknown contents | 1 |
| Television | Samsung | Flat Screen | | | May not be good - damaged? | 1 |
| Printer | Brother | Accounting Room | | | Accounting Room | 1 |

| Employee | Type | Manufacturer | CC ID | Condition |
|---|---|---|---|---|
| Kim | Desktop | Dell | 000939 | Good |
| Kim | Monitor | Dell | 000480 | Good |
| Kim | Monitor | Dell | 000516 | Good |
| Kim | Laptop | HP | 001048 | Slow |
| Kim | Monitor | Spectre | 000504 | Good |
| Kim | Monitor | Spectre | 000247 | Good |
| Kim | Docking Station | Dell | 000998 | Good |
| Lareigh | Laptop | Dell | 000713 | Battery bad/Slow |
| Lareigh | Monitor | Dell | 000669 | Good |

147805155.1

| Lareigh | Monitor | Dell | 000210 | Good |
|---|---|---|---|---|
| Lareigh | Keyboard | | NA | Good |
| Lareigh | Mouse | | NA | Good |
| Lareigh | Monitor | Dell | 000335 | Good |
| Lareigh | Monitor | Dell | 000771 | Good |
| Lareigh | Docking station | Dell | 000119 | Good |
| Lareigh | Headset | Logitech | NA | Good |
| Tina | Laptop | Dell | 000986 | Crashes and battery bad |
| Tina | Monitor | Dell | 000994 | Good |
| Tina | Monitor | Dell | 000664 | Good |
| Tina | Keyboard | | | Good |
| Tina | Mouse | | | Good |
| Tina | Docking Station | Dell | 001018 | Good |
| Tina | Monitor | Dell | 000483 | Good |
| Tina | Monitor | Dell | 000769 | Good |
| Tina | Docking Station | Dell | 001020 | Good |
| Grant | Laptop | Dell | 000829 | Good |
| Matt Lit | Laptop | Dell | 001057 | Good |
| Matt Lit | Monitor | Dell | 000323 | Good |
| Matt Lit | Monitor | Dell | 000672 | Good |
| Matt Lit | Mouse | Logitech | | Good |
| Matt Lit | Keyboard | Logitech | | Good |
| Matt Lit | Docking Station | Dell | 000819 | Good |
| MT | Laptop | Dell | 000587 | Good |
| MT | Monitor | Spectre | 000356 | Good |
| MT | Monitor | Spectre | 000282 | Good |
| MT | Mouse | BT | | Good |
| Adrian | Desktop | Dell | 000464 | Good |
| Adrian | Monitor | Sceptre | 000362 | Good |
| Adrian | Keyboard | | | Good |
| Adrian | Laptop | Dell | 000585 | Good |
| Tiffany | Laptop | Dell | 000891 | Good |
| Tiffany | Monitor | Sceptre | 000244 | Good |

4

147805155.1