BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**DECLARATION OF AUSTIN HALLER IN SUPPORT OF DEBTOR'S MOTION FOR ORDER: (A) APPROVING THE SALE OF CERTAIN OF DEBTOR'S ASSETS TO POWERCOIN, LLC, FREE AND CLEAR OF LIENS CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; AND (B) GRANTING RELATED RELIEF**<br><br>Hearing Date: August 29, 2023<br>Hearing Time: 9:30 a.m. |

147908277.1

I, Austin Haller, declare as follows:

1. I am the Chief Executive Officer of PowerCoin, LLC ("PowerCoin").

2. Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3. I make this Declaration in support of Debtor's *Motion for Order (A) Approving the Sale of Certain of Debtor's Assets to PowerCoin, LLC, Free and Clear of Liens Claims, Encumbrances, and Other Interests; and (B) Granting Related Relief* (the "Motion")[1].

4. Purchaser is a Pennsylvania limited liability company.

5. Purchaser does not have any relationship with the Debtor.

6. As evidence of Purchaser's ability to pay the Purchase Price and close the Sale, Purchaser wired funds in the amount of $10,000.00 to Debtor's operating account on July 28, 2023.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed this 1st day of August 2023.

                */s/Austin Haller*
                Austin Haller

---

[1] Capitalized terms herein shall have the meanings ascribed to them in the Motion.