_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 01, 2023

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:     (702) 380-8572
Email:  ariel.stern@akerman.com

*Attorneys for IPFS Corporation*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No.: BK:23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD | **Chapter 11** |
| Debtor, | **ORDER APPROVING STIPULATION REGARDING RELIEF FROM THE AUTOMATIC STAY FOR IPFS CORPORATION** |

The Stipulation Regarding Relief From The Automatic Stay For IPFS Corporation ("Stipulation") having been filed,[1] and for good cause shown, it is here

ORDERED that Stipulation Regarding Relief From The Automatic Stay For IPFS Corporation ("Stipulation") is APPROVED; and it is further,

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings ascribed in the Stipulation.

ORDERED that:

1. IPFS Corporation shall not have an administrative claim pursuant to 11 U.S.C. § 503.

2. IPFS shall pay the filing fee for the Stipulation.

3. Pursuant to 11 U.S.C. §§ 362(d)(1) and (2), the automatic stay is terminated to allow IPFS Corporation to exercise all rights under the Agreement and the policy identified in the Agreement shall be canceled as of the Petition Date (February 7, 2023). IPFS corporation may give notice of cancellation of the policy identified in the Agreement effective as of the Petition Date (February 7, 2023) and collect the unearned premium related to the policy.

4. The 14-day stay set forth in Federal Bankruptcy Rule 4001(a)(3) is waived and shall not apply to this termination of the automatic stay.

5. Upon entry of this order, the Debtor will execute documents necessary to cancel the Debtor's insurance policy.

Submitted by:

**AKERMAN LLP**

/s/ *Ariel E. Stern*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for IPFS Corporation*