**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email:  ccarlyon@carlyoncica.com
        dcica@carlyoncica.com

*Counsel for Christopher McAlary*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>    CASH CLOUD, INC.,<br>    dba COIN CLOUD,<br><br>                    Debtor. | Case No.: Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND OBJECTION DEADLINE IN CONNECTION TO DEBTOR'S *FIRST AMENDED* CHAPTER 11 PLAN OF REORGANIZATION DATED AUGUST 1, 2023 [ECF NO. 996]** |

CHRISTOPHER MCALARY ("Mr. McAlary") by and through its counsel, the law firm of Carlyon Cica, and CASH CLOUD, INC. DBA COIN CLOUD ("Debtor"), debtor and debtor in possession in the above captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP, stipulate and agree as follows (the "Stipulation"):

WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada, commencing the Chapter 11 Case;

WHEREAS, on May 28, 2023, Debtor filed its *Chapter 11 Plan of Reorganization dated May 8, 2023* [ECF No. 528] (the "Plan") and its *Disclosure Statement for Chapter 11 Plan of Reorganization dated May 8, 2023* [ECF No. 529] (the "Disclosure Statement");

WHEREAS, on August 1, 2023, Debtor filed its *First Amended Chapter 11 Plan of*

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

1    *Reorganization Dated August 1, 2023* [ECF No. 996] (the "Amended Plan")

2          WHEREAS, a hearing on confirmation of the Amended Plan and approval of the

3    Disclosure Statement is currently scheduled for August 17, 2023 at 10:30 a.m.;

4          WHEREAS, the current deadline for parties to object to the amended plan is August 3,

5    2023.

6          WHEREAS, the Parties anticipate engaging in discussions in an effort to resolve their

7    disputes with regard to the Plan

8          **IT IS HEREBY STIPULATED** that the Parties hereby stipulate and agree that the deadline

9    for Mr. McAlary to file his objection to the amended plan is extended to August 9, 2023.

10          **IT IS FURTHER STIPULATED** that the Debtor's deadline to file a reply to any objection

11    filed by Mr. McAlary is extended to August 14, 2023.

12    **CARLYON CICA CHTD.**                    **FOX ROTHSCHILD LLP**

13

14    By: /s/ *Candace C. Carlyon, Esq.*          By: */s/ Brett A. Axelrod, Esq.*
      CANDACE C. CARLYON, ESQ.               BRETT A. AXELROD, ESQ.
15    Nevada Bar No.2666                         Nevada Bar No. 5859
      DAWN M. CICA, ESQ.                       NICHOLAS A. KOFFROTH, ESQ.
16    Nevada Bar No. 4565                        Nevada Bar No. 16264
      265 E. Warm Springs Road, Suite 107       ZACHARY T. WILLIAMS, ESQ.
17    Las Vegas, NV 89119                        Nevada Bar No. 16023
                                                 1980 Festival Plaza Drive, Suite 700
18    *Counsel for Christopher McAlary*          Las Vegas, Nevada 89135

19                                               *Counsel for Debtor*

20

21

22

23

24

25

26

27

28

2

**<u>CERTIFICATE OF SERVICE</u>**

I am an employee of Carlyon Cica Chtd.  On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE:  Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL:  By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER:  By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE:  By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.


                                        */s/ Cristina Robertson*_____
                                        An employee of Carlyon Cica Chtd.