

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 03, 2023
_____

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email:  ccarlyon@carlyoncica.com
           dcica@carlyoncica.com

*Counsel for Christopher McAlary*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No.: Case No. BK-S-23-10423-MKN |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER APPROVING STIPULATION TO EXTEND OBJECTION DEADLINE IN CONNECTION TO DEBTOR'S *FIRST AMENDED* CHAPTER 11 PLAN OF REORGANIZATION DATED AUGUST 1, 2023 [ECF NO. 996]** |
| | Hearing Date: August 17, 2023<br>Hearing Time: 10:30 a.m. |

The Court having reviewed and considered the *Stipulation to Extend Objection Deadline in Connection to Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023 [ECF No. 996]* (the "Stipulation"), by and between Christopher McAlary ("Mr. McAlary") and Cash Cloud, Inc. Dba Coin Cloud ("Debtor"), and for good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation is **APPROVED** in its entirety.

      **IT IS HEREBY FURTHER ORDERED** that the deadline for Mr. McAlary to file his objection to the amended plan is extended to August 9, 2023.

      **IT IS FURTHER ORDERED** that the deadline for Debtor to file a reply to any objection filed by Mr. McAlary is extended to August 14, 2023.

      **IT IS SO ORDERED.**

| CARLYON CICA CHTD. | FOX ROTHSCHILD LLP |
|---|---|
| By: /s/ *Candace C. Carlyon, Esq.*<br>CANDACE C. CARLYON, ESQ.<br>Nevada Bar No. 2666<br>DAWN M. CICA, ESQ.<br>Nevada Bar No. 4565<br>265 E. Warm Springs Road, Suite 107<br>Las Vegas, NV 89119<br><br>*Counsel for Christopher McAlary* | By: *Brett A. Axelrod, Esq.*<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>ZACHARY T. WILLIAMS, ESQ.<br>Nevada Bar No. 16023<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br><br>*Counsel for Debtor* |