_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
August 03, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email:  baxelrod@foxrothschild.com
        jmcpherson@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br>**ORDER GRANTING EIGHTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE**<br>Hearing Date:    July 27, 2023<br>Hearing Time:    1:30 p.m. |

147880740.2 [EIGHTEENTH MOTION]

1

The Court having reviewed and considered Debtor's motion [ECF 759] (the "Motion")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a); and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** with respect to the Contracts and/or Leases as set forth in **Exhibit 1**; and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that all persons and entities listed on **Exhibit 1** that assert any claims against Debtor for damages arising from the rejection of their leases listed on **Exhibit 1** (a "Rejection Damages Claim") must file a Proof of Claim with the Clerk of the Bankruptcy Court for such Rejection Damages Claim **no later than thirty (30) days after entry of this Order** or shall be forever barred from asserting such Rejection Damages Claim; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ.
BRETT A. AXELROD, ESQ.
NICHOLAS A. KOFFROTH, ESQ.
ZACHARY T. WILLIAMS, ESQ.
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

**APPROVED**/DISAPPROVED

**MCDONALD CARANO LLP**

By: /s/ Catherine V. Lotempio
RYAN J. WORKS, ESQ. (NSBN 9224)
AMANDA M. PERACH, ESQ. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

and

**SEWARD & KISSEL LLP**
JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
CATHERINE V. LOTEMPIO, ESQ. (Admitted *Pro Hac Vice*)
ANDREW J. MATOTT, ESQ.
One Battery Park Plaza
New York, New York 10004
*Counsel for Official Committee of Unsecured Creditors*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

147880740.2 [EIGHTEENTH MOTION]

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

- ☒ The Court has waived the requirement of approval in LR 9021(b)(1).

- ☐ No party appeared at the hearing or filed an objection to the motion.

- ☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

- ☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

147880740.2 [EIGHTEENTH MOTION]

# EXHIBIT 1

## CONTRACTS AND/OR LEASES TO BE REJECTED

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

147880740.2 [EIGHTEENTH MOTION]

| Counterparty | Counterparty Address | Description |
|---|---|---|
| AgileSouth LLC | 625 N University Dr<br>Pembroke Pines, FL 33024 | Master Service Agreement |
| Alteryx | Attn: Amanda Martin<br>3345 Michelson Drive<br>Irvine, CA 92612 | Service Agreement |
| American Deposit Management, LLC | Attn: Kelly A. Brown<br>or Robert Zondag<br>W220 N3451 Springdale Road<br>Pewaukee, WI 53072 | Deposit Account Agency Agreement |
| Bancsource | Attn: Donna Williams<br>3130 South Delaware<br>Springfield, MO 65804 | Service Agreement |
| BitAccess, Inc. | Attn: Moe Adham<br>267 Richmond Rd.<br>Ottawa ON  K1Z 6X3 Canada | Loan Agreement |
| BitAccess, Inc. | Attn: Moe Adham<br>267 Richmond Rd.<br>Ottawa ON  K1Z 6X3 Canada | Amendment to Master Purchase Agreement |
| BitAccess, Inc. | Attn: Moe Adham<br>80 Aberdeen St<br>Ottawa ON  K1S 3J5 Canada | Master Purchase Agreement |
| BitAccess, Inc. | Attn: Moe Adham<br>80 Aberdeen St<br>Ottawa ON  K1S 3J5 Canada | Service Leval Agreement |
| Black Hole Investments LLC f/k/a EZ Coin LLC | Attn: Zachary Chaltiel<br>& Edouard Chaltiel<br>480 NW Albemarle Ter<br>Portland, OR 97210 | Tolling Agreement |
| Brandon Arner | 2745 Trotood Lane<br>Las Vegas, NV 89108 | Cash Cloud Services Agreement |
| Business Technology Partners, LLP. | 1751 Lake Cook Road, Suite 400<br>Deerfield, IL 60015 | Agreement |
| Calebe Rossa | 1025 Aspen Lane<br>Mansfield, TX 76063 | Service Agreement |
| Caravel Partners LLC | 795 Folsom Street, 1st Floor<br>San Francisco, CA 94107 | Agreement |
| Cennox | Attn: Lauren Wajsman<br>1015 Windward Ridge Pkwy<br>Alpharetta, GA 30005 | |
| Cheq Technologies Inc | 450 Park Ave S<br>New York, NY 10016 | Agreement |
| Clay Global, LLC | Attn: Anton Zykin<br>300 Broadway<br>San Francisco, CA 94133 | Service Agreement |
| Competitive Media Reporting, LLC d/b/a Kantar Media Intelligence | 3 World Trade Center<br>New York, NY 10007 | License Agreement |
| Consult HR Partners, LLC | Attn: Jennifer Martinez<br>3230 Southgate Cir #123<br>Sarasota, FL 34239 | HR Service Agreement |

**EXHIBIT 1 TO ORDER  – EIGHTEENTH OMNIBUS REJECTION MOTION**

Page 1

147880205.1

| Counterparty | Counterparty Address | Description |
|---|---|---|
| Converz Media Group LLC | 17011 Beach Blvd<br>Huntington Beach, CA 92647 | Advertising Agreement |
| Craig Jones | Unit C, Callejon J Bato St Gagalangin Tondo Metro Manila 1013 Philippines | Coin Cloud Service Agreement |
| Cruview LLC dba Marketrade | Attn: John C Nicholson<br>4701 Sangamore Road<br>Bethesda, MD 20816 | Agreement/Statement of Work |
| CRYPTIO | 101, rue de Sèvres –<br>75006 Paris France | SAAS License Agreement |
| Elliptic Inc. | 1732 1st Ave #23346<br>New York, NY 10128 | Elliptic US Engagement Letter |
| Environmental Systems Research Institute, Inc. | Attn: Shannon Robertson<br>380 New York Street<br>Redlands, CA 92373-8118 | Service Agreement |
| Escalate Communications LLC | 1501 San Elijo Road South, #104-307<br>San Marcos, CA 92078 | Retainer Consulting Agreement |
| EZ Coin LLC | 5580 S Fort Apache Rd<br>Las Vegas, NV 89147 | Services Agreement |
| FalconX Limited | Attn: Ana De Sousa<br>Level G, Office 1/1191<br>Ta' Xbiex XBX 1120 Malta | Crypto Trading Agreement |
| Fireblocks, Inc. | 221 River Street, 9th Floor<br>Hoboken, NJ 07030 | Fireblocks License Agreement |
| Geographic Information Services, Inc. | Attn: Stephanie Lindley<br>2100 Rivershase Center<br>Birmingham, AL 35244 | Service Agreement |
| Granite Mobility | 100 Newport Ave Ext.<br>Quincy, MA 02171 | Coin Cloud-Granite Partnership Agreement |
| JMF Facets, LLC | c/o Jewelers Mutual Group<br>24 Jewelers Park Dr<br>Neenah, WI 54956 | Services Agreement |
| KIOSK Information Systems, Inc. | Attn: Joe Sawicki, Jenni Pitton & Kim Kenney<br>346 S. Arthur Ave<br>Louisville, CO 80027 | Software service agreement |
| Lo Flo LLC | Attn: Luis Flores-Monroy<br>3275 South Jones Blvd., Suite 105<br>Las Vegas, NV 89146 | Lo Flo LLC Services Agreement for Coin Cloud |
| Lola Tech Limited | Attn: Nick Boni<br>1 Mark Square<br>London EC2A 4EG United Kingdom | Services Agreement |
| LucaNet (North America) LLC | Attn: Dominik Duchon<br>1900 Market Street<br>Philadelphia, PA 19103 | Service Agreement |
| Michael Tomlinson | 89 Vista Rafael Pkwy.<br>Reno, NV 89503 | Employment Agreement |
| Michael Tomlinson | 89 Vista Rafael Pkwy.<br>Reno, NV 89503 | Loan Agreement |
| Mix Panel | One Front Street, 28th Floor<br>San Francisco, CA 94111 | Agreement |

**EXHIBIT 1 TO ORDER – EIGHTEENTH OMNIBUS REJECTION MOTION**

| Counterparty | Counterparty Address | Description |
|---|---|---|
| MomentFeed, Inc. | 14005 Live Oak Ave<br>Irwindale, CA 91706 | Master Services Agreement |
| MomentFeed, Inc. | 3415 S. Sepulveda Blvd, Suite 1100<br>Los Angeles, CA 90034 | Partnership Agreement |
| MomentFeed, Inc. | 3415 S. Sepulveda Blvd, Suite 1100<br>Los Angeles, CA 90034 | Master Services Agreement |
| National Services, LLC | Attn: Stefanie Farmer & Dean Smith<br>315 Trane Dr<br>Knoxville, TN 37919 | Service Agreement |
| Netlify, Inc. | 2343 3rd Street #296<br>San Francisco, CA 94107 | Master Services Agreement |
| OptConnect Management LLC | Attn: Chris Baird<br>865 W 450 N, Suite 1<br>Kaysville, UT 84037 | Master Products and Services Agreement |
| Pelican Communications, Inc. | Attn: Richard Scherer<br>67 Front Street<br>Danville, CA 94526 | Master Marketing Agreement |
| PeopleWare Staffing, Inc. | Attn: Sheryl Rooker<br>302 W Grand Ave #4<br>El Segundo, CA 90245 | Full Time Placement Agreement |
| Perry Leon | 1217 Horn Avenue, Suite 103<br>Los Angeles, CA 90069 | Partially Executed Service Agreement |
| Prize Logic, LLC | 25200 Telegraph Rd<br>Southfield , MI 48033 | Master Services Agreement |
| Robert Parker Mundo | 2455 W Serene Ave, Apt 3-723<br>Las Vegas, NV 89123 | Property Agreement |
| SafeGraph, Inc. | 1624 Market St Ste 226, #53755<br>Denver, CO 80202 | Master Data License Agreement |
| Scandit Inc | Attn: Austin Tittle<br>711 Atlantic Ave 5th Floor<br>Boston, MA 02111 | Agreement |
| Socure, Inc. | Mountain Workspace, 885 Tahoe Blvd, Suite 11<br>Incline Village, NV 89451 | Master Services Agreement |
| Spanner Product Development | Attn: Giles Lowe<br>15 W San Fernando St<br>San Jose, CA 95113 | Agreement |
| Sygnia | Attn: Oren Wortman<br>94a Yigal Alon St.<br>Tel Aviv 6789155 Israel | Services Agreement |
| Talon.One Inc | One Boston Place, Suite 2600<br>Boston, MA #02108 | Master SAAS Agreement |
| Tatro Management LLC | Attn: Keith Tetrault<br>4256 Pinetree Lane<br>Cincinnati, OH 45245 | Finders Fee Agreement |
| Tecniflex, LLC. dba Bancsource | 3130 South Delaware<br>Springfield , MO 65804 | ATM Liability agreement |
| UAB Simplex Payment Services | AB Nuvei, Lvivo g. 37-101<br>LT-09307  Vilnius  Lithuania | Partner Agreement for Referrals |
| Unit21 Inc. | 343 Sansome St. Ste 1600<br>San Francisco, CA 94104 | Master Services Agreement |

**EXHIBIT 1 TO ORDER  – EIGHTEENTH OMNIBUS REJECTION MOTION**

Page 3

147880205.1

| Counterparty | Counterparty Address | Description |
|---|---|---|
| Verizon Wireless | Attn:  Correspondence Team<br>P.O. Box 15069<br>Albany, NY 12212 | Wireless Service - Acct No. 342307585-00001 |
| Verizon Wireless | Attn:  Correspondence Team<br>P.O. Box 15069<br>Albany, NY 12212 | Wireless Service - Acct No. 342307585-00002 |
| Virginia Varela | 6151 Fordham Way<br>Sacramento, CA 95831 | Client Service Agreement -  Virginia Varela |
| Vision IT Consulting, Inc. | Attn: Blanca Ramos<br>187 E Warm Springs Rd<br>Las Vegas, NV 89119 | Software Development Agreement |
| Vision IT Consulting, Inc. | Attn: Blanca Ramos<br>187 E Warm Springs Rd<br>Las Vegas, NV 89119 | Software Maintenance and Support Agreement |
| Vision IT Consulting, Inc. | Attn: Blanca Ramos<br>187 E Warm Springs Rd<br>Las Vegas, NV 89119 | Software Development Agreement |
| Vision IT Consulting, Inc. | Anillo Vial III 174-1, Col. Saldarriaga<br>Carlos Salinas de Gortari, Qro. 76267<br>Mexico | Software Development Agreement |
| Woodforest National Bank | 1213 E. Trinity Mills Road<br>Carrollton, TX 75006 | Electonic Funds Transfer Agreement |
| Wyre Payments, Inc. | 1550 Bryant St.<br>San Francisco, CA 94103 | Wyre Referral Agreement |
| Zero Hash LLC | 327 N Aberdeen St # 210<br>Chicago, IL 60607 | Platform Operator Agreement |

**EXHIBIT 1 TO ORDER  – EIGHTEENTH OMNIBUS REJECTION MOTION**