E-filed: August 3, 2023

Robert R. Kinas (NV Bar No. 6019)
Charles E. Gianelloni (NV Bar No. 12747)
Alexis R. Wendl (NV Bar No. 15351)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       cgianelloni@swlaw.com
       awendl@swlaw.com

Sean A. O'Neal (NY Bar No. 3979267)
*Admitted Pro Hac Vice*
Jane VanLare (NY Bar No. 4610655
*Admitted Pro Hac Vice*
Michael Weinberg (NY Bar No. 5724497)
*Admitted Pro Hac Vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: soneal@cgsh.com
Email: jvanlare@cgsh.com
Email: mdweinberg@cgsh.com

*Attorneys for Genesis Global Holdco, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC., dba COIN CLOUD,<br><br>Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11<br><br>**GENESIS GLOBAL HOLDCO, LLC'S NOTICE OF DEPOSITION OF TANNER JAMES**<br><br>**Date of Deposition: August 22, 2023[1]**<br><br>**Time of Deposition: 10:00 a.m.** |

TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL:

PLEASE TAKE NOTICE that, Genesis Global Holdco, LLC ("Genesis") will take the deposition of Tanner James ("Tanner James") on **August 22, 2023** at **10:00 a.m.**, at the law offices of Shea Larsen, located at 1731 Village Center Circle, Suite 150, Las Vegas, Nevada 89134, upon

---

[1] Or another date mutually acceptable to the relevant parties.

4863-2514-4692

oral examination, before an officer authorized to administer oaths.[2] The deposition will be recorded by stenographic means and oral examination will continue from day-to-day until completed.

Genesis intends to question Mr. James on the topics listed below.

### TOPICS FOR EXAMINATION

1. The sales and marketing process for the sale of substantially all of Debtor's assets.

2. The preparation of (a) that certain document entitled "7.10.23 Coin Cloud – 506(c) Surcharge Analysis" sent on behalf of the Debtor to counsel for Genesis via email on July 10, 2023 ("Surcharge Analysis"), (b) the *Declaration of Tanner James in Support of Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P.* [ECF No. 927] (the "James Declaration"), and (c) that certain document entitled "7.26.23 Coin Cloud – Preliminary Sale Analysis vSHARE-C" sent on behalf of the Debtor to counsel for Genesis via email on July 26, 2023 ("Sale Proceeds Analysis").

3. Any analysis, evaluation, or assessment of the necessity or reasonableness of the fees and costs proposed to be surcharged as set forth in the Surcharge Analysis, the Sale Proceeds Analysis, or the James Declaration.

4. Any analysis, evaluation, or assessment of the benefit obtained by Genesis as a result of the fees and costs proposed to be surcharged as set forth in the Surcharge Analysis, the Sale Proceeds Analysis, or the James Declaration.

5. The nature and amount of any fees and costs proposed to be surcharged as set forth in the Surcharge Analysis of the James Declaration.

///

///

///

///

///

///

---

[2] Genesis notices this deposition to take place currently with Enigma Securities Limited's ("Enigma") deposition of the Debtor scheduled to take place at the same time and date as indicated herein. *See* ECF 954.

4863-2514-4692

6. The reasons for a downward adjustment to sale proceeds for adequate protection reservation.

DATED this 3rd day of August 2023.

SNELL & WILMER L.L.P.

*/s/ Robert R. Kinas*
Robert R. Kinas (NV Bar No. 6019)
Charles E. Gianelloni (NV Bar No. 12747)
Alexis R. Wendl (NV Bar No. 15351)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

and

Sean A. O'Neal (NY Bar No. 3979267)
*Admitted Pro Hac Vice*
Jane VanLare (NY Bar No. 4610655)
*Admitted Pro Hac Vice*
Michael Weinberg (NY Bar No. 5724497)
*Admitted Pro Hac Vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Genesis Global Holdco, LLC*

4863-2514-4692