BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>　　CASH CLOUD, INC.,<br>　　dba COIN CLOUD,<br><br>　　　　　　　　　　　Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND FIRST AMENDED PLAN VOTING DEADLINE FOR SECURED CREDITORS** |

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP; Genesis Global Holdco, LLC ("Genesis"), by and through its counsel Cleary Gottlieb Steen & Hamilton LLP and Snell & Wilmer L.L.P.; Enigma Securities Limited ("Enigma"), by and through its counsel Morrison & Foerster LLP and Shea Larsen; AVT Nevada, L.P.("AVT"), by through its counsel Michael Best & Friedrich LLP, and the Official Committee of Unsecured Creditors (the "Committee" and together with the Debtor, Genesis, Enigma, AVT and the Committee, the "Parties"), by and through its counsel Seward & Kissel LLP and McDonald Carano, LLP, stipulate and agree as follows (the "Stipulation"):

1

148046557.1

# RECITALS

A. WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada (the "Court"), commencing the Chapter 11 Case;

B. WHEREAS, on May 28, 2023, the Debtor filed its *Chapter 11 Plan of Reorganization dated May 8, 2023* [ECF No. 528] (the "Plan") and its *Disclosure Statement for Chapter 11 Plan of Reorganization dated May 8, 2023* [ECF No. 529] (the "Disclosure Statement");

C. WHEREAS, on August 1, 2023, Debtor filed its *First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023* [ECF No. 996], which extended the Plan Voting Deadline to August 8, 2023 at 5:00 p.m. (Pacific Time), for Secured Creditors only; and

D. WHEREAS, the Parties have agreed to extend the Plan Voting Deadline for Genesis, Enigma and AVT to August 8, 2023 at 5:00 p.m. (Pacific Time), including with respect to all General Unsecured Claims (as defined in the Plan) held by Genesis;

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that:

1. The Plan Voting Deadline for Genesis, Enigma and AVT shall be extended to August 8, 2023 at 5:00 p.m. (Pacific Time), including with respect to all General Unsecured Claims held by Genesis.

Dated this 4th day of August 2023.

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **MICHAEL BEST & FRIEDRICH, LLP** |
| By: */s/Brett A. Axelrod* <br> BRETT A. AXELROD, ESQ. <br> Nevada Bar No. 5859 <br> NICHOLAS A. KOFFROTH, ESQ. <br> Nevada Bar No. 16264 <br> ZACHARY T. WILLIAMS, ESQ. <br> Nevada Bar No. 16023 <br> 1980 Festival Plaza Drive, Suite 700 <br> Las Vegas, Nevada 89135 <br> *Counsel for Debtor* | By: */s/Justin Mertz* <br> JUSTIN M. MERTZ, ESQ. <br> 790 North Water Street, Suite 2500 <br> Milwaukee, Wisconsin 53202 <br><br> and <br><br> ANNE T. FREELAND, ESQ. <br> Nevada Bar No. 10777 <br> 2750 East Cottonwood Pkwy., Suite 560 <br> Cottonwood Heights, UT 84121 <br> *Counsel for AVT Nevada, L.P.* |

148046557.1

| | |
|---|---|
| **SEWARD & KISSEL LLP**<br><br>By: _/s/Catherine V. LoTempio_<br>   ROBERT J. GAYDA, ESQ.<br>   CATHERINE V. LOTEMPIO, ESQ.<br>   ANDREW J. MATOTT, ESQ.<br>   One Battery Park Plaza<br>   New York, NY 10004<br><br>and<br><br>**MCDONALD CARANO, LLP**<br>   RYAN J. WORKS, ESQ.<br>   2300 West Sahara Avenue, Suite 1200<br>   Las Vegas, NV 89102<br>*Counsel for The Official Committee of Unsecured Creditors* | **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br><br>By _/s/Michael D. Weinberg_<br>   SEAN A. O'NEAL, ESQ.<br>   (Admitted Pro Hac Vice)<br>   MICHAEL D. WEINBERG, ESQ.<br>   (Admitted Pro Hac Vice)<br>   One Liberty Plaza<br>   New York, NY 10006<br><br>and<br><br>ROBERT R. KINAS, ESQ.<br>(NV Bar No. 6019)<br>BLAKELEY E. GRIFFITH, ESQ.<br>(NV Bar No. 12386)<br>CHARLES E. GIANELLONI, ESQ.<br>(NV Bar No. 12747)<br>**SNELL & WILMER L.L.P.**<br>3883 Howard Hughes Pkwy., Suite 1100<br>Las Vegas, NV 89169<br>*Counsel for Genesis Global Holdco, LLC* |
| **MORRISON & FOERSTER LLP**<br><br>By _/s/Andrew Kissner_<br>   GARY LEE, ESQ.<br>   (Admitted Pro Hac Vice)<br>   New York Bar No. 2397669<br>   ANDREW KISSNER, ESQ.<br>   (Admitted Pro Hac Vice)<br>   New York Bar No. 5507652<br>   250 West 55th Street<br>   New York, New York 10019-3601<br><br>and<br><br>**SHEA LARSEN**<br>   JAMES PATRICK SHEA, ESQ.<br>   Nevada Bar No. 405<br>   BART K. LARSEN, ESQ.<br>   Nevada Bar No. 8538<br>   KYLE M. WYANT, ESQ.<br>   Nevada Bar No. 14652<br>   1731 Village Center Circle, Suite 150<br>   Las Vegas, Nevada 89134<br>*Counsel for Enigma Securities Limited* | |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148046557.1

3