James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Facsimile: (702) 926-9683
Email:   jshea@shea.law
            blarsen@shea.law
            kwyant@shea.law

-and-

**MORRISON & FOERSTER LLP**
Gary Lee, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner, Esq. *(Admitted Pro Hac Vice)*
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email:   glee@mofo.com
            akissner@mofo.com

*Attorneys for Enigma Securities Limited*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **STIPULATION REGARDING SCHEDULING OF DATES IN CONNECTION WITH ENIGMA'S ADMINISTRATIVE EXPENSE CLAIM [DOCKET NO. 873], COMMITTEE'S STANDING MOTION [DOCKET NO. 925], AND DEBTOR'S SURCHARGE MOTION [DOCKET NO. 926]** |

1

Enigma Securities Limited ("Enigma"), by and through its counsel Morrison & Foerster LLP and Shea Larsen; Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP; the Official Committee of Unsecured Creditors (the "Committee"), by and through its counsel Seward & Kissel LLP and McDonald Carano LLP; Genesis Global Holdco, LLC ("Genesis"), by and through its counsel Cleary Gottlieb Steen & Hamilton LLP and Snell & Wilmer L.L.P.; and AVT Nevada, L.P. ("AVT" and, together with Enigma, the Debtor, the Committee, and Genesis, the "Parties"), by and through its counsel Michael Best & Friedrich LLP, stipulate and agree as follows (the "Stipulation"):

**RECITALS**

A.      WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada (the "Court"), commencing the Chapter 11 Case;

B.      WHEREAS, on February 17, 2023, the United States Trustee for the District of Nevada appointed the Committee in the Chapter 11 Case [Docket No. 131, as amended, Docket No. 177];

C.      WHEREAS, on July 17, 2023, Enigma filed its *Notice of Issuance of Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)* [Docket No. 850] (the "Rule 2004 Subpoena"), whereby the Debtor had until August 2, 2023 to produce documents responsive to the categories outlined in Exhibit A to the Rule 2004 Subpoena;

D.      WHEREAS, on July 18, 2023, Enigma filed *Enigma Securities Limited's Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, 503, 507, and Bankruptcy Rules 3012 and 8002* [Docket No. 873] (the "Enigma Administrative Claim");

E.      WHEREAS, on July 24, 2023, the Committee filed the *Motion of the Official Committee of Unsecured Creditors for an Order Granting Leave, Derivative Standing and Authority to Commence, Prosecute and Settle Claims on Behalf of the Debtor's Estate* [Docket No. 925] (the

2

"Standing Motion");

F.  WHEREAS, on July 24, 2023, the Debtor filed its *Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P.* [Docket No. 926] (the "Surcharge Motion");

G.  WHEREAS, on July 26, 2023, Enigma filed *Enigma Securities Limited's Notice of Deposition of Debtor Cash Cloud Inc., dba Coin Cloud, Pursuant to FRCP 30(b)(6)* [Docket No. 954];

H.  WHEREAS, on July 31, 2023, Enigma served the Committee with *Enigma Securities Limited's First Set of Requests for Production to Official Committee of Unsecured Creditors* (the "Committee RFPs");

I.  WHEREAS, on August 1, 2023, the Debtor filed an objection to the Enigma Administrative Claim [Docket No. 987];

J.  WHEREAS, the Parties wish to establish certain dates and deadlines with respect to the resolution of the Enigma Administrative Claim, the Standing Motion, and the Surcharge Motion;

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that:

1. The following dates shall apply with respect to the Enigma Administrative Claim, the Standing Motion, and the Surcharge Motion:

| Event | Proposed Date |
|---|---|
| Deadline for Debtor to produce documents in connection with the Rule 2004 Subpoena | August 16, 2023 |
| Deadline to object to Standing Motion | August 22, 2023 |
| Depositions of the Debtor's representatives | August 22-23, 2023 |
| Status conference relating to Surcharge Motion, Enigma Administrative Claim and Standing Motion | August 29, 2023 at 9:30 a.m. (PT) |
| Deadline for the Committee to produce documents in response to the Committee RFPs | August 30, 2023 |
| Deadline to object to Surcharge Motion | August 30, 2023 |

3

| Event | Proposed Date |
|---|---|
| Deadline to supplement objection to Standing Motion based on discovery received | September 8, 2023 |
| Deadline for replies in support of Surcharge Motion | September 13, 2023 |
| Deadline for replies in support of Standing Motion | September 18, 2023 |
| Deadline for Enigma's reply in support of Enigma Administrative Claim | September 18, 2023 |
| Evidentiary Hearing on Standing Motion, Surcharge Motion, and Enigma Administrative Claim | Week of September 25, 2023 (subject to Court's availability) |

Dated this 4th day of August 2023.

| **FOX ROTHSCHILD LLP** | **SEWARD & KISSEL LLP** |
|---|---|
| By: */s/ Brett A. Axelrod* <br> Brett A. Axelrod, Esq. <br> Nevada Bar No. 5859 <br> Nicholas A. Koffroth, Esq. <br> Nevada Bar No. 16264 <br> Zachary T. Williams, Esq. <br> Nevada Bar No. 16023 <br> 1980 Festival Plaza Drive, Suite 700 <br> Las Vegas, Nevada 89135 <br><br> *Counsel for Debtor* | By: */s/ Robert J. Gayda* <br> John R. Ashmead, Esq. <br> Robert J. Gayda, Esq. <br> Catherine V. LoTempio, Esq. <br> Laura E. Miller, Esq. <br> Andrew J. Matott, Esq. <br> (*pro hac vice applications granted*) <br> One Battery Park Plaza <br> New York, NY 10004 <br><br> -and- <br><br> **MCDONALD CARANO LLP** <br> Ryan J. Works, Esq. (NSBN 9224) <br> Amanda M. Perach, Esq. (NSBN 12399) <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, NV 89102 <br><br> *Counsel for Official Committee of Unsecured Creditors* |

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

| | |
|---|---|
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP** | **MORRISON & FOERSTER LLP** |
| By: /s/ *Robert R. Kinas* | By: /s/ *Andrew Kissner* |
| Sean A. O'Neal, Esq. (Admitted Pro Hac Vice) | Gary Lee, Esq. (*Admitted Pro Hac Vice*) New York Bar No. 2397669 |
| Michael Weinberg, Esq. (Admitted Pro Hac Vice) | Andrew Kissner, Esq. (*Admitted Pro Hac Vice*) New York Bar No. 5507652 |
| One Liberty Plaza New York, NY 10006 | 250 West 55th Street New York, New York 10019-3601 |
| -and- | -and- |
| **SNELL & WILMER L.L.P.** | **SHEA LARSEN** |
| Robert R. Kinas, Esq. (NV Bar No. 6019) | James Patrick Shea, Esq. Nevada Bar No. 405 |
| Blakeley E. Griffith, Esq. (NV Bar No. 12386) | Bart K. Larsen, Esq. Nevada Bar No. 8538 |
| Charles E. Gianelloni, Esq. (NV Bar No. 12747) | Kyle M. Wyant, Esq. Nevada Bar No. 14652 |
| 3883 Howard Hughes Pkwy., Suite 1100 Las Vegas, NV 89169 | 1731 Village Center Circle, Suite 150 Las Vegas, Nevada 89134 |
| *Counsel for Genesis Global Holdco, LLC* | *Counsel for Enigma Securities Limited* |
| **MICHAEL BEST & FRIEDRICH LLP** | |
| By: /s/ *Justin M. Mertz* | |
| Anne T. Freeland Nevada Bar No. 10777 2750 East Cottonwood Parkway, Suite 560 Cottonwood Heights, UT 84121 | |
| -and- | |
| Justin M. Mertz, Esq. *(Admitted Pro Hac Vice)* Wisconsin Bar No. 1056938 790 North Water Street, Suite 2500 Milwaukee, WI 53202 | |
| *Counsel for AVT Nevada, L.P.* | |

6