
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
August 07, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-23-10423-mkn |
| | Chapter 11 |
| CASH CLOUD, INC., dba COIN CLOUD, | **ORDER APPROVING STIPULATION TO EXTEND FIRST AMENDED PLAN VOTING DEADLINE FOR SECURED CREDITORS** |
| Debtor. | |

148156759.1

1

Upon consideration of the *Stipulation to Extend First Amended Plan Voting Deadline for Secured Creditors* [Docket No. 1025] (the "Stipulation");

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED; and

1. The Plan Voting Deadline for Genesis, Enigma and AVT is extended to August 8, 2023 at 5:00 p.m. (Pacific Time), including with respect to all General Unsecured Claims held by Genesis.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:  */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
*Counsel for Debtor*

# # #

148156759.1