1  BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
2  JEANETTE E. MCPHERSON, ESQ.
   Nevada Bar No. 5423
3  NICHOLAS A. KOFFROTH, ESQ.
   Nevada Bar No. 16264
4  ZACHARY T. WILLIAMS, ESQ.
   Nevada Bar No. 16023
5
   **FOX ROTHSCHILD LLP**
6  1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
7  Telephone: 702-262-6899 / Facsimile: 702-597-5503
   Email: baxelrod@foxrothschild.com
8         jmcpherson@foxrothschild.com
          nkoffroth@foxrothschild.com
9         zwilliams@foxrothschild.com
10
11 *Counsel for Debtor*

12                    **UNITED STATES BANKRUPTCY COURT**

13                            **DISTRICT OF NEVADA**

14 | In re | Case No. BK-S-23-10423-MKN |

15 | CASH CLOUD, INC., | Chapter 11 |
   | dba COIN CLOUD, |

16 | | **STIPULATION WITH BRINK'S U.S., A DIVISION OF BRINK'S INCORPORATED REJECTING EXECUTORY CONTRACT PURSUANT TO 11 U.S.C. § 365(a)** |

17 | Debtor. |

18

19 | | Hearing Date: N/A |
   | | Hearing Time: N/A |

20

21     Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-

22 captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox

23 Rothschild LLP, and Brink's U.S., a division of Brink's Incorporated. ("Brink's"), by and through

24 is undersigned counsel, Hirschler (collectively, the "Parties"), hereby enter into this *Stipulation*

25 *With Brink's U.S., a division of Brink's Incorporated Rejecting Executory Contract Pursuant To 11*

26 *U.S.C. § 365(A)* ("Stipulation").

27 / / /

28 / / /

                                        1

148082731.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**RECITALS**

WHEREAS, on or about May 28, 2019, Debtor and Brink's entered into a Services Agreement, Agreement #10000132498 ("Services Agreement");

WHEREAS, on or about May 21, 2019, Debtor and Brink's entered into an Amendment To Services Agreement, Agreement #10000132498 ("Amendment");

WHEREAS, on or about January 4, 2021, Debtor and Brink's entered into an Armored Transportation Services Statement Of Work ("Armored Transportation SOW", and collectively with the Services Agreement and Amended, the "Agreement" );

WHEREAS, the Debtor desires to reject the Agreement pursuant to  11 U.S.C. § 365(a), effective as of the date of the entry of an Order granting this Stipulation;

WHEREAS, the Parties agree that the deadline for Brink's to assert any claims against Debtor for damages arising from the rejection of its Agreement (a "Rejection Damages Claim") and to file a Proof of Claim with the Clerk of the Bankruptcy Court for such Rejection Damages Claim is **no later than thirty (30) days after entry of an Order granting this Stipulation** or it shall be forever barred from asserting such Rejection Damages Claim;

WHEREAS,  the Parties agree that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of the Order granting this Stipulation.

**STIPULATION**

NOW, THEREFORE, in consideration of the foregoing, the parties agree as follows:

1.      the Debtor shall reject the Agreement pursuant to  11 U.S.C. § 365(a), effective as of the date of the entry of an Order granting this Stipulation;

2.      the deadline for Brink's to assert any claims against Debtor for damages arising from the rejection of its Agreement and to file a Proof of Claim with the Clerk of the Bankruptcy Court for such Rejection Damages Claim is **no later than thirty (30) days after entry of an Order granting this Stipulation** or it shall be forever barred from asserting such Rejection Damages Claim; and

/ / /

/ / /

148082731.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1    3.    this Court shall retain jurisdiction to hear and determine all matters arising from the

2    implementation or interpretation of the Order granting this Stipulation. .

3    Dated this 2nd day of August, 2023.    Dated this 2nd day of August, 2023.

4    **FOX ROTHSCHILD LLP**    **HIRSCHLER**

5    By  /s/ Brett A. Axelrod    By /s/ Robert S. Westermann

6    BRETT A. AXELROD, ESQ.    ROBERT S. WESTERMANN, ESQ.
JEANETTE E. MCPHERSON, ESQ.    2100 East Cary Street

7    NICHOLAS A. KOFFROTH, ESQ.    Richmond, VA  23223-7078
ZACHARY T. WILLIAMS, ESQ.

8    1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

9    *Counsel for Debtor*    *Counsel for Brink's U.S., a division of Brink's Incorporated*

3

148082731.1