**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email:  ccarlyon@carlyoncica.com
            dcica@carlyoncica.com

*Counsel for Chris McAlary*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.: Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO CONVERT CASE TO CHAPTER 7**<br><br>Hearing Date:  OST REQUESTED<br>Hearing Time: OST REQUESTED |
|---|---|

As required by the Court, pursuant to Local Rule 9006(a), I have contacted the parties below regarding the proposed Order Shortening Time to hear the McAlary's *Motion to Convert Case to Chapter 7* [ECF No. 1035](the "Motion"), and the response to the request for shortened time is indicated below.

| Name | Date Contacted | Agree | Disagree | Comments |
|---|---|---|---|---|
| Jared Day, Esq.<br>*Counsel for Office of the U.S. Trustee* | 8/7/2023<br><br>via email | X | | |

1

| Name | Date | | | Response |
|---|---|---|---|---|
| Robert Gayda, Esq.<br>*Counsel for Official Committee of Unsecured Creditors* | 8/7/2023<br>via email | | X | |
| Ryan Works, Esq.<br>*Counsel for Official Committee of Unsecured Creditors* | 8/7/2023<br>via email | | | No response |
| Jordi Guso, Esq.<br>*Counsel for CKDL Credit, LLC* | 8/7/2023<br>via email | | | No response |
| Sean O'Neal, Esq.<br>*Counsel for Genesis Global Holdco, LLC* | 8/7/2023<br>via email | | | No response |
| Robert Kinas, Esq.<br>*Counsel for Genesis Global Holdco, LLC* | 8/7/2023<br>via email | | | No response |
| Andrew Kissner, Esq.<br>*Counsel for Enigma Securities Limited* | 8/7/2023<br>via email | | | No response |
| James Shea, Esq.<br>*Counsel for Enigma Securities Limited* | 8/7/2023<br>via email | | | No response |
| Brett Axelrod, Esq.<br>*Counsel for the Debtor* | 8/7/2023<br>via email | | X | |

Respectfully submitted this 7th day of August 2023.

**CARLYON CICA CHTD.**

*/s/ Dawn M. Cica*
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, Nevada 89119
Telephone: (702) 685-4444
Email:   ccarlyon@carlyoncica.com
            dcica@carlyoncica.com

*Counsel for Chris McAlary*

2

**CERTIFICATE OF SERVICE**

I am an employee of Carlyon Cica Chtd. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

                                                 */s/ Nancy Arceneaux*
                                                 An employee of Carlyon Cica Chtd.