BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
    nkoffroth@foxrothschild.com
    zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **DEBTOR'S JOINDER TO OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7** |

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP hereby files a Joinder ("Joinder") to the *Objection Of The Official Committee Of Unsecured Creditors To The Ex Parte Application For Order Shortening Time For Hearing On Motion To Convert Case To Chapter 7* [ECF 1043] filed by the Official Committee Of Unsecured Creditors in response to the *Ex Parte Application for Order Shortening Time for Hearing on Motion to Convert Case to Chapter 7* [ECF 1035] (the "Application") filed by Chris

/ / /

/ / /

/ / /

1

148250663.1

McAlary ("McAlary") in connection with the *Motion to Convert Case to Chapter 7* [Docket No. 1034] (the ("Conversion Motion").

Dated this 8th day of August, 2023.

**FOX ROTHSCHILD LLP**

By: /s/Brett A. Axelrod
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

2

148250663.1