BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
　　　　nkoffroth@foxrothschild.com
　　　　zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>　　CASH CLOUD, INC.,<br>　　dba COIN CLOUD,<br><br>　　　　　　　　Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE BRIEFING DEADLINES IN CONNECTION WITH CONFIRMATION OF DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED AUGUST 1, 2023 [ECF NO. 996]**<br><br>Hearing Date:　August 17, 2023<br>Hearing Time:　10:30 a.m. |

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP; Genesis Global Holdco, LLC ("Genesis"), by and through its counsel Cleary Gottlieb Steen & Hamilton LLP and Snell & Wilmer L.L.P.; Enigma Securities Limited ("Enigma"), by and through its counsel Morrison & Foerster LLP and Shea Larsen; Brink's Incorporated ("Brink's"), by and through its

counsel Hirschler Fleischer, P.C., Christopher McAlary ("McAlary") by and through his counsel and the Official Committee of Unsecured Creditors (the "Committee" and together with the Debtor, Genesis, Enigma, Brink's and the Committee, the "Parties"), by and through its counsel Seward & Kissel LLP and McDonald Carano, LLP, stipulate and agree as follows (the "Stipulation"):

**RECITALS**

A. WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada, commencing the Chapter 11 Case;

B. WHEREAS, on February 17, 2023, the United States Trustee for the District of Nevada appointed the Committee in the Chapter 11 Case [*see* ECF No. 131, as amended, ECF No. 177];

C. WHEREAS, on May 28, 2023, Debtor filed its *Chapter 11 Plan of Reorganization dated May 8, 2023* [ECF No. 528] (the "Plan") and its *Disclosure Statement for Chapter 11 Plan of Reorganization dated May 8, 2023* [ECF No. 529] (the "Disclosure Statement");

D. WHEREAS, a hearing on confirmation of the Plan and approval of the Disclosure Statement is currently scheduled for August 17, 2023 at 10:30 a.m.;

E. WHEREAS, on August 1, 2023, after negotiations with Genesis, Enigma and the Committee, the Debtor filed its *First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023* [ECF No. 996] (the "Amended Plan") that alters the treatment of the claims of Genesis, Enigma and AVT Nevada, L.P. ("AVT");

F. WHEREAS, the Parties desire to move the following deadlines:

    a. The deadline for Debtor to file the ballot summary by August 10, 2023; and

    b. The deadline for Debtor to file any replies to objections and a brief in support of confirmation by August 10, 2023.

///

///

///

148246834.1

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that:

1. The deadline for Debtor to file its ballot summary shall be continued to August 15, 2023; and

2. The deadline for Debtor to file its replies to objections and brief in support of Confirmation shall be continued to August 15, 2023.

Dated this 9th day of August 2023.

**FOX ROTHSCHILD LLP**

By:  /s/Brett A. Axelrod
 BRETT A. AXELROD, ESQ.
 Nevada Bar No. 5859
 NICHOLAS A. KOFFROTH, ESQ.
 Nevada Bar No. 16264
 ZACHARY T. WILLIAMS, ESQ.
 Nevada Bar No. 16023
 1980 Festival Plaza Drive, Suite 700
 Las Vegas, Nevada 89135
 *Counsel for Debtor*

**MCDONALD CARANO, LLP**

By:  /s/Ryan J. Works
 RYAN J. WORKS, ESQ.
 2300 West Sahara Avenue, Suite 1200
 Las Vegas, NV 89102

and

 ROBERT J. GAYDA, ESQ.
 CATHERINE V. LOTEMPIO, ESQ.
 ANDREW J. MATOTT, ESQ.
 **SEWARD & KISSEL LLP** One Battery Park Plaza
 New York, NY 10004
 *Counsel for The Official Committee of Unsecured Creditors*

3

148246834.1

| | |
|---|---|
| **MORRISON & FOERSTER LLP**<br><br>By  /s/Andrew Kissner<br>  GARY LEE, ESQ.<br>  (Admitted Pro Hac Vice)<br>  New York Bar No. 2397669<br>  ANDREW KISSNER, ESQ.<br>  (Admitted Pro Hac Vice)<br>  New York Bar No. 5507652<br>  250 West 55th Street<br>  New York, New York 10019-3601<br><br>  and<br><br>**SHEA LARSEN**<br>  JAMES PATRICK SHEA, ESQ.<br>  Nevada Bar No. 405<br>  BART K. LARSEN, ESQ.<br>  Nevada Bar No. 8538<br>  KYLE M. WYANT, ESQ.<br>  Nevada Bar No. 14652<br>  1731 Village Center Circle, Suite 150<br>  Las Vegas, Nevada 89134<br>  *Counsel for Enigma Securities Limited* | **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br><br>By  /s/Michael D. Weinberg<br>  SEAN A. O'NEAL, ESQ.<br>  (Admitted Pro Hac Vice)<br>  MICHAEL WEINBERG, ESQ.<br>  (Admitted Pro Hac Vice)<br>  One Liberty Plaza<br>  New York, NY 10006<br><br>  and<br><br>  ROBERT R. KINAS, ESQ.<br>  (NV Bar No. 6019)<br>  BLAKELEY E. GRIFFITH, ESQ.<br>  (NV Bar No. 12386)<br>  CHARLES E. GIANELLONI, ESQ.<br>  (NV Bar No. 12747)<br>  **SNELL & WILMER L.L.P.** 3883<br>  Howard Hughes Pkwy., Suite 1100<br>  Las Vegas, NV 89169<br>  *Counsel for Genesis Global Holdco, LLC* |
| **HIRSCHLER FLEISCHER, P.C.**<br><br>By:  /s/Robert S. Westerman<br>  ROBERT S. WESTERMAN, ESQ.<br>  (pro hac vice forthcoming)<br>  BRITTANY B. FALABELLA, ESQ.<br>  (pro hac vice forthcoming)<br>  2100 East Cary Street<br>  Richmond, Virginia 23223<br><br>  and<br><br>  MAURICE B. VERSTANDIG, ESQ.<br>  Nevada Bar No. 15346<br>  The VerStandig Law Firm, LLC<br>  1452 W. Horizon Ridge Pkwy, #665<br>  Henderson, Nevada 89012<br>  *Counsel for the Brink's, Inc.* | **CARLYON CICA CHTD.**<br><br>By:  /s/Dawn M. Cica<br>  CANDACE C. CARLYON, ESQ.<br>  Nevada Bar No.2666<br>  DAWN M. CICA, ESQ.<br>  Nevada Bar No. 4565<br>  265 E. Warm Springs Road, Suite 107<br>  Las Vegas, NV 89119<br>  *Counsel for Chris McAlary* |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4

148246834.1