**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email: ccarlyon@carlyoncica.com
       dcica@carlyoncica.com

*Counsel for Christopher McAlary*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.: Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**STIPULATION SETTING HEARING AND BRIEFING DEADLINES REGARDING STIPULATION GRANTING DERIVATIVE STANDING TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO CERTAIN ACTIONS**<br><br>Hearing Date: August 17, 2023<br>Hearing Time: 10:30 a.m. |
|---|---|

Christopher McAlary ("Mr. McAlary") the Official Committee of Unsecured Creditors (the "Committee") and Cash Cloud, Inc. Dba Coin Cloud (the "Debtor" and collectively, the "Parties"), by and through their undesigned counsel hereby stipulate and agree as follows (the "Stipulation"):

WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada, commencing the Chapter 11 Case;

WHEREAS, on August 3, 2023, the Official Committee of Unsecured Creditors (the 'Committee") filed their Stipulation Granting Derivative Standing to the Official Committee of

Unsecured Creditors with Respect to Certain Actions [ECF No. 1009] (the "Stipulation");

WHEREAS, on August 7, 2023, Chris McAlary filed his Opposition to Approval of Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors with Respect to Certain Actions [ECF No. 1029] (the "Opposition");

WHEREAS, the Parties anticipate engaging in discussions in an effort to resolve their disputes with regard to the Opposition.

**IT IS HEREBY STIPULATED** that the Parties hereby stipulate and agree that the hearing on the Opposition to the Stipulation shall be heard on shortening time on August 17, 2023 at 10:30 a.m.

**IT IS FURTHER HEREBY STIPULATED** that the Parties' response in support of the Stipulation is due August 15, 2023.

**IT IS SO STIPULATED.**

| | |
|---|---|
| **CARLYON CICA CHTD.** | **MCDONALD CARANO LLP** |
| By: /s/ Dawn M. Cica<br>CANDACE C. CARLYON, ESQ.<br>Nevada Bar No.2666<br>DAWN M. CICA, ESQ.<br>Nevada Bar No. 4565<br>265 E. Warm Springs Road, Suite 107<br>Las Vegas, NV 89119<br>*Counsel for Christopher McAlary* | By: /s/ Ryan J. Works<br>Ryan J. Works, Esq. (NSBN 9224)<br>Amanda M. Perach, Esq. (NSBN 12399)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br><br>& |
| **FOX ROTHSCHILD LLP** | **SEWARD & KISSEL LLP**<br>ROBERT J. GAYDA, ESQ.<br>CATHERINE V. LOTEMPIO, ESQ. |
| By: /s/ Brett A. Axelrod<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>ZACHARY T. WILLIAMS, ESQ.<br>Nevada Bar No. 16023<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br><br>*Counsel for Debtor* | (*pro hac vice applications granted*)<br>One Battery Park Plaza<br>New York, NY 10004<br><br>*Counsel for Official Committee<br>of Unsecured Creditors* |

**CERTIFICATE OF SERVICE**

I am an employee of Carlyon Cica Chtd.  On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE:  Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL:  By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER:  By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE:  By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Nancy Arceneaux
An employee of Carlyon Cica Chtd.

3