**DENIED**

**DENIED WITHOUT PREJUDICE AS MOOT.**

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 09, 2023

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email:  ccarlyon@carlyoncica.com
        dcica@carlyoncica.com

*Counsel for Chris McAlary*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: Case No. BK-S-23-10423-MKN |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR OPPOSITION TO APPROVAL OF STIPULATION GRANTING DERIVATIVE STANDING TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO CERTAIN ACTIONS** |
| | Hearing Date:<br>Hearing Time: |

1

The Court having reviewed and considered the *Ex Parte* Application (the "Application") for the Court to shorten the time to hear the McAlary's *Opposition to Approval of Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors with Respect to Certain Actions* [ECF No. 1029] (the "Opposition"); and for good cause appearing:

**IT IS HEREBY ORDERED** that the Application is hereby **GRANTED**, and the hearing on McAlary's Opposition will be heard by a United States Bankruptcy Judge at the United States Bankruptcy Court, 300 Las Vegas Blvd., Las Vegas, NV 89101 on _____ ____, , at ___ a.m.. The hearing may be held telephonically or via videoconferencing. Details of the dial-in number or videoconference information will be posted on the Bankruptcy Court's website under Court Calendars for Judge Nakagawa. See https://www.nvb.uscourts.gov/calendars/court-calendars/.

**IT IS HEREBY FURTHER ORDERED** that any objections to the Opposition must be filed on or before _____ pursuant to Fed. R. Bankr. P. 9006(f) and Local Rule 9014(d)(4), with notice provided by electronic transmission. . The relief requested herein may be granted without a hearing if a timely objection is not filed and served as required by Local Rule 9014(b)(1)(D).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

2

**IT IS HEREBY FURTHER ORDERED** that this hearing may be continued from time to time without further notice except for the announcement of any continued dates and times at the above-noticed hearing or any adjournment thereof.

**IT IS SO ORDERED.**

**CARLYON CICA CHTD.**

*/s/ Dawn M. Cica*
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, Nevada 89119
Telephone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
          dcica@carlyoncica.com

*Counsel for Chris McAlary*

3