**DENIED**

DENIED WITHOUT PREJUDICE to setting by regular noticed motion.

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 09, 2023

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email: ccarlyon@carlyoncica.com
       dcica@carlyoncica.com

*Counsel for Chris McAlary*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                Debtor. | Case No.: Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO CONVERT CASE TO CHAPTER 7**<br><br>Hearing Date:<br>Hearing Time: |
|---|---|

The Court having reviewed and considered the *Ex Parte* Application (the "Application") for the Court to shorten the time to hear the McAlary's *Motion to Convert Case*

1

*to Chapter 7* [ECF No. 1035] (the "Motion"); and for good cause appearing:

**IT IS HEREBY ORDERED** that the Application is hereby **GRANTED**, and the hearing on Motion will be heard by a United States Bankruptcy Judge at the United States Bankruptcy Court, 300 Las Vegas Blvd., Las Vegas, NV 89101 on _____ ____, 2023, at _____ a.m.. The hearing may be held telephonically or via videoconferencing. Details of the dial-in number or videoconference information will be posted on the Bankruptcy Court's website under Court Calendars for Judge Nakagawa. See https://www.nvb.uscourts.gov/calendars/court-calendars/.

**IT IS HEREBY FURTHER ORDERED** that any oppositions to the Motion must be filed on or before _____ pursuant to Fed. R. Bankr. P. 9006(f) and Local Rule 9014(d)(4), with notice provided by electronic transmission. The relief requested herein may be granted without a hearing if a timely objection is not filed and served as required by Local Rule 9014(b)(1)(D).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**IT IS HEREBY FURTHER ORDERED** that this hearing may be continued from time to time without further notice except for the announcement of any continued dates and times at the above-noticed hearing or any adjournment thereof.

August 29

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

2

**IT IS SO ORDERED.**

**CARLYON CICA CHTD.**

*/s/ Dawn M. Cica*
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, Nevada 89119
Telephone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
            dcica@carlyoncica.com

*Counsel for Chris McAlary*