**DENIED**

DENIED without prejudice to relief being sought by regularly noticed motion.

_____

Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
August 09, 2023

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee*
*of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**ORDER GRANTING DERIVATIVE STANDING TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO CERTAIN ACTIONS** |

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1    Upon consideration of the *Stipulation Granting Derivative Standing to the Official Committee*

2  *of Unsecured Creditors With Response to Certain Actions* (the "Stipulation") between Cash Cloud,

3  Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above captioned case (the

4  "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP, and the Official Committee of

5  Unsecured Creditors, by and through its counsel Seward & Kissel LLP and McDonald Carano LLP

6  (the "Committee," and together with the Debtor, the "Parties"), and good cause appearing therefor:

7        **IT IS HEREBY ORDERED** that the Stipulation is approved in its entirety.

8        **IT IS FURTHER ORDERED** that the Committee is authorized and has derivative standing

9  to initiate, commence, negotiate, litigate, arbitrate, mediate, settle, compromise, resolve, and to carry

10  out any and all other or further initiatives attendant thereto, the Actions (as defined in the Stipulation)

11  on behalf of the Debtor's estate.

12        **IT IS FURTHER ORDERED** that the Stipulation does not modify, amend, waive, or have

13  any other effect whatsoever upon any provision in any final order (the "Confirmation Order")

14  confirming the *Debtor's Chapter 11 Plan of Reorganization* [ECF. No. 528] (as the same may be

15  amended or supplemented from time to time, the "Plan"), which remains in full force and effect.  For

16  the avoidance of doubt, any proceeds of the Actions obtained by the Committee pursuant to the

17  Stipulation shall be administered and distributed in accordance with the Plan and Confirmation

18  Order.

19        **IT IS FURTHER ORDERED** that for the avoidance of doubt, nothing in the Stipulation

20  affects the ability of the Committee to obtain derivative standing with respect to any claims or causes

21  of action for which derivative standing is not expressly granted by the Debtor herein, including but

22  not limited to the Excluded Preference Actions (as defined in the Stipulation), and the Committee

23  reserves any and all rights to seek derivative standing on any other claims or causes of action that

24  may now or hereinafter exist, including but not limited to the Excluded Preference Actions.

25        **IT IS FURTHER ORDERED** that the Court retains exclusive jurisdiction with respect to

26  all matters arising from or related to the interpretation or implementation of the Stipulation.

27        **IT IS SO ORDERED.**

28                                        # # #

Prepared and respectfully submitted by:

McDONALD CARANO LLP

*/s/ Ryan J. Works*

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004

*Counsel for Official Committee
of Unsecured Creditor*