

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 09, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com

*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-S-23-10423-MKN |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, Debtor. | Chapter 11<br><br>**ORDER GRANTING STIPULATION WITH BRINK'S U.S., A DIVISION OF BRINK'S INCORPORATED REJECTING EXECUTORY CONTRACT PURSUANT TO 11 U.S.C. § 365(a)**<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

/ / /

/ / /

1

148087665.1

1   The Court having read and considered the *Stipulation With Brink's U.S., a division of Brink's Incorporated Rejecting Executory Contract Pursuant To 11 U.S.C. § 365(A)* ("Stipulation"),[1] and good cause appearing therefor, it is hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that the Agreement with Brink's is hereby rejected by the Debtor pursuant to 11 U.S.C. § 365(a), effective as of the date of the entry of this Order; and it is further

ORDERED that the deadline for Brink's to assert any claims against Debtor for damages arising from the rejection of its Agreement and to file a Proof of Claim with the Clerk of the Bankruptcy Court for such Rejection Damages Claim is **no later than thirty (30) days after entry of this Order** or it shall be forever barred from asserting such Rejection Damages Claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of the Order granting this Stipulation. .

| Submitted by: | Approved by: |
|---|---|
| **FOX ROTHSCHILD LLP** | **HIRSCHLER** |
| By /s/ Brett A. Axelrod | By /s/ Robert S. Westermann |
| BRETT A. AXELROD, ESQ.<br>JEANETTE E. MCPHERSON, ESQ.<br>NICHOLAS A. KOFFROTH, ESQ.<br>ZACHARY T. WILLIAMS, ESQ.<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135 | ROBERT S. WESTERMANN, ESQ.<br>2100 East Cary Street<br>Richmond, VA  23223-7078 |
| *Counsel for Debtor* | *Counsel for Brink's U.S., a division of Brink's Incorporated* |

###

---

[1] Capitalized terms used, but not defined herein, shall have the meaning ascribed to such terms in the Stipulation.

148087665.1