_____
**Honorable Mike K. Nakagawa**
United States Bankruptcy Judge



Entered on Docket
August 09, 2023

**SHEA LARSEN**
James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Facsimile: (702) 926-9683
Email:  jshea@shea.law
         blarsen@shea.law

*Attorneys for Enigma Securities Limited*

**MORRISON & FOERSTER LLP**
Gary Lee, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner, Esq. *(Admitted Pro Hac Vice)*
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email:  glee@mofo.com
         akissner@mofo.com

*Attorneys for Enigma Securities Limited*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                              Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING SCHEDULING OF DATES IN CONNECTION WITH ENIGMA'S ADMINISTRATIVE EXPENSE CLAIM [DOCKET NO. 873], COMMITTEE'S STANDING MOTION [DOCKET NO. 925], AND DEBTOR'S SURCHARGE MOTION [DOCKET NO. 926]** |

The Court, having reviewed and considered the *Stipulation Regarding Scheduling of Dates in Connection with Enigma's Administrative Expense Claim [Docket No. 873], Committee's Standing Motion [Docket No. 925], and Debtor's Surcharge Motion [Docket No. 926]* (the "Stipulation") [ECF No. 1026] entered into by and between Enigma Securities Limited, Cash Cloud, Inc. dba Coin Cloud, the Official Committee of Unsecured Creditors, Genesis Global Holdco, LLC, and AVT Nevada, L.P., and good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation attached is approved in its entirety.

**IT IS FURTHER ORDERED** that the following dates shall apply with respect to *Enigma Securities Limited's Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, 503, 507, and Bankruptcy Rules 3012 and 8002* [ECF No. 873], the *Motion of the Official Committee of Unsecured Creditors for an Order Granting Leave, Derivative Standing and Authority to Commence, Prosecute and Settle Claims on Behalf of the Debtor's Estate* [ECF No. 925], and the *Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P.* [ECF No. 954]:

| Event | Proposed Date |
| --- | --- |
| Deadline for Debtor to produce documents in connection with the Rule 2004 Subpoena | August 16, 2023 |
| Deadline to object to Standing Motion | August 22, 2023 |
| Depositions of the Debtor's representatives | August 22-23, 2023 |
| Status conference relating to Surcharge Motion, Enigma Administrative Claim and Standing Motion | August 29, 2023 at 9:30 a.m. (PT) |
| Deadline for the Committee to produce documents in response to the Committee RFPs | August 30, 2023 |
| Deadline to object to Surcharge Motion | August 30, 2023 |
| Deadline to supplement objection to Standing Motion based on discovery received | September 8, 2023 |
| Deadline for replies in support of Surcharge Motion | September 13, 2023 |

| Event | Proposed Date |
|---|---|
| Deadline for replies in support of Standing Motion | September 18, 2023 |
| Deadline for Enigma's reply in support of Enigma Administrative Claim | September 18, 2023 |
| Evidentiary Hearing on Standing Motion, Surcharge Motion, and Enigma Administrative Claim | Week of September 25, 2023 (subject to Court's availability) |

**IT IS SO ORDERED.**

Respectfully submitted by:

**MORRISON & FOERSTER LLP**

By: /s/ Andrew Kissner
Gary Lee, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner, Esq. *(Admitted Pro Hac Vice)*
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601

-and-

**SHEA LARSEN**
James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Counsel for Enigma Securities Limited*

3