
_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
August 09, 2023
_____

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
      nkoffroth@foxrothschild.com
      zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, <br><br> Debtor. | Chapter 11 <br><br> **ORDER APPROVING STIPULATION TO CONTINUE BRIEFING DEADLINES IN CONNECTION WITH CONFIRMATION OF DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED AUGUST 1, 2023 [ECF NO. 996]** |

148280175.1

1

Upon consideration of the *Stipulation to Continue Briefing Deadlines in Connection with Confirmation of Debtor's Amended Chapter 11 Plan of Reorganization Dated August 1, 2023 [ECF No. 996]* [Docket No. 1048] (the "Stipulation");

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED; and

1. The deadline for Debtor to file its ballot summary is August 15, 2023; and

2. The deadline for Debtor to file its replies to objections and brief in support of Confirmation is August 15, 2023.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:  /s/Brett A. Axelrod
   BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
   NICHOLAS A. KOFFROTH, ESQ.
   Nevada Bar No. 16264
   ZACHARY T. WILLIAMS, ESQ.
   Nevada Bar No. 16023
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
*Counsel for Debtor*

# # #

148280175.1