**DENIED**

**DENIED WITHOUT PREJUDICE** to requesting relief by regularly noticed motion.




Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
August 09, 2023

---

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**ORDER GRANTING DERIVATIVE STANDING TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO CERTAIN ACTIONS** |

Upon consideration of the *Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors With Respect to Certain Actions* (the "Stipulation") between Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP, and the Official Committee of Unsecured Creditors, by and through its counsel Seward & Kissel LLP and McDonald Carano LLP (the "Committee," and together with the Debtor, the "Parties"), and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Stipulation is approved in its entirety.

**IT IS FURTHER ORDERED** that the Committee is authorized and has derivative standing to initiate, commence, negotiate, litigate, arbitrate, mediate, settle, compromise, resolve, and to carry out any and all other or further initiatives attendant thereto, the Actions (as defined in the Stipulation) on behalf of the Debtor's estate.

**IT IS FURTHER ORDERED** that for the avoidance of doubt, nothing in this Stipulation shall affect the ability of the Committee to obtain derivative standing with respect to any claims or causes of action for which derivative standing is not expressly granted by the Debtor herein and the Committee reserves any and all rights to seek derivative standing on any other claims or causes of action that may now or hereinafter exist.

**IT IS FURTHER ORDERED** that the Court retains exclusive jurisdiction with respect to all matters arising from or related to the interpretation or implementation of the Stipulation.

**IT IS SO ORDERED.**

# # #

Prepared and respectfully submitted by:

McDONALD CARANO LLP

  /s/  Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Counsel for Official Committee
of Unsecured Creditor*