**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

**CERTIFICATE OF SERVICE**

    I, Sharon Lee, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

    On August 4, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Entry of Order Granting Eighteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Setting Rejection Damages Claim Deadline** (Docket No. 1021)

- **Notice of Entry of Order Granting Fourteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Setting Rejection Damages Claim Deadline (as It Relates to WPG Legacy, LLC)** (Docket No. 1023)

- **Notice of Entry of Amended Order Granting Ninth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Setting Rejection Damages Claim Deadline** (Docket No. 1024)

- **Stipulation to Extend First Amended Plan Voting Deadline for Secured Creditors** (Docket No. 1025)

    Furthermore, on August 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of Entry of Order Granting Eighteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Setting Rejection Damages Claim Deadline** (Docket No. 1021)

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

Furthermore, on August 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**:

- **Notice of Entry of Amended Order Granting Ninth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Setting Rejection Damages Claim Deadline** (Docket No. 1024)

Dated: August 9, 2023

/s/ *Sharon Lee*
Sharon Lee
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 720.792.9194
Email: TeamCoinCloud@stretto.com

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | Box 551220 | Las Vegas | NV | 89155-1220 |
| Franchise Tax Board | Bankruptcy Section, MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| Tennessee Attorney General's Office | c/o Bankruptcy Divsion | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Texas Workforce Commission | Regulatory Integrity Division - SAU | 101 E. 15th Street | Room 556 | Austin | TX | 78778-0001 |

# **Exhibit B**



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Armondo Redmond | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson & Carrie Thomas | | cemery@avtechcapital.com<br>jrobertson@avtechcapital.com |
| Black Hole Investments LLC f/k/a EZ Coin LLC | Attn: Zachary Chaltiel and Edouard Chaltiel | | zach@victoireventures.com |
| Black Hole Investments, LLC formerly known as EZ Coin, LLC | c/o Black & Wadhams | Attn: Brigid M. Higgins | bhiggins@blackwadhams.law |
| Brookfield Retail Properties, Inc. | c/o Kaempfer Crowell | Attn: Louis M. Bubala III | lbubala@kcnvlaw.com |
| CAL'S CONVENIENCE, INC | Attn: Ray Harrison and Marcia Rigg | | Ray.Harrison@calscstores.com |
| Cennox Reactive Field Services LLC | Attn: Michael Goggans | | legal@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | Attn: Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. | ccarlyon@carlyoncica.com<br>dcica@carlyoncica.com<br>tosteen@carlyoncica.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Jordi Guso | jguso@bergersingerman.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Scott Jablonski & Mitchell W. Goldberg | sjablonski@bergersingerman.com<br>mgoldberg@bergersingerman.com |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Attn: Jeffery R. Sylvester, Esq. | Jeff@sylvesterPolednak.com |
| Cole Kepro International, LLC | Attn: Andrew Cashin & Frederick Cook | | info@colekepro.com<br>fred@colekepro.com |
| Cole Kepro International, LLC | c/o Lewis Roca Rothgerbe Christie LLP | Attn: Ogonna M. Brown, Esq. & Dan R. Waite, Esq. | OBrown@lewisroca.com |
| Cole Kepro International, LLC | c/o Taft Stettinius and Hollister, LLP | Attn: David Z. Adler, Esq., Paul R. Hage | phage@taftlaw.com |
| Department of Treasury - Internal Revenue Service | | | mary.b.savilla@irs.gov<br>Kerry.r.ivory@irs.gov |
| Deployment Logix Inc. | Attn: Ken Rogers | | ken.rogers@deploymentlogix.com |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | Attn: Gary Lee & Andrew Kissner | glee@mofo.com<br>akissner@mofo.com |
| Enigma Securities Limited | c/o Shea Larsen | Attn: James Shea, Esq., Bart Larsen, Esq., Kyle Wyant, Esq. | kwyant@shea.law<br>blarsen@shea.law<br>jshea@shea.law |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | | baxelrod@foxrothschild.com<br>zwilliams@foxrothschild.com |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | Attn: Sean O'Neal, Michael Weinberg, & Jan VanLare | soneal@cgsh.com<br>mdweinberg@cgsh.com<br>jvanlare@cgsh.com |
| Genesis Global Holdco, LLC | c/o Snell and Wilmer LLP | Attn: Robert Kinas, Blakeley Griffith, and Charles Gianelloni | rkinas@swlaw.com<br>bgriffith@swlaw.com<br>cgianelloni@swlaw.com |
| Good 2 Go Stores LLC | Attn: General Counsel | | ecflukast@hollandhart.com<br>John.pearson@good2gostores.com |
| Internal Revenue Service | Attn: Mary Sevilla | | mary.b.savilla@irs.gov<br>Kerry.r.ivory@irs.gov |
| Luis Flores | c/o Andersen & Beede | Attn: Ryan A. Andersen and Valerie Y. Zaidenberg | ryan@aandblaw.com<br>valerie@aandblaw.com |



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Lux Vending, LLC dba Bitcoin Depot | c/o Carlton Fields, P.A. | Attn: Adam P. Schwartz | aschwartz@carltonfields.com<br>amaranto@carltonfields.com |
| Lux Vending, LLC dba Bitcoin Depot | c/o Holley Driggs | Attn: Stacy H. Rubin | srubin@nevadafirm.com<br>oswibies@nevadafirm.com |
| National Services, LLC | c/o Hodges, Doughty, & Carson | Attn: Matthew Graves | mgraves@hdclaw.com |
| Official Committee of Unsecured Creditors | c/o McDonald Carano LLP | Attn: Ryan J. Works & Amanda M. Perach | aperach@mcdonaldcarano.com<br>rworks@mcdonaldcarano.com |
| Official Committee of Unsecured Creditors | c/o Seward & Kissel LLP | Attn: John R. Ashmead, Esq., Robert J. Gayda, Esq., Catherine V. LoTempio, Esq., Andrew J. Matott, Esq. | ashmead@sewkis.com<br>gayda@sewkis.com<br>lotempio@sewkis.com<br>matott@sewkis.com |
| OptConnect Management LLC | c/o Law Office of Brian D. Shapiro, LLC | Attn: Brian D. Shapiro, Esq. | brian@brianshapirolaw.com |
| OptConnect MGT, LLC | c/o Dechert LLP | Attn: Craig Druehl | craig.druehl@dechert.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| RocketItCoin, LLC | c/o Ghandi Deeter Blackham | Attn: Shara L. Larson | shara@ghandilaw.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. | | rtucker@simon.com |
| Spec's - Parent | Attn: Ryan Holder | | rholder@specsonline.com |
| Trangistics, Inc. | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | | Edward.M.McDonald@usdoj.gov<br>jared.a.day@usdoj.gov |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Esq. | rgold@fbtlaw.com |

# **Exhibit C**



## Exhibit C
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| AGILESOUTH LLC | | 652 N University Dr | | | Pembroke Pines | FL | 33024 | |
| Alteryx | Attn: Amanda Martin | 3345 Michelson Drive | Suite 400 | | Irvine | CA | 92612 | |
| American Deposit Management, LLC | Attn: Kelly A. Brown or Robert Zondag | W220 N3451 Springdale Road | | | Pewaukee | WI | 53072 | |
| Bancsource | Attn: Donna Williams | 3130 South Delaware | | | Springfield | MO | 65804 | |
| BitAccess, Inc. | Attn: Moe Adham | 267 Richmond Rd. | 3rd Floor | | Ottawa | ON | K1Z 6X3 | Canada |
| BitAccess, Inc. | Attn: Moe Adham | 80 Aberdeen St | | | Ottawa | ON | K1S 3J5 | Canada |
| Black Hole Investments LLC f/k/a EZ Coin LLC | Attn: Zachary Chaltiel and Edouard Chaltiel | 480 NW Albemarle Terrace | | | Portland | OR | 97210 | |
| Brandon A Arner | | 2745 Trotwood Lane | | | Las Vegas | NV | 89108-8415 | |
| Business Technology Partners, LLP. | | 1751 Lake Cook Road, Suite 400 | | | Deerfield | IL | 60015 | |
| Calebe Rossa | | 1025 Aspen Lane | | | Mansfield | TX | 76063 | |
| Caravel Partners LLC | | 795 Folsom Street, 1st Floor | | | San Francisco | CA | 94107 | |
| Cennox Reactive Field Services, LLC [Bancsource] | Attn: Lauren Wajsman | 1015 Windward Ridge Pkwy | | | Alpharetta | GA | 30005 | |
| Cheq Technologies Inc | | 450 Park Ave S | 10th Floor | | New York | NY | 10016 | |
| Clay Global, LLC | Attn: Anton Zykin | 300 Broadway | #23 | | San Francisco | CA | 94133 | |
| Competitive Media Reporting, LLC d/b/a Kantar Media Intelligence | | 3 World Trade Center | 175 Greenwich St. | 35th Fl. | New York | NY | 10007 | |
| Consult HR Partners, LLC | Attn: Jennifer Martinez | 3230 Southgate Cir #123 | | | Sarasota | FL | 34239 | |
| Converz Media Group LLC | | 17011 Beach Blvd | Suite 600 | | Huntington Beach | CA | 92647 | |
| Craig Jones | | Unit C, Callejon J Bato St Gagalangin Tondo | | | Metro Manila | | 1013 | Philippines |
| Cruview LLC dba Marketrade | Attn: John C Nicholson | 4701 Sangamore Road | Suite 100N | | Bethesda | MD | 20816 | |
| CRYPTIO | | 101, rue de Sèvres - | | | Paris | | 75006 | France |
| Elliptic Inc. | | 1732 1st Ave. #23346 | | | New York | NY | 10128 | |
| Environmental Systems Research Institute, Inc. | Attn: Shannon Robertson | 380 New York Street | | | Redlands | CA | 92373-8118 | |
| Escalate Communications LLC | | 1501 San Elijo Road South, #104-307 | | | San Marcos | CA | 92078 | |
| EZ Coin LLC | | 5580 S Fort Apache Rd | #130 | | Las Vegas | NV | 89147 | |
| FalconX Limited | Attn: Ana De Sousa | Level G, Office 1/1191 | Quantum House 75 | Abate Rigord Street | Ta' Xbiex | | XBX 1120 | Malta |
| Fireblocks, Inc. | | 221 River Street, 9th Floor | | | Hoboken | NJ | 07030 | |
| Geographic Information Services, Inc. | Attn: Stephanie Lindley | 2100 Rivershase Center | Suite 105 | | Birmingham | AL | 35244 | |
| Granite Mobility | | 100 Newport Ave Ext. | | | Quincy | MA | 02171 | |
| JMF Facets, LLC | c/o Jewelers Mutual Group | 24 Jewelers Park Dr | | | Neenah | WI | 54956 | |
| Kiosk Information Systems Inc | Attn: Joe Sawicki, Jenni Pitton and Kim Kenney | 346 S. Arthur Ave | | | Louisville | CO | 80027 | |
| Lo Flo LLC | Attn: Luis Flores-Monroy | 3275 South Jones Blvd., Suite 105 | | | Las Vegas | NV | 89146 | |
| Lola Tech Limited | Attn: Nick Boni | 1 Mark Square | | | London | | EC2A 4EG | United Kingdom |
| LucaNet (North America) LLC | Attn: Dominik Duchon | 1900 Market Street | 8th Floor | | Philadelphia | PA | 19103 | |
| Michael Tomlinson | | 89 Vista Rafael Pkwy. | | | Reno | NV | 89503 | |
| Mix Panel | | One Front Street, 28th Floor | | | San Francisco | CA | 94111 | |
| MomentFeed, Inc. | | 3415 S. Sepulveda Blvd, Suite 1100 | | | Los Angeles | CA | 90034 | |
| MomentFeed, Inc. | Attn: Sharnaye Bailey | 14005 Live Oak Ave | | | Irwindale | CA | 91706 | |
| National Services, LLC | Attn: Stefanie Farmer and Dean Smith | 315 Trane Dr | | | Knoxville | TN | 37919 | |
| Netlify, Inc. | | 2343 3rd Street #296 | | | San Francisco | CA | 94107 | |
| OptConnect Management LLC | Attn: Chris Baird | 865 W 450 N | Suite 1 | | Kaysville | UT | 84037 | |
| Pelican Communications, Inc. | Attn: Richard Scherer | 67 Front Street | | | Danville | CA | 94526 | |
| PeopleWare Staffing, Inc. | Attn: Sheryl Rooker | 302 W Grand Ave #4 | | | El Segundo | CA | 90245 | |
| Perry Leon | | 1217 Horn Avenue | Suite 103 | | Los Angeles | CA | 90069 | |
| Prize Logic, LLC | | 25200 Telegraph Rd | Suite 405 | | Southfield | MI | 48033 | |
| Robert Parker Mundo | | 2455 W Serene Ave, Apt 3-723 | | | Las Vegas | NV | 89123 | |
| SafeGraph, Inc. | | 1624 Market St Ste 226, #53755 | | | Denver | CO | 80202 | |
| Scandit Inc | Attn: Austin Tittle | 711 Atlantic Ave 5th Floor | | | Boston | MA | 02111 | |
| Socure, Inc. | | MountainWorkspace | 885 Tahoe Blvd | Suite 11 | Incline Village | NV | 89451 | |
| Spanner Product Development | Attn: Giles Lowe | 15 W San Fernando St | | | San Jose | CA | 95113 | |
| Sygnia | Attn: Oren Wortman | 94a Yigal Alon St. | 29th Floor | | Tel Aviv | | 6789155 | Israel |
| Talon.One Inc | | One Boston Place, Suite 2600 | | | Boston | MA | 02108 | |
| Tatro Management LLC | Attn: Keith Tetrault | 4256 Pinetree Lane | | | Cincinnati | OH | 45245 | |
| Tecniflex, LLC. dba Bancsource | | 3130 South Delaware | | | Springfield | MO | 65804 | |
| UAB Simplex Payment Services | | AB Nuvei, Lvivo g. 37-101 | | | Vilnius | | LT-09307 | Lithuania |
| Unit21 Inc. | | 343 Sansome St | Ste 1600 | | San Francisco | CA | 94104 | |
| Verizon Wireless | Attn: Correspondence Team | PO Box 15069 | | | Albany | NY | 12212 | |
| Virginia Varela | | 6151 Fordham Way | | | Sacramento | CA | 95831 | |
| Vision IT Consulting, Inc. | | Anillo Vial III 174-1, Col. Saldarriaga | | | Carlos Salinas de Gortari | Qro. | 76267 | Mexico |
| Vision IT Consulting, Inc. | Attn: Blanca Ramos | 187 E Warm Springs Rd | Ste B106 | | Las Vegas | NV | 89119 | |
| Woodforest National Bank | | 1213 E. Trinity Mills Road | | | Carrollton | TX | 75006 | |
| Wyre Payments, Inc. | | 1550 Bryant St. | | | San Francisco | CA | 94103 | |
| Zero Hash LLC | | 327 N Aberdeen St # 210 | | | Chicago | IL | 60607 | |

# **Exhibit D**



### Exhibit D
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Apache Liquor | Attn: Dustin Pickering | 2020 S Parker Rd | | | Denver | CO | 80231 |
| Apache Mall | | 333 Apache Mall | | | Rochester | MN | 55902 |
| Apple Valley Gas Mart | Attn: David Dhillon | 21898 Outer Hwy 18 N | | | Apple Valley | CA | 92307 |
| Ararat Liquor LLC | Attn: Simon Ghenreslassie | c/o The Liquor Cabinet of Thornton | 8600 Washington St | | Thornton | CO | 80229 |
| Arcade Laundromat | Attn: Nicholas Dillon | 979 Arcade St | | | St Paul | MN | 55106 |
| Arco c/o Amar Kohli | Attn: Amar Kohli; Guruvinder Aujla | 363 S Gilbert Rd | | | Mesa | AZ | 85204 |
| Area 51 Smoke and Vape Shop | | 516 W California Ave | | | Glendale | CA | 91203-2102 |
| Aroohi Enterprise Inc | Attn: Kulvinder Singh | c/o Lucky Food Mart | 22 Goethals Dr | | Richland | WA | 99352-4619 |
| Ashe St. Convenience Store | Attn: Ahmed Hassan | 63 Ashe St. | | | Charleston | SC | 29403 |
| Ask Oil Inc | Attn: Ajmer Mann | 3801 N High School Rd. | | | Indianapolis | IN | 46254 |
| Associated Wholesale Grocers, Inc. | Attn: Brandon Morris | c/o Sav U Mor | 1003 E Madison St | | Bastrop | LA | 71220 |
| Associated Wholesale Grocers, Inc. | Attn: Bruce McCune | c/o Food Fair | 922 Main St | | Pleasanton | KS | 66075 |
| Associated Wholesale Grocers, Inc. | Attn: Nathan Brtek | c/o Lou's Thrifty-Way | 807 S 13th St | | Norfolk | NE | 68701 |
| Associated Wholesale Grocers, Inc. | Attn: Ryan Cain | c/o Timmons Market | 747 Timmons Blvd | | Rapid City | SD | 57703 |
| Associated Wholesale Grocers, Inc. | Attn: Stephanie Becker, VP Sales & Solutions and General Counsel | 5000 Kansas Ave | | | Kansas City | KS | 66106 |
| Associated Wholesale Grocers, Inc. | Attn: Steve Piper | c/o Wolverine Fine Foods | 102 S Washington St | | Marquette | KS | 67464 |
| Associated Wholesale Grocers, Inc. | Attn: Todd Grump | c/o Gump's IGA | 57 Maple Ave | | Grafton | WV | 26354 |
| AVI Fuel inc. | Attn: Rajrajinder Sin | 1357 Lexington Ave | | | Mansfield | OH | 44907 |
| Badger Exotics LLC | Attn: Charles Lewis | 719 State St | | | La Crosse | WI | 54601 |
| Bajra Yogini Inc. | Attn: Sunil Shrestha | 9048 San Joaquin Trail | | | Fort Worth | TX | 76118 |
| Bali Enterprise Inc | Attn: Balijeet Singh | c/o US Gas Station | 155 N Memorial Hwy | | Shavertown | PA | 18708 |
| Banwait Oil LLC | Attn: Paramjit Banwait | 1321 Main St | | | Oregon City | OR | 97045 |
| Barik Super Store | Attn: Babir Sultan | 13815 Polfer Rd | | | Kansas City | KS | 66109 |
| Bastrop Country Store | Attn: Rizwan Shuja | 108 Watterson Rd | | | Bastrop | TX | 78602 |
| Bayonne High Spirits, INC | Attn: Nisha Pithadia | c/o High Spirits Liquor Store | 816-818 Broadway | | Bayonne | NJ | 07002 |
| Beauregard Liquors | Attn: Dipak Kumar Patel | 11 West St | | | Gardner | MA | 01440 |
| Beer and wine shop First United market | Attn: Sonal One Inc | 271 Brookline St | | | Cambridge | MA | 02139 |
| Belmont Food Mart | Attn: Satvir Kaur | 2030 W Washington St. | | | Indianapolis | IN | 46222 |
| Best Food Inc | Attn: Mahmoud Alhawamdeh | 767 Market St | | | Tacoma | WA | 98402 |
| Best Stop Market LLC | Attn: Madhat Asham | 3420 Lebanon Pike | | | Nashville | TN | 37076 |
| Best Wash Alton LLC | Attn: Rebecca Unnerstall | 506 W Delmar Ave | | | Alton | IL | 62002 |
| BHS Associates Inc. | Attn: Barkad Ali | 2237 W. Parker Rd. | | | Plano | TX | 75023 |
| Bhumi Convenience Inc. | Attn: Jay Patel | c/o Convenient 38 | 880 Main St | | Woburn | MA | 01801 |
| Bibo Liquor and Market | Attn: Ehab William | 14062 Springdale St | | | Westminster | CA | 92683 |
| Big Bucks Management Inc | Attn: Josh Bailey | 113 College Park Rd | | | Ladson | SC | 29456 |
| Big Time Glass LLC | Attn: Brandon Matthews | 2308 S 1st Street | | | Yakima | WA | 98903 |
| Billa Management Inc. | Attn: Sukhvant Singh | 499 Frelinghuysen Ave | | | Newark | NJ | 07114 |
| Bizee Mart | Attn: Dhara Chaudhary | 212 S. Horton Pkwy | | | Chapel Hill | TN | 37034 |
| Blazing Stones Smoke Shop LLC | Attn: Jeffery Daniel Leitch | 2706 E University Dr | | | Mesa | AZ | 85213 |
| BMAPS LLC (DBA New Boulder Gas) | Attn: Sanjay Shrestha | 2995 28th St. | | | Boulder | CO | 80301 |
| Bobby's Food Mart | Attn: Nash Noorali | 1420 W 6th St | | | Irving | TX | 75060 |
| Bobs Drive Inn | Attn: Mubashir Anwer | 3919 FM 2147 | | | Horseshoe Bay | TX | 78657-2201 |
| BOM Petroleum Inc | Attn: Sarwan Singh, Mukhtiar Singh | 53031 State Rd 13 | PO Box 1152 | | Middlebury | IN | 46540 |
| Boston Convenience II | Attn: Sajj Tkhan | 420 Medford St | | | Sommerville | MA | 02145 |
| Boston Convenience II | Boston Convenience 2 | Attn: Paramjit Singh | 1912 Beacon St | | Brighton | MA | 02135 |
| Bottle Caps and Spirits | Attn: Yahsin M Jiwa | 11112 Paramount Blvd | | | Downey | CA | 90241 |
| BP | Attn: Alvin Ehrhardt | 624 Mark Twain Ave | | | Hannibal | MO | 63401 |
| BP | Attn: Muhammad Bhatti | 127 Jefferson St | | | Waterloo | IA | 50701 |
| BP | Attn: Muhammad Bhatti | 2035 E Mitchell Ave | | | Waterloo | IA | 50702 |
| Brackett's Market Inc | Attn: James Stephen Brackett | 185 Front Street | | | Bath | ME | 04530 |
| Bradley's Market | Attn: Salar Masood | 496 Spring St | | | Windsor Locks | CT | 06096 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)



# Exhibit D
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Brandon Hearvey dba Elle Group LLC | Attn: Brandon Hearvey | 3126 W Lynne Lane | | | Phoeniex | AZ | 85041 |
| Brass Mill Center | | 495 Union Street, Suite 139 | | | Waterbury | CT | 06706 |
| Brickhouse Collectibles | Attn: Patrick Burnett | 163 West End Ave | | | Knoxville | TN | 37934 |
| Brixton Everett, LLC | c/o Jones Lang LaSalle Americas, Inc. | 1402 SE Everett Mall Way | | | Everett | WA | 98208 |
| Brixton Provo Mall, LLC | Attn: Scott J Bowles | 1200 Towne Centre Boulevard | | | Provo | UT | 84601 |
| Broad River Corner LLC dba Beer and Tobacco Outlet | Attn: Zahir Mahmud and Ryan Cannon | 2700 Broad River Road, Suite G | | | Columbia | SC | 29210 |
| Broad Street Mini Mart | Attn: Jordan Reyes | 14 W Broad St | | | Bethlehem | PA | 18018 |
| Broadway Market and Liquor Mart | Attn: Tran Trinh | 4018 S Broadway Pl | | | Los Angeles | CA | 90037 |
| Broadway Mobile Mart | Attn: Rob Hoshemi | 315 W. Vernon Ave | | | Los Angeles | CA | 90037 |
| Brothers Market | Attn: Scott Edwards | 105 Nixion SE | | | Cascade | IA | 52033 |
| Brothers Market | Attn: Scott Edwards | 207 E Locust St | | | Bloomfield | IA | 52537 |
| Brothers Market | Attn: Scott Edwards | 319 Ridge St | | | Tonganoxie | KS | 66086 |
| Browns Grocery Co Inc | Attn: Michael Dewayne Brown | 138 Road 1567 | | | Mooreville | MS | 38857-7013 |
| BRTR Investment Inc DBA Speedy Stop | Attn: Rupaly Kundu (Admin); Bimal Sarkar | 14611 N Mopac Expy | #200 | | Austin | TX | 78728 |
| Buche Foods | Attn: RF Buche | 2410m SD-10 | | | Sisseton | SD | 57262 |
| BV Enterprises dba Shelby Food Mart | Attn: Khaled Ornob | 443 E Shelby Dr | | | Memphis | TN | 38109 |
| By Rite Exxon LLC | Attn: Mike Nassar | 29036 Grand River Ave | | | Farmington Hills | MI | 48336 |
| Cache Valley Realty LLC, Cache CH LLC, Cache Nassim LLC | Attn: Igal Namdar | c/o Namdar Realty Group | 150 Great Neck Rd | Ste 304 | Great Neck | NY | 11021 |
| Caldwood CITGO Food Mart | Attn: Amit Giri | 55 E Caldwood Dr | | | Beaumont | TX | 77707 |
| California Gold Buyers and Smoke Shack | Attn: Ahmad Shehadeh | 2345 Northgate Blvd | | | Sacramento | CA | 95833 |
| Callaway Market | Attn: Lawrence Paulsen | 100 S Grand Ave | | | Callaway | NE | 68825 |
| Cape Fear Beverage and Variety | Attn: Arpit Patel | 400 W Old Rd | | | Lillington | NC | 27546 |
| Cappy's Produce LLC | Attn: James Schlatter | 1232 72nd St E | | | Tacoma | WA | 98404 |
| Cardenas Market LLC | Attn: Prabash Coswatte; Syrissa Torres | 2501 East Guasti Road | | | Ontario | CA | 91761 |
| Cards and Coffee | Attn: Dan Fleyshman | 6363 Hollywood Blvd | | | Los Angeles | CA | 90028 |
| Carol Fuel | Attn: Prajwol Shresma | 2650 W Patapsco Ave. | | | Baltimore | MD | 21230 |
| Casa De Dinero | Attn: David Mancia | c/o Manela Investments, Inc | 2021 W Sunset Ave | Ste A | Springdale | AR | 72762 |
| Cashman Field | | 850 Las Vegas Blvd N | | | Las Vegas | NV | 89101 |
| Cave Creek Chevron | Attn: Balbir Bahia | 15827 N Cave Creek Rd | Station # 205501 | | Phoenix | AZ | 85032 |
| Cedar City Shell LLC | Attn: Vasu Patel | 1572 S Convention Center Drive | | | St. George | UT | 84790 |
| Central Mall Holding, LLC | Attn: Matt Ilbak | Central Mall | 2259 S. 9th St. | | Salina | KS | 67401 |
| Central Mall Lawton Realty Holding, LLC | Attn: Mike Kohan | c/o Kohan Retail Investment Group | 1010 Northern Boulevard | Suite #212 | Great Neck | NY | 11021 |
| Chambersburg Mall Realty LLC, Chambersburg CH LLC, Chambersburg Nassim LLC | Attn: Igat Namdar, Sujata Patel | c/o Namdar Realty Group | 150 Great Neck Rd | Ste 304 | Great Neck | NY | 11021 |
| Chapel Hills Realty LLC, Chapel Hills CH LLC, Chapel Hills Nassim LLC | Attn: Igal Namdar | c/o Namdar Realty Group | 150 Great Neck Rd | Ste 304 | Great Neck | NY | 11021 |
| Charles Mall Company Limited Partnership | Attn: Carlos Saniel & Management Office | St. Charles Towne Center | 11110 Mall Circle, Suite 1016 | PO Box 6040 | Waldorf | MD | 20603 |
| Chatham BP, LLC | Attn: Amarjit Singh | 300 N Main St | | | Chatham | IL | 62629 |
| Cheema Oil Corp | Attn: Gurvinder Singh | 700 NJ-17 | | | Carlstadt | NJ | 07072 |
| Cherry Market LLC | Attn: Kyle Kennard Nalls | 7209 J Harris Blvd PMB 229 | | | Charlotte | NC | 28227 |
| Chester Chevron Food Mart | Attn: Harpreet Singh | 225 Main St | | | Chester | CA | 96020 |
| Christina Wine & Spirits | Attn: Vrajesh Patel | 1101 Chruchmans Rd | | | Newark | DE | 19713 |
| Cigarette Time | Attn: Haider Aljabar | 10295 Washington St | | | Denver | CO | 80229 |
| Circle Centre Mall, LLC | | 49 W Maryland St | | | Indianapolis | IN | 46204 |
| Cisco Smoke Shop | Attn: Mohammed Noraldeen | 1216 W University Dr | | | Mesa | AZ | 85201 |



**Exhibit D**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Citadel Mall Realty LLC, Citadel CH LLC, Citadel Nassim LLC | Attn: Igal Namdar | 750 Citadel Dr | | | East Colorado Spgs | CO | 80909 |
| Citgo Food Mart | Attn: Joe Rayyan | 705 Loudon Ave | | | Lexington | KY | 40505 |
| City Fuels | Attn: Rami Benjamin Fakhouri | 425 S Winnebago St | | | Rockford | IL | 61102 |
| City Gas at Two Notch | Attn: Gursharan Singh | 2100 Two Notch Rd | | | Columbia | SC | 29204 |