

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 10, 2023

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email:  ccarlyon@carlyoncica.com
           dcica@carlyoncica.com
*Counsel for Christopher McAlary*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>            Debtor. | Case No.: Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION AND GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR OPPOSITION TO APPROVAL OF STIPULATION GRANTING DERIVATIVE STANDING TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO CERTAIN ACTIONS**<br><br>Hearing Date:  August 17, 2023<br>Hearing Time: 10:30 a.m. |

The Court having reviewed and considered the *Stipulation Setting Hearing and Briefing Deadlines Regarding Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors with Respect to Certain Actions* by and between Christopher McAlary ("Mr.

McAlary") the Official Committee of Unsecured Creditors (the "Committee") and Cash Cloud, Inc. Dba Coin Cloud (the "Debtor" and collectively, the "Parties"), and the *Ex Parte Application for Order Shortening Time to Hear the Opposition to Approval of Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors with Respect to Certain Actions* [ECF No. 1029] (together, the "Application"), and for good cause appearing:

**IT IS HEREBY ORDERED** that the Application is hereby **GRANTED**, and the hearing on McAlary's Opposition will be heard by a United States Bankruptcy Judge at the United States Bankruptcy Court, 300 Las Vegas Blvd., Las Vegas, NV 89101 on **August 17, 2023, at 10:30 a.m.** The hearing may be held telephonically or via videoconferencing. Details of the dial-in number or videoconference information will be posted on the Bankruptcy Court's website under Court Calendars for Judge Nakagawa. See https://www.nvb.uscourts.gov/calendars/court-calendars/.

**IT IS HEREBY FURTHER ORDERED** that any response to the Opposition must be filed on or before **August 15, 2023** pursuant to Fed. R. Bankr. P. 9006(f) and Local Rule 9014(d)(4), with notice provided by electronic transmission. The relief requested herein may be granted without a hearing if a timely objection is not filed and served as required by Local Rule 9014(b)(1)(D).

**IT IS SO ORDERED.**

**CARLYON CICA CHTD.**

By: */s/ Dawn M. Cica*
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
*Counsel for Christopher McAlary*

**FOX ROTHSCHILD LLP**

By: */s/ Brett A. Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

*Counsel for Debtor*
**MCDONALD CARANO LLP**

By: */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

&

**SEWARD & KISSEL LLP**
ROBERT J. GAYDA, ESQ.
CATHERINE V. LOTEMPIO, ESQ.
(*pro hac vice applications granted*)
One Battery Park Plaza
New York, NY 10004

*Counsel for Official Committee
of Unsecured Creditors*

3