Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Jared A. Day, Trial Attorney
State Bar No. CA 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (775) 784-5335
Fax: (775) 784-5531
E-mail: jared.a.day@usdoj.gov

Attorneys for the United States Trustee for Region 17
TRACY HOPE DAVIS

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Case No: 23-10423-mkn |
|---|---|
| CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
| Debtor. | |

**AMENDED APPOINTMENT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, by and through her undersigned counsel, hereby files this Amended Notice of Appointment of the following unsecured creditors as members of the Official Committee of Unsecured Creditors in the above-captioned case due to the recent resignation of former member, Black Hole Investments, LLC.

| | |
|---|---|
| Genesis Global Holdco, LLC<br>**Attn: Andrew Tsang**<br>250 Park Ave South 5th Floor<br>New York, NY 10003<br>Phone: (551) 242-6865<br>E-mail: atsang@genesistrading.com | Identified Counsel:<br><br>**Jan VanLare**<br>Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Phone: (212) 225-2872<br>E-mail: jvanlare@cgsh.com |

/ / /

| | |
|---|---|
| Cole Kepro International, LLC<br>**Attn: Frederick Cook**<br>4170-103 Distribution Circle<br>Las Vegas, NV 89030<br>Phone: (702) 633-270<br>E-mail: fred@colekepro.com | Identified Counsel:<br><br>**Paul R. Hage**<br>Taft Stettinius & Hollister, LLP<br>27777 Franklin Rd., Suite 2500<br>Southfield, MI 48034<br>Phone: (248) 351-3000<br>E-mail: phage@taftlaw.com |
| Brink's U.S., a Division of Brink's, Incorporated<br>**Attn: Tara Team & Kevin Boland**<br>555 Dividend Drive, Suite 100<br>Coppell, TX 75019<br>Phone: (469) 549-6476 (Team)<br>Phone: (469) 549-6064 (Boland)<br>E-mail: tara.team@brinksinc.com<br>E-mail: kevin.boland@brinksinc.com | Identified Counsel:<br><br>**Robert Westermann and Brittany Falabella**<br>Hirschler Fleischer, P.C.<br>2100 East Cary Street<br>Richmond, VA 23223<br>Phone: (804) 771-9549 (Falabella)<br>Phone: (804) 771-5610 (Westermann)<br>E-mail: bfalabella@hirschlerlaw.com<br>E-mail: rwestermann@hirschlerlaw.com |
| National Services, LLC<br>315 Trane Drive<br>Knoxville, TN 37919<br>Phone: (865) 588-1558<br>E-mail: evans@nsafieldservice.com | Identified Counsel:<br><br>**Matthew Graves**<br>Hodges Doughty & Carson<br>617 Main St.<br>PO Box 869<br>Knoxville, TN 37901<br>Phone: (865) 292-2244<br>Email: mgraves@hdclaw.com |
| OptConnect MGT, LLC<br>**Attn: Chris Baird**<br>865 W. 450 N., Suite 1<br>Kaysville, UT 84037<br>Phone: (801) 660-8921<br>E-mail: chris.baird@optconnect.com | Identified Counsel:<br><br>**Craig Druehl**<br>Dechert LLP<br>Three Bryant Park, 1095 Avenue of Americas<br>New York, NY 10036<br>Phone: (212) 698-3601<br>Email: craig.druehl@dechert.com |
| Cennox Reactive Field Services LLC<br>**Attn: Michael Goggans**<br>1341 W. Battlefield Rd., Suite 210<br>Springfield, MO 65807<br>Phone: (470) 371-8033<br>E-mail: legal@cennox.com | Identified Counsel:<br><br>None |

Dated: August 10, 2023

Respectfully Submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: */s/ Terri H. Didion*
Terri H. Didion
Assistant United States Trustee

# CERTIFICATE OF SERVICE

I, ANABEL ABAD SANTOS, under penalty of perjury declare: That declarant is, and was when the herein described service took place, a citizen of the United States, over 18 years of age, and not a party to nor interested in, the within action; that on August 10, 2023, I caused a copy of the foregoing

**AMENDED APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

to be served on the following parties:

☑    a. ECF System (attach Notice of Electronic Filing or list of persons & addresses):

- **RYAN A. ANDERSEN**    ryan@aandblaw.com, tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com;andersen.ryana.b117998@notify.bestcase.com
- **BRETT A. AXELROD**    baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com
- **KURT R. BONDS**    efile@alversontaylor.com, kbonds@alversontaylor.com;adidio@alversontaylor.com
- **LEW BRANDON**    l.brandon@bsnv.law
- **OGONNA M. BROWN**    obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com
- **LOUIS M BUBALA**    lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;sstice@kcnvlaw.com
- **CANDACE C CARLYON**    ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com
- **CHAPTER 11 - LV**    USTPRegion17.lv.ecf@usdoj.gov
- **SHAWN CHRISTIANSON**    schristianson@buchalter.com, cmcintire@buchalter.com
- **DAWN M. CICA**    dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com
- **CRAIG P. DRUEHL**    craig.druehl@dechert.com
- **ANNE FREELAND**    atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com
- **NEDDA GHANDI**    nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com
- **RONALD E. GOLD**    rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com
- **MARJORIE A. GUYMON**    bankruptcy@goldguylaw.com, mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com;kathrinev@goldguylaw.com

- **BRIGID M. HIGGINS**    bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law
- **JAMES M JIMMERSON**    jmj@jimmersonlawfirm.com
- **ROBERT R. KINAS**    rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com
- **BART K. LARSEN**    BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com
- **TIMOTHY A LUKAS**    ecflukast@hollandhart.com
- **JEANETTE E. MCPHERSON**    JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com
- **STACY H RUBIN**    srubin@nevadafirm.com, oswibies@nevadafirm.com;mholley@nevadafirm.com;BKECF@nevadafirm.com
- **ADAM P. SCHWARTZ**    aschwartz@carltonfields.com, amaranto@carltonfields.com
- **BRIAN D. SHAPIRO**    brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;6855036420@filings.docketbird.com
- **JAMES PATRICK SHEA**    jshea@shea.law, blarsen@shea.law;support@shea.law
- **ARIEL E. STERN**    ariel.stern@akerman.com, akermanlas@akerman.com
- **STRETTO**    ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com
- Jeffrey R. Sylvester    jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com
- **RONALD M TUCKER**    rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com
- **U.S. TRUSTEE - LV - 11**    USTPRegion17.lv.ecf@usdoj.gov
- **MAURICE VERSTANDIG**    mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com
- **MICHAEL L WACHTELL**    mwachtell@buchalter.com
- **JOHN T. WENDLAND**    jwendland@wdlaw.com, NVeFile@weildrage.com
- **ZACHARY WILLIAMS**    zwilliams@foxrothschild.com, ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com
- **STUART FREEMAN WILSON-PATTON**    stuart.wilson-patton@ag.tn.gov
- **RYAN J. WORKS**    rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

I declare under penalty of perjury that the foregoing is true and correct.

Signed: August 10, 2023

/s/ *Anabel Abad Santos*
ANABEL ABAD SANTOS