John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No.: 23-10423-mkn |
|---|---|
| CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
| Debtor. | **FOURTH MONTHLY FEE STATEMENT OF SEWARD & KISSEL LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 1, 2023, THROUGH JUNE 30, 2023** |
| | Seward & Kissel LLP, Counsel to Official Committee of Unsecured Creditors |
| | April 27, 2023 (employment authorized retroactive to February 23, 2023) |
| | June 1, 2023, through June 30, 2023 |
| | $171,168.00 (80% of $213,960.00) |
| | $0.00 (100% of expenses) |

Seward & Kissel LLP ("S&K" or the "Applicant"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Fourth Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing June 1, 2023, through June 30, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, S&K requests allowance and payment of $171,168.00 (representing 80% of the $213,960.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $0.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by S&K during the Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at S&K who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit 3** are the detailed time entries and expenses for the Fee Period (invoice for the period June 1, 2023, through June 30, 2023) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. S&K reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

1    DATED this 10th day of August 2023.

2                                              SEWARD & KISSEL LLP

3
                                               By: _/s/___John R. Ashmead_____
4                                                  John R. Ashmead, Esq.
                                                   Robert J. Gayda, Esq.
5                                                  Catherine V. LoTempio, Esq.
                                                   Andrew J. Matott, Esq.
6                                                  (*pro hac vice applications granted*)
                                                   SEWARD & KISSEL LLP
7                                                  One Battery Park Plaza
                                                   New York, NY 10004
8                                                  ashmead@sewkis.com
                                                   gayda@sewkis.com
9                                                  lotempio@sewkis.com
                                                   matott@sewkis.com
10
                                                   *Counsel for Official Committee*
11                                                 *of Unsecured Creditors*

12

13   Respectfully Submitted By:

14   McDONALD CARANO LLP

15
      _/s/ Ryan J. Works_____
16   Ryan J. Works, Esq. (NSBN 9224)
     Amanda M. Perach, Esq. (NSBN 12399)
17   2300 West Sahara Avenue, Suite 1200
     Las Vegas, Nevada 89102
18   rworks@mcdonaldcarano.com
     aperach@mcdonaldcarano.com
19
     *Counsel for Official Committee*
20   *of Unsecured Creditors*

21

22

23

24

25

26

27

28

EXHIBIT 1

**Summary of Professionals for the Fee Period**

| Name | Year Admitted[1] | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| John R. Ashmead | 1990 | Bankruptcy | $1625 | 0.4 | $650.00 |
| Robert J. Gayda | 2004 | Bankruptcy | $1300 | 39.8 | $51,740.00 |
| Mark Kotwick | 1989 | Litigation | $1450 | 1.3 | $1,885.00 |
| Hoyoon Nam | 2007 | Corporate | $1125 | 0.5 | $562.50 |
| **Associates** | | | | | |
| Catherine V. LoTempio | 2014 | Bankruptcy | $975 | 57.9 | $56,452.50 |
| Andrew J. Matott | 2017 | Bankruptcy | $925 | 61.9 | $57,257.50 |
| Laura E. Miller | 2013 | Litigation | $975 | 39.1 | $38,122.50 |
| John Patouhas | Law Clerk[2] | Bankruptcy | $750 | 9 | $6,750.00 |
| **Paraprofessionals** | | | | | |
| Marian Wasserman | | | $360 | 1.5 | $540.00 |
| **Total:** | | | | **211.4** | **$213,960.00** |

---

[1]    Unless otherwise noted, admission year is for New York Bar.
[2]    Admission pending.

EXHIBIT 2

**Statement of Fees by Subject Matter**

| Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|
| **Case Administration** | 3.1 | $2,942.50 |
| **Litigation-Contested Matter and Adversary Proceedings** | 8.8 | $8,962.50 |
| **Asset Disposition** | 97.1 | $102,150.00 |
| **Communication with Committee/ Creditors** | 21.4 | $22,280.00 |
| **Financing and Cash Collateral** | 5.2 | $5,605.00 |
| **Plan and Disclosure Statement** | 9.0 | $8,982.50 |
| **Avoidance Action Analysis** | 57.6 | $53,320.00 |
| **Court Hearings** | 5.6 | $6,132.50 |
| **Employment and Fee Applications** | 1.4 | $1,365.00 |
| **Lien Investigation** | 2.2 | $2,220.00 |
| **Total** | **211.4** | **$213,960.00** |

EXHIBIT 3
**Detailed Time Records**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**   **Coin Cloud- Official**                                          **August 02, 2023**
          **Committee of Unsecu**                                    **Invoice Number 9160068365**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through June 30, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0001 | Case Administration | 2,942.50 | 0.00 | 2,942.50 |

|  | **Invoice Date** | August 02, 2023 |
|---|---|---|

Coin Cloud- Official Committee of Unsecu

| | **Invoice Number** | 9160068365 |
|---|---|---|

**38239-0001**   Case Administration

| | **Through** | June 30, 2023 |
|---|---|---|

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/02/2023 | Review and sign off on final KERP order. | CVL | 0.10 | 97.50 |
| 06/06/2023 | Follow up with Debtor re liquidity (.1); discuss same with R. Gayda (.1). | CVL | 0.20 | 195.00 |
| 06/06/2023 | Review omnibus rejection orders and sign off re same. | CVL | 0.10 | 97.50 |
| 06/07/2023 | Review email to Debtor regarding resignation of Adam Goldstein. | CVL | 0.10 | 97.50 |
| 06/13/2023 | Discuss workstreams and process internally. | AJM | 1.10 | 1,017.50 |
| 06/21/2023 | Follow up re KERP payments with Debtor (.1); review response re same (.1); emails with FTI (.1). | CVL | 0.30 | 292.50 |
| 06/22/2023 | Case updates from A. Matott; follow up re same. | CVL | 0.20 | 195.00 |
| 06/26/2023 | Weekly call with FTI re ongoing workstreams. | CVL | 0.50 | 487.50 |
| 06/26/2023 | Update call with FTI. | AJM | 0.50 | 462.50 |

**Total Hours**..............................................................................................................    **3.10**

**Total Services**.................................................................................................$    **2,942.50**

**TOTAL AMOUNT DUE**.................................................................$    **2,942.50**

Coin Cloud- Official Committee of Unsecu

| | **Invoice Date** | August 02, 2023 |
|---|---|---|
| | **Invoice Number** | 9160068365 |
| | **Through** | June 30, 2023 |

**38239-0001**          Case Administration

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 1.50 | 975.00 | 1,462.50 |
| 2020 AJM | Associate | Matott, Andrew J. | 1.60 | 925.00 | 1,480.00 |
| **Total** | | | **3.10** | | **2,942.50** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**August 02, 2023**
**Invoice Number 9160068365**

38239-0001     **Case Administration**

For Professional Services Rendered through June 30, 2023:

Fees                                                                                      2,942.50

**TOTAL AMOUNT DUE**................................................................................................ $          **2,942.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

|                         |                                    |
|-------------------------|------------------------------------|
| **Name of Bank:**       | **Citibank, N.A.**                 |
| **Address of Bank:**    | **120 Broadway**                   |
|                         | **New York, NY 10271**             |
| **ABA Number:**         | **021000089**                      |
| **Name of Account:**    | **Seward & Kissel LLP Central Account** |
| **Account Number:**     | **4973607720**                     |
| **Swift Code:**         | **CITIUS33**                       |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

| | | |
|---|---|---|
| **38239** | **Coin Cloud- Official**<br>**Committee of Unsecu** | **August 02, 2023**<br>**Invoice Number 9160068366** |

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through June 30, 2023:**

| <u>Matter Number</u> | <u>Matter Name</u> | <u>Fee</u><br><u>Amount</u> | <u>Disbursement</u><br><u>Amount</u> | <u>Total</u><br><u>Amount</u> |
|---|---|---|---|---|
| 38239-0005 | Litigation-Contested matter and<br>adversary proceedings | 8,962.50 | 0.00 | 8,962.50 |

| | | **Invoice Date** | August 02, 2023 |
| | Coin Cloud- Official Committee of Unsecu | **Invoice Number** | 9160068366 |
| **38239-0005** | Litigation-Contested matter and adversary proceedings | **Through** | June 30, 2023 |

| **DATE** | **NARRATIVE** | **NAME** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 06/06/2023 | Review Bitcoin Depot adversary proceeding filings and summarize for L. Miller to respond to Committee question (.9). | AJM | 0.90 | 832.50 |
| 06/26/2023 | Review Stip re RockitCoin adversary (.1); internal discussion re same (.3); review of emails re same (.1). | CVL | 0.50 | 487.50 |
| 06/26/2023 | Draft confi agreement (1.1). | AJM | 1.10 | 1,017.50 |
| 06/26/2023 | Update call with FTI (.5); call with J. Jimmerson re updates in litigation cases (1.4). | AJM | 1.40 | 1,295.00 |
| 06/26/2023 | E-mail to J. Jimmerson regarding missing insurance claims (0.1); review documents received regarding same (0.4); discuss sale issues with A. Matott (0.2); attend professionals call (0.5); call with J. Jimmerson and FTI (1.4); call with M. Kotwick regarding next steps (0.1); e-mails and discussion regarding RockitCoin dismissal and APA (0.5). | LEM | 3.20 | 3,120.00 |
| 06/28/2023 | Call w Canadian counsel re litigation (.9); follow up with M. Tucker re same (.1). | RJG | 1.00 | 1,300.00 |
| 06/30/2023 | Call w Debtor re Cole Kepro litigation. | RJG | 0.70 | 910.00 |

**Total Hours**............................................................................................ **8.80**

**Total Services**..............................................................................$ **8,962.50**

**TOTAL AMOUNT DUE**.....................................................$ **8,962.50**

| | | | **Invoice Date** | August 02, 2023 |
|---|---|---|---|---|

Coin Cloud- Official Committee of Unsecu

**38239-0005**    Litigation-Contested matter and adversary proceedings

| | **Invoice Number** | 9160068366 |
|---|---|---|
| | **Through** | June 30, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1998 RJG | Partner | Gayda, Robert J. | 1.70 | 1,300.00 | 2,210.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 0.50 | 975.00 | 487.50 |
| 1997 LEM | Associate | Miller, Laura E. | 3.20 | 975.00 | 3,120.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 3.40 | 925.00 | 3,145.00 |
| **Total** | | | **8.80** | | **8,962.50** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**August 02, 2023**
**Invoice Number 9160068366**

38239-0005        **Litigation-Contested matter and adversary proceedings**

For Professional Services Rendered through June 30, 2023:

Fees                                                                                                                8,962.50

**TOTAL AMOUNT DUE**......................................................................................... $            **8,962.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

38239      **Coin Cloud- Official**
               **Committee of Unsecu**

**August 02, 2023**
**Invoice Number 9160068369**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through June 30, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0006 | Asset Disposition | 102,150.00 | 0.00 | 102,150.00 |

<table>
<tr><td></td><td>Coin Cloud- Official Committee of Unsecu</td><td>Invoice Date</td><td>August 02, 2023</td></tr>
<tr><td></td><td></td><td>Invoice Number</td><td>9160068369</td></tr>
<tr><td>38239-0006</td><td>Asset Disposition</td><td>Through</td><td>June 30, 2023</td></tr>
</table>

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 06/01/2023 | Call w UCC RE FTI Teams sale. | RJG | 0.80 | 1,040.00 |
| 06/01/2023 | Emails w S&K and FTI teams re sale (1.3); call w M. Tucker re sale (.4). | RJG | 1.70 | 2,210.00 |
| 06/01/2023 | Review bid comparison (.2); emails re same (.1); review updated bid summaries from FTI (.2); update to J. Ashmead (.1). | CVL | 0.60 | 585.00 |
| 06/01/2023 | Discuss status of bids internally (.3); review FTI comparison chart (.2). | AJM | 0.50 | 462.50 |
| 06/02/2023 | Attend auction (1.6); calls and emails related to sale (1.5). | RJG | 3.10 | 4,030.00 |
| 06/02/2023 | Emails re auction dial-in (.1); review process update from Province (.1); discuss with A. Matott (.2); discuss qualified bidder status internally (.1); review bid procedures re same (.1); emails with UCC advisor team prior to auction (.2); further emails re qualification of bidders (.1); email with Debtor team re same (.1); pre call with FTI (.3); attend first part of auction (.7); numerous check ins re status (.3); review updated bid (.2); discuss with A. Matott (.2); call with FTI (.6); follow up with R. Gayda (.1); email to Enigma (.1); numerous status checks and discussions (.2); listen to auction on the record (.2); further check ins and status updates (.1); update from A. Matott (.1); update from M. Tucker (.1); listen to final part of auction (.2); follow up re same (.1); email re bids and reservations (.1). | CVL | 4.60 | 4,485.00 |
| 06/02/2023 | Reviewed updated HCG/GenesisCoin bidCall with FTI (.3); discuss bids internally (.4); attend auction (12.5). | AJM | 13.20 | 12,210.00 |
| 06/05/2023 | UCC professionals call w FTI (.8); call w Debtor professionals (.6). | RJG | 1.40 | 1,820.00 |
| 06/05/2023 | Call with Debtor advisors re status of bids (.6); call with R. Gayda re same (.1); coordinate with A. Matott re follow up from same (.1); call with FTI re bids/update (.8); follow up with Debtor re status (.1); internal emails and follow up (.1). | CVL | 1.80 | 1,755.00 |
| 06/05/2023 | Weekly call with FTI (.8); background research and follow up emails re case issue with bids (.3); call with Debtor's counsel and Province (.6). | AJM | 1.70 | 1,572.50 |
| 06/05/2023 | Review revised McAlary bid (.1) and emails re bids status and workstreams (.2); review bid procedures and bid procedures order (.2); revised revised McAlary bid (.1); and GenesisCoin bid term sheet (.2). | AJM | 0.80 | 740.00 |
| 06/06/2023 | Discuss sale options w FTI (.6); call w Debtor's counsel (.3). | RJG | 0.90 | 1,170.00 |

Coin Cloud- Official Committee of Unsecu

| | | Invoice Date | August 02, 2023 |
|---|---|---|---|
| | | Invoice Number | 9160068369 |
| **38239-0006** | Asset Disposition | Through | June 30, 2023 |

| | | | | |
|---|---|---|---|---|
| 06/06/2023 | Review term sheets (.3); discuss with A. Matott (.2); review motion confirming auction results (.3); review A. Matott emails re comments (.1). | CVL | 0.90 | 877.50 |
| 06/06/2023 | Review updated term sheets (.3); attn to emails re bid inquiries (.2); review and revise sale motion and declarations (.6); correspondence with debtor counsel (.1); discuss papers with C. LoTempio (.2); call with R. Gayda and C. LoTempio re term sheets and sale motion (.3). | AJM | 1.70 | 1,572.50 |
| 06/07/2023 | Email correspondence w FTI re sale (.4); call w M. Tucker re same (.5); discuss status w S&K team (.4). | RJG | 1.30 | 1,690.00 |
| 06/07/2023 | Call with FTI to discuss bid update (.4); meet with R. Gayda and A. Matott re bid status and next steps (.3). | CVL | 0.40 | 390.00 |
| 06/07/2023 | Discuss APAs with R. Gayda and C. LoTempio (.2). | AJM | 0.20 | 185.00 |
| 06/08/2023 | Call w FTI re sale process (1.1); call w Tucker (.3); discuss options w S&K team (.5); call w Debtor's professionals re sale process (.7). | RJG | 2.60 | 3,380.00 |
| 06/08/2023 | Review Genesis APA and comments to the same (.9); internal discussion re same (.3); circulate to debtor (.2); emails re extension stip (.1). | CVL | 1.50 | 1,462.50 |
| 06/08/2023 | Weekly professionals call with Debtor re sale update. | CVL | 0.70 | 682.50 |
| 06/08/2023 | Call with FTI re APAs (1.1); discuss internally (.1); call with Debtor team (.7). | AJM | 1.90 | 1,757.50 |
| 06/08/2023 | Teleconference with FTI (.3); professionals call (.7). | LEM | 1.00 | 975.00 |
| 06/09/2023 | Attn emails re auciton/sale and ucc member reactions. | JRA | 0.20 | 325.00 |
| 06/09/2023 | Call with Debtor professionals (0.7); draft email re payments and shutdown (.5); send the same (.1). | CVL | 1.30 | 1,267.50 |
| 06/09/2023 | Call with Debtor team regarding sale/closing (.7). | AJM | 0.70 | 647.50 |
| 06/10/2023 | Call w Enigma. | RJG | 0.50 | 650.00 |
| 06/12/2023 | Follow up with Debtor re status of APA and filings (.1). | CVL | 0.10 | 97.50 |
| 06/12/2023 | Update call with FTI (.3); call with Debtor professionals (.8); follow up re Brazil receivables ( .1); discuss internally (.2); discuss stipulation for extension of objection deadline (.1); review the same (.1); review draft apa with Heller (.3); discuss with A. Matott (.3 ); circulate comments to Debtor (.2); follow up re Brazil additional payments (.2). | CVL | 2.60 | 2,535.00 |
| 06/12/2023 | Call with FTI re sale/case update (.3); call with Province (.8); discuss internally (.2); attn to emails with FTI (.2); review and revise Heller APA (.4) and discuss with C. LoTempio (.1). | AJM | 2.00 | 1,850.00 |

Coin Cloud- Official Committee of Unsecu

| | | **Invoice Date** | August 02, 2023 |
| | | **Invoice Number** | 9160068369 |
| **38239-0006** | Asset Disposition | **Through** | June 30, 2023 |

| | | | | |
|---|---|---|---|---|
| 06/13/2023 | Discuss APA status and issues w S&K team (.8); review emails re APA issues (.7). | RJG | 1.50 | 1,950.00 |
| 06/13/2023 | Meet with A. Matott and R. Gayda re sale process update (0.8); email with Debtor re management agreement (.1); review drafts of APAs and management agreement and markup the same (1.5); call with FTI (.3); further review of draft APAs (.3); discuss with FTI (.3); follow up with redlines (.1); review comments to Genesis Coin APA (.6); emails with Debtor (.1);. | CVL | 4.10 | 3,997.50 |
| 06/13/2023 | Review/revise Heller APA (.2); review/ discussGenesisCoin APA (.2); attn to multiple emails re the same (.2). | AJM | 0.60 | 555.00 |
| 06/14/2023 | Emails re APA issues (.7); review revised APA (.6); review Exhibits (.4). | RJG | 1.70 | 2,210.00 |
| 06/14/2023 | Review and Revise APAs (1.4); discuss with FTI in multiple emails (.4); review FTI comments (.5); emails with Debtor counsel re same (.2); circulate markups and redlines (.2). | CVL | 2.70 | 2,632.50 |
| 06/15/2023 | Call w Debtor's professionals re sale (.7); review revised APA (.5); email w S&K team re same (.3). | RJG | 1.50 | 1,950.00 |
| 06/15/2023 | Call with Debtor advisors re sale update (.7); follow up internally re same (.1); review APAs drafts (.3); emails re same (.1). | CVL | 1.20 | 1,170.00 |
| 06/16/2023 | Call re case and sale status. | RJG | 1.10 | 1,430.00 |
| 06/16/2023 | Review OST mgmt agreement motion (.2). | AJM | 0.20 | 185.00 |
| 06/19/2023 | Call w all consultation parties re sale (.5); review APA and related pleadings filed (.4). | RJG | 0.90 | 1,170.00 |
| 06/19/2023 | Call with Debtor counsel re update on sale process (.5); follow up re same (.1); email to local re same (.1). | CVL | 0.70 | 682.50 |
| 06/19/2023 | Call with consultation parties on timeline / workstreams (.5); discuss same internally (.1); review sale motion (.6). | AJM | 1.20 | 1,110.00 |
| 06/20/2023 | Update call with FTI re sale and related case issues (1.2). | CVL | 1.20 | 1,170.00 |
| 06/20/2023 | Follow up with Debtor re status of APAs (.1); review docket and calendar sale related deadlines (.1). | CVL | 0.20 | 195.00 |
| 06/20/2023 | Call with FTI re sale update, timeline, issues (1.2); Follow up RE same (0.2). | AJM | 1.40 | 1,295.00 |
| 06/21/2023 | Update re sale status and statement with R. Gayda and A. Matott (.5). | CVL | 0.50 | 487.50 |
| 06/21/2023 | Discuss position on sale motion with R. Gayda and C. LoTempio (.5). | AJM | 0.50 | 462.50 |

Coin Cloud- Official Committee of Unsecu

| | | **Invoice Date** | August 02, 2023 |
|---|---|---|---|
| | | **Invoice Number** | 9160068369 |
| **38239-0006** | Asset Disposition | **Through** | June 30, 2023 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 06/22/2023 | Rvw/comment to reservation of rts re sale and MSA motions. | JRA | 0.20 | 325.00 |
| 06/22/2023 | Review and revise reservation of rights. | RJG | 1.00 | 1,300.00 |
| 06/22/2023 | Review and markup sale order (.8); circulate to Debtor (.1); emails re call scheduling (.1); review and revise draft statement and reservation of rights (1.2); review and revise ROR and statement (.4); review FTI counsel (.1); circulate to UCC (.1). | CVL | 2.80 | 2,730.00 |
| 06/22/2023 | Call with Debtor professionals and FTI re case updates, sale timeline, Plan etc. | AJM | 1.10 | 1,017.50 |
| 06/22/2023 | Draft statement/ROR w/r/t sale motion (1.6); review sale order and discuss internally (.3); further revise ROR and circulate same (.3). | AJM | 2.20 | 2,035.00 |
| 06/23/2023 | Review and revise ROR (.7); call w Debtors re sale and open issues (1.0). | RJG | 1.70 | 2,210.00 |
| 06/23/2023 | Email re updated APA filings (.2); discuss response internally (.1); review updated APAs (.2); call with Enigma counsel re Sale order (.5); call with R. Gayda (.1); call with Genesis counsel (.1); update re same (.1); emails re finalization of ROR (.2); review docket re sale order (.1). | CVL | 1.60 | 1,560.00 |
| 06/23/2023 | Revise ROR with respcet to sale motion (.4) and email re the same (.1); call with RC counsel (.2); emails re the same (.2); revise ROR further and finalize for filing (.3). | AJM | 1.20 | 1,110.00 |
| 06/26/2023 | Negotiate Sale Order with Debtor, Enigma, Genesis and DIP Lender (1.7); call w FTI and S&K teams re sale (.5); call w RockitCoin counsel re sale (.4). | RJG | 2.60 | 3,380.00 |
| 06/26/2023 | Review sale order comments from DIP Lender (.1); discuss internally (.1); follow up emails re same (.1); review numerous discussions re same (.1); emails re DIP payoff re same (.1); emails re surcharge analysis (.1); review Brazil APA (.1); internal discussion (.1); emails with Debtor (.2); internal discussion re potential release of claims (.1). | CVL | 1.10 | 1,072.50 |
| 06/26/2023 | Discuss sale terms re litigation with L. Miller (.2); emails re sale of brazil assets (.1); review RockitCoin stip (.1); discuss internally (.2); attn to emails re same (.1); review C. McAlary dec (.1) and discuss same (.1). | AJM | 1.00 | 925.00 |
| 06/27/2023 | Call w FTI re sale order and related issues (.8); email correspondence re comments to sale order (.6); review Genesis proposal (.5); discuss w S&K team (.4); consider Brazil sale and related issues (.7). | RJG | 3.00 | 3,900.00 |
| 06/27/2023 | Review language from Genesis re surcharge for Sale order | CVL | 2.90 | 2,827.50 |

| | | Invoice Date | August 02, 2023 |
|---|---|---|---|

Coin Cloud- Official Committee of Unsecu

| | | **Invoice Number** | 9160068369 |
|---|---|---|---|

**38239-0006**          Asset Disposition

| | | **Through** | June 30, 2023 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | (.2); discuss internally (.1); review revised APA re Brazil and discuss (.4); review comments to Sale order (.2); call with Debtor re sale order language (.5); discuss internally (.1); circulate comment (.1); further review language and discuss (.2); call with FTI re status and open items (0.8); follow up with Debtor on Sale order language (.1); emails with Enigma (.1); review and sign off on sale language for filing (.1). | | | |
| 06/27/2023 | Review sale order language (.1); discuss revisions with C. LoTempio (.1); call with FTI regarding sale issues and timeline (.8). | AJM | 1.00 | 925.00 |
| 06/28/2023 | Review revised sale order language (.2); review further updated language after hearing (.1); discuss internally (.2); sign off on orders (.1). | CVL | 0.60 | 585.00 |
| 06/29/2023 | Weekly call with Debtor and UCC team. | CVL | 1.20 | 1,170.00 |

**Total Hours**................................................................................ **97.10**

**Total Services**.......................................................................$ **102,150.00**

**TOTAL AMOUNT DUE**....................................................$ **102,150.00**

Coin Cloud- Official Committee of Unsecu

**38239-0006**          Asset Disposition

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 0994 JRA | Partner | Ashmead, John | 0.40 | 1,625.00 | 650.00 |
| 1998 RJG | Partner | Gayda, Robert J. | 27.30 | 1,300.00 | 35,490.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 35.30 | 975.00 | 34,417.50 |
| 1997 LEM | Associate | Miller, Laura E. | 1.00 | 975.00 | 975.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 33.10 | 925.00 | 30,617.50 |
| **Total** | | | **97.10** | | **102,150.00** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**August 02, 2023**
**Invoice Number 9160068369**

38239-0006    **Asset Disposition**

For Professional Services Rendered through June 30, 2023:

Fees                                                                        102,150.00

**TOTAL AMOUNT DUE**.................................................................................. $          **102,150.00**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

|  |  |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
|  | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**     **Coin Cloud- Official**                             **August 03, 2023**
          **Committee of Unsecu**                      **Invoice Number 9160068372**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through June 30, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0009 | Communications with Creditors | 22,280.00 | 0.00 | 22,280.00 |

**Page    2**

Coin Cloud- Official Committee of Unsecu

| | | **Invoice Date** | August 03, 2023 |
| --- | --- | --- | --- |
| **38239-0009** | Communications with Creditors | **Invoice Number** | 9160068372 |
| | | **Through** | June 30, 2023 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 06/01/2023 | Committee call to discuss bids (0.5); Prep for same (0.1). | CVL | 0.60 | 585.00 |
| 06/01/2023 | Prep for (.1) and special UCC call (.5). | AJM | 0.60 | 555.00 |
| 06/05/2023 | Discuss agenda (.1); circulate internally (.1); emails re same (.1); send to Committee (.1). | CVL | 0.40 | 390.00 |
| 06/06/2023 | Call w Committee re sale. | RJG | 0.90 | 1,170.00 |
| 06/06/2023 | Review summary emails from M. Tucker to Committee (.2); follow up re same (.1); call with Committee (.9). | CVL | 1.20 | 1,170.00 |
| 06/06/2023 | Prep for (.3) and weekly UCC call (.9). | AJM | 1.20 | 1,110.00 |
| 06/07/2023 | Coordinate UCC call for Friday and correspondence re same. | RJG | 0.30 | 390.00 |
| 06/07/2023 | Email to Committee re scheduling call to discuss bids. | CVL | 0.10 | 97.50 |
| 06/08/2023 | Update to UCC. | RJG | 0.30 | 390.00 |
| 06/08/2023 | Call with Committee member (.5); call with additional committee member and counsel (.4); draft email to committee re change in sale status (.7); revise and send (.1). | CVL | 1.70 | 1,657.50 |
| 06/08/2023 | Call with member regarding APA/bidss (.5); subsequent call with member regarding APA/bids/sale process (.4). | AJM | 0.90 | 832.50 |
| 06/09/2023 | UCC update call (.9). | RJG | 0.90 | 1,170.00 |
| 06/09/2023 | Weekly committee update call. | CVL | 0.90 | 877.50 |
| 06/09/2023 | Prep for (.1) and call with UCC (.9). | AJM | 1.00 | 925.00 |
| 06/09/2023 | Attend UCC call. | LEM | 0.90 | 877.50 |
| 06/12/2023 | Emails re rescheduling of UCC call (.1); discuss internally (.1); email to UCC re same (.2). | CVL | 0.40 | 390.00 |
| 06/13/2023 | Call w OptConnect. | RJG | 0.40 | 520.00 |
| 06/13/2023 | Emails with Committee members re scheduling of UCC call (.1); email to Committee re bar date reminder (.1). | CVL | 0.20 | 195.00 |
| 06/15/2023 | Circulate agenda. | CVL | 0.10 | 97.50 |
| 06/16/2023 | Weekly UCC call. | RJG | 0.50 | 650.00 |
| 06/16/2023 | Committee update call (.5); prepare email update to member who could not attend (.2). | CVL | 0.70 | 682.50 |
| 06/16/2023 | Weekly UCC call (.5) and follow up with UCC member (.2). | AJM | 0.70 | 647.50 |
| 06/21/2023 | UCC call re sale of assets (0.8); Prep for same (0.2). | RJG | 1.00 | 1,300.00 |
| 06/21/2023 | Weekly Committee call. | CVL | 0.80 | 780.00 |
| 06/21/2023 | Weekly UCC call (.8); discuss workstreams internally | AJM | 1.70 | 1,572.50 |

|  |  | **Invoice Date** | August 03, 2023 |
|--|--|--|--|
| | Coin Cloud- Official Committee of Unsecu | **Invoice Number** | 9160068372 |
| **38239-0009** | Communications with Creditors | **Through** | June 30, 2023 |

| | | | | |
|--|--|--|--|--|
| | (.1); and follow up with UCC members via email (.1); call with UCC member (.2); call with another UCC member (.5). | | | |
| 06/26/2023 | Internal discussion re adjournment of UCC call (.1); follow up with FTI (.1); draft and send email to UCC re same (.1). | CVL | 0.30 | 292.50 |
| 06/29/2023 | Weekly UCC call (.7); prepare for same (.1). | RJG | 0.80 | 1,040.00 |
| 06/29/2023 | Prepare committee agenda (.1); discuss the same (.1); committee update call (.7). | CVL | 0.90 | 877.50 |
| 06/29/2023 | Weekly UCC call. | AJM | 0.70 | 647.50 |
| 06/30/2023 | Call w OptConnect counsel. | RJG | 0.30 | 390.00 |

**Total Hours**.......................................................................................... **21.40**

**Total Services**...............................................................................$ **22,280.00**

**TOTAL AMOUNT DUE**.................................................$ **22,280.00**

|  | | | | **Invoice Date** | August 03, 2023 |
|  | | | | **Invoice Number** | 9160068372 |
|  | | | | **Through** | June 30, 2023 |

Coin Cloud- Official Committee of Unsecu

**38239-0009**          Communications with Creditors

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1998 RJG | Partner | Gayda, Robert J. | 5.40 | 1,300.00 | 7,020.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 8.30 | 975.00 | 8,092.50 |
| 1997 LEM | Associate | Miller, Laura E. | 0.90 | 975.00 | 877.50 |
| 2020 AJM | Associate | Matott, Andrew J. | 6.80 | 925.00 | 6,290.00 |
| **Total** | | | **21.40** | | **22,280.00** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**August 03, 2023**
**Invoice Number 9160068372**

38239-0009     **Communications with Creditors**

For Professional Services Rendered through June 30, 2023:

Fees ....................................................................................................... 22,280.00

**TOTAL AMOUNT DUE**..................................................................................... $      **22,280.00**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| Name of Bank: | **Citibank, N.A.** |
| Address of Bank: | **120 Broadway** |
| | **New York, NY 10271** |
| ABA Number: | **021000089** |
| Name of Account: | **Seward & Kissel LLP Central Account** |
| Account Number: | **4973607720** |
| Swift Code: | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**    **Coin Cloud- Official**
            **Committee of Unsecu**

**August 02, 2023**
**Invoice Number 9160068364**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through June 30, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0011 | Financing and Cash Collateral | 5,605.00 | 0.00 | 5,605.00 |

|  |  | **Invoice Date** | August 02, 2023 |
|---|---|---|---|

Coin Cloud- Official Committee of Unsecu

**38239-0011**      Financing and Cash Collateral

| | | **Invoice Number** | 9160068364 |
|---|---|---|---|
| | | **Through** | June 30, 2023 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 06/05/2023 | Discuss DIP Forbearance w S&K team. | RJG | 0.40 | 520.00 |
| 06/05/2023 | Review forebearance agreement (.5); discuss internally (.1); prepare issues list re same (.2); update and circulate internally (.1); circulate to debtor counsel (.1). | CVL | 1.00 | 975.00 |
| 06/05/2023 | Review final forbearance agreements and certificates (.5); emails re same (.1); attn to issues list re the same (.2). | AJM | 0.80 | 740.00 |
| 06/06/2023 | Review filed stipulation between Debtor and DIP lender (.2). | AJM | 0.20 | 185.00 |
| 06/09/2023 | Discuss forbearance w CVL (.2); emails correspondence re same (.5). | RJG | 0.70 | 910.00 |
| 06/09/2023 | Review forebearance stipulation (.2); emails re same (.1); follow up with R. Gayda re same (.1); discuss potential filings with R. Gayda (.2). | CVL | 0.60 | 585.00 |
| 06/27/2023 | Review emails re recharacterization under DIP Order (.1); discuss internally (.1); email to Debtor re same (.1). | CVL | 0.30 | 292.50 |
| 06/29/2023 | Review liquidity analysis and discuss w Committee professionals. | RJG | 0.70 | 910.00 |
| 06/29/2023 | Review final DIP Order re reporting (.2); discuss internally (.1); discuss Avtech liens with Debtor (.2). | CVL | 0.50 | 487.50 |

**Total Hours**............................................................................ **5.20**

**Total Services**......................................................................$ **5,605.00**

**TOTAL AMOUNT DUE**.......................................................$ 5,605.00

Coin Cloud- Official Committee of Unsecu

|  |  |  |
|---|---|---|
| **Invoice Date** | August 02, 2023 |
| **Invoice Number** | 9160068364 |
| **Through** | June 30, 2023 |

**38239-0011**  Financing and Cash Collateral

**Page**   **3**

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1998 RJG | Partner | Gayda, Robert J. | 1.80 | 1,300.00 | 2,340.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 2.40 | 975.00 | 2,340.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 1.00 | 925.00 | 925.00 |
| **Total** | | | **5.20** | | **5,605.00** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**August 02, 2023**
**Invoice Number 9160068364**

**38239-0011**     **Financing and Cash Collateral**

For Professional Services Rendered through June 30, 2023:

| | |
|---|---:|
| Fees | 5,605.00 |
| **TOTAL AMOUNT DUE**............................................................................................... $ | **5,605.00** |

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**     **Coin Cloud- Official**                                              **August 02, 2023**
            **Committee of Unsecu**                                       **Invoice Number 9160068368**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through June 30, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0013 | Plan and Disclosure Statement | 8,982.50 | 0.00 | 8,982.50 |

Coin Cloud- Official Committee of Unsecu

| | | Invoice Date | August 02, 2023 |
| | | Invoice Number | 9160068368 |

**38239-0013**    Plan and Disclosure Statement

| | | Through | June 30, 2023 |

| **DATE** | **NARRATIVE** | **NAME** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 06/06/2023 | Draft creditor trust agreement (.6). | AJM | 0.60 | 555.00 |
| 06/08/2023 | Emails with SK team (.1) and R. Works (.1) regarding mediation conference. | AJM | 0.20 | 185.00 |
| 06/09/2023 | Prepare email re cancellation of mediation to consultation parties; update and circulate. | CVL | 0.40 | 390.00 |
| 06/09/2023 | Draft/revise creditor trust agreement (2.1). | AJM | 2.10 | 1,942.50 |
| 06/09/2023 | Call with R. Works and C. LoTempio re mediation and filing (.5). | AJM | 0.50 | 462.50 |
| 06/12/2023 | Review and revise Liquidating Trust Agreement (.8); Follow up internally re status of mediation cancellation responses (.1); discuss with Debtor (.1); FTI (.1); reach to local (.1);. | CVL | 1.20 | 1,170.00 |
| 06/13/2023 | Follow up with Debtor re confirmation scheduling (.1); call with R. Works re settlement conference cancellation (.1); call with Genesis re same (.3); call with R. Works, A. Matott and B. Alexrod re stipulation and cancellation of mediation (.3); revise and circulate email re same (.1); review and revise stipulation (.3); emails re same (.1). | CVL | 1.30 | 1,267.50 |
| 06/13/2023 | Calls with R. Works and B. Axelrod re cancellation of mediation (.3); attn to email re the same (.1); review and revise liquidating trust agreement (.3). | AJM | 0.70 | 647.50 |
| 06/20/2023 | Call re confirmation stipulation (.1); sign off on the same (.1); emails with Debtor re voting deadline (.2); follow up with local (.1). | CVL | 0.50 | 487.50 |
| 06/20/2023 | Review Plan, discuss plan supplement, and emails re the same. | AJM | 0.20 | 185.00 |
| 06/22/2023 | Review and revise liquidating trust agreement. | RJG | 0.50 | 650.00 |
| 06/29/2023 | Call w Debtor professionals re plan process. | RJG | 0.80 | 1,040.00 |

**Total Hours**............................................................................ **9.00**

**Total Services**...............................................................$ **8,982.50**

**TOTAL AMOUNT DUE**...........................................$ **8,982.50**

**Page    3**

Coin Cloud- Official Committee of Unsecu

| | | **Invoice Date** | August 02, 2023 |
| | | **Invoice Number** | 9160068368 |
| **38239-0013** | Plan and Disclosure Statement | **Through** | June 30, 2023 |

| <u>ATTY NO. / INIT.</u> | <u>TITLE</u> | <u>NAME</u> | <u>HOURS</u> | <u>RATE</u> | <u>AMOUNT</u> |
|---|---|---|---|---|---|
| 1998 RJG | Partner | Gayda, Robert J. | 1.30 | 1,300.00 | 1,690.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 3.40 | 975.00 | 3,315.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 4.30 | 925.00 | 3,977.50 |
| **Total** | | | **9.00** | | **8,982.50** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**August 02, 2023**
**Invoice Number 9160068368**

38239-0013      **Plan and Disclosure Statement**

For Professional Services Rendered through June 30, 2023:

Fees                                                                                                          8,982.50

**TOTAL AMOUNT DUE**..................................................................................... $          **8,982.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

|  |  |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

| | | |
|---|---|---|
| **38239** | **Coin Cloud- Official**<br>**Committee of Unsecu** | **August 02, 2023**<br>**Invoice Number 9160068367** |

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through June 30, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0014 | Avoidance Action Analysis | 53,320.00 | 0.00 | 53,320.00 |

Coin Cloud- Official Committee of Unsecu

| | |
|---|---|
| **Invoice Date** | August 02, 2023 |
| **Invoice Number** | 9160068367 |
| **Through** | June 30, 2023 |

**38239-0014**     Avoidance Action Analysis

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/2023 | Call with Fox paralegal re doc access (.1); download doc production (.1); review doc production (.7); discuss same with L. Miller (.3). | AJM | 1.30 | 1,202.50 |
| 06/01/2023 | Attention to Debtor production in response to subpoena (.8) and discuss same with A. Matott (.3). | LEM | 1.10 | 1,072.50 |
| 06/02/2023 | Review Debtor production in response to subpoena. | LEM | 2.10 | 2,047.50 |
| 06/02/2023 | Prepare Debtor's responses to subpoena for attorney review. | MW | 1.20 | 432.00 |
| 06/05/2023 | Review Debtor docs regarding EDID defect and CCOS issues (.5); discuss with L. Miller (.1); review adversary docket and email re the same (.2). | AJM | 0.80 | 740.00 |
| 06/05/2023 | Attention to updates on BitAccess litigation and Garon subpoena. | LEM | 0.60 | 585.00 |
| 06/06/2023 | Discuss investigation and current status with A. Matott (.3); attend UCC call (.9); review BitAccess litigation pleadings (.4). | LEM | 1.60 | 1,560.00 |
| 06/07/2023 | Call and email with Carlton Fields re Garon deposition (.2). | AJM | 0.20 | 185.00 |
| 06/08/2023 | Review Debtor subpoena documents (0.6); research on 2004 issues (0.8); Garon subpoena (0.3). | LEM | 1.70 | 1,657.50 |
| 06/09/2023 | Call with FTI team re investigation/debtor docs (.9); discuss Garo depo with L. Miller (.2). | AJM | 1.10 | 1,017.50 |
| 06/09/2023 | Attend call with FTI regarding Debtor documents (.8) and call with A. Matott re: same (0.2); prepare for and attend call with Jeff Garon's attorney (0.5) and call with A. Matott regarding same (0.2); follow-up by e-mail regarding same (0.2). | LEM | 1.90 | 1,852.50 |
| 06/12/2023 | Teleconference re upcoming deposition (.5); attention to draft document retention notice (.3). | MDK | 0.80 | 1,160.00 |
| 06/12/2023 | Prep for (.1) and call with M. Kotwick and L. Miller (.3); emails with L. Miller re litigation hold (.2). | AJM | 0.60 | 555.00 |
| 06/12/2023 | Attention to litigation hold notice to Debtor and C. McAlary counsel (0.5) and call with M. Kotwick regarding same (0.3); draft same (0.2). | LEM | 1.00 | 975.00 |
| 06/13/2023 | Discuss doc request/supplementing with L. Miller (.2). | AJM | 0.20 | 185.00 |
| 06/13/2023 | Review Debtor response to subpoena. | LEM | 0.80 | 780.00 |
| 06/19/2023 | Review intralinks doc uploads by debtors (.5) and discuss with L. Miller (.2). | AJM | 0.70 | 647.50 |
| 06/19/2023 | Emails re Carlton Fields/confi issue. | AJM | 0.10 | 92.50 |

| | Coin Cloud- Official Committee of Unsecu | | **Invoice Date** | August 02, 2023 |
|---|---|---|---|---|
| | | | **Invoice Number** | 9160068367 |
| **38239-0014** | Avoidance Action Analysis | | **Through** | June 30, 2023 |

| | | | | |
|---|---|---|---|---|
| 06/19/2023 | E-mails regarding Garon deposition (0.1) and Bitaccess counsel attendance at same (0.1); review documents produced by Debtor (2.1). | LEM | 2.30 | 2,242.50 |
| 06/20/2023 | Email with D. Cica re Garon examination. | AJM | 0.10 | 92.50 |
| 06/20/2023 | E-mails regarding Garon deposition, investigation, and Debtor production of Excels in response to subpoena. | LEM | 0.50 | 487.50 |
| 06/21/2023 | Emails re deposition (.1). | CVL | 0.10 | 97.50 |
| 06/21/2023 | Emails re scheduling of litigation review call. | CVL | 0.10 | 97.50 |
| 06/21/2023 | Discuss/outline potential claims with L. Miller (1.4) begin draft summary of the same (.2). | AJM | 1.60 | 1,480.00 |
| 06/21/2023 | Attention to subpoena documents and newly-produced excels (0.3); attend Committee call (0.8); meet with A. Matott regarding claims (1.3) and follow-up emails regarding same (0.2). | LEM | 2.60 | 2,535.00 |
| 06/21/2023 | Good faith and intentional misconduct research for LM. | JOP | 1.70 | 1,275.00 |
| 06/21/2023 | Discuss research assignment with HD. | JOP | 0.20 | 150.00 |
| 06/21/2023 | Prepare documents for potential production. | MW | 0.30 | 108.00 |
| 06/22/2023 | Prep claim summary (.9); discuss with L. Miller and R. Gayda (.4). | AJM | 1.30 | 1,202.50 |
| 06/22/2023 | Review debtor responses to subpoena and draft chart of deficiencies (1.2); call with R. Works about BitAccess attendance at Garon deposition (0.1) and e-mails regarding same (0.1); meetings with A. Matott about Coin Cloud claims (0.2) and meeting with A. Matott and R. Gayda regarding same (0.2); discuss 7:00 call and new potential claims with A. Matott and C. LoTempio (0.2) and e-mails regarding same (0.1). | LEM | 2.10 | 2,047.50 |
| 06/22/2023 | Additional caselaw research for LM (1.9) draft email to LM re same (.20). | JOP | 2.10 | 1,575.00 |
| 06/23/2023 | Call with Province re avoidance actions and litigation (.6) follow up re same (.8); | CVL | 1.40 | 1,365.00 |
| 06/23/2023 | Call to discuss preferences/litigation claims with Debtor's professionals (.6); call with FTI and SK professionals to discuss workstreams/strategy (.6). | AJM | 1.20 | 1,110.00 |
| 06/23/2023 | Review Debtor response to subpoena and create chart regarding same (1.5); call with Debtor, Province, and FTI (0.6); call with FTI (0.6); review documents for Garon deposition (1.2). | LEM | 3.90 | 3,802.50 |
| 06/27/2023 | Open matters with L. Miller and correspondence re same. | MDK | 0.50 | 725.00 |
| 06/27/2023 | Review and revise confidentiality agreement for Garon (0.6); discuss Garon lawyer responses with M. Kotwick | LEM | 3.00 | 2,925.00 |

|  |  | Invoice Date | August 02, 2023 |
|---|---|---|---|
|  | Coin Cloud- Official Committee of Unsecu | Invoice Number | 9160068367 |
| **38239-0014** | Avoidance Action Analysis | Through | June 30, 2023 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | (0.2); discuss same with A. Matott and R. Gayda (0.3); draft e-mail to Garon attorney and send (0.2); draft Garon deposition outline and review documents regarding same (1.7). |  |  |  |
| 06/28/2023 | Discuss workstreams/Garon prep with L. Miller (.1); emails re the same (.1). | AJM | 0.20 | 185.00 |
| 06/28/2023 | Review J. Patouhas research (0.1); review Garon attorney e-mail (0.1); research good faith caselaw in Nevada (0.9); attend hearing (1.2) and discuss same with R. Gayda and team (0.2); draft subpoena to Debtor (0.3) and call with FTI regarding same (0.1). | LEM | 2.90 | 2,827.50 |
| 06/28/2023 | Research re confidential information in the rule 2004 context. | JOP | 5.00 | 3,750.00 |
| 06/29/2023 | Email with local and L. Miller re Garon deposition (.1); review revised confi (.2); draft/revise new debtor subpoena (.5). | AJM | 0.80 | 740.00 |
| 06/29/2023 | E-mails to FTI regarding subpoena and fiduciary duty question (0.2); revise confidentiality agreement for Garon (0.6); attend UCC call (0.6); attention to supplemental subpoena to debtor concerning liquidity analysis (0.6); attend professionals call (0.8); draft Garon deposition outline (0.9). | LEM | 3.70 | 3,607.50 |
| 06/30/2023 | E-mail to Fox Rothschild concerning deficient subpoena responses (0.2); attention to chart regarding same (0.3); legal research on fiduciary duty issues in Nevada (0.6); attention to Garon deposition outline (0.9); emails regarding compliance deponent (0.1); e-mails regarding Brazil issues (0.1). | LEM | 2.20 | 2,145.00 |

**Total Hours**.................................................................................    **57.60**

**Total Services**........................................................................ $    **53,320.00**

**TOTAL AMOUNT DUE**.................................................... $    53,320.00

Coin Cloud- Official Committee of Unsecu

| | | |
|---|---|---|
| **Invoice Date** | August 02, 2023 |
| **Invoice Number** | 9160068367 |
| **Through** | June 30, 2023 |

**38239-0014**          Avoidance Action Analysis

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 0431 MDK | Partner | Kotwick, Mark | 1.30 | 1,450.00 | 1,885.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 1.60 | 975.00 | 1,560.00 |
| 1997 LEM | Associate | Miller, Laura E. | 34.00 | 975.00 | 33,150.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 10.20 | 925.00 | 9,435.00 |
| 2339 JOP | Law Clerk | Patouhas, John | 9.00 | 750.00 | 6,750.00 |
| 2077 MW | Paralegal | Wasserman, Marian | 1.50 | 360.00 | 540.00 |
| **Total** | | | **57.60** | | **53,320.00** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**August 02, 2023**
**Invoice Number 9160068367**

**38239-0014     Avoidance Action Analysis**

For Professional Services Rendered through June 30, 2023:

Fees .......................................................................................... 53,320.00

**TOTAL AMOUNT DUE**............................................................................................... $   **53,320.00**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

**38239**  **Coin Cloud- Official**  **August 02, 2023**
 **Committee of Unsecu**  **Invoice Number 9160068363**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through June 30, 2023:**

| <u>Matter Number</u> | <u>Matter Name</u> | <u>Fee Amount</u> | <u>Disbursement Amount</u> | <u>Total Amount</u> |
|---|---|---|---|---|
| 38239-0016 | Court Hearings | 6,132.50 | 0.00 | 6,132.50 |

Coin Cloud- Official Committee of Unsecu

| | |
|---|---|
| **Invoice Date** | August 02, 2023 |
| **Invoice Number** | 9160068363 |
| **Through** | June 30, 2023 |

**38239-0016**      Court Hearings

| <u>DATE</u> | <u>NARRATIVE</u> | <u>NAME</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 06/05/2023 | Prepare for (.1); attend hearing on extension of time to assume/reject (.1); sign off on order re same (.1). | CVL | 0.30 | 292.50 |
| 06/28/2023 | Prepare for (.8) and participate in sale hearing (1.5). | RJG | 2.30 | 2,990.00 |
| 06/28/2023 | Hearing on approval of the Sales. | CVL | 1.50 | 1,462.50 |
| 06/28/2023 | Attend sale hearing. | AJM | 1.50 | 1,387.50 |

**Total Hours**.................................................................................. **5.60**

**Total Services**..........................................................................$ **6,132.50**

**TOTAL AMOUNT DUE**.....................................................$ **6,132.50**

|  | | | | **Invoice Date** | August 02, 2023 |
| | | | | | |

Coin Cloud- Official Committee of Unsecu

|  | **Invoice Number** | 9160068363 |
| --- | --- | --- |

**38239-0016**          Court Hearings

|  | **Through** | June 30, 2023 |
| --- | --- | --- |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
| --- | --- | --- | ---: | ---: | ---: |
| 1998 RJG | Partner | Gayda, Robert J. | 2.30 | 1,300.00 | 2,990.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 1.80 | 975.00 | 1,755.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 1.50 | 925.00 | 1,387.50 |
| **Total** | | | **5.60** | | **6,132.50** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

**August 02, 2023**
**Invoice Number 9160068363**

38239-0016     **Court Hearings**

For Professional Services Rendered through June 30, 2023:

Fees                                                                                        6,132.50

**TOTAL AMOUNT DUE**......................................................................................... $      **6,132.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

|                        |                                        |
|------------------------|----------------------------------------|
| **Name of Bank:**      | **Citibank, N.A.**                     |
| **Address of Bank:**   | **120 Broadway**                       |
|                        | **New York, NY 10271**                 |
| **ABA Number:**        | **021000089**                          |
| **Name of Account:**   | **Seward & Kissel LLP Central Account**|
| **Account Number:**    | **4973607720**                         |
| **Swift Code:**        | **CITIUS33**                           |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**  **Coin Cloud- Official**                                          **August 02, 2023**
          **Committee of Unsecu**                              **Invoice Number 9160068362**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through June 30, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0017 | Employment and Fee Applications | 1,365.00 | 0.00 | 1,365.00 |

**Page    2**

|                    |                  |
|--------------------|------------------|
| **Invoice Date**   | August 02, 2023  |
| **Invoice Number** | 9160068362       |
| **Through**        | June 30, 2023    |

Coin Cloud- Official Committee of Unsecu

**38239-0017**    Employment and Fee Applications

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 06/01/2023 | Finalize second monthly fee statement (.6); circulate the same (.1). | CVL | 0.70 | 682.50 |
| 06/02/2023 | Internal follow up re second monthly fee statement. | CVL | 0.10 | 97.50 |
| 06/06/2023 | Emails re monthly fee statement (.2); finalize monthly statement and circulate (.3). | CVL | 0.50 | 487.50 |
| 06/29/2023 | Emails re CNO for monthly fee applications. | CVL | 0.10 | 97.50 |

**Total Hours**.................................................................................................... **1.40**

**Total Services**.......................................................................................... $ **1,365.00**

**TOTAL AMOUNT DUE**.................................................................$ **1,365.00**

| | | | Invoice Date | August 02, 2023 |
| --- | --- | --- | --- | --- |
| | Coin Cloud- Official Committee of Unsecu | | Invoice Number | 9160068362 |
| 38239-0017 | Employment and Fee Applications | | Through | June 30, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 1891 CVL | Associate | LoTempio, Catherine V. | 1.40 | 975.00 | 1,365.00 |
| **Total** | | | **1.40** | | **1,365.00** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**August 02, 2023**
**Invoice Number 9160068362**

**38239-0017**    **Employment and Fee Applications**

For Professional Services Rendered through June 30, 2023:

Fees                                                                                            1,365.00

**TOTAL AMOUNT DUE**.................................................................................... $          **1,365.00**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

|  |  |
|---|---|
| Name of Bank: | **Citibank, N.A.** |
| Address of Bank: | **120 Broadway** |
|  | **New York, NY 10271** |
| ABA Number: | **021000089** |
| Name of Account: | **Seward & Kissel LLP Central Account** |
| Account Number: | **4973607720** |
| Swift Code: | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**     **Coin Cloud- Official
Committee of Unsecu**

                                                       **August 02, 2023**

                                               **Invoice Number 9160068361**

**Coin Cloud- Official Committee of Unsecu
c/o OptConnect
865 West 450 North Suite 1
Kaysville UT  84037**

**For Professional Services Rendered through June 30, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0019 | Lien Investigation | 2,220.00 | 0.00 | 2,220.00 |

| | | **Invoice Date** | August 02, 2023 |
|---|---|---|---|

Coin Cloud- Official Committee of Unsecu

| | | **Invoice Number** | 9160068361 |
|---|---|---|---|

**38239-0019**        Lien Investigation

| | | **Through** | June 30, 2023 |
|---|---|---|---|

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/05/2023 | Emails re security package; review the same. | CVL | 0.20 | 195.00 |
| 06/05/2023 | Review security agreement (.2); review UCC (.1); correspondence (.2). | HN | 0.50 | 562.50 |
| 06/22/2023 | Emails with Enigma re challenge extension. | CVL | 0.10 | 97.50 |
| 06/26/2023 | Emails with Genesis (.1). | CVL | 0.10 | 97.50 |
| 06/27/2023 | Call with counsel to Genesis re challenge period (.3); discuss internally (.1); draft stipulation re Enigma extension (.3); circulate the same (.1). | CVL | 0.80 | 780.00 |
| 06/28/2023 | Follow up on challenge stipulation (.1); circulate for filing (.1); emails with Debtor counsel re same (.1). | CVL | 0.30 | 292.50 |
| 06/29/2023 | Finalization of challenge extension stipulation; emails re same. | CVL | 0.20 | 195.00 |

**Total Hours**.................................................................................**2.20**

**Total Services**.............................................................$ **2,220.00**

**TOTAL AMOUNT DUE**....................................................$ **2,220.00**

Coin Cloud- Official Committee of Unsecu

| | | |
|---|---|---|
| **Invoice Date** | | August 02, 2023 |
| **Invoice Number** | | 9160068361 |
| **Through** | | June 30, 2023 |

**38239-0019**            Lien Investigation

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1896 HN | Partner | Nam, Hoyoon | 0.50 | 1,125.00 | 562.50 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 1.70 | 975.00 | 1,657.50 |
| **Total** | | | **2.20** | | **2,220.00** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**August 02, 2023**
**Invoice Number 9160068361**

38239-0019     Lien Investigation

For Professional Services Rendered through June 30, 2023:

Fees          2,220.00

**TOTAL AMOUNT DUE**.................................................................................... $      **2,220.00**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**