## Case Information

A-22-854226-B | Cash Cloud Inc, Plaintiff(s) vs. Cole Kepro International LLC, Defendant(s)

Case Number
A-22-854226-B

Court
Department 22

Judicial Officer
Johnson, Susan

File Date
06/17/2022

Case Type
Uniform Commercial Code (NRS 104)

Case Status
Closed

## Party

Plaintiff
Cash Cloud Inc

Active Attorneys ▼
Lead Attorney
Jimmerson, James Joseph, ESQ
Retained

Attorney
Jimmerson, James Joseph, ESQ
Retained

Attorney
Naylor, John M.
Retained

Attorney
Jimmerson, James M.
Retained

Other (Participant)
Coin Cloud, LLC

Active Attorneys ▼
Lead Attorney

Rawlins, Michael D
Retained

Defendant
Cole Kepro International LLC

Active Attorneys
Lead Attorney
Waite, Dan R
Retained

Attorney
Adler, David Zachary
Retained

## Events and Hearings

06/17/2022 Complaint

Complaint - COMP (CIV)

Comment
[1] Complaint

06/17/2022 Initial Appearance Fee Disclosure

Initial Appearance Fee Disclosure - IAFD (CIV)

Comment
[2] Initial Appearance Fee Disclosure

06/17/2022 Summons Electronically Issued - Service Pending

Comment
[3] Summons

06/17/2022 Peremptory Challenge

Peremptory Challenge - CHLG (CIV)

Comment

[4] Peremptory Challenge of Judge

06/24/2022 Motion for Declaratory Relief ▾

Motion for Declaratory Relief - MDCR (CIV)

Comment

[5] Plaintiff's Motion for Declaratory Judgment and for Stay of Arbitration Proceedings

06/27/2022 Clerk's Notice of Hearing ▾

Clerk's Notice of Hearing - CNOC (CIV)

Comment

[6] Notice of Hearing

06/30/2022 Acceptance of Service ▾

Acceptance of Service - ACSR (CIV)

Comment

[7] Defendant's Acceptance of Service

06/30/2022 Request to Transfer to Business Court ▾

Request to Transfer to Business Court - RTBC (CIV)

Comment

[8] Notice of Appearance and Defendant's Request to Transfer to Business Court

07/08/2022 Notice of Department Reassignment ▾

Notice of Department Reassignment - NODR (CIV)

Comment

[9] Notice of Department Reassignment

07/18/2022 Response ▾

Opposition - OPPS (CIV)

Comment

[10] Defendants Response in Opposition to Plaintiffs Motion for Declaratory Judgment and for Stay of Arbitration Proceedings AND Defendants Countermotion to Dismiss Action Pursuant to EDCR 2.20(f)

07/21/2022 Motion to Associate Counsel ▾

Motion to Associate Counsel - MASS (CIV)

Comment

[11] Defendant's Motion to Associate Counsel (David Zachary Adler)

07/22/2022 Clerk's Notice of Hearing

Clerk's Notice of Hearing - CNOC (CIV)

Comment
[12] Notice of Hearing

07/26/2022 Errata

Errata - ERR (CIV)

Comment
[13] Errata to "Defendant's Response in Opposition to Plaintiff's Motion for Declaratory Judgment and for Stay of Arbitration Proceedings" and "Defendant's Countermotion to Dismiss Action Pursuant to EDCR 2.20(f)" Appendix of Exhibits (Pursuant to EDCR 2.27(a) and EDCR 2.27(b))

08/01/2022 Reply in Support

Reply - RPLY (CIV)

Comment
[14] Plaintiff's Reply in Support of Its Motion for Declaratory Judgment and for Stay of Arbitration Proceedings and Opposition to Defendant's Countermotion to Dismiss Action Pursuant to EDCR 2.20(f)

08/01/2022 Exhibits

Exhibits - EXHS (CIV)

Comment
[15] Appendix of Exhibits to Plaintiff's Reply of its Motion for Declaratory Judgement and for Stay of Arbitration Proceedings and Opposition to Defendant's Countermotion to Dismiss Action

08/04/2022 Notice

Notice - NOTC (CIV)

Comment
[16] Notice of Department 22 Courtesy Copy & Appearance Instructions

08/08/2022 Stipulation and Order

Stipulation and Order

Comment
[17] Stipulation and Order to Continue Hearing

08/08/2022 Notice of Entry of Stipulation and Order

Notice of Entry of Stipulation and Order - NTSO (CIV)

Comment
[18] Notice of Entry of Stipulation and Order to Continue Hearing

08/09/2022 Minute Order

Minute Order

Judicial Officer
Johnson, Susan

Hearing Time
3:00 AM

Result
Minute Order - No Hearing Held

08/11/2022 Stipulation and Order

Stipulation and Order

Comment
[19] Stipulation and Order to Continue Hearing

08/11/2022 Notice of Entry

Notice of Entry - NEO (CIV)

Comment
[20] Notice of Entry of Stipulation and Order

08/12/2022 Reply

Reply - RPLY (CIV)

Comment
[21] Defendants Reply In Support of Its Countermotion to Dismiss Action Pursuant to EDCR 2.20(f)

08/15/2022 Order Admitting to Practice

Order Admitting to Practice

Comment
[22] Order Admitting to Practice Pro Hac Vice: David Zachary Adler

08/15/2022 Notice of Entry

Notice of Entry - NEO (CIV)

Comment
[23] Notice of Entry of Order Admitting to Practice Pro Hac Vice: David Zachary Adler

08/23/2022 Motion to Associate Counsel

08/30/2022 Notice

Notice - NOTC (CIV)

Comment
[24] Notice of Department 22 Courtesy Copy & Appearance Instructions

09/12/2022 Notice ▼

Notice - NOTC (CIV)

Comment
[25] Notice of Association of Counsel

09/13/2022 Motion for Declaratory Relief ▼

Judicial Officer
Johnson, Susan

Hearing Time
8:30 AM

Result
Granted

Comment
Plaintiff's Motion for Declaratory Judgment and for Stay of Arbitration Proceedings

09/13/2022 Response and Countermotion ▼

Judicial Officer
Johnson, Susan

Hearing Time
8:30 AM

Result
Denied

Comment
Defendants Response in Opposition to Plaintiffs Motion for Declaratory Judgment and for Stay of Arbitration Proceedings AND Defendants Countermotion to Dismiss Action Pursuant to EDCR 2.20(f)

09/13/2022 All Pending Motions ▼

Minutes - All Pending Motions

Judicial Officer
Johnson, Susan

Hearing Time
8:30 AM

Result
Matter Heard

Parties Present ▲
  Plaintiff

    Attorney: Jimmerson, James Joseph, ESQ

    Attorney: Jimmerson, James Joseph, ESQ

    Attorney: Naylor, John M.

Defendant

  Attorney: Waite, Dan R

  Attorney: Adler, David Zachary

---

**09/16/2022 Court Recorders Invoice for Transcript** ▾

Court Recorders Invoice for Transcript

Comment
[26]

---

**09/19/2022 Recorders Transcript of Hearing** ▾

Recorders Transcript of Hearing - RTRAN (CIV)

Comment
[27] Plaintiffs' Motion for Declaratory Judgment and For Stay of Arbitration Proceedings September 13, 2022

---

**10/10/2022 Order** ▾

Order

Comment
[28] Order Granting Motion for Declaratory Judgment and for Stay of Arbitration Proceedings and Denying Defendant's Countermotion to Dismiss Action Pursuant to EDCR 2.20(f)

---

**10/10/2022 Notice of Entry** ▾

Notice of Entry - NEO (CIV)

Comment
[29] Notice of Entry of Order Granting Motion for Declaratory Judgement and for Stay of Arbitration Proceedings and Denying Defendant's Countermotion to Dismiss Action Pursuant to EDCR 2.20 (f)

---

**10/17/2022 Demand for Jury Trial** ▾

Demand for Jury Trial - DMJT (CIV)

Comment
[30] Demand for Jury Trial

---

**10/24/2022 Answer** ▾

Answer - ANS (CIV)

Comment
[31] Defendant's Answer to Complaint and Affirmative Defenses

---

**10/24/2022 Motion to Reconsider** ▾

Motion to Reconsider - MRCN (CIV)

Comment
[32] Motion for Reconsideration of Court's October 10, 2022 Order Solely as it Concerns the Contested Real Plaintiff Party in Interest

10/27/2022 Clerk's Notice of Hearing ▾

Clerk's Notice of Hearing - CNOC (CIV)

Comment
[33] Notice of Hearing

11/15/2022 Opposition ▾

Opposition - OPPS (CIV)

Comment
[34] Plaintiff Cash Cloud Inc.'s Opposition to Defendants Motion for Reconsideration of Courts October 10, 2022 Order Solely as it Concerns the Contested Real Plaintiff Party in Interest

11/18/2022 Notice ▾

Notice - NOTC (CIV)

Comment
[35] Notice of Department 22 Appearance & Courtesy Copy Instructions

11/22/2022 Reply ▾

Reply - RPLY (CIV)

Comment
[36] Defendant's Reply in Support of Motion for Reconsideration of Court's October 10, 2022 Order Solely as it Concerns the Contested Real Plaintiff Party in Interest

11/22/2022 Motion to Consolidate ▾

Motion to Consolidate - MCSD (CIV)

Comment
[37] Motion to Consolidate this Case With Case No. A-22-860298-B or Alternatively to Stay That Case and Order Defendant to Assert Its Claims Against Coin Cloud in this Action

11/22/2022 Initial Appearance Fee Disclosure ▾

Initial Appearance Fee Disclosure - IAFD (CIV)

Comment
[38] Initial Appearance Fee Disclosure

11/29/2022 Motion For Reconsideration ▾

Minutes - Motion For Reconsideration

Judicial Officer
Johnson, Susan

Hearing Time
8:30 AM

Result
Denied Without Prejudice

Comment
Motion for Reconsideration of Court's October 10, 2022 Order Solely as it Concerns the Contested Real Plaintiff Party in Interest

Parties Present ▲
  Plaintiff
    Attorney: Jimmerson, James Joseph, ESQ
    Attorney: Jimmerson, James Joseph, ESQ
  Defendant
    Attorney: Waite, Dan R
    Attorney: Adler, David Zachary

12/07/2022 Minute Order ▼

Minutes - Minute Order

Judicial Officer
Johnson, Susan

Hearing Time
3:00 AM

Result
Minute Order - No Hearing Held

12/07/2022 Order ▼

Order

  Comment
  [39] Order to Consolidate this Case with Case No. A-22-860298-B

12/08/2022 Notice of Entry of Order ▼

Notice of Entry of Order - NEOJ (CIV)

  Comment
  [40] Notice of Entry of Order

12/13/2022 Order Denying ▼

Order Denying

  Comment
  [41] Order Denying Defendant's Motion for Reconsideration of Court's October 10, 2022 Order Solely as It Concerns the Contested Real Plaintiff Party in Interest

12/22/2022 Motion ▼

Judicial Officer
Johnson, Susan

Hearing Time
9:00 AM

Cancel Reason
Vacated

Comment
Motion to Consolidate this Case With Case No. A-22-860298-B or Alternatively to Stay That Case and Order Defendant to Assert Its Claims Against Coin Cloud in this Action

02/03/2023 Notice of Entry ▼

Notice of Entry - NEO (CIV)

Comment
[42] Notice of Entry of Order Denying Defendant Cole Kepro International, LLCs Motion for Reconsideration of Courts October 10, 2022 Order Solely as it Concerns the Contested Real Plaintiff Party in Interest

02/09/2023 Suggestion of Bankruptcy ▼

Suggestion of Bankruptcy - SUGB (CIV)

Comment
[43] SUGGESTION OF BANKRUPTCY OF PLAINTIFF CASH CLOUD INC.

03/16/2023 Order Scheduling Status Check ▼

Order Scheduling Status Check

Comment
[44] Order Scheduling Status Check

04/12/2023 Instructions for Bluejeans Conference ▼

Instructions for Bluejeans Conference - IBC (CIV)

Comment
[45] Instructions for BlueJeans Conference

04/17/2023 Instructions for Bluejeans Conference ▼

Instructions for Bluejeans Conference - IBC (CIV)

Comment
[46] Instructions for BlueJeans Conference

04/25/2023 Status Check ▼

Minutes - Status Check

Judicial Officer
Johnson, Susan

Hearing Time
8:30 AM

Result
Statistical Closure Recommended

Comment
Status Check: Cash Cloud's Bankruptcy

Parties Present ▲
  Plaintiff
    Attorney: Jimmerson, James Joseph, ESQ
    Attorney: Jimmerson, James Joseph, ESQ
  Defendant
    Attorney: Waite, Dan R
    Attorney: Adler, David Zachary
  Other
    Attorney: Rawlins, Michael D

04/25/2023 Order to Statistically Close Case ▼

Order to Statistically Close Case

  Comment
  [47] Civil Order to Statistically Close Case

05/06/2023 Notice ▼

Notice - NOTC (CIV)

  Comment
  [48] Notice of Change of Firm

# Financial

Cash Cloud Inc
    Total Financial Assessment                                      $850.18
    Total Payments and Credits                                      $850.18

6/17/2022    Transaction                                            $270.00
             Assessment

| | | | | |
|---|---|---|---|---|
| 6/17/2022 | Efile Payment | Receipt # 2022-34316-CCCLK | Cash Cloud Inc. | ($270.00) |
| 6/17/2022 | Transaction Assessment | | | $450.00 |
| 6/17/2022 | Efile Payment | Receipt # 2022-34408-CCCLK | Cash Cloud Inc. | ($450.00) |
| 9/16/2022 | Transaction Assessment | | | $130.18 |
| 9/16/2022 | Payment (Phone) | Receipt # 2022-54040-CCCLK | Jimmerson, James Joseph, ESQ | ($130.18) |

Cole Kepro International LLC
  Total Financial Assessment                              $1,521.50
  Total Payments and Credits                              $1,521.50

| | | | | |
|---|---|---|---|---|
| 6/30/2022 | Transaction Assessment | | | $1,263.50 |
| 6/30/2022 | Efile Payment | Receipt # 2022-37047-CCCLK | Cole Kepro International LLC | ($1,263.50) |
| 7/7/2022 | Transaction Assessment | | | $226.50 |
| 7/7/2022 | Efile Payment | Receipt # 2022-38483-CCCLK | Cole Kepro International LLC | ($226.50) |
| 7/18/2022 | Transaction Assessment | | | $3.50 |
| 7/18/2022 | Efile Payment | Receipt # 2022-40423-CCCLK | Cole Kepro International LLC | ($3.50) |
| 7/21/2022 | Transaction Assessment | | | $3.50 |
| 7/21/2022 | Efile Payment | Receipt # 2022-41600-CCCLK | Cole Kepro International LLC | ($3.50) |
| 7/26/2022 | Transaction Assessment | | | $3.50 |
| 7/26/2022 | Efile Payment | Receipt # 2022-42354-CCCLK | Cole Kepro International LLC | ($3.50) |
| 8/8/2022 | Transaction Assessment | | | $3.50 |
| 8/8/2022 | Efile Payment | Receipt # 2022-45037-CCCLK | Cole Kepro International LLC | ($3.50) |
| 8/12/2022 | Transaction Assessment | | | $3.50 |

| Date | Type | Receipt | Party | Amount |
|---|---|---|---|---|
| 8/12/2022 | Efile Payment | Receipt # 2022-46391-CCCLK | Cole Kepro International LLC | ($3.50) |
| 8/15/2022 | Transaction Assessment | | | $3.50 |
| 8/15/2022 | Efile Payment | Receipt # 2022-46656-CCCLK | Cole Kepro International LLC | ($3.50) |
| 10/17/2022 | Transaction Assessment | | | $3.50 |
| 10/17/2022 | Efile Payment | Receipt # 2022-60632-CCCLK | Cole Kepro International LLC | ($3.50) |
| 10/24/2022 | Transaction Assessment | | | $3.50 |
| 10/24/2022 | Efile Payment | Receipt # 2022-62003-CCCLK | Cole Kepro International LLC | ($3.50) |
| 11/22/2022 | Transaction Assessment | | | $3.50 |
| 11/22/2022 | Efile Payment | Receipt # 2022-67938-CCCLK | Cole Kepro International LLC | ($3.50) |

Coin Cloud, LLC
　　Total Financial Assessment　　　　　　　　　　　　　　$1,486.50
　　Total Payments and Credits　　　　　　　　　　　　　　$1,486.50

| Date | Type | Receipt | Party | Amount |
|---|---|---|---|---|
| 11/22/2022 | Transaction Assessment | | | $1,483.00 |
| 11/22/2022 | Efile Payment | Receipt # 2022-68086-CCCLK | Coin Cloud, LLC | ($1,483.00) |
| 12/8/2022 | Transaction Assessment | | | $3.50 |
| 12/8/2022 | Efile Payment | Receipt # 2022-70795-CCCLK | Coin Cloud, LLC | ($3.50) |

## Documents

Complaint - COMP (CIV)

Initial Appearance Fee Disclosure - IAFD (CIV)

Peremptory Challenge - CHLG (CIV)

Motion for Declaratory Relief - MDCR (CIV)

Clerk's Notice of Hearing - CNOC (CIV)

Acceptance of Service - ACSR (CIV)

Request to Transfer to Business Court - RTBC (CIV)

Notice of Department Reassignment - NODR (CIV)

Opposition - OPPS (CIV)

Motion to Associate Counsel - MASS (CIV)

Clerk's Notice of Hearing - CNOC (CIV)

Errata - ERR (CIV)

Reply - RPLY (CIV)

Exhibits - EXHS (CIV)

Notice - NOTC (CIV)

Stipulation and Order

Notice of Entry of Stipulation and Order - NTSO (CIV)

Minute Order

Stipulation and Order

Notice of Entry - NEO (CIV)

Reply - RPLY (CIV)

Order Admitting to Practice

Notice of Entry - NEO (CIV)

Notice - NOTC (CIV)

Notice - NOTC (CIV)

Court Recorders Invoice for Transcript

Recorders Transcript of Hearing - RTRAN (CIV)

Order

Notice of Entry - NEO (CIV)

Demand for Jury Trial - DMJT (CIV)

Answer - ANS (CIV)

Motion to Reconsider - MRCN (CIV)

Clerk's Notice of Hearing - CNOC (CIV)

Minutes - All Pending Motions

Opposition - OPPS (CIV)

Notice - NOTC (CIV)

Reply - RPLY (CIV)

Motion to Consolidate - MCSD (CIV)

Initial Appearance Fee Disclosure - IAFD (CIV)

Minutes - Motion For Reconsideration

Order

Minutes - Minute Order

Notice of Entry of Order - NEOJ (CIV)

Order Denying

Notice of Entry - NEO (CIV)

Suggestion of Bankruptcy - SUGB (CIV)

Order Scheduling Status Check

Instructions for Bluejeans Conference - IBC (CIV)

Instructions for Bluejeans Conference - IBC (CIV)

Order to Statistically Close Case

Minutes - Status Check

Notice - NOTC (CIV)