Electronically Filed
10/10/2022 2:07 PM

CLERK OF THE COURT

**ORDR**
JAMES J. JIMMERSON, ESQ.
Nevada State Bar No. 00264
jimmerson@jimmersonlawfirm.com
JAMES M. JIMMERSON, ESQ.
Nevada State Bar No. 12599
jmj@jimmersonlawfirm.com
THE JIMMERSON LAW FIRM, P.C.
415 South Sixth Street, Suite 100
Las Vegas, Nevada 89135
Telephone:   (702) 388-7171
Facsimile:    (702) 367-1167

*Attorneys for Plaintiff*
*Cash Cloud Inc.*

### EIGHTH JUDICIAL DISTRICT COURT
### CLARK COUNTY, NEVADA

| | |
|---|---|
| CASH CLOUD INC., a Nevada corporation, | Case No.: A-22-854226-B |
| Plaintiff, | Dept. No.: XXII |
| vs. | Hearing Date: September 13, 2022 |
| COLE KEPRO INTERNATIONAL, LLC, a Delaware limited liability company, | Hearing Time: 8:30 a.m. |
| Defendant. | |

**ORDER GRANTING MOTION FOR DECLARATORY JUDGMENT AND FOR STAY OF ARBITRATION PROCEEDINGS AND DENYING DEFENDANT'S COUNTERMOTION TO DISMISS ACTION PURSUANT TO EDCR 2.20(f)**

This matter came before the Court on Plaintiff Cash Cloud Inc.'s ("Plaintiff" or "Cash Cloud") Motion for Declaratory Judgment and for Stay of Arbitration Proceedings (the "Motion") and Defendant Cole Kepro International, LLC's ("Defendant" or "Cole Kepro") Countermotion to Dismiss Action Pursuant to EDCR 2.20(f) (the "Countermotion").  James M. Jimmerson, Esq. of The Jimmerson Law Firm, P.C. and John Naylor, Esq. of Naylor & Braster appeared on behalf of Cash Cloud, with Christopher McAlary in attendance, and David Adler, Esq. of Jaffe Raitt Heuer & Weiss, P.C. and Dan Waite, Esq. of Lewis Roca Rothgerber Christie LLP appeared on behalf of

1

1  Cole Kepro. The Court reviewed the papers and pleadings on file herein, and good cause
2  appearing, the Court finds and orders as follows:
3      THE COURT HEREBY FINDS that NRCP 57 states in pertinent part:

> The procedure for obtaining a declaratory judgment pursuant to statute, shall be in accordance with these rules, ... The existence of another adequate remedy does not preclude a judgment for declaratory relief in cases where it is appropriate. **The court may order a speedy hearing of an action for a declaratory judgment and may advance it on the calendar**.

*Id*. (emphasis supplied).

    THE COURT FURTHER FINDS that NRS 38.221 states in relevant part:

> 2. On motion of a person alleging that an arbitral proceeding has been initiated or threatened but that there is no agreement to arbitrate, the court shall proceed summarily to decide the issue.
>
> \*\*\*
>
> 4. **If the court finds that there is no enforceable agreement, it may not, pursuant to subsection 1 or 2, order the parties to arbitrate**.

*Id*. (emphasis supplied).

    THE COURT FURTHER FINDS that in 2021 Cash Cloud had purchased 4,080 4th Generation kiosks from Cole Kepro.

    THE COURT FURTHER FINDS that disputes have arisen between Cash Cloud and Cole Kepro over the purchase of the 4th Generation kiosks.

    THE COURT FURTHER FINDS that on or about May 27, 2022, Cole Kepro initiated an arbitration proceeding with the American Arbitration Association in Texas concerning, *inter alia*, the purchase of 4,080 4th Generation Kiosks by Cash Cloud from Cole Kepro.

    THE COURT FURTHER FINDS that Cole Kepro maintained that the arbitration of the dispute over the purchase of 4,080 4th Generation Kiosks by Cash Cloud from Cole Kepro was mandated by the provisions of the two-page terms and conditions document, a copy of which was attached to the Motion as Exhibit 20.

THE COURT FURTHER FINDS that there was no agreement to arbitrate the disputes over Cash Cloud's purchase of the 4,080 4th Generation kiosks from Cole Kepro.

THEREFORE, THE COURT ORDERS, ADJUDGES, DECREES, AND DECLARES that Cash Cloud did not agree to arbitrate disputes over the purchase of the 4,080 4th Generation kiosks.

THE COURT FURTHER ORDERS, ADJUDGES, AND DECREES that the arbitration of the disputes over Cash Cloud's purchase of the 4th Generation kiosks from Cole Kepro shall be stayed immediately.

THE COURT FURTHER ORDERS, ADJUDGES, AND DECREES that Cash Cloud's Motion for Declaratory Judgment and for Stay of Arbitration Proceedings is granted and Cole Kepro's Countermotion to Dismiss Action Pursuant to EDCR 2.20(f) is denied.

**Dated this 10th day of October, 2022**

*/s/ Susan Johnson*

**B89 0D4 61ED 303A
Susan Johnson
District Court Judge**

Respectfully Submitted By:

THE JIMMERSON LAW FIRM, P.C.

By: */s/ James M. Jimmerson, Esq.*
  James J. Jimmerson, Esq. (SBN 064)
  jimmerson@jimmersonlawfirm.com
  James M. Jimmerson, Esq. (SBN 12599)
  jmj@jimmersonlawfirm.com
  415 South Sixth Street, Suite 100
  Las Vegas, Nevada 89135
  Tel: 702.388.7171

*Attorneys for Plaintiff Cash Cloud Inc.*

/ / /
/ / /
/ / /

3

<u>Not</u> approved as to form and content by:

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: _/s/_
Dan R. Waite (SBN. 4078)
DWaite@lewisroca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel: 702.949.8200

JAFFE RAITT HEUER & WIESS, P.C.

David Z. Adler (Michigan SBN: P71227)
*Pro Hac Vice*
DAdler@jaffelaw.com
27777 Franklin Road Suite 2500
Southfield, MI 48034
Tel: 248.727.1563

*Attorneys for Defendant Cole Kepro International, LLC*

4

## James M. Jimmerson, Esq.

| | |
|---|---|
| **From:** | James M. Jimmerson, Esq. |
| **Sent:** | Friday, October 7, 2022 2:03 PM |
| **To:** | 'David Adler'; Waite, Dan R. |
| **Cc:** | Andrew Pastor; Deborah Gutierrez |
| **Subject:** | RE: Cash Cloud Inc. v. Cole Kepro International, LLC |

Respectfully, I believe that an order on declaratory judgment needs more and there was no restriction on the Court's denial of the countermotion. We will submit competing orders.

Sincerely,

James M. Jimmerson, Esq.
**Senior Associate**
The Jimmerson Law Firm, P.C.
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
(702) 388-7171 (Office)
(702) 380-6413 (Facsimile)
jmj@jimmersonlawfirm.com



www.jimmersonlawfirm.com

**From:** David Adler <dadler@jaffelaw.com>
**Sent:** Friday, September 30, 2022 6:41 AM
**To:** James M. Jimmerson, Esq. <jmj@jimmersonlawfirm.com>; Waite, Dan R. <DWaite@lewisroca.com>
**Cc:** Andrew Pastor <aap@jimmersonlawfirm.com>; Deborah Gutierrez <dgutierrez@jaffelaw.com>
**Subject:** RE: Cash Cloud Inc. v. Cole Kepro International, LLC

Thanks, but the judge did not make any ruling other than that there was no agreement to arbitrate the 4th Generation Kiosk dispute. Here's the version of the order we propose.

| | | | |
|---|---|---|---|
| **David Adler**<br>dadler@jaffelaw.com<br>248.727.1563<br>he/him/his | **JAFFE RAITT HEUER & WEISS, P.C.**<br>27777 Franklin Rd., Suite 2500<br>Southfield, MI 48034<br>www.jaffelaw.com |  |  |

**Jaffe is joining Taft**
The next chapter starts December 31, 2022.

Signature: Nothing in this communication is intended to constitute an electronic signature. This email does not establish a contract or engagement.
Confidentiality: This communication may contain confidential privileged information intended for the named recipient(s) only.
If you received this by mistake, please destroy it and notify us of the error.



1

**From:** James M. Jimmerson, Esq. <jmj@jimmersonlawfirm.com>
**Sent:** Thursday, September 29, 2022 5:58 PM
**To:** David Adler <dadler@jaffelaw.com>; Waite, Dan R. <DWaite@lewisroca.com>
**Cc:** Andrew Pastor <aap@jimmersonlawfirm.com>
**Subject:** Cash Cloud Inc. v. Cole Kepro International, LLC

**\*\*EXTERNAL EMAIL - Be Cautious with Links and Attachments\*\***

David and Dan,

Attached is a proposed order on the motion and countermotion decided by Judge Johnson.  Please let me know if you have any requested changes to the same or if I may submit with your electronic signature.  Thank you.

Sincerely,

James M. Jimmerson, Esq.
Senior Associate
The Jimmerson Law Firm, P.C.
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
(702) 388-7171 (Office)
(702) 380-6413 (Facsimile)
jmj@jimmersonlawfirm.com



www.jimmersonlawfirm.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

2

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| Cash Cloud Inc, Plaintiff(s) <br><br> vs. <br><br> Cole Kepro International LLC, Defendant(s) | CASE NO: A-22-854226-B <br><br> DEPT. NO.  Department 22 |

## AUTOMATED CERTIFICATE OF SERVICE

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 10/10/2022

| | |
|---|---|
| James M Jimmerson | jmj@jimmersonlawfirm.com |
| Andrew Pastor | aap@jimmersonlawfirm.com |
| Jimmerson Law Firm Efiling | efiling@jimmersonlawfirm.com |
| James Jimmerson | jimmerson@jimmersonlawfirm.com |
| Dan Waite | DWaite@lewisroca.com |
| Luz Horvath | LHorvath@lewisroca.com |
| David Adler | DAdler@jaffelaw.com |
| Deborah Gutierrez | DGutierrez@jaffelaw.com |