Electronically Filed
12/07/2022 4:17 PM

CLERK OF THE COURT

**ORDR**
Michael D. Rawlins, Esq.
Nevada Bar No. 5467
SMITH & SHAPIRO, PLLC
3333 E. Serene Ave., Suite 130
Henderson, Nevada  89074
W: (702) 318-5033
F: (702) 318-5034

*Attorneys for Plaintiff*
*Cash Cloud Inc.*

### DISTRICT COURT

### CLARK COUNTY, NEVADA

| | |
|---|---|
| CASH CLOUD INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COLE KEPRO INTERNATIONAL, LLC,<br>a Delware limited liability company,<br><br>Defendant. | Case No.: A-22-854226-B<br>Dept.: ~~XXI~~ XXII<br><br><br><br>**ORDER TO CONSOLIDATE THIS CASE**<br>**WITH CASE NO. A-22-860298-B** |

Coin Cloud LLC, defendant in Case No. A-22-860298-B, filed in this action a Motion to Consolidate this case with Case No. A-22-860298-B or Alternatively to Stay that Case and Order Defendant to Assert its Claims Against Coin Cloud in this Action (the "Motion to Consolidate"). No opposition having been filed, and for good cause appearing,

IT IS HEREBY ORDERED, the Motion to Consolidate is granted, and the alternative relief in the motion is denied as moot.  This case (Case No.: A-22-854226-B) and Case No. A-22-860298-B shall be consolidated and "heard by the judge assigned to the case first commenced," which is the judge in Dept. XXI.  Documents filed subsequent to this order shall list only the caption and case

/ / /

/ / /

/ / /

/ / /

/ / /

number of this case.

IT IS FURTHER ORDERED, the December 22, 2022 hearing on the motion is vacated.

Dated this 7th day of December, 2022

_____
District Court Judge

B2A 726 D43E 2CF1
Susan Johnson
District Court Judge

Submitted by:

SMITH & SHAPIRO, PLLC


 /s/ Michael D. Rawlins
*M*ichael D. Rawlins, Esq.
Nevada Bar No.5467
3333 E. Serene Ave., Suite 130
Henderson, Nevada 89074

*Attorneys for Coin Cloud, Inc.*

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| Cash Cloud Inc, Plaintiff(s) | CASE NO: A-22-854226-B |
| vs. | DEPT. NO. Department 22 |
| Cole Kepro International LLC, Defendant(s) | |

**AUTOMATED CERTIFICATE OF SERVICE**

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 12/7/2022

| | |
|---|---|
| James M Jimmerson | jmj@jimmersonlawfirm.com |
| Jennifer Bidwell | jbidwell@smithshapiro.com |
| Michael Rawlins | mrawlins@smithshapiro.com |
| Andrew Pastor | aap@jimmersonlawfirm.com |
| Jimmerson Law Firm Efiling | efiling@jimmersonlawfirm.com |
| America Gomez-Oropeza | aoropeza@smithshapiro.com |
| Dan Waite | DWaite@lewisroca.com |
| Luz Horvath | LHorvath@lewisroca.com |
| David Adler | DAdler@jaffelaw.com |
| Deborah Gutierrez | DGutierrez@jaffelaw.com |
| James Jimmerson | jimmerson@jimmersonlawfirm.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28