Electronically Filed
12/13/2022 11:43 AM

CLERK OF THE COURT

ORDD
~~ORDR~~

JAMES J. JIMMERSON, ESQ.
Nevada State Bar No. 00264
jimmerson@jimmersonlawfirm.com
JAMES M. JIMMERSON, ESQ.
Nevada State Bar No. 12599
jmj@jimmersonlawfirm.com
THE JIMMERSON LAW FIRM, P.C.
415 South Sixth Street, Suite 100
Las Vegas, Nevada 89135
Telephone:   (702) 388-7171
Facsimile:    (702) 367-1167

*Attorneys for Plaintiff*
*Cash Cloud Inc.*

**EIGHTH JUDICIAL DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CASH CLOUD INC., a Nevada corporation, | Case No.: A-22-854226-B |
| Plaintiff, | Dept. No.: XXII |
| vs. | |
| COLE KEPRO INTERNATIONAL, LLC, a Delaware limited liability company, | Hearing Date: November 29, 2022<br>Hearing Time: 8:30 a.m. |
| Defendant. | |

**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF COURT'S OCTOBER 10, 2022 ORDER SOLELY AS IT CONCERNS THE CONTESTED REAL PLAINTIFF PARTY IN INTEREST**

This matter came before the Court on Defendant Cole Kepro International, LLC's ("Defendant" or "Cole Kepro") Motion for Reconsideration of Court's October 10, 2022 Order Solely as it Concerns the Contested Real Plaintiff Party in Interest (the "Motion"). James M. Jimmerson, Esq. of The Jimmerson Law Firm, P.C. appeared on behalf of Plaintiff Cash Cloud Inc. ("Plaintiff" or "Cash Cloud"), and David Adler, Esq. of Jaffe Raitt Heuer & Weiss, P.C. and Dan Waite, Esq. of Lewis Roca Rothgerber Christie LLP appeared on behalf of Defendant Cole Kepro. The Court reviewed the papers and pleadings on file herein, and good cause appearing, the Court finds and orders as follows:

1    THE COURT HEREBY FINDS that the issue of the real party in interest
2  (including the dispute as to the identity thereof) is an issue of fact.
3    THE COURT FURTHER FINDS that there is no reason to grant reconsideration
4  of its prior October 10, 2022 Order Granting Motion for Declaratory Judgment and for
5  Stay of Arbitration Proceedings and Denying Defendant's Countermotion to Dismiss
6  Action Pursuant to EDCR 2.20(f) (the "October 10, 2022 Order")
7    THEREFORE, THE COURT ORDERS, ADJUDGES, AND DECREES that it will
8  not presently reconsider its October 10, 2022 Order.
9    THE COURT FURTHER ORDERS, ADJUDGES, AND DECREES that
10  Defendant's Motion is DENIED WITHOUT PREJUDICE.

Dated this 13th day of December, 2022

*[signature]*

**12B EB5 5667 3E52**
**Susan Johnson**
**District Court Judge**

13  Respectfully Submitted By:

15  THE JIMMERSON LAW FIRM, P.C.

17  By: */s/ James M. Jimmerson, Esq.*
18    James J. Jimmerson, Esq. (SBN 064)
      jimmerson@jimmersonlawfirm.com
19    James M. Jimmerson, Esq. (SBN 12599)
      jmj@jimmersonlawfirm.com
20    415 South Sixth Street, Suite 100
      Las Vegas, Nevada 89135
21    Tel: 702.388.7171

22  *Attorneys for Plaintiff Cash Cloud Inc.*

23  / / /
24  / / /
    / / /

**THE JIMMERSON LAW FIRM, P.C.**
415 South Sixth Street., Suite 100, Las Vegas, Nevada 89101
(702) 388-7171 – fax (702) 387-1167

2

Approved as to form and content by:

   JAFFE RAITT HEUER & WIESS, P.C.

By: */s/ David Z. Adler, Esq.*
David Z. Adler (Michigan SBN: P71227)
*Pro Hac Vice*
DAdler@jaffelaw.com
27777 Franklin Road Suite 2500
Southfield, MI 48034
Tel: 248.727.1563

Dan R. Waite (SBN. 4078)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
DWaite@lewisroca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel: 702.949.8200

*Attorneys for Defendant Cole Kepro International, LLC*

| | |
|---|---|
| **From:** | David Adler <dadler@jaffelaw.com> |
| **Sent:** | Friday, December 2, 2022 6:11 AM |
| **To:** | James M. Jimmerson, Esq. |
| **Cc:** | Andrew Pastor; Deborah Gutierrez; 'Waite, Dan R.' |
| **Subject:** | RE: Cash Cloud Inc. v. Cole Kepro International LLC |
| **Attachments:** | Order denying motion for reconsideration.docx |

Jim, this looks fine.  You can affix my signature and submit.

Thank you,

**David Adler**
dadler@jaffelaw.com
248.727.1563
he/him/his

**JAFFE RAITT HEUER & WEISS, P.C.**
27777 Franklin Rd., Suite 2500
Southfield, MI 48034
www.jaffelaw.com

 

**Jaffe is joining Taft**
The next chapter starts December 31, 2022.

Signature: Nothing in this communication is intended to constitute an electronic signature.  This email does not establish a contract or engagement.
Confidentiality: This communication may contain confidential privileged information intended for the named recipient(s) only.
If you received this by mistake, please destroy it and notify us of the error.



**From:** James M. Jimmerson, Esq. <jmj@jimmersonlawfirm.com>
**Sent:** Thursday, December 1, 2022 3:49 PM
**To:** David Adler <dadler@jaffelaw.com>; 'Waite, Dan R.' <DWaite@lewisroca.com>
**Cc:** Andrew Pastor <aap@jimmersonlawfirm.com>
**Subject:** Cash Cloud Inc. v. Cole Kepro International LLC

**\*\*EXTERNAL EMAIL - Be Cautious with Links and Attachments\*\***

David and Dan,

Please find attached the proposed order from our hearing earlier this week.  Please let me know if you have any requested edits or changes or if I may affix your e-signature to the same.  Thank you.

Sincerely,

James M. Jimmerson, Esq.
**Senior Associate**
**The Jimmerson Law Firm, P.C.**
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
(702) 388-7171 (Office)
(702) 380-6413 (Facsimile)
jmj@jimmersonlawfirm.com



[www.jimmersonlawfirm.com](www.jimmersonlawfirm.com)

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| Cash Cloud Inc, Plaintiff(s)<br><br>vs.<br><br>Cole Kepro International LLC, Defendant(s) | CASE NO: A-22-854226-B<br><br>DEPT. NO.  Department 22 |

## AUTOMATED CERTIFICATE OF SERVICE

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order Denying was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 12/13/2022

| | |
|---|---|
| James M Jimmerson | jmj@jimmersonlawfirm.com |
| Jennifer Bidwell | jbidwell@smithshapiro.com |
| Michael Rawlins | mrawlins@smithshapiro.com |
| Andrew Pastor | aap@jimmersonlawfirm.com |
| Jimmerson Law Firm Efiling | efiling@jimmersonlawfirm.com |
| America Gomez-Oropeza | aoropeza@smithshapiro.com |
| Dan Waite | DWaite@lewisroca.com |
| Luz Horvath | LHorvath@lewisroca.com |
| David Adler | DAdler@jaffelaw.com |
| Deborah Gutierrez | DGutierrez@jaffelaw.com |
| James Jimmerson | jimmerson@jimmersonlawfirm.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28