Electronically Filed
2/9/2023 8:53 AM
Steven D. Grierson
CLERK OF THE COURT

SB
JAMES J. JIMMERSON, ESQ.
Nevada State Bar No. 00264
jimmerson@jimmersonlawfirm.com
JAMES M. JIMMERSON, ESQ.
Nevada State Bar No. 12599
jmj@jimmersonlawfirm.com
THE JIMMERSON LAW FIRM, P.C.
415 South Sixth Street, Suite 100
Las Vegas, Nevada 89135
Telephone:  (702) 388-7171
Facsimile:  (702) 367-1167

*Attorneys for Plaintiff*
*Cash Cloud Inc.*

## EIGHTH JUDICIAL DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| CASH CLOUD INC., a Nevada corporation,<br><br>        Plaintiff,<br>    vs.<br><br>COLE KEPRO INTERNATIONAL, LLC, a Delaware limited liability company,<br><br>        Defendant. | Case No.: A-22-854226-B<br>Consolidated With Case No: A-22-860298-B<br><br>Dept. No.: XXII |
| AND RELATED MATTERS | |

## SUGGESTION OF BANKRUPTCY OF PLAINTIFF CASH CLOUD INC.

COMES NOW, Plaintiff CASH CLOUD INC. ("Cash Cloud" or "Plaintiff") by and through its counsel of record, James J. Jimmerson, Esq. and James M. Jimmerson, Esq. of The Jimmerson Law Firm, P.C., and hereby suggests the filing of a Chapter 11 Bankruptcy Petition in the United States Bankruptcy Court for the

/ / /

/ / /

/ / /

1

Case Number: A-22-854226-B

District of Nevada.  This Chapter 11 Petition was filed on February 7, 2023 and bears the Case Number: 23-10423.

DATED this 9th day of February, 2023.

THE JIMMERSON LAW FIRM, P.C.

*/s/ James M. Jimmerson, Esq.*
JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000264
JAMES M. JIMMERSON, ESQ.
Nevada Bar. No. 12599
415 S. Sixth Street, Suite 100
Las Vegas, Nevada 89101
(702) 388-7171
*Attorneys for Plaintiff Cash Cloud Inc.*

# **CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of THE JIMMERSON LAW FIRM, P.C., and that on this 9th day of February, 2023, I caused a document entitled **SUGGESTION OF BANKRUPTCY OF PLAINTIFF CASH CLOUD INC.** to be served as follows:

[ **X** ]  pursuant to EDCR 8.05(a), EDCR 8.05(f), NRCP 5(b)(2)(D) and Administrative Order 14-2 captioned In the Administrative Matter of Mandatory Electronic Service in the Eighth Judicial District Court, by mandatory electronic service through the Eighth Judicial District Court's electronic filing system;

[ ]  by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

[ ]  pursuant to EDCR 7.26, to be sent via **facsimile,** by duly executed consent for service by electronic means.

[ ]  Hand Delivery

To the person(s) listed below at the address, email address, and/or facsimile number indicated below:

Dan R. Waite, Esq.
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
*Counsel for Defendant*
*Cole Kepro International, LLC*

Michael D. Rawlins, Esq.
SMITH & SHAPIRO, PLLC
3333 E. Serene Ave., Suite 130
Henderson, Nevada 89074
*Attorneys for Coin Cloud LLC*

                                             */s/ James Jimmerson*
                                   An employee of THE JIMMERSON LAW FIRM, P.C.