Electronically Filed
04/25/2023 12:35 PM

*[signature]*

CLERK OF THE COURT

OSCC

# DISTRICT COURT
## CLARK COUNTY, NEVADA

* * * *

| | |
|---|---|
| CASH CLOUD INC, PLAINTIFF(S)<br>V.<br>COLE KEPRO INTERNATIONAL LLC, DEFENDANT(S)<br><br>COLE KEPRO INTERNATIONAL, LLC., PLAINTIFF(S)<br>V.<br>COIN CLOUD, LLC, DEFENDANT(S) | CASE NO.: A-22-854226-B (Lead)<br><br>A-22-860298-B (Cons)<br><br>DEPARTMENT 22 |

**CIVIL ORDER TO STATISTICALLY CLOSE CASE**

Upon review of this matter and good cause appearing,

IT IS HEREBY ORDERED that the Clerk of the Court is hereby directed to statistically close this case for the following reason:

**DISPOSITIONS:**

- ☐ Default Judgment
- ☐ Judgment on Arbitration
- ☐ Stipulated Judgment
- ☐ Summary Judgment
- ☐ Involuntary Dismissal
- ☐ Motion to Dismiss by Defendant(s)
- ☐ Stipulated Dismissal
- ☐ Voluntary Dismissal
- ☐ Transferred (before trial)
- ☐ Non-Jury – Disposed After Trial Starts
- ☐ Non-Jury – Judgment Reached
- ☐ Jury – Disposed After Trial Starts
- ☐ Jury – Verdict Reached
- ☒ Other Manner of Disposition (Bankruptcy)

DATED this 25th day of April, 2023.

Dated this 25th day of April, 2023

*[signature: Susan Johnson]*

031-AF3-4125-F946
**Susan Johnson**
**District Court Judge**

Statistically closed: USJR - CV - Other Manner of Disposition (USJROT)

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| Cash Cloud Inc, Plaintiff(s) | CASE NO: A-22-854226-B |
| vs. | DEPT. NO. Department 22 |
| Cole Kepro International LLC, Defendant(s) | |

### AUTOMATED CERTIFICATE OF SERVICE

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order to Statistically Close Case was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 4/25/2023

| | |
|---|---|
| James M Jimmerson | jmj@jimmersonlawfirm.com |
| Jennifer Bidwell | jbidwell@smithshapiro.com |
| Michael Rawlins | mrawlins@smithshapiro.com |
| Andrew Pastor | aap@jimmersonlawfirm.com |
| Jimmerson Law Firm Efiling | efiling@jimmersonlawfirm.com |
| America Gomez-Oropeza | aoropeza@smithshapiro.com |
| Dan Waite | DWaite@lewisroca.com |
| Luz Horvath | LHorvath@lewisroca.com |
| David Adler | DAdler@jaffelaw.com |
| Deborah Gutierrez | DGutierrez@jaffelaw.com |

James Jimmerson                    jimmerson@jimmersonlawfirm.com