BRETT A. AXELROD, ESQ. (Nv Bar No. 5859)
JEANETTE E. MCPHERSON, ESQ. (Nv Bar No. 5423)
NICHOLAS A. KOFFROTH, ESQ. (Nv Bar No. 16264)
ZACHARY T. WILLIAMS, ESQ. (Nv Bar No. 16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email:  baxelrod@foxrothschild.com
            jmcpherson@foxrothschild.com
            nkoffroth@foxrothschild.com
            zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                         Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**THIRD STIPULATION WITH BROOKFIELD LANDLORDS TO CONTINUE HEARING ON MULTIPLE OMNIBUS MOTIONS FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) FOR BROOKFIELD LANDLORDS ONLY [ECF NOS. 675, 681, 684, 690, 693, 696, AND 700]**<br><br>Old Hearing Date:  August 17, 2023<br>Old Hearing Time:  10:30 a.m.<br><br>**Continued Hearing Date:  August 29, 2023**<br>**Continued Hearing Time: 9:30 a.m.** |

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, and Brookfield Retail Properties, Inc. ("Brookfield Landlords"), by and through is undersigned counsel, Kaempfer Crowell (collectively, the "Parties"), hereby enter into this *Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* ("Stipulation").

1

148492298.1

**RECITALS**

WHEREAS, Debtor filed multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) on June 14, 2023, including those designated as the Ninth [ECF No. 675], Eleventh [ECF No. 681], Twelfth [ECF No. 684], Fourteenth [ECF No. 690], Fifteenth [ECF No. 693], Sixteenth ECF No. 696], and Seventeenth [ECF No. 700] Omnibus Motions (collectively, the "Omnibus Motions");

WHEREAS, the Brookfield Landlords filed a *Limited Objection Of Brookfield Landlords To Debtor's Omnibus Motions For Entry Of Orders Approving Rejection Of Unexpired Leases* [ECF 842] ("Limited Objection") to the Omnibus Motions on July 13, 2023;

WHEREAS, the hearing on the Omnibus Motions was set for July 20, 2023 at 10:30 a.m.;

WHEREAS, the Court continued the July 20, 2023 hearing to July 27, 2023 at 1:30 p.m., and the deadline to reply to the Limited Objection to July 26, 2023 pursuant to the *Order Granting Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF 851] entered by the Court on July 17, 2023;

WHEREAS, the Court continued the July 27, 2023 hearing to August 17, 2023 at 10:30 a.m. ("Hearing Date"), and the deadline to reply to the Limited Objection to August 16, 2023 ("Reply Deadline") pursuant to the *Order Granting Second Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF 934] entered by the Court on July 26, 2023;

WHEREAS, Brookfield Landlords have been negotiating with Heller Capital Group, LLC regarding the agreements subject to the Omnibus Motions, which negotiations have not been finalized;

WHEREAS, the Parties have agreed to continue the Hearing Date to August 29, 2023 at 9:30 a.m.; and

WHEREAS, the Parties have agreed to continue the deadline to reply to the Limited Objection to August 28, 2023 ("Reply Deadline").

**STIPULATION**

NOW, THEREFORE, in consideration of the foregoing, the parties agree as follows:

1. The Hearing Date is continued to August 29, 2023 at 9:30 a.m.; and

2. The Reply Deadline is continued to August 28, 2023.

| Dated this 16th day of August, 2023. | Dated this 16th day of August, 2023. |
|---|---|
| **FOX ROTHSCHILD LLP** | **KAEMPFER CROWELL** |
| By /s/ Jeanette E. McPherson<br>JEANETTE E. MCPHERSON, ESQ.<br>BRETT A. AXELROD, ESQ.<br>NICHOLAS A. KOFFROTH, ESQ.<br>ZACHARY T. WILLIAMS, ESQ.<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135 | By /s/ Louis Bubala III<br>LOUIS BUBALA III, ESQ.<br>50 W. Liberty Street, Suite 700<br>Reno, Nevada 89501 |
| *Counsel for Debtor* | *Counsel for Brookfield Retail Properties, Inc.* |