_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
August 16, 2023

BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email:  baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
         zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**ORDER GRANTING THIRD STIPULATION WITH BROOKFIELD LANDLORDS TO CONTINUE HEARING ON MULTIPLE OMNIBUS MOTIONS FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) FOR BROOKFIELD LANDLORDS ONLY [ECF NOS. 675, 681, 684, 690, 693, 696, AND 700]**<br><br>Old Hearing Date:   August 17, 2023<br>Old Hearing Time:   10:30 a.m.<br><br>**Continued Hearing Date:   August 29, 2023**<br>**Continued Hearing Time:  9:30 a.m.** |

148492261.1

1

The Court having read and considered the *Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* ("Stipulation"),[1] and good cause appearing therefor, it is hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that the Hearing Date is continued to August 29, 2023 at 9:30 a.m.; and it is further

ORDERED that the Reply Deadline is continued to August 28, 2023.

| Submitted by: | Approved by: |
|---|---|
| **FOX ROTHSCHILD LLP** | **KAEMPFER CROWELL** |
| By /s/ Jeanette E. McPherson | By /s/ Louis Bubala III |
| JEANETTE E. MCPHERSON, ESQ.<br>BRETT A. AXELROD, ESQ.<br>NICHOLAS A. KOFFROTH, ESQ.<br>ZACHARY T. WILLIAMS, ESQ.<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135 | LOUIS BUBALA III, ESQ.<br>50 W. Liberty Street, Suite 700<br>Reno, Nevada 89501 |
| *Counsel for Debtor* | *Counsel for Brookfield Retail Properties, Inc.* |

### 

---

[1] Capitalized terms used, but not defined herein, shall have the meaning ascribed to such terms in the Stipulation.

148492261.1