UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On August 5, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail Gamer Planet, Attn: Daniel Perry at 69 W 10600 S, Sandy, UT 84070-4160:

- **Notice of Entry of Order Granting Twelfth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Setting Rejection Damages Claim Deadline** (Docket No. 966)

Furthermore, on August 7, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on FT Investment Properties LLC, Attn: Babir Sultan at 6501 Main St, Grandview, MO 64030-5401:

- **Notice of Entry of Order Granting Eleventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Setting Rejection Damages Claim Deadline** (Docket No. 965)

Furthermore, on or before August 8, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Hearing on Debtor's Motion for Order: (A) Approving the Sale of Certain of Debtor's Assets to Powercoin, LLC, Free and Clear of Liens Claims, Encumbrances, and Other Interests; and (B) Granting Related Relief** (Docket No. 994)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

      Furthermore, on August 8, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on Metro Food and Beverage, Attn: Salah Jaffal at 6476 Surrey Dr, North Olmsted, OH 44070-4862:

- **Notice of Entry of Order Granting Fourteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Setting Rejection Damages Claim Deadline** (Docket No. 968)

Dated: August 15, 2023

      */s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800.634.7734
Email: TeamCoinCloud@stretto.com

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Christopher Mejia | | 6355 S Riley St | Unit 373 | Las Vegas | NV | 89148-1327 |
| Fideline Banda | | 7551 W Mistral Ave | | Las Vegas | NV | 89113-4707 |
| FT Investment Properties LLC | Attn: Babir Sultan | 6501 Main St | | Grandview | MO | 64030-5401 |
| Gamer Planet | Attn: Daniel Perry | 69 W 10600 S | | Sandy | UT | 84070-4160 |
| Heather Cowan | | 714 Holly Springs Dr | | Conroe | TX | 77302-3764 |
| Herbert Deppe | | 435 32rd | Unit 617 | Clifton | CO | 81520-9134 |
| John C Whitley | | 8083 Parkland | | Redford | MI | 48239-1115 |
| Jose Ortiz-Rivera | | 901 Fremont St | Apt 270 | Las Vegas | NV | 89101-5431 |
| Joshua R Guerrero | | 7943 Long Beach St | | Las Vegas | NV | 89139-8720 |
| JPS Seafood | | 5065 S 12th Ave | | Tucson | AZ | 85706-1209 |
| Laura Wilhite | | 1279 Thornbird Trl | | Sealy | TX | 77474-1135 |
| Leonard A Basili | | 328 Monarch Ln | | Pensacola | FL | 32503-7552 |
| Luis Flores | | 5990 Mendocino Hill Ave | | Las Vegas | NV | 89139-7520 |
| OKCoin USA, Inc. | | 115 Sansome St | Ste 1002 | San Francisco | CA | 94104-3626 |
| Paige E Abshier | | 8150 Rafael Rivera Way | Unit 2060 | Las Vegas | NV | 89113-5414 |
| Ryan White | | 2692 NE Highway 70 | Lot 607 | Arcadia | FL | 34266-8529 |
| SafeGraph, Inc. | | 1580 N Logan St | Ste 660 | Denver | CO | 80203-1994 |
| Tykeishia Rogers | | 5516 Boulder Hwy | Ste 2F | Las Vegas | NV | 89122-6000 |
| Unit21 Inc. | | 222 Kearny St | Ste 304 | San Francisco | CA | 94108-4528 |
| Wizards Keep Games | Attn: Jason Bessonette | 20514 108th Ave SE | | Kent | WA | 98031-1542 |