BRETT A. AXELROD, ESQ. (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email:  baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                              Debtor. | Case No. BK-23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING THIRD STIPULATION WITH BROOKFIELD LANDLORDS TO CONTINUE HEARING ON MULTIPLE OMNIBUS MOTIONS FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) FOR BROOKFIELD LANDLORDS ONLY [ECF NOS. 675, 681, 684, 690, 693, 696, AND 700]** |

**PLEASE TAKE NOTICE** that on the 16th day of August, 2023, the Court entered an *Order Granting Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF 1084], a copy of which is attached here.

Dated this 16th day of August, 2023.        **FOX ROTHSCHILD LLP**

                                            By:  /s/ Jeanette E. McPherson
                                                JEANETTE E. MCPHERSON, ESQ. (5423)
                                                BRETT A. AXELROD, ESQ. (5859)
                                                NICHOLAS A. KOFFROTH, ESQ. (16264)
                                                ZACHARY T. WILLIAMS, ESQ. (16023)
                                                1980 Festival Plaza Drive, Suite 700
                                                Las Vegas, Nevada 89135
                                                *Counsel for Debtor*

1

148492321.1



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 16, 2023

BRETT A. AXELROD, ESQ. (5859)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email:   baxelrod@foxrothschild.com
              jmcpherson@foxrothschild.com
              nkoffroth@foxrothschild.com
              zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**ORDER GRANTING THIRD STIPULATION WITH BROOKFIELD LANDLORDS TO CONTINUE HEARING ON MULTIPLE OMNIBUS MOTIONS FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) FOR BROOKFIELD LANDLORDS ONLY [ECF NOS. 675, 681, 684, 690, 693, 696, AND 700]**<br><br>Old Hearing Date:   August 17, 2023<br>Old Hearing Time:   10:30 a.m.<br><br>**Continued Hearing Date:   August 29, 2023**<br>**Continued Hearing Time: 9:30 a.m.** |

148492261.1

1

1  The Court having read and considered the *Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* ("Stipulation"),[1] and good cause appearing therefor, it is hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that the Hearing Date is continued to August 29, 2023 at 9:30 a.m.; and it is further

ORDERED that the Reply Deadline is continued to August 28, 2023.

Submitted by:

**FOX ROTHSCHILD LLP**

By  /s/ Jeanette E. McPherson
   JEANETTE E. MCPHERSON, ESQ.
   BRETT A. AXELROD, ESQ.
   NICHOLAS A. KOFFROTH, ESQ.
   ZACHARY T. WILLIAMS, ESQ.
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135

*Counsel for Debtor*

Approved by:

**KAEMPFER CROWELL**

By  /s/ Louis Bubala III
   LOUIS BUBALA III, ESQ.
   50 W. Liberty Street, Suite 700
   Reno, Nevada 89501

*Counsel for Brookfield Retail Properties, Inc.*

###

---

[1] Capitalized terms used, but not defined herein, shall have the meaning ascribed to such terms in the Stipulation.

2

148492261.1