docket as a Letter. LH

RECEIVED AND FILED
AUG 16 2023
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK
BR

23-10423-MKN

Yes Sir

My name is Robert Wooten. I had someone from Cash Cloud call me up and talked me into buying $90 worth of Bit Coins. Said I could use them on different web sites. When I went to use them, I didn't have anything in my account. I believe they owe me $90. Don't know where that money went. Thank you for your help

Robt Wy

Written Complaint