RECEIVED AND FILED
AUG 16 2023
BR
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

23-10423-MKN

Yes Sir

My name is Robert Wooth. I had someone from Cash Cloud call me up and talked me into buying $910 worth of Bit coins. Said I could use them on different web sites. When I went to use them, I didn't have anything in my account. I believe they owe me $910. Don't know where that money went. Thank you fa your help

Written Complaint