Allan B. Diamond (Texas 05801800)
DIAMOND McCARTHY LLP
909 Fannin, Suite 3700
Houston, Texas 77010
adiamond@diamondmccarthy.com
713-333-5100

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | BK- <u>BK-S-23-10423-MKN</u> |
| CASH CLOUD, INC., dba COIN CLOUD, | CHAPTER 11 |
| | VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT |
| Debtor. | |
| | **EFFECTIVE JANUARY 1, 2015** |
| | **FILING FEE IS $250.00** |

<u>Allan B. Diamond</u>, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in <u>Houston</u>, <u>Texas</u>.

2. That Petitioner is an attorney at law and a member of the law firm of <u>Diamond McCarthy LLP</u>, with offices at <u>909 Fannin Street, Suite 3700</u>

<u>Houston</u>, <u>Texas</u>, <u>77010</u>

3. That Petitioner has been retained personally or as a member of the law firm by

1  Chris McAlary _____ to provide legal representation in connection
2  with the above-entitled case now pending before this Court.

3  4.  That since November 12, 1979 _____, Petitioner has been and presently is a member in good
4  standing of the bar of the highest Court of the State of _Texas_____ where Petitioner
5  regularly practices law.

6  5. That Petitioner was admitted to practice before the following United States District Courts,
7  United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other
8  States on the dates indicated for each, and that Petitioner is presently a member in good standing of
   said Courts.                                                              Date Admitted
9  See attached _____   _____
10 _____   _____
11 _____   _____
12 _____   _____

13
14 6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any
   suspension of any license, certificate or privilege to appear before any judicial, regulatory, or
15 administrative body, or any resignation or termination order to avoid disciplinary or disbarment
16 proceedings, except as described in detail below:
   N/A_____
17 _____
18 _____
19 _____
20 _____
21 _____.

22 7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars
   of any denied admission):
23 N/A_____
24 _____
25 _____
26 _____.

2

8. That Petitioner is a member of good standing in the following Bar Associations:

State Bar of Texas

State Bar of New York

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 06/20/2023 | 23-12378-nmc | U.S. Bankruptcy Court | Yes |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED:   August 21, 2023

Petitioner's Signature

3

STATE OF TEXAS          )
                        )
COUNTY OF HARRIS        )

Allan B. Diamond_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

*Petitioner's Signature*

(SEAL)

[Notary seal: CATHERINE BURROW, My Notary ID # 2745462, Expires October 22, 2024]

Subscribed and sworn to me before this

__21st__ day of __August__, __2023__.

__Catherine Burrow_____ Notary public

4

Allan B. Diamond
As of May 3, 2023

| Name of Court | Date of Admission |
|---|---|
| United States Supreme Court | February 1989 |
| U.S. Court of Appeals for the Second Circuit | January 2010 |
| U.S. Court of Appeals for the Third Circuit | September 2012 |
| U.S. Court of Appeals for the Fifth Circuit | 1979 |
| U.S. Court of Appeals for the Sixth Circuit | August 2013 |
| U.S. Court of Appeals for the Seventh Circuit | November 2005 |
| U.S. Court of Appeals for the Ninth Circuit | October 2004 |
| U.S. Court of Appeals for the Tenth Circuit | May 1989 |
| U.S. District Court for the Northern District of Texas | December 1979 |
| U.S. District Court for the Southern District of Texas | November 1990 |
| U.S. District Court for the Western District of Texas | December 1988 |
| U.S. District Court for the Eastern District of Texas | November 1979 |
| U.S. District Court for the Southern District of New York | October 2011 |
| U.S. District Court for the Eastern District of New York | October 2011 |
| U.S. District Court for the Northern District of New York | October 2011 |
| U.S. District Court for District of Colorado | August 2010 |
| U.S. Court of Federal Claims | January 2023 |

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 08, 2023

Re: Mr. Allan Brent Diamond, State Bar Number 05801800

To Whom It May Concern:

This is to certify that Mr. Allan Brent Diamond was licensed to practice law in Texas on November 12, 1979, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Allan Brent Diamond**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 12th day of November, 1979.

I further certify that the records of this office show that, as of this date

**Allan Brent Diamond**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 8th day of May, 2023.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 1570C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.