## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| CASH CLOUD, INC.[1] | Case No. 23-10423 (MKN) |
| Debtor. | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On or before August 15, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Hearing on Debtor's Motion for Order: (A) Approving the Sale of Certain of Debtor's Assets to Powercoin, LLC, Free and Clear of Liens Claims, Encumbrances, and Other Interests; and (B) Granting Related Relief** (Docket No. 994)

Dated: August 22, 2023

/s/ Monica Arellano
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800.634.7734
Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bancsource | Attn: Donna Williams | 1341 W Battlefield St | Ste 215 | Springfield | MO | 65807-4100 |
| Darrell Hazen | | 1326 Shelby Dr | | Sikeston | MO | 63801-6117 |
| Eddies of Eager Street | Attn: Dennis Zorn | c/o Eddies of Mount Vernon | PO Box 2177 | Baltimore | MD | 21203-2177 |
| Edward F Draiss Jr | | 11700 W Charleston Blvd | Ste 170 | Las Vegas | NV | 89135-1575 |
| Heather Cowan | | 714 Holly Springs Dr | | Conroe | TX | 77302-3764 |
| John C Whitley | | 8083 Parkland | | Redford | MI | 48239-1115 |
| Leonard A Basili | | 328 Monarch Ln | | Pensacola | FL | 32503-7552 |
| Melvene McCoy | | 116 Berkshire Pl | | Lynchburg | VA | 24502-2110 |
| Monica Cerrato | | 431 W Camino Real | Apt 21 | Boca Raton | FL | 33432-5763 |
| Rosa Estela | | 7740 183A Toll Rd | Apt 527 | Leander | TX | 78641-1550 |
| SafeGraph, Inc. | | 1580 N Logan St | Ste 660 | Denver | CO | 80203-1994 |
| Tecniflex, LLC. DBA Bancsource | | 1341 W Battlefield St | Ste 215 | Springfield | MO | 65807-4100 |
| The Shop, Guns & Pawn | Attn: Rick Ringer | 15169 Brock Dr | | Crocker | MO | 65452-7134 |
| Tykeishia Rogers | | 5516 Boulder Hwy | Ste 2F | Las Vegas | NV | 89122-6000 |
| United Natural Foods, Inc. c/o Numero Uno Acquisitions, LLC DBA Numero Uno Markets | Attn: Keith Oki | 15510 Carmenita Rd | | Santa Fe Spgs | CA | 90670-5610 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)

Page 1 of 1