ROBERT A. MUSIALA, JR. ESQ.
BAKER & HOSTETLER LLP
One North Wacker Drive
Suite 4500
Chicago, IL 60606
Telephone: 312.416.6200
Facsimile: 312.416.6201
Email: rmusiala@bakerlaw.com

*Regulatory Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No.  BK-23-10423-mkn<br><br>Chapter 11<br><br>**BAKER & HOSTETLER'S THIRD MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**<br><br>Hearing Date:   N/A<br>Hearing Time:   N/A |

Baker & Hostetler ("B&H" or "Applicant"), regulatory counsel to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Chapter 11 Case"), respectfully submits its Monthly Fee Statement for Services Rendered and Expenses Incurred for the Period from June 1, 2023 through June 30, 2023 (the "June Statement"), pursuant to the *Order Authorizing Retention and Employment of Baker & Hostetler LLP as Regulatory Counsel to Debtor* [ECF No. 525] (the "Retention Order") and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

148473774.1

1

In support of the June Statement, B&H respectfully represents as follows:

**The June Statement**

1. B&H was retained as regulatory counsel to the Debtor pursuant to the Retention Order, dated and entered on May 5, 2023. On May 9, 2023, the Debtor paid B&H a retainer of $50,000.00 (the "Retainer") as authorized in the Retention Order.

2. B&H has endeavored to monitor and coordinate with the Debtor's counsel in this Chapter 11 Case to ensure a clear delineation of each firm's respective roles in connection with the representation of the Debtor in this Chapter 11 Case and to prevent duplication of services. The professional services performed and expenses incurred by B&H were actual and necessary to preserve and protect the value of the Debtor's assets and estate.

3. B&H submitted two prior applications for compensation in connection with its representation of the Debtor.

4. The first application (the "April Statement") was for the period of April 4, 2023 through April 30, 2023 (ECF Docket No. 607) (the "April Statement Period"). In the April Statement B&H sought allowance and payment of interim compensation for fees in the amount of $9,300.80, representing 80% of the $11,626.00 in fees incurred for services rendered during the April Statement Period. There were no expenses incurred in the April Statement Period. The holdback under the April Statement is $2,325.20 (the "April Holdback").

5. A Certificate of No Objection to the April Statement was filed with the Court on June 21, 2023 (ECF Docket No. 740).

6. B&H's second application (the "May Statement") was for the period of May 1, 2023 through May 31, 2023 (ECF Docket No. 321) (the "May Statement Period"). In the May Statement, B&H sought allowance and payment of interim compensation for fees in the amount of $130,329.20, representing 80% of the $162,911.50 in fees incurred for services rendered during the May Statement Period, and expenses in the amount of $511.68, representing 100% of the expenses incurred in connection with services rendered during the Statement Period. The holdback under the May Statement is $32,582.30 (the "May Holdback").

7. A Certificate of No Objection to the May Statement was filed with the Court on August 2, 2023 (ECF Docket No. 792).

8. In the instant application, B&H hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's Court-authorized regulatory counsel during the period commencing June 1, 2023 and ending June 30, 2023 (the "June Statement Period").

9. For the June Statement Period, B&H seeks allowance and payment of interim compensation for fees in the amount of $5,867.20, representing 80% of the $7,334.00 in fees incurred for services rendered during the June Statement Period. There were no expenses incurred in the June Statement Period. The holdback under the June Statement is $1,466.80 (the "June Holdback").

10. Attached hereto as Exhibit A is the name of each timekeeper who performed services in connection with the Chapter 11 Case and the regulatory matters during the June Statement Period, and the hourly rate for each such timekeeper.

11. Attached hereto as Exhibit B is a detailed schedule of time expended by the timekeepers who performed services during the June Statement Period.

12. On the same date this Statement was filed, a copy of the June Statement was served via electronic mail/notice on the following parties (each a "Notice Party," and collectively the "Notice Parties"):

    a. Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

    b. Fox Rothschild, LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

    c. United States Trustee Tracy Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

    d. Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

    Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

 e. Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com); counsel to DIP lender CKDL Credit, LLC;

 f. Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

 g. Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

13. Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "<u>Objection Deadline</u>"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

14. If no objections are raised on or before the Objection Deadline, Applicant shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the fees and 100 percent of the expenses incurred during the period covered by Applicant's Monthly Fee Application (the "<u>Aggregate Monthly Amount</u>").

15. If an objection is properly filed before the Objection Deadline, Applicant shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "<u>Undisputed Fees</u>" and "<u>Undisputed Expenses</u>"), after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the Undisputed Fees and 100 percent of the Undisputed Expenses incurred during the period covered by Applicant's Monthly Fee

Application (the "Aggregate Monthly Undisputed Amount"). Pursuant to the approved fees and expenses under the April Statement and the May Statement, the Retainer was extinguished.

16. Applicant acknowledges that the interim payment of compensation sought in the June Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses.

17. Neither Applicant nor any member of B&H has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of B&H, any portion of the fees or expenses to be awarded pursuant to this Statement.

Dated this 23rd day of August 2023.

**BAKER & HOSTETLER LLP**

By:   /s/Robert A. Musiala
Robert A. Musiala
One North Wacker Drive
Suite 4500
Chicago, IL 60606
Telephone: 312.416.6200
Facsimile: 312.416.6201
Email: rmusiala@bakerlaw.com
Michael A. Sabella
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
msabella@bakerlaw.com
*Regulatory Counsel for Debtor*

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   /s/Brett A. Axelrod
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

148473774.1

5

# EXHIBIT A

## Summary of B&H Professionals and Paraprofessionals

### June 1, 2023 through June 30, 2023

| Attorney | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Jonathan A. Forman – Partner | $1,150.00 | .6 | $690.00 |
| Christopher W. Lamb - Associate | $500.00 | .7 | $350.00 |
| Robert A. Musiala – Partner | $900.00 | 3.6 | $3,240.00 |
| Veronica Reynolds – Associate | $725.00 | .6 | $435.00 |
| Michael A. Sabella – Counsel | $970.00 | 2.7 | $2,619.00 |
| **Subtotal** | | 8.2 | $7,334.00 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

# EXHIBIT B

**Detailed Schedule of Time Expended by Professionals and Paraprofessionals and Detailed Schedule of Expenses Incurred**

# BakerHostetler

Cash Cloud Inc.  
D/B/A Coin Cloud  
10190 Covington Cross Dr  
Las Vegas, NV 89144

Invoice Date: 08/15/23  
Invoice Number: 51180247  
B&H File Number: 12918/128018/000001  
Taxpayer ID Number: 34-0082025  
Page 1

Regarding:     Regulatory Compliance Services

For professional services rendered through June 30, 2023

**BALANCE FOR THIS INVOICE DUE BY 09/14/23**     $     7,334.00  
All amounts are in United States Dollars

# Remittance Copy

Please include this page with payment

**Invoice No:  51180247**

**Firm Contact Information**

Katie Young  
(312) 416-6226  
kyoung@bakerlaw.com

| Please Remit To:<br>Baker & Hostetler LLP<br>P.O. Box 70189<br>Cleveland, OH  44190-0189 | FOR WIRE REMITTANCES:<br>Baker & Hostetler LLP<br>KeyBank, N.A., Cleveland, OH |
|---|---|
| **Reference Invoice No:**<br>51180247 | **Email the "Remittance Copy" to**<br>bakerlockbox@bakerlaw.com |

# BakerHostetler

| | |
|---|---|
| Cash Cloud Inc. | Invoice Date: 08/15/23 |
| D/B/A Coin Cloud | Invoice Number: 51180247 |
| 10190 Covington Cross Dr | B&H File Number: 12918/128018/000001 |
| Las Vegas, NV 89144 | Taxpayer ID Number: 34-0082025 |
| | Page 2 |

**Regarding:**     **Regulatory Compliance Services**

For professional services rendered through June 30, 2023

| | |
|---|---|
| **Fees** | **$ 7,334.00** |
| **BALANCE FOR THIS INVOICE DUE BY 09/14/23 IN USD** | **$ 7,334.00** |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston
Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington

| | |
|---|---|
| Cash Cloud Inc. | Invoice Date: 08/15/23 |
| | Invoice Number: 51180247 |
| | Matter Number: 128018.000001 |
| | Page 3 |

**Regarding:** **Regulatory Compliance Services**

Matter Number:   128018.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Forman, Jonathan A. | 0.60 | $1,150.00 | $    690.00 |
| Musiala, Robert A. | 3.60 | 900.00 | 3,240.00 |
| Lamb, Christopher W. | 0.70 | 500.00 | 350.00 |
| Reynolds, Veronica | 0.60 | 725.00 | 435.00 |
| Sabella, Michael A. | 2.70 | 970.00 | 2,619.00 |
| **Total** | **8.20** | | **$    7,334.00** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/02/23 | Reynolds, Veronica | Analyze Florida Office of Financial Regulation letter and notes in preparation for June 6, 2023 call with Florida Office of Financial Regulation. | 0.20 | 145.00 |
| 06/05/23 | Musiala, Robert A. | Draft and send email to Florida Office of Financial Regulation regarding bankruptcy case update, communications with B Axelrod and C McAlary regarding same. | 0.70 | 630.00 |
| 06/21/23 | Musiala, Robert A. | Review and reply to B Axelrod email regarding transferability of money transmitter licenses. | 0.60 | 540.00 |
| 06/22/23 | Sabella, Michael A. | Review and analyze time records in connection with fee application. | 1.20 | 1,164.00 |
| 06/22/23 | Sabella, Michael A. | Prepare draft fee application for May 2023 professional services. | 0.80 | 776.00 |
| 06/23/23 | Sabella, Michael A. | Correspondence with Mr. Musiala regarding draft fee application and billing entries. | 0.20 | 194.00 |
| 06/27/23 | Forman, Jonathan A. | Confer with Mr. Musiala regarding advice with respect to refund of customer transactions and potential regulatory implications. | 0.20 | 230.00 |

**Baker & Hostetler LLP**

| | | | | |
|---|---|---|---|---|
| Cash Cloud Inc. | | | Invoice Date: | 08/15/23 |
| | | | Invoice Number: | 51180247 |
| | | | Matter Number: | 128018.000001 |
| | | | | Page 4 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/27/23 | Musiala, Robert A. | Conduct legal research regarding customer refunds, discuss with B Axelrod and J Tanner. | 0.90 | 810.00 |
| 06/27/23 | Musiala, Robert A. | Discuss customer refund issues with J. Forman. | 0.20 | 180.00 |
| 06/28/23 | Sabella, Michael A. | Correspondence with Mr. Musiala and Debtors' counsel regarding May 2023 fee application. | 0.20 | 194.00 |
| 06/29/23 | Forman, Jonathan A. | Confer with Mr. Musiala and Ms. Reynolds to determine whether the Consumer Financial Protection Bureau and state agencies should be notified of pending customer refunds. | 0.40 | 460.00 |
| 06/29/23 | Musiala, Robert A. | Review documentation regarding state money transmitter licensing, draft and send email to C Lamb and V Reynolds with instructions to collate data for notice letters. | 0.80 | 720.00 |
| 06/29/23 | Musiala, Robert A. | Discuss customer refund issues with J. Forman and V. Reynolds. | 0.40 | 360.00 |
| 06/29/23 | Reynolds, Veronica | Confer with R. Musiala and J. Forman to analyze customer refund requests that arose post bankruptcy commencement to assess risk of monetary penalties by state and/or federal agencies. | 0.40 | 290.00 |
| 06/29/23 | Sabella, Michael A. | Review modified invoice in connection with May 2023 fee application and correspondence with Mr. Musiala and Debtors' counsel regarding same. | 0.30 | 291.00 |
| 06/30/23 | Lamb, Christopher W. | Review and analyze the licensing sheet to determine which states Coin Cloud operated in prior to halting transactions. | 0.70 | 350.00 |
| | **Total** | | **8.20** | **7,334.00** |

Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston
Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington