James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Facsimile: (702) 926-9683
Email:  jshea@shea.law
           blarsen@shea.law
           kwyant@shea.law

-and-

**MORRISON & FOERSTER LLP**
Gary Lee, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner, Esq. *(Admitted Pro Hac Vice)*
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email:  glee@mofo.com
           akissner@mofo.com

*Attorneys for Enigma Securities Limited*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>    CASH CLOUD, INC.,<br>    dba COIN CLOUD,<br><br>                                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND CERTAIN DATES IN CONNECTION WITH SCHEDULING ORDER** |

1

Enigma Securities Limited ("Enigma"), by and through its counsel Morrison & Foerster LLP and Shea Larsen; Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP; the Official Committee of Unsecured Creditors (the "Committee"), by and through its counsel Seward & Kissel LLP and McDonald Carano LLP; Genesis Global Holdco, LLC ("Genesis"), by and through its counsel Cleary Gottlieb Steen & Hamilton LLP and Snell & Wilmer L.L.P.; and AVT Nevada, L.P. ("AVT" and, together with Enigma, the Debtor, the Committee, and Genesis, the "Parties"), by and through its counsel Michael Best & Friedrich LLP, stipulate and agree as follows (the "Stipulation"):

**RECITALS**

A.   WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada (the "Court"), commencing the Chapter 11 Case;

B.   WHEREAS, on July 24, 2023, the Debtor filed its *Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P.* [Docket No. 926] (the "Surcharge Motion");

C.   WHEREAS, on August 4, 2023, Enigma filed the *Stipulation Regarding Scheduling of Dates in Connection with Enigma's Administrative Expense Claim [Docket No. 873], Committee's Standing Motion [Docket No. 925], and Debtor's Surcharge Motion [Docket No. 926]* [Docket No. 1026] (the "Scheduling Stipulation") setting various dates and deadlines in connection with the Surcharge Motion, including the deadline to object to the Surcharge Motion (the "Objection Deadline") and the deadline to file replies in support of the Surcharge Motion (the "Reply Deadline");

D.   WHEREAS, on August 9, 2023, the Court entered an order approving the Scheduling Stipulation [Docket No. 1056] (the "Scheduling Order") and setting a deadline of (i) August 30, 2023 for the Objection Deadline and (ii) September 13, 2023 for the Reply Deadline;

E.   WHEREAS, the Parties wish to extend the Objection Deadline and the Reply Deadline to September 1, 2023 and September 15, 2023, respectively;

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

2

IT IS STIPULATED AND AGREED that:

1. The following dates shall apply with respect to the Surcharge Motion:

| Event | Date |
|---|---|
| Deadline to object to Surcharge Motion | September 1, 2023 |
| Deadline for replies in support of Surcharge Motion | September 15, 2023 |

3

Dated this 24th day of August 2023.

| **FOX ROTHSCHILD LLP** | **SEWARD & KISSEL LLP** |
|---|---|
| By: */s/ Brett A. Axelrod* | By: */s/ Robert J. Gayda* |
| Brett A. Axelrod, Esq. | John R. Ashmead, Esq. |
| Nevada Bar No. 5859 | Robert J. Gayda, Esq. |
| Nicholas A. Koffroth, Esq. | Catherine V. LoTempio, Esq. |
| Nevada Bar No. 16264 | Laura E. Miller, Esq. |
| Zachary T. Williams, Esq. | Andrew J. Matott, Esq. |
| Nevada Bar No. 16023 | (*pro hac vice applications granted*) |
| 1980 Festival Plaza Drive, Suite 700 | One Battery Park Plaza |
| Las Vegas, Nevada 89135 | New York, NY 10004 |
| *Counsel for Debtor* | -and- |

**MCDONALD CARANO LLP**
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

*Counsel for Official Committee of Unsecured Creditors*

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: /s/ Robert R. Kinas
Sean A. O'Neal, Esq.
(Admitted Pro Hac Vice)
Michael Weinberg, Esq.
(Admitted Pro Hac Vice)
One Liberty Plaza
New York, NY 10006

-and-

**SNELL & WILMER L.L.P.**
Robert R. Kinas, Esq.
(NV Bar No. 6019)
Blakeley E. Griffith, Esq.
(NV Bar No. 12386)
Charles E. Gianelloni, Esq.
(NV Bar No. 12747)
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169

*Counsel for Genesis Global Holdco, LLC*

**MICHAEL BEST & FRIEDRICH LLP**

By: /s/ Justin M. Mertz
Anne T. Freeland
Nevada Bar No. 10777
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121

-and-

Justin M. Mertz, Esq. *(Admitted Pro Hac Vice)*
Wisconsin Bar No. 1056938
790 North Water Street, Suite 2500
Milwaukee, WI 53202

*Counsel for AVT Nevada, L.P.*

**MORRISON & FOERSTER LLP**

By: /s/ Andrew Kissner
Gary Lee, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner, Esq. *(Admitted Pro Hac Vice)*
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601

-and-

**SHEA LARSEN**
James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Counsel for Enigma Securities Limited*

5

**CERTIFICATE OF SERVICE**

On August 24, 2023, I served **STIPULATION TO EXTEND CERTAIN DATES IN CONNECTION WITH SCHEDULING ORDER** in the following manner:

☒ a. ECF System: Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court's facilities.

☐ b. United States mail, postage fully prepaid:

☐ c. Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 24, 2023

By: /s/ *Bart K. Larsen, Esq.*

6