_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 25, 2023

| | |
|---|---|
| **CARLYON CICA CHTD.** | Allan B. Diamond, Esq. (*pro hac vice pending*) |
| CANDACE C. CARLYON, ESQ. | Stephen T. Loden, Esq. (*pro hac vice pending*) |
| Nevada Bar No. 2666 | Christopher D. Johnson, Esq. (*pro hac vice pending*) |
| DAWN M. CICA, ESQ. | **DIAMOND McCARTHY LLP** |
| Nevada Bar No. 4565 | 909 Fannin, Suite 3700 |
| 265 E. Warm Springs Road, Suite 107 | Houston, Texas 77010 |
| Las Vegas, NV 89119 | Phone: (713) 333-5100 |
| Phone: (702) 685-4444 | Email: adiamond@diamondmccarthy.com |
| Email: ccarlyon@caryloncica.com |            sloden@diamondmccarthy.com |
|            dcica@carlyoncia.com |            chris.johnson@diamondmccarthy.com |
| *Co-Counsel for Chris McAlary* | *Co-Counsel for Chris McAlary* |
| | *Pro Hac Vice Pending* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>   CASH CLOUD, INC.,<br>   dba COIN CLOUD,<br><br>                  Debtor. | Case No. BK-23-10423-MKN<br>Chapter 11<br><br>**ORDER GRANTING EX PARTE MOTION FOR AN ORDER DIRECTING EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004 OF THE COMMITTEE** |

     This Court having reviewed the *Ex Parte Motion for an Order Directing Examination Pursuant to Fed. R. Bankr. P. 2004 of the Committee* (the "Motion") filed by Chris McAlary and CC BR Holdco, LLC, a Nevada limited liability company (collectively "Movant") and for good cause appearing:

     IT IS HEREBY ORDERED that the Motion is GRANTED.

     IT IS FURTHER ORDERED that a representative of the Official Committee of Unsecured Creditors shall appear for an examination under oath before a certified court reporter at a time, place,

and date to be mutually agreed upon by the parties, or if no such agreement is reached, upon no less than fourteen (14) calendar days' written notice by Movant, as to any matter permitted by Fed. R. Bankr. P. 2004, including but not limited to the matters specifically enumerated in the Motion. Movant will also issue a separate notice of examination and subpoena for the date that the 2004 examination is scheduled.

    IT IS FURTHER ORDERED that the examination may be continued from day to day until concluded.

    IT IS FURTHER ORDERED that the examination will be recorded by a certified court reporter by stenographic means and may also be videographically recorded.

    IT IS SO ORDERED.

Submitted by:

**CARLYON CICA CHTD.**

*/s/ Dawn M. Cica*
CANDACE C. CARYLON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Ste. 107
Las Vegas, Nevada 89119

*Co-Counsel for Chris McAlary*

**DIAMOND McCARTHY LLP**

*/s/ Christopher D. Johnson*
Allan B. Diamond, Esq. (*pro hac vice pending*)
Stephen T. Loden, Esq. (*pro hac vice pending*)
Christopher D. Johnson, Esq. (*pro hac vice pending*)
909 Fannin, Suite 3700
Houston, Texas 77010

*Co-Counsel for Chris McAlary*
*Pro Hac Vice Pending*