

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 25, 2023

James Patrick Shea, Esq.
Bart K. Larsen, Esq.
Kyle M. Wyant, Esq.
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Facsimile: (702) 926-9683
Email:  jshea@shea.law
         blarsen@shea.law
         kwyant@shea.law

-and-
**MORRISON & FOERSTER LLP**
Gary Lee, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner, Esq. *(Admitted Pro Hac Vice)*
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email:  glee@mofo.com
         akissner@mofo.com

*Attorneys for Enigma Securities Limited*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER GRANTING STIPULATION TO EXTEND CERTAIN DATES IN CONNECTION WITH SCHEDULING ORDER** |

1

Upon consideration of the *Stipulation to Extend Certain Dates in Connection with Scheduling Order* [ECF No. 1123] (the "Stipulation") by and among Enigma Securities Limited ("Enigma"), by and through its counsel Morrison & Foerster LLP and Shea Larsen; Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP; the Official Committee of Unsecured Creditors (the "Committee"), by and through its counsel Seward & Kissel LLP and McDonald Carano LLP; Genesis Global Holdco, LLC ("Genesis"), by and through its counsel Cleary Gottlieb Steen & Hamilton LLP and Snell & Wilmer L.L.P.; and AVT Nevada, L.P. ("AVT" and, together with Enigma, the Debtor, the Committee, and Genesis, the "Parties"), by and through its counsel Michael Best & Friedrich LLP, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Stipulation is approved in its entirety;

**IT IS FURTHER ORDERED** that the Court's prior order approving the Scheduling Stipulation [ECF No. 1056] (the "Scheduling Order") and deadlines therein are amended as follows:

| Event | Date |
|---|---|
| Deadline to object to Surcharge Motion | September 1, 2023 |
| Deadline for replies in support of Surcharge Motion | September 15, 2023 |

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**SHEA LARSEN**

By: */s/ Kyle M. Wyant*
James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Counsel for Enigma Securities Limited*

2