**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email: ccarlyon@caryloncica.com
         dcica@carlyoncia.com

*Co-Counsel for Chris McAlary*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No.: Case No. BK-S-23-10423-MKN |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE ENTRY OF ORDER GRANTING EX PARTE MOTION FOR AN ORDER DIRECTING EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004 OF CASH CLOUD, INC.** |

PLEASE TAKE NOTICE that an *Order Granting Ex Parte Motion for an Order Directing Examination Pursuant to Fed. R. Bankr. P. 2004 of Cash Cloud, Inc.* [ECF No. 1125] was filed in the above-referenced matter on August 25, 2023, a true and correct copy of which is attached hereto as Exhibit 1.

/ / /

/ / /

Respectfully submitted this 25th day of August 2023.

**CARLYON CICA CHTD.**

By:/s/ *Dawn M. Cica*
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

*Co-Counsel for Chris McAlary*

2

**CERTIFICATE OF SERVICE**

I am an employee of Carlyon Cica Chtd. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

                                                      */s/ Nancy Arceneaux*
                                                      An employee of Carlyon Cica Chtd.

# EXHIBIT "1"

# EXHIBIT "1"

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 25, 2023

| | |
|---|---|
| **CARLYON CICA CHTD.** | Allan B. Diamond, Esq. (*pro hac vice pending*) |
| CANDACE C. CARLYON, ESQ. | Stephen T. Loden, Esq. (*pro hac vice pending*) |
| Nevada Bar No. 2666 | Christopher D. Johnson, Esq. (*pro hac vice pending*) |
| DAWN M. CICA, ESQ. | **DIAMOND MCCARTHY LLP** |
| Nevada Bar No. 4565 | 909 Fannin, Suite 3700 |
| 265 E. Warm Springs Road, Suite 107 | Houston, Texas 77010 |
| Las Vegas, NV 89119 | Phone: (713) 333-5100 |
| Phone: (702) 685-4444 | Email: adiamond@diamondmccarthy.com |
| Email: ccarlyon@caryloncica.com | sloden@diamondmccarthy.com |
| dcica@carlyoncia.com | chris.johnson@diamondmccarthy.com |
| *Co-Counsel for Chris McAlary* | *Co-Counsel for Chris McAlary* |
| | *Pro Hac Vice Pending* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

    CASH CLOUD, INC.,
    dba COIN CLOUD,

              Debtor.

Case No. BK-23-10423-MKN
Chapter 11

**ORDER GRANTING EX PARTE MOTION FOR AN ORDER DIRECTING EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004 OF CASH CLOUD, INC.**

    This Court having reviewed the *Ex Parte Motion for Order Directing Examination Pursuant to Fed. R. Bankr. P. 2004 of Cash Cloud, Inc.* (the "Motion") filed by Chris McAlary and CC BR Holdco, LLC, a Nevada limited liability company (collectively "Movant") and for good cause appearing:

    IT IS HEREBY ORDERED that the Motion is GRANTED.

    IT IS FURTHER ORDERED that a representative of Cash Cloud, Inc. shall appear for an examination under oath before a certified court reporter at a time, place, and date to be mutually agreed upon by the parties, or if no such agreement is reached, upon no less than fourteen (14)

Page 1 of 2

calendar days' written notice by Movant, as to any matter permitted by Fed. R. Bankr. P. 2004, including but not limited to the matters specifically enumerated in the Motion. Movant will also issue a separate notice of examination and subpoena for the date that the 2004 examination is scheduled.

IT IS FURTHER ORDERED that the examination may be continued from day to day until concluded.

IT IS FURTHER ORDERED that the examination will be recorded by a certified court reporter by stenographic means and may also be videographically recorded.

IT IS SO ORDERED.

Submitted by:

**CARLYON CICA CHTD.**

/s/ Dawn M. Cica
CANDACE C. CARYLON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Ste. 107
Las Vegas, Nevada 89119

*Co-Counsel for Chris McAlary*

**DIAMOND McCARTHY LLP**

/s/ Christopher D. Johnson
Allan B. Diamond, Esq. (*pro hac vice pending*)
Stephen T. Loden, Esq. (*pro hac vice pending*)
Christopher D. Johnson, Esq. (*pro hac vice pending*)
909 Fannin, Suite 3700
Houston, Texas 77010

*Co-Counsel for Chris McAlary*
*Pro Hac Vice Pending*