**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 11 |
| CASH CLOUD, INC.[1] | Case No. 23-10423 (MKN) |
| Debtor. | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

  I, Sharon Lee, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

  On August 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Anthony Cuttia at 48 Savo Loop, Staten Island, NY 10309:

- **Notice of Entry of Administrative Claim Bar Date Order Establishing a Deadline to File Administrative Expense Claims Against the Debtor** (Docket No. 824, pages 1-4)

- **Administrative Claim Form** (attached hereto as **Exhibit A**)

Dated: August 28, 2023

                    */s/ Sharon Lee*
                    Sharon Lee
                    STRETTO
                    410 Exchange, Suite 100
                    Irvine, CA 92602
                    Telephone: 720.792.9194
                    Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

# **<u>Exhibit A</u>**

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|
| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** *This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.* |
| **Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property | □ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>□ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>□ Check box if the address differs from the address on the envelope sent to you by the court. | **THIS SPACE IS FOR COURT USE ONLY** |
| Creditor Telephone Number ( ) | | |
| Name and address where notices should be sent (if different from above): | | |
| Creditor Telephone Number ( ) | | |
| Account or other number by which creditor identifies debtor: | Check here if this claim: □ replaces<br>□ amends a previously filed claim, dated: | |

**1. Basis for Claim:**

**2. Date debt was incurred:** _____

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

**4. Total Amount of Administrative Claim: $** _____
□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS**: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| **The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below so that it is received by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.**<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| **DATE** | **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

**INSTRUCTIONS FOR FILING PROOF OF ADMINISTRATIVE CLAIM**

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**This form should only be used to assert administrative claims arising or accruing after February 6, 2023, but prior to July 21, 2023.**

1. Please read this Administrative Claim form carefully and fill it in completely and accurately.

2. Print legibly. Your claim may be disallowed if it cannot be read and understood.

3. This Administrative Claim must be completed in English. The amount of any Administrative Claim must be denominated in United States currency.

4. Attach additional pages on 8-1/2 x 11" paper if more space is required to complete this Administrative Claim form.

5. **THIS FORM SHOULD ONLY BE USED BY A CLAIMANT ASSERTING AN ADMINISTRATIVE EXPENSE THAT AROSE OR ACCRUED AFTER FEBRUARY 6, 2023, BUT PRIOR TO JULY 21, 2023. THIS FORM IS NOT FOR FILING CLAIMS ARISING OR ACCRUING AFTER JULY 20, 2023.**

6. This Administrative Claim form should be filed electronically on or before 5:00 Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System, or mailed to the following address so that it is **received** by the Clerk of the United States Bankruptcy Court at the address below on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023.

   Clerk of the United States Bankruptcy Court, District of Nevada
   300 Las Vegas Blvd. South, Las Vegas, NV  89101

7. **THE CLAIMANT MUST ATTACH COPIES OF ANY AND ALL SUPPORTING DOCUMENTATION THAT PROVIDES EVIDENCE THAT THIS CLAIM IS FOR AN OBLIGATION THAT AROSE OR ACCRUED AFTER FEBRUARY 6, 2023, BUT PRIOR TO JULY 21, 2023, SUCH AS PROMISSORY NOTES, PURCHASE ORDERS, INVOICES, ITEMIZED STATEMENTS OF ACCOUNTS, CONTRACTS, COURT JUDGMENTS, OR EVIDENCE OF A SECURITY INTEREST. IF THE DOCUMENTATION IS NOT ATTACHED, THE DEBTOR MAY SEEK DISALLOWANCE OF YOUR CLAIM.**

8. **To be considered timely filed, this Administrative Claim form must be filed with the Bankruptcy Court (either through the Court's CM/ECF System or by mailing it to the Clerk of the United States Bankruptcy Court as set forth above) by 5:00 p.m. (Prevailing Pacific Time) on July 20, 2023, and should include appropriate documentation/materials establishing the claimant's entitlement to an allowed Administrative Claim and the amount of the asserted claim.**

146882928.1