Jackie Fitch
Jacqueline Jo Fitch
22413 NE 227th Ave
Battle Ground WA. 98604
503-313-8309

RECEIVED AND FILED
AUG 24 2023    LLH
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

August 7 2023

The Honorable Mike K. Nakagawa
United States Bankruptcy Judge
Foley Federal Building
300 Las Vagas Blvd South Courtroom 3
Las Vagas, Nevada 89101

Re:
Cash Cloud Inc.,
dba Coin Cloud
23-10423 mkn

The Honorable Mike K. Nakagawa,

On April 6th 2023 I was a victim of a scam that cost me $ 6335.00.

I called Coin Cloud and talked to Casey at 855-264-2046.  Casey said that he would put a stop to it so the scammers would not get my money.
Casey instructed me to email copy of my picture, drivers license and a void check which I did.
Casey then told me that I would get a cashier check in 8 weeks for $ 6335.00 minus their 10% fee.
I waited 8 weeks and did not receive the cashier check.  I called the number and the recording said they were updating system call back later.  There was no way to leave a message or talk to any one.

I received the Bankruptcy notice on July 20th 2023 and that was the day to respond by 5:00 pm
Did not get the mail in time to respond by that time.

Do to the large amount of lost to me I am unable to hire an attorney to help me.

I am an older retired lady on a fixed income and that was all of my savings.

I am pleading to your Honor to help find a way to return my money.

Respectably,

*Jacqueline Jo Fitch*
Jacqueline Jo Fitch