BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>    CASH CLOUD, INC.,<br>    dba COIN CLOUD,<br><br>                                Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON AUGUST 29, 2023 AT 9:30 A.M.** |

Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, hereby files this *Agenda Regarding Matters Scheduled for Hearing on August 29, 2023 at 9:30 a.m.*

1.  *Fourteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Fourteenth Omnibus Motion to Reject**") [ECF No. 690] - ***This motion was continued solely with respect to Brookfield. This motion was heard and granted with respect to all other parties. <u>Will be requested to be continued to 9/13 at 9:30 a.m.</u>***

    Related Documents:
    A.   *Declaration of Daniel Ayala* [ECF No. 691].

1

148879070.1

Objections/Responses Filed:
A.  *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to July 27, 2023 solely with respect to Brookfield pursuant to *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851]. Motion was further continued to **August 29, 2023** solely with respect to Brookfield pursuant to *Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1082]; and *Order* thereon [ECF No. 1084].

2.  *Ninth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Ninth Omnibus Motion to Reject**") [ECF No. 675] – ***This motion was continued solely with respect to Brookfield. This motion was heard and granted with respect to all other parties. Will be requested to be continued to 9/13 at 9:30 a.m.***

Related Documents:
A.  *Declaration of Daniel Ayala* [ECF No. 676].

Objections/Responses Filed:
A.  *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to July 27, 2023 solely with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851]. Motion was further continued to **August 29, 2023** solely with respect to Brookfield pursuant to *Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1082]; and *Order* thereon [ECF No. 1084].

148879070.1

3. *Eleventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Eleventh Omnibus Motion to Reject**") [ECF No. 681] - ***This motion was continued solely with respect to Brookfield.  This motion was heard and granted with respect to all other parties.  <u>Will be requested to be continued to 9/13 at 9:30 a.m.</u>***

   Related Documents:
   A.   *Declaration of Daniel Ayala* [ECF No. 682].

   Objections/Responses Filed:
   A.   *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to July 27, 2023 solely with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851].  Motion was further continued to **August 29, 2023** solely with respect to Brookfield pursuant to *Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1082]; and *Order* thereon [ECF No. 1084].

4. *Twelfth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Twelfth Omnibus Motion to Reject**") [ECF No. 684] - ***This motion was continued solely with respect to Brookfield.  This motion was heard and granted with respect to all other parties.  <u>Will be requested to be continued to 9/13 at 9:30 a.m.</u>***

   Related Documents:
   A.   *Declaration of Daniel Ayala* [ECF No. 685].

   Objections/Responses Filed:
   A.   *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to July 27, 2023 solely with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851].  Motion was further continued to **August 29, 2023** solely with respect to Brookfield pursuant to *Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1082]; and *Order* thereon [ECF No.

148879070.1

1084].

5. *Fifteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Fifteenth Omnibus Motion to Reject**") [ECF No. 693] - ***This motion was continued solely with respect to Brookfield.  This motion was heard and granted with respect to all other parties.  Will be requested to be continued to 9/13 at 9:30 a.m.***

Related Documents:
A.  *Declaration of Daniel Ayala* [ECF No. 694].

Objections/Responses Filed:
A.  *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to July 27, 2023 solely with respect to Brookfield pursuant to *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851].  Motion was further continued to **August 29, 2023** solely with respect to Brookfield pursuant to *Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1082]; and *Order* thereon [ECF No. 1084].

6. *Sixteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Sixteenth Omnibus Motion to Reject**") [ECF No. 696] – ***This motion was continued solely with respect to Brookfield.  This motion was heard and granted with respect to all other parties.  Will be requested to be continued to 9/13 at 9:30 a.m.***

Related Documents:
A.  *Declaration of Daniel Ayala* [ECF No. 697].

Objections/Responses Filed:
A.  *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to July 27, 2023 solely with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851].  Motion was further continued to **August 29, 2023** solely with respect to Brookfield pursuant to *Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148879070.1

U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700] [ECF No. 1082]; and *Order* thereon [ECF No. 1084].

7. *Seventeenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Seventeenth Omnibus Motion to Reject**") [ECF No. 700] – *This motion was continued solely with respect to Brookfield. This motion was heard and granted with respect to all other parties. Will be requested to be continued to 9/13 at 9:30 a.m.*

Related Documents:
A.  *Declaration of Daniel Ayala* [ECF No. 701].

Objections/Responses Filed:
A.  *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to July 27, 2023 solely with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851]. Motion was further continued to **August 29, 2023** solely with respect to Brookfield pursuant to *Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1082]; and *Order* thereon [ECF No. 1084];
B.  *Limited Response to Debtor's Amended Seventeenth Omnibus Motion Seeking Rejection of Individual Digital Cash Machine Contracts Under Master Agreements Dated November 20, 2020 with United Natural Foods, Inc.* [ECF No. 811];
C.  *Reply To Limited Response Filed By United Natural Foods, Inc. To Seventeenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a)* [ECF No. 840];
D.  *Notice of Withdrawal of Limited Response to Debtors Amended Seventeenth Omnibus Motion Seeking Rejection of Individual Digital Cash Machine Contracts Under Master Agreement Dated November 20, 2020 with United Natural Foods, Inc.* [ECF No. 868]; and
E.  *Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1082] and *Order* thereon [ECF No. 1084].

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148879070.1

8.  *Enigma Securities Limited's Application for Allowance and Payment Regarding Administrative Claim Order* [ECF No. 873] ("**Enigma Administrative Claim Motion**") – ***Status Conference Only***.

    Related Documents:
    A.  *Stipulation Regarding Scheduling of Dates in Connection with Enigma's Administrative Expense Claim [Docket No. 873], Committee's Standing Motion [Docket No. 925], and Debtor's Surcharge Motion [Docket No. 926] [ECF No. 1026]*, and *Order* thereon [ECF No. 1056].

    Objections/Responses Filed:
    A.  *Debtor's Objection to "Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 361, 362, 363, 364,503, 507, and Bankruptcy Rules 3012 and 8002" [ECF No. 873]* [ECF No. 987]; and
        i.  *Declaration of Daniel Ayala* [ECF No. 988].

9.  *Motion of the Official Committee of Unsecured Creditors for an Order Granting Leave, Derivative Standing and Authority to Commence, Prosecute and Settle Claims on Behalf of the Debtors Estate* [ECF No. 925] ("**Committee Standing Motion**") – ***Status Conference Only***.

    Related Documents:   None.

    Objections/Responses Filed:
    A.  *Enigma's Objection to Official Committee of Unsecured Creditors Standing Motion* [ECF No. 1112]; and
    B.  *Stipulation Regarding Scheduling of Dates in Connection with Enigma's Administrative Expense Claim [Docket No. 873], Committee's Standing Motion [Docket No. 925], and Debtor's Surcharge Motion [Docket No. 926] [ECF No. 1026]*, and *Order* thereon [ECF No. 1056].

10. Opposition *to Approval of Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors with Respect to Certain Actions* [ECF No. 1029] ("**McAlary Opposition to Derivative Standing Stipulation**"].

    Related Documents:
    A.  *Order Approving Stipulation And Granting Ex Parte Application For Order Shortening Time To Hear Opposition To Approval Of Stipulation Granting Derivative Standing To The Official Committee Of Unsecured Creditors With Respect To Certain Actions* [ECF No. 1064].

    Objections/Responses Filed:
    A.  Response *of the Official Committee of Unsecured Creditors to Opposition to Approval of Stipulation Granting Derivative Standing to the Official*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148879070.1

     *Committee of Unsecured Creditors with Respect to Certain Actions* [ECF No. 1073];

B.  *Request for Judicial Notice in Support of Opposition to Approval of Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors with Respect to Certain Actions [ECF No. 1029] and Objection to Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023 [ECF No. 1061]* [ECF No. 1074]; and

C.  *Debtor's Joinder in the Response of the Official Committee of Unsecured Creditors to Opposition to Approval of Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors with Respect to Certain Actions* [ECF No. 1076].

11.  *Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P.* [ECF No. 926] ("**Surcharge Motion**") – ***Status Conference Only.***

Related Documents:
A.  *Declaration of Tanner James* [ECF No. 927]

Objections/Responses Filed:
A.  *Stipulation Regarding Scheduling of Dates in Connection with Enigma's Administrative Expense Claim [Docket No. 873], Committee's Standing Motion [Docket No. 925], and Debtor's Surcharge Motion [Docket No. 926]* [ECF No. 1026], *and Order thereon [ECF No. 1056].*

12.  *Motion for Order (A) Approving the Sale of Certain of Debtors Assets to PowerCoin, LLC, Free and Clear of Liens Claims, Encumbrances, and Other Interests; and (B) Granting Related Relief* [ECF No. 991] ("**PowerCoin Sale Motion**") - **Unopposed**.

Related Documents:
A.  *Declaration of Daniel Ayala* [ECF No. 992]; and
B.  *Declaration of Austin Haller* [ECF No. 993].

Objections/Responses Filed: - None.

7

148879070.1

1   Pursuant to Administrative Order 2020-14, all hearings are currently being held
2   telephonically absent further order of the Court. Parties are permitted to appear telephonically by
3   dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode
4   029066#. Copies of all pleadings are available at https://cases.stretto.com/CashCloud (the "Case
5   Website").

6   DATED this 28th day of August 2023.

**FOX ROTHSCHILD LLP**

By: _____/s/Brett Axelrod_____
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

8

148879070.1