BRETT A. AXELROD, ESQ. (Nv Bar No. 5859)
JEANETTE E. MCPHERSON, ESQ. (Nv Bar No. 5423)
NICHOLAS A. KOFFROTH, ESQ. (Nv Bar No. 16264)
ZACHARY T. WILLIAMS, ESQ. (Nv Bar No. 16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email:  baxelrod@foxrothschild.com
           jmcpherson@foxrothschild.com
           nkoffroth@foxrothschild.com
           zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**FOURTH STIPULATION WITH BROOKFIELD LANDLORDS TO CONTINUE HEARING ON MULTIPLE OMNIBUS MOTIONS FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) FOR BROOKFIELD LANDLORDS ONLY [ECF NOS. 675, 681, 684, 690, 693, 696, AND 700]**<br><br>Old Hearing Date:   August 29, 2023<br>Old Hearing Time:  9:30 a.m.<br><br>**Continued Hearing Date:  September 13, 2023**<br>**Continued Hearing Time: 9:30 a.m.** |

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, and Brookfield Retail Properties, Inc. ("Brookfield Landlords"), by and through is undersigned counsel, Kaempfer Crowell (collectively, the "Parties"), hereby enter into this *Fourth Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* ("Stipulation").

1

148881298.1

# RECITALS

WHEREAS, Debtor filed multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) on June 14, 2023, including those designated as the Ninth [ECF No. 675], Eleventh [ECF No. 681], Twelfth [ECF No. 684], Fourteenth [ECF No. 690], Fifteenth [ECF No. 693], Sixteenth ECF No. 696], and Seventeenth [ECF No. 700] Omnibus Motions (collectively, the "Omnibus Motions");

WHEREAS, the Brookfield Landlords filed a *Limited Objection Of Brookfield Landlords To Debtor's Omnibus Motions For Entry Of Orders Approving Rejection Of Unexpired Leases* [ECF 842] ("Limited Objection") to the Omnibus Motions on July 13, 2023;

WHEREAS, the hearing on the Omnibus Motions was set for July 20, 2023 at 10:30 a.m.;

WHEREAS, the Court continued the July 20, 2023 hearing to July 27, 2023 at 1:30 p.m., and the deadline to reply to the Limited Objection to July 26, 2023 pursuant to the *Order Granting Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF 851] entered by the Court on July 17, 2023;

WHEREAS, the Court continued the July 27, 2023 hearing to August 17, 2023 at 10:30 a.m., and the deadline to reply to the Limited Objection to August 16, 2023 pursuant to the *Order Granting Second Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF 934] entered by the Court on July 26, 2023;

WHEREAS, the Court continued the August 17, 2023 hearing to August 29, 2023 at 9:30 a.m. ("Hearing Date"), and the deadline to reply to the Limited Objection to August 28, 2023 ("Reply Deadline") pursuant to the *Order Granting Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF 1084] entered by the Court on August 16, 2023;

WHEREAS, Brookfield Landlords have been negotiating with Heller Capital Group, LLC regarding the agreements subject to the Omnibus Motions, which negotiations have not been finalized;

WHEREAS, the Parties have agreed to continue the Hearing Date to September 13, 2023 at 9:30 a.m.; and

WHEREAS, the Parties have agreed to continue Reply Deadline to September 12, 2023.

## **STIPULATION**

NOW, THEREFORE, in consideration of the foregoing, the parties agree as follows:

1. The Hearing Date is continued to September 13, 2023 at 9:30 a.m.; and

2. The Reply Deadline is continued to September 12, 2023.

Dated this 28th day of August, 2023.                    Dated this 28th day of August, 2023.

**FOX ROTHSCHILD LLP**                                  **KAEMPFER CROWELL**

By  /s/ Jeanette E. McPherson                           By  /s/ Louis Bubala III
JEANETTE E. MCPHERSON, ESQ.                             LOUIS BUBALA III, ESQ.
BRETT A. AXELROD, ESQ.                                  50 W. Liberty Street, Suite 700
NICHOLAS A. KOFFROTH, ESQ.                              Reno, Nevada 89501
ZACHARY T. WILLIAMS, ESQ.
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

*Counsel for Debtor*                                    *Counsel for Brookfield Retail Properties, Inc.*