# EXHIBIT A

# EXHIBIT A

UNCERTIFIED ROUGH DRAFT TRANSCRIPT

Dan Moses                                                                    In re: Cash Cloud Inc.

Page 1

1
2
3
4           D R A F T
5        T R A N S C R I P T
6
7
8    IN RE CASH CLOUD DBA COIN CLOUD
9
10
11
12
13           DANIEL MOSES
14
15
16     WEDNESDAY, AUGUST 23, 2023
17
18
19     By: Karen L. Jones, NV CCR 694
20
21
22
23
24
25



UNCERTIFIED ROUGH DRAFT TRANSCRIPT

Dan Moses                                                                In re: Cash Cloud Inc.

Page 2

```
 1            ********ROUGH TRANSCRIPT**********
 2          ***********ROUGH DRAFT TRANSCRIPT ONLY********
 3
 4
 5
 6      BY MR. KISSNER:
 7          Q.      Good morning.
 8          A.      Good morning.  Dawn just joined.
 9          Q.      Dawn Cica?
10          A.      Yes.
11          Q.      That's Chris's lawyer.
12                  My name is Andrew Kissner.  I'm with
13      Morrison Foerster.  I represent Enigma securities
14      limited and I'm going to ask you a few questions
15      today about Cash Cloud Inc., which hopefully you'll
16      understand me when I refer to it as Coin Cloud or
17      the debtor.
18          A.      Understood.  It's called many things.
19                  MR. MANN:  Can we stipulate to
20      objections?
21                  MR. KISSNER:  Yeah.  Certainly.  And as
22      with before one stipulate for the record that all
23      objections other than to form of the question are
24      preserved and not waived.
25                  Was there anything else?
```



UNCERTIFIED ROUGH DRAFT TRANSCRIPT

Dan Moses                                                                                          In re: Cash Cloud Inc.

Page 3

```
 1                  MR. MANN:  No.
 2    BY MR. KISSNER:
 3         Q.    Could you please state your name for the
 4    record?
 5         A.    Daniel Moses.
 6         Q.    And have we ever met before?
 7         A.    Not in person.
 8         Q.    We've spoken over a Zoom videoconference
 9    call?
10         A.    Correct.
11         Q.    And have you ever been deposed before?
12         A.    No.
13         Q.    You haven't?
14         A.    (Shakes head in the negative.)
15         Q.    Okay.  Welcome.  And how are you feeling
16    today?
17         A.    I feel great.  Thank you.
18         Q.    Sleep okay?
19         A.    (Nods head in the affirmative.).
20         Q.    All right.  Is there any reason -- and
21    we'll get to that in a second.  But is there any
22    reason that you don't think you can give full and
23    complete testimony today?
24         A.    I will give testimony to the best of my
25    knowledge.
```



```
 1     Q.     And you were a fly on the wall?
 2     A.     As were you.
 3     Q.     Do you know how long it eventually took
 4  for the Heller sale to close?
 5     A.     Final close date on the Heller sale was
 6  July 21st.
 7     Q.     And the auction was June 2nd?
 8     A.     Correct.
 9     Q.     So a month and a half?
10     A.     Absolutely.
11     Q.     Do you think that was more or less than
12  what your expectation had been at the time, if you
13  can recall?
14     A.     I think it was more than the
15  expectation.  The Heller offered to pay us 250,000
16  for the estate for the negative operating expenses
17  that it would cost us to keep -- to close later.  So
18  they actually paid consideration for an extension of
19  the timeline because we had to keep certain things
20  up and running that we would normally have shut down
21  by that point to save the estate money.
22     Q.     And that increase in consideration that
23  went to fund ongoing expenses of the debtor?
24     A.     Correct.
25     Q.     Administrative expenses maybe we could
```

