BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.  BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER:**<br>**(A) APPROVING THE SALE OF CERTAIN OF DEBTOR'S ASSETS TO POWERCOIN, LLC, FREE AND CLEAR OF LIENS CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; AND**<br>**(B) GRANTING RELATED RELIEF** |

**PLEASE TAKE NOTICE** that on the 5th day of September, 2023, the Court entered an *Order (A) Approving the Sale of Certain of Debtor's Assets to PowerCoin, LLC, Free and Clear of Liens Claims, Encumbrances, and Other Interests; and (B) Granting Related Relief* [ECF 1167], a copy of which is attached hereto.

Dated this 7th day of September 2023.

        **FOX ROTHSCHILD LLP**

        By_____*/s/Brett A. Axelrod*_____
           BRETT A. AXELROD, ESQ.
           Nevada Bar No. 5859
           1980 Festival Plaza Drive, Suite 700
           Las Vegas, Nevada 89135
        *Counsel for Debtor*

1

149166984.1



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 05, 2023

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER: (A) APPROVING THE SALE OF CERTAIN OF DEBTOR'S ASSETS TO POWERCOIN, LLC, FREE AND CLEAR OF LIENS CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; AND (B) GRANTING RELATED RELIEF**<br><br>Hearing Date:    August 29, 2023<br>Hearing Time:    9:30 a.m. |

1

148912544.1

The Court having reviewed and considered the motion (the "Motion")[1] filed by filed by Cash Cloud, Inc. ("Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), pursuant to sections 105(a), 363(b), 363(f) & 363(m) of Title 11 of the United States Code, 11 U.S.C. §§101-1532 (as amended, the "Bankruptcy Code"): (a) authorizing the Debtor to sell certain Equipment as set forth in the Purchase Contract to PowerCoin, LLC ("Purchaser"), free and clear of liens, claims, encumbrances and interests, as of the effective date of the Purchase Contract; and (b) granting other related relief; (c) finding that the Purchaser is a good faith buyer; (d) finding that notice of this Motion was sufficient; (e) waiving the 14 day stay period in Bankruptcy Rule 6004(h); and (f) granting such other relief as appropriate in the best interests of the estate; and upon consideration of the *Declaration of Daniel Ayala* and the *Declaration of Austin Haller* filed in support of the Motion; no oppositions having been filed; and Debtor having appeared through its counsel, Fox Rothschild, LLP, and all other appearances having been noted on the record; after due deliberation and sufficient cause appearing therefor, the Court having stated its findings of fact and conclusions of law on the record at the hearing on the Motion, which findings of fact and conclusions of law are incorporated herein by this reference in accordance with Fed. R. Civ. P. 52, as made applicable by Bankruptcy Rule 9014, and it appearing that: (a) there is a valid business justification for the sale of the Equipment under the terms of the Purchase Contract; (b) the sale of the Equipment is in the best interests of the Debtor's Estate because, among other things, the terms of the Purchase Contract are fair and reasonable, and were properly negotiated and proposed in good faith, and the sale of the Equipment maximizes value for the Debtor's estate; (c) the Purchaser is a good faith purchaser; and (d) cause exists for waiving the 14 day waiting period under Bankruptcy Rule 6004(h); after due deliberation and sufficient cause appearing therefor, it is hereby

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that

1. The Debtor is authorized to take all necessary and reasonable steps to consummate the sale of the Equipment under the terms of the Purchase Contract pursuant to Bankruptcy Code §§ 363(b) & 363(f);

2

148912544.1

    2.    The Purchaser is a good faith purchaser entitled to the protections of Bankruptcy Code § 363(m);

    3.    Notice of the Motion was appropriate and sufficient;

    4.    The 14 day stay period under Bankruptcy Rule 6004(h) is waived; and

    5.    This Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

148912544.1

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

4

148912544.1