| | |
|---|---|
| 1 | Robert S. Westermann, Esq. (pro hac vice) |
| | Brittany B. Falabella (pro hac vice) |
| 2 | 2100 East Cary Street |
| | Richmond, Virginia 23223 |
| 3 | |
| | and |
| 4 | |
| | Maurice B. VerStandig, Esq. |
| 5 | Nevada Bar No. 15346 |
| | The VerStandig Law Firm, LLC |
| 6 | 1452 W. Horizon Ridge Pkwy, #665 |
| | Henderson, Nevada 89012 |
| 7 | (301) 444-4600 |
| | mac@mbvesq.com |
| 8 | *Counsel for Brink's, Inc.* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | : | Case No. BK-23-10423-mkn |
| | : | |
| CASH CLOUD, INC., dba COIN CLOUD, | : | Chapter 11 |
| | : | |
| Debtor. | : | NOTICE OF HEARING ON APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF BRINK'S INCORPORATED |

**PLEASE TAKE NOTICE** that on July 28, 2023, Brink's Incorporated ("**Brink's**"), by counsel, filed its *Application for Allowance and Payment of Administrative Expense Claim of Brink's Incorporated* (the "**Application**") (Docket No. 977), which asserted and requested allowance and payment of Brink's Administrative Claim (Docket No. 890) (the "**Claim**") in the amount of $804,487.64, which was filed on July 20, 2023 pursuant to the *Order Establishing*

*Administrative Claim Bar Date for Filing Proofs of Administrative Expense Claim and Approving Form, Manner, and Sufficiency of Notice Thereof* (Docket No. 823) (the "**Order**").

**PLEASE TAKE FURTHER NOTICE** that on August 1, 2023, the Debtor filed the *Debtor's Objection to "Application for Allowance and Payment of Administrative Expense Claim of Brink's Incorporated"* (the "**Objection**") (Docket No. 989).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application and Objection will be held before a United States Bankruptcy Judge on **October 19, 2023 at 10:30 a.m.** at the U.S. Bankruptcy Court for the District of Nevada in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101 (the "**Hearing**"). The dial in information is as follows: (669) 254-5252, Meeting ID 161 062 2560 Passcode 029066#.

**PLEASE TAKE FURTHER NOTICE** that Brink's shall have until October 12, 2023 to file its reply to the Objection, including any amendment to the asserted amount of the Claim.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noticed hearing or any adjournment thereof, and the court may approve modifications at the hearing or any continued hearing.

/
/
/
/
/
/

*[Signature on Following Page]*

| | | |
|---|---|---|
| 1 | Dated: September 8, 2023 | Respectfully submitted |
| 2 | | |
| 3 | |   /s/ *Maurice B. VerStandig*<br>Robert S. Westermann, Esq. (admitted pro hac vice) |
| | | Brittany B. Falabella (admitted pro hac vice) |
| 4 | | 2100 East Cary Street<br>Richmond, Virginia 23223 |
| 5 | | |
| | | and |
| 6 | | |
| | | Maurice B. VerStandig, Esq. |
| 7 | | Nevada Bar No. 15346<br>The VerStandig Law Firm, LLC |
| 8 | | 1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012 |
| 9 | | |
| | | *Counsel for Brink's Incorporated* |
| 10 | / | |
| 11 | / | |
| 12 | / | |
| 13 | / | |
| 14 | / | |
| 15 | / | |
| 16 | / | |
| 17 | / | |
| 18 | / | |
| 19 | / | |
| 20 | / | |
| 21 | / | |
| 22 | / | |
| 23 | | *[Certificate of Service on Following Page]* |
| 24 | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2023, the foregoing Notice was filed using the CM/ECF system, which served a NEF on all parties receiving service in this Case. I further certify that a true and accurate copy of the foregoing Notice was served by electronic mail on the parties set forth below:

| | | |
|---|---|---|
| Fox Rothschild LLP<br>Attn: Brett Axelrod<br>1980 Festival Plaza Drive<br>Suite 700<br>Las Vegas, NV 89135<br>BAxelrod@foxrothschild.com | Berger Singerman LLP<br>Attn: Jordi Guso<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131<br>JGuso@bergersingerman.com | Sylvester & Polednak Ltd.<br>Attn: Jeffrey R. Sylvester<br>1731 Village Center Circle<br>Las Vegas, NV 89134<br>jeff@sylvesterpolednak.com |
| Genesis Global Holdco, LLC<br>Gottlieb Steen & Hamilton LLP<br>Attn: Sean A. O'Neal and Jane VanLare<br>One Liberty Plaza<br>New York, NY 10006<br>soneal@cgsh.com<br>jvanlare@cgsh.com | Morrison Foerster LLP<br>Attn: Gary S. Lee and Andrew Kissner<br>250 West 55th Street<br>New York, NY 10019<br>glee@mofo.com<br>akissner@mofo.com | Shea Larsen<br>Attn: James Patrick Shea<br>1731 Village Center Circle<br>Suite 150<br>Las Vegas, NV 89134<br>jshea@shea.law |
| Seward & Kissell LLP<br>Attn: John R. Ashmead and Robert J. Gayda<br>One Battery Park Plaza<br>New York, NY 10004<br>ashmead@sewkis.com<br>gayda@sewkis.com | McDonald Carano Wilson LLP<br>Attn: Ryan J. Works<br>2300 W. Sahara Ave.<br>Suite 1200<br>Las Vegas, NV 89102<br>rworks@mcdonaldcarano.com | Office of the U.S. Trustee<br>Attn: Jared A. Day<br>300 Las Vegas Blvd. S.<br>Suite 4300<br>Las Vegas, NV 89101<br>Jared.a.day@usdoj.gov |

　　　　　　　　　　　　　　/s/ *Maurice B. VerStandig*