NVB 5075 (Rev. 4/23)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

CASH CLOUD, INC.
    dba COIN CLOUD

Debtor(s)

BK−23−10423−mkn
CHAPTER 11

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *1181* – Notice of Hearing Hearing Date: 10/19/2023 Hearing Time: 10:30 am with Certificate of Service Filed by MAURICE VERSTANDIG on behalf of Brink's, Inc. (Related document(s)890 Administrative Proof of Claim filed by Creditor Brink's, Inc., 977 Motion to Allow Claims or Interests filed by Creditor Brink's, Inc.) (VERSTANDIG, MAURICE) |
| Filed On: | 9/8/23 |
| With A Hearing Date Of: | 10/19/23 |
| And A Hearing Time Of: | 10:30 am |

The reason(s) for the required correction(s) is as follows:

*     Hearing date and time are not reflected in the case caption per the LR. Hearing will be set per the body. Please file a corrected pleading immediately.

Dated: 9/11/23

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**