NVB 8005 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>CASH CLOUD, INC.<br>　　　　　　　　　　Debtor(s) | BK−23−10423−mkn<br>CHAPTER 11<br><br>Appeal Reference Number:　　23−19 |
| CHRIS MCALARY<br>　　　　　　　　　　Appellant(s)<br>vs<br>CASH CLOUD INC; & OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>　　　　　　　　　　Appellee(s) | NOTICE OF REFERRAL<br>OF APPEAL TO<br>UNITED STATES DISTRICT COURT |

To:　　All Parties in Appeal
　　　　U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by Candace C. Carlyon, Esq. for Chris McAlary with the Clerk of the Bankruptcy Court on 9/6/23.

The above appeal has been referred to the U.S. District Court as the Appellant has filed an Objection/Election for hearing before U.S. District Court with Notice of Appeal.

Dated: 9/11/23

　　　　　　　　　　　　　　　　　　　　　　　　*Mary A. Schott*
　　　　　　　　　　　　　　　　　　　　　　　　Mary A. Schott
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court