**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email:  ccarlyon@carlyoncica.com
             dcica@carlyoncica.com

*Co-Counsel for Chris McAlary*

**DIAMOND McCARTHY LLP**
Allan B. Diamond, Esq. (*pro hac vice admitted*)
Stephen T. Loden, Esq. (*pro hac vice admitted*)
Christopher D. Johnson, Esq. (*pro hac vice admitted*)
909 Fannin, Suite 3700
Houston, Texas 77010
Phone: (713) 333-5100
Email: adiamond@diamondmccarthy.com
             sloden@diamondmccarthy.com
             chris.johnson@diamondmccarthy.com

*Co-Counsel for Chris McAlary*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-MKN<br>Chapter 11<br><br>**NOTICE OF RULE 2004 EXAMINATION OF CASH CLOUD, INC.**<br><br>Examination Date:  September 12, 2023<br>Examination Time:  1:00 PM |
|---|---|

**PLEASE TAKE NOTICE** that the Bankruptcy Rule 2004 Examination of Cash Cloud, Inc. has been scheduled, pursuant to Fed. R. Bankr. P. 2004 and the *Order Granting the Ex Parte Motion for Order Directing Examination Pursuant to Fed. R. Bankr. P. 2004 of Cash Cloud, Inc.*, for **September 12, 2023 at 1:00 p.m.**, via Zoom video conference. On the date and time set for the examination, please use the following information to join:

https://firstlegal.zoom.us/j/82833263497?pwd=M3JhRWNIUXM4V0RGQVB4aDdVRjk5dz09
Password: G8pMb5$XE

The Rule 2004 Examination of the Custodian of Records of Cash Cloud, Inc. will be taken by counsel for the Movant and recorded by stenographic or videographic means, under oath, upon oral examination, pursuant to Fed. R. Bankr. P. 2004, before a Notary Public or before some other officer authorized by law to administer oaths. This examination will continue from

1

day to day until completed and will be recorded by stenographic means and may be videotaped. You are invited to attend.

DATED this 11th day of September 2023.

**CARLYON CICA CHTD.**

*/s/ Dawn M. Cica, Esq.*
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
*Co- Counsel for Chris McAlary*

2

**CERTIFICATE OF SERVICE**

I am an employee of Carlyon Cica Chtd. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Nancy Arceneaux
　　　　　　　　　　　　　　　　　　　　　　　　　　An employee of Carlyon Cica Chtd.

3