NVB 8005 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−23−10423−mkn |
| CASH CLOUD, INC. | CHAPTER 11 |
| Debtor(s) | Appeal Reference Number:    23−20 |
| CHRIS MCALARY | |
| Appellant(s) | NOTICE OF REFERRAL |
| vs | OF APPEAL TO |
| | UNITED STATES DISTRICT COURT |
| CASH CLOUD INC; & OFFICIAL COMMITTEE OF UNSECURED CREDITORS | |
| Appellee(s) | |

To:   All Parties in Appeal
U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by Candace C. Carlyon, Esq. for Chris McAlary with the Clerk of the Bankruptcy Court on 9/6/23.

The above appeal has been referred to the U.S. District Court as the Appellant has filed an Objection/Election for hearing before U.S. District Court with Notice of Appeal.

Dated: 9/11/23

*Mary A. Schott*

Mary A. Schott
Clerk of Court