NVB 8010–5 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>CASH CLOUD, INC.<br>                    Debtor(s) | BK–23–10423–mkn<br>CHAPTER 11<br><br>Appeal Reference Number:        23–20 |
| CHRIS MCALARY<br>                    Appellant(s)<br><br>vs<br><br>CASH CLOUD INC; & OFFICIAL COMMITTEE OF UNSECURED CREDITORS;<br>                    Appellee(s) | TRANSMITTAL FORM TO<br>UNITED STATES DISTRICT COURT<br><br>OFFICE NUMBER 0978/2 |

To:   U.S. District Court
      Lloyd D. George U.S. Courthouse
      333 Las Vegas Boulevard South
      Las Vegas, NV 89101

| | |
|---|---|
| Appeals Filed in the Same Bankruptcy Case or in a Related ADV Case | APL 23–19 (filed simultaneously with this appeal) |
| Bankruptcy Judge | MIKE K. NAKAGAWA |
| Date Notice of Appeal Filed | 9/6/23 |
| Date of Entry of Order Appealed | 8/25/23 |
| Date Bankruptcy Filed | 2/7/23 |
| Other | |

Dated: 9/11/23

*Mary A Schott*

Mary A. Schott
Clerk of Court