LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

Attorneys for Interested Party
Brookfield Retail Properties, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.<br> d/b/a COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-MKN<br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF BROOKFIELD LANDLORDS TO DEBTOR'S OMNIBUS MOTIONS FOR ENTRY OF ORDERS APPROVING REJECTION OF UNEXPIRED LEASES**<br><br>**Continued Hearing Date**<br>**Hearing Date: 9/12/2023**<br>**Hearing Time: 9:30 a.m.** |

Landlords affiliated with Brookfield Retail Properties, Inc., the owner or manager of multiple entity landlords (the "Brookfield Landlords") with license agreements with debtor Cash Cloud, Inc. ("Debtor"), filed a limited objection [Dkt. 842, filed July 13, 2023] to debtor's *Omnibus Motions For Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant To 11 U.S.C. § 365(a)* [Docket Nos. 675, 681, 684, 690, 693, 696 and 700].

1       The Brookfield Landlords resolved their differences with debtor and the buyer of its assets after several stipulated orders extending the hearings on these motions. Brookfield withdraws its objections to the debtor's motions.

      Dated this 12th of September, 2023    KAEMPFER CROWELL

                                              */s/ Louis M. Bubala III*
                                              Louis M. Bubala III
                                              Counsel to Brookfield Landlords

KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501