BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
      nkoffroth@foxrothschild.com
      zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.  BK-23-10423-mkn |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| Debtor. | **AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 13, 2023 AT 9:30 A.M.** |

Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, hereby files this *Agenda Regarding Matters Scheduled for Hearing on September 13, 2023 at 9:30 a.m.*

    1.    *Motion to Convert Case to Chapter 7* (the "**Motion to Convert**") [ECF No. 1034], filed by Chris McAlary.

        Related Documents:
        A.    *Notice of Hearing* [ECF No. 1059].

        Objections/Responses Filed:
        A.    *Debtor's Opposition to Motion to Convert Case to Chapter 7* [ECF No. 1150]
        B.    *Declaration of Daniel Ayala* [ECF No. 1151];

149327820.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

C.  *Joinder of the Official Committee of Unsecured Creditors to the Debtor's Opposition to Motion to Convert Case to Chapter 7* [ECF No. 1152]; and

D.  *Reply* [ECF No. 1173] filed by Chris McAlary.

2.  *Fourteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Fourteenth Omnibus Motion to Reject**") [ECF No. 690] – ***unopposed** – **Brookfield intends to withdraw its Objection.***

Related Documents:

B.  *Declaration of Daniel Ayala* [ECF No. 691].

Objections/Responses Filed:

A.  *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to July 27, 2023 solely with respect to Brookfield pursuant to *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851]. Motion was further continued to August 29, 2023 solely with respect to Brookfield pursuant to *Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1082]; and *Order* thereon [ECF No. 1084]. Motion was further continued to **September 13, 2023** solely with respect to Brookfield pursuant to *Fourth Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1139]; and *Order* thereon [ECF No. 1141].

3.  *Ninth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Ninth Omnibus Motion to Reject**") [ECF No. 675] – ***unopposed** – **Brookfield intends to withdraw its Objection.***

Related Documents:

A.  *Declaration of Daniel Ayala* [ECF No. 676].

149327820.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Objections/Responses Filed:

A.  *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to July 27, 2023 solely with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851]. Motion was further continued to August 29, 2023 solely with respect to Brookfield pursuant to *Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1082]; and *Order* thereon [ECF No. 1084]. Motion was further continued to **September 13, 2023** solely with respect to Brookfield pursuant to *Fourth Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1139]; and *Order* thereon [ECF No. 1141].

4.  *Eleventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Eleventh Omnibus Motion to Reject**") [ECF No. 681] - – *unopposed – Brookfield intends to withdraw its Objection.*

Related Documents:

A.  *Declaration of Daniel Ayala* [ECF No. 682].

Objections/Responses Filed:

A.  *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to July 27, 2023 solely with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851].  Motion was further continued to August 29, 2023 solely with respect to Brookfield pursuant to *Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1082]; and *Order* thereon [ECF No. 1084]. Motion was further continued to **September 13, 2023** solely with respect to Brookfield pursuant to *Fourth Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry*

149327820.1

*Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1139]; and *Order* thereon [ECF No. 1141].

5.  *Twelfth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Twelfth Omnibus Motion to Reject**") [ECF No. 684] – *unopposed* – *Brookfield intends to withdraw its Objection.*

Related Documents:
A.  *Declaration of Daniel Ayala* [ECF No. 685].

Objections/Responses Filed:
A.  *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to July 27, 2023 solely with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851]. Motion was further continued to August 29, 2023 solely with respect to Brookfield pursuant to *Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1082]; and *Order* thereon [ECF No. 1084]. Motion was further continued to **September 13, 2023** solely with respect to Brookfield pursuant to *Fourth Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1139]; and *Order* thereon [ECF No. 1141].

6.  *Fifteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Fifteenth Omnibus Motion to Reject**") [ECF No. 693] – *unopposed* – *Brookfield intends to withdraw its Objection.*

Related Documents:
A.  *Declaration of Daniel Ayala* [ECF No. 694].

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Objections/Responses Filed:

A.    *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to July 27, 2023 solely with respect to Brookfield pursuant to *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851]. Motion was further continued to August 29, 2023 solely with respect to Brookfield pursuant to *Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1082]; and *Order* thereon [ECF No. 1084]. Motion was further continued to **September 13, 2023** solely with respect to Brookfield pursuant to *Fourth Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1139]; and *Order* thereon [ECF No. 1141].

7.    *Sixteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a)* (the "**Sixteenth Omnibus Motion to Reject**") [ECF No. 696] – ***unopposed*** – ***Brookfield intends to withdraw its Objection.***

Related Documents:

A.    *Declaration of Daniel Ayala* [ECF No. 697].

Objections/Responses Filed:

A.    *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to July 27, 2023 solely with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851]. Motion was further continued to August 29, 2023 solely with respect to Brookfield pursuant to *Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1082]; and *Order* thereon [ECF No. 1084]. Motion was further continued to **September 13, 2023** solely with respect to Brookfield pursuant to *Fourth Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry*

149327820.1

*Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1139]; and *Order* thereon [ECF No. 1141].

8. *Seventeenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) (the "*__Seventeenth Omnibus Motion to Reject__*") [ECF No. 700] – unopposed – Brookfield intends to withdraw its Objection.*

Related Documents:
A.    *Declaration of Daniel Ayala* [ECF No. 701].

Objections/Responses Filed:
A.    *Limited Objection* [ECF No. 842] filed by Brookfield Retail Properties, Inc. Motion was continued to July 27, 2023 solely with respect to Brookfield pursuant to the *Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 848]; and *Order* thereon [ECF No. 851]. Motion was further continued to August 29, 2023 solely with respect to Brookfield pursuant to *Third Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1082]; and *Order* thereon [ECF No. 1084]. Motion was further continued to **September 13, 2023** solely with respect to Brookfield pursuant to *Fourth Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1139]; and *Order* thereon [ECF No. 1141].

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

149327820.1

Pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.  Copies of all pleadings are available at https://cases.stretto.com/CashCloud (the "Case Website").

DATED this 12th day of September 2023.

**FOX ROTHSCHILD LLP**

By: _____/s/Brett Axelrod_____
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    ZACHARY T. WILLIAMS, ESQ.
    Nevada Bar No. 16023
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

149327820.1