BRETT A. AXELROD, ESQ. (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
   jmcpherson@foxrothschild.com
   nkoffroth@foxrothschild.com
   zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                              Debtor. | Case No. BK-23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING FOURTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE** |

**PLEASE TAKE NOTICE** that on the 14th day of September, 2023, the Court entered an *Order Granting Fourteenth Omnibus Motion For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(a) And Setting Rejection Damages Claim Deadline* [ECF 1226], a copy of which is attached here.

Dated this 15th day of September, 2023.    **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
   JEANETTE E. MCPHERSON, ESQ. (5423)
   BRETT A. AXELROD, ESQ. (5859)
   NICHOLAS A. KOFFROTH, ESQ. (16264)
   ZACHARY T. WILLIAMS, ESQ. (16023)
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
*Counsel for Debtor*

1

149459146.1



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 14, 2023

---

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          jmcpherson@foxrothschild.com
          nkoffroth@foxrothschild.com
          zwilliams@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                              Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br><br>**ORDER GRANTING FOURTEENTH OMNIBUS MOTION FOR ENTRY OF ORDER APPROVING REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(a) AND SETTING REJECTION DAMAGES CLAIM DEADLINE**<br><br>Hearing Date:   September 12, 2023<br>Hearing Time:   9:30 a.m. |

1

149434552.1 [FOURTEENTH MOTION]

The Court having reviewed and considered Debtor's motion [ECF 690] (the "Motion")[1] for an order approving the rejection of Contracts and/or Leases pursuant to 11 U.S.C. § 365(a); and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; the Court having determined that the rejection of the Contracts and/or Leases is a sound exercise of the Debtor's business judgment and is in the best interests of Debtor, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** with respect to the Contracts and/or Leases as set forth in **Exhibit 1**;[2] and it is further

**ORDERED** that the Debtor's rejection of the Contracts and/or Leases, attached hereto as **Exhibit 1,** pursuant to 11 U.S.C. § 365(a) is approved effective as of the date of the filing of the Motion; and it is further

**ORDERED** that all persons and entities listed on **Exhibit 1** that assert any claims against Debtor for damages arising from the rejection of their leases listed on **Exhibit 1** (a "Rejection Damages Claim") must file a Proof of Claim with the Clerk of the Bankruptcy Court for such Rejection Damages Claim **no later than thirty (30) days after entry of this Order** or shall be forever barred from asserting such Rejection Damages Claim; and it is further

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

[2] With respect to Brookfield Landlords only, the hearing on the Motion was continued to September 13, 2023 at 9:30 a.m. pursuant to the *Order Granting Fourth Stipulation With Brookfield Landlords To Continue Hearing On Multiple Omnibus Motions For Entry Of Order Approving Rejection Of Executory Contracts And Unexpired Leases Pursuant To 11 U.S.C. § 365(A) For Brookfield Landlords Only [ECF Nos. 675, 681, 684, 690, 693, 696, and 700]* [ECF No. 1141] entered by the Court on August 29, 2023. Additionally, counsel for Brookfield Landlords withdrew their limited objection pursuant to the *Notice Of Withdrawal Of Limited Objection Of Brookfield Landlords To Debtor's Omnibus Motions For Entry Of Orders Approving Rejection Of Unexpired Leases* [ECF No. 1203] filed on September 12, 2023.

149434552.1 [FOURTEENTH MOTION]

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1   **ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising

2   from the implementation or interpretation of this Order; and it is further

3   **ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient

4   notice of the Motion.

5   Prepared And Respectfully Submitted By:

6   **FOX ROTHSCHILD LLP**

7

8   By: /s/ Brett Axelrod
     JEANETTE E. MCPHERSON, ESQ.
9    BRETT A. AXELROD, ESQ.
     NICHOLAS A. KOFFROTH, ESQ.
10   ZACHARY T. WILLIAMS, ESQ.
     1980 Festival Plaza Drive, Suite 700
11   Las Vegas, Nevada 89135
     *Counsel for Debtor*

12

13  **APPROVED**/DISAPPROVED

14  **MCDONALD CARANO LLP**

15

16  By: SIGNATURE WAIVED
     RYAN J. WORKS, ESQ. (NSBN 9224)
17   AMANDA M. PERACH, ESQ. (NSBN 12399)
     2300 West Sahara Avenue, Suite 1200
18   Las Vegas, Nevada 89102

19   and
     **SEWARD & KISSEL LLP**
20   JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
     ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
21   CATHERINE V. LOTEMPIO, ESQ. (Admitted *Pro Hac Vice*)
     ANDREW J. MATOTT, ESQ.
22   One Battery Park Plaza
23   New York, New York 10004
     *Counsel for Official Committee of Unsecured Creditors*
24

25

26

27

28

149434552.1 [FOURTEENTH MOTION]

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

- ☒ The Court has waived the requirement of approval in LR 9021(b)(1).
- ☐ No party appeared at the hearing or filed an objection to the motion.
- ☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.
- ☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### #

4

149434552.1 [FOURTEENTH MOTION]

# EXHIBIT 1

## CONTRACTS AND/OR LEASES TO BE REJECTED

| Counterparty | Counterparty Address | Kiosk Location | Kiosk Location ID |
|---|---|---|---|
| Oglethorpe Mall LLC (Brookfield) | 7804 Abercorn St Savannah, GA 31406 | 7804 Abercorn Extention Savannah, GA  31406 | 103391 |
| Park Mall LLC (Brookfield) | Attn: Brighid Dawson c/o Park Place 5870 East Broadway Blvd Ste 3000 Tucson, AZ 85711 | 5870 E Broadway Blvd Tucson, AZ  85719 | 103767 |
| Peachtree Mall LLC (Brookfield) | Attn: J Rice 3131 Manchester Expy Columbus, GA 31909 | 3131 Manchester Expy Columbus, GA  31909 | 103538 |

149434552.1 [FOURTEENTH MOTION]