BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S OBJECTION TO ADMINISTRATIVE EXPENSE CLAIM OF CHRISTOPHER MCALARY**<br><br>Hearing Date:  October 19, 2023<br>Hearing Time:  10:30 a.m. |

**PLEASE TAKE NOTICE** that on the 19th day of September, 2023, Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel, Fox Rothschild LLP, filed Debtor's Objection to Administrative Expense Claim of Christopher McAlary (the "Objection").[1]  Copies of the Objection and related pleadings are available at https://cases.stretto.com/CashCloud (the "Case Website").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Objection, or if you want the court to consider your views on the Objection, then you must file

---

[1] Capitalized terms not defined herein have the meanings assigned to them in the Objection.

1

149598206.1

an opposition with the court, and serve a copy on the person making the Objection *no later than 14 days* preceding the hearing date for the Objection, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> <u>If you do not file a written response</u> with the court, or <u>if you do not serve your written response</u> on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that a hearing on the Objection will be held before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada 89101, on **October 19, 2023** at the hour of **10:30 a.m.** Pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.

Dated this 19th day of September 2023.

                                                   **FOX ROTHSCHILD LLP**

                                                   By       */s/Brett A. Axelrod*
                                                        BRETT A. AXELROD, ESQ.
                                                        Nevada Bar No. 5859
                                                        NICHOLAS A. KOFFROTH, ESQ.
                                                        Nevada Bar No. 16264
                                                        ZACHARY T. WILLIAMS, ESQ.
                                                        Nevada Bar No. 16023
                                                        1980 Festival Plaza Drive, Suite 700
                                                        Las Vegas, Nevada 89135
                                                        *Counsel for Debtor*

149598206.1