Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 19, 2023

UNITED STATES BANKRU PTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

CASH CLOUD, INC.,
dba COIN CLOUD,

           Debtor.

Case No.: 23-10423-mkn
Chapter 11

**PRETRIAL (Zoom Telephonic)**
**Date:   October 4, 2023**
**Time: 9:30 a.m.**

**TRIAL (In-Person)**
**Date:   October 16 and 17, 2023**
**Time: 9:30 a.m.**

**(SECOND AMENDED) ORDER REGARDING PRETRIAL AND TRIAL MATTERS**

On August 29, 2023, hearings were held on the Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P. ("Surcharge Motion") (ECF No. 926), brought by the above-captioned debtor ("Debtor"), the Official Committee of Unsecured Creditor's Motion for Derivative Standing (ECF No. 925) (the "Standing Motion"), as well as Enigma Securities Limited's Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, 503, 507, and Bankruptcy Rules 3012 and 8002 (" Admin Expense Application") (ECF No. 873), brought by Enigma Securities Limited ("Enigma") in the above-captioned proceeding.  Appearances were made by Brett A. Axelrod, Esq. on behalf of Debtor; Robert J. Gayda, Esq. and Ryan J. Works, Esq. on behalf of the Official Committee of Unsecured Creditors; Dawn M. Cica, Esq. on behalf of interested party Chris McAlary; and James Patrick Shea, Esq. as well as Andrew Kissner, Esq. on behalf of Enigma.

On September 14, 2023, the court entered a Scheduling Order regarding pretrial and trial matters in the above-referenced proceeding (ECF No. 1220), which was amended (ECF No. 1249).

Good cause appearing,

**IT IS HEREBY ORDERED** that a **PRE-TRIAL CONFERENCE** will be held  telephonically on **October 4, 2023, at 9:30 a.m.,** before Judge Mike K. Nakagawa.  Absent further order of the court, the parties must participate and appear telephonically in the pre-trial conference by dialing (669) 254-5252; Meeting ID: 161-062-2560; Passcode: 029066.  Instructions are at: www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearing-participation/.

**IT IS FURTHER ORDERED** that unless otherwise ordered, use of Alternate Direct Testimony under Local Rule 9017 will be followed in this case.  The Local Rules can be reviewed on this court's website at www.nvb.uscourts.gov/rules-forms/rules/local-rules/9017/.  Plaintiff's Alternate Direct Testimony declarations and exhibits must be submitted to opposing counsel no later than **September 26, 2023.**  Defendant's Alternate Direct Testimony declarations and exhibits must be submitted to opposing counsel no later than **October 5, 2023.**  No later than **October 10, 2023,** both parties shall comply with Local Rule 9017(d)(3) for the submission of documents to the courtroom deputy.  Any additional legal memoranda submitted by the parties must be served and filed no later than **October 10, 2023.**  All other applicable provisions of Local Rule 9017(c), (d), and (e) shall apply.

**TRIAL STATEMENTS:**  Each party shall file a trial statement (or counsel may meet and file a joint trial statement).  Trial statements shall contain the information as shown on, and in the form of, Part "A" attached hereto.  Trial statements shall be filed on or before **October 10, 2023.**

Any objections made pursuant to Fed. R. Bank P. 7026(a)(3) shall be made **no later than seven days** after the opposing party files its Trial Statement.

**PRETRIAL MOTIONS:**  Motions in Limine must be **filed seven days prior to the pretrial conference** scheduled in this case.  Responses are due the day before the pretrial conference.

**EXHIBITS/WITNESS LISTS:** Each party **shall contact and make arrangements with Cathy Shim,** **Courtroom Deputy,** <u>no later than October 10, 2023</u> **for the purpose of coordinating trial exhibits.** To that end, before such meeting, each party shall have lodged the following:

(1) Five (5) business days prior to the trial or evidentiary hearing on a contested matter each party must lodge with the courtroom deputy clerk for the assigned judge (i): two (2) copies of all declarations or affidavits and exhibits that the party intends to present at the trial or hearing, which must be sequentially numbered with a bates or other numbering system, bound, tabbed and accompanied by a properly completed "Exhibit Log," that conforms to the local form found on the court's website; and (ii) one (1) copy of that party's written objections to the admission of any of the declarations or exhibits of an opposing party  Log forms may be obtained from the court's website.

All exhibits to which there is no objection shall be admitted by stipulation. Counsel may stipulate to an exhibit on one ground (e.g., foundation) while preserving an objection on another ground (e.g., relevance).

(1) List of witnesses with correct spelling of the witnesses' full name.

The **TRIAL** in this matter is scheduled for **October 16 and 17, 2023, at 9:30 a.m.,** <u>**IN-PERSON,**</u> in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, in Courtroom #2, before Judge Mike K. Nakagawa.

**IT IS SO ORDERED.**

Copies sent via CM/ECF ELECTRONIC FILING
Copies sent via BNC to:
Jordi Guso, Esq.
Berger Singerman LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

Jeffrey R. Sylvester, Esq.
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

Sean A. O'Neal, Esq.
Jane VanLare, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Gary S. Lee, Esq.
Andrew Kissner, Esq.
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

James P. Shea, Esq.
Shea Larsen
1731 Village Center Circle, Suite 150
Las Vegas, NV 89134

Kyle M. Wyant, Esq.
SHEA LARSEN
1731 Village Ctr. Cr., Ste. 150
Las Vegas, NV 89134

Robert J. Gayda, Esq.
SEWARD & KISSEL
One Battery Park Plaza
New York, NY 10004

Ryan J Works, Esq.
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Andrew Kissner, Esq.
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-3601

Paul R. Hage, Esq.
TAFT STETTINIUS AND HOLLISTER LLP
27777 Franklin Road, Suite 2500
Southfield, MI 48034

Christopher D. Johnson, Esq.
DIAMOND MCCARTHY LLP
909 Fannin Street, Suite 3700
Houston, TX 77010

4

Richard Kruger, Esq.
TAFT STETTINIUS & HOLLISTER LLP
27777 Franklin Road, Suite 2500
Southfield, MI 48034

Catherine V. Lotempio, Esq.
SEWARD & KISSEL
One Battery Park Plaza
New York, NY 10004

Andrew J. Matott, Esq.
SEWARD & KISSEL
One Battery Park Plaza
New York, NY 10004

Laura Miller, Esq.
SEWARD & KISSEL
One Battery Park Plaza
New York, NY 10004

Jane Vanlare, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

Michael Weinberg, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

**PART "A"**
**(Trial Statements)**

The trial statement(s) shall contain the following items:

1.  The disclosures required by Fed. R. Civ. P. 26(a)(3), as adopted by Fed. R. Bank. P. 7026 and LR 7026.

2.  A concise statement of the nature of the action and contentions of the parties.

3.  A statement as to the core or non-core jurisdiction of the Court, with legal citations.

4.  Stipulated facts.

5.  Contested issues of law with concise memorandum of authority.

6.  Log of exhibits which may be offered in evidence, including any exhibits for impeachment or to refresh the memory of a witness (log attached).

7.  Any special trial issue which requires the Court's attention.

8.  The list of witnesses, with their addresses, expected to be called.

**\*\*Shaded Area for Court Personnel Use ONLY**

Hearing Date:                    **NMC  HLB  ABL  MKN  GWZ  GS**

| EXHIBITS | | Case Title | | BK: ADV: | |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description | Offers Objections Rulings Exception |
| | | # | Witness | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

7/25/23

# # #

4