NVB IA-11-2BK (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address
Anne T. Freeland, No. 10777, MICHAEL BEST & FRIEDRICH LLP
2750 E. Cottonwood Pkwy., Ste. 560, Cottonwood Heights, UT 84121
Phone: 801.833.0500, Fax: 801.931.2500, Email: atfreeland@michaelbest.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | BK-23-10423-mkn |
| CASH CLOUD, INC. d/b/a COIN CLOUD, | CHAPTER 11 |
| | VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT |
| Debtor. | |
| | **EFFECTIVE JANUARY 1, 2015 FILING FEE IS $250.00** |

  Christopher J. Schreiber  , Petitioner, respectfully represents to the Court:

1. That Petitioner resides in  Milwaukee  ,  Wisconsin  .

2. That Petitioner is an attorney at law and a member of the law firm of  Michael Best & Friedrich LLP  , with offices at  790 N. Water Street, Ste. 2500  

  Milwaukee  ,  Wisconsin  ,  53202  

3. That Petitioner has been retained personally or as a member of the law firm by

1. AVT Nevada, L.P. to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since May 19, 2003, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Wisconsin where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.

| Court | Date Admitted |
|---|---|
| W.D. of Wisconsin | 06/26/2003 |
| E.D. of Wisconsin | 06/26/2003 |
| N.D. of Illinois | 01/26/2022 |
| S.D. Texas | 09/08/2020 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:
N/A

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of any denied admission):
N/A

2

8. That Petitioner is a member of good standing in the following Bar Associations:
Wisconsin Bar Association
E.D. Wisconsin Bar Association

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

Date of Application    Cause    Title of Court/Administrative Body or Arbitrator    Was Application Granted or Denied
N/A

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: 9/13/2023

_____
Petitioner's Signature

3

STATE OF Wisconsin )
)
COUNTY OF Milwaukee

Christopher J. Shrizba, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

(SEAL)

Petitioner's Signature
Notary

Subscribed and sworn to me before this 13th day of September, 2023.

Toni L. Budish, Commission Exp. 1/10/2024 Notary public

4