Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

Anne T. Freeland (Bar No. 10777)
MICHAEL BEST & FRIEDRICH, LLP
2750 E. Cottonwood Pkwy, Suite 560
Cottonwood Heights, UT 84121
atfreeland@michaelbest.com
Phone: (801) 833-0500
Fax: (801) 931-2500

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | | |
|---|---|---|
| In re:  )<br><br>CASH CLOUD, INC. d/b/a  )<br>COIN CLOUD  )<br><br>  )<br><br>Debtor(s).  )<br>  ) | | Bankruptcy No.:23-10423-mkn<br>Chapter 11____<br><br>DESIGNATION OF LOCAL<br>COUNSEL AND CONSENT<br>THERETO |

The undersigned, attorney of record for AVT Nevada, L.P.
, the  creditor and party-in-interest   herein, has submitted to the Court a "Verified Petition

for Permission to Practice in this Case Only".  Not being admitted to the bar of this Court, and

not maintaining an office in the District of Nevada for the practice of law, (s)he believes

it to be in the best interests of the client(s) to designate  John T. Wendland

attorney at law, member of the State Bar of Nevada and previously admitted to practice

before the above-entitled Court, as associate local counsel in this action.  The address of

said designated Nevada Counsel is:

No. 7207, W&D LAW, LLP, 861 Coronado Center Drive, Suite 231

Henderson, NV 89052, Phone: (702)314-1905, Email: jwendland@wdlaw.com

(Bar Code #, Street, City, State, Zip Code, Telephone Number and e-mail address)

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel.  Further, said local counsel shall be responsible for providing copies of the same to the co-counsel.  Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us.  The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

Christopher J. Schreiber Attorney at Law

Counsel for AVT Nevada, L.P.

**CONSENT OF DESIGNATED NEVADA COUNSEL**

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

/s/ John T. Wendland

Designated Nevada Counsel