**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email:  ccarlyon@carlyoncica.com
         dcica@carlyoncica.com

*Counsel for Christopher McAlary*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>          Debtor. | Case No.: Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**DESIGNATION OF RECORD ON APPEAL** |

Christopher McAlary ("Mr. McAlary") by and through his attorneys of record, Carlyon Cica Chtd., pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby designates the following items to be included in the record on appeal from the *Order on Objection to Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023* [ECF No. 1120] filed on August 24, 2023 in the United States Bankruptcy Court

Appellant's designated the following items for inclusion in the record on appeal. Such designation of matters of record includes all exhibits attached or referred in the papers, pleadings matters of record:

| FILING DATE | ECF NO. | DOCKET TEXT |
|---|---|---|
| 02/07/2023 | 1<br>(71 pgs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1738. Filed by BRETT A. AXELROD on behalf of CASH |

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

| | | |
|---|---|---|
| | | CLOUD, INC. Chapter 11 Plan due by 06/7/2023. (AXELROD, BRETT) (Entered: 02/07/2023) |
| 02/07/2023 | [15](#) (16 pgs) | Emergency Motion Regarding Chapter 11 First Day Motions *Application for Order Authorizing Retention and Employment of Province LLC as Debtors Financial Advisor, Effective as of the Petition Date* with Proposed Order Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (AXELROD, BRETT) (Entered: 02/07/2023) |
| 02/07/2023 | [16](#) (21 pgs) | Verified Statement/Declaration of Professional *Verified Statement of Paul Huygens in Support of Emergency Application for Order Authorizing Retention and Employment of Province LLC as Debtors Financial Advisor, Effective as of the Petition Date* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)[15](#) Motion Re: Chapter 11 First Day Motions filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 02/07/2023) |
| 02/07/2023 | [19](#) (58 pgs) | Omnibus Declaration Of: Christopher Andrew McAlary *in Support of Emergency First Day Motions* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)[3](#) Motion Re: Chapter 11 First Day Motions filed by Debtor CASH CLOUD, INC., [4](#) Motion Re: Chapter 11 First Day Motions filed by Debtor CASH CLOUD, INC., [5](#) Motion Re: Chapter 11 First Day Motions filed by Debtor CASH CLOUD, INC., [6](#) Motion Re: Chapter 11 First Day Motions filed by Debtor CASH CLOUD, INC., [7](#) Motion Re: Chapter 11 First Day Motions filed by Debtor CASH CLOUD, INC., [8](#) Motion Re: Chapter 11 First Day Motions filed by Debtor CASH CLOUD, INC., [9](#) Motion Re: Chapter 11 First Day Motions filed by Debtor CASH CLOUD, INC., [10](#) Motion Re: Chapter 11 First Day Motions filed by Debtor CASH CLOUD, INC., [13](#) Motion Re: Chapter 11 First Day Motions filed by Debtor CASH CLOUD, INC., [15](#) Motion Re: Chapter 11 First Day Motions filed by Debtor CASH CLOUD, INC., [17](#) Motion Re: Chapter 11 First Day Motions filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 02/07/2023) |
| 02/08/2023 | [34](#) (3 pgs) | Errata *to Omnibus Declaration of Christopher Andrew McAlary in Support of Emergency First Day Motions* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)[19](#) Declaration filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 02/08/2023) |
| 02/13/2023 | [80](#) (7 pgs) | Objection *to Debtor's Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* with |

| | | |
|---|---|---|
| | | Certificate of Service Filed by OGONNA M. BROWN on behalf of Cole Kepro International, LLC (Related document(s)35 Motion for Authority to Obtain Credit Under Section 364 filed by Debtor CASH CLOUD, INC., 74 Notice filed by Debtor CASH CLOUD, INC..) (BROWN, OGONNA) (Entered: 02/13/2023) |
| 02/16/2023 | 122 (18 pgs) | Application to Employ The Jimmerson Law Firm, P.C. as Special Litigation Counsel *Application for Order Authorizing Retention and Employment of The Jimmerson Law Firm, P.C. as Special Counsel to Debtor* with Proposed Order Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (AXELROD, BRETT) (Entered: 02/16/2023) |
| 02/16/2023 | 124 (8 pgs) | Declaration Of: Christopher Andrew McAlary *in Support of Application for Order Authorizing Retention and Employment of The Jimmerson Law Firm, P.C. as Special Counsel to Debtor* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)122 Application to Employ filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 02/16/2023) |
| 02/17/2023 | 131 (2 pgs) | Notice of Appointment of Creditors' Committee *APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS* (DAY, JARED) (Entered: 02/17/2023) |
| 02/22/2023 | 152 (15 pgs) | Motion for Approval of Procedures Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals with Proposed Order Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (AXELROD, BRETT) (Entered: 02/22/2023) |
| 02/28/2023 | 177 (3 pgs) | Notice of Appointment of Creditors' Committee *AMENDED APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS* (DAY, JARED) (Entered: 02/28/2023) |
| 03/09/2023 | 223 (5 pgs) | Final Order Authorizing Retention And Employment Of Province, LLC As Financial Advisor, Effective As Of The Petition Date (Related document(s)15 Motion Re: Chapter 11 First Day Motions filed by Debtor CASH CLOUD, INC..) (mar) (Entered: 03/09/2023) |
| 03/09/2023 | 239 (94 pgs) | Non-Individual Summary of Assets and Liabilities, Schedule[s] A/B, C, D, E/F, G, H, Declaration Concerning Debtor[s] Schedules, Fee Amount $32, Declaration Under Penalty of Perjury on Behalf of a Corporation or Partnership |

| | | |
|---|---|---|
| | | Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s) 21 Set Deficient Filing Deadlines) (AXELROD, BRETT) Modified on 3/10/2023 to reflect schedule C not attached; to add Declaration Under Penalty of Perjury on Behalf of a Corporation or Partnership (Youngblood, CL). (Entered: 03/09/2023) |
| 03/09/2023 | 240 (29 pgs) | Statement of Financial Affairs for Non-Individual Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s) 21 Set Deficient Filing Deadlines) (AXELROD, BRETT) (Entered: 03/09/2023) |
| 03/10/2023 | 241 (2 pgs) | Stipulated/Agreed Order (Related document(s)237 Stipulation filed by Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS.) (mar) (Entered: 03/10/2023) |
| 03/13/2023 | 271 (13 pgs) | Application to Employ Seward & Kissel LLP as Bankruptcy Counsel with Proposed Order Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (WORKS, RYAN) (Entered: 03/13/2023) |
| 03/13/2023 | 272 (59 pgs) | Declaration Of: John R. Ashmead Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Related document(s)271 Application to Employ filed by Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS) (WORKS, RYAN) (Entered: 03/13/2023) |
| 03/14/2023 | 279 (11 pgs) | Application to Employ McDonald Carano LLP as Counsel for the Committee with Proposed Order Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (WORKS, RYAN) (Entered: 03/14/2023) |
| 03/14/2023 | 280 (56 pgs) | Declaration Of: Ryan J. Works Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Related document(s)279 Application to Employ filed by Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS) (WORKS, RYAN) (Entered: 03/14/2023) |
| 03/20/2023 | 315 (39 pgs) | Order Granting Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) (Related Doc # 35) (mar) (Entered: 03/20/2023) |
| 03/20/2023 | 321 (7 pgs) | Order Granting Motion for Approval of Procedures (Related document(s) 152) (mar) (Entered: 03/20/2023) |

| | | |
|---|---|---|
| 03/21/2023 | [341](#)<br>(178 pgs;<br>2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 02/28/2023 Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Attachments: # [1](#) Exhibit Schedules to MOR) (AXELROD, BRETT) (Entered: 03/21/2023) |
| 03/23/2023 | [348](#)<br>(14 pgs) | Application to Employ FTI Consulting Inc. as Financial Advisor *to the Official Committee of Unsecured Creditors Retroactive to February 24, 2023* with Proposed Order Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (WORKS, RYAN) (Entered: 03/23/2023) |
| 03/23/2023 | [349](#)<br>(32 pgs) | Declaration Of: Michael A. Tucker *in Support of Application to Employ FTI Consulting Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Retroactive to February 24, 2023* Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Related document(s)[348](#) Application to Employ filed by Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS) (WORKS, RYAN) (Entered: 03/23/2023) |
| 04/11/2023 | [410](#)<br>(8 pgs) | Objection *Of The Official Committee Of Unsecured Creditors To Luis Flores's Motion For Relief From Automatic Stay Pursuant To 11 U.S.C. § 362(d)* Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Related document(s)[287](#) Motion for Relief from Stay filed by Interested Party Luis Flores.) (WORKS, RYAN) (Entered: 04/11/2023) |
| 04/19/2023 | [436](#)<br>(306 pgs) | Document *Fox Rothschild LLP's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from February 7, 2023, through March 31, 2023* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)[321](#) Order on Motion for Approval of Procedures) (AXELROD, BRETT) (Entered: 04/19/2023) |
| 04/25/2023 | [473](#)<br>(9 pgs) | Notice *of Designated Stalking Horse Bidder* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (AXELROD, BRETT) (Entered: 04/25/2023) |
| 04/27/2023 | [479](#)<br>(3 pgs) | Order Granting Application to Employ (Related document(s) [271](#)) (mar) (Entered: 04/27/2023) |
| 04/27/2023 | [480](#)<br>(3 pgs) | Order Granting Application to Employ (Related document(s) [279](#)) (mar) (Entered: 04/27/2023) |

| | | |
|---|---|---|
| 04/27/2023 | 481 (4 pgs) | Order Granting Application to Employ (Related document(s) 348) (mar) (Entered: 04/27/2023) |
| 04/27/2023 | 482 (1 pg) | Order Approving Verified Petition (Related document(s)475 Verified Petition/Pro Hac Vice filed by Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS.) (mar) (Entered: 04/27/2023) |
| 04/28/2023 | 500 (89 pgs) | Document *Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from February 7, 2023 through March 31, 2023* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)321 Order on Motion for Approval of Procedures) (AXELROD, BRETT) (Entered: 04/28/2023) |
| 05/05/2023 | 525 (3 pgs) | Order Granting Application to Employ (Related document(s) 449) (mar) (Entered: 05/05/2023) |
| 05/08/2023 | 528 (53 pgs) | Chapter 11 Plan of Reorganization #1 *Debtor's Chapter 11 Plan of Reorganization Dated May 8, 2023* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (AXELROD, BRETT) (Entered: 05/08/2023) |
| 05/08/2023 | 529 (129 pgs) | *Debtor's* Disclosure Statement *for Chapter 11 Plan of Reorganization Dated May 8, 2023* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (AXELROD, BRETT) (Entered: 05/08/2023) |
| 05/08/2023 | 530 (44 pgs) | Ex Parte Motion for Approval of Procedures *Ex Parte Motion for Order Pursuant to 11 U.S.C. § 105(d)(2)(b)(VI), Fed. R. Bankr. P. 3017.1 and Local Rule 3017 Implementing Expedited Solicitation and Confirmation Procedures Including: (I) Conditionally Approving Disclosure Statement; (II) Setting Combined Hearing on Final Approval of Disclosure Statement and Plan Confirmation; (III) Approving (A) Form and Scope of Combined Hearing Notice, and (B) Form of Ballots; (IV) Scheduling Voting and Objection Deadlines; and (V) Granting Related Relief* with Proposed Order Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (AXELROD, BRETT) (Entered: 05/08/2023) |
| 05/08/2023 | 531 (4 pgs) | Document *Certification of Brett A. Axelrod Pursuant to Local Rule 3017(C) in Support of Ex Parte Motion for Order Pursuant to 11 U.S.C. § 105(d)(2)(b)(VI), Fed. R. Bankr. P. 3017.1 and Local Rule 3017 Implementing Expedited Solicitation and Confirmation Procedures* |

| | | |
|---|---|---|
| | | *Including: (I) Conditionally Approving Disclosure Statement; (II) Setting Combined Hearing on Final Approval of Disclosure Statement and Plan Confirmation; (III) Approving (A) Form and Scope of Combined Hearing Notice, and (B) Form of Ballots; (IV) Scheduling Voting and Objection Deadlines; and (V) Granting Related Relief* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)530 Motion for Approval of Procedures filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 05/08/2023) |
| 05/08/2023 | 533 (4 pgs) | Amended Document *Amended Certification of Brett A. Axelrod Pursuant to Local Rule 3017(C) in Support of Ex Parte Motion for Order Pursuant to 11 U.S.C. § 105(a)(2)(b)(VI), Fed. R. Bankr. P. 3017.1 and Local Rule 3017 Implementing Expedited Solicitation and Confirmation Procedures Including: (I) Conditionally Approving Disclosure Statement; (II) Setting Combined Hearing on Final Approval of Disclosure Statement and Plan Confirmation; (III) Approving (A) Form and Scope of Combined Hearing Notice, and (B) Form of Ballots; (IV) Scheduling Voting and Objection Deadlines; and (V) Granting Related Relief* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)531 Document filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 05/08/2023) |
| 05/12/2023 | 555 (5 pgs) | Notice of Hearing *Notice of Combined Hearing re: (I) Final Approval of Disclosure Statement; and (II) Confirmation of Debtor's Chapter 11 Plan of Reorganization Dated May 8, 2023* Hearing Date: 06/28/2023 Hearing Time: 10:30 a.m. Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)528 Chapter 11 Plan #1 filed by Debtor CASH CLOUD, INC., 529 Disclosure Statement filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 05/12/2023) |
| 05/15/2023 | 559 (65 pgs) | Document *Initial Monthly Fee Application of Seward & Kissel LLP For Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of February 23, 2023, through March 31, 2023* Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (WORKS, RYAN) (Entered: 05/15/2023) |
| 05/15/2023 | 560 (17 pgs) | Document *Initial Monthly Fee Application of McDonald Carano LLP for Allowance and Payment of* |

| | | |
|---|---|---|
| | | *Compensation and Reimbursement of Expenses for the Period of February 24, 2023, through March 31, 2023* Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (WORKS, RYAN) (Entered: 05/15/2023) |
| 05/17/2023 | 567 (2 pgs) | Errata *to Initial Monthly Fee Statement of Seward & Kissel LLP For Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of February 23, 2023, through March 31, 2023* Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Related document(s)559 Document filed by Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS) (WORKS, RYAN) (Entered: 05/17/2023) |
| 05/18/2023 | 575 (143 pgs) | Document *Fox Rothschild LLP's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from April 1, 2023, through April 30, 2023* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)321 Order on Motion for Approval of Procedures) (AXELROD, BRETT) (Entered: 05/18/2023) |
| 05/23/2023 | 596 (3 pgs) | Supplemental Declaration Of: John R. Ashmead, Esq. *in Support of Application for Order Pursuant to 11 U.S.C. §§ 1102, 1103, 328, 330 and 331 Authorizing and Approving the Employment of Seward & Kissel LLP as Counsel to the Official Committee of Unsecured Creditors Retroactive to February 23, 2023* Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Related document(s)271 Application to Employ filed by Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS) (WORKS, RYAN) (Entered: 05/23/2023) |
| 05/25/2023 | 600 (61 pgs) | Document *Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from April 1, 2023 Through April 30, 2023* Filed by BRETT A. AXELROD on behalf of PROVINCE, LLC (Related document(s)321 Order on Motion for Approval of Procedures) (AXELROD, BRETT) (Entered: 05/25/2023) |
| 05/30/2023 | 607 (12 pgs) | Document *Baker & Hostetler's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from April 4, 2023 Through April 30, 2023* Filed by BRETT A. AXELROD on behalf of |

| | | |
|---|---|---|
| | | BAKER & HOSTETLER LLP (Related document(s)321 Order on Motion for Approval of Procedures) (AXELROD, BRETT) (Entered: 05/30/2023) |
| 06/05/2023 | 618 (2 pgs) | Notice *of Auction Results Regarding Sale of Substantially All of the Debtor's Assets* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)392 Motion for Approval of Procedures filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 06/05/2023) |
| 06/06/2023 | 621 (2 pgs) | Notice *of Auction Results Regarding Sale of Substantially All of the Debtor's Assets (Refiled to correct case number)* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)618 Notice filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 06/06/2023) |
| 06/08/2023 | 640 (63 pgs) | Document *Second Monthly Fee Statement of Seward & Kissel LLP For Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of April 1, 2023 through April 30, 2023* Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Related document(s)321 Order on Motion for Approval of Procedures) (WORKS, RYAN) (Entered: 06/08/2023) |
| 06/08/2023 | 641 (15 pgs) | Document *Second Monthly Fee Statement of McDonald Carano LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of April 1, 2023 through April 30, 2023* Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Related document(s)321 Order on Motion for Approval of Procedures) (WORKS, RYAN) (Entered: 06/08/2023) |
| 06/12/2023 | 652 (13 pgs) | Application for Administrative Claim *Approval* Filed by MARJORIE A. GUYMON on behalf of Trangistics, Inc. (GUYMON, MARJORIE) (Entered: 06/12/2023) |
| 06/16/2023 | 711 (19 pgs) | Declaration Of: DANIEL AYALA *In Support Of Emergency Motion For Order Authorizing Debtor's Entry Into Interim Management Services Agreement Pending Approval Of Sale Of Debtor's Assets* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)710 Miscellaneous |

9

| | | |
|---|---|---|
| | | Application filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 06/16/2023) |
| 06/16/2023 | 714 (66 pgs) | Motion For Sale/Use/Lease of Property under Section 363(b) *Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (AXELROD, BRETT) (Entered: 06/16/2023) |
| 06/16/2023 | 715 (4 pgs) | Declaration Of: Daniel Ayala *in Support of Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)714 Motion for Sale/Use/Lease of Property under Section 363(b) filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 06/16/2023) |
| 06/16/2023 | 721 (146 pgs) | Document *Fox Rothschild LLP's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period From May 1, 2023 Through May 31, 2023* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)321 Order on Motion for Approval of Procedures) (AXELROD, BRETT) (Entered: 06/16/2023) |
| 06/19/2023 | 729 (2 pgs) | Errata *to (1) Emergency Motion for Order Authorizing Debtors Entry Into Interim Management Services Agreement Pending Approval of Sale of Debtors Assets [ECF No. 710]; and (2) Declaration of Daniel Ayala [ECF No. 711]* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)710 Miscellaneous Application filed by Debtor CASH CLOUD, INC., 711 Declaration filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 06/19/2023) |

| | | |
|---|---|---|
| 06/20/2023 | [734](#)<br>(200 pgs;<br>2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 03/31/2023 Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Attachments: # [1](#) Exhibit Schedules to MOR) (AXELROD, BRETT) (Entered: 06/20/2023) |
| 06/22/2023 | [749](#)<br>(219 pgs) | Notice *of Filing: Revised Exhibits to Debtor's Amended Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)[730](#) Motion for Sale/Use/Lease of Property under Section 363(b) filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 06/22/2023) |
| 06/23/2023 | [758](#)<br>(5 pgs) | Document *OFFICIAL COMMITTEE OF UNSECURED CREDITORS STATEMENT AND RESERVATION OF RIGHTS IN RESPONSE TO THE DEBTORS SALE MOTION AND MSA MOTION* Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Related document(s)[710](#) Miscellaneous Application filed by Debtor CASH CLOUD, INC., [730](#) Motion for Sale/Use/Lease of Property under Section 363(b) filed by Debtor CASH CLOUD, INC.) (WORKS, RYAN) (Entered: 06/23/2023) |
| 06/26/2023 | [771](#)<br>(3 pgs) | Declaration Of: Christopher A. McAlary *in Support of Amended Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)[730](#) Motion for Sale/Use/Lease of Property under Section 363(b) filed by Debtor CASH CLOUD, INC., [758](#) Document filed by Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS) (AXELROD, BRETT) (Entered: 06/26/2023) |

| | | |
|---|---|---|
| 06/29/2023 | **784**<br>(69 pgs) | Document *Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period From May 1, 2023 Through May 31, 2023* Filed by BRETT A. AXELROD on behalf of PROVINCE, LLC (Related document(s)321 Order on Motion for Approval of Procedures) (AXELROD, BRETT) (Entered: 06/29/2023) |
| 06/29/2023 | **789**<br>(31 pgs) | Application *Emergency Motion for Entry of an Order Establishing Administrative Claim Bar Date for Filing Proofs of Administrative Expense Claim and Approving Form, Manner and Sufficiency of Notice Thereof; Memorandum of Points and Authorities in Support Thereof* with Proposed Order Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (AXELROD, BRETT) (Entered: 06/29/2023) |
| 06/30/2023 | **792**<br>(22 pgs) | Document *Baker & Hostetler's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period From May 1, 2023 Through May 31, 2023* Filed by BRETT A. AXELROD on behalf of BAKER & HOSTETLER LLP (Related document(s)321 Order on Motion for Approval of Procedures) (AXELROD, BRETT) (Entered: 06/30/2023) |
| 06/30/2023 | **795**<br>(17 pgs) | Order Granting Motion For Sale/Use/Lease of Property under Section 363(b) (Related Doc # 730) (mar) (Entered: 06/30/2023) |
| 06/30/2023 | **797**<br>(4 pgs) | Order Authorizing Debtors Entry Into Interim Management Services Agreement Pending Approval Of Sale Of Debtors Assets (Related document(s) 710) (mar) (Entered: 06/30/2023) |
| 07/11/2023 | **823**<br>(14 pgs) | Order Establishing Administrative Claim Bar Date For Filing Proofs Of Administrative Expense Claim And Approving Form, Manner And Sufficiency Of Notice Thereof (Related document(s) 789) (ccc) (Entered: 07/11/2023) |
| 07/13/2023 | **838**<br>(6 pgs; 2 docs) | Amended Objection to Confirmation of Plan with Certificate of Service Filed by MAURICE VERSTANDIG on behalf of Brink's, Inc. (Related document(s)528 Chapter 11 Plan #1 filed by Debtor CASH CLOUD, INC..) (Attachments: # 1 Exhibit A - Affidavit of Tara Team in Support of Objection)(VERSTANDIG, MAURICE) (Entered: 07/13/2023) |

| | | |
|---|---|---|
| 07/17/2023 | 864<br>(171 pgs) | Document *Fox Rothschild LLP's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from June 1, 2023 through June 30, 2023* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)321 Order on Motion for Approval of Procedures) (AXELROD, BRETT) (Entered: 07/17/2023) |
| 07/18/2023 | 873<br>(13 pgs) | Application for Administrative Claim ENIGMA SECURITIES LIMITEDS APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 361, 362, 363, 364, 503, 507, AND BANKRUPTCY RULES 3012 AND 8002 with Certificate of Service Filed by BART K. LARSEN on behalf of Enigma Securities Limited (LARSEN, BART) (Entered: 07/18/2023) |
| 07/19/2023 | 880<br>(9 pgs) | Application for Administrative Claim with Certificate of Service Filed by MICHAEL L WACHTELL on behalf of ORACLE AMERICA, INC. (WACHTELL, MICHAEL) (Entered: 07/19/2023) |
| 07/19/2023 | 883<br>(23 pgs) | Application for Administrative Claim with Certificate of Service Filed by BRIAN D. SHAPIRO on behalf of OPTCONNECT MANAGEMENT, LLC (SHAPIRO, BRIAN) (Entered: 07/19/2023) |
| 07/19/2023 | 887<br>(29 pgs) | Administrative Proof of Claim (FREELAND, ANNE) (Entered: 07/19/2023) |
| 07/20/2023 | 890<br>(26 pgs) | Administrative Proof of Claim (VERSTANDIG, MAURICE) (Entered: 07/20/2023) |
| 07/20/2023 | 894<br>(5 pgs) | Administrative Proof of Claim *for Chris McAlary* (CICA, DAWN) (Entered: 07/20/2023) |
| 07/20/2023 | 900<br>(62 pgs;<br>2 docs) | Application for Administrative Claim with Certificate of Service Filed by KURT R. BONDS on behalf of Populus Financial Group, Inc. (Attachments: # 1 Affidavit)(BONDS, KURT) (Entered: 07/20/2023) |
| 07/20/2023 | 901<br>(122 pgs) | Chapter 11 Monthly Operating Report for the Month Ending: 04/30/2023 Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (AXELROD, BRETT) (Entered: 07/20/2023) |
| 07/20/2023 | 905<br>(8 pgs) | Administrative Proof of Claim (STRETTO) (Entered: 07/20/2023) |

| | | |
|---|---|---|
| 07/20/2023 | 910<br>(3 pgs) | Reply *Debtor's Omnibus Reply to: (A) Objection of Brink's Incorporated to Confirmation of Debtor's Chapter 11 Plan and Reservation of Rights; and (B) Enigma Securities Limited's Reservation of Rights With Respect to Confirmation of Plan* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)834 Response filed by Creditor Enigma Securities Limited, 838 Objection to Confirmation of the Plan filed by Creditor Brink's, Inc.) (AXELROD, BRETT). Modified on 7/21/2023 to relate to #s 834, 838 in place of #528 (Hammill, IA). (Entered: 07/20/2023) |
| 07/20/2023 | 911<br>(2 pgs) | Declaration Of: Daniel Ayala *in Support of Debtor's Omnibus Reply to: (A) Objection of Brink's Incorporated to Confirmation of Debtor's Chapter 11 Plan and Reservation of Rights; and (B) Enigma Securities Limited's Reservation of Rights With Respect to Confirmation of Plan* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)910 Reply filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 07/20/2023) |
| 07/21/2023 | 913<br>(42 pgs) | Administrative Proof of Claim *of Amazon Web Services, Inc.* (PETERSON, BRIAN) (Entered: 07/21/2023) |
| 07/24/2023 | 923<br>(58 pgs) | Document *Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period From June 1, 2023 Through June 30, 2023* Filed by BRETT A. AXELROD on behalf of PROVINCE, LLC (Related document(s)321 Order on Motion for Approval of Procedures) (AXELROD, BRETT) (Entered: 07/24/2023) |
| 07/24/2023 | 926<br>(24 pgs) | Motion for Surcharge *Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P.* with Proposed Order Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (AXELROD, BRETT) (Entered: 07/24/2023) |
| 07/24/2023 | 927<br>(11 pgs) | Declaration Of: Tanner James *in Support of Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P.* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)926 Motion for Surcharge |

| | | |
|---|---|---|
| | | filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 07/24/2023) |
| 07/25/2023 | 931 (4 pgs) | Errata with Certificate of Service Filed by KURT R. BONDS on behalf of Populus Financial Group, Inc. (Related document(s)900 Application for Administrative Claim/Expenses filed by Creditor Populus Financial Group, Inc.) (BONDS, KURT) (Entered: 07/25/2023) |
| 07/28/2023 | 977 (33 pgs; 2 docs) | Motion to Allow Claims or Interests with Certificate of Service Filed by MAURICE VERSTANDIG on behalf of Brink's, Inc. (Attachments: # 1 Exhibit A - Administrative Claim)(VERSTANDIG, MAURICE) (Entered: 07/28/2023) |
| 07/31/2023 | 984 (54 pgs) | Document *THIRD MONTHLY FEE STATEMENT OF SEWARD & KISSEL LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2023, THROUGH MAY 31, 2023* Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (WORKS, RYAN) (Entered: 07/31/2023) |
| 07/31/2023 | 985 (15 pgs) | Document *THIRD MONTHLY FEE STATEMENT OF McDONALD CARANO LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2023, THROUGH MAY 31, 2023* Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (WORKS, RYAN) (Entered: 07/31/2023) |
| 07/31/2023 | 986 (14 pgs) | Document *FOURTH MONTHLY FEE STATEMENT OF McDONALD CARANO LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 1, 2023, THROUGH JUNE 30, 2023* Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (WORKS, RYAN) (Entered: 07/31/2023) |
| 08/01/2023 | 990 (2 pgs) | Declaration Of: Daniel Ayala *in support of Debtor's Objection to "Application for Allowance and Payment of Administrative Expense Claim of Brinks Incorporated" [ECF No. 977]* Filed by BRETT A. |

15

| | | |
|---|---|---|
| | | AXELROD on behalf of CASH CLOUD, INC. (Related document(s)989 Objection filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 08/01/2023) |
| 08/01/2023 | **996** (53 pgs) | Amended Chapter 11 Plan Number 2 *Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (AXELROD, BRETT) (Entered: 08/01/2023) |
| 08/01/2023 | **997** (68 pgs) | Notice *of Redline of Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)996 Amended Chapter 11 Plan filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 08/01/2023) |
| 08/02/2023 | 1001 | Transcript regarding Hearing Held on 4/26/23. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, Telephone number (855) 873-2223. Purchasing Party: Mary Full. Redaction Request Due By 08/23/2023. Redacted Transcript Submission Due By 09/5/2023. Transcript access will be restricted through 10/31/2023. (ACCESS TRANSCRIPTS, LLC) (Entered: 08/02/2023) |
| 08/02/2023 | **1003** (3 pgs) | Stipulation By CHRIS MCALARY and Between CASH CLOUD, INC. DBA COIN CLOUD *to Extend Objection Deadline in Connection to Debtors First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023 [ECF No. 996]* with Certificate of Service Filed by CANDACE C CARLYON on behalf of CHRIS MCALARY (Related document(s)996 Amended Chapter 11 Plan filed by Debtor CASH CLOUD, INC.) (CARLYON, CANDACE) (Entered: 08/02/2023) |
| 08/03/2023 | **1006** (2 pgs) | Stipulated/Agreed Order (Related document(s)1003 Stipulation filed by Interested Party CHRIS MCALARY.) (ccc) (Entered: 08/03/2023) |
| 08/07/2023 | **1029** (25 pgs) | Opposition *to Approval of Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors with Respect to Certain Actions* with Certificate of Service Filed by DAWN M. CICA on behalf of CHRIS MCALARY (Related document(s)1009 Stipulation filed by Creditor Committee OFFICIAL COMMITTEE OF |

| | | |
|---|---|---|
| | | UNSECURED CREDITORS.) (CICA, DAWN) (Entered: 08/07/2023) |
| 08/07/2023 | 1030 (3 pgs) | Declaration Of: Christopher McAlary *in Support of Opposition to Approval of Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors with Respect to Certain Actions* with Certificate of Service Filed by DAWN M. CICA on behalf of CHRIS MCALARY (Related document(s)1029 Opposition filed by Interested Party CHRIS MCALARY) (CICA, DAWN) (Entered: 08/07/2023) |
| 08/07/2023 | 1034 (17 pgs) | Motion to Convert Case From 11 To Chapter 7. Fee Amount $15. with Certificate of Service Filed by CANDACE C CARLYON on behalf of CHRIS MCALARY (CARLYON, CANDACE) (Entered: 08/07/2023) |
| 08/07/2023 | 1035 (5 pgs) | Ex Parte Motion for Order Shortening Time *on Motion to Convert Case From 11 To Chapter 7* with Certificate of Service Filed by DAWN M. CICA on behalf of CHRIS MCALARY (Related document(s)1034 Motion to Convert Case From 11 To Chapter 7 filed by Interested Party CHRIS MCALARY)(CICA, DAWN) (Entered: 08/07/2023) |
| 08/07/2023 | 1036 (3 pgs) | Declaration Of: Dawn M. Cica, Esq. *in Support of Ex Parte Motion for Order Shortening Time on Motion to Convert Case to Chapter 7* with Certificate of Service Filed by DAWN M. CICA on behalf of CHRIS MCALARY (Related document(s)1035 Motion for Order Shortening Time filed by Interested Party CHRIS MCALARY) (CICA, DAWN) (Entered: 08/07/2023) |
| 08/07/2023 | 1037 (3 pgs) | Attorney Information Sheet *in Support of Ex Parte Motion for Order Shortening Time on Motion to Convert Case to Chapter 7* with Certificate of Service Filed by DAWN M. CICA on behalf of CHRIS MCALARY (Related document(s)1035 Motion for Order Shortening Time filed by Interested Party CHRIS MCALARY) (CICA, DAWN) (Entered: 08/07/2023) |
| 08/08/2023 | 1047 (3 pgs) | Supplemental Declaration Of: Dawn M. Cica, Esq. *in Support of Ex Parte Application for Order Shortening Time to Hear Motion to Convert Case to Chapter 7* with Certificate of Service Filed by DAWN M. CICA on behalf of CHRIS MCALARY (Related document(s)1034 Motion to Convert Case From 11 To Chapter 7 filed by Interested Party CHRIS MCALARY, 1035 Motion for Order Shortening Time |

17

| | | |
|---|---|---|
| | | filed by Interested Party CHRIS MCALARY, 1043 Objection filed by Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS) (CICA, DAWN) (Entered: 08/08/2023) |
| 08/09/2023 | 1052 (3 pgs) | DENIED (Order Granting Motion for Order Shortening Time) (Related document(s) 1031). (Related document(s)1029 Opposition filed by Interested Party CHRIS MCALARY.) (ccc) (Entered: 08/09/2023) |
| 08/09/2023 | 1053 (3 pgs) | DENIED (Order Granting Motion for Order Shortening Time) (Related document(s) 1035). (Related document(s)1034 Motion to Convert Case From 11 To Chapter 7 filed by Interested Party CHRIS MCALARY.) (ccc) (Entered: 08/09/2023) |
| 08/09/2023 | 1054 (3 pgs) | DENIED (Stipulated/Agreed Order) (Related document(s)1009 Stipulation filed by Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS.) (ccc) (Entered: 08/09/2023) |
| 08/09/2023 | 1058 (2 pgs) | DENIED (Order Granting Derivative Standing To The Official Committee Of Unsecured Creditors With Respect To Certain Actions) (Related document(s)1050 Stipulation filed by Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS.) (ccc) (Entered: 08/09/2023) |
| 08/09/2023 | 1061 (21 pgs) | Objection *to Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023* with Certificate of Service Filed by DAWN M. CICA on behalf of CHRIS MCALARY (Related document(s)996 Amended Chapter 11 Plan filed by Debtor CASH CLOUD, INC..) (CICA, DAWN) (Entered: 08/09/2023) |
| 08/10/2023 | 1066 (5 pgs) | Amended Notice of Appointment of Creditors' Committee *AMENDED APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS* with Certificate of Service (DAY, JARED) (Entered: 08/10/2023) |
| 08/10/2023 | 1067 (17 pgs) | Application for Administrative Claim Filed by TIMOTHY A LUKAS on behalf of Good 2 Go Stores LLC (LUKAS, TIMOTHY) (Entered: 08/10/2023) |

| | | |
|---|---|---|
| 08/10/2023 | [1069](#) <br>(53 pgs) | Fourth Document *Monthly Fee Statement of Seward & Kissel LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of June 1, 2023 through June 30, 2023* Filed by RYAN J. WORKS on behalf of OFFICIAL COMMITTEE OF UNSECURED CREDITORS (WORKS, RYAN) (Entered: 08/10/2023) |
| 08/10/2023 | [1070](#) <br>(6 pgs) | Limited Objection to Confirmation of Plan with Certificate of Service Filed by PAUL HAGE on behalf of Cole Kepro International, LLC (Related document(s)[996](#) Amended Chapter 11 Plan filed by Debtor CASH CLOUD, INC..)(HAGE, PAUL) (Entered: 08/10/2023) |
| 08/15/2023 | [1077](#) <br>(29 pgs) | Ballot Summary , Declaration Of: Angela Tsai *on Behalf of Stretto Regarding Solicitations of Votes and Tabulation of Ballots Accepting and Rejecting the Debtor's Chapter 11 Plan of Reorganization Dated May 8, 2023 and Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)[528](#) Chapter 11 Plan #1 filed by Debtor CASH CLOUD, INC., [996](#) Amended Chapter 11 Plan filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 08/15/2023) |
| 08/15/2023 | [1078](#) <br>(57 pgs) | Document *Memorandum of Law in Support of: (A) Final Approval of Disclosure Statement [ECF No. 529]; and (B) Confirmation of Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023 [ECF No. 996]* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)[529](#) Disclosure Statement filed by Debtor CASH CLOUD, INC., [996](#) Amended Chapter 11 Plan filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 08/15/2023) |
| 08/15/2023 | [1079](#) <br>(8 pgs) | Declaration Of: Tanner James *in Support of Memorandum of Law in Support of: (A) Final Approval of Disclosure Statement [ECF No. 529]; and (B) Confirmation of Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023 [ECF No. 996]* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)[1078](#) Document filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 08/15/2023) |
| 08/16/2023 | [1080](#) <br>(21 pgs) | Notice of *Filing of Proposed Order: (A) Approving Debtors Disclosure Statement [ECF No. 529] on a* |

| | | |
|---|---|---|
| | | *Final Basis; and (B) Confirming Debtors First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023 [ECF No. 996]* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)529 Disclosure Statement filed by Debtor CASH CLOUD, INC., 996 Amended Chapter 11 Plan filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 08/16/2023) |
| 08/16/2023 | 1081 (83 pgs) | Notice *of Filing of (A) Revised Exhibit A Creditor Trust Agreement and Declaration of Trust; and (B) Redline of Exhibit A Creditor Trust Agreement and Declaration of Trust attached to Supplement to Debtors Chapter 11 Plan of Reorganization Dated May 8, 2023 [ECF No. 528] attached to Debtors Supplement to Debtors Chapter 11 Plan of Reorganization Dated May 8, 2023 [ECF No. 528]* Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)821 Supplement filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) (Entered: 08/16/2023) |
| 08/21/2023 | 1105 | Transcript regarding Hearing Held on 8/17/23. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, Telephone number (855) 873-2223. Purchasing Party: Nancy Arceneaux. Redaction Request Due By 09/11/2023. Redacted Transcript Submission Due By 09/21/2023. Transcript access will be restricted through 11/20/2023. (ACCESS TRANSCRIPTS, LLC) (Entered: 08/21/2023) |
| 08/23/2023 | 1114 (11 pgs) | Document *Baker & Hostetler's Third Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period From June 1, 2023 Through June 30, 2023* Filed by BRETT A. AXELROD on behalf of BAKER & HOSTETLER LLP (Related document(s)321 Order on Motion for Approval of Procedures) (AXELROD, BRETT) (Entered: 08/23/2023) |
| 08/24/2023 | 1120 (9 pgs) | Order On Objection To Debtor's First Amended Chapter 11 Plan Of Reorganization Dated August 1, 2023 (Related document(s)1061 Objection filed by Interested Party CHRIS MCALARY, 1080 Notice filed by Debtor CASH CLOUD, INC..) (arv) (Entered: 08/24/2023) |

| 08/25/2023 | 1126<br>(18 pgs) | Order Approving Disclosure Statement and Setting Hearing on Confirmation, Order Confirming Chapter 11 Plan (Related document(s)529 Disclosure Statement filed by Debtor CASH CLOUD, INC., 996 Amended Chapter 11 Plan filed by Debtor CASH CLOUD, INC..) (arv) (Entered: 08/25/2023) |

Respectfully submitted this 20th day of September, 2023.

**CARLYON CICA CHTD.**

*/s/ Candace C. Carlyon*
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
*Counsel for Chris McAlary*

21

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I am an employee of Carlyon Cica Chtd.  On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE:  Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL:  By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER:  By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE:  By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.


*/s/ Cristina Robertson*_____
An employee of Carlyon Cica Chtd.