BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        jmcpherson@foxrothschild.com
        zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br><div align=right>Debtor.</div> | Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**DEBTOR'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 554(a) AUTHORIZING THE DEBTOR TO ABANDON CERTAIN PROPERTY HELD BY GREGORY M. PARKER, INC.**<br><br>Hearing Date:    October 19, 2023<br>Hearing Time:  10:30 a.m. |

Cash Cloud, Inc. ("Cash Cloud" or "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, respectfully submits this motion (the "Motion") for entry of an order, substantially in the form attached hereto as **Exhibit 1**,[1] pursuant to § 554(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 6007 of the Federal Rules of Bankruptcy Procedure, seeking entry of an order authorizing the Debtor to abandon certain property held by Gregory M. Parker, Inc. ("Parker"), identified on **Exhibit 2** hereto (collectively, the "Kiosks"). This Motion is made and based upon 11 U.S.C. § 554, Fed.R.Bankr. P. 6007, the

---

[1] After notice of this Motion, revisions to the proposed order may be made.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Declaration of Daniel Ayala, the Points and Authorities set forth herein, the pleadings on file which the Debtor respectfully requests this Court take judicial notice, and any argument presented by counsel at the time of hearing on this matter.

## PRELIMINARY STATEMENT

The Debtor has identified certain Kiosks that are burdensome to the Debtor. These Kiosks are not needed for ongoing or future business of the Debtor and are burdensome and of inconsequential value to the estate. By this motion and for the reasons set forth below, pursuant to section 554(a) of the Bankruptcy Code and Bankruptcy Rule 6007, the Debtor respectfully requests entry of an order authorizing the Debtor to abandon certain property held by Parker, identified on **Exhibit 2** hereto.

## POINTS AND AUTHORITIES

### I.    JURISDICTION AND VENUE

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The statutory basis for the relief requested herein is Bankruptcy Code § 554.

4.    Pursuant to Local Rule 9014.2, the Debtor consents to entry of final order(s) or judgment(s) by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

### II.    FACTUAL BACKGROUND

**A.    <u>Debtor's Filing</u>**

5.    On February 7, 2023 (the "<u>Petition Date</u>"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

6.    The Debtor is authorized to operate its business and manage its property as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7.    No request has been made for the appointment of a trustee or examiner. An Official Committee of Unsecured Creditors was appointed on or about February 17, 2023.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148963602.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**B.**     **Debtor's Business And Contracts And/Or Leases**

8.     The Debtor was formed as a Nevada corporation for the purpose of providing a platform for customers to buy and sell digital currencies through Digital Currency Machines ("DCMs") distributed across the United States. DCMs are an advanced version of the kiosks commonly referred to as Bitcoin ATMs or BTMs, that enable a consumer to both (a) buy bitcoin as well as 30+ other digital currencies with cash, and (b) sell digital currency for cash. The Debtor's machines are DCMs offering two-way functionality, over 30 digital currency options, an advanced user interface and a custom non-custodial companion wallet app (available on the Apple App Store and the Google Play Store). See Ayala Declaration.

9.     In connection with the installation, operation, and use of the DCMs, or kiosks ("Kiosks"), Cash Cloud entered into numerous master host agreements, or contracts, with various parties.

**C.**     **Prepetition Termination of the Gregory M. Parker, Inc. Master Host Agreement**

10.     On or about December 16, 2022, Parker sent a letter to the Debtor terminating its Master Host Agreement with the Debtor and requesting all Kiosks be picked up and removed from its properties.

11.     On or about January 6, 2023, Parker's counsel sent a letter to Debtor that the kiosk located at Parker's Store # 20, 141 Lanier Dr., Statesboro, Georgia 30458 would be disposed of as of January 13, 2023 if it was not picked up and removed from the property due to the business closing and the building being demolished on January 16, 2023. In addition, Parker stated if the Debtor did not contact it to discuss a plan for retrieval of the remaining Kiosks on or before January 13, 2023, Parker would consider the Kiosks abandoned and would take immediate action to dispose of them.

12.     On or about January 16, 2023, Parker's counsel sent another letter to the Debtor that any Kiosks which had not been removed by the Debtor on or before January 20, 2023 would be considered abandoned and they would dispose of them.

13.     On or about February 16, 2023, Parker's counsel sent another letter to the Debtor stating that the Kiosks had been removed and were being stored at the Parker's store located at 6159 Hwy. 21 S., Rincon, Georgia 31326 and they were giving final notice to the Debtor that Parker would dispose of all Kiosks that had not been retrieved by February 28, 2023.

3

14.    The Debtor understands from Parker that it has continued to hold the Kiosks due to the automatic stay arising in connection with the Debtor's bankruptcy filing.

**C.    <u>The Current Status of the Kiosks</u>**

15.    The Debtor believes the Kiosks are the collateral of Genesis Global Holdco, LLC ("<u>Genesis</u>"). The Debtor has informed Genesis that Parker is holding the Kiosks.  Based upon correspondence with Genesis, the Debtor believes that Genesis does not intend on obtaining possession of the Kiosks.

16.    Given Genesis' collateral interest in the Kiosks, the Debtor does not believe there is equity in the Kiosks.  Given the lack of equity in the Kiosks, the Debtor believes that the Kiosks are burdensome and of inconsequential value to the estate and that the Kiosks do not provide benefit to the estate.

### III.    MEMORANDUM OF LAW

**A.    Abandonment of the Equipment Under Bankruptcy Code Section 554(a) is in the Best Interests of the Estate**

17.    Bankruptcy Code section 554(a) provides:

After notice and a hearing, the trustee[2] may abandon property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

11 U.S.C. § 554(a). Section 554(a) thus requires two showings. First, the property to be abandoned must be property of the estate. 11 U.S.C. §§ 541 and 554. Second, the property to be abandoned must be burdensome or of inconsequential value or benefit to the debtor's estate. <u>In re Unidigital, Inc.</u>, 262 B.R. 283, 286 (Bankr. D. Del. 2001). The debtor in possession is afforded significant discretion in determining the value and benefits of particular property for the purposes of the decision to abandon it. <u>Krantz v. Youngman (In re A&P Diversified Techs. Realty)</u>, 2008 U.S. Dist. LEXIS 11893, *8 (D.N.J. 2008) ("[t]he trustee's power to abandon property is discretionary"); <u>In re Interpictures Inc.</u>, 168 B.R. 526, 535 (Bankr. E.D.N.Y. 1994) ("abandonment is in the discretion of the trustee, bounded only by that of the court").[6] "Courts defer to the trustee's judgment and place

---

[2] Although no trustee was appointed in this case, debtors in possession have the same rights as trustees to abandon property of their estates. 11 U.S.C. § 1107(a).

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

the burden on the party opposing the abandonment to prove a benefit to the estate and an abuse of the trustee's discretion." In re Slack, 290 B.R. 282, 284 (Bankr. D.N.J. 2003). The right to abandon exists so that "burdensome property" may be removed and "the best interests of the estate" will be furthered. In re Trans World Airlines, Inc., 261 B.R. 103, 117 (Bankr. D. Del. 2001) (citing In re Taylor, 103 B.R. 511, 516 (D.N.J. 1989)).

18.    Based on the Debtor's review of its books and records, the Debtor holds a property interest in the Kiosks.

19.    The Debtor has no further use for the Kiosks, and the Kiosks are of no benefit to the Debtor's estate. The Kiosks are the collateral of Genesis. The Debtor does not believe that the Kiosks have value to the estate in that the amount owed to Genesis exceeds the value of the Kiosks. Thus, the Kiosks are burdensome and/or have inconsequential value and benefit to the estate.

20.    Given that the Kiosks are property of the estate and they are burdensome and have inconsequential value and benefit to the estate, abandonment is appropriate under section 554(a).

**IV.    RESERVATION OF RIGHTS**

21.    The Debtor reserves the right to amend Exhibit 2 at or prior to the hearing to consider the Motion.

**V.    NOTICE**

22.    Notice of this Motion has been given by electronic mail or first class mail to the parties set forth in Fed.R.Bankr. P. 6007(a).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

5

148963602.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**CONCLUSION**

WHEREFORE, for all of the foregoing reasons, Debtor respectfully requests that this Court enter an Order granting this Motion, substantially in the form attached hereto as **Exhibit 1,** and (a) authorizing the Debtor to abandon property held by Gregory M. Parker, Inc., identified on **Exhibit 2** attached hereto, as of the date of the filing of this Motion; and (b) granting such other and further relief as this Court deems appropriate.

Dated this 20th day of September, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson

JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
ZACHARY T. WILLIAMS, ESQ. (16023)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

148963602.1

**EXHIBIT 1**

**PROPOSED ORDER**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
    jmcpherson@foxrothschild.com
    nkoffroth@foxrothschild.com
    zwilliams@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                              Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br>**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 554(a) AUTHORIZING THE DEBTOR TO ABANDON CERTAIN PROPERTY HELD BY GREGORY M. PARKER, INC.**<br><br>Hearing Date:    October 19, 2023<br>Hearing Time:    10:30 a.m. |

*(Left margin, vertical text:)* FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

148963602.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1    The Court having reviewed and considered Debtor's motion [ECF _____] (the "<u>Motion</u>")[1] for

2  an order approving the abandonment of certain property, kiosks, pursuant to 11 U.S.C. § 554; and

3  upon consideration of the Ayala Declaration and argument of counsel; and the Court having

4  jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334;

5  and consideration of the Motion and the relief requested therein being a core proceeding pursuant

6  to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408

7  and 1409; and due and proper notice of the Motion having been provided; and it appearing that no

8  other or further notice need be provided; and that the legal and factual bases set forth in the Motion

9  establish just cause for the relief granted herein; and upon all the proceedings had before the Court

10  and after due deliberation and sufficient cause appearing therefor, it is hereby,

11    **ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

12    **ORDERED** that the Debtor is authorized to abandon property held by Gregory M. Parker,

13  Inc., identified on **Exhibit 1** hereto; and it is further

14    **ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient

15  notice of the Motion.

16  Prepared And Respectfully Submitted By:

17  **FOX ROTHSCHILD LLP**

18  By: _____
       JEANETTE E. MCPHERSON, ESQ.
19     BRETT A. AXELROD, ESQ.
       NICHOLAS A. KOFFROTH, ESQ.
20     1980 Festival Plaza Drive, Suite 700
       Las Vegas, Nevada 89135
21  *Counsel for Debtor*

22

23

24

25

26

27

28

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

148963602.1

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐   The Court has waived the requirement of approval in LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion.

☐   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

<p align="center"># # #</p>

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148963602.1

**EXHIBIT 1 TO PROPOSED ORDER**

**(ABANDONED KIOSKS)**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148963602.1

Coin Cloud
**Parkers Location Summary**
*HIGHLY PRELIMINARY DRAFT & SUBJECT TO MATERIAL CHANGE*
*PRIVILEGED & CONFIDENTIAL*
*PREPARED AT THE REQUEST OF COUNSEL*

| location_id | Installation Date | Parent | Kiosk ID | Model | Banner | Operating Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 148417 | 06/02/22 | Parkers | 150383,USA | ColeKepro 5.0 | Parkers | 13740 E Oglethorpe Hwy | Midway | GA | 31320 |
| 148423 | 06/02/22 | Parkers | 150381,USA | ColeKepro 5.0 | Parkers | 222 Drayton St | Savannah | GA | 31401 |
| 148424 | 06/01/22 | Parkers | 150379,USA | ColeKepro 5.0 | Parkers | 141 Lanier Dr | Statesboro | GA | 30458 |
| 148429 | 06/02/22 | Parkers | 150382,USA | ColeKepro 5.0 | Parkers | 1910 E President St | Savannah | GA | 31404 |
| 148430 | 06/02/22 | Parkers | 150436,USA | ColeKepro 5.0 | Parkers | 58 Old Sunbury Rd | Hinesville | GA | 31313 |
| 148431 | 06/02/22 | Parkers | 150403,USA | ColeKepro 5.0 | Parkers | 10525 Abercorn St | Savannah | GA | 31419 |
| 148433 | 06/15/22 | Parkers | 150438,USA | ColeKepro 5.0 | Parkers | 4480 US-80 | Ellabell | GA | 31308 |
| 148434 | 06/14/22 | Parkers | 150407,USA | ColeKepro 5.0 | Parkers | 9227 Evan Way | Bluffton | SC | 29910 |
| 148435 | 06/14/22 | Parkers | 150451,USA | ColeKepro 5.0 | Parkers | 469 Buckwalter Pkwy | Bluffton | SC | 29910 |
| 148436 | 06/15/22 | Parkers | 150516,USA | ColeKepro 5.0 | Parkers | 1435 GA-21 S | Springfield | GA | 31329 |
| 148437 | 06/14/22 | Parkers | 150464,USA | ColeKepro 5.0 | Parkers | 2 Gateway Village Rd | Bluffton | SC | 29910 |
| 148438 | 06/15/22 | Parkers | 150444,USA | ColeKepro 5.0 | Parkers | 10 N Godley Station Blvd | Pooler | GA | 31322 |
| 148439 | 06/14/22 | Parkers | 150518,USA | ColeKepro 5.0 | Parkers | 1286 Fording Island Rd | Bluffton | SC | 29910 |
| 148440 | 06/02/22 | Parkers | 150467,USA | ColeKepro 5.0 | Parkers | 4219 Augusta Rd | Garden City | GA | 31408 |
| 148441 | 06/15/22 | Parkers | 150459,USA | ColeKepro 5.0 | Parkers | 6159 GA-21 | Rincon | GA | 31326 |
| 148442 | 06/01/22 | Parkers | 150401,USA | ColeKepro 5.0 | Parkers | 24151 Hwy 80 E | Statesboro | GA | 31302 |
| 148443 | 06/15/22 | Parkers | 150409,USA | ColeKepro 5.0 | Parkers | 3050 US-80 | Bloomingdale | GA | 31302 |
| 148444 | 06/15/22 | Parkers | 150380,USA | ColeKepro 5.0 | Parkers | 6200 Jennifer Ct | Bluffton | SC | 29910 |
| 148445 | 06/01/22 | Parkers | 150477,USA | ColeKepro 5.0 | Parkers | 3005 SW Broad St | Metter | GA | 30439 |
| 148446 | 06/14/22 | Parkers | 150439,USA | ColeKepro 5.0 | Parkers | 11012 Hwy 301 S | Statesboro | GA | 30458 |
| 148447 | 06/01/22 | Parkers | 150400,USA | ColeKepro 5.0 | Parkers | 113 Oxley Dr | Lyons | GA | 30436 |
| 148448 | 06/01/22 | Parkers | 150406,USA | ColeKepro 5.0 | Parkers | 1588 Brampton Ave | Statesboro | GA | 30458 |
| 148449 | 06/02/22 | Parkers | 150404,USA | ColeKepro 5.0 | Parkers | 5300 Skidaway Rd | Savannah | GA | 31404 |
| 148450 | 06/13/22 | Parkers | 150482,USA | ColeKepro 5.0 | Parkers | 1705 Ribaut Rd | Port Royal | SC | 29935 |
| 148452 | 06/01/22 | Parkers | 150408,USA | ColeKepro 5.0 | Parkers | 105 Queen St | Vidalia | GA | 30474 |
| 148453 | 06/01/22 | Parkers | 150420,USA | ColeKepro 5.0 | Parkers | 3 N Duval St | Claxton | GA | 30417 |
| 148454 | 06/14/22 | Parkers | 150415,USA | ColeKepro 5.0 | Parkers | 165 William Hilton Pkwy | Hilton Head Island | SC | 29926 |
| 148456 | 06/14/22 | Parkers | 150418,USA | ColeKepro 5.0 | Parkers | 7021 N Okatie Hwy | Ridgeland | SC | 29936 |
| 148457 | 06/14/22 | Parkers | 150402,USA | ColeKepro 5.0 | Parkers | 8251 Pinellas Dr | Bluffton | SC | 29910 |
| 148459 | 06/13/22 | Parkers | 150414,USA | ColeKepro 5.0 | Parkers | 12 Savannah Hwy | Beaufort | SC | 29906 |
| 148460 | 06/13/22 | Parkers | 150491,USA | ColeKepro 5.0 | Parkers | 3462 Trask Pkwy | Beaufort | SC | 29906 |
| 148461 | 06/02/22 | Parkers | 150450,USA | ColeKepro 5.0 | Parkers | 5890 W Ogethorpe Hwy | Hinesville | GA | 31313 |
| 148462 | 06/13/22 | Parkers | 150416,USA | ColeKepro 5.0 | Parkers | 6 Barrel Landing Rd | Okatie | SC | 29909 |
| 148463 | 06/15/22 | Parkers | 150421,USA | ColeKepro 5.0 | Parkers | 2175 Benton Blvd | Savannah | GA | 31407 |
| 148466 | 06/02/22 | Parkers | 150442,USA | ColeKepro 5.0 | Parkers | 110 N Veterans Blvd | Glennville | GA | 30427 |
| 148467 | 06/13/22 | Parkers | 150417,USA | ColeKepro 5.0 | Parkers | 133 Sams Point Rd | Beaufort | SC | 29907 |
| 148468 | 01/00/00 | Parkers | 150457,USA | ColeKepro 5.0 | Parkers | 856 Sea Island Pkwy | St Helena Island | SC | 29920 |
| 148469 | 06/15/22 | Parkers | 150378,USA | ColeKepro 5.0 | Parkers | 2111 Pooler Pkwy | Pooler | GA | 31322 |
| 148470 | 06/15/22 | Parkers | 150405,USA | ColeKepro 5.0 | Parkers | 1275 E US-80 | Pooler | GA | 31322 |
| 148471 | 06/16/22 | Parkers | 150411,USA | ColeKepro 5.0 | Parkers | 115 S Hwy 52 | Moncks Corner | SC | 29461 |
| 148474 | 06/15/22 | Parkers | 150519,USA | ColeKepro 5.0 | Parkers | 774 N Jefferies Blvd | Walterboro | SC | 29488 |
| 148476 | 06/13/22 | Parkers | 150461,USA | ColeKepro 5.0 | Parkers | 1451 Ribaut Rd | Port Royal | SC | 29935 |
| 148682 | 06/14/22 | Parkers | 150476,USA | ColeKepro 5.0 | Parkers | 430 William Hilton Pkwy | Hilton Head Island | SC | 29928 |

**EXHIBIT 2**

**(ABANDONED KIOSKS)**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

Coin Cloud
Parkers Location Summary
*HIGHLY PRELIMINARY DRAFT & SUBJECT TO MATERIAL CHANGE*
*PRIVILEGED & CONFIDENTIAL*
*PREPARED AT THE REQUEST OF COUNSEL*

| location_id | Installation Date | Parent | Kiosk ID | Model | Banner | Operating Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 148417 | 06/02/22 | Parkers | 150383.USA | CoinKepro 5.0 | Parkers | 13740 E Oglethorpe Hwy | Midway | GA | 31320 |
| 148423 | 06/02/22 | Parkers | 150381.USA | CoinKepro 5.0 | Parkers | 222 Drayton St | Savannah | GA | 31401 |
| 148424 | 06/01/22 | Parkers | 150379.USA | CoinKepro 5.0 | Parkers | 141 Lanier Dr | Statesboro | GA | 30458 |
| 148429 | 06/02/22 | Parkers | 150382.USA | CoinKepro 5.0 | Parkers | 1910 E President St | Savannah | GA | 31404 |
| 148430 | 06/02/22 | Parkers | 150436.USA | CoinKepro 5.0 | Parkers | 58 Old Sunbury Rd | Hinesville | GA | 31313 |
| 148431 | 06/02/22 | Parkers | 150403.USA | CoinKepro 5.0 | Parkers | 10525 Abercorn St | Savannah | GA | 31419 |
| 148433 | 06/15/22 | Parkers | 150438.USA | CoinKepro 5.0 | Parkers | 4480 US-80 | Ellabell | GA | 31308 |
| 148434 | 06/14/22 | Parkers | 150407.USA | CoinKepro 5.0 | Parkers | 9227 Evan Way | Bluffton | SC | 29910 |
| 148435 | 06/14/22 | Parkers | 150451.USA | CoinKepro 5.0 | Parkers | 469 Buckwalter Pkwy | Bluffton | SC | 29910 |
| 148436 | 06/15/22 | Parkers | 150516.USA | CoinKepro 5.0 | Parkers | 1435 GA-21 S | Springfield | GA | 31329 |
| 148437 | 06/14/22 | Parkers | 150464.USA | CoinKepro 5.0 | Parkers | 2 Gateway Village Rd | Bluffton | SC | 29910 |
| 148438 | 06/15/22 | Parkers | 150444.USA | CoinKepro 5.0 | Parkers | 10 N Godley Station Blvd | Pooler | GA | 31322 |
| 148439 | 06/14/22 | Parkers | 150518.USA | CoinKepro 5.0 | Parkers | 1286 Fording Island Rd | Bluffton | SC | 29910 |
| 148440 | 06/02/22 | Parkers | 150467.USA | CoinKepro 5.0 | Parkers | 4219 Augusta Rd | Garden City | GA | 31408 |
| 148441 | 06/15/22 | Parkers | 150459.USA | CoinKepro 5.0 | Parkers | 6159 GA-21 | Rincon | GA | 31326 |
| 148442 | 06/01/22 | Parkers | 150401.USA | CoinKepro 5.0 | Parkers | 24151 Hwy 80 E | Statesboro | GA | 30458 |
| 148443 | 06/15/22 | Parkers | 150409.USA | CoinKepro 5.0 | Parkers | 3050 US-80 | Bloomingdale | GA | 31302 |
| 148444 | 06/15/22 | Parkers | 150380.USA | CoinKepro 5.0 | Parkers | 6200 Jennifer Ct | Bluffton | SC | 29910 |
| 148445 | 06/01/22 | Parkers | 150477.USA | CoinKepro 5.0 | Parkers | 300 SW Broad St | Metter | GA | 30439 |
| 148446 | 06/01/22 | Parkers | 150487.USA | CoinKepro 5.0 | Parkers | 1012 Hwy 301 S | Statesboro | GA | 30458 |
| 148447 | 06/01/22 | Parkers | 150400.USA | CoinKepro 5.0 | Parkers | 113 Oxley Dr | Lyons | GA | 30436 |
| 148448 | 06/01/22 | Parkers | 150406.USA | CoinKepro 5.0 | Parkers | 1588 Brampton Ave | Statesboro | GA | 30458 |
| 148449 | 06/02/22 | Parkers | 150404.USA | CoinKepro 5.0 | Parkers | 5300 Skidaway Rd | Savannah | GA | 31404 |
| 148450 | 06/13/22 | Parkers | 150482.USA | CoinKepro 5.0 | Parkers | 1705 Ribaut Rd | Port Royal | SC | 29935 |
| 148452 | 06/15/22 | Parkers | 150508.USA | CoinKepro 5.0 | Parkers | 105 Queen St | Vidalia | GA | 30474 |
| 148453 | 06/01/22 | Parkers | 150420.USA | CoinKepro 5.0 | Parkers | 3 N Duval St | Claxton | GA | 30417 |
| 148454 | 06/14/22 | Parkers | 150415.USA | CoinKepro 5.0 | Parkers | 165 William Hilton Pkwy | Hilton Head Island | SC | 29926 |
| 148456 | 06/14/22 | Parkers | 150418.USA | CoinKepro 5.0 | Parkers | 7021 N Okatie Hwy | Ridgeland | SC | 29936 |
| 148457 | 06/14/22 | Parkers | 150402.USA | CoinKepro 5.0 | Parkers | 8251 Pinellas Dr | Bluffton | SC | 29910 |
| 148459 | 06/13/22 | Parkers | 150414.USA | CoinKepro 5.0 | Parkers | 12 Savannah Hwy | Beaufort | SC | 29906 |
| 148460 | 06/13/22 | Parkers | 150491.USA | CoinKepro 5.0 | Parkers | 3462 Trask Pkwy | Beaufort | SC | 29906 |
| 148461 | 06/02/22 | Parkers | 150450.USA | CoinKepro 5.0 | Parkers | 5890 W Oglethorpe Hwy | Hinesville | GA | 31313 |
| 148462 | 06/13/22 | Parkers | 150416.USA | CoinKepro 5.0 | Parkers | 6 Barrel Landing Rd | Okatie | SC | 29909 |
| 148463 | 06/15/22 | Parkers | 150421.USA | CoinKepro 5.0 | Parkers | 2175 Benton Blvd | Savannah | GA | 31407 |
| 148466 | 06/02/22 | Parkers | 150442.USA | CoinKepro 5.0 | Parkers | 110 N Veterans Blvd | Glennville | GA | 30427 |
| 148467 | 06/13/22 | Parkers | 150417.USA | CoinKepro 5.0 | Parkers | 133 Sams Point Rd | Beaufort | SC | 29907 |
| 148468 | 01/00/00 | Parkers | 150457.USA | CoinKepro 5.0 | Parkers | 856 Sea Island Pkwy | St Helena Island | SC | 29920 |
| 148469 | 06/15/22 | Parkers | 150378.USA | CoinKepro 5.0 | Parkers | 2111 Pooler Pkwy | Pooler | GA | 31322 |
| 148470 | 06/15/22 | Parkers | 150405.USA | CoinKepro 5.0 | Parkers | 1275 E US-80 | Pooler | GA | 31322 |
| 148471 | 06/16/22 | Parkers | 150411.USA | CoinKepro 5.0 | Parkers | 115 S Hwy 52 | Moncks Corner | SC | 29461 |
| 148474 | 06/15/22 | Parkers | 150519.USA | CoinKepro 5.0 | Parkers | 774 N Jefferies Blvd | Walterboro | SC | 29488 |
| 148476 | 06/13/22 | Parkers | 150461.USA | CoinKepro 5.0 | Parkers | 1451 Ribaut Rd | Port Royal | SC | 29935 |
| 148682 | 06/14/22 | Parkers | 150476.USA | CoinKepro 5.0 | Parkers | 430 William Hilton Pkwy | Hilton Head Island | SC | 29928 |