BRETT A. AXELROD, ESQ., NV Bar No. 5859
JEANETTE E. MCPHERSON, ESQ., NV Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ., NV Bar No. 16264
ZACHARY T. WILLIAMS, ESQ., NV Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
　　　　jmcpherson@foxrothschild.com
　　　　nkoffroth@foxrothschild.com
　　　　zwilliams@foxrothschild.com

*Counsel for Debtor Cash Cloud Inc.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re<br><br>　　CASH CLOUD, INC.,<br>　　dba COIN CLOUD,<br><br>　　　　　　　　　　　Debtor. | Case No. BK- 23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON POPULUS FINANCIAL GROUP, INC.'S MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM OF POPULUS FINANCIAL GROUP, INC.**<br><br>Hearing Date: October 19, 2023<br>Hearing Time: 10:30 a.m. |
|---|---|

**PLEASE TAKE NOTICE** that on July 20, 2023, Populus Financial Group, Inc. ("Populus") filed a *Motion for Approval of Administrative Claim of Populus Financial Group, Inc.* (the "Motion") [ECF 900] requesting allowance of an administrative claim in the amount of $90,838.97 for rents not paid to it for the period of May through July 2023. Populus did not set a hearing on its Motion.

**PLEASE TAKE FURTHER NOTICE** that Cash Cloud, Inc. (the "Debtor"), by and through its counsel, has filed an *Opposition To Motion For Approval Of Administrative Claim Of Populus Financial Group, Inc.* (the "Opposition").[1]

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Opposition.

1

149575184.1

**NOTICE IS FURTHER GIVEN** that copies of the Motion and the Opposition may be obtained by download at: https://cases.stretto.com/CashCloud (the "Case Website"), or by contacting Debtor's reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal, email: ahosey@foxrothschild.com.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Objection will be held before a United States Bankruptcy Judge, via teleconference on **October 19, 2023 at 10:30 a.m. prevailing Pacific time**. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code 029066#.

Dated this 20th day of September, 2023.    **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
　　JEANETTE E. MCPHERSON, ESQ. (5423)
　　BRETT A. AXELROD, ESQ. (5859)
　　NICHOLAS A. KOFFROTH, ESQ. (16264)
　　ZACHARY T. WILLIAMS, ESQ. (16023)
　　1980 Festival Plaza Drive, Suite 700
　　Las Vegas, Nevada 89135
　　*Counsel for Debtor*

149575184.1