BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
　　　nkoffroth@foxrothschild.com

*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>　　　　　　　　Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**DEBTOR'S OMNIBUS OBJECTION TO LATE FILED AND NON-COMPLIANT ADMINISTRATIVE EXPENSE CLAIMS**<br><br>Hearing Date:  October 19, 2023<br>Hearing Time:  10:30 a.m. |

Cash Cloud, Inc. ("Debtor"), debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, hereby submits this *Omnibus Objection to Late Filed and Noncompliant Administrative Proofs of Claim* (the "Objection"), to the claims set forth on **Exhibit 1** attached hereto (the "Late Filed Claims").

The Objection is based upon the grounds that the Late Filed Claims described herein were filed after the claims bar date and do not comply with the Bar Date Order; accordingly, Debtor has no liability on account of such Late Filed Claims.

The Objection is made pursuant to Section 502 of chapter 11 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 3007(d)(4) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 3007 of the Local Rules of Bankruptcy Practice (the "Local Rules"), the points and authorities contained herein, the *Declaration of Daniel Ayala* (the

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

"Ayala Declaration") filed in support hereof, the pleadings and papers on file with the Court, and any argument of counsel the Court may wish to entertain at the hearing on this matter.

Based on the foregoing, Debtor requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**: (i) sustaining the Objection; (ii) disallowing the Late Filed Claims described herein in their entirety; and (iii) granting such other and further relief as the Court may deem just and proper.

Dated this 20th day of September, 2023.

**FOX ROTHSCHILD LLP**

By: */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

## POINTS AND AUTHORITIES

### I.

### STATEMENT OF FACTS

1. On February 7, 2023 (the "Petition Date"), Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code. No request has been made for the appointment of a trustee or examiner and Debtor remains a debtor-in-possession, pursuant to Bankruptcy Code §§ 1107 and 1108.

2. On June 29, 2023, Debtor filed an *Emergency Motion for Entry of an Order Establishing Administrative Claim Bar Date for Filing Proofs of Administrative Expense Claim and Approving Form, Manner and Sufficiency of Notice Thereof; Memorandum of Points and Authorities in Support Thereof* [ECF No. 789] (the "Bar Date Motion").

3. On July 11, 2023, the Court granted the Bar Date Motion and entered its *Order Establishing Administrative Claim Bar Date for Filing Proofs of Administrative Expense Claim and Approving Form, Manner and Sufficiency of Notice Thereof* [ECF No. 823] (the "Bar Date Order"),

148073806.4

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

which set July 20, 2023, as the bar date ("Bar Date") for filing Administrative Expense Claims arising or accruing after the Petition Date, but before July 21, 2023.  The Bar Date Order required such Administrative Expense Claims to be filed electronically or mailed so that they were received by the Clerk of the United States Bankruptcy Court on or before 5:00 p.m. Prevailing Pacific Time on the Bar Date.  *See* Bar Date Order & Exhibit 1 thereto.

4.      On July 11, 2023, Debtor filed the *Notice of Entry of Administrative Claim Bar Date Order Establishing a Deadline to File Administrative Expense Claim Against the Debtor* [ECF No. 824] (the "Bar Date Notice").

5.      On July 11, 2023, the Bar Date Notice was served on required notice parties as evidenced by the *Certificate of Service* [ECF No. 841] (the "Certificate of Service").

6.      On July 14, 2023, the Bar Date Notice was served on additional parties as evidenced by the *Supplemental Certificate of Service* [ECF No. 884] (the "Supplemental Certificate of Service" and, together with the Certificate of Service, the "Certificates of Service").

7.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B).  The statutory predicate for the relief requested herein is section 502(b) of the Bankruptcy Code.  Debtor consents to the entry of a final order on this matter.

## II.

## ARGUMENT

**A.      The Jeffrey L. Garon Claim**

8.      On July 21, 2023, Jeffrey L. Garon sent to Debtor's counsel an invoice dated July 17, 2023 seeking an administrative expense claim (the "Garon Claim"), and therein asserting a claim for legal services rendered through July 17, 2023 in the amount of $7,728.00.  The Garon Claim was received by counsel after the Bar Date, and was not compliant with the Bar Date Order in that the claim was not sent to the Court nor filed with the Court.

9.      As required by Local Rule 3007(a)(4), a copy of the first page of the Garon Claim is attached hereto as **Exhibit "2."**

/ / /

**B.      The Marcus Sheppard Claim**

10.      On July 21, 2023, Marcus Sheppard sent to Debtor's counsel his Administrative Claim Form (the "Sheppard Claim"), therein asserting a refund claim in the amount of $2,000.00.   The Sheppard Claim was received by counsel after the Bar Date, and was not compliant with the Bar Date Order in that the claim was not sent to the Court nor filed with the Court.

11.      As required by Local Rule 3007(a)(4), a copy of the first page of the Sheppard Claim is attached hereto as **Exhibit "3."**

**C.      The Amazon Web Services, Inc. Claim**

12.      On July 21, 2023, Amazon Web Services, Inc., filed its admin claim [ECF No. 913] (the "Amazon Claim"), therein asserting a cloud computing and storage services trade claim in the amount of $26,559.04.  The Amazon Claim was filed with the Court after the Bar Date.

13.      As required by Local Rule 3007(a)(4), a copy of the first page of the Amazon Claim is attached hereto as **Exhibit "4."**

**D.      The CPR Cell Phone Repair North Kansas City Claim**

14.      On July 21, 2023, CPR Cell Phone Repair North Kansas City sent to the Bankruptcy Court its Administrative Claim Form (the "CPR Cell Phone Repair Claim"), therein asserting a rent arrears trade claim in the amount of $2,200.  The CPR Cell Phone Repair Claim was filed with the Court after the Bar Date.

15.      As required by Local Rule 3007(a)(4), a copy of the first page of the CPR Cell Phone Repair Claim is attached hereto as **Exhibit "5."**

**E.      The Denise Hodges Claim**

16.      On July 21, 2023, Denise Hodges sent to Debtor's counsel her Administrative Claim Form (the "Hodges Claim"), therein asserting a refund claim in the amount of $13,000.00. The Hodges Claim was received by counsel after the Bar Date, and was not compliant with the Bar Date Order in that the claim was not sent to the Court nor filed with the Court.

17.      As required by Local Rule 3007(a)(4), a copy of the first page of the Hodges Claim is attached hereto as **Exhibit "6."**

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**F.    The Matt Jackson/Tech Doc's Depot Claim**

18.    On July 21, 2023, Matt Jackson on behalf of Tech Doc's Depot sent to the Bankruptcy Court his Administrative Claim Form (the "<u>Jackson Claim</u>"), therein asserting a rent arrears trade claim in the amount of $1,000.00.  The Jackson Claim was filed with the Court after the Bar Date.

19.    As required by Local Rule 3007(a)(4), a copy of the first page of the Jackson Claim is attached hereto as **Exhibit "7."**

**G.    The Catherine L. Ford-Babiero Claim**

20.    On July 28, 2023, Catherine L. Ford-Babiero sent to the Bankruptcy Court her Administrative Claim Form [POC No. 167] (the "<u>Ford-Babiero Claim</u>"), therein asserting a refund claim in the amount of $8,100.00.  The Ford-Babiero Claim was filed after the Bar Date.

21.    As required by Local Rule 3007(a)(4), a copy of the first page of the Ford-Babiero Claim is attached hereto as **Exhibit "8."**

**H.    The Federico Flores Claim**

22.    On July 25, 2023, Federico Flores sent to the Bankruptcy Court his Administrative Claim Form (the "<u>Flores Claim</u>"), therein asserting a refund claim in the amount of $1,500.00.  The Flores Claim was after the Bar Date.

23.    As required by Local Rule 3007(a)(4), a copy of the first page of the Flores Claim is attached hereto as **Exhibit "9."**

**I.    The David Behymer Claim**

24.    On July 27, 2023, David Behymer sent to the Bankruptcy Court his Administrative Claim Form (the "<u>Behymer Claim</u>"), therein asserting a refund claim in the amount of $8,500.00. The Behymer Claim was filed after the Bar Date.

25.    As required by Local Rule 3007(a)(4), a copy of the first page of the Behymer Claim is attached hereto as **Exhibit "10."**

**The Frankie Epley Claim**

26.    On July 27, 2023, Frankie Epley sent to the Bankruptcy Court his Administrative Claim Form (the "<u>Epley Claim</u>"), therein asserting a refund claim in the amount of $5,500.00.  The Epley Claim was filed after the Bar Date.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148073806.4

27.     As required by Local Rule 3007(a)(4), a copy of the first page of the Epley Claim is attached hereto as **Exhibit "11."**

**J.      The Natalie Dodge Claim**

28.     On July 27, 2023, Natalie Dodge sent to the Bankruptcy Court her Administrative Claim Form (the "Dodge Claim"), therein asserting a refund claim in the amount of $1,100.00.  The Dodge Claim was filed after the Bar Date.

29.     As required by Local Rule 3007(a)(4), a copy of the first page of the Dodge Claim is attached hereto as **Exhibit "12."**

**K.      The Varanise Booker Claim**

30.     On July 27, 2023, Varanise Booker sent to the Bankruptcy Court her Administrative Claim Form (the "Booker Claim"), therein asserting a refund claim in the amount of $13,500.00.  The Booker Claim was filed after the Bar Date.

31.     As required by Local Rule 3007(a)(4), a copy of the first page of the Booker Claim is attached hereto as **Exhibit "13."**

**L.      The Brenda Griffin Claim**

32.     On July 31, 2023, Brenda Griffin sent to the Bankruptcy Court her Administrative Claim Form (the "Griffin Claim"), therein asserting a refund claim in the amount of $9,500.00. The Griffin claim was filed after the Bar Date.

33.     As required by Local Rule 3007(a)(4), a copy of the first page of the Griffin Claim is attached hereto as **Exhibit "14."**

**M.      The Eric E. Brage Jr. Claim**

34.     On July 31, 2023, Eric E. Brage, Jr. sent to the Bankruptcy Court his Administrative Claim Form (the "Brage Claim"), therein asserting a refund claim in the amount of $1,800.00. the Brage Claim was filed after the Bar Date.

35.     As required by Local Rule 3007(a)(4), a copy of the first page of the Brage Claim is attached hereto as **Exhibit "15."**

/ / /

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148073806.4

**N.      The James D. Favors Claim**

36.      On July 31, 2023, James D. Favors sent to the Bankruptcy Court his Administrative Claim Form (the "<u>Favors Claim</u>"), therein asserting a refund claim in the amount of $15,000.00.  The Favors claim was filed after the Bar Date.

37.      As required by Local Rule 3007(a)(4), a copy of the first page of the Favors Claim is attached hereto as **Exhibit "16."**

**O.      The James Thomas Jarret Claim**

38.      On July 31, 2023, James Thomas Jarret sent to Debtor's counsel his Administrative Claim Form (the "<u>Jarret Claim</u>"), therein asserting a refund claim in the amount of $1,000.00. The Jarret Claim was filed after the Bar Date.

39.      As required by Local Rule 3007(a)(4), a copy of the first page of the Jarret Claim is attached hereto as **Exhibit "17."**

**P.      The Laura Utke-Wilhite Claim**

40.      On July 31, 2023, Laura Utke-Wilhite sent to the Bankruptcy Court her Administrative Claim Form (the "<u>Wilhite Claim</u>"), therein asserting a refund claim in the amount of $1,800.00.  The Wilhite Claim was filed after the Bar Date.

41.      As required by Local Rule 3007(a)(4), a copy of the first page of the Wilhite Claim is attached hereto as **Exhibit "18."**

**Q.      The Linda Stelling Claim**

42.      On July 31, 2023, Linda Stelling sent to the Bankruptcy Court her Administrative Claim Form (the "<u>Stelling Claim</u>"), therein asserting a refund claim in the amount of $3,000.00.  The Stelling Claim was filed after the Bar Date.

43.      As required by Local Rule 3007(a)(4), a copy of the first page of the Stelling Claim is attached hereto as **Exhibit "19."**

**R.      The Marlene Sanders Claim**

44.      On July 31, 2023, Marlene Sanders sent to the Bankruptcy Court her Administrative Claim Form  (the "<u>Sanders Claim</u>"), therein asserting a refund claim in the amount of $7,000.00.  The Sanders Claim was filed after the Bar Date.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148073806.4

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

45.     As required by Local Rule 3007(a)(4), a copy of the first page of the Sanders Claim is attached hereto as **Exhibit "20."**

**S.     The Mary L. Parnell Claim**

46.     On July 31, 2023, Mary L. Parnell sent to the Bankruptcy Court her Administrative Claim Form (the "Parnell Claim"), therein asserting a refund claim in the amount of $25,000.00.  The Parnell Claim was filed after the Bar Date.

47.     As required by Local Rule 3007(a)(4), a copy of the first page of the Parnell Claim is attached hereto as **Exhibit "21."**

**T.     The Miles D. Moore Claim**

48.     On July 31, 2023, Miles D. Moore sent to the Bankruptcy Court his Administrative Claim Form (the "Moore Claim"), therein asserting a refund claim in the amount of $15,000.00.  The Moore Claim was filed after the Bar Date.

49.     As required by Local Rule 3007(a)(4), a copy of the first page of the Moore Claim is attached hereto as **Exhibit "22."**

**U.     The Renee Caillier Claim**

50.     On July 31, 2023, Renee Caillier sent to the Bankruptcy Court her Administrative Claim Form (the "Caillier Claim"), therein asserting a refund claim in the amount of $2,000.00.  The Caillier Claim was filed after the Bar Date.

51.     As required by Local Rule 3007(a)(4), a copy of the first page of the Caillier Claim is attached hereto as **Exhibit "23."**

**V.     The Susannah Peachey Claim**

52.     On July 31, 2023, Susannah Peachey sent to the Bankruptcy Court her Administrative Claim Form (the "Peachey Claim"), therein asserting a refund claim in the amount of $300.00.  The Peachey Claim was filed after the Bar Date.

53.     As required by Local Rule 3007(a)(4), a copy of the first page of the Peachey Claim is attached hereto as **Exhibit "24."**

/ / /

/ / /

148073806.4

**W.    The Danny Cody Claim**

54.    On August 1, 2023, Danny Cody sent to Debtor's counsel his Administrative Claim Form (the "<u>Cody Claim</u>"), therein asserting a refund claim in the amount of $5,000.00.  The Cody Claim was filed after the Bar Date.

55.    As required by Local Rule 3007(a)(4), a copy of the first page of the Cody Claim is attached hereto as **Exhibit "25."**

**X.    The Maurice Michaud Claim**

56.    On August 1, 2023, Maurice Michaud sent to the Bankruptcy Court his Administrative Claim Form (the "<u>Michaud Claim</u>"), therein asserting a refund claim in the amount of $25,000.00. The Michaud Claim was filed after the Bar Date.

57.    As required by Local Rule 3007(a)(4), a copy of the first page of the Michaud Claim is attached hereto as **Exhibit "26."**

**Y.    The A Selecta's Inc. Claim**

58.    On August 2, 2023, A Selecta's Inc. sent to the Bankruptcy Court its Administrative Claim Form (the "<u>Selecta Claim</u>"), therein asserting an unpaid lease and returned check trade claim in the amount of $6,650.00.  The Selecta Claim was filed after the Bar Date.

59.    As required by Local Rule 3007(a)(4), a copy of the first page of the Selecta Claim is attached hereto as **Exhibit "27."**

**Z.    The Joel Dukart Claim**

60.    On August 2, 2023, Joel Dukart sent to the Bankruptcy Court his Administrative Claim Form (the "<u>Dukart Claim</u>"), therein asserting a refund claim in the amount of $2,000.00. The Dukart Claim was filed after the Bar Date.

61.    As required by Local Rule 3007(a)(4), a copy of the first page of the Dukart Claim is attached hereto as **Exhibit "28."**

**AA.    The Kimberly Potts Claim**

62.    On August 3, 2023, Kimberly Potts sent to Debtor's counsel her Administrative Claim Form (the "<u>Potts Claim</u>"), therein asserting a refund claim in the amount of $700.00.  The Pots Claim was not correctly sent to or filed with the Court and was done so after the Bar Date.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148073806.4

63. As required by Local Rule 3007(a)(4), a copy of the first page of the Potts Claim is attached hereto as **Exhibit "29."**

**BB.    The Barbara Lewis-Baca Claim**

64. On August 3, 2023, Barbara Lewis-Baca sent to the Bankruptcy Court her Administrative Claim Form (the "Lewis-Baca Claim"), therein asserting a refund claim in the amount of $8,300.00.  The Lewis-Baca Claim was filed after the Bar Date.

65. As required by Local Rule 3007(a)(4), a copy of the first page of the Lewis-Baca Claim is attached hereto as **Exhibit "30."**

**CC.    The Heather Cowan Claim**

66. On August 3, 2023, Heather Cowan sent to the Bankruptcy Court her Administrative Claim Form (the "Cowan Claim"), therein asserting a refund claim in the amount of $10,000.00.  The Cowan Claim was filed after the Bar Date.

67. As required by Local Rule 3007(a)(4), a copy of the first page of the Cowan Claim is attached hereto as **Exhibit "31."**

**DD.    The Jane Harding Claim**

68. On August 4, 2023, Jane Harding sent to the Bankruptcy Court her Administrative Claim Form (the "Harding Claim"), therein asserting a refund claim in the amount of $15,000.00. The Harding Claim was filed after the Bar Date.

69. As required by Local Rule 3007(a)(4), a copy of the first page of the Harding Claim is attached hereto as **Exhibit "32."**

**EE.    The Sheree Campbell Claim**

70. On August 7, 2023, Sheree Campbell sent to the Bankruptcy Court her Administrative Claim Form (the "Campbell Claim"), therein asserting a refund claim in the amount of $1,050.00. The Campbell Claim was filed after the Bar Date.

71. As required by Local Rule 3007(a)(4), a copy of the first page of the Campbell Claim is attached hereto as **Exhibit "33."**

/ / /

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148073806.4

**FF.    The Zackary Clark Claim**

72.    On August 7, 2023, Zackary Clark sent to the Bankruptcy Court his Administrative Claim Form (the "Z Clark Claim"), therein asserting a refund claim in the amount of $5,800.00.  The Z Clark Claim was filed after the Bar Date.

73.    As required by Local Rule 3007(a)(4), a copy of the first page of the Z Clark Claim is attached hereto as **Exhibit "34."**

**GG.    The Good 2 Go Stores LLC Claim**

74.    On August 10, 2023, Good 2 Go Stores LLC filed its administrative claim [ECF No. 1067] (the "Good 2 Go Claim"), therein asserting an unpaid lease trade claim in the amount of $27,207.00.  The Good 2 Go Claim was filed after the Bar Date.

75.    As required by Local Rule 3007(a)(4), a copy of the first page of the Good 2 Go Claim is attached hereto as **Exhibit "35."**

**HH.    The Floyd Ricky Hankins Claim**

76.    On August 7, 2023, Floyd Ricky Hankins sent to Debtor's counsel his Administrative Claim Form (the "Hankins Claim"), therein asserting a refund claim in the amount of $9,200.00.  The Hankins Claim was not properly sent to or filed with the Court and was sent to Debtor's counsel after the Bar Date.

77.    As required by Local Rule 3007(a)(4), a copy of the first page of the Hankins Claim is attached hereto as **Exhibit "36."**

**II.    The Jacob Brawley/Ship W Shore Laundry LLC Claim**

78.    On August 10, 2023, Jacob Brawley/Ship W Shore Laundry LLC sent to the Bankruptcy Court his Administrative Claim Form (the "Brawley Claim"), therein asserting an unpaid rent trade claim in the amount of $1,200.00.  The Brawley Claim was filed after the Bar Date.

79.    As required by Local Rule 3007(a)(4), a copy of the first page of the Brawley Claim is attached hereto as **Exhibit "37."**

**JJ.    The 5 King Wine & Liquors Claim**

80.    On August 14, 2023, 5 King Wine & Liquors sent to Debtor's counsel its Administrative Claim Form (the "5 King Claim"), therein asserting an undefined claim in the amount

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148073806.4

of $1,250.00. The 5 King Claim was not properly sent to or filed with the Court and was sent to Debtor's counsel after the Bar Date.

81.     As required by Local Rule 3007(a)(4), a copy of the first page of the 5 King Claim is attached hereto as **Exhibit "38."**

**KK.     The E. Allan Pace Claim**

82.     On August 15, 2023, E. Allan Pace sent to Debtor's counsel his Administrative Claim Form (the "Pace Claim"), therein asserting a refund claim in the amount of $19,000.00. The Pace Claim was not properly sent to or filed with the Court and was sent to Debtor's counsel after the Bar Date.

83.     As required by Local Rule 3007(a)(4), a copy of the first page of the Pace Claim is attached hereto as **Exhibit "39."**

**LL.     Sharol Rich Claim**

84.     On August 15, 2023, Sharol Rich sent to Debtor's counsel her Administrative Claim Form (the "Rich Claim"), therein asserting a refund claim in the amount of $2,000.00. The Rich Claim was not properly sent to or filed with the Court and was sent to Debtor's counsel after the Bar Date.

85.     As required by Local Rule 3007(a)(4), a copy of the first page of the Rich Claim is attached hereto as **Exhibit "40."**

**MM.     King Wine & Liquor Claim**

86.     On August 19, 2023, King Wine & Liquor sent to Debtor's counsel its Administrative Claim Form (the "King Wine Claim"), therein asserting an undefined claim in the amount of $2,700.00. The King Wine Claim was not properly sent to or filed with the Court and was sent to Debtor's counsel after the Bar Date.

87.     As required by Local Rule 3007(a)(4), a copy of the first page of the King Wine Claim is attached hereto as **Exhibit "41."**

**NN.     King Wine & Liquor #2 Claim**

88.     On August 19, 2023, King Wine & Liquor #2 sent to Debtor's counsel its Administrative Claim Form (the "King Wine #2 Claim"), therein asserting an undefined claim in the

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148073806.4

amount of $2,717.00.  The King Wine #2 Claim was not properly sent to or filed with the Court and was sent to Debtor's counsel after the Bar Date.

89.    As required by Local Rule 3007(a)(4), a copy of the first page of the King Wine #2 Claim is attached hereto as **Exhibit "42."**

**OO.    King Wine & Liquor #3 Claim**

90.    On August 19, 2023, King Wine & Liquor #3 sent to Debtor's counsel its Administrative Claim Form (the "King Wine #3 Claim") therein asserting an undefined claim in the amount of $2,223.00. The King Wine #3 Claim was not properly sent to or filed with the Court and was sent to Debtor's counsel after the Bar Date.

91.    As required by Local Rule 3007(a)(4), a copy of the first page of the King Wine #3 Claim is attached hereto as **Exhibit "43."**

**PP.    IV King Wine & Liquors Claim**

92.    On August 19, 2023, IV King Wine & Liquors sent to Debtor's counsel its Administrative Claim Form (the "IV King Wine Claim"), therein asserting an undefined claim in the amount of $2,470.00.  The IV King Wine Claim was not properly sent to or filed with the Court and was sent to Debtor's counsel after the Bar Date.

93.    As required by Local Rule 3007(a)(4), a copy of the first page of the IV King Wine Claim is attached hereto as **Exhibit "44."**

**QQ.    Pat McDonald Claim**

94.    On August 23, 2023, Pat McDonald sent to the Bankruptcy Court his Administrative Claim Form (the "McDonald Claim"), therein asserting a refund claim in the amount of $2,000.00. The McDonald Claim was filed with the Court after the Bar Date.

95.    As required by Local Rule 3007(a)(4), a copy of the first page of the McDonald Claim is attached hereto as **Exhibit "45."**

**RR.    Brance Westbrooks Claim**

96.    On August 28, 2023, Brance Westbrooks sent to the Bankruptcy Court his Administrative Claim Form (the "Westbrooks Claim") therein asserting a refund claim in the amount of $3,200.00.  The Westbrooks Claim was filed with the Court after the Bar Date.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

97.    As required by Local Rule 3007(a)(4), a copy of the first page of the Westbrooks Claim is attached hereto as **Exhibit "46."**

**SS.    Jacqueline Jo Fitch Claim**

98.    On August 24, 2023, Jacqueline Jo Fitch sent to the Bankruptcy Court her Proof of Claim Form (the "Fitch Claim") therein asserting a refund claim in the amount of $6,335.00.  The Fitch Claim was filed with the Court after the Bar Date.

99.    As required by Local Rule 3007(a)(4), a copy of the first page of the Fitch Claim is attached hereto as **Exhibit "47."**

**TT.    Edita Pearil Claim**

100.    On August 23, 2023, Edita Pearil sent to the Bankruptcy Court her Administrative Claim Form (the "Pearil Claim") therein asserting a refund claim in the amount of $6,000.00.  The Pearil Claim was filed with the Court after the Bar Date.

101.    As required by Local Rule 3007(a)(4), a copy of the first page of the Pearil Claim is attached hereto as **Exhibit "48**

**UU.    Debbie Defenbaugh Claim**

102.    On August 24, 2023, Debbie Defenbaugh sent to the Bankruptcy Court her Administrative Claim Form (the "Defenbaugh Claim") therein asserting a refund claim in the amount of $5,000.00.  The Defenbaugh Claim was filed with the Court after the Bar Date.

103.    As required by Local Rule 3007(a)(4), a copy of the first page of the Defenbaugh Claim is attached hereto as **Exhibit "49."**

**VV.    Frank D. Mathis Claim**

104.    On August 21, 2023, Frank D. Mathis sent to the Bankruptcy Court his Administrative Claim Form (the "Mathis Claim") therein asserting a refund claim in the amount of $4,000.00.  The Mathis Claim was filed with the Court after the Bar Date.

105.    As required by Local Rule 3007(a)(4), a copy of the first page of the Mathis Claim is attached hereto as **Exhibit "50."**

/ / /

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148073806.4

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**WW.  Judy A. Nelson Claim**

106.    On August 16, 2023, Judy A. Nelson sent to the Bankruptcy Court her Administrative Claim Form (the "<u>Nelson Claim</u>") therein asserting a refund claim in the amount of $15,000.00.  The Nelson Claim was filed with the Court after the Bar Date.

107.    As required by Local Rule 3007(a)(4), a copy of the first page of the Nelson Claim is attached hereto as **Exhibit "51."**

**XX.    Melvene McCoy Claim**

108.    On August 21, 2023, Melvene McCoy sent to the Bankruptcy Court her Administrative Claim Form (the "<u>McCoy Claim</u>") therein asserting a refund claim in the amount of $5,000.00.  The McCoy Claim was filed with the Court after the Bar Date.

109.    As required by Local Rule 3007(a)(4), a copy of the first page of the McCoy Claim is attached hereto as **Exhibit "52."**

**YY.    Valerie Douglas Claim**

110.    On August 22, 2023, Valerie Douglas sent to the Bankruptcy Court her Administrative Claim Form (the "<u>Douglas Claim</u>") therein asserting a refund claim in the amount of $10,700.00.  The Douglas Claim was filed with the Court after the Bar Date.

111.    As required by Local Rule 3007(a)(4), a copy of the first page of the Douglas Claim is attached hereto as **Exhibit "53."**

112.    Collectively, all above defined claims are referred to herein as "<u>Late Filed Claims</u>." Debtor objects to the Late Filed Claims because they were filed after the Bar Date, and in many cases, were not sent to or filed with the Bankruptcy Court as required by the Bar Date Order.  <u>See</u> Ayala Declaration, ¶ 3.

### III.

### LEGAL ARGUMENT

**A.    The Late Filed Claims Must Be Disallowed.**

Section 502(b)(9) of the Bankruptcy Code provides, in relevant part, that a claim shall not be allowed to the extent that "proof of such claim is not timely filed."  11 U.S.C. § 502(b)(9).

Debtor has determined that each of the Late Filed Claims set forth on **Exhibit 1** was filed after

148073806.4

the Bar Date and, in many instances, such Late Filed Claims were also sent to Debtor's counsel rather than properly sent to or filed with the Bankruptcy Court. Debtor has also determined that each holder of a Late Filed Claim had proper notice of the Bar Date. The names of the holders of each of the Late Filed Claims were compared to the list of parties who received the Bar Date Notice as indicated on the Certificates of Service. All parties were each listed on the Certificates of Service as set forth in more detail on **Exhibit 1**, at their last known address or email address on file with Debtors. *See* Ayala Declaration, ¶ 4. As such, Debtor submits that all claimants whose claims are subject to this Objection were properly put on notice of the applicable Bar Date.

None of the parties who filed the Late Filed Claims have either filed a motion under Rule 3002(c)(6) contending that the notice of the Bar Date they received was insufficient, or filed a motion under Rule 9006(c)(1) contending that their failure to time file such Late Filed Claims was a result of excusable neglect. *See* Ayala Declaration, ¶ 5.

Accordingly, pursuant to section 502(b)(9) of the Bankruptcy Code, each Late Filed Claim should be disallowed in its entirety.

## IV.

## RESERVATION OF RIGHTS

Debtor hereby reserves its right to object in the future to any of the Late Filed Claims listed on **Exhibit 1** hereto on any ground, and to amend, modify, and/or supplement this Objection, including, without limitation, to object to amended or newly filed claims. Separate notice and hearing will be scheduled for any such additional objections.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148073806.4

## V.

## CONCLUSION

For the reasons set forth herein, Debtor respectfully requests that the Court enter an Order substantially in the form of **Exhibit A** hereto: (i) sustaining the Objection; (ii) disallowing, in their entirety, each of the Late Filed Claims set forth on **Exhibit 1** hereto; and (iii) granting such other and further relief as the Court deems just and proper.

Dated this 20th day of September, 2023.

**FOX ROTHSCHILD LLP**

By: */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148073806.4

**EXHIBIT A**

**(Proposed Order)**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com

*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-S-23-10423-MKN |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER GRANTING DEBTOR'S OMNIBUS OBJECTION TO LATE FILED AND NON-COMPLIANT ADMINISTRATIVE EXPENSE CLAIMS**<br><br>Hearing Date:  October 19, 2023<br>Hearing Time:  10:30 a.m. |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

The Court having reviewed and considered Debtor's objection [ECF _____] (the "Objection")[1] for an order: (i) sustaining the Objection; (ii) disallowing the Late Filed Claims set forth on **Exhibit 1** hereto in their entirety; and (iii) granting such other and further relief as the Court may deem just and proper; and upon consideration of the Ayala Declaration and arguments of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having stated its findings of fact and conclusions of law on the record at the hearing on the Objection, which findings of fact and conclusions of law are incorporated herein by this referenced in accordance with Fed. R. Bankr. P. 7052; and for good cause appearing therefor,

      **IT IS HEREBY ORDERED** that the Objection is SUSTAINED;

      **IT IS FURTHER ORDERED** that each of the Late Filed Claims set forth on **Exhibit 1** attached hereto is disallowed in its entirety; and

      **IT IS FURTHER ORDERED** that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: _____
      BRETT A. AXELROD, ESQ.
      NICHOLAS A. KOFFROTH, ESQ.
      1980 Festival Plaza Drive, Suite 700
      Las Vegas, Nevada 89135

*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Objection.

148073806.4

1

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

2

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

3

☐   The Court has waived the requirement of approval in LR 9021(b)(1).

4

☐   No party appeared at the hearing or filed an objection to the motion.

5

☐   I have delivered a copy of this proposed order to all counsel who appeared at the

6       hearing, any unrepresented parties who appeared at the hearing, and each has
        approved or disapproved the order, or failed to respond, as indicated below:

7

8

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this
        order with the motion pursuant to LR 9014(g), and that no party has objected to the

9       form or content of the order.

10                                          # # #

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**EXHIBIT 1 (TO ORDER)**
**(Late Filed Claims Summary)**

| Claimant | ECF No. | Exhibit No. | Date Filed/ Received | Amount | COS (ECF No.) | | | Filed with USBC? |
|---|---|---|---|---|---|---|---|---|
| Jeffrey L. Garon | N/A | 2 | 07/21/2023 | $ 7,728.00 | 841 | p. | 46 | No |
| Marcus Sheppard | | 3 | 07/21/2023 | $ 2,000.00 | 884 | p. | 15 | No |
| Amazon Web Services, Inc. | 913 | 4 | 07/21/2023 | $ 26,559.04 | 841 | pp. | 10, 13, 99 | Yes |
| CPR Cell Phone Repair North Kansas City | N/A | 5 | 07/21/2023 | $ 2,200.00 | 841 | p. | 26 | Yes |
| Denise Hodges | N/A | 6 | 07/21/2023 | $ 13,000.00 | 884 | p. | 13 | No |
| Matt Jackson/Tech Doc's Depot | N/A | 7 | 07/21/2023 | $ 1,000.00 | 841 | p. | 83 | Yes |
| Catherine L. Ford-Babiero | POC 167 | 8 | 07/28/2023 | $ 8,100.00 | 884 | p. | 6 | Yes |
| Federico Flores[1] | N/A | 9 | 07/25/2023 | $ 1,500.00 | 884 | p. | 7 | Yes |
| David Behymer | N/A | 10 | 07/27/2023 | $ 8,500.00 | 884 | p. | 13 | Yes |
| Frankie Epley | N/A | 11 | 07/27/2023 | $ 5,500.00 | 884 | p. | 13 | Yes |
| Natalie Dodge | N/A | 12 | 07/27/2023 | $ 1,100.00 | 884 | p. | 15 | Yes |
| Varanise Booker | N/A | 13 | 07/27/2023 | $ 13,500.00 | 884 | p. | 16 | Yes |
| Brenda Griffin | N/A | 14 | 07/31/2023 | $ 9,500.00 | 884 | p. | 6 | Yes |
| Eric E. Brage, Jr. | N/A | 15 | 07/31/2023 | $ 1,800.00 | 884 | p. | 13 | Yes |
| James D. Favors | N/A | 16 | 07/31/2023 | $ 15,000.00 | 884 | p. | 14 | Yes |
| James Thomas Jarret | N/A | 17 | 07/31/2023 | $ 1,000.00 | 884 | p. | 14 | Yes |
| Laura Utke-Wilhite | N/A | 18 | 07/31/2023 | $ 1,800.00 | 884 | p. | 14 | No |
| Linda Stelling | N/A | 19 | 07/31/2023 | $ 3,000.00 | 884 | p. | 15 | Yes |
| Marlene Sanders | N/A | 20 | 07/31/2023 | $ 7,000.00 | 884 | p. | 15 | Yes |
| Mary L. Parnell | N/A | 21 | 07/31/2023 | $ 25,000.00 | 884 | p. | 15 | Yes |
| Miles D. Moore | N/A | 22 | 07/31/2023 | $ 15,000.00 | 884 | p. | 15 | Yes |
| Renee Caillier | N/A | 23 | 07/31/2023 | $ 2,000.00 | 884 | p. | 15 | Yes |
| Susannah Peachey[2] | N/A | 24 | 07/31/2023 | $ 300.00 | 884 | p. | 11 | Yes |
| Danny Cody | N/A | 25 | 08/01/2023 | $ 5,000.00 | 884 | p. | 13 | No |
| Maurice Michaud | N/A | 26 | 08/01/2023 | $ 25,000.00 | 884 | p. | 15 | Yes |
| A Selecta's Inc. | N/A | 27 | 08/02/2023 | $ 6,650.00 | 841 | p. | 7 | Yes |

[1] Federico Flores was listed as Coin Cloud Customer with a mailing address of 1115 NW Elm Ave, Lawton, OK 73507.
[2] Susannah Peachy was listed as Coin Cloud Customer with a mailing address of 4724 Landrum Rd, Columbus, NC 28722.

148073806.4

| Joel Dukart[3] | N/A | 28 | 08/02/2023 | $ | 2,000.00 | 884 | p. | 14 | Yes |
|---|---|---|---|---|---|---|---|---|---|
| Kimberly Potts | N/A | 29 | 08/03/2023 | $ | 700.00 | 884 | p. | 14 | No |
| Barbara Lewis-Baca | N/A | 30 | 08/03/2023 | $ | 8,300.00 | 884 | p. | 6 | Yes |
| Heather Cowan | N/A | 31 | 08/03/2023 | $ | 10,000.00 | 884 | p. | 13 | Yes |
| Jane Harding | N/A | 32 | 08/04/2023 | $ | 15,000.00 | 884 | p. | 14 | Yes |
| Sheree Campbell[4] | N/A | 33 | 08/07/2023 | $ | 1,050.00 | 884 | p. | 9 | Yes |
| Zackary Clark[5] | N/A | 34 | 08/07/2023 | $ | 5,800.00 | 884 | p. | 11 | Yes |
| Good 2 Go Stores LLC | 1067 | 35 | 08/10/2023 | $ | 27,207.00 | 841 | p. | 38 | Yes |
| Floyd Ricky Hankins[6] | N/A | 36 | 08/07/2023 | $ | 9,200.00 | 884 | p. | 12 | No |
| Jacob Brawley/Ship N' Shore Laundry LLC | N/A | 37 | 08/10/2023 | $ | 1,200.00 | 841 | p. | 75 | Yes |
| 5 King Wine & Liquors | N/A | 38 | 08/14/2023 | $ | 1,250.00 | 841 | p. | 6 | Yes |
| E. Allan Pace | N/A | 39 | 08/15/2023 | $ | 19,000.00 | 884 | p. | 13 | No |
| Sharol Rich | N/A | 40 | 08/15/2023 | $ | 2,000.00 | 884 | p. | 15 | No |
| King Wine & Liquor | N/A | 41 | 08/19/2023 | $ | 2,700.00 | 841 | p. | 48 | No |
| King Wine & Liquor #2 | N/A | 42 | 08/19/2023 | $ | 2,717.00 | 841 | p. | 48 | No |
| King Wine & Liquor #3 | N/A | 43 | 08/19/2023 | $ | 2,223.00 | 841 | p. | 48 | No |
| IV King Wine & Liquors | N/A | 44 | 08/19/2023 | $ | 2,470.00 | 841 | p. | 44 | Yes |
| Pat McDonald[7] | POC 207 | 45 | 08/23/2023 | $ | 2,000.00 | 884 | p. | 12 | Yes |
| Brance Westbrooks | POC 208 | 46 | 08/28/2023 | $ | 3,200.00 | 884 | p. | 6 | Yes |
| Jacqueline Jo Fitch[8] | POC 209 | 47 | 08/24/2023 | $ | 6,335.00 | 884 | p. | 14 | Yes |

---

[3] Notice was provided to Jahlere Collins, an employee of Joel Dukart with a mailing address of 2525 Concord Pike, Wilmington, DE 19803.

[4] Sheree Campbell was listed as Coin Cloud Customer with a mailing address of 1913 W. Cool Water Way, Queen Creek, AZ 85142.

[5] Zackary Clark was listed as Coin Cloud Customer with a mailing address of 415 Graff Ct, Grand Blanc, MI 48439.

[6] Floyd Ricky Hankins was listed as Coin Cloud Customer with a mailing address of 5903 Honeysuckle Ave, Bakersfield, CA 93313.

[7] Pat McDonald was listed as Coin Cloud Customer with a mailing address of 836 Fleetwood Place Dr, Houston, TX 77079.

[8] Jacqueline Jo Fitch was listed as Coin Cloud Customer with a mailing address of 22413 NE 227th Ave, Battle Ground, WA 98604.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148073806.4

| Edita Pearil[9] | N/A | 48 | 08/23/2023 | $ 6,000.00 | 884 | p. | 8 | No |
| Deborah Defenbaugh | N/A | 49 | 08/15/2023 | $ 5,000.00 | 884 | p. | 13 | Yes |
| Frank D. Mathis | N/A | 50 | 08/21/2023 | $ 4,000.00 | 884 | p. | 13 | Yes |
| Judy A. Nelson | N/A | 51 | 08/16/2023 | $ 15,000.00 | 884 | p. | 14 | Yes |
| Melverne McCoy | N/A | 52 | 08/21/2023 | $ 5,000.00 | 884 | p. | 15 | Yes |
| Valerie Douglas | N/A | 53 | 08/22/2023 | $ 10,700.00 | 884 | p. | 16 | Yes |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

[9] Edita Pearil was listed as Coin Cloud Customer with a mailing address of 13115 Cameron Crest Ln, Sugar Land, TX 77498.

148073806.4

3

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

# EXHIBIT 1
## (Late Filed Claims Summary)

| Claimant | ECF No. | Exhibit No. | Date Filed/ Received | Amount | COS (ECF No.) | | | Filed with USBC? |
|---|---|---|---|---|---|---|---|---|
| Jeffrey L. Garon | N/A | 2 | 07/21/2023 | $ 7,728.00 | 841 | p. | 46 | No |
| Marcus Sheppard | | 3 | 07/21/2023 | $ 2,000.00 | 884 | p. | 15 | No |
| Amazon Web Services, Inc. | 913 | 4 | 07/21/2023 | $ 26,559.04 | 841 | pp. | 10, 13, 99 | Yes |
| CPR Cell Phone Repair North Kansas City | N/A | 5 | 07/21/2023 | $ 2,200.00 | 841 | p. | 26 | Yes |
| Denise Hodges | N/A | 6 | 07/21/2023 | $ 13,000.00 | 884 | p. | 13 | No |
| Matt Jackson/Tech Doc's Depot | N/A | 7 | 07/21/2023 | $ 1,000.00 | 841 | p. | 83 | Yes |
| Catherine L. Ford-Babiero | POC 167 | 8 | 07/28/2023 | $ 8,100.00 | 884 | p. | 6 | Yes |
| Federico Flores[1] | N/A | 9 | 07/25/2023 | $ 1,500.00 | 884 | p. | 7 | Yes |
| David Behymer | N/A | 10 | 07/27/2023 | $ 8,500.00 | 884 | p. | 13 | Yes |
| Frankie Epley | N/A | 11 | 07/27/2023 | $ 5,500.00 | 884 | p. | 13 | Yes |
| Natalie Dodge | N/A | 12 | 07/27/2023 | $ 1,100.00 | 884 | p. | 15 | Yes |
| Varanise Booker | N/A | 13 | 07/27/2023 | $ 13,500.00 | 884 | p. | 16 | Yes |
| Brenda Griffin | N/A | 14 | 07/31/2023 | $ 9,500.00 | 884 | p. | 6 | Yes |
| Eric E. Brage, Jr. | N/A | 15 | 07/31/2023 | $ 1,800.00 | 884 | p. | 13 | Yes |
| James D. Favors | N/A | 16 | 07/31/2023 | $ 15,000.00 | 884 | p. | 14 | Yes |
| James Thomas Jarret | N/A | 17 | 07/31/2023 | $ 1,000.00 | 884 | p. | 14 | Yes |
| Laura Utke-Wilhite | N/A | 18 | 07/31/2023 | $ 1,800.00 | 884 | p. | 14 | No |
| Linda Stelling | N/A | 19 | 07/31/2023 | $ 3,000.00 | 884 | p. | 15 | Yes |
| Marlene Sanders | N/A | 20 | 07/31/2023 | $ 7,000.00 | 884 | p. | 15 | Yes |
| Mary L. Parnell | N/A | 21 | 07/31/2023 | $ 25,000.00 | 884 | p. | 15 | Yes |
| Miles D. Moore | N/A | 22 | 07/31/2023 | $ 15,000.00 | 884 | p. | 15 | Yes |
| Renee Caillier | N/A | 23 | 07/31/2023 | $ 2,000.00 | 884 | p. | 15 | Yes |
| Susannah Peachey[2] | N/A | 24 | 07/31/2023 | $ 300.00 | 884 | p. | 11 | Yes |
| Danny Cody | N/A | 25 | 08/01/2023 | $ 5,000.00 | 884 | p. | 13 | No |
| Maurice Michaud | N/A | 26 | 08/01/2023 | $ 25,000.00 | 884 | p. | 15 | Yes |
| A Selecta's Inc. | N/A | 27 | 08/02/2023 | $ 6,650.00 | 841 | p. | 7 | Yes |

[1] Federico Flores was listed as Coin Cloud Customer with a mailing address of 1115 NW Elm Ave, Lawton, OK 73507.
[2] Susannah Peachy was listed as Coin Cloud Customer with a mailing address of 4724 Landrum Rd, Columbus, NC 28722.

148073806.4

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

| Joel Dukart[3] | N/A | 28 | 08/02/2023 | $ 2,000.00 | 884 | p. | 14 | Yes |
|---|---|---|---|---|---|---|---|---|
| Kimberly Potts | N/A | 29 | 08/03/2023 | $ 700.00 | 884 | p. | 14 | No |
| Barbara Lewis-Baca | N/A | 30 | 08/03/2023 | $ 8,300.00 | 884 | p. | 6 | Yes |
| Heather Cowan | N/A | 31 | 08/03/2023 | $ 10,000.00 | 884 | p. | 13 | Yes |
| Jane Harding | N/A | 32 | 08/04/2023 | $ 15,000.00 | 884 | p. | 14 | Yes |
| Sheree Campbell[4] | N/A | 33 | 08/07/2023 | $ 1,050.00 | 884 | p. | 9 | Yes |
| Zackary Clark[5] | N/A | 34 | 08/07/2023 | $ 5,800.00 | 884 | p. | 11 | Yes |
| Good 2 Go Stores LLC | 1067 | 35 | 08/10/2023 | $ 27,207.00 | 841 | p. | 38 | Yes |
| Floyd Ricky Hankins[6] | N/A | 36 | 08/07/2023 | $ 9,200.00 | 884 | p. | 12 | No |
| Jacob Brawley/Ship N' Shore Laundry LLC | N/A | 37 | 08/10/2023 | $ 1,200.00 | 841 | p. | 75 | Yes |
| 5 King Wine & Liquors | N/A | 38 | 08/14/2023 | $ 1,250.00 | 841 | p. | 6 | Yes |
| E. Allan Pace | N/A | 39 | 08/15/2023 | $ 19,000.00 | 884 | p. | 13 | No |
| Sharol Rich | N/A | 40 | 08/15/2023 | $ 2,000.00 | 884 | p. | 15 | No |
| King Wine & Liquor | N/A | 41 | 08/19/2023 | $ 2,700.00 | 841 | p. | 48 | No |
| King Wine & Liquor #2 | N/A | 42 | 08/19/2023 | $ 2,717.00 | 841 | p. | 48 | No |
| King Wine & Liquor #3 | N/A | 43 | 08/19/2023 | $ 2,223.00 | 841 | p. | 48 | No |
| IV King Wine & Liquors | N/A | 44 | 08/19/2023 | $ 2,470.00 | 841 | p. | 44 | Yes |
| Pat McDonald[7] | POC 207 | 45 | 08/23/2023 | $ 2,000.00 | 884 | p. | 12 | Yes |
| Brance Westbrooks | POC 208 | 46 | 08/28/2023 | $ 3,200.00 | 884 | p. | 6 | Yes |
| Jacqueline Jo Fitch[8] | POC 209 | 47 | 08/24/2023 | $ 6,335.00 | 884 | p. | 14 | Yes |

[3] Notice was provided to Jahlere Collins, an employee of Joel Dukart with a mailing address of 2525 Concord Pike, Wilmington, DE 19803.

[4] Sheree Campbell was listed as Coin Cloud Customer with a mailing address of 1913 W. Cool Water Way, Queen Creek, AZ 85142.

[5] Zackary Clark was listed as Coin Cloud Customer with a mailing address of 415 Graff Ct, Grand Blanc, MI 48439.

[6] Floyd Ricky Hankins was listed as Coin Cloud Customer with a mailing address of 5903 Honeysuckle Ave, Bakerfield, CA 93313.

[7] Pat McDonald was listed as Coin Cloud Customer with a mailing address of 836 Fleetwood Place Dr, Houston, TX 77079.

[8] Jacqueline Jo Fitch was listed as Coin Cloud Customer with a mailing address of 22413 NE 227th Ave, Battle Ground, WA 98604.

148073806.4

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Edita Pearil[9] | N/A | 48 | 08/23/2023 | $ 6,000.00 | 884 | p. | 8 | No |
| Deborah Defenbaugh | N/A | 49 | 08/15/2023 | $ 5,000.00 | 884 | p. | 13 | Yes |
| Frank D. Mathis | N/A | 50 | 08/21/2023 | $ 4,000.00 | 884 | p. | 13 | Yes |
| Judy A. Nelson | N/A | 51 | 08/16/2023 | $ 15,000.00 | 884 | p. | 14 | Yes |
| Melverne McCoy | N/A | 52 | 08/21/2023 | $ 5,000.00 | 884 | p. | 15 | Yes |
| Valerie Douglas | N/A | 53 | 08/22/2023 | $ 10,700.00 | 884 | p. | 16 | Yes |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

---

[9] Edita Pearil was listed as Coin Cloud Customer with a mailing address of 13115 Cameron Crest Ln, Sugar Land, TX 77498.

148073806.4

# EXHIBIT 2

# BLANKROME

ONE LOGAN SQUARE
PHILADELPHIA, PA  19103-6998
(215)569-5500 FAX: (215) 569-5555
FEDERAL TAX I.D. NO. 23-1311874

JEFFREY L. GARON
2685 GRASSY SPRING PLACE
LAS VEGAS, NV 89135

| | |
|---|---|
| INVOICE DATE: | JULY 17, 2023 |
| CLIENT ID: | 168153 |
| MATTER NO. | 168153-01000 00195 |
| INVOICE NO. | 2128698 |

**REGARDING:**    **GARON, JEFFREY L.**
**ADVICE REGARDING CASH CLOUD, INC. D/B/A COIN CLOUD**

FOR LEGAL SERVICES RENDERED THROUGH 07/17/23              $          7,728.00

**CURRENT INVOICE TOTAL**                                           $          7,728.00

| ACH / WIRE | | MAIL |
|---|---|---|
| BANK NAME: | Citizens Bank | Blank Rome LLP |
| ADDRESS: | Philadelphia, PA | Attn: Finance Department |
| ACCOUNT TITLE: | Blank Rome LLP | One Logan Square |
| ACCOUNT NUMBER: | 6238669326 | 130 North 18th Street |
| ABA NUMBER: | 036076150 (Domestic) | Philadelphia, PA 19103-6998 |
| SWIFT CODE: | CTZIUS33 (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   SHANGHAI

# EXHIBIT 2

# EXHIBIT 3

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM

In re: Cash Cloud, Inc. | Case No. 23-10423-mkn

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Name of Creditor and Address: the person or other entity to whom the debtor owes money or property

### Marcus Sheppard

Creditor Telephone Number (   ) 98.455.4448

Name and address where notices should be sent (if different from above):

Creditor Telephone Number (   ) 98.455.4448

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor | Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated:

**1. Basis for Claim:** On April 4th at around 1:48 p.m. I had an issue at a comcloud atm. I requested a refund for $2,000 and I was approved to receive it in 6 to 8 weeks. The refund has not been sent due to cupricloud's mismanagement and cooperation.

**2. Date debt was incurred:** April 4th, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):** I have not yet received my $2,000 refund that I deposited at a comcloud atm. I have consistently speaking with comcloud's agents and video on the day of the transaction.

**4. Total Amount of Administrative Claim:** $ $2,000

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below so that it is received by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023. | THIS SPACE IS FOR COURT USE ONLY

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

**DATE** July 21, 2023 | **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Marcus Sheppard*

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146882928.1

# EXHIBIT 3

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** |
|---|---|---|

|  | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | *This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.* |

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Amazon Web Services, Inc.
c/o K&L Gates LLP
Attn:  Brian Peterson
925 Fourth Avenue, Suite 2900
Seattle, WA  98104

☐ Check box if  you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number (     )

Name and address where notices should be sent (if different from above):

Creditor Telephone Number (     )

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated

**1. Basis for Claim:**
Cloud computing and storage services.  See attached addendum.

**2.** Date debt was incurred:  February 7, 2023 - February 28, 2023

**3.** Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):
See attached addendum.

**4. Total Amount of Administrative Claim:** $  26,559.04

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim.  Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien.  DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.  If the documents are not available, explain.  If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd  South, Las Vegas, NV  89101

THIS SPACE IS FOR COURT USE ONLY

| DATE | SIGNATURE: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 7/20/2023 | |

Penalty for presenting fraudulent claim is a fine of up to *$500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 4

# EXHIBIT 5

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

**In re: Cash Cloud, Inc.**

**Case No. 23-10423-mkn**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

**RECEIVED AND FILED**

JUL 21 2023

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

THIS SPACE IS FOR COURT USE ONLY

DLS

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property:

CPR Cellphone Repair
North Kansas City
7701 N.W. Prairie View RD
Kansas City MO. 64151

Creditor Telephone Number 816 ) 200 9287

Name and address where notices should be sent (if different from above):

STRETTO

JUL 28 2023

RECEIVED

Creditor Telephone Number (   )

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated:

**1. Basis for Claim:** We have not been paid for the space rented since September 2022.

**2. Date debt was incurred:** September 2022

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):** The rent of $200.00 a month for the past 11 months was not received

**4. Total Amoun ofAdministrative Claim: $** 2200.00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

**DATE** 7-18-2023

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 5

# EXHIBIT 6

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|

**In re: Cash Cloud, Inc.** — **Case No. 23-10423-mkn**

Denise Hodges
812 Hart Street
Gallatin, TN 37066

*Name of Creditor and Address: the person or other entity to whom the debtor owes money or property*

□ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

□ Check box if the address differs from the address on the envelope sent to you by the court.

**ADMINISTRATIVE CLAIM FORM**

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

**Creditor Telephone Number:** 615-775-5467

*Name and address where notices should be sent (if different from above):*

Same As Above

*Creditor Telephone Number ( )*

*Account or other number by which creditor identifies debtor:*

Check here if this claim: □ replaces □ amends a previously filed claim, dated

**THIS SPACE IS FOR COURT USE ONLY**

STRETTO
JUL 21 2023
RECEIVED

**1. Basis for Claim:** I was scammed by a phone call at 2 Coin Cloud machines located at 419 W. Main, Gallatin, TN and 1049 Long Hollow Pike Gallatin, TN 37066 *6500 at each location

**2. Date debt was incurred:** 4-11-2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):** See Attached Proof of Claim I filed by phone with Coin Cloud support. I am no longer getting replies to my repeated email follow up Police Report 23-01709- Gallatin Police Dept.

**4. Total Amount of Administrative Claim: $** 13,000.00 *

□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien.* DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 28, 2023 through the Court's CM/ECF System or mailed to the address below so that it is received by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 28, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

**THIS SPACE IS FOR COURT USE ONLY**

**DATE** 7-18-2023

**SIGNATURE:** *The person filing this claim must sign. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.* Denise Hodges

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146892928.1

# EXHIBIT 6

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|
| **In re: Cash Cloud, Inc.** | **Case No. 23-10423-mkn** | **PLEASE NOTE:** |

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Matt Jackson - Tech Doc's Depot
209 N Central Ave
Paris, IL 61944

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

RECEIVED AND FILED

JUL 21 2023    DLS

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK
THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number ( 217) 921-8308

Name and address where notices should be sent (if different from above):

STRETTO

JUL 28 2023

RECEIVED

Creditor Telephone Number ( 217) 921-8308

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated:

**1. Basis for Claim:**

Rental Space - Two Locations

**2. Date debt was incurred:** Jan 2023 - Progressed after Feb 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

Two locations - Received partial payment, Cash Cloud pays $300 per location.
They have a debt with me of $1000.00

**4. Total Amount of Administrative Claim: $** 1000.00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

**DATE**
07/17/23

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Matthew Jackson

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

**EXHIBIT 7**

# EXHIBIT 8

Document received 7-21-2023

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|

In re: Cash Cloud, Inc.

Case No. 23-10423-mkn

**PLEASE NOTE:**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case, prior to 7/21/23

☐ Check box if the address differs from the address on the envelope sent to you by the court.

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

**RECEIVED AND FILED**

**JUL 28 2023**    LLH

**U.S. BANKRUPTCY COURT**
MARY A. SCHOTT, CLERK

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Catherine L. Ford-Barbiero
1570 E 4160 S
Millcreek, UT 84124

Creditor Telephone Number (801 690-6988

**Name and address where notices should be sent (if different from above):**

STRETTO

AUG 08 2023

RECEIVED

Creditor Telephone Number ( )

Account or other number by which creditor identifies debtor: 801-690-6988
Coin Cloud - my request no. is 4729 per E-Mail 7/11/23

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:** This claim occurred during a fraud situation by persons representing themselves as agents from the FTC who claimed that monies had to be put in a secured account during the investigation concerning my identity being used to start companies & bank accounts and for me to avoid being arrested while this investigation continued. I was pressed to buy Bitcoin and directed to your Coin Cloud ATM's.

REFER TO DOCUMENTATION ATTACHED

**2. Date debt was incurred:** 4/5/2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):** 4/6/2023 contacted Coin Cloud Customer Support and requested refund - was told it would take 6-8 wks. and a 10% fee would be taken from the total of two deposits of monies - $5,000 & $3,100 = $8,100.

REFER TO DOCUMENTATION ATTACHED

**4. Total Amount of Administrative Claim:** $ 8,100.00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below so that it is received by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

**DATE** 7/24/2023

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Catherine L. Ford-Barbiero, creditor*

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 AND 3571

146882928.1

# EXHIBIT 8

# EXHIBIT 9

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

**In re: Cash Cloud, Inc.** (DBA COIN CLOUD)

Date Stamp Copy Returned

**Case No. 23-10423-mkn**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

✔ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.* **RECEIVED AND FILED  LLH**

JUL 25 2023

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

THIS SPACE IS FOR COURT USE ONLY

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Federico Flores
1115 N. W. Elm Avenue
Lawton, OK. 73507

**Creditor Telephone Number** (580) 574 - 4308

Name and address where notices should be sent (if different from above):

STRETTO

JUL 28 2023

RECEIVED

**Creditor Telephone Number ( )**

Account or other number by which creditor identifies debtor:

Coin Cloud Verification Code # 155876

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:** After purchasing $1,500.00 of Bitcoins, I could'nt get any customer service agent to explain why my purchase wasn't processed. I only got a voice message that Coin Cloud is going thru a system wide upgrade I sent emails, no reply. I text the contact # and have not gotten any resolution. I asked for my refund and Coin Cloud hasn't complied. I got this letter Sat. 22 July ....

**2. Date debt was incurred:** Thurs 15 Jun 23 @ 7:44 PM C.T.

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

I purchased $1,500.00 worth of Bitcoins from the Coin Cloud Machine located at Lawton, OK. I received Coin Cloud Verification Code 155876. Coin Cloud has refused to give me any timetables for my refund! Contact is text only (attached)

**4. Total Amount of Administrative Claim: $** 1,500.00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below so that it is received by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| **DATE**<br>22 Jul 23 | **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 9

# EXHIBIT 10

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

**In re: Cash Cloud, Inc.**

Date Stamp Copy Returned

**Case No. 23-10423-mkn**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

**RECEIVED AND FILED DLS**

**JUL 27 2023**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**
THIS SPACE IS FOR COURT USE ONLY

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

DAVID BEHYMER
336 S. CONGRESS
RUSHVILLE, IL  62681

**Creditor Telephone Number ( )** 217-248-8438

Name and address where notices should be sent (if different from above):

SAME

**Creditor Telephone Number ( )** SAME

Account or other number by which creditor identifies debtor:
CASE ID.# 0X80072EE7

STRETTO

JUL 28 2023

RECEIVED

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:**
ON MAY 25, 2023, I WAS SCAMMED AND INSTRUCTED TO DEPOSIT $8,500.00 INTO CASH CLOUD IN MT. STERLING, ILLINOIS. THE NEXT DAY, CASH CLOUD CONTACTED ME AND ASKED ME MULTIPLE QUESTIONS AND DETERMINED THAT I HAD BEEN SCAMMED. THEY INFORMED ME THAT I WOULD HAVE MY MONEY RETURNED WITHIN

**2. Date debt was incurred:** MAY 25, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**
6 TO 8 WEEKS. THEY ALSO TOLD ME THAT I WOULD BE CHARGED A 10% ADMINISTRATIVE FEE. AFTER 8 WEEKS PASSED, I CALLED COIN CLOUD 1-855-264-2046 AND LEARNED ABOUT THIS. I ONLY HAVE THE CASE ID.# 0X80072EE7. NO OTHER RECEIPTS.

**4. Total Amount of Administrative Claim:** $ 8,500.00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

**DATE**
July 24, 2023

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

David L. Behymer

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 10

# EXHIBIT 11

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

**In re: Cash Cloud, Inc.**

Case No. 23-10423-mkn

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

**RECEIVED AND FILED**    DLS

**JUL 27 2023**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**
~~THIS SPACE IS FOR COURT USE ONLY~~

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

FRANKIE EPLEY
3555 CO Rd 174
Rochester TX 79544

Cell            Home
Creditor Telephone Number (940) 256 2303  940 742 3449

**Name and address where notices should be sent (if different from above):**

FRANKIE EPLEY
3555 CO Rd 174
Rochester TX 79544

Cell            Home
Creditor Telephone Number (940) 256 2303  940 742 3449

STRETTO

**JUL 28 2023**

RECEIVED

**Account or other number by which creditor identifies debtor:**
June 28 July 3
4093-4391-

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated: _____

**1. Basis for Claim:** ON 4/27/23 I WAS TRYING TO Send 6000 To A SCAMMER I did NOT Know. CoinCloud when I called 4/27/23 The MAChine WAS NOTWORKING They Stated They hAd 5500 of my moNey They CAught it WAS A SCAm. I TAlked To Them several Times And WAS Told AFTeR 60 dAYs They WOuld deposit Less 10% in my checking I seNT Them A

**2. Date debt was incurred:** 4/27/23    1. CAll 4/27/23  2. 5/16/23  3/5/16/23

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**
Voided check. ACCOUNT 027782 VISTA BANK.
4. 4/26/23  5. 4/27/23  6. 7/3/23  7. 7/10/23 All cAlls I made to them

**4. Total Amount of Administrative Claim: $** 5500
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| DATE<br>7/22/23 | **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Frankie Epley    FRANKIE EPLEY |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 11

# EXHIBIT 12

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|

**In re: Cash Cloud, Inc.**

Case No. 23-10423-mkn

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

**RECEIVED AND FILED**          DLS

**JUL 27** 2023

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**
THIS SPACE IS FOR COURT USE ONLY

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Natalie Dodge
8356 S. Wheatridge Ct.
West Jordan, UT 84081

Creditor Telephone Number (801) 718-5297

Name and address where notices should be sent (if different from above):

STRETTO

JUL 28 2023

RECEIVED

Creditor Telephone Number (    )

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:**
Refund for canceled transaction ID # 168356360125 fcd   for $1,100.00

**2. Date debt was incurred:** 5/11/2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**
I visited a Coincloud machine on date above to buy crypto until I realized I was sent there for a scam - during the transaction, I walked away without finishing transaction and called Coincloud. They talked me through how to claim for a refund for the canceled transaction, sent them the needed documents

**4. Total Amount of Administrative Claim: $** 1,100.00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| DATE<br>7/21/2023 | SIGNATURE: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Natalie Dodge* |
|---|---|

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146882928.1

# EXHIBIT 12

# EXHIBIT 13

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|

**In re: Cash Cloud, Inc.**

Case No. 23-10423-mkn

**PLEASE NOTE:**

Date Stamp Copy Returned

□ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Varanise Booker
14308 Willow Grove Circle
Louisville, Kentucky 40245

□ Check box if you have never received any notices from the bankruptcy court in this case.

□ Check box if the address differs from the address on the envelope sent to you by the court.

**RECEIVED AND FILED** DLS

**JUL 27 2023**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**
THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number (502) 777-7708

Name and address where notices should be sent (if different from above):

STRETTO

JUL 28 2023

RECEIVED

Creditor Telephone Number ( )

Account or other number by which creditor identifies debtor:

Check here if this claim: □ replaces
□ amends a previously filed claim, dated:

**1. Basis for Claim:** ON MAY 16, 2023, I made A $17,000.00 transaction through Coin Cloud Services to buy Bitcoin. After several hours I was notified by Coin Cloud that this transaction could not be processed. I agreed to A Refund. I was told it could take up to 8 weeks to recieve my Refund. AS OF Today I have not recieved A Refund.

**2. Date debt was incurred:** MAY 16, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**
My Claim is to Recieve by Refund As we agreed $17,000.00 minus a $3,500.00 Processing fee. For a Refund Amount of 13,500.00

**4. Total Amount of Administrative Claim: $** 17,000.00, minus 3,500.00
□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

**DATE**
06-24-2023

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Varanise Booker Creditor    Varanise Booker Creditor

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146882928.1

# EXHIBIT 13

# EXHIBIT 14

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|
| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** |

| | |
|---|---|
| **Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property<br><br>Brenda Griffin<br>15418 Joiner Rd<br>Little Rock, AR 72210 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☒ Check box if you have never received any notices from the bankruptcy court in this case. Just got notice<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

RECEIVED AND FILED
7-22-23
JUL 31 2023
LLH
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number ( 501 687 7790

Name and address where notices should be sent (if different from above):

⌐STRETTO
AUG 08 2023
RECEIVED

Creditor Telephone Number (   )

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:** Victim of scam
Deposited $9500 to Bit Coin
Called them - they told me what to send photo ID - my picture and
cancelled check from bank acct.

**2. Date debt was incurred:** 05/15/23

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**
Deposited 59500 in Coin Cloud - their # 855 264 2046
They said they would return it minus 10% on call
(The number shown/was (775) 344 9901)

**4. Total Amount of Administrative Claim:** $ 9500

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | |

| DATE<br>7-25-23 | SIGNATURE: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>BRENDA L GRIFFIN    *Brenda L Griffin* |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 14

# EXHIBIT 15

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|
| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** |

| | | |
|---|---|---|
| **Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property<br><br>ERIC E. BRAGE JR.<br>2524 TROTTER ROAD<br>FLORENCE, SC  29501 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | *This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.* **RECEIVED AND FILED**  LLH<br><br>JUL 31 2023<br><br>**U.S. BANKRUPTCY COURT**<br>**MARY A. SCHOTT, CLERK**<br><br>THIS SPACE IS FOR COURT USE ONLY |
| Creditor Telephone Number (   ) **843-661-7481** | | |
| Name and address where notices should be sent (if different from above):<br><br><br><br>Creditor Telephone Number (   ) | | STRETTO<br><br>AUG 0 8 2023<br><br>RECEIVED |
| Account or other number by which creditor identifies debtor: | Check here if this claim: ☐ replaces<br>☐ amends a previously filed claim, dated: | |

**1. Basis for Claim:**  MONEY DEPOSITED IN CASH CLOUD ATM WAS NOT PROCESSED. CASH CLOUD Employees indated THAT A REFUND, less service fee, would be sent to me. DESPITE MULTIPLE Follow UP ON MY PART, THE MONEY WAS NOT RECEIVED

**2. Date debt was incurred:**  MAY 24, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

See ATTACHED

**4. Total Amount of Administrative Claim: $** 1,800   ($2,000 less Fee of $200 )

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below <u>so that it is received</u> by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV  89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| **DATE**<br>7/25/2023 | **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Eric E. Brage Jr.* |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 15

# EXHIBIT 16

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|

**In re: Cash Cloud, Inc.**

**Case No. 23-10423-mkn**

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

RECEIVED AND FILED   LLH

JUL 31 2023

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

THIS SPACE IS FOR COURT USE ONLY

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

James D. Favors
95-353 Waia Loop
Mililani, HI 96789

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Creditor Telephone Number** (808) 387-9541

**Name and address where notices should be sent (if different from above):**

STRETTO

AUG 08 2023

RECEIVED

**Creditor Telephone Number** ( )

**Account or other number by which creditor identifies debtor:**

00 42834386

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:**

Fraudulent Attempted Purchase of Bitcoin

**2. Date debt was incurred:** 5 May 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

Tricked into Purchase a Bitcoin But Did Not Receive Confirmation of Transaction. Contacted Coin Cloud Customer Service on 8 May and was advised that Transaction was Never Processed. Filed Documents to Recover Funds at that Time.

**4. Total Amount of Administrative Claim: $** 15,000.00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below <u>so that it is received</u> by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

**DATE** 24 July 2023

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146882928.1

# EXHIBIT 16

# EXHIBIT 17

7/31/2023  3:43 PM    FROM: Office Depot #368    P. 7 / 12

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

**In re: Cash Cloud, Inc.** | **Case No. 23-10423-mkn** | **PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

□ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

□ Check box if you have never received any notices from the bankruptcy court in this case.

□ Check box if the address differs from the address on the envelope sent to you by the court.

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number (   )

Name and address where notices should be sent (if different from above):

Creditor Telephone Number (   )

Account or other number by which creditor identifies debtor:    Check here if this claim: □ replaces □ amends a previously filed claim, dated:

**1. Basis for Claim:** I was scammed for $1,000 through Facebook Checkout on May 15 2023. It was supposed to be payment for a vehicle on Facebook Marketplace.

**2. Date debt was incurred:** May 15, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):** See attached Facebook Checkout documents with email from someone claiming to be Annie Miller.

**4. Total Amount of Administrative Claim:** $ 1,000
□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below so that it is received by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

**DATE** July 15, 2023    **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 17

# EXHIBIT 18

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

**In re: Cash Cloud, Inc.**

**Case No. 23-10423-mkn**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☑ Check box if the address differs from the address on the envelope sent to you by the court.

**PLEASE NOTE:**
*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

RECEIVED
AND FILED    LLH

JUL 31 2023

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK
THIS SPACE IS FOR COURT USE ONLY

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Laura Utke-Wilhite
Laura Wilhite

STRETTO

AUG 08 2023

RECEIVED

**Creditor Telephone Number (  )**

**Name and address where notices should be sent (if different from above):**
1279 Thornbird Trail
Sealy Tx. 77474
this Notice was sent to our old address.

**Creditor Telephone Number** (417) 880 3653   (4m) 880-3653

**Account or other number by which creditor identifies debtor:**
417 880 3653

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:** I deposited 3800.00 on April 27 & the coin cloud said some one got 1800 of the deposit but they owed me a refund of 1,800.

**2. Date debt was incurred:** 4/27/23

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**
I was hacked & the thieves only got a partial amount of 3800.00. Was told other 2000.00 would be refunded

**4. Total Amount of Administrative Claim:** $ 2,000.00 minus their fee of 200.00
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

**DATE** 7/20/23

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Laura Utke Wilhite

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146882928.1

# EXHIBIT 18

# EXHIBIT 19

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** |
|---|---|---|

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Linda Stelling
25 W Weisel St Unit 103
Litchfield, MN 55355-3049

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

**RECEIVED AND FILED**    **LLH**

**JUL 31 2023**

**U.S. BANKRUPTCY COURT MARY A. SCHOTT, CLERK**

THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number (    )

Name and address where notices should be sent (if different from above):

STRETTO
AUG 08 2023
RECEIVED

Creditor Telephone Number (    )

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:** I sent photo Id and checking accounts info on 6-9 Coin Cloud, to get funds returned. Never heard back from them via text message

**2. Date debt was incurred:** 6-9-2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):** Caught in scam - tried to get funds back

**4. Total Amount of Administrative Claim: $** $3,000⁰⁰

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

| **DATE** 7-26-2023 | **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Linda Stelling* |
|---|---|

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146882928.1

# EXHIBIT 19

# EXHIBIT 20

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|
| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** |

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

RECEIVED AND FILED LLH

JUL 31 2023

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

THIS SPACE IS FOR COURT USE ONLY

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Marlene Sanders
10458 Deer Branch
Missouri City TX
77459
(prison)

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Creditor Telephone Number (832)968-9759  (832) 768-9759

STRETTO
AUG 08 2023
RECEIVED

Name and address where notices should be sent (if different from above):

Creditor Telephone Number (  )

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

Account or other number by which creditor identifies debtor:
This is the # to coin cloud 855-264-2046 that was given me

**1. Basis for Claim:**
I was scammed. I was told to withdraw any money and put it in another Bank account which is call from my bank account
Coin Cloud. (I was told this bank will keep my money safe) I called Coin Cloud and they (Roy)
stated they it was a scammed. I stop the transaction. Coin Cloud stated that I will get my refund

**2. Date debt was incurred:** 4/24/23  I was scammed on 4/24/23 and I spoke to coin Cloud they stated that they will

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**
See attached documents
refund my 7,000 but I will be a 10% ACH fee

**4. Total Amount of Administrative Claim: $** 7,000
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below <u>so that it is received</u> by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

**DATE** 7/25/23

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Marlene Sanders

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 20

# EXHIBIT 21

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

**In re: Cash Cloud, Inc.**

Case No. 23-10423-mkn

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

RECEIVED AND FILED

LLH

JUL 31 2023

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

THIS SPACE IS FOR COURT USE ONLY

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

MARY L Parnell
1200 McDaniel Road
White Hall, AR 71602

Creditor Telephone Number 870 543-0111

Name and address where notices should be sent (if different from above):

Creditor Telephone Number ( )

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

STRETTO

AUG 08 2023

RECEIVED

**1. Basis for Claim:** I was due a refund for the money I Invested, but never received Any of it. realized It was a scam, I requested Cash Cloud to refund my money on 5/12/23 & 5/15/23.

**2. Date debt was incurred:** 5/12/2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):** I got caught up IN a scam. The person attempting to get my money Instructed me to Invest IN BITCOIN. Once I

**4. Total Amount of Administrative Claim: $** 25,000.00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

**DATE** 7/22/23

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Mary L Parnell

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 21

# EXHIBIT 22

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

**In re: Cash Cloud, Inc.** | Case No. 23-10423-mkn

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Miles D. Moore
248 Hidden Den Circle
Doylestown Pa 18901

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 202*

RECEIVED
AND FILED

JUL 31 2023    LLH

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number (215) 833-5554

Name and address where notices should be sent (if different from above):

NA

STRETTO

AUG 08 2023

RECEIVED

Creditor Telephone Number (   )

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:** That Coin cloud Inc didnt Refund my money into my account in a reasonable amount of time when they Promised to do so

**2. Date debt was incurred:** April 3rd, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):** Deposited 15,000 cash into machine on March 31st 2023. Was told that in 6-8 weeks They would deposit (Refund) my money back into my checking account and they never did

**4. Total Amount of Administrative Claim: $** 15,000

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| **DATE**<br>7/26/23 | **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Miles D Moore    Miles D. Moore |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 22

**EXHIBIT 23**

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|
| **In re: Cash Cloud, Inc.** | **Case No. 23-10423-mkn** | **PLEASE NOTE:** |

|  |  |  |
|---|---|---|
| **Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property  *Renee Caillier*  *424 Baken St.*  *Thief River Falls, Mn. 56701*  Creditor Telephone Number *605 415-0120* | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.  ☐ Check box if you have never received any notices from the bankruptcy court in this case.  ☐ Check box if the address differs from the address on the envelope sent to you by the court. | *This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023* **RECEIVED AND FILED**  LLH  **JUL 31 2023**  **U.S. BANKRUPTCY COURT MARY A. SCHOTT, CLERK**  THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent (if different from above):    Creditor Telephone Number (   ) | | STRETTO  AUG 08 2023  RECEIVED |
| Account or other number by which creditor identifies debtor: | Check here if this claim: ☐ replaces  ☐ amends a previously filed claim, dated: | |

**1. Basis for Claim:** *on or about may 23rd 2023 I used the Bitcoin machine @ 215 Pennington Ave S. Thief River. to put funds away for grand kids, and the rejected it.*

**2. Date debt was incurred** *$2,000*

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):** *I did not recieve this Paper work until July 23rd 2023. I need this money to Pay bills.*

**4. Total Amount of Administrative Claim:** *$2,000*
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim.  Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien.  DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.  If the documents are not available, explain.  If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.  Clerk of the United States Bankruptcy Court, District of Nevada  300 Las Vegas Blvd. South, Las Vegas, NV 89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| **DATE**  *July 24/2023* | **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  *Renee Caillier    (Renee Caillier)* |
|---|---|

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146882928.1

**EXHIBIT 23**

**EXHIBIT 24**

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|

**In re: Cash Cloud, Inc.**

Case No. 23-10423-mkn

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 7, 2023, and before July 21, 2023.*

RECEIVED AND FILED

JUL 31 2023   LLH

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

THIS SPACE IS FOR COURT USE ONLY

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Susannah Peachey
4724 Landrum Rd
Columbus, NC 28722

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Creditor Telephone Number ( 812 ) 259-7818

Name and address where notices should be sent (if different from above):

Creditor Telephone Number ( 812 ) 259-7818

⌐ STRETTO

AUG 08 2023

RECEIVED

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:** I bought Bitcoin on a CoinCloud machine and did not recieve it into my wallet.

**2. Date debt was incurred:** June 9, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

**4. Total Amount of Administrative Claim: $** 300.00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below so that it is received by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

**DATE** July 23, 2023

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Susannah Peachey*

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

Susannah Peachey

146882928.1

**EXHIBIT 24**

# EXHIBIT 25

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** |
|---|---|---|

|  | □ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>□ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>□ Check box if the address differs from the address on the envelope sent to you by the court. | *This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.* |
|---|---|---|

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

DANNY CODY
89 Presswood DR
Cleveland TX 77327

THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number (936) 697 7286

Name and address where notices should be sent (if different from above):



Creditor Telephone Number ( )

Account or other number by which creditor identifies debtor: | Check here if this claim: □ replaces
□ amends a previously filed claim, dated:

**1. Basis for Claim:**
I Didn't Get $5000 wirth of Bitcoins I perched was sup it subspost To get Refund

**2. Date debt was incurred:** MAY 16 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**
I Bought $5000 worth of Bitcoin And Did Not get Them was sub subspost To get A Refund And didnot get it.

**4. Total Amount of Administrative Claim: $ 5,000**

□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| DATE<br>7-20-23 | SIGNATURE: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 25

# EXHIBIT 26

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **ADMINISTRATIVE CLAIM FORM** |
|---|---|---|

| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** |
|---|---|---|

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

MAURICE MICHAUD
116 S. LEVANT RD.
LEVANT, ME.
04456

Creditor Telephone Number **207 884-7642**

□ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

□ Check box if the address differs from the address on the envelope sent to you by the court.

**RECEIVED AND FILED** LLH

AUG 1 2023

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

THIS SPACE IS FOR COURT USE ONLY

⌐STRETTO

AUG 08 2023

RECEIVED

Name and address where notices should be sent (if different from above):

Creditor Telephone Number ( )

Account or other number by which creditor identifies debtor:

Check here if this claim: □ replaces
□ amends a previously filed claim, dated:

**1. Basis for Claim:** SEE ENCLOSED STATEMENTS

**2. Date debt was incurred:** APRIL 5, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):** ON APRIL 5/2023 I USED A COIN CLOUD MACHINE TO BEGIN THE TRANSFER OF B 25,000.00 TO MY WALLET WITH THE PURCHASE OF BITCOIN AFTER COMPLETION OF FUNDS I RECEIVED A CALL FROM COIN CLOUD, THAT A HOLD HAD BEEN PUT ON MY TRANSACTION AND WOULD RECEIVE A REFUND IN 6-8 WEEKS WHICH NEVER WERE RECEIVED.

**4. Total Amount of Administrative Claim:** $ 25,000.00

□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

| DATE 8/1/2023 | SIGNATURE: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Maurice Michaud* |
|---|---|

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

146882928.1

# EXHIBIT 26

# EXHIBIT 27

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

**In re: Cash Cloud, Inc.**

Case No. 23-10423-mkn

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

**RECEIVED AND FILED**   LLH

AUG - 2 2023

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**
THIS SPACE IS FOR COURT USE ONLY

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

A Selecta's Inc.
Attention Douglas Aparicio
121 E 10th Street
Roanoke Rapids NC 27870

Creditor Telephone Number 919 464 6160

Name and address where notices should be sent (if different from above):

Same as above.

Creditor Telephone Number ( )

⌈STRETTO

AUG 08 2023

RECEIVED

Account or other number by which creditor identifies debtor: 109048

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:**

Lease of Machine and Returned check

**2. Date debt was incurred:** Original 04/2021 and check on 4/18/23

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

Lease of Machine and Now We have Returned Check On 4/18/2023 in amount of $150ᵒᵒ plus Bank fee

**4. Total Amount of Administrative Claim:** $ 6450.ᵒᵒ + 200ᵒᵒ for Check = $6650ᵒᵒ

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below so that it is received by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

**DATE** 7/15/23

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and mailing address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146882928.1

# EXHIBIT 27

# EXHIBIT 28

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

**In re: Cash Cloud, Inc.**

**Case No. 23-10423-mkn**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

XX Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

**RECEIVED AND FILED**  LLH

AUG - 2 2023

**U.S. BANKRUPTCY COURT MARY A. SCHOTT, CLERK**

THIS SPACE IS FOR COURT USE ONLY

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Joel Dukart
Dukart Management, LLC
2525 Concord Pike
Wilmington, Delaware 19803

Creditor Telephone Number ( 302  478-9200

Name and address where notices should be sent (if different from above):

Joel Dukart
Dukart Management, LLC
2525 Concord Pike
Wilmington, Delaware 19803

Creditor Telephone Number ( 302  478-9200

STRETTO

AUG 08 2023

RECEIVED

Account or other number by which creditor identifies debtor:

(775) 344-9901 - Mobile number of Jahlere Collins

Check here if this claim: ☐ replaces   ☐ amends a previously filed claim, dated:

**1. Basis for Claim:**

Debtor owes Joel Dukart of Dukart Management, LLC, and owner of McDonald's Store #10492 located at 2351 Glasgow Avenue, Newark, Delaware 19702.

**2. Date debt was incurred:** April 30, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

An employee, Jahlere Collins, of McDonald's #10492, was a victim of a phone scam received at the store while Jahlere was working. He took cash from the store's safe and deposited it into a Coin Cloud Bitcoin ATM machine. The transaction did not complete and Coin Cloud agreed verbally and in writing to return $1,800.00 ($2,000.00 minues a $200.00 "fee").

**4. Total Amount of Administrative Claim:** $ 2,000.00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below *so that it is received* by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

*This document wasn't received until July 26, 2023.*

**DATE**

July 26, 2023

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 28

# EXHIBIT 29

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

In re: Cash Cloud, Inc.

Royal Farms
Carlisle Rd.
Dover, Pa. 17315

STRETTO
AUG 03 2023
RECEIVED

**Case No. 23-10423-mkn**

□ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

□ Check box if the address differs from the address on the envelope sent to you by the court.

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

THIS SPACE IS FOR COURT USE ONLY

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

You owe me
Kimberly A. Potts
4220 Carlisle Rd. 17315
(717) 852-5806

**Creditor Telephone Number**

Name and address where notices should be sent (if different from above):

Kimberly A. Potts
4220 Carlisle Rd.
Dover, Pa 17315

**Creditor Telephone Number** (717) 852-5806

You may send a check than I will deposit it if the need to show people how to use it. Not by directions! Thank You!

Account or other number by which creditor identifies debtor:

Check here if this claim: ☒ replaces
□ amends a previously filed claim, dated:

**1. Basis for Claim:** I put $700⁰⁰ in the machine to put in the persons wallet but it would not allow me. I would like to be sent my money back to me.

**2. Date debt was incurred:** _____

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):** I would like to have a refund.

**4. Total Amount of Administrative Claim:** $ 700⁰⁰

□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| DATE 7/24/23 | SIGNATURE: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 29

# EXHIBIT 30

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|

**In re: Cash Cloud, Inc.**

Case No. 23-10423-mkn

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 7, 2023, but before July 21, 2023.*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

BARBARA LEWIS-BACA
5995 MEININGER DR,
MISSOULA, MONTANA 59808

Creditor Telephone Number (406) 830-0652

Name and address where notices should be sent (if different from above):

SAME

Creditor Telephone Number ( )   SAME

Account or other number by which creditor identifies debtor:

N/A

RECEIVED AND FILED

AUG 3 2023    LLH

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

THIS SPACE IS FOR COURT USE ONLY

STRETTO

AUG 14 2023

RECEIVED

Check here if this claim: ☒ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:** SCAMMED, FRAUD

**2. Date debt was incurred:** MAY 16TH 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

SEE ADDITIONAL PAPER.

**4. Total Amount of Administrative Claim:** $ 8,300.00  ?

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below *so that it is received* by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023. Clerk of the United States Bankruptcy Court, District of Nevada 300 Las Vegas Blvd. South, Las Vegas, NV 89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| DATE 7/30/2023 | SIGNATURE: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Barbara Lewis-Baca / BARBARA LEWIS-BACA / SELF |
|---|---|

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146882928.1

# EXHIBIT 30

# EXHIBIT 31

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

**In re: Cash Cloud, Inc.**

**Case No. 23-10423-mkn**

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☒ Check box if the address differs from the address on the envelope sent to you by the court.

**RECEIVED AND FILED**  **LLH**

AUG - 3 2023

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

THIS SPACE IS FOR COURT USE ONLY

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Heather Cowan
714 Holly Springs Dr.
Conroe, TX 77302

STRETTO

AUG 14 2023

RECEIVED

**Creditor Telephone Number** 505-307-8668

Name and address where notices should be sent (if different from above):

**Creditor Telephone Number (  )**

Account or other number by which creditor identifies debtor:
505-307-8668

Check here if this claim: ☒ replaces  ☐ amends a previously filed claim, dated:

**1. Basis for Claim:** On may 12, 2023 I made a $10,000 transaction to Coin Cloud, not realizing I was being scammed by scamers over the phone. I realized something didn't seem right & called coin cloud imediatly to cancel my transaction. I spoke to a Rep w/coin cloud JD + he said it would take 6-8 weeks for it to go back into my account, unfortunately coin cloud went bankrupt before I got my money.

**2. Date debt was incurred:** 5/12/2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**
Never recieved my $10,000 cancelled transaction on may 12, 2023 documents will be attached.

**4. Total Amount of Administrative Claim: $** 10,000

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

**DATE** 7/28/23

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Heather Cowan    Heather Cowan    → 714 Holly Springs Conroe, TX 77302
Current address

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

146882928.1

# EXHIBIT 31

# EXHIBIT 32

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

**In re: Cash Cloud, Inc.** | Case No. 23-10423-mkn

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Jane Harding
560 Fairway DR
Liberal KS 67901

□ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

□ Check box if you have never received any notices from the bankruptcy court in this case.

□ Check box if the address differs from the address on the envelope sent to you by the court.

**RECEIVED AND FILED** H77

AUG 4 2023

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number (620) 482-2516

Name and address where notices should be sent (if different from above):

STRETTO

AUG 14 2023

RECEIVED

Creditor Telephone Number ( )

Account or other number by which creditor identifies debtor: | Check here if this claim: □ replaces
Attached | □ amends a previously filed claim, dated:

**1. Basis for Claim:** 4-28-2023 attempted to send $15,000.00 to NORTON, via Coin Cloud in Liberal KS. Recieved a call from Adam @ Coin Cloud, I was informed the Reciever was fraudulent. The transaction was canceled. I was informed I would get reimbursed the $15,000.00. To date we have yet to received funds. We have contacted them repeatedly. see attached texts and pictures, Note.

**2. Date debt was incurred:** 04-28-2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**
Failure of Cash Cloud Inc. dba COIN CLOUD failed to reimburse our $15,000.00 transaction that was canceled by Coin Cloud and me as referenced in *para 1. Basis for Claim.

**4. Total Amount of Administrative Claim: $** 15,000.00

□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023. | THIS SPACE IS FOR COURT USE ONLY

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

**DATE**
08-03-2023

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Jane E Harding

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 32

**EXHIBIT 33**

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|

| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** |
|---|---|---|

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

RECEIVED AND FILED

LLH

AUG 7 2023

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

THIS SPACE IS FOR COURT USE ONLY

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Sheree Campbell
1913 W. Cool Water Way
San Tan Valley, AZ 85144

Creditor Telephone Number 435 830 2928

Name and address where notices should be sent (if different from above):

Same as above

Creditor Telephone Number (   )

Account or other number by which creditor identifies debtor:

STRETTO

AUG 14 2023

RECEIVED

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated: ___

**1. Basis for Claim:** Made a deposit to a coin cloud Atm at Helios Smoke & Vape located at 2905 S. Ellsworth Rd. #104 in Mesa, AZ. Transaction of $1050 was made on June 12th, 2023.

**2. Date debt was incurred:** June 12th, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):** Calls to coin cloud went unanswered. A recorded message said that an upgrade was happening and transactions would be processed in 48 to 72 hours. When I emailed I was told I would receive my coins or be given a full refund.

**4. Total Amount of Administrative Claim:** $ $1050.00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below so that it is received by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

I didn't receive this in the mail until July 24th, 2023.

| DATE 7/27/23 | SIGNATURE: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Sheree Campbell  Sheree Campbell |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

JUL 27 2023

146882928.1

**EXHIBIT 33**

# EXHIBIT 34

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|
| **In re: Cash Cloud, Inc.** | **Case No. 23-10423-mkn** | **PLEASE NOTE:** |

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

RECEIVED AND FILED   LLH

AUG 7 2023

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

THIS SPACE IS FOR COURT USE ONLY

Name of Creditor and Address: the person or other entity to whom the debtor owes money or property

Zackary Clark
415 Graff Ct.
Grand Blanc, mi 48439

Creditor Telephone Number 248-794-9500

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

✓ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Name and address where notices should be sent (if different from above):

Creditor Telephone Number (   )

STRETTO

AUG 14 2023

RECEIVED

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:** Inserted $5,800.00 to coincloud Atm. Never received bitcoin.

**2. Date debt was incurred:** 06/09/2023 9:54am

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):** Inserted $5800.00 to coincloud atm, received a message saying my transaction is being reveiwed. Spoke with rep on phone, He gave me transaction # (1680631841172892). Called multiple times to check status, phone lines were then disconnected.

**4. Total Amount of Administrative Claim: $** 5,800.00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

**DATE** 07/21/23

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146882928.1

# EXHIBIT 34

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|
| **In re: Cash Cloud, Inc.** | Case No. 23-10423-mkn | **PLEASE NOTE:** |

| | | |
|---|---|---|
| **Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property<br><br>GOOD 2 GO STORES LLC<br>1568 E. 17th Street<br>Idaho Falls, ID 83404 | □ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>□ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>□ Check box if the address differs from the address on the envelope sent to you by the court. | *This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.* |
| Creditor Telephone Number (208) 906-0096 | | **THIS SPACE IS FOR COURT USE ONLY** |
| Name and address where notices should be sent (if different from above):<br>Timothy A. Lukas, Esq.<br>Holland & Hart LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, NV 89511 | | |
| Creditor Telephone Number ( 775) 327-3000 | | |
| Account or other number by which creditor identifies debtor: | Check here if this claim: □ replaces<br>□ amends a previously filed claim, dated: | |

**1. Basis for Claim:**

Unpaid lease payments

**2. Date debt was incurred:** _May 1, 2023 - June 14, 2023_

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

Unpaid monthly lease payment pursuant to Master Host Agreement

**4. Total Amount of Administrative Claim: $** _27,207.00_

□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS**: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below <u>so that it is received</u> by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV  89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| DATE<br><br>August 10, 2023 | **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/ Timothy A. Lukas<br>Timothy A. Lukas, attorney for Good 2 Go Stores, LLC |
|---|---|

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146882928.1

EXHIBIT 35

# EXHIBIT 36

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|
| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** |

In re: Cash Cloud, Inc.

Case No. 23-10423-mkn

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

THIS SPACE IS FOR COURT USE ONLY

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

FLOYD RICKY HANKINS
5903 HONEYSUCKLE AVE.
BAKERSFIELD CA    93313

**Creditor Telephone Number** 661 6196163

**Name and address where notices should be sent (if different from above):**

**Creditor Telephone Number (   )**

**Account or other number by which creditor identifies debtor:**

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:** NON PAYMENT

**2. Date debt was incurred:** 7/8/23

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**
PUT IN $9200 IN ATM AND HAVE YET TO RECEIVE COINS OR REFUND

**4. Total Amount of Administrative Claim: $** 9200
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below so that it is received by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

**DATE** 7/8/23

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Floyd Ricky Hankins

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146882928.1

# EXHIBIT 36

# EXHIBIT 37

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | |
|---|---|---|

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Jacob Brawley

Shipw'shore laundry LLC

Creditor Telephone Number (717) 215  9070

RECEIVED AND FILED

BR

AUG 10 2023

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Name and address where notices should be sent (if different from above):

4300  Kings Hwy #201

Port charlotte, FL 33980

Creditor Telephone Number (   )

STRETTO

AUG 14 2023

RECEIVED

| Account or other number by which creditor identifies debtor: | Check here if this claim: ☐ replaces  ☐ amends a previously filed claim, dated: |
|---|---|

**1. Basis for Claim:**

owed rent from  09/22 - 02/23

**2. Date debt was incurred:** 9/0/22

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

Rent stopped coming in summer of last year and when i did get it i had to call several times just to get the rent

**4. Total Amount of Administrative Claim:** $ 1,200

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| **DATE**<br>08-2-23 | **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 37

# EXHIBIT 38

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

**In re: Cash Cloud, Inc.**

**Case No. 23-10423-mkn**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

5 king wine & liquor
316 S lexington dr folsom ca

Creditor Telephone Number (    ) 95630

THIS SPACE IS FOR COURT USE ONLY

Name and address where notices should be sent (if different from above):

Creditor Telephone Number (    )

**Account or other number by which creditor identifies debtor:**
916-790-8770

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:**

**2. Date debt was incurred:** 5/1/2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

**4. Total Amount of Administrative Claim: $** 1250-00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

**DATE**
5/1/2023

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 38

# EXHIBIT 39

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

**In re: Cash Cloud, Inc.**

Case No. 23-10423-mkn

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

THIS SPACE IS FOR COURT USE ONLY

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property
E ALLAN PACE
2053 Cabin Creek RD
2rooonia NC
28790

**Creditor Telephone Number** ☐ ( 864 ) 293-2365

**Name and address where notices should be sent (if different from above):**
E. Allan Pace
2053 Cabin Creek RD
2rsoonia NC  28790

**Creditor Telephone Number** ( 864 ) 293-2365

**Account or other number by which creditor identifies debtor:**

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:**
Corn Cloud held my money an said they wold Return It to me

**2. Date debt was incurred:** April 21 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**
I need my money to pay my Bell I was trng to pay It has put me in a Bigger debt

**4. Total Amount of Administrative Claim: $** 19000 Dollors

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below *so that it is received* by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

| DATE | SIGNATURE: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 39

# EXHIBIT 40



Aug 4, 2023

Dear Sir,

Here is my

messages to

coin cloud
I Hope this
helps my case
my message is in
PINK, from me,
Sincerely

Day of  School Rich

May 29, 2023

# EXHIBIT 40

# EXHIBIT 41

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|

**In re: Cash Cloud, Inc.**

Case No. 23-10423-mkn

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

□ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

□ Check box if you have never received any notices from the bankruptcy court in this case.

□ Check box if the address differs from the address on the envelope sent to you by the court.

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

KINGS WINE & LIQUOR
1328 FULTON AVE
SACRAMENTO, CA, 95825

THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number ( )

Name and address where notices should be sent (if different from above):

Creditor Telephone Number ( )

Account or other number by which creditor identifies debtor:
916 - 488 - 0811

Check here if this claim: □ replaces    □ amends a previously filed claim, dated:

**1. Basis for Claim:**

**2. Date debt was incurred:** 05 / 01 / 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

**4. Total Amount of Administrative Claim:** $ 2700.78

□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below so that it is received by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

**DATE**
05/01/2023

**SIGNATURE** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146882928.1

Scanned with CamScanner

# EXHIBIT 41

# EXHIBIT 42

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|

In re: Cash Cloud, Inc.

Case No. 23-10423-mkn

□ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

□ Check box if you have never received any notices from the bankruptcy court in this case.

□ Check box if the address differs from the address on the envelope sent to you by the court.

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

THIS SPACE IS FOR COURT USE ONLY

Name of Creditor and Address: the person or other entity to whom the debtor owes money or property

KING WINE & LIQUOR #2
2346 FRUITRIDGE Rd,
SACRAMENTO, CA, 95822

Creditor Telephone Number ( )

Name and address where notices should be sent (if different from above):

Creditor Telephone Number ( )

Account or other number by which creditor identifies debtor:

916-428-5584

Check here if this claim: □ replaces
□ amends a previously filed claim, dated:

1. Basis for Claim:

2. Date debt was incurred: 05/01/2022

3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):

4. Total Amount of Administrative Claim: $ 2717.96/100

□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. CREDITS: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

6. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

7. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below so that it is received by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

DATE
05/01/2023

SIGNATURE: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

Scanned with CamScanner

# EXHIBIT 42

# EXHIBIT 43

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** |
|---|---|---|

□ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

□ Check box if you have never received any notices from the bankruptcy court in this case.

□ Check box if the address differs from the address on the envelope sent to you by the court.

***This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.***

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

KING WINE & LIQUOR#3
1120 FULTON AVE # A
SACRAMENTO, CA, 95826

THIS SPACE IS FOR COURT USE ONLY

**Creditor Telephone Number (    )**

**Name and address where notices should be sent (if different from above):**

**Creditor Telephone Number (    )**

**Account or other number by which creditor identifies debtor:**
916-485-6610

Check here if this claim: □ replaces □ amends a previously filed claim, dated:

**1. Basis for Claim:**

**2. Date debt was incurred:** 05/01/2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

**4. Total Amount of Administrative Claim:** $ 2222.00

□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

| DATE 05/01/2023 | SIGNATURE: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

Scanned with CamScanner

# EXHIBIT 43

# EXHIBIT 44

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

In re: Cash Cloud, Inc.

Case No. 23-10423-mkn

**PLEASE NOTE:**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

Name of Creditor and Address: the person or other entity to whom the debtor owes money or property

N KING WINE & LIQUORS
408 E BIDWELL ST.
FOLSOM, CA 95630

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court

THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number (916) 9833871

Name and address where notices should be sent (if different from above):

Creditor Telephone Number ( )

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated:

1. Basis for Claim:

2. Date debt was incurred: 05/01/2023

3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):

4. Total Amount of Administrative Claim: $ 2470 - 00/100

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. CREDITS: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

6. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

7. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below so that it is received by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

DATE 05/01/2023

SIGNATURE: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146882928.1

# EXHIBIT 44

# EXHIBIT 45

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|

**In re: Cash Cloud, Inc.**

**Case No. 23-10423-mkn**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

**RECEIVED AND FILED**

AUG 23 2023

**U.S. BANKRUPTCY COURT**
~~MARY A. SCHOTT, CLERK~~
THIS SPACE IS FOR COURT USE ONLY

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Mrs.
Pat McDonald
836 Fleetwood Place Dr.
Houston, Tx 77079

Creditor Telephone Number ( ) 346-232-8045

STRETTO

AUG 31 2023

RECEIVED

Name and address where notices should be sent (if different from above):

Creditor Telephone Number ( ) 346-232-8045

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:** Deposit made to Cash Cloud machine

**2. Date debt was incurred:** 5-18-23

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

Deposited $2000 into Cash Cloud machine

**4. Total Amount of Administrative Claim: $** 2000.00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| **DATE**<br>8/18/2023 | **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Pat M Donald |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

*Please note: Receipt didn't print out.*

# EXHIBIT 45

# EXHIBIT 46

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|

**In re: Cash Cloud, Inc.**

Case No. 23-10423-mkn

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

✓ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

**RECEIVED AND FILED**

**AUG 28 2023**

**U.S. BANKRUPTCY COURT**
~~MARY A. SCHOTT CLERK~~

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

BRANCE WESTBROOKS

5000 RAVENS COURT
MATTHEWS, NC
28104

Creditor Telephone Number (33 )909-2947

Name and address where notices should be sent (if different from above):

STRETTO

AUG 31 2023

RECEIVED

Creditor Telephone Number ( )

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:** NEVER RECIEVED REFUND FOR EXCEEDING daily limit of ATM deposit.

**2. Date debt was incurred:** 05/02/23

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**
I EXCEEDED MY $25,000 ATM DEPOSIT LIMIT, BECAUSE OF THIS, I WAS TOLD I WOULD BE GETTING A REFUND IN 6-8 WEEKS. I NEVER RECIEVED MY REFUND.

**4. Total Amount of Administrative Claim:** $ 3,200

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

**THIS SPACE IS FOR COURT USE ONLY**

**DATE**
07/19/23

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 46

# EXHIBIT 47

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | _____ |
| Debtor 2 (Spouse, if filing) | _____ |
| United States Bankruptcy Court for the: _____ District of _____ | |
| Case number | _____ |

**RECEIVED AND FILED**

AUG 2 4 2023    LLH

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

**Official Form 410**

## Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

**Part 1:    Identify the Claim**

**1. Who is the current creditor?**

_JACQUELINE JO Fitch_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _JACKIE Fitch_

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

STRETTO

AUG 3 1 2023

RECEIVED

Where should notices to the creditor be sent?

Name _JACQUELINE JO Fitch_
_22413 NE 227TH AVE_
Number    Street
_BATTLE Ground WA 98604_
City    State    ZIP Code

Contact phone _503-313-8309_

Contact email _Lazybeardreamzz@outlook.com_

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Where should payments to the creditor be sent? (if different)

Name _____
Number    Street
City    State    ZIP Code

Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

---

Official Form 410    **Proof of Claim**    page 1

# EXHIBIT 47

# EXHIBIT 48

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

**In re: Cash Cloud, Inc.**

**Case No. 23-10423-mkn**

Cash cloud, Inc/DBA Coin cloud
c/o Stretto
410 Exchange ste 100 Invinc ca

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

EDiTA Pearil
13115 cameron Crest Ln.
Sugar Land, TX 77498-7417

☑ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. 9360∼

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number ( ) 817-689-3734

Name and address where notices should be sent (if different from above):

Same above

Please Send Back
Money Order
or
Certified check

Creditor Telephone Number ( ) 817-689-3734

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:** enclosed reciepts

Date Stamp Copy Returned

**2. Date debt was incurred:** June 8, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

Attached Reciept + Answers on Text recorded

STRETTO

AUG 23 2023

RECEIVED

**4. Total Amount of Administrative Claim:** $ 6,000 attached reciept

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.
Aug 19.23

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023. <br><br> Clerk of the United States Bankruptcy Court, District of Nevada <br> 300 Las Vegas Blvd. South, Las Vegas, NV 89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| DATE <br> Aug 16, 2023 | **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. <br><br> EDiTA C. PEARIL, Edita c pearil |
|---|---|

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146882928.1

# EXHIBIT 48

**EXHIBIT 49**

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | ADMINISTRATIVE CLAIM FORM |
|---|---|---|

| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** |
|---|---|---|

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

**RECEIVED AND FILED**    **MAG**

AUG 14 2023

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

THIS SPACE IS FOR COURT USE ONLY

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Debbie Defenbaugh
75 Olmstead Row
The Woodlands, TX 77380

Creditor Telephone Number 832 797-3993

Name and address where notices should be sent (if different from above):

Creditor Telephone Number 832 797-3993

STRETTO

AUG 24 2023

RECEIVED

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated:

**1. Basis for Claim:** I deposited $5,000 in a Coin Cloud ATM but the amount was never put in a wallet. I was told I would receive my refund in 6-8 weeks.

**2. Date debt was incurred:** May 18, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):** Coin Cloud owes me $5,000. I deposited this amount in a Coin Cloud ATM but since it was never placed in a wallet, I was told I would receive a full refund. I have been waiting since May 18, 2023.

**4. Total Amount of Administrative Claim: $** 5,000.00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023. <br><br> Clerk of the United States Bankruptcy Court, District of Nevada <br> 300 Las Vegas Blvd. South, Las Vegas, NV 89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| DATE <br> 8/11/23 | SIGNATURE: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. <br><br> *Debbie Defenbaugh*    Debbie Defenbaugh |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

**EXHIBIT 49**

# EXHIBIT 50

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **ADMINISTRATIVE CLAIM FORM** |
|---|---|

| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** |
|---|---|---|

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Frank D Mathis
2544 Circle dr, Santa Clara, Utah 84765

□ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

□ Check box if the address differs from the address on the envelope sent to you by the court.

*This form should only be used to assert an administrative expense claim that was incurred after February 6, 2023 but before July 21, 2023.*

AUG 2 1 2023   LLH

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK
RECEIVED AND FILED

RETURNED LLH

AUG X 2023

THIS SPACE IS FOR COURT USE ONLY

Creditor Telephone Number ( 435 668 1269

Name and address where notices should be sent (if different from above):

STRETTO

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

AUG 2 4 2023

RECEIVED

Creditor Telephone Number (   )

Account or other number by which creditor identifies debtor:

Check here if this claim: □ replaces
□ amends a previously filed claim, dated:

**1. Basis for Claim:** I was involved in a scam where I was asked to withdraw money from my Credit Union under the assupis that there was a peson in the credit union that was using my account and moneys dishonesty. The process of the scam was for me to put money, ($4000.00) in a coin cloud machine where it could be incripted and the money would be used to catch the dishonest person in the Credit Union.

**2. Date debt was incurred:** April 3, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

See the attached information that was sent to the FBI about this case. I didn't receive this information about the case untill July 25th. The 24th was a holiday in our state. The information came in a plain white envelope with no postmark.

**4. Total Amount of Administrative Claim: $** $4000.00

□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|

| **DATE** July 26, 2023 | **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  *Frank D Mathis* |
|---|---|

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146882928.1

# EXHIBIT 50

# EXHIBIT 51

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **ADMINISTRATIVE CLAIM FORM** |
|---|---|---|

| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** |
|---|---|---|

**In re: Cash Cloud, Inc.**

Judy A. Nelson
9926 Pale Star Dr.
Houston, Tx 77064

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Judy A. Nelson
9926 Pale Star Dr.
Houston, Tx 77064

Creditor Telephone Number ( ) 281-844-7703

□ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

✓ Check box if you have never received any notices from the bankruptcy court in this case.

□ Check box if the address differs from the address on the envelope sent to you by the court.

Case No. 23-10423-mkn

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

**RECEIVED AND FILED**

AUG 16 2023    **BR**

**U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK**

THIS SPACE IS FOR COURT USE ONLY

**Name and address where notices should be sent (if different from above):**

Creditor Telephone Number ( )

**Account or other number by which creditor identifies debtor:**
281-844-7703

| STRETTO
AUG 24 2023
RECEIVED

Check here if this claim: □ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:**
Coincloud is currently holding onto $15,000.00 of my money after they told me in writing on 5/4/2023 that I would expect a refund in 6-8 weeks.

**2. Date debt was incurred:** May 3, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**
I was scammed. The money never made it to the scammer I was told in writing by coincloud that I would receive the money in 6-8 weeks. I was never told about the bankruptcy proceedings.

**4. Total Amount of Administrative Claim: $** 15,000.00

□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

THIS SPACE IS FOR COURT USE ONLY

**DATE**
7-29-23

**SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Judy A. Nelson*    Judy A. Nelson

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

146882928.1

# EXHIBIT 51

# EXHIBIT 52

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | **PLEASE NOTE:** |
|---|---|---|

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Melvene McCoy
6343 Logans Lane Apt. 3401
Lynchburg, Va. 24502

Creditor Telephone Number 770-630-9609

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.* **RECEIVED AND FILED**

**AUG 2 1 2023   LLH**

**U.S. BANKRUPTCY COURT**
**MARY A. SCHOTT, CLERK**

THIS SPACE IS FOR COURT USE ONLY

Name and address where notices should be sent (if different from above):

Same as above

Creditor Telephone Number ( )

STRETTO

AUG 24 2023

RECEIVED

Account or other number by which creditor identifies debtor:

N/A

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:**

Owed a refund from Coin Cloud of $5,000.00

**2. Date debt was incurred:** April 14, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):** Owed a refund for $5,000.00 that I never received from Coin Cloud as promised since 4/13/2023. They kept stalling to give me my refund and the next thing I knew I was sent this chapter 11 information from the bankruptcy court of Nevada

**4. Total Amount of Administrative Claim: $** 5,000.00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below so that it is received by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| **DATE** 8/14/2023 | **SIGNATURE:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Melvene McCoy |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 52

# EXHIBIT 53

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | ADMINISTRATIVE CLAIM FORM |
|---|---|

**In re: Cash Cloud, Inc.**

Case No. 23-10423-mkn

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**PLEASE NOTE:**

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

✔ Check box if you have never received any notices from the bankruptcy court in this case.

**Name of Creditor and Address:** the person or other entity to whom the debtor owes money or property

Valerie Douglas
6507 Laurel Springs Court
Charlotte, N.C. 28227

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**RECEIVED AND FILED**

AUG 22 2023

**U.S. BANKRUPTCY COURT**
MARY A. SCHOTT, CLERK

Creditor Telephone Number ( 980-401-2662

Name and address where notices should be sent (if different from above):

Same as above

STRETTO

AUG 24 2023

RECEIVED

Creditor Telephone Number ( 980-401-2662

Account or other number by which creditor identifies debtor:

Skyla Bank

Check here if this claim: ✔ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:** Typed on a seperate paper.

**2. Date debt was incurred:** May 17, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**

**4. Total Amount of Administrative Claim:** $ 10,700

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim have been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

| The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below **so that it is received** by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.<br><br>Clerk of the United States Bankruptcy Court, District of Nevada<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| DATE<br>8-1-2023 | SIGNATURE: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Valerie Douglas |
|---|---|

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*

146882928.1

# EXHIBIT 53