BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
    nkoffroth@foxrothschild.com

*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-MKN |
|---|---|
| CASH CLOUD, INC.,<br>dba COIN CLOUD<br><br>Debtor. | Chapter 11<br><br>**DECLARATION OF DANIEL AYALA IN SUPPORT OF DEBTOR'S OMNIBUS OBJECTION TO LATE FILED AND NON-COMPLIANT ADMINISTRATIVE EXPENSE CLAIMS**<br><br>Hearing Date: October 19, 2023<br>Hearing Time: 10:30 a.m. |

I, Daniel Ayala, declare as follows:

1. I am the Independent Director of Cash Cloud, Inc., dba Coin Cloud, the debtor and debtor-in-possession (the "Debtor").

2. Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I make this Declaration in support of the objection captioned above ("Objection").[1]

3. Debtor objects to the Late Filed Claims because they were filed after the Bar Date, and in many cases, were not sent to or filed with the Bankruptcy Court as required by the Bar Date Order.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings ascribed them in the Objection.

1

149562591.2

4.  Debtor has determined that each of the Late Filed Claims set forth on Exhibit 1 to the Objection was filed after the Bar Date and, in many instances, such Late Filed Claims were also sent to Debtor's counsel rather than properly sent to or filed with the Bankruptcy Court. Debtor has also determined that each holder of a Late Filed Claim had proper notice of the Bar Date. The names of the holders of each of the Late Filed Claims were compared to the list of parties who received the Bar Date Notice as indicated on the Certificates of Service. All parties were each listed on the Certificates of Service as set forth in more detail on Exhibit 1 to the Objection, at their last known address or email address on file with Debtors.

5.  None of the parties who filed the Late Filed Claims have either filed a motion under Rule 3002(c)(6) contending that the notice of the Bar Date they received was insufficient, or filed a motion under Rule 9006(c)(1) contending that their failure to time file such Late Filed Claims was a result of excusable neglect.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed this 20th day of September, 2023 in Las Vegas, Nevada.

/s/ *Daniel Ayala*
DANIEL AYALA

149562591.2