BRETT A. AXELROD, ESQ., NV Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ., NV Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email:  baxelrod@foxrothschild.com
            nkoffroth@foxrothschild.com

*Counsel for Debtor Cash Cloud Inc.*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                Debtor. | Case No. BK- 23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S OMNIBUS OBJECTION TO LATE FILED AND NON-COMPLIANT ADMINISTRATIVE EXPENSE CLAIMS**<br><br>Hearing Date:  October 19, 2023<br>Hearing Time:  10:30 a.m. |
|---|---|

**PLEASE TAKE NOTICE** that on September 20, 2023, Cash Cloud, Inc. (the "Debtor"), by and through its counsel, filed an *Debtor's Omnibus Objection To Late Filed And Non-Compliant Administrative Expense Claims* (the "Objection").[1]  A list of the late filed and noncompliant administrative proofs of claim being objected to are set forth on **Exhibit 1** attached hereto.

**NOTICE IS FURTHER GIVEN** that copies of the Objection may be obtained by contacting Debtor's reorganization counsel, Fox Rothschild, LLP, Attn: Angela Hosey, Paralegal, email:  ahosey@foxrothschild.com, or by download at: https://cases.stretto.com/CashCloud (the "Case Website").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Objection, or if you want the court to consider your views on the Objection, then you must

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Objection.

1

149573725.1

file an opposition with the court, and serve a copy on the person making the Objection *no later than 14 days* preceding the hearing date for the Objection, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Objection will be held before a United States Bankruptcy Judge, via teleconference on **October 19, 2023 at 10:30 a.m. prevailing Pacific time**. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code 029066#.

Dated this 20th day of September, 2023.

                    **FOX ROTHSCHILD LLP**

                    By: /s/ Brett A. Axelrod
                        BRETT A. AXELROD, ESQ. (5859)
                        NICHOLAS A. KOFFROTH, ESQ. (16264)
                        1980 Festival Plaza Drive, Suite 700
                        Las Vegas, Nevada 89135
                *Counsel for Debtor*

149573725.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

# EXHIBIT 1
## (Late Filed Claims Summary)

| Claimant | ECF No. | Exhibit No. | Date Filed/ Received | Amount | COS (ECF No.) | Filed with USBC? |
|---|---|---|---|---|---|---|
| Jeffrey L. Garon | N/A | 2 | 07/21/2023 | $ 7,728.00 | 841  p.  46 | No |
| Marcus Sheppard |  | 3 | 07/21/2023 | $ 2,000.00 | 884  p.  15 | No |
| Amazon Web Services, Inc. | 913 | 4 | 07/21/2023 | $ 26,559.04 | 841  pp.  10, 13, 99 | Yes |
| CPR Cell Phone Repair North Kansas City | N/A | 5 | 07/21/2023 | $ 2,200.00 | 841  p.  26 | Yes |
| Denise Hodges | N/A | 6 | 07/21/2023 | $ 13,000.00 | 884  p.  13 | No |
| Matt Jackson/Tech Doc's Depot | N/A | 7 | 07/21/2023 | $ 1,000.00 | 841  p.  83 | Yes |
| Catherine L. Ford-Babiero | POC 167 | 8 | 07/28/2023 | $ 8,100.00 | 884  p.  6 | Yes |
| Federico Flores[1] | N/A | 9 | 07/25/2023 | $ 1,500.00 | 884  p.  7 | Yes |
| David Behymer | N/A | 10 | 07/27/2023 | $ 8,500.00 | 884  p.  13 | Yes |
| Frankie Epley | N/A | 11 | 07/27/2023 | $ 5,500.00 | 884  p.  13 | Yes |
| Natalie Dodge | N/A | 12 | 07/27/2023 | $ 1,100.00 | 884  p.  15 | Yes |
| Varanise Booker | N/A | 13 | 07/27/2023 | $ 13,500.00 | 884  p.  16 | Yes |
| Brenda Griffin | N/A | 14 | 07/31/2023 | $ 9,500.00 | 884  p.  6 | Yes |
| Eric E. Brage, Jr. | N/A | 15 | 07/31/2023 | $ 1,800.00 | 884  p.  13 | Yes |
| James D. Favors | N/A | 16 | 07/31/2023 | $ 15,000.00 | 884  p.  14 | Yes |
| James Thomas Jarret | N/A | 17 | 07/31/2023 | $ 1,000.00 | 884  p.  14 | Yes |
| Laura Utke-Wilhite | N/A | 18 | 07/31/2023 | $ 1,800.00 | 884  p.  14 | No |
| Linda Stelling | N/A | 19 | 07/31/2023 | $ 3,000.00 | 884  p.  15 | Yes |
| Marlene Sanders | N/A | 20 | 07/31/2023 | $ 7,000.00 | 884  p.  15 | Yes |
| Mary L. Parnell | N/A | 21 | 07/31/2023 | $ 25,000.00 | 884  p.  15 | Yes |
| Miles D. Moore | N/A | 22 | 07/31/2023 | $ 15,000.00 | 884  p.  15 | Yes |
| Renee Caillier | N/A | 23 | 07/31/2023 | $ 2,000.00 | 884  p.  15 | Yes |
| Susannah Peachey[2] | N/A | 24 | 07/31/2023 | $ 300.00 | 884  p.  11 | Yes |
| Danny Cody | N/A | 25 | 08/01/2023 | $ 5,000.00 | 884  p.  13 | No |
| Maurice Michaud | N/A | 26 | 08/01/2023 | $ 25,000.00 | 884  p.  15 | Yes |
| A Selecta's Inc. | N/A | 27 | 08/02/2023 | $ 6,650.00 | 841  p.  7 | Yes |

---

[1] Federico Flores was listed as Coin Cloud Customer with a mailing address of 1115 NW Elm Ave, Lawton, OK 73507.

[2] Susannah Peachy was listed as Coin Cloud Customer with a mailing address of 4724 Landrum Rd, Columbus, NC 28722.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

149573725.1

| Name | | | Date | Amount | | | | Yes/No |
|---|---|---|---|---|---|---|---|---|
| Joel Dukart[3] | N/A | 28 | 08/02/2023 | $ 2,000.00 | 884 | p. | 14 | Yes |
| Kimberly Potts | N/A | 29 | 08/03/2023 | $ 700.00 | 884 | p. | 14 | No |
| Barbara Lewis-Baca | N/A | 30 | 08/03/2023 | $ 8,300.00 | 884 | p. | 6 | Yes |
| Heather Cowan | N/A | 31 | 08/03/2023 | $ 10,000.00 | 884 | p. | 13 | Yes |
| Jane Harding | N/A | 32 | 08/04/2023 | $ 15,000.00 | 884 | p. | 14 | Yes |
| Sheree Campbell[4] | N/A | 33 | 08/07/2023 | $ 1,050.00 | 884 | p. | 9 | Yes |
| Zackary Clark[5] | N/A | 34 | 08/07/2023 | $ 5,800.00 | 884 | p. | 11 | Yes |
| Good 2 Go Stores LLC | 1067 | 35 | 08/10/2023 | $ 27,207.00 | 841 | p. | 38 | Yes |
| Floyd Ricky Hankins[6] | N/A | 36 | 08/07/2023 | $ 9,200.00 | 884 | p. | 12 | No |
| Jacob Brawley/Ship N' Shore Laundry LLC | N/A | 37 | 08/10/2023 | $ 1,200.00 | 841 | p. | 75 | Yes |
| 5 King Wine & Liquors | N/A | 38 | 08/14/2023 | $ 1,250.00 | 841 | p. | 6 | Yes |
| E. Allan Pace | N/A | 39 | 08/15/2023 | $ 19,000.00 | 884 | p. | 13 | No |
| Sharol Rich | N/A | 40 | 08/15/2023 | $ 2,000.00 | 884 | p. | 15 | No |
| King Wine & Liquor | N/A | 41 | 08/19/2023 | $ 2,700.00 | 841 | p. | 48 | No |
| King Wine & Liquor #2 | N/A | 42 | 08/19/2023 | $ 2,717.00 | 841 | p. | 48 | No |
| King Wine & Liquor #3 | N/A | 43 | 08/19/2023 | $ 2,223.00 | 841 | p. | 48 | No |
| IV King Wine & Liquors | N/A | 44 | 08/19/2023 | $ 2,470.00 | 841 | p. | 44 | Yes |
| Pat McDonald[7] | POC 207 | 45 | 08/23/2023 | $ 2,000.00 | 884 | p. | 12 | Yes |
| Brance Westbrooks | POC 208 | 46 | 08/28/2023 | $ 3,200.00 | 884 | p. | 6 | Yes |
| Jacqueline Jo Fitch[8] | POC 209 | 47 | 08/24/2023 | $ 6,335.00 | 884 | p. | 14 | Yes |

---

[3] Notice was provided to Jahlere Collins, an employee of Joel Dukart with a mailing address of 2525 Concord Pike, Wilmington, DE 19803.

[4] Sheree Campbell was listed as Coin Cloud Customer with a mailing address of 1913 W. Cool Water Way, Queen Creek, AZ 85142.

[5] Zackary Clark was listed as Coin Cloud Customer with a mailing address of 415 Graff Ct, Grand Blanc, MI 48439.

[6] Floyd Ricky Hankins was listed as Coin Cloud Customer with a mailing address of 5903 Honeysuckle Ave, Bakerfield, CA 93313.

[7] Pat McDonald was listed as Coin Cloud Customer with a mailing address of 836 Fleetwood Place Dr, Houston, TX 77079.

[8] Jacqueline Jo Fitch was listed as Coin Cloud Customer with a mailing address of 22413 NE 227th Ave, Battle Ground, WA 98604.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

| Edita Pearil[9] | N/A | 48 | 08/23/2023 | $ 6,000.00 | 884 | p. | 8 | No |
|---|---|---|---|---|---|---|---|---|
| Deborah Defenbaugh | N/A | 49 | 08/15/2023 | $ 5,000.00 | 884 | p. | 13 | Yes |
| Frank D. Mathis | N/A | 50 | 08/21/2023 | $ 4,000.00 | 884 | p. | 13 | Yes |
| Judy A. Nelson | N/A | 51 | 08/16/2023 | $ 15,000.00 | 884 | p. | 14 | Yes |
| Melverne McCoy | N/A | 52 | 08/21/2023 | $ 5,000.00 | 884 | p. | 15 | Yes |
| Valerie Douglas | N/A | 53 | 08/22/2023 | $ 10,700.00 | 884 | p. | 16 | Yes |

---

[9] Edita Pearil was listed as Coin Cloud Customer with a mailing address of 13115 Cameron Crest Ln, Sugar Land, TX 77498.

3

149573725.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)