BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **SECOND SUPPLEMENTAL DECLARATION OF TANNER JAMES IN SUPPORT OF OMNIBUS REPLY IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO SURCHARGE THE COLLATERAL OF GENESIS GLOBAL HOLDCO, LLC, ENIGMA SECURITIES LIMITED, AND AVT NEVADA, L.P.**<br><br>Hearing Date: October 16, 2023<br>Hearing Time: 9:30 a.m. (Pacific Time) |

149666693.1

I, Tanner James, declare as follows:

1. I am a Vice President at Province, LLC ("Province"), the financial advisor to Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Bankruptcy Case"). I make this Declaration in further support of the *Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P.* [Docket No. 926] (the "Motion"),[1] the *Omnibus Reply in Support of Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P.* [Docket No. 1243] (the "Reply"), and for all other purposes authorized by law.

2. In my capacity with Province, I am familiar with the records of the Debtor and am familiar with the surcharge analysis set forth herein. In addition, I was involved with the sale of the Debtor's assets and consulted with my colleagues and other knowledgeable estate professionals. Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3. On request of the Debtor, and in response to the issues raised in the Objections, I conducted a full and independent an analysis of the each billing entry utilized to calculate the professional fees included in the surcharge expenses (the "Sale Costs") set forth in the Motion to analyze their reasonableness and necessity in the Debtor's efforts to preserve and enhance the value of the Secured Creditors' Collateral for the benefit of the Secured Creditors.

4. The fee statements of the following professionals included detailed billing entries describing the specific work performed under discrete task categories related to the sale, including "Asset Disposition," "Sale Process", and "Use, Sale, or Lease of Property." In reviewing the billing entries associated with these task codes, I was able to identify the work performed for a specific entry, the time, and the associated fee. The narrative descriptions of time entries allowed me to determine whether a specific entry was associated with the efforts to sell the Secured Creditors' Collateral. The

---

[1] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Motion or Reply, as applicable.

1

149666693.1

pages of detailed billing entries are not reproduced here to avoid needless duplication and because they are filed on the docket of the Bankruptcy Case. As set forth below, I specifically identify the billing entries I reviewed by reference to docket number and task codes for each professional.

5. My full and independent review of the fee statements and fee amounts utilized to determine the total proposed Sale Costs component of the surcharge amount set forth in the Motion is as follows:

a. **Seward & Kissel LLP.** I reviewed the monthly fee statements [Docket Nos. 559, 567, 640, 984, 1069] filed by Seward & Kissel in the Bankruptcy Case for the period between February 23, 2023 and June 30, 2023. I specifically reviewed each of the entries for fees and expenses associated with the "Asset Disposition" billing code in the Seward & Kissel fee statements. Based on my review of those billing entries, I determined that $251,773 of billing entries were associated with the sale of the Secured Creditor's Collateral and performed to advance the proposed sale. By contrast, the estimated amount of sale related fees and expenses estimated in my original declaration in support of the Motion was $248,015. *See* Docket No. 927.

b. **McDonald Carano LLP.** I reviewed the monthly fee statements [Docket Nos. 560, 568, 641, 985, 986] filed by McDonald Carano in the Bankruptcy Case for the period between February 24, 2023 and June 30, 2023. I specifically reviewed each of the entries for fees and expenses associated with the "Asset Disposition" billing code in the McDonald Carano fee statements. Based on my review of those billing entries, I determined that $1,495 of billing entries were associated with the sale of the Secured Creditor's Collateral and performed to advance the proposed sale. By contrast, the estimated amount of sale related fees and expenses estimated in my original declaration in support of the Motion was $715. *See* Docket No. 927.

c. **Fox Rothschild LLP.** I reviewed the monthly fee statements [Docket Nos. 436, 575, 721, 864] filed by Fox Rothschild in the Bankruptcy Case for the period between February 7, 2023 and June 30, 2023. I specifically reviewed each of the entries for fees and expenses associated with the "Use, Sale, or Lease of Property" billing code in the Fox Rothschild fee statements. Based on my review of those billing entries, I determined that $406,857 of billing entries were associated with the sale of the Secured Creditor's Collateral and performed to advance the proposed sale. By

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

149666693.1

1   contrast, the estimated amount of sale related fees and expenses estimated in my original declaration
2   in support of the Motion was $406,857.  See Docket No. 927.

3          d.   **Province, LLC.**  I reviewed the monthly fee statements [Docket Nos. 500,
4   600, 784, 923] filed by Province in the Bankruptcy Case for the period between February 7, 2023 and
5   June 30, 2023.  I specifically reviewed each of the entries for fees and expenses associated with the
6   "Sale Process" billing code in the Province fee statements.  Based on my review of those billing
7   entries, I determined that $630,361 of billing entries were associated with the sale of the Secured
8   Creditor's Collateral and performed to advance the proposed sale.  By contrast, the estimated amount
9   of sale related fees and expenses estimated in my original declaration in support of the Motion was
10  $629,624.  See Docket No. 927.

11         e.   **Stretto Inc.**  On September 20, 2023, I received an email from Angela Tsai, a
12  Director of Corporate Restructuring at Stretto, Inc., in response to my request for further support of
13  their determination that Stretto incurred $27,500 of fees and expenses in connection with the sale
14  process.  A true and correct copy of my email communication with Ms. Tsai is attached hereto as
15  **Exhibit A**.  My understanding is that the Stretto expense totals $27,217.02, in comparison with the
16  $27,500 amount estimated in my original declaration.  See Docket No. 927.  I reviewed the expense
17  calculations provided by Ms. Tsai and confirmed that the billings are associated with noticing costs
18  incurred by the estate to provide required notices of the sale, auction, and request to extend the
19  deadline or assume or reject leases to parties entitled to notice under applicable law.  Based on my
20  review of the information provided by Stretto, I determined that $27,217.02 of the expense
21  calculations were associated with the sale of the Secured Creditor's Collateral and performed to
22  advance the proposed sale.

23      6.   **FTI Consulting, Inc.**  I have made several requests for the fee statements utilized by
24  FTI Consulting, Inc., financial advisor to the Official Committee of Unsecured Creditors, to support
25  their determination that FTI incurred $142,003.44 of fees and expenses in connection with the sale
26  process.  I have not received copies of the underlying fee statements.  As such, I have been unable to
27  conduct a full and independent review of the reported fee and expense amounts provided by FTI.
28  However, as set forth in my declaration [Docket No. 927] in support of the Motion, FTI provided me

the calculation based on email communications requesting solely the fees and expenses incurred by FTI in connection with the sale process in the Bankruptcy Case.

7. I have reviewed the Objections specifically with respect to the Secured Creditors' claims that the Debtor has not demonstrated the proposed surcharge expenses are reasonable, necessary, or beneficial to the Secured Crediors. However, based on my review, I did not identify objections to specific billing entries in the docketed monthly fee statements utilized to determine the surcharge amount for Sale Costs set forth in my original declaration [Docket No. 927]. As such, I was unable to analyze any specific objections to particular billing entries. As set forth above, I concluded that the foregoing billing entries I reviewed were associated with the sale process and the successful disposition of the Secured Creditors' Collateral.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated this 20th day of September, 2023.

                                        */s/ Tanner James*
                                          Tanner James

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**Exhibit A**

**From:** Angela Tsai <Angela.Tsai@stretto.com>
**Sent:** Wednesday, September 20, 2023 6:39:09 PM
**To:** Tanner James <tjames@provincefirm.com>
**Subject:** RE: Coin Cloud - Sale Costs

==EXTERNAL EMAIL==

Tanner,

Please see the below detailed expense calculations for the sale related expenses. Realized that the creditor count back then was lower than discussed on the phone, as it was before the 400+ customers were added.

The original Notice of Bidding Procedure service was not included in the original estimate, just the subsequent notices/documents. Please feel free to let me know if there is anything further you might need.

| Date of Service | Document | Page Count | Notice Party Count | Printing | Postage | Label | Total Expense |
|---|---|---|---|---|---|---|---|
| 4/28/2023 | Notice of Bidding Procedures | 5 | 5,117 | $0.50 | $0.58 | $0.15 | $6,29 |
| 5/12/2023 | SOLICITATION MAILING - Group 4 - NON-CLAIMHOLDERS ON EX A FOR DN 534 | 8 | 1,246 | $0.80 | $0.58 | $0.15 | $1,90 |
| 5/12/2023 | SOLICITATION MAILING - CLASS 3B - COUNTERPARTIES FOR DN 534 | 19 | 902 | $1.90 | $0.58 | $0.15 | $2,37 |
| 6/6/2023 | Amended Notice of Auction Results (Docket no. 621) | 3 | 5,150 | $0.30 | $0.58 | $0.15 | $5,30 |
| 6/16/2023 | Sale Motion NOE (DN 725) | 7 | 5,200 | $0.70 | $0.58 | $0.15 | $7,43 |
| 6/20/2023 | Notice of Amended Sale Motion (DN 731) | 3 | 5,203 | $0.30 | $0.58 | $0.15 | $5,35 |
| 6/22/2023 | Notices of Filing re: Sale Motion & IMA Motion | 2 | 5,203 | $0.20 | $0.58 | $0.15 | $4,83 |
| | | | | | | | $27,2 |

Thanks,
Angela

**Angela Tsai**
Director, Corporate Restructuring

1

T: 714.716.1922 | C: 917.280.3977

---

**From:** Angela Tsai <Angela.Tsai@stretto.com>
**Sent:** Saturday, June 24, 2023 8:29 AM
**To:** Tanner James <tjames@provincefirm.com>
**Cc:** Daniel Moses <dmoses@provincefirm.com>; Williams, Zachary <ZWilliams@foxrothschild.com>
**Subject:** RE: Coin Cloud - Sale Costs

Hi Tanner,

Per our discussion, our expenses incurred so far for services of all sale related documents is ~$27,500.  Please feel free to let me know if there is anything further you might need.

Thanks,
Angela

**Angela Tsai**
Director, Corporate Restructuring
T: 714.716.1922 | C: 917.280.3977

---

**From:** Tanner James <tjames@provincefirm.com>
**Sent:** Friday, June 23, 2023 2:08 PM
**To:** Angela Tsai <Angela.Tsai@stretto.com>
**Cc:** Daniel Moses <dmoses@provincefirm.com>; Williams, Zachary <ZWilliams@foxrothschild.com>
**Subject:** Coin Cloud - Sale Costs

**[External Email]**

Hi Angela,

Can you please let me know what the costs/expenses have been through Stretto associated with the noticing the sale process?

Best,

**PROVINCE**

**Tanner James**
*Senior Associate*

2360 Corporate Circle, Suite 340
Henderson, NV, 89074
check out the new provincefirm.com

c: (847) 951-5096
o: (702) 685-5555
tjames@provincefirm.com

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are intended recipient, you should delete this message and are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any ac based on it, is strictly prohibited.