United States Bankruptcy Court
District of Nevada

In re:                                                                                  Case No. 23-10423-mkn
CASH CLOUD, INC.                                                                        Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2                          User: admin                                       Page 1 of 4
Date Rcvd: Sep 19, 2023                       Form ID: pdf910                           Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | ANDREW J. MATOTT, SEWARD & KISSEL, ONE BATTERY PARK PLAZA, NEW YORK, NY 10004-1485 |
| aty | + | ANDREW KISSNER, MORRISON & FOERSTER LLP, 250 WEST 55TH STREET, NEW YORK, NY 10019-0050 |
| aty | + | CATHERINE V. LOTEMPIO, SEWARD & KISSEL, ONE BATTERY PARK PLAZA, NEW YORK, NY 10004-1485 |
| aty | + | CHRISTOPHER D. JOHNSON, DIAMOND MCCARTHY LLP, 909 FANNIN STREET, SUITE 3700, HOUSTON, TX 77010-1049 |
| aty | + | GARY LEE, MORRISON & FOERSTER LLP, 250 WEST 55TH STREET, NEW YORK, NY 10019-0050 |
| aty | + | JANE VANLARE, CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA, NEW YORK, NY 10006-1404 |
| aty | + | JORDI GUSO, BERGER SINGERMAN LLP, 1450 BRICKELL AVENUE, STE. 1900, MIAMI, FL 33131-5319 |
| aty | + | Jeffrey Sylvester, Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134-0516 |
| aty | + | KYLE M. WYANT, SHEA LARSEN, 1731 VILLAGE CTR CR, STE 150, LAS VEGAS, NV 89134-0517 |
| aty | + | LAURA MILLER, SEWARD & KISSEL, ONE BATTERY PARK PLAZA, NEW YORK, NY 10004-1485 |
| aty | + | MICHAEL WEINBERG, CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA, NEW YORK, NY 10006-1404 |
| aty | + | PAUL R HAGE, TAFT STETTINIUS AND HOLLISTER LLP, 27777 FRANKLIN ROAD, SUITE 2500, SOUTHFIELD, MI 48034-8222 |
| aty | + | RICHARD KRUGER, TAFT STETTINIUS & HOLLISTER LLP, 27777 FRANKLIN ROAD, SUITE 2500, SOUTHFIELD, MI 48034-8222 |
| aty | + | ROBERT J. GAYDA, SEWARD & KISSEL, ONE BATTERY PARK PLAZA, NEW YORK, NY 10004-1485 |
| aty | + | SEAN A. O'NEAL, STEEN & HAMILTON LLP, ONE LIBERTY PLAZA, NEW YORK, NY 10006-1404 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: jared.a.day@usdoj.gov | Sep 19 2023 23:51:00 | JARED A. DAY, OFFICE OF THE US TRUSTEE, 300 BOOTH ST #3009, RENO, NV 89509-1360 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2023                    Signature:        /s/Gustava Winters

District/off: 0978-2                          User: admin                                Page 2 of 4
Date Rcvd: Sep 19, 2023                       Form ID: pdf910                            Total Noticed: 16

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| ADAM P. SCHWARTZ | on behalf of Interested Party LUX VENDING  LLC d/b/a BITCOIN DEPOT aschwartz@carltonfields.com, amaranto@carltonfields.com |
| ADAM P. SCHWARTZ | on behalf of Defendant LUX VENDING  LLC d/b/a BITCOIN DEPOT aschwartz@carltonfields.com, amaranto@carltonfields.com |
| ANNE FREELAND | on behalf of Creditor AVT Nevada  L.P. atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com |
| ARIEL E. STERN | on behalf of Creditor IPFS CORPORATION ariel.stern@akerman.com  akermanlas@akerman.com |
| BART K. LARSEN | on behalf of Creditor Enigma Securities Limited BLARSEN@SHEA.LAW  3542839420@filings.docketbird.com |
| BRETT A. AXELROD | on behalf of Plaintiff CASH CLOUD  INC. baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com |
| BRETT A. AXELROD | on behalf of Debtor CASH CLOUD  INC. baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com |
| BRETT A. AXELROD | on behalf of Plaintiff CASH CLOUD  INC., DBA COIN CLOUD baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com |
| BRETT A. AXELROD | on behalf of Plaintiff CASH CLOUD  INC., dba COIN CLOUD baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com |
| BRETT A. AXELROD | on behalf of Plaintiff CASH CLOUD  INC., DBA COIN CLOUD, baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com |
| BRIAN D. SHAPIRO | on behalf of Creditor OPTCONNECT MANAGEMENT  LLC brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;6855036420@filings.docketbird.com |
| BRIGID M. HIGGINS | on behalf of Creditor Black Hole Investments fna EZ Coin  LLC bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law |
| CANDACE C CARLYON | on behalf of Interested Party CHRIS MCALARY ccarlyon@carlyoncica.com CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com |
| CHAPTER 11 - LV | USTPRegion17.lv.ecf@usdoj.gov |
| CRAIG P. DRUEHL | on behalf of Creditor OPTCONNECT MANAGEMENT  LLC craig.druehl@dechert.com |
| DAWN M. CICA | on behalf of Interested Party CHRIS MCALARY dcica@carlyoncica.com nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com |
| JAMES M JIMMERSON | on behalf of Plaintiff CASH CLOUD  INC., DBA COIN CLOUD jmj@jimmersonlawfirm.com |
| JAMES PATRICK SHEA | on behalf of Creditor Enigma Securities Limited jshea@shea.law  blarsen@shea.law;support@shea.law |
| JEANETTE E. MCPHERSON | on behalf of Plaintiff CASH CLOUD  INC., dba COIN CLOUD JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com |
| JEANETTE E. MCPHERSON | on behalf of Debtor CASH CLOUD  INC. JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com |

District/off: 0978-2            User: admin            Page 3 of 4

Date Rcvd: Sep 19, 2023            Form ID: pdf910            Total Noticed: 16

JOHN T. WENDLAND
on behalf of Creditor AVT Nevada  L.P. jwendland@wdlaw.com, NVeFile@weildrage.com

Jeffrey R. Sylvester
on behalf of Interested Party CKDL Credit  LLC jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

KURT R. BONDS
on behalf of Creditor Populus Financial Group  Inc. nvefile@hallevans.com, kbonds@alversontaylor.com;adidio@alversontaylor.com

LEW BRANDON, JR.
on behalf of Creditor UNITED NATURAL FOODS  INC. l.brandon@bsnv.law

LOUIS M BUBALA, III
on behalf of Interested Party BROOKFIELD RETAIL PROPERTIES  INC. lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;kmilks@kcnvlaw.com

MARJORIE A. GUYMON
on behalf of Creditor Armondo Redmond bankruptcy@goldguylaw.com mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com;kathrinev@goldguylaw.com

MARJORIE A. GUYMON
on behalf of Creditor Trangistics  Inc. bankruptcy@goldguylaw.com, mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com;kathrinev@goldguylaw.com

MAURICE VERSTANDIG
on behalf of Creditor Brink's  Inc. mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com

MICHAEL L WACHTELL
on behalf of Creditor ORACLE AMERICA  INC. mwachtell@buchalter.com

NEDDA GHANDI
on behalf of Creditor ROCKITCOIN  LLC nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

OGONNA M. BROWN
on behalf of Creditor Cole Kepro International  LLC obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN
on behalf of Defendant COLE KEPRO INTERNATIONAL  LLC obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

PAUL HAGE
on behalf of Creditor Cole Kepro International  LLC phage@taftlaw.com

ROBERT R. KINAS
on behalf of Creditor GENESIS GLOBAL HOLDCO  LLC rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

RONALD E. GOLD
on behalf of Creditor WPG Legacy  LLC rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

RONALD M TUCKER
on behalf of Creditor SIMON PROPERTY GROUP  INC. rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

RYAN A. ANDERSEN
on behalf of Interested Party Luis Flores ryan@aandblaw.com tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com;andersen.ryana.b117998@notify.bestcase.com

RYAN J. WORKS
on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD  INC. dba COIN CLOUD rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS
on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS rworks@mcdonaldcarano.com kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

SHAWN CHRISTIANSON
on behalf of Creditor ORACLE AMERICA  INC. schristianson@buchalter.com, cmcintire@buchalter.com

STACY H RUBIN
on behalf of Defendant LUX VENDING  LLC d/b/a BITCOIN DEPOT srubin@nevadafirm.com, oswibies@nevadafirm.com;mholley@nevadafirm.com;BKECF@nevadafirm.com

STACY H RUBIN
on behalf of Interested Party LUX VENDING  LLC d/b/a BITCOIN DEPOT srubin@nevadafirm.com, oswibies@nevadafirm.com;mholley@nevadafirm.com;BKECF@nevadafirm.com

District/off: 0978-2                     User: admin                          Page 4 of 4
Date Rcvd: Sep 19, 2023                  Form ID: pdf910                       Total Noticed: 16

STEPHEN T LODEN
                    on behalf of Interested Party CHRIS MCALARY sloden@diamondmccarthy.com  cburrow@diamondmccarthy.com

STRETTO
                    ecf@cases-cr.stretto-services.com  aw01@ecfcbis.com,pacerpleadings@stretto.com

STUART FREEMAN WILSON-PATTON
                    stuart.wilson-patton@ag.tn.gov

TIMOTHY A LUKAS
                    on behalf of Creditor Good 2 Go Stores LLC ecflukast@hollandhart.com

U.S. TRUSTEE - LV - 11
                    USTPRegion17.lv.ecf@usdoj.gov

ZACHARY WILLIAMS
                    on behalf of Plaintiff CASH CLOUD  INC., dba COIN CLOUD zwilliams@foxrothschild.com,
                    ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com


TOTAL: 48

_____

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 19, 2023

UNITED STATES BANKRU PTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

CASH CLOUD, INC.,
dba COIN CLOUD,

            Debtor.

Case No.: 23-10423-mkn
Chapter 11

**PRETRIAL (Zoom Telephonic)**
**Date:  October 4, 2023**
**Time:  9:30 a.m.**

**TRIAL (In-Person)**
**Date:  October 16 and 17, 2023**
**Time:  9:30 a.m.**

**(SECOND AMENDED) ORDER REGARDING PRETRIAL AND TRIAL MATTERS**

On August 29, 2023, hearings were held on the Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P. ("Surcharge Motion") (ECF No. 926), brought by the above-captioned debtor ("Debtor"), the Official Committee of Unsecured Creditor's Motion for Derivative Standing (ECF No. 925) (the "Standing Motion"), as well as Enigma Securities Limited's Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, 503, 507, and Bankruptcy Rules 3012 and 8002 (" Admin Expense Application") (ECF No. 873), brought by Enigma Securities Limited ("Enigma") in the above-captioned proceeding.  Appearances were made by Brett A. Axelrod, Esq. on behalf of Debtor; Robert J. Gayda, Esq. and Ryan J. Works, Esq. on behalf of the Official Committee of Unsecured Creditors; Dawn M. Cica, Esq. on behalf of interested party Chris McAlary; and James Patrick Shea, Esq. as well as Andrew Kissner, Esq. on behalf of Enigma.

1    On September 14, 2023, the court entered a Scheduling Order regarding pretrial and trial

2 matters in the above-referenced proceeding (ECF No. 1220), which was amended (ECF No.

3 1249).

4    Good cause appearing,

5 **IT IS HEREBY ORDERED** that a **PRE-TRIAL CONFERENCE** will be held  telephonically

6 on **October 4, 2023, at 9:30 a.m.,** before Judge Mike K. Nakagawa.  Absent further order of the

7 court, the parties must participate and appear telephonically in the pre-trial conference by dialing

8 (669) 254-5252; Meeting ID: 161-062-2560; Passcode: 029066.  Instructions are at:

9 www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearing-participation/.

10    **IT IS FURTHER ORDERED** that unless otherwise ordered, use of Alternate Direct

11 Testimony under Local Rule 9017 will be followed in this case.  The Local Rules can be

12 reviewed on this court's website at www.nvb.uscourts.gov/rules-forms/rules/local-rules/9017/.

13 Plaintiff's Alternate Direct Testimony declarations and exhibits must be submitted to opposing

14 counsel no later than **September 26, 2023.**  Defendant's Alternate Direct Testimony declarations

15 and exhibits must be submitted to opposing counsel no later than **October 5, 2023.**  No later than

16 **October 10, 2023,** both parties shall comply with Local Rule 9017(d)(3) for the submission of

17 documents to the courtroom deputy.  Any additional legal memoranda submitted by the parties

18 must be served and filed no later than **October 10, 2023.**  All other applicable provisions of

19 Local Rule 9017(c), (d), and (e) shall apply.

20    **TRIAL STATEMENTS:**  Each party <u>shall</u> file a trial statement (<u>or</u> counsel may meet

21 and file a joint trial statement).  Trial statements shall contain the information as shown on, and

22 in the form of, <u>Part "A"</u> attached hereto.  Trial statements shall be filed on or before **October 10,**

23 **2023.**

24    Any objections made pursuant to Fed. R. Bank P. 7026(a)(3) shall be made **no later**

25 **than seven days** after the opposing party files its Trial Statement.

26    **PRETRIAL MOTIONS:**  Motions in Limine must be **filed seven days prior to the**

27    **pretrial conference** scheduled in this case.  Responses are due the day before the pretrial

28 conference.

1    **EXHIBITS/WITNESS LISTS:**  Each party **shall contact and make arrangements**

2 **with Cathy Shim,** Courtroom Deputy, **no later than October 10, 2023 for the purpose of**

3 **coordinating trial exhibits.**  To that end, before such meeting, each party shall have lodged the

4 following:

5    (1) Five (5) business days prior to the trial or evidentiary hearing on a contested matter

6 each party must lodge with the courtroom deputy clerk for the assigned judge (i): two (2) copies

7 of all declarations or affidavits and exhibits that the party intends to present at the trial or

8 hearing, which must be sequentially numbered with a bates or other numbering system, bound,

9 tabbed and accompanied by a properly completed "Exhibit Log," that conforms to the local form

10 found on the court's website; and (ii) one (1) copy of that party's written objections to the

11 admission of any of the declarations or exhibits of an opposing party  Log forms may be

12 obtained from the court's website.

13    All exhibits to which there is no objection shall be admitted by stipulation.  Counsel

14 may stipulate to an exhibit on one ground (e.g., foundation) while preserving an objection on

15 another ground (e.g., relevance).

16    (1) List of witnesses with correct spelling of the witnesses' full name.

17    The **TRIAL** in this matter is scheduled for **October 16 and 17, 2023, at 9:30 a.m.,**

18 **IN-PERSON,** in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, in

19 Courtroom #2, before Judge Mike K. Nakagawa.

20    **IT IS SO ORDERED.**

21

22 Copies sent via CM/ECF ELECTRONIC FILING

Copies sent via BNC to:

23 Jordi Guso, Esq.

Berger Singerman LLP

24 1450 Brickell Avenue, Suite 1900

25 Miami, FL 33131

26 Jeffrey R. Sylvester, Esq.

Sylvester & Polednak, Ltd.

27 1731 Village Center Circle

28 Las Vegas, NV 89134

Sean A. O'Neal, Esq.
Jane VanLare, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Gary S. Lee, Esq.
Andrew Kissner, Esq.
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

James P. Shea, Esq.
Shea Larsen
1731 Village Center Circle, Suite 150
Las Vegas, NV 89134

Kyle M. Wyant, Esq.
SHEA LARSEN
1731 Village Ctr. Cr., Ste. 150
Las Vegas, NV 89134

Robert J. Gayda, Esq.
SEWARD & KISSEL
One Battery Park Plaza
New York, NY 10004

Ryan J Works, Esq.
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Andrew Kissner, Esq.
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-3601

Paul R. Hage, Esq.
TAFT STETTINIUS AND HOLLISTER LLP
27777 Franklin Road, Suite 2500
Southfield, MI 48034

Christopher D. Johnson, Esq.
DIAMOND MCCARTHY LLP
909 Fannin Street, Suite 3700
Houston, TX 77010

Richard Kruger, Esq.
TAFT STETTINIUS & HOLLISTER LLP
27777 Franklin Road, Suite 2500
Southfield, MI 48034

Catherine V. Lotempio, Esq.
SEWARD & KISSEL
One Battery Park Plaza
New York, NY 10004

Andrew J. Matott, Esq.
SEWARD & KISSEL
One Battery Park Plaza
New York, NY 10004

Laura Miller, Esq.
SEWARD & KISSEL
One Battery Park Plaza
New York, NY 10004

Jane Vanlare, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

Michael Weinberg, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

5

**PART "A"**
**(Trial Statements)**

The trial statement(s) shall contain the following items:

1.   The disclosures required by Fed. R. Civ. P. 26(a)(3), as adopted by Fed. R. Bank. P. 7026 and LR 7026.

2.   A concise statement of the nature of the action and contentions of the parties.

3.   A statement as to the core or non-core jurisdiction of the Court, with legal citations.

4.   Stipulated facts.

5.   Contested issues of law with concise memorandum of authority.

6.   Log of exhibits which may be offered in evidence, including any exhibits for impeachment or to refresh the memory of a witness (log attached).

7.   Any special trial issue which requires the Court's attention.

8.   The list of witnesses, with their addresses, expected to be called.

**\*\*Shaded Area for Court Personnel Use ONLY**

Hearing Date:                    NMC  HLB  ABL  MKN  GWZ  GS

| EXHIBITS | | Case Title | | BK:<br>ADV: | |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

7/25/23

# # #

4