_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 22, 2023
_____

James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Facsimile: (702) 926-9683
Email:  jshea@shea.law
          blarsen@shea.law
          kwyant@shea.law
-and-
**MORRISON & FOERSTER LLP**
Gary Lee, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner, Esq. *(Admitted Pro Hac Vice)*
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email:  glee@mofo.com
          akissner@mofo.com
*Attorneys for Enigma Securities Limited*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | |

1

### ORDER GRANTING EX PARTE MOTION TO FILE UNDER SEAL ENIGMA SECURITIES LIMITED'S REPLY IN SUPPORT OF APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

The Court, having reviewed and considered the *Ex Parte Motion to File Under Seal Enigma Securities Limited's Reply in Support of Application for Allowance and Payment of Administrative Expense Claim* (the "Ex Parte Motion"), filed by Enigma Securities Limited ("Enigma"), pursuant to Sections 105(a) & 107(b)(1) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9018 of the Court's Local Rules of Bankruptcy Practice and Procedure, for authority to redact **Exhibits 2, 3, 4, and 5** attached to the *Declaration of Andrew Kissner, Esq. in Support of Enigma Securities Limited's Reply in Support of Application for Allowance and Payment of Administrative Expense Claim*, as well as redact specific portions of *Enigma Securities Limited's Reply in Support of Application for Allowance and Payment of Administrative Expense Claim* (the "Reply"), and with good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Ex Parte Motion is GRANTED; and,

**IT IS FURTHER ORDERED** that Enigma is hereby authorized to file the complete and unredacted version of the Reply under seal, including **Exhibits 2, 3, 4, and 5** under seal.

**IT IS SO ORDERED**.

Respectfully submitted by:

**MORRISON & FOERSTER LLP**

By: */s/ James Patrick Shea*
Gary Lee, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner, Esq. *(Admitted Pro Hac Vice)*
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601

-and-

**SHEA LARSEN**
James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Counsel for Enigma Securities Limited*