UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

## CERTIFICATE OF SERVICE

I, Sharon Lee, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On September 20, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtor's Objection to Administrative Expense Claim of Christopher McAlary** (Docket No. 1256)

- **Notice of Hearing on Debtor's Objection to Administrative Expense Claim of Christopher McAlary** (Docket No. 1257)

- **Debtor's Objection to Administrative Expense Claim of AVT Nevada, L.P.** (Docket No. 1258)

- **Declaration of Brett A. Axelrod in Support of Debtor's Objection to Administrative Expense Claim of AVT Nevada, L.P.** (Docket No. 1259)

- **Notice of Hearing on Debtor's Objection to Administrative Expense Claim of AVT Nevada, L.P.** (Docket No. 1260)

- **Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. § 554(a) Authorizing the Debtor to Abandon Certain Property Held by Gregory M. Parker, Inc.** (Docket No. 1271)

- **Declaration of Daniel Ayala in Support of Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. § 554(a) Authorizing the Debtor to Abandon Certain Property Held by Gregory M. Parker, Inc.** (Docket No. 1272)

- **Notice of Hearing on Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. § 554(a) Authorizing the Debtor to Abandon Certain Property Held by Gregory M. Parker, Inc.** (Docket No. 1273)

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

- **Opposition to Motion for Approval of Administrative Claim of Populus Financial Group, Inc.** (Docket No. 1274)

- **Declaration of Daniel Ayala in Support of Opposition to Motion for Approval of Administrative Claim of Populus Financial Group, Inc.** (Docket No. 1275)

- **Notice of Hearing on Populus Financial Group, Inc.'s Motion for Approval of Administrative Claim of Populus Financial Group, Inc.** (Docket No. 1276)

- **Debtor's Omnibus Objection to Late Filed and Non-Compliant Administrative Expense Claims** (Docket No. 1277)

- **Declaration of Daniel Ayala in Support of Debtor's Omnibus Objection to Late Filed and Noncompliant Administrative Expense Claims** (Docket No. 1278)

- **Notice of Hearing on Debtor's Omnibus Objection to Late Filed and Non-Compliant Administrative Expense Claims** (Docket No. 1279)

Furthermore, on September 20, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Christopher McAlary at 10725 Beringer Drive, Las Vegas, NV 89144, and via electronic mail on Christopher McAlary at dcica@carlyomcica.com:

- **Debtor's Objection to Administrative Expense Claim of Christopher McAlary** (Docket No. 1256)

- **Notice of Hearing on Debtor's Objection to Administrative Expense Claim of Christopher McAlary** (Docket No. 1257)

Furthermore, on September 20, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on AVT Nevada, L.P., Attn: Justin Mertz, Michael Best and Friedrich LLP at 790 N Water St, Ste 2500, Milwaukee, WI 53202, and via electronic mail on AVT Nevada, L.P. at jmmertz@michaelbest.com:

- **Debtor's Objection to Administrative Expense Claim of AVT Nevada, L.P.** (Docket No. 1258)

- **Declaration of Brett A. Axelrod in Support of Debtor's Objection to Administrative Expense Claim of AVT Nevada, L.P.** (Docket No. 1259)

- **Notice of Hearing on Debtor's Objection to Administrative Expense Claim of AVT Nevada, L.P.** (Docket No. 1260)

[THIS SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on September 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Gregory M Parker Inc at 171 Crossroads Pkwy, Port Wentworth, GA 31407-3021, and via electronic mail on Gregory M Parker Inc at ksaltzman@parkersav.com:

- **Notice of Hearing on Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. § 554(a) Authorizing the Debtor to Abandon Certain Property Held by Gregory M. Parker, Inc.** (Docket No. 1273)

Furthermore, on September 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Populus Financial Group, Inc, c/o Alverson Taylor & Sanders, Attn: Kurt R. Bonds at 6605 Grand Montecito Parkway, Suite 200, Las Vegas, NV 89149, and via electronic mail on Populus Financial Group, Inc at efile@alversontaylor.com:

- **Notice of Hearing on Populus Financial Group, Inc.'s Motion for Approval of Administrative Claim of Populus Financial Group, Inc.** (Docket No. 1276)

Furthermore, on September 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Notice of Hearing on Debtor's Omnibus Objection to Late Filed and Non-Compliant Administrative Expense Claims** (Docket No. 1279)

Dated: September 25, 2023

/s/ Sharon Lee
Sharon Lee
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 720.792.9194
Email: TeamCoinCloud@stretto.com

# **Exhibit A**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Clark County Treasurer | c/o Bankruptcy Clerk | 500 S Grand Central Pkwy | Box 551220 | Las Vegas | NV | 89155-1220 |
| Franchise Tax Board | Bankruptcy Section, MS A340 | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| Tennessee Attorney General's Office | c/o Bankruptcy Divsion | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Texas Workforce Commission | Regulatory Integrity Division - SAU | 101 E. 15th Street | Room 556 | Austin | TX | 78778-0001 |

# **<u>Exhibit B</u>**



## Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Armondo Redmond | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| AVT Nevada, L.P. | Attn: Chris Emery, Jared Robertson & Carrie Thomas | | cemery@avtechcapital.com; jrobertson@avtechcapital.com |
| Black Hole Investments, LLC formerly known as EZ Coin, LLC | c/o Black & Wadhams | Attn: Brigid M. Higgins | bhiggins@blackwadhams.law |
| Brookfield Retail Properties, Inc. | c/o Kaempfer Crowell | Attn: Louis M. Bubala III | lbubala@kcnvlaw.com |
| CAL'S CONVENIENCE, INC | Attn: Ray Harrison and Marcia Rigg | | Ray.Harrison@calscstores.com |
| Cennox Reactive Field Services LLC | Attn: Michael Goggans | | legal@cennox.com |
| Chris McAlary | c/o Carlyon Cica Chtd. | Attn: Candace C. Carlyon, Esq., Dawn M. Cica, Esq., and Tracy M. O'Steen, Esq. | ccarlyon@carlyoncica.com; dcica@carlyoncica.com; tosteen@carlyoncica.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Jordi Guso | jguso@bergersingerman.com |
| CKDL Credit, LLC | c/o Berger Singerman LLP | Attn: Scott Jablonski & Mitchell W. Goldberg | sjablonski@bergersingerman.com; mgoldberg@bergersingerman.com |
| CKDL Credit, LLC | c/o Sylvester & Polednak, LTD. | Attn: Jeffery R. Sylvester, Esq. | Jeff@sylvesterPolednak.com |
| Cole Kepro International, LLC | Attn: Andrew Cashin & Frederick Cook | | info@colekepro.com; fred@colekepro.com |
| Cole Kepro International, LLC | c/o Lewis Roca Rothgerbe Christie LLP | Attn: Ogonna M. Brown, Esq. & Dan R. Waite, Esq. | OBrown@lewisroca.com |
| Cole Kepro International, LLC | c/o Taft Stettinius and Hollister, LLP | Attn: David Z. Adler, Esq., Paul R. Hage | phage@taftlaw.com |
| Department of Treasury - Internal Revenue Service | | | mary.b.savilla@irs.gov; Kerry.r.ivory@irs.gov |
| Deployment Logix Inc. | Attn: Ken Rogers | | ken.rogers@deploymentlogix.com |
| Enigma Securities Limited | c/o Morrison & Foerster LLP | Attn: Gary Lee & Andrew Kissner | glee@mofo.com; akissner@mofo.com |
| Enigma Securities Limited | c/o Shea Larsen | Attn: James Shea, Esq., Bart Larsen, Esq., Kyle Wyant, Esq. | kwyant@shea.law; blarsen@shea.law; jshea@shea.law |
| Fox Rothschild LLP | Attn: Brett A. Axelrod, Esq. & Zachary T. Williams, Esq. | | baxelrod@foxrothschild.com; zwilliams@foxrothschild.com |
| Genesis Global Capital LLC | c/o Cleary Gottlieb | Attn: Sean O'Neal, Michael Weinberg, & Jan VanLare | soneal@cgsh.com; mdweinberg@cgsh.com; jvanlare@cgsh.com |
| Genesis Global Holdco, LLC | c/o Snell and Wilmer LLP | Attn: Robert Kinas, Blakeley Griffith, and Charles Gianelloni | rkinas@swlaw.com; bgriffith@swlaw.com; cgianelloni@swlaw.com |
| Good 2 Go Stores LLC | Attn: General Counsel | | ecflukast@hollandhart.com; John.pearson@good2gostores.com |
| Internal Revenue Service | Attn: Mary Sevilla | | mary.b.savilla@irs.gov; Kerry.r.ivory@irs.gov |
| Luis Flores | c/o Andersen & Beede | Attn: Ryan A. Andersen and Valerie Y. Zaidenberg | ryan@aandblaw.com; valerie@aandblaw.com |



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Lux Vending, LLC dba Bitcoin Depot | c/o Carlton Fields, P.A. | Attn: Adam P. Schwartz | aschwartz@carltonfields.com<br>amaranto@carltonfields.com |
| Lux Vending, LLC dba Bitcoin Depot | c/o Holley Driggs | Attn: Stacy H. Rubin | srubin@nevadafirm.com<br>oswibies@nevadafirm.com |
| National Services, LLC | c/o Hodges, Doughty, & Carson | Attn: Matthew Graves | mgraves@hdclaw.com |
| Official Committee of Unsecured Creditors | c/o McDonald Carano LLP | Attn: Ryan J. Works & Amanda M. Perach | aperach@mcdonaldcarano.com<br>rworks@mcdonaldcarano.com |
| Official Committee of Unsecured Creditors | c/o Seward & Kissel LLP | Attn: John R. Ashmead, Esq., Robert J. Gayda, Esq., Catherine V. LoTempio, Esq., Andrew J. Matott, Esq. | ashmead@sewkis.com<br>gayda@sewkis.com<br>lotempio@sewkis.com<br>matott@sewkis.com |
| OptConnect Management LLC | c/o Law Office of Brian D. Shapiro, LLC | Attn: Brian D. Shapiro, Esq. | brian@brianshapirolaw.com |
| OptConnect MGT, LLC | c/o Dechert LLP | Attn: Craig Druehl | craig.druehl@dechert.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| RocketItCoin, LLC | c/o Ghandi Deeter Blackham | Attn: Shara L. Larson | shara@ghandilaw.com |
| Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq. | | rtucker@simon.com |
| Spec's - Parent | Attn: Ryan Holder | | rholder@specsonline.com |
| Trangistics, Inc. | c/o Goldsmith & Guymon, P.C. | Attn: Marjorie A. Guymon | mguymon@goldguylaw.com |
| United States Trustee | Attn: Jared A. Day & Edward M. McDonald, Jr. | | Edward.M.McDonald@usdoj.gov<br>jared.a.day@usdoj.gov |
| WPG Legacy, LLC | c/o Frost Brown Todd LLP | Attn: Ronald E. Gold, Esq. | rgold@fbtlaw.com |

# **Exhibit C**



## Exhibit C
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 5 King wine and Liquor | Attn: Ablud Khan | 316 S Lexington Dr | | | Folsom | CA | 95630 |
| A Selecta's Inc | Attn: Douglas Aparicio | 121 E 10th St | | | Roanoke Rapids | NC | 27870 |
| Amazon Web Services, Inc. | c/o K&L Gates LLP | Attn: Brian Peterson | 925 4th Ave | Ste 2900 | Seattle | WA | 98104 |
| Barbara Lewis Baca | | 5995 Meininger Dr | | | Missoula | MT | 59808 |
| Brance Westbrooks | | 5000 Ravens CT | | | Matthews | NC | 28104 |
| Brenda Griffin | | 15418 Joiner RD | | | Little Rock | AR | 72210 |
| CATHERINE L. FORD BARBIERO | | 1570 E 4160 S | | | MILLCREEK | UT | 84124 |
| CPR Cell Phone Repair North Kansas City | | 7701 NW Prairie View Rd | | | Kansas City | MO | 64151 |
| Danny Cody | | 89 Presswood Dr. | | | Cleveland | TX | 77327 |
| David Behymer | | 336 S Congress St. | | | Rushville | IL | 62681 |
| Deborah Defenbaugh | | 75 Olmstead Row | | | Spring | TX | 77380 |
| Denise Hodges | | 812 Hart St | | | Gallatin | TN | 37066 |
| Edita Pearl | | 13115 Cameron Crest Ln | | | Sugar Land | TX | 77498 |
| EDWARD ALLAN PACE | | 2053 Cabin Creek Rd | | | Zirconia | NC | 28790 |
| Eric E. Brage Jr | | 2524 Trotter Road | | | Florence | SC | 29501 |
| Federico Flores | | 1115 NW Elm Avenue | | | Lawton | OK | 73507 |
| Floyd Ricky Hankins | | 5903 Honeysuckle Ave | | | Bakersfield | CA | 93313 |
| Frank Douglas Mathis | | 2544 Circle Dr | | | Santa Clara | UT | 84765 |
| Frankie Epley | | 3555 Co Rd 174 | | | Rochester | TX | 79544 |
| Good 2 Go Stores LLC | c/o Holland & Hart LLP | Attn: Timothy A. Lukas | 5441 Kietzke Lane | Second Floor | Reno | NV | 89511 |
| Heather Cowan | | 714 Holly Springs Dr | | | Conroe | TX | 77302-3764 |
| IV King Wine & Liquors | | 408 E Bidwell St | | | Folsom | CA | 95630 |
| Jacob Brawley [Ship N' Shore Laundry LLC] | | 4300 Kings Hwy | #201 | | Port Charlotte | FL | 33980 |
| Jacqueline Jo Fitch | | 22413 NE 227th Ave | | | Battle Ground | WA | 98604 |
| James D. Favors | | 95-353 Waia Loop | | | Mililani | HI | 96789 |
| James Thomas Jarret | | 109 Hays Forest CV | | | Elgin | TX | 78621 |
| Jane Harding | | 560 Fairway Dr | | | Liberal | KS | 67901 |
| Jeffrey Garon | | 2685 Grassy Spring Place | | | Las Vegas | NV | 89135 |
| Joel Dukart | c/o Dukart Management, LLC | 2525 Concord Pike | | | Wilmington | DE | 19803 |
| JUDY A. NELSON | | 9926 Pale Star Dr | | | Houston | TX | 77064 |
| Kimberly Potts | | 4770 Carlisle RD | | | Dover | PA | 17315 |
| King Wine & Liquor III | | 1120 Fulton Ave | | | Sacramento | CA | 95825 |
| Kings Wine and Liquor #2 | | 2346 Fruitridge Rd | | | Sacramento | CA | 95822 |
| Kings Wines & Liquor | | 1328 Fulton Ave | | | Sacramento | CA | 95825 |
| Laura Utke-Wilhite | | 1279 Thordbird Trail | | | Sealy | TX | 77474 |
| Linda Stelling | | 25 W Weisel St | Unit 103 | | Litchfield | MN | 55355-3049 |
| Marcus Sheppard | | 623 Redbud Ct | | | Vivian | LA | 71082 |
| Marlene Sanders | | 10458 Deer Branch | | | Missouri City | TX | 77459 |
| Mary L Parnell | | 1200 McDaniel Road | | | White Hall | AR | 71602 |
| Matt Jackson - Tech Doc's Depot | | 209 N Central Ave | | | Paris | IL | 61944 |
| Maurice Michaud | | 116 S. Levant Rd | | | Levant | ME | 04456 |
| Melvene McCoy | | 6343 Logans Lane | Apt 3401 | | Lynchburg | VA | 24502 |
| Miles D. Moore | | 248 Hidden Den Circle | | | Doylestown | PA | 18901 |
| Natalie Dodge | | 8356 S Wheatridge Ct | | | West Jordan | UT | 84081 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Pat McDonald | | 836 Fleetwood Place Dr | | | Houston | TX | 77079 |
| Renee Caillier | | 424 Baken St | | | Thief River Falls | MN | 56701 |
| Sharol Rich | | 2706 S 38th St. | | | Kansas City | KS | 66106 |
| Sheree Campbell | | 1913 W. Cool Water Way | | | San Tan Valley | AZ | 85144 |
| Susannah Peachey | | 4724 Landrum Rd | | | Columbus | NC | 28722 |
| Valerie Douglas | | 6507 Laurel Springs Court | | | Charlotte | NC | 28227 |
| Varanise Booker | | 14308 Willow Grove Circle | | | Louisville | KY | 40245 |
| Zackary Clark | | 415 Graff Ct | | | Grand Blanc | MI | 48439 |

# **Exhibit D**



**Exhibit D**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| A Selecta's Inc | Attn: Douglas Aparicio | | douglasapar@hotmail.com |
| Amazon Web Services, Inc. | c/o K&L Gates LLP | Attn: Brian Peterson | brian.peterson@klgates.com |
| Denise Hodges | | | denise_hodges@hotmail.com |
| Floyd Ricky Hankins | | | ib4whlr06@yahoo.com |
| Frank Douglas Mathis | | | mathis.frank@gmail.com |
| Good 2 Go Stores LLC | c/o Holland & Hart LLP | Attn: Timothy A. Lukas | ecflukast@hollandhart.com |
| Jacqueline Jo Fitch | | | la3ybearddrewamzzd@outlook.com |