Justin B. Strother (Texas 24008100)
DIAMOND McCARTHY LLP
909 Fannin, Suite 3700
Houston, Texas 77010
justin.strother@diamondmccarthy.com
713-333-5100

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

CASH CLOUD, INC.,
dba COIN CLOUD,

Debtor.

BK- BK-S-23-10423-MKN

CHAPTER 11

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT

**EFFECTIVE JANUARY 1, 2015**
**FILING FEE IS $250.00**

Justin B. Strother, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Houston, Texas.

2. That Petitioner is an attorney at law and a member of the law firm of Diamond McCarthy LLP, with offices at 909 Fannin Street, Suite 3700, Houston, Texas, 77010

3. That Petitioner has been retained personally or as a member of the law firm by

Chris McAlary to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since November 6, 1998, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.

| | Date Admitted |
|---|---|
| U.S. Fifth Circuit Court of Appeals | 2021 |
| U.S. District Court Northern District of Texas | 2000 |
| U.S. District Court Southern District of Texas | 2000 |
| U.S. District Court Western District of Texas | 2019 |
| | |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of any denied admission):

N/A

8. That Petitioner is a member of good standing in the following Bar Associations:

State Bar of Texas

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 06/20/2023 | 23-12378-nmc | U.S. Bankruptcy Court | Yes |
| 08/21/2023 | 23-10423-mkn | U.S. Bankruptcy Court | Yes |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: 09/27/2023

Petitioner's Signature

STATE OF TEXAS )
)
COUNTY OF HARRIS )

Justin B. Strother, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

CATHERINE BURROW
My Notary ID # 2745462
Expires October 22, 2024

(SEAL)

Petitioner's Signature

Subscribed and sworn to me before this

27TH day of September, 2023.

Notary public

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

September 08, 2023

Re: Mr. Justin Brett Strother, State Bar Number 24008100

To Whom It May Concern:

This is to certify that Mr. Justin Brett Strother was licensed to practice law in Texas on November 06, 1998, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Justin Brett Strother**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 1998.

I further certify that the records of this office show that, as of this date

**Justin Brett Strother**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 8th day of September, 2023.

SUPREME COURT OF THE STATE OF TEXAS

BLAKE HAWTHORNE, Clerk

Blake A. Hawthorne

Clerk, Supreme Court of Texas

No. 9621C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.