Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

Justin B. Strother (Texas 24008100)
DIAMOND McCARTHY LLP
909 Fannin, Suite 3700
Houston, TX 77010
Tel.: 713-333-5100
Fax: 713-333-5199
justin.strother@diamondmccarthy.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * * *

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No.:23-10423-MKN |
| | ) | Chapter 11 |
| CASH CLOUD, INC., | ) | |
| dba COIN CLOUD, | ) | DESIGNATION OF LOCAL |
| | ) | COUNSEL AND CONSENT |
| | ) | THERETO |
| | ) | |
| Debtor(s). | ) | |
| | ) | |

     The undersigned, attorney of record for Chris McAlary, a  party-in-interest  herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only".  Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, (s)he believes it to be in the best interests of the client(s) to designate  Dawn M. Cica, Esq.  attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action.  The address of said designated Nevada Counsel is:

   Nevada Bar #4565, Carlyon Cica Chtd., 265 E. Warm Springs Road, Suite 107
   Las Vegas, NV 89119; Phone: 702-685-4444; Email: dcica@carlyoncica.com
   (Bar Code #, Street, City, State, Zip Code, Telephone Number and e-mail address)

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

/s/Justin Strother     Attorney at Law Counsel for
Chris McAlary

**CONSENT OF DESIGNATED NEVADA COUNSEL**

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

/s/ Dawn M. Cica
Designated Nevada Counsel

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party(ies) appoint(s)  Dawn M. Cica, Esq.  as his/her/their Designated Nevada Counsel is this case.

/s/ Chris McAlary

Deslocalcounsel.wpd   rev. 4/12/07