Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**INITIAL INTERIM MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 24, 2023 THROUGH MARCH 31, 2023**<br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>February 24, 2023, through March 31, 2023<br><br>$99,008.00 (80% of $123,760.00)<br><br>$0.00 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Initial Interim Monthly Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing February 24, 2023, through March 31, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $99,008.00 (representing 80% of the $123,760.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $0.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task.  Attached hereto as **Exhibit C** are the detailed time entries and expenses for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period.  FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

1 | objection has been served.

2 | DATED this 22nd day of September 2023.

FTI Consulting, Inc.

By: /s/ Michael Tucker
Michael Tucker
4835 East Cactus Road, Suite 230
Scottsdale, AZ 85254
michael.tucker@fticonsulting.com

*Financial Advisor for Official Committee of Unsecured Creditors*

# Exhibit A

# EXHIBIT A
## CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
## SUMMARY OF HOURS BY PROFESSIONAL
## FOR THE PERIOD FEBRUARY 26, 2023 TO MARCH 31, 2023

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 40.8 | $ 26,520.00 |
| Sui, Frank | Sr Managing Dir | 650 | 0.7 | 455.00 |
| Eisler, Marshall | Managing Dir | 650 | 25.4 | 16,510.00 |
| Halevy, Richard | Sr Consultant | 650 | 123.5 | 80,275.00 |
| **TOTAL** | | | **190.4** | **123,760.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD FEBRUARY 26, 2023 TO MARCH 31, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 24.8 | $ 16,120.00 |
| 2 | Cash & Liquidity Analysis | 54.9 | 35,685.00 |
| 6 | Asset Sales & Recoveries | 26.8 | 17,420.00 |
| 11 | Prepare for and Attend Court Hearings | 0.5 | 325.00 |
| 12 | Analysis of SOFAs & SOALs | 25.8 | 16,770.00 |
| 13 | Analysis of Other Miscellaneous Motions | 17.6 | 11,440.00 |
| 18 | Potential Avoidance Actions & Litigation | 16.1 | 10,465.00 |
| 19 | Case Management | 5.2 | 3,380.00 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 0.4 | 260.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 14.2 | 9,230.00 |
| 23 | Firm Retention | 4.1 | 2,665.00 |
| | **GRAND TOTAL** | **190.4** | **$ 123,760.00** |

# Exhibit C

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
DETAIL OF TIME ENTRIES
FOR THE PERIOD FEBRUARY 26, 2023 TO MARCH 31, 2023

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 2/24/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: Debtor operations diligence request list. |
| 1 | 2/24/2023 | Halevy, Richard | 0.5 | Prepare diligence list for Province re: Debtor operations. |
| 1 | 2/25/2023 | Tucker, Michael | 0.2 | Prepare correspondence to Province re: information request. |
| 1 | 2/26/2023 | Halevy, Richard | 1.3 | Prepare diligence list for Province re: Debtor operations. |
| 1 | 2/27/2023 | Halevy, Richard | 0.7 | Review documents provided by Province in virtual dataroom ("VDR"). |
| 1 | 2/27/2023 | Halevy, Richard | 0.3 | Prepare internal update re: call with Province. |
| 1 | 2/28/2023 | Halevy, Richard | 2.3 | Review documents provided in Debtor's VDR. |
| 1 | 3/1/2023 | Halevy, Richard | 1.5 | Prepare summary re: documents provided in Debtor's VDR. |
| 1 | 3/1/2023 | Halevy, Richard | 0.8 | Review documents provided by Province in VDR. |
| 1 | 3/1/2023 | Halevy, Richard | 0.6 | Review financial documents provided in Province VDR. |
| 1 | 3/1/2023 | Halevy, Richard | 1.9 | Prepare analysis re: financial documents provided in Debtor's VDR. |
| 1 | 3/2/2023 | Tucker, Michael | 0.7 | Review initial responses to diligence questions from Province. |
| 1 | 3/2/2023 | Halevy, Richard | 2.0 | Prepare analysis re: Debtor's latest financial information. |
| 1 | 3/6/2023 | Tucker, Michael | 0.2 | Participate in call with Province re: current operations. |
| 1 | 3/6/2023 | Halevy, Richard | 0.9 | Prepare analysis re: Debtor's 2022 financial reporting. |
| 1 | 3/9/2023 | Halevy, Richard | 1.1 | Prepare update for team re: recent filings and case updates. |
| 1 | 3/12/2023 | Tucker, Michael | 0.1 | Review weekly update to committee from Seward & Kissel ("S&K"). |
| 1 | 3/13/2023 | Tucker, Michael | 0.5 | Prepare correspondence to S&K re: case updates. |
| 1 | 3/13/2023 | Halevy, Richard | 1.4 | Prepare analysis re: Debtor's 2022 financial performance. |
| 1 | 3/13/2023 | Halevy, Richard | 1.8 | Continue to prepare analysis re: Debtor's 2022 financial performance. |
| 1 | 3/16/2023 | Tucker, Michael | 0.1 | Review information re: Debtor's Brazil operations. |
| 1 | 3/16/2023 | Eisler, Marshall | 1.4 | Review Debtor's historical financial statements. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 26, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 3/16/2023 | Halevy, Richard | 0.7 | Review Debtor's 2022 financial performance. |
| 1 | 3/17/2023 | Tucker, Michael | 0.2 | Review correspondence from S&K re: case updates. |
| 1 | 3/20/2023 | Halevy, Richard | 0.3 | Prepare correspondence to S&K re: case updates. |
| 1 | 3/20/2023 | Halevy, Richard | 0.5 | Prepare summary re: call with Province. |
| 1 | 3/22/2023 | Halevy, Richard | 0.8 | Review February 2023 MOR. |
| 1 | 3/23/2023 | Halevy, Richard | 0.8 | Prepare analysis re: February 2023 MOR. |
| 1 | 3/24/2023 | Halevy, Richard | 0.9 | Prepare analysis re: February 2023 MOR. |
| **1 Total** | | | **24.8** | |
| 2 | 2/24/2023 | Tucker, Michael | 0.5 | Participate in call with S&K re: case planning. |
| 2 | 2/27/2023 | Tucker, Michael | 0.5 | Review DIP Budget model. |
| 2 | 2/27/2023 | Tucker, Michael | 1.3 | Participate in call with Province re: current operations and cash flow. |
| 2 | 2/27/2023 | Tucker, Michael | 0.6 | Review filed DIP motion. |
| 2 | 2/27/2023 | Tucker, Michael | 1.2 | Participate in call with S&K re: DIP motion and related analysis. |
| 2 | 2/27/2023 | Halevy, Richard | 1.3 | Prepare diligence list for Province re: DIP Budget. |
| 2 | 2/27/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: DIP Budget analysis. |
| 2 | 2/27/2023 | Halevy, Richard | 3.1 | Prepare analysis re: DIP Budget model. |
| 2 | 2/27/2023 | Halevy, Richard | 1.3 | Participate in call with Province re: current operations and cash flow. |
| 2 | 2/28/2023 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: DIP Budget analysis. |
| 2 | 2/28/2023 | Halevy, Richard | 1.3 | Prepare sensitivity analysis re: DIP Budget model. |
| 2 | 3/2/2023 | Tucker, Michael | 2.2 | Participate in call with Province re: latest DIP Budget model. |
| 2 | 3/2/2023 | Tucker, Michael | 0.6 | Participate in call with S&K re: DIP motion. |
| 2 | 3/2/2023 | Halevy, Richard | 0.4 | Prepare for call with Province re: latest DIP Budget model. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 26, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 3/2/2023 | Halevy, Richard | 2.2 | Participate in call with Province re: latest DIP Budget model. |
| 2 | 3/2/2023 | Halevy, Richard | 0.6 | Participate in call with S&K re: DIP motion. |
| 2 | 3/3/2023 | Tucker, Michael | 0.6 | Prepare correspondence to S&K re: DIP Budget analysis. |
| 2 | 3/3/2023 | Halevy, Richard | 0.7 | Prepare analysis re: professional fee accruals in latest DIP Budget. |
| 2 | 3/3/2023 | Halevy, Richard | 2.0 | Prepare analysis re: latest DIP Budget reporting. |
| 2 | 3/3/2023 | Halevy, Richard | 2.1 | Continue to prepare analysis re: latest DIP Budget reporting. |
| 2 | 3/3/2023 | Halevy, Richard | 1.3 | Prepare analysis re: changes in Debtor's latest DIP Budget. |
| 2 | 3/3/2023 | Halevy, Richard | 2.9 | Prepare committee update report re: DIP Budget analysis. |
| 2 | 3/3/2023 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: DIP Budget analysis. |
| 2 | 3/3/2023 | Halevy, Richard | 0.7 | Prepare variance schedule re: Debtor's latest DIP Budget provided. |
| 2 | 3/3/2023 | Halevy, Richard | 1.0 | Review analysis re: latest DIP Budget reporting. |
| 2 | 3/5/2023 | Halevy, Richard | 0.4 | Prepare correspondence to Province re: DIP Budget diligence items. |
| 2 | 3/5/2023 | Halevy, Richard | 2.5 | Prepare committee update report re: DIP Budget analysis. |
| 2 | 3/6/2023 | Tucker, Michael | 1.1 | Review committee update report re: DIP Budget analysis. |
| 2 | 3/6/2023 | Eisler, Marshall | 0.7 | Prepare for call with Province re: latest DIP Budget model. |
| 2 | 3/6/2023 | Eisler, Marshall | 0.6 | Participate in call with Province re: underlying detail in latest DIP Budget model. |
| 2 | 3/6/2023 | Halevy, Richard | 1.6 | Prepare committee update report re: DIP Budget analysis. |
| 2 | 3/6/2023 | Halevy, Richard | 1.4 | Review committee update report re: DIP Budget analysis. |
| 2 | 3/6/2023 | Halevy, Richard | 2.3 | Continue to prepare committee update report re: DIP Budget analysis. |
| 2 | 3/6/2023 | Halevy, Richard | 0.5 | Prepare for call with Province re: latest DIP Budget model. |
| 2 | 3/6/2023 | Halevy, Richard | 0.6 | Participate in call with Province re: underlying detail in latest DIP Budget model. |
| 2 | 3/7/2023 | Tucker, Michael | 0.5 | Review committee update report re: DIP Budget analysis. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 26, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 3/7/2023 | Halevy, Richard | 2.3 | Finalize committee update report re: DIP Budget analysis. |
| 2 | 3/7/2023 | Halevy, Richard | 0.5 | Prepare correspondence to S&K re: DIP Budget analysis. |
| 2 | 3/7/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Province re: DIP Budget diligence items. |
| 2 | 3/9/2023 | Tucker, Michael | 0.3 | Prepare for call with Province re: current operations and cash flow. |
| 2 | 3/9/2023 | Tucker, Michael | 0.5 | Participate in call with Province re: current operations and cash flow. |
| 2 | 3/9/2023 | Halevy, Richard | 0.6 | Review latest DIP Budget. |
| 2 | 3/9/2023 | Halevy, Richard | 0.5 | Participate in call with Province re: current operations and cash flow. |
| 2 | 3/12/2023 | Tucker, Michael | 0.3 | Review analysis re: latest DIP Budget reporting. |
| 2 | 3/12/2023 | Tucker, Michael | 0.3 | Participate in call with Fox Rothschild re: DIP motion. |
| 2 | 3/13/2023 | Eisler, Marshall | 0.8 | Review latest DIP Budget. |
| 2 | 3/13/2023 | Halevy, Richard | 2.3 | Prepare analysis re: latest DIP Budget reporting. |
| 2 | 3/16/2023 | Halevy, Richard | 0.4 | Prepare diligence questions for Debtor re: latest DIP Budget. |
| 2 | 3/16/2023 | Halevy, Richard | 1.7 | Prepare analysis re: Debtor's historical cash flow statements. |
| 2 | 3/20/2023 | Halevy, Richard | 0.6 | Review final DIP order. |
| 2 | 3/29/2023 | Tucker, Michael | 0.3 | Review analysis re: Debtor's cash balances. |
| 2 | 3/29/2023 | Tucker, Michael | 0.1 | Review documents provided re: Debtor's cash balances. |
| 2 | 3/29/2023 | Tucker, Michael | 0.4 | Participate in call with Creditors' Committee re: Debtor's cash logistics. |
| 2 | 3/30/2023 | Tucker, Michael | 0.1 | Review correspondence from Province re: Debtor's cash balances. |
| 2 | 3/31/2023 | Eisler, Marshall | 0.8 | Review analysis re: Debtor's cash balances. |
| **2 Total** | | | **54.9** | |
| 6 | 3/6/2023 | Tucker, Michael | 0.5 | Review marketing materials provided by Province. |
| 6 | 3/13/2023 | Tucker, Michael | 1.2 | Participate in call with Province re: operational updates and sale process. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
DETAIL OF TIME ENTRIES
FOR THE PERIOD FEBRUARY 26, 2023 TO MARCH 31, 2023

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 3/13/2023 | Eisler, Marshall | 1.2 | Participate in call with Province re: operational updates and sale process. |
| 6 | 3/13/2023 | Halevy, Richard | 1.2 | Participate in call with Province re: operational updates and sale process. |
| 6 | 3/16/2023 | Tucker, Michael | 0.5 | Participate in call with Province and Fox Rothschild re: operational updates and sale process. |
| 6 | 3/16/2023 | Eisler, Marshall | 0.5 | Participate in call with Province and Fox Rothschild re: operational updates and sale process. |
| 6 | 3/16/2023 | Halevy, Richard | 0.5 | Prepare for call with Province and Fox Rothschild re: operational updates and sale process. |
| 6 | 3/16/2023 | Halevy, Richard | 0.5 | Participate in call with Province and Fox Rothschild re: operational updates and sale process. |
| 6 | 3/19/2023 | Tucker, Michael | 0.1 | Review correspondence from S&K re: sale process. |
| 6 | 3/19/2023 | Tucker, Michael | 0.5 | Review draft bid procedures motion. |
| 6 | 3/20/2023 | Tucker, Michael | 0.1 | Prepare for call with Province re: sale process and operational updates. |
| 6 | 3/20/2023 | Tucker, Michael | 0.9 | Participate in call with Province re: operational updates and sale process. |
| 6 | 3/20/2023 | Tucker, Michael | 0.7 | Participate in call with S&K re: draft bid procedures motion. |
| 6 | 3/20/2023 | Eisler, Marshall | 0.9 | Participate in call with Province re: operational updates and sale process. |
| 6 | 3/20/2023 | Eisler, Marshall | 0.7 | Participate in call with S&K re: draft bid procedures motion. |
| 6 | 3/20/2023 | Halevy, Richard | 0.4 | Prepare for call with Province re: sale process and operational updates. |
| 6 | 3/20/2023 | Halevy, Richard | 0.9 | Participate in call with Province re: operational updates and sale process. |
| 6 | 3/20/2023 | Halevy, Richard | 0.7 | Participate in call with S&K re: draft bid procedures motion. |
| 6 | 3/21/2023 | Eisler, Marshall | 0.8 | Review draft bid procedures motion. |
| 6 | 3/21/2023 | Halevy, Richard | 0.5 | Review draft bid procedures motion. |
| 6 | 3/21/2023 | Halevy, Richard | 0.5 | Review correspondence from S&K re: bid procedures motion. |
| 6 | 3/23/2023 | Tucker, Michael | 0.4 | Review updates to draft bid procedures motion. |
| 6 | 3/23/2023 | Tucker, Michael | 1.2 | Participate in call with Province and Fox Rothschild re: operational updates and sale process. |
| 6 | 3/23/2023 | Eisler, Marshall | 1.2 | Participate in call with Province and Fox Rothschild re: operational updates and sale process. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
DETAIL OF TIME ENTRIES
FOR THE PERIOD FEBRUARY 26, 2023 TO MARCH 31, 2023

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 3/23/2023 | Halevy, Richard | 0.5 | Prepare for call with Province re: sale process and operational updates. |
| 6 | 3/23/2023 | Halevy, Richard | 1.2 | Participate in call with Province re: operational updates and sale process. |
| 6 | 3/27/2023 | Tucker, Michael | 0.7 | Review draft bid procedures motion. |
| 6 | 3/27/2023 | Tucker, Michael | 0.3 | Prepare correspondence to S&K re: sale process. |
| 6 | 3/27/2023 | Tucker, Michael | 1.7 | Participate in call with Province re: sale process and potential bidders. |
| 6 | 3/27/2023 | Tucker, Michael | 0.4 | Participate in call with Province and Fox Rothschild re: bid procedures. |
| 6 | 3/27/2023 | Tucker, Michael | 0.3 | Prepare for call with S&K re: sale process. |
| 6 | 3/27/2023 | Tucker, Michael | 0.6 | Participate in call with S&K re: sale process and bidding procedures. |
| 6 | 3/27/2023 | Eisler, Marshall | 0.8 | Review draft bid procedures motion. |
| 6 | 3/27/2023 | Eisler, Marshall | 1.7 | Participate in call with Province re: sale process and potential bidders. |
| 6 | 3/27/2023 | Eisler, Marshall | 0.6 | Participate in call with S&K re: sale process and bidding procedures. |
| 6 | 3/30/2023 | Tucker, Michael | 0.7 | Participate in call with Province and Fox Rothschild re: operational updates and sale process. |
| 6 | 3/30/2023 | Eisler, Marshall | 0.7 | Participate in call with Province and Fox Rothschild re: operational updates and sale process. |
| **6 Total** | | | **26.8** | |
| 11 | 3/29/2023 | Tucker, Michael | 0.2 | Participate telephonically in court hearing re: Debtor's lease rejection motions (partial). |
| 11 | 3/29/2023 | Eisler, Marshall | 0.3 | Participate telephonically in court hearing re: Debtor's lease rejection motions. |
| **11 Total** | | | **0.5** | |
| 12 | 3/10/2023 | Halevy, Richard | 2.3 | Prepare analysis re: Debtor's SOFA and SOAL filings. |
| 12 | 3/10/2023 | Halevy, Richard | 1.1 | Prepare committee update report re: Debtor's SOFA and SOAL filings. |
| 12 | 3/10/2023 | Halevy, Richard | 0.5 | Review Debtor's SOFA and SOAL filings. |
| 12 | 3/12/2023 | Halevy, Richard | 1.9 | Prepare analysis re: Debtor's SOFA and SOAL filings. |
| 12 | 3/13/2023 | Eisler, Marshall | 1.1 | Review analysis re: Debtor's SOFA and SOAL filings. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 26, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 12 | 3/13/2023 | Halevy, Richard | 0.8 | Prepare analysis re: Debtor's SOFA and SOAL filings. |
| 12 | 3/14/2023 | Eisler, Marshall | 0.8 | Review analysis re: Debtor's SOFA and SOAL filings. |
| 12 | 3/14/2023 | Halevy, Richard | 0.7 | Prepare diligence questions for Province re: SOFA and SOAL filings. |
| 12 | 3/14/2023 | Halevy, Richard | 0.9 | Review Debtor's SOFA and SOAL filings. |
| 12 | 3/14/2023 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: Debtor's SOFA and SOAL filings. |
| 12 | 3/14/2023 | Halevy, Richard | 3.7 | Prepare analysis re: Debtor's SOFA and SOAL filings. |
| 12 | 3/15/2023 | Eisler, Marshall | 0.5 | Provide comments to diligence questions re: SOFA SOALs |
| 12 | 3/15/2023 | Halevy, Richard | 0.5 | Review responses from Province re: SOFA and SOAL diligence requests. |
| 12 | 3/15/2023 | Halevy, Richard | 2.4 | Prepare committee update report re: Debtor's SOFA and SOAL filings. |
| 12 | 3/15/2023 | Halevy, Richard | 0.9 | Prepare diligence questions for Province re: SOFA and SOAL filings. |
| 12 | 3/15/2023 | Halevy, Richard | 0.5 | Prepare analysis re: Debtor's SOFA and SOAL filings. |
| 12 | 3/16/2023 | Halevy, Richard | 1.2 | Review analysis re: Debtor's SOFA and SOAL filings. |
| 12 | 3/16/2023 | Halevy, Richard | 1.9 | Prepare analysis re: Debtor's SOFA and SOAL filings. |
| 12 | 3/16/2023 | Halevy, Richard | 0.9 | Prepare updates to analysis re: Debtor's SOFA and SOAL filings. |
| 12 | 3/17/2023 | Halevy, Richard | 0.3 | Review responses from Province re: SOFA and SOAL diligence requests. |
| 12 | 3/20/2023 | Tucker, Michael | 0.6 | Review analysis re: Debtor's SOFA and SOAL filings. |
| 12 | 3/20/2023 | Halevy, Richard | 1.9 | Prepare analysis re: Debtor's SOFA and SOAL filings. |
| **12 Total** | | | **25.8** | |
| 13 | 2/28/2023 | Tucker, Michael | 0.3 | Review filed motion re: rejection of Debtor's office lease. |
| 13 | 2/28/2023 | Halevy, Richard | 0.8 | Review and summarize filed motion re: rejection of Debtor's office lease. |
| 13 | 2/28/2023 | Halevy, Richard | 0.3 | Review various first day motions. |
| 13 | 3/1/2023 | Tucker, Michael | 1.0 | Review analysis re: Debtor's lease rejection motions. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
DETAIL OF TIME ENTRIES
FOR THE PERIOD FEBRUARY 26, 2023 TO MARCH 31, 2023

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 13 | 3/1/2023 | Halevy, Richard | 2.1 | Prepare analysis re: Debtor's lease rejection motions. |
| 13 | 3/1/2023 | Halevy, Richard | 2.7 | Continue to prepare analysis re: Debtor's lease rejection motions. |
| 13 | 3/2/2023 | Tucker, Michael | 0.3 | Review analysis re: Debtor's lease rejection motions. |
| 13 | 3/2/2023 | Halevy, Richard | 1.1 | Prepare analysis re: Debtor's lease rejection motions. |
| 13 | 3/2/2023 | Halevy, Richard | 0.3 | Prepare correspondence to S&K re: Debtor's lease rejection motions. |
| 13 | 3/3/2023 | Tucker, Michael | 0.6 | Participate in call with S&K re: Province retention. |
| 13 | 3/3/2023 | Halevy, Richard | 0.6 | Participate in call with S&K re: Province retention. |
| 13 | 3/6/2023 | Tucker, Michael | 0.2 | Review correspondence from Province re: lease rejection motions. |
| 13 | 3/7/2023 | Halevy, Richard | 1.3 | Prepare analysis re: Debtor's lease rejection motions. |
| 13 | 3/9/2023 | Tucker, Michael | 0.3 | Review Debtor's supplemental lease rejection motions. |
| 13 | 3/9/2023 | Halevy, Richard | 0.6 | Prepare correspondence to S&K re: Debtor's lease rejection motions. |
| 13 | 3/9/2023 | Halevy, Richard | 1.1 | Prepare analysis re: Debtor's lease rejection motions. |
| 13 | 3/20/2023 | Halevy, Richard | 0.5 | Review filed motion re: Debtor's licensing fees. |
| 13 | 3/20/2023 | Halevy, Richard | 0.5 | Prepare diligence requests for the Debtor re: lease rejections. |
| 13 | 3/20/2023 | Halevy, Richard | 0.4 | Review Debtor's lease rejection motions. |
| 13 | 3/24/2023 | Eisler, Marshall | 1.9 | Prepare analysis re: Debtor's lease rejection motions. |
| 13 | 3/24/2023 | Halevy, Richard | 0.7 | Review Debtor's lease rejection motions. |
| **13 Total** | | | **17.6** | |
| 18 | 3/13/2023 | Halevy, Richard | 1.3 | Review materials provided by Debtor re: insider transactions. |
| 18 | 3/15/2023 | Tucker, Michael | 0.6 | Participate in call with S&K re: insider transactions. |
| 18 | 3/16/2023 | Halevy, Richard | 0.4 | Prepare correspondence to S&K re: insider investigation diligence requests. |
| 18 | 3/17/2023 | Eisler, Marshall | 0.8 | Evaluate exhibits provided by Debtor re: insider transactions |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 26, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 3/17/2023 | Halevy, Richard | 1.5 | Review documents provided by Debtor re: insider transactions. |
| 18 | 3/17/2023 | Halevy, Richard | 0.6 | Prepare correspondence to S&K re: analysis in connection with insider investigation. |
| 18 | 3/18/2023 | Tucker, Michael | 0.2 | Review correspondence from S&K re: diligence requests in connection with insider investigation. |
| 18 | 3/20/2023 | Tucker, Michael | 0.3 | Review correspondence from S&K re: tax returns in connection with insider investigation. |
| 18 | 3/20/2023 | Halevy, Richard | 0.5 | Review documents provided by Debtor re: insider transactions. |
| 18 | 3/21/2023 | Halevy, Richard | 0.5 | Prepare diligence requests for Debtor re: insider transactions. |
| 18 | 3/21/2023 | Halevy, Richard | 1.9 | Review documents provided by Debtor re: insider transactions. |
| 18 | 3/22/2023 | Eisler, Marshall | 1.1 | Review additional exhibits provided by Debtor re: insider transactions |
| 18 | 3/22/2023 | Halevy, Richard | 2.0 | Review documents provided by Debtor re: insider transactions. |
| 18 | 3/22/2023 | Halevy, Richard | 0.4 | Prepare analysis re: documents provided in connection with insider transactions. |
| 18 | 3/23/2023 | Tucker, Michael | 0.5 | Participate in call with S&K re: discovery requests for insider investigation. |
| 18 | 3/23/2023 | Eisler, Marshall | 0.6 | Prepare for call with S&K re: insider transactions. |
| 18 | 3/23/2023 | Eisler, Marshall | 0.5 | Participate in call with S&K re: discovery requests for insider investigation. |
| 18 | 3/23/2023 | Halevy, Richard | 1.9 | Prepare analysis re: documents provided in connection with insider transactions. |
| 18 | 3/23/2023 | Halevy, Richard | 0.5 | Participate in call with S&K re: discovery requests for insider investigation. |
| **18 Total** | | | **16.1** | |
| 19 | 3/1/2023 | Tucker, Michael | 0.7 | Review work plan re: case planning and preliminary observations. |
| 19 | 3/1/2023 | Halevy, Richard | 1.0 | Prepare work plan re: case planning and preliminary observations. |
| 19 | 3/2/2023 | Halevy, Richard | 0.7 | Prepare updates to work plan re: near-term deliverables. |
| 19 | 3/7/2023 | Halevy, Richard | 0.8 | Prepare work plan re: near-term deliverables. |
| 19 | 3/10/2023 | Halevy, Richard | 0.2 | Review latest docket filings. |
| 19 | 3/15/2023 | Halevy, Richard | 0.4 | Prepare work plan re: near-term deliverables. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 26, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 3/16/2023 | Halevy, Richard | 0.2 | Review latest docket filings. |
| 19 | 3/20/2023 | Halevy, Richard | 0.5 | Review latest docket filings. |
| 19 | 3/24/2023 | Halevy, Richard | 0.7 | Prepare work plan re: near-term deliverables. |
| **19 Total** | | | **5.2** | |
| 20 | 3/7/2023 | Tucker, Michael | 0.4 | Participate in call with Fox Rothschild re: case updates. |
| **20 Total** | | | **0.4** | |
| 21 | 2/27/2023 | Halevy, Richard | 1.2 | Participate in call with S&K re: DIP motion and related analysis. |
| 21 | 2/28/2023 | Tucker, Michael | 0.7 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 2/28/2023 | Tucker, Michael | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 3/6/2023 | Tucker, Michael | 0.6 | Participate in call with S&K re: committee call prep. |
| 21 | 3/7/2023 | Tucker, Michael | 0.1 | Review agenda for Creditors' Committee call. |
| 21 | 3/7/2023 | Tucker, Michael | 1.3 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 3/7/2023 | Eisler, Marshall | 1.3 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 3/13/2023 | Tucker, Michael | 0.7 | Review latest filings and case updates in preparation for Creditors' Committee call. |
| 21 | 3/13/2023 | Halevy, Richard | 0.7 | Prepare summary re: case updates in preparation for Creditors' Committee call. |
| 21 | 3/14/2023 | Tucker, Michael | 0.2 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 3/14/2023 | Eisler, Marshall | 0.5 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 3/14/2023 | Halevy, Richard | 0.3 | Prepare agenda for call with S&K re: case updates. |
| 21 | 3/15/2023 | Eisler, Marshall | 0.6 | Participate in call with S&K re: case updates. |
| 21 | 3/15/2023 | Halevy, Richard | 0.6 | Participate in call with S&K re: case updates. |
| 21 | 3/20/2023 | Tucker, Michael | 0.5 | Review latest filings and case updates in preparation for Creditors' Committee call. |
| 21 | 3/21/2023 | Tucker, Michael | 0.7 | Participate in call with Creditors' Committee re: case updates. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD FEBRUARY 26, 2023 TO MARCH 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 3/21/2023 | Eisler, Marshall | 0.7 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 3/28/2023 | Tucker, Michael | 0.7 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 3/28/2023 | Sui, Frank | 0.7 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 3/28/2023 | Eisler, Marshall | 0.7 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 3/28/2023 | Eisler, Marshall | 0.6 | Prepare for call with Creditors' Committee re: case updates. |
| **21 Total** | | | **14.2** | |
| 23 | 3/13/2023 | Tucker, Michael | 0.5 | Prepare FTI retention application. |
| 23 | 3/21/2023 | Tucker, Michael | 1.4 | Prepare updates to FTI retention application. |
| 23 | 3/22/2023 | Tucker, Michael | 2.2 | Finalize FTI retention application. |
| **23 Total** | | | **4.1** | |
| **Grand Total** | | | **190.4** | |