Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | Case No.: 23-10423-mkn |
|---|---|
| CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
| Debtor. | **MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2023 THROUGH APRIL 30, 2023** |
| | FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors |
| | April 27, 2023 (employment authorized retroactive to February 24, 2023) |
| | April 1, 2023, through April 30, 2023 |
| | $66,924.00 (80% of $83,655.00) |
| | $0.00 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Initial Interim Monthly Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing April 1, 2023, through April 31, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $66,924.00 (representing 80% of the $83,655.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $0.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task.  Attached hereto as **Exhibit C** are the detailed time entries and expenses for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period.  FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

1  objection has been served.

2  DATED this 22nd day of September 2023.

3                                              FTI Consulting, Inc.

                                     By:  */s/ Michael Tucker*
                                          Michael Tucker
                                          4835 East Cactus Road, Suite 230
                                        Scottsdale, AZ 85254
                                        michael.tucker@fticonsulting.com

                                        *Financial Advisor for Official Committee of Unsecured Creditors*

# Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 26.8 | $ 17,420.00 |
| Eisler, Marshall | Managing Dir | 650 | 39.4 | 25,610.00 |
| Halevy, Richard | Sr Consultant | 650 | 62.5 | 40,625.00 |
| **TOTAL** | | | 128.7 | 83,655.00 |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 6.0 | $ 3,900.00 |
| 2 | Cash & Liquidity Analysis | 7.0 | 4,550.00 |
| 6 | Asset Sales & Recoveries | 48.2 | 31,330.00 |
| 8 | Valuation and Related Matters | 4.4 | 2,860.00 |
| 9 | Analysis of Employee Comp Programs | 4.7 | 3,055.00 |
| 11 | Prepare for and Attend Court Hearings | 1.2 | 780.00 |
| 13 | Analysis of Other Miscellaneous Motions | 4.6 | 2,990.00 |
| 18 | Potential Avoidance Actions & Litigation | 22.5 | 14,625.00 |
| 19 | Case Management | 10.3 | 6,695.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 18.7 | 12,155.00 |
| 24 | Preparation of Fee Application | 1.1 | 715.00 |
| | **GRAND TOTAL** | **128.7** | **$ 83,655.00** |

# Exhibit C

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 4/1/2023 | Tucker, Michael | 0.2 | Participate in call with Province re: operational updates. |
| 1 | 4/4/2023 | Eisler, Marshall | 1.6 | Review Debtor's historical financial reporting. |
| 1 | 4/4/2023 | Halevy, Richard | 0.5 | Review Debtor's 2022 financial results. |
| 1 | 4/13/2023 | Halevy, Richard | 0.9 | Prepare analysis re: Debtor's 2022 financial results. |
| 1 | 4/14/2023 | Tucker, Michael | 0.1 | Review committee update from Seward & Kissel ("S&K"). |
| 1 | 4/20/2023 | Halevy, Richard | 0.3 | Prepare diligence request re: Debtor's Brazil entity. |
| 1 | 4/20/2023 | Halevy, Richard | 0.6 | Prepare analysis re: Debtor's Brazil entity. |
| 1 | 4/21/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Province re: Debtor's Brazil entity. |
| 1 | 4/25/2023 | Halevy, Richard | 0.7 | Prepare analysis re: Debtor's Brazil entity. |
| 1 | 4/28/2023 | Eisler, Marshall | 0.9 | Review correspondence from Province re: Debtor's Brazil entity. |
| **1 Total** | | | **6.0** | |
| 2 | 4/1/2023 | Tucker, Michael | 0.3 | Review correspondence from Province re: cash logistics analysis. |
| 2 | 4/3/2023 | Eisler, Marshall | 0.8 | Review latest DIP Budget. |
| 2 | 4/3/2023 | Halevy, Richard | 0.7 | Review DIP Budget variance reporting provided by Province. |
| 2 | 4/10/2023 | Halevy, Richard | 0.3 | Review updated DIP Budget provided by Province. |
| 2 | 4/11/2023 | Eisler, Marshall | 0.5 | Participate in call with Province re: DIP Budget. |
| 2 | 4/11/2023 | Halevy, Richard | 0.7 | Review latest DIP Budget. |
| 2 | 4/11/2023 | Halevy, Richard | 0.5 | Participate in call with Province re: latest DIP Budget. |
| 2 | 4/18/2023 | Eisler, Marshall | 1.3 | Review latest DIP Budget. |
| 2 | 4/18/2023 | Halevy, Richard | 0.3 | Prepare correspondence to S&K re: latest DIP Budget. |
| 2 | 4/25/2023 | Tucker, Michael | 0.3 | Review correspondence from S&K re: DIP financing matters. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
DETAIL OF TIME ENTRIES
FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 4/27/2023 | Halevy, Richard | 0.8 | Review latest DIP Budget. |
| 2 | 4/27/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: latest DIP Budget. |
| 2 | 4/28/2023 | Halevy, Richard | 0.2 | Prepare correspondence to S&K re: DIP Budget. |
| **2 Total** | | | **7.0** | |
| 6 | 4/1/2023 | Tucker, Michael | 0.5 | Review marketing materials provided by Province. |
| 6 | 4/3/2023 | Tucker, Michael | 0.4 | Participate in call with S&K re: sale process and bid procedures. |
| 6 | 4/3/2023 | Tucker, Michael | 0.6 | Participate in call with Province re: sale process and operational updates. |
| 6 | 4/3/2023 | Eisler, Marshall | 0.4 | Participate in call with S&K re: sale process and bid procedures. |
| 6 | 4/3/2023 | Eisler, Marshall | 0.6 | Participate in call with Province re: sale process and operational updates. |
| 6 | 4/3/2023 | Halevy, Richard | 0.4 | Participate in call with S&K re: sale process and bid procedures. |
| 6 | 4/3/2023 | Halevy, Richard | 0.2 | Prepare for call with Province re: sale process and operational updates. |
| 6 | 4/3/2023 | Halevy, Richard | 0.6 | Participate in call with Province re: sale process and operational updates. |
| 6 | 4/6/2023 | Tucker, Michael | 0.2 | Prepare for call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 4/6/2023 | Tucker, Michael | 0.7 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 4/6/2023 | Tucker, Michael | 0.3 | Participate in call with Fox Rothschild re: sale process. |
| 6 | 4/6/2023 | Halevy, Richard | 0.4 | Prepare for call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 4/6/2023 | Halevy, Richard | 0.7 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 4/10/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: sale process. |
| 6 | 4/11/2023 | Eisler, Marshall | 0.9 | Review bids in connection with sale process. |
| 6 | 4/12/2023 | Tucker, Michael | 1.1 | Review bids in connection with sale process. |
| 6 | 4/12/2023 | Tucker, Michael | 0.4 | Participate in call with Fox Rothschild re: sale process. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 4/12/2023 | Eisler, Marshall | 1.9 | Review analysis re: bids received by Debtor. |
| 6 | 4/12/2023 | Halevy, Richard | 1.9 | Review bids in connection with sale process. |
| 6 | 4/12/2023 | Halevy, Richard | 2.3 | Prepare analysis re: bids received in connection with sale process. |
| 6 | 4/12/2023 | Halevy, Richard | 0.4 | Participate in call with Fox Rothschild re: sale process. |
| 6 | 4/13/2023 | Tucker, Michael | 0.4 | Review bids in connection with sale process. |
| 6 | 4/13/2023 | Tucker, Michael | 0.7 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 4/13/2023 | Eisler, Marshall | 0.5 | Participate in call with S&K re: bids received by Debtor. |
| 6 | 4/13/2023 | Eisler, Marshall | 0.7 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 4/13/2023 | Eisler, Marshall | 2.4 | Review analysis re: bids received by Debtor. |
| 6 | 4/13/2023 | Halevy, Richard | 0.2 | Prepare for call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 4/13/2023 | Halevy, Richard | 0.5 | Participate in call with S&K re: bids received by Debtor. |
| 6 | 4/13/2023 | Halevy, Richard | 0.6 | Review bids in connection with sale process. |
| 6 | 4/13/2023 | Halevy, Richard | 0.2 | Prepare correspondence to S&K re: bids received by Debtor. |
| 6 | 4/13/2023 | Halevy, Richard | 2.1 | Prepare analysis re: bids received by Debtor. |
| 6 | 4/13/2023 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: bids received by Debtor. |
| 6 | 4/13/2023 | Halevy, Richard | 0.7 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 4/13/2023 | Halevy, Richard | 1.7 | Continue to prepare analysis re: bids received by Debtor. |
| 6 | 4/17/2023 | Tucker, Michael | 0.1 | Prepare for call with Province re: sale process and operational updates. |
| 6 | 4/17/2023 | Tucker, Michael | 0.6 | Participate in call with Province re: sale process and operational updates. |
| 6 | 4/17/2023 | Eisler, Marshall | 0.6 | Participate in call with Province re: sale process and operational updates. |
| 6 | 4/17/2023 | Halevy, Richard | 0.6 | Participate in call with Province re: sale process and operational updates. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 4/17/2023 | Halevy, Richard | 0.2 | Prepare correspondence to S&K re: sale process. |
| 6 | 4/17/2023 | Halevy, Richard | 0.3 | Prepare for call with Province re: sale process and operational updates. |
| 6 | 4/17/2023 | Halevy, Richard | 0.5 | Review bids in connection with sale process. |
| 6 | 4/18/2023 | Tucker, Michael | 0.4 | Prepare correspondence to S&K re: sale process and bid procedures. |
| 6 | 4/20/2023 | Tucker, Michael | 0.6 | Participate in call with Province re: sale process and operational updates. |
| 6 | 4/20/2023 | Tucker, Michael | 0.3 | Participate in call with Fox Rothschild re: sale process. |
| 6 | 4/20/2023 | Eisler, Marshall | 0.6 | Participate in call with Province re: sale process and operational updates. |
| 6 | 4/20/2023 | Halevy, Richard | 0.6 | Participate in call with Province re: sale process and operational updates. |
| 6 | 4/21/2023 | Eisler, Marshall | 1.2 | Review draft bid procedures motion. |
| 6 | 4/21/2023 | Halevy, Richard | 0.7 | Review draft bid procedures motion. |
| 6 | 4/24/2023 | Tucker, Michael | 1.0 | Participate in call with Province re: sale process and operational updates. |
| 6 | 4/24/2023 | Tucker, Michael | 0.8 | Participate in call with S&K re: sale process. |
| 6 | 4/24/2023 | Eisler, Marshall | 0.8 | Participate in call with S&K re: sale process. |
| 6 | 4/24/2023 | Eisler, Marshall | 1.0 | Participate in call with Province re: sale process and operational updates. |
| 6 | 4/24/2023 | Eisler, Marshall | 0.6 | Review sale process updates from Debtor. |
| 6 | 4/24/2023 | Halevy, Richard | 1.0 | Participate in call with Province re: sale process and operational updates. |
| 6 | 4/24/2023 | Halevy, Richard | 0.3 | Prepare correspondence to S&K re: sale process updates. |
| 6 | 4/24/2023 | Halevy, Richard | 0.4 | Prepare for call with Province re: sale process and operational updates. |
| 6 | 4/24/2023 | Halevy, Richard | 0.8 | Participate in call with S&K re: sale process. |
| 6 | 4/25/2023 | Tucker, Michael | 0.9 | Participate in call with Province and Fox Rothschild re: stalking horse bidder selection. |
| 6 | 4/25/2023 | Tucker, Michael | 0.6 | Review analysis re: bids received by Debtor. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
DETAIL OF TIME ENTRIES
FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 4/25/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: sale process. |
| 6 | 4/25/2023 | Eisler, Marshall | 0.4 | Participate in call with S&K re: sale process. |
| 6 | 4/25/2023 | Eisler, Marshall | 0.9 | Review analysis re: bids received by Debtor. |
| 6 | 4/25/2023 | Eisler, Marshall | 0.8 | Participate in call with potential buyer. |
| 6 | 4/25/2023 | Halevy, Richard | 0.4 | Participate in call with S&K re: sale process. |
| 6 | 4/25/2023 | Halevy, Richard | 0.5 | Review analysis prepared by Province re: bids received. |
| 6 | 4/26/2023 | Eisler, Marshall | 0.8 | Review filed notice of stalking horse designation. |
| 6 | 4/27/2023 | Tucker, Michael | 0.7 | Participate in call with Province re: sale process and operational updates. |
| 6 | 4/27/2023 | Tucker, Michael | 0.1 | Participate in call with Fox Rothschild re: sale process. |
| 6 | 4/27/2023 | Eisler, Marshall | 0.7 | Participate in call with Province re: sale process and operational updates. |
| 6 | 4/27/2023 | Halevy, Richard | 0.4 | Prepare for call with Province re: sale process and operational updates. |
| 6 | 4/27/2023 | Halevy, Richard | 0.7 | Participate in call with Province re: sale process and operational updates. |
| **6 Total** | | | **48.2** | |
| 8 | 4/7/2023 | Halevy, Richard | 1.9 | Prepare analysis re: Secured Lender's collateral. |
| 8 | 4/11/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Counsel re: lien review. |
| 8 | 4/12/2023 | Tucker, Michael | 0.6 | Participate in call with S&K re: lien analysis. |
| 8 | 4/12/2023 | Eisler, Marshall | 0.6 | Participate in call with S&K re: lien analysis. |
| 8 | 4/12/2023 | Eisler, Marshall | 0.5 | Participate in call with Province re: lien analysis. |
| 8 | 4/12/2023 | Halevy, Richard | 0.6 | Participate in call with S&K re: lien analysis. |
| **8 Total** | | | **4.4** | |
| 9 | 4/11/2023 | Halevy, Richard | 1.7 | Review and analyze draft KERP motion received from Debtor. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
DETAIL OF TIME ENTRIES
FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 9 | 4/12/2023 | Eisler, Marshall | 0.7 | Review analysis re: draft KERP motion. |
| 9 | 4/12/2023 | Halevy, Richard | 0.6 | Review draft KERP motion. |
| 9 | 4/12/2023 | Halevy, Richard | 0.6 | Prepare analysis re: draft KERP motion. |
| 9 | 4/13/2023 | Tucker, Michael | 0.2 | Review correspondence from S&K re: draft KERP motion. |
| 9 | 4/18/2023 | Eisler, Marshall | 0.4 | Prepare correspondence to S&K re: KERP motion. |
| 9 | 4/18/2023 | Halevy, Richard | 0.5 | Review revised draft of KERP motion. |
| **9 Total** | | | **4.7** | |
| 11 | 4/20/2023 | Tucker, Michael | 1.0 | Participate telephonically in Coin Cloud court hearing. |
| 11 | 4/26/2023 | Tucker, Michael | 0.2 | Participate telephonically in Coin Cloud court hearing. |
| **11 Total** | | | **1.2** | |
| 13 | 4/1/2023 | Tucker, Michael | 1.1 | Review analysis re: Debtor's lease rejection motions. |
| 13 | 4/10/2023 | Eisler, Marshall | 0.7 | Review schedule provided by Debtor re: lease rejection motions. |
| 13 | 4/13/2023 | Tucker, Michael | 0.2 | Review correspondence from Province re: retention stipulation. |
| 13 | 4/13/2023 | Tucker, Michael | 0.5 | Review Province retention stipulation. |
| 13 | 4/13/2023 | Eisler, Marshall | 0.6 | Review Province retention stipulation. |
| 13 | 4/20/2023 | Tucker, Michael | 0.8 | Review and comment on Province retention stipulation. |
| 13 | 4/21/2023 | Tucker, Michael | 0.1 | Review Province retention stipulation. |
| 13 | 4/26/2023 | Eisler, Marshall | 0.3 | Participate in call with S&K re: Province retention stipulation. |
| 13 | 4/26/2023 | Halevy, Richard | 0.3 | Review correspondence from S&K re: Province retention stipulation. |
| **13 Total** | | | **4.6** | |
| 18 | 4/3/2023 | Tucker, Michael | 0.3 | Review analysis re: insider transactions. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 4/3/2023 | Halevy, Richard | 1.8 | Prepare analysis re: insider transactions. |
| 18 | 4/4/2023 | Halevy, Richard | 1.9 | Prepare analysis re: documents received in connection with insider transactions. |
| 18 | 4/4/2023 | Halevy, Richard | 0.6 | Review 2022 cash flow statement in connection with insider transactions. |
| 18 | 4/5/2023 | Tucker, Michael | 0.5 | Review analysis re: insider transactions. |
| 18 | 4/5/2023 | Tucker, Michael | 0.8 | Participate in call with S&K re: insider transactions. |
| 18 | 4/5/2023 | Eisler, Marshall | 0.8 | Participate in call with S&K re: insider transactions. |
| 18 | 4/5/2023 | Eisler, Marshall | 2.1 | Review analysis re: insider transactions. |
| 18 | 4/5/2023 | Halevy, Richard | 0.8 | Participate in call with S&K re: insider transactions. |
| 18 | 4/5/2023 | Halevy, Richard | 1.7 | Prepare analysis re: insider transactions. |
| 18 | 4/5/2023 | Halevy, Richard | 1.5 | Continue to prepare analysis re: insider transactions. |
| 18 | 4/10/2023 | Halevy, Richard | 0.5 | Review Debtor's K-1 forms in connection with insider investigation. |
| 18 | 4/10/2023 | Halevy, Richard | 0.6 | Prepare correspondence to FTI team re: investigation diligence items. |
| 18 | 4/11/2023 | Eisler, Marshall | 0.5 | Participate in call with S&K re: insider transactions. |
| 18 | 4/11/2023 | Halevy, Richard | 0.5 | Participate in call with S&K re: insider transactions. |
| 18 | 4/11/2023 | Halevy, Richard | 0.3 | Prepare for call with S&K re: insider transactions. |
| 18 | 4/11/2023 | Halevy, Richard | 0.3 | Review documents provided by Province re: insider transactions. |
| 18 | 4/12/2023 | Halevy, Richard | 0.4 | Review documents provided by Province re: insider transactions. |
| 18 | 4/13/2023 | Halevy, Richard | 0.5 | Prepare diligence list re: insider transactions. |
| 18 | 4/14/2023 | Halevy, Richard | 0.4 | Review documents provided by Province re: insider transactions. |
| 18 | 4/14/2023 | Halevy, Richard | 0.8 | Prepare diligence list re: insider transactions. |
| 18 | 4/19/2023 | Eisler, Marshall | 1.3 | Review documents provided by Province re: insider transactions. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 4/19/2023 | Halevy, Richard | 1.5 | Review tax returns re: insider investigation. |
| 18 | 4/20/2023 | Halevy, Richard | 0.3 | Prepare correspondence to S&K re: insider transactions. |
| 18 | 4/21/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Province re: diligence questions in connection with insider transactions. |
| 18 | 4/21/2023 | Halevy, Richard | 0.5 | Prepare diligence questions re: insider transactions. |
| 18 | 4/21/2023 | Halevy, Richard | 0.3 | Prepare correspondence to S&K re: Debtor's D&O insurance. |
| 18 | 4/27/2023 | Eisler, Marshall | 0.4 | Prepare correspondence to Province re: outstanding information for insider transactions. |
| 18 | 4/27/2023 | Halevy, Richard | 0.4 | Prepare correspondence to Province re: insider transactions. |
| **18 Total** | | | **22.5** | |
| 19 | 4/3/2023 | Tucker, Michael | 0.1 | Prepare work plan re: near-term deliverables. |
| 19 | 4/3/2023 | Eisler, Marshall | 0.2 | Review work plan re: near-term deliverables. |
| 19 | 4/3/2023 | Halevy, Richard | 0.4 | Review latest docket filings. |
| 19 | 4/3/2023 | Halevy, Richard | 0.3 | Review work plan re: near-term deliverables. |
| 19 | 4/6/2023 | Halevy, Richard | 0.4 | Review latest docket filings. |
| 19 | 4/10/2023 | Tucker, Michael | 0.6 | Participate in call with FTI team re: work plan and near-term deliverables. |
| 19 | 4/10/2023 | Eisler, Marshall | 0.6 | Participate in call with FTI team re: work plan and near-term deliverables. |
| 19 | 4/10/2023 | Halevy, Richard | 0.6 | Participate in call with FTI team re: work plan and near-term deliverables. |
| 19 | 4/11/2023 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: docket filings and case updates. |
| 19 | 4/18/2023 | Tucker, Michael | 0.7 | Participate in call with FTI team re: work plan and near-term deliverables. |
| 19 | 4/18/2023 | Eisler, Marshall | 0.7 | Participate in call with FTI team re: work plan and near-term deliverables. |
| 19 | 4/18/2023 | Halevy, Richard | 0.7 | Participate in call with FTI team re: work plan and near-term deliverables. |
| 19 | 4/18/2023 | Halevy, Richard | 0.5 | Review latest docket filings. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 4/19/2023 | Halevy, Richard | 1.1 | Prepare work plan re: near-term deliverables. |
| 19 | 4/20/2023 | Tucker, Michael | 0.7 | Participate in call with FTI team re: work plan and near-term deliverables. |
| 19 | 4/20/2023 | Eisler, Marshall | 0.7 | Participate in call with FTI team re: work plan and near-term deliverables. |
| 19 | 4/20/2023 | Halevy, Richard | 0.7 | Participate in call with FTI team re: work plan and near-term deliverables. |
| 19 | 4/20/2023 | Halevy, Richard | 0.3 | Review latest docket filings. |
| 19 | 4/20/2023 | Halevy, Richard | 0.3 | Review work plan re: near-term deliverables. |
| 19 | 4/28/2023 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: docket filings and case updates. |
| **19 Total** | | | **10.3** | |
| 21 | 4/1/2023 | Tucker, Michael | 0.6 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 4/4/2023 | Tucker, Michael | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 4/4/2023 | Eisler, Marshall | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 4/4/2023 | Halevy, Richard | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 4/10/2023 | Tucker, Michael | 0.5 | Participate in call with S&K re: Committee call prep. |
| 21 | 4/10/2023 | Tucker, Michael | 0.2 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 4/10/2023 | Eisler, Marshall | 0.6 | Participate in call with S&K re: Committee call prep. |
| 21 | 4/10/2023 | Halevy, Richard | 0.6 | Participate in call with S&K re: Committee call prep. |
| 21 | 4/11/2023 | Eisler, Marshall | 1.3 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 4/12/2023 | Tucker, Michael | 1.0 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 4/12/2023 | Eisler, Marshall | 1.0 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 4/12/2023 | Halevy, Richard | 1.0 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 4/12/2023 | Halevy, Richard | 0.3 | Prepare for call with Creditors' Committee re: case updates. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2023 TO APRIL 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 4/17/2023 | Tucker, Michael | 0.5 | Participate in call with S&K re: Committee call prep. |
| 21 | 4/17/2023 | Eisler, Marshall | 0.5 | Participate in call with S&K re: Committee call prep. |
| 21 | 4/17/2023 | Eisler, Marshall | 1.0 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 4/17/2023 | Halevy, Richard | 0.5 | Participate in call with S&K re: Committee call prep. |
| 21 | 4/18/2023 | Tucker, Michael | 0.5 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 4/18/2023 | Tucker, Michael | 1.0 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 4/18/2023 | Eisler, Marshall | 1.0 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 4/18/2023 | Halevy, Richard | 0.4 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 4/18/2023 | Halevy, Richard | 1.0 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 4/25/2023 | Tucker, Michael | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 4/25/2023 | Eisler, Marshall | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 4/25/2023 | Halevy, Richard | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 4/28/2023 | Eisler, Marshall | 0.4 | Review correspondence from S&K re: Committee update. |
| **21 Total** | | | **18.7** | |
| 24 | 4/24/2023 | Halevy, Richard | 0.6 | Prepare March 2023 fee application. |
| 24 | 4/28/2023 | Halevy, Richard | 0.5 | Review March 2023 fee application. |
| **24 Total** | | | **1.1** | |
| **Grand Total** | | | **128.7** | |