Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2023 THROUGH MAY 31, 2023**<br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>May 1, 2023, through May 31, 2023<br><br>$93,236.00 (80% of $116,545.00)<br><br>$0.00 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Initial Interim Monthly Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing May 1, 2023, through May 31, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $93,236.00 (representing 80% of the $116,545.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $0.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task.  Attached hereto as **Exhibit C** are the detailed time entries and expenses for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period.  FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

1 | objection has been served.

2 | DATED this 22nd day of September 2023.

FTI Consulting, Inc.

By: */s/ Michael Tucker*
Michael Tucker
4835 East Cactus Road, Suite 230
Scottsdale, AZ 85254
michael.tucker@fticonsulting.com

*Financial Advisor for Official Committee of Unsecured Creditors*

# Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MAY 1, 2023 TO MAY 31, 2023**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Star, Samuel | Sr Managing Dir | $ 650 | 0.1 | $ 65.00 |
| Tucker, Michael | Sr Managing Dir | 650 | 50.1 | 32,565.00 |
| Eisler, Marshall | Managing Dir | 650 | 34.9 | 22,685.00 |
| Halevy, Richard | Sr Consultant | 650 | 94.2 | 61,230.00 |
| **TOTAL** | | | 179.3 | 116,545.00 |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MAY 1, 2023 TO MAY 31, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 3.2 | $ 2,080.00 |
| 2 | Cash & Liquidity Analysis | 13.4 | 8,710.00 |
| 4 | Trade Vendor Issues | 1.7 | 1,105.00 |
| 6 | Asset Sales & Recoveries | 65.5 | 42,575.00 |
| 8 | Valuation and Related Matters | 0.3 | 195.00 |
| 11 | Prepare for and Attend Court Hearings | 15.3 | 9,945.00 |
| 13 | Analysis of Other Miscellaneous Motions | 1.9 | 1,235.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 1.4 | 910.00 |
| 18 | Potential Avoidance Actions & Litigation | 38.8 | 25,220.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 26.5 | 17,225.00 |
| 24 | Preparation of Fee Application | 11.3 | 7,345.00 |
| | **GRAND TOTAL** | **179.3** | **$ 116,545.00** |

# Exhibit C

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 5/2/2023 | Halevy, Richard | 0.3 | Review org chart re: Debtor subsidiaries in connection with diligence on Brazil entity. |
| 1 | 5/10/2023 | Halevy, Richard | 0.4 | Prepare correspondence to Seward & Kissel ("S&K") re: Brazil entity receivable. |
| 1 | 5/12/2023 | Tucker, Michael | 0.1 | Review correspondence from S&K re: case updates. |
| 1 | 5/18/2023 | Tucker, Michael | 0.3 | Review correspondence from FTI team re: hearing updates. |
| 1 | 5/18/2023 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: hearing updates. |
| 1 | 5/19/2023 | Tucker, Michael | 0.1 | Review correspondence from S&K re: case updates. |
| 1 | 5/19/2023 | Eisler, Marshall | 0.4 | Review correspondence from S&K re: case updates. |
| 1 | 5/20/2023 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: various case issues. |
| 1 | 5/25/2023 | Halevy, Richard | 0.3 | Prepare correspondence to S&K re: case updates. |
| 1 | 5/25/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: hearing updates. |
| **1 Total** | | | **3.2** | |
| 2 | 5/1/2023 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: DIP Budget. |
| 2 | 5/9/2023 | Tucker, Michael | 0.2 | Review latest DIP Budget. |
| 2 | 5/9/2023 | Halevy, Richard | 0.1 | Prepare correspondence to Province re: DIP Budget. |
| 2 | 5/9/2023 | Halevy, Richard | 0.7 | Review DIP Order re: carve-out. |
| 2 | 5/10/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: DIP Order findings. |
| 2 | 5/10/2023 | Halevy, Richard | 0.8 | Prepare analysis re: DIP Order. |
| 2 | 5/11/2023 | Eisler, Marshall | 0.3 | Participate in call with Province re: DIP Budget. |
| 2 | 5/11/2023 | Halevy, Richard | 0.3 | Participate in call with Province re: DIP Budget. |
| 2 | 5/12/2023 | Tucker, Michael | 0.3 | Review analysis re: latest DIP Budget. |
| 2 | 5/12/2023 | Eisler, Marshall | 1.9 | Review latest DIP Budget. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 5/12/2023 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: DIP Budget. |
| 2 | 5/12/2023 | Halevy, Richard | 1.7 | Prepare analysis re: DIP Budget. |
| 2 | 5/15/2023 | Eisler, Marshall | 0.9 | Review analysis re: DIP Budget. |
| 2 | 5/15/2023 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: DIP Budget analysis. |
| 2 | 5/15/2023 | Halevy, Richard | 0.9 | Prepare analysis re: DIP Budget. |
| 2 | 5/19/2023 | Tucker, Michael | 0.1 | Participate in call with Fox Rothschild re: DIP financing matters. |
| 2 | 5/23/2023 | Tucker, Michael | 0.7 | Participate in call with Province re: DIP financing matters. |
| 2 | 5/23/2023 | Halevy, Richard | 0.1 | Prepare correspondence to Province re: DIP Budget. |
| 2 | 5/24/2023 | Tucker, Michael | 0.1 | Participate in call with Province re: DIP financing matters. |
| 2 | 5/26/2023 | Eisler, Marshall | 0.3 | Review correspondence from S&K re: DIP financing matters. |
| 2 | 5/30/2023 | Tucker, Michael | 0.6 | Review latest DIP Budget. |
| 2 | 5/30/2023 | Halevy, Richard | 0.6 | Review latest DIP Budget. |
| 2 | 5/30/2023 | Halevy, Richard | 1.1 | Prepare analysis re: DIP Budget. |
| 2 | 5/31/2023 | Tucker, Michael | 0.3 | Review latest DIP Budget. |
| **2 Total** | | | **13.4** | |
| 4 | 5/1/2023 | Star, Samuel | 0.1 | Participate in call with claims trader re: case status. |
| 4 | 5/2/2023 | Tucker, Michael | 0.3 | Prepare correspondence to committee member re: contract discussions. |
| 4 | 5/3/2023 | Tucker, Michael | 0.2 | Prepare correspondence to Province re: critical vendor payments. |
| 4 | 5/3/2023 | Tucker, Michael | 0.5 | Participate in call with a certain vendor's counsel re: critical vendor status. |
| 4 | 5/4/2023 | Tucker, Michael | 0.1 | Prepare correspondence to committee member re: critical vendor payments. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 4 | 5/4/2023 | Tucker, Michael | 0.5 | Review analysis prepared by Debtor re: critical vendor payments. |
| **4 Total** | | | **1.7** | |
| 6 | 5/1/2023 | Tucker, Michael | 0.7 | Participate in call with Province re: sale process and operational updates. |
| 6 | 5/1/2023 | Eisler, Marshall | 0.7 | Participate in call with Province re: sale process and operational updates. |
| 6 | 5/1/2023 | Halevy, Richard | 0.3 | Prepare for call with Province re: sale process and operational updates. |
| 6 | 5/1/2023 | Halevy, Richard | 0.7 | Participate in call with Province re: sale process and operational updates. |
| 6 | 5/1/2023 | Halevy, Richard | 0.4 | Prepare correspondence to S&K re: sale process updates. |
| 6 | 5/2/2023 | Tucker, Michael | 0.4 | Review analysis re: bids received by Debtor. |
| 6 | 5/3/2023 | Tucker, Michael | 0.2 | Review correspondence from Debtor re: stalking horse bidder diligence. |
| 6 | 5/3/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: draft APA. |
| 6 | 5/4/2023 | Tucker, Michael | 1.2 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 5/4/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: sale process. |
| 6 | 5/4/2023 | Eisler, Marshall | 1.2 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 5/4/2023 | Halevy, Richard | 1.2 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 5/5/2023 | Tucker, Michael | 0.5 | Participate in call with Fox Rothschild re: sale process. |
| 6 | 5/6/2023 | Tucker, Michael | 1.2 | Prepare waterfall analysis re: sale proceeds. |
| 6 | 5/6/2023 | Tucker, Michael | 0.8 | Review draft APA in connection with stalking horse bid. |
| 6 | 5/6/2023 | Halevy, Richard | 0.3 | Review correspondence from FTI team re: sale process. |
| 6 | 5/7/2023 | Tucker, Michael | 0.3 | Prepare correspondence to S&K re: sale process updates. |
| 6 | 5/7/2023 | Tucker, Michael | 0.5 | Prepare waterfall analysis re: sale proceeds. |
| 6 | 5/7/2023 | Tucker, Michael | 0.8 | Review draft APA in connection with stalking horse bid. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 5/7/2023 | Eisler, Marshall | 1.1 | Review waterfall analysis re: sale proceeds. |
| 6 | 5/7/2023 | Halevy, Richard | 1.9 | Prepare waterfall analysis re: sale proceeds. |
| 6 | 5/8/2023 | Tucker, Michael | 0.3 | Participate in call with Fox Rothschild re: sale and plan process. |
| 6 | 5/8/2023 | Tucker, Michael | 0.3 | Prepare correspondence to S&K re: sale proceeds waterfall. |
| 6 | 5/8/2023 | Tucker, Michael | 0.5 | Participate in call with Province re: sale process and operational updates. |
| 6 | 5/8/2023 | Tucker, Michael | 0.7 | Review waterfall analysis re: sale proceeds. |
| 6 | 5/8/2023 | Halevy, Richard | 0.3 | Prepare waterfall analysis re: sale proceeds. |
| 6 | 5/9/2023 | Tucker, Michael | 0.6 | Prepare waterfall analysis re: sale proceeds. |
| 6 | 5/9/2023 | Tucker, Michael | 0.1 | Participate in call with Fox Rothschild re: draft APA. |
| 6 | 5/9/2023 | Tucker, Michael | 0.3 | Review bids received by Debtor. |
| 6 | 5/10/2023 | Tucker, Michael | 0.9 | Participate in call with Fox Rothschild re: draft APA. |
| 6 | 5/10/2023 | Tucker, Michael | 0.5 | Review draft APA in connection with stalking horse bid. |
| 6 | 5/10/2023 | Tucker, Michael | 0.6 | Review correspondence from FTI team re: draft APA. |
| 6 | 5/10/2023 | Eisler, Marshall | 2.1 | Review and comment on draft APA. |
| 6 | 5/11/2023 | Tucker, Michael | 0.7 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 5/11/2023 | Tucker, Michael | 0.3 | Participate in call with Fox Rothschild re: sale process. |
| 6 | 5/11/2023 | Eisler, Marshall | 0.7 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 5/11/2023 | Halevy, Richard | 0.3 | Prepare for call with Province re: sale process and operational updates. |
| 6 | 5/11/2023 | Halevy, Richard | 0.7 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 5/12/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: sale process updates. |
| 6 | 5/15/2023 | Tucker, Michael | 0.3 | Participate in call with Fox Rothschild and Province re: sale process. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 5/15/2023 | Tucker, Michael | 0.7 | Participate in call with Province re: sale process and operational updates. |
| 6 | 5/15/2023 | Eisler, Marshall | 0.7 | Participate in call with Province re: sale process and operational updates. |
| 6 | 5/15/2023 | Halevy, Richard | 0.7 | Participate in call with Province re: sale process and operational updates. |
| 6 | 5/16/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: sale process. |
| 6 | 5/18/2023 | Tucker, Michael | 0.8 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 5/18/2023 | Tucker, Michael | 0.2 | Review proof of funds provided by stalking horse bidder. |
| 6 | 5/18/2023 | Eisler, Marshall | 0.8 | Participate in call with Province re: sale process and operational updates. |
| 6 | 5/18/2023 | Halevy, Richard | 0.8 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 5/18/2023 | Halevy, Richard | 0.4 | Prepare for call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 5/22/2023 | Tucker, Michael | 0.6 | Participate in call with Province re: sale process and operational updates. |
| 6 | 5/22/2023 | Halevy, Richard | 0.3 | Prepare for call with Province re: sale process and operational updates. |
| 6 | 5/22/2023 | Halevy, Richard | 0.3 | Prepare correspondence to S&K re: sale process updates. |
| 6 | 5/22/2023 | Halevy, Richard | 0.6 | Participate in call with Province re: sale process and operational updates. |
| 6 | 5/23/2023 | Tucker, Michael | 2.6 | Review and provide comments on draft APA in connection with stalking horse bid. |
| 6 | 5/23/2023 | Tucker, Michael | 0.3 | Review revised bids received by Debtor. |
| 6 | 5/23/2023 | Tucker, Michael | 1.3 | Participate in call with counsel for the stalking horse bidder re: draft APA. |
| 6 | 5/23/2023 | Eisler, Marshall | 1.3 | Participate in call with counsel for the stalking horse bidder re: draft APA. |
| 6 | 5/23/2023 | Halevy, Richard | 0.2 | Review draft APA. |
| 6 | 5/23/2023 | Halevy, Richard | 1.3 | Participate in call with counsel for the stalking horse bidder re: draft APA. |
| 6 | 5/23/2023 | Halevy, Richard | 0.6 | Additional review of draft APA. |
| 6 | 5/24/2023 | Tucker, Michael | 1.0 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
DETAIL OF TIME ENTRIES
FOR THE PERIOD MAY 1, 2023 TO MAY 31, 2023

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 5/24/2023 | Tucker, Michael | 0.5 | Review revised draft of APA in connection with stalking horse bidder. |
| 6 | 5/24/2023 | Tucker, Michael | 0.9 | Participate in call with Province and Fox Rothschild re: stalking horse bidder APA issues. |
| 6 | 5/24/2023 | Halevy, Richard | 2.7 | Review draft APA in connection with stalking horse bidder. |
| 6 | 5/24/2023 | Halevy, Richard | 0.9 | Participate in call with Province and Fox Rothschild re: stalking horse bidder APA issues. |
| 6 | 5/24/2023 | Halevy, Richard | 1.0 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 5/25/2023 | Tucker, Michael | 0.4 | Review revised draft of APA in connection with stalking horse bidder. |
| 6 | 5/25/2023 | Tucker, Michael | 0.7 | Participate in call with Province and Fox Rothschild re: draft APA. |
| 6 | 5/25/2023 | Tucker, Michael | 1.1 | Participate in call with S&K re: sale process. |
| 6 | 5/25/2023 | Tucker, Michael | 0.3 | Review revised bidding procedures. |
| 6 | 5/25/2023 | Eisler, Marshall | 0.7 | Participate in call with Province and Fox Rothschild re: draft APA. |
| 6 | 5/25/2023 | Eisler, Marshall | 1.2 | Participate in call with S&K re: draft APA. |
| 6 | 5/25/2023 | Eisler, Marshall | 0.4 | Prepare correspondence to S&K re: sale process. |
| 6 | 5/25/2023 | Halevy, Richard | 0.7 | Participate in call with Province and Fox Rothschild re: draft APA. |
| 6 | 5/25/2023 | Halevy, Richard | 1.2 | Participate in call with S&K re: draft APA. |
| 6 | 5/25/2023 | Halevy, Richard | 0.7 | Review and comment on draft APA. |
| 6 | 5/26/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: bid procedures. |
| 6 | 5/26/2023 | Tucker, Michael | 0.3 | Review bids received by Debtor in connection with auction. |
| 6 | 5/26/2023 | Eisler, Marshall | 0.9 | Review filed APA. |
| 6 | 5/26/2023 | Halevy, Richard | 0.5 | Review filing re: stalking horse selection. |
| 6 | 5/29/2023 | Halevy, Richard | 0.4 | Prepare correspondence to S&K re: sale process updates. |
| 6 | 5/30/2023 | Tucker, Michael | 0.6 | Review schedules and exhibits to draft APA. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 5/30/2023 | Tucker, Michael | 0.8 | Review bids received by Debtor in connection with auction. |
| 6 | 5/31/2023 | Tucker, Michael | 0.9 | Review analysis re: bids received by Debtor. |
| 6 | 5/31/2023 | Tucker, Michael | 0.5 | Prepare correspondence to Province re: bids received in connection with auction. |
| 6 | 5/31/2023 | Tucker, Michael | 0.7 | Participate in call with S&K re: bids received in connection with auction. |
| 6 | 5/31/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: auction. |
| 6 | 5/31/2023 | Halevy, Richard | 3.1 | Prepare analysis re: bids received by Debtor. |
| 6 | 5/31/2023 | Halevy, Richard | 0.5 | Prepare correspondence to S&K re: bid analysis. |
| 6 | 5/31/2023 | Halevy, Richard | 0.7 | Participate in call with S&K re: bids received in connection with auction. |
| 6 | 5/31/2023 | Halevy, Richard | 0.9 | Review bids received by Debtor in connection with auction. |
| **6 Total** | | | **65.5** | |
| 8 | 5/9/2023 | Tucker, Michael | 0.3 | Review lien analysis re: a secured creditor. |
| **8 Total** | | | **0.3** | |
| 11 | 5/8/2023 | Eisler, Marshall | 4.3 | Listen into McAlary deposition (partial). |
| 11 | 5/8/2023 | Halevy, Richard | 3.5 | Listen into McAlary deposition. |
| 11 | 5/8/2023 | Halevy, Richard | 2.0 | Continue to listen into McAlary deposition. |
| 11 | 5/8/2023 | Halevy, Richard | 4.0 | Further listen into McAlary deposition. |
| 11 | 5/18/2023 | Halevy, Richard | 0.8 | Participate telephonically in court hearing re: Debtor's KERP motion. |
| 11 | 5/25/2023 | Halevy, Richard | 0.7 | Participate telephonically in court hearing re: Debtor's lease rejection motions. |
| **11 Total** | | | **15.3** | |
| 13 | 5/1/2023 | Tucker, Michael | 0.8 | Review analysis re: Province retention stipulation. |
| 13 | 5/1/2023 | Eisler, Marshall | 0.4 | Prepare correspondence to FTI team re: Province retention stipulation. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 13 | 5/2/2023 | Tucker, Michael | 0.4 | Prepare analysis re: Province retention stipulation. |
| 13 | 5/9/2023 | Tucker, Michael | 0.1 | Participate in call with Province re: Province retention stipulation. |
| 13 | 5/25/2023 | Tucker, Michael | 0.2 | Review lease and contract rejection motions. |
| **13 Total** | | | **1.9** | |
| 16 | 5/7/2023 | Tucker, Michael | 0.8 | Review draft plan. |
| 16 | 5/23/2023 | Halevy, Richard | 0.6 | Prepare analysis re: potential assets for liquidating trust. |
| **16 Total** | | | **1.4** | |
| 18 | 5/1/2023 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: insider transactions. |
| 18 | 5/2/2023 | Tucker, Michael | 1.0 | Participate in call with S&K re: deposition preparation. |
| 18 | 5/2/2023 | Halevy, Richard | 0.4 | Prepare correspondence to S&K re: insider transactions. |
| 18 | 5/2/2023 | Halevy, Richard | 0.5 | Prepare for call with S&K re: insider transactions. |
| 18 | 5/2/2023 | Halevy, Richard | 1.0 | Participate in call with S&K re: deposition preparation. |
| 18 | 5/3/2023 | Eisler, Marshall | 0.2 | Participate in call with S&K re: insider investigation. |
| 18 | 5/3/2023 | Eisler, Marshall | 1.9 | Review documents provided in connection with insider investigation. |
| 18 | 5/3/2023 | Halevy, Richard | 0.4 | Prepare correspondence to S&K re: analysis in connection with insider transactions. |
| 18 | 5/3/2023 | Halevy, Richard | 0.3 | Prepare diligence request for Province re: insider investigation. |
| 18 | 5/3/2023 | Halevy, Richard | 0.2 | Participate in call with S&K re: insider investigation. |
| 18 | 5/4/2023 | Eisler, Marshall | 0.7 | Participate in call with S&K re: insider investigation. |
| 18 | 5/4/2023 | Halevy, Richard | 2.7 | Review and provide comments to McAlary deposition outline. |
| 18 | 5/4/2023 | Halevy, Richard | 3.1 | Prepare outline in preparation for McAlary deposition. |
| 18 | 5/4/2023 | Halevy, Richard | 0.7 | Participate in call with S&K re: insider investigation. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 5/5/2023 | Eisler, Marshall | 0.5 | Participate in call with S&K re: insider investigation. |
| 18 | 5/5/2023 | Eisler, Marshall | 1.4 | Review outline in connection with McAlary deposition. |
| 18 | 5/5/2023 | Halevy, Richard | 1.7 | Prepare outline in preparation for McAlary deposition. |
| 18 | 5/5/2023 | Halevy, Richard | 0.5 | Participate in call with S&K re: insider investigation. |
| 18 | 5/5/2023 | Halevy, Richard | 0.2 | Prepare for call with S&K re: insider investigation. |
| 18 | 5/7/2023 | Tucker, Michael | 0.9 | Review McAlary deposition outline. |
| 18 | 5/7/2023 | Halevy, Richard | 2.5 | Review and provide comments to McAlary deposition outline. |
| 18 | 5/8/2023 | Halevy, Richard | 0.5 | Prepare deposition questions for S&K re: financial issues. |
| 18 | 5/9/2023 | Tucker, Michael | 1.7 | Review analysis re: insider investigation. |
| 18 | 5/9/2023 | Tucker, Michael | 0.3 | Review tax distributions in connection with insider investigation. |
| 18 | 5/9/2023 | Eisler, Marshall | 0.7 | Participate in call with S&K re: insider investigation. |
| 18 | 5/9/2023 | Halevy, Richard | 0.6 | Prepare correspondence to S&K re: insider transactions. |
| 18 | 5/9/2023 | Halevy, Richard | 0.5 | Prepare for call with S&K re: insider investigation. |
| 18 | 5/9/2023 | Halevy, Richard | 0.7 | Participate in call with S&K re: insider investigation. |
| 18 | 5/9/2023 | Halevy, Richard | 1.2 | Prepare analysis re: insider investigation. |
| 18 | 5/10/2023 | Halevy, Richard | 1.9 | Review deposition transcript. |
| 18 | 5/11/2023 | Halevy, Richard | 0.3 | Prepare for call with S&K re: deposition follow-ups. |
| 18 | 5/11/2023 | Halevy, Richard | 0.7 | Participate in call with S&K re: deposition follow-ups. |
| 18 | 5/11/2023 | Halevy, Richard | 3.5 | Review deposition transcript and prepare analysis for S&K re: outstanding questions. |
| 18 | 5/11/2023 | Halevy, Richard | 0.7 | Prepare analysis re: outstanding question in connection with deposition. |
| 18 | 5/16/2023 | Tucker, Michael | 0.1 | Prepare correspondence to S&K re: potential litigation assets. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 5/16/2023 | Eisler, Marshall | 0.8 | Review analysis re: outstanding items in connection with insider investigation. |
| 18 | 5/16/2023 | Halevy, Richard | 1.6 | Review draft document requests re: insider investigation. |
| 18 | 5/17/2023 | Eisler, Marshall | 0.4 | Review Goldstein deposition transcript. |
| 18 | 5/18/2023 | Eisler, Marshall | 0.3 | Review correspondence from S&K re: Goldstein deposition. |
| 18 | 5/19/2023 | Eisler, Marshall | 0.9 | Review draft document requests re: insider investigation. |
| 18 | 5/29/2023 | Halevy, Richard | 0.1 | Participate in call with Province re: insider transactions. |
| **18 Total** | | | **38.8** | |
| 21 | 5/1/2023 | Tucker, Michael | 1.0 | Participate in call with S&K re: case updates. |
| 21 | 5/1/2023 | Eisler, Marshall | 1.0 | Participate in call with S&K re: case updates. |
| 21 | 5/1/2023 | Halevy, Richard | 1.0 | Participate in call with S&K re: case updates. |
| 21 | 5/2/2023 | Tucker, Michael | 0.3 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 5/2/2023 | Tucker, Michael | 1.0 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 5/2/2023 | Eisler, Marshall | 1.0 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 5/2/2023 | Halevy, Richard | 1.0 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 5/9/2023 | Tucker, Michael | 1.3 | Participate in call with S&K re: committee call prep. |
| 21 | 5/9/2023 | Tucker, Michael | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 5/9/2023 | Eisler, Marshall | 1.3 | Participate in call with S&K re: committee call prep. |
| 21 | 5/9/2023 | Halevy, Richard | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 5/9/2023 | Halevy, Richard | 1.3 | Participate in call with S&K re: committee call prep. |
| 21 | 5/15/2023 | Tucker, Michael | 0.7 | Participate in call with S&K re: case updates. |
| 21 | 5/15/2023 | Eisler, Marshall | 0.7 | Participate in call with S&K re: case updates. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 5/15/2023 | Halevy, Richard | 0.7 | Participate in call with S&K re: case updates. |
| 21 | 5/16/2023 | Tucker, Michael | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 5/16/2023 | Eisler, Marshall | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 5/16/2023 | Halevy, Richard | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 5/22/2023 | Tucker, Michael | 1.1 | Participate in call with S&K re: case updates. |
| 21 | 5/22/2023 | Eisler, Marshall | 1.1 | Participate in call with S&K re: case updates. |
| 21 | 5/22/2023 | Halevy, Richard | 1.1 | Participate in call with S&K re: case updates. |
| 21 | 5/23/2023 | Tucker, Michael | 0.9 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 5/23/2023 | Tucker, Michael | 0.8 | Participate in call with S&K re: committee call prep. |
| 21 | 5/23/2023 | Eisler, Marshall | 0.9 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 5/23/2023 | Halevy, Richard | 0.8 | Participate in call with S&K re: committee call prep. |
| 21 | 5/23/2023 | Halevy, Richard | 0.9 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 5/30/2023 | Tucker, Michael | 0.7 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 5/30/2023 | Tucker, Michael | 0.6 | Participate in call with S&K re: committee call prep. |
| 21 | 5/30/2023 | Halevy, Richard | 0.6 | Participate in call with S&K re: committee call prep. |
| 21 | 5/30/2023 | Halevy, Richard | 0.7 | Participate in call with Creditors' Committee re: case updates. |
| **21 Total** | | | **26.5** | |
| 24 | 5/1/2023 | Halevy, Richard | 2.7 | Prepare March 2023 fee application. |
| 24 | 5/2/2023 | Halevy, Richard | 1.1 | Review March 2023 fee application. |
| 24 | 5/2/2023 | Halevy, Richard | 1.1 | Prepare March 2023 fee application. |
| 24 | 5/5/2023 | Halevy, Richard | 1.2 | Finalize March 2023 fee application. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2023 TO MAY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 5/12/2023 | Halevy, Richard | 0.1 | Prepare correspondence to FTI team re: fee applications. |
| 24 | 5/22/2023 | Halevy, Richard | 2.4 | Prepare April 2023 fee application. |
| 24 | 5/23/2023 | Halevy, Richard | 1.5 | Prepare April 2023 fee application. |
| 24 | 5/30/2023 | Halevy, Richard | 1.2 | Review April 2023 fee application. |
| **24 Total** | | | **11.3** | |
| **Grand Total** | | | **179.3** | |