Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: 23-10423-mkn |
| | Chapter 11 |
| CASH CLOUD, INC. dba COIN CLOUD, | |
| Debtor. | **MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 1, 2023 THROUGH JUNE 30, 2023** |
| | FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors |
| | April 27, 2023 (employment authorized retroactive to February 24, 2023) |
| | June 1, 2023, through June 30, 2023 |
| | $94,588.00 (80% of $118,235.00) |
| | $1,473.44 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Initial Interim Monthly Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing June 1, 2023, through June 30, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $94,508.00 (representing 80% of the $118,235.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $1,473.44 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task.  Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period. Attached hereto as **Exhibit D** is a summary of expenses during the Fee Period by category.  Attached hereto as **Exhibit E** are the detailed expense descriptions for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period.  FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

1    objection has been served.

2     DATED this 22nd day of September 2023.

3                          FTI Consulting, Inc.

4

                    By: _/s/ Michael Tucker_____

5                        Michael Tucker

6                        4835 East Cactus Road, Suite 230

7                        Scottsdale, AZ 85254

8                        michael.tucker@fticonsulting.com

8

9                        *Financial Advisor for Official Committee of Unsecured Creditors*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 93.7 | $ 60,905.00 |
| Eisler, Marshall | Managing Dir | 650 | 9.9 | 6,435.00 |
| Halevy, Richard | Sr Consultant | 650 | 78.3 | 50,895.00 |
| **TOTAL** | | | **181.9** | **118,235.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional
in this case at $650 per hour other than for tasks relating to litigation or a contested plan
confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 20.6 | $ 13,390.00 |
| 2 | Cash & Liquidity Analysis | 6.2 | 4,030.00 |
| 4 | Trade Vendor Issues | 4.4 | 2,860.00 |
| 6 | Asset Sales & Recoveries | 74.3 | 48,295.00 |
| 11 | Prepare for and Attend Court Hearings | 2.0 | 1,300.00 |
| 13 | Analysis of Other Miscellaneous Motions | 1.8 | 1,170.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 1.6 | 1,040.00 |
| 18 | Potential Avoidance Actions & Litigation | 43.3 | 28,145.00 |
| 19 | Case Management | 2.4 | 1,560.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 15.8 | 10,270.00 |
| 24 | Preparation of Fee Application | 6.5 | 4,225.00 |
| 25 | Travel Time | 3.0 | 1,950.00 |
| | **GRAND TOTAL** | **181.9** | **$ 118,235.00** |

Exhibit C

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 6/5/2023 | Tucker, Michael | 0.8 | Prepare correspondence to FTI professionals in Brazil re: Brazil subsidiary diligence. |
| 1 | 6/5/2023 | Tucker, Michael | 0.7 | Review information provided by Debtor re: Brazil entity. |
| 1 | 6/5/2023 | Tucker, Michael | 1.6 | Prepare analysis re: latest financial information for Brazil subsidiary. |
| 1 | 6/5/2023 | Eisler, Marshall | 0.5 | Review diligence documents re: Brazil susidiary. |
| 1 | 6/6/2023 | Tucker, Michael | 0.5 | Prepare update to Creditors' Committee re: diligence of Brazil subsidiary. |
| 1 | 6/6/2023 | Eisler, Marshall | 0.8 | Review documents provided by Debtor re: Brazil entity. |
| 1 | 6/6/2023 | Halevy, Richard | 0.8 | Prepare analysis re: financial performance of Brazil subidiary. |
| 1 | 6/7/2023 | Tucker, Michael | 0.4 | Prepare diligence request re: Brazil subsidiary. |
| 1 | 6/22/2023 | Tucker, Michael | 0.8 | Review analysis re: the Debtor's historical financial performance. |
| 1 | 6/26/2023 | Halevy, Richard | 0.8 | Prepare analysis re: the Debtor's historical financial performance. |
| 1 | 6/27/2023 | Tucker, Michael | 1.3 | Prepare analysis re: latest financial information for Brazil subsidiary. |
| 1 | 6/27/2023 | Tucker, Michael | 0.8 | Prepare correspondence to FTI professionals in Brazil re: Brazil subsidiary diligence. |
| 1 | 6/27/2023 | Tucker, Michael | 1.0 | Review diligence documents re: Brazil susidiary. |
| 1 | 6/27/2023 | Tucker, Michael | 2.2 | Continue to prepare analysis re: latest financial information for Brazil subsidiary. |
| 1 | 6/27/2023 | Halevy, Richard | 0.9 | Prepare analysis re: latest financial information for Brazil subsidiary. |
| 1 | 6/27/2023 | Halevy, Richard | 1.3 | Review documents provided in dataroom re: Brazil entity. |
| 1 | 6/27/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: analysis in connection with Brazil subsidiary. |
| 1 | 6/28/2023 | Tucker, Michael | 0.5 | Review correspondence from FTI professionals in Brazil re: Brazil entity diligence. |
| 1 | 6/28/2023 | Halevy, Richard | 0.6 | Prepare analysis re: latest financial information for Brazil subsidiary. |
| 1 | 6/28/2023 | Halevy, Richard | 0.4 | Review documents provided by Debtor re: Brazil entity. |
| 1 | 6/29/2023 | Tucker, Michael | 0.3 | Prepare diligence request re: Brazil subsidiary. |
| 1 | 6/29/2023 | Halevy, Richard | 0.5 | Review correspondence from Province re: Brazil subsidiary. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 6/30/2023 | Tucker, Michael | 0.3 | Review information provided by Debtor re: Brazil entity. |
| 1 | 6/30/2023 | Halevy, Richard | 0.7 | Prepare analysis re: latest financial information for Brazil subsidiary. |
| 1 | 6/30/2023 | Halevy, Richard | 1.8 | Review documents provided by Debtor re: Brazil entity. |
| **1 Total** | | | **20.6** | |
| 2 | 6/6/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: Debtor's liquidity. |
| 2 | 6/8/2023 | Tucker, Michael | 0.3 | Participate in call with Province re: cash flow updates. |
| 2 | 6/19/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Province re: cash collection process. |
| 2 | 6/21/2023 | Halevy, Richard | 0.3 | Review correspondence from Province re: cash collection process. |
| 2 | 6/23/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: Debtor's liquidity. |
| 2 | 6/26/2023 | Tucker, Michael | 0.1 | Review information provided by Province re: Debtor's liquidity. |
| 2 | 6/29/2023 | Tucker, Michael | 0.9 | Review analysis prepared by Province re: Debtor's liquidity. |
| 2 | 6/29/2023 | Tucker, Michael | 1.5 | Participate in call with Province and Fox Rothschild re: analysis of Debtor's liquidity. |
| 2 | 6/29/2023 | Halevy, Richard | 1.5 | Participate in call with Province and Fox Rothschild re: analysis of Debtor's liquidity. |
| 2 | 6/29/2023 | Halevy, Richard | 0.5 | Review analysis prepared by Province re: Debtor's liquidity. |
| 2 | 6/29/2023 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: Debtor's liquidity analysis. |
| **2 Total** | | | **6.2** | |
| 4 | 6/5/2023 | Tucker, Michael | 0.8 | Review potential settlement in connection with a certain critical vendor. |
| 4 | 6/5/2023 | Tucker, Michael | 0.4 | Participate in call with Fox Rothschild re: potential settlement with a certain critical vendor. |
| 4 | 6/5/2023 | Eisler, Marshall | 0.4 | Review invoices for a certain critical vendor. |
| 4 | 6/6/2023 | Tucker, Michael | 0.3 | Review correspondence from Fox Rothschild re: status of a certain vendor. |
| 4 | 6/8/2023 | Tucker, Michael | 0.8 | Review potential settlement in connection with a certain critical vendor. |
| 4 | 6/8/2023 | Eisler, Marshall | 1.1 | Prepare analysis re: potential settlement in connection with a certain critical vendor. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 4 | 6/21/2023 | Tucker, Michael | 0.6 | Review contract re: a certain critical vendor. |
| **4 Total** | | | **4.4** | |
| 6 | 6/1/2023 | Tucker, Michael | 0.9 | Participate in call with Province re: sale process and operational updates. |
| 6 | 6/1/2023 | Tucker, Michael | 1.2 | Review analysis re: bids received by Debtor. |
| 6 | 6/1/2023 | Tucker, Michael | 0.2 | Participate in call with S&K re: sale process. |
| 6 | 6/1/2023 | Tucker, Michael | 0.2 | Review correspondence from Province re: sale process. |
| 6 | 6/1/2023 | Tucker, Michael | 0.4 | Review bid procedures motion and related deadlines. |
| 6 | 6/1/2023 | Tucker, Michael | 0.2 | Participate in additional call with Province re: sale process. |
| 6 | 6/1/2023 | Eisler, Marshall | 1.2 | Review analysis re: bids received by Debtor. |
| 6 | 6/1/2023 | Halevy, Richard | 0.9 | Participate in call with Province re: sale process and operational updates. |
| 6 | 6/1/2023 | Halevy, Richard | 0.3 | Review bid procedures motion. |
| 6 | 6/1/2023 | Halevy, Richard | 0.8 | Prepare analysis re: bids received by Debtor. |
| 6 | 6/2/2023 | Tucker, Michael | 0.3 | Review correspondence from S&K re: secured lender's potential objection to sale. |
| 6 | 6/2/2023 | Tucker, Michael | 4.0 | Participate and assist with Debtor's auction. |
| 6 | 6/2/2023 | Tucker, Michael | 4.0 | Continue to participate and assist with Debtor's auction. |
| 6 | 6/2/2023 | Tucker, Michael | 3.9 | Further participate and assist with Debtor's auction. |
| 6 | 6/2/2023 | Tucker, Michael | 0.4 | Review bids received by Debtor. |
| 6 | 6/2/2023 | Tucker, Michael | 0.4 | Participate in call with S&K re: bids received by Debtor in connection with auction. |
| 6 | 6/2/2023 | Tucker, Michael | 0.3 | Review correspondence from Province re: bids received in connection with auction. |
| 6 | 6/2/2023 | Eisler, Marshall | 1.1 | Review revised bids in connection with auction. |
| 6 | 6/2/2023 | Halevy, Richard | 0.4 | Participate in call with S&K re: bids received by Debtor in connection with auction. |
| 6 | 6/2/2023 | Halevy, Richard | 2.0 | Review revised bids in connection with auction. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 6/2/2023 | Halevy, Richard | 0.3 | Participate in call with S&K re: auction. |
| 6 | 6/2/2023 | Halevy, Richard | 3.0 | Participate in Debtor's auction telephonically. |
| 6 | 6/2/2023 | Halevy, Richard | 0.5 | Prepare analysis re: bids received by Debtor. |
| 6 | 6/5/2023 | Tucker, Michael | 0.7 | Participate in call with S&K re: sale process. |
| 6 | 6/5/2023 | Tucker, Michael | 0.4 | Participate in call with Fox Rothschild re: sale process. |
| 6 | 6/5/2023 | Tucker, Michael | 0.6 | Review operational issues in connection with sale closing. |
| 6 | 6/5/2023 | Tucker, Michael | 0.7 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 6/5/2023 | Eisler, Marshall | 0.7 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 6/5/2023 | Halevy, Richard | 0.3 | Prepare for call with Province re: sale process updates. |
| 6 | 6/5/2023 | Halevy, Richard | 0.7 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 6/5/2023 | Halevy, Richard | 0.7 | Participate in call with S&K re: sale process. |
| 6 | 6/6/2023 | Tucker, Michael | 0.4 | Participate in call with Fox Rothschild re: operational issues in connection with sale closing. |
| 6 | 6/6/2023 | Tucker, Michael | 0.9 | Participate in call with Province re: sale process and operational updates. |
| 6 | 6/6/2023 | Tucker, Michael | 1.3 | Prepare analysis re: sale process to share with Creditors' Committee. |
| 6 | 6/6/2023 | Eisler, Marshall | 0.4 | Review correspondence from FTI team re: sale process. |
| 6 | 6/6/2023 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: bids received by Debtor. |
| 6 | 6/7/2023 | Tucker, Michael | 0.5 | Participate in call with Fox Rothschild re: sale process. |
| 6 | 6/7/2023 | Tucker, Michael | 0.3 | Participate in call with Fox Rothschild re: considerations for winning bid at auction. |
| 6 | 6/7/2023 | Tucker, Michael | 0.4 | Participate in call with S&K re: sale process. |
| 6 | 6/7/2023 | Eisler, Marshall | 1.3 | Review draft APA in connection with asset sale. |
| 6 | 6/8/2023 | Tucker, Michael | 0.2 | Participate in call with S&K re: sale process updates. |
| 6 | 6/8/2023 | Tucker, Michael | 0.2 | Participate in call with Province re: sale process updates. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 6/8/2023 | Tucker, Michael | 0.5 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 6/8/2023 | Tucker, Michael | 1.2 | Participate in additional call with S&K re: sale process. |
| 6 | 6/8/2023 | Eisler, Marshall | 0.3 | Review correspondence from FTI team re: sale process. |
| 6 | 6/8/2023 | Halevy, Richard | 1.2 | Participate in call with S&K re: sale process updates. |
| 6 | 6/9/2023 | Tucker, Michael | 0.5 | Participate in call with Province re: sale process updates. |
| 6 | 6/12/2023 | Tucker, Michael | 1.0 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 6/12/2023 | Tucker, Michael | 0.2 | Prepare correspondence to Creditors' Committee re: sale process updates. |
| 6 | 6/12/2023 | Tucker, Michael | 0.5 | Participate in call with S&K re: sale process. |
| 6 | 6/12/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: sale process. |
| 6 | 6/12/2023 | Halevy, Richard | 1.0 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 6/13/2023 | Tucker, Michael | 0.8 | Review draft Management Service Agreement ("MSA") between Debtor and buyer. |
| 6 | 6/13/2023 | Tucker, Michael | 0.6 | Participate in call with S&K re: draft APA. |
| 6 | 6/13/2023 | Tucker, Michael | 1.3 | Review and provide comments on draft APA in connection with software sale. |
| 6 | 6/13/2023 | Tucker, Michael | 0.8 | Review draft APA in connection with asset sale. |
| 6 | 6/13/2023 | Tucker, Michael | 0.9 | Participate in call with a certain Committee member re: sale process. |
| 6 | 6/13/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: sale process and MSA. |
| 6 | 6/13/2023 | Tucker, Michael | 1.6 | Review and comment on draft APA. |
| 6 | 6/13/2023 | Halevy, Richard | 0.3 | Participate in call with S&K re: draft APA. |
| 6 | 6/13/2023 | Halevy, Richard | 1.5 | Review draft APA and supporting documents. |
| 6 | 6/13/2023 | Halevy, Richard | 0.5 | Prepare correspondence to Debtor's counsel re: APA comments. |
| 6 | 6/14/2023 | Tucker, Michael | 0.2 | Review and provide comments on draft MSA between Debtor and buyer. |
| 6 | 6/14/2023 | Tucker, Michael | 2.5 | Review and comment on draft APA and supporting documents. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 6/14/2023 | Tucker, Michael | 1.2 | Participate in call with S&K re: comments on draft APA and MSA. |
| 6 | 6/14/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: sale process. |
| 6 | 6/14/2023 | Halevy, Richard | 1.6 | Review and comment on draft APA and supporting documents. |
| 6 | 6/14/2023 | Halevy, Richard | 0.2 | Participate in call with Province re: sale process. |
| 6 | 6/15/2023 | Tucker, Michael | 0.8 | Participate in call with Province re: sale process and operational updates. |
| 6 | 6/15/2023 | Halevy, Richard | 0.8 | Participate in call with Province re: sale process and operational updates. |
| 6 | 6/16/2023 | Tucker, Michael | 0.5 | Review docket filings in connection with sale hearing. |
| 6 | 6/19/2023 | Tucker, Michael | 1.0 | Participate in call with Province re: sale process and operational updates. |
| 6 | 6/19/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: sale process and plan considerations. |
| 6 | 6/19/2023 | Halevy, Richard | 1.0 | Participate in call with Province re: sale process and operational updates. |
| 6 | 6/20/2023 | Tucker, Michael | 1.7 | Review filed APAs in connection with Debtor's asset sales. |
| 6 | 6/20/2023 | Tucker, Michael | 0.3 | Review filed MSA between Debtor and buyer. |
| 6 | 6/22/2023 | Tucker, Michael | 0.7 | Review draft reservation of rights in connection with sale at the request of S&K. |
| 6 | 6/22/2023 | Tucker, Michael | 0.3 | Review supporting documents for APA and MSA. |
| 6 | 6/22/2023 | Tucker, Michael | 1.1 | Participate in call with Province and Fox Rothschild re: sale process and operational updates. |
| 6 | 6/23/2023 | Tucker, Michael | 0.9 | Review draft sale order. |
| 6 | 6/23/2023 | Tucker, Michael | 0.6 | Participate in call with Province and Fox Rothschild re: outstanding sale issues. |
| 6 | 6/26/2023 | Tucker, Michael | 0.7 | Review correspondence from Province re: potential sale of Brazil subsidiary. |
| 6 | 6/27/2023 | Tucker, Michael | 0.2 | Prepare correspondence to Province re: potential sale of Brazil subsidiary. |
| 6 | 6/27/2023 | Tucker, Michael | 0.8 | Review documentation re: sale process. |
| 6 | 6/27/2023 | Tucker, Michael | 0.8 | Participate in call with S&K re: remaining Debtor assets for potential sale. |
| 6 | 6/27/2023 | Tucker, Michael | 0.8 | Review draft sale order. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 6/27/2023 | Halevy, Richard | 0.8 | Participate in call with S&K re: remaining Debtor assets for potential sale. |
| 6 | 6/28/2023 | Halevy, Richard | 1.3 | Review docket filings in connection with sale hearing. |
| **6 Total** | | | **74.3** | |
| 11 | 6/5/2023 | Halevy, Richard | 0.2 | Listen into omnibus hearing. |
| 11 | 6/28/2023 | Tucker, Michael | 0.9 | Listen into hearing approving sale of Debtor's assets. |
| 11 | 6/28/2023 | Halevy, Richard | 0.9 | Listen into hearing approving sale of Debtor's assets. |
| **11 Total** | | | **2.0** | |
| 13 | 6/15/2023 | Halevy, Richard | 0.8 | Review Debtor's lease rejection motions. |
| 13 | 6/21/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: KERP motion. |
| 13 | 6/21/2023 | Halevy, Richard | 0.3 | Prepare additional correspondence to FTI team re: KERP motion. |
| 13 | 6/26/2023 | Tucker, Michael | 0.4 | Review filing in connection with administrative claims bar date. |
| **13 Total** | | | **1.8** | |
| 16 | 6/26/2023 | Tucker, Michael | 0.5 | Prepare recovery analysis in connection with Plan. |
| 16 | 6/30/2023 | Halevy, Richard | 1.1 | Review draft litigation trust agreement in connection with Plan supplement. |
| **16 Total** | | | **1.6** | |
| 18 | 6/7/2023 | Tucker, Michael | 0.3 | Prepare correspondence to Debtor re: data preservation in connection with insider investigation. |
| 18 | 6/8/2023 | Halevy, Richard | 1.1 | Review document production re: insider investigation. |
| 18 | 6/8/2023 | Halevy, Richard | 1.0 | Continue to review document production re: insider investigation. |
| 18 | 6/8/2023 | Halevy, Richard | 0.8 | Review document production re: insider investigation. |
| 18 | 6/9/2023 | Tucker, Michael | 0.9 | Participate in call with S&K re: insider transactions. |
| 18 | 6/9/2023 | Eisler, Marshall | 1.1 | Review documents provided by Debtor re: insider transactions. |
| 18 | 6/9/2023 | Halevy, Richard | 3.5 | Review document production re: insider investigation. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 6/9/2023 | Halevy, Richard | 1.2 | Continue to review document production re: insider investigation. |
| 18 | 6/9/2023 | Halevy, Richard | 0.9 | Participate in call with S&K re: insider transactions. |
| 18 | 6/13/2023 | Halevy, Richard | 1.3 | Review documents re: insider transactions. |
| 18 | 6/14/2023 | Halevy, Richard | 1.5 | Review document production re: insider investigation. |
| 18 | 6/19/2023 | Tucker, Michael | 0.8 | Review documents provided by Debtor re: insider investigation. |
| 18 | 6/19/2023 | Tucker, Michael | 1.1 | Review Debtor's historical financial statements in connection with insider transactions. |
| 18 | 6/19/2023 | Tucker, Michael | 0.9 | Review Debtor's historical tax documents in connection with insider transactions. |
| 18 | 6/19/2023 | Halevy, Richard | 0.5 | Review documents provided by Debtor re: insider investigation. |
| 18 | 6/19/2023 | Halevy, Richard | 0.8 | Review documents provided by Debtor re: insider transactions. |
| 18 | 6/19/2023 | Halevy, Richard | 2.6 | Prepare analysis re: insider transactions. |
| 18 | 6/19/2023 | Halevy, Richard | 1.0 | Prepare analysis re: document production in connection with insider investigation. |
| 18 | 6/19/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: documents provided by Debtor in connection with insider |
| 18 | 6/20/2023 | Halevy, Richard | 2.8 | Prepare analysis re: insider transactions. |
| 18 | 6/20/2023 | Halevy, Richard | 0.5 | Review documents provided by Debtor re: insider transactions. |
| 18 | 6/20/2023 | Halevy, Richard | 1.9 | Prepare analysis re: documents received in connection with insider investigation. |
| 18 | 6/20/2023 | Halevy, Richard | 0.7 | Prepare analysis re: insider transactions. |
| 18 | 6/22/2023 | Tucker, Michael | 0.8 | Review payments made by Debtor for potential preference actions. |
| 18 | 6/22/2023 | Halevy, Richard | 0.8 | Prepare analysis re: potential preference payments. |
| 18 | 6/23/2023 | Tucker, Michael | 0.2 | Review Debtor's ongoing litigation matters. |
| 18 | 6/23/2023 | Tucker, Michael | 0.5 | Review analysis re: potential preference payments. |
| 18 | 6/23/2023 | Halevy, Richard | 0.5 | Review draft reservation of rights at the request of S&K. |
| 18 | 6/23/2023 | Halevy, Richard | 0.6 | Participate in call with S&K re: litigation claims. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 6/23/2023 | Halevy, Richard | 0.8 | Participate in call with Province and Fox Rothschild re: litigation claims. |
| 18 | 6/24/2023 | Halevy, Richard | 0.7 | Prepare analysis re: insider transactions. |
| 18 | 6/26/2023 | Tucker, Michael | 0.7 | Review payments made by Debtor for potential preference actions. |
| 18 | 6/26/2023 | Halevy, Richard | 1.0 | Participate in call with Debtor's litigation counsel re: litigation claims. |
| 18 | 6/28/2023 | Tucker, Michael | 0.3 | Review Debtor's D&O insurance policy re: potential claims. |
| 18 | 6/28/2023 | Tucker, Michael | 0.9 | Review Debtor's ongoing litigation matters. |
| 18 | 6/28/2023 | Tucker, Michael | 1.1 | Participate in call with Debtor's litigation counsel re: litigation claims. |
| 18 | 6/28/2023 | Tucker, Michael | 0.1 | Participate in call with S&K re: litigation claims. |
| 18 | 6/28/2023 | Halevy, Richard | 0.4 | Prepare correspondence to Counsel re: subpoena request. |
| 18 | 6/29/2023 | Tucker, Michael | 0.3 | Review correspondence from Fox Rothschild re: Debtor's D&O insurance policy. |
| 18 | 6/29/2023 | Tucker, Michael | 0.3 | Review correspondence from Counsel re: subpoena request. |
| 18 | 6/29/2023 | Tucker, Michael | 0.5 | Participate in call with Province re: litigation claims. |
| 18 | 6/29/2023 | Tucker, Michael | 0.7 | Review litigation-related filings. |
| 18 | 6/30/2023 | Tucker, Michael | 0.5 | Participate in call with Province re: potential settlement in connection with Debtor's litigation claims. |
| 18 | 6/30/2023 | Tucker, Michael | 0.4 | Participate in call with Fox Rothschild re: litigation claims. |
| 18 | 6/30/2023 | Tucker, Michael | 1.9 | Participate in call with Debtor's litigation counsel re: litigation claims. |
| 18 | 6/30/2023 | Halevy, Richard | 1.8 | Participate in call with Debtor's litigation counsel re: litigation claims. |
| **18 Total** | | | **43.3** | |
| 19 | 6/7/2023 | Tucker, Michael | 0.7 | Prepare work plan re: near-term deliverables. |
| 19 | 6/19/2023 | Tucker, Michael | 0.2 | Review correspondence from FTI team re: case updates. |
| 19 | 6/19/2023 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: case updates. |
| 19 | 6/19/2023 | Halevy, Richard | 0.6 | Review and summarize latest docket filings. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 6/23/2023 | Tucker, Michael | 0.2 | Review latest docket filings. |
| 19 | 6/23/2023 | Halevy, Richard | 0.2 | Review latest docket filings. |
| 19 | 6/30/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: case updates. |
| **19 Total** | | | **2.4** | |
| 21 | 6/1/2023 | Tucker, Michael | 0.6 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 6/1/2023 | Halevy, Richard | 0.6 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 6/6/2023 | Tucker, Michael | 1.0 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 6/6/2023 | Eisler, Marshall | 1.0 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 6/6/2023 | Halevy, Richard | 0.2 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 6/6/2023 | Halevy, Richard | 1.0 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 6/9/2023 | Tucker, Michael | 0.5 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 6/9/2023 | Tucker, Michael | 1.0 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 6/9/2023 | Halevy, Richard | 1.0 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 6/16/2023 | Tucker, Michael | 0.7 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 6/20/2023 | Tucker, Michael | 1.3 | Participate in call with S&K re: case updates. |
| 21 | 6/20/2023 | Halevy, Richard | 1.3 | Participate in call with S&K re: case updates. |
| 21 | 6/21/2023 | Tucker, Michael | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 6/21/2023 | Tucker, Michael | 0.5 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 6/21/2023 | Halevy, Richard | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 6/23/2023 | Tucker, Michael | 0.7 | Participate in call with S&K re: next steps. |
| 21 | 6/26/2023 | Halevy, Richard | 0.5 | Participate in call with S&K re: case updates. |
| 21 | 6/29/2023 | Tucker, Michael | 0.5 | Prepare for call with Creditors' Committee re: case updates. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 6/29/2023 | Tucker, Michael | 0.9 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 6/29/2023 | Halevy, Richard | 0.9 | Participate in call with Creditors' Committee re: case updates. |
| **21 Total** | | | **15.8** | |
| 24 | 6/1/2023 | Halevy, Richard | 2.6 | Prepare April 2023 fee application. |
| 24 | 6/8/2023 | Halevy, Richard | 2.6 | Prepare May 2023 fee application. |
| 24 | 6/8/2023 | Halevy, Richard | 1.3 | Review May 2023 fee application. |
| **24 Total** | | | **6.5** | |
| 25 | 6/1/2023 | Tucker, Michael | 1.5 | Travel time from Phoenix to Las Vegas for auction of Debtor's assets (half non-working travel time). |
| 25 | 6/3/2023 | Tucker, Michael | 1.5 | Travel time from Las Vegas to Phoenix for auction of Debtor's assets (one half non-working travel time). |
| **25 Total** | | | **3.0** | |
| **Grand Total** | | | **181.9** | |

Exhibit D

**EXHIBIT D**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Expense Type | Amount |
|---|---|
| Airfare | $ 517.88 |
| Lodging | 695.11 |
| Transportation | 125.19 |
| Working Meals | 75.26 |
| Other | 60.00 |
| **Total** | **$ 1,473.44** |

Exhibit  E

**EXHIBIT E**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**ITEMIZED EXPENSES**
**FOR THE PERIOD JUNE 1, 2023 TO JUNE 30, 2023**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 06/01/23 | Michael Tucker | Airfare | Flight from Phoenix, AR to Las Vegas, NV to attend Coin Cloud auction. | $ 298.98 |
| 06/02/23 | Michael Tucker | Airfare | Flight from Las Vegas, NV to Phoenix, NA after attending Coin Cloud auction. | 218.90 |
| | | **Airfare Total** | | **$ 517.88** |
| 06/02/23 | Michael Tucker | Lodging | Hotel while traveling to attend Coin Cloud auction (6/1/2023 - 6/2/2023). | 309.62 |
| 06/03/23 | Michael Tucker | Lodging | Hotel while traveling to attend Coin Cloud auction (6/2/2023 - 6/3/2023). | 385.49 |
| | | **Lodging Total** | | **$ 695.11** |
| 06/01/23 | Michael Tucker | Transportation | Taxi from airport to hotel during travel to attend Coin Cloud auction. | 57.72 |
| 06/02/23 | Michael Tucker | Transportation | Taxi from hotel to offices of Fox Rothschild to attend Coin Cloud auction. | 15.34 |
| 06/02/23 | Michael Tucker | Transportation | Taxi from offices of Fox Rothschild to hotel after attending Coin Cloud auction. | 35.66 |
| 06/03/23 | Michael Tucker | Transportation | Taxi from hotel to airport following attending attending Coin Cloud auction. | 16.47 |
| | | **Transportation Total** | | **$ 125.19** |
| 06/02/23 | Michael Tucker | Working Meals | Lunch while traveling to attend Coin Cloud auction. | 19.76 |
| 06/02/23 | Michael Tucker | Working Meals | Dinner while traveling to attend Coin Cloud auction. | 23.00 |
| 06/03/23 | Michael Tucker | Working Meals | Lunch while traveling to attend Coin Cloud auction. | 32.50 |
| | | **Working Meals Total** | | **$ 75.26** |
| 06/03/23 | Michael Tucker | Other | Parking cost while traveling to attend Coin Cloud auction. | 60.00 |
| | | **Other Total** | | **$ 60.00** |
| | | **Grand Total** | | **$ 1,473.44** |