Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2023 THROUGH JULY 31, 2023**<br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>July 1, 2023, through July 31, 2023<br><br>$60,632.00 (80% of $75,790.00)<br><br>$0.00 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Fifth Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing July 1, 2023, through July 31, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $60,632.00 (representing 80% of the $75,790.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $0.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task.  Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period.  FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

1 | objection has been served.

2 | DATED this 22nd day of September 2023.

                                                FTI Consulting, Inc.

                                  By: */s/ Michael Tucker*
                                               Michael Tucker
                                               4835 East Cactus Road, Suite 230
                                               Scottsdale, AZ 85254
                                               michael.tucker@fticonsulting.com

                                               *Financial Advisor for Official Committee of Unsecured Creditors*

# Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JULY 1, 2023 TO JULY 31, 2023**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 44.7 | $ 29,055.00 |
| Eisler, Marshall | Managing Dir | 650 | 19.7 | 12,805.00 |
| Halevy, Richard | Sr Consultant | 650 | 52.2 | 33,930.00 |
| **TOTAL** | | | 116.6 | **$ 75,790.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JULY 1, 2023 TO JULY 31, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 10.1 | $ 6,565.00 |
| 2 | Cash & Liquidity Analysis | 8.8 | 5,720.00 |
| 6 | Asset Sales & Recoveries | 21.5 | 13,975.00 |
| 8 | Valuation and Related Matters | 0.8 | 520.00 |
| 11 | Prepare for and Attend Court Hearings | 0.8 | 520.00 |
| 14 | Analysis of Claims/Liab Subject to Compro | 4.8 | 3,120.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 1.5 | 975.00 |
| 18 | Potential Avoidance Actions & Litigation | 36.0 | 23,400.00 |
| 19 | Case Management | 5.8 | 3,770.00 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 7.7 | 5,005.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 14.3 | 9,295.00 |
| 24 | Preparation of Fee Application | 4.5 | 2,925.00 |
| | **GRAND TOTAL** | **116.6** | **$ 75,790.00** |

# Exhibit C

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
SUMMARY OF EXPENSES
FOR THE PERIOD JULY 1, 2023 TO JULY 31, 2023

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 7/11/2023 | Tucker, Michael | 0.1 | Participate in call with Province re: operational updates. |
| 1 | 7/11/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: Debtor's operations. |
| 1 | 7/14/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: Debtor's operations. |
| 1 | 7/17/2023 | Eisler, Marshall | 0.5 | Participate in call with Province re: operational updates. |
| 1 | 7/17/2023 | Halevy, Richard | 0.5 | Participate in call with Province re: operational updates. |
| 1 | 7/20/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: hearing updates. |
| 1 | 7/20/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Province re: Brazil entity. |
| 1 | 7/21/2023 | Tucker, Michael | 0.5 | Review documents provided re: Brazil entity. |
| 1 | 7/24/2023 | Tucker, Michael | 0.8 | Participate in call with Province re: operational updates. |
| 1 | 7/24/2023 | Halevy, Richard | 0.8 | Participate in call with Province re: operational updates. |
| 1 | 7/25/2023 | Eisler, Marshall | 0.5 | Review documents provided re: Brazil entity. |
| 1 | 7/25/2023 | Halevy, Richard | 0.7 | Review documents uploaded to data room re: Brazil entity. |
| 1 | 7/25/2023 | Halevy, Richard | 1.3 | Prepare analysis re: latest financial reporting for Brazil entity. |
| 1 | 7/25/2023 | Halevy, Richard | 0.8 | Continue to prepare analysis re: latest financial reporting for Brazil entity. |
| 1 | 7/25/2023 | Halevy, Richard | 0.2 | Review correspondence from Seward & Kissel ("S&K") re: case updates. |
| 1 | 7/26/2023 | Tucker, Michael | 0.8 | Review analysis re: latest financial reporting for Brazil entity. |
| 1 | 7/27/2023 | Tucker, Michael | 0.9 | Participate in call with Province and Fox Rothschild re: operational updates. |
| 1 | 7/31/2023 | Tucker, Michael | 0.3 | Participate in call with Fox Rothschild re: operational updates. |
| 1 | 7/31/2023 | Halevy, Richard | 0.5 | Review correspondence from S&K re: case updates. |
| **1 Total** | | | **10.1** | |
| 2 | 7/5/2023 | Tucker, Michael | 0.9 | Review analysis prepared by Province re: Debtor's liquidity. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
SUMMARY OF EXPENSES
FOR THE PERIOD JULY 1, 2023 TO JULY 31, 2023

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 7/11/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Province re: Debtor's liquidity. |
| 2 | 7/12/2023 | Eisler, Marshall | 0.6 | Review Debtor's liquidity. |
| 2 | 7/19/2023 | Tucker, Michael | 1.1 | Review analysis prepared by Province re: Debtor's liquidity. |
| 2 | 7/19/2023 | Eisler, Marshall | 1.3 | Review Debtor's wind-down budget. |
| 2 | 7/19/2023 | Halevy, Richard | 1.0 | Prepare analysis re: Debtor's liquidity. |
| 2 | 7/19/2023 | Halevy, Richard | 0.4 | Prepare correspondence to Province re: Debtor's liquidity. |
| 2 | 7/20/2023 | Tucker, Michael | 0.5 | Participate in call with FTI team re: Debtor's liquidity. |
| 2 | 7/20/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: analysis of Debtor's liquidity. |
| 2 | 7/20/2023 | Halevy, Richard | 0.5 | Participate in call with FTI team re: Debtor's liquidity. |
| 2 | 7/24/2023 | Tucker, Michael | 0.2 | Review correspondence from Province re: Debtor's liquidity. |
| 2 | 7/24/2023 | Halevy, Richard | 0.4 | Prepare analysis re: Debtor's liquidity. |
| 2 | 7/25/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Province re: liquidity analysis. |
| 2 | 7/26/2023 | Tucker, Michael | 0.5 | Prepare correspondence to S&K re: Debtor's liquidity. |
| 2 | 7/27/2023 | Tucker, Michael | 0.2 | Review agreement re: cash collection process. |
| 2 | 7/31/2023 | Tucker, Michael | 0.3 | Prepare correspondence to Province re: Debtor's liquidity. |
| **2 Total** | | | **8.8** | |
| 6 | 7/3/2023 | Tucker, Michael | 0.9 | Participate in call with Province re: potential asset recoveries. |
| 6 | 7/3/2023 | Tucker, Michael | 0.8 | Review correspondence from Fox Rothschild re: potential sale of Brazil entity. |
| 6 | 7/3/2023 | Halevy, Richard | 0.9 | Participate in call with Province re: potential asset recoveries. |
| 6 | 7/5/2023 | Tucker, Michael | 0.5 | Participate in call with S&K re: potential asset recoveries. |
| 6 | 7/6/2023 | Tucker, Michael | 0.5 | Review draft 506(c) surcharge calculation in connection with asset sales. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JULY 1, 2023 TO JULY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 7/6/2023 | Halevy, Richard | 0.2 | Prepare correspondence to S&K re: draft 506(c) surcharge calculation. |
| 6 | 7/6/2023 | Halevy, Richard | 0.5 | Prepare analysis re: lien review in connection with sold assets. |
| 6 | 7/6/2023 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: draft 506(c) surcharge calculation. |
| 6 | 7/6/2023 | Halevy, Richard | 2.2 | Prepare analysis re: draft 506(c) surcharge calculation. |
| 6 | 7/6/2023 | Halevy, Richard | 0.7 | Review draft 506(c) surcharge calculation in connection with asset sales. |
| 6 | 7/7/2023 | Tucker, Michael | 0.4 | Participate in call with S&K re: potential asset recoveries. |
| 6 | 7/10/2023 | Tucker, Michael | 1.1 | Participate in call with Province and Fox Rothschild re: draft 506(c) surcharge calculation. |
| 6 | 7/10/2023 | Tucker, Michael | 0.5 | Review draft 506(c) surcharge calculation in connection with asset sales. |
| 6 | 7/10/2023 | Halevy, Richard | 1.8 | Prepare analysis re: professional fees in connection with 506(c) surcharge calculation. |
| 6 | 7/10/2023 | Halevy, Richard | 0.9 | Prepare analysis re: draft 506(c) surcharge calculation. |
| 6 | 7/12/2023 | Tucker, Michael | 0.2 | Review correspondence from Province re: 506(c) surcharge calculation. |
| 6 | 7/12/2023 | Eisler, Marshall | 0.9 | Review Debtor's analysis re: 506(c) surcharge calculation. |
| 6 | 7/19/2023 | Tucker, Michael | 0.5 | Review correspondence from buyer of Debtor's assets re: purchase price reduction. |
| 6 | 7/24/2023 | Halevy, Richard | 0.3 | Prepare correspondence to S&K re: draft 506(c) surcharge calculation. |
| 6 | 7/24/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Counsel re: draft 506(c) surcharge calculation. |
| 6 | 7/25/2023 | Eisler, Marshall | 1.0 | Participate in call with Province re: sources and uses of sale proceeds. |
| 6 | 7/25/2023 | Halevy, Richard | 1.0 | Participate in call with Province re: sources and uses of sale proceeds. |
| 6 | 7/26/2023 | Tucker, Michael | 0.3 | Prepare correspondence to S&K re: distribution of sale proceeds. |
| 6 | 7/26/2023 | Tucker, Michael | 0.5 | Review correspondence from secured lenders re: distribution of sale proceeds. |
| 6 | 7/26/2023 | Tucker, Michael | 0.3 | Prepare correspondence to S&K re: potential asset recoveries. |
| 6 | 7/26/2023 | Tucker, Michael | 0.2 | Review correspondence from Province re: 506(c) surcharge calculation. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JULY 1, 2023 TO JULY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 7/28/2023 | Tucker, Michael | 0.3 | Participate in call with Fox Rothschild re: potential asset recoveries. |
| 6 | 7/31/2023 | Tucker, Michael | 1.0 | Participate in call with S&K re: potential asset recoveries. |
| 6 | 7/31/2023 | Eisler, Marshall | 1.0 | Participate in call with S&K re: potential asset recoveries. |
| 6 | 7/31/2023 | Halevy, Richard | 0.7 | Review analysis re: secured lender proceeds. |
| 6 | 7/31/2023 | Halevy, Richard | 1.0 | Participate in call with S&K re: potential asset recoveries. |
| **6 Total** | | | **21.5** | |
| 8 | 7/5/2023 | Halevy, Richard | 0.7 | Prepare correspondence to S&K re: lien analysis. |
| 8 | 7/6/2023 | Tucker, Michael | 0.1 | Review correspondence from S&K re: lien analysis. |
| **8 Total** | | | **0.8** | |
| 11 | 7/20/2023 | Halevy, Richard | 0.8 | Listen into telephonic Court hearing. |
| **11 Total** | | | **0.8** | |
| 14 | 7/19/2023 | Halevy, Richard | 1.0 | Prepare analysis re: filed administrative claims. |
| 14 | 7/20/2023 | Halevy, Richard | 0.5 | Review filings re: administrative claims. |
| 14 | 7/20/2023 | Halevy, Richard | 0.8 | Prepare analysis re: filed administrative claims. |
| 14 | 7/21/2023 | Halevy, Richard | 0.7 | Prepare analysis re: filed administrative claims. |
| 14 | 7/25/2023 | Halevy, Richard | 0.3 | Review filings re: administrative claims. |
| 14 | 7/26/2023 | Tucker, Michael | 0.4 | Review filings re: administrative claims. |
| 14 | 7/26/2023 | Eisler, Marshall | 0.8 | Correspond with S&K re: administrative claims. |
| 14 | 7/28/2023 | Tucker, Michael | 0.3 | Prepare analysis re: certain administrative claims. |
| **14 Total** | | | **4.8** | |
| 16 | 7/5/2023 | Tucker, Michael | 0.3 | Review draft litigation trust agreement in connection with Plan supplement. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JULY 1, 2023 TO JULY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 7/5/2023 | Tucker, Michael | 0.3 | Prepare correspondence to Fox Rothschild re: Plan confirmation. |
| 16 | 7/6/2023 | Tucker, Michael | 0.5 | Participate in call with Fox Rothschild re: Plan confirmation. |
| 16 | 7/12/2023 | Eisler, Marshall | 0.4 | Review filed Plan supplement. |
| **16 Total** | | | **1.5** | |
| 18 | 7/3/2023 | Halevy, Richard | 2.3 | Prepare analysis re: litigation claims. |
| 18 | 7/5/2023 | Tucker, Michael | 2.2 | Prepare analysis re: potential preference actions. |
| 18 | 7/5/2023 | Tucker, Michael | 0.2 | Review correspondence from S&K re: litigation assets. |
| 18 | 7/5/2023 | Tucker, Michael | 1.3 | Participate in call with Province and Fox Rothschild re: potential litigation recoveries. |
| 18 | 7/5/2023 | Halevy, Richard | 0.6 | Review adversary complaint re: Lux Vending, LLC dba Bitcoin Depot. |
| 18 | 7/5/2023 | Halevy, Richard | 1.3 | Participate in call with Province and Fox Rothschild re: potential litigation recoveries. |
| 18 | 7/6/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: potential litigation recoveries. |
| 18 | 7/7/2023 | Tucker, Michael | 0.9 | Review information provided by Debtor in connection with litigation claims. |
| 18 | 7/7/2023 | Tucker, Michael | 0.5 | Participate in call with Province re: potential settlement of litigation claim. |
| 18 | 7/7/2023 | Tucker, Michael | 0.5 | Participate in call with Debtor's litigation counsel re: ongoing litigation. |
| 18 | 7/7/2023 | Tucker, Michael | 0.7 | Review information provided by Debtor in connection with litigation claims. |
| 18 | 7/10/2023 | Tucker, Michael | 0.2 | Review correspondence from Province re: potential litigation recoveries. |
| 18 | 7/11/2023 | Tucker, Michael | 0.6 | Participate in call with potential purchaser of litigation claims. |
| 18 | 7/11/2023 | Tucker, Michael | 0.6 | Participate in call with S&K and Province re: potential settlement of litigation claim. |
| 18 | 7/11/2023 | Tucker, Michael | 0.3 | Prepare correspondence to Province and Fox Rothschild re: potential litigation recoveries. |
| 18 | 7/12/2023 | Tucker, Michael | 0.5 | Participate in call with Province re: potential litigation recoveries. |
| 18 | 7/14/2023 | Tucker, Michael | 0.5 | Review correspondence from S&K re: potential litigation recoveries. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JULY 1, 2023 TO JULY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 7/17/2023 | Tucker, Michael | 0.3 | Prepare correspondence to S&K re: potential litigation recoveries. |
| 18 | 7/17/2023 | Tucker, Michael | 0.2 | Review offer for purchase of litigation claim. |
| 18 | 7/17/2023 | Eisler, Marshall | 0.8 | Participate in call with Province re: outstanding litigation. |
| 18 | 7/17/2023 | Halevy, Richard | 0.4 | Review information provided by Debtor in connection with litigation claims. |
| 18 | 7/17/2023 | Halevy, Richard | 0.8 | Participate in call with Province re: outstanding litigation. |
| 18 | 7/18/2023 | Eisler, Marshall | 0.5 | Review documents received re: insider transactions. |
| 18 | 7/18/2023 | Halevy, Richard | 1.2 | Review information provided by Debtor re: insider transactions. |
| 18 | 7/19/2023 | Tucker, Michael | 0.2 | Participate in call with S&K re: litigation claims. |
| 18 | 7/20/2023 | Halevy, Richard | 0.4 | Review documents provided in connection with insider investigation. |
| 18 | 7/21/2023 | Tucker, Michael | 0.2 | Review offer for purchase of litigation claim. |
| 18 | 7/21/2023 | Eisler, Marshall | 0.9 | Review draft demand letter at the request of Counsel. |
| 18 | 7/21/2023 | Eisler, Marshall | 0.8 | Prepare correspondence to S&K re: insider transactions. |
| 18 | 7/21/2023 | Halevy, Richard | 1.3 | Review draft demand letter at the request of Counsel. |
| 18 | 7/24/2023 | Tucker, Michael | 1.5 | Participate in call with S&K re: potential litigation recoveries. |
| 18 | 7/24/2023 | Tucker, Michael | 0.4 | Review draft demand letter at the request of Counsel. |
| 18 | 7/24/2023 | Eisler, Marshall | 1.5 | Participate in call with S&K re: potential litigation recoveries. |
| 18 | 7/24/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: insider transactions. |
| 18 | 7/24/2023 | Halevy, Richard | 1.5 | Participate in call with S&K re: potential litigation recoveries. |
| 18 | 7/24/2023 | Halevy, Richard | 1.5 | Review and comment on draft demand letter at the request of Counsel. |
| 18 | 7/25/2023 | Tucker, Michael | 0.5 | Review revised draft of demand letter at request of Counsel. |
| 18 | 7/26/2023 | Tucker, Michael | 1.0 | Review information provided by Debtor re: potential preference actions. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JULY 1, 2023 TO JULY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 7/26/2023 | Tucker, Michael | 1.0 | Participate in call with Province and Fox Rothschild re: potential preference actions. |
| 18 | 7/26/2023 | Tucker, Michael | 0.8 | Prepare analysis re: potential preference actions. |
| 18 | 7/26/2023 | Eisler, Marshall | 1.0 | Participate in call with Province and Fox Rothschild re: potential preference actions. |
| 18 | 7/27/2023 | Tucker, Michael | 0.2 | Review analysis re: potential preference actions. |
| 18 | 7/28/2023 | Tucker, Michael | 0.4 | Review correspondence from S&K re: potential settlement of litigation claim. |
| 18 | 7/28/2023 | Tucker, Michael | 0.5 | Participate in call with S&K re: draft demand letter. |
| 18 | 7/28/2023 | Tucker, Michael | 0.5 | Review draft demand letter at the request of Counsel. |
| 18 | 7/28/2023 | Tucker, Michael | 0.3 | Review draft stipulation re: derivative standing to pursue litigation. |
| 18 | 7/28/2023 | Tucker, Michael | 0.3 | Prepare correspondence to S&K re: insider transactions. |
| 18 | 7/28/2023 | Eisler, Marshall | 1.1 | Review documents re: insider transactions. |
| 18 | 7/31/2023 | Tucker, Michael | 0.3 | Participate in call with Fox Rothschild re: potential settlement of litigation claim. |
| **18 Total** | | | **36.0** | |
| 19 | 7/10/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: case updates. |
| 19 | 7/18/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: work plan. |
| 19 | 7/18/2023 | Halevy, Richard | 1.2 | Prepare work plan re: near-term deliverables. |
| 19 | 7/19/2023 | Tucker, Michael | 1.2 | Participate in call with FTI team re: work plan and near-term deliverables. |
| 19 | 7/19/2023 | Tucker, Michael | 0.3 | Review latest docket filings. |
| 19 | 7/19/2023 | Halevy, Richard | 1.2 | Participate in call with FTI team re: work plan and near-term deliverables. |
| 19 | 7/19/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: case updates. |
| 19 | 7/19/2023 | Halevy, Richard | 0.2 | Review latest docket filings. |
| 19 | 7/20/2023 | Eisler, Marshall | 0.5 | Review work plan re: near-term deliverables. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JULY 1, 2023 TO JULY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 7/25/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: work plan and near-term deliverables. |
| **19 Total** | | | **5.8** | |
| 20 | 7/6/2023 | Tucker, Michael | 0.9 | Participate in call with Province and Fox Rothschild re: case updates. |
| 20 | 7/6/2023 | Halevy, Richard | 0.9 | Participate in call with Province and Fox Rothschild re: case updates. |
| 20 | 7/10/2023 | Eisler, Marshall | 1.2 | Participate in call with Province re: case updates. |
| 20 | 7/10/2023 | Halevy, Richard | 1.2 | Participate in call with Province re: case updates. |
| 20 | 7/12/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: case updates. |
| 20 | 7/19/2023 | Tucker, Michael | 0.5 | Participate in call with Fox Rothschild re: case updates. |
| 20 | 7/20/2023 | Eisler, Marshall | 0.8 | Participate in call with Province and Fox Rothschild re: case updates. |
| 20 | 7/20/2023 | Halevy, Richard | 0.8 | Participate in call with Province and Fox Rothschild re: case updates. |
| 20 | 7/31/2023 | Tucker, Michael | 0.6 | Participate in call with Province re: case updates. |
| 20 | 7/31/2023 | Halevy, Richard | 0.6 | Participate in call with Province re: case updates. |
| **20 Total** | | | **7.7** | |
| 21 | 7/5/2023 | Tucker, Michael | 0.6 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 7/5/2023 | Halevy, Richard | 0.6 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 7/10/2023 | Tucker, Michael | 0.9 | Participate in call with S&K re: case updates. |
| 21 | 7/10/2023 | Eisler, Marshall | 0.9 | Participate in call with S&K re: case updates. |
| 21 | 7/10/2023 | Halevy, Richard | 0.9 | Participate in call with S&K re: case updates. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JULY 1, 2023 TO JULY 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 7/11/2023 | Tucker, Michael | 1.2 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 7/11/2023 | Tucker, Michael | 0.5 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 7/11/2023 | Eisler, Marshall | 1.2 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 7/11/2023 | Halevy, Richard | 1.2 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 7/17/2023 | Halevy, Richard | 0.7 | Participate in call with S&K re: case updates. |
| 21 | 7/18/2023 | Tucker, Michael | 0.3 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 7/18/2023 | Tucker, Michael | 0.6 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 7/18/2023 | Eisler, Marshall | 0.6 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 7/18/2023 | Halevy, Richard | 0.6 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 7/25/2023 | Tucker, Michael | 0.9 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 7/25/2023 | Tucker, Michael | 0.3 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 7/25/2023 | Eisler, Marshall | 0.9 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 7/25/2023 | Halevy, Richard | 0.9 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 7/27/2023 | Tucker, Michael | 0.5 | Participate in call with S&K re: case updates. |
| **21 Total** | | | **14.3** | |
| 24 | 7/11/2023 | Halevy, Richard | 1.2 | Prepare June 2023 fee application. |
| 24 | 7/12/2023 | Halevy, Richard | 1.6 | Prepare June 2023 fee application. |
| 24 | 7/13/2023 | Halevy, Richard | 1.7 | Review June 2023 fee application. |
| **24 Total** | | | **4.5** | |
| **Grand Total** | | | **116.6** | |