Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**FIFTH MONTHLY FEE STATEMENT OF McDONALD CARANO LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2023, THROUGH JULY 31, 2023**<br><br>McDonald Carano LLP, Counsel to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>July 1, 2023, through July 31, 2023<br><br>$3,188.00 (80% of $3,985.00)<br><br>$209.68 (100% of expenses) |

McDonald Carano LLP ("McDonald Carano" or the "Applicant"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Fifth Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing July 1, 2023, through July 31, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, McDonald Carano requests allowance and payment of $3,188.00 (representing 80% of the $3,985.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $209.68 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by McDonald Carano during the Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at McDonald Carano who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit 3** are the detailed time entries and expenses for the Fee Period (invoice for the period July 1, 2023, through July 31, 2023) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. McDonald Carano reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

1  DATED this 2nd day of October 2023.

2                                      McDONALD CARANO LLP

By:  */s/ Ryan J. Works*
     Ryan J. Works, Esq. (NSBN 9224)
     Amanda M. Perach, Esq. (NSBN 12399)
     2300 West Sahara Avenue, Suite 1200
     Las Vegas, Nevada 89102
     rworks@mcdonaldcarano.com
     aperach@mcdonaldcarano.com

*Counsel for Official Committee of Unsecured Creditors*

# Exhibit 1

**COMPENSATION BY PROFESSIONAL FOR FEE PERIOD**

| Name | Position | Admission Year | Rate | Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Works, Ryan | Partner | 2004 | $ 650.00 | 4.70 | $ 3,055.00 |
| Grubb, Brian | Paralegal | | $ 300.00 | 3.10 | $ 930.00 |
| **Total** | | | | **7.80** | **$ 3,985.00** |

# Exhibit 2

**COMPENSATION BY MATTER**

| Matter Description | Hours Billed | Total Compensation |
|---|---:|---:|
| Case Administration (B110) | 3.30 | $2,145.00 |
| Asset Analysis and Recovery (B120) | 0.70 | $315.00 |
| Asse Disposition (B130) | 0.90 | $270.00 |
| Fee/Employment Applications (B160) | 2.20 | $800.00 |
| Assumption/Rejection of Leases/Contracts (B185) | 0.50 | $325.00 |
| Claims Administration and Objections (B310) | 0.20 | $130.00 |
| **Total =** | **7.80** | **$3,985.00** |

# Exhibit 3

# McDONALD CARANO
### YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee  
DO NOT MAIL  
DO NOT MAIL  
McDonald Carano LLP c/o Ryan J. Works  
2300 West Sahara Avenue, Suite 1200  
Las Vegas, NV  89102

Invoice No. 12467488  
August 11, 2023

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2023:

**Re:     Client.Matter: 32568 - 1**  
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**  
**EMAIL INVOICES**

_____

## ACCOUNT SUMMARY

| | |
|---|---:|
| Balance Forward as of Previous Invoice | $ 23,903.94 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 23,903.94 |

## CURRENT INVOICE

| | |
|---|---:|
| Total Professional Services | $ 3,985.00 |
| Total Expenses | $ 209.68 |
| Total This Invoice | $ 4,194.68 |

**TOTAL BALANCE NOW DUE**                                                                           **$ 28,098.62**

# McDONALD CARANO LLP
_____

Invoice No. 12467488
August 11, 2023

Re:   Client.Matter: 32568 - 1
      IN RE CASH CLOUD, INC. DBA COIN CLOUD
      EMAIL INVOICES

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 7/03/23 | RJW | B110 | | Receive and review emails re issues with constituency of committee | .20 | 130.00 |
| 7/03/23 | BAG | B160 | | Draft certificates of no opposition re McDonald Carano and Seward Kissel's Second fee statements | .50 | 150.00 |
| 7/05/23 | BAG | B120 | | Revise amended notice of taking Jeff Garon's 2004 examination and exchange emails with Seward Kissel team re same | .20 | 60.00 |
| 7/11/23 | RJW | B110 | | Attention to several emails relating to resignation of Black Hole Investments LLC from committee and vacating the deposition of Mr. Garon and file notice re same | .20 | 130.00 |
| 7/11/23 | BAG | B120 | | Review emails re Jeffrey Garon's examination and draft notice of vacating same | .20 | 60.00 |
| 7/13/23 | RJW | B110 | | Review order setting administrative claims bar-date | .20 | 130.00 |
| 7/13/23 | BAG | B160 | | Receive and review invoice for May 2023 time, draft third monthly fee statement and related backup documentation re May 2023 and forward to Ryan Works for review | .60 | 180.00 |
| 7/16/23 | BAG | B160 | | Receive and review invoice for June 2023 time, draft fourth monthly fee statement and related backup documentation re June 2023, and forward to Ryan Works for review | .60 | 180.00 |
| 7/17/23 | RJW | B110 | | Prepare for and attend weekly professionals call | .30 | 195.00 |
| 7/17/23 | RJW | B160 | | Receive and review third and fourth monthly fee statements and approve same for filing/service | .20 | 130.00 |
| 7/17/23 | BAG | B160 | | Exchange emails with Ryan Works and Seward Kissel re May/June fee statements | .10 | 30.00 |
| 7/18/23 | RJW | B110 | | Attend weekly committee call | .50 | 325.00 |
| 7/20/23 | RJW | B185 | | Attend omnibus hearings on various debtor-related executory contract matters | .50 | 325.00 |
| 7/21/23 | RJW | B110 | | Receive and review several electronic filings in debtor's case | .20 | 130.00 |
| 7/24/23 | RJW | B110 | | Attend weekly professionals meeting | 1.50 | 975.00 |
| 7/24/23 | BAG | B130 | | Exchange email with Ryan Works re standing motion (.1); follow up telephone conference | .90 | 270.00 |

2

# McDONALD CARANO LLP

_____

Invoice No. 12467488
August 11, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | with same re same (.1); revise and finalize same (.5) file motion (.2) | | |
| 7/27/23 | RJW | B110 | | Receive and give cursory review to dozens of filings in Cash Cloud and approve monthly fee statements to be filed and served | .20 | 130.00 |
| 7/31/23 | RJW | B310 | | Attention to creditor administrative proof of claim delivered by U.S. Mail to McDonald Carano LLP and scan/send to committee co-counsel Catherine LoTempio to discuss next steps | .20 | 130.00 |
| 7/31/23 | RJW | B120 | | Several emails with Bob Gayda, Catherine LoTempio and S&K team re standing stipulation and/or motion and procedure going forward on litigation matters | .30 | 195.00 |
| 7/31/23 | RJW | B160 | | Review and approve monthly fee statements for May and June 2023 and review and respond to several emails with Brian Grubb and Catherine LoTempio re same | .20 | 130.00 |

| Current Professional Services | $ 3,985.00 |
|---|---|

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Brian Grubb | Paralegal | 300.00 | 3.10 | 930.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 4.70 | 3,055.00 | .00 |
| Total | | | 7.80 | $ 3,985.00 | $ .00 |

## EXPENSES

| Description | Amount |
|---|---|
| Postage | 65.68 |
| Copying | 144.00 |

| Current Expenses | $ 209.68 |
|---|---|

| TOTAL THIS INVOICE | $ 4,194.68 |
|---|---|

3

# McDONALD CARANO LLP

_____

Invoice No. 12467488
August 11, 2023

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 12463786 | 5/09/23 | 10,761.45 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | 6,010.54 |

Outstanding Balance $ 23,903.94
Current Invoice $ 4,194.68

**TOTAL BALANCE DUE** $ 28,098.62

# McDONALD CARANO
## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

Invoice No. 12467488
August 11, 2023

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2023:

**Re:**   Client.Matter: 32568 - 1
          **IN RE CASH CLOUD, INC. DBA COIN CLOUD**

---

| | |
|---|---|
| Balance Due This Invoice | $ 4,194.68 |
| Balance Outstanding | $ 23,903.94 |
| **TOTAL BALANCE DUE** | **$ 28,098.62** |

---

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**       McDonald Carano LLP
Please return this page with payment             P.O. Box 2670
                                                 Reno, Nevada 89505

**For payment by wire or ACH:**                  Nevada State Bank
Please email wire confirmation to                1 West Liberty Street
accounting@mcdonaldcarano.com                    Reno, Nevada 89501
                                                 McDonald Carano LLP
                                                 Account No. 0542004190
                                                 Routing No. 122400779
                                                 Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:**   www.mcdonaldcarano.com/online-payments/

**PAYMENT IS DUE UPON RECEIPT**

mcdonaldcarano.com
2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100
100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000
Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505

MERITAS