Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**SIXTH MONTHLY FEE STATEMENT OF McDONALD CARANO LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2023, THROUGH AUGUST 31, 2023**<br><br>McDonald Carano LLP, Counsel to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>August 1, 2023, through August 31, 2023<br><br>$10,102.80 (80% of $12,628.50)<br><br>$1,128.81 (100% of expenses) |

McDonald Carano LLP ("McDonald Carano" or the "Applicant"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Sixth Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing August 1, 2023, through August 31, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, McDonald Carano requests allowance and payment of $10,102.80 (representing 80% of the $12,628.50 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $1,128.61 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by McDonald Carano during the Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at McDonald Carano who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit 3** are the detailed time entries and expenses for the Fee Period (invoice for the period August 1, 2023, through August 31, 2023) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. McDonald Carano reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

1 | DATED this 2nd day of October 2023.

McDONALD CARANO LLP

By: */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*

# Exhibit 1

**COMPENSATION BY PROFESSIONAL FOR FEE PERIOD**

| Name | Position | Admission Year | Rate | Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Works, Ryan | Partner | 2004 | $ 650.00 | 16.90 | $ 10,985.00 |
| Perach, Amanda | | 2011 | $ 550.00 | 1.30 | $ 715.00 |
| Oberlander, Danielle | | | $ 185.00 | 2.10 | $ 388.50 |
| Grubb, Brian | Paralegal | | $ 300.00 | 1.80 | $ 540.00 |
| **Total** | | | | **22.10** | **$ 12,628.50** |

Exhibit 2

**COMPENSATION BY MATTER**

| Matter Description | Hours Billed | Total Compensation |
|---|---:|---:|
| Case Administration (B110) | 5.40 | $2,358.50 |
| Asset Analysis and Recovery (B120) | 10.10 | $6,495.00 |
| Asse Disposition (B130) | 0.20 | $130.00 |
| Fee/Employment Applications (B160) | 1.10 | $330.00 |
| Avoidance Action Analysis (B180) | 0.20 | $130.00 |
| Claims Administration and Objections (B310) | 0.70 | $405.00 |
| Plan and Disclosure Statement (B320) | 3.40 | $2,210.00 |
| Litigation (Non-Bankruptcy Court) (L) | 1.00 | $570.00 |
| **Total =** | **22.10** | **$12,628.50** |

# Exhibit 3

# McDONALD CARANO
### YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee  
DO NOT MAIL  
DO NOT MAIL  
McDonald Carano LLP c/o Ryan J. Works  
2300 West Sahara Avenue, Suite 1200  
Las Vegas, NV  89102

Invoice No. 12468950  
September 14, 2023

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2023:

**Re:**  **Client.Matter: 32568 - 1**  
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**  
**EMAIL INVOICES**

___

## ACCOUNT SUMMARY

| | |
|---|---:|
| Balance Forward as of Previous Invoice | $ 28,098.62 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 28,098.62 |

## CURRENT INVOICE

| | |
|---|---:|
| Total Professional Services | $ 12,628.50 |
| Total Expenses | $ 1,128.81 |
| Total This Invoice | $ 13,757.31 |

**TOTAL BALANCE NOW DUE**     **$ 41,855.93**

# McDONALD CARANO LLP

_____

Invoice No. 12468950
September 14, 2023

Re:   Client.Matter: 32568 - 1
      IN RE CASH CLOUD, INC. DBA COIN CLOUD
      EMAIL INVOICES

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 8/01/23 | RJW | B130 | | Receive and review motion to sell certain assets to PowerCoin free and clear of liens, claims, encumbrances and interests, including declarations and other electronic filings | .20 | 130.00 |
| 8/01/23 | BAG | B160 | | Finalize Seward & Kissel's third fee statement | .20 | 60.00 |
| 8/01/23 | BAG | B160 | | Finalize McDonald Carano's third and fourth fee statement | .10 | 30.00 |
| 8/01/23 | BAG | B160 | | File fee statements | .20 | 60.00 |
| 8/02/23 | RJW | B110 | | Prepare for and attend weekly call with unsecured creditors committee | .70 | 455.00 |
| 8/03/23 | RJW | B120 | | Emails with Bob Gayda and S&K team re issues with Danny Ayala, proposed sale of litigation claims to Christopher McAlrey and call with John Fortin re research on same | .50 | 325.00 |
| 8/04/23 | RJW | B120 | | Emails and call with Robert Gayda re UCC and Debtor dispute over prosecution and settlement of litigation claims and review several emails from Debtor's counsel re motion to sell litigation claims and request for consent for hearing on shortened time | .50 | 325.00 |
| 8/05/23 | RJW | B310 | | Calls with administrative claims creditor re issues with repayment of amounts due and owing post-petition | .20 | 130.00 |
| 8/07/23 | RJW | B320 | | Receive and review opposition to stipulation granting derivative standing to the UCC, motion to convert case to chapter 7 and related order shortening time filings for both | .50 | 325.00 |
| 8/08/23 | RJW | B110 | | Morning call with Bob Gayda re status, update and strategy going forward in various matters pending in Cash Cloud | .20 | 130.00 |
| 8/08/23 | RJW | B320 | | Call with co-counsel, Michael Tucker and Brett Axelrod re strategy in opposing conversion, continuing with confirmation and issues relating to same | .50 | 325.00 |
| 8/08/23 | RJW | B110 | | Prepare for and attend weekly UCC call | 1.00 | 650.00 |
| 8/08/23 | RJW | B180 | | Receive, review and prepare in final, objection to McLarey application for order shortening time on motion to convert and emails with S&K team and opposing counsel re same | .20 | 130.00 |

2

# McDONALD CARANO LLP
_____

Invoice No. 12468950
September 14, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 8/08/23 | RJW | B320 | | Receive, review and approve stipulation to continue objection deadline on plan confirmation | .20 | 130.00 |
| 8/08/23 | RJW | B320 | | Receive, review and propose changes to stipulation and proposed order on response to McCLarey motion to convert case to Chapter 7 and cause to file | .20 | 130.00 |
| 8/08/23 | RJW | B120 | | Receive, review and approve stipulation and order for standing to pursue avoidance actions | .20 | 130.00 |
| 8/08/23 | BAG | B110 | | Review and finalize Objection to order shortening time re motion to convert | .20 | 60.00 |
| 8/08/23 | BAG | B110 | | Finalize stipulation and draft order re derivative standing | .30 | 90.00 |
| 8/09/23 | RJW | B120 | | Work on stipulation and order for derivative standing, review court orders re same and confer with Bob, Catherine and Brett Axelrod re next steps, strategy and issues with same | 1.00 | 650.00 |
| 8/09/23 | RJW | B120 | | Begin drafting settlement agreement and motion for approval of settlement under FRBP 9019 re insurance proceeds of CKI | .50 | 325.00 |
| 8/10/23 | RJW | B120 | | Emails and calls re settlement with Cole Kepro International and draft motion for 9019 approval re same | 2.30 | 1,495.00 |
| 8/10/23 | RJW | B120 | | Receive and review order shortening time on objection to stipulation and order granting derivative standing to UCC and emails/calls re strategy on same | .50 | 325.00 |
| 8/10/23 | BAG | B160 | | Finalize and cause to file Seward & Kissel's fourth fee statement | .20 | 60.00 |
| 8/10/23 | BAG | B160 | | Send email to Debtor's counsel re payment to the Committee for fees | .10 | 30.00 |
| 8/15/23 | RJW | B120 | | Emails and calls with co-counsel in preparation for filing and serving reply in support of derivative standing and proposed complaint, including call to Court JEA and call with Bob Gayda re status and update with McAlary counsel | .50 | 325.00 |
| 8/15/23 | RJW | B120 | | Receive, review and make changes to response to McAlary objection to standing stipulation and cause to file | .50 | 325.00 |
| 8/15/23 | RJW | B120 | | Receive and review proposed complaint against McAlary to lodge on approval of derivative standing authority | .50 | 325.00 |
| 8/15/23 | RJW | B110 | | Attend committee call | .20 | 130.00 |
| 8/15/23 | DLO | B110 | | Research re recharacterization of debt to equity in Nevada | 2.10 | 388.50 |

# McDONALD CARANO LLP
_____

Invoice No. 12468950
September 14, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 8/16/23 | RJW | B110 | | Call with Cathy Shim, Judge Nakagawa's courtroom deputy, re issues with stipulations for derivative standing, briefing deadlines, and hearing tomorrow | .20 | 130.00 |
| 8/16/23 | RJW | B320 | | Receive and give cursory review to several filings in advance of, and preparation for, omnibus hearings tomorrow | .50 | 325.00 |
| 8/16/23 | BAG | B160 | | Follow up with Debtor counsel re payment of McDonald Carano and Seward Kissel's second fee statements | .10 | 30.00 |
| 8/17/23 | RJW | B320 | | Prepare for and attend confirmation hearing and hearing on stipulation re derivative standing | 1.50 | 975.00 |
| 8/17/23 | BAG | B160 | | Exchange emails with Ryan Works re payment of fees from Debtor (.1); telephone conference with Brett Axelrod/Debtor's counsel re same (.1) | .20 | 60.00 |
| 8/21/23 | RJW | B120 | | Call with Adam Schwartz, Carlton Fields LLP (representing Bit Coin Depo) re status, update and issues going forward after confirmation hearing and stipulation on derivative standing | .20 | 130.00 |
| 8/22/23 | RJW | B120 | | Receive and review motions for 2004 examinations of Cash Cloud and Committee 30(b)(6) designees and emails with Bob Gayda re strategy in response to same | .30 | 195.00 |
| 8/23/23 | RJW | B120 | | Emails and call with Brett Axelrod and UCC team re status, update and strategy going forward re motion to quash 2004 examination of Committee's 30(b)(6) designee on standing, litigation and potential settlement with Cole Kepro | .30 | 195.00 |
| 8/24/23 | RJW | B120 | | Receive and review orders from Judge Nakagawa on approval of derivative standing stipulation and overruling objection to same and then multiple emails with committee members and S&K Team re implementing same, filing complaint, Cole Kepro settlement motion, etc. | .50 | 325.00 |
| 8/24/23 | AMP | B310 | | Begin drafting settlement agreement | .50 | 275.00 |
| 8/25/23 | AMP | L | | Finish drafting settlement agreement | .80 | 440.00 |
| 8/28/23 | RJW | B120 | | Prepare for and attend meeting with all-professionals re status, update and strategy going forward on all open matters | .80 | 520.00 |
| 8/29/23 | RJW | B110 | | Prepare for and attend committee call with members of committee and professionals | .50 | 325.00 |
| 8/30/23 | RJW | B120 | | Emails with Bob Gayda and team re issues | .30 | 195.00 |

4

# McDONALD CARANO LLP

_____

Invoice No. 12468950
September 14, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | with meet and confer requirements of LR 7037 and delay by opposing counsel to conduct telephone call re same | | |
| 8/30/23 | RJW | B120 | | Receive, review and cause to file joinder in support of opposition to motion to convert case to chapter 7 | .50 | 325.00 |
| 8/30/23 | RJW | L | | Review responses and objections to discovery from Enigma and emails with Catherine LoTempio re same | .20 | 130.00 |
| 8/30/23 | BAG | B120 | | Review and revise Joinder ahead of filing | .20 | 60.00 |

Current Professional Services     $ 12,628.50

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Danielle Oberlander | Law Clerk | 185.00 | 2.10 | 388.50 | .00 |
| Brian Grubb | Paralegal | 300.00 | 1.80 | 540.00 | .00 |
| Amanda Perach | Partner | 550.00 | 1.30 | 715.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 16.90 | 10,985.00 | .00 |
| Total | | | 22.10 | $ 12,628.50 | $ .00 |

## EXPENSES

| | Description | Amount |
|---|---|---|
| 7/10/23 | On-Line Research, Bankcard Center | 20.31 |
| | Postage | 93.00 |
| | Copying | 1.50 |
| | Color Copies | 1,014.00 |

Current Expenses     $ 1,128.81

TOTAL THIS INVOICE     $ 13,757.31

# McDONALD CARANO LLP

___

Invoice No. 12468950
September 14, 2023

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 12463786 | 5/09/23 | 10,761.45 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | 4,194.68 |

| | |
|---|---|
| Outstanding Balance | $ 28,098.62 |
| Current Invoice | $ 13,757.31 |
| **TOTAL BALANCE DUE** | **$ 41,855.93** |

# McDONALD CARANO
## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee  
DO NOT MAIL  
DO NOT MAIL  
McDonald Carano LLP c/o Ryan J. Works  
2300 West Sahara Avenue, Suite 1200  
Las Vegas, NV 89102

Invoice No. 12468950  
September 14, 2023

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2023:

**Re:** Client.Matter: 32568 - 1  
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---:|
| Balance Due This Invoice | $ 13,757.31 |
| Balance Outstanding | $ 28,098.62 |
| **TOTAL BALANCE DUE** | **$ 41,855.93** |

To Ensure Proper Credit Refer to Matter No. 32568 - 1

**All Checks should be made payable to:**  McDonald Carano LLP  
Please return this page with payment  P.O. Box 2670  
Reno, Nevada 89505

**For payment by wire or ACH:**  Nevada State Bank  
Please email wire confirmation to  1 West Liberty Street  
accounting@mcdonaldcarano.com  Reno, Nevada 89501  
McDonald Carano LLP  
Account No. 0542004190  
Routing No. 122400779  
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:**  www.mcdonaldcarano.com/online-payments/

**PAYMENT IS DUE UPON RECEIPT**

mcdonaldcarano.com  
2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100  
100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000  
Mailing Address: P.O. Box 2670 ▪ Reno, Nevada 89505

MERITAS