E-filed: October 3, 2023

Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
　　　　bgriffith@swlaw.com
　　　　cgianelloni@swlaw.com

Sean A. O'Neal (NY Bar No. 3979267)
*Admitted Pro Hac Vice*
Jane VanLare (NY Bar No. 4610655)
*Admitted Pro Hac Vice*
Michael Weinberg (NY Bar No. 5724497)
*Admitted Pro Hac Vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: soneal@cgsh.com
Email: jvanlare@cgsh.com
Email: mdweinberg@cgsh.com

*Attorneys for Genesis Global Holdco, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC., dba COIN CLOUD,<br><br>　　　　　　Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

　　　　I served a true and correct copy of *Genesis Global Holdco, LLC's Second Notice of Deposition of Tanner James* [ECF No. 1328] for Snell & Wilmer L.L.P., attorneys for Genesis Global Holdco, LLC in the above matter, via the following means, on the date specified, to the persons as listed below:

///

4853-7882-9700

1 **VIA THE COURT'S CM/ECF SYSTEM (October 2, 2023):**

2 See filing receipt for ECF No. 1328 attached as **Exhibit 1**.

3 **VIA U.S. MAIL (postage fully pre-paid) (October 3, 2023):**

4 STATE OF NEVADA
DEPT OF EMPLOYMENT, TRAINING & REHAB
5 EMPLOYMENT SECURITY DIVISION
500 E THIRD ST
6 CARSON CITY NV 89713-0001

7 INTERNAL REVENUE SERVICE
PO BOX 7346
8 PHILADELPHIA PA 19101-7346

9 NEVADA DEPT OF TAXATION
BANKRUPTCY SECTION
10 555 E WASHINGTON AVE #1300
LAS VEGAS NV 89101-1046

12 GENESIS GLOBAL TRADING INC
111 TOWN SQUARE PL STE 1203
JERSEY CITY NJ 07310

14 EG AMERICA LLC
165 FLANDERS RD
WESTBOROUGH MA 01581

16 ROBERT WESTERMANN ESQ
BRITTANY FALABELLA ESQ
HIRSCHLER FLEISCHER PC
17 2100 E CARY ST
RICHMOND VA 23223-7270

19 MATTHEW GRAVES ESQ
HODGES DOUGHTY & CARSON
617 MAIN ST
20 PO BOX 869
KNOXVILLE TN 37091

22 CRAIG DRUEHL ESQ
DECHERT LLP
THREE BRYANT PARK
23 1095 AVE OF THE AMERICAS
NEW YORK NY 10036

25 CRAIG P DRUEHL ESQ
DECHERT LLP
1095 AVE OF THE AMERICAS
26 NEW YORK NY 10036

27 ///

28 ///

- 2 -

4853-7882-9700

| | |
|---|---|
| 1 | CENNOX REACTIVE FIELD SERVICES |
| | ATTN: MICHAEL GOGGANS |
| 2 | 1341 W BATTLEFIELD RD STE 210 |
| | SPRINGFIELD MO 65807 |
| 3 | |
| | PAUL R HAGE ESQ |
| 4 | RICHARD KRUGER ESQ |
| | TAFT STETTINIUS AND HOLLISTER LLP |
| 5 | 27777 FRANKLIN RD STE 2500 |
| | SOUTHFIELD MI 48034-8222 |
| 6 | |
| | JOHN R ASHMEAD ESQ |
| 7 | ROBERT J GAYDA ESQ |
| | CATHERINE V LOTEMPIO ESQ |
| 8 | ANDREW J MATOTT ESQ |
| | LAURA MILLER ESQ |
| 9 | SEWARD & KISSEL LLP |
| | ONE BATTERY PARK PLAZA |
| 10 | NEW YORK NY 10004-1485 |
| 11 | YESWAY |
| | 138 CONANT ST STE 3 |
| 12 | BEVERLY MA 01915 |
| 13 | LOOMIS |
| | DEPT 0757 |
| 14 | PO BOX 120757 |
| | DALLAS TX 75312 |
| 15 | |
| | AMERICAN EXPRESS |
| 16 | PO BOX 981535 |
| | EL PASO TX 79998 |
| 17 | |
| | TWO FARMS INC |
| 18 | D/B/A ROYAL FARMS |
| | 3611 ROLAND AVE |
| 19 | BALTIMORE MD 21211 |
| 20 | THORNTONS |
| | 2600 JAMES THORNTON WAY |
| 21 | LOUISVILLE KY 40245 |
| 22 | ACE CASH EXPRESS |
| | 300 E JOHN CARPENTER FWY STE 900 |
| 23 | HUNTINGTON PARK TX 75062 |
| 24 | THE JIMMERSON LAW FIRM |
| | 415 S 6TH ST #100 |
| 25 | LAS VEGAS NV 89101 |
| 26 | SECTRAN SECURITY INC |
| | PO BOX 227267 |
| 27 | LOS ANGELES CA 90022 |
| 28 | |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4853-7882-9700

- 3 -

| | |
|---|---|
| 1 | I HEART MEDIA |
| | PO BOX 98849 |
| 2 | CHICAGO IL 60693 |
| 3 | SPEC'S – PARENT |
| | 1420 KINGWOOD DR |
| 4 | KINGWOOD TX 77339 |
| 5 | DEPLOYMENT LOGIX INC |
| | 920 TWILIGHT PEAK AVE |
| 6 | HENDERSON NV 89012 |
| 7 | JORDI GUSO ESQ |
| | BERGER SINGERMAN LLP |
| 8 | 1450 BRICKELL AVE STE 1900 |
| | MIAMI FL 33131-5319 |
| 9 | |
| | ANDREW KISSNER ESQ |
| 10 | GARY LEE ESQ |
| | MORRISON & FOERSTER LLP |
| 11 | 250 W 55TH ST |
| | NEW YORK NY 10019-0050 |
| 12 | |
| | SHAWN CHRISTIANSON ESQ |
| 13 | BUCHALTER PC |
| | 425 MARKET ST STE 2900 |
| 14 | SAN FRANCISCO CA 94105 |
| 15 | SIMON PROPERTY GROUP INC |
| | C/O RONALD M TUCKER ESQ |
| 16 | 225 W WASHINGTON ST |
| | INDIANAPOLIS IN 46204 |
| 17 | |
| | PROVINCE LLC |
| 18 | 2360 CORPORATE CIR STE 330 |
| | HENDERSON NV 89074 |
| 19 | |
| | RONALD E GOLD ESQ |
| 20 | ERIN P SEVERINI ESQ |
| | FROST BROWN TODD LLP |
| 21 | 3300 GREAT AMERICAN TOWER |
| | 301 E FOURTH ST |
| 22 | CINCINNATI OH 45202 |
| 23 | ADAM P SCHWARTZ ESQ |
| | JOHN LAMOUREAUX ESQ |
| 24 | CARLTON FIELDS PA |
| | 4221 W BOY SCOUT BLVD STE 100 |
| 25 | TAMPA FL 33607-5780 |
| 26 | RYAN T SCHULTZ ESQ |
| | FOX SWIBEL LEVIN & CARROLL LLP |
| 27 | 200 W MADISON ST STE 3000 |
| | CHICAGO IL 60606-3417 |
| 28 | |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4853-7882-9700

TN DEPT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE TN 37202-0207

GEORGE R PITTS ESQ
BIRCH HORTON BITTNER & CHEROT PC
1150 CONNECTICUT AVE NW STE 350
WASHINGTON DC 20036

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 3rd day of October 2023.

                                                */s/Joanna Fung*
                                                An employee of Snell & Wilmer L.L.P.

4853-7882-9700

# EXHIBIT 1

# EXHIBIT 1

**File a Notice:**

23-10423-mkn CASH CLOUD, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: mkn | Case Flag: CLMAGT, BAPCPA, APPEAL |

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from ROBERT R. KINAS entered on 10/2/2023 at 3:18 PM PDT and filed on 10/2/2023
Case Name:      CASH CLOUD, INC.
Case Number:    23-10423-mkn
Document Number: 1328

**Docket Text:**
Second Notice *Genesis Global Holdco, LLC's Second Notice of Deposition of Tanner James* Filed by ROBERT R. KINAS on behalf of GENESIS GLOBAL HOLDCO, LLC (KINAS, ROBERT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2nd NOD_Tanner James.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/2/2023] [FileNumber=35359032-0
] [276b5600f9c51b38993d3cb2c85b907de7418ed67f9933dd645dc5e35823985533e
75d799258c218cac1cfe8104b4a64c569642037d920f5406cc08a35051ea6]]

**23-10423-mkn Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Interested Party Luis Flores
ryan@aandblaw.com, tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com;andersen.ryana.b117998@notify.bestcase.com

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

KURT R. BONDS on behalf of Creditor Populus Financial Group, Inc.
nvefile@hallevans.com, kbonds@alversontaylor.com;adidio@alversontaylor.com

LEW BRANDON, JR. on behalf of Creditor UNITED NATURAL FOODS, INC.
l.brandon@bsnv.law

OGONNA M. BROWN on behalf of Creditor Cole Kepro International, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

LOUIS M BUBALA, III on behalf of Interested Party BROOKFIELD RETAIL PROPERTIES, INC.
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;kmilks@kcnvlaw.com

CANDACE C CARLYON on behalf of Interested Party CHRIS MCALARY
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of Defendant CHRISTOPHER MCALARY

    dcica@carlyoncica.com,
    nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

    DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
    dcica@carlyoncica.com,
    nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

    CRAIG P. DRUEHL on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
    craig.druehl@dechert.com

    ANNE FREELAND on behalf of Creditor AVT Nevada, L.P.
    atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

    NEDDA GHANDI on behalf of Creditor ROCKITCOIN, LLC
    nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

    RONALD E. GOLD on behalf of Creditor WPG Legacy, LLC
    rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

    MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc.
    bankruptcy@goldguylaw.com, mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com;kathrinev@goldguylaw.com

    MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond
    bankruptcy@goldguylaw.com, mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com;kathrinev@goldguylaw.com

    PAUL HAGE on behalf of Creditor Cole Kepro International, LLC
    phage@taftlaw.com

    BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC
    bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

    JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
    jmj@jimmersonlawfirm.com

    ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
    rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

    BART K. LARSEN on behalf of Creditor Enigma Securities Limited
    BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

    STEPHEN T LODEN on behalf of Interested Party CHRIS MCALARY
    sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

    TIMOTHY A LUKAS on behalf of Creditor Good 2 Go Stores LLC
    ecflukast@hollandhart.com

    JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.
    JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

    JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
    JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

    STACY H RUBIN on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
    srubin@nevadafirm.com, oswibies@nevadafirm.com;mholley@nevadafirm.com;BKECF@nevadafirm.com

    STACY H RUBIN on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
    srubin@nevadafirm.com, oswibies@nevadafirm.com;mholley@nevadafirm.com;BKECF@nevadafirm.com

    ADAM P. SCHWARTZ on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
    aschwartz@carltonfields.com, amaranto@carltonfields.com

    ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
    aschwartz@carltonfields.com, amaranto@carltonfields.com

    BRIAN D. SHAPIRO on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
    brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;6855036420@filings.docketbird.com

    JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
    jshea@shea.law, blarsen@shea.law;support@shea.law

    ARIEL E. STERN on behalf of Creditor IPFS CORPORATION
    ariel.stern@akerman.com, akermanlas@akerman.com

    STRETTO
    ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

    Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
    jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.
rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MAURICE VERSTANDIG on behalf of Creditor Brink's, Inc.
mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com

MICHAEL L WACHTELL on behalf of Creditor ORACLE AMERICA, INC.
mwachtell@buchalter.com

JOHN T. WENDLAND on behalf of Creditor AVT Nevada, L.P.
jwendland@wdlaw.com, NVeFile@weildrage.com

ZACHARY WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
zwilliams@foxrothschild.com, ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com

STUART FREEMAN WILSON-PATTON
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC. dba COIN CLOUD
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**23-10423-mkn Notice will not be electronically mailed to:**

JOHN R. ASHMEAD on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

Amazon Web Services, Inc.
,

BAKER & HOSTETLER LLP
,

CRAIGHEAD COUNTY TAX COLLECTOR
511 UNION ST, SUITE 107
JONESBORO, AR 72401

JARED A. DAY on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
OFFICE OF THE US TRUSTEE
300 BOOTH ST #3009
RENO, NV 89509

ALLAN B. DIAMOND on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

BRITTANY B. FALABELLA on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

JACQUELINE JO FITCH
22413 NE 227TH AVE
BATTLE GROUND, WA 98604

FOX ROTHSCHILD LLP on behalf of Debtor CASH CLOUD, INC.
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135

FTI CONSULTING INC.
,

ROBERT J. GAYDA on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JORDI GUSO on behalf of Interested Party CKDL Credit, LLC
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

PAUL R HAGE on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

RICHARD KRUGER on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JOHN J. LAMOUREUX on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

JOHN J. LAMOUREUX on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SHARA L LARSON on behalf of Creditor ROCKITCOIN, LLC
GHANDI DEETER BLACKHAM
725 S. SOUTH 8TH STREET SUITE 100
LAS VEGAS, NV 89101

LAW OFFICE OF BRIAN D. SHAPIRO, LLC on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
510 S. 8TH STREET
LAS VEGAS, NV 89101

LAW OFFICE OF SHEA LARSEN on behalf of Creditor Enigma Securities Limited
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

GARY LEE on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

ANDREW J. MATOTT on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

MCDONALD CARANO LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
2300 WEST SAHARA AVE, STE 1200
LAS VEGAS, NV 89102

JUSTIN M. MERTZ on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

LAURA MILLER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEAN A. O'NEAL on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

CHRISTOPHER J. SCHREIBER on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

RYAN T. SCHULTZ on behalf of Creditor ROCKITCOIN, LLC
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 W. MADISON STREET, SUITE 3000
CHICAGO, IL 60606

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SEWARD & KISSEL LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET
SUITE 3700
HOUSTON, TX 77010

Jeffrey Sylvester on behalf of Interested Party CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

THE JIMMERSON LAW FIRM, P.C.
415 S. 6TH ST, STE 100
LAS VEGAS, NV 89101

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202

JANE VANLARE on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

MICHAEL WEINBERG on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ROBERT S. WESTERMANN on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

ROBERT WOOELFIN
,

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited

SHEA LARSEN  
1731 VILLAGE CTR CR, STE 150  
LAS VEGAS, NV 89134

Ryan J Works on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
McDonald Carano LLP  
2300 West Sahara Avenue, Suite 1200  
Las Vegas, NV 89102