BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF CHANGE TO FOX ROTHSCHILD LLP'S HOURLY RATES** |

**PLEASE TAKE NOTICE** that the law firm of Fox Rothschild LLP, serving as Counsel to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), has adjusted its hourly rates, effective as of June 1, 2023, to the following:

| Attorney / Paralegal | New Hourly Rate |
|---|---|
| Brett A. Axelrod – Partner | $990 |
| Audrey Noll – Partner | $845 |
| Jeanette E. McPherson – Partner | $675 |
| Nicholas A. Koffroth – Associate | $640 |
| Patricia M. Chlum – Paralegal | $375 |
| Angela Hosey – Paralegal | $245 |

Dated this 3rd day of October 2023.

**FOX ROTHSCHILD LLP**

By:  */s/Brett A. Axelrod*
     BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
     1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135
     *Counsel for Debtor*

1

150099265.1