**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email: ccarlyon@carlyoncica.com
       dcica@carlyoncica.com

*Co-Counsel for Chris McAlary*

**DIAMOND McCARTHY LLP**
Allan B. Diamond, Esq.
(*pro hac vice admitted*)
Stephen T. Loden, Esq.
(*pro hac vice admitted*)
Christopher D. Johnson, Esq.
(*pro hac vice admitted*)
909 Fannin, Suite 3700
Houston, Texas 77010
Phone: (713) 333-5100
Email: adiamond@diamondmccarthy.com
       sloden@diamondmccarthy.com
       chris.johnson@diamondmccarthy.com

*Co-Counsel for Chris McAlary*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-MKN<br>Chapter 11<br><br>**NOTICE TO VACATE ORDER GRANTING EX PARTE MOTION FOR AN ORDER DIRECTING EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004 OF THE COMMITTEE**<br><br>Examination Date: September 12, 2023<br>Examination Time: 9:00 AM |

**PLEASE TAKE NOTICE** that any duties, responsibilities, and obligations stemming from the *Order Granting Ex Parte Motion for An Order Directing Examination Pursuant To Fed. R. Bankr. P. 2004 of the Committee* [ECF No. 1124] (the "Ex Parte Order") is hereby VACATED.

DATED this 4th day of October 2023.

**CARLYON CICA CHTD.**

*/s/ Dawn M. Cica, Esq.*
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
*Co-Counsel for Chris McAlary*

1

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

1  **CERTIFICATE OF SERVICE**

2      I am an employee of Carlyon Cica Chtd. On the date of filing of the foregoing papers with

3  the Clerk of Court I caused a true and correct copy to be served in the following manner:

4      ☒ ELECTRONIC SERVICE: Pursuant to LR 2002 of the United States Bankruptcy Court

5  for the District of Nevada, the above-referenced document was electronically filed and

6  served on all parties and attorneys who are filing users through the Notice of Electronic

7  Filing automatically generated by the Court.

8      ☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-

9  referenced document into the United States Mail with prepaid first-class postage, addressed

10 to the parties at their last-known mailing address(es):

11     ☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-

12 referenced document for overnight delivery via a nationally recognized courier, addressed

13 to the parties listed below which was incorporated by reference and made final in the w at

14 their last-known mailing address.

15     ☐ FACSIMILE: By sending the above-referenced document via facsimile to those

16 persons listed on the attached service list at the facsimile numbers set forth thereon.

17
18     I declare under penalty of perjury that the foregoing is true and correct.

19
20                                                  /s/ Cristina Robertson
                                                 An employee of Carlyon Cica Chtd.

21
22
23
24
25
26
27
28