**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email:  ccarlyon@carlyoncica.com
    dcica@carlyoncica.com

*Co-Counsel for Chris McAlary*

**DIAMOND McCARTHY LLP**
Allan B. Diamond, Esq.
(*pro hac vice admitted*)
Stephen T. Loden, Esq.
(*pro hac vice admitted*)
Christopher D. Johnson, Esq.
(*pro hac vice admitted*)
909 Fannin, Suite 3700
Houston, Texas 77010
Phone: (713) 333-5100
Email: adiamond@diamondmccarthy.com
        sloden@diamondmccarthy.com
    chris.johnson@diamondmccarthy.com

*Co-Counsel for Chris McAlary*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-MKN<br>Chapter 11<br><br>**NOTICE TO VACATE SUBPOENA FOR DOCUMENT PRODUCTION AND A 2004 EXAMINATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>Examination Date:  September 12, 2023<br>Examination Time:  9:00 AM |

**PLEASE TAKE NOTICE** that the *Notice of the Issuance of a Subpoena for Document Production and 2004 Examination of the Official Committee of Unsecured Creditors* filed on August 28, 2023 [ECF No. 1135][1] (the "Subpoena"), including any ongoing duties, responsibilities, and obligations stemming from this Subpoena, is hereby VACATED.

DATED this 4th day of October 2023.

**CARLYON CICA CHTD.**

*/s/ Dawn M. Cica, Esq.*
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
*Co- Counsel for Chris McAlary*

---

[1] Cash Cloud Inc. failed to appear for the ordered 2004 Examination, scheduled for September 12, 2023 at 1:00 p.m., failed to give counsel for Chris McAlary any notice of its intent to not appear, and failed to file any relevant motions prior to its non-appearance.

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I am an employee of Carlyon Cica Chtd.  On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE:  Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL:  By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER:  By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE:  By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Cristina Robertson*
An employee of Carlyon Cica Chtd.

2