BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>    CASH CLOUD, INC.,<br>    dba COIN CLOUD,<br><br>                      Debtor. | Case No.  BK-23-10423-mkn<br><br>Chapter 11<br><br>**APPELLEE'S DESIGNATION OF RECORD ON APPEAL** |

Cash Cloud, Inc., dba Coin Cloud (the "Debtor" or "Appellee"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its counsel, the law firm of Fox Rothschild LLP, hereby submits *Appellee's Designation of Record on Appeal* pursuant to Federal Rule of Bankruptcy Procedure 8006 and Local Rule 8006, in connection with the appeal filed by Christopher McAlary ("McAlary" or "Appellant") from the *Order: (A) Approving Debtor's Disclosure Statement [ECF No. 529] on a Final Basis; and (B) Confirming Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023 [ECF No. 996]* [Docket No. 1126].

In addition to the items previously designated by McAlary at Docket No. 1269 (the "Appellant's Designation"), Debtor hereby designates as additional items to be included in the record on appeal the following items:

150045833.1

1

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 02/08/2023 | 35 | Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims |
| 02/08/2023 | 36 | Declaration Of: Christopher Andrew McAlary in support of Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims |
| 06/16/2023 | 710 | Emergency Motion For Order Authorizing Debtor's Entry Into Interim Management Services Agreement Pending Approval Of Sale Of Debtor's Assets |
| 06/19/2023 | 730 | Amended Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief |
| 07/20/2023 | 894 | Administrative Proof of Claim for Chris McAlary |
| 08/03/2023 | 1009 | Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors with Respect to Certain Actions |
| 08/08/2023 | 1043 | Objection of the Official Committee of Unsecured Creditors to the Ex Parte Application for Order Shortening Time for Hearing on Motion to Convert Case to Chapter 7 |
| 08/09/2023 | 1050 | Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors With Respect to Certain Actions |
| 08/15/2023 | 1073 | Response of the Official Committee of Unsecured Creditors to Opposition to Approval of Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors with Respect to Certain Actions |
| 08/15/2023 | 1076 | Debtor's Joinder in the Response of the Official Committee of Unsecured Creditors to Opposition to Approval of Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors with Respect to Certain Actions |
| 08/24/2023 | 1119 | Order On Opposition To Approval Of Stipulation Granting Derivative Standing To The Official Committee Of Unsecured Creditors With Respect To Certain Actions |
| 08/30/2023 | 1150 | Debtor's Opposition to Motion to Convert Case to Chapter 7 |
| 08/30/2023 | 1151 | Declaration Of: Daniel Ayala in Support of Debtor's Opposition to Motion to Convert Case to Chapter 7 |

150045833.1

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 08/30/2023 | 1152 | Joinder of the Official Committee of Unsecured Creditors to the Debtor's Opposition to Motion to Convert Case to Chapter 7 |
| 09/01/2023 | 1164 | Motion of the Official Committee of Unsecured Creditors to Quash Subpoena for Document Production and Rule 2004 Examination |
| 09/18/2023 | 1249 | Order Denying Motion To Convert Case from Chapter 11 to Chapter 7 |
| 06/14/2023 | POC 123 | Proof of Claim filed by Christopher McAlary |
| 09/01/2023 | ADV 01 | Complaint against Christopher McAlary; Adversary Proceeding No. 23-01125 |

DATED this 4th day of October 2023.

**FOX ROTHSCHILD LLP**

By: _____/s/Brett Axelrod_____
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

3

150045833.1