NVB 8010–4 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

CASH CLOUD, INC.

Debtor(s)

CHRIS MCALARY

Appellant(s)

vs

CASH CLOUD INC; & OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

Appellee(s)

BK–23–10423–mkn
CHAPTER 11

Appeal Reference Number:    23–19
USDC Number:    23–cv–01424–GMN

CERTIFICATE OF
READINESS TO
UNITED STATES DISTRICT COURT

To:     U.S. District Court
        Lloyd D. George U.S. Courthouse
        333 Las Vegas Boulevard South
        Las Vegas, NV 89101

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies that the Statement of Issues, Designation of
Record, and transcripts have been filed, and the record on appeal is complete.

Dated: 10/5/23

Mary A. Schott
Clerk of Court