NVB 8010–4 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–23–10423–mkn |
| CASH CLOUD, INC. | CHAPTER 11 |
| Debtor(s) | |
| | Appeal Reference Number: 23–20 |
| | USDC Number: 23–cv–01427–GMN |
| CHRIS MCALARY | |
| Appellant(s) | CERTIFICATE OF READINESS TO |
| vs | UNITED STATES DISTRICT COURT |
| CASH CLOUD INC; & OFFICIAL COMMITTEE OF UNSECURED CREDITORS | |
| Appellee(s) | |

To:   U.S. District Court
      Lloyd D. George U.S. Courthouse
      333 Las Vegas Boulevard South
      Las Vegas, NV 89101

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies that the Statement of Issues, Designation of Record, and transcripts have been filed, and the record on appeal is complete.

Dated: 10/5/23

*Mary A. Schott*

Mary A. Schott
Clerk of Court