September 28, 2023

Clerk of US Bankruptcy Court
300 Las Vegas Blvd. South
Las Vegas, NV 89101

Reference: Case No. BK-23-10423-mkn

This letter is a formal response to the Debtor's Omnibus Objection to Late Filed and Non-Compliant Administrative Expense Claims filed on September 20, 2023.

As I stated in the documentation that I respectfully sent to the court, I received the Notice of Entry Of Administrative Claim Bar Date Order Establishing A Deadline To File Administrative Expense Claims Against The Debtor, in the mail **AFTER THE CLAIM BAR DATE OF JULY 20, 2023.** Despite receiving the document after the requested claim date of July 20, 2023, I sought council and returned the requested documents and supporting materials to the court by mail on July 25, 2023. As the late arrival of the request made it impossible to comply with the July 20 date, this was a good faith effort on my part to respond quickly.

I respectfully ask that the court does not include my claim in the Objection filed by Fox Rothschild LLP.

Thank you.

Eric E. Brage Jr.

RECEIVED AND FILED

OCT 03

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Cc: Brett Axelrod, Esq. NV Bar No. 5859
　　Fox Rothschild LLP
　　1980 Festival Plaza Drive, Suite 700
　　Las Vegas, Nevada 89135