29 September 2023

Case No. BK-23-10423-mkn
Chapter 11
OBJECTION to DEBTOR'S OMNIBUS OBJECTION TO LATE FILED AND NON-COMPLIANT ADMINISTRATIVE EXPENSE CLAIMS
Hearing Date: October 19, 2023
Hearing Time: 10:30 a.m.

I, James Dennis Favors, declare as follows:

1. I am a claimant against Cash Cloud dba Coin Cloud.

2. On 5 May 2023, I was directed by what I assumed was an agent of the Federal Trade Commission, to purchase Fifteen thousand dollars ($15,000.00) of Bitcoins from Coin Cloud due to a possible hack of my social security number. After I did this, I realized that this did not seem legal. On 8 May 2023 I contacted Coin Cloud's customer service number and was advised that my transactions were not processed. I provided that document that I was told was required and that my funds would be forwarded to my bank account within six to eight weeks. At six and eight weeks, I checked my account but there was no action. For several weeks I tried to contact Coin Cloud customer service with no success. After no contact from Coin Cloud, I filed a claim with the Better Business Bureau who filed a notice with Coin Cloud. On or about 25 July 2023, I received the Notice of Entry of Administrative Claim Bar Date Order Establishing a Deadline to File Administrative Expense Claims against the Debor. I completed the claim form and mailed it to the Bankruptcy Court on 24 July which was filed as of 31 July 2023. Since the customer service center stated that I would be refunded, and since there was direction provided after no payment was made, my claim should not be rejected.

*[signature]*
James Favors
95-353 Waia Loop
Mililani, HI 96789
(808) 387-9541

RECEIVED
AND FILED

OCT 03 2023

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK