United States Bankruptcy Court
District of Nevada

| | |
|---|---|
| In re: | Case No. 23-10423-mkn |
| CASH CLOUD, INC. | Chapter 11 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 05, 2023 | Form ID: apbready | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: jared.a.day@usdoj.gov | Oct 06 2023 00:24:00 | JARED A. DAY, OFFICE OF THE US TRUSTEE, 300 BOOTH ST #3009, RENO, NV 89509-1360 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2023      Signature:      /s/Gustava Winters

NVB 8010–4 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>CASH CLOUD, INC.<br>                Debtor(s) | BK–23–10423–mkn<br>CHAPTER 11<br><br>Appeal Reference Number:   23–20<br>USDC Number:   23–cv–01427–GMN |
| CHRIS MCALARY<br>                Appellant(s)<br><br>vs<br><br>CASH CLOUD INC; & OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>                Appellee(s) | CERTIFICATE OF<br>READINESS TO<br>UNITED STATES DISTRICT COURT |

To:    U.S. District Court
         Lloyd D. George U.S. Courthouse
         333 Las Vegas Boulevard South
         Las Vegas, NV 89101

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies that the Statement of Issues, Designation of Record, and transcripts have been filed, and the record on appeal is complete.

Dated: 10/5/23

*Mary A Schott* (signature)

Mary A. Schott
Clerk of Court