E-filed: October 10, 2023

Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       bgriffith@swlaw.com
       cgianelloni@swlaw.com

Sean A. O'Neal (NY Bar No. 3979267)
*Admitted Pro Hac Vice*
Jane VanLare (NY Bar No. 4610655)
*Admitted Pro Hac Vice*
Michael Weinberg (NY Bar No. 5724497)
*Admitted Pro Hac Vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: soneal@cgsh.com
Email: jvanlare@cgsh.com
Email: mdweinberg@cgsh.com

*Attorneys for Genesis Global Holdco, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC., dba COIN CLOUD,<br><br>Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11<br><br>**GENESIS GLOBAL HOLDCO, LLC'S WITNESS AND EXHIBIT LISTS**<br><br>**Hearing Dates: October 16 & 17, 2023**<br><br>**Hearing Time: 9:30 a.m.** |

Genesis Global Holdco, LLC ("Genesis"), by and through its counsel, Snell & Wilmer L.L.P., hereby submits its list of witnesses and exhibits that may be used or called at the October 16 and 17, 2023 trial on Debtor's Motion for Entry of an Order Authorizing Debtor to Surcharge the

4880-7122-5477

1  Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P.
2  [ECF No. 926].
3      The Witness List is attached as **Exhibit A,** the List of Exhibits without objection notations is
4  attached as **Exhibit B**, and the List of Exhibits with objection notations is attached as **Exhibit C**.
5      DATED this 10th day of October 2023.

SNELL & WILMER L.L.P.

/s/ Robert R. Kinas

Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

and

Sean A. O'Neal (NY Bar No. 3979267)
*Admitted Pro Hac Vice*
Jane VanLare (NY Bar No. 4610655)
*Admitted Pro Hac Vice*
Michael Weinberg (NY Bar No. 5724497)
*Admitted Pro Hac Vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Genesis Global Holdco, LLC*

4880-7122-5477