# EXHIBIT A

# EXHIBIT A

| Hearing Date: October 16 & 17, 2023 | |
|---|---|
| **WITNESSES** | **Case Title:** In re **Cash Cloud, Inc. dba Coin Cloud**<br>**Case No:** 23-10423-mkn |
| 1. | Tanner James<br>c/o Fox Rothschild LLP<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135<br>(701) 262-6899 |
| 2. | Daniel Moses<br>c/o Fox Rothschild LLP<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135<br>(701) 262-6899 |
| 3. | Any and all witnesses identified or called to testify by any other party |
| 4. | Any witness necessary to lay foundation for any exhibits |

Genesis Global Holdco, LLC reserves the right not to call a witness listed above.

4868-5291-1237.1