# EXHIBIT C

# EXHIBIT C

Hearing Date:  October 16 & 17, 2023                    Judge:  Mike Nakagawa

| EXHIBITS | Case Title **Cash Cloud, Inc. dba Coin Cloud** | | BK: 23-10423-mkn |
|---|---|---|---|
| | | | ADV: |

| Offered | Admitted | Identification | | Description | Offers Objections Rulings Exception |
|---|---|---|---|---|---|
| | | # | Witness | | |
| | | A | | 2/7/2023 Emergency First Day Application for Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date [ECF No. 13] | |
| | | B | | 2/7/2023 Emergency First Day Application for Order Authorizing Retention and Employment of Province, LLC, as Debtor's Financial Advisor, Effective as of the Petition Date [ECF No. 15] | |
| | | C | | 2/7/2023 Emergency First Day Application for Entry of an Order (A) Authorizing the Retention and Appointment of Stretto, Inc. as Claims, Noticing and Solicitation Agent and (B) Granting Related Relief [ECF No. 17] | |
| | | D | | 2/7/2023 Omnibus Declaration of Christopher Andrew McAlary in Support of Emergency First Day Motions [ECF No. 19] | |
| | | E | | 3/1/2023 Final Order Authorizing Retention and Employment of Fox Rothschild LLP [ECF No. 189] | |
| | | F | | 3/9/2023 Order Authorizing Retention and Employment of Province, LLC, as | |

| EXHIBITS | | Case Title  Cash Cloud, Inc. dba Coin Cloud | | BK: | 23-10423-mkn |
|---|---|---|---|---|---|
| | | | | ADV: | |
| Offered | Admitted | Identification | | Description | Offers Objections Rulings Exception |
| | | # | Witness | | |
| | | | | Debtor's Financial Advisor, Effective as of the Petition Date [ECF No. 223] | |
| | | G | | 3/21/2023 Order Authorizing Retention and Employment of Stretto, Inc. as Claims, Noticing and Solicitation Agent [ECF No. 338] | |
| | | H | | 3/13/2023 Application for Order Pursuant to 11 U.S.C. §§ 1102, 1103, 328, 330, and 331 Authorizing and Approving the Employment of Seward & Kissel LLP as Counsel to the Official Committee of Unsecured Creditors, Retroactive to February 23, 2023 [ECF No. 271] | |
| | | I | | 3/14/2023 Application for Order Pursuant to 11 U.S.C. §§ 1102, 1103, 328, 330, and 331 Authorizing and Approving the Employment of McDonald Carano LLP as Counsel to the Official Committee of Unsecured Creditors, Retroactive to February 23, 2023 [ECF No. 279] | |
| | | J | | 3/23/2023 Application for Order Pursuant to 11 U.S.C. 1103 Authorizing and Approving the Employment of FTI Consulting Inc. as Financial Advisor to the Official Committee of | |

| EXHIBITS | | Case Title **Cash Cloud, Inc. dba Coin Cloud** | | BK: 23-10423-mkn |
|---|---|---|---|---|
| | | | | ADV: |
| Offered | Admitted | Identification | Description | Offers Objections Rulings Exception |
| | | # | Witness | | |

| Offered | Admitted | # | Witness | Description | Offers Objections Rulings Exception |
|---|---|---|---|---|---|
| | | | | Unsecured Creditors Retroactive to February 24, 2023 [ECF No. 348] | |
| | | K | | 4/27/2023 Order Approving Application for Order Pursuant to 11 U.S.C. §§ 1102, 1103, 328, 330, and 331 Authorizing and Approving the Employment of Seward & Kissel LLP as Counsel to the Official Committee of Unsecured Creditors, Retroactive to February 23, 2023 [ECF No. 480] | |
| | | L | | 4/27/2023 Order Approving Application for Order Pursuant to 11 U.S.C. §§ 1102, 1103, 328, 330, and 331 Authorizing and Approving the Employment of McDonald Carano LLP as Counsel to the Official Committee of Unsecured Creditors, Retroactive to February 23, 2023 [ECF No. 479] | |
| | | M | | 4/27/2023 Order Approving Application for Order Pursuant to 11 U.S.C. 1103 Authorizing and Approving the Employment of FTI Consulting Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Retroactive to | |

Please leave the shaded areas blank for court personnel usage.    NV_9017(Exhibit List12-15).wpd
Page 3

4894-5488-6789

| EXHIBITS | | Case Title **Cash Cloud, Inc. dba Coin Cloud** | | BK: 23-10423-mkn ADV: | |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description | Offers Objections Rulings Exception |
| | | # | Witness | | |
| | | | | February 24, 2023 [ECF No. 481] | |
| | | N | | 2/8/2023 Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief [ECF No. 35] | |
| | | O | | 2/8/2023 Declaration of Christopher Andrew McAlary in support of Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims [ECF No. 36] | |
| | | P | | 3/20/2023 Final Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and Bankruptcy Rules Authorizing Debtor to (A) Obtain Financing and (B) Grant Adequate Protection [ECF No. 315] | |

Please leave the shaded areas blank for court personnel usage.        NV_9017(Exhibit List12-15).wpd
Page 4

4894-5488-6789

| EXHIBITS | Case Title  Cash Cloud, Inc. dba Coin Cloud | | BK: 23-10423-mkn  ADV: | |
|---|---|---|---|---|
| Offered | Admitted | Identification | Description | Offers Objections Rulings Exception |
| | | # | Witness | | |
| | | Q | | 4/7/2023 Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially All of the Debtors Assets; (B) Approving Form Notice to Be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan [ECF No. 392] | |
| | | R | | 4/7/2023 Declaration of Christopher Andrew McAlary in Support of Debtor's Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially All of the Debtors Assets; (B) Approving Form Notice to Be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan [ECF No. 393] | |

| EXHIBITS | | Case Title  Cash Cloud, Inc. dba Coin Cloud | | BK: | 23-10423-mkn |
|---|---|---|---|---|---|
| | | | | ADV: | |

| Offered | Admitted | Identification | | Description | Offers Objections Rulings Exception |
|---|---|---|---|---|---|
| | | # | Witness | | |
| | | S | | 4/26/2023 Hearing Transcript | |
| | | T | | 4/27/2023 Order Granting Motion for Entry of an Order (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially All of the Debtors Assets; (B) Approving Form Notice to Be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan [ECF No. 483] | |
| | | U | | 6/2/2023 Notice of Auction Results Regarding Sale of Substantially All of the Debtor's Assets [ECF No. 621] | |
| | | V | | 6/30/2023 Order Granting Motion For Sale/Use/Lease of Property under Section 363(b) [ECF No. 795] | |
| | | W | | 7/24/2023 Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P. [ECF No. 926] | |

Please leave the shaded areas blank for court personnel usage.   NV_9017(Exhibit List12-15).wpd   Page 6

4894-5488-6789

| EXHIBITS | | Case Title<br><br>**Cash Cloud, Inc. dba Coin Cloud** | | **BK:** 23-10423-mkn<br><br>**ADV:** |
|---|---|---|---|---|
| Offered | Admitted | Identification | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | X | | 7/24/2023 Declaration of Tanner James in Support of Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P. [ECF No. 927] | |
| | | Y | | 9/15/2023 Supplemental Declaration of Tanner James in Support of Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P [ECF No. 1244] | |
| | | Z | | 9/20/2023 Second Supplemental Declaration of Tanner James in Support of Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P. [ECF No. 1281] | |
| | | AA | | 9/26/2023 Third Supplemental Declaration of Tanner James in Support of Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities | |

| Offered | Admitted | Identification | | Description | Offers Objections Rulings Exception |
|---|---|---|---|---|---|
| | | # | Witness | | |
| **EXHIBITS** | | | | Case Title: **Cash Cloud, Inc. dba Coin Cloud** — BK: 23-10423-mkn   ADV: | |
| | | | | Limited, and AVT Nevada, L.P. [ECF No. 1307] | |
| | | BB | | 8/22/2023 Tanner James Deposition Transcript | 802-Hearsay |
| | | CC | | 8/23/2023 Dan Moses Deposition Transcript | 802-Hearsay |
| | | DD | | 10/9/2023 Tanner James Deposition Transcript | 802-Hearsay |
| | | | | Any other document or pleading publicly filed in the above-captioned case | |
| | | | | Any exhibit necessary for impeachment and/or rebuttal purposes | |
| | | | | Any exhibit identified or offered by any other party | |