BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
DANIEL A. MANN, ESQ.
Nevada Bar No. 15594
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email:
baxelrod@foxrothschild.com
nkoffroth@foxrothschild.com
dmann@foxrothschild.com

*Counsel for Debtor*

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
**McDONALD CARANO LLP**
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laure E. Miller, Esq.
Andrew J. Matott, Esq.
**SEWARD & KISSEL LLP**
*admitted pro hac vice*
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee*
*of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**JOINT WITNESS AND EXHIBIT LIST**<br><br>Hearing Date: October 16 and 17, 2023<br>Hearing Time: 9:30 a.m. (PT) |

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above captioned case (the "Bankruptcy Case") and the Official Committee of Unsecured Creditors (the "Committee"), by and through their respective undersigned counsel, hereby file their Witness and Exhibit List and states:

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

150314627.1

1

## WITNESS LIST

1. Tanner James
   c/o Fox Rothschild, LLP
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, NV 89135
   Telephone: (702) 262-6899

2. Daniel Moses
   c/o Fox Rothschild, LLP
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, NV 89135
   Telephone: (702) 262-6899

3. Daniel Ayala
   c/o Fox Rothschild, LLP
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, NV 89135
   Telephone: (702) 262-6899

4. Any and all custodians of records necessary for the authentication of documents

5. All impeachment or rebuttal witnesses.

6. All witnesses identified in response to discovery.

7. All witnesses listed on Enigma and Genesis's Witness Lists; however, Debtor and the Committee reserve the right to object to any witness listed on Enigma and Genesis's Witness Lists.

Debtor and Committee reserve the right to supplement this Witness List upon reasonable notice to the parties.

Debtor and Committee's List of Exhibits is attached hereto as **Exhibit A**.

Dated this 10th day of October 2023.

**FOX ROTHSCHILD LLP**

By:      /s/Brett A. Axelrod
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    DANIEL A. MANN, ESQ.
    Nevada Bar No. 15594
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

150314627.1

# EXHIBIT A

Hearing Date:  October 16 & October 17, 2023

| EXHIBITS | | Case Title | | BK: 23-10423-MKN | |
|---|---|---|---|---|---|
| | | In re Cash Cloud, Inc. dba Coin Cloud | | | |
| Offered | Admitted | Identification | | Description | Offers Objections Rulings Exception |
| | | 1. | | Post petition Invoice from Deployment Logix, [ECF No. 927, Ex. B] | |
| | | 2. | | Application to Employ McDonald Carano LLP as Counsel for the Committee [ECF No. 279] | |
| | | 3. | | Notice Bid Deadline of April 12, 2023, for Submission of Term Sheets in Connection with either (A) Plan of Reorganization for Debtor; or (B) Sale of Substantially all of Debtor's Assets [ECF No 375] | |
| | | 4. | | Motion for Approval of Procedures Debtors Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially all of the Debtors Assets; (B) Approving Form Notice to be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan [ECF 392] | |
| | | 5. | | Declaration Of: Daniel Moses in support of Debtors Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially all of the Debtors Assets; (B) Approving Form Notice to be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan [ECF No 394] | |

1

| EXHIBITS | | Case Title | | BK: <ins>23-10423-MKN</ins> | |
|---|---|---|---|---|---|
| | | In re Cash Cloud, Inc. dba Coin Cloud | | | |
| **Offered** | **Admitted** | **Identification** | | **Description** | **Offers Objections Rulings Exception** |
| | | 6. | | Fox Rothschild, LLP's Monthly Fee Statements, [ECF Nos. <ins>436</ins>, <ins>575</ins>, <ins>721</ins>, <ins>864</ins>] | |
| | | 7. | | Notice of Designated Stalking Horse Bidder [ECF No. <ins>473</ins>] | |
| | | 8. | | Notice of Entry of Order Establishing Bidding Procedures and Related Deadlines [ECF No. <ins>484</ins>] | |
| | | 9. | | Notice of Entry of Order Granting Application for Order Pursuant to 11 U.S.C. §§ 1102, 1103, 328, 330 and 331 Authorizing the Employment of McDonald Carano LLP as Counsel to the Official Committee of Unsecured Creditors [ECF No. <ins>487</ins>] | |
| | | 10. | | Province, LLC's Monthly Fee Statements, [ECF Nos. <ins>500</ins>, <ins>600</ins>, <ins>784</ins>, <ins>923</ins>] | |
| | | 11. | | Certificate of No Objection Regarding Fox Rothschild LLP's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from February 7, 2023, through March 31, 2023, [ECF No. <ins>544</ins>] | |
| | | 12. | | Order Approving Stipulation to Extend Bid Deadline, Reschedule Auction and Move Deadlines Re: Cure Notices and Objections [ECF No. <ins>538</ins>] | |
| | | 13. | | Amended Notice of Bidding Procedures and Deadlines [ECF No. <ins>546</ins>] | |
| | | 14. | | McDonald Carano LLP's Monthly Fee Statements, [ECF Nos. <ins>560</ins>, <ins>568</ins>, <ins>641</ins>, <ins>985</ins>, <ins>986</ins>] | |
| | | 15. | | Seward & Kissel LLP's Monthly Fee Statements, [ECF Nos. <ins>559</ins>, <ins>567</ins>, <ins>640</ins>, <ins>984</ins>, <ins>1069</ins>] | |
| | | 16. | | Province Stipulation, [ECF No. <ins>563</ins>] | |

| EXHIBITS | | Case Title | | BK: <u>23-10423-MKN</u> |
|---|---|---|---|---|
| | | In re Cash Cloud, Inc. dba Coin Cloud | | |
| **Offered** | **Admitted** | **Identification** | **Description** | **Offers Objections Rulings Exception** |
| | | 17. | Certificate of No Objection Regarding Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from February 7, 2023, through March 31, 2023, [ECF No. <u>583</u>] | |
| | | 18. | Certificate of No Objection Regarding Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from February 7, 2023, through March 31, 2023, with Supplement to Exhibit 1 to Amended Declaration of Christopher Andrew McAlary in Support of Motion for Entry of an Order Approving Key Employee Retention Program, [ECF No. <u>593</u>] | |
| | | 19. | Notice of Auction Results Regarding Sale of Substantially All of the Debtor's Assets [ECF No. <u>621</u>] | |
| | | 20. | Certificate of No Objection Regarding Initial Monthly Fee Statement of McDonald Carrano LLP of Services Rendered and Expenses Incurred for the Period from February 23, 2023, through March 31, 2023, [ECF No. <u>639</u>] | |
| | | 21. | Certificate of No Objection Regarding Initial Monthly Fee Statement of Seward & Kissel LLP of Services Rendered and Expenses Incurred for the Period from February 23, 2023, through March 31, 2023, [ECF No. <u>638</u>] | |

3

| EXHIBITS | | Case Title | | BK: **23-10423-MKN** | |
|---|---|---|---|---|---|
| | | In re Cash Cloud, Inc. dba Coin Cloud | | | |
| **Offered** | **Admitted** | **Identification** | | **Description** | **Offers Objections Rulings Exception** |
| | | 22. | | Certificate of No Objection Regarding Fox Rothschild LLP's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from April 1, 2023, through April 30, 2023, [ECF No. 637] | |
| | | 23. | | Trangistics Motion for Administrative Claims including exhibits of invoices, [ECF No. 652] | |
| | | 24. | | Certificate of No Objection Regarding Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from April 1, 2023, through April 30, 2023, [ECF No. 704] | |
| | | 25. | | Motion For Sale/Use/Lease of Property under Section 363(b) Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief [ECF No. 714] | |
| | | 26. | | Declaration Of: Daniel Ayala in Support of Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's | |

| EXHIBITS | Case Title | | | BK: **23-10423-MKN** |
|---|---|---|---|---|
| | In re Cash Cloud, Inc. dba Coin Cloud | | | |
| **Offered** | **Admitted** | **Identification** | **Description** | **Offers Objections Rulings Exception** |
| | | | Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief [ECF No 715] | |
| | | 27. | Amended Motion For Sale/Use/Lease of Property under Section 363(b) Amended Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief [ECF No. 730] | |
| | | 28. | Certificate of No Objection Regarding Baker & Hostetler's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from May 1, 2023, through May 31, 2023, [ECF No. 740] | |
| | | 29. | Stretto Inc. email correspondence re: fees and expenses in connection with the sale process. | |
| | | 30. | Order Granting Motion For Sale/Use/Lease of Property under Section 363(b) [ECF No. 795] | |
| | | 31. | Certificate of No Objection Regarding Second Monthly Fee Statement of McDonald Carrano LLP of Services Rendered and Expenses Incurred for the Period from April 1, 2023, through April 30, 2023, [ECF No. 809] | |

| EXHIBITS | | Case Title | | BK: <u>23-10423-MKN</u> | |
|---|---|---|---|---|---|
| | | In re Cash Cloud, Inc. dba Coin Cloud | | | |
| **Offered** | **Admitted** | **Identification** | | **Description** | **Offers Objections Rulings Exception** |
| | | 32. | | Certificate of No Objection Regarding Second Monthly Fee Statement of Seward & Kissel LLP of Services Rendered and Expenses Incurred for the Period from April 1, 2023, through April 30, 2023, [ECF No. <u>808</u>] | |
| | | 33. | | Response to Trangistics Motion for Administrative Claims, [ECF No. <u>831</u>] | |
| | | 34. | | Certificate of No Objection Regarding Fox Rothschild LLP's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from May 1, 2023, through May 31, 2023, [ECF No. <u>865</u>] | |
| | | 35. | | Certificate of No Objection Regarding Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from May 1, 2023, through May 31, 2023, [ECF No. <u>891</u>] | |
| | | 36. | | Surcharge Analysis, [ECF No. <u>927</u>, Ex. A] | |
| | | 37. | | James Declaration ISO Motion to Surcharge, [ECF No. <u>927</u>] | |
| | | 38. | | Certificate of No Objection Regarding Baker & Hostetler's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from May 1, 2023, through May 31, 2023, [ECF No. <u>1002</u>] | |
| | | 39. | | Certificate of No Objection Regarding Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from June 1, 2023, through June 30, 2023, [ECF No. <u>1118</u>] | |

6

| EXHIBITS | | Case Title | | BK: <u>23-10423-MKN</u> | |
|---|---|---|---|---|---|
| | | In re Cash Cloud, Inc. dba Coin Cloud | | | |
| **Offered** | **Admitted** | **Identification** | | **Description** | **Offers Objections Rulings Exception** |
| | | 40. | | Certificate of No Objection Regarding Fourth Monthly Fee Statement of Seward & Kissel LLP of Services Rendered and Expenses Incurred for the Period from June 1, 2023, through June 30, 2023, [ECF No. 1159] | |
| | | 41. | | Certificate of No Objection Regarding Fourth Monthly Fee Statement of McDonald Carrano LLP of Services Rendered and Expenses Incurred for the Period from June 1, 2023, through June 30, 2023, [ECF No. 1158] | |
| | | 42. | | Certificate of No Objection Regarding Third Monthly Fee Statement of Seward & Kissel LLP of Services Rendered and Expenses Incurred for the Period from May 1, 2023, through May 31, 2023, [ECF No. 1157] | |
| | | 43. | | Certificate of No Objection Regarding Third Monthly Fee Statement of McDonald Carrano LLP of Services Rendered and Expenses Incurred for the Period from May 1, 2023, through May 31, 2023, [ECF No. 1156] | |
| | | 44. | | Certificate of No Objection Regarding Fox Rothschild LLP's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from June 1, 2023, through June 30, 2023, [ECF No. 1202] | |
| | | 45. | | Supplemental James Declaration ISO Motion to Surcharge, [ECF No. 1244] | |
| | | 46. | | Second Supplemental James Declaration ISO Motion to Surcharge, [ECF NO. 1281] | |

7

| EXHIBITS | | Case Title | | BK: **23-10423-MKN** | |
|---|---|---|---|---|---|
| | | In re Cash Cloud, Inc. dba Coin Cloud | | | |
| **Offered** | **Admitted** | **Identification** | | **Description** | **Offers Objections Rulings Exception** |
| | | 47. | | Email From Michael Tucker of FTI Consulting, inc. to Tanner James, which included invoices between March 1, 2023, to June 30, 2023, [ECF No. 1307, Ex. A] | |
| | | 48. | | Third Supplemental James Declaration ISO Motion to Surcharge, [ECF No. 1307] | |
| | | 49. | | FTI Monthly Fee Statements, [ECF Nos. 1313, 1314, 1315, 1316, 1317 | |
| | | 50. | | Enigma Securities Limited's Omnibus Objection to Debtors' Motions to Approve Rejection of Executory Contracts and Unexpired Leases [ECF No. 518] | |
| | | 51. | | Any other document or pleading publicly filed in the above-captioned case | |
| | | 52. | | Any exhibit necessary for impeachment and/or rebuttal purposes | |
| | | 53. | | Any exhibit identified or offered by any other party | |