# EXHIBIT 2

# EXHIBIT 2

Joint Exhibit List

Hearing Date: October 16-17, 2023                    **NMC   HLB   ABL   MKN   GWZ   GS**

| EXHIBITS | | | | Case Title<br>**Cash Cloud, Inc. dba Coin Cloud** | BK:   <u>BK-23-10423-mkn</u><br>ADV:   <u>n/a</u> |
|---|---|---|---|---|---|
| Offered | Admitted | **Identification** | | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | 1 | | Secured Loan Facility Agreement, dated as of April 22, 2022, by and between Enigma and the Debtor | |
| | | 2 | | Security Agreement, dated as of April 22, 2022, by and between Enigma and the Debtor | |
| | | 3 | | UCC Financing Statement filed with the Office of the Secretary of State for the State of Nevada | |
| | | 4 | | Voluntary Petition, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Feb. 7, 2023) [ECF No. 1] | |
| | | 5 | | Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Feb. 8, 2023) [ECF No. 35] | |
| | | 7 | | Interim Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364(c)(1), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 2002, 4001, 6004 and 9014 Authorizing Debtor to (I) Obtain Postpetition Financing and (B) Grant Adequate Protection, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Feb. 17, 2023) [ECF No. 132] | |
| | | 8 | | Final Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364(c)(1), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 2002, 4001, 6004 and 9014 Authorizing Debtor to (I) Obtain Postpetition Financing and (B) Grant | |

Joint Exhibit List

| EXHIBITS | | Case Title | | BK: | BK-23-10423-mkn |
|---|---|---|---|---|---|
| | | Cash Cloud, Inc. dba Coin Cloud | | ADV: | n/a |
| Offered | Admitted | Identification | | Description | Offers Objections Rulings Exception |
| | | # | Witness | | |
| | | | | Adequate Protection, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Mar. 20, 2023) [ECF No. 315] | |
| | | 9 | | Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially All of the Debtor Assets; (B) Approving Form Notice to Be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Apr. 7, 2023) [ECF No. 392] | |
| | | 11 | | Order Establishing Bidding Procedures and Related Deadlines, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Apr. 27, 2023) [ECF No. 483] | |
| | | 13 | | Coin Cloud Sales Proceeds Draft Waterfall | |
| | | 14 | | Notice of Auction Results Regarding Sale of Substantially All of the Debtor's Assets, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. June 6, 2023) [ECF No. 621] | |
| | | 15 | | Proof of Claim No. 100 filed Enigma Securities Limited, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. June 9, 2023) | |
| | | 16 | | Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the | |

Joint Exhibit List

| EXHIBITS | | Case Title | | BK: __BK-23-10423-mkn__ | |
|---|---|---|---|---|---|
| | | Cash Cloud, Inc. dba Coin Cloud | | ADV: __n/a__ | |
| Offered | Admitted | Identification | | Description | Offers Objections Rulings Exception |
| | | # | Witness | | |
| | | | | Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. June 16, 2023) [ECF No. 714] | |
| | | 19 | | Amended Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. June 19, 2023) [ECF No. 730] | |
| | | 20 | | Stipulation (1) Resolving RockItCoin, LLC's Objection to Amended Motion for Order:  (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief; and (2) Dismissing Adversary Proceeding Case No. 23-01105-MKN, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. June 26, 2023) [ECF No. 768] | |
| | | 21 | | Order: Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of | |

Joint Exhibit List

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK: __BK-23-10423-mkn__<br>ADV: __n/a__ | |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | | | Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. June 30, 2023) [ECF No. 795] | |
| | | 22 | | Enigma Securities Limited's Application for Allowance and Payment Regarding Administrative Claim, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. July 18, 2023) [ECF No. 873] | |
| | | 23 | | Proof of Claim No. 151 filed by Enigma Securities Limited, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. July 18, 2023) | |
| | | 25 | | Motion of the Official Committee of Unsecured Creditors for an Order Granting Leave, Derivative Standing and Authority to Commence, Prosecute and Settle Claims of Behalf of the Debtor's Estate, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. July 24, 2023 [ECF No. 925] | |
| | | 26 | | Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P., *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. July 24, 2023) [ECF No. 926] | |
| | | 27 | | Declaration of Tanner James in Support of Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P., *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn | |

Joint Exhibit List

| EXHIBITS | | Case Title | | BK: __BK-23-10423-mkn__ | |
|---|---|---|---|---|---|
| | | Cash Cloud, Inc. dba Coin Cloud | | ADV: __n/a__ | |
| Offered | Admitted | Identification | | Description | Offers Objections Rulings Exception |
| | | # | Witness | | |
| | | | | (Bankr. D. Nev. July 24, 2023) [ECF No. 927] | |
| | | 28 | | Surcharge Analysis, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. undated) [ECF No. 927, Ex. A] | |
| | | 29 | | Debtor's Objection to "Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 361, 362, 363, 364,503, 507, and Bankruptcy Rules 3012 and 8002", *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Aug. 1, 2023) [ECF No. 987] | |
| | | 31 | | Debtor's First Amended Chapter 11 Plan of Reorganization dated August 1, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Aug. 1, 2023) [ECF No. 996] | |
| | | 33 | | Enigma Securities Limited's Objection to Official Committee of Unsecured Creditors' Standing Motion, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Aug. 22, 2023) [ECF No. 1112] | |
| | | 34 | | Enigma Securities Limited's Objection to Debtor's Surcharge Motion, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Sept. 1, 2023) [ECF No. 1163] | |
| | | 37 | | Enigma Securities Limited's Reply in Support of Application for Allowance and Payment of Administrative Expense Claim, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Sept. 18, 2023) [ECF No. 1251] | |
| | | 40 | | Excel attachment to email from Z. William to A. Kissner, J. Mertz, and others, *"Coin Cloud Physical Count and PP Adj_V3-C,"* *In re Cash Cloud, Inc.* | |

Joint Exhibit List

| EXHIBITS | | Case Title | | BK: __BK-23-10423-mkn__ | |
|---|---|---|---|---|---|
| | | Cash Cloud, Inc. dba Coin Cloud | | ADV: __n/a__ | |
| Offered | Admitted | Identification | | Description | Offers Objections Rulings Exception |
| | | # | Witness | | |
| | | | | *dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. July 20, 2023) | |
| | | 46 | | *Ex Parte* Motion to File Under Seal Enigma Securities Limited's Reply in Support of Application for Allowance and Payment of Administrative Expense Claim, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Sept. 18, 2023) [ECF No. 1253] | |
| | | 64 | | Notice of Designated Stalking Horse Bidder, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Apr. 25, 2023) [ECF No. 473] | |
| | | 65 | | Term Sheet for CoinCloud ATM Assets (Heller Capital) | |
| | | 67 | | Amended Notice of Designated Stalking Horse Bidder, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. May 26, 2023) [ECF No. 605] | |
| | | 68 | | Bid Term Sheet – Asset Purchase (Philosophy) | |
| | | 69 | | Term Sheet for CoinCloud ATM Assets (Heller Capital) | |
| | | 70 | | Term Sheet for the Restructuring of Cash Cloud, Inc. (Digital Impact Holdings) | |
| | | 73 | | Order Granting Debtor's First Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. May 4, 2023) [ECF No. 516] | |
| | | 74 | | Order Granting Debtor's Second Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Abandonment, *In re Cash Cloud, Inc. dba* | |

Joint Exhibit List

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK:  BK-23-10423-mkn<br>ADV:  n/a |
|---|---|---|---|---|
| Offered | Admitted | Identification | | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | |
| | | | | *Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. May 4, 2023) [ECF No. 517] | |
| | | 75 | | Order Granting Fourth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. June 7, 2023) [ECF No. 627] | |
| | | 76 | | Order Granting Fifth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. June 7, 2023) [ECF No. 628] | |
| | | 77 | | Order Granting Sixth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. June 7, 2023) [ECF No. 629] | |
| | | 78 | | Order Granting Seventh Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Disposal of Certain Personal Property Including Surrender and Termination of the Automatic Stay and/or Abandonment, *In re Cash Cloud, Inc. dba Coin Cloud*, | |

Joint Exhibit List

| EXHIBITS | | Case Title | | BK: __BK-23-10423-mkn__ | |
|---|---|---|---|---|---|
| | | Cash Cloud, Inc. dba Coin Cloud | | ADV: __n/a__ | |
| Offered | Admitted | Identification | | Description | Offers Objections Rulings Exception |
| | | # | Witness | | |
| | | | | No. 23-10423-mkn (Bankr. D. Nev. June 7, 2023) [ECF No. 630] | |
| | | 81 | | Emergency First Day Application for Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Feb. 7, 2023) [ECF No. 13] | |
| | | 82 | | Emergency First Day Application for Order Authorizing Retention and Employment of Province, LLC as Debtor's Financial Advisor, Effective as of the Petition Date, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Feb. 7, 2023) [ECF No. 15] | |
| | | 85 | | Emergency First Day Application for Entry of an Order (A) Authorizing the Retention and Appointment of Stretto, Inc. as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Feb. 7, 2023) [ECF No. 17] | |
| | | 87 | | Enigma Securities Limited's Response to Cole Kepro International, LLC's Objection to Motion to Approve Post-Petition Financing on an Interim Basis, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Feb. 14, 2023) [ECF No. 89] | |
| | | 91 | | Final Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Mar. 1, 2023) [ECF No. 189] | |
| | | 92 | | Final Order Authorizing Retention and Employment of Province, LLC as Financial Advisor, Effective as of the | |

Joint Exhibit List

| EXHIBITS | | Case Title | | BK: __BK-23-10423-mkn__ |
|---|---|---|---|---|
| | | Cash Cloud, Inc. dba Coin Cloud | | ADV: __n/a__ |
| Offered | Admitted | Identification | | Offers Objections Rulings Exception |
| | | # | Witness | |
| | | | | Petition Date, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Mar. 9, 2023) [ECF No. 223] |
| | | 93 | | Application for Order Pursuant to 11 U.S.C. §§ 1102, 1103, 328, 330, and 331 Authorizing and Approving the Employment of Seward & Kissel LLP as Counsel to the Official Committee of Unsecured Creditors, Retroactive to February 23, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Mar. 13, 2023) [ECF No. 271] |
| | | 94 | | Application for Order Pursuant to 11 U.S.C. §§ 1102, 1103, 328, 330, and 331 Authorizing and Approving the Employment of McDonald Carano LLP as Counsel to the Official Committee of Unsecured Creditors, Retroactive to February 23, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Mar. 14, 2023) [ECF No. 279] |
| | | 95 | | Final Order (A) Authorizing the Retention and Appointment of Stretto, Inc. as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Mar. 21, 2023) [ECF No. 338] |
| | | 96 | | Application for Order Pursuant to 11 U.S.C. 1103 Authorizing and Approving the Employment of FTI Consulting Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Retroactive to February 24, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Mar. 23, 2023) [ECF No. 348] |
| | | 99 | | Fox Rothschild LLP's Monthly Fee Statement of Services Rendered and |

Joint Exhibit List

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK:   BK-23-10423-mkn<br>ADV:   n/a | |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | | | Expenses Incurred for the Period from February 7, 2023 through March 31, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Apr. 19, 2023) [ECF No. 436] | |
| | | 100 | | Notice of Designated Stalking Horse Bidder, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Apr. 25, 2023) [ECF No. 473] | |
| | | 101 | | Order Granting Application for Order Pursuant to 11 U.S.C. §§ 1102, 1103, 328, 330, and 331 Authorizing and Approving the Employment of Seward & Kissel LLP as Counsel to the Official Committee of Unsecured Creditors, Retroactive to February 23, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Apr. 27, 2023) [ECF No. 479] | |
| | | 102 | | Application for Order Pursuant to 11 U.S.C. §§ 1102, 1103, 328, 330, and 331 Authorizing and Approving the Employment of McDonald Carano LLP as Counsel to the Official Committee of Unsecured Creditors, Retroactive to February 23, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Apr. 27, 2023) [ECF No. 480] | |
| | | 103 | | Application for Order Pursuant to 11 U.S.C. 1103 Authorizing and Approving the Employment of FTI Consulting Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Retroactive to February 24, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Apr. 27, 2023) [ECF No. 481] | |
| | | 104 | | Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from February 7, | |

Joint Exhibit List

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | | BK: __BK-23-10423-mkn__<br>ADV: __n/a__ |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | | | 2023 through March 31, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Apr. 28, 2023) [ECF No. 500] | |
| | | 105 | | Enigma Securities Limited's Omnibus Objection to Debtors Motions to Approve Rejection of Executory Contracts, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. May 4, 2023) [ECF No. 518] | |
| | | 106 | | Debtor's Chapter 11 Plan of Reorganization Dated May 8, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. May 8, 2023) [ECF No. 528] | |
| | | 107 | | Debtor's Reply to Enigma Securities Limited's Omnibus Objection to Debtor's motions to Approve Rejection of Executory Contracts and Unexpired Leases, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. May 11, 2023) [ECF No. 549] | |
| | | 108 | | Initial Monthly Fee Application of Seward & Kissel LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of February 23, 2023 through March 31, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. May 15, 2023) [ECF No. 559] | |
| | | 109 | | Initial Monthly Fee Application of McDonald Carano LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of February 24, 2023, through March 31, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. May 15, 2023) [ECF No. 560] | |

Joint Exhibit List

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK:   BK-23-10423-mkn<br>ADV:  n/a |
|---|---|---|---|---|
| Offered | Admitted | Identification | | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | Description | |
| | | 110 | | Stipulation By Cash Cloud, Inc. and Between The Office Of The United States Trustee For Region 17, Official Unsecured Creditors Committee and Province, LLC Regarding Debtors Retention and Employment of Province, LLC as Financial Advisor, Effective as of the Petition Date, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. May 16, 2023) [ECF No. 563] | |
| | | 111 | | Errata to Initial Monthly Fee Statement of Seward & Kissel LLP For Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of February 23, 2023, through March 31, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. May 17, 2023) [ECF No. 567] | |
| | | 112 | | Errata to Initial Monthly Fee Application of McDonald Carano LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of February 24, 2023, through March 31, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. May 17, 2023) [ECF No. 568] | |
| | | 113 | | Fox Rothschild LLP's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from April 1, 2023, through April 30, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. May 18, 2023) [ECF No. 575] | |
| | | 114 | | Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from April 1, 2023 Through April 30, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23- | |

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK:   BK-23-10423-mkn<br>ADV:   n/a | |
|---|---|---|---|---|---|
| **Offered** | **Admitted** | **Identification** | | **Description** | **Offers<br>Objections<br>Rulings<br>Exception** |
| | | **#** | **Witness** | | |
| | | | | 10423-mkn (Bankr. D. Nev. May 25, 2023) [ECF No. 600] | |
| | | 115 | | Notice of Auction Results Regarding Sale of Substantially All of the Debtor's Assets, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. June 5, 2023) [ECF No. 618] | |
| | | 116 | | Second Monthly Fee Statement of Seward & Kissel LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of April 1, 2023 through April 30, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. June 8, 2023) [ECF No. 640] | |
| | | 117 | | Second Monthly Fee Statement of McDonald Carano LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of April 1, 2023 through April 30, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. June 8, 2023) [ECF No. 641] | |
| | | 118 | | Proof of Claim No. 105 filed by Trangistics, Inc., *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. June 12, 2023) | |
| | | 119 | | Fox Rothschild LLP's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from May 1, 2023 Through May 31, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. June 16, 2023 [ECF No. 721] | |
| | | 120 | | Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period From May 1, 2023 Through May 31, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. June 26, 2023) [ECF No. 784] | |

Joint Exhibit List

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK: __BK-23-10423-mkn__<br>ADV: __n/a__ |
|---|---|---|---|---|
| Offered | Admitted | Identification | | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | |
| | | 122 | | [Debtor's] Response to Motion for Approval of Administrative Claim [filed by Transgistics, Inc.], *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. July 12, 2023) [ECF No. 831] | |
| | | 124 | | Fox Rothshild LLP's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from June 1, 2023 through June 30, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. July 17, 2023) [ECF No. 864] | |
| | | 125 | | Monthly Operating Report for the Period Ended April 30, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. July 20, 2023) [ECF No. 901] | |
| | | 126 | | Transcript of Hearing, *In re Cash Cloud, Inc. dba Coin Cloud*, No. BK-23-10423-mkn (Bankr. D. Nev. July 20, 2023) [ECF No. 924] | |
| | | 127 | | Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period From June 1, 2023 Through June 30, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. July 24, 2023) [ECF No. 923] | |
| | | 128 | | Third Monthly Fee Statement Of Seward & Kissel LLP For Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period Of May 1, 2023, Through May 31, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. July 31, 2023) [ECF No. 984] | |
| | | 129 | | Third Monthly Fee Statement of McDonald Carano LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the | |

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK:    BK-23-10423-mkn<br>ADV:    n/a |
|---|---|---|---|---|
| Offered | Admitted | Identification | | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | |
| | | | | Period of May 1, 2023, Through May 31, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. July 31, 2023) [ECF No. 985] | |
| | | 130 | | Fourth Monthly Fee Statement of McDonald Carano LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of June 1, 2023, Through June 30, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. July 31, 2023) [ECF No. 986] | |
| | | 131 | | Monthly Fee Statement of Seward & Kissel LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of June 1, 2023 through June 30, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Aug. 10, 2023) [ECF No. 1069] | |
| | | 132 | | Declaration of Tanner James in Support of Memorandum of Law in Support of (A) Final Approval of Disclosure Statement [ECF No. 529]; and (B) Confirmation of Debtor's First Amended Chapter 11 Plan of Reorganization dated August 1, 2023 [ECF No. 996], *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Aug. 15, 2023) [ECF No. 1079] | |
| | | 135 | | Objection to Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P., *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Sept. 1, 2023) [ECF No. 1160] | |
| | | 139 | | Omnibus Reply in Support of Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis | |

Joint Exhibit List

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK: __BK-23-10423-mkn__<br>ADV: __n/a__ |
|---|---|---|---|---|
| Offered | Admitted | Identification | | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | |
| | | | | Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P., *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Sept. 15, 2023) [ECF No. 1243] | |
| | | 140 | | Supplemental Declaration of Tanner James in Support of Omnibus Reply in Support of Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P., *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Sept. 15, 2023) [ECF No. 1244] | |
| | | 141 | | Joinder of the Official Committee of Unsecured Creditors to the Debtor's Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P. and Debtor's Omnibus Reply in Support Thereof, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Sept. 15, 2023) [ECF No. 1246] | |
| | | 142 | | Second Supplemental Declaration of Tanner James in Support of Omnibus Reply in Support of Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P., *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Sept. 20, 2023) [ECF No. 1281] | |
| | | 143 | | Third Supplemental Declaration of Tanner James in Support of Omnibus Reply in Support of Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis | |

Joint Exhibit List

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK:  BK-23-10423-mkn<br>ADV:  n/a | |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | | | Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P., *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Sept. 26, 2023) [ECF No. 1307] | |
| | | 144 | | DIP Loan Term Sheet | |
| | | 145 | | Notice of Filing Revised: (1) Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief; and (2) Interim Order Under Bankruptcy Code Sections 105, 361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Bankruptcy Rules 2002, 4001, 6004 and 9014 (I) Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Grant Adequate Protection and (II) Scheduling Final Hearing [ECF No. 74] | |
| | | 146 | | First Coin Cloud Forbearance Agreement | |
| | | 147 | | Second Coin Cloud Forbearance Agreement | |
| | | 148 | | Third Coin Cloud Forbearance Agreement | |
| | | 159 | | Coin Cloud – Wind Down Assumptions | |
| | | 162 | | Stipulation By CASH CLOUD, INC. and Between THE OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 17, OFFICIAL UNSECURED CREDITORS COMMITTEE and PROVINCE, LLC Regarding Debtors Retention and Employment of Province, LLC as Financial Advisor, Effective as of the Petition Date [ECF No. 563] | |
| | | 164 | | Notice Bid Deadline of April 12, 2023 for Submission of Term Sheets in Connection with either (A) Plan of Reorganization for Debtor; or (B) Sale of | |

Joint Exhibit List

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK:  BK-23-10423-mkn<br>ADV:  n/a | |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | | | Substantially all of Debtor's Assets [ECF No. 375] | |
| | | 165 | | Coin Cloud – Teaser | |
| | | 170 | | Designation of Responsible Person, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Feb. 17, 2023) [ECF No. 137] | |
| | | 171 | | Schedules of Assets and Liabilities for Cash Cloud, Inc. (dba Coin Cloud), *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Mar. 9, 2023) [ECF No. 239] | |
| | | 172 | | Statement of Financial Affairs for Cash Cloud, Inc. (dba Coin Cloud), *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Mar. 9, 2023) [ECF No. 240] | |
| | | 174 | | Debtor's Disclosure Statement for Chapter 11 Plan of Reorganization dated May 8, 2023, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. May 8, 2023) [ECF No. 529] | |
| | | 179 | | Liquidation Analysis, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. July 7, 2023) [ECF No. 821, Ex. B] | |
| | | 180 | | [Christopher McAlary's] Motion to Convert Case to Chapter 7, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Aug. 7, 2023) [ECF No. 1034] | |
| | | 183 | | Reply in Support of Motion of the Official Committee of Unsecured Creditors for an Order Granting Leave, Derivative Standing and Authority to Commence, Prosecute and Settle Claims on Behalf of the Debtor's Estate, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Sept. 18, 2023) [ECF No. 1254] | |

Joint Exhibit List

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK:   BK-23-10423-mkn<br>ADV:   n/a | |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | 184 | | 7.10.23 Coin Cloud 506(c) Surcharge Analysis | |
| | | 186 | | Fox Rothschild LLP's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from July 1, 2023 Through August 31, 2023 [ECF No. 1338] | |
| | | 187 | | Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period From July 1, 2023 Through July 31, 2023 [ECF No. 1183] | |
| | | 188 | | Initial Interim Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of February 24, 2023 through March 31, 2023 [ECF No. 1313] | |
| | | 189 | | Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of April 1, 2023 through April 30, 2023 [ECF No. 1314] | |
| | | 190 | | Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of May 1, 2023 through May 31, 2023 [ECF No. 1315] | |
| | | 191 | | Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of June 1, 2023 through June 30, 2023 [ECF No. 1316] | |
| | | 192 | | Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of July 1, 2023 through July 31, 2023 [ECF No. 1317] | |

Joint Exhibit List

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK: __BK-23-10423-mkn__<br>ADV: __n/a__ | |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | 193 | | Live Calc of Interim Distribution | |
| | | 196 | | 26 Week Cash Forecast | |

ny-2631296