# EXHIBIT 3

# EXHIBIT 3

*In Re Cash Cloud, Inc. dba Coin Cloud (Bankr. D. Nev. 23-10423-mkn)*
**Debtor and UCC's Exhibit List Exchanged on October 4, 2023**

| Exhibit No. | Document Title | Document Date | Document Bates (if applicable) | Secured Creditor Objections |
|---|---|---|---|---|
| 1 | Post petition Invoice from Deployment Logix, [ECF No. 927, Ex. B] | 2/15/2023 | | ● |
| 2 | Application to Employ McDonald Carano LLP as Counsel for the Committee [ECF No. 279] | 3/14/2023 | | ● |
| 3 | Notice Bid Deadline of April 12, 2023, for Submission of Term Sheets in Connection with either (A) Plan of Reorganization for Debtor; or (B) Sale of Substantially all of Debtor's Assets [ECF No 375] | 3/30/2023 | | ● |
| 4 | Motion for Approval of Procedures Debtors Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially all of the Debtors Assets; (B) Approving Form Notice to be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan [ECF 392] | 4/7/2023 | | ● |
| 5 | Declaration Of: Daniel Moses in support of Debtors Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially all of the Debtors Assets; (B) Approving Form Notice to be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan [ECF No 394] | 4/7/2023 | | ● |
| 6 | Fox Rothschild, LLP's Monthly Fee Statements, [ECF Nos. 436, 575, 721, 864] | 4/19/2023, 5/18/2023, | CC 0000408-713 | ● |
| 7 | Notice of Designated Stalking Horse Bidder [ECF No. 473] | 4/25/2023 | | ● |
| 8 | Notice of Entry of Order Establishing Bidding Procedures and Related Deadlines [ECF No. 484] | 4/27/2023 | | ● |
| 9 | Notice of Entry of Order Granting Application for Order Pursuant to 11 U.S.C. §§ 1102, 1103, 328, 330 and 331 | 4/27/2023 | | ● |

150102961.3

*In Re Cash Cloud, Inc. dba Coin Cloud (Bankr. D. Nev. 23-10423-mkn)*
**Debtor and UCC's Exhibit List Exchanged on October 4, 2023**

| Exhibit No. | Document Title | Document Date | Document Bates (if applicable) | Secured Creditor Objections |
|---|---|---|---|---|
|  | Authorizing the Employment of McDonald Carano LLP as Counsel to the Official Committee of Unsecured Creditors [ECF No. 487] |  |  |  |
| 10 | Province, LLC's Monthly Fee Statements, [ECF Nos. 500, 600, 784, 923] | 4/28/2023, 5/25/2023, 6/29/2023, 7/24/2023 |  | • |
| 11 | Certificate of No Objection Regarding Fox Rothschild LLP's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from February 7, 2023, through March 31, 2023, [ECF No. 544] | 5/10/2023 |  | • 402 - Relevance |
| 12 | Order Approving Stipulation to Extend Bid Deadline, Reschedule Auction and Move Deadlines Re: Cure Notices and Objections [ECF No. 538] | 5/11/2023 |  | • |
| 13 | Amended Notice of Bidding Procedures and Deadlines [ECF No. 546] | 5/11/2023 |  | • |
| 14 | McDonald Carano LLP's Monthly Fee Statements, [ECF Nos. 560, 568, 641, 985, 986] | 5/15/2023, 5/17/2023, 6/08/2023, 7/31/2023 |  | • |
| 15 | Seward & Kissel LLP's Monthly Fee Statements, [ECF Nos. 559, 567, 640, 984, 1069] | 5/15/2023, 5/17/2023, 6/08/2023, 7/31/2023, 8/10/2023 | CC 0000278-279 | • |
| 16 | Province Stipulation, [ECF No. 563] | 5/16/2023 |  | • |
| 17 | Certificate of No Objection Regarding Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from February 7, 2023, through March 31, 2023, [ECF No. 583] | 5/19/2023 |  | • 402 - Relevance |

150102961.3

*In Re Cash Cloud, Inc. dba Coin Cloud (Bankr. D. Nev. 23-10423-mkn)*
**Debtor and UCC's Exhibit List Exchanged on October 4, 2023**

| Exhibit No. | Document Title | Document Date | Document Bates (if applicable) | Secured Creditor Objections |
|---|---|---|---|---|
| 18 | Certificate of No Objection Regarding Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from February 7, 2023, through March 31, 2023, with Supplement to Exhibit 1 to Amended Declaration of Christopher Andrew McAlary in Support of Motion for Entry of an Order Approving Key Employee Retention Program, [ECF No. 593] | 5/22/2023 | | • 402 – Relevance |
| 19 | Notice of Auction Results Regarding Sale of Substantially All of the Debtor's Assets [ECF No. 621] | 6/6/2023 | | • |
| 20 | Certificate of No Objection Regarding Initial Monthly Fee Statement of McDonald Carrano LLP of Services Rendered and Expenses Incurred for the Period from February 23, 2023, through March 31, 2023, [ECF No. 639] | 6/08/2023 | | • 402 – Relevance |
| 21 | Certificate of No Objection Regarding Initial Monthly Fee Statement of Seward & Kissel LLP of Services Rendered and Expenses Incurred for the Period from February 23, 2023, through March 31, 2023, [ECF No. 638] | 6/08/2023 | | • 402 – Relevance |
| 22 | Certificate of No Objection Regarding Fox Rothschild LLP's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from April 1, 2023, through April 30, 2023, [ECF No. 637] | 6/08/2023 | | • 402 – Relevance |
| 23 | Trangistics Motion for Administrative Claims including exhibits of invoices, [ECF No. 652] | 6/12/2023 | | • |
| 24 | Certificate of No Objection Regarding Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from April 1, 2023, through April 30, 2023, [ECF No. 704] | 6/15/2023 | | • 402 – Relevance |
| 25 | Motion For Sale/Use/Lease of Property under Section 363(b) Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and | 6/16/2023 | | • |

150102961.3

*In Re Cash Cloud, Inc. dba Coin Cloud (Bankr. D. Nev. 23-10423-mkn)*
**Debtor and UCC's Exhibit List Exchanged on October 4, 2023**

| Exhibit No. | Document Title | Document Date | Document Bates (if applicable) | Secured Creditor Objections |
|---|---|---|---|---|
| | Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief [ECF No. 714] | | | |
| 26 | Declaration Of: Daniel Ayala in Support of Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief [ECF No 715] | 6/16/2023 | | • |
| 27 | Amended Motion For Sale/Use/Lease of Property under Section 363(b) Amended Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief [ECF No. 730] | 6/19/2023 | | • |
| 28 | Certificate of No Objection Regarding Baker & Hostetler's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from May 1, 2023, through May 31, 2023, [ECF No. 740] | 6/21/2023 | | • 402 - Relevance |
| 29 | Stretto Inc. email correspondence re: fees and expenses in connection with the sale process. | 6/24/2023 | CC 0000123 | • 802 - Hearsay |
| 30 | Order Granting Motion For Sale/Use/Lease of Property under Section 363(b) [ECF No. 795] | 6/30/2023 | | • |

150102961.3

*In Re Cash Cloud, Inc. dba Coin Cloud (Bankr. D. Nev. 23-10423-mkn)*
**Debtor and UCC's Exhibit List Exchanged on October 4, 2023**

| Exhibit No. | Document Title | Document Date | Document Bates (if applicable) | Secured Creditor Objections |
|---|---|---|---|---|
| 31 | Certificate of No Objection Regarding Second Monthly Fee Statement of McDonald Carrano LLP of Services Rendered and Expenses Incurred for the Period from April 1, 2023, through April 30, 2023, [ECF No. 809] | 7/05/2023 | | • 402 – Relevance |
| 32 | Certificate of No Objection Regarding Second Monthly Fee Statement of Seward & Kissel LLP of Services Rendered and Expenses Incurred for the Period from April 1, 2023, through April 30, 2023, [ECF No. 808] | 7/05/2023 | | • 402 – Relevance |
| 33 | Response to Trangistics Motion for Administrative Claims, [ECF No. 831] | 07/12/2023 | | • |
| 34 | Certificate of No Objection Regarding Fox Rothschild LLP's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from May 1, 2023, through May 31, 2023, [ECF No. 865] | 7/17/2023 | | • 402 – Relevance |
| 35 | Certificate of No Objection Regarding Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from May 1, 2023, through May 31, 2023, [ECF No. 891] | 7/20/2023 | | • 402 – Relevance |
| 36 | Surcharge Analysis, [ECF No. 927, Ex. A] | 7/24/2023 | | • 701 – Improper Expert Opinion by Lay Witness |
| 37 | James Declaration ISO Motion to Surcharge, [ECF No. 927] | 7/24/2023 | | • 701 – Improper Expert Opinion by Lay Witness<br>• 602 – Lack of Personal Knowledge (¶ 9)<br>• 801 – Hearsay (¶ 9)<br>• Best evidence rule (¶ 9) |
| 38 | Certificate of No Objection Regarding Baker & Hostetler's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from May 1, 2023, through May 31, 2023, [ECF No. 1002] | 8/02/2023 | | • 402 - Relevance |

150102961.3

*In Re Cash Cloud, Inc. dba Coin Cloud (Bankr. D. Nev. 23-10423-mkn)*
**Debtor and UCC's Exhibit List Exchanged on October 4, 2023**

| Exhibit No. | Document Title | Document Date | Document Bates (if applicable) | Secured Creditor Objections |
|---|---|---|---|---|
| 39 | Certificate of No Objection Regarding Province, LLC's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from June 1, 2023, through June 30, 2023, [ECF No. 1118] | 8/24/2023 | | • 402 - Relevance |
| 40 | Certificate of No Objection Regarding Fourth Monthly Fee Statement of Seward & Kissel LLP of Services Rendered and Expenses Incurred for the Period from June 1, 2023, through June 30, 2023, [ECF No. 1159] | 9/01/2023 | | • 402 – Relevance |
| 41 | Certificate of No Objection Regarding Fourth Monthly Fee Statement of McDonald Carrano LLP of Services Rendered and Expenses Incurred for the Period from June 1, 2023, through June 30, 2023, [ECF No. 1158] | 9/01/2023 | | • 402 – Relevance |
| 42 | Certificate of No Objection Regarding Third Monthly Fee Statement of Seward & Kissel LLP of Services Rendered and Expenses Incurred for the Period from May 1, 2023, through May 31, 2023, [ECF No. 1157] | 9/01/2023 | | • 402 – Relevance |
| 43 | Certificate of No Objection Regarding Third Monthly Fee Statement of McDonald Carrano LLP of Services Rendered and Expenses Incurred for the Period from May 1, 2023, through May 31, 2023, [ECF No. 1156] | 9/01/2023 | | • 402 – Relevance |
| 44 | Certificate of No Objection Regarding Fox Rothschild LLP's Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from June 1, 2023, through June 30, 2023, [ECF No. 1202] | 9/11/2023 | | • 402 - Relevance |
| 45 | Supplemental James Declaration ISO Motion to Surcharge, [ECF No. 1244] | 9/15/2023 | | • 402 – Relevance (¶ 3, Ex. A)<br>• 403 – Prejudice outweighs probative value (¶ 3, Ex. A)<br>• 602 – Lacks personal knowledge – MoFo not retained to market / sell abandoned collateral, did not |

*In Re Cash Cloud, Inc. dba Coin Cloud (Bankr. D. Nev. 23-10423-mkn)*
**Debtor and UCC's Exhibit List Exchanged on October 4, 2023**

| Exhibit No. | Document Title | Document Date | Document Bates (if applicable) | Secured Creditor Objections |
|---|---|---|---|---|
| | | | | have direct communication with any interested parties (Ex. A)<br>• 701 – Impermissible expert opinion by lay witness (Ex. A)<br>• 801 – Hearsay – not an opposing party statement, was not made as an agent within scope of relationship - MoFo not retained to market / sell abandoned collateral, did not have direct communication with any interested parties (Ex. A) |
| 46 | Second Supplemental James Declaration ISO Motion to Surcharge, [ECF NO. 1281] | 9/20/2023 | | • 402 – Relevance (¶ 7)<br>• 602 – Lacks personal knowledge (¶ 5)<br>• 701 – Impermissible expert opinion by lay witness<br>• 801 – Hearsay (¶¶ 5(e), 6)<br>• Best evidence rule (¶¶ 5-6) |
| 47 | Email From Michael Tucker of FTI Consulting, inc. to Tanner James, which included invoices between March 1, 2023, to June 30, 2023, [ECF No. 1307, Ex. A] | 9/22/2023 | | • 801 - Hearsay |
| 48 | Third Supplemental James Declaration ISO Motion to Surcharge, [ECF No. 1307] | 9/26/2023 | | • 602 – Lacks personal knowledge (¶ 4)<br>• 701 – Impermissible Expert Opinion by Lay Witness<br>• 801 – Hearsay (¶ 3)<br>• Best evidence rule (¶¶ 3-4) |
| 49 | FTI Monthly Fee Statements, [ECF Nos. 1313, 1314, 1315, 1316, 1317] | 9/28/2023 | | • |

150102961.3

*In Re Cash Cloud, Inc. dba Coin Cloud (Bankr. D. Nev. 23-10423-mkn)*
**Debtor and UCC's Exhibit List Exchanged on October 4, 2023**

| Exhibit No. | Document Title | Document Date | Document Bates (if applicable) | Secured Creditor Objections |
|---|---|---|---|---|
| | Any other document or pleading publicly filed in the above-captioned case | | | ● |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | ● |
| | Any exhibit identified or offered by any other party | | | ● |

150102961.3