# EXHIBIT 5

# EXHIBIT 5

Enigma Securities Limited's Exhibit List

Hearing Date:  October 16-17, 2023                    NMC    HLB    ABL    MKN    GWZ    GS

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK:  BK-23-10423-mkn<br>ADV:  n/a |
|---|---|---|---|---|
| Offered | Admitted | Identification | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | 6 | | Declaration of Paul Huygens in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Feb. 8, 2023) [ECF No. 37] | |
| | | 10 | | Declaration of Daniel Moses in Support of Debtor's Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially All of the Debtor's Assets; (B) Approving Form Notice to be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Apr. 7, 2023) [ECF No. 394] | |
| | | 12 | | Email from M. Tucker to D. Moses regarding Coin Cloud Sales Proceeds Draft Waterfall | |
| | | 17 | | Declaration of Daniel Ayala in Support of Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, Genesis Coin, Inc. and Christopher McAlary Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and | |

ny-2631303

Enigma Securities Limited's Exhibit List

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK: BK-23-10423-mkn<br>ADV: n/a |
|---|---|---|---|---|
| Offered | Admitted | Identification | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | | | (D) Granting Related Relief, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. June 16, 2023) [ECF No. 715] | |
| | | 18 | | Declaration of Daniel Moses in Support of Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, Genesis Coin, Inc. and Christopher McAlary Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. June 16, 2023 [ECF No. 716] | |
| | | 30 | | Declaration of Daniel Ayala in Support of Debtor's Objection to "Application for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 361, 362, 363, 364,503, 507, and Bankruptcy Rules 3012 and 8002", *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Aug. 1, 2023) [ECF No. 988] | |
| | | 38 | | Declaration of Andrew Kissner, Esq. in Support of Enigma Securities Limited's Reply in Support of Application for Allowance and Payment of Administrative Expense Claim, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Sept. 18, 2023) [ECF No. 1252] | |
| | | 39 | | Email from Z. William to A. Kissner, J. Mertz, and others, regarding "Coin Cloud / Heller Capital APA – Purchase Price Reduction," *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. | |

ny-2631303

Enigma Securities Limited's Exhibit List

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK: BK-23-10423-mkn<br>ADV: n/a | |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | | | D. Nev. July 20, 2023) [ECF No. 1252, Ex. 1] | |
| | | 41 | | E-mail from B. Axelrod to A. Matott and C. LoTemprio, "Fwd: CC: Adequacy of Collateral Description" | |
| | | 42 | | E-mail from B. Axelrod to R. Gayda, C. LoTempio, and others, "Re: Reminder" | |
| | | 43 | | E-mail from A. Noll to R. Gayda, C. LoTempio, and A. Matott, "Subject: Committee Recharacterization Action" | |
| | | 44 | | Transcript of Deposition of Tanner James, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Aug. 22, 2023) [ECF No. 1252, Ex. 6] | |
| | | 45 | | Transcript of Deposition of Daniel Moses, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Aug. 23, 2023) [ECF No. 1252, Ex. 7] | |
| | | 47 | | Invoice from Enigma to Debtor for February 2023 | |
| | | 48 | | Invoice from Enigma to Debtor for April 2023 | |
| | | 49 | | Invoice from Enigma to Debtor for May 2023 | |
| | | 51 | | Invoice from Morrison & Foerster LLP to Enigma for February 2023 | |
| | | 52 | | Invoice from Morrison & Foerster LLP to Enigma for March 2023 | |
| | | 53 | | Invoice from Morrison & Foerster LLP to Enigma for April 2023 | |
| | | 54 | | Email from T. James to M. Weinberg, "RE: Coin Cloud – Genesis Collateral" | |
| | | 55 | | Email from T. James to J. Hall, "FW: In re Cash Cloud, Inc., dba Coin Cloud, Case No. BK-23-10423-mkn (Bankr. D. Nev.)" | |

ny-2631303

Enigma Securities Limited's Exhibit List

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK:   BK-23-10423-mkn<br>ADV:   n/a | |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | 56 | | Email from T. James to A. Kissner, "RE: Coin Cloud – DCM Schedules – Serious Data Issues" | |
| | | 57 | | Excel attachment to email from T. James to A. Kissner, "3.8 4.6.23 Coin Cloud - Kiosk Reconciliation LENDER" | |
| | | 58 | | Term Sheet for Chapter 11 Plan of Reorganization of Cash Cloud, Inc. (dba Coin Cloud) (Aetherial Wolf) | |
| | | 59 | | Term Sheet for Chapter 11 Plan of Reorganization of Cash Cloud, Inc. (DBA Coin Cloud) (Forest Road) | |
| | | 60 | | Term Sheet (Owl Creek) | |
| | | 61 | | Term Sheet for the Restructuring of Cash Cloud, Inc. (Philosophy) | |
| | | 62 | | Stalking Horse Bid Term Sheet – Asset Purchase (RockItCoin) | |
| | | 63 | | Partnership Proposal for US Based Terminals (Genesis Coin and BitStop) | |
| | | 66 | | Letter from D. Cica to B. Axelrod "Re: Submission of Bid to Purchase Excluded Assets." (McAlary) | |
| | | 71 | | Email from B. Axelrod to R. Gayda, C. LoTempio, M. Tucker, and A. Kissner, "FW: In re Coin Cloud - Revised Term Sheet for Stalking Horse Bid" | |
| | | 72 | | Email from P. Chlum to C. LoTempio, R. Gayda, A. Matott, J. Guso, and others, "Subject:   In re Cash Cloud – Plan Term Sheet" | |
| | | 79 | | Excel file of Sale Proceeds Analysis | |
| | | 83 | | Omnibus Declaration of Christopher Andrew McAlary in Support of Emergency First Day Motions, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Feb. 7, 2023) [ECF No. 19] | |
| | | 84 | | Verified Statement of Paul Huygens in Support of Emergency First Day Application for Order Authorizing Retention and Employment of Province | |

ny-2631303

Enigma Securities Limited's Exhibit List

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK: BK-23-10423-mkn<br>ADV: n/a |
|---|---|---|---|---|
| Offered | Admitted | Identification | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | | | LLC as Debtor's Financial Advisor, Effective as of the Petition Date, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Feb. 7, 2023) [ECF No. 16] | |
| | | 86 | | Declaration of Christopher Andrew McAlary in Support of Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Feb. 8, 2023) [ECF No. 36] | |
| | | 98 | | Declaration of Christopher Andrew McAlary in Support of Debtor's Motion for Entry of an Order: (A) Approving Auction and Bidding Procedures for Potential Plan Sponsors or the Purchase of Substantially All of the Debtors Assets; (B) Approving Form Notice to Be Provided to Interested Parties; and (C) Scheduling a Hearing to Consider Approval of the Highest and Best Transaction, Cure Objections, and Confirmation of the Proposed Toggle Plan, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Apr. 7, 2023) [ECF No. 393] | |
| | | 123 | | Email to counsel to Debtor and Committee proposing consensual surcharge of $225,000 of Enigma Collateral, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Sept. 1, 2023) [ECF No. 1165, Ex. 1] | |
| | | 134 | | Declaration of Daniel Ayala in Support of Debtor's Opposition to Motion to | |

Enigma Securities Limited's Exhibit List

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK: BK-23-10423-mkn<br>ADV: n/a |
|---|---|---|---|---|
| Offered | Admitted | Identification | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | | | Convert Case to Chapter 7, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Aug. 30, 2023) [ECF No. 1151] | |
| | | 138 | | Declaration of Andrew Kissner, Esq. in Support of Enigma Securities Limited's Objection to Debtor's Surcharge Motion [ECF No. 926], *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Sept. 1, 2023) [ECF No. 1165] | |
| | | 149 | | Email from Angela Tsai to Tanner James, "RE: Coin Cloud – Sale Costs" | |
| | | 150 | | Email from Catherine LoTempio to Brett Axelrod, "Re: 506(c)" | |
| | | 151 | | Email from Michael Tucker to Tanner James, "Coin Cloud – FTI Sale Activity for 506(c)(3) claim" | |
| | | 152 | | Email from Michael Tucker to Tanner James, "506c3 surcharge claim" | |
| | | 153 | | CKDL DIP Fees | |
| | | 154 | | CKDL DIP Fees | |
| | | 155 | | CKDL Invoice | |
| | | 156 | | CKDL Invoice | |
| | | 157 | | CKDL Invoice | |
| | | 158 | | CKDL Invoice | |
| | | 160 | | Email from Tanner James to Michael Tucker, "Coin Cloud – Updated Budget DRAFT" | |
| | | 161 | | 7.26.23 Coin Cloud - Preliminary Sale Analysis vSHARE-C | |
| | | 163 | | Email from Audrey Noll to Jordi Guso, "Cash Cloud: Motion for Approval of Plan Sponsor Bid Procedures" | |
| | | 166 | | Email from Tanner James to Andrew Kissner, "Coin Cloud - Auction Notice" | |
| | | 167 | | Email from Andrew Kissner to Patricia M. Chlum, "Enigma Credit Bid" | |

ny-2631303

Enigma Securities Limited's Exhibit List

| EXHIBITS | | Case Title<br>Cash Cloud, Inc. dba Coin Cloud | | BK:   BK-23-10423-mkn<br>ADV:   n/a | |
|---|---|---|---|---|---|
| Offered | Admitted | Identification | | Description | Offers<br>Objections<br>Rulings<br>Exception |
| | | # | Witness | | |
| | | 168 | | Email from Tanner James to Andrew Kissner, "RE: Coin Cloud – 506(c) Analysis SUBJECT TO FRE 408" | |
| | | 169 | | Email from Andrew Kissner to Brett Axelrod, "Coin Cloud -- Enigma Settlement Proposal -- SUBJECT TO FRE 408 – CONFIDENTIAL SETTLEMENT COMMUNICATION – PRIVILEGED & CONFIDENTIAL" | |
| | | 185 | | CKDL Invoice | |
| | | 194 | | Email from Tanner James to Michael Weinberg, "Coin Cloud – Genesis Collateral" | |
| | | 195 | | Email from Audrey Noll to Jordi Guso, "RE: Cash Cloud: Motion for Approval of Plan Sponsor Bid Procedures" | |
| | | 197 | | Reorg Article | |
| | | 198 | | Transcript of Deposition of Tanner James, *In re Cash Cloud, Inc. dba Coin Cloud*, No. 23-10423-mkn (Bankr. D. Nev. Oct. 9, 2023) | |

ny-2631303