UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On September 28, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on Floyd Ricky Hankins at 7931 W Hilton Ave, Phoenix, AZ 85043-7419:

- **Notice of Hearing on Debtor's Omnibus Objection to Late Filed and Non-Compliant Administrative Expense Claims** (Docket No. 1279)

Furthermore, on or before October 3, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Hearing on Joint Motion to Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019** (Docket No. 1305)

Furthermore, on October 4, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Velvet D Wehrman at 230 Princess Ann Ct, Henderson, NV 89015-6025, pursuant to USPS forwarding instructions:

- **Notice of Chapter 11 Bankruptcy Case** (Docket No. 2)

Dated: October 11, 2023

                                                                                                                              */s/ Monica Arellano*
                                                                                                                              Monica Arellano
                                                                                                                              STRETTO
                                                                                                                               410 Exchange, Suite 100
                                                                                                                               Irvine, CA 92602
                                                                                                                               Telephone: 800.634.7734
                                                                                                                               Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Amairany Perez | | 8208 Carrhill Pl | | Parrish | FL | 34219-5532 |
| Daniel L Torres | | 8020 East Dr | Apt 318 | North Bay Village | FL | 33141-4141 |
| Floyd Ricky Hankins | | 815 Ocean View Blvd | # B | Pacific Grove | CA | 93950-2229 |
| La Estrellita Fashion | | 808 Northstar Ct | | Old Hickory | TN | 37138-3841 |
| Perry Creek Laundromat LLC | Attn: Jeffrey Freking | 7947 Glen Valley Dr | | Midland | GA | 31820-4436 |
| Ramsey's | Attn: Theo Ramsey | 822 Fremont St | Apt 6 | Manhattan | KS | 66502-5855 |
| Sally Burress | | 7947 Glen Valley Dr | | Midland | GA | 31820-4436 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)

Page 1 of 1