BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone:  (702) 262-6899
Facsimile:   (702) 597-5503
Email:  baxelrod@foxrothschild.com
           nkoffroth@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-23-10423-mkn |
| CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>              Debtor. | Chapter 11<br><br>**PROVINCE, LLC'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM AUGUST 1, 2023 THROUGH AUGUST 31, 2023**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

Province, LLC ("Province"), financial advisor to the Cash Cloud, Inc. (the "Debtor"), debtor and debtor-in-possession in the above-captioned case (the "Chapter 11 Case"), hereby submits this *Monthly Fee Statement for Services Rendered and Expenses Incurred for the Period from August 1, 2023 Through August 31, 2023* (the "Statement"), pursuant to the *Final Order Authorizing Retention and Employment of Province, LLC as Financial Advisor, Effective as of the Petition Date* [ECF No. 223] and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

In support of this Statement, Province respectfully represents as follows:

1

150419095.1

1.      Province hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's financial advisor during the period from August 1, 2023 through August 31, 2023 (the "Statement Period").

2.      Province seeks allowance and payment of interim compensation for fees in the amount of $89,580.96, representing 80% of the $111,976.20 in fees incurred for services rendered during the Statement Period, plus reimbursement of $528.79, representing 100% of the expenses incurred during the Statement Period, for a total award of $90,109.75 for the Statement Period.

3.      Attached hereto as **Exhibit A** is the name of each timekeeper who performed services in connection with the Chapter 11 Case during the Statement Period, and the hourly rate for each such timekeeper.

4.      Attached hereto as **Exhibit B** is a task code summary.

5.      Attached hereto as **Exhibit C** is a detailed invoice of time expended by the timekeepers who performed services during the Statement Period and of the expenses paid during the Statement Period.

6.      On the same date this Statement was filed, Province served a copy of this Statement via electronic mail/notice on the following parties (each a "Notice Party," and collectively, the "Notice Parties"):

i.      Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

ii.      Fox Rothschild, LLC, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

iii.      United States Trustee Tracey Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

iv.      Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

2

150419095.1

v.    Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com; counsel to DIP lender CKDL Credit, LLC;

vi.    Morrison & Foerster LLO, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

vii.    Clearly Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

7.    Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "Objection Deadline"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

8.    If no objections are raised on or before the Objection Deadline, Province shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Province an amount equal to 80% of the fees and 100% of the expenses incurred during the period covered by this Statement.

9.    If an objection is properly filed before the Objection Deadline, Province shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "Undisputed Fees" and "Undisputed Expenses"), after which the Debtor shall be authorized to pay to Province an amount equal to 80% of the Undisputed Fees and 100% of the Undisputed Expenses incurred during the period covered by this Statement.

10.    Province acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses.  At the conclusion of the Chapter 11 Case, Province

150419095.1

will seek final allowance of the fees charged and expenses incurred for the entirety of the Chapter 11 Case, and any interim fees and expenses received during the curse of the Chapter 11 Case will be credited against such fees and expenses that are allowed on a final basis.

11.    Neither Province nor any member of Province has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of Province, any portion of the fees or expenses to be awarded pursuant to this Statement.

DATED:  October 12, 2023                    PROVINCE, LLC

By: */s/ Daniel Moses*
Daniel Moses
2360 Corporate Circle, Suite 340
Henderson, Nevada 89074
Telephone:  (702) 685-5555
Email:  dmoses@provincefirm.com

*Financial Advisor to Debtor*

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:    */s/Brett A. Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

4

150419095.1

## EXHIBIT A

### Summary of Province Professionals and Paraprofessionals

August 1, 2023 through August 31, 2023

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Paul Huygens, CPA, CFE | Principal – Corporate restructuring. CPA license in 1999, CFE license in 2015. | $1,320 | 5.0 | $6,600.00 |
| Dan Moses | Principal – Corporate restructuring. | $1,260 | 39.0 | $49,140.00 |
| David Dachelet, Esq. | Principal and General Counsel – Corporate restructuring. Bar admission in 1998. | $1,060 | 1.5 | $1,590.00 |
| Bill McMahon | Risk Director - Risk management and business insurance. | $740 | 2.2 | $1,628.00 |
| Tanner James | Vice President - Finance and data analytics. | $630 | 64.2 | $40,446.00 |
| Andrew Popescu | Associate - Business analytics. | $525 | 9.4 | $4,935.00 |
| Spencer Stires | Associate - Quantitative finance and programming. | $480 | 39.3 | $18,864.00 |
| | **Subtotal** | | **160.6** | **$123,203.00** |
| | **Blended Rate for Professionals** | **$767.14** | | |
| **Para Professionals** | | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Eric Mattson | Paralegal | $270 | 4.5 | $1,215.00 |
| | **Subtotal** | | **4.5** | **$1,215.00** |
| | | | **Fee Statement Hours** | **Total Compensation** |
| | **Subtotal** | | **165.1** | **$124,418.00** |
| | **Blended Rate for All Billers** | **$753.59** | | |
| | **Voluntary Discount** | | | **($12,441.80)** |
| | **Grand Total** | | **165.1** | **$111,976.20** |

5

**EXHIBIT B**

**Task Code Summary**

August 1, 2023 through August 31, 2023

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 49.3 | $35,638.50 |
| Claims Analysis and Objections | 33.3 | $19,300.50 |
| Committee Activities | 11.0 | $10,530.00 |
| Court Filings | 2.3 | $1,449.00 |
| Court Hearings | 2.1 | $2,205.00 |
| Fee / Employment Applications | 4.5 | $1,215.00 |
| Insurance | 2.2 | $1,628.00 |
| Litigation | 41.4 | $35,226.00 |
| Plan and Disclosure Statement | 14.8 | $11,934.00 |
| Sale Process | 4.2 | $5,292.00 |
| **Subtotal** | **165.1** | **$124,418.00** |
| **Voluntary Discount (10%)** | | **($12,441.80)** |
| **Grand Total** | **165.1** | **$111,976.20** |

150419095.1

# EXHIBIT C

**Invoice**

August 1, 2023 through August 31, 2023

150419095.1

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/9/2023
**INVOICE NO:** 94486
**BILLING THROUGH:** 8/31/2023

## Coin Cloud - FA 2

Managed By : Daniel L Moses

### INVOICE SUMMARY
### PROFESSIONAL SERVICES

| EMPLOYEE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Andrew Popescu | 9.40 | $525.00 | $4,935.00 |
| Bill McMahon | 2.20 | $740.00 | $1,628.00 |
| Dan Moses | 39.00 | $1,260.00 | $49,140.00 |
| David Dachelet | 1.50 | $1,060.00 | $1,590.00 |
| Eric Mattson | 4.50 | $270.00 | $1,215.00 |
| Paul Huygens | 5.00 | $1,320.00 | $6,600.00 |
| Spencer Stires | 39.30 | $480.00 | $18,864.00 |
| Tanner James | 64.20 | $630.00 | $40,446.00 |
| **PROFESSIONAL SERVICES** | **165.10** | | **$124,418.00** |

### EXPENSES

| DESCRIPTION | AMOUNT |
|---|---|
| Research | $490.00 |
| Meals | $38.79 |
| **EXPENSES TOTAL** | **$528.79** |

| | |
|---|---|
| **DISCOUNT APPLIED** | **($12,441.80)** |
| **AMOUNT DUE THIS INVOICE** | **$112,504.99** |

This invoice is due on 10/9/2023

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/9/2023
**INVOICE NO:** 94486
**BILLING THROUGH:** 8/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 8/1/2023 | Spencer Stires | Business Analysis / Operations | 2.90 | $480.00 | $1,392.00 |
| | | *Analyzed and matched post petition vendor payment data seven vendors.* | | | |
| 8/1/2023 | Dan Moses | Business Analysis / Operations | 0.40 | $1,260.00 | $504.00 |
| | | *Call with S. Baldini of Coin Cloud on various workstream items.* | | | |
| 8/1/2023 | Spencer Stires | Business Analysis / Operations | 1.90 | $480.00 | $912.00 |
| | | *Resolved payment issue to restore company's email functionality.* | | | |
| 8/1/2023 | Dan Moses | Business Analysis / Operations | 0.10 | $1,260.00 | $126.00 |
| | | *Reviewed of Steward and Kissel fee statement.* | | | |
| 8/1/2023 | Spencer Stires | Business Analysis / Operations | 2.20 | $480.00 | $1,056.00 |
| | | *Continued analyzing and matching post petition vendor payment data seven vendors.* | | | |
| 8/1/2023 | Dan Moses | Claims Analysis and Objections | 0.40 | $1,260.00 | $504.00 |
| | | *Reviewed and analyzed comments to preference analysis from M. Tucker.* | | | |
| 8/1/2023 | Paul Huygens | Claims Analysis and Objections | 0.30 | $1,320.00 | $396.00 |
| | | *Call with A. Popescu re update on admin claims objections workstreams (0.1). Reviewed final Enigma and brinks claim objections (0.2).* | | | |
| 8/1/2023 | Andrew Popescu | Claims Analysis and Objections | 1.80 | $525.00 | $945.00 |
| | | *Developed various summaries of the preference analyses done to date for case professionals (1.7). Call with P. Huygens re: same (0.1).* | | | |
| 8/1/2023 | Dan Moses | Litigation | 0.30 | $1,260.00 | $378.00 |
| | | *Call with B. Axelrod of Fox Rothschild on updated litigation sale status.* | | | |
| 8/1/2023 | Dan Moses | Litigation | 0.30 | $1,260.00 | $378.00 |
| | | *Corresponded with D. Ayala and B. Axelrod on litigation sale.* | | | |
| 8/1/2023 | Dan Moses | Plan and Disclosure Statement | 0.50 | $1,260.00 | $630.00 |
| | | *Reviewed and analyzed updated disclosure statement and comments from consultation parties.* | | | |
| 8/2/2023 | Andrew Popescu | Business Analysis / Operations | 1.40 | $525.00 | $735.00 |

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/9/2023
**INVOICE NO:** 94486
**BILLING THROUGH:** 8/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| | | *Developed a schedule for pre-petition and post-petition amounts owed for various vendors.* | | | |
| 8/2/2023 | Spencer Stires | Claims Analysis and Objections | 2.80 | $480.00 | $1,344.00 |
| | | *Calculated amounts owed/due post-petition for various administrative claim creditors.* | | | |
| 8/2/2023 | Spencer Stires | Claims Analysis and Objections | 2.40 | $480.00 | $1,152.00 |
| | | *Continued outlining the basis of asserted administrative claims and preparing calculations in response.* | | | |
| 8/2/2023 | Spencer Stires | Claims Analysis and Objections | 0.60 | $480.00 | $288.00 |
| | | *Provided A. Hosey with requested calculation support regarding administrative claim response.* | | | |
| 8/2/2023 | Spencer Stires | Claims Analysis and Objections | 2.70 | $480.00 | $1,296.00 |
| | | *Outlined the basis of asserted administrative claims and prepared calculations in response.* | | | |
| 8/3/2023 | Dan Moses | Business Analysis / Operations | 0.20 | $1,260.00 | $252.00 |
| | | *Call with Z. Williams of Fox Rothschild on host agreements.* | | | |
| 8/3/2023 | Spencer Stires | Claims Analysis and Objections | 2.80 | $480.00 | $1,344.00 |
| | | *Finalized admin claims analysis and provided to counsel.* | | | |
| 8/3/2023 | Spencer Stires | Claims Analysis and Objections | 0.60 | $480.00 | $288.00 |
| | | *Summarized administrative claim analysis for distribution in internal memo.* | | | |
| 8/3/2023 | Dan Moses | Committee Activities | 0.70 | $1,260.00 | $882.00 |
| | | *Call with Committee to discuss updates in case.* | | | |
| 8/3/2023 | Paul Huygens | Committee Activities | 0.30 | $1,320.00 | $396.00 |
| | | *Participated in part of strategy/update call with FTI team and D. Moses.* | | | |
| 8/3/2023 | Dan Moses | Sale Process | 0.60 | $1,260.00 | $756.00 |
| | | *Call with I. Rosa of Coin Cloud on Brazil options.* | | | |
| 8/4/2023 | Dan Moses | Business Analysis / Operations | 1.10 | $1,260.00 | $1,386.00 |
| | | *Call with D. Ayala in capacity as independent director on sale of litigation and UCC views.* | | | |
| 8/4/2023 | Dan Moses | Business Analysis / Operations | 0.50 | $1,260.00 | $630.00 |
| | | *Reviewed and responded to various parties on various issues.* | | | |

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/9/2023
**INVOICE NO:** 94486
**BILLING THROUGH:** 8/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 8/4/2023 | Dan Moses | Business Analysis / Operations | 0.40 | $1,260.00 | $504.00 |
| | | *Call with B. Axelrod of Fox Rothschild on workstream update.* | | | |
| 8/4/2023 | Spencer Stires | Litigation | 2.30 | $480.00 | $1,104.00 |
| | | *Additional litigation marketing outreach and updating of outreach tracker.* | | | |
| 8/4/2023 | Dan Moses | Sale Process | 0.40 | $1,260.00 | $504.00 |
| | | *Call with I. Rosa on Brazil sale.* | | | |
| 8/5/2023 | Andrew Popescu | Claims Analysis and Objections | 2.80 | $525.00 | $1,470.00 |
| | | *Researched and developed various schedules related to potential preference claims against certain vendors.* | | | |
| 8/7/2023 | Tanner James | Business Analysis / Operations | 0.70 | $630.00 | $441.00 |
| | | *Coordinated with counsel re: document production.* | | | |
| 8/7/2023 | Tanner James | Business Analysis / Operations | 0.20 | $630.00 | $126.00 |
| | | *Coordinate with investigator re: stolen cash.* | | | |
| 8/7/2023 | Dan Moses | Business Analysis / Operations | 0.70 | $1,260.00 | $882.00 |
| | | *Corresponded with FTI, Province and Fox Rothschild on various case issues.* | | | |
| 8/7/2023 | Tanner James | Business Analysis / Operations | 0.30 | $630.00 | $189.00 |
| | | *Coordinated with the company re: preference data for the committee.* | | | |
| 8/7/2023 | Tanner James | Business Analysis / Operations | 0.30 | $630.00 | $189.00 |
| | | *Corresponded with counsel re: FBI subpoena.* | | | |
| 8/7/2023 | Tanner James | Business Analysis / Operations | 0.30 | $630.00 | $189.00 |
| | | *Coordinated with team re: MORs.* | | | |
| 8/7/2023 | Andrew Popescu | Claims Analysis and Objections | 2.10 | $525.00 | $1,102.50 |
| | | *Researched and developed various schedules related to potential preference claims against certain vendors.* | | | |
| 8/7/2023 | Tanner James | Committee Activities | 1.10 | $630.00 | $693.00 |
| | | *Prepared for (0.4) and participated in weekly call with Committee professionals (0.7).* | | | |
| 8/7/2023 | Paul Huygens | Committee Activities | 0.40 | $1,320.00 | $528.00 |
| | | *Participated in part of call with FTI and Province teams re: case and strategy update.* | | | |

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/9/2023
**INVOICE NO:** 94486
**BILLING THROUGH:** 8/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/7/2023 | Dan Moses | Committee Activities<br>*Scheduled UCC call.* | 0.70 | $1,260.00 | $882.00 |
| 8/7/2023 | Tanner James | Committee Activities<br>*Produced preference data for committee.* | 0.80 | $630.00 | $504.00 |
| 8/7/2023 | Tanner James | Court Filings<br>*Read C. McAlary motion to convert re: response.* | 0.40 | $630.00 | $252.00 |
| 8/7/2023 | Tanner James | Court Filings<br>*Read C. McAlary opposition to derivative standing re: response.* | 0.60 | $630.00 | $378.00 |
| 8/7/2023 | Dan Moses | Sale Process<br>*Corresponded and discussed potential sale of Brazil with a buyer.* | 0.50 | $1,260.00 | $630.00 |
| 8/8/2023 | Paul Huygens | Business Analysis / Operations<br>*Discussed ERC credit analyses with T. James (0.6). Reviewed and corresponded regarding committee objection to C. McAlary conversion motion (0.1).* | 0.70 | $1,320.00 | $924.00 |
| 8/8/2023 | Tanner James | Business Analysis / Operations<br>*Checked in with management re: estate operations.* | 0.60 | $630.00 | $378.00 |
| 8/8/2023 | Tanner James | Business Analysis / Operations<br>*Discuss ERC analysis re: estate remnant assets.* | 0.60 | $630.00 | $378.00 |
| 8/8/2023 | Tanner James | Litigation<br>*Produced documents for sale proceeds subpoena.* | 0.50 | $630.00 | $315.00 |
| 8/8/2023 | Tanner James | Litigation<br>*Continue producing documents for sale proceeds subpoena.* | 0.80 | $630.00 | $504.00 |
| 8/8/2023 | Tanner James | Litigation<br>*Produced documents for surcharge subpoena.* | 0.40 | $630.00 | $252.00 |
| 8/8/2023 | Tanner James | Litigation<br>*Continued producing documents for surcharge subpoena.* | 0.70 | $630.00 | $441.00 |
| 8/8/2023 | Tanner James | Plan and Disclosure Statement<br>*Analyzed plan confirmation brief.* | 1.10 | $630.00 | $693.00 |
| 8/8/2023 | Tanner James | Plan and Disclosure Statement<br>*Discussed plan confirmation brief with counsel.* | 0.40 | $630.00 | $252.00 |

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/9/2023
**INVOICE NO:** 94486
**BILLING THROUGH:** 8/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 8/8/2023 | Dan Moses | Sale Process | 1.20 | $1,260.00 | $1,512.00 |
| | | *Reviewed and analyzed additional Brazil information provided by I. Rossa of Coin Cloud and conversation with potential buyer Athena.* | | | |
| 8/9/2023 | Tanner James | Business Analysis / Operations | 0.40 | $630.00 | $252.00 |
| | | *Assisted the Debtor with remnant asset recovery efforts re: misc IT equipment.* | | | |
| 8/9/2023 | Spencer Stires | Business Analysis / Operations | 2.40 | $480.00 | $1,152.00 |
| | | *Diligenced and corrected Populus administrative claim calculation.* | | | |
| 8/9/2023 | Tanner James | Business Analysis / Operations | 0.60 | $630.00 | $378.00 |
| | | *Assisted the Debtor with remnant asset recoveries re: ERC.* | | | |
| 8/9/2023 | Dan Moses | Business Analysis / Operations | 2.00 | $1,260.00 | $2,520.00 |
| | | *Corresponded with Fox Rothschild, the UCC, litigation counsel and Province team re: case updates.* | | | |
| 8/9/2023 | Tanner James | Claims Analysis and Objections | 0.40 | $630.00 | $252.00 |
| | | *Discussion with AWS re: admin claims and termination of services.* | | | |
| 8/9/2023 | Tanner James | Claims Analysis and Objections | 0.30 | $630.00 | $189.00 |
| | | *Corresponded with Stretto re: admin claims register.* | | | |
| 8/9/2023 | Tanner James | Claims Analysis and Objections | 0.70 | $630.00 | $441.00 |
| | | *Discussions with Z. Williams and J. McPherson re: Trangistics claim.* | | | |
| 8/9/2023 | Tanner James | Claims Analysis and Objections | 0.60 | $630.00 | $378.00 |
| | | *Discussion with Z. Williams re: admin claim objections.* | | | |
| 8/9/2023 | Tanner James | Litigation | 1.10 | $630.00 | $693.00 |
| | | *Discussion with counsel re: subpoena request.* | | | |
| 8/10/2023 | Spencer Stires | Business Analysis / Operations | 2.20 | $480.00 | $1,056.00 |
| | | *Calculated May and June MOR section 5 figures.* | | | |
| 8/10/2023 | Tanner James | Claims Analysis and Objections | 0.60 | $630.00 | $378.00 |
| | | *Analyzed populus claim and support.* | | | |
| 8/10/2023 | Tanner James | Claims Analysis and Objections | 0.90 | $630.00 | $567.00 |
| | | *Analyzed Brinks claim and support re: objection.* | | | |

**Province, LLC**
2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/9/2023
**INVOICE NO:** 94486
**BILLING THROUGH:** 8/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 8/10/2023 | Tanner James | Claims Analysis and Objections | 0.70 | $630.00 | $441.00 |
| | | *Reviewed populus claim and support re: objection.* | | | |
| 8/10/2023 | Tanner James | Claims Analysis and Objections | 1.10 | $630.00 | $693.00 |
| | | *Analyzed Optconnect claim and support re: objection.* | | | |
| 8/10/2023 | Dan Moses | Committee Activities | 0.50 | $1,260.00 | $630.00 |
| | | *Call with UCC re: updates on issues.* | | | |
| 8/10/2023 | Tanner James | Court Filings | 1.30 | $630.00 | $819.00 |
| | | *Analyzed C. McAlary objection and opposition re: response.* | | | |
| 8/11/2023 | Andrew Popescu | Business Analysis / Operations | 1.30 | $525.00 | $682.50 |
| | | *Developed a schedule for 90-day payments to counter parties as requested by case professionals.* | | | |
| 8/11/2023 | Spencer Stires | Business Analysis / Operations | 0.70 | $480.00 | $336.00 |
| | | *Tracked and corresponded with accounting team regarding roles in Debtor's operations going forward.* | | | |
| 8/11/2023 | Tanner James | Claims Analysis and Objections | 0.50 | $630.00 | $315.00 |
| | | *Analyzed the updated administrative claims register provided by Stretto.* | | | |
| 8/11/2023 | Tanner James | Claims Analysis and Objections | 0.70 | $630.00 | $441.00 |
| | | *Integrated the updated administrative claims register into the administrative claims analysis.* | | | |
| 8/11/2023 | Tanner James | Claims Analysis and Objections | 0.90 | $630.00 | $567.00 |
| | | *Developed administrative claims pool analysis.* | | | |
| 8/11/2023 | Tanner James | Claims Analysis and Objections | 0.40 | $630.00 | $252.00 |
| | | *Discussed administrative claims with Z. Williams.* | | | |
| 8/11/2023 | Tanner James | Claims Analysis and Objections | 0.60 | $630.00 | $378.00 |
| | | *Discussed administrative claims with B. Axelrod and D. Moses.* | | | |
| 8/11/2023 | Dan Moses | Claims Analysis and Objections | 0.60 | $1,260.00 | $756.00 |
| | | *Reviewed admin COS with T. James of Province and Z. Williams of Fox Rothchild.* | | | |
| 8/11/2023 | Tanner James | Claims Analysis and Objections | 0.60 | $630.00 | $378.00 |
| | | *Continued development of administrative claims analysis.* | | | |
| 8/11/2023 | Tanner James | Claims Analysis and Objections | 1.20 | $630.00 | $756.00 |

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/9/2023
**INVOICE NO:** 94486
**BILLING THROUGH:** 8/31/2023

---

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| | | *Discussed administrative claims with the committee.* | | | |
| 8/11/2023 | Dan Moses | Sale Process | 0.50 | $1,260.00 | $630.00 |
| | | *Communicated with I. Rossa of Coin Cloud on sale of Brazil and reviewed term sheet.* | | | |
| 8/12/2023 | Dan Moses | Business Analysis / Operations | 0.60 | $1,260.00 | $756.00 |
| | | *Corresponded with various professionals.* | | | |
| 8/12/2023 | Dan Moses | Business Analysis / Operations | 0.80 | $1,260.00 | $1,008.00 |
| | | *Reviewed and analyzed liquidation and administration ahead of confirmation.* | | | |
| 8/12/2023 | Spencer Stires | Claims Analysis and Objections | 1.10 | $480.00 | $528.00 |
| | | *Calculated vendor admin claim per request of counsel.* | | | |
| 8/14/2023 | Dan Moses | Business Analysis / Operations | 0.90 | $1,260.00 | $1,134.00 |
| | | *Responded to various emails sent by FTI and Fox Rothchild on open case issues.* | | | |
| 8/14/2023 | Spencer Stires | Business Analysis / Operations | 2.40 | $480.00 | $1,152.00 |
| | | *Gathered source data for administrative expense analysis.* | | | |
| 8/14/2023 | Spencer Stires | Business Analysis / Operations | 1.10 | $480.00 | $528.00 |
| | | *Implemented comments on the professional fee tracker from T. James.* | | | |
| 8/14/2023 | Tanner James | Claims Analysis and Objections | 0.70 | $630.00 | $441.00 |
| | | *Developed administrative claims analysis.* | | | |
| 8/14/2023 | Tanner James | Claims Analysis and Objections | 1.20 | $630.00 | $756.00 |
| | | *Continued development of the administrative claims analysis.* | | | |
| 8/14/2023 | Tanner James | Plan and Disclosure Statement | 0.80 | $630.00 | $504.00 |
| | | *Reviewed liquidation analysis and integrate comments from D. Moses re: same.* | | | |
| 8/14/2023 | Tanner James | Plan and Disclosure Statement | 1.30 | $630.00 | $819.00 |
| | | *Developed the revised liquidation analysis re: filed and scheduled claims integration.* | | | |
| 8/14/2023 | Tanner James | Plan and Disclosure Statement | 0.60 | $630.00 | $378.00 |
| | | *Integrated counsel's comments on liquidation analysis and circulate.* | | | |
| 8/14/2023 | Tanner James | Plan and Disclosure Statement | 1.10 | $630.00 | $693.00 |

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/9/2023
**INVOICE NO:** 94486
**BILLING THROUGH:** 8/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| | | *Developed revised liquidation analysis.* | | | |
| 8/15/2023 | Tanner James | Plan and Disclosure Statement | 0.50 | $630.00 | $315.00 |
| | | *Developed ad hoc admin claim analysis re: James declaration.* | | | |
| 8/15/2023 | Tanner James | Plan and Disclosure Statement | 0.50 | $630.00 | $315.00 |
| | | *Revised liquidation analysis re: committee comments.* | | | |
| 8/15/2023 | Tanner James | Plan and Disclosure Statement | 1.10 | $630.00 | $693.00 |
| | | *Integrated comments from counsel re: James declaration figures.* | | | |
| 8/15/2023 | Tanner James | Plan and Disclosure Statement | 0.60 | $630.00 | $378.00 |
| | | *Integrated committee counsel comments re: James declaration figures.* | | | |
| 8/15/2023 | Paul Huygens | Plan and Disclosure Statement | 0.80 | $1,320.00 | $1,056.00 |
| | | *Reviewed T. James plan declaration (0.2) and call with him to discuss (0.4). Reviewed ballot tabulation (0.2).* | | | |
| 8/15/2023 | Paul Huygens | Plan and Disclosure Statement | 0.70 | $1,320.00 | $924.00 |
| | | *Reviewed draft liquidation analysis (0.3), corresponded with B. Gayda re: questions (0.1). Call with T. James and D. Moses re: same and prep for hearing (0.3).* | | | |
| 8/15/2023 | Dan Moses | Plan and Disclosure Statement | 0.80 | $1,260.00 | $1,008.00 |
| | | *Reviewed confirmation order and exhibits ahead of filing.* | | | |
| 8/15/2023 | Tanner James | Plan and Disclosure Statement | 0.80 | $630.00 | $504.00 |
| | | *Incorporated additional revisions to liquidation analysis notes re: internal comments.* | | | |
| 8/15/2023 | Tanner James | Plan and Disclosure Statement | 0.70 | $630.00 | $441.00 |
| | | *Developed plan brief documents re: economics.* | | | |
| 8/15/2023 | Dan Moses | Plan and Disclosure Statement | 0.30 | $1,260.00 | $378.00 |
| | | *Call with P. Huygens and T. James re: liquidation analysis and hearing prep.* | | | |
| 8/15/2023 | Tanner James | Plan and Disclosure Statement | 0.30 | $630.00 | $189.00 |
| | | *Call with P. Huygens and D. Moses re: liquidation analysis and hearing prep.* | | | |
| 8/15/2023 | Tanner James | Plan and Disclosure Statement | 0.60 | $630.00 | $378.00 |
| | | *Revised liquidation analysis notes re: comments from counsel.* | | | |

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/9/2023
**INVOICE NO:** 94486
**BILLING THROUGH:** 8/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 8/15/2023 | Tanner James | Plan and Disclosure Statement | 0.40 | $630.00 | $252.00 |
| | | *Call with P. Huygens re: plan declaration.* | | | |
| 8/16/2023 | Tanner James | Business Analysis / Operations | 0.30 | $630.00 | $189.00 |
| | | *Discussion with management re: NetSuite renewal.* | | | |
| 8/16/2023 | Tanner James | Business Analysis / Operations | 0.20 | $630.00 | $126.00 |
| | | *Discussed WeWork issue with management re: post petition lease.* | | | |
| 8/16/2023 | Tanner James | Business Analysis / Operations | 0.60 | $630.00 | $378.00 |
| | | *Discussion with management re: workstreams & taxes.* | | | |
| 8/16/2023 | Tanner James | Business Analysis / Operations | 0.50 | $630.00 | $315.00 |
| | | *Discussion with management and Debtor professionals re: ERC program.* | | | |
| 8/16/2023 | David Dachelet | Litigation | 0.90 | $1,060.00 | $954.00 |
| | | *Discussed Enigma document production with Fox Rothschild and T. James.* | | | |
| 8/16/2023 | Tanner James | Litigation | 0.90 | $630.00 | $567.00 |
| | | *Discussion with counsel and Province general counsel re: Enigma document production.* | | | |
| 8/16/2023 | Tanner James | Litigation | 0.90 | $630.00 | $567.00 |
| | | *Reviewed document production sent by counsel.* | | | |
| 8/16/2023 | Dan Moses | Plan and Disclosure Statement | 0.90 | $1,260.00 | $1,134.00 |
| | | *Reviewed and analyzed declaration of T. James and final plan brief for confirmation.* | | | |
| 8/17/2023 | Dan Moses | Business Analysis / Operations | 0.30 | $1,260.00 | $378.00 |
| | | *Call with P. Huygens and T. James re: confirmation hearing download and waterfall estimates.* | | | |
| 8/17/2023 | Tanner James | Business Analysis / Operations | 0.30 | $630.00 | $189.00 |
| | | *Call with P. Huygens and D. Moses re: confirmation hearing download and waterfall estimates.* | | | |
| 8/17/2023 | Paul Huygens | Business Analysis / Operations | 0.30 | $1,320.00 | $396.00 |
| | | *Call with D. Moses and T. James re confirmation hearing download and waterfall estimates.* | | | |
| 8/17/2023 | Spencer Stires | Business Analysis / Operations | 1.20 | $480.00 | $576.00 |

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/9/2023
**INVOICE NO:** 94486
**BILLING THROUGH:** 8/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| | | *Identified and addressed issues impeding the closing of books and filing of MORs with the accounting team.* | | | |
| 8/17/2023 | Dan Moses | Business Analysis / Operations | 0.50 | $1,260.00 | $630.00 |
| | | *Corresponded with professionals re: various case issues.* | | | |
| 8/17/2023 | Dan Moses | Court Hearings | 1.40 | $1,260.00 | $1,764.00 |
| | | *Attended confirmation hearing.* | | | |
| 8/17/2023 | Bill McMahon | Insurance | 1.60 | $740.00 | $1,184.00 |
| | | *Phone call and multi-emails with attachments from/to S. Baldi/Coin Cloud.  RE: Employment Practices Liability, Policy Period: 8/27/2022 - 8/27/2023, Insurer: Allegiance, Policy Number: S00008EL00010201 and D&O Insurance: Policy Period: 9/27/2023, Insurer: Relm Insurance Ltd, Bermuda, Policy: RILPDO7242022.  RE: Claims reporting instructions are detailed on Page 33 of 34 by email to relmclaims@esis.com. On Page 1, under (item 4 and 5), the extended reporting period and run-off details are left unfilled for the percentage and therefore cost.  Page 11 of 34 details the  run-off coverage.* | | | |
| 8/17/2023 | Tanner James | Litigation | 0.50 | $630.00 | $315.00 |
| | | *Provided feedback to counsel on document production.* | | | |
| 8/17/2023 | Tanner James | Litigation | 0.70 | $630.00 | $441.00 |
| | | *Reviewed deposition materials for subpoena.* | | | |
| 8/18/2023 | Spencer Stires | Business Analysis / Operations | 0.80 | $480.00 | $384.00 |
| | | *Corresponded with accounting team to resolve bank reconciliation issues.* | | | |
| 8/18/2023 | Paul Huygens | Claims Analysis and Objections | 0.20 | $1,320.00 | $264.00 |
| | | *Call with potential preference lawyer candidate re situation.* | | | |
| 8/18/2023 | Bill McMahon | Insurance | 0.30 | $740.00 | $222.00 |
| | | *Email with summary to S. Baldi/Coin Cloud.  Deductible Reserve, Runoff or Tail Premium for EPL, D&O and Totals.* | | | |
| 8/18/2023 | Tanner James | Litigation | 0.80 | $630.00 | $504.00 |
| | | *Provided feedback to counsel re: document production.* | | | |
| 8/18/2023 | David Dachelet | Litigation | 0.60 | $1,060.00 | $636.00 |
| | | *Discussion with T. James re: document production.* | | | |
| 8/18/2023 | Dan Moses | Litigation | 1.00 | $1,260.00 | $1,260.00 |

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/9/2023
**INVOICE NO:** 94486
**BILLING THROUGH:** 8/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| | | *Prepared for sale process deposition.* | | | |
| 8/18/2023 | Tanner James | Litigation | 0.60 | $630.00 | $378.00 |
| | | *Discussion with D. Dachelet re: document production.* | | | |
| 8/18/2023 | Dan Moses | Sale Process | 0.50 | $1,260.00 | $630.00 |
| | | *Communicated with I. Rossa on accounting issues and sale process.* | | | |
| 8/20/2023 | Dan Moses | Litigation | 2.00 | $1,260.00 | $2,520.00 |
| | | *Prepared for deposition on auction process and surcharge.* | | | |
| 8/21/2023 | Spencer Stires | Business Analysis / Operations | 0.70 | $480.00 | $336.00 |
| | | *Prepared and dispatched requested marketing and pro fees data to D. Moses.* | | | |
| 8/21/2023 | Spencer Stires | Business Analysis / Operations | 2.80 | $480.00 | $1,344.00 |
| | | *Updated and prepared professional fees summary.* | | | |
| 8/21/2023 | Spencer Stires | Business Analysis / Operations | 0.60 | $480.00 | $288.00 |
| | | *Call with B. Davis, J. Hall, and T. Hyberger discussing status of May MOR bank reconciliations.* | | | |
| 8/21/2023 | Spencer Stires | Business Analysis / Operations | 1.40 | $480.00 | $672.00 |
| | | *Compiled and updated marketing spreadsheet data including party outreach, NDA signings, and communication records.* | | | |
| 8/21/2023 | Paul Huygens | Committee Activities | 0.50 | $1,320.00 | $660.00 |
| | | *Reviewed draft APA of Cole Kepro/Bit Access litigation sale (0.1) and participate in portion of weekly update/strategy call with committee and debtor profs (0.4).* | | | |
| 8/21/2023 | Dan Moses | Committee Activities | 0.70 | $1,260.00 | $882.00 |
| | | *Participated in UCC call.* | | | |
| 8/21/2023 | Eric Mattson | Fee / Employment Applications | 1.80 | $270.00 | $486.00 |
| | | *Triangulated July entries in preparation for monthly fee statement.* | | | |
| 8/21/2023 | Bill McMahon | Insurance | 0.30 | $740.00 | $222.00 |
| | | *Emails from/to S. Baldi/Coin Cloud and T. James. RE: Follow-up on EPL and D&O reserve/tail coverage funding.* | | | |
| 8/21/2023 | Tanner James | Litigation | 2.40 | $630.00 | $1,512.00 |
| | | *Continued deposition prep.* | | | |

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/9/2023
**INVOICE NO:** 94486
**BILLING THROUGH:** 8/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 8/21/2023 | Dan Moses | Litigation<br>*Prepared for deposition on surcharge and auction process.* | 2.00 | $1,260.00 | $2,520.00 |
| 8/21/2023 | Tanner James | Litigation<br>*Continued deposition prep pt.3.* | 1.70 | $630.00 | $1,071.00 |
| 8/21/2023 | Dan Moses | Litigation<br>*Prepared for deposition with Fox Rothschild team.* | 1.00 | $1,260.00 | $1,260.00 |
| 8/21/2023 | Tanner James | Litigation<br>*Prepared for deposition.* | 2.80 | $630.00 | $1,764.00 |
| 8/22/2023 | Spencer Stires | Business Analysis / Operations<br>*Compiled and analyzed data on machine ownership for Enigma, Genesis, and Avtec from the auction and warehouse inventory.* | 0.70 | $480.00 | $336.00 |
| 8/22/2023 | Paul Huygens | Litigation<br>*Corresponded and attended call with T. James and B. Axelrod re: download from depos.* | 0.40 | $1,320.00 | $528.00 |
| 8/22/2023 | Dan Moses | Litigation<br>*Prepared deposition.* | 2.00 | $1,260.00 | $2,520.00 |
| 8/22/2023 | Tanner James | Litigation<br>*Call with P. Huygens and B. Axelrod re: deposition.* | 0.40 | $630.00 | $252.00 |
| 8/22/2023 | Tanner James | Litigation<br>*Participated in deposition session one in person Summerlin, NV.* | 2.90 | $630.00 | $1,827.00 |
| 8/22/2023 | Tanner James | Litigation<br>*Participated in-person deposition session part 2.* | 4.20 | $630.00 | $2,646.00 |
| 8/23/2023 | Tanner James | Business Analysis / Operations<br>*Checked in with management re: weekly updates.* | 0.80 | $630.00 | $504.00 |
| 8/23/2023 | Tanner James | Litigation<br>*Deposition debrief re: surcharge.* | 1.30 | $630.00 | $819.00 |
| 8/23/2023 | Dan Moses | Litigation<br>*Participated in deposition on sale process.* | 5.00 | $1,260.00 | $6,300.00 |
| 8/24/2023 | Tanner James | Business Analysis / Operations<br>*Discussions with management re: ERC program.* | 0.40 | $630.00 | $252.00 |

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/9/2023
**INVOICE NO:** 94486
**BILLING THROUGH:** 8/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 8/24/2023 | Paul Huygens | Business Analysis / Operations | 0.40 | $1,320.00 | $528.00 |
| | | *Reviewed McAlary settlement proposal and DOJ grand jury info requests (0.2). Reviewed confirmation order (0.2).* | | | |
| 8/24/2023 | Tanner James | Committee Activities | 0.80 | $630.00 | $504.00 |
| | | *Corresponded with the committee professionals re: Brazil assets.* | | | |
| 8/24/2023 | Dan Moses | Committee Activities | 0.80 | $1,260.00 | $1,008.00 |
| | | *Attended UCC call.* | | | |
| 8/24/2023 | Dan Moses | Sale Process | 0.50 | $1,260.00 | $630.00 |
| | | *Conversation with I. Rossa on Brazil sale process.* | | | |
| 8/25/2023 | Tanner James | Business Analysis / Operations | 1.40 | $630.00 | $882.00 |
| | | *Discussions with management re: accounting records.* | | | |
| 8/28/2023 | Dan Moses | Business Analysis / Operations | 0.40 | $1,260.00 | $504.00 |
| | | *Corresponded with B. Axelrod of Fox Rothschild on various issues.* | | | |
| 8/28/2023 | Tanner James | Committee Activities | 0.80 | $630.00 | $504.00 |
| | | *Discussion with committee professionals.* | | | |
| 8/28/2023 | Dan Moses | Committee Activities | 0.80 | $1,260.00 | $1,008.00 |
| | | *Discussed with UCC on scheduled call.* | | | |
| 8/28/2023 | Tanner James | Committee Activities | 1.70 | $630.00 | $1,071.00 |
| | | *Produced documents to the committee.* | | | |
| 8/28/2023 | Dan Moses | Committee Activities | 0.20 | $1,260.00 | $252.00 |
| | | *Corresponded with FTI.* | | | |
| 8/29/2023 | Dan Moses | Business Analysis / Operations | 0.60 | $1,260.00 | $756.00 |
| | | *Call with A. Haller of Powercoin on cash collection.* | | | |
| 8/29/2023 | Tanner James | Business Analysis / Operations | 0.80 | $630.00 | $504.00 |
| | | *Updated discussion with management.* | | | |
| 8/29/2023 | Dan Moses | Business Analysis / Operations | 0.50 | $1,260.00 | $630.00 |
| | | *Returned and reviewed various case related emails.* | | | |
| 8/29/2023 | Tanner James | Court Hearings | 0.70 | $630.00 | $441.00 |
| | | *Attended status hearing.* | | | |

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/9/2023
**INVOICE NO:** 94486
**BILLING THROUGH:** 8/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 8/29/2023 | Eric Mattson | Fee / Employment Applications | 1.30 | $270.00 | $351.00 |
| | | *Finalized triangulation for July entries.* | | | |
| 8/30/2023 | Dan Moses | Business Analysis / Operations | 1.40 | $1,260.00 | $1,764.00 |
| | | *Reviewed, analyzed, and responded to various correspondences from Coin Cloud management, Heller, Fox Rothschild, Province and FTI.* | | | |
| 8/30/2023 | Tanner James | Committee Activities | 0.20 | $630.00 | $126.00 |
| | | *Corresponded with committee counsel.* | | | |
| 8/30/2023 | Eric Mattson | Fee / Employment Applications | 1.40 | $270.00 | $378.00 |
| | | *Drafted monthly fee statement (1.3). Emailed to T. James and D. Moses for review (0.1).* | | | |
| 8/31/2023 | Dan Moses | Business Analysis / Operations | 0.50 | $1,260.00 | $630.00 |
| | | *Reviewed and analyzed various emails from Fox Rothschild and FTI and provided responses.* | | | |
| | | **TOTAL SERVICES** | **165.10** | | **$124,418.00** |

### EXPENSES

| DATE | EMPLOYEE | DESCRIPTION | AMOUNT |
|------|----------|-------------|--------|
| Meals: | | | |
| 8/3/2023 | Spencer Stires | Meals | $38.79 |
| | | *Postmates - Working Dinner - Henderson* | |
| Research: | | | |
| 8/31/2023 | Province LLC - Expenses | Research | $490.00 |
| | | *Research Aug 2023 Coin Cloud* | |
| | | **TOTAL EXPENSES** | **$528.79** |

| | | |
|--|--|--|
| **SUBTOTAL** | | $124,946.79 |
| **DISCOUNT APPLIED** | | ($12,441.80) |
| **AMOUNT DUE THIS INVOICE** | | **$112,504.99** |

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/9/2023
**INVOICE NO:** 94486
**BILLING THROUGH:** 8/31/2023

This invoice is due upon receipt

Please remit payment to:

Province, LLC

Wire Instructions:

Meadows Bank

Account

Routing

EIN