**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email: ccarlyon@carlyoncica.com
       dcica@carlyoncica.com

*Counsel for Christopher McAlary*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.: Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**STATEMENT OF ISSUES ON APPEAL** |

Christopher McAlary ("Mr. McAlary") by and through his attorneys of record, Carlyon Cica Chtd., pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby designates the following issues on appeal from *Order on Motion to Convert Case to Chapter 7 Dated September 18, 2023* [ECF No. 1149]

1. Whether the Bankruptcy Court erred in denying Chris McAlary's Motion to Convert Case to Chapter 7 when there is cause to convert as provided for in 11 U.S.C. §1112?

2. Whether the Bankruptcy Court erred in denying Chris McAlary's Motion to Convert Case to Chapter 7 despite the substantial and continuing loss to and diminution of the estate and the absence of a reasonable likelihood of rehabilitation as provided for in 11 U.S.C. §1122(b)(4)(A)?

3. Whether the Bankruptcy Court erred in denying Chris McAlary's Motion to Convert Case to Chapter 7 when the Debtor has indicated its desire to abdicate its right to bring claims, and a Chapter 7 Trustee would be a more efficient and less expensive party to

control litigation than a paid "independent director," several sets of attorneys, and a financial advisor; and litigation is proposed to be controlled by the Committee which itself is co-chaired by the main litigation target, and has employed two sets of counsel and its own financial advisor?

4. Whether the Bankruptcy Court erred in denying Chris McAlary's Motion to Convert Case to Chapter 7 when a Chapter 7 Trustee would be better able to comply with the fiduciary duties, including disinterestedness, which are necessary to maximize the value of such claims?

5. Whether the Bankruptcy Court erred in denying Chris McAlary's Motion to Convert Case to Chapter 7 when a plan has been confirmed but will never reach the effective date?

Respectfully submitted this 12th day of October, 2023.

**CARLYON CICA CHTD.**

/s/ Candace C. Carlyon, Esq.
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
*Counsel for Chris McAlary*

**CERTIFICATE OF SERVICE**

I am an employee of Carlyon Cica Chtd.  On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE:  Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL:  By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER:  By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE:  By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

                                           */s/ Cristina Robertson*_____
                                           An employee of Carlyon Cica Chtd.