**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| In re:  <br>  <br>CASH CLOUD, INC., dba COIN CLOUD,  <br>  <br>Debtor. | x  <br>: Case No. BK-23-10423-mkn  <br>:  <br>: Chapter 11  <br>:  <br>: **ORDER APPROVING**  <br>: **STIPULATION TO**  <br>: **CONTINUE HEARING DATE**  <br>x |

Upon consideration of the *Stipulation to Continue Hearing Date* [ECF No. 1373] (the "**Stipulation**");

**IT IS HEREBY ORDERED** that:

1. The Hearing[1] on the Application shall be continued to November 1, 2023 at 9:30 a.m. (Pacific Time) as set forth in the Stipulation.

2. The Reply Deadline shall be continued to October 25, 2023 as set forth in the Stipulation.

**IT IS SO ORDERED.**

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

Prepared and respectfully submitted by:

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **HIRSCHLER FLEISCHER, P.C.** |
| */s/ Brett A. Axelrod* | */s/ Maurice B. VerStandig* |
| Brett A. Axelrod, Esq. | Robert S. Westermann, Esq. (admitted pro hac vice) |
| Nevada Bar No. 5859 | |
| Nicholas A. Koffroth, Esq. | Brittany B. Falabella (admitted pro hac vice) |
| Nevada Bar No. 16264 | 2100 East Cary Street |
| 190 Festival Plaza Drive, Suite 700 | Richmond, Virginia 23223 |
| Las Vegas, Nevada 89135 | |
| | and |
| *Counsel for the Debtor* | |
| | Maurice B. VerStandig, Esq. |
| | Nevada Bar No. 15346 |
| | The VerStandig Law Firm, LLC |
| | 452 W. Horizon Ridge Pkwy, #665 |
| | Henderson, Nevada 89012 |
| | |
| | *Counsel for Brink's Incorporated* |