| | |
|---|---|
| BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>**FOX ROTHSCHILD LLP**<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>Telephone: (702) 262-6899<br>Facsimile: (702) 597-5503<br>Email: baxelrod@foxrothschild.com<br>          nkoffroth@foxrothschild.com<br><br>*Counsel for Debtor* | Ryan J. Works, Esq. (NSBN 9224)<br>Amanda M. Perach, Esq. (NSBN 12399)<br>**McDONALD CARANO LLP**<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>Email: rworks@mcdonaldcarano.com<br>          aperach@mcdonaldcarano.com<br><br>John R. Ashmead, Esq.<br>Robert J. Gayda, Esq.<br>Catherine V. LoTempio, Esq.<br>Andrew J. Matott, Esq.<br>**SEWARD & KISSEL LLP**<br>*admitted pro hac vice*<br>One Battery Park Plaza<br>New York, NY 10004<br>Telephone: (212) 574-1200<br>Email:  ashmead@sewkis.com<br>          gayda@sewkis.com<br>          lotempio@sewkis.com<br>          matott@sewkis.com<br><br>*Counsel for Official Committee*<br>*of Unsecured Creditors* |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No.  BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT WITH GENESIS GLOBAL HOLDCO, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>Hearing Date:    November 30, 2023<br>Hearing Time:    10:30 a.m. |

1

150456302.1

**PLEASE TAKE NOTICE** that on the 13th day of October, 2023, Cash Cloud, Inc. dba Coin Cloud (the "Debtor") and the Official Committee of Unsecured Creditors ("UCC"), by and through their respective counsel, filed a *Joint Motion to Approve Settlement Agreement with Genesis Global Holdco, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "Motion").[1] Copies of the Motion and related pleadings are available at https://cases.stretto.com/CashCloud (the "Case Website").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that a hearing on the Motion will be held before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 2, Las Vegas, Nevada 89101, on **November 30, 2023** at the hour of **10:30 a.m.** Pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.

---

[1] Capitalized terms not defined herein have the meanings assigned to them in the Motion.

2

150456302.1

Dated this 13th day of October 2023.

**FOX ROTHSCHILD LLP**

By  /s/Brett A. Axelrod
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

and

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
**McDONALD CARANO LLP**
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Email: rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
**SEWARD & KISSEL LLP**
*admitted pro hac vice*
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Email:  ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

3

150456302.1