E-filed: October 13, 2023

Robert R. Kinas (NV Bar No. 6019)
Charles E. Gianelloni (NV Bar No. 12747)
Alexis R. Wendl (NV Bar No. 15351)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       cgianelloni@swlaw.com
       awendl@swlaw.com

Sean A. O'Neal (NY Bar No. 3979267)
*Admitted Pro Hac Vice*
Jane VanLare (NY Bar No. 4610655)
*Admitted Pro Hac Vice*
Michael Weinberg (NY Bar No. 5724497)
*Admitted Pro Hac Vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: soneal@cgsh.com
Email: jvanlare@cgsh.com
Email: mdweinberg@cgsh.com

*Attorneys for Genesis Global Holdco, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC., dba COIN CLOUD,<br><br>Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11<br><br>**SUPPLEMENT TO JOINT PRETRIAL STATEMENT RELATING TO TRIAL**<br><br>**Hearing Date: October 16-17, 2023**<br><br>**Hearing Time: 9:30 a.m.** |

Genesis Global Holdco, LLC ("Genesis"), Enigma Securities Limited ("Enigma"), Cash Cloud, Inc. ("Debtor"), and the Official Committee of Unsecured Creditors (the "Committee" and, collectively with Genesis, Enigma, and the Debtor, the "Parties"), by and through their respective

counsel, submit the following supplement to the *Joint Pretrial Statement Relating to Trial* [ECF No. 1361] ("Statement") as follows:

Enigma's Exhibit List with Debtor and the Committee's objections is attached hereto as **Exhibit 6**.

DATED this 13th day of October 2023.

**SNELL & WILMER L.L.P.**

*/s/ Robert R. Kinas*
Robert R. Kinas (NV Bar No. 6019)
Charles E. Gianelloni (NV Bar No. 12747)
Alexis R. Wendl (NV Bar No. 15351)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Email: rkinas@swlaw.com
Email: cgianelloni@swlaw.com
Email: awendl@swlaw.com
*Attorneys for Genesis Global Holdco, LLC*

DATED this 13th day of October 2023.

**MORRISON & FOERSTER LLP**

*/s/ Andrew Kissner*
Gary Lee (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner (*Admitted Pro Hac Vice*)
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601
Email: glee@mofo.com
Email: akissner@mofo.com

-and-

**SHEA LARSEN**
James Patrick Shea (NV Bar No. 405)
Bart K. Larsen (NV Bar No. 8538)
Kyle M. Wyant (NV Bar No. 14652)
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Email: jshea@shea.law
Email: blarsen@shea.law
Email: kwyant@shea.com
*Attorneys for Enigma Securities Limited*

DATED this 13th day of October 2023.

**FOX ROTHSCHILD LLP**

*/s/ Brett A. Axelrod*
Brett A. Axelrod (NV Bar No. 5859)
Daniel Mann (NV Bar No. 15594)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Email: baxelrod@foxrothschild.com
Email: dmann@foxrothschild.com
*Attorneys for Cash Cloud, Inc. dba Coin Cloud*

DATED this 13th day of October 2023.

**SEWARD & KISSEL LLP**

*/s/ Catherine V. LoTempio*
John R. Ashmead (*Admitted Pro Hac Vice*)
Robert J. Gayda (*Admitted Pro Hac Vice*)
Catherine V. LoTempio (*Admitted Pro Hac Vice*)
Andrew J. Matott (*Admitted Pro Hac Vice*)
One Battery Park Plaza
New York, NY 10004
Email: ashmead@sewkis.com
Email: lotempio@sewkis.com
Email: matott@sewkis.com

-and-

**MCDONALD CARANO LLP**
Ryan J. Works, Esq. (NV Bar No. 9224)
Amanda M. Perach (NV Bar No. 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Email: rworks@mcdonaldcarano.com
Email: aperach@mcdonaldcarano.com
*Attorneys for Official Committee of Unsecured Creditors*

4873-9832-0007