

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 16, 2023

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | : | Case No. BK-23-10423-mkn |
| | : | |
| CASH CLOUD, INC., dba COIN CLOUD, | : | Chapter 11 |
| | : | |
| Debtor. | : | **ORDER APPROVING STIPULATION TO CONTINUE HEARING DATE** |

Upon consideration of the *Stipulation to Continue Hearing Date* [ECF No. 1373] (the "**Stipulation**");

**IT IS HEREBY ORDERED** that:

1. The Hearing[1] on the Application shall be continued to November 1, 2023 at 9:30 a.m. (Pacific Time) as set forth in the Stipulation.

2. The Reply Deadline shall be continued to October 25, 2023 as set forth in the Stipulation.

**IT IS SO ORDERED.**

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

Prepared and respectfully submitted by:

| **FOX ROTHSCHILD LLP** | **HIRSCHLER FLEISCHER, P.C.** |
|---|---|
| */s/ Brett A. Axelrod* | */s/ Maurice B. VerStandig* |
| Brett A. Axelrod, Esq. | Robert S. Westermann, Esq. (admitted pro hac vice) |
| Nevada Bar No. 5859 | |
| Nicholas A. Koffroth, Esq. | Brittany B. Falabella (admitted pro hac vice) |
| Nevada Bar No. 16264 | 2100 East Cary Street |
| 190 Festival Plaza Drive, Suite 700 | Richmond, Virginia 23223 |
| Las Vegas, Nevada 89135 | |
| | and |
| *Counsel for the Debtor* | |
| | Maurice B. VerStandig, Esq. |
| | Nevada Bar No. 15346 |
| | The VerStandig Law Firm, LLC |
| | 452 W. Horizon Ridge Pkwy, #665 |
| | Henderson, Nevada 89012 |
| | |
| | *Counsel for Brink's Incorporated* |