**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 11 |
| CASH CLOUD, INC. dba COIN CLOUD | Case No. 23-10423 (MKN) |
| Debtor. | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On or before October 10, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Hearing on Joint Motion to Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019** (Docket No. 1305)

Dated: October 16, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is 10190 Covington Cross Dive, Las Vegas, NV 89144.

# **<u>Exhibit A</u>**



## Exhibit A
Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| Andrew Beneze | | 7239 SW 80th Ave | Tucson | AZ | 85712-5026 |
| Experimax Leesburg | Leesburg Fruit Stand LLC | 43591 Popes Creek Sq | Des Moines | IA | 50317-2557 |
| Head Hunters Smoke Shop - 108046 | Head Hunters Smoke Shop | 5846 E Speedway Blvd | Tucson | AZ | 85712-5026 |
| Head Hunters Smoke Shop #2 | | 5846 E Speedway Blvd | Leesburg | VA | 20176-6537 |
| Head Hunters Smoke Shop LLC | Attn: Aaron Gardner | 5846 E Speedway Blvd | Leesburg | VA | 20176-6537 |
| La Estrellita Inc | Attn: Patricia Chavez | 2286 Hubbell Ave | Olney | TX | 76374-2372 |
| Leesburg Fruit Stand LLC DBA Experimax | Attn: Allen Brown | 43591 Popes Creek Sq | Wake Forest | NC | 27587-6513 |
| Richard Schoenling | | 1716 Highpoint St | Olney | TX | 76374-2372 |

In re: Cash Cloud, Inc.
Case No. 23-10423 (MKN)