ROBERT A. MUSIALA, JR. ESQ.
BAKER & HOSTETLER LLP
One North Wacker Drive
Suite 4500
Chicago, IL 60606
Telephone: 312.416.6200
Facsimile: 312.416.6201
Email: rmusiala@bakerlaw.com

*Regulatory Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**CERTIFICATE OF NO OBJECTION REGARDING BAKER & HOSTETLER'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**<br><br>Hearing Date:   N/A<br>Hearing Time:   N/A |

**TO THE HONORABLE MIKE K. NAKAGAWA AND ALL PARTIES IN INTEREST:**

On August 23, 2023, the undersigned filed the monthly fee statement referenced above (the "Statement"), detailing fees for services rendered and expenses incurred by Baker & Hostetler, LLP ("B&H"), regulatory counsel to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), as summarized on **Exhibit A** attached hereto.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

150508824.1

1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

The undersigned certifies that no party filed an answer, objection or other responsive pleading in connection with the Statement on or before the respective Objection Deadline.[1]

Pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order") entered on March 20, 2023, and the *Order Authorizing Retention and Employment of Baker & Hostetler LLP as Regulatory Counsel to Debtor* [ECF No. 525] entered on May 5, 2023, Debtor is authorized to pay B&H eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Statement upon the filing of this certification of no objection and without the need for entry of an order by the Court approving the Statement.

Dated this 17th day of October 2023.

**BAKER & HOSTETLER LLP**

By:     /s/Robert A. Musiala
       Robert A. Musiala
       One North Wacker Drive
       Suite 4500
       Chicago, IL 60606
       Michael A. Sabella
       45 Rockefeller Plaza
       New York, NY 10111
       *Regulatory Counsel for Debtor*

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:     /s/Brett A. Axelrod
       BRETT A. AXELROD, ESQ.
       Nevada Bar No. 5859
       NICHOLAS A. KOFFROTH, ESQ.
       Nevada Bar No. 16264
       1980 Festival Plaza Drive, Suite 700
       Las Vegas, Nevada 89135
       *Counsel for Debtor*

---

[1] Pursuant to the Interim Compensation Procedures Order (as defined herein), Notice Parties (as defined therein) have twenty (20) days after the date of service of a monthly fee application (the "Objection Deadline") to object to the Applicant's requested fees and expenses.

150508824.1

# EXHIBIT A

**Summary of Baker & Hostetler LLP's
Monthly Fee Application
for Professional Fees and Expenses**

| Application Period | 80% of Fees in Application Period | 100 % of Expenses in Application Period | Total Authorized Amount | Date Filed & Served | Objection Deadline |
|---|---|---|---|---|---|
| 06/01/2023 through 6/30/2023 | $5,867.20 | $0 | $5,867.00 | 08/23/2023 | 09/12/2023 |

150508824.1