Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**STIPULATION TO VACATE HEARING ON MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO QUASH SUBPOENA FOR DOCUMENT PRODUCTION AND RULE 2004 EXAMINATION** |

  Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above captioned case (the "Chapter 11 Case"), by and through its counsel Brett Axelrod, Esq. of Fox Rothschild LLP; Chris McAlary ("McAlary"), by and through his counsel Justin Strother, Esq. of Diamond McCarthy LLP; and the Official Committee of Unsecured Creditors (the "Committee") by and through its counsel Ryan J. Works, Esq. of McDonald Carano LLP, hereby submit this Stipulation to Vacate the Motion of the Official Committee of Unsecured Creditors to Quash

Subpoena for Document Production and Rule 2004 Examination [ECF No. 1164] (the "Motion") currently scheduled for hearing on this Court's calendar - October 19, 2023 at 10:30 a.m. Pacific Time.

### RECITALS

1. WHEREAS, McAlary has withdrawn the Subpoena that triggered the Committee's Motion currently scheduled for hearing on October 19, 2023 at 10:30 a.m. Pacific Time;

2. WHEREAS, there is no need to continue with a hearing on the Motion as the issue is moot for now;

3. WHEREAS, as a result, the Parties desire to vacate the hearing of the Motion currently scheduled for October 19, 2023.

### STIPULATION

Based upon the foregoing, the Parties stipulate that the pending hearing on the Motion scheduled for October 19, 2023 at 10:30 a.m. Pacific Time be vacated.

| | |
|---|---|
| Dated October 17, 2023. | Dated October 17, 2023. |
| McDONALD CARANO LLP | FOX ROTHSCHILD LLP |
| /s/ Ryan J. Works<br>Ryan J. Works, Esq. (NSBN 9224)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102 | /s/ Brett A. Axelrod<br>Brett A. Axelrod, Esq. (NSBN 5859)<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135 |
| *Counsel for the Official Committee of Unsecured Creditors* | *Counsel to the Debtor and Debtor in Possession* |

Dated October 17, 2023.

DIAMOND McCARTHY LLP

/s/ Justin Strother
Allan B. Diamond, Esq.
Stephen T. Loden, Esq.
Christopher D. Johnson, Esq.
Justin Strother, Esq.
(*pro hac vice applications granted*)
909 Fannin Street, Suite 3700
Houston, Texas 77010

*Counsel for Chris McAlary*