
_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
October 18, 2023

_____

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**ORDER GRANTING STIPULATION TO VACATE HEARING ON MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO QUASH SUBPOENA FOR DOCUMENT PRODUCTION AND RULE 2004 EXAMINATION** |

Upon consideration of the Stipulation to Vacate Hearing on Motion of The Official Committee of Unsecured Creditors to Quash Subpoena For Document Production and Rule 2004 Examination (the "Stipulation") between Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP; Chris McAlary ("McAlary"), by and through his counsel Carlyon Cica CHTD. and Diamond McCarthy LLP; and the Official Committee of Unsecured Creditors (the "Committee," and together with the Debtor and McAlary, the "Parties"), by and through its counsel Seward & Kissel LLP and McDonald Carano LLP, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Stipulation is approved entirely.

**IT IS FURTHER ORDERED** that the Motion of The Official Committee of Unsecured Creditors to Quash Subpoena For Document Production and Rule 2004 Examination scheduled for October 19, 2023 at 10:30 a.m. is vacated.

**IT IS ORDERED.**

###

1  Prepared and respectfully submitted by:

2  McDONALD CARANO LLP

3  /s/ Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
4  Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
5  Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
6  aperach@mcdonaldcarano.com

7  SEWARD & KISSEL LLP
John R. Ashmead, Esq.
8  Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
9  Laura E. Miller, Esq.
Andrew J. Matott, Esq.
10 (*pro hac vice applications granted*)
One Battery Park Plaza
11 New York, NY 10004
ashmead@sewkis.com
12 gayda@sewkis.com
lotempio@sewkis.com
13 millerl@sewkis.com
matott@sewkis.com
14
*Counsel for Official Committee*
15 *of Unsecured Creditors*