| | |
|---|---|
| **CARLYON CICA CHTD.** | Allan B. Diamond, Esq. (*pro hac vice admitted*) |
| CANDACE C. CARLYON, ESQ. | Justin Strother, Esq. (*pro hac vice admitted*) |
| Nevada Bar No. 2666 | Christopher D. Johnson, Esq. (*pro hac vice admitted*) |
| DAWN M. CICA, ESQ. | **DIAMOND McCARTHY LLP** |
| Nevada Bar No. 4565 | 909 Fannin, Suite 3700 |
| 265 E. Warm Springs Road, Suite 107 | Houston, Texas 77010 |
| Las Vegas, NV 89119 | Phone: (713) 333-5100 |
| Phone: (702) 685-4444 | Email: adiamond@diamondmccarthy.com |
| Email: ccarlyon@caryloncica.com | justin.strother@diamondmccarthy.com |
| dcica@carlyoncia.com | chris.johnson@diamondmccarthy.com |

*Co-Counsel for Chris McAlary*     *Co-Counsel for Chris McAlary*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-MKN<br>Chapter 11<br><br>**CHRIS MCALARY'S NOTICE OF DEPOSITION OF DESIGNATED REPRESENTATIVE OF CASH CLOUD, INC., DBA COIN CLOUD**<br><br>**Date of Deposition: October 24, 2023**<br><br>**Time of Deposition: 9:00 a.m.** |

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure as made applicable by Rule 7030(b)(6) of the Federal Rules of Bankruptcy Procedure, Chris McAlary ("McAlary") will take the oral deposition of the designated representative of Cash Cloud, Inc., dba Coin Cloud (the "Debtor") at (time and location to be mutually agreed upon by the parties). The deposition will be recorded by stenographic means and will continue from day-to-day until completed. McAlary reserves the right to videotape the deposition. In accordance with its obligations under FRCP 30(b)(6), the Committee shall produce a representative with knowledge and ability to testify regarding the topics below.

**TOPICS FOR EXAMINATION**

1. The terms of the *Settlement Agreement and Mutual Release* (the "Settlement Agreement"), the *Promissory Note*, and the *Intercreditor Agreement* attached as exhibits to the *Joint Motion to Approve Settlement Agreement with Cole Kepro International, LLC, Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "9019 Motion").

2. Any analysis, evaluation, or assessment of the financial condition of Cole Kepro International, LLC ("Cole Kepro").

3. Any analysis, evaluation, or assessment of the claims of Cole Kepro against the Debtor.

4. Any analysis, evaluation, or assessment of the claims of the Debtor against Cole Kepro.

5. Any analysis, evaluation, or assessment of any offers to purchase the Debtor's claims against Cole Kepro, including any offers by McAlary.

6. Any communications between the Debtor and the Committee or the Debtor and Cole Kepro regarding settlement negotiations, the Settlement Agreement, or the 9019 Motion.

DATED this 18th day of October 2023.

**CARLYON CICA CHTD.**

  */s/ Dawn M. Cica, Esq.*
CANDACE C. CARYLON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Ste. 107
Las Vegas, Nevada 89119

*Co-Counsel for Chris McAlary*

**AND**

1
2   **DIAMOND McCARTHY LLP**
3
       /s/ Justin Strother
4   Allan B. Diamond, Esq. (*pro hac vice admitted*)
    Justin Strother, Esq. (*pro hac vice admitted*)
5   Christopher D. Johnson, Esq. (*pro hac vice admitted*)
6   DIAMOND McCARTHY LLP
    909 Fannin, Suite 3700
    Houston, Texas 77010
7
    *Co-Counsel for Chris McAlary*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

On October 18th, 2023, I served the following document(s):

**CHRIS MCALARY'S NOTICE OF DEPOSITION OF DESIGNATED REPRESENTATIVE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO RULE 7030(B)(6)**

I served the above document(s) by the following means to the persons as listed below:

    ☒    a.    ECF System:
    ☐    b.    United States mail, postage fully prepaid:
    ☐    c.    Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    By fax transmission:
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    By messenger:
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 18th, 2023.

By: */s/ Justin Strother*