LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

Attorneys for Interested Party
Brookfield Retail Properties, Inc.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.<br> d/b/a COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-MNK<br><br>Chapter: 11<br><br>**EX PARTE MOTION TO TERMINATE ELECTRONIC SERVICE**<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

Louis M. Bubala III of Kaempfer Crowell, counsel to Landlords affiliated with Brookfield Retail Properties, Inc., the owner or manager of multiple entity landlords with license agreements with debtor Cash Cloud, Inc., has completed its work for the client and requests the court terminate electronic service in this case.

DATED this 18th day of October, 2023.    KAEMPFER CROWELL

*/s/ Louis M. Bubala III*
Louis M. Bubala III
Counsel to Brookfield Retail Properties, Inc.

1