Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING STIPULATION TO VACATE HEARING ON MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO QUASH SUBPOENA FOR DOCUMENT PRODUCTION AND RULE 2004 EXAMINATION** |

PLEASE TAKE NOTICE that an *Order Granting Stipulation to Vacate Hearing on Motion of the Official Committee of Unsecured Creditors to Quash Subpoenas For Document Production and Rule 2004 Examination* [ECF No. 1393] was entered in the above-captioned case on the 18th day of October, 2023, a copy of which is attached hereto.

1  DATED this 18th day of October, 2023.

2  McDONALD CARANO LLP

4  By: /s/ Ryan J. Works
   Ryan J. Works, Esq. (NSBN 9224)
5  Amanda M. Perach, Esq. (NSBN 12399)
   2300 West Sahara Avenue, Suite 1200
6  Las Vegas, Nevada 89102
   rworks@mcdonaldcarano.com
7  aperach@mcdonaldcarano.com

8  John R. Ashmead, Esq.
   Robert J. Gayda, Esq.
9  Catherine V. LoTempio, Esq.
   Laura E. Miller, Esq.
10 Andrew J. Matott, Esq.
   (*pro hac vice applications granted*)
11 SEWARD & KISSEL LLP
   One Battery Park Plaza
12 New York, NY 10004
   ashmead@sewkis.com
13 gayda@sewkis.com
   lotempio@sewkis.com
14 millerl@sewkis.com
   matott@sewkis.com

16 *Counsel for Official Committee of Unsecured Creditors*



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 18, 2023

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**ORDER GRANTING STIPULATION TO VACATE HEARING ON MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO QUASH SUBPOENA FOR DOCUMENT PRODUCTION AND RULE 2004 EXAMINATION** |

Upon consideration of the Stipulation to Vacate Hearing on Motion of The Official Committee of Unsecured Creditors to Quash Subpoena For Document Production and Rule 2004 Examination (the "Stipulation") between Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP; Chris McAlary ("McAlary"), by and through his counsel Carlyon Cica CHTD. and Diamond McCarthy LLP; and the Official Committee of Unsecured Creditors (the "Committee," and together with the Debtor and McAlary, the "Parties"), by and through its counsel Seward & Kissel LLP and McDonald Carano LLP, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Stipulation is approved entirely.

**IT IS FURTHER ORDERED** that the Motion of The Official Committee of Unsecured Creditors to Quash Subpoena For Document Production and Rule 2004 Examination scheduled for October 19, 2023 at 10:30 a.m. is vacated.

**IT IS ORDERED.**

###

Prepared and respectfully submitted by:

McDONALD CARANO LLP

 /s/  Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

SEWARD & KISSEL LLP
John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*