BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | ***AMENDED* AGENDA REGARDING MATTERS SCHEDULED FOR HEARING ON OCTOBER 19, 2023 AT 10:30 A.M.** |

Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, hereby files this *Amended Agenda Regarding Matters Scheduled for Hearing on October 19, 2023 at 10:30 a.m.*

    1.    *Objection To Claim Number 136 Filed By Thorntons LLC* (the "**Objection to Thorntons Claim**") [ECF No. 1041].

Related Documents:
A.    *Declaration of Daniel Ayala* [ECF No. 1042]; and
B.    *Notice of Hearing* [ECF No. 1044].

Objections/Responses Filed:
A.    None.

This claim objection has been resolved and an order approved by claimant will be submitted.

150530909.1

1

2. *Debtor's Objection to Administrative Expense Claim of AVT Nevada, L.P.* (the "**Objection to AVT Admin Claim**") [ECF No. 1258].

   Related Documents:
   A.  *Declaration of Brett A. Axelrod* [ECF No. 1259];
   B.  *Notice of Hearing* [ECF No. 1260].

   Objections/Responses Filed:
   A.  *Response to Debtor's Objection to Administrative Expense Claim* [ECF No. 1351];
   B.  *Declaration of Dan Burris in Support of AVT's Response to Debtor's Objection to Administrative Expense Claim* [ECF No. 1352]; and
   C.  *Reply in Support of Debtor's Objection to Administrative Expense Claim of AVT Nevada, L.P.* [ECF No. 1372]

3. *Debtors Motion For Entry Of An Order Pursuant To 11 U.S.C. § 554(a) Authorizing The Debtor To Abandon Certain Property Held By Gregory M. Parker, Inc.* (the "**Motion to Abandon**") [ECF No. 1271].

   Related Documents:
   A.  *Declaration of Daniel Ayala* [ECF No. 1272]; and
   B.  *Notice of Hearing* [ECF No. 1273].

   Objections/Responses Filed:
   A.  None.

4. *Debtors Omnibus Objection To Late Filed And Non-Compliant Administrative Expense Claims* (the "**Omnibus Objection to Late Filed Claims**") [ECF No. 1277].

   Related Documents:
   A.  *Declaration of Daniel Ayala* [ECF No. 1278]; and
   B.  *Notice of Hearing* [ECF No. 1279].

   Objections/Responses Filed:
   A.  Good 2 Go Stores Response *to Debtor's Omnibus Objection to Late Filed Administrative Expense Claim* [ECF No. 1346];
   B.  Eric E. Brage Jr.'s *Objection to Debtor's Omnibus Objection to Late Filed Administrative Expense Claim* [ECF No. 1349];
   C.  James Favors *Objection to Debtor's Omnibus Objection to Late Filed Administrative Expense Claim* [ECF No. 1350]; and
   D.  Omnibus Reply *in Support of Debtor's Omnibus Objection To Late Filed And Non-Compliant Administrative Expense Claims* [ECF No. 1367].

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

5. *Objection To Claim Number 168 Filed By C&S Wholesale Grocers LLC* (the "**Objection to Claim 168**") [ECF No. 1288]**.**

Related Documents:
A. *Declaration of Daniel Ayala* [ECF No. 1289]; and
B. *Notice of Hearing* [ECF No. 1290].

Objections/Responses Filed:
A. *None.*

This claim objection has been resolved and an order approved by claimant will be submitted.

Pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#. Copies of all pleadings are available at https://cases.stretto.com/CashCloud (the "Case Website").

DATED this 18th day of October 2023.

               **FOX ROTHSCHILD LLP**

               By:     */s/Brett Axelrod*
                   BRETT A. AXELROD, ESQ.
                   Nevada Bar No. 5859
                   NICHOLAS A. KOFFROTH, ESQ.
                   Nevada Bar No. 16264
                   1980 Festival Plaza Drive, Suite 700
                   Las Vegas, Nevada 89135
               *Counsel for Debtor*

150530909.1