

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 18, 2023

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
 dcica@carlyoncica.com
*Co-Counsel for Chris McAlary*

**DIAMOND MCCARTHY LLP**
Allan B. Diamond, Esq.
(*pro hac vice admitted*)
Christopher D. Johnson, Esq.
(*pro hac vice admitted*)
Justin Strother, Esq.
(*pro hac vice forthcoming*)
909 Fannin, Suite 3700
Houston, Texas 77010
Email:adiamond@diamondmccarthy.com
chris.johnson@diamondmccarthy.com
justin.strother@diamondmccarthy.com
*Co-Counsel for Chris McAlary*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

CASH CLOUD, INC.,
dba COIN CLOUD,

Debtor.

Case No.: Case No. BK-S-23-10423-MKN

Chapter 11

**ORDER APPROVING STIPULATION EXTENDING DEADLINES TO THE DEBTOR'S OBJECTION TO THE ADMINISTRATIVE EXPENSE CLAIM OF CHRISTOPHER MCALARY**

The Court having reviewed and considered the *Stipulation Extending Deadlines to the Debtor's Objection to the Administrative Expense Claim of Christopher McAlary* (the "Stipulation") between, Christopher McAlary ("McAlary"), by and through his counsel, the law firm of Carlyon Cica, Chtd., and Cash Cloud, Inc. ("Debtor" and, together with McAlary, the

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

1    "Parties") by and through its undersigned counsel, the law firm of Fox Rothschild LLP, and for

2    good cause appearing:

3        **IT IS HEREBY ORDERED** that the Stipulation[1] [ECF No. 1395] attached hereto as

4    Exhibit 1 is approved in its entirety.

5        **IT IS FURTHER ORDERED** that the deadline for McAlary to file a response to the

6    Objection is extended to October 23, 2023.

7        **IT IS FURTHER ORDERED** that the deadline for the Debtor to file a reply is extended

8    to October 30, 2023.

9        **IT IS SO ORDERED.**

10   **CARLYON CICA CHTD.**                    **FOX ROTHSCHILD LLP**

11

12   By: /s /*Dawn M. Cica, Esq.*              By: /s/*Brett A. Axelrod, Esq.*
     CANDACE C. CARLYON, ESQ.                  BRETT A. AXELROD, ESQ.

13   Nevada Bar No.2666                        Nevada Bar No. 5859
     DAWN M. CICA, ESQ.                        NICHOLAS A. KOFFROTH, ESQ.

14   Nevada Bar No. 4565                       Nevada Bar No. 16264
     265 E. Warm Springs Road, Suite 107       1980 Festival Plaza Drive, Suite 700

15   Las Vegas, NV 89119                        Las Vegas, Nevada 89135

16   *Counsel for Christopher McAlary*          *Counsel for Debtor*

17

18

19

20

21

22

23

24

25

26

27
     ───────────────────────
28   [1] Terms capitalized herein but not defined have the definitions set forth in the Stipulation.

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

2

# EXHIBIT "1"

# EXHIBIT "1"

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
dcica@carlyoncica.com
*Co-Counsel for Chris McAlary*

**DIAMOND MCCARTHY LLP**
Allan B. Diamond, Esq.
(*pro hac vice admitted*)
Christopher D. Johnson, Esq.
(*pro hac vice admitted*)
Justin Strother, Esq.
(*pro hac vice forthcoming*)
909 Fannin, Suite 3700
Houston, Texas 77010
Email:adiamond@diamondmccarthy.com
chris.johnson@diamondmccarthy.com
justin.strother@diamondmccarthy.com
*Co-Counsel for Chris McAlary*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: Case No. BK-S-23-10423-MKN |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| Debtor. | **STIPULATION EXTENDING DEADLINES RELATED TO THE DEBTOR'S OBJECTION TO THE ADMINISTRATIVE EXPENSE CLAIM OF CHRISTOPHER MCALARY** |

Christopher McAlary ("Mr. McAlary"), by and through his counsel, the law firm of Carlyon Cica, Chtd., and Cash Cloud, Inc. ("Debtor" and, together with McAlary, the "Parties") by and through its undersigned counsel, the law firm of Fox Rothschild LLP, hereby stipulate and agree as follows (the "Stipulation"):

*(sidebar, vertical text)* CARLYON CICA CHTD. 265 E. Warm Springs Road, Suite 107 Las Vegas, NV 89119

1

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

**RECITALS**

A. WHEREAS, on July 20, 2023, Mr. McAlary filed his *Administrative Expense Claim* [ECF No.894] seeking allowance of an administrative expense claim in the amount of $136,961.48 (the "Administrative Claim").

B. WHEREAS, on September 19, 2023, the Debtor filed its *Objection the Administrative Expense Claim of Christopher* McAlary (the "Objection") [ECF 1256].

C. WHEREAS, on October 5, 2023, the Court entered its *Order Approving Stipulation Regarding Various Hearings and Discovery Issues*, in part setting the hearing on the Administrative Claim and the Objection for November 1, 2023 at 9:30 a.m.

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

1.      The deadline for McAlary to file a response to the Objection is extended to October 23, 2023; and

2.      The deadline for the Debtor to file a reply is extended to October 30, 2023.

**IT IS SO STIPULATED AND AGREED.**

**CARLYON CICA CHTD.**                    **FOX ROTHSCHILD LLP**


By: /s /*Dawn M. Cica, Esq.*               By: /s/*Brett A. Axelrod, Esq.*
CANDACE C. CARLYON, ESQ.          BRETT A. AXELROD, ESQ.
Nevada Bar No.2666                         Nevada Bar No. 5859
DAWN M. CICA, ESQ.                      NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 4565                        Nevada Bar No. 16264
265 E. Warm Springs Road, Suite 107   1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89119                       Las Vegas, Nevada 89135

*Counsel for Christopher McAlary*          *Counsel for Debtor*

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I am an employee of Carlyon Cica Chtd.  On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE:  Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL:  By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER:  By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE:  By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Cristina Robertson_____
An employee of Carlyon Cica Chtd.

3