

_____
Mary A. Schott
Clerk of Court

Entered on Docket
October 19, 2023
_____

NVB 5003 (Rev. 4/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

CASH CLOUD, INC.
    dba COIN CLOUD

                Debtor(s)

BK−23−10423−mkn
CHAPTER 11

NOTICE AND ORDER AUTHORIZING DESTRUCTION OF EXHIBITS

Hearing Date: October 16, 2023
Hearing Time: 9:30 AM

**NOTICE IS GIVEN** that, pursuant to LR 5003(b)(5), if the exhibits received in this case regarding Evidentiary Hearing re: Surcharge, Derivative Standing and Administrative Claim Motions are not withdrawn twenty−one (21) days after the time for appeal has expired, the clerk, upon closing of the case, will destroy or make other disposition as the court may direct of any such exhibits without further notice.

Exhibits marked for identification or admitted into evidence during proceeding: Exhibit Log #23−011−mkn

Noticed to:
BRETT A. AXELROD
FOX ROTHSCHILD LLP
1980 FESTIVAL PLAZA DR., STE. 700
LAS VEGAS, NV 89135

RYAN J. WORKS
McDONALD CARANO LLP
2300 WEST SAHARA AVENUE, SUITE 1200
LAS VEGAS, NV 89102

ROBERT R. KINAS
SNELL & WILMER LLP
3883 HOWARD HUGHES PARKWAY #1100
LAS VEGAS, NV 89169

ANDREW KISSNER
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019−3601

CATHERINE V. LOTEMPIO

SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

KYLE M. WYANT
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

###