BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.  BK-23-10423-mkn |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| Debtor. | **APPELLEE'S DESIGNATION OF<br>RECORD ON APPEAL** |

Cash Cloud, Inc., dba Coin Cloud (the "Debtor" or "Appellee"), debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), by and through its counsel, the law firm of Fox Rothschild LLP, hereby submits *Appellee's Designation of Record on Appeal* pursuant to Federal Rule of Bankruptcy Procedure 8006 and Local Rule 8006, in connection with the appeal filed by Christopher McAlary ("McAlary" or "Appellant") from the *Order on Motion to Convert Case to Chapter 7* [Docket No. 1249].

In addition to the items previously designated by McAlary at Docket No. 1370 (the "Appellant's Designation"), Debtor hereby designates as additional items to be included in the record on appeal the following:

1

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 02/08/2023 | 35 | Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims |
| 02/08/2023 | 36 | Declaration Of: Christopher Andrew McAlary in support of Motion for Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Senior Secured, Superpriority Financing; (II) Granting Liens and Superpriority Claims |
| 06/16/2023 | 710 | Emergency Motion For Order Authorizing Debtor's Entry Into Interim Management Services Agreement Pending Approval Of Sale Of Debtor's Assets |
| 06/19/2023 | 730 | Amended Motion for Order: (A) Confirming Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group, LLC, and Genesis Coin, Inc., Free and Clear of Liens Claims, Encumbrances, and Other Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief |
| 08/03/2023 | 1009 | Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors with Respect to Certain Actions |
| 08/08/2023 | 1043 | Objection of the Official Committee of Unsecured Creditors to the Ex Parte Application for Order Shortening Time for Hearing on Motion to Convert Case to Chapter 7 |
| 08/09/2023 | 1050 | Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors With Respect to Certain Actions |
| 08/15/2023 | 1073 | Response of the Official Committee of Unsecured Creditors to Opposition to Approval of Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors with Respect to Certain Actions |
| 08/15/2023 | 1076 | Debtor's Joinder in the Response of the Official Committee of Unsecured Creditors to Opposition to Approval of Stipulation Granting Derivative Standing to the Official Committee of Unsecured Creditors with Respect to Certain Actions |
| 08/24/2023 | 1119 | Order On Opposition To Approval Of Stipulation Granting Derivative Standing To The Official Committee Of Unsecured Creditors With Respect To Certain Actions |
| 09/01/2023 | 1164 | Motion of the Official Committee of Unsecured Creditors to Quash Subpoena for Document Production and Rule 2004 Examination |
| 06/14/2023 | POC 123 | Proof of Claim filed by Christopher McAlary |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

150549564.1

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| 09/01/2023 | ADV 01 | Complaint against Christopher McAlary; Adversary Proceeding No. 23-01125 |

DATED this 19th day of October 2023.

**FOX ROTHSCHILD LLP**

By: _____*/s/Brett Axelrod*_____
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

150549564.1