_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 20, 2023

___

LOUIS M. BUBALA III, NV Bar 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

Attorneys for Interested Party
Brookfield Retail Properties, Inc.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.<br>  d/b/a COIN CLOUD,<br><br>                    Debtor. | Case No.: 23-10423-mkn<br><br>Chapter:   11<br><br>**ORDER GRANTING EX PARTE MOTION TO TERMINATE ELECTRONIC SERVICE** |

   On October 18, 2023, Louis M. Bubala III of Kaempfer Crowell, counsel to Landlords affiliated with Brookfield Retail Properties, Inc., the owner or manager of multiple entity landlords with license agreements with debtor Cash Cloud, Inc., moved to terminate the electronic service. The Court, having considered the request and finding good cause, hereby GRANTS the motion. IT IS ORDERED that the clerk of the court shall remove Mr. Bubala from the electronic service list for Brookfield Retail Properties, Inc.

                                                                        # # #

Submitted by                                                KAEMPFER CROWELL

                                                                        /s/ Louis M. Bubala III
                                                                        Louis M. Bubala III
                                                                        Counsel to Brookfield Retail Properties, Inc.

1