_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 20, 2023

_____

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
 dcica@carlyoncica.com
*Co-Counsel for Chris McAlary*

**DIAMOND MCCARTHY LLP**
Allan B. Diamond, Esq.
(*pro hac vice admitted*)
Christopher D. Johnson, Esq.
(*pro hac vice admitted*)
Justin Strother, Esq.
(*pro hac vice forthcoming*)
909 Fannin, Suite 3700
Houston, Texas 77010
Email:adiamond@diamondmccarthy.com
chris.johnson@diamondmccarthy.com
justin.strother@diamondmccarthy.com
*Co-Counsel for Chris McAlary*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.: Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO EXTEND OPPOSITION DEADLINES TO JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT WITH COLE KEPRO INTERNATIONAL, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 [ECF NO. 1295]**<br><br>Hearing Date: November 1, 2023<br>Hearing Time: 9:30 a.m. |
|---|---|

The Court having reviewed and considered the *Stipulation to Extend Opposition Deadlines to Joint Motion to Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019* [ECF No. 1295] (the "Stipulation") between, Chris McAlary ("McAlary"), Cash Cloud, Inc. ("Debtor"), and the Official Committee of Unsecured Creditors (the "Committee") and for good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation[1] [ECF No.1408] attached hereto as Exhibit 1 is approved in its entirety.

**IT IS FURTHER ORDERED**. Mr. McAlary has until October 20, 2023 to file his opposition to the Joint Motion to Approve Settlement Agreement with Cole Kepro International, LLC [ECF No. 1295].

**IT IS SO ORDERED.**

**CARLYON CICA CHTD.**

By: */s/ Dawn M. Cica*
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

*Counsel for Christopher McAlary*

**SEWARD & KISSEL LLP**

By: */s/ Laura E. Miller*
John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)

-and-

**FOX ROTHSCHILD LLP**

By: */s/ Brett A. Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
DANIEL MANN, ESQ.
Nevada Bar No. 15594
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

*Counsel for Debtor*

---

[1] Terms capitalized herein but not defined have the definitions set forth in the Stipulation.

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

2

**MCDONALD CARANO LLP**
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
*Counsel for Official Committee of Unsecured Creditors*

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

# EXHIBIT 1

| | |
|---|---|
| **CARLYON CICA CHTD.**<br>CANDACE C. CARLYON, ESQ.<br>Nevada Bar No. 2666<br>DAWN M. CICA, ESQ.<br>Nevada Bar No. 4565<br>265 E. Warm Springs Road, Suite 107<br>Las Vegas, NV 89119<br>Phone: (702) 685-4444<br>Email:  ccarlyon@carlyoncica.com<br>  dcica@carlyoncica.com<br>*Co-Counsel for Chris McAlary* | **DIAMOND MCCARTHY LLP**<br>Allan B. Diamond, Esq.<br>(*pro hac vice admitted*)<br>Christopher D. Johnson, Esq.<br>(*pro hac vice admitted*)<br>Justin Strother, Esq.<br>(*pro hac vice forthcoming*)<br>909 Fannin, Suite 3700<br>Houston, Texas 77010<br>Email: adiamond@diamondmccarthy.com<br>chris.johnson@diamondmccarthy.com<br>justin.strother@diamondmccarthy.com<br>*Co-Counsel for Chris McAlary* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>      Debtor. | Case No.: Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND OPPOSITION DEADLINES TO JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT WITH COLE KEPRO INTERNATIONAL, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 [ECF NO. 1295]**<br><br>Hearing Date: November 1, 2023<br>Hearing Time: 9:30 a.m. |

Chris McAlary ("McAlary"), by and through his counsel, the law firm of Carlyon Cica, Chtd.; Cash Cloud, Inc. ("Debtor") by and through its counsel Brett Axelrod, Esq. of Fox Rothschild LLP; and the Official Committee of Unsecured Creditors (the "Committee") by and through its counsel Ryan J. Works, Esq. of McDonald Carano LLP hereby stipulate and agree as follows (the "Stipulation"):

1

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

# RECITALS

WHEREAS, on September 22, 2023, Debtor and the Committee filed a Joint Motion to Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 (the "<u>9019 Motion</u>") [ECF No. 1295].

WHEREAS, the hearing on the Joint Motion to Approve Settlement Agreement with Cole Kepro International, LLC [ECF No. 1295] is set for November 1, 2023 at 9:30 a.m.

WHEREAS, the current deadline for McAlary to file his Opposition ("<u>Opposition</u>") and collectively with the Response, (the "<u>Responses</u>") to the Joint Motion to Approve Settlement Agreement with Cole Kepro International, LLC [ECF No. 1295] is October 19, 2023.

WHEREAS, The Parties have conferred and agreed to extend the opposition deadline in connection with the 9019 Motion.

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

**IT IS HEREBY STIPULATED** that the deadline for Mr. McAlary to file his Opposition to the 9019 Motion is extended to October 20, 2023.

**IT IS SO STIPULATED AND AGREED.**

| **CARLYON CICA CHTD.** | **FOX ROTHSCHILD LLP** |
|---|---|
| By: /s/ *Dawn M. Cica* <br> CANDACE C. CARLYON, ESQ. <br> Nevada Bar No.2666 <br> DAWN M. CICA, ESQ. <br> Nevada Bar No. 4565 <br> 265 E. Warm Springs Road, Suite 107 <br> Las Vegas, NV 89119 <br> *Counsel for Christopher McAlary* | By: */s/ Brett A. Axelrod* <br> BRETT A. AXELROD, ESQ. <br> Nevada Bar No. 5859 <br> DANIEL MANN, ESQ. <br> Nevada Bar No. 15594 <br> NICHOLAS A. KOFFROTH, ESQ. <br> Nevada Bar No. 16264 <br> *Counsel for Debtor* |

**SEWARD & KISSEL LLP**

By: */s/ Laura E. Miller*
John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)

-and-

**MCDONALD CARANO LLP**
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
*Counsel for Official Committee of Unsecured Creditors*

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

3

**CERTIFICATE OF SERVICE**

I am an employee of Carlyon Cica Chtd. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

/s Cristina Robertson_____
An employee of Carlyon Cica Chtd.

4