**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email: ccarlyon@carlyoncica.com
           dcica@carlyoncica.com

*Counsel for Chris McAlary*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: Case No. BK-S-23-10423-MKN |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF HEARING ON MOTION TO RECONSTITUTE THE OFFICIAL UNSECURED CREDITORS' COMMITTEE** |
| | Hearing Date:  December 13, 2023 Hearing Time: 9:30 a.m. |

     **NOTICE IS HEREBY GIVEN** that on October 19, 2023, Chris McAlary ("McAlary") filed a *Motion to Reconstitute the Official Unsecured Creditors' Committee* [ECF No. 1413] (The "Motion"). A copy of the Motion may be obtained from McAlary's counsel at the contact information appearing on the top left-hand corner of this page or copies of the Motion and related pleadings are available at https://cases.stretto.com/CashCloud (the "Case Website").

     The hearing on the Motion will be held on the **13th** day of **December 2023, at 9:30 a.m.** before a United States Bankruptcy Judge. The hearing may be held telephonically or via videoconferencing. The telephone conference line is (669) 254-5252, Meeting ID 161 062 2560 Passcode 029066#.

     **PLEASE TAKE FURTHER NOTICE** that any response to the Motion and the relief requested therein, must be filed and served no later than 14 days prior to the hearing pursuant to

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

Local Rule 9014(d)(1) which provides:

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> - The court may *rule against you* without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Objection may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noticed hearing or any adjournment thereof, and the court may approve modifications at the hearing or any continued hearing.

Respectfully submitted this 20th day of October, 2023.

**CARLYON CICA CHTD.**

*/s/ Candace Carlyon*
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, Nevada 89119
Telephone: (702) 685-4444,
Email:  Ccarlyon@CarlyonCica.com

*Counsel for Chris McAlary*

## CERTIFICATE OF SERVICE

I am an employee of Carlyon Cica Chtd.  On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE:  Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL:  By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER:  By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE:  By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Cristina Robertson*_____
An employee of Carlyon Cica Chtd.

3