Rob Phillips (SBN 8225)
FisherBroyles, LLP
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
702.518.1239
rob.phillips@fisherbroyles.com

*Counsel for Powerhouse TSSP, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | )<br>) BK-S-23-10423-MKN |
| **Cash Cloud, Inc.** | )<br>) **Chapter 11**<br>)<br>) **NOTICE OF HEARING ON MOTION**<br>) **FOR LEAVE TO FILE LATE**<br>) **PROOF OF ADMINISTRATIVE**<br>) **CLAIM OR, IN THE ALTERNATIVE,**<br>) **FOR AN ORDER VACATING THE**<br>) **ADMINISTRATIVE CLAIM BAR**<br>) **DATE**<br>)<br>) Hearing Date: November 30, 2023<br>) Hearing Time: 10:30 AM<br>) Estimated Time for Hearing: 1 hour |
| **Debtor.** | ) |

**PLEASE TAKE NOTICE** that on the 20th day of October 2023, Powerhouse TSSP, LLC (the "Movant"), by and through its counsel, filed its Motion for Leave to File Late Proof of Administrative Claim or, in the Alternative, For an Order Vacating the Administrative Claim Bar Date (the "Motion").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion ***no later than 14***

1

*days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on **November 30, 2023** at **10:30 a.m. prevailing Pacific time**. Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.

This 20th day of October, 2023.                         FisherBroyles, LLP

                                                         */s/     Rob L. Phillips*
                                                         Rob Phillips
                                                         3753 Howard Hughes Parkway, Suite 200
                                                         Las Vegas, NV 89169
                                                         Tel: 702.518.1239
                                                         rob.phillips@fisherbroyles.com

                                                         *Counsel for Powerhouse TSSP, LLC*