Rob Phillips (SBN 8225)
FisherBroyles, LLP
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
702.518.1239
rob.phillips@fisherbroyles.com

*Counsel for Powerhouse TSSP, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | BK-S-23-10423-MKN |
| **Cash Cloud, Inc.** | Chapter 11 |
| | **DECLARATION OF OFIR HAGAY IN SUPPORT OF MOTION FOR LEAVE TO FILE LATE PROOF OF ADMINISTRATIVE CLAIM OR, IN THE ALTERNATIVE, FOR AN ORDER VACATING THE ADMINISTRATIVE CLAIM BAR DATE** |
| **Debtor.** | |

## AFFIDAVIT OF Ofir Hagay

I, Ofir Hagay, appearing before the undersigned notary and being duly sworn, hereby declare upon my own personal knowledge:

1. I am over the age of 18 and make this Affidavit voluntarily. The statements contained herein are from my own personal knowledge and are true and correct.

2. I am the Manager of Powerhouse TSSP, LLC ("Powerhouse TSSP").

3. This Affidavit is written in support of the Motion for Leave to File Late Proof of Administrative Claim or, in the Alternative, for an Order Vacating the Administrative Claim Bar Date Order (the "Motion").

4. I investigated whether and when Powerhouse TSSP received any notice of the Administrative Claim Bar Date (as such term is defined in the Motion). Upon such investigation, I determined that, on or about August 7, 2023, Powerhouse TSSP received a copy of the Notice of Entry of Administrative Claim Bar Date Order Establishing a Deadline to File Administrative Expense Claims Against the Debtor (Docket No. 824) via U.S. First Class Mail. No other or prior notice of the Administrative Claim Bar Date was received by Powerhouse TSSP.

FURTHER AFFIANT SAYETH NOT

_____
Ofir Hagay

Sworn and subscribed before me this 16 day of October, 2023.

STATE OF Nevada      )
                     )ss
COUNTY OF Clark      )

My Commission Expires:

06/03/2025

_____
Notary Public in and for
said County and State

Print Notary's Name:
Borislav Stojanov

BORISLAV STOJANOV
Notary Public-State of Nevada
APPT. NO. 21-8171-01
My Appt. Expires 06-03-2025