RECEIVED AND FILED

OCT 18 2023

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

United State Bankruptcy Court

District Of Nevada

Varanise Booker,

    Plaintiff

-against-

Cash Cloud, INC.,

dba Coin Cloud

    Debtor

Case No. BK – 23-10423-mkn

Chapter 11

Plaintiff's Affidavit/Affirmation in Opposition to

Debtor's Omnibus Objection to Late Filed

And Non-Compliant Administrative Expense Claims

Hearing Date: October 19, 2023

Hearing Time: 10:30 am

State Of Kentucky

        SS.

County of Jefferson

Varanise Booker, affirms the following under penalty of perjury:

or

being duly, deposes and says:

1. I am the plaintiff in this action, and I respectfully submit this affidavit/affirmation in opposition to the motion entered on 09/20/2023, made by Fox Rothschild LLP.
2. I have personal knowledge of the facts which bear on this motion.
3. The motion should be denied because I did not receive the information in a timely manner to prepare the requested information. I continue to receive information late. I am not an attorney, and the material has been difficult for me to interpret. Currently, I am unable to obtain a lawyer. The wording of these documents is very misleading. It led me to believe that I only needed to be present at the hearing to be heard and no further action was needed. After speaking with a paralegal, it was strongly suggested a written respond is needed, it was recommended I also attend the hearing via teleconference on Oct 19, 2023. Going forward plans is to seek a legal person to review all new documents. In view of the foregoing, it is respectfully submitted that the motion should be denied.

I declare under penalty of perjury that the following is true and correct.

Date: 10/03/2023

(signature)

Varanise Booker

14308 Willow Grove Circle

Louisville, Ky 40245

OR:

Sworn to me before this __3__ day of __Oct__, 20__23__

(signature)

KATHY SALKELD
Notary Public
Commonwealth of Kentucky
Commission Number KYNP47361
My Commission Expires Mar 21, 2026

Notary Public