**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
 dcica@carlyoncica.com
*Co-Counsel for Chris McAlary*

**DIAMOND MCCARTHY LLP**
Allan B. Diamond, Esq.
(*pro hac vice admitted*)
Christopher D. Johnson, Esq.
(*pro hac vice admitted*)
Justin Strother, Esq.
(*pro hac vice forthcoming*)
909 Fannin, Suite 3700
Houston, Texas 77010
Email:adiamond@diamondmccarthy.com
chris.johnson@diamondmccarthy.com
justin.strother@diamondmccarthy.com
*Co-Counsel for Chris McAlary*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: Case No. BK-S-23-10423-MKN |
| CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Chapter 11<br><br>**STIPULATION TO ALLOW ADMINISTRATIVE EXPENSE CLAIM**<br><br>**Hearing Date: November 1, 2023**<br>**Hearing Time  9:30 A.M.** |

Chris McAlary ("McAlary"), by and through his counsel, the law firm of Carlyon Cica, Chtd., and Cash Cloud, Inc. ("Debtor" and, together with McAlary, the "Parties") by and through its undersigned counsel, the law firm of Fox Rothschild LLP, hereby stipulate and agree as follows (the "Stipulation"):

1

## RECITALS

WHEREAS, on July 20, 2023, McAlary filed his Administrative Expense Claim [ECF No. 894] seeking allowance of an administrative expense claim (the "<u>Administrative Expense Claim</u>");

WHEREAS, on September 19, 2023, the Debtor filed its Objection to the Administrative Expense Claim of Christopher McAlary (the "<u>Objection</u>") [ECF 1256]; and

WHEREAS, on October 5, 2023, the Court entered its Order Approving Stipulation Regarding Various Hearings and Discovery Issues, in part setting the hearing on the Objection for November 1, 2023 at 9:30 a.m. (the "<u>Hearing</u>") [ECF No. 1347];

WHEREAS, the Parties having negotiated in good faith, the Parties have resolved the Objection on the terms set forth herein.

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that:

1. The Administrative Claim shall be allowed in the amount of $35,853.04 (the "Allowed Administrative Claim").
2. The Allowed Administrative Claim may be setoff against any final judgment or settlement in the Adversary: Official Committee of Unsecured Creditors of Cash Cloud, Inc. dba Coin Cloud v. Christoper McAlary, BK-23-10423-MKN.
3. The Hearing is vacated.

**IT IS SO STIPULATED AND AGREED.**

| **CARLYON CICA CHTD.** | **FOX ROTHSCHILD LLP** |
|---|---|
| By: /s/ *Dawn M. Cica, Esq.* <br> CANDACE C. CARLYON, ESQ. <br> Nevada Bar No.2666 <br> DAWN M. CICA, ESQ. <br> Nevada Bar No. 4565 <br><br> *Counsel for Christopher McAlary* | By: */s/ Brett A. Axelrod, Esq.* <br> BRETT A. AXELROD, ESQ. <br> Nevada Bar No. 5859 <br> DANIEL MANN, ESQ. <br> Nevada Bar No. 15594 <br> NICHOLAS A. KOFFROTH, ESQ. <br> Nevada Bar No. 16264 <br><br> *Counsel for Debtor* |

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

2

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

## CERTIFICATE OF SERVICE

I am an employee of Carlyon Cica Chtd. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

/s Cristina Robertson
An employee of Carlyon Cica Chtd.