| Customer Name | Billing Date | Inv No. | Orig Inv Am | Outstanding | Terms | Due Date | Overdue | Current | 0 to 30 Days | 31 to 60 Days | 61 to 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CASH CLOUD INC. | 30-Jun-23 | 5823675 | $174,792.64 | $174,792.64 | NET 30 | 31-Jul-23 | 75 | $ - | $ - | $ - | $ 174,792.64 |
| CASH CLOUD INC. | 31-Jul-23 | 5858929 | $140,144.15 | $140,144.15 | NET 30 | 31-Aug-23 | 44 | $ - | $ - | $140,144.15 | $ - |
| CASH CLOUD INC. | 31-Aug-23 | 5940031 | $21,520.17 | $21,520.17 | NET 30 | 30-Sep-23 | 14 | $ - | $21,520.17 | $ - | $ - |
| | | | | | | | | $ - | $21,520.17 | $140,144.15 | $ 174,792.64 |
| | | | | | | | | | | **TOTAL** | **$ 336,456.96** |