BRETT A. AXELROD, ESQ., NV Bar No. 5859
JEANETTE E. MCPHERSON, ESQ., NV Bar No. 5423
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 /Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
        jmcpherson@foxrothschild.com
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>           Debtor. | Case No. BK-23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF OBJECTION TO THE AMAZON WEB SERVICES, INC. CLAIM [ECF 913] FROM DEBTOR'S OMNIBUS OBJECTION TO LATE FILED AND NON-COMPLIANT ADMINISTRATIVE EXPENSE CLAIMS**<br><br>Hearing Date:  October 19, 2023<br>Hearing Time:  10:30 a.m. |

**TO THE HONORABLE MIKE K. NAKAGAWA AND ALL PARTIES IN INTEREST:**

Cash Cloud, Inc. ("Debtor"),[1] debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, hereby withdraws its objection to the Amazon Web Services, Inc. claim [ECF 913] from the *Debtor's Omnibus Objection to Late Filed and Noncompliant Administrative Proofs of Claim* (the "Objection") [ECF 1277].

Dated this 25th day of October, 2023.

**FOX ROTHSCHILD LLP**

By:___*/s/ Brett A. Axelrod*_____
    BRETT A. AXELROD, ESQ.
    JEANETTE E. MCPHERSON, ESQ.
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Objection.

1

150854412.1