# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10423 (MKN) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On or before October 17, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Hearing on Joint Motion to Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019** (Docket No. 1305)

Furthermore, on October 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**, pursuant to USPS forwarding instructions:

- **Notice of Entry of Order Granting Eighteenth Omnibus Motion for Entry of Order Approving Rejection of Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(a) and Setting Rejection Damages Claim Deadline** (Docket No. 1021)

Dated: October 25, 2023

/s/ *Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800.634.7734
Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Louis J Cortez Dibella | | 10035 Mystic Dance St | Las Vegas | NV | 89183-6323 |
| Mustard Seed Flowers | Kimberly Obregon | 336 Adams St SE | Albuquerque | NM | 87108-2837 |
| Quik & Gradys Cleaners | | 3624 Honeywood Dr | Johnson City | TN | 37604-1476 |

# **Exhibit B**



**Exhibit B**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bancsource | Attn: Donna Williams | 1341 W Battlefield St | Ste 215 | Springfield | MO | 65807-4100 |
| Perry Leon | | 30 E 62nd St | Apt 11F | New York | NY | 10065-8057 |
| SafeGraph, Inc. | | 1580 N Logan St | Ste 660 | Denver | CO | 80203-1994 |
| Techniflex, LLC. DBA Bancsource | | 1341 W Battlefield St | Ste 215 | Springfield | MO | 65807-4100 |