Case 23-10423-mkn    Doc 1444    Entered 10/27/23 13:39:15    Page 1 of 14

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone:  (702) 262-6899
Facsimile:   (702) 597-5503
Email:         baxelrod@foxrothschild.com
                   nkoffroth@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                            Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**PROVINCE, LLC'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

Province, LLC ("Province"), financial advisor to the Cash Cloud, Inc. (the "Debtor"), debtor and debtor-in-possession in the above-captioned case (the "Chapter 11 Case"), hereby submits this *Monthly Fee Statement for Services Rendered and Expenses Incurred for the Period from September 1, 2023 Through September 30, 2023* (the "Statement"), pursuant to the *Final Order Authorizing Retention and Employment of Province, LLC as Financial Advisor, Effective as of the Petition Date* [ECF No. 223] and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

1

In support of this Statement, Province respectfully represents as follows:

1. Province hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's financial advisor during the period from September 1, 2023 through September 30, 2023 (the "Statement Period").

2. Province seeks allowance and payment of interim compensation for fees in the amount of $30,564.00, representing 80% of the $38,205.00 in fees incurred for services rendered during the Statement Period, plus reimbursement of $252.49, representing 100% of the expenses incurred during the Statement Period, for a total award of $30,816.49 for the Statement Period.

3. Attached hereto as **Exhibit A** is the name of each timekeeper who performed services in connection with the Chapter 11 Case during the Statement Period, and the hourly rate for each such timekeeper.

4. Attached hereto as **Exhibit B** is a task code summary.

5. Attached hereto as **Exhibit C** is a detailed invoice of time expended by the timekeepers who performed services during the Statement Period and of the expenses paid during the Statement Period.

6. On the same date this Statement was filed, Province served a copy of this Statement via electronic mail/notice on the following parties (each a "Notice Party," and collectively, the "Notice Parties"):

   i. Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

   ii. Fox Rothschild, LLC, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

   iii. United States Trustee Tracey Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

   iv. Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

   v. Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com; counsel to DIP lender CKDL Credit, LLC;

   vi. Morrison & Foerster LLO, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

   vii. Clearly Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

  7. Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "<u>Objection Deadline</u>"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

  8. If no objections are raised on or before the Objection Deadline, Province shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Province an amount equal to 80% of the fees and 100% of the expenses incurred during the period covered by this Statement.

  9. If an objection is properly filed before the Objection Deadline, Province shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "<u>Undisputed Fees</u>" and "<u>Undisputed Expenses</u>"), after which the Debtor shall be authorized to pay to Province an amount equal to 80% of the Undisputed Fees and 100% of the Undisputed Expenses incurred during the period covered by this Statement.

  10. Province acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses. At the conclusion of the Chapter 11 Case, Province

3

will seek final allowance of the fees charged and expenses incurred for the entirety of the Chapter 11 Case, and any interim fees and expenses received during the curse of the Chapter 11 Case will be credited against such fees and expenses that are allowed on a final basis.

11. Neither Province nor any member of Province has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of Province, any portion of the fees or expenses to be awarded pursuant to this Statement.

DATED: October 27, 2023    PROVINCE, LLC

By: */s/ Daniel Moses*
Daniel Moses
2360 Corporate Circle, Suite 340
Henderson, Nevada 89074
Telephone: (702) 685-5555
Email: dmoses@provincefirm.com

*Financial Advisor to Debtor*

Submitted By:

**FOX ROTHSCHILD LLP**

By: */s/ Brett A. Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

# EXHIBIT A

**Summary of Province Professionals and Paraprofessionals**

September 1, 2023 through September 30, 2023

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Paul Huygens, CPA, CFE | Principal – Corporate restructuring. CPA license in 1999, CFE license in 2015. | $1,320 | 0.6 | $792.00 |
| Dan Moses | Principal – Corporate restructuring. | $1,260 | 9.8 | $12,348.00 |
| Tanner James | Vice President - Finance and data analytics. | $630 | 23.9 | $15,057.00 |
| Spencer Stires | Associate - Quantitative finance and programming. | $480 | 20.4 | $9,792.00 |
| | **Subtotal** | | **54.7** | **$37,989.00** |
| | **Blended Rate for Professionals** | **$694.50** | | |
| **Para Professionals** | | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Eric Mattson | Paralegal | $270 | 0.8 | $216.00 |
| | **Subtotal** | | **0.8** | **$216.00** |
| | | | **Fee Statement Hours** | **Total Compensation** |
| | **Grand Total** | | **55.5** | **$38,205.00** |
| | **Blended Rate for All Billers** | **$688.38** | | |

5

**EXHIBIT B**

**Task Code Summary**

September 1, 2023 through September 30, 2023

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis / Operations | 29.9 | $18,921.00 |
| Committee Activities | 9.8 | $7,686.00 |
| Court Filings | 10.1 | $6,153.00 |
| Court Hearings | 0.4 | $252.00 |
| Fee / Employment Applications | 0.8 | $216.00 |
| Litigation | 1.1 | $693.00 |
| Sale Process | 3.4 | $4,284.00 |
| **Grand Total** | **55.5** | **$38,205.00** |

# EXHIBIT C

**Invoice**

September 1, 2023 through September 30, 2023

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/26/2023
**INVOICE NO:** 94538
**BILLING THROUGH:** 9/30/2023

**Coin Cloud - FA 2**                                                                                     Managed By: Daniel L Moses

**INVOICE SUMMARY**

**PROFESSIONAL SERVICES**

| EMPLOYEE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Dan Moses | 9.80 | $1,260.00 | $12,348.00 |
| Eric Mattson | 0.80 | $270.00 | $216.00 |
| Paul Huygens | 0.60 | $1,320.00 | $792.00 |
| Spencer Stires | 20.40 | $480.00 | $9,792.00 |
| Tanner James | 23.90 | $630.00 | $15,057.00 |
| **PROFESSIONAL SERVICES** | **55.50** |  | **$38,205.00** |

**EXPENSES**

| DESCRIPTION | AMOUNT |
|---|---|
| Research | $226.00 |
| Meals | $26.49 |
| **EXPENSES TOTAL** | **$252.49** |

|  |  |
|---|---|
| **AMOUNT DUE THIS INVOICE** | **$38,457.49** |

This invoice is due on 10/26/2023

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

Cash Cloud Inc d/b/a Coin Cloud

# INVOICE

**INVOICE DATE:** 10/26/2023
**INVOICE NO:** 94538
**BILLING THROUGH:** 9/30/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 9/1/2023 | Dan Moses | Business Analysis / Operations<br>*Reviewed and analyzed various emails from Province and Fox Rothschild.* | 0.50 | $1,260.00 | $630.00 |
| 9/1/2023 | Tanner James | Litigation<br>*Discussed BA lawsuit with litigation firm.* | 1.10 | $630.00 | $693.00 |
| 9/4/2023 | Tanner James | Business Analysis / Operations<br>*Corresponded with Enigma re: collateral.* | 0.30 | $630.00 | $189.00 |
| 9/5/2023 | Tanner James | Business Analysis / Operations<br>*Analyzed cash report provided by PowerCoin.* | 1.10 | $630.00 | $693.00 |
| 9/5/2023 | Tanner James | Business Analysis / Operations<br>*Participated in cash collection meeting with Powercoin.* | 0.70 | $630.00 | $441.00 |
| 9/6/2023 | Dan Moses | Business Analysis / Operations<br>*Reviewed and analyzed various emails.* | 0.50 | $1,260.00 | $630.00 |
| 9/6/2023 | Tanner James | Business Analysis / Operations<br>*Discussions with Coin Cloud team re accounting.* | 1.20 | $630.00 | $756.00 |
| 9/6/2023 | Tanner James | Business Analysis / Operations<br>*Discussion with counsel re: FBI subpoena.* | 0.10 | $630.00 | $63.00 |
| 9/7/2023 | Dan Moses | Committee Activities<br>*Reviewed and responded to various emails from the UCC and UCC professionals.* | 0.40 | $1,260.00 | $504.00 |
| 9/7/2023 | Tanner James | Committee Activities<br>*Call with committee professionals.* | 0.70 | $630.00 | $441.00 |
| 9/7/2023 | Dan Moses | Committee Activities<br>*Attended scheduled committee call.* | 0.70 | $1,260.00 | $882.00 |
| 9/7/2023 | Tanner James | Court Filings<br>*Worked with counsel re: development of surcharge materials.* | 1.90 | $630.00 | $1,197.00 |
| 9/8/2023 | Dan Moses | Sale Process<br>*Corresponded with I. Rosa on sale of Brazil.* | 0.50 | $1,260.00 | $630.00 |
| 9/11/2023 | Dan Moses | Committee Activities<br>*Attended call with UCC and Debtor to discuss update.* | 0.80 | $1,260.00 | $1,008.00 |

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/26/2023
**INVOICE NO:** 94538
**BILLING THROUGH:** 9/30/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 9/13/2023 | Dan Moses | Business Analysis / Operations<br>*Reviewed and analyzed updated cash collection provided by Powercoin.* | 0.40 | $1,260.00 | $504.00 |
| 9/13/2023 | Tanner James | Business Analysis / Operations<br>*Attended cash collection call with Powercoin.* | 0.80 | $630.00 | $504.00 |
| 9/13/2023 | Dan Moses | Sale Process<br>*Discussion with I. Rossa on Brazil.* | 0.30 | $1,260.00 | $378.00 |
| 9/14/2023 | Tanner James | Committee Activities<br>*Attended weekly call with committee professionals.* | 0.60 | $630.00 | $378.00 |
| 9/14/2023 | Dan Moses | Sale Process<br>*Corresponded with I. Rosa on Brazil sale.* | 0.30 | $1,260.00 | $378.00 |
| 9/15/2023 | Spencer Stires | Court Filings<br>*Extracted all fee applications from the Coin Cloud docket.* | 1.40 | $480.00 | $672.00 |
| 9/18/2023 | Dan Moses | Committee Activities<br>*Corresponded with M. Tucker of FTI on Brazil as well as various emails from T. James of Province.* | 0.50 | $1,260.00 | $630.00 |
| 9/19/2023 | Tanner James | Business Analysis / Operations<br>*Meeting with management re: updates.* | 0.90 | $630.00 | $567.00 |
| 9/19/2023 | Tanner James | Court Filings<br>*Begin professional fee review re: surcharge analysis.* | 2.90 | $630.00 | $1,827.00 |
| 9/19/2023 | Dan Moses | Sale Process<br>*Discussion with B. Axelrod on Brazil sale process.* | 0.10 | $1,260.00 | $126.00 |
| 9/19/2023 | Dan Moses | Sale Process<br>*Discussion with I. Rossa of Coin Cloud in on sale process.* | 0.40 | $1,260.00 | $504.00 |
| 9/19/2023 | Dan Moses | Sale Process<br>*Discussion with M. Tucker of FTI on Brazil sale.* | 0.40 | $1,260.00 | $504.00 |
| 9/20/2023 | Tanner James | Business Analysis / Operations<br>*Cash collection call with Powercoin.* | 0.60 | $630.00 | $378.00 |
| 9/20/2023 | Spencer Stires | Business Analysis / Operations | 1.10 | $480.00 | $528.00 |

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

Cash Cloud Inc d/b/a Coin Cloud

# INVOICE

**INVOICE DATE:** 10/26/2023
**INVOICE NO:** 94538
**BILLING THROUGH:** 9/30/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 9/20/2023 | Tanner James | *Calculated the administrative expense claim for C&S Wholesalers for the requested period.*<br>Committee Activities<br>*Joint call with management and committee professionals re: workstream planning and updates.* | 1.50 | $630.00 | $945.00 |
| 9/20/2023 | Tanner James | Court Filings<br>*Worked with counsel re: development of surcharge declaration.* | 0.80 | $630.00 | $504.00 |
| 9/20/2023 | Tanner James | Court Filings<br>*Finalized review of professional fees re: court filings and correspondence with counsel re: same.* | 3.10 | $630.00 | $1,953.00 |
| 9/20/2023 | Dan Moses | Sale Process<br>*Reviewed and analyzed of Brazil sale stipulation.* | 0.30 | $1,260.00 | $378.00 |
| 9/21/2023 | Spencer Stires | Business Analysis / Operations<br>*Call with accounting team reviewing bank reconciliation status for MORs.* | 0.50 | $480.00 | $240.00 |
| 9/21/2023 | Spencer Stires | Business Analysis / Operations<br>*Consolidated and prepared bank statements covering the 90-day period prior to the petition date per request of UCC.* | 2.10 | $480.00 | $1,008.00 |
| 9/21/2023 | Tanner James | Committee Activities<br>*Committee sync and management intro.* | 2.10 | $630.00 | $1,323.00 |
| 9/21/2023 | Dan Moses | Sale Process<br>*Reviewed and analyzed stipulation related to Brazil sales.* | 0.50 | $1,260.00 | $630.00 |
| 9/22/2023 | Dan Moses | Business Analysis / Operations<br>*Reviewed of Coin Cloud and Cole Kepro documentation.* | 0.50 | $1,260.00 | $630.00 |
| 9/22/2023 | Tanner James | Committee Activities<br>*Call with committee professionals re: ERC.* | 0.60 | $630.00 | $378.00 |
| 9/22/2023 | Tanner James | Court Hearings<br>*Attended omnibus hearing.* | 0.40 | $630.00 | $252.00 |
| 9/25/2023 | Eric Mattson | Fee / Employment Applications<br>*Triangulated August entries in preparation for monthly fee statement.* | 0.80 | $270.00 | $216.00 |

**Province, LLC**
2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/26/2023
**INVOICE NO:** 94538
**BILLING THROUGH:** 9/30/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 9/25/2023 | Dan Moses | Sale Process<br>*Reviewed and analyzed Brazil and return of emails.* | 0.60 | $1,260.00 | $756.00 |
| 9/26/2023 | Dan Moses | Business Analysis / Operations<br>*Reviewed of various emails related to operations.* | 0.40 | $1,260.00 | $504.00 |
| 9/26/2023 | Spencer Stires | Business Analysis / Operations<br>*Redacted bank statements and prepared other exhibits.* | 1.40 | $480.00 | $672.00 |
| 9/26/2023 | Spencer Stires | Business Analysis / Operations<br>*Finalized the May MOR and financial exhibit.* | 2.70 | $480.00 | $1,296.00 |
| 9/26/2023 | Tanner James | Committee Activities<br>*Call with the committee re: current workstreams.* | 0.70 | $630.00 | $441.00 |
| 9/27/2023 | Dan Moses | Business Analysis / Operations<br>*Reviewed and analyzed investigation report provided D. Ayala and B. Axelrod on Brazil.* | 0.60 | $1,260.00 | $756.00 |
| 9/27/2023 | Spencer Stires | Business Analysis / Operations<br>*Incorporated comments on the May MOR and finalized for filing.* | 1.40 | $480.00 | $672.00 |
| 9/27/2023 | Dan Moses | Business Analysis / Operations<br>*Responded to emails from B. Axelrod of Fox Rothschild and T. James of Province.* | 0.70 | $1,260.00 | $882.00 |
| 9/27/2023 | Tanner James | Committee Activities<br>*Joint call with the committee and management re: ongoing workstreams and case updates.* | 1.20 | $630.00 | $756.00 |
| 9/28/2023 | Spencer Stires | Business Analysis / Operations<br>*Imported financials and filled June MOR form.* | 2.40 | $480.00 | $1,152.00 |
| 9/28/2023 | Spencer Stires | Business Analysis / Operations<br>*Update call with Province team on current work streams.* | 0.40 | $480.00 | $192.00 |
| 9/28/2023 | Spencer Stires | Business Analysis / Operations<br>*Formatted and incorporated various June MOR exhibits.* | 1.70 | $480.00 | $816.00 |
| 9/28/2023 | Dan Moses | Business Analysis / Operations<br>*Update call with Province team on current work streams.* | 0.40 | $1,260.00 | $504.00 |
| 9/28/2023 | Tanner James | Business Analysis / Operations<br>*Update call with Province team on current work streams.* | 0.40 | $630.00 | $252.00 |

# Province, LLC

2360 Corporate Circle Suite 340

Henderson, NV 89074, United States

Tel: 702-685-5555

www.provincefirm.com

Cash Cloud Inc d/b/a Coin Cloud

# INVOICE

**INVOICE DATE:** 10/26/2023
**INVOICE NO:** 94538
**BILLING THROUGH:** 9/30/2023

**Coin Cloud - FA 2**    Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 9/28/2023 | Spencer Stires | Business Analysis / Operations<br>*Identified and retrieved data for MOR professional payment form.* | 1.20 | $480.00 | $576.00 |
| 9/29/2023 | Tanner James | Business Analysis / Operations<br>*Call with P. Huygens re: June MOR.* | 0.20 | $630.00 | $126.00 |
| 9/29/2023 | Spencer Stires | Business Analysis / Operations<br>*Incorporated bank reconciliations into June MOR.* | 1.90 | $480.00 | $912.00 |
| 9/29/2023 | Paul Huygens | Business Analysis / Operations<br>*Reviewed draft June MOR (0.4) and call with T. James re same (0.2).* | 0.60 | $1,320.00 | $792.00 |
| 9/29/2023 | Spencer Stires | Business Analysis / Operations<br>*Finalized exhibits for June MOR.* | 2.20 | $480.00 | $1,056.00 |
| | | **TOTAL SERVICES** | **55.50** | | **$38,205.00** |

### EXPENSES

| DATE | EMPLOYEE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Meals: | | | |
| 9/29/2023 | Spencer Stires | Meals<br>*Postmates - Working Lunch - Henderson* | $26.49 |
| Research: | | | |
| 9/30/2023 | Province LLC - Expenses | Research<br>*Research Sep 2023 - Coin Cloud* | $226.00 |
| | | **TOTAL EXPENSES** | **$252.49** |

|  |  |
|---|---|
| **SUBTOTAL** | **$38,457.49** |
| **AMOUNT DUE THIS INVOICE** | **$38,457.49** |

This invoice is due upon receipt

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 10/26/2023
**INVOICE NO:** 94538
**BILLING THROUGH:** 9/30/2023

Please remit payment to:

Province, LLC

Wire Instructions:

Meadows Bank Account

#

Routing #

EIN #