Rob Phillips (SBN 8225)
FisherBroyles, LLP
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
702.518.1239
rob.phillips@fisherbroyles.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | ) |
| | ) BK-S-23-10423-MKN |
| **Cash Cloud, Inc.** | ) |
| | ) **Chapter 11** |
| | ) |
| | ) **CERTIFICATE OF SERVICE** |
| | ) |
| | ) |
| **Debtor.** | ) |

I, Rob Phillips of FisherBroyles, LLC, attorneys for Powerhouse TSSP, LLC, state that, on October 20, 2023, the persons and entities listed on the service list attached hereto as Exhibit A were served with copies of the Filings (as such term is defined below) via the courts ECF System, and that, on October 27, 2023, I caused service upon the persons and entities on the service list attached hereto as Exhibit B via first-class mail postage prepaid of the following filings (collectively, the "Filings"):

- Motion for Leave to File Late Proof of Administrative Claim, Or, In the Alternative, for an Order Vacating the Administrative Bar Date (Docket No. 1415);

- Notice of Hearing on Motion for Leave to File Late Proof of Administrative Claim, Or, In the Alternative, for an Order Vacating the Administrative Bar Date (Docket No. 1416);

- Affidavit of Thomas Walker (Docket No. 1417);

- Declaration of Ofir Hagay in Support of Motion for Leave to File Late Proof of Administrative Claim, Or, In the Alternative, for an Order Vacating the Administrative Bar Date (Docket No. 1418).

This 27th day of October, 2023.   FisherBroyles, LLP

 /s/     Rob L. Phillips
Rob Phillips
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Tel: 702.518.1239
rob.phillips@fisherbroyles.com

*Counsel for Powerhouse TSSP, LLC*

# EXHIBIT A

**VIA THE COURT'S CM/ECF SYSTEM on October 20, 2023, Docket Nos. 1415-1418; 23-10423-mkn Notice were electronically mailed to:**

RYAN A. ANDERSEN on behalf of Interested Party Luis Flores
ryan@aandblaw.com, tatiana@aandblaw.com;melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com;valerie@aandblaw.com;andersen.ryana.b117998@notify.bestcase.com

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;arcdocketing@foxrothschild.com

KURT R. BONDS on behalf of Creditor Populus Financial Group, Inc.
nvefile@hallevans.com, knechta@hallevans.com;bondsk@hallevans.com;didioa@hallevans.com

LEW BRANDON, JR. on behalf of Creditor UNITED NATURAL FOODS, INC.
l.brandon@bsnv.law

OGONNA M. BROWN on behalf of Creditor Cole Kepro International, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

LOUIS M BUBALA, III on behalf of Interested Party   BROOKFIELD RETAIL PROPERTIES, INC.
lbubala@kcnvlaw.com,  cdroessler@kcnvlaw.com;kmilks@kcnvlaw.com

CANDACE C CARLYON on behalf of Interested Party CHRIS  MCALARY
ccarlyon@carlyoncica.com,  CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com

 CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN  CHRISTIANSON on behalf of Creditor   ORACLE AMERICA, INC.
schristianson@buchalter.com,  cmcintire@buchalter.com

DAWN M. CICA on behalf of Defendant CHRISTOPHER  MCALARY
dcica@carlyoncica.com,  nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com

DAWN M. CICA on behalf of Interested Party CHRIS  MCALARY
dcica@carlyoncica.com,  nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com

WILLIAM C DEVINE, II on behalf of Defendant   KIOSK SERVICES GROUP, INC.
william@devine.legal,  courtney@devine.legal;devinewr72773@notify.bestcase.com

CRAIG P. DRUEHL on behalf of Creditor   OPTCONNECT MANAGEMENT, LLC
craig.druehl@dechert.com

ANNE  FREELAND on behalf of Creditor   AVT Nevada, L.P.
atfreeland@michaelbest.com,  knpowell@michaelbest.com;courtmail@michaelbest.com

NEDDA  GHANDI on behalf of Creditor   ROCKITCOIN, LLC
nedda@ghandilaw.com,  lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

RONALD E. GOLD on behalf of Creditor   WPG Legacy, LLC
rgold@fbtlaw.com,  jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

MARJORIE A. GUYMON on behalf of Creditor   Trangistics, Inc.
bankruptcy@goldguylaw.com,  mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com;kathrinev@goldguylaw.com

MARJORIE A. GUYMON on behalf of Creditor Armondo  Redmond
bankruptcy@goldguylaw.com,  mariaa@goldguylaw.com;lauriea@goldguylaw.com;amarisp@goldguylaw.com;kathrinev@goldguylaw.com

PAUL  HAGE on behalf of Creditor   Cole Kepro International, LLC
phage@taftlaw.com

BRIGID M. HIGGINS on behalf of Creditor   Black Hole Investments fna EZ Coin, LLC
bhiggins@blackwadhams.law,  dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

JAMES M JIMMERSON on behalf of Plaintiff   CASH CLOUD, INC., DBA COIN CLOUD
jmj@jimmersonlawfirm.com

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS  MCALARY
chris.johnson@diamondmccarthy.com,  nan.sauter@diamondmccarthy.com

ROBERT R. KINAS on behalf of Creditor   GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com,  jmath@swlaw.com;mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

BART K. LARSEN on behalf of Creditor   Enigma Securities Limited
BLARSEN@SHEA.LAW,  3542839420@filings.docketbird.com

STEPHEN T LODEN on behalf of Interested Party CHRIS  MCALARY
sloden@diamondmccarthy.com,  cburrow@diamondmccarthy.com

TIMOTHY A LUKAS on behalf of Creditor   Good 2 Go Stores LLC
ecflukast@hollandhart.com

JEANETTE E. MCPHERSON on behalf of Debtor   CASH CLOUD, INC.
JMcPherson@FoxRothschild.com,  ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff   CASH CLOUD, INC., dba COIN CLOUD
JMcPherson@FoxRothschild.com,  ahosey@foxrothschild.com,ARCDocketing@foxrothschild.com

ROB L. PHILLIPS on behalf of Creditor   Powerhouse TSSP, LLC
rob.phillips@fisherbroyles.com

STACY H RUBIN on behalf of Defendant   LUX VENDING, LLC d/b/a BITCOIN DEPOT
srubin@nevadafirm.com,  oswibies@nevadafirm.com;mholley@nevadafirm.com;BKECF@

nevadafirm.com

STACY H RUBIN on behalf of Interested Party   LUX VENDING, LLC d/b/a BITCOIN DEPOT
srubin@nevadafirm.com,   oswibies@nevadafirm.com;mholley@nevadafirm.com;BKECF@nevadafirm.com

ADAM P. SCHWARTZ on behalf of Defendant   LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com,   amaranto@carltonfields.com

ADAM P. SCHWARTZ on behalf of Interested Party   LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com,   amaranto@carltonfields.com

BRIAN D. SHAPIRO on behalf of Creditor   OPTCONNECT MANAGEMENT, LLC
brian@brianshapirolaw.com,   kshapiro@brianshapirolaw.com;6855036420@filings.docketbird.com

NATASHA  SHARMA on behalf of Defendant CHRISTOPHER  MCALARY
nsharma@carlyoncica.com

NATASHA  SHARMA on behalf of Interested Party CHRIS  MCALARY
nsharma@carlyoncica.com

JAMES PATRICK SHEA on behalf of Creditor   Enigma Securities Limited
jshea@shea.law,   blarsen@shea.law;support@shea.law

ARIEL E. STERN on behalf of Creditor   IPFS CORPORATION
ariel.stern@akerman.com,   akermanlas@akerman.com

  STRETTO
ecf@cases-cr.stretto-services.com,   aw01@ecfcbis.com,pacerpleadings@stretto.com

Jeffrey R. Sylvester on behalf of Interested Party   CKDL Credit, LLC
jeff@sylvesterpolednak.com,   kellye@sylvesterpolednak.com

RONALD M TUCKER on behalf of Creditor   SIMON PROPERTY GROUP, INC.
rtucker@simon.com,   rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

  U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MAURICE  VERSTANDIG on behalf of Creditor   Brink's, Inc.
mac@mbvesq.com,   lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com

MICHAEL L WACHTELL on behalf of Creditor   ORACLE AMERICA, INC.
mwachtell@buchalter.com

JOHN T. WENDLAND on behalf of Creditor   AVT Nevada, L.P.
jwendland@wdlaw.com,  NVeFile@weildrage.com

ZACHARY  WILLIAMS on behalf of Plaintiff   CASH CLOUD, INC., dba COIN CLOUD
zwilliams@foxrothschild.com,  ARCDocketing@foxrothschild.com;ahosey@foxrothschild.com

STUART FREEMAN WILSON-PATTON
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor Committee   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rworks@mcdonaldcarano.com,  kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Plaintiff   OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC. dba COIN CLOUD
rworks@mcdonaldcarano.com,  kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

# EXHIBIT B

**VIA FIRST-CLASS MAIL (postage fully pre-paid) (October 27, 2023):**

Jared A. Day
U.S. Trustee – LV – 11
Office of the US Trustee
300 Booth Street, Suite 3009
Reno, Nevada 89509

Fox Rothschild LLP
c/o CKDL Credit, LLC
1980 Festival Plaza Drive., Suite 700
Las Vegas, Nevada 89135

Jordi Guso

c/o CKDL Credit, LLC
Berger Singer Man LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

Jeffrey Sylvester
c/o CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, Nevada 89134

Andrew Kissner
c/o Enigma Securities Limited
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Law Office of Shea Larsen
c/o Enigma Securities Limited
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

Gary Lee
c/o Enigma Securities Limited
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Sean A. O'Neal
c/o Genesis Global Holdco, LLC
Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Shea Larsen PC
Kyle M. Wyant
James Patrick Shea
c/o Enigma Securities Limited
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

Paul R. Hage
Richard Kruger
c/o Cole Kepro International, LLC
Taft Stettinius and Hollister LLP
27777 Fraklin Road, Suite 2500
Southfield, MI 48034

Province, LLC
2360 Corporate Circle, Suite 300
Henderson, Nevada 89074

Jane Vanlare
c/o Genesis Global Holdco, LLC
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

James M. Jimmerson
The Jimmerson Law Firm, P.C.
415 S. 6th Street, Suite 100
Las Vegas, Nevada 89101

Law Office of Brian D. Shapiro, LLC
c/o Optconnect Management, LLC
510 S. 8th Street
Las Vegas, Nevada 89101

| | |
|---|---|
| American Express<br>200 Vesey Street<br>New York, NY 10285 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998 |
| Clark County Treasurer<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Parkway<br>Box 551220<br>Las Vegas, Nevada 89155 | Corporation Service Company, as Representative<br>P.O. Box 2576<br>Springfield, IL 62708 |
| Corporation Service Company, as Representative<br>801 Adlai Stevenson Drive<br>Springfield, IL 62708 | Enigma Securities Limited<br>30 Panton Street, 6th Floor<br>London, SW1Y 4AJ United Kingdom |
| Franchise Tax Board<br>Bankruptcy Section, MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | Prime Alliance Bank, Inc.<br>1868 South 500 West<br>Woods Cross, UT 84087 |
| Sectran Security Inc.<br>7633 Industry Ave<br>Pico Rivera, CA 90660 | Sectran Security Inc.<br>Attn: Rony Ghaby<br>P.O. Box 227267<br>Los Angeles, CA 90022 |
| Texas Workforce Commission<br>Regulatory Integrity Division – SAU<br>101 E. 15th Street, Room 556<br>Austin, TX 78778 | Two Farms Inc. d/b/a Royal Farms<br>Attn: John Kemp<br>3611 Roland Avenue<br>Baltimore, MD 21211 |



# Affidavit of Service

Firm: __Fisher Broyles__    Reference No. __Cash Cloud__

I, __Brittany Hambleton__, declare as follows:
 (**Please Print** Name of Employee)

I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. *(Production Center)*, located at 230 N. Market Street, Wilmington, DE. 19801. I am an authorized representative of Parcels, Inc.

The following document(s), (#1415; #1416; #1417; #1418) __Motion for Leave to File Late Proof of Administrative Claim; Notice of Hearing on Motion for Leave; Affidavit of Thomas Walker; Declaration of Ofir Hagay in Support of Motion__, in the following case, __Cash Cloud, Inc.; 23-10423__, was/were delivered by the following method(s):

Quantity Sent (Check any that apply):

| | | |
|---|---|---|
| ✓ | 25 | First Class Mail |
| ☐ | ___ | Priority Mail |
| ☐ | ___ | Express Mail |
| ✓ | 1 | International Mail |
| ☐ | ___ | Federal Express |
| ☐ | ___ | Hand Delivery |
| ☐ | ___ | Email |
| ☐ | ___ | Fax |

I declare, under penalty of perjury, that the above statements are true and correct. The above action(s) was/were executed on __October 27, 2023__ in Wilmington, DE.

__/s/ Brittany Hambleton__    Parcels, Inc., Representative.
 *(Employee Signature)*