

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
November 02, 2023

BRETT A. AXELROD, ESQ., NV Bar No. 5859
JEANETTE E. MCPHERSON, ESQ., NV Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ., NV Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor Cash Cloud Inc.*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK- 23-10423-mkn<br><br>Chapter 11<br><br>**ORDER REGARDING OBJECTION TO CLAIM NUMBER 168 FILED BY C&S WHOLESALE GROCERS LLC**<br><br>Hearing Date: October 19, 2023<br>Hearing Time: 10:30 a.m. |

The Court having reviewed and considered Objection To Claim Number 168 Filed By C&S Wholesale Grocers LLC [ECF 1288] (the "Objection")[1] filed pursuant to 11 U.S.C. § 105(a), § 502, and § 503, Fed.R.Bankr. P. 3001 and 3007, and Local Rule 3007; the Debtor having appeared by and through its counsel, Fox Rothschild LLP; the Debtor and C&S Wholesale Grocers, LLC having resolved the Objection; and the Court having stated its findings of fact and conclusions of law on

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Objection.

1

150805863.2

the record at the hearing on the Objection, which findings of fact and conclusions of law are incorporated herein by this referenced in accordance with Fed. R. Bankr. P. 7052; and for good cause appearing therefor, it is hereby

**ORDERED** that the Objection is resolved by C&S Wholesale Grocers, LLC ("C&S") and the Debtor, and C&S shall hold a final and allowed administrative expense claim pursuant to 11 U.S.C. § 503(b)(1) in the amount of $37,324.43 (the "Allowed C&S Administrative Expense Claim"), and it is further

**ORDERED** that all available rights and remedies of C&S with respect to payment of the Allowed C&S Administrative Expense Claim are expressly reserved by C&S and shall not be limited by this Order.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**


By: /s/ Jeanette E. McPherson
     JEANETTE E. MCPHERSON, ESQ.
     BRETT A. AXELROD, ESQ.
     NICHOLAS A. KOFFROTH, ESQ.
     1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135
*Counsel for Debtor*


**APPROVED**/DISAPPROVED

**KLEHR HARRISON HARVEY BRANZBURG LLP**


By: /s/ Sally E. Veghte
     SALLY E. VEGHTE, ESQ
     919 Market Street, Suite 1000
     Wilmington, DE 19801
*Counsel for C&S Wholesale Grocers, LLC*

150805863.2

**APPROVED**/DISAPPROVED

**MCDONALD CARANO LLP**

By: <u>No Response Received</u>
  RYAN J. WORKS, ESQ. (NSBN 9224)
  AMANDA M. PERACH, ESQ. (NSBN 12399)
  2300 West Sahara Avenue, Suite 1200
  Las Vegas, Nevada 89102

and

**SEWARD & KISSEL LLP**
JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
CATHERINE V. LOTEMPIO, ESQ. (Admitted *Pro Hac Vice*)
ANDREW J. MATOTT, ESQ.
One Battery Park Plaza
New York, New York 10004

*Counsel for Official Committee of Unsecured Creditors*

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐   The Court has waived the requirement of approval in LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion.

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

3

150805863.2