

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
November 02, 2023

BRETT A. AXELROD, ESQ., NV Bar No. 5859
JEANETTE E. MCPHERSON, ESQ., NV Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ., NV Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          jmcpherson@foxrothschild.com
          nkoffroth@foxrothschild.com
*Counsel for Debtor Cash Cloud Inc.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK- 23-10423-mkn<br><br>Chapter 11<br><br>**ORDER REGARDING DEBTOR'S OBJECTION TO CLAIM NUMBER 136 FILED BY THORNTONS LLC**<br><br>Hearing Date: October 19, 2023<br>Hearing Time: 10:30 a.m. |
|---|---|

The Court having reviewed and considered Debtor's Objection To Claim Number 136 Filed By Thorntons LLC [ECF 1041] (the "Objection")[1] filed pursuant to 11 U.S.C. § 105(a), § 502, and § 503, Fed.R.Bankr. P. 3001 and 3007, and Local Rule 3007; the Debtor having appeared by and through its counsel, Fox Rothschild LLP; the Debtor and Thorntons having resolved the Objection; and the Court having stated its findings of fact and conclusions of law on the record at the hearing

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Objection.

1

150041978.1

on the Objection, which findings of fact and conclusions of law are incorporated herein by this referenced in accordance with Fed. R. Bankr. P. 7052; and for good cause appearing therefor, it is hereby

**ORDERED** that the Objection is resolved by Thorntons LLC and the Debtor, and Thorntons LLC shall hold:

1) An allowed general unsecured claim in the amount of $1,989,000.00; and

2) An allowed administrative expense claim pursuant to 11 U.S.C. § 503(b)(1) in the amount of $134,160.00; and

**ORDERED** that the Debtor and the Official Committee of Unsecured Creditors have determined that viable claims pursuant to 11 U.S.C. § 547 do not exist against Thorntons LLC.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ.
BRETT A. AXELROD, ESQ.
NICHOLAS A. KOFFROTH, ESQ.
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

**APPROVED**/DISAPPROVED

**GREENBERG TRAURIG, LLP**

By: /s/ Nathan A. Haynes
NATHAN A. HAYNES, ESQ
One Vanderbilt Avenue
New York, New York 10017
*Counsel for Thorntons LLC*

150041978.1

**APPROVED**/DISAPPROVED

**MCDONALD CARANO LLP**

By: <u>No Response Received</u>
  RYAN J. WORKS, ESQ. (NSBN 9224)
  AMANDA M. PERACH, ESQ. (NSBN 12399)
  2300 West Sahara Avenue, Suite 1200
  Las Vegas, Nevada 89102

and

**SEWARD & KISSEL LLP**
JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
CATHERINE V. LOTEMPIO, ESQ. (Admitted *Pro Hac Vice*)
ANDREW J. MATOTT, ESQ.
One Battery Park Plaza
New York, New York 10004

*Counsel for Official Committee of Unsecured Creditors*

### CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

150041978.1