**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email:  ccarlyon@carlyoncica.com
           dcica@carlyoncica.com

*Counsel for Chris McAlary*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor | Case No. Case No. BK-S-23-10423-MKN<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I HEREBY CERTIFY that on October 30, 2023, I served a true and correct copy of the following:

1. *Motion to Reconstitute the Official Unsecured Creditors' Committee.* [ECF No. 1413].

2. *Notice of Hearing on Motion to Reconstitute the Official Unsecured Creditors' Committee.* [ECF No. 1414].

    a. via U.S. mail postage prepaid to the addresses listed below:

**APPOINTED MEMBERS OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

1. Genesis Global Holdco, LLC
   Attn: Andrew Tsang
   250 Park Ave South 5th Floor
   New York, NY 10003

2. Cole Kepro International, LLC
   Attn: Frederick Cook
   4170-103 Distribution Circle
   Las Vegas, NV 89030

3. Brink's U.S., a Division of Brink's, Incorporated
   Attn: Tara Team & Kevin Boland
   555 Dividend Drive, Suite 100
   Coppell, TX 75019

4. National Services, LLC
   315 Trane Drive
   Knoxville, TN 37919

5. OptConnect MGT, LLC
   Attn: Chris Baird
   865 W. 450 N., Suite 1
   Kaysville, UT 84037

6. Cennox Reactive Field Services LLC
   Attn: Michael Goggans
   1341 W. Battlefield Rd., Suite 210
   Springfield, MO 65807

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 1st day of November 2023

By: /s/ Cristina Robertson
An Employee of Carlyon Cica Chtd

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119