**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TODD B. TUGGLE, ESQ.
Nevada Bar No. 6151
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Populus Financial Group, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-MKN<br>Chapter 11<br><br>**Hearing Date: November 30, 2023**<br>**Time: 10:30 am**<br>**Dial: (669) 254-5252,**<br>**Meeting ID 161 062 2560**<br>**Passcode 029066#.** |

<u>**NOTICE OF HEARING MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM OF POPULUS FINANCIAL GROUP, INC**</u>

**NOTICE IS HEREBY GIVEN** *that a Motion by Populus Financial Group, Inc for APPROVAL OF ADMINISTRATIVE CLAIM OF POPULUS FINANCIAL GROUP, INC* (the "Motion") was filed on July 20, 2023, by *Populus Financial Group, Inc.* ("Populus Financial"). The motion seeks entry of an order allowing Populus Financials' administrative claim.

**NOTICE IS FURTHER GIVEN** that any opposition to the Motion must be filed pursuant to Local Rule 9014(d)(1) which provides:

. . . any opposition to a motion must be filed, and service of the opposition must be completed by the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of [Local

1                                                                                                                       KB/5594-1

Rule 9014].

If you object to the relief requested, you *must* file **WRITTEN** response to this pleading with the court. You *must* serve your written response on the person who sent this notice.

If you do not file a written response with the court, or if you do not serve your response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and

- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on this matter may be continued from time to time without further notice.

**NOTICE IS FURTHER GIVEN that**

1. The Motion for Approval of Administrative Claim shall be heard on November 30, 2023, at 10:30 am in the in the Foley Federal Building, 300 Las Vegas Boulevard South, 2nd Floor, Courtroom No. 1, Las Vegas, Nevada 89101. Parties are permitted to appear telephonically as follows:

Dial: (669) 254-5252

Meeting ID 161 110 6049

Passcode: 154251#

2. If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at:

https://www.nvb.uscourts.gov/calendars/court-calendars/.

Select the hearing judge.

Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

///

///

///

3. Any objections to the Motion for Approval of Administrative Claim shall be filed by November 16, 2023, and any replies to any objections shall be filed by November 22, 2023

DATED this **2nd** day of November, 2023.

HALL & EVANS, LLC

*/s/ Todd Tuggle*

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TODD B. TUGGLE, ESQ.
Nevada Bar No. 6151
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Populus Financial Group, Inc.*

**CERTIFICATE OF SERVICE**

I am an employee of Hall & Evans, LLC. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the abovereferenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the abovereferenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

*/s/ Teri Jenks*

An Employee of HALL & EVANS, LLC