NVB 8010–4 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>CASH CLOUD, INC.<br>                  Debtor(s) | BK−23−10423−mkn<br>CHAPTER 11<br><br>Appeal Reference Number:   23−21<br>USDC Number:   23−cv−01580−JAD |
| CHRIS MCALARY<br>                  Appellant(s)<br><br>vs<br><br>CASH CLOUD INC; & OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>                  Appellee(s) | CERTIFICATE OF READINESS TO UNITED STATES DISTRICT COURT |

To:    U.S. District Court
         Lloyd D. George U.S. Courthouse
         333 Las Vegas Boulevard South
         Las Vegas, NV 89101

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies that the Statement of Issues, Designation of Record, and transcripts have been filed, and the record on appeal is complete.

Dated: 11/3/23

*Mary A. Schott*

Mary A. Schott
Clerk of Court