BRETT A. AXELROD, ESQ.  (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.  BK-23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 554(a) AUTHORIZING THE DEBTOR TO ABANDON CERTAIN PROPERTY HELD BY GREGORY M. PARKER, INC.** |

**PLEASE TAKE NOTICE** that on the 2nd day of November, 2023, the Court entered an *Order Granting Debtor's Motion For Entry Of An Order Pursuant To 11 U.S.C. § 554(a) Authorizing The Debtor To Abandon Certain Property Held By Gregory M. Parker, Inc.*[ECF 1458], a copy of which is attached here.

Dated this 3rd day of November, 2023.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ. (5423)
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

1

151161057.1



Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
November 02, 2023

---

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                              Debtor. | Case No. BK-S-23-10423-MKN<br>Chapter 11<br>**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 554(a) AUTHORIZING THE DEBTOR TO ABANDON CERTAIN PROPERTY HELD BY GREGORY M. PARKER, INC.**<br><br>Hearing Date:  October 19, 2023<br>Hearing Time:  10:30 a.m. |

1

150666632.1

1  The Court having reviewed and considered Debtor's motion [ECF 1271] (the "Motion")[1] for an order approving the abandonment of certain property, kiosks, pursuant to 11 U.S.C. § 554; and upon consideration of the Ayala Declaration and argument of counsel; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is further

**ORDERED** that the Debtor is authorized to abandon property held by Gregory M. Parker, Inc., identified on **Exhibit 1** hereto; and it is further

**ORDERED** that notice of the Motion as provided therein shall be deemed good and sufficient notice of the Motion.

Prepared And Respectfully Submitted By:

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON, ESQ.
BRETT A. AXELROD, ESQ.
NICHOLAS A. KOFFROTH, ESQ.
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

*Counsel for Debtor*

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

2

150666632.1

**APPROVED**/DISAPPROVED

**MCDONALD CARANO LLP**

By: <u>No Response Received</u>
    RYAN J. WORKS, ESQ. (NSBN 9224)
    AMANDA M. PERACH, ESQ. (NSBN 12399)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    and
**SEWARD & KISSEL LLP**
JOHN R. ASHMEAD, ESQ. (Admitted *Pro Hac Vice*)
ROBERT J. GAYDA, ESQ. (Admitted *Pro Hac Vice*)
CATHERINE V. LOTEMPIO, ESQ. (Admitted *Pro Hac Vice*)
ANDREW J. MATOTT, ESQ.
One Battery Park Plaza
New York, New York 10004

*Counsel for Official Committee of Unsecured Creditors*

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐     The Court has waived the requirement of approval in LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

3

150666632.1

**EXHIBIT 1**

**(ABANDONED KIOSKS)**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

150666632.1

**Coin Cloud**
**Parkers Location Summary**
*HIGHLY PRELIMINARY DRAFT & SUBJECT TO MATERIAL CHANGE*
*PRIVILEGED & CONFIDENTIAL*
*PREPARED AT THE REQUEST OF COUNSEL*

| location_id | Installation Date | Parent | Kiosk ID | Model | Banner | Operating Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 148417 | 06/02/22 | Parkers | 150383.USA | ColeKepro 5.0 | Parkers | 13740 E Oglethorpe Hwy | Midway | GA | 31320 |
| 148423 | 06/02/22 | Parkers | 150381.USA | ColeKepro 5.0 | Parkers | 222 Drayton St | Savannah | GA | 31401 |
| 148424 | 06/01/22 | Parkers | 150379.USA | ColeKepro 5.0 | Parkers | 141 Lanier Dr | Statesboro | GA | 30458 |
| 148429 | 06/02/22 | Parkers | 150382.USA | ColeKepro 5.0 | Parkers | 1910 E President St | Savannah | GA | 31404 |
| 148430 | 06/02/22 | Parkers | 150436.USA | ColeKepro 5.0 | Parkers | 58 Old Sunbury Rd | Hinesville | GA | 31313 |
| 148431 | 06/02/22 | Parkers | 150403.USA | ColeKepro 5.0 | Parkers | 10525 Abercorn St | Savannah | GA | 31419 |
| 148433 | 06/15/22 | Parkers | 150458.USA | ColeKepro 5.0 | Parkers | 4480 US-80 | Ellabell | GA | 31308 |
| 148434 | 06/14/22 | Parkers | 150407.USA | ColeKepro 5.0 | Parkers | 9227 Evan Way | Bluffton | SC | 29910 |
| 148435 | 06/14/22 | Parkers | 150451.USA | ColeKepro 5.0 | Parkers | 469 Buckwalter Pkwy | Bluffton | SC | 29910 |
| 148436 | 06/15/22 | Parkers | 150516.USA | ColeKepro 5.0 | Parkers | 1435 GA-21 S | Springfield | GA | 31329 |
| 148437 | 06/14/22 | Parkers | 150464.USA | ColeKepro 5.0 | Parkers | 2 Gateway Village Rd | Bluffton | SC | 29910 |
| 148438 | 06/15/22 | Parkers | 150444.USA | ColeKepro 5.0 | Parkers | 10 N Godley Station Blvd | Pooler | GA | 31322 |
| 148439 | 06/14/22 | Parkers | 150518.USA | ColeKepro 5.0 | Parkers | 1286 Fording Island Rd | Bluffton | SC | 29910 |
| 148440 | 06/02/22 | Parkers | 150467.USA | ColeKepro 5.0 | Parkers | 4219 Augusta Rd | Garden City | GA | 31408 |
| 148441 | 06/15/22 | Parkers | 150459.USA | ColeKepro 5.0 | Parkers | 6159 GA-21 | Rincon | GA | 31326 |
| 148442 | 06/01/22 | Parkers | 150401.USA | ColeKepro 5.0 | Parkers | 24151 Hwy 80 E | Statesboro | GA | 30458 |
| 148443 | 06/15/22 | Parkers | 150409.USA | ColeKepro 5.0 | Parkers | 3050 US-80 | Bloomingdale | GA | 31302 |
| 148444 | 06/15/22 | Parkers | 150380.USA | ColeKepro 5.0 | Parkers | 6200 Jennifer Ct | Bluffton | SC | 29910 |
| 148445 | 06/01/22 | Parkers | 150477.USA | ColeKepro 5.0 | Parkers | 300 SW Broad St | Metter | GA | 30439 |
| 148446 | 06/01/22 | Parkers | 150487.USA | ColeKepro 5.0 | Parkers | 11012 Hwy 301 S | Statesboro | GA | 30458 |
| 148447 | 06/01/22 | Parkers | 150400.USA | ColeKepro 5.0 | Parkers | 113 Oxley Dr | Lyons | GA | 30436 |
| 148448 | 06/01/22 | Parkers | 150406.USA | ColeKepro 5.0 | Parkers | 1588 Brampton Ave | Statesboro | GA | 30458 |
| 148449 | 06/02/22 | Parkers | 150404.USA | ColeKepro 5.0 | Parkers | 5300 Skidaway Rd | Savannah | GA | 31404 |
| 148450 | 06/13/22 | Parkers | 150482.USA | ColeKepro 5.0 | Parkers | 1705 Ribaut Rd | Port Royal | SC | 29935 |
| 148452 | 06/01/22 | Parkers | 150408.USA | ColeKepro 5.0 | Parkers | 105 Queen St | Vidalia | GA | 30474 |
| 148453 | 06/01/22 | Parkers | 150420.USA | ColeKepro 5.0 | Parkers | 3 N Duval St | Claxton | GA | 30417 |
| 148454 | 06/14/22 | Parkers | 150415.USA | ColeKepro 5.0 | Parkers | 165 William Hilton Pkwy | Hilton Head Island | SC | 29926 |
| 148456 | 06/14/22 | Parkers | 150418.USA | ColeKepro 5.0 | Parkers | 7021 N Okatie Hwy | Ridgeland | SC | 29936 |
| 148457 | 06/14/22 | Parkers | 150402.USA | ColeKepro 5.0 | Parkers | 8251 Pinellas Dr | Bluffton | SC | 29910 |
| 148459 | 06/13/22 | Parkers | 150414.USA | ColeKepro 5.0 | Parkers | 12 Savannah Hwy | Beaufort | SC | 29906 |
| 148460 | 06/13/22 | Parkers | 150491.USA | ColeKepro 5.0 | Parkers | 3462 Trask Pkwy | Beaufort | SC | 29906 |
| 148461 | 06/02/22 | Parkers | 150450.USA | ColeKepro 5.0 | Parkers | 5890 W Oglethorpe Hwy | Hinesville | GA | 31313 |
| 148462 | 06/13/22 | Parkers | 150416.USA | ColeKepro 5.0 | Parkers | 6 Barrel Landing Rd | Okatie | SC | 29909 |
| 148463 | 06/15/22 | Parkers | 150421.USA | ColeKepro 5.0 | Parkers | 2175 Benton Blvd | Savannah | GA | 31407 |
| 148466 | 06/02/22 | Parkers | 150442.USA | ColeKepro 5.0 | Parkers | 110 N Veterans Blvd | Glennville | GA | 30427 |
| 148467 | 06/13/22 | Parkers | 150417.USA | ColeKepro 5.0 | Parkers | 133 Sams Point Rd | Beaufort | SC | 29907 |
| 148468 | 01/00/00 | Parkers | 150457.USA | ColeKepro 5.0 | Parkers | 856 Sea Island Pkwy | St Helena Island | SC | 29920 |
| 148469 | 06/15/22 | Parkers | 150378.USA | ColeKepro 5.0 | Parkers | 2111 Pooler Pkwy | Pooler | GA | 31322 |
| 148470 | 06/15/22 | Parkers | 150405.USA | ColeKepro 5.0 | Parkers | 1275 E US-80 | Pooler | GA | 31322 |
| 148471 | 06/16/22 | Parkers | 150411.USA | ColeKepro 5.0 | Parkers | 115 S Hwy 52 | Moncks Corner | SC | 29461 |
| 148474 | 06/15/22 | Parkers | 150519.USA | ColeKepro 5.0 | Parkers | 774 N Jefferies Blvd | Walterboro | SC | 29488 |
| 148476 | 06/13/22 | Parkers | 150461.USA | ColeKepro 5.0 | Parkers | 1451 Ribaut Rd | Port Royal | SC | 29935 |
| 148682 | 06/14/22 | Parkers | 150476.USA | ColeKepro 5.0 | Parkers | 430 William Hilton Pkwy | Hilton Head Island | SC | 29928 |