**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 11 |
| CASH CLOUD, INC.[1] | Case No. 23-10423 (MKN) |
| Debtor. | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On October 25, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Hearing on Joint Motion to Approve Settlement Agreement With Genesis Global Holdco, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019** (Docket No. 1377)

Dated: November 9, 2023

/s/ Monica Arellano
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800.634.7734
Email: TeamCoinCloud@stretto.com

---

[1] The last four digits of the Debtor's federal tax identification number are 7468. The Debtor's mailing address is Two Summerlin, 10845 Griffith Peak Dive, Las Vegas, NV 89135.

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Andrew Beneze | | 7239 SW 80th Ave | | Canyon Lake | CA | 92587-7515 |
| Anthony Forrest | | 5124 Future Dr | | Las Vegas | NV | 89130-0148 |
| Benjamin Felix | | 4020 Balsam Mountain St | | Las Vegas | NV | 89129-4534 |
| Experimax Leesburg | Leesburg Fruit Stand LLC | 43591 Popes Creek Sq | | Leesburg | VA | 20176-6537 |
| Jessica G Sandoval | | 7600 S Rainbow Blvd | Apt 1031 | Las Vegas | NV | 89139-5483 |
| Kerry D Nobles | | 2030 Olympic Ave | Apt 3081 | Henderson | NV | 89014-2285 |
| La Estrellita Inc | Attn: Patricia Chavez | 2286 Hubbell Ave | | Des Moines | IA | 50317-2557 |
| Leesburg Fruit Stand LLC DBA Experimax | Attn: Allen Brown | 43591 Popes Creek Sq | | Leesburg | VA | 20176-6537 |
| Louis J Cortez Dibella | | 10035 Mystic Dance St | | Las Vegas | NV | 89183-6323 |
| Pipii D Ioane | | 6501 Vegas Dr | Apt 1116 | Las Vegas | NV | 89108-7739 |
| Rhea and Amber Inc | | 17 Stoney Ridge Ln | | Fort Worth | TX | 76118-6978 |
| Sunsunny Inc. | Attn: Sunil Shrestha | 2306 Simpson Ln | | Mansfield | TX | 76063-6456 |
| ZabryannaMarie Bullard | | 2380 Hacienda St | | Pahrump | NV | 89048-6226 |