Ryan J. Works, Esq.
Nevada Bar No. 9224
Amanda M. Perach, Esq.
Nevada Bar No. 12399
**McDONALD CARANO LLP**
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Email: rworks@mcdonaldcarano.com
       aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Email: ashmead@sewkis.com
       gayda@sewkis.com
       lotempio@sewkis.com
       millerl@sewkis.com
       matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: BK-23-10423-mkn |
| CASH CLOUD, INC.<br>d/b/a COIN CLOUD, | Chapter 11 |
| Debtor. | **PRELIMINARY OBJECTION AND RESERVATION OF RIGHTS OF THE COMMITTEE TO THE JIMMERSON LAW FIRM, P.C.'S FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OF FEBRUARY 7, 2023 TO OCTOBER 13, 2023** |

The Official Committee of Unsecured Creditors in the above-captioned case (the "Committee"), by and through its undersigned counsel, hereby files this preliminary objection and reservation of rights (the "Preliminary Objection") to the *Jimmerson Law Firm, P.C.'s Fee Statement of Services Rendered and Expenses Incurred for the Period of February 7, 2023 to October 13, 2023* [ECF No. 1424] (the "Fee Statement")[1] filed by The Jimmerson Law Firm, P.C. ("Jimmerson"). In support of this Preliminary Objection, the Committee respectfully represents as follows:

## PRELIMINARY OBJECTION

1. The Committee is in the process of reviewing the Fee Statement and investigating certain other issues related to Jimmerson's retention, disclosures under Bankruptcy Rule 2014, and receipt of payments prior to the Petition Date. Until these issues are resolved or adjudicated by the Court, the Committee objects to any payments being made by the Debtor pursuant to the Fee Statement and the Interim Compensation Procedures Order.

## RESERVATION OF RIGHTS

2. The Committee reserves its right to supplement and amend this Preliminary Objection at any time, and to raise any other arguments or otherwise respond to arguments regarding the Fee Statement or any request for compensation by Jimmerson.

## CONCLUSION

WHEREFORE, for the reasons stated herein, the Committee respectfully requests that the Court deny payment of any amounts to Jimmerson under the Interim Compensation Procedures Order until such time as this Preliminary Objection has been resolved or pursuant to further order of the Court, and grant such other and further relief as the Court deems appropriate.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Fee Statement.

Dated: November 9, 2023.

MCDONALD CARANO LLP

By: */s/ Ryan J. Works*
Ryan J. Works, Esq. (Nevada Bar No. 9224)
Amanda M. Perach, Esq. (Nevada Bar No. 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*