NVB 5075 (Rev. 4/23)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                                    BK–23–10423–mkn
                                                          CHAPTER 11
CASH CLOUD, INC.
      dba COIN CLOUD

                                                          NOTICE OF DOCKETING
                          Debtor(s)                       ERROR

_____

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | ***1471*** – Document Debtor's Master Service List as of November 7, 2023 Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)494 Order on Motion Re: Chapter 11 First Day Motions) (AXELROD, BRETT) |
| Filed On: | 11/9/23 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

\*   PDF is an incorrect image per the event selected, which is not contained in the title. Please file an amended pleading or file it in the correct case immediately.

Dated: 11/13/23

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**