BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
          jmcpherson@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.  BK-23-10423-mkn<br><br>Chapter 11<br><br>**DECLARATION OF ANGELA TSAI IN SUPPORT OF OPPOSITION TO MOTION FOR LEAVE TO FILE LATE PROOF OF ADMINISTRATIVE CLAIM OR IN THE ALTERNATIVE, FOR AN ORDER VACATING THE ADMINISTRATIVE CLAIM BAR DATE ORDER**<br><br>Hearing Date:   November 30, 2023<br>Hearing Time:   10:30 a.m. |

I, Angela Tsai, pursuant to 28 U.S.C. § 1746, declare, under penalty of perjury, that the following is true and correct:

1.  I am a Director of Corporate Restructuring at Stretto, Inc. ("Stretto"), located at 7 Times Square, Suite 1601, New York, NY 10036. I am over the age of eighteen (18) years and not a party to the above-captioned action. Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2.  I submit this declaration (the "Declaration") in support of the Opposition To Motion For Leave To File Late Proof Of Administrative Claim Or In The Alternative, For An Order Vacating

1

151576380.1

The Administrative Claim Bar Date Order ("<u>Opposition</u>").[1] Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of the relevant documents. I am authorized to submit this declaration on behalf of Stretto. If I were called to testify, I could and would testify competently as to the facts set forth herein.

3. This Court authorized Stretto's retention as the claims and noticing agent in these chapter 11 cases pursuant to the *Interim Order (A) Authorizing the Retention and Appointment of Stretto, Inc. as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief* [Docket No. 155] on February 22, 2023. In addition, on March 21, 2023, the *Final Order (A) Authorizing The Retention And Appointment Of Stretto, Inc. As Claims, Noticing, And Solicitation Agent And (B) Granting Related Relief* [Docket No. 338] was entered.

4. On June 29, 2023, the Debtor filed its *Emergency Motion For Entry Of An Order Establishing Administrative Claim Bar Date For Filing Proofs of Administrative Expense Claim And Approving Form, Manner And Sufficiency Of Notice Thereof; Memorandum Of Points And Authorities In Support Thereof.* [ECF 789].

5. On July 11, 2023, an *Order Establishing Administrative Claim Bar Date For Filing Proofs Of Administrative Expense Claim And Approving Form, Manner And Sufficiency Of Notice Thereof* was entered ("Administrative Expense Claim Order"). [ECF 823].

6. The Administrative Expense Claim Order provides a deadline to file administrative expense claims of July 20, 2023 at 5:00 p.m. prevailing Pacific Time ("Administrative Claim Bar Date").

7. The Administrative Expense Claim Order provides in relevant part:

> Debtor shall serve the Administrative Claim Bar Date Notice within one business day of entry of this Order (the "Service Date") by first-class United States Mail, postage prepaid, to all of the following whose addresses are known by Debtor.

[ECF 823].

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Opposition.

151576380.1

8. The Administrative Expense Claim Order also provides in relevant part:

> If a holder of an administrative expense claim fails to timely file a completed Proof of Administrative Expense Claim in this Chapter 11 Case in compliance with the above procedures and deadlines established by this Order, such claimant shall be forever barred, estopped, and enjoined from asserting any administrative expense claim against Debtor.

[ECF 823].

9. On July 11, 2023, a *Notice Of Entry Of Administrative Claim Bar Date Order Establishing A Deadline To File Administrative Expense Claims Against The Debtor* was filed with the Court ("Notice Of Administrative Expense Claim Order"). [ECF 824]. The Notice Of Administrative Expense Claim Order contains the Administrative Claim Bar Date. [ECF 824].

10. The Notice of Administrative Expense Claim Order was served via first class mail on TSSP and PowerHouse TSSP LLC on July 11, 2023 as follows:

| | |
|---|---|
| Power House TSSP LLC<br>c/o SKR Real Estate Services<br>9911 Covington Cross Dr. Ste 100<br>Las Vegas, NV 89144-7033 | Power House TSSP LLC<br>9911 Covington Cross Dr. #100<br>Las Vegas, NV 89144-7033 |
| PowerHouse TSSP LLC<br>c/o FisherBroyles, LLP<br>Attn: Thomas R. Walker<br>3340 Peachtree Rd NE Suite 1800<br>Atlanta, GA 30326 | TSSP LLC<br>Attn: Ofir Hagay<br>9275 Russell Rd Ste 235<br>Las Vegas, NV 89148 |
| TSSP LLC<br>c/o FisherBroyles, LLP<br>Attn: Thomas R. Walker<br>3340 Peachtree Rd NE Suite 1800<br>Atlanta, GA 30326 | |

In addition, the Notice Of Administrative Expense Claim Order was emailed to BDumas@skrres.com to the attention of Ofir Hagay. See [ECF 841 at pp. 68, 87, and 102].

11. No mail sent to TSSP, or PowerHouse TSSP LLC, came back to Stretto. In addition, Stretto did not receive a message that the email to Ms. Dumas was undeliverable. Indeed, Stretto received an automatic reply indicating that Ms. Dumas was out of the office until July 17, 2023.

/ / /

/ / /

/ / /

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of information, knowledge and belief.

Executed this 15th day of November, 2023.

*/s/ Angela Tsai*
Angela Tsai

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)