**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email: ccarlyon@caryloncica.com
         dcica@carlyoncia.com

Allan B. Diamond, Esq.(*admitted pro hac vice*)
Justin Strother, Esq. (*admitted pro hac vice*)
Christopher D. Johnson, Esq. (*admitted pro hac vice*)
**DIAMOND McCARTHY LLP**
909 Fannin, Suite 3700
Houston, Texas 77010
Phone: (713) 333-5100
Email: adiamond@diamondmccarthy.com
         justin.strother@diamondmccarthy.com
         chris.johnson@diamondmccarthy.com

*Co-Counsel for Chris McAlary*      *Co-Counsel for Chris McAlary*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No.: Case No. BK-S-23-10423-MKN |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **DECLARATION UNDER OATH OF JASMINE S. WESTRY IN REGARD TO OBJECTION TO MOTION TO APPROVE SETTLEMENT AGREEMENT WITH COLE KEPRO INTERNATIONAL, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>Hearing Date: November 28, 2023<br>Hearing Time: 1:30p.m. |

1

# DECLARATION UNDER OATH OF JASMINE S. WESTRY

I, Jasmine S. Westry, declare:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration.

2. I am the Vice President, Regional Head of Claims and Collections at Euler Hermes North America Insurance Company ("Euler Hermes").  This declaration is based on my personal knowledge of the matters set forth below.

3. Euler Hermes issued Corporate Advantage Policy, Policy No. 5129818, with a policy period from February 1, 2022 to January 31, 2023 ("the "Policy"), to Cole Kepro International, LLC ("Cole Kepro").

4. Euler Hermes has not received a covered, payable claim under the Policy and has not agreed to honor or pay any claim under the Policy.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Perry Hall, MD
       November 16, 2023

*Jasmine S. Westry*
_____
Jasmine S. Westry

**CERTIFICATE OF SERVICE**

I am an employee of Carlyon Cica Chtd. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Nancy Arceneaux
An employee of Carlyon Cica Chtd.

7