**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
NATASHA SHARMA, ESQ.
Nevada Bar No. 16320
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email: ccarlyon@carlyoncica.com
       dcica@carlyoncica.com

*Counsel for Chris McAlary*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.: Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**STIPULATION TO SUSPEND RESPONSE DEADLINES TO MOTION TO RECONSTITUTE THE OFFFICIAL UNSECURED CREDITORS' COMMITTEE**<br><br>Hearing Date: December 13, 2023<br>Hearing Time: 9:30 a.m. |

Chris McAlary ("McAlary"), by and through his attorneys of record, Carlyon Cica Chtd.; Cash Cloud, Inc. ("Debtor"), by and through its counsel Brett Axelrod, Esq. of Fox Rothschild LLP; and the Official Committee of Unsecured Creditors (the "Committee"), by and through its counsel Seward & Kissel LLP, (collectively the "Parties") hereby stipulate and agree as follows (the "Stipulation"):

1

## RECITALS

**WHEREAS**, on October 20, 2023, Chris McAlary filed his Motion to Reconstitute the Official Unsecured Creditors' Committee [ECF No. 1413] (the "Motion");

**WHEREAS**, the hearing on the Motion is currently set for December 13, 2023 at 9:30 a.m. (the "Hearing");

**WHEREAS**, the current deadline for the Committee to file its Opposition the Motion (the "Opposition") is November 29, 2023;

**WHEREAS**, the current deadline for Mr. McAlary to file his Reply in Support of the Motion (the "Reply") is December 6, 2023;

**WHEREAS**, the Parties have conferred and agreed to suspend, without prejudice, the litigation arising out of the Motion for at least 60 days.

**NOW, THEREFORE**, the Parties hereby stipulate and agree to the following:

**IT IS HEREBY STIPULATED** that the pending deadline for filings the opposition and reply with respect to the Motion be vacated;

**IT IS FURTHER HEREBY STIPULATED** that the hearing date on the Motion be continued to a date convenient to the Court on or after February 13, 2024 (the "Continued Hearing Date".

**IT IS FURTHER HEREBY STIPULATED** that the new deadlines for filing any Opposition and Reply to the Motion be reset in accordance with LR 9014 to be 14 and 7 days, respectively, prior to the Continued Hearing Date.

**IT IS FURTHER STIPULATED THAT** no action be taken with respect to the Motion prior to three weeks prior to the Continued Hearing Date.

/ / /

/ / /

/ / /

/ / /

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

2

**IT IS FURTHER STIPULATED THAT** no other deadlines in the underlying matter herein are affected by this Stipulation.

      **IT IS SO STIPULATED AND AGREED.**

| CARLYON CICA CHTD. | FOX ROTHSCHILD LLP |
|---|---|
| By: /s/ *Natasha Sharma, Esq.*<br>CANDACE C. CARLYON, ESQ.<br>Nevada Bar No.2666<br>DAWN M. CICA, ESQ.<br>Nevada Bar No. 4565<br>NATASHA SHARMA, ESQ.<br>Nevada Bar No. 16320<br>265 E. Warm Springs Road, Suite 107<br>Las Vegas, NV 89119<br>*Counsel for Christopher McAlary* | By: */s/ Brett A. Axelrod, Esq.*<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>DANIEL MANN, ESQ.<br>Nevada Bar No. 15594<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>*Counsel for Debtor* |

**SEWARD & KISSEL LLP**

By: */s/ Laura Miller, Esq.*
JOHN R. ASHMEAD, ESQ.
ROBERT J. GAYDA, ESQ.
CATHERINE V. LOTEMPIO, ESQ.
LAURA E. MILLER, ESQ.
ANDREW J. MATOTT, ESQ.
(*pro hac vice applications granted*)

**CERTIFICATE OF SERVICE**

I am an employee of Carlyon Cica Chtd.  On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE:  Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL:  By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER:  By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE:  By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

                                         */s Cristina Robertson*
                                         An employee of Carlyon Cica Chtd.

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119