**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax: (725) 386-4979
Email:  ccarlyon@carlyoncica.com
            dcica@carlyoncica.com

*Counsel for Christopher McAlary*

**DIAMOND MCCARTHY LLP**
Allan B. Diamond, Esq.
(*pro hac vice admitted*)
Justin Strother, Esq.
(*pro hac vice admitted*)
Christopher D. Johnson, Esq.
(*pro hac vice admitted*)
909 Fannin, Suite 3700
Houston, Texas 77010
**(713) 333-5100**
Email:adiamond@diamondmccarthy.com
justin.strother@diamondmccarthy.com
chris.johnson@diamondmccarthy.com
*Co-Counsel for Chris McAlary*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.: Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**OBJECTIONS TO PROPOSED EXHIBITS OFFERED BY MOVANTS IN CONNECTION WITH EVIDENTIARY HEARING ON MOTION TO APPROVE SETTLEMENT AGREEMENT WITH COLE KEPRO INTERNATIONAL, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>**Hearing Date: November 28, 2023**<br>**Hearing Time:  1:30 p.m.** |

Christopher McAlary ("Mr. McAlary") by and through his attorneys of record, Carlyon Cica

Chtd. and Diamond McCarthy LLP, hereby objects to certain exhibits proffered by Movants with respect to the Evidentiary Hearing set for November 28, 2023, at 1:30 p.m. on the *Motion to Approve Settlement Agreement With Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019*; as disclosed in in *Debtor And The Official Committee Of Unsecured Creditors' Joint Exhibit And Witness List* filed on November 22, 2023 [ECF No. 1500].

Christopher McAlary objects to the following exhibits designated by proponents:

With respect to Exhibit No. 1 and Exhibit No. 2, McAlary reserves all objections pending the conclusion of cross-examination.

McAlary objects to all of the Proponents' remaining proposed exhibits pursuant to LR 9017(d)(1), which requires that: " (1) The plaintiff or movant must submit to opposing counsel all declarations and exhibits in its case in chief not less than fourteen (14) business days before the trial or the hearing on the contested matter".  The Plaintiff failed to comply with the requirements that Plaintiff's exhibits be designated and submitted to opposing counsel no later than November 14, 2023 (14 days prior to the hearing on the contested matter).  Even as of the date of this filing, some of the exhibits have not been provided to McAlary.

Additionally, McAlary asserts the following objections to specific exhibits:

Exhibit No. 3 Transcript of Tanner James's Deposition Dated October 24, 2023.  This is a hearsay document.  Tanner James is a representative of the Debtor, the proponent.  A party's own prior statement is hearsay and inadmissible.  FRE 801, 802.

Exhibit No. 4 Transcript of Transcript of Daniel Ayala's Deposition Dated November 9, 2023.  Daniel Ayala is a representative of the Debtor, the proponent.  A party's own prior statement is hearsay and inadmissible.  FRE 801, 802.

Exhibit No. 5 Transcript of Rule 30(b)(6) Designee for Cole Kepro, Fred Cook's Deposition Dated November 7, 2023.  Cole Kepro is aligned with the proponents.  Its prior statements utilized in support of the Motion constitute inadmissible hearsay.  FRE 801, 802.

Exhibit No. 7 Transcript of Rule 30(b)(6) Designee for Unsecured Creditors' Committee, Chris Baird's Deposition Dated November 10, 2023.  Chris Baird is the representative of a proponent. A party's own prior statement is hearsay and inadmissible.  FRE 801, 802.

Exhibits No. 9 Cole Kepro Financial Statements March 2023; Exhibit No 10 Cole Kepro Federal Return 2022; Exhibit No. 11 CKI 13wk Cash Flow Forecast 10-13- 2023.  These statements constitute hearsay, are unauthenticated, and it would be highly inequitable to permit the admission of such statements since Mr. McAlary and his Nevada counsel were excluded from viewing such documents due to Cole Kepro's demand that such documents be viewed only under an agreement that they would not be admissible.  FRE 402, 801, 802.

Exhibits No. 14, July 28, 2023 letter from Robert Gayda to Dawn Cica; Exhibit No. 15, E-mail chain among Robert Gayda, Dawn Cica, Brett Axelrod, Candace Carlyon, and others dated August 8, 2023 through August 14, 2023; Exhibit No. 17, E-mail chain among Dawn Cica, Brett Axelrod, Candace Carlyon, Allan Diamond, and Robert Gayda dated August 21, 2023; Exhibit No. 19, August 26, 2023 letter from Robert Gayda to Allan Diamond; Exhibit No. 21, E-mail chain among Robert Gayda, Cristina Robertson, Brett Axelrod, Laura Miller, and Dawn Cica dated November 8, 2023.  Statements made by Ms. Axelrod (counsel for the Debtor) and Mr. Gayda (counsel for the Committee) constitute inadmissible hearsay.  FRE 801 802.

Exhibit No. 23 Complaint, Cole Kepro International, LLC v. Coin Cloud, LLC, Case No. A22-860298-B (Nev.), filed Oct. 24, 2022.  To the extent offered for the truth of the statements contained in the Complaint, such statements contained within the exhibit constitute hearsay.  FRE 801, 802.  McAlary does not object to offering the exhibit solely for the purpose of establishing that a complaint has been filed.

Exhibit No. 24 By-Laws and Procedural Rules for the Official Committee of Unsecured Creditors of In re Cash Cloud, Inc. (DBA Coin Cloud).  This document is unauthenticated, hearsay, and not relevant.  FRE 402, 801, 802, 901.

Exhibit No. 26 Deposition Designations of Rule 30(b)(6) Designee for Unsecured Creditors' Committee, Chris Baird, from Deposition Dated November 10, 2023.  Such statements are inadmissible hearsay.  FRE 801, 802.  Additionally, such designations were not timely made as required by LR 7032(b)(1).

Exhibit No. 27 Deposition Designations of Rule 30(b)(6) Designee for Cole Kepro International, LLC, Fred Cook, from Deposition Dated November 7, 2023 and November 24, 2023.

1  Such statements are inadmissible hearsay.  FRE 801, 802.  Additionally, such designations were not timely made as required by LR 7032(b)(1).

Exhibit No. 29 Any other document or pleading publicly filed in the above-captioned case; Exhibit No. 30 Any exhibit necessary for impeachment and/or rebuttal purposes. The identity of these documents have not been disclosed.  Accordingly, McAlary reserves the right to object to any such exhibit when and if proffered.

McAlary objects to the Declaration of Ryan Works submitted on November 22, 2023 [ECF No, 1503].  The Declaration of counsel is not made with personal knowledge, the exhibits attached thereto are not properly authenticated and are hearsay, and the Declaration was not timely filed pursuant to LR 9014(c) and LR 9017(d)(1).

Respectfully submitted this 24th day of November 2023.

**CARLYON CICA CHTD.**

*/s/ Candace Carlyon*
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
*Counsel for Chris McAlary*

**and**

**DIAMOND MCCARTHY LLP**
Allan B. Diamond, Esq.
(*pro hac vice admitted*)
Justin Strother, Esq.
(*pro hac vice admitted*)
Christopher D. Johnson, Esq.
(*pro hac vice admitted*)
909 Fannin, Suite 3700
Houston, Texas 77010
*Co-Counsel for Chris McAlary*

4

# CERTIFICATE OF SERVICE

I am an employee of Carlyon Cica Chtd. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Nancy Arceneaux*
An employee of Carlyon Cica Chtd.

5