BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
baxelrod@foxrothschild.com
jmcpherson@foxrothschild.com
nkoffroth@foxrothschild.com

*Counsel for Debtor*

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
SEWARD & KISSEL LLP
*admitted pro hac vice*
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
miller@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | **Case No.:** 23-10423-mkn<br><br>**Chapter 11**<br><br>**RESPONSE TO CHRIS MCALARY'S OBJECTIONS TO PROPOSED EXHIBITS OFFERED BY MOVANTS IN CONNECTION WITH EVIDENTIARY HEARING ON MOTION TO APPROVE SETTLEMENT AGREEMENT WITH COLE KEPRO INTERNATIONAL, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>**Date of Hearing:** November 28, 2023<br>**Time of Hearing:** 1:30 p.m. (PT) |

Cash Cloud, Inc. dba Coin Cloud (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee" and, together with the Debtor, "Movants"), by and through their respective undersigned counsel, hereby respond to Chris McAlary's objections to certain exhibits

identified by the Debtor and the Committee on their Joint Exhibit List [ECF No. 1500], which was submitted in connection with the Evidentiary Hearing scheduled for November 28, 2023, on the *Motion to Approve Settlement Agreement With Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019* [ECF No. 1295] (the "Motion").

## ARGUMENT

1. As an initial matter, McAlary's objection to the Movants' exhibits as untimely under LR 9017(d)(1) is wholly illogical. McAlary contends that Movants must have submitted their exhibits by November 14, 2023, *prior to the filing of McAlary's own objection to the Motion*, as well as two depositions conducted in connection with the Motion. While the deadlines set forth in LR 9017(d)(1) are sensible in the context of a typical trial (in which discovery and briefing have long since concluded), it strains credulity to believe that this rule was intended to be given so strict a reading when the briefing and discovery underlying the Motion is concluded after those time limits have passed. Such a result would be inequitable and entirely prejudicial to Movants.

2. Notably, it is McAlary who sought from Movants an adjournment of his deadline to object to the Motion, in order to allow him to conduct *five* depositions on topics which are entirely irrelevant to the standard for approving a 9019 Motion.[1] *See* Mot. at 5-6 (setting forth standard). Having received that substantial extension, McAlary should not now be permitted to use LR 9017(d)(1) to hamstring Movants' ability to present their case to the Court in a full and fair manner.

3. With respect to McAlary's objections to specific exhibits, Movants respectfully respond as follows:

4. Regarding Exhibits 3 and 4 (the transcripts of the depositions of Messrs. James and Ayala, respectively), those transcripts are included on Movants' exhibit list, as necessary, to provide for rehabilitation of witness credibility under Fed. R. Evid. 801(d)(1)(B)(ii). Such statements are not hearsay when used for that purpose.

5. Regarding Exhibits 5 and 27 (the transcript of the deposition of Cole Kepro's 30(b)(6)

---

[1] Indeed, it bears noting that McAlary seeks to preclude the admission of evidence that was adduced *solely* due to McAlary's own costly fishing expedition, including witness testimony and documentary evidence that wholly undermines his objection.

representative, Fred Cook, as well as designations thereof) and Exhibits 7 and 26 (the transcript of the deposition of the Committee's 30(b)(6) representative, Christopher Baird, and designations thereof), on November 22, 2023, Movants designated Messrs. Cook's and Baird's testimony by deposition pursuant to LR 9017 and LR 7032, identified such designations on their exhibit list, and included the full transcripts of such depositions on their list as required by LR 7032(a). *See* [ECF No. 1500]. For the reasons set forth *supra*, such designations should not be held to be untimely in light of the fact that McAlary's objection was not filed until November 18, 2023, and depositions in connection with this matter did not conclude until November 24, 2023, when Mr. Cook testified for a second time. Moreover, the substance of this testimony was identified in Movants' *Joint Reply in Further Support of Motion to Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019*, filed on November 22, 2023 [ECF No. 1502].

6. Regarding Exhibits 9, 10, and 11 (i.e. certain financial documents produced by Cole Kepro International, LLC, or "CKI"), these documents were authenticated during the November 24, 2023 deposition of CKI's corporate representative, Fred Cook, which Movants intend to promptly designate later today, upon receipt of the final transcript. Additionally, such records fall within the exception to the rule against hearsay set forth in Fed. R. Evid. 803(6) and Fed R. Evid. 807. Movants have no knowledge with respect to McAlary's unsworn and unsubstantiated assertion that he was somehow "excluded" from viewing such documents, but note that there is no dispute that these documents were produced to his counsel, Diamond McCarthy LLP, in response to McAlary's *Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)* dated October 27, 2023 [ECF No. 1445].

7. Regarding Exhibits 14, 15, 17, 19, and 21, such documents contain statements that either are not hearsay under Fed. R. Evid. 801(d)(1)(A) and 801(d)(2), or otherwise fall within exceptions to the rule against hearsay set forth in Fed. R. Evid. 803(1), Fed R. Evid 803(3), Fed. R. Evid. 803(6), and Fed. R. Evid. 807.

8. Regarding Exhibit 23, Movants are not offering this exhibit for the truth of the statements contained therein, and it is therefore not hearsay.

9. Regarding Exhibit 24, this document was produced by the Committee to McAlary on November 22, 2023, testified to by both Messrs. Cook and Baird, and further authenticated pursuant to the *Declaration of Ryan J. Works, Esq. in Support of Joint Reply in Further Support of Motion to Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019*, filed on November 22, 2023 [ECF No. 1503] (the "Works Declaration"). This document also falls within the exceptions to the rule against hearsay set forth in Fed. R. Evid. 803(6) and Fed. R. Evid. 807.

10. Regarding the Works Declaration, this declaration was filed in compliance with LR 9014 and contains evidence to be admitted at the trial of this matter.

## CONCLUSION

Based on the foregoing, the Debtor and the Committee respectfully request that the exhibits identified on their Joint Exhibit List [ECF No. 1500] be admitted in full, and for such other and further relief as may be deemed proper.

Dated this 27th day of November, 2023.

McDONALD CARANO LLP

By: */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
*Admitted pro hac vice*
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
miller@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

FOX ROTHSCHILD LLP

By: */s/ Brett A. Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
baxelrod@foxrothschild.com
jmcpherson@foxrothschild.com
nkoffroth@foxrothschild.com

*Counsel for Debtor*