BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
*Counsel for Debtor*

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor | Case No.: 23-10423-mkn<br><br>Chapter 11<br><br>**DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' AMENDED JOINT EXHIBIT AND WITNESS LIST**<br><br>**Date of Hearing:** November 28, 2023<br>**Time of Hearing:** 1:30 p.m. |

151804374.1

Pursuant to this Court's *Order Approving Stipulation Regarding Scheduling of Dates in Connection with Joint Motion to Approve Settlement Agreement With Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [ECF No. 1295]* entered October 26, 2023 [ECF No. 1436] Cash Cloud, Inc. dba Coin Cloud (the "Debtor") and the Official Committee of Unsecured Creditors ("Committee"), by and through their respective undersigned counsel, hereby respectfully submit their amended exhibit and witness list in connection with evidentiary hearing scheduled for November 28, 2023 at 1:30 p.m. ("Hearing").

I.  **EXHIBIT LIST.**

Attached as **Exhibit 1** is the Debtor and the Committee's list of exhibits.

The Debtor and the Committee reserve the right to use as an exhibit any document listed on an exhibit list by any other party, and to use any exhibit for purposes of rebuttal or impeachment. Debtor and the Committee further reserve the right to amend and supplement this list in advance of the Hearing.

II.  **WITNESS LIST**

Pursuant to LR 9017, the Debtor and the Committee designate the following witnesses in addition to any witness necessary to lay foundation and any impeachment or rebuttal witnesses not identified at this time.

1. **Tanner James**
   c/o Fox Rothschild LLP
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, NV 89135
   (701) 262-6899

2. **Daniel Ayala**
   c/o Fox Rothschild LLP
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, NV 89135
   (701) 262-6899

In addition to the foregoing, pursuant to LR 9017 and LR 7032, the Debtor and the Committee designate by deposition testimony the following witnesses:

1. **Christopher Baird**
   30(b)(6) Designee for the Official Committee of Unsecured Creditors

151804374.1

2. **Fred Cook**
   30(b)(6) Designee for Cole Kepro International, LLC

The Debtor and the Committee reserve the right to use as a witness any witness disclosed by any other party, and to use any witness for purposes of rebuttal or impeachment. Debtor and the Committee further reserve the right to amend and supplement this list in advance of the Hearing.

Dated: November 27, 2023.

    MCDONALD CARANO LLP

By: /s/ Ryan J. Works
Ryan J. Works, Esq. (Nevada Bar No. 9224)
Amanda M. Perach, Esq. (Nevada Bar No. 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
*(pro hac vice applications granted)*
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

-and-

**FOX ROTHSCHILD LLP**

By /s/Brett A. Axelrod
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

3

151804374.1

# Exhibit 1

Hearing Date: November 28, 2023

| EXHIBITS | | Case Title | | BK: **23-10423-MKN** |
|---|---|---|---|---|
| | | In re Cash Cloud, Inc. dba Coin Cloud | | |
| **Offered** | **Admitted** | **Identification** | **Description** | **Offers Objections Rulings Exception** |
| | | 1 | Declaration Of: Tanner James in support of Joint Motion to Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [ECF No 1422] | |
| | | 2 | Declaration Of: Daniel Ayala in support of Joint Motion to Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [ECF No 1423] | |
| | | 3 | Transcript of Tanner James's Deposition Dated October 24, 2023 | |
| | | 4 | Transcript of Daniel Ayala's Deposition Dated November 9, 2023 | |
| | | 5 | Settlement Agreement [Exhibit A in ECF No 1295] | |
| | | 6 | Transcript of Rule 30(b)(6) Designee for Cole Kepro, Fred Cook's Deposition Dated November 7, 2023 | |
| | | 7 | Transcript of Rule 30(b)(6) Designee for Unsecured Creditors' Committee, Chris Baird's Deposition Dated November 10, 2023 | |
| | | 8 | Cole Kepro Forbearance Docs Executed | |
| | | 9 | Cole Kepro Financial Statements March 2023 | |
| | | 10 | Cole Kepro Federal Return 2022 | |
| | | 11 | CKI 13wk Cash Flow Forecast 10-13-2023 | |
| | | 12 | May 30, 2023 letter from Dawn Cica to Cash Cloud Inc. | |
| | | 13 | June 2, 2023 letter from Dawn Cica to Cash Cloud Inc. | |

1

151617264.1
151803675.1

| EXHIBITS | Case Title | | BK: <u>23-10423-MKN</u> |
|---|---|---|---|
| | In re Cash Cloud, Inc. dba Coin Cloud | | |
| **Offered** | **Admitted** | **Identification** | **Description** | **Offers Objections Rulings Exception** |

| Offered | Admitted | Identification | Description | Offers Objections Rulings Exception |
|---|---|---|---|---|
| | | 14 | July 28, 2023 letter from Robert Gayda to Dawn Cica | |
| | | 15 | E-mail chain among Robert Gayda, Dawn Cica, Brett Axelrod, Candace Carlyon, and others dated August 8, 2023 through August 14, 2023 | |
| | | 16 | E-mail from Dawn Cica to Brett Axelrod, Candace Carlyon, and Allan Diamond dated August 21, 2023, with attachment | |
| | | 17 | E-mail chain among Dawn Cica, Brett Axelrod, Candace Carlyon, Allan Diamond, and Robert Gayda dated August 21, 2023 | |
| | | 18 | August 24, 2023 letter from Allan Diamond to Brett Axelrod | |
| | | 19 | August 26, 2023 letter from Robert Gayda to Allan Diamond | |
| | | 20 | November 8, 2023 e-mail from Cristina Robertson to Brett Axelrod, Robert Gayda, Laura Miller, and Dawn Cica, with attachment | |
| | | 21 | E-mail chain among Robert Gayda, Cristina Robertson, Brett Axelrod, Laura Miller, and Dawn Cica dated November 8, 2023 | |
| | | 22 | Complaint, *Cash Cloud Inc. v. Cole Kepro International, LLC*, Case No. A-22-854226-C (Nev.), filed June 17, 2022 | |
| | | 23 | Complaint, *Cole Kepro International, LLC v. Coin Cloud, LLC*, Case No. A-22-860298-B (Nev.), filed Oct. 24, 2022 | |
| | | 24 | By-Laws and Procedural Rules for the Official Committee of Unsecured Creditors of *In re Cash Cloud, Inc. (DBA Coin Cloud)* | |

2

151617264.1
151803675.1

| **EXHIBITS** | **Case Title** | | **BK: <u>23-10423-MKN</u>** |
| | In re Cash Cloud, Inc. dba Coin Cloud | | |
| **Offered** | **Admitted** | **Identification** | **Description** | **Offers Objections Rulings Exception** |
| --- | --- | --- | --- | --- |
| | | 25 | July 16, 2023 letter from Dawn Cica to Brett Axelrod | |
| | | 26 | Deposition Designations of Rule 30(b)(6) Designee for Unsecured Creditors' Committee, Chris Baird, from Deposition Dated November 10, 2023 | |
| | | 27 | Deposition Designations of Rule 30(b)(6) Designee for Cole Kepro International, LLC, Fred Cook, from Deposition Dated November 7, 2023 and November 24, 2023 | |
| | | 28 | Transcript of Christopher McAlary's Deposition Dated November 21, 2023 | |
| | | 29 | Transcript of Frederick Cook Dated November 24, 2023 | |
| | | 30 | Any other document or pleading publicly filed in the above-captioned case | |
| | | 31 | Any exhibit necessary for impeachment and/or rebuttal purposes | |
| | | 32 | Any exhibit identified or offered by any other party | |

151617264.1
151803675.1