_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
November 28, 2023

_____

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
**McDONALD CARANO LLP**
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
**SEWARD & KISSEL LLP**
*admitted pro hac vice*
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
miller@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
baxelrod@foxrothschild.com
jmcpherson@foxrothschild.com
nkoffroth@foxrothschild.com

*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re | **Lead Case No.:** 23-10423-mkn |
| CASH CLOUD, INC. dba COIN CLOUD, | **Chapter 11** |
| Debtor. | **ORDER GRANTING *EX PARTE* MOTION TO FILE UNDER SEAL AND/OR REDACT CERTAIN PORTIONS OF THE JOINT REPLY IN FURTHER SUPPORT OF MOTION TO APPROVE SETTLEMENT AGREEMENT WITH COLE KEPRO INTERNATIONAL, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019** |

1  This matter has come before the Court on Cash Cloud, Inc. dba Coin Cloud (the "Debtor") and the Official Committee of Unsecured Creditors' ("UCC") *Ex Parte Motion to File Under Seal and Redact Certain Portions of the Joint Reply In Further Support of Joint Motion to Approve Settlement Agreement With Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "Motion to Seal"). The Court has reviewed the Motion to Seal and finds that cause exists to grant the Motion to Seal for the reasons and on the grounds stated therein, which the Court adopts.

WHEREFORE, good cause appearing,

IT IS HEREBY ORDERED that the Motion to Seal is GRANTED.

IT IS FURTHER ORDERED that portions of the *Joint Reply In Support of Joint Motion to Approve Settlement Agreement With Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019* and *Declaration of Ryan J. Works Esq. in Support Joint Reply In Support of Joint Motion to Approve Settlement Agreement With Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019* shall be redacted as follows:

1. The redacted portions of paragraph 25;
2. The redacted portions of paragraph 26;
3. The redacted portions of paragraph 27;
4. The redacted portion of paragraph 32.

IT IS FURTHER ORDERED that the following exhibits to the *Declaration of Ryan J. Works, Esq. in Support of Joint Reply in Further Support of Joint Motion to Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019* ("Works Declaration") shall be sealed:

1. Exhibit 13;
2. Exhibit 14;
3. Exhibit 15;
4. Exhibit 16;
5. Exhibit 21.

1  **IT IS SO ORDERED.**

2                                             # # #

3  Prepared and Submitted by:

4  McDONALD CARANO LLP

5  */s/ Ryan J. Work*

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
**McDONALD CARANO LLP**
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*