**IT IS FURTHER ORDERED** that counsel now may elect to appear at the hearing remotely, rather than in-person. Counsel may obtain the telephonic appearance information from the updated calendar posted for this matter.

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
November 28, 2023

___

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
         dcica@carlyoncica.com

**DIAMOND MCCARTHY LLP**
Allan B. Diamond, Esq.
(*pro hac vice admitted*)
Christopher D. Johnson, Esq.
(*pro hac vice admitted*)
Justin Strother, Esq.
(*pro hac vice admitted*)
909 Fannin, Suite 3700
Houston, Texas 77010
Email: adiamond@diamondmccarthy.com
chris.johnson@diamondmccarthy.com
justin.strother@diamondmccarthy.com
*Co-Counsel for Christopher McAlary*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No.: Case No. BK-S-23-10423-MKN<br>Chapter 11 |
|---|---|
| CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | **ORDER APPROVING STIPULATION REGARDING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT WITH COLE KEPRO INTERNATIONAL, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 [ECF NO. 1295]**<br><br>Hearing Date: November 28, 2023<br>Hearing Time: 1:30 p.m. |

1

1   The Court, having reviewed and considered Stipulation Regarding Joint Motion to Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [ECF No. 1295] entered into by Chris McAlary ("McAlary"), by and through his counsel, the law firm of Carlyon Cica, Chtd.; Cash Cloud, Inc. ("Debtor") by and through its counsel Jeanette McPherson, Esq. of Fox Rothschild LLP; and the Official Committee of Unsecured Creditors (the "Committee") by and through its counsel Ryan J. Works, Esq. of McDonald Carano LLP and Seward & Kissel LP (collectively the "Parties") and for good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation [ECF No. 1512] attached as Exhibit 1 is approved in its entirety.

**IT IS HEREBY FURTHER ORDERED** that Mr. McAlary's Objection to Motion to Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [ECF No. 1488] is hereby withdrawn with prejudice.

**IT IS HEREBY FURTHER ORDERED** that Mr. McAlary's Motion to Reconstitute the Official Unsecured Creditors' Committee [ECF No. 1413] is hereby withdrawn with prejudice.

The Court shall separately enter a standard order scheduling a settlement conference amongst the Parties with respect to the McAlary Adversary on a date and at a time and place that the Parties and their counsel are available.

**IT IS SO ORDERED.**

| Submitted by: | FOX ROTHSCHILD LLP |
|---|---|
| **CARLYON CICA CHTD.** | |
| By: /s/ Candace Carlyon | By: /s/ Jeanette McPherson |
| CANDACE C. CARLYON, ESQ. | JEANETTE MCPHERSON, ESQ. |
| Nevada Bar No. 2666 | Nevada Bar No. 5423 |
| DAWN M. CICA, ESQ. | DANIEL MANN, ESQ. |
| Nevada Bar No. 4565 | Nevada Bar No. 15594 |
| 265 E. Warm Springs Road, Suite 107 | NICHOLAS A. KOFFROTH, ESQ. |
| Las Vegas, NV 89119 | Nevada Bar No. 16264 |
| *Counsel for Christopher McAlary* | *Counsel for Debtor* |

2

**SEWARD & KISSEL LLP**
John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)

-and-

**MCDONALD CARANO LLP**

By: */s/   Ryan Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
*Counsel for Official Committee of Unsecured Creditors*

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

3

# EXHIBIT "1"

# EXHIBIT "1"

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
 dcica@carlyoncica.com
*Counsel for Christopher McAlary*

**DIAMOND MCCARTHY LLP**
Allan B. Diamond, Esq.
(*pro hac vice admitted*)
Christopher D. Johnson, Esq.
(*pro hac vice admitted)*
Justin Strother, Esq.
(*pro hac vice admitted*)
909 Fannin, Suite 3700
Houston, Texas 77010
Email:adiamond@diamondmccarthy.com
chris.johnson@diamondmccarthy.com
justin.strother@diamondmccarthy.com
*Co-Counsel for Christopher McAlary*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.: Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**STIPULATION REGARDING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT WITH COLE KEPRO INTERNATIONAL, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 [ECF NO. 1295] AND STAY OF APPEALS**<br><br>Hearing Date: November 28, 2023<br>Hearing Time: 1:30 p.m. |

Chris McAlary ("McAlary"), by and through his counsel, the law firm of Carlyon Cica, Chtd.; Cash Cloud, Inc. ("Debtor") by and through its counsel Jeanette McPherson, Esq. of Fox

1

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

1  Rothschild LLP; and the Official Committee of Unsecured Creditors (the "Committee") by and
2  through its counsel Ryan J. Works, Esq. of McDonald Carano LLP and Seward & Kissel LLP
3  (collectively the "Parties") hereby stipulate and agree as follows (the "Stipulation"):

4                                            **RECITALS**

5  WHEREAS, on September 22, 2023, Debtor and the Committee filed a *Joint Motion to*
6  *Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule of*
7  *Bankruptcy Procedure 9019* [ECF No. 1295] (the "9019 Motion");

8  WHEREAS, on November 18, 2023, Christopher McAlary filed his Objection to Motion
9  to Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule
10 of Bankruptcy Procedure 9019 [ECF No. 1488] (the "Objection");

11 WHEREAS, an Evidentiary hearing on the 9019 Motion is set for November 28, 2023 at
12 1:30 p.m.;

13 WHEREAS, on September 1, 2023, the Committee, acting on behalf of the Debtor's
14 estate, filed a Complaint against McAlary, Case No. Case 23-01125-mkn (the "McAlary
15 Adversary");

16 WHEREAS, on October 20, 2023, McAlary filed a Motion to Reconstitute the Official
17 Unsecured Creditors' Committee [ECF No. 1413](the "Motion to Reconstitute");

18 WHEREAS, the Parties have conferred and agreed that (1) the Parties consent to
19 participate in good faith in a court-ordered settlement conference with respect to the McClary
20 Adversary; (2) McClary agrees to withdraw the Objection; and (3) McAlary agrees to withdraw
21 the Motion to Reconstitute.

22 NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

23 **IT IS HEREBY STIPULATED** that Mr. McAlary's Objection to Motion to Approve
24 Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule of
25 Bankruptcy Procedure 9019 [ECF No. 1488] is hereby WITHDRAWN with prejudice.

26 **IT IS HEREBY FURTHER STIPULATED** that the Motion to Reconstitute [ECF No.
27 1413] is hereby WITHDRAWN with prejudice.

28

2

**IT IS HEREBY FURTHER STIPULATED** that, with respect to the McAlary Adversary, the Parties agree to participate in good faith in a confidential court-ordered settlement conference pursuant to LR9019(a)(1), and the Parties jointly request that the Court issue an order setting such a settlement conference.

**IT IS HEREBY FURTHER STIPULATED** that the Parties agree to stay both appeals arising out of this bankruptcy case before the United States District Court, District of Nevada under Case No. 2:23-cv-1424-GMN and Case No. 2:23-cv-01580-JAD until further notice.

No other deadlines are affected by this Stipulation.

**IT IS SO STIPULATED AND AGREED.**

| CARLYON CICA CHTD. | FOX ROTHSCHILD LLP |
|---|---|
| By: /s/ Candace Carlyon<br>CANDACE C. CARLYON, ESQ.<br>Nevada Bar No.2666<br>DAWN M. CICA, ESQ.<br>Nevada Bar No. 4565<br>265 E. Warm Springs Road, Suite 107<br>Las Vegas, NV 89119<br>*Counsel for Christopher McAlary* | By:/s/ Jeanette McPherson<br>JEANETTE MCPHERSON, ESQ.<br>Nevada Bar No. 5423<br>DANIEL MANN, ESQ.<br>Nevada Bar No. 15594<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>*Counsel for Debtor* |


...

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

1  **SEWARD & KISSEL LLP**
   Robert J. Gayda, Esq.
2  Laura E. Miller, Esq.
   Andrew J. Matott, Esq.
3  (*pro hac vice applications granted*)

4  -and-

5  **MCDONALD CARANO LLP**

6  By: */s/ Ryan Works*
7  Ryan J. Works, Esq. (NSBN 9224)
   Amanda M. Perach, Esq. (NSBN 12399)
8  2300 West Sahara Avenue, Suite 1200
   Las Vegas, NV 89102
9  *Counsel for Official Committee of*
10 *Unsecured Creditors*

4

## CERTIFICATE OF SERVICE

I am an employee of Carlyon Cica Chtd. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

                                          */s/ Nancy Arceneaux*
                                          An employee of Carlyon Cica Chtd.

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119