Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING *EX PARTE* MOTION TO FILE UNDER SEAL AND/OR REDACT CERTAIN PORTIONS OF THE JOINT REPLY IN FURTHER SUPPORT OF MOTION TO APPROVE SETTLEMENT AGREEMENT WITH COLE KEPRO INTERNATIONAL, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019** |

PLEASE TAKE NOTICE that an *Order Granting Ex Parte Motion to File Under Seal and/or Redact Certain Portions of the Joint Reply in Further Support of Motion to Approve Settlement Agreement with Cole Kepro International, LLC pursuant to Federal Rule of Bankruptcy Procedure 9019* [ECF No. 1516] was entered in the above-captioned case on the 28th day of November, 2023, a copy of which is attached hereto.

1  DATED this 30th day of November, 2023.

        McDONALD CARANO LLP

By: */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*



_____
**Honorable Mike K. Nakagawa**
United States Bankruptcy Judge

Entered on Docket
November 28, 2023

| | |
|---|---|
| Ryan J. Works, Esq. (NSBN 9224) <br> Amanda M. Perach, Esq. (NSBN 12399) <br> **McDONALD CARANO LLP** <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 <br> Telephone: (702) 873-4100 <br> rworks@mcdonaldcarano.com <br> aperach@mcdonaldcarano.com <br> <br> John R. Ashmead, Esq. <br> Robert J. Gayda, Esq. <br> Catherine V. LoTempio, Esq. <br> Laura E. Miller, Esq. <br> Andrew J. Matott, Esq. <br> **SEWARD & KISSEL LLP** <br> *admitted pro hac vice* <br> One Battery Park Plaza <br> New York, NY 10004 <br> Telephone: (212) 574-1200 <br> ashmead@sewkis.com <br> gayda@sewkis.com <br> lotempio@sewkis.com <br> miller@sewkis.com <br> matott@sewkis.com <br> <br> *Counsel for Official Committee* <br> *of Unsecured Creditors* | BRETT A. AXELROD, ESQ. <br> Nevada Bar No. 5859 <br> JEANETTE E. MCPHERSON, ESQ. <br> Nevada Bar No. 5423 <br> NICHOLAS A. KOFFROTH, ESQ. <br> Nevada Bar No. 16264 <br> **FOX ROTHSCHILD LLP** <br> 1980 Festival Plaza Drive, Suite 700 <br> Las Vegas, Nevada 89135 <br> Telephone: (702) 262-6899 <br> Facsimile: (702) 597-5503 <br> baxelrod@foxrothschild.com <br> jmcpherson@foxrothschild.com <br> nkoffroth@foxrothschild.com <br> <br> *Counsel for Debtor* |

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re <br> CASH CLOUD, INC. dba COIN CLOUD, <br>     Debtor. | **Lead Case No.:** 23-10423-mkn <br> **Chapter 11** <br> **ORDER GRANTING *EX PARTE* MOTION TO FILE UNDER SEAL AND/OR REDACT CERTAIN PORTIONS OF THE JOINT REPLY IN FURTHER SUPPORT OF MOTION TO APPROVE SETTLEMENT AGREEMENT WITH COLE KEPRO INTERNATIONAL, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019** |

1  This matter has come before the Court on Cash Cloud, Inc. dba Coin Cloud (the "Debtor")
2  and the Official Committee of Unsecured Creditors' ("UCC") *Ex Parte Motion to File Under Seal*
3  *and Redact Certain Portions of the Joint Reply In Further Support of Joint Motion to Approve*
4  *Settlement Agreement With Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy*
5  *Procedure 9019* (the "Motion to Seal"). The Court has reviewed the Motion to Seal and finds that
6  cause exists to grant the Motion to Seal for the reasons and on the grounds stated therein, which the
7  Court adopts.
8  WHEREFORE, good cause appearing,
9  IT IS HEREBY ORDERED that the Motion to Seal is GRANTED.
10  IT IS FURTHER ORDERED that portions of the *Joint Reply In Support of Joint Motion to*
11  *Approve Settlement Agreement With Cole Kepro International, LLC Pursuant to Federal Rule of*
12  *Bankruptcy Procedure 9019* and *Declaration of Ryan J. Works Esq. in Support Joint Reply In*
13  *Support of Joint Motion to Approve Settlement Agreement With Cole Kepro International, LLC*
14  *Pursuant to Federal Rule of Bankruptcy Procedure 9019* shall be redacted as follows:
15  1. The redacted portions of paragraph 25;
16  2. The redacted portions of paragraph 26;
17  3. The redacted portions of paragraph 27;
18  4. The redacted portion of paragraph 32.
19  IT IS FURTHER ORDERED that the following exhibits to the *Declaration of Ryan J. Works,*
20  *Esq. in Support of Joint Reply in Further Support of Joint Motion to Approve Settlement Agreement*
21  *with Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019*
22  ("Works Declaration") shall be sealed:
23  1. Exhibit 13;
24  2. Exhibit 14;
25  3. Exhibit 15;
26  4. Exhibit 16;
27  5. Exhibit 21.
28

1  **IT IS SO ORDERED.**

2                                             # # #

3  Prepared and Submitted by:

4  McDONALD CARANO LLP

5   /s/ Ryan J. Work
Ryan J. Works, Esq. (NSBN 9224)
6  Amanda M. Perach, Esq. (NSBN 12399)
**McDONALD CARANO LLP**
7  2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
8  Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
9  aperach@mcdonaldcarano.com

10 *Counsel for Official Committee
of Unsecured Creditors*