1  ROBERT A. MUSIALA, JR. ESQ.
2  BAKER & HOSTETLER LLP
   One North Wacker Drive
3  Suite 4500
   Chicago, IL 60606
4  Telephone: 312.416.6200
   Facsimile: 312.416.6201
5  Email: rmusiala@bakerlaw.com

6  *Regulatory Counsel for Debtor*

7
                    **UNITED STATES BANKRUPTCY COURT**
8
                            **DISTRICT OF NEVADA**
9

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **BAKER & HOSTETLER'S FIFTH MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023** |
|  | Hearing Date:  N/A |
|  | Hearing Time:  N/A |

Baker & Hostetler ("B&H" or "Applicant"), regulatory counsel to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Chapter 11 Case"), respectfully submits its Monthly Fee Statement for Services Rendered and Expenses Incurred for the Period from October 1, 2023 through October 31, 2023 (the "October Statement"), pursuant to the *Order Authorizing Retention and Employment of Baker & Hostetler LLP as Regulatory Counsel to Debtor* [ECF No. 525] (the "Retention Order") and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Banker. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

In support of the October Statement, B&H respectfully represents as follows:

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**Background**

1. B&H was retained as regulatory counsel to the Debtor pursuant to the Retention Order, dated and entered on May 5, 2023. On May 9, 2023, the Debtor paid B&H a retainer of $50,000.00 (the "Retainer") as authorized in the Retention Order. The Retainer was extinguished pursuant to the B&H's prior approved fee statements for April and May 2023 (ECF Docket Nos. 607 and 792, respectively).

2. B&H has endeavored to monitor and coordinate with the Debtor's counsel in this Chapter 11 Case to ensure a clear delineation of each firm's respective roles in connection with the representation of the Debtor in this Chapter 11 Case and to prevent duplication of services. The professional services performed and expenses incurred by B&H were actual and necessary to preserve and protect the value of the Debtor's assets and estate.

3. B&H submitted four prior applications for compensation in connection with its representation of the Debtor.

4. The first application (the "April Statement") was for the period of April 4, 2023 through April 30, 2023 (ECF Docket No. 607) (the "April Statement Period"). In the April Statement B&H sought allowance and payment of interim compensation for fees in the amount of $9,300.80, representing 80% of the $11,626.00 in fees incurred for services rendered during the April Statement Period. There were no expenses incurred in the April Statement Period. The holdback under the April Statement is $2,325.20 (the "April Holdback").

5. A Certificate of No Objection to the April Statement was filed with the Court on June 21, 2023 (ECF Docket No. 740).

6. B&H's second application (the "May Statement") was for the period of May 1, 2023 through May 31, 2023 (ECF Docket No. 321) (the "May Statement Period"). In the May Statement, B&H sought allowance and payment of interim compensation for fees in the amount of $130,329.20, representing 80% of the $162,911.50 in fees incurred for services rendered during the May Statement Period, and expenses in the amount of $511.68, representing 100% of the expenses incurred in connection with services rendered during the Statement Period. The holdback under the May Statement is $32,582.30 (the "May Holdback").

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

7. A Certificate of No Objection to the May Statement was filed with the Court on August 2, 2023 (ECF Docket No. 792).

8. B&H's third application (the "June Statement") was for the period of June 1, 2023 through June 30, 2023 (ECF Docket No. 321) (the "June Statement Period"). In the June Statement, B&H sought allowance and payment of interim compensation for fees in the amount of $5,867.20, representing 80% of the $7,334.00 in fees incurred for services rendered during the June Statement Period. There were no expenses incurred during the June Statement Period. The holdback under the June Statement is $1,466.80 (the "June Holdback").

9. A Certificate of No Objection to the June Statement was filed with the Court on October 17, 2023 (ECF Docket No. 1391).

10. B&H's fourth application (the "July & August Statement") was for the combined period of July 1, 2023 through July 31, 2023 and August 1, 2023 through August 31, 2023 (ECF Docket No. 1245) (the "July/August Statement Period"). In the July/August Statement, B&H sought allowance and payment of interim compensation for fees:

   a. for July 2023, in the amount of $7,087.20, representing 80% of the $8,859.00 in fees incurred for services rendered during the July Statement Period. There were no expenses incurred in the July Statement Period. The holdback under the July Statement was $1,771.80 (the "July Holdback").

   b. For August 2023, $1,241.60, representing 80% of the $1,552.00 in fees incurred for services rendered during the July Statement Period. There were no expenses incurred in the August Statement Period. The holdback under the August Statement was $310.40 (the "August Holdback").

11. A Certificate of No Objection to the July/August Statement was filed with the Court on October 6, 2023 (ECF Docket No. 1354).

**The October Statement**

12. In the instant application, B&H seeks allowance and payment of interim compensation for fees in the amount of $3,104.00, representing 80% of the $3,880.00 in fees incurred for services

1   rendered during the October Statement Period.  There were no expenses incurred during the October

2   Statement Period.  The holdback under the October Statement is $776.00 (the "October Holdback").

3        13.   Attached hereto as Exhibit A is the name of each timekeeper who performed services

4   in connection with the Chapter 11 Case and the regulatory matters during the October Statement

5   Period, and the hourly rate for each such timekeeper.

6        14.   Attached hereto as Exhibit B is a detailed schedule of time expended by the

7   timekeepers who performed services during the October Statement Period.

8        15.   On the same date the October Statement was filed, a copy of the October Statement

9   was served via electronic mail/notice on the following parties (each a "Notice Party," and collectively

10  the "Notice Parties"):

    a. Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

    b. Fox Rothschild, LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

    c. United States Trustee Tracy Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

    d. Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

    e. Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com); counsel to DIP lender CKDL Credit, LLC;

    f. Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea;

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

152578898.1

jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

g. Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89135 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

16. Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "Objection Deadline"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

17. If no objections are raised on or before the Objection Deadline, Applicant shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the fees and 100 percent of the expenses incurred during the period covered by Applicant's Monthly Fee Application (the "Aggregate Monthly Amount").

18. If an objection is properly filed before the Objection Deadline, Applicant shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "Undisputed Fees" and "Undisputed Expenses"), after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the Undisputed Fees and 100 percent of the Undisputed Expenses incurred during the period covered by Applicant's Monthly Fee Application (the "Aggregate Monthly Undisputed Amount").

19. Applicant acknowledges that the interim payment of compensation sought in the October Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses.

20. Neither Applicant nor any member of B&H has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of B&H, any portion of the fees or expenses to be awarded pursuant to this Statement.

Dated this 5th day of December 2023.

**BAKER & HOSTETLER LLP**

By:     */s/Michael A. Sabella*
    Robert A. Musiala
    One North Wacker Drive
    Suite 4500
    Chicago, IL 60606
    Telephone: 312.416.6200
    Facsimile: 312.416.6201
    Email: rmusiala@bakerlaw.com
    Michael A. Sabella
    45 Rockefeller Plaza
    New York, NY 10111
    (212) 589-4200
    msabella@bakerlaw.com
    *Regulatory Counsel for Debtor*

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:    */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

# EXHIBIT A

## Summary of B&H Professionals and Paraprofessionals

## October 1, 2023 through October 31, 2023

| Attorney | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Michael A. Sabella – Counsel | $970.00 | 4.0 | $3,880.00 |
| **Subtotal** | | 4.0 | $3,880.00 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

152578898.1

# EXHIBIT B

**Detailed Schedule of Time Expended by Professionals and Paraprofessionals and Detailed Schedule of Expenses Incurred**

# BakerHostetler

Cash Cloud Inc.  
D/B/A Coin Cloud  
10190 Covington Cross Dr  
Las Vegas, NV 89144

Invoice Date: 11/20/23  
Invoice Number: 51216329  
B&H File Number: 12918/128018/000001  
Taxpayer ID Number: 34-0082025  
Page 1

---

Regarding:  Regulatory Compliance Services

For professional services rendered through October 31, 2023

**BALANCE FOR THIS INVOICE DUE BY 12/20/23**     $     **3,880.00**  
All amounts are in United States Dollars

# Remittance Copy

Please include this page with payment

**Invoice No:  51216329**

**Firm Contact Information**

Katie Young  
(312) 416-6226  
kyoung@bakerlaw.com

| | |
|---|---|
| **Please Remit To:**<br>Baker & Hostetler LLP<br>P.O. Box 70189<br>Cleveland, OH  44190-0189<br><br><br>**Reference Invoice No:**<br>51216329 | FOR WIRE/ACH REMITTANCES:<br>Baker & Hostetler LLP<br>KeyBank, N.A., Cleveland, OH<br>Account No:<br>_____<br>**Email the "Remittance Copy" to**<br>bakerlockbox@bakerlaw.com |

# BakerHostetler

| | |
|---|---|
| Cash Cloud Inc. | Invoice Date: 11/20/23 |
| D/B/A Coin Cloud | Invoice Number: 51216329 |
| 10190 Covington Cross Dr | B&H File Number: 12918/128018/000001 |
| Las Vegas, NV 89144 | Taxpayer ID Number: 34-0082025 |
| | Page 2 |

**Regarding:**     Regulatory Compliance Services

For professional services rendered through October 31, 2023

| | |
|---|---|
| **Fees** | $ 3,880.00 |
| **BALANCE FOR THIS INVOICE DUE BY 12/20/23 IN USD** | $ 3,880.00 |

Baker&Hostetler LLP

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston*
*Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington*

| | | |
|---|---|---|
| Cash Cloud Inc. | Invoice Date: | 11/20/23 |
| | Invoice Number: | 51216329 |
| | Matter Number: | 128018.000001 |
| | | Page 3 |

**Regarding:** **Regulatory Compliance Services**
**Matter Number:** 128018.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Sabella, Michael A. | 4.00 | $ 970.00 | $ 3,880.00 |
| **Total** | **4.00** | | **$ 3,880.00** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/16/23 | Sabella, Michael A. | Work on preparation of final fee application for matter. | 1.40 | 1,358.00 |
| 10/30/23 | Sabella, Michael A. | Work on final fee application for case. | 1.40 | 1,358.00 |
| 10/31/23 | Sabella, Michael A. | Work on final fee application for case. | 1.20 | 1,164.00 |
| | **Total** | | **4.00** | **3,880.00** |

**Baker&Hostetler LLP**

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston*
*Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington*