

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
December 08, 2023

BRETT A. AXELROD, ESQ., NV Bar No. 5859
JEANETTE E. MCPHERSON, ESQ., NV Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ., NV Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor Cash Cloud Inc.*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK- 23-10423-mkn<br><br>Chapter 11<br><br>**ORDER REGARDING MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM OF POPULUS FINANCIAL GROUP, INC.**<br><br>Hearing Date: November 30, 2023<br>Hearing Time: 10:30 a.m. |

The Court having reviewed and considered the Motion For Approval Of Administrative Claim Of Populus Financial Group, Inc. (the "Motion"); the Debtor having filed an opposition to the Motion ("Opposition") [ECF 1274]; Populus Financial Group, Inc. ("Populus") and the Debtor having appeared by and through its respective counsel; the Debtor and Populus having resolved the Opposition; and the Court having stated its findings of fact and conclusions of law on the record at the hearing on the Motion, which findings of fact and conclusions of law are incorporated herein by this referenced in accordance with Fed. R. Bankr. P. 7052; and for good cause appearing therefor, it

1

152622369.1

is hereby

**ORDERED** that the Motion is granted in that Populus and the Debtor have agreed that Populus shall hold an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b)(1) in the amount of $49,813.40.

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   /s/*Jeanette E. McPherson*
       JEANETTE E. MCPHERSON, ESQ.
       BRETT A. AXELROD, ESQ.
       NICHOLAS A. KOFFROTH, ESQ.
       1980 Festival Plaza Drive, Suite 700
       Las Vegas, Nevada 89135
       *Counsel for Debtor*

**APPROVED**/~~DISAPPROVED~~

**HALL & EVANS, LLC**

By:   /s/*Todd Tuggle*
       TODD TUGGLE, ESQ.
       1160 North Town Center Drive, Suite 330
       Las Vegas, NV 89144
       *Counsel for Populus Financial Group Inc.*

**APPROVED**/~~DISAPPROVED~~

**SEWARD & KISSEL LLP**

By:  /s/*Catherine V. LoTempio*
       ROBERT J. GAYDA, ESQ.
       CATHERINE V. LOTEMPIO, ESQ.
       ANDREW J. MATOTT, ESQ.
       One Battery Park Plaza
       New York, NY 10004

and

**MCDONALD CARANO, LLP**
       RYAN J. WORKS, ESQ.
       2300 West Sahara Avenue, Suite 1200
       Las Vegas, NV 89102
       *Counsel for The Official Committee of Unsecured Creditors*

2

152622369.1

# CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Todd Tuggle                                                APPROVED
Hall & Evans, LLC
*Counsel for Populus Financial Group Inc.*

Catherine V. LoTempio                              APPROVED
Seward & Kissel, LLP
*Counsel for The Official Committee
of Unsecured Creditors*

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

152622369.1