BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone:  (702) 262-6899
Facsimile:   (702) 597-5503
Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
*Counsel for Debtor*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**PROVINCE, LLC'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

Province, LLC ("Province"), financial advisor to the Cash Cloud, Inc. (the "Debtor"), debtor and debtor-in-possession in the above-captioned case (the "Chapter 11 Case"), hereby submits this *Monthly Fee Statement for Services Rendered and Expenses Incurred for the Period from October 1, 2023 Through October 31, 2023* (the "Statement"), pursuant to the *Final Order Authorizing Retention and Employment of Province, LLC as Financial Advisor, Effective as of the Petition Date* [ECF No. 223] and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

1

152734719.1

In support of this Statement, Province respectfully represents as follows:

1. Province hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's financial advisor during the period from October 1, 2023 through October 31, 2023 (the "Statement Period").

2. Province seeks allowance and payment of interim compensation for fees in the amount of $73,713.60, representing 80% of the $92,142.00 in fees incurred for services rendered during the Statement Period, plus reimbursement of $245.28, representing 100% of the expenses incurred during the Statement Period, for a total award of $73,958.88 for the Statement Period.

3. Attached hereto as **Exhibit A** is the name of each timekeeper who performed services in connection with the Chapter 11 Case during the Statement Period, and the hourly rate for each such timekeeper.

4. Attached hereto as **Exhibit B** is a task code summary.

5. Attached hereto as **Exhibit C** is a detailed invoice of time expended by the timekeepers who performed services during the Statement Period and of the expenses paid during the Statement Period.

6. On the same date this Statement was filed, Province served a copy of this Statement via electronic mail/notice on the following parties (each a "Notice Party," and collectively, the "Notice Parties"):

   i. Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

   ii. Fox Rothschild, LLC, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

   iii. United States Trustee Tracey Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

   iv. Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

152734719.1

     v.     Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com; counsel to DIP lender CKDL Credit, LLC;

     vi.     Morrison & Foerster LLO, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

     vii.     Clearly Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

7. Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "Objection Deadline"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

8. If no objections are raised on or before the Objection Deadline, Province shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Province an amount equal to 80% of the fees and 100% of the expenses incurred during the period covered by this Statement.

9. If an objection is properly filed before the Objection Deadline, Province shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "Undisputed Fees" and "Undisputed Expenses"), after which the Debtor shall be authorized to pay to Province an amount equal to 80% of the Undisputed Fees and 100% of the Undisputed Expenses incurred during the period covered by this Statement.

10. Province acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses. At the conclusion of the Chapter 11 Case, Province

152734719.1

will seek final allowance of the fees charged and expenses incurred for the entirety of the Chapter 11 Case, and any interim fees and expenses received during the curse of the Chapter 11 Case will be credited against such fees and expenses that are allowed on a final basis.

11. Neither Province nor any member of Province has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of Province, any portion of the fees or expenses to be awarded pursuant to this Statement.

DATED: December 8, 2023           PROVINCE, LLC

By: */s/ Daniel Moses*
Daniel Moses
2360 Corporate Circle, Suite 340
Henderson, Nevada 89074
Telephone: (702) 685-5555
Email: dmoses@provincefirm.com

*Financial Advisor to Debtor*

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   */s/Brett A. Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

4

152734719.1

# EXHIBIT A

## Summary of Province Professionals and Paraprofessionals

### October 1, 2023 through October 31, 2023

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Paul Huygens, CPA, CFE | Principal – Corporate restructuring. CPA license in 1999, CFE license in 2015. | $1,320 | 4.4 | $5,808.00 |
| Dan Moses | Principal – Corporate restructuring. | $1,260 | 21.6 | $27,216.00 |
| Tanner James | Vice President - Finance and data analytics. | $630 | 72.9 | $45,927.00 |
| Spencer Stires | Associate - Quantitative finance and programming. | $480 | 26.3 | $12,624.00 |
| | Subtotal | | 125.2 | $91,575.00 |
| | Blended Rate for Professionals | $731.43 | | |
| **Para Professionals** | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| Eric Mattson | Paralegal | $270 | 2.1 | $567.00 |
| | Subtotal | | 2.1 | $567.00 |
| | | | Fee Statement Hours | Total Compensation |
| | Grand Total | | 127.3 | $92,142.00 |
| | Blended Rate for All Billers | $723.82 | | |

5

152734719.1

**EXHIBIT B**

**Task Code Summary**

October 1, 2023 through October 31, 2023

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis / Operations | 30.3 | $21,630.00 |
| Claims Analysis and Objections | 9.5 | $6,432.00 |
| Committee Activities | 5.3 | $4,914.00 |
| Fee / Employment Applications | 2.7 | $945.00 |
| Litigation | 74.7 | $53,265.00 |
| Plan and Disclosure Statement | 0.4 | $504.00 |
| Sale Process | 4.4 | $4,452.00 |
| **Grand Total** | **127.3** | **$92,142.00** |

152734719.1

# **EXHIBIT C**

**Invoice**

October 1, 2023 through October 31, 2023

152734719.1

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

Cash Cloud Inc d/b/a Coin Cloud

# INVOICE

**INVOICE DATE:** 12/6/2023
**INVOICE NO:** 94738
**BILLING THROUGH:** 10/31/2023

**Coin Cloud - FA 2**  Managed By: Daniel L Moses

**INVOICE SUMMARY**

**PROFESSIONAL SERVICES**

| EMPLOYEE | HOURS | RATE | AMOUNT |
| --- | ---: | ---: | ---: |
| Dan Moses | 21.60 | $1,260.00 | $27,216.00 |
| Eric Mattson | 2.10 | $270.00 | $567.00 |
| Paul Huygens | 4.40 | $1,320.00 | $5,808.00 |
| Spencer Stires | 26.30 | $480.00 | $12,624.00 |
| Tanner James | 72.90 | $630.00 | $45,927.00 |
| **PROFESSIONAL SERVICES** | **127.30** | | **$92,142.00** |

**EXPENSES**

| DESCRIPTION | AMOUNT |
| --- | ---: |
| Research | $83.00 |
| Meals | $35.21 |
| Ground Transportation | $127.07 |
| **EXPENSES TOTAL** | **$245.28** |

**AMOUNT DUE THIS INVOICE**  **$92,387.28**

This invoice is due on 12/6/2023

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

Cash Cloud Inc d/b/a Coin Cloud

# INVOICE

**INVOICE DATE:** 12/6/2023
**INVOICE NO:** 94738
**BILLING THROUGH:** 10/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/2/2023 | Spencer Stires | Business Analysis / Operations<br>*Finalized and submitted the June Monthly Operating Report.* | 2.10 | $480.00 | $1,008.00 |
| 10/2/2023 | Dan Moses | Business Analysis / Operations<br>*Communicated with D. Ayala of Coin Cloud on FBI investigation.* | 0.30 | $1,260.00 | $378.00 |
| 10/2/2023 | Dan Moses | Business Analysis / Operations<br>*Corresponded with T. James of Province on payroll related to Isabella.* | 0.30 | $1,260.00 | $378.00 |
| 10/2/2023 | Spencer Stires | Business Analysis / Operations<br>*Constructed a schedule detailing the docketed professional fees to date for each professional entity involved in the Coin Cloud case.* | 1.40 | $480.00 | $672.00 |
| 10/2/2023 | Dan Moses | Business Analysis / Operations<br>*Corresponded with B. Axelrod of Fox Rothschild on Surcharge settlement related to Avt.* | 0.50 | $1,260.00 | $630.00 |
| 10/2/2023 | Dan Moses | Sale Process<br>*Corresponded with S. Baldi on employment agreements.* | 0.30 | $1,260.00 | $378.00 |
| 10/3/2023 | Dan Moses | Business Analysis / Operations<br>*Communicated on FBI report provided by Coin Cloud E. Badway of Fox Rothschild.* | 0.30 | $1,260.00 | $378.00 |
| 10/3/2023 | Tanner James | Business Analysis / Operations<br>*Developed professional fee disbursement summary with S. Stires.* | 1.10 | $630.00 | $693.00 |
| 10/3/2023 | Spencer Stires | Business Analysis / Operations<br>*Calculated and confirmed the amount of unbilled outstanding fees through the current date.* | 1.30 | $480.00 | $624.00 |
| 10/3/2023 | Spencer Stires | Business Analysis / Operations<br>*Investigated and resolved discrepancies in the exhibit of the Coin Cloud file, specifically addressing the NA values that replaced previous data.* | 2.40 | $480.00 | $1,152.00 |
| 10/3/2023 | Spencer Stires | Business Analysis / Operations<br>*Developed a detailed Excel report on professional fee payment amounts and associated wire information.* | 1.10 | $480.00 | $528.00 |
| 10/3/2023 | Spencer Stires | Sale Process | 1.40 | $480.00 | $672.00 |

**Province, LLC**
2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 12/6/2023
**INVOICE NO:** 94738
**BILLING THROUGH:** 10/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | Developed and shared an analysis of Sale Process Fees as a percentage of Total Undiscounted Fees. | | | |
| 10/3/2023 | Dan Moses | Sale Process | 0.40 | $1,260.00 | $504.00 |
| | | Corresponded with B. Axelrod of Fox Rothschild and I. Rossa on various Brazil issues. | | | |
| 10/3/2023 | Dan Moses | Sale Process | 0.50 | $1,260.00 | $630.00 |
| | | Discussed and reviewed Brazil term sheet with I. Rossa. | | | |
| 10/4/2023 | Dan Moses | Business Analysis / Operations | 0.40 | $1,260.00 | $504.00 |
| | | Reviewed and analyzed correspondence from C. LoTempio of Seward Kissel. | | | |
| 10/4/2023 | Dan Moses | Committee Activities | 0.50 | $1,260.00 | $630.00 |
| | | Scheduled call between Legal and financial advisors to debtor and UCC. | | | |
| 10/4/2023 | Tanner James | Litigation | 2.70 | $630.00 | $1,701.00 |
| | | Prepared for deposition re: surcharge. | | | |
| 10/4/2023 | Paul Huygens | Litigation | 0.40 | $1,320.00 | $528.00 |
| | | Reviewed proposed settlement math and call with T. James regarding surcharge dispute. | | | |
| 10/4/2023 | Tanner James | Litigation | 0.20 | $630.00 | $126.00 |
| | | Call with P. Huygens re: surcharge dispute. | | | |
| 10/4/2023 | Dan Moses | Litigation | 0.50 | $1,260.00 | $630.00 |
| | | Reviewed and analyzed draft surcharge provided T. James of Province ahead of settlement discussions. | | | |
| 10/5/2023 | Dan Moses | Business Analysis / Operations | 0.30 | $1,260.00 | $378.00 |
| | | Discussion with T. James on Brazil and surcharge settlement. | | | |
| 10/5/2023 | Dan Moses | Litigation | 1.00 | $1,260.00 | $1,260.00 |
| | | Reviewed and analyzed correspondence of various emails on surcharge settlements. | | | |
| 10/5/2023 | Dan Moses | Sale Process | 0.30 | $1,260.00 | $378.00 |
| | | Discussion with B. Axelrod of Fox Rothschild on Brazil. | | | |
| 10/5/2023 | Dan Moses | Sale Process | 0.70 | $1,260.00 | $882.00 |
| | | Reviewed updated term sheet relating to Brazil provided by I. Rossi and corresponded with B. Axelrod re: same. | | | |

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 12/6/2023
**INVOICE NO:** 94738
**BILLING THROUGH:** 10/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/6/2023 | Dan Moses | Litigation<br>*Corresponded with B. Axelrod of Fox Rothschild and D. Mann of Fox Rothschild on deposition preparation.* | 0.50 | $1,260.00 | $630.00 |
| 10/7/2023 | Tanner James | Litigation<br>*Prepared for deposition re: professional fees.* | 2.80 | $630.00 | $1,764.00 |
| 10/7/2023 | Tanner James | Litigation<br>*Continued deposition prep re: professional fees.* | 1.60 | $630.00 | $1,008.00 |
| 10/8/2023 | Eric Mattson | Fee / Employment Applications<br>*Began drafting August fee statement.* | 1.20 | $270.00 | $324.00 |
| 10/8/2023 | Tanner James | Litigation<br>*Final deposition prep session.* | 1.60 | $630.00 | $1,008.00 |
| 10/8/2023 | Tanner James | Litigation<br>*Prepared for deposition with counsel re: professional fees.* | 0.70 | $630.00 | $441.00 |
| 10/9/2023 | Spencer Stires | Business Analysis / Operations<br>*Updated schedule of docketed professional fees to date.* | 2.40 | $480.00 | $1,152.00 |
| 10/9/2023 | Tanner James | Business Analysis / Operations<br>*Checked in with management re: various workstream updates.* | 1.10 | $630.00 | $693.00 |
| 10/9/2023 | Spencer Stires | Claims Analysis and Objections<br>*Analyzed and projected the administrative claim pool for the UCC.* | 2.80 | $480.00 | $1,344.00 |
| 10/9/2023 | Eric Mattson | Fee / Employment Applications<br>*Completed draft of August fee statement (0.8). Emailed to T. James for review (0.1).* | 0.90 | $270.00 | $243.00 |
| 10/9/2023 | Tanner James | Litigation<br>*Follow up conversations with Debtor counsel following the deposition.* | 1.10 | $630.00 | $693.00 |
| 10/9/2023 | Tanner James | Litigation<br>*Participated in deposition in Las Vegas, NV at Genesis local counsel office.* | 1.90 | $630.00 | $1,197.00 |
| 10/10/2023 | Tanner James | Business Analysis / Operations<br>*Analyzed prior months bank statements provided by management.* | 0.80 | $630.00 | $504.00 |

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

Cash Cloud Inc d/b/a Coin Cloud

# INVOICE

**INVOICE DATE:** 12/6/2023
**INVOICE NO:** 94738
**BILLING THROUGH:** 10/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/10/2023 | Dan Moses | Litigation<br>*Corresponded with B. Axelrod and D. Mann of Fox Rothschild on deposition preparation.* | 0.70 | $1,260.00 | $882.00 |
| 10/10/2023 | Tanner James | Litigation<br>*Corresponded with counsel and reviewed trial prep in preparation for testimony.* | 1.70 | $630.00 | $1,071.00 |
| 10/10/2023 | Tanner James | Litigation<br>*Analyzed trial briefs filed by adversaries.* | 2.80 | $630.00 | $1,764.00 |
| 10/10/2023 | Tanner James | Litigation<br>*Corresponded with counsel re: upcoming trial.* | 0.90 | $630.00 | $567.00 |
| 10/11/2023 | Tanner James | Committee Activities<br>*Call with management and the committee re: various workstream updates.* | 0.90 | $630.00 | $567.00 |
| 10/11/2023 | Paul Huygens | Litigation<br>*Reviewed filings regarding surcharge issues from Genesis, Enigma, company and committee (0.5). Call with T. James to discuss same, July MOR, cash collections and admin claim negotiations (0.4).* | 0.90 | $1,320.00 | $1,188.00 |
| 10/12/2023 | Spencer Stires | Business Analysis / Operations<br>*Prepared July MOR and Financials for review.* | 0.40 | $480.00 | $192.00 |
| 10/12/2023 | Paul Huygens | Claims Analysis and Objections<br>*Reviewed debtor responses to late filed claims.* | 0.20 | $1,320.00 | $264.00 |
| 10/12/2023 | Dan Moses | Committee Activities<br>*Corresponded with B. Axelrod of Fox Rothschild and M. Tucker of FTI.* | 0.40 | $1,260.00 | $504.00 |
| 10/12/2023 | Dan Moses | Committee Activities<br>*Scheduled committee call.* | 0.40 | $1,260.00 | $504.00 |
| 10/12/2023 | Dan Moses | Litigation<br>*Discussed testimony with P. Huygens and T. James.* | 0.20 | $1,260.00 | $252.00 |
| 10/12/2023 | Tanner James | Litigation<br>*Discussed testimony with P. Huygens and D. Moses.* | 0.20 | $630.00 | $126.00 |
| 10/12/2023 | Dan Moses | Litigation | 2.00 | $1,260.00 | $2,520.00 |

**Province, LLC**
2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

Cash Cloud Inc d/b/a Coin Cloud

# INVOICE

**INVOICE DATE:** 12/6/2023
**INVOICE NO:** 94738
**BILLING THROUGH:** 10/31/2023

## Coin Cloud - FA 2                                                                                             Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/12/2023 | Paul Huygens | Prepared for trial by reviewing briefs and D. Moses historical testimony. Litigation | 0.20 | $1,320.00 | $264.00 |
| 10/12/2023 | Dan Moses | Litigation Discussed testimony with T. James and D. Moses. Prepared for trial with Seward Kissel and Fox Rothschild teams. | 1.10 | $1,260.00 | $1,386.00 |
| 10/13/2023 | Tanner James | Litigation Reviewed materials and exhibits re: upcoming trial. | 2.70 | $630.00 | $1,701.00 |
| 10/13/2023 | Dan Moses | Litigation Reviewed and analyzed deposition documents related to testimony by D. Moses. | 1.70 | $1,260.00 | $2,142.00 |
| 10/13/2023 | Tanner James | Litigation Attended prep meeting with counsel re: upcoming trial. | 2.10 | $630.00 | $1,323.00 |
| 10/14/2023 | Spencer Stires | Business Analysis / Operations Analyzed and updated the MOR Financials and exhibits. | 0.90 | $480.00 | $432.00 |
| 10/14/2023 | Tanner James | Litigation Continued trial prep re: review of briefs and transcripts. | 2.60 | $630.00 | $1,638.00 |
| 10/14/2023 | Tanner James | Litigation Attended trial prep session re: review of filings and other materials. | 2.40 | $630.00 | $1,512.00 |
| 10/15/2023 | Spencer Stires | Business Analysis / Operations Updated accounting line items and the Monthly Operating Report. | 0.50 | $480.00 | $240.00 |
| 10/15/2023 | Tanner James | Litigation Continued prep for trial re: surcharge litigation. | 2.10 | $630.00 | $1,323.00 |
| 10/15/2023 | Tanner James | Litigation Prepared for trial re: review of various declarations, transcripts, and historical analytics. | 2.70 | $630.00 | $1,701.00 |
| 10/16/2023 | Paul Huygens | Claims Analysis and Objections Reviewed claim analysis for optconnect and corresponded with M. Tucker regarding potential settlement. | 0.40 | $1,320.00 | $528.00 |
| 10/16/2023 | Tanner James | Litigation | 1.90 | $630.00 | $1,197.00 |

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 12/6/2023
**INVOICE NO:** 94738
**BILLING THROUGH:** 10/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | *Attended trial at the Nevada federal courthouse session 3.* | | | |
| 10/16/2023 | Tanner James | Litigation | 0.20 | $630.00 | $126.00 |
| | | *Multiple follow up calls after trial with counsel and Province principals.* | | | |
| 10/16/2023 | Paul Huygens | Litigation | 0.20 | $1,320.00 | $264.00 |
| | | *Call with T. James to discuss hearing regarding contribution and also status of OptConnect negotiation.* | | | |
| 10/16/2023 | Tanner James | Litigation | 2.80 | $630.00 | $1,764.00 |
| | | *Attended trial at the Nevada federal courthouse session 2.* | | | |
| 10/16/2023 | Tanner James | Litigation | 2.60 | $630.00 | $1,638.00 |
| | | *Attended trial in the Nevada federal courthouse session 1.* | | | |
| 10/17/2023 | Spencer Stires | Business Analysis / Operations | 0.20 | $480.00 | $96.00 |
| | | *Redacted bank statements for July MOR.* | | | |
| 10/18/2023 | Spencer Stires | Business Analysis / Operations | 0.50 | $480.00 | $240.00 |
| | | *Developed and adjusted the July MOR, incorporating changes related to the asset sale.* | | | |
| 10/18/2023 | Tanner James | Business Analysis / Operations | 1.40 | $630.00 | $882.00 |
| | | *Worked on MOR (0.8). Teams call with P. Huygens and S. Stires re: same (0.6).* | | | |
| 10/18/2023 | Paul Huygens | Business Analysis / Operations | 0.80 | $1,320.00 | $1,056.00 |
| | | *Reviewed July MOR (0.2) and Teams meeting with T. James and S. Stires to go through comments (0.6).* | | | |
| 10/18/2023 | Spencer Stires | Business Analysis / Operations | 0.90 | $480.00 | $432.00 |
| | | *Updated July MOR financials to reflect wind down of operations.* | | | |
| 10/18/2023 | Spencer Stires | Business Analysis / Operations | 0.60 | $480.00 | $288.00 |
| | | *Teams MOR working session with P. Huygens and T. James.* | | | |
| 10/18/2023 | Tanner James | Committee Activities | 0.80 | $630.00 | $504.00 |
| | | *Discussion with committee professionals and management.* | | | |
| 10/19/2023 | Dan Moses | Business Analysis / Operations | 0.20 | $1,260.00 | $252.00 |
| | | *Communicated with Powercoin on cash collection timing.* | | | |
| 10/19/2023 | Dan Moses | Business Analysis / Operations | 0.20 | $1,260.00 | $252.00 |

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

Cash Cloud Inc d/b/a Coin Cloud

# INVOICE

**INVOICE DATE:** 12/6/2023
**INVOICE NO:** 94738
**BILLING THROUGH:** 10/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | *Update conversation with T. James of Province.* | | | |
| 10/19/2023 | Tanner James | Business Analysis / Operations | 0.20 | $630.00 | $126.00 |
| | | *Update conversation with D. Moses of Province.* | | | |
| 10/19/2023 | Dan Moses | Claims Analysis and Objections | 0.20 | $1,260.00 | $252.00 |
| | | *Communicated with R. Haley of FTI on Genesis administration claim.* | | | |
| 10/19/2023 | Tanner James | Committee Activities | 0.50 | $630.00 | $315.00 |
| | | *Attended UCC professionals call.* | | | |
| 10/19/2023 | Dan Moses | Committee Activities | 0.50 | $1,260.00 | $630.00 |
| | | *Scheduled UCC call with professionals.* | | | |
| 10/20/2023 | Tanner James | Litigation | 1.80 | $630.00 | $1,134.00 |
| | | *Continued deposition prep re: Cole Kepro litigation.* | | | |
| 10/20/2023 | Tanner James | Litigation | 0.50 | $630.00 | $315.00 |
| | | *Discussed with D. Moses on litigation and relevance to Cole Kepro.* | | | |
| 10/20/2023 | Tanner James | Litigation | 2.60 | $630.00 | $1,638.00 |
| | | *Prepared for deposition re: Cole Kepro litigation.* | | | |
| 10/20/2023 | Dan Moses | Litigation | 0.50 | $1,260.00 | $630.00 |
| | | *Discussed with T. James of Province on litigation and relevance to Cole Kepro.* | | | |
| 10/20/2023 | Spencer Stires | Litigation | 0.80 | $480.00 | $384.00 |
| | | *Tracked and updated litigation outreach activities in the Excel tracker.* | | | |
| 10/20/2023 | Spencer Stires | Litigation | 2.40 | $480.00 | $1,152.00 |
| | | *Organized litigation outreach communications for Cash Cloud.* | | | |
| 10/20/2023 | Dan Moses | Sale Process | 0.40 | $1,260.00 | $504.00 |
| | | *Corresponded with A. Heller of Powercoin on cash collection.* | | | |
| 10/20/2023 | Dan Moses | Sale Process | 0.40 | $1,260.00 | $504.00 |
| | | *Communicated and had strategic think on Brazil post rejection of offer.* | | | |
| 10/22/2023 | Tanner James | Litigation | 2.70 | $630.00 | $1,701.00 |
| | | *Prepared for deposition re: Cole Kepro litigation.* | | | |

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

Cash Cloud Inc d/b/a Coin Cloud

# INVOICE

**INVOICE DATE:** 12/6/2023
**INVOICE NO:** 94738
**BILLING THROUGH:** 10/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/22/2023 | Tanner James | Litigation<br>*Continued deposition prep re: Cole Kepro litigation.* | 2.20 | $630.00 | $1,386.00 |
| 10/23/2023 | Dan Moses | Business Analysis / Operations<br>*Reviewed and analyzed correspondence from A. Heller of Powercoin on cash management and B. Axelrod on Brazil status.* | 1.30 | $1,260.00 | $1,638.00 |
| 10/23/2023 | Paul Huygens | Litigation<br>*Call with T. James regarding pending court decisions and timeline for pending hearings (0.2). Corresponded regarding same (0.1).* | 0.30 | $1,320.00 | $396.00 |
| 10/23/2023 | Tanner James | Litigation<br>*Prepared for deposition re: document review for 30(b)(6).* | 1.80 | $630.00 | $1,134.00 |
| 10/23/2023 | Tanner James | Litigation<br>*Continued deposition prep.* | 2.40 | $630.00 | $1,512.00 |
| 10/23/2023 | Tanner James | Litigation<br>*Call with P. Huygens re: pending court decisions.* | 0.20 | $630.00 | $126.00 |
| 10/24/2023 | Dan Moses | Business Analysis / Operations<br>*Discussion with T. James on cash collection and Cole Kepro.* | 0.50 | $1,260.00 | $630.00 |
| 10/24/2023 | Tanner James | Business Analysis / Operations<br>*Discussion with D. Moses on cash collection and Cole Kepro.* | 0.50 | $630.00 | $315.00 |
| 10/24/2023 | Tanner James | Claims Analysis and Objections<br>*Call with P. Huygens re: Cole Kepro related deposition.* | 0.20 | $630.00 | $126.00 |
| 10/24/2023 | Dan Moses | Claims Analysis and Objections<br>*Corresponded with T. James of Province on admin claim objections on Coin Cloud.* | 0.80 | $1,260.00 | $1,008.00 |
| 10/24/2023 | Paul Huygens | Claims Analysis and Objections<br>*Call with T. James to download from Cole Kepro related deposition.* | 0.20 | $1,320.00 | $264.00 |
| 10/24/2023 | Tanner James | Litigation<br>*Deposition follow ups with counsel.* | 0.40 | $630.00 | $252.00 |
| 10/24/2023 | Tanner James | Litigation<br>*Attended deposition re: Cole Kepro litigation.* | 6.20 | $630.00 | $3,906.00 |

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

Cash Cloud Inc d/b/a Coin Cloud

# INVOICE

**INVOICE DATE:** 12/6/2023
**INVOICE NO:** 94738
**BILLING THROUGH:** 10/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/25/2023 | Dan Moses | Business Analysis / Operations<br>*Reviewed correspondence from M. Tucker on OptConnect settlement.* | 0.30 | $1,260.00 | $378.00 |
| 10/25/2023 | Tanner James | Business Analysis / Operations<br>*Discussion with management and FTI re: ongoing workstreams and case status.* | 1.40 | $630.00 | $882.00 |
| 10/25/2023 | Dan Moses | Business Analysis / Operations<br>*Reviewed and analyzed potential distribution of cash post collections.* | 0.30 | $1,260.00 | $378.00 |
| 10/25/2023 | Tanner James | Business Analysis / Operations<br>*Participated in cash collection discussions with Powercoin.* | 1.30 | $630.00 | $819.00 |
| 10/25/2023 | Dan Moses | Business Analysis / Operations<br>*Reviewed and analyzed cash report provide by A. Heller of Powercoin.* | 0.40 | $1,260.00 | $504.00 |
| 10/25/2023 | Dan Moses | Business Analysis / Operations<br>*Corresponded with FTI on fee budgeting.* | 0.10 | $1,260.00 | $126.00 |
| 10/25/2023 | Dan Moses | Claims Analysis and Objections<br>*Reviewed and analyzed Brinks reply in support of application for allowance of administrative claim.* | 0.50 | $1,260.00 | $630.00 |
| 10/25/2023 | Tanner James | Fee / Employment Applications<br>*Discussion with J. Jimmerson re: fee apps.* | 0.60 | $630.00 | $378.00 |
| 10/25/2023 | Paul Huygens | Litigation<br>*Corresponded on OptConnect settlement.* | 0.20 | $1,320.00 | $264.00 |
| 10/26/2023 | Tanner James | Business Analysis / Operations<br>*Discussed incoming wires with the company.* | 0.40 | $630.00 | $252.00 |
| 10/26/2023 | Dan Moses | Committee Activities<br>*Coin Cloud scheduled committee call.* | 0.60 | $1,260.00 | $756.00 |
| 10/26/2023 | Tanner James | Committee Activities<br>*Call with committee professionals re: case updates and workstreams.* | 0.60 | $630.00 | $378.00 |
| 10/30/2023 | Paul Huygens | Business Analysis / Operations<br>*Call with RSM and T. James re 2022 returns.* | 0.30 | $1,320.00 | $396.00 |

**Province, LLC**
2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 12/6/2023
**INVOICE NO:** 94738
**BILLING THROUGH:** 10/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/30/2023 | Dan Moses | Business Analysis / Operations<br>*Discussion with P. Huygens on case status.* | 0.30 | $1,260.00 | $378.00 |
| 10/30/2023 | Dan Moses | Business Analysis / Operations<br>*Discussed flow of funds with Coin Cloud team.* | 0.30 | $1,260.00 | $378.00 |
| 10/30/2023 | Paul Huygens | Business Analysis / Operations<br>*Call with D. Moses re: case status.* | 0.30 | $1,320.00 | $396.00 |
| 10/30/2023 | Spencer Stires | Claims Analysis and Objections<br>*Calculated outstanding allowed admin claims.* | 1.80 | $480.00 | $864.00 |
| 10/30/2023 | Dan Moses | Plan and Disclosure Statement<br>*Performed strategic work around Brinks settlement.* | 0.40 | $1,260.00 | $504.00 |
| 10/31/2023 | Spencer Stires | Claims Analysis and Objections<br>*Updated outstanding allowed admin claims analysis with feedback from T. James.* | 2.40 | $480.00 | $1,152.00 |
| 10/31/2023 | Dan Moses | Committee Activities<br>*Corresponded from T. James on collections.* | 0.10 | $1,260.00 | $126.00 |
| | | **TOTAL SERVICES** | **127.30** | | **$92,142.00** |

### EXPENSES

| DATE | EMPLOYEE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Ground Trans.: | | | |
| 10/3/2023 | Tanner James | Ground Transportation<br>*Uber from Seward and Kissel office to Province office re: deposition prep.* | $70.17 |
| 10/3/2023 | Tanner James | Ground Transportation<br>*Uber from Province office to Seward and Kissel office re: deposition prep.* | $56.90 |
| Meals: | | | |
| 10/3/2023 | Spencer Stires | Meals<br>*Postmates - Working Dinner - Henderson* | $35.21 |
| Research: | | | |

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

Cash Cloud Inc d/b/a Coin Cloud

# INVOICE

**INVOICE DATE:** 12/6/2023
**INVOICE NO:** 94738
**BILLING THROUGH:** 10/31/2023

**EXPENSES**

| DATE | EMPLOYEE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/31/2023 | Province LLC - Expenses | Research | $83.00 |
| | | *Research Oct 2023 Coin Cloud - FA 2* | |
| | | **TOTAL EXPENSES** | **$245.28** |
| | | **SUBTOTAL** | **$92,387.28** |
| | | **AMOUNT DUE THIS INVOICE** | **$92,387.28** |

This invoice is due upon receipt

Please remit payment to:

Province, LLC

Wire Instructions:

Meadows Bank

Account

Routing

EIN #26-3657461