Goldsmith & Guymon, P.C.
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
mguymon@goldguylaw.com
Nathan D. Topper, Esq.
Nevada Bar No. 16639
ntopper@goldguylaw.com
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Trangistics, Inc.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. BK-23-10423-MKN |
| | Chapter 11 |
| CASH CLOUD, INC., | |
| dba COIN CLOUD, | MOTION FOR STATUS |
| | OF A COURT ORDER |
| Debtor. | |
| | HEARING DATE: January 10, 2024 |
| | HEARING TIME:  9:30 a.m. |

Trangistics, Inc. ("**Trangistics**"), by and through counsel of record, Goldsmith & Guymon,

P.C., hereby submits this Request for Update on the Status of a Court Order, with regards to its

Motion for Approval of Administrative Claim. *See* ECF 652.[1]

### INTRODUCTION

At oral arguments, the Court stated its intent to issue a written order regarding the

contested Motion for Approval of Administrative Claim.[2] Trangistics requests an update from the

Court on the status of the order on the Motion for Approval of Administrative Claim.

/ / /

---

[1] All references to "ECF" refer to the docket in the above-captioned case.
[2] Oral arguments were heard on July 20, 2023 at the 10:30 a.m. stack.

1

### FURTHER FACTUAL BACKGROUND

2        On June 12, 2023, Trangistics filed its Motion for Approval of Administrative Claims

3  ("Motion"). *See* ECF 652.[3]

4        On July 6, 2023, Trangistics and Cash Cloud, Inc. ("Cash Cloud") stipulated to continue

5  the hearing on the matter until July 20, 2023 at 10:30 a.m. *See* ECF 812.[4]

6        On July 12, 2023, Cash Cloud filed its Response to Motion for Approval of Administrative

7  Claim ("Response"). *See* ECF 831.[5]

8        On July 18, 2023, Trangistics filed its Reply in Support of the Motion ("Reply"). *See* ECF

9  869.[6]

10       On July 2020, 2023, the Court heard oral arguments from the parties and took its ruling

11  under advisement for a later date.

12       As of December 8, 2023, the Court had not published an Order on the matter. *See*

13  *generally* ECF 890 – 1530.

14

15  / / /

16

17  / / /

18

19  / / /

20

21  / / /

22

23  / / /

24  _____

25  [3] Notice and Certificate of Service were filed concurrently. *See* ECF 653 and 654.

26  [4] The Court approved the stipulation and set the hearing. *See* ECF 813, 814 and 815. The following day Trangistics lodged a Notice of Entry of Order and Certificate of Service as to the same. *See* EC 818 and 819.

27  [5] Cash Cloud's Response was accompanied by the Declaration of Jim Hall. *See* ECF 832.

28  [6] Trangistics' Reply was accompanied by the Declaration of David McGrew and Anne Rudinsky. *See* ECF 870 and 871.

1

<u>CONCLUSION</u>

2

Trangistics requests that this Court issue an update on the status of its order regarding the

3

Motion for Approval of Administrative Claim. *See* ECF 652.

4

5

Dated: December 11, 2023

6

7

GOLDSMITH & GUYMON, P.C.

8

By:

9

Marjorie A. Guymon, Esq.

10

Nevada Bar No. 4983
mguymon@goldguylaw.com

11

Nathan D. Topper, Esq.
Nevada Bar No. 16639

12

ntopper@goldguylaw.com
2055 Village Center Circle

13

Las Vegas, Nevada 89134
Telephone: (702) 873-9500

14

Attorneys for Trangistics, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28