Robert S. Westermann, Esq. (pro hac vice)
Brittany B. Falabella (pro hac vice)
2100 East Cary Street
Richmond, Virginia 23223

and

Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
(301) 444-4600
mac@mbvesq.com
*Counsel for Brink's, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-23-10423-mkn |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **STIPULATION TO CONTINUE HEARING DATE** |

Brink's Incorporated ("**Brink's**"), by and through its counsel Hirschler Fleischer, P.C., and Cash Cloud, Inc. dba Coin Cloud (the "**Debtor**" and together with Brink's, the "**Parties**"), debtor and debtor in possession in the above-captioned case (the "**Chapter 11 Case**"), by and through its counsel Fox Rothschild LLP, stipulate and agree as follows (the "**Stipulation**"):

**RECITALS**

A.  WHEREAS, on July 28, 2023 Brink's, by counsel, filed its *Application for Allowance and Payment of Administrative Expense Claim of Brink's Incorporated* (the "**Application**") (Docket No. 977), which asserted and requested allowance and payment of Brink's

Administrative Claim (Docket No. 890) (the "**Claim**") in the amount of $804,487.64, which was filed on July 20, 2023 pursuant to the *Order Establishing Administrative Claim Bar Date for Filing Proofs of Administrative Expense Claim and Approving Form, Manner, and Sufficiency of Notice Thereof* (Docket No. 823) (the "**Order**");

B.     WHEREAS, on August 1, 2023, the Debtor filed its Objection to the Application [ECF No. 989];

C.     WHEREAS, on September 8, 2023, Brink's filed a Notice of Hearing on the Application (the "**Hearing**") which set the Hearing on October 19, 2023 at 10:30 a.m. and set Brink's reply deadline (the "**Reply Deadline**") for October 12, 2023 [ECF No. 1181] (the "**Notice**");

D.     WHEREAS, on October 12, 2023, the Parties filed a Stipulation to Continue the Hearing to November 1, 2023 at 9:30 a.m. (Pacific Time) and to continue the Brink's Reply Deadline to October 25, 2023 (the "**Stipulation**") [ECF No. 1373];

E.     WHEREAS, on October 16, 2023, the Bankruptcy Court entered an Order approving the Stipulation [ECF No. 1380];

F.     WHEREAS, Brink's timely filed its Reply on October 25, 2023, in which it amended the amount of the Claim to $966,151.96 [ECF No. 1432]; and

G.     WHEREAS, the Parties desire to continue the Hearing to December 13, 2023 at 9:30 a.m. (Pacific Time);

H.     WHEREAS, on November 1, 2023, the Bankruptcy Court entered an Order approving the Second Stipulation [ECF No. 1453];

I.     WHEREAS, the Parties desire to further continue the Hearing to January 17, 2024 at 9:30 a.m. (Pacific Time);

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that:

1. The Hearing shall be continued to January 17, 2024 at 9:30 a.m.

Dated this 11th day of December 2023.

| FOX ROTHSCHILD LLP | HIRSCHLER FLEISCHER, P.C. |
|---|---|
| */s/ Brett A. Axelrod* | */s/ Maurice B. VerStandig* |
| Brett A. Axelrod, Esq.<br>Nevada Bar No. 5859<br>Nicholas A. Koffroth, Esq.<br>Nevada Bar No. 16264<br>190 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br><br>*Counsel for the Debtor* | Robert S. Westermann, Esq. (admitted pro hac vice)<br>Brittany B. Falabella (admitted pro hac vice)<br>2100 East Cary Street<br>Richmond, Virginia 23223<br><br>and<br><br>Maurice B. VerStandig, Esq.<br>Nevada Bar No. 15346<br>The VerStandig Law Firm, LLC<br>452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012<br><br>*Counsel for Brink's Incorporated* |