# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-23-10423-mkn |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER APPROVING STIPULATION TO CONTINUE HEARING DATE** |

Upon consideration of the *Stipulation to Continue Hearing Date* [ECF No. 1538] (the "**Stipulation**");

**IT IS HEREBY ORDERED** that:

1. The Hearing[1] on the Application shall be continued to January 17, 2024 at 9:30 a.m. (Pacific Time) as set forth in the Stipulation.

**IT IS SO ORDERED.**

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

Prepared and respectfully submitted by:

| **FOX ROTHSCHILD LLP** | **HIRSCHLER FLEISCHER, P.C.** |
|---|---|
| */s/ Brett A. Axelrod* | */s/ Maurice B. VerStandig* |

Brett A. Axelrod, Esq.
Nevada Bar No. 5859
Nicholas A. Koffroth, Esq.
Nevada Bar No. 16264
190 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

*Counsel for the Debtor*

Robert S. Westermann, Esq. (admitted pro hac vice)
Brittany B. Falabella (admitted pro hac vice)
2100 East Cary Street
Richmond, Virginia 23223

and

Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

*Counsel for Brink's Incorporated*