_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
December 12, 2023

_____

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Chapter 11<br><br>**ORDER APPROVING STIPULATION ON THE INAPPLICABILITY OF THE AUTOMATIC STAY TO THE FLORIDA OFFICE OF FINANCIAL REGULATION'S AUTHORITY TO PURSUE LIMITED STATE ADMINISTRATIVE ACTION** |

152765155.1

1

Upon consideration of the *Stipulation on the Inapplicability of the Automatic Stay to the Florida Office of Financial Regulation's Authority to Pursue Limited State Administrative Action* [Docket No. 1533] (the "Stipulation");

**IT IS HEREBY ORDERED** that the Stipulation is approved and that pursuant to 11 U.S.C. § 362(b)4 the Florida Office of Financial Regulation is exempt from the automatic stay and may pursue its administrative action solely to revoke Coin Cloud's money services business license.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: ___/s/Brett A. Axelrod___
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
*Counsel for Debtor*

# # #

152765155.1