**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:   ccarlyon@carlyoncica.com
            dcica@carlyoncica.com
*Co-Counsel for Chris McAlary*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS MCALARY<br><br>Appellant(s)<br><br>vs.<br><br>CASH CLOUD INC; & OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br><br>Appellee(s) | Case No.: 2:23-cv-01424-GMN<br>Appeals Reference No.: 23−19<br><br>(Consolidated With)<br><br>Case No.: 2:23-cv-01427-GMN<br>Appeals Reference No.: 23−20<br><br>BK Case No.: 23-10423-mkn<br>Chapter: 11<br><br>**STIPULATION AND ORDER TO STAY APPEAL PENDING RESOLUTION OF BANKRUPTCY COURT APPROVED SETTLEMENT** |
| CHRIS MCALARY<br><br>Appellant(s)<br><br>vs.<br><br>CASH CLOUD INC; & OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br><br>Appellee(s) | |

Chris McAlary ("McAlary"), by and through his counsel, the law firm of Carlyon Cica, Chtd.; Cash Cloud Inc., ("Debtor") by and through its undersigned counsel; and the Official

Committee of Unsecured Creditors of Cash Cloud, Inc. dba Coin Cloud (the "Committee" and, collectively with McAlary and Debtor, the "Parties"), by and through their respective undersigned counsel, hereby file this stipulation pursuant to United States District Court, District of Nevada Local Rule IA 6-2 to move this Court for good cause to stay appeal.

WHEREAS, on August 24, 2023, the Bankruptcy Court entered its *Order on Objection to Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023*[1] (the "Memorandum Decision") [ECF No. 1120];

WHEREAS, on August 24, 2023, the Bankruptcy Court entered its *Order: (A) Approving Debtor's Disclosure Statement [ECF No. 529] on a Final Basis; and (B) Confirming Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023 [ECF No. 996]* (the "Confirmation Order") [ECF No. 1126];

WHEREAS, on September 6, 2023, McAlary filed his Notice of Appeal of the Confirmation Decision [ECF No. 1171];

WHEREAS, on September 6, 2023, McAlary filed his Notice of Appeal of the Confirmation Order [ECF No. 1172];

WHEREAS, on September 11, 2023, the Notice of Appeal on the Confirmation Decision was docketed with United States District Court Case No. 23-01427-GMN;

WHEREAS, on September 12, 2023, the Notice of Appeal on the Confirmation Order was docketed with United States District Court ("USDC") regarding Case No. 23-01424-GMN;

WHEREAS, this Court consolidated Appeal No 23-19/USDC Case No. 2:23-cv-01424-GMN with Appeal No. 23-20/USDC Case No. 2:23-cv-01427-GMN;

WHEREAS, McAlary filed his Opening Brief on November 11, 2023;

WHEREAS, Debtor filed its Answering Brief on November 20, 2023, and the Committee filed its Joinder to the Answering Brief on November 20, 2023;

WHEREAS, McAlary's Reply Brief is currently due on or before December 4, 2023;

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case as they appear on the docket maintained by the clerk of the court.

2

WHEREAS, the Parties have stipulated in the underlying bankruptcy case[2] (Case No. BK-S-23-10423-MKN) to attend a settlement conference and to request that this Court stay the consolidated appeal of the Memorandum Decision and Confirmation Order until further notice (the "Stipulation"); and

WHEREAS, the United States Bankruptcy Court, District of Nevada (the "NVBC") granted the Parties' Stipulation[3].

**IT IS HEREBY STIPULATED** that Appeal No 23-19/USDC Case No. 2:23-cv-01424-GMN is hereby STAYED pending further order of the Court, and that all pending deadlines be vacated.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[2] The Parties' Stipulation is attached hereto as Exhibit 1 to **Exhibit A.**
[3] The NVBC's order granting the Parties' Stipulation is attached hereto as **Exhibit A.**

1  **IT IS FURTHER HEREBY STIPULATED** that the Parties shall file a status report within

2  thirty (30) days following the conclusion of their settlement conference.

3

4  **IT IS SO STIPULATED.**

5  **CARLYON CICA CHTD.**                                 **FOX ROTHSCHILD LLP**

6  By: /s/ *Candace C. Carlyon*                           By:/s/ *Jeanette McPherson*
   CANDACE C. CARLYON, ESQ.                               JEANETTE MCPHERSON, ESQ.
7  Nevada Bar No.2666                                     Nevada Bar No. 5423
   265 E. Warm Springs Road, Suite 107                    BRETT A. AXELROD, ESQ.
8  Las Vegas, NV 89119                                    Nevada Bar No. 5859
   *Counsel for Christopher McAlary*                      1980 Festival Plaza Drive, Suite 700
9                                                          Las Vegas, Nevada 89135
                                                           *Counsel for Debtor*
10

11                                                         **MCDONALD CARANO LLP**

12                                                         By: /s/ *Ryan J. Works*
                                                           Ryan J. Works, Esq. (NSBN 9224)
13                                                         Amanda M. Perach, Esq. (NSBN 12399)
                                                           MCDONALD CARANO LLP
14                                                         2300 West Sahara Avenue, Suite 1200
                                                           Las Vegas, Nevada 89102
15

16                                                         **&**

17                                                         **SEWARD & KISSEL LLP**
                                                           ROBERT J. GAYDA, ESQ.
18                                                         CATHERINE V. LOTEMPIO, ESQ.
                                                           (*pro hac vice applications granted*)
19                                                         One Battery Park Plaza
                                                           New York, NY 10004
20                                                         *Counsel for Official Committee*
                                                           *of Unsecured Creditors*
21

22

23                                                         **IT IS SO ORDERED:**

24                                                         _____
                                                           UNITED STATES DISTRICT COURT JUDGE
25
                                                           DATED: November 29, 2023
26                                                                  _____

27

28

# EXHIBIT "A"

# EXHIBIT "A"

**IT IS FURTHER ORDERED** that counsel now may elect to appear at the hearing remotely, rather than in-person. Counsel may obtain the telephonic appearance information from the updated calendar posted for this matter.



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
November 28, 2023

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
  dcica@carlyoncica.com

**DIAMOND MCCARTHY LLP**
Allan B. Diamond, Esq.
(*pro hac vice admitted*)
Christopher D. Johnson, Esq.
(*pro hac vice admitted*)
Justin Strother, Esq.
(*pro hac vice admitted*)
909 Fannin, Suite 3700
Houston, Texas 77010
Email:adiamond@diamondmccarthy.com
chris.johnson@diamondmccarthy.com
justin.strother@diamondmccarthy.com
*Co-Counsel for Christopher McAlary*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br><br>Debtor. | Case No.: Case No. BK-S-23-10423-MKN<br>Chapter 11<br>**ORDER APPROVING STIPULATION REGARDING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT WITH COLE KEPRO INTERNATIONAL, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 [ECF NO. 1295]**<br><br>Hearing Date: November 28, 2023<br>Hearing Time: 1:30 p.m. |

left margin: **CARLYON CICA CHTD.** 265 E. Warm Springs Road, Suite 107 Las Vegas, NV 89119

1

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

1      The Court, having reviewed and considered Stipulation Regarding Joint Motion to

2  Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule

3  of Bankruptcy Procedure 9019 [ECF No. 1295] entered into by Chris McAlary ("<u>McAlary</u>"),

4  by and through his counsel, the law firm of Carlyon Cica, Chtd.; Cash Cloud, Inc. ( "<u>Debtor</u>")

5  by and through its counsel Jeanette McPherson, Esq. of Fox Rothschild LLP; and the Official

6  Committee of Unsecured Creditors (the "<u>Committee</u>") by and through its counsel Ryan J.

7  Works, Esq. of McDonald Carano LLP and Seward & Kissel LP (collectively the "<u>Parties</u>") and

8  for good cause appearing:

9      **IT IS HEREBY ORDERED** that the Stipulation [ECF No. 1512] attached as Exhibit 1

10  is approved in its entirety.

11      **IT IS HEREBY FURTHER ORDERED** that Mr. McAlary's Objection to Motion to

12  Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule

13  of Bankruptcy Procedure 9019 [ECF No. 1488] is hereby withdrawn with prejudice.

14      **IT IS HEREBY FURTHER ORDERED** that Mr. McAlary's Motion to Reconstitute

15  the Official Unsecured Creditors' Committee [ECF No. 1413] is hereby withdrawn with

16  prejudice.

17      The Court shall separately enter a standard order scheduling a settlement conference

18  amongst the Parties with respect to the McAlary Adversary on a date and at a time and place that

19  the Parties and their counsel are available.

20      **IT IS SO ORDERED.**

21  **Submitted by:**               **FOX ROTHSCHILD LLP**

22  **CARLYON CICA CHTD.**

23  By: /s/  *Candace Carlyon*       By: /s/  *Jeanette McPherson*
    CANDACE C. CARLYON, ESQ.      JEANETTE MCPHERSON, ESQ.

24  Nevada Bar No.2666             Nevada Bar No. 5423
    DAWN M. CICA, ESQ.          DANIEL MANN, ESQ.

25  Nevada Bar No. 4565            Nevada Bar No. 15594
    265 E. Warm Springs Road, Suite 107    NICHOLAS A. KOFFROTH, ESQ.

26  Las Vegas, NV 89119           Nevada Bar No. 16264
    *Counsel for Christopher McAlary*     *Counsel for Debtor*

27

28

**SEWARD & KISSEL LLP**
John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)

-and-


**MCDONALD CARANO LLP**

By: */s/    Ryan Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
*Counsel for Official Committee of
Unsecured Creditors*

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

3

# EXHIBIT "1"

# EXHIBIT "1"

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
 dcica@carlyoncica.com
*Counsel for Christopher McAlary*

**DIAMOND MCCARTHY LLP**
Allan B. Diamond, Esq.
(*pro hac vice admitted*)
Christopher D. Johnson, Esq.
(*pro hac vice admitted*)
Justin Strother, Esq.
(*pro hac vice admitted*)
909 Fannin, Suite 3700
Houston, Texas 77010
Email:adiamond@diamondmccarthy.com
chris.johnson@diamondmccarthy.com
justin.strother@diamondmccarthy.com
*Co-Counsel for Christopher McAlary*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.: Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**STIPULATION REGARDING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT WITH COLE KEPRO INTERNATIONAL, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 [ECF NO. 1295] AND STAY OF APPEALS**<br><br>Hearing Date: November 28, 2023<br>Hearing Time: 1:30 p.m. |

Chris McAlary ("McAlary"), by and through his counsel, the law firm of Carlyon Cica,

Chtd.; Cash Cloud, Inc. ("Debtor") by and through its counsel Jeanette McPherson, Esq. of Fox

*CARLYON CICA CHTD.*
*265 E. Warm Springs Road, Suite 107*
*Las Vegas, NV 89119*

Rothschild LLP; and the Official Committee of Unsecured Creditors (the "Committee") by and through its counsel Ryan J. Works, Esq. of McDonald Carano LLP and Seward & Kissel LLP (collectively the "Parties") hereby stipulate and agree as follows (the "Stipulation"):

**RECITALS**

WHEREAS, on September 22, 2023, Debtor and the Committee filed a *Joint Motion to Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019* [ECF No. 1295] (the "9019 Motion");

WHEREAS, on November 18, 2023, Christopher McAlary filed his Objection to Motion to Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [ECF No. 1488] (the "Objection");

WHEREAS, an Evidentiary hearing on the 9019 Motion is set for November 28, 2023 at 1:30 p.m.;

WHEREAS, on September 1, 2023, the Committee, acting on behalf of the Debtor's estate, filed a Complaint against McAlary, Case No. Case 23-01125-mkn (the "McAlary Adversary");

WHEREAS, on October 20, 2023, McAlary filed a Motion to Reconstitute the Official Unsecured Creditors' Committee [ECF No. 1413](the "Motion to Reconstitute");

WHEREAS, the Parties have conferred and agreed that (1) the Parties consent to participate in good faith in a court-ordered settlement conference with respect to the McClary Adversary; (2) McClary agrees to withdraw the Objection; and (3) McAlary agrees to withdraw the Motion to Reconstitute.

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

 **IT IS HEREBY STIPULATED** that Mr. McAlary's Objection to Motion to Approve Settlement Agreement with Cole Kepro International, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019 [ECF No. 1488] is hereby WITHDRAWN with prejudice.

**IT IS HEREBY FURTHER STIPULATED** that the Motion to Reconstitute [ECF No. 1413] is hereby WITHDRAWN with prejudice.

2

1    **IT IS HEREBY FURTHER STIPULATED** that, with respect to the McAlary

2    Adversary, the Parties agree to participate in good faith in a confidential court-ordered

3    settlement conference pursuant to LR9019(a)(1), and the Parties jointly request that the Court

4    issue an order setting such a settlement conference.

5    **IT IS HEREBY FURTHER STIPULATED** that the Parties agree to stay both

6    appeals arising out of this bankruptcy case before the United States District Court, District of

7    Nevada under Case No. 2:23-cv-1424-GMN and Case No. 2:23-cv-01580-JAD until further

8    notice.

9    No other deadlines are affected by this Stipulation.

10    **IT IS SO STIPULATED AND AGREED.**

11

12    **CARLYON CICA CHTD.**                              **FOX ROTHSCHILD LLP**

13    By: /s/ *Candace Carlyon*                           By:/s/ *Jeanette McPherson*
      CANDACE C. CARLYON, ESQ.                            JEANETTE MCPHERSON, ESQ.
14    Nevada Bar No.2666                                  Nevada Bar No. 5423
      DAWN M. CICA, ESQ.                                  DANIEL MANN, ESQ.
15    Nevada Bar No. 4565                                 Nevada Bar No. 15594
      265 E. Warm Springs Road, Suite 107                NICHOLAS A. KOFFROTH, ESQ.
16    Las Vegas, NV 89119                                 Nevada Bar No. 16264
      *Counsel for Christopher McAlary*                   *Counsel for Debtor*

17

18

19

20

21

22

23

24

25

26

27

28

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

3

**SEWARD & KISSEL LLP**
Robert J. Gayda, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)

-and-

**MCDONALD CARANO LLP**

By: */s/ Ryan Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
*Counsel for Official Committee of
Unsecured Creditors*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

4

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

<u>**CERTIFICATE OF SERVICE**</u>

I am an employee of Carlyon Cica Chtd.  On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE:  Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐  UNITED STATES MAIL:  By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐  OVERNIGHT COURIER:  By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐  FACSIMILE:  By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

                                      */s/ Nancy Arceneaux*
                                       An employee of Carlyon Cica Chtd.