**Cash Cloud, Inc**
**Income Statement**

|  | Sep-23 |
|---|---|
| **Income** | |
| **Total - Income** | $                      - |
| | |
| **Cost of Sales** | |
| **Total - Cost Of Sales** | $                      - |
| **Gross Profit** | $                      - |
| | |
| **Expenses** | |
| 50001 - Hourly - Wages | 16,379 |
| 50003 - Hourly - PTO | 1,680 |
| 50004 - Hourly - Holiday | 200 |
| 50101 - Salary - Wages | 42,500 |
| 50201 - Health Insurance | 539 |
| 50205 - HSA Contribution | 150 |
| 50211 - Phone Reimbursement | 250 |
| 51001 - FICA - SS | 3,681 |
| 51002 - FICA - Medicaid | 1,155 |
| 51101 - NV - Unemployment | 249 |
| 60004 - Software Service - Accounting/Admin | 14,769 |
| 63101 - Insurance - General Liability | 28,354 |
| **Total - Expense** | $          109,905 |
| | |
| **Net Ordinary Income** | $        (109,905) |
| | |
| **Other Income and Expenses** | |
| **Other Income** | |
| 80001 - Balance Sheet Adjustments from Wind Down | (358,116) |
| **Total - Other Income** | $        (358,116) |
| | |
| **Other Expense** | |
| **Total - Other Expense** | $                      - |
| **Net Other Income** | $          358,116 |
| | |
| **Net Income** | $          248,211 |

_Note:_  These financials reflect the state of the Debtor's current books and records to the best of its ability. Certain periods have not been finalized as the Debtor has terminated and overwhelming majority of its staff including its accounting and finance teams.

_Note:_  The Debtor reserves all rights to further amend, modify, or supplement this operating report as appropriate.

**Cash Cloud, Inc**
**Balance Sheet**

|  | Sep-23 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Actual Bank Balances** | |
| 10302 - Commercial Bank - AP (3833) | 180 |
| 10301 - Commercial Bank - Main (3844) | 280,034 |
| 10304 - Commercial Bank - BTC (3855) | 38,547 |
| 10303 - Commercial Bank - Payroll (3866) | 69,064 |
| 10311 - People First - Main (6240) | 199,290 |
| 10310 - People First - Trust (1752) | 100 |
| **Total Bank** | **$ 587,215** |
| Machine and Other Balances | 781,107 |
| **Total Cash** | **$ 1,368,321** |
| | |
| **Accounts Receivable** | |
| 12103 - Due To/From - CM | 716,057 |
| **Total Accounts Receivable** | **$ 716,057** |
| | |
| **Other Current Asset** | |
| 30001 - Software Sale Note Receivable | 1,500,000 |
| **Total Other Current Asset** | **$ 1,500,000** |
| **Total Current Assets** | **$ 3,584,378** |
| | |
| **Fixed Assets** | |
| 15105 - BTM - Machine Brazil | 213,295 |
| 15202 - Computer Equipment | 59,077 |
| 15203 - Equipment & Furniture | 195,326 |
| 16105 - AD - BTM - Machine Brazil | (91,713) |
| 16202 - AD - Computer Equipment | (14,757) |
| 16203 - AD - Office Equipment & Furniture | (112,382) |
| **Total Fixed Assets** | **$ 248,845** |
| | |
| **Other Assets** | |
| 18001 - Deposit LT - Rent | - |
| 18301 - Web Domain Names | - |
| 18501 - Investment in Subsidiary - Brazil | 42,951 |
| 18502 - Advances - Brazil (Intercompany receivable/payable) | 503,681 |
| **Total Other Assets** | **$ 546,632** |
| | |
| **Total ASSETS** | **$ 4,379,854** |

**Balance Sheet**

| | Sep-23 |
|---|---|
| **LIABILITIES & EQUITY** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20001 - AP - Trade | 6,647,254 |
| 20004 - AP - Other Payables | 5,184 |
| 20005 - AP - Interest Payable, Equipment Leasing, Building Rent | 8,891,400 |
| 20011 - AP - Host Pay - Checks | 1,438,107 |
| 20012 - AP - Host Pay - ACH | 5,768,907 |
| 20013 - AP - Host Pay - Other | 60,437 |
| 20015 - AP - Commission | 17,546 |
| 20016 - AP - BTC | 83,038 |
| 20031 - AP - Construction | 8,544,980 |
| 20101 - Post Bankruptcy filing AP - Trade | 341,915 |
| 20104 - Post Bankruptcy filing AP - Other Payables | 773,648 |
| 20111 - Post Bankruptcy filing AP - Host Pay - Checks | 137,064 |
| 20112 - Post Bankruptcy filing AP - Host Pay - ACH | 446,939 |
| 20113 - Post Bankruptcy filing AP - Host Pay - Other | 5,660 |
| 20116 - Post Bankruptcy filing AP - BTC | 20,976 |
| 20199 - AP - Old | 743,452 |
| **Total Accounts Payable** | **$ 33,926,506** |
| | |
| **Credit Card** | |
| 20201 - Amex - 83006 | 424,230 |
| **Total Credit Card** | **$ 424,230** |
| | |
| **Other Current Liability** | |
| 21001 - Payroll - Payable | (13,719) |
| 21002 - Payroll - Deferred | 301,538 |
| 21113 - State Taxes Payable - NV MBT | 37,878 |
| 21202 - HSA Payable | 14,947 |
| 21203 - Health Ins Payable | 3,388 |
| 21204 - Dental/Vision Ins Payable | 1,934 |
| 22001 - Accrueds | 243,607 |
| 22111 - Accrued Interest | 46,236 |
| 23102 - Note Payable Current - Genesis | 107,929,632 |
| 23103 - Secured Note - Genesis | 7,784,780 |
| 23104 - Note Payable Current - DIP | 646,378 |
| 23206 - Note Payable Current - Enigma | 6,875,094 |
| **Total Other Current Liability** | **$ 123,871,693** |
| **Total Current Liabilities** | **$ 158,222,429** |
| | |
| **Long Term Liabilities** | |
| 27103 - Note Payable NC - EZ | 1,919,929 |
| 27121 - Lease Capital Liab - AV Tech | 1,215,623 |
| 27201 - Note Payable NC - CM | 1,252,424 |
| 27204 - Note Payable NC - LF | 104,758 |
| **Total Long Term Liabilities** | **$ 4,492,734** |
| | |
| **Total LIABILITIES** | **$ 162,715,163** |

_Note:_ These financials reflect the state of the Debtor's current books and records to the best of its ability. Certain periods have not been finalized as the Debtor has terminated and overwhelming majority of its staff including its accounting and finance teams.

_Note:_ The Debtor reserves all rights to further amend, modify, or supplement this operating report as appropriate.



Member
**FDIC**

Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

Cash Cloud INC
DBA Coin Cloud
Accounts Payable                                    VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                     ■3833
LAS VEGAS NV  89135

                                                    08/31/23 THRU 09/30/23

                                                    PAGE  1

================================================================================
                    VIRTUAL CURRENCY CHECKING        ■3833
================================================================================
        DESCRIPTION              DEBITS      CREDITS     DATE          BALANCE

BALANCE LAST STATEMENT................................ 08/31/23       50,281.34
CHECK # 1444                     328.00              09/01/23       49,953.34
CHECK # 4141                     275.00              09/01/23       49,678.34
PPD LEADBANKSELFLEND PAYMENTS CASH CLOUD INC
                                  35.00              09/01/23       49,643.34
PPD THE GUARDIAN SEP GP INS CASH CLOUD INC. DBA CO
                               1,845.54             09/01/23       47,797.80
CHECK # 4177                     200.00             09/05/23       47,597.80
WEB UnitedHealthSvcs PERSONAPAY 67126576
                               2,901.20             09/05/23       44,696.60
CCD HSA BANK PLAN FUND CCI468465527468
                                 150.00             09/06/23       44,546.60
Creating new AP account        44,336.60            09/08/23          210.00
ACH MONTHLY SERVICE FEE          30.00              09/29/23          180.00
BALANCE THIS STATEMENT................................ 09/30/23          180.00

TOTAL CREDITS      (0)            0.00
TOTAL DEBITS       (9)        50,101.34

================================================================================
                         YOUR CHECKS SEQUENCED
================================================================================
DATE    CHECK #      AMOUNT DATE     CHECK #      AMOUNT DATE    CHECK #      AMOUNT

 9/01    1444        328.00  9/01     4141*       275.00  9/05    4177*       200.00

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

    - - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:        10,991.70

----------------End-of-Statement-for-above-Account----------------

## FOR CHANGE OF ADDRESS

My New Address Is:                                      MY ACCOUNTS ARE:

NAME_____    [  ] CHECKING ACCOUNT NUMBER _____

STREET_____    [  ] SAVINGS ACCOUNT NUMBER _____

CITY_____    [  ] OTHER _____

STATE_____ZIP CODE_____AUTHORIZED SIGNATURE_____

### In Case Of Errors Or Questions About Your Electronic Transfers

Consumer account customers telephone us at 706-743-8184 or write us at the address listed on the face of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)  Tell us your name and account number.

(2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need information.

(3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. Direct inquiries for preauthorized transfers or other questions about electronic deposits to: 706-743-8184.

### THIS FORM IS PROVIDED TO HELP YOU
### BALANCE YOUR BANK STATEMENT

Month _____ , 20 _____

**CHECKS OUTSTANDING**
(Not Shown on Statement)

| NUMBER | $ |
|--------|---|
|        |   |
|        |   |
|        |   |
|        |   |
|        |   |
|        |   |
|        |   |
|        |   |
|        |   |
|        |   |
|        |   |
| TOTAL  | $ |

| | $ |
|---|---|
| Your Check Book Balance (At the End of the Period shown by This Statement) | $ |
| Less Service Charge | $ |
| Net Check Book Balance | $ |
| Bank Statement Balance (Last Amount Shown in Balance Column) | $ |
| ADD Deposits Received By Bank After Date of This Statement | $ |
| TOTAL | $ |
| SUBTRACT Checks Outstanding | $ |
| BALANCE — This figure should agree with your Net Check Book Balance | $ |

ADVISE US PROMPTLY OF ANY DIFFERENCE. IF NO ERROR IS REPORTED WITHIN TEN DAYS THE ACCOUNT WILL BE CONSIDERED CORRECT.

### In Case of Errors or Questions About Your Bill

If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet at our address on the face, as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem occurred. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:

- Your name and account number
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

How to Make Payments:

Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

Special Rule for Credit Card Purchases:

If you have a problem with the quality of goods or services you purchased with a credit card, and you have tried in good faith to correct the problem with the merchants, you may not have to pay the remaining amount due on the goods and services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchants, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Method of Computing Portion of Finance Charge

A portion of your finance charge is computed using one of the following methods as specified of the face of this statement:

Daily balance method subject to periodic rate:

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid finance charges and any payments or credits. This gives us the daily balance.

Average daily balance method subject to periodic rate:

We figure a portion of the finance charge of your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new purchases, advances, loans and subtract any payments or credits. This gives you the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

The periodic rate charges are computed by multiplying the "average daily balance" by the number of days in the billing cycle and applying the daily periodic rate.

Daily accrual method subject to graduated periodic rates:

We figure a portion of the finance charge on your account by applying the appropriate periodic rates to the appropriate portions of the "daily balance". We take the beginning balance of your account each day, add any new purchases, advances, loans and subtract any payments or credits. This gives us the "daily balances". We then divide the daily balances into the segments specified on the face of this statement, apply the applicable periodic rate to each segment and total the results. This gives us the daily periodic rate finance charge. We then add up all of the daily periodic rate finance charges for each day in the billing cycle to get the (Interest Charge) component of the finance charge for the billing cycle.



Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

Cash Cloud INC
DBA Coin Cloud
General Account                                VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                ■3844
LAS VEGAS NV  89135

                                               08/31/23 THRU 09/30/23

                                               PAGE  1

================================================================================
                   VIRTUAL CURRENCY CHECKING        ■3844
================================================================================
        DESCRIPTION            DEBITS        CREDITS     DATE          BALANCE

BALANCE LAST STATEMENT................................ 08/31/23     247,502.28
*9657 POS POSTAL PROS LV 11700 W CHAS BLVD STE 1 LAS VEGAS NV MTE 99999
                            54.00                 09/01/23     247,448.28
*9657 POS LOCKMASTERS INC 2101 JOHN C WATTS DR NICHOLASVILLE KY MTE 0000
                           157.03                 09/01/23     247,291.25
VCC DEP                                 11,465.00 09/05/23     258,756.25
*9657 POS UBER EATS 1455 MARKET ST 8005928996 CA MTE 0000
                           102.06                 09/05/23     258,654.19
*9657 POS 408.MORNINGSTAR 1650 HORIZON RIDGE PKWY 702-539-1694 NV MTE 0000
                           187.00                 09/05/23     258,467.19
*9657 POS 408.MORNINGSTAR 1650 HORIZON RIDGE PKWY 702-539-1694 NV MTE 0000
                           187.00                 09/05/23     258,280.19
*9657 POS 408.MORNINGSTAR 1650 HORIZON RIDGE PKWY 702-539-1694 NV MTE 0000
                           362.00                 09/05/23     257,918.19
*9657 POS 408.MORNINGSTAR 1650 HORIZON RIDGE PKWY 702-539-1694 NV MTE 0000
                           362.00                 09/05/23     257,556.19
*9657 POS 408.MORNINGSTAR 1650 HORIZON RIDGE PKWY 702-539-1694 NV MTE 0000
                           362.00                 09/05/23     257,194.19
*9657 POS 408.MORNINGSTAR 1650 HORIZON RIDGE PKWY 702-539-1694 NV MTE 0000
                         2,172.00                 09/05/23     255,022.19
CCD GOOGLE APPS_COMME US003WDGK3
                         3,963.38                 09/05/23     251,058.81
*9657 POS MAILGUN TECHNOLO 112 E. Pecan St. SAN ANTONIO TX MTE YQJFJ
                            35.00                 09/05/23     251,023.81
VCC DEP                                 13,515.00 09/06/23     264,538.81
*9657 POS GITHUB INC. 88 Colin P Kelly Jr. St SAN FRANCISCO CA MTE IZQCV
                           441.00                 09/06/23     264,097.81
VCC DEP                                     40.00 09/07/23     264,137.81
CCD GOLDMAN SACHS CA SALE
                        10,000.00                 09/07/23     254,137.81
VCC DEP                                    445.00 09/08/23     254,582.81
*9657 POS HEROKU* AUG-8584 415 Mission Street3rd F SAN FRANCISCO CA MTE 8AGCN
                            52.54                 09/08/23     254,530.27
VCC DEP                                  1,025.00 09/11/23     255,555.27
*9657 POS MSFT *-E0400OS One Microsoft Way MSBILL.INFO WA MTE 02818
                            15.00                 09/11/23     255,540.27
*9657 POS MSFT * E0400OSHA 1 Microsoft Way MSBILL.INFO WA MTE 22200
                           437.25                 09/11/23     255,103.02
*9657 POS LinkedIn Pre 868 2029 Stierlin Court Mountain View CA MTE 21100
                            69.99                 09/12/23     255,033.03
                    * * * C O N T I N U E D * * *

**Member FDIC**

Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

Cash Cloud INC
DBA Coin Cloud
General Account                                   VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                  ■3844
LAS VEGAS NV  89135

08/31/23 THRU 09/30/23

PAGE  2

```
================================================================================
              VIRTUAL CURRENCY CHECKING        ■3844
================================================================================
      DESCRIPTION          DEBITS        CREDITS    DATE          BALANCE

BR FTW ADJ 9/06            8,515.00                 09/14/23      246,518.03
VCC DEP                                  570.00     09/18/23      247,088.03
OUTGOING WIRE            14,769.00                  09/19/23      232,319.03
CCD BankLine Corpora ConsultFee 573147957
                           623.74                   09/19/23      231,695.29
OUTGOING WIRE            2,640.00                   09/21/23      229,055.29
VCC DEP                                14,231.00    09/22/23      243,286.29
VCC DEP                                 1,660.00    09/25/23      244,946.29
*9657 POS WHIMSICAL INC. 1630 Welton Street7th F DENVER CA MTE G5TU3
                            24.00                   09/25/23      244,922.29
INCOMING WIRE                          42,899.00    09/28/23      287,821.29
OUTGOING WIRE            4,167.64                   09/28/23      283,653.65
*9657 POS DROPBOX*YWBMB3R8 185 Berry St Ste 400 DROPBOX.COM CA MTE 34200
                            11.99                   09/28/23      283,641.66
*9657 POS OFAC SUBSCRIPTIO 7901 4th St NSuite 300 SAINT PETERSB FL MTE VP3KP
                           150.00                   09/28/23      283,491.66
VCC DEP                                  710.00     09/29/23      284,201.66
OUTGOING WIRE            4,167.64                   09/29/23      280,034.02
BALANCE THIS STATEMENT................................ 09/30/23  280,034.02


TOTAL CREDITS    (10)    86,560.00
TOTAL DEBITS     (26)    54,028.26

        - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:      250,699.19

        ----------------End-of-Statement-for-above-Account----------------
```

## FOR CHANGE OF ADDRESS

My New Address Is:                                    MY ACCOUNTS ARE:

NAME_____ [  ] CHECKING ACCOUNT NUMBER _____

STREET_____ [  ] SAVINGS ACCOUNT NUMBER _____

CITY_____ [  ] OTHER _____

STATE_____ZIP CODE_____ AUTHORIZED SIGNATURE _____

### In Case Of Errors Or Questions About Your Electronic Transfers

Consumer account customers telephone us at 706-743-8184 or write us at the address listed on the face of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)   Tell us your name and account number.
(2)   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need information.
(3)   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. Direct inquiries for preauthorized transfers or other questions about electronic deposits to: 706-743-8184.

### THIS FORM IS PROVIDED TO HELP YOU
### BALANCE YOUR BANK STATEMENT

EQUAL HOUSING LENDER

Month _____, 20 _____

CHECKS OUTSTANDING
(Not Shown on Statement)

| NUMBER | $ |
|--------|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

| | |
|---|---|
| Your Check Book Balance (At the End of the Period shown by This Statement | $ |
| Less Service Charge | $ |
| Net Check Book Balance | $ |
| Bank Statement Balance (Last Amount Shown in Balance Column) | $ |
| ADD Deposits Received By Bank After Date of This Statement | $ |
| TOTAL | $ |
| SUBTRACT Checks Outstanding | $ |
| BALANCE This figure should agree with your Net Check Book Balance | $ |

ADVISE US PROMPTLY OF ANY DIFFERENCE. IF NO ERROR IS REPORTED WITHIN TEN DAYS THE ACCOUNT WILL BE CONSIDERED CORRECT.

### In Case of Errors or Questions About Your Bill

If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet at our address on the face, as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem occurred. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:

• Your name and account number
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

How to Make Payments:

Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

Special Rule for Credit Card Purchases:

If you have a problem with the quality of goods or services you purchased with a credit card, and you have tried in good faith to correct the problem with the merchants, you may not have to pay the remaining amount due on the goods and services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchants, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Method of Computing Portion of Finance Charge

A portion of your finance charge is computed using one of the following methods as specified of the face of this statement:

Daily balance method subject to periodic rate:

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid finance charges and any payments or credits. This gives us the daily balance.

Average daily balance method subject to periodic rate:

We figure a portion of the finance charge of your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new purchases, advances, loans and subtract any payments or credits. This gives you the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

The periodic rate charges are computed by multiplying the "average daily balance" by the number of days in the billing cycle and applying the daily periodic rate.

Daily accrual method subject to graduated periodic rates:

We figure a portion of the finance charge of your account by applying the appropriate periodic rates to the appropriate portions of the "daily balance". We take the beginning balance of your account each day, add any new purchases, advances, loans and subtract any payments or credits. This gives us the "daily balances". We then divide the daily balances into the segments specified on the face of this statement, apply the applicable periodic rate to each segment and total the results. This gives us the daily periodic rate finance charge. We then add up all of the daily periodic rate finance charges for each day in the billing cycle to get the (Interest Charge) component of the finance charge for the billing cycle.

**Member FDIC**

**CB COMMERCIAL BANK**

Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

Cash Cloud INC
DBA Coin Cloud
Exchange Focused Account                    VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441             ■3855
LAS VEGAS NV  89135

                                            08/31/23 THRU 09/30/23

                                            PAGE  1

================================================================================
              VIRTUAL CURRENCY CHECKING        ■3855
================================================================================
       DESCRIPTION            DEBITS        CREDITS     DATE            BALANCE

BALANCE LAST STATEMENT................................ 08/31/23           10.00
CHECK # 1508                200.00                     09/07/23         -190.00
Creating new AP account               44,336.60       09/08/23       44,146.60
CHECK # 3509                300.00                     09/08/23       43,846.60
CHECK # 4125                300.00                     09/08/23       43,546.60
CHECK # 4155                233.00                     09/11/23       43,313.60
CHECK # 4161                 50.00                     09/11/23       43,263.60
CHECK # 1382                156.00                     09/12/23       43,107.60
CHECK # 1667                300.00                     09/12/23       42,807.60
CHECK # 1669                250.00                     09/12/23       42,557.60
CHECK # 1677                300.00                     09/12/23       42,257.60
CHECK # 2282                 50.00                     09/12/23       42,207.60
CHECK # 3490                300.00                     09/12/23       41,907.60
CHECK # 3500                300.00                     09/12/23       41,607.60
CHECK # 3510                300.00                     09/12/23       41,307.60
CHECK # 3539                200.00                     09/12/23       41,107.60
CHECK # 3891                200.00                     09/12/23       40,907.60
CHECK # 3925                300.00                     09/12/23       40,607.60
CHECK # 4115                200.00                     09/12/23       40,407.60
CHECK # 4199                300.00                     09/12/23       40,107.60
CHECK # 3955                200.00                     09/14/23       39,907.60
CHECK # 3967                260.00                     09/15/23       39,647.60
CHECK # 4122                300.00                     09/15/23       39,347.60
CHECK # 3461                167.20                     09/20/23       39,180.40
CHECK # 4213                100.00                     09/20/23       39,080.40
CHECK # 3669                200.00                     09/21/23       38,880.40
CHECK # 1208                200.00                     09/22/23       38,680.40
CHECK # 3964                133.00                     09/28/23       38,547.40
BALANCE THIS STATEMENT................................ 09/30/23       38,547.40

TOTAL CREDITS      (1)     44,336.60
TOTAL DEBITS      (26)      5,799.20

================================================================================
                       YOUR CHECKS SEQUENCED
================================================================================

DATE    CHECK #     AMOUNT DATE    CHECK #     AMOUNT DATE    CHECK #     AMOUNT

9/22     1208      200.00  9/12     1382*     156.00  9/07     1508*     200.00
                      * * * C O N T I N U E D * * *



**Member FDIC**

Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

Cash Cloud INC
DBA Coin Cloud
Exchange Focused Account                    VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                  ■3855
LAS VEGAS NV  89135

                                             08/31/23 THRU 09/30/23

                                             PAGE   2

==============================================================================
                   VIRTUAL CURRENCY CHECKING       ■3855
==============================================================================
DATE     CHECK #      AMOUNT DATE     CHECK #       AMOUNT DATE     CHECK #       AMOUNT

9/12     1667*       300.00  9/12     3510         300.00  9/12     4115*        200.00
9/12     1669*       250.00  9/12     3539*        200.00  9/15     4122*        300.00
9/12     1677*       300.00  9/21     3669*        200.00  9/08     4125*        300.00
9/12     2282*        50.00  9/12     3891*        200.00  9/11     4155*        233.00
9/20     3461*       167.20  9/12     3925*        300.00  9/11     4161*         50.00
9/12     3490*       300.00  9/14     3955*        200.00  9/12     4199*        300.00
9/12     3500*       300.00  9/28     3964*        133.00  9/20     4213*        100.00
9/08     3509*       300.00  9/15     3967*        260.00

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

      - - - - - - - - - A V E R A G E    B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:        30,543.99

----------------End-of-Statement-for-above-Account---------------

**FOR CHANGE OF ADDRESS**

My New Address Is:                    MY ACCOUNTS ARE:

NAME_____ [  ] CHECKING ACCOUNT NUMBER _____

STREET_____ [  ] SAVINGS ACCOUNT NUMBER _____

CITY_____ [  ] OTHER _____

STATE_____ZIP CODE_____ AUTHORIZED SIGNATURE_____

### In Case Of Errors Or Questions About Your Electronic Transfers

Consumer account customers telephone us at 706-743-8184 or write us at the address listed on the face of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)  Tell us your name and account number.
(2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need information.
(3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. Direct inquiries for preauthorized transfers or other questions about electronic deposits to: 706-743-8184.

## THIS FORM IS PROVIDED TO HELP YOU
## BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING
(Not Shown on Statement)

Month _____, 20 _____

| NUMBER | $ |
|--------|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

| | |
|---|---|
| Your Check Book Balance (At the End of the Period shown by This Statement) | $ |
| Less Service Charge | $ |
| Net Check Book Balance | $ |
| Bank Statement Balance (Last Amount Shown in Balance Column) | $ |
| ADD Deposits Received By Bank After Date of This Statement | $ |
| TOTAL | $ |
| SUBTRACT Checks Outstanding | $ |
| BALANCE This figure should agree with your Net Check Book Balance | $ |

ADVISE US PROMPTLY OF ANY DIFFERENCE. IF NO ERROR IS REPORTED WITHIN TEN DAYS THE ACCOUNT WILL BE CONSIDERED CORRECT.

### In Case of Errors or Questions About Your Bill

If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet at our address on the face, as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem occurred. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:

• Your name and account number
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

How to Make Payments:

Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

Special Rule for Credit Card Purchases:

If you have a problem with the quality of goods or services you purchased with a credit card, and you have tried in good faith to correct the problem with the merchants, you may not have to pay the remaining amount due on the goods and services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchants, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Method of Computing Portion of Finance Charge

A portion of your finance charge is computed using one of the following methods as specified of this statement:

Daily balance method subject to periodic rate:

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid finance charges and any payments or credits. This gives us the daily balance.

Average daily balance method subject to periodic rate:

We figure a portion of the finance charge of your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new purchases, advances, loans and subtract any payments or credits. This gives you the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

The periodic rate charges are computed by multiplying the "average daily balance" by the number of days in the billing cycle and applying the daily periodic rate.

Daily accrual method subject to graduated periodic rates:

We figure a portion of the finance charge of your account by applying the appropriate periodic rates to the appropriate portions of the "daily balance". We take the beginning balance of your account each day, add any new purchases, advances, loans and subtract any payments or credits. This gives us the "daily balances". We then divide the daily balances into the segments specified on the face of this statement, apply the applicable periodic rate to each segment and total the results. This gives us the daily periodic rate finance charge. We then add up all the daily periodic rate finance charges for each day in the billing cycle to get the (Interest Charge) component of the finance charge for the billing cycle.





Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

```
Cash Cloud INC
DBA Coin Cloud
Payroll Account                              VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441              ███3866
LAS VEGAS NV  89135
                                             08/31/23 THRU 09/30/23

                                             PAGE  1
```

```
================================================================================
                 VIRTUAL  CURRENCY  CHECKING        ███3866
================================================================================
        DESCRIPTION           DEBITS       CREDITS    DATE          BALANCE

BALANCE LAST STATEMENT...............................  08/31/23    105,828.69
OUTGOING WIRE               18,943.64                  09/13/23     86,885.05
OUTGOING WIRE                  100.00                  09/25/23     86,785.05
OUTGOING WIRE               17,721.53                  09/27/23     69,063.52
BALANCE THIS STATEMENT...............................  09/30/23     69,063.52

TOTAL CREDITS       (0)          0.00
TOTAL DEBITS        (3)      36,765.17

      - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:       92,079.64

----------------End-of-Statement-for-above-Account---------------
```

## FOR CHANGE OF ADDRESS

My New Address Is:                          MY ACCOUNTS ARE:

NAME_____ [  ] CHECKING ACCOUNT NUMBER _____

STREET_____ [  ] SAVINGS ACCOUNT NUMBER _____

CITY_____ [  ] OTHER _____

STATE_____ZIP CODE_____AUTHORIZED SIGNATURE_____

### In Case Of Errors Or Questions About Your Electronic Transfers

Consumer account customers telephone us at 706-743-8184 or write us at the address listed on the face of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)    Tell us your name and account number.

(2)    Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3)    Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. Direct inquiries for preauthorized transfers or other questions about electronic deposits to: 706-743-8184.

### THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

Month _____, 20 _____

CHECKS OUTSTANDING
(Not Shown on Statement)

| NUMBER | $ |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

| | $ |
|---|---|
| Your Check Book Balance (At the End of the Period shown by This Statement) | $ |
| Less Service Charge | $ |
| Net Check Book Balance | $ |
| Bank Statement Balance (Last Amount Shown in Balance Column) | $ |
| ADD Deposits Received By Bank After Date of This Statement | $ |
| TOTAL | $ |
| SUBTRACT Checks Outstanding | $ |
| BALANCE This figure should agree with your Net Check Book Balance | $ |

ADVISE US PROMPTLY OF ANY DIFFERENCE. IF NO ERROR IS REPORTED WITHIN TEN DAYS THE ACCOUNT WILL BE CONSIDERED CORRECT.

### In Case of Errors or Questions About Your Bill

If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet at our address on the face, as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem occurred. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:

• Your name and account number
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

How to Make Payments:

Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

Special Rule for Credit Card Purchases:

If you have a problem with the quality of goods or services you purchased with a credit card, and you have tried in good faith to correct the problem with the merchants, you may not have to pay the remaining amount due on the goods and services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchants, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Method of Computing Portion of Finance Charge

A portion of your finance charge is computed using one of the following methods as specified of the face of this statement:

Daily balance method subject to periodic rate:

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid finance charges and any payments or credits. This gives us the daily balance.

Average daily balance method subject to periodic rate:

We figure a portion of the finance charge of your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new purchases, advances, loans and subtract any payments or credits. This gives you the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

The periodic rate charges are computed by multiplying the "average daily balance" by the number of days in the billing cycle and applying the daily periodic rate.

Daily accrual method subject to graduated periodic rates:

We figure a portion of the finance charge on your account by applying the appropriate periodic rates to the appropriate portions of the "daily balance". We take the beginning balance of your account each day, add any new purchases, advances, loans and subtract any payments or credits. This gives us the "daily balances". We then divide the daily balances into the segments specified on the face of this statement, apply the applicable periodic rate to each segment and total the results. This gives us the daily periodic rate finance charge. We then add up all of the daily periodic rate finance charges for each day in the billing cycle to get the (Interest Charge) component of the finance charge for the billing cycle.

# PeopleFirstBank®

3100 Theodore St. • Joliet, IL 60435

*Statement Ending 09/29/2023*

CASH CLOUD INC                                                    *Page 1 of 4*
**Customer Number: XXXXXX6240**

**RETURN SERVICE REQUESTED**

CASH CLOUD INC
DBA COIN CLOUD
10845 GRIFFITH PEAK DR STE 200
LAS VEGAS NV 89135-1568

| *Managing Your Accounts* | | |
|---|---|---|
| ⓘ BANK NAME | PeopleFirstBank |
| ✉ MAILING ADDRESS | 3100 THEODORE STREET JOLIET, IL 60435 |
| 📱 PHONE NUMBER | 815-207-6200 |
| 💻 ONLINE ACCESS | www.peoplefirstbank.com |

**Service charge may include Maintenance Fee of $10.00 and/or Paper Statement Fee of $2.00. See account disclosure for additional information.**

PRIVACY NOTICE-Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.peoplefirstbank.com. We will mail you a free copy upon request if you call us at 815.207.6200.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| MSB CHECKING | XXXXXX6240 | $199,289.80 |

## MSB CHECKING-XXXXXX6240

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/01/2023 | **Beginning Balance** | **$132,768.64** |
| | 6 Credit(s) This Period | $74,821.00 |
| | 4 Debit(s) This Period | $8,299.84 |
| 09/29/2023 | **Ending Balance** | **$199,289.80** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 09/08/2023 | Transfer from Trust Account Loomis Daily Deposit 9/8/23 | $5,045.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/05/2023 | Transfer from trust account for Loomis daily deposits on 9/5/23 | $45,900.00 |
| 09/11/2023 | Transfer from Trust account Loomis Daily Deposit 9/11/2023 | $21,672.00 |
| 09/14/2023 | Transfer from operating account for Loomis daily deposits on 9/14/23 | $1,900.00 |
| 09/19/2023 | Transfer from Trust Account Loomis Daily Deposit 9/19/2023 | $124.00 |
| 09/26/2023 | Transfer from Trust Account Loomis Daily Deposit 9/26/2023 | $180.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 09/19/2023 | BankLine Corpora ConsultFee XXXXX7977 | $602.84 |



CASH CLOUD INC                    XXXXXX6240              Statement Ending 09/29/2023                    Page 2 of 4

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT



CHECKS OUTSTANDING -
NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL | $ | |

BANK BALANCE SHOWN
ON THIS STATEMENT          $ _____

**ADD +**

DEPOSITS NOT CREDITED
IN THIS STATEMENT (IF ANY)   $ _____

_____

**TOTAL**                     $ _____

**SUBTRACT −**

CHECKS OUTSTANDING          $ _____

**BALANCE**                  $ _____

THIS SHOULD AGREE WITH YOUR CHECKBOOK
BALANCE AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT FOR
PREVIOUS MONTH.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us at the address or phone number shown on the reverse side of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

1. Please tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Please tell us the date and the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if the transfer involved a new account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### HOME EQUITY LINE OF CREDIT

**Method Used to Determine the Balance on Which the FINANCE CHARGE Will Be Computed.**  A daily **FINANCE CHARGE** will be imposed on **all** credit advances made under your Credit Line imposed from the date of each credit advance based on the "daily balance" method.  To get the daily balance, we take the beginning balance of your Credit Line Account each day, add any new advances and subtract any payments or credits and any unpaid **FINANCE CHARGES.** This gives you the "daily balance".

### IN CASE ERRORS OR QUESTIONS ABOUT YOUR BILL

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at PeoplesFirst Bank, 3100 Theodore Street, Joliet, IL 60435, as soon as possible.  You may also contact us on the Web at www.PeopleFirstBank.com.  We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared.  You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error.  If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.  While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**DIRECT ALL INQUIRIES TO THE ADDRESS AND PHONE NUMBER SHOWN ON THE FRONT OF THIS STATEMENT**

CASH CLOUD INC                    XXXXXX6240              Statement Ending 09/29/2023                    Page 3 of 4

## MSB CHECKING-XXXXXX6240 (continued)

**Other Debits**

| Date | Description | Amount |
|------|-------------|-------:|
| 09/06/2023 | Brinks deposit error on 12/07/22 BT108269 | $452.00 |
| 09/06/2023 | 8/25/23 Loomis Detroit deposit error CoinCloud approved by J. Hall | $2,200.00 |
| 09/25/2023 | 9/08/23 Loomis deposit error Detroit CoinCloud 107891 GK03376470 | $5,045.00 |

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 09/05/2023 | $178,668.64 | 09/11/2023 | $202,733.64 | 09/25/2023 | $199,109.80 |
| 09/06/2023 | $176,016.64 | 09/14/2023 | $204,633.64 | 09/26/2023 | $199,289.80 |
| 09/08/2023 | $181,061.64 | 09/19/2023 | $204,154.80 | | |

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|------|:---------------------:|:------------------:|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

This page left intentionally blank

*Statement Ending 09/29/2023*

# PeopleFirstBank®

3100 Theodore St. • Joliet, IL 60435

*CASH CLOUD INC*                 *Page 1 of 4*
*Customer Number: XXXXXX1752*

**RETURN SERVICE REQUESTED**

CASH CLOUD INC
DBA COIN CLOUD
10845 GRIFFITH PEAK DR STE 200
LAS VEGAS NV 89135-1568

## Managing Your Accounts

| | | |
|---|---|---|
| ⓘ | BANK NAME | PeopleFirstBank |
| ✉ | MAILING ADDRESS | 3100 THEODORE STREET JOLIET, IL 60435 |
| 📱 | PHONE NUMBER | 815-207-6200 |
| 💻 | ONLINE ACCESS | www.peoplefirstbank.com |

**Service charge may include Maintenance Fee of $10.00 and/or Paper Statement Fee of $2.00. See account disclosure for additional information.**

PRIVACY NOTICE-Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.peoplefirstbank.com. We will mail you a free copy upon request if you call us at 815.207.6200.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| MSB CHECKING | XXXXXX1752 | $100.00 |

# MSB CHECKING-XXXXXX1752

# IN TRUST FOR CUSTOMERS

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/01/2023 | **Beginning Balance** | **$100.00** |
| | 8 Credit(s) This Period | $82,066.00 |
| | 8 Debit(s) This Period | $82,066.00 |
| 09/29/2023 | **Ending Balance** | **$100.00** |

## Deposits

| Date | Description | Amount |
|---|---|---|
| 09/05/2023 | DEPOSIT | $45,900.00 |
| 09/06/2023 | 8/25/23 Loomis Detroit deposit error CoinCloud approved by J. Hall | $2,200.00 |
| 09/08/2023 | DEPOSIT | $5,045.00 |
| 09/11/2023 | DEPOSIT | $21,672.00 |
| 09/14/2023 | DEPOSIT | $1,900.00 |
| 09/19/2023 | DEPOSIT | $124.00 |
| 09/26/2023 | DEPOSIT | $180.00 |

## Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/25/2023 | 9/08/23 Loomis deposit error Detroit CoinCloud 107891 GK03376470 | $5,045.00 |



| CASH CLOUD INC | XXXXXX1752 | Statement Ending 09/29/2023 | Page 2 of 4 |

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT**



CHECKS OUTSTANDING -
NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

BANK BALANCE SHOWN
ON THIS STATEMENT                    $_____

**ADD +**

DEPOSITS NOT CREDITED
IN THIS STATEMENT (IF ANY)    $_____

_____

**TOTAL**                                    $_____

**SUBTRACT −**

CHECKS OUTSTANDING          $_____

**BALANCE**                              $_____

THIS SHOULD AGREE WITH YOUR CHECKBOOK
BALANCE AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT FOR
PREVIOUS MONTH.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone or write us at the address or phone number shown on the reverse side of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

1. Please tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Please tell us the date and the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if the transfer involved a new account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**HOME EQUITY LINE OF CREDIT**

**Method Used to Determine the Balance on Which the FINANCE CHARGE Will Be Computed.** A daily **FINANCE CHARGE** will be imposed on **all** credit advances made under your Credit Line imposed from the date of each credit advance based on the "daily balance" method. To get the daily balance, we take the beginning balance of your Credit Line Account each day, add any new advances and subtract any payments or credits and any unpaid **FINANCE CHARGES**. This gives you the "daily balance".

**IN CASE ERRORS OR QUESTIONS ABOUT YOUR BILL**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at PeoplesFirst Bank, 3100 Theodore Street, Joliet, IL 60435, as soon as possible. You may also contact us on the Web at www.PeopleFirstBank.com. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**DIRECT ALL INQUIRIES TO THE ADDRESS AND PHONE NUMBER SHOWN ON THE FRONT OF THIS STATEMENT**

| CASH CLOUD INC | XXXXXX1752 | Statement Ending 09/29/2023 | Page 3 of 4 |

## MSB CHECKING-XXXXXX1752 (continued)
## IN TRUST FOR CUSTOMERS

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 09/05/2023 | Transfer to operating account for Loomis daily deposits on 9/5/23 | $45,900.00 |
| 09/06/2023 | MISCELLANEOUS DEBIT | $2,200.00 |
| 09/08/2023 | Transfer to Operating Account Loomis Daily Deposit 9/8/23 | $5,045.00 |
| 09/11/2023 | Transfer to Operating account Loomis Daily Deposit 9/11/2023 | $21,672.00 |
| 09/14/2023 | Transfer to operating account for Loomis daily deposits on 9/14/23 | $1,900.00 |
| 09/19/2023 | Transfer to Operating Account Loomis Daily Deposit 9/19/2023 | $124.00 |
| 09/25/2023 | MISCELLANEOUS DEBIT | $5,045.00 |
| 09/26/2023 | Transfer to Operating Account Loomis Daily Deposit 9/26/2023 | $180.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/05/2023 | $100.00 | 09/11/2023 | $100.00 | 09/25/2023 | $100.00 |
| 09/06/2023 | $100.00 | 09/14/2023 | $100.00 | 09/26/2023 | $100.00 |
| 09/08/2023 | $100.00 | 09/19/2023 | $100.00 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |