BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**FOX ROTHSCHILD LLP'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023** |

Fox Rothschild LLP ("Fox" or "Applicant"), counsel to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), hereby submits this *Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from November 1, 2023, through November 30, 2023* (the "Statement"), pursuant to the *Final Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date* [ECF No. 189] and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

In support of this Statement, Fox respectfully represents as follows:

152634954.1                                                                 1

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

1. Fox hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's counsel during the period commencing November 1, 2023, through November 30, 2023 (the "Statement Period").

2. Fox seeks allowance and payment of interim compensation for fees in the amount of $130,259.20, representing 80% of the $162,824.00 in fees incurred for services rendered during the Statement Period, plus reimbursement of $2,604.23, representing 100% of the expenses incurred during the Statement Period, for a total award of $132,863.43 for the Statement Period.

3. Attached hereto as **Exhibit A** is the name of each timekeeper who performed services in connection with the Chapter 11 Case during the Statement Period, and the hourly rate for each such timekeeper.

4. Attached hereto as **Exhibit B** is a task code summary.

5. Attached hereto as **Exhibit C** is a detailed schedule of time expended by the timekeepers who performed services during the Statement Period and a detailed schedule of expenses paid during the Statement Period.

6. On the same date this Statement was filed, Fox served a copy of this Statement via electronic mail/notice on the following parties (each a "Notice Party," and collectively, the "Notice Parties"):

   i. Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

   ii. Fox Rothschild, LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

   iii. United States Trustee Tracy Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

   iv. Seward & Kissel, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J.

152634954.1

2

     Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

   v. Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com); counsel to DIP lender CKDL Credit, LLC;

   vi. Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

   vii. Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

  7. Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "<u>Objection Deadline</u>"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

  8. If no objections are raised on or before the Objection Deadline, Applicant shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the fees and 100 percent of the expenses incurred during the period covered by Applicant's Monthly Fee Application.

  9. If an objection is properly filed before the Objection Deadline, Applicant shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "<u>Undisputed Fees</u>" and "<u>Undisputed Expenses</u>"), after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the Undisputed Fees and 100 percent of the Undisputed Expenses incurred during the period covered by Applicant's Monthly

Fee Application.

10. Applicant acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses. At the conclusion of the Chapter 11 Case, Applicant will seek final allowance of the fees charged and expenses incurred for the entirety of the Chapter 11 Case, and any interim fees and expenses received during the course of the Chapter 11 Case will be credited against such fees and expenses that are allowed on a final basis.

11. Neither Applicant nor any member of Fox has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of Fox, any portion of the fees or expenses to be awarded pursuant to this Statement.

Dated this 14th day of December, 2023.

**FOX ROTHSCHILD LLP**

By: /s/Brett A. Axelrod
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

152634954.1

4

# EXHIBIT A

## Summary of Fox Professionals and Paraprofessionals
November 1, 2023 through November 30, 2023

| ATTORNEY | HOURLY RATE | APPLICATION HOURS | TOTAL FEES |
|---|---|---|---|
| Brett A. Axelrod – Partner | $990.00 | 33.4 | $33,066.00 |
| Ernest E. Badway – Partner | $1,025.00 | 2.1 | $2,152.50 |
| Jeanette McPherson – Partner | $675.00 | 72.9 | $49,207.50 |
| Tyler M. Smith – Partner | $590.00 | 0.8 | $472.00 |
| Audrey Noll – Counsel | $845.00 | 46.5 | $39,292.50 |
| Joseph N. Petrone – Associate | $430.00 | 0.9 | $387.00 |
| Daniel A. Mann – Associate | $390.00 | 35.2 | $13,728.00 |
| **Subtotal** | | **191.80** | **$138,205.50** |
| **Blended Rate (Attorneys only)** | **$721.09** | | |
| **PARAPROFESSIONAL** | **HOURLY RATE** | **APPLICATION HOURS** | **TOTAL FEES** |
| Patricia M. Chlum – Paralegal | $375.00 | 52.9 | $19,837.50 |
| Angela Hosey – Paralegal | $245.00 | 17.8 | $4,361.00 |
| Teresa M. Bowen – E-Discovery Technology Project Manager | $320.00 | 1.0 | $320.00 |
| **Subtotal** | | **71.70** | **$24,518.50** |
| **GRAND TOTAL** | | **263.50** | **$162,824.00** |
| **Combined Blended Rate (Attorneys and Paraprofessionals)** | **$617.93** | | |

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

152634954.1

1

# EXHIBIT B
# TASK CODE SUMMARY

| Task | Description | Hours | Amount |
|---|---|---:|---:|
| AA | ASSET ANALYSIS & RECOVERY | 6.2 | $2,947.00 |
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 175.0 | $110,923.50 |
| BO | BUSINESS OPERATIONS | 0.4 | $396.00 |
| CA | CASE ADMINISTRATION | 3.2 | $2,429.50 |
| CH | COURT HEARINGS | 3.5 | $2,220.00 |
| CI | CREDITOR INQUIRIES | 0.3 | $73.50 |
| CM | CREDITOR COMMITTEE MEETINGS AND COMMUNICATIONS | 1.4 | $1,386.00 |
| EA2 | EMPLOYMENT APPLICATION OF OTHER PROFESSIONALS | 3.3 | $2,271.50 |
| EC | LEASE/EXECUTORY CONTRACT ISSUES | 3.0 | $959.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 10.9 | $4,858.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 1.8 | $1,145.00 |
| MR | STAY RELIEF MATTERS | 0.2 | $198.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 51.8 | $31,483.50 |
| SA | USE, SALE OR LEASE OF PROPERTY | 1.9 | $1,237.50 |
| TR | TRUSTEE REPORTING/SCHEDULES | 0.6 | $296.00 |
| | **TOTAL** | **263.5** | **$162,824.00** |

152634954.1

1

# EXHIBIT C

**Detailed Schedule of Time Expended by**

**Professionals and Paraprofessionals**

**and**

**Detailed Schedule of Expenses Incurred**

152634954.1