BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF CHANGE TO FOX ROTHSCHILD LLP'S HOURLY RATES EFFECTIVE AS OF JANUARY 1, 2024** |

**PLEASE TAKE NOTICE** that the law firm of Fox Rothschild LLP, serving as Counsel to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), has adjusted its hourly rates, effective as of January 1, 2024, to the following:

| Attorney / Paralegal | New Hourly Rate |
|---|---|
| Brett A. Axelrod – Partner | $1,050 |
| Audrey Noll – Partner | $915 |
| Jeanette E. McPherson – Partner | $725 |
| Nicholas A. Koffroth – Associate | $725 |
| Patricia M. Chlum – Paralegal | $400 |
| Angela Hosey – Paralegal | $260 |

Dated this 2nd day of January 2024.

                                      **FOX ROTHSCHILD LLP**

                                      By: */s/Brett A. Axelrod*
                                            BRETT A. AXELROD, ESQ.
                                            Nevada Bar No. 5859
                                            1980 Festival Plaza Drive, Suite 700
                                            Las Vegas, Nevada 89135
                                            *Counsel for Debtor*

1

153434246.1