BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-23-10423-mkn |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| Debtor. | **DECLARATION OF DANIEL AYALA IN SUPPORT OF DEBTOR'S OBJECTION TO LATE FILED ADMINISTRATIVE EXPENSE CLAIM OF EMILY LEE** |
| | Hearing Date:   February 7, 2024<br>Hearing Time:   9:30 a.m. |

I, Daniel Ayala, declare as follows:

1.      I am the Independent Director of Cash Cloud, Inc., dba Coin Cloud, the debtor and debtor-in-possession (the "Debtor").

2.      Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.[1]  I make this Declaration in support of the objection captioned above ("Objection").

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings ascribed them in the Objection.

1

153150696.1

3.      Debtor has determined that the Lee Claim was filed after the Bar Date.  Debtor has also determined that Ms. Lee had proper notice of the Bar Date.  See the Certificate of Service [ECF No. 884].  Ms. Lee was listed on the Certificate of Service at her last known address on file with Debtor.

4.      Ms. Lee has not filed a motion under Rule 3002(c)(6) contending that the notice of the Bar Date received was insufficient, or filed a motion under Rule 9006(c)(1) contending that her failure to file the Lee Claim after the Bar Date was a result of excusable neglect.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of information, knowledge and belief.

Executed this 4th day of January 2024 in Las Vegas, Nevada.

/s/Daniel Ayala
Daniel Ayala

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

153150696.1