BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          jmcpherson@foxrothschild.com
          nkoffroth@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>   CASH CLOUD, INC.,<br>   dba COIN CLOUD,<br><br>                                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**STIPULATION BETWEEN DEBTOR, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND POWERHOUSE TSSP, LLC RESOLVING POWERHOUSE TSSP, LLC'S ADMINISTRATIVE CLAIM** |

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel, Fox Rothschild LLP, the Official Committee of Unsecured Creditors (the "Committee"), by and through its counsel, McDonald Carano LLP and Seward & Kissel LLP, and Powerhouse TSSP, LLC ("TSSP", and together with the Debtor and the Committee, the "Parties"), by and through its counsel FisherBroyles, LLP, stipulate and agree as follows (the "Stipulation"):

**RECITALS**

A.     WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada,

1

153266432.3

1  commencing the Chapter 11 Case;

2      B.    WHEREAS, on July 11, 2023, an *Order Establishing Administrative Claim Bar Date*

3  *For Filing Proofs Of Administrative Expense Claim And Approving Form, Manner And Sufficiency*

4  *Of Notice Thereof* [ECF 823] was entered, setting a deadline of July 20, 2023 at 5:00 p.m. (prevailing

5  Pacific Time) to file a Proof Of Administrative Expense Claim ("<u>Administrative Claim Bar Date</u>");

6      C.    WHEREAS, on July 11, 2023, a *Notice Of Entry Of Administrative Claim Bar Date*

7  *Order Establishing A Deadline To File Administrative Expense Claims Against The Debtor* [ECF

8  824] ("<u>Notice Of Bar Date</u>") was filed setting forth the Administrative Claim Bar Date and related

9  filing instructions and forms;

10      D.    WHEREAS, on July 11, 2023, the Debtor asserts that the Notice of Bar Date was

11  served on TSSP at the following locations as more fully set forth in the *Certificate Of Service* [ECF

12  841] filed on July 13, 2023:

| | |
|---|---|
| Power House TSSP LLC<br>c/o SKR Real Estate Services<br>9911 Covington Cross Dr. Ste 100<br>Las Vegas, NV 89144-7033 | Power House TSSP LLC<br>9911 Covington Cross Dr. #100<br>Las Vegas, NV 89144-7033 |
| PowerHouse TSSP LLC<br>c/o FisherBroyles, LLP<br>Attn: Thomas R. Walker<br>3340 Peachtree Rd NE Suite 1800<br>Atlanta, GA 30326 | TSSP LLC<br>Attn: Ofir Hagay<br>9275 Russell Rd Ste 235<br>Las Vegas, NV 89148 |
| TSSP LLC<br>c/o FisherBroyles, LLP<br>Attn: Thomas R. Walker<br>3340 Peachtree Rd NE Suite 1800<br>Atlanta, GA 30326 | Ofir Hagay<br>BDumas@skrres.com |

22      E.    WHEREAS, On September 22, 2023, TSSP filed an Administrative Claim Form

23  [Claim 210], therein asserting an administrative claim in an amount of $325,347.99 for "post-petition

24  rent and related charges due" incurred by the Debtor for the period of February 7, 2023 through March

25  29, 2023 (the "<u>TSSP Claim</u>");

26      F.    WHEREAS, on October 20, 2023, TSSP filed a *Motion For Leave To File Late Proof*

27  *Of Administrative Claim Or, In The Alternative, For An Order Vacating The Administrative Claim*

28  *Bar Date* [ECF 1415] ("<u>Late Filed Clam Motion</u>"), requesting the "court to allow the late filing of

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

153266432.3

the Administrative Rent Claim, or in the alternative, vacating the Administrative Claim Bar Date Order…";

G. WHEREAS, the Debtor and the Committee believe that there are grounds to object to the amount of the TSSP Claim;

H. WHEREAS, the Parties believe that a consensual resolution of the TSSP Claim may avoid litigation and subsequent professional fees and expenses, and reduce the size of the TSSP Claim for the benefit of the Debtor's estate and general unsecured creditors; and

I. WHEREAS the Parties, having negotiated in good faith and desire to resolve the Debtor's concerns and potential objection to the TSSP Claim.

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that:

1. TSSP shall be allowed an administrative claim of $69,000.00 (the "Allowed TSSP Claim") under sections 503(a) and 507(a)(2) of the Bankruptcy Code. The Allowed TSSP Claim shall be deemed "allowed" for all purposes in this Chapter 11 Case.

2. Payment-in-full of the Allowed TSSP Claim shall be made by the Debtor on the Effective Date of the Debtor's First Amended Chapter 11 Plan of Reorganization.

3. This Stipulation shall be binding upon and inure to the benefit of the Debtor, the Debtor's estate, the Committee, TSSP as well as their respective heirs, representatives, predecessors, successors (including any Trust) and assigns, as the case may be. This Stipulation shall be binding on any trustee, or examiner appointed in the Chapter 11 Case and on all other creditors and parties in interest in the Chapter 11 Case.

4. Each of the undersigned counsel represents that he or she is authorized to execute this Stipulation on behalf of his or her respective client.

/ / /

/ / /

/ / /

/ / /

/ / /

3

153266432.3

5. The Parties, the Debtor's Claim Agent and the Liquidating Trustee are authorized to take any and all actions necessary and appropriate to give effect to this Stipulation.

Dated this 5th day of January 2024.

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **SEWARD & KISSEL LLP** |
| By: /s/Brett A. Axelrod<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>*Counsel for Debtor* | By: /s/Catherine V. LoTempio<br>ROBERT J. GAYDA, ESQ.<br>CATHERINE V. LOTEMPIO, ESQ.<br>ANDREW J. MATOTT, ESQ.<br>One Battery Park Plaza<br>New York, NY 10004<br><br>and |
| **FISHERBROYLES, LLP** | **MCDONALD CARANO, LLP**<br>RYAN J. WORKS, ESQ. |
| By: /s/ Rob Phillips<br>ROB PHILLIPS, ESQ.<br>Nevada Bar No. 8225<br>3753 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>*Counsel for Powerhouse TSSP, LLC* | 2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>*Counsel for The Official Committee of Unsecured Creditors* |

153266432.3