

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
January 05, 2024

BRETT A. AXELROD, ESQ., NV Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ., NV Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL OF COMPROMISE, PURSUANT TO FED. R. BANKR. P. 9019, BETWEEN DEBTOR AND AVT NEVADA, L.P.**<br><br>Hearing Date: December 27, 2023<br>Hearing Time: 9:30 a.m. |

The Court, having reviewed and considered the Debtor's Motion[1] for an order, pursuant to Rules 9019 and 6006 of the Federal Rules of Bankruptcy Procedure, for approval and assumption of the Settlement Agreement as more fully set forth in the Motion; and the Debtor having appeared by and through its counsel, Fox Rothschild LLP, and all other appearances having been noted on the record; the Court having stated its findings of fact and conclusions of law on the record at the hearing on the Motion (if any), which findings of fact and conclusions of law are incorporated herein by this reference; and it appearing that the relief requested is warranted on the grounds, among others, that

---

[1] All capitalized, undefined terms shall have the meaning ascribed to them in the Motion.

1

153297330.1

(1) the Settlement Agreement: (a) was negotiated in good faith and is fair and equitable, (b) contemplates an immediate resolution of the disputes between the Parties; (c) avoids litigation which could prove to be protracted and expensive; and (d) is in the best interests of Debtor, its estate and creditors because it resolves the disputes between the Parties; and (2) is a sound exercise of Debtor's business judgment; after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Motion is GRANTED; and

**IT IS FURTHER ORDERED** that:

1. The Settlement Agreement is approved;
2. The Debtor is authorized to take all actions contemplated by the Settlement Agreement; and
3. This Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

| Prepared and Respectfully Submitted By: | Approved/Disapproved by: |
|---|---|
| **FOX ROTHSCHILD LLP** | **MICHAEL BEST & FRIEDRICH LLP** |
| By: /s/ Brett A. Axelrod<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>*Counsel for Debtor* | By: /s/ Justin M. Mertz<br>JUSTIN M. MERTZ, ESQ.<br>Wisconsin Bar No. 1056938<br>790 North Water Street, Suite 2500<br>Milwaukee, Wisconsin 53202<br><br>*-and-*<br><br>ANNE T. FREELAND, ESQ.<br>Nevada Bar No. 10777<br>MICHAEL BEST & FRIEDRICH LLP<br>2750 East Cottonwood Parkway, Suite 560<br>Cottonwood Heights, Utah 84121<br><br>*-with local counsel-*<br><br>JOHN T. WENDLAND, ESQ.<br>Nevada Bar No. 7207<br>W&D LAW<br>861 Coronado Center Drive, Suite 231<br>Henderson, Nevada 89052<br>*Counsel for AVT Nevada, L.P.* |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

153297330.1

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

> CATHERINE V. LOTEMPIO, ESQ., MCDONALD CARANO LLP, counsel for Official Committee of Unsecured Creditors WAIVES review.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

153297330.1