BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
nkoffroth@foxrothschild.com
*Counsel for Debtor*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                              Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**PROVINCE, LLC'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

Province, LLC ("Province"), financial advisor to the Cash Cloud, Inc. (the "Debtor"), debtor and debtor-in-possession in the above-captioned case (the "Chapter 11 Case"), hereby submits this *Monthly Fee Statement for Services Rendered and Expenses Incurred for the Period from November 1, 2023 Through November 30, 2023* (the "Statement"), pursuant to the *Final Order Authorizing Retention and Employment of Province, LLC as Financial Advisor, Effective as of the Petition Date* [ECF No. 223] and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

1

In support of this Statement, Province respectfully represents as follows:

1. Province hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's financial advisor during the period from November 1, 2023 through November 30, 2023 (the "Statement Period").

2. Province seeks allowance and payment of interim compensation for fees in the amount of $12,544.80, representing 80% of the $15,681.00 in fees incurred for services rendered during the Statement Period, plus reimbursement of $215.00, representing 100% of the expenses incurred during the Statement Period, for a total award of $12,759.80 for the Statement Period.

3. Attached hereto as **Exhibit A** is the name of each timekeeper who performed services in connection with the Chapter 11 Case during the Statement Period, and the hourly rate for each such timekeeper.

4. Attached hereto as **Exhibit B** is a task code summary.

5. Attached hereto as **Exhibit C** is a detailed invoice of time expended by the timekeepers who performed services during the Statement Period and of the expenses paid during the Statement Period.

6. On the same date this Statement was filed, Province served a copy of this Statement via electronic mail/notice on the following parties (each a "Notice Party," and collectively, the "Notice Parties"):

   i. Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

   ii. Fox Rothschild, LLC, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

   iii. United States Trustee Tracey Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

   iv. Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

      v.      Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com; counsel to DIP lender CKDL Credit, LLC;

      vi.      Morrison & Foerster LLO, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

      vii.      Clearly Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

7.    Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "Objection Deadline"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

8.    If no objections are raised on or before the Objection Deadline, Province shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Province an amount equal to 80% of the fees and 100% of the expenses incurred during the period covered by this Statement.

9.    If an objection is properly filed before the Objection Deadline, Province shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "Undisputed Fees" and "Undisputed Expenses"), after which the Debtor shall be authorized to pay to Province an amount equal to 80% of the Undisputed Fees and 100% of the Undisputed Expenses incurred during the period covered by this Statement.

10.    Province acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses. At the conclusion of the Chapter 11 Case, Province will seek final allowance of the fees charged and expenses incurred for the entirety of the Chapter 11

Case, and any interim fees and expenses received during the curse of the Chapter 11 Case will be credited against such fees and expenses that are allowed on a final basis.

11. Neither Province nor any member of Province has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of Province, any portion of the fees or expenses to be awarded pursuant to this Statement.

DATED: January 16, 2024                     PROVINCE, LLC

                                                                      By: */s/ Daniel Moses*
                                                                           Daniel Moses
                                                                           2360 Corporate Circle, Suite 340
                                                                           Henderson, Nevada 89074
                                                                           Telephone: (702) 685-5555
                                                                           Email: dmoses@provincefirm.com

                                                                *Financial Advisor to Debtor*

Submitted By:

FOX ROTHSCHILD LLP

By: */s/ Brett A, Axelrod*
*Counsel for Debtor*

## EXHIBIT A

**Summary of Province Professionals and Paraprofessionals**

November 1, 2023 through November 30, 2023

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Paul Huygens, CPA, CFE | Principal – Corporate restructuring. CPA license in 1999, CFE license in 2015. | $1,320 | 1.3 | $1,716.00 |
| Dan Moses | Principal – Corporate restructuring. | $1,260 | 5.2 | $6,552.00 |
| Tanner James | Vice President - Finance and data analytics. | $630 | 6.0 | $3,780.00 |
| Spencer Stires | Associate - Quantitative finance and programming. | $480 | 5.7 | $2,736.00 |
| Hunter Thompson | Senior Analyst | $390 | 2.3 | $897.00 |
| | **Grand Total** | | **20.5** | **$15,681.00** |
| | **Blended Rate for Professionals** | **$764.93** | | |

**EXHIBIT B**

**Task Code Summary**

November 1, 2023 through November 30, 2023

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis / Operations | 10.7 | $8,088.00 |
| Claims Analysis and Objections | 2.3 | $1,104.00 |
| Litigation | 7.5 | $6,489.00 |
| **Grand Total** | **20.5** | **$15,681.00** |

# EXHIBIT C

**Invoice**

November 1, 2023 through November 30, 2023

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 12/13/2023
**INVOICE NO:** 94750
**BILLING THROUGH:** 11/30/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**INVOICE SUMMARY**

**PROFESSIONAL SERVICES**

| EMPLOYEE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Dan Moses | 5.20 | $1,260.00 | $6,552.00 |
| Hunter Thompson | 2.30 | $390.00 | $897.00 |
| Paul Huygens | 1.30 | $1,320.00 | $1,716.00 |
| Spencer Stires | 5.70 | $480.00 | $2,736.00 |
| Tanner James | 6.00 | $630.00 | $3,780.00 |
| **PROFESSIONAL SERVICES** | **20.50** | | **$15,681.00** |

**EXPENSES**

| DESCRIPTION | AMOUNT |
|---|---|
| Research | $215.00 |
| **EXPENSES TOTAL** | **$215.00** |

| | |
|---|---|
| **AMOUNT DUE THIS INVOICE** | **$15,896.00** |

This invoice is due on 12/13/2023

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 12/13/2023
**INVOICE NO:** 94750
**BILLING THROUGH:** 11/30/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/1/2023 | Dan Moses | Business Analysis / Operations | 0.30 | $1,260.00 | $378.00 |
| | | *Reviewed correspondence re: case updates.* | | | |
| 11/1/2023 | Spencer Stires | Claims Analysis and Objections | 1.10 | $480.00 | $528.00 |
| | | *Evaluated the status of outstanding administrative claims for Coin Cloud and updated relevant records.* | | | |
| 11/1/2023 | Spencer Stires | Claims Analysis and Objections | 1.20 | $480.00 | $576.00 |
| | | *Evaluated and processed Coin Cloud's outstanding allowed administrative claims.* | | | |
| 11/2/2023 | Tanner James | Litigation | 0.40 | $630.00 | $252.00 |
| | | *Discussion with D. Moses re: Cole Kepro.* | | | |
| 11/2/2023 | Dan Moses | Litigation | 0.40 | $1,260.00 | $504.00 |
| | | *Discussion with T. James of Province on Coin Cloud litigation issues over Cole Kepro.* | | | |
| 11/4/2023 | Dan Moses | Business Analysis / Operations | 0.30 | $1,260.00 | $378.00 |
| | | *Reviewed and analyzed correspondence on Coin Cloud from various parties.* | | | |
| 11/6/2023 | Dan Moses | Business Analysis / Operations | 0.20 | $1,260.00 | $252.00 |
| | | *Reviewed and analyzed current cash update from J. Hall of Coin Cloud.* | | | |
| 11/8/2023 | Paul Huygens | Business Analysis / Operations | 0.60 | $1,320.00 | $792.00 |
| | | *Corresponded with ERC consultant re: process questions, and call with T. James re: same (0.2). Participated in portion of call with committee and consultants to discuss same (0.3). Followed up with D. Moses after (0.1).* | | | |
| 11/8/2023 | Tanner James | Business Analysis / Operations | 0.20 | $630.00 | $126.00 |
| | | *Call with P. Huygens re: ERC process questions.* | | | |
| 11/8/2023 | Dan Moses | Business Analysis / Operations | 0.10 | $1,260.00 | $126.00 |
| | | *Discussion with P. Huygens of Province on call with ERC consultants.* | | | |
| 11/9/2023 | Dan Moses | Litigation | 0.50 | $1,260.00 | $630.00 |
| | | *Discussion with Fox Rothschild and T. James of Province on Cole Kepro and other related workstreams.* | | | |
| 11/9/2023 | Tanner James | Litigation | 0.50 | $630.00 | $315.00 |

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

Cash Cloud Inc d/b/a Coin Cloud

# INVOICE

**INVOICE DATE:** 12/13/2023
**INVOICE NO:** 94750
**BILLING THROUGH:** 11/30/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/10/2023 | Dan Moses | Business Analysis / Operations<br>*Call with D. Moses and Fox Rothschild re: Cole Kepro and related workstreams.* | 0.20 | $1,260.00 | $252.00 |
| 11/11/2023 | Dan Moses | Business Analysis / Operations<br>*Reviewed correspondence from T. James of Province on case status.* | 0.10 | $1,260.00 | $126.00 |
| 11/12/2023 | Tanner James | Business Analysis / Operations<br>*Corresponded with E. Badway of Fox Rothschild on case updates.* | 0.30 | $630.00 | $189.00 |
| 11/12/2023 | Dan Moses | Business Analysis / Operations<br>*Call with D. Moses re: FBI investigation update.* | 0.30 | $1,260.00 | $378.00 |
| 11/20/2023 | Spencer Stires | Business Analysis / Operations<br>*Discussion with T. James of Province on update to FBI investigation.* | 0.80 | $480.00 | $384.00 |
| 11/21/2023 | Paul Huygens | Business Analysis / Operations<br>*Reformatted July MOR to conform to UST request.* | 0.20 | $1,320.00 | $264.00 |
| 11/21/2023 | Paul Huygens | Business Analysis / Operations<br>*Call with T. James re: collections and hack update.* | 0.20 | $1,320.00 | $264.00 |
| 11/22/2023 | Tanner James | Litigation<br>*Call with P. Huygens re: collections and hack update.*<br>*Analyzed and discussed Genesis Coin demand letter.* | 1.40 | $630.00 | $882.00 |
| 11/24/2023 | Dan Moses | Litigation<br>*Reviewed and analyzed Genesis Coin ask for reduction in purchase price.* | 0.60 | $1,260.00 | $756.00 |
| 11/26/2023 | Tanner James | Litigation<br>*Prepared for evidentiary hearing testimony.* | 2.40 | $630.00 | $1,512.00 |
| 11/27/2023 | Hunter Thompson | Business Analysis / Operations<br>*Analyzed industry research on semiconductor chip shortages and COVID-19's impact on consumer behavior.* | 2.30 | $390.00 | $897.00 |
| 11/28/2023 | Tanner James | Business Analysis / Operations<br>*Discussion with P. Huygens re: case update and workstream.* | 0.30 | $630.00 | $189.00 |
| 11/28/2023 | Spencer Stires | Business Analysis / Operations | 2.60 | $480.00 | $1,248.00 |

**Province, LLC**
2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 12/13/2023
**INVOICE NO:** 94750
**BILLING THROUGH:** 11/30/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/28/2023 | Paul Huygens | Business Analysis / Operations<br>*Validated and discussed UST fee payments in response to delinquency letter.* | 0.30 | $1,320.00 | $396.00 |
| 11/28/2023 | Dan Moses | Litigation<br>*Discussion with T. James re: case update and workstream.* | 0.40 | $1,260.00 | $504.00 |
| 11/28/2023 | Dan Moses | Litigation<br>*Reviewed and analyzed draft declaration of D. Ayala of Powercoin collections.* | 0.40 | $1,260.00 | $504.00 |
| 11/28/2023 | Dan Moses | Litigation<br>*Reviewed and analyzed correspondence from T. James of Province in Cole Kepro trial.* | 0.50 | $1,260.00 | $630.00 |
| 11/29/2023 | Dan Moses | Business Analysis / Operations<br>*Corresponded with T. James of Province on case update and potential collections.* | 0.20 | $1,260.00 | $252.00 |
| 11/30/2023 | Tanner James | Business Analysis / Operations<br>*Corresponded with T. James and D. Ayala on private investigators.* | 0.50 | $630.00 | $315.00 |
| 11/30/2023 | Dan Moses | Business Analysis / Operations<br>*Participated in call with Province, FTI and Seward Kissel teams re: updates.* | 0.20 | $1,260.00 | $252.00 |
| 11/30/2023 | Dan Moses | Business Analysis / Operations<br>*Reviewed communication between A. Stanton and T. James of Province.* | 0.50 | $1,260.00 | $630.00 |
| | | *Participated in call with Province, FTI and Seward Kissel teams re: updates.* | | | |
| | | **TOTAL SERVICES** | **20.50** | | **$15,681.00** |

**EXPENSES**

| DATE | EMPLOYEE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Research: | | | |
| 11/30/2023 | Province LLC - Expenses | Research<br>*Research Nov 2023- Coin Cloud - FA 2* | $215.00 |

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 12/13/2023
**INVOICE NO:** 94750
**BILLING THROUGH:** 11/30/2023

| | |
|---|---:|
| **TOTAL EXPENSES** | $215.00 |
| **SUBTOTAL** | $15,896.00 |
| **AMOUNT DUE THIS INVOICE** | $15,896.00 |

This invoice is due upon receipt

Please remit payment to:

Province, LLC

Wire Instructions:

Meadows Bank

Account #1020039259

Routing #122402382

EIN #26-3657461