BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.  BK-23-10423-mkn |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| Debtor. | **FOX ROTHSCHILD LLP'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023** |

Fox Rothschild LLP ("Fox" or "Applicant"), counsel to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), hereby submits this *Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from December 1, 2023, through December 31, 2023* (the "Statement"), pursuant to the *Final Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date* [ECF No. 189] and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

In support of this Statement, Fox respectfully represents as follows:

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

1.    Fox hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's counsel during the period commencing December 1, 2023, through December 31, 2023 (the "Statement Period").

2.    Fox seeks allowance and payment of interim compensation for fees in the amount of $37,132.80, representing 80% of the $46,416.00 in fees incurred for services rendered during the Statement Period, plus reimbursement of $2,976.75, representing 100% of the expenses incurred during the Statement Period, for a total award of $40,109.55 for the Statement Period.

3.    Attached hereto as **Exhibit A** is the name of each timekeeper who performed services in connection with the Chapter 11 Case during the Statement Period, and the hourly rate for each such timekeeper.

4.    Attached hereto as **Exhibit B** is a task code summary.

5.    Attached hereto as **Exhibit C** is a detailed schedule of time expended by the timekeepers who performed services during the Statement Period and a detailed schedule of expenses paid during the Statement Period.

6.    On the same date this Statement was filed, Fox served a copy of this Statement via electronic mail/notice on the following parties (each a "Notice Party," and collectively, the "Notice Parties"):

   i.    Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

   ii.   Fox Rothschild, LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

   iii.  United States Trustee Tracy Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

   iv.   Seward & Kissel, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J.

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

153931411.1

Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

v.    Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com); counsel to DIP lender CKDL Credit, LLC;

vi.   Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

vii.  Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

7.    Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "Objection Deadline"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

8.    If no objections are raised on or before the Objection Deadline, Applicant shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the fees and 100 percent of the expenses incurred during the period covered by Applicant's Monthly Fee Application.

9.    If an objection is properly filed before the Objection Deadline, Applicant shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "Undisputed Fees" and "Undisputed Expenses"), after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the Undisputed Fees and 100 percent of the Undisputed Expenses incurred during the period covered by Applicant's Monthly

1    Fee Application.

2         10.    Applicant acknowledges that the interim payment of compensation and reimbursement

3    of expenses sought in this Statement does not constitute a request for final allowance of such

4    compensation and reimbursement of expenses.  At the conclusion of the Chapter 11 Case, Applicant

5    will seek final allowance of the fees charged and expenses incurred for the entirety of the Chapter 11

6    Case, and any interim fees and expenses received during the course of the Chapter 11 Case will be

7    credited against such fees and expenses that are allowed on a final basis.

8         11.    Neither Applicant nor any member of Fox has any agreement or understanding of any

9    kind to divide, pay over, or share with any other person, except as among the members of Fox, any

10   portion of the fees or expenses to be awarded pursuant to this Statement.

11        Dated this 22nd day of January 2024.

12                                **FOX ROTHSCHILD LLP**

13        By:  ____/s/Brett A. Axelrod____
                BRETT A. AXELROD, ESQ.
14              Nevada Bar No. 5859
                NICHOLAS A. KOFFROTH, ESQ.
15              Nevada Bar No. 16264
                1980 Festival Plaza Drive, Suite 700
16              Las Vegas, Nevada 89135
                *Counsel for Debtor*
17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

153931411.1                                    4

# EXHIBIT A

## Summary of Fox Professionals and Paraprofessionals

December 1, 2023 through December 31, 2023

| ATTORNEY | HOURLY RATE | APPLICATION HOURS | TOTAL FEES |
|---|---|---|---|
| Brett A. Axelrod – Partner | $990.00 | 11.2 | $11,088.00 |
| Jeanette McPherson – Partner | $675.00 | 5.9 | $1,249.50 |
| Audrey Noll – Counsel | $845.00 | 17.1 | $14,449.50 |
| Daniel A. Mann – Associate | $390.00 | 8.1 | $3,159.00 |
| **Subtotal** | | **42.3** | **$32,679.00** |
| **Blended Rate (Attorneys only)** | **$772.55** | | |
| PARAPROFESSIONAL | HOURLY RATE | APPLICATION HOURS | TOTAL FEES |
| Patricia M. Chlum – Paralegal | $375.00 | 33.3 | $12,487.50 |
| Angela Hosey – Paralegal | $245.00 | 5.1 | $1,249.50 |
| **Subtotal** | | **38.4** | **$13,737.00** |
| **GRAND TOTAL** | | **80.7** | **$46,416.00** |
| **Combined Blended Rate (Attorneys and Paraprofessionals)** | **$575.17** | | |

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

153931411.1

1

# EXHIBIT B
# TASK CODE SUMMARY

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| AA | ASSET ANALYSIS & RECOVERY | 9.1 | $5,925.50 |
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 10.3 | $5,228.00 |
| BO | BUSINESS OPERATIONS | 0.4 | $396.00 |
| CA | CASE ADMINISTRATION | 2.6 | $1,714.00 |
| CH | COURT HEARINGS | 0.2 | $198.00 |
| CI | CREDITOR INQUIRIES | 0.8 | $376.00 |
| CM | CREDITOR COMMITTEE MEETINGS AND COMMUNICATIONS | 1.0 | $990.00 |
| EA2 | EMPLOYMENT APPLICATION OF OTHER PROFESSIONALS | 1.2 | $920.00 |
| EC | LEASE/EXECUTORY CONTRACT ISSUES | 0.8 | $540.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 32.3 | $17,145.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.5 | $1,277.50 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 16.7 | $10,102.00 |
| TR | TRUSTEE REPORTING/SCHEDULES | 2.8 | $1,603.50 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

# EXHIBIT C

**Detailed Schedule of Time Expended by**

**Professionals and Paraprofessionals**

**and**

**Detailed Schedule of Expenses Incurred**

153931411.1



ONE SUMMERLIN 1980 FESTIVAL PLAZA DR., SUITE 700 LAS VEGAS, NV  89135
Tel 215.299.2000    Fax  215.299.2150    www.foxrothschild.com

TAX I.D. NO. 23-1404723

CASH CLOUD INC. DBA COIN CLOUD
DANIEL AYALA
300 S. FOURTH ST. 16TH FLOOR
LAS VEGAS, NV 89101

dayala@ayalalaw.com

| | |
|---|---|
| Invoice Number | 3324669 |
| Invoice Date | 01/19/24 |
| Client Number | 353743 |
| Matter Number | 00002 |

**RE:  POST PETITION**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/23**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| **TASK: AA** | | | | | |
| 12/01/2023 | MANN | AA | REVIEW AND DRAFT CORRESPONDENCE WITH NIK PATEL, KIOSK HOST REGARDING NEXT STEPS AFTER THE KIOSK GOT PICKED UP | 0.3 | $117.00 |
| 12/11/2023 | AXELROD | AA | CALL WITH M TUCKER RE BRAZIL LIQUIDATION | 0.2 | $198.00 |
| 12/15/2023 | MANN | AA | DRAFT MOTION TO COMPEL TURNOVER AGAINST ISABELA ROSSA | 1.8 | $702.00 |
| 12/18/2023 | MANN | AA | DRAFT MOTION FOR TURNOVER OF BANK ACCOUNT INFORMATION AGAINST ISABELA ROSSA, AND DECLARATION OF DANIEL AYALA IN SUPPORT OF MOTION | 2.0 | $780.00 |
| 12/20/2023 | AXELROD | AA | REVIEW AND PROVIDE COMMENTS TO MOTION FOR TURNOVER | 0.3 | $297.00 |
| 12/20/2023 | AXELROD | AA | EMAIL EXCHANGE WITH BALDI RE ISABELLA ROSA PAYMENTS AND CONTRACTS | 0.2 | $198.00 |
| 12/20/2023 | NOLL | AA | REVIEW AND REVISE MOTION TO TURNOVER BRAZIL PROPERTY. | 1.3 | $1,098.50 |
| 12/20/2023 | NOLL | AA | EXCHANGE MULTIPLE EMAILS WITH B. AXELROD REGARDING MOTION TO TURNOVER. | 0.3 | $253.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 12/20/2023 | NOLL | AA | RESEARCH REGARDING TURNOVER OF SUBSIDIARY ASSETS. | 0.3 | $253.50 |
| 12/20/2023 | NOLL | AA | REVIEW EMAIL REQUESTS TO ROSSA AND COUNSEL TO TURN OVER INFORMATION ON CASH CLOUD BRAZIL. | 0.2 | $169.00 |
| 12/21/2023 | NOLL | AA | EXCHANGE EMAILS WITH S. BALDI REGARDING I. ROSSA EMPLOYMENT, PAYMENT OF WAGES. | 0.2 | $169.00 |
| 12/21/2023 | NOLL | AA | REVIEW CORRESPONDENCE REGARDING BRAZIL BUSINESS RECORDS; EXCHANGE EMAILS WITH B. AXELROD REGARDING LIST OF REQUIRED DOCUMENTS. | 0.2 | $169.00 |
| 12/21/2023 | NOLL | AA | REVIEW WAGES MOTION RE: PAYMENT OF ROSSA; SEND EMAIL TO B. AXELROD REGARDING SAME. | 0.3 | $253.50 |
| 12/22/2023 | NOLL | AA | SEND EMAIL WITH QUESTIONS TO S. BALDI REGARDING REVISED MOTION FOR TURNOVER. | 0.1 | $84.50 |
| 12/22/2023 | NOLL | AA | SEND EMAIL TO B. AXELROD WITH QUESTIONS REGARDING REVISED MOTION FOR TURNOVER. | 0.1 | $84.50 |
| 12/22/2023 | NOLL | AA | REVIEW AND REVISE MOTION FOR TURNOVER. | 1.2 | $1,014.00 |
| 12/28/2023 | NOLL | AA | SEND EMAIL TO M. TUCKER ABOUT LIQUIDATION OF BRAZIL. | 0.1 | $84.50 |
| | | | **SUBTOTAL TASK: AA** | **9.1** | **$5,925.50** |

**TASK: AP**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 12/04/2023 | AXELROD | AP | REVIEW AND RESPOND TO EMAIL FROM B GAYADA RE LEAD VENDING LITIGATION | 0.2 | $198.00 |
| 12/04/2023 | CHLUM | AP | REVIEW CASH CLOUD V KIOSK DISCOVERY PLAN AND CONFER WITH DOCKET CLERK REGARDING KEY DATES | 0.2 | $75.00 |
| 12/04/2023 | CHLUM | AP | TELEPHONE CONFERENCE WITH A. NOLL REGARDING STAY OF MCALARY APPEALS; PREPARE EMAIL TO A. NOLL FORWARDING APPEAL ORDERS | 0.2 | $75.00 |
| 12/04/2023 | NOLL | AP | REVIEW STIPULATION STAYING MCALARY'S APPEALS; EXCHANGE EMAILS WITH B. AXELROD AND P. CHLUM REGARDING | 0.3 | $253.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | SAME. | | |
| 12/05/2023 | AXELROD | AP | REVIEW AND RESPOND TO UCC INQUIRY RE LUX VENDING STATUS REPORT AND DIRECT TO JIMMERSON LEAD COUNSEL | 0.1 | $99.00 |
| 12/05/2023 | CHLUM | AP | PREPARE FINAL ORDER ON JOINT SETTLEMENT MOTION AND PREPARE EMAIL TO J. MCPHERSON REGARDING SAME | 0.4 | $150.00 |
| 12/05/2023 | MCPHERSON | AP | FINALIZE ORDER REGARDING SETTLEMENT WITH GENESIS | 0.1 | $67.50 |
| 12/05/2023 | MCPHERSON | AP | REVIEW EMAIL FROM C. CARLYON REGARDING SCHEDULING SETTLEMENT CONFERENCE | 0.1 | $67.50 |
| 12/06/2023 | AXELROD | AP | REVIEW NOTICE OF CASE STATUS LUX VENDING | 0.2 | $198.00 |
| 12/06/2023 | AXELROD | AP | REVIEW AND RESPOND TO EMAIL FROM J JIMMERSON RE STATUS REPORT IN LUX VENDING ADVERSARY | 0.2 | $198.00 |
| 12/06/2023 | CHLUM | AP | REVIEW AND RESPOND TO EMAIL FROM M. WEINBERG REGARDING HELLER SALE DOCUMENTATION | 0.2 | $75.00 |
| 12/06/2023 | CHLUM | AP | REVIEW AND RESPOND TO EMAIL FROM M. WEINBERG RE GENESIS DEMAND LETTER | 0.2 | $75.00 |
| 12/06/2023 | CHLUM | AP | REVIEW EMAIL FROM J. MCPHERSON REGARDING PREPARATION OF ORDERS ON GENESIS 9019 AND POPULUS MOTION FOR ADMIN CLAIMS | 0.1 | $37.50 |
| 12/08/2023 | CHLUM | AP | FINALIZE AND FILE WITH THE COURT STIPULATION ON THE INAPPLICABILITY OF THE AUTOMATIC STAY TO THE FLORIDA OFFICE OF FINANCIAL REGULATION'S AUTHORITY TO PURSUE LIMITED STATE ADMINISTRATIVE ACTION | 0.5 | $187.50 |
| 12/08/2023 | CHLUM | AP | FINALIZE AND LODGE WITH THE COURT ORDER GRANTING JOINT SETTLEMENT MOTION RE GENESIS | 0.4 | $150.00 |
| 12/08/2023 | CHLUM | AP | REVIEW EMAIL FROM C. LOTEMPIO APPROVING ORDER ON JOINT SETTLEMENT MOTION | 0.1 | $37.50 |
| 12/08/2023 | CHLUM | AP | PREPARE AND LODGE WITH | 0.3 | $112.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | THE COURT ORDER APPROVING STIPULATION ON THE INAPPLICABILITY OF THE AUTOMATIC STAY TO THE FLORIDA OFFICE OF FINANCIAL REGULATION'S AUTHORITY TO PURSUE LIMITED STATE ADMINISTRATIVE ACTION | | |
| 12/11/2023 | AXELROD | AP | INSTRUCT P CHLUM TO PREPARE NOE RE COLE KEPRO 9019 | 0.1 | $99.00 |
| 12/11/2023 | CHLUM | AP | PREPARE AND FILE WITH THE COURT ORDER GRANTING JOINT MOTION TO APPROVE COMPROMISE WITH GENESIS | 0.4 | $150.00 |
| 12/11/2023 | CHLUM | AP | REVIEW AND RESPOND TO EMAIL FROM S. LEE AT STRETTO RE SERVICE OF NOTICE OF ORDER ON JOINT SETTLEMENT MOTION | 0.1 | $37.50 |
| 12/13/2023 | MCPHERSON | AP | REVIEW MULTIPLE EMAILS FROM C. CARLYON REGARDING SETTING SETTLEMENT CONFERENCE IN PENDING LITIGATION | 0.1 | $67.50 |
| 12/15/2023 | AXELROD | AP | REVIEW AND APPROVE INITIAL DISCLOSURES CASH CLOUD V KIOSK | 0.2 | $198.00 |
| 12/15/2023 | AXELROD | AP | REVIEW DEFENDANT'S INITIAL DISCLOSURES | 0.2 | $198.00 |
| 12/15/2023 | CHLUM | AP | REVIEW EMAIL FROM R. CARPENA AND DEFENDANTS ATTACHED DISCLOSURES AND CATALOG SAME. | 0.2 | $75.00 |
| 12/15/2023 | MANN | AP | DRAFT INITIAL DISCLOSURES | 1.8 | $702.00 |
| 12/15/2023 | MANN | AP | DRAFT CORRESPONDENCE TO AMERICAN ARBITRATION ASSOCIATION REGARDING NOTICE OF APPEARANCE AND MOTION TO STAY ARBITRATION | 0.2 | $78.00 |
| 12/18/2023 | AXELROD | AP | REVIEW DISCOVERY REQUEST FROM KISOK SERVICES | 0.2 | $198.00 |
| 12/21/2023 | AXELROD | AP | CALL WITH DEBTOR COUNSEL RE MOTION TO EXTEND STAY AND FINANCING MOTION | 0.3 | $297.00 |
| 12/26/2023 | MANN | AP | DRAFT REQUEST FOR PRODUCTION OF DOCUMENTS IN KIOSK SERVICES GROUP ADVERSARY PROCEEDING | 1.0 | $390.00 |
| 12/26/2023 | MANN | AP | DRAFT REQUEST FOR | 1.0 | $390.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | INTERROGATORIES IN KIOSK SERVICES GROUP ADVERSARY PROCEEDING | | |
| 12/27/2023 | HOSEY | AP | FINALIZE ORDER GRANTING AVT MOTION TO SETTLE. | 0.5 | $122.50 |
| 12/28/2023 | NOLL | AP | EXCHANGE EMAILS WITH B. AXELROD REGARDING PRESERVING DATA FOR BITACCESS LITIGATION. | 0.1 | $84.50 |
| 12/28/2023 | NOLL | AP | SEND EMAIL TO M. TUCKER REGARDING PRESERVING DATA FOR BITACCESS LITIGATION. | 0.1 | $84.50 |
| | | | **SUBTOTAL TASK: AP** | **10.3** | **$5,228.00** |

**TASK: BO**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 12/13/2023 | AXELROD | BO | CONFERENCE WITH PROVINCE RE CASH POSITION FOR EFFECTIVE DATE | 0.2 | $198.00 |
| 12/26/2023 | AXELROD | BO | REVIEW CASH COLLECTION UPDATE | 0.2 | $198.00 |
| | | | **SUBTOTAL TASK: BO** | **0.4** | **$396.00** |

**TASK: CA**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 12/05/2023 | CHLUM | CA | REVIEW EMAIL FROM CHAMBERS REGARDNG STATUS OF SURCHARGE ORDERS; PREPARE EMAIL TO B. AXELROD REGARDING SAME | 0.1 | $37.50 |
| 12/07/2023 | CHLUM | CA | REVIEW AND RESPOND TO EMAIL FROM S. LEE AT STRETTO RE MASTER SERVICE LIST | 0.2 | $75.00 |
| 12/08/2023 | AXELROD | CA | REVIEW AND RESPOND TO EMAIL FROM D WEBER RE ACCEPTANCE OF SERVICE RE ELDER ABUSE SUBPOENA | 0.2 | $198.00 |
| 12/08/2023 | CHLUM | CA | EXCHANGE EMAILS WITH C. SHIM REGARDING CONTINUED HEARING DATES FOR BRINK'S APPLICATION FOR ADMIN EXPENSE | 0.2 | $75.00 |
| 12/08/2023 | MCPHERSON | CA | TELEPHONE CALL FROM IVAN REGARDING TAX INFORMATION | 0.2 | $135.00 |
| 12/11/2023 | CHLUM | CA | PREPARE COVER SHEET; FINALIZE AND FILE WITH THE COURT DEBTOR'S MASTER SERVICE LIST AS OF DECEMBER 7 2023 | 0.4 | $150.00 |
| 12/12/2023 | AXELROD | CA | APPROVE DOCUMENTS TO BE SENT TO GENESIS GLOBAL HOLDCO FROM T JAMES | 0.2 | $198.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 12/14/2023 | AXELROD | CA | REVIEW AND RESPOND TO EMAIL FROM L GODFREY RE DEADLINES | 0.2 | $198.00 |
| 12/14/2023 | MCPHERSON | CA | REVIEW ADDITIONAL INFORMATION FROM HUBSPOT REGARDING C. MCALARY | 0.1 | $67.50 |
| 12/18/2023 | HOSEY | CA | REVIEW AND RESPOND TO BRETT AXELROD REGARDING MOTION FOR BID PROCEDURES AND DIP MOTION FORMS. | 0.2 | $49.00 |
| 12/20/2023 | AXELROD | CA | REVIEW STRETTO INVOICE | 0.2 | $198.00 |
| 12/26/2023 | AXELROD | CA | REVIEW AND RESPOND TO EMAIL FROM OPTCONNECT RE DATE PROJECTIONS | 0.2 | $198.00 |
| 12/29/2023 | MCPHERSON | CA | DRAFT EMAIL TO S. BALDI REGARDING COMPUTER SERVICES BASED ON EMAIL FROM B. PETERSON | 0.2 | $135.00 |
| | | | **SUBTOTAL TASK: CA** | **2.6** | **$1,714.00** |
| **TASK: CH** | | | | | |
| 12/27/2023 | AXELROD | CH | ATTEND HEARING ON AVT 9019 AND FINALIZE ORDER | 0.2 | $198.00 |
| | | | **SUBTOTAL TASK: CH** | **0.2** | **$198.00** |
| **TASK: CI** | | | | | |
| 12/01/2023 | NOLL | CI | EXCHANGE EMAILS WITH S. DWYER (MASSACHUSETTS DEPT OF REVENUE) REGARDING EFFECTIVE DATE OF PLAN. | 0.3 | $253.50 |
| 12/14/2023 | HOSEY | CI | REVIEW AND RESPOND TO EMAIL FROM JEANETTE MCPHERSON REGARDING EMAIL RECEIVED FROM JIM HALL IN CONNECTION TO DEMAND LETTER FROM MCCARTHY, BURGESS & WOLFF. | 0.2 | $49.00 |
| 12/14/2023 | HOSEY | CI | REVIEW DEMAND LETTER FROM MCCARTHY, BURGESS & WOLFF AND PREPARE EMAIL TO JIM HALL. | 0.3 | $73.50 |
| | | | **SUBTOTAL TASK: CI** | **0.8** | **$376.00** |
| **TASK: CM** | | | | | |
| 12/05/2023 | AXELROD | CM | CALL WITH UCC RE SETTLEMENT OFFER | 0.2 | $198.00 |
| 12/05/2023 | AXELROD | CM | REVIEW AND RESPOND TO UCC EMAIL RE NOVEMBER PROFORMA | 0.2 | $198.00 |
| 12/20/2023 | AXELROD | CM | ATTEND CALL WITH UCC PROFESSIONALS AND DEBTOR RE COLLECTION | 0.5 | $495.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | AND CLAIMS | | |
| 12/20/2023 | AXELROD | CM | REVIEW AGENDA FOR CALL WITH UCC RE COLLECTION AND CLAIMS | 0.1 | $99.00 |
| | | | **SUBTOTAL TASK: CM** | **1.0** | **$990.00** |
| **TASK: EA2** | | | | | |
| 12/14/2023 | CHLUM | EA2 | REVIEW EMAIL FROM M. TUCKER RE CONWAY EMPLOYMENT; EXCHANGES EMAILS WITH B. AXELROD REGARDING SAME | 0.2 | $75.00 |
| 12/17/2023 | NOLL | EA2 | EXCHANGE EMAILS WITH B. AXELROD AND P. CHLUM REGARDING EMPLOYMENT OF CONWAY BAXTER. | 0.2 | $169.00 |
| 12/18/2023 | NOLL | EA2 | SEND EMAIL TO K. CARRON REGARDING UPDATING CONWAY BAXTER EMPLOYMENT APPLICATION. | 0.1 | $84.50 |
| 12/18/2023 | NOLL | EA2 | EXCHANGE EMAILS WITH B. AXELROD AND P. CHLUM REGARDING EMPLOYMENT OF CONWAY BAXTER. | 0.2 | $169.00 |
| 12/19/2023 | NOLL | EA2 | CALL WITH J. FRANK REGARDING CONWAY BAXTER EMPLOYMENT APPLICATION. | 0.2 | $169.00 |
| 12/19/2023 | NOLL | EA2 | REVIEW CONWAY BAXTER EMPLOYMENT APPLICATION AND RELATED PLEADINGS. | 0.2 | $169.00 |
| 12/19/2023 | NOLL | EA2 | SEND FOLLOW UP EMAIL TO J. RUCCI ON CONWAY BAXTER EMPLOYMENT APPLICATION. | 0.1 | $84.50 |
| | | | **SUBTOTAL TASK: EA2** | **1.2** | **$920.00** |
| **TASK: EC** | | | | | |
| 12/05/2023 | MCPHERSON | EC | REVIEW EMAIL FROM T. JAMES REGARDING SYGNIA AND NO ADMINISTRATIVE CLAIM AND DRAFT EMAIL TO T. JAMES REGARDING NOTIFICATION TO SYGNIA | 0.1 | $67.50 |
| 12/05/2023 | MCPHERSON | EC | REVIEW ISSUES REGARDING REJECTION OF SYGNIA CONTRACT AND DRAFT EMAIL TO J. HALL REGARDING SAME | 0.3 | $202.50 |
| 12/05/2023 | MCPHERSON | EC | EMAILS WITH J. HALL AND B. AXELROD REGARDING TERMINATION OF SYGNIA AND REVIEW RESPONSE FROM J. HALL | 0.1 | $67.50 |
| 12/05/2023 | MCPHERSON | EC | REVIEW STRING OF EMAILS REGARDING SYGNIA AND | 0.1 | $67.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | CLAIMS FOR PAYMENT | | |
| 12/12/2023 | MCPHERSON | EC | REVIEW MULTIPLE EMAILS FROM T. SOLLEL REGARDING STATUS OF SERVICES WITH SYGNIA | 0.2 | $135.00 |
| | | | **SUBTOTAL TASK: EC** | **0.8** | **$540.00** |
| **TASK: FA1** | | | | | |
| 12/04/2023 | CHLUM | FA1 | TELEPHONE CONFERENCE WITH A. NOLL REGARDING FOX FIRST INTERIM FEE APPLICATION | 0.2 | $75.00 |
| 12/04/2023 | CHLUM | FA1 | FINALIZE AND FILE WITH THE COURT CERTIFICATE OF NO OBJECTION TO FOX MONTHLY FEE APPLICATION FOR OCTOBER 2023 | 0.2 | $75.00 |
| 12/04/2023 | CHLUM | FA1 | PREPARE CERTIFICATE OF NO OBJECTION TO FOX MONTHLY FEE APPLICATION FOR OCTOBER 2023 | 0.3 | $112.50 |
| 12/04/2023 | CHLUM | FA1 | REVIEW AND REVISE NOVEMBER FEE STATEMENT FOR PROPER TASK CODES, AND GENERAL COMPLIANCE WITH US TRUSTEE GUIDELINES | 1.0 | $375.00 |
| 12/04/2023 | NOLL | FA1 | REVIEW AND REVISE FIRST INTERIM FEE APPLICATION. | 2.3 | $1,943.50 |
| 12/05/2023 | CHLUM | FA1 | TELEPHONE CALL WITH A. NOLL TO DISCUSS REVISIONS NEEDED TO FOX FIRST INTERIM FEE APPLICATION | 0.2 | $75.00 |
| 12/05/2023 | CHLUM | FA1 | PREPARING FOX ROTHSCHILD'S FIRST INTERIM FEE APPLICATION | 2.3 | $862.50 |
| 12/05/2023 | NOLL | FA1 | REVIEW AND REVISE FOX FIRST INTERIM FEE APPLICATION. | 2.2 | $1,859.00 |
| 12/05/2023 | NOLL | FA1 | CALL WITH P. CHLUM REGARDING FOX FEE APPLICATION; REFORMATTING. | 0.4 | $338.00 |
| 12/06/2023 | CHLUM | FA1 | PREPARING FOX ROTHSCHILD'S FIRST INTERIM FEE APPLICATION | 3.3 | $1,237.50 |
| 12/06/2023 | CHLUM | FA1 | WORKING ON EXHIBITS TO FOX NOVEMBER FEE STATEMENT | 0.3 | $112.50 |
| 12/07/2023 | CHLUM | FA1 | PREPARING FOX ROTHSCHILD'S FIRST INTERIM FEE APPLICATION | 3.2 | $1,200.00 |
| 12/08/2023 | CHLUM | FA1 | PREPARING FOX ROTHSCHILD'S FIRST | 1.7 | $637.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | INTERIM FEE APPLICATION | | |
| 12/11/2023 | CHLUM | FA1 | PREPARING EXHIBITS TO FOX FIRST INTERIM FEE APPLICATION | 1.1 | $412.50 |
| 12/11/2023 | CHLUM | FA1 | PREPARE FOX MONTHLY FEE APPLICATION FOR NOVEMBER 2023 | 1.2 | $450.00 |
| 12/11/2023 | NOLL | FA1 | REVIEW AND REVISE FIRST INTERIM FEE APPLICATION. | 1.2 | $1,014.00 |
| 12/12/2023 | AXELROD | FA1 | REVIEW AND REVISE APPLICATION | 0.8 | $792.00 |
| 12/12/2023 | AXELROD | FA1 | REVIEW AND APPROVE MONTHLY FEE STATEMENT FOX ROTHSCHILD | 0.2 | $198.00 |
| 12/12/2023 | CHLUM | FA1 | PREPARING EXHIBITS TO FOX FIRST INTERIM FEE APPLICATION; EXCHANGES WITH K. SUMMERLIN REGARDING SAME | 1.1 | $412.50 |
| 12/12/2023 | NOLL | FA1 | REVIEW AND REVISE FIRST INTERIM FEE APPLICATION. | 1.5 | $1,267.50 |
| 12/13/2023 | CHLUM | FA1 | PREPARE AND FILE WITH THE COURT CERTIFICATE OF NO OBJECTION TO FOX SEPTEMBER FEE STATEMENT | 0.4 | $150.00 |
| 12/13/2023 | CHLUM | FA1 | PREPARE AND FILE WITH THE COURT CERTIFICATE OF NO OBJECTION TO FOX JULY/AUGUST FEE STATEMENT | 0.4 | $150.00 |
| 12/13/2023 | CHLUM | FA1 | CONFERENCE CALL WITH A. NOLL REGARDING REVISIONS TO FIRST INTERIM FEE APPLICATION | 0.4 | $150.00 |
| 12/13/2023 | NOLL | FA1 | CALL WITH P. CHLUM REGARDING FIRST INTERIM FEE APPLICATION. | 0.4 | $338.00 |
| 12/13/2023 | NOLL | FA1 | REVIEW AND REVISE FIRST INTERIM FEE APPLICATION. | 1.4 | $1,183.00 |
| 12/14/2023 | CHLUM | FA1 | FINALIZE AND FILE WITH THE COURT FOX MONTHLY FEE STATEMENT FOR NOVEMBER 2023 AND EFFECTUATE SERVICE OF SAME | 0.4 | $150.00 |
| 12/14/2023 | CHLUM | FA1 | PREPARING FOX FIRST INTERIM FEE APPLICATION | 1.8 | $675.00 |
| 12/14/2023 | CHLUM | FA1 | TELEPHONE CALL WITH A. NOLL REGARDING REVISIONS TO FIRST INTERIM FEE APPLICATION | 0.2 | $75.00 |
| 12/15/2023 | CHLUM | FA1 | REVISE FOX FIRST INTERIM FEE APPLICATION | 0.8 | $300.00 |
| 12/15/2023 | CHLUM | FA1 | DRAFT DECLARATION OF | 0.9 | $337.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | AXELROD IN SUPPORT OF FOX FIRST INTERIM FEE APPLICATION | | |
| 12/15/2023 | CHLUM | FA1 | DRAFT DECLARATION OF AYALA IN SUPPORT OF FOX FIRST INTERIM FEE APPLICATION | 0.5 | $187.50 |
| | | | **SUBTOTAL TASK: FA1** | **32.3** | **$17,145.50** |

**TASK: FA2**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 12/04/2023 | CHLUM | FA2 | FINALIZE AND FILE WITH THE COURT CERTIFICATE OF NO OBJECTION TO PROVINCE MONTHLY FEE APPLICATION FOR SEPTEMBER 2023 | 0.2 | $75.00 |
| 12/04/2023 | CHLUM | FA2 | PREPARE EMAIL TO D. MOSES FORWARDING PREPARE CERTIFICATE OF NO OBJECTION TO FOX MONTHLY FEE APPLICATION FOR OCTOBER 2023 FOR FILING APPROVAL | 0.1 | $37.50 |
| 12/04/2023 | CHLUM | FA2 | PREPARE CERTIFICATE OF NO OBJECTION TO PROVINCE MONTHLY FEE APPLICATION FOR SEPTEMBER 2023 | 0.3 | $112.50 |
| 12/05/2023 | CHLUM | FA2 | FINALIZE AND FILE WITH THE COURT BAKER & HOSTETLER'S FIFTH MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023; EFFECTUATE SERVICE OF SAME TO NOTICE PARTIES | 0.5 | $187.50 |
| 12/05/2023 | CHLUM | FA2 | REVIEW AND RESPOND TO EMAIL FROM M. SABELLA REGARDING BAKER'S FIFTH MONTHLY FEE STATEMENT | 0.2 | $75.00 |
| 12/05/2023 | NOLL | FA2 | REVIEW CORRESPONDENCE FROM M. SABELLA REGARDING BAKERHOSTETLER FEE STATEMENT. | 0.1 | $84.50 |
| 12/05/2023 | NOLL | FA2 | CALL WITH P. CHLUM REGARDING BAKERHOSTETLER FEE STATEMENT. | 0.1 | $84.50 |
| 12/06/2023 | CHLUM | FA2 | EXCHANGE EMAILS WITH E. MATTSON AT PROVINCE REGARDING PROVINCE EIGHTH MONTHLY FEE STATEMENT | 0.2 | $75.00 |
| 12/08/2023 | CHLUM | FA2 | FINALIZE AND FILE WITH THE | 0.4 | $150.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | COURT PROVINCE, LLC'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023 AND EFFECTUATE SERVICE ON REQUIRED NOTICE PARTIES | | |
| 12/27/2023 | AXELROD | FA2 | REVIEW AND RESPOND TO EMAIL FROM HALL RE FTI PAYMENT | 0.2 | $198.00 |
| 12/27/2023 | AXELROD | FA2 | REVIEW AND RESPOND TO EMAIL FROM HALL RE FTI PAYMENT REQUEST | 0.2 | $198.00 |
| | | | **SUBTOTAL TASK: FA2** | **2.5** | **$1,277.50** |
| **TASK: PC** | | | | | |
| 12/04/2023 | CHLUM | PC | PREPARE AND FILE WITH THE COURT NOTICE OF ENTRY OF ORDER APPROVING STIPULATION RESOLVING OPTCONNECT CLAIM | 0.4 | $150.00 |
| 12/05/2023 | AXELROD | PC | EMAIL BRINK'S COUNSEL RE MEET AND CONFER RE 12/13 HEARING | 0.1 | $99.00 |
| 12/05/2023 | CHLUM | PC | REVIEW PROOF OF CLAIM FILED BY CHARLES SMITH | 0.1 | $37.50 |
| 12/05/2023 | CHLUM | PC | REVIEW PACER CASE DOCKET AND CLAIMS REGISTER FOR ADMIN CLAIM FILED BY SYGNIA; PREPARE EMAIL TO B. AXELROD ADVISING NO CLAIM FILED | 0.4 | $150.00 |
| 12/05/2023 | CHLUM | PC | REVIEW EMAIL EXCHANGES WITH A. TSAI AND SPENCER STIRES REGARDING POTENTIAL ADMIN CLAIM OF SYGNIA | 0.2 | $75.00 |
| 12/05/2023 | MCPHERSON | PC | DRAFT EMAIL TO C. LOTEMPIO AND M. TUCKER REGARDING OFFER MADE BY TSSP | 0.2 | $135.00 |
| 12/05/2023 | MCPHERSON | PC | DRAFT EMAIL TO D. AYALA REGARDING OFFER MADE BY TSSP AND REVIEW RESPONSE | 0.1 | $67.50 |
| 12/05/2023 | MCPHERSON | PC | REVISE AND FINALIZE ORDER REGARDING POPULUS CLAIM GIVEN MOTION THAT CAME BEFORE COURT AND NOT OPPOSITION AS ORIGINALLY DRAFTED | 0.4 | $270.00 |
| 12/05/2023 | MCPHERSON | PC | DRAFT EMAIL TO R. PHILLIPS REGARDING REVISIONS TO ORDER AND EMAILING UCC | 0.2 | $135.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | AND REASONS WHY DELETED SOME LANGUAGE | | |
| 12/05/2023 | MCPHERSON | PC | REVIEW CERTIFICATION LANGUAGE AS TSSP HAD OMITTED SOME LANGUAGE AND REQUIREMENTS UNDER RULE | 0.2 | $135.00 |
| 12/05/2023 | MCPHERSON | PC | REVIEW AND REVISE ORDER ON MOTION FOR LEAVE TO FILE LATE CLAIM | 0.8 | $540.00 |
| 12/06/2023 | AXELROD | PC | CALL WITH M WEINBERGER RE GENESIS COIN APA | 0.3 | $297.00 |
| 12/06/2023 | CHLUM | PC | FINAIZE AND LODGE WITH THE COURT THE ORDER GRANTING MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM OF POPULUS FINANCIAL GROUP | 0.2 | $75.00 |
| 12/06/2023 | CHLUM | PC | REVIEW EMAIL FROM C. LOTEMPIO APPROVING FOR LODGING THE ORDER GRANTING MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM OF POPULUS FINANCIAL GROUP | 0.1 | $37.50 |
| 12/06/2023 | CHLUM | PC | REVIEW EMAIL FROM T. TUGGLE APPROVING FOR LODGIN THE ORDER GRANTING MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM OF POPULUS FINANCIAL GROUP | 0.1 | $37.50 |
| 12/06/2023 | CHLUM | PC | PREPARE EMAIL TO T. TUGGLE AND COMMITTEE COUNSEL SEEKING APPROVAL OF ORDER GRANTING MOTION FOR APPROVAL OF POPULUS FINANCIAL GROUP | 0.2 | $75.00 |
| 12/06/2023 | CHLUM | PC | REVIEW ORDER ON POPULUS REQUEST FOR ADMIN CLAIM | 0.2 | $75.00 |
| 12/08/2023 | AXELROD | PC | CALL WITH BRINKS RE POTENTIAL SETTLEMENT | 0.3 | $297.00 |
| 12/08/2023 | AXELROD | PC | EMAIL G BEDELL RE STIPULATION FILING | 0.2 | $198.00 |
| 12/11/2023 | AXELROD | PC | REVIEW TRANSGISTICS MOTION RE COURT RULING ON ADMIN CLAIM | 0.2 | $198.00 |
| 12/11/2023 | CHLUM | PC | REVIEW EMAIL FROM COUNSEL FOR BRINK'S AND ATTACHED STIPULATION TO CONTINUE HEARING; REVISE KEY DATES | 0.2 | $75.00 |
| 12/11/2023 | MCPHERSON | PC | REVIEW AND RESPOND TO | 0.1 | $67.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | OFFER FROM TSSP | | |
| 12/11/2023 | MCPHERSON | PC | REVIEW MOTION FOR STATUS REGARDING DECISION ON TRANGISTICS' ADMINISTRATIVE CLAIM | 0.1 | $67.50 |
| 12/12/2023 | AXELROD | PC | REVIEW NOTICE OF RESCHEDULED HEARING RE BRINKS ADMIN CLAIM | 0.1 | $99.00 |
| 12/12/2023 | AXELROD | PC | REVIEW MINUTE ENTRY RE BRINKS ADMIN CLAIM | 0.1 | $99.00 |
| 12/12/2023 | MCPHERSON | PC | DRAFT EMAIL TO T. JAMES REGARDING EMAIL TO SYGNIA AND DEADLINES SET FORTH | 0.1 | $67.50 |
| 12/12/2023 | MCPHERSON | PC | REVIEW PLEADINGS REGARDING REJECTION OF SYGNIA CONTRACT AND MOTION TO SET ADMINISTRATIVE CLAIM BAR DATE AND DRAFT EMAIL TO MR. SOLLEL REGARDING SAME WITH ALL PERTINENT PLEADINGS ATTACHED | 1.0 | $675.00 |
| 12/12/2023 | MCPHERSON | PC | REVIEW CLAIMS REGARDING CLAIM OF SYGNIA AND SCHEDULED CLAIM AND NO FILING OF REJECTION DAMAGES CLAIM | 0.2 | $135.00 |
| 12/13/2023 | CHLUM | PC | REVIEW ADMIN PROOF OF CLAIM FILED BY EMILY LEE | 0.1 | $37.50 |
| 12/15/2023 | CHLUM | PC | DRAFT OBJECTION TO LATE FILED CLAIM OF EMILY LEE | 1.0 | $375.00 |
| 12/17/2023 | NOLL | PC | SEND EMAIL TO A. HOSEY REGARDING CERTIFICATE OF SERVICE FOR LEE CLAIM. | 0.1 | $84.50 |
| 12/17/2023 | NOLL | PC | REVIEW OBJECTION TO LEE CLAIM. | 0.3 | $253.50 |
| 12/18/2023 | MCPHERSON | PC | REVIEW EMAIL FROM M. TUCKER REGARDING QUESTIONS PERTAINING TO TSSP CLAIM | 0.1 | $67.50 |
| 12/18/2023 | MCPHERSON | PC | REVIEW EMAIL FROM C. NEFF SEEKING TO SETTLE THE ALLEGED ADMINISTRATIVE CLAIM OF TSSP | 0.1 | $67.50 |
| 12/19/2023 | AXELROD | PC | REVIEW EMAIL FROM TSSP RE RESOLUTION OF ADMIN CLAIM AND FORWARD TO CLIENT AND UCC | 0.2 | $198.00 |
| 12/19/2023 | HOSEY | PC | REVIEW AND RESPOND TO EMAIL FROM BRETT AXELROD REGARDING SERVICE ADDRESS ISSUES REGARDING TSSP. | 0.3 | $73.50 |
| 12/19/2023 | HOSEY | PC | REVIEW AND RESPOND TO | 0.2 | $49.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | EMAIL FROM AUDREY NOLL REGARDING DRAFT AYALA DECLARATION REGARDING OBJECTION TO EMILY LEE CLAIM. | | |
| 12/19/2023 | HOSEY | PC | DRAFT AYALA DECLARATION REGARDING OBJECTION TO EMILY LEE CLAIM. | 0.3 | $73.50 |
| 12/19/2023 | HOSEY | PC | RESEARCH REGARDING SERVICE ADDRESS ISSUES REGARDING TSSP. | 0.6 | $147.00 |
| 12/19/2023 | NOLL | PC | EXCHANGE EMAILS WITH A. HOSEY REGARDING AYALA DECLARATION ISO OBJECTION TO LEE CLAIM. | 0.1 | $84.50 |
| 12/19/2023 | NOLL | PC | REVIEW AND REVISE OBJECTION TO LEE CLAIM. | 0.5 | $422.50 |
| 12/20/2023 | AXELROD | PC | REVIEW EMAIL FROM UCC RE APPROVAL OF SETTLEMENT OFFER TO TSSP | 0.1 | $99.00 |
| 12/20/2023 | MCPHERSON | PC | REVIEW EMAIL FROM R. HALEVY REGARDING NOTICING OF SYGNIA | 0.1 | $67.50 |
| 12/20/2023 | NOLL | PC | REVIEW AND REVISE OBJECTION TO LEE CLAIM AND AYALA DECLARATION; FORWARD TO D. AYALA FOR APPROVAL. | 0.4 | $338.00 |
| 12/21/2023 | AXELROD | PC | SETTLEMENT CALL WITH TSSP | 0.3 | $297.00 |
| 12/21/2023 | AXELROD | PC | EMAIL M WEINBERGER RE STATUS OF OFFER TO GENESIS COIN | 0.1 | $99.00 |
| 12/21/2023 | AXELROD | PC | WORK ON CLAIM OBJECTIONS AND ANALYSIS | 0.8 | $792.00 |
| 12/21/2023 | AXELROD | PC | SETTLEMENT CALL WITH TSSP | 0.3 | $297.00 |
| 12/21/2023 | AXELROD | PC | EMAIL M WEINBERGER RE STATUS OF OFFER TO GENESIS COIN | 0.1 | $99.00 |
| 12/21/2023 | HOSEY | PC | REVIEW AND RESPOND TO EMAILS FROM BRETT AXELROD REGARDING CLAIM OF TSSP. | 0.3 | $73.50 |
| 12/21/2023 | MCPHERSON | PC | DRAFT EMAIL TO B. AXELROD REGARDING TSSP CLAIM AND ALLEGATIONS | 0.1 | $67.50 |
| 12/21/2023 | MCPHERSON | PC | REVIEW EMAIL FROM B. AXELROD REGARDING SETTLEMENT WITH TSSP AND DRAFT RESPONSE REGARDING SAME | 0.1 | $67.50 |
| 12/22/2023 | AXELROD | PC | REVIEW AND RESPOND TO EMAIL FROM C NEFF RE | 0.2 | $198.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | TSSP CLAIM | | |
| 12/22/2023 | MCPHERSON | PC | DRAFT EMAIL TO B. AXELROD CLARIFYING ASSERTING MADE BY C. NEFF REGARDING FEBRUARY RENT FOR TSSP | 0.1 | $67.50 |
| 12/22/2023 | MCPHERSON | PC | REVIEW EMAIL FROM B. AXELROD REGARDING SETTLEMENT OF CLAIM AND OFFER | 0.1 | $67.50 |
| 12/26/2023 | AXELROD | PC | REVIEW AND REVISE TSSP STIPULATION | 0.1 | $99.00 |
| 12/26/2023 | AXELROD | PC | CALL WITH GENESIS COIN RE BREACH | 0.2 | $198.00 |
| 12/26/2023 | AXELROD | PC | REVIEW EMAIL FROM TSSP RE ACCEPTANCE OF SETTLEMENT OFFER | 0.2 | $198.00 |
| 12/26/2023 | HOSEY | PC | PREPARE EMAIL TO STEPHANIE BALDI REGARDING STATUS OF AWS SERVICES. | 0.1 | $24.50 |
| 12/26/2023 | HOSEY | PC | REVIEW EMAIL FROM BRIAN PETERSON REGARDING STATUS OF AWS SERVICES. | 0.2 | $49.00 |
| 12/26/2023 | HOSEY | PC | PREPARE EMAIL TO CATHERINE LOTEMPIO REQUESTING APPROVAL OF DRAFT STIPULATION REGARDING RESOLUTION OF POWERHOUSE TSSP ADMINISTRATIVE CLAIM. | 0.1 | $24.50 |
| 12/26/2023 | HOSEY | PC | DRAFT ORDER GRANTING STIPULATION RESOLVING POWERHOUSE TSSP ADMINISTRATIVE CLAIM. | 0.3 | $73.50 |
| 12/26/2023 | HOSEY | PC | DRAFT STIPULATION RESOLVING POWERHOUSE TSSP ADMINISTRATIVE CLAIM. | 1.2 | $294.00 |
| 12/26/2023 | HOSEY | PC | REVIEW AND RESPOND TO EMAILS FROM BRETT AXELROD REGARDING RESOLUTION OF POWERHOUSE TSSP ADMINISTRATIVE CLAIM. | 0.3 | $73.50 |
| 12/27/2023 | MCPHERSON | PC | REVIEW DRAFT STIPULATION WITH TSSP | 0.1 | $67.50 |
| 12/29/2023 | MCPHERSON | PC | REVIEW EMAIL FROM B. PERSON REGARDING TERMINATING AWS SERVICES | 0.1 | $67.50 |
| | | | **SUBTOTAL TASK: PC** | **16.7** | **$10,102.00** |
| **TASK: TR** | | | | | |
| 12/08/2023 | AXELROD | TR | EMAIL PROVINCE RE | 0.1 | $99.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| | | | DELINQUENT MOR REPORTS | | |
| 12/08/2023 | CHLUM | TR | REVIEW EMAIL FROM S. STIRES; FINALIZE AND FILE WITH THE COURT MONTHLY OPERATING REPORT FOR AUGUST 2023 | 0.5 | $187.50 |
| 12/08/2023 | CHLUM | TR | REVIEW EMAIL FROM C. CORDERO REGARDING DELINQUENT OPERATING REPORTS AND UST FEES | 0.1 | $37.50 |
| 12/14/2023 | AXELROD | TR | REVIEW AND APPROVE SEPTEMBER MONTHLY OPERATING REPORT | 0.4 | $396.00 |
| 12/14/2023 | CHLUM | TR | REVIEW EMAIL AND ATTACHMENTS FROM S. STIRES RE SEPTEMBER OPERATING REPORT | 0.2 | $75.00 |
| 12/14/2023 | CHLUM | TR | REVIEW ATTACHMENTS FOR PROPER REDACTION; FINALIZE AND FILE WITH THE COURT MONTHLY OPERATING REPORT FOR SEPTEMBER | 0.5 | $187.50 |
| 12/15/2023 | AXELROD | TR | REVIEW AND APPROVE OCTOBER MONTHLY OPERATING REPORT | 0.4 | $396.00 |
| 12/15/2023 | CHLUM | TR | REVIEW FOR REDACTION; FINALIZE AND FILE WITH THE COURT DEBTOR'S MONTHLY OPERATING REPORT FOR OCTOBER | 0.5 | $187.50 |
| 12/15/2023 | CHLUM | TR | REVIEW EMAIL FROM S. STIRES RE OCTOBER OPERATING REPORT | 0.1 | $37.50 |
| | | | **SUBTOTAL TASK: TR** | **2.8** | **$1,603.50** |
| | | | **TOTAL** | **80.7** | **$46,416.00** |

**TASK SUMMARY:**

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| AA | ASSET ANALYSIS & RECOVERY | 9.1 | $5,925.50 |
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 10.3 | $5,228.00 |
| BO | BUSINESS OPERATIONS | 0.4 | $396.00 |
| CA | CASE ADMINISTRATION | 2.6 | $1,714.00 |
| CH | COURT HEARINGS | 0.2 | $198.00 |
| CI | CREDITOR INQUIRIES | 0.8 | $376.00 |
| CM | CREDITOR COMMITTEE MEETINGS AND COMMUNICATIONS | 1.0 | $990.00 |
| EA2 | EMPLOYMENT APPLICATION OF OTHER PROFESSIONALS | 1.2 | $920.00 |
| EC | LEASE/EXECUTORY CONTRACT ISSUES | 0.8 | $540.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 32.3 | $17,145.50 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.5 | $1,277.50 |

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 16.7 | $10,102.00 |
| TR | TRUSTEE REPORTING/SCHEDULES | 2.8 | $1,603.50 |
| | **TOTAL** | **80.7** | **$46,416.00** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| BRETT AXELROD B. A. | 11.2 | $990.00 | $11,088.00 |
| A. HOSEY | 5.1 | $245.00 | $1,249.50 |
| A. NOLL | 17.1 | $845.00 | $14,449.50 |
| P. M. CHLUM | 33.3 | $375.00 | $12,487.50 |
| J.E. MCPHERSON | 5.9 | $675.00 | $3,982.50 |
| D.A. MANN | 8.1 | $390.00 | $3,159.00 |
| **TOTAL** | **80.7** | | **$46,416.00** |

TOTAL PROFESSIONAL SERVICES        $46,416.00

**COSTS ADVANCED AND EXPENSES INCURRED:**

**EXPENSE DETAIL:**

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/2023 | WEST PAYMENT CENTER - 205 | $35.66 |
| 12/01/2023 | WEST PAYMENT CENTER - 205 | $159.02 |
| 12/01/2023 | WEST PAYMENT CENTER - 205 | $70.87 |
| 12/01/2023 | WEST PAYMENT CENTER - 205 | $13.48 |
| 12/01/2023 | WEST PAYMENT CENTER - 205 | $46.16 |
| 12/01/2023 | WEST PAYMENT CENTER - 205 | $26.08 |
| 12/01/2023 | WEST PAYMENT CENTER - 205 | $40.25 |
| 12/01/2023 | WEST PAYMENT CENTER - 205 | $131.56 |
| 12/01/2023 | WEST PAYMENT CENTER - 205 | $15.11 |
| 12/01/2023 | WEST PAYMENT CENTER - 205 | $27.62 |
| 12/05/2023 | AUDREY NOLL - LEXIS | $149.62 |
| 12/06/2023 | BLOOMBERG INDUSTRY GROUP, INC. - PUBLICATION/RESEARCH | $8.10 |

| Date | Description | Amount |
|------|-------------|--------|
| 12/06/2023 | VERITEXT CORP - DEPOSITION/TRANSCRIPT-PRIORITY CERTIFIED TRANSCRIPTS | $967.19 |
| 12/15/2023 | VERITEXT CORP - DEPOSITION/TRANSCRIPT-TRANSCRIPT FEE | $790.50 |
| 12/15/2023 | NATIONWIDE LEGAL, LLC - MESSENGER SERVICE/DELIVERY-PICK UP BINDERS FROM BANKRUPTCY COURT AND RETURN TO FOX | $93.50 |
| 12/15/2023 | NATIONWIDE LEGAL, LLC - MESSENGER SERVICE/DELIVERY-PICK UP BINDER FROM FOX AND DELIVER TO BRETT AXELROD | $33.00 |
| 12/21/2023 | FOX ROTHSCHILD LLP E-DISCOVERY - ETECH RELATIVITY COSTS - FOX ROTHSCHILD LLP E-DISCOVERY NOVEMBER 2023 | $15.15 |
| 12/21/2023 | FOX ROTHSCHILD LLP E-DISCOVERY - ETECH RELATIVITY COSTS - FOX ROTHSCHILD LLP E-DISCOVERY NOVEMBER 2023 | $353.88 |

**EXPENSE SUMMARY:**

| Description | Amount |
|-------------|--------|
| DEPOSITION/TRANSCRIPT | $1,757.69 |
| WESTLAW, RESEARCH | $565.81 |
| PUBLICATION/RESEARCH | $8.10 |
| MESSENGER SERVICE/DELIVERY | $126.50 |
| ETECH RELATIVITY COSTS | $369.03 |
| LEXIS | $149.62 |

TOTAL EXPENSES $2,976.75

TOTAL AMOUNT OF THIS INVOICE $49,392.75