BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone:  (702) 262-6899
Facsimile:  (702) 597-5503
Email:  baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-23-10423-mkn |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| Debtor. | **PROVINCE, LLC'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023** |
| | Hearing Date:  N/A<br>Hearing Time:  N/A |

Province, LLC ("Province"), financial advisor to the Cash Cloud, Inc. (the "Debtor"), debtor and debtor-in-possession in the above-captioned case (the "Chapter 11 Case"), hereby submits this *Monthly Fee Statement for Services Rendered and Expenses Incurred for the Period from December 1, 2023 Through December 31, 2023* (the "Statement"), pursuant to the *Final Order Authorizing Retention and Employment of Province, LLC as Financial Advisor, Effective as of the Petition Date* [ECF No. 223] and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

1

154096350.1

In support of this Statement, Province respectfully represents as follows:

1. Province hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's financial advisor during the period from December 1, 2023 through December 31, 2023 (the "Statement Period").

2. Province seeks allowance and payment of interim compensation for fees in the amount of $24,590.40, representing 80% of the $30,738.00 in fees incurred for services rendered during the Statement Period, plus reimbursement of $173.16, representing 100% of the expenses incurred during the Statement Period, for a total award of $24,763.56 for the Statement Period.

3. Attached hereto as **Exhibit A** is the name of each timekeeper who performed services in connection with the Chapter 11 Case during the Statement Period, and the hourly rate for each such timekeeper.

4. Attached hereto as **Exhibit B** is a task code summary.

5. Attached hereto as **Exhibit C** is a detailed invoice of time expended by the timekeepers who performed services during the Statement Period and of the expenses paid during the Statement Period.

6. On the same date this Statement was filed, Province served a copy of this Statement via electronic mail/notice on the following parties (each a "Notice Party," and collectively, the "Notice Parties"):

    i.    Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

    ii.    Fox Rothschild, LLC, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

    iii.    United States Trustee Tracey Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

    iv.    Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas,

2

NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

v.    Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersinger.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com; counsel to DIP lender CKDL Credit, LLC;

vi.    Morrison & Foerster LLO, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

vii.    Clearly Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

7.    Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "Objection Deadline"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

8.    If no objections are raised on or before the Objection Deadline, Province shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Province an amount equal to 80% of the fees and 100% of the expenses incurred during the period covered by this Statement.

9.    If an objection is properly filed before the Objection Deadline, Province shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "Undisputed Fees" and "Undisputed Expenses"), after which the Debtor shall be authorized to pay to Province an amount equal to 80% of the Undisputed Fees and 100% of the Undisputed Expenses incurred during the period covered by this Statement.

3

154096350.1

10.     Province acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses.  At the conclusion of the Chapter 11 Case, Province will seek final allowance of the fees charged and expenses incurred for the entirety of the Chapter 11 Case, and any interim fees and expenses received during the curse of the Chapter 11 Case will be credited against such fees and expenses that are allowed on a final basis.

11.     Neither Province nor any member of Province has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of Province, any portion of the fees or expenses to be awarded pursuant to this Statement.

DATED:  January 22, 2024                    PROVINCE, LLC


By: */s/ Daniel Moses*_____
   Daniel Moses
   2360 Corporate Circle, Suite 340
   Henderson, Nevada 89074
   Telephone:  (702) 685-5555
   Email:  dmoses@provincefirm.com

*Financial Advisor to Debtor*


Submitted By:

**FOX ROTHSCHILD LLP**

By: */s/Brett A. Axelrod*_____
   BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
   NICHOLAS A. KOFFROTH, ESQ.
   Nevada Bar No. 16264
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
   *Counsel for Debtor*

4

154096350.1

**<u>EXHIBIT A</u>**

**Summary of Province Professionals and Paraprofessionals**

December 1, 2023 through December 31, 2023

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Paul Huygens, CPA, CFE | Principal – Corporate restructuring. CPA license in 1999, CFE license in 2015. | $1,320 | 1.0 | $1,320.00 |
| Dan Moses | Principal – Corporate restructuring. | $1,260 | 1.8 | $2,268.00 |
| Tanner James | Vice President - Finance and data analytics. | $630 | 2.4 | $1,512.00 |
| Spencer Stires | Associate - Quantitative finance and programming. | $480 | 52.4 | $25,152.00 |
| | **Subtotal** | | **57.6** | **$30,252.00** |
| | **Blended Rate for Professionals** | **$525.21** | | |
| **Para Professionals** | | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Eric Mattson | Paralegal | $270 | 1.8 | $486.00 |
| | **Subtotal** | | **1.8** | **$486.00** |
| | | | **Fee Statement Hours** | **Total Compensation** |
| | **Grand Total** | | **59.4** | **$30,738.00** |
| | **Blended Rate for All Billers** | **$517.47** | | |

5

154096350.1

**<u>EXHIBIT B</u>**

**Task Code Summary**

December 1, 2023 through December 31, 2023

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 51.6 | $26,106.00 |
| Claims Analysis and Objections | 4.4 | $2,112.00 |
| Fee / Employment Applications | 2.1 | $882.00 |
| Litigation | 1.3 | $1,638.00 |
| **Grand Total** | **59.4** | **$30,738.00** |

154096350.1

## EXHIBIT C

**Invoice**

December 1, 2023 through December 31, 2023

154096350.1

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 1/19/2024
**INVOICE NO:** 94939
**BILLING THROUGH:** 12/31/2023

---

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### INVOICE SUMMARY

**PROFESSIONAL SERVICES**

| EMPLOYEE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Dan Moses | 1.80 | $1,260.00 | $2,268.00 |
| Eric Mattson | 1.80 | $270.00 | $486.00 |
| Paul Huygens | 1.00 | $1,320.00 | $1,320.00 |
| Spencer Stires | 52.40 | $480.00 | $25,152.00 |
| Tanner James | 2.40 | $630.00 | $1,512.00 |
| **PROFESSIONAL SERVICES** | **59.40** | | **$30,738.00** |

### EXPENSES

| DESCRIPTION | AMOUNT |
|---|---|
| Meals | $173.16 |
| **EXPENSES TOTAL** | **$173.16** |

| | |
|---|---|
| **AMOUNT DUE THIS INVOICE** | **$30,911.16** |

This invoice is due on 1/19/2024

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 1/19/2024
**INVOICE NO:** 94939
**BILLING THROUGH:** 12/31/2023

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 12/5/2023 | Spencer Stires | Business Analysis / Operations | 2.20 | $480.00 | $1,056.00 |
| | | *Prepared and reconciled the Monthly Operating Report for August.* | | | |
| 12/5/2023 | Spencer Stires | Claims Analysis and Objections | 0.80 | $480.00 | $384.00 |
| | | *Analyzed outstanding administrative claims for Coin Cloud to determine the validity and details of an insurance claim.* | | | |
| 12/5/2023 | Eric Mattson | Fee / Employment Applications | 0.70 | $270.00 | $189.00 |
| | | *Drafted October fee statement.* | | | |
| 12/5/2023 | Paul Huygens | Fee / Employment Applications | 0.30 | $1,320.00 | $396.00 |
| | | *Reviewed and provided comments on October time entries.* | | | |
| 12/6/2023 | Spencer Stires | Business Analysis / Operations | 1.60 | $480.00 | $768.00 |
| | | *Prepared and reconciled August bank statements for MOR.* | | | |
| 12/6/2023 | Spencer Stires | Business Analysis / Operations | 1.70 | $480.00 | $816.00 |
| | | *Evaluated financial performance from August Monthly Operating Reports and reconciled with bank statements.* | | | |
| 12/6/2023 | Spencer Stires | Business Analysis / Operations | 1.20 | $480.00 | $576.00 |
| | | *Reconciled August bank statements with financial records for accuracy in reporting.* | | | |
| 12/7/2023 | Spencer Stires | Business Analysis / Operations | 0.80 | $480.00 | $384.00 |
| | | *Prepared bank reconciliation statements for August to validate financial transactions and balances.* | | | |
| 12/7/2023 | Spencer Stires | Business Analysis / Operations | 1.10 | $480.00 | $528.00 |
| | | *Reconciled August bank statements with financials to ensure accuracy in reporting.* | | | |
| 12/7/2023 | Spencer Stires | Business Analysis / Operations | 0.80 | $480.00 | $384.00 |
| | | *Synthesized August Monthly Operating Report and financial statements to reflect adjustments for Brink's payment discrepancies.* | | | |
| 12/7/2023 | Spencer Stires | Claims Analysis and Objections | 1.00 | $480.00 | $480.00 |
| | | *Investigated and documented administrative claims per the latest outstanding allowed claims report.* | | | |
| 12/7/2023 | Spencer Stires | Claims Analysis and Objections | 1.40 | $480.00 | $672.00 |
| | | *Investigated and resolved discrepancies in administrative claims as documented in the outstanding claims ledger.* | | | |

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 1/19/2024
**INVOICE NO:** 94939
**BILLING THROUGH:** 12/31/2023

---

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 12/8/2023 | Spencer Stires | Business Analysis / Operations | 1.50 | $480.00 | $720.00 |
| | | *Prepared financial package including MOR and supporting documents for stakeholder analysis.* | | | |
| 12/8/2023 | Spencer Stires | Business Analysis / Operations | 0.90 | $480.00 | $432.00 |
| | | *Calculated and reconciled outstanding United States Trustee quarterly fees.* | | | |
| 12/8/2023 | Spencer Stires | Business Analysis / Operations | 2.30 | $480.00 | $1,104.00 |
| | | *Finalized and distributed the August Monthly Operating Report for review.* | | | |
| 12/8/2023 | Tanner James | Business Analysis / Operations | 1.10 | $630.00 | $693.00 |
| | | *Assisted S. Stires with MOR.* | | | |
| 12/8/2023 | Spencer Stires | Business Analysis / Operations | 2.10 | $480.00 | $1,008.00 |
| | | *Finalized and distributed August Monthly Operating Report for executive review.* | | | |
| 12/11/2023 | Spencer Stires | Business Analysis / Operations | 0.80 | $480.00 | $384.00 |
| | | *Consolidated September financial statements for MOR.* | | | |
| 12/12/2023 | Spencer Stires | Business Analysis / Operations | 2.30 | $480.00 | $1,104.00 |
| | | *Evaluated candidate's financial modeling skills, ensuring adherence to formatting, scenario analysis, and balance sheet integrity for Province's technical exam.* | | | |
| 12/12/2023 | Spencer Stires | Business Analysis / Operations | 1.10 | $480.00 | $528.00 |
| | | *Reviewed and updated monthly operating report for Coin Cloud.* | | | |
| 12/12/2023 | Spencer Stires | Business Analysis / Operations | 1.70 | $480.00 | $816.00 |
| | | *Examined and adjusted September monthly operating report.* | | | |
| 12/12/2023 | Spencer Stires | Business Analysis / Operations | 1.60 | $480.00 | $768.00 |
| | | *Prepared monthly operating report for October, ensuring accuracy and compliance with financial reporting standards.* | | | |
| 12/12/2023 | Spencer Stires | Business Analysis / Operations | 1.40 | $480.00 | $672.00 |
| | | *Prepared September Monthly Operating Report.* | | | |
| 12/12/2023 | Spencer Stires | Business Analysis / Operations | 1.20 | $480.00 | $576.00 |
| | | *Distributed the October MOR package for review and feedback.* | | | |
| 12/13/2023 | Spencer Stires | Business Analysis / Operations | 2.20 | $480.00 | $1,056.00 |

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 1/19/2024
**INVOICE NO:** 94939
**BILLING THROUGH:** 12/31/2023

---

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| | | *Finalized and consolidated September Monthly Operating Report financial statements for executive review.* | | | |
| 12/13/2023 | Spencer Stires | Business Analysis / Operations | 1.90 | $480.00 | $912.00 |
| | | *Analyzed bank statements and performed a variance analysis to ensure accuracy of reported figures.* | | | |
| 12/13/2023 | Spencer Stires | Business Analysis / Operations | 1.10 | $480.00 | $528.00 |
| | | *Prepared and reconciled September Monthly Operating Report financial statements for client review.* | | | |
| 12/13/2023 | Spencer Stires | Business Analysis / Operations | 1.50 | $480.00 | $720.00 |
| | | *Reconciled September MOR bank statements with financial records.* | | | |
| 12/13/2023 | Spencer Stires | Business Analysis / Operations | 2.00 | $480.00 | $960.00 |
| | | *Consolidated and formatted MOR exhibits.* | | | |
| 12/13/2023 | Dan Moses | Business Analysis / Operations | 0.10 | $1,260.00 | $126.00 |
| | | *Communicated with B. Axelrod on cash collections.* | | | |
| 12/13/2023 | Spencer Stires | Business Analysis / Operations | 0.40 | $480.00 | $192.00 |
| | | *Coordinated with J. Hall to clarify the absence of reconciliations for September and October.* | | | |
| 12/13/2023 | Spencer Stires | Claims Analysis and Objections | 1.20 | $480.00 | $576.00 |
| | | *Evaluated administrative claims to update the outstanding allowed claims schedule.* | | | |
| 12/13/2023 | Eric Mattson | Fee / Employment Applications | 1.10 | $270.00 | $297.00 |
| | | *Drafted November fee statement (1.0). Emailed to T. James for review (0.1).* | | | |
| 12/14/2023 | Spencer Stires | Business Analysis / Operations | 1.70 | $480.00 | $816.00 |
| | | *Prepared and consolidated financial statements and exhibits for Coin Cloud's October MOR.* | | | |
| 12/14/2023 | Spencer Stires | Business Analysis / Operations | 2.50 | $480.00 | $1,200.00 |
| | | *Finalized and distributed the Monthly Operating Report for October for internal review.* | | | |
| 12/14/2023 | Spencer Stires | Business Analysis / Operations | 1.10 | $480.00 | $528.00 |
| | | *Coordinated with T. James to confirm the exclusion of erroneous deposits from total disbursements and quarterly US Trustee fee calculations for October Monthly Operating Report.* | | | |

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 1/19/2024
**INVOICE NO:** 94939
**BILLING THROUGH:** 12/31/2023

---

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|----------|-------------|-------|------|--------|
| 12/14/2023 | Spencer Stires | Business Analysis / Operations | 2.90 | $480.00 | $1,392.00 |
| | | *Implemented feedback from T. James for the October MOR.* | | | |
| 12/14/2023 | Spencer Stires | Business Analysis / Operations | 2.00 | $480.00 | $960.00 |
| | | *Finalized Monthly Operating Report for September and distributed for internal review.* | | | |
| 12/14/2023 | Spencer Stires | Business Analysis / Operations | 0.70 | $480.00 | $336.00 |
| | | *Prepared supplemental disclosure to the October Monthly Operating Report.* | | | |
| 12/14/2023 | Spencer Stires | Business Analysis / Operations | 1.70 | $480.00 | $816.00 |
| | | *Prepared bank statements and other exhibits for October MOR.* | | | |
| 12/18/2023 | Dan Moses | Litigation | 0.40 | $1,260.00 | $504.00 |
| | | *Reviewed and analyzed kiosk discovery requests.* | | | |
| 12/19/2023 | Dan Moses | Business Analysis / Operations | 0.10 | $1,260.00 | $126.00 |
| | | *Corresponded with T. James of Province.* | | | |
| 12/22/2023 | Tanner James | Business Analysis / Operations | 0.70 | $630.00 | $441.00 |
| | | *Call with FTI team and P. Huygens re: latest waterfall.* | | | |
| 12/22/2023 | Paul Huygens | Business Analysis / Operations | 0.70 | $1,320.00 | $924.00 |
| | | *Call with FTI team and T. James to go thru latest waterfall.* | | | |
| 12/22/2023 | Dan Moses | Litigation | 0.90 | $1,260.00 | $1,134.00 |
| | | *Reviewed and analyzed updated case information.* | | | |
| 12/24/2023 | Dan Moses | Business Analysis / Operations | 0.30 | $1,260.00 | $378.00 |
| | | *Reviewed and analyzed correspondence from T. James on Powercoun.* | | | |
| 12/27/2023 | Tanner James | Business Analysis / Operations | 0.60 | $630.00 | $378.00 |
| | | *Update call with management.* | | | |
| | | **TOTAL SERVICES** | **59.40** | | **$30,738.00** |

### EXPENSES

| DATE | EMPLOYEE | DESCRIPTION | AMOUNT |
|------|----------|-------------|--------|
| Meals: | | | |
| 12/5/2023 | Spencer Stires | Meals | $39.53 |

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 1/19/2024
**INVOICE NO:** 94939
**BILLING THROUGH:** 12/31/2023

## EXPENSES

| DATE | EMPLOYEE | DESCRIPTION | AMOUNT |
|------|----------|-------------|--------|
| | | *Postmates - S. Stires working lunch - Henderson, NV.* | |
| 12/6/2023 | Spencer Stires | Meals | $35.79 |
| | | *Postmates - S. Stires working dinner - Henderson, NV.* | |
| 12/7/2023 | Spencer Stires | Meals | $37.88 |
| | | *Postmates - S. Stires working lunch - Henderson, NV.* | |
| 12/13/2023 | Spencer Stires | Meals | $30.81 |
| | | *Postmates - S. Stires working lunch - Henderson, NV.* | |
| 12/14/2023 | Spencer Stires | Meals | $29.15 |
| | | *Postmates - S. Stires working dinner - Henderson, NV.* | |

| | | |
|---|---|---|
| **TOTAL EXPENSES** | | **$173.16** |
| **SUBTOTAL** | | **$30,911.16** |
| **AMOUNT DUE THIS INVOICE** | | **$30,911.16** |

This invoice is due upon receipt

Please remit payment to:

Province, LLC

Wire Instructions:

Meadows Bank

Account #

Routing #

EIN #