**RECEIVED AND FILED**

JAN 25 2023

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

MAG

January 22, 2024
Emily Lee
PO Box 3261
Plainfield, NJ 07063
908 531-7096

The Honorable Judge Mike K. Nakagawa
Foley Federal Building
300 Las Vegas Boulevard South
Courtroom 3, Las Vegas Nevada 89101.
Case # BK-23-10423
  Re: Objection to the Debtor's Objection to late Filed Administrative Expense claim of Emily Lee.
Hearing Date February 7, 2024
Hearing time 9:30 AM.

Honorable Judge Nakagawa,
My name is Emily Lee. I am objecting to the debtors objection. I have trying to contact CoinCloud for months about the money they owe me. I moved from the residence the Court sent the Administrative form to in May of 2023. I had No knowledge of this form that was sent. I searched and found Mrs. A. Hosey at foxrothchild and she inform me of CoinCloud was in bankruptcy Court and she sent me a administrative form which I sent to the court (enclosed). She also ask

Case # BK-23-10423                Jan 22, 2024

me to write out a statement stating why the form was late and that she would submit it to the court. She just informed me she never did. Coincloud was suppose to sent me a check in August of 2023. They never did. Your honor Nakagawa i am asking lenciency from the court. Councloud owes me $14,200.00. I have a family to support. I will appear Feburary 7, at 9:30am by phone at the hearing. I am asking you to please re-consider this objection on my behalf.

Sincerely,
Emily Lee
P.O. Box 3261
Plainfield, NJ 07063.

| In re: Cash Cloud, Inc. | Case No. 23-10423-mkn | PLEASE NOTE: |
|---|---|---|

Emily LEE
P.O. Box 3261
Plainfield NJ 07063

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☑ Check box if the address differs from the address on the envelope sent to you by the court.

*This form should only be used to assert an administrative expense claim that arose or accrued after February 6, 2023, but before July 21, 2023.*

**RECEIVED**
~~AND FILED~~

DEC 06 2023

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Name of Creditor and Address: the person or other entity to whom the debtor owes money or property

Emily LEE
P.O. Box 3261
Plainfield, NJ 07063

Creditor Telephone Number ( 908 ) 531-7096

Name and address where notices should be sent (if different from above):

Creditor Telephone Number ( )

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated:

**1. Basis for Claim:**
Coincloud owes me $14,200.00. I was promised a check by August 8, 2023. I received nothing. I was unable to contact them. Never returned any responses to text messages or emails sent to them.

**2. Date debt was incurred:** June 14, 2023

**3. Brief description of claim, including the basis for the priority nature of the claim (if any) (attach additional information):**
Coincloud owes me $14,200.00. I usually receive a record of my transactions but for this they never gave me one.

**4. Total Amount of Administrative Claim: $** 14,200.00

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. CREDITS:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court documents, mortgages security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be filed electronically on or before 5:00 p.m. Prevailing Pacific Time on July 20, 2023 through the Court's CM/ECF System or mailed to the address below so that it is received by the Clerk of the Bankruptcy Court for the District of Nevada at the address below on or before 5:00 pm Prevailing Pacific Time on July 20, 2023.

Clerk of the United States Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South, Las Vegas, NV 89101

**DATE** 11/3/2023

**SIGNATURE:** Emily Lee

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.

146882928.1



Return Service Requested

Cash Cloud, Inc. (DBA Coin Cloud)
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

01022024-1               0000022

Emily Lee
PO Box 3261
Plainfield, NJ 07063

## In re: Cash Cloud, Inc. (DBA Coin Cloud), Case No. 23-10423

### Claim Confirmation Letter

This letter confirms that your proof of claim in the above-referenced matter has been received and processed. Your claim was received on 12/06/2023 and was assigned claim no. 221 under Cash Cloud, Inc. (DBA Coin Cloud), Case No. 23-10423. For more information, please visit https://cases.stretto.com/CashCloud or call Toll-Free: 720.792.9194, International: 888.940.5992.