Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**COMBINED SEVENTH, EIGHTH, NINTH, AND TENTH MONTHLY FEE STATEMENTS OF McDONALD CARANO LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 1, 2023, THROUGH DECEMBER 31, 2023**<br><br>McDonald Carano LLP, Counsel to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>September 1, 2023, through December 31, 2023<br><br>$28,536.00 (80% of $35,670.00)<br><br>$1,405.64 (100% of expenses) |

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

McDonald Carano LLP ("McDonald Carano" or the "Applicant"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Seventh Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing September 1, 2023, through December 31, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, McDonald Carano requests allowance and payment of $28,536.00 (representing 80% of the $35,670.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $1,405.64 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by McDonald Carano during the Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at McDonald Carano who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Fee Period by task.  Attached hereto as **Exhibit 3** are the detailed time entries and expenses for the Fee Period (invoice for the period September 1, 2023, through December 31, 2023) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period.  McDonald Carano reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

DATED this 26th day of January 2024.

McDONALD CARANO LLP


By: _/s/ Ryan J. Works_____
  Ryan J. Works, Esq. (NSBN 9224)
  Amanda M. Perach, Esq. (NSBN 12399)
  2300 West Sahara Avenue, Suite 1200
  Las Vegas, Nevada 89102
  rworks@mcdonaldcarano.com
  aperach@mcdonaldcarano.com

  *Counsel for Official Committee*
  *of Unsecured Creditors*

# Exhibit 1

**COMPENSATION BY PROFESSIONAL FOR FEE PERIOD**

| Name | Position | Admission Year | Rate | Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Works, Ryan | Partner | 2004 | $ 650.00 | 40.80 | $ 26,520.00 |
| Grubb, Brian | Paralegal | | $ 300.00 | 30.50 | $ 9,150.00 |
| **Total** | | | | **71.30** | **$ 35,670.00** |

Exhibit 2

**COMPENSATION BY MATTER**

| Matter Description | Hours Billed | Total Compensation |
|---|---|---|
| Case Administration (B110) | 4.10 | $2,525.00 |
| Asset Analysis and Recovery (B120) | 39.40 | $24,455.00 |
| Asse Disposition (B130) | 3.00 | $970.00 |
| Fee/Employment Applications (B160) | 4.90 | $1,470.00 |
| Claims Administration and Objections (B310) | 0.60 | $390.00 |
| Plan and Disclosure Statement (B320) | 0.20 | $130.00 |
| Litigation (Non-Bankruptcy Court) (L) | 19.10 | $5,730.00 |
| Total = | 71.30 | $35,670.00 |

# Exhibit 3



FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

Invoice No. 12471244
October 16, 2023

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2023:

**Re:   Client.Matter: 32568 - 1**
       **IN RE CASH CLOUD, INC. DBA COIN CLOUD**
       **EMAIL INVOICES**

---

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 41,855.93 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 41,855.93 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 4,370.00 |
| Total Expenses | $ 683.12 |
| Total This Invoice | $ 5,053.12 |

### **TOTAL BALANCE NOW DUE**               **$ 46,909.05**

**mcdonaldcarano.com**

**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

MERITAS

# McDONALD CARANO LLP

_____

Invoice No. 12471244
October 16, 2023

Re:    **Client.Matter: 32568 - 1**
       **IN RE CASH CLOUD, INC. DBA COIN CLOUD**
       **EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 9/01/23 | RJW | B120 | | Meet and confer call with Dawn Cica, Diamond McCarthy lawyers, and Bob Gayda re application and order for 2004 examination of UCC | .50 | 325.00 |
| 9/01/23 | RJW | B120 | | Review and prepare in final, adversary complaint against Christopher McAlary, and cause to file | .50 | 325.00 |
| 9/01/23 | RJW | B120 | | Review and make changes to motion to quash 2004 examination of UCC, declaration of Bob Gayda in support of same and cause to file | .50 | 325.00 |
| 9/01/23 | BAG | B110 | | Review and finalize Adversary Complaint and motion to compel | .40 | 120.00 |
| 9/01/23 | BAG | B160 | | Finalize certificates of no objection re McDonald Carano and Seward Kissel's third and fourth fee statements (.2); send to lead counsel for review and approval to file (.1) | .30 | 90.00 |
| 9/05/23 | RJW | B110 | | Prepare for and attend weekly UCC meeting | .50 | 325.00 |
| 9/05/23 | RJW | B120 | | Receive and review order approving sale of assets to Powercoin free and clear of liens, claims and encumbrances | .20 | 130.00 |
| 9/11/23 | RJW | B110 | | Prepare for and attend weekly call with all professionals re status, update and strategy going forward on open items | .50 | 325.00 |
| 9/11/23 | RJW | B130 | | Emails with Cahterine LoTempio re standing motion, agreement with Genesis on split of proceeds and drafting motion and settlement agreement | .20 | 130.00 |
| 9/11/23 | BAG | B160 | | Follow up with Debtor's counsel re payment of McDonald Carano and Seward Kissel's second-fourth fee statements | .10 | 30.00 |
| 9/13/23 | RJW | B120 | | Exchange several emails with co-counsel and Diamond McCarthy re request for extension of time to file answer or response to complaint | .20 | 130.00 |
| 9/13/23 | RJW | B320 | | Receive, review and forward order from USDC Judge Navarro on appeal filed by McAlary and emails with co-counsel re same | .20 | 130.00 |
| 9/14/23 | RJW | B120 | | Receive, review and respond to several emails re stipulation and order on evidentiary hearing | .20 | 130.00 |

2

# McDONALD CARANO LLP

Invoice No. 12471244
October 16, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|------------------------|-------|--------|
| 9/15/23 | RJW | B120 | | Receive, review and approve/file joinder to debtor's motion re surcharge | .50 | 325.00 |
| 9/18/23 | RJW | B120 | | Review and approve/file reply in support of standing motion re lien recharacterization | .50 | 325.00 |
| 9/22/23 | RJW | B120 | | Work on stipulation and order re settlement with Cole Kepro and emails with S&K and Fox Rothschild re same | .20 | 130.00 |
| 9/22/23 | BAG | L | | Work with attorneys re order in support of CKI settlement (.4); Draft order approving settlement (.2); Exchange emails with Debtor's counsel re some (.1) | .70 | 210.00 |
| 9/25/23 | RJW | B120 | | Emails with co-counsel at S&K re stipulation and order with McAlary's attorneys' on claim objection and adversary matters | .20 | 130.00 |
| 9/26/23 | RJW | B110 | | Attention to dozens of emails on various updates, status reports, and strategy going forward | .30 | 195.00 |
| 9/26/23 | BAG | B160 | | Review FTI's draft fee applications and suggest edits | .50 | 150.00 |
| 9/26/23 | BAG | B160 | | Draft and prepare exhibits to McDonald Carano's fifth and sixth fee statements | 1.20 | 360.00 |
| 9/26/23 | BAG | B160 | | Confer with Ryan Works re fee statements | .10 | 30.00 |
| **Current Professional Services** | | | | | | **$ 4,370.00** |

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|------------|-------|------|-------|--------|-------|
| Brian Grubb | Paralegal | 300.00 | 3.30 | 990.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 5.20 | 3,380.00 | .00 |
| Total | | | 8.50 | $ 4,370.00 | $ .00 |

## EXPENSES

| | Description | Amount |
|---|-------------|--------|
| 9/01/23 | Filing Fee-Court, Bankcard Center | 350.00 |
| | Postage | 26.62 |
| | Copying | 2.50 |
| | Color Copies | 304.00 |
| **Current Expenses** | | **$ 683.12** |

**McDONALD CARANO** LLP

---

Invoice No. 12471244
October 16, 2023


TOTAL THIS INVOICE                                                    $ 5,053.12

# McDONALD CARANO LLP

---

Invoice No. 12471244
October 16, 2023

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 12463786 | 5/09/23 | 10,761.45 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | 13,757.31 |

Outstanding Balance                                                                 $ 41,855.93
Current Invoice                                                                        $ 5,053.12

**TOTAL BALANCE DUE**                                                      **$ 46,909.05**

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

Invoice No. 12471244
October 16, 2023

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2023:

**Re:   Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 5,053.12 |
| Balance Outstanding | $ 41,855.93 |
| **TOTAL BALANCE DUE** | **$ 46,909.05** |

### To Ensure Proper Credit Refer to Matter No. 32568 - 1

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:   www.mcdonaldcarano.com/online-payments/**

### PAYMENT IS DUE UPON RECEIPT

mcdonaldcarano.com

**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

MERITAS

# McDONALD CARANO
## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

Invoice No. 12472704
November 13, 2023

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2023:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

_____

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 46,909.05 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 46,909.05 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 10,065.00 |
| Total Expenses | $ 3.53 |
| Total This Invoice | $ 10,068.53 |

### TOTAL BALANCE NOW DUE          $ 56,977.58

mcdonaldcarano.com
**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**
**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505

MERITAS

# McDONALD CARANO LLP

---

Invoice No. 12472704
November 13, 2023

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 10/02/23 | BAG | B160 | | Exchange emails with Catherine LoTempio re Seward & Kissel's fee statements (.1); revise McDonald Carano's fifth and sixth fee statements (.5) | .60 | 180.00 |
| 10/03/23 | RJW | B120 | | Emails and conference call with S&K team re upcoming evidentiary hearing on surcharge of collateral and research pre-trial rules re same | 1.00 | 650.00 |
| 10/04/23 | RJW | B310 | | Review several emails re pre-trial matters, conduct telephone conference with Laura, Catherine and Andrew re same and attend pre-trial conference with team | .40 | 260.00 |
| 10/05/23 | RJW | B310 | | Work on pre-trial brief and joint pre-trial disclosures with co-counsel and send examples of same for USBC NV | .20 | 130.00 |
| 10/10/23 | BAG | L | | Review emails from co-counsel; Debtor's counsel, and Ryan Works re trial preparation | .40 | 120.00 |
| 10/11/23 | RJW | B120 | | Emails and telephone calls with Laura, Catherine and Brian Grubb re pre-trial matters in advance of Monday's evidentiary hearing/trial before Judge Nakagawa | 1.00 | 650.00 |
| 10/12/23 | BAG | L | | Confer with Ryan Works re trial preparation; exchange multiple emails with Debtor's counsel re exhibits | .50 | 150.00 |
| 10/13/23 | RJW | B120 | | Work on pre-evidentiary hearing on standing and surcharge motion | .80 | 520.00 |
| 10/13/23 | BAG | L | | Receive and review trial exhibit binders and prepare same for trial preparation; coordinate trial preparation and set up; confer with Ryan Works re same | 1.70 | 510.00 |
| 10/15/23 | RJW | B120 | | Meeting with co-counsel Laura Miller and Catherine LoTempio at MC to prepare for trial tomorrow against Enigma and Genesis on surcharge, standing and administrative claims | 2.50 | 1,625.00 |
| 10/16/23 | RJW | B120 | | Prepare for and attend trial (day 1) on surcharge of Enigma, standing to pursue and administrative claims | 5.50 | 3,575.00 |
| 10/16/23 | BAG | L | | Prepare Ryan Works for trial; coordinate trial exhibits; confer with Debtor's counsel re same | 2.00 | 600.00 |
| 10/17/23 | BAG | L | | Coordinate trial exhibits after trial | .20 | 60.00 |

# McDONALD CARANO LLP

Invoice No. 12472704
November 13, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 10/24/23 | RJW | B110 | | Conference call and emails with Catherine LoTempio re withdrawal of the reference of McAlary adversary action and prosecution of 9019 evidentiary hearing on November 28, 2023 | .50 | 325.00 |
| 10/25/23 | BAG | B160 | | Draft certificates of non-objection re McDonald Carano's Fifth and Sixth Fee Statements;  draft certificates of non-objection re FTI's Initial through Fifth Fee Statements | 1.30 | 390.00 |
| 10/26/23 | BAG | B160 | | Finalize and cause certificates of no objection re McDonald Carano and FTI to be filed (.1); exchange emails with FTI (.1) | .20 | 60.00 |
| 10/27/23 | RJW | B110 | | Receive and review dozens of emails and electronic filings re various matters and confer with co-counsel re same | .20 | 130.00 |
| 10/30/23 | RJW | B120 | | Calls with Laura and Andrew re upcoming discovery and evidentiary hearing on 9019 settlement with Cole Kepro | .20 | 130.00 |
| Current Professional Services | | | | | | $ 10,065.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|------------|-------|------|-------|--------|-------|
| Brian Grubb | Paralegal | 300.00 | 6.90 | 2,070.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 12.30 | 7,995.00 | .00 |
| Total | | | 19.20 | $ 10,065.00 | $ .00 |

## EXPENSES

| | Description | Amount |
|------|-------------|--------|
| | Copying | .25 |
| 10/26/23 | Mileage, Justin Martin | 3.28 |
| Current Expenses | | $ 3.53 |

TOTAL THIS INVOICE                                           $ 10,068.53

# McDONALD CARANO LLP

---

Invoice No. 12472704
November 13, 2023

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 12463786 | 5/09/23 | 10,761.45 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | 5,053.12 |

Outstanding Balance                                      $ 46,909.05
Current Invoice                                          $ 10,068.53

**TOTAL BALANCE DUE**                                    **$ 56,977.58**

4

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee                                        Invoice No. 12472704
DO NOT MAIL                                                                              November 13, 2023
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2023:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 10,068.53 |
| Balance Outstanding | $ 46,909.05 |
| **TOTAL BALANCE DUE** | **$ 56,977.58** |

### To Ensure Proper Credit Refer to Matter No. 32568 - 1

**All Checks should be made payable to:**          McDonald Carano LLP
Please return this page with payment                  P.O. Box 2670
                                                                       Reno, Nevada 89505

**For payment by wire or ACH:**                         Nevada State Bank
Please email wire confirmation to                       1 West Liberty Street
accounting@mcdonaldcarano.com                      Reno, Nevada 89501
                                                                       McDonald Carano LLP
                                                                       Account No. 0542004190
                                                                       Routing No. 122400779
                                                                       Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:   www.mcdonaldcarano.com/online-payments/**

### PAYMENT IS DUE UPON RECEIPT

mcdonaldcarano.com

**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

▥ MERITAS

# McDONALD CARANO
## YOUR NEVADA LAW FIRM SINCE 1949
FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee                          Invoice No. 12474270
DO NOT MAIL                                                              December 8, 2023
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2023:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

_____

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 56,977.58 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 56,977.58 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 19,610.00 |
| Total Expenses | $ 478.25 |
| Total This Invoice | $ 20,088.25 |

### **TOTAL BALANCE NOW DUE**                          **$ 77,065.83**

# McDONALD CARANO LLP

---

Invoice No. 12474270
December 8, 2023

Re:    **Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 11/08/23 | RJW | B120 | | Committee v. McAlery: Review and make changes to opposition to motion for withdrawal of the reference and cause to file | 1.00 | 650.00 |
| 11/09/23 | RJW | B110 | | Review and approve opposition to motion for withdrawal of the reference to U.S. District Court, joinder to Debtor's opposition to certification to the Ninth Circuit and objection to fee statement of Jim Jimmerson and cause to file all | .50 | 325.00 |
| 11/09/23 | BAG | L | | Draft Notice of Deposition re McAlary (.2); send email to Ryan Works and co-counsel re same (.1); revise draft notice to include FRCP 30(b)(6) requirements (.1) | .40 | 120.00 |
| 11/09/23 | BAG | B160 | | Review and finalize Seward Kissel's 5th, 6th, and 7th fee statement; (.1); send Ryan Works and Kimberly Kirn email re same (.1); exchange emails with team re response to Jimmerson's fee statement (.2); finalize and file objection to same (.2) | .60 | 180.00 |
| 11/14/23 | RJW | B120 | | Emails with B. Grubb and Laura Miller re deposition notice of McAlary | .20 | 130.00 |
| 11/14/23 | RJW | B120 | | Conference call with S&K team re evidentiary hearing/trial on 9019 motion to settle with Cole Kepro and strategy re same | .40 | 260.00 |
| 11/14/23 | BAG | B130 | | Finalize and file notice of deposition re McAlary | .30 | 90.00 |
| 11/16/23 | BAG | L | | Prepare for hearing on November 28 by tracking depositions working with co-counsel and Debtor's counsel (.6); confer with Ryan Works re same (.2) | .80 | 240.00 |
| 11/17/23 | BAG | L | | Research all entities in Nevada formed by Christopher McAlary (.4); update attorneys re same (.1) | .50 | 150.00 |
| 11/19/23 | BAG | L | | Review emails from co-counsel re Surcharge order transcript and send email to Kimberly Kirn re same | .10 | 30.00 |
| 11/20/23 | RJW | B110 | | Receive and review dozens of emails and conduct call with Laura and Andrew in preparation for evidentiary hearing on 9019 | 1.00 | 650.00 |

# McDONALD CARANO LLP

---

Invoice No. 12474270
December 8, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| | | | | motion re Cole Kepro settlement | | |
| 11/20/23 | BAG | B130 | | Exchange emails with team re motions to seal and process involving same (.4); draft motion to seal and related order in support of reply to 9019 motion (1.9) | 2.30 | 690.00 |
| 11/21/23 | RJW | B120 | | Attend deposition of Christopher McAlary re 9019 motion and evidentiary hearing | 2.50 | 1,625.00 |
| 11/21/23 | BAG | L | | Review emails, depositions, and filings in preparation for the November 28 hearing | 1.20 | 360.00 |
| 11/21/23 | BAG | B130 | | Exchange emails with Ryan Works and Seward Kissel team re motion to seal | .20 | 60.00 |
| 11/22/23 | RJW | B120 | | Review reply in support of, and begin preparing for evidentiary hearing on, 9019 settlement with Cole Kepro (.7); receive and review dozens of emails in preparation for, and filing of, joint reply and motion to seal certain exhibits | 1.50 | 975.00 |
| 11/22/23 | BAG | B120 | | Review and exchange multiple emails with Seward Kissel re Reply ISO Joint Motion to Approve Settlement Agreement with Cole Kepro (.2); send detailed email to Laura Miller re sealing filed documents and exhibits (.4); revise all motions, Ryan's declaration and exhibits, preparing same for filing, including redacted sets for filing (2.7) | 3.30 | 990.00 |
| 11/22/23 | BAG | L | | Review emails between Ryan Works and Seward Kissel re 9019 hearing (.1); respond to emails re local trial practice (.2); receive and revise exhibit and witness list re 9019 hearing (.8); exchange multiple emails with team and Debtor's counsel re exhibit and exhibit lists (.4); receive McAlary's exhibits and prepare them and the Committee's exhibits for Ryan Works' review (1.1) | 2.60 | 780.00 |
| 11/24/23 | RJW | B120 | | Prepare for and attend continued deposition of 30(b)(6) designee of Cole Kepro - Fred Cook | 2.00 | 1,300.00 |
| 11/25/23 | RJW | B120 | | Review objection to witnesses, and exhibits, filed by Chris McAlary and email with S&K team re same | .20 | 130.00 |
| 11/26/23 | RJW | B120 | | Continue preparing for evidentiary hearing/trial on objection to 9019 motion to settle with Cole Kepro | 3.50 | 2,275.00 |
| 11/26/23 | BAG | L | | 9019 Hearing preparation | 1.20 | 360.00 |
| 11/27/23 | RJW | B120 | | Continue preparing for evidentiary hearing/trial tomorrow on approval of 9019 | 5.50 | 3,575.00 |

# McDONALD CARANO LLP

Invoice No. 12474270
December 8, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| | | | | motion/settlement with Cole Kepro and work on settlement of same | | |
| 11/27/23 | BAG | L | | Review and exchange emails with Ryan Works, Seward Kissel, Debtor's counsel, and opposing counsel re deposition designations(.5); draft disposition designation statements (1.5); prepare electronic set of exhibits for display during evidentiary hearing (1.0); set up trial director case for same (.8); review hard copy exhibits and prepare for Ryan Works use (1.0); exchange telephone calls and emails with Debtor's counsel re exhibits(.2); misc hearing preparation (.5); coordinate hard copy depositions for use at hearing (.2); coordinate original copy of McAlary deposition for use at hearing (.3); review and gather all filings related to the hearing (.5); send email to Ryan Works re all declarations (.2) | 6.70 | 2,010.00 |
| 11/28/23 | RJW | B120 | | Work on stipulation and order resolving evidentiary hearing, staying appeals and order to attend settlement conference | 1.50 | 975.00 |
| 11/28/23 | RJW | B120 | | Attend and argue joint motion to approve CKI compromise and prepare/circulate order approving same | 1.00 | 650.00 |
| 11/29/23 | BAG | L | | Exchange emails with Laura Miller re-deposition of Christopher McAlary | .10 | 30.00 |

Current Professional Services     $ 19,610.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|------------|-------|------|-------|--------|-------|
| Brian Grubb | Paralegal | 300.00 | 20.30 | 6,090.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 20.80 | 13,520.00 | .00 |
| Total | | | 41.10 | $ 19,610.00 | $ .00 |

# McDONALD CARANO LLP

Invoice No. 12474270
December 8, 2023

**EXPENSES**

| Description | Amount |
| --- | --- |
| Color Copies | 232.00 |
| Copying | 246.25 |

| Current Expenses | $ 478.25 |
| --- | --- |

| TOTAL THIS INVOICE | $ 20,088.25 |
| --- | --- |

# McDONALD CARANO LLP

Invoice No. 12474270
December 8, 2023

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 12463786 | 5/09/23 | 10,761.45 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | 10,068.53 |

Outstanding Balance                                        $ 56,977.58
Current Invoice                                              $ 20,088.25

**TOTAL BALANCE DUE**                              **$ 77,065.83**

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee                                    Invoice No. 12474270
DO NOT MAIL                                                                 December 8, 2023
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2023:

**Re:   Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

---

Balance Due This Invoice                    $ 20,088.25
Balance Outstanding                         $ 56,977.58

**TOTAL BALANCE DUE**                       **$ 77,065.83**

---

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**              McDonald Carano LLP
Please return this page with payment                  P.O. Box 2670
                                                      Reno, Nevada 89505

**For payment by wire or ACH:**                       Nevada State Bank
Please email wire confirmation to                     1 West Liberty Street
accounting@mcdonaldcarano.com                         Reno, Nevada 89501
                                                      McDonald Carano LLP
                                                      Account No. 0542004190
                                                      Routing No. 122400779
                                                      Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:   www.mcdonaldcarano.com/online-payments/**

## PAYMENT IS DUE UPON RECEIPT

**mcdonaldcarano.com**

**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

▥ MERITAS

# McDONALD CARANO
## YOUR NEVADA LAW FIRM SINCE 1949
FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee

Invoice No. 12475783

DO NOT MAIL

January 12, 2024

DO NOT MAIL

McDonald Carano LLP c/o Ryan J. Works

2300 West Sahara Avenue, Suite 1200

Las Vegas, NV  89102

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2023:

**Re:    Client.Matter: 32568 - 1**

**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

**EMAIL INVOICES**

_____

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 77,065.83 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 77,065.83 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 1,625.00 |
| Total Expenses | $ 240.74 |
| Total This Invoice | $ 1,865.74 |

## **TOTAL BALANCE NOW DUE**               **$ 78,931.57**

**mcdonaldcarano.com**

**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

MERITAS

# McDONALD CARANO LLP

---

Invoice No. 12475783
January 12, 2024

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 12/01/23 | RJW | B120 | | Several emails with committee co-counsel, Bankruptcy Court, and McAlary counsel re scheduling of settlement conference in January or February 2024 | .50 | 325.00 |
| 12/03/23 | RJW | B110 | | Review dozens of electronically filed documents and review requests/inquiries from alleged creditors and forward to debtor for review and response | .20 | 130.00 |
| 12/06/23 | RJW | B120 | | Several emails with committee co-counsel, Bankruptcy Court, and McAlary counsel re scheduling of settlement conference in January or February 2024 | .40 | 260.00 |
| 12/11/23 | RJW | B120 | | Several emails with committee co-counsel, Bankruptcy Court, and McAlary counsel re scheduling of settlement conference in January or February 2024 | .30 | 195.00 |
| 12/12/23 | RJW | B120 | | Several emails with committee co-counsel, Bankruptcy Court, and McAlary counsel re scheduling of settlement conference in January or February 2024 | .20 | 130.00 |
| 12/13/23 | RJW | B120 | | Several emails with committee co-counsel, Bankruptcy Court, and McAlary counsel re scheduling of settlement conference in January or February 2024 | .40 | 260.00 |
| 12/21/23 | RJW | B120 | | Dozens of emails with committee co-counsel and McAlary counsel re scheduling of settlement conference in January or February 2024 | .50 | 325.00 |

Current Professional Services                                              $ 1,625.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|------------|-------|------|-------|--------|-------|
| Ryan J. Works | Partner | 650.00 | 2.50 | 1,625.00 | .00 |
| Total | | | 2.50 | $ 1,625.00 | $ .00 |

# McDONALD CARANO LLP

---

Invoice No. 12475783
January 12, 2024

## EXPENSES

| | Description | Amount |
|---|---|---|
| | | |
| 11/21/23 | Transcripts, Bankcard Center | 179.00 |
| | Postage | 17.25 |
| | Copying | 39.25 |
| 12/01/23 | Mileage, Beth Roe | 5.24 |
| | | |
| Current Expenses | | $ 240.74 |

TOTAL THIS INVOICE                                          $ 1,865.74

# McDONALD CARANO LLP

---

Invoice No. 12475783
January 12, 2024

### INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 12463786 | 5/09/23 | 10,761.45 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | 20,088.25 |

Outstanding Balance $ 77,065.83
Current Invoice $ 1,865.74

**TOTAL BALANCE DUE** **$ 78,931.57**

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee                          Invoice No. 12475783
DO NOT MAIL                                                                              January 12, 2024
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2023:

**Re:   Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

|  |  |
|---|---|
| Balance Due This Invoice | $ 1,865.74 |
| Balance Outstanding | $ 77,065.83 |
| **TOTAL BALANCE DUE** | **$ 78,931.57** |

### To Ensure Proper Credit Refer to Matter No. 32568 - 1

**All Checks should be made payable to:**                     McDonald Carano LLP
Please return this page with payment                            P.O. Box 2670
                                                                                       Reno, Nevada 89505

**For payment by wire or ACH:**                                   Nevada State Bank
Please email wire confirmation to                                 1 West Liberty Street
accounting@mcdonaldcarano.com                              Reno, Nevada 89501
                                                                                       McDonald Carano LLP
                                                                                       Account No. 0542004190
                                                                                       Routing No. 122400779
                                                                                       Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:   www.mcdonaldcarano.com/online-payments/**

### PAYMENT IS DUE UPON RECEIPT

mcdonaldcarano.com

2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100

100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000
Mailing Address: P.O. Box 2670 ▪ Reno, Nevada 89505

MERITAS