_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
January 26, 2024

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | : | Case No. BK-23-10423-mkn |
| CASH CLOUD, INC., dba COIN CLOUD, | : | Chapter 11 |
| Debtor. | : | **ORDER APPROVING STIPULATION TO CONTINUE HEARING DATE** |

Upon consideration of the *Stipulation to Continue Hearing Date* [ECF No. 1572] (the "**Stipulation**");

**IT IS HEREBY ORDERED** that:

1. The Hearing[1] on the Application shall be continued from January 17, 2024 at 9:30 a.m. (Pacific Time) to March 20, 2024 at 9:30 a.m. (Pacific Time) as set forth in the Stipulation.

**IT IS SO ORDERED.**

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

Prepared and respectfully submitted by:

| **FOX ROTHSCHILD LLP** | **HIRSCHLER FLEISCHER, P.C.** |
|---|---|
| */s/ Brett A. Axelrod* | */s/ Maurice B. VerStandig* |
| Brett A. Axelrod, Esq.<br>Nevada Bar No. 5859<br>Nicholas A. Koffroth, Esq.<br>Nevada Bar No. 16264<br>190 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br><br>*Counsel for the Debtor* | Robert S. Westermann, Esq. (admitted pro hac vice)<br>Brittany B. Falabella (admitted pro hac vice)<br>2100 East Cary Street<br>Richmond, Virginia 23223<br><br>and<br><br>Maurice B. VerStandig, Esq.<br>Nevada Bar No. 15346<br>The VerStandig Law Firm, LLC<br>452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012<br><br>*Counsel for Brink's Incorporated* |