BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**EX PARTE APPLICATION TO EXCEED PAGE LIMIT ON FOX ROTHSCHILD'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD FROM FEBRUARY 7, 2023 TO SEPTEMBER 30, 2023**<br><br>Hearing Date: February 28, 2024<br>Hearing Time: 9:30 a.m. |

Fox Rothschild, LLP ("Fox"), as counsel to Cash Cloud, Inc. dba Coin Cloud ("Debtor") debtor and debtor in possession in the above-referenced chapter 11 case (the "Chapter 11 Case"), hereby files this *Ex Parte Application to Exceed Page Limit Pursuant to LR 9014(e)* (the "Application") for *Fox Rothschild's First Interim Application for Compensation and Reimbursement of Expenses for the Interim Fee Period from February 7, 2023 to September 30, 2023* (the "First Interim Compensation Application"). In support of this Application, Fox respectfully represents as follows:

154412490.1

1

Fox requests permission to submit nineteen (19) pages in excess of the 20-page limit for their First Interim Compensation Application (or 39 pages in total) in order to address fully all of the issues in connection with the First Interim Compensation Application. Fox further requests that they be allowed to file the First Interim Compensation Application without a table of contents and table of authorities.

Wherefore, Fox respectfully requests that the Court enter an order, substantially in the form of the proposed order attached hereto as **Exhibit "A,"** granting Fox leave, pursuant to LR 9014(e)(1), to file the First Interim Compensation Application in excess of the normal page limits, up to a maximum of thirty-nine (39) pages, without a table of contents and table of authorities, and granting such other and further relief as is just and proper.

Dated this 30th day of January 2024.

**FOX ROTHSCHILD LLP**

By  /s/Brett A. Axelrod
   BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
   NICHOLAS A. KOFFROTH, ESQ.
   Nevada Bar No. 16264
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
   *Counsel for Debtor*

154412490.1

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER GRANTING EX PARTE APPLICATION TO EXCEED PAGE LIMIT ON FOX ROTHSCHILD'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD FROM FEBRUARY 7, 2023 TO SEPTEMBER 30, 2023** |

The Court, having reviewed and considered the *Ex Parte Application to Exceed Page Limit Pursuant to LR 9014(e)* (the "Application") filed by Fox Rothschild, LLP ("Fox"), as counsel to Cash Cloud, Inc. dba Coin Cloud ("Debtor"), seeking authority to file *Fox Rothschild's First Interim*

3

154412490.1

*Application for Compensation and Reimbursement of Expenses for the Interim Fee Period from February 7, 2023 to September 30, 2023* (the "First Interim Compensation Application"), in excess of the twenty (20) page limit, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Application is **GRANTED**, and Fox may file their First Interim Compensation Application in excess of the page limit in Local Rule 9014(e), up to a maximum of thirty-nine (39) pages, without a table of contents and table of authorities.

Prepared and Submitted By:

**FOX ROTHSCHILD LLP**

By    /s/Brett A. Axelrod
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

# # #

154412490.1