_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
January 31, 2024

_____

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
           nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER GRANTING EX PARTE APPLICATION TO EXCEED PAGE LIMIT ON FOX ROTHSCHILD'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD FROM FEBRUARY 7, 2023 TO SEPTEMBER 30, 2023** |

   The Court, having reviewed and considered the *Ex Parte Application to Exceed Page Limit Pursuant to LR 9014(e)* (the "Application") filed by Fox Rothschild, LLP ("Fox"), as counsel to Cash Cloud, Inc. dba Coin Cloud ("Debtor"), seeking authority to file *Fox Rothschild's First Interim*

154412490.1

*Application for Compensation and Reimbursement of Expenses for the Interim Fee Period from February 7, 2023 to September 30, 2023* (the "First Interim Compensation Application"), in excess of the twenty (20) page limit, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Application is **GRANTED**, and Fox may file their First Interim Compensation Application in excess of the page limit in Local Rule 9014(e), up to a maximum of thirty-nine (39) pages, without a table of contents and table of authorities.

Prepared and Submitted By:

**FOX ROTHSCHILD LLP**

By  /s/Brett A. Axelrod
   BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
   NICHOLAS A. KOFFROTH, ESQ.
   Nevada Bar No. 16264
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
   *Counsel for Debtor*

# # #

154412490.1

2