BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**DECLARATION OF DANIEL AYALA IN SUPPORT OF FOX ROTHSCHILD'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD FROM FEBRUARY 7, 2023 TO SEPTEMBER 30, 2023**<br><br>Hearing Date:  February 28, 2024<br>Hearing Time:  9:30 a.m. |

I, Daniel Ayala, declare as follows:

1. I am the Independent Director of Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case").

2. Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

1

3.      I make this Declaration in support of *Fox Rothschild's First Interim Application for Compensation and Reimbursement of Expenses for the Interim Fee Period from February 7, 2023 to September 30, 2023* (the "First Interim Compensation Application").[1]

4.      During the First Interim Fee Period, Fox incurred $2,244,702.00 in fees for professional services rendered and paid $21,805.01 in actual and necessary expenses. This First Interim Compensation Application seeks an order approving, allowing and authorizing Debtor's payment of the Requested Compensation.

5.      During the First Interim Fee Period, Fox has received payments totaling $900,100.00.

6.      Fox performed services for or on behalf of Debtor during the First Interim Fee Period, and I believe such services were necessary and reasonable. All services for which Fox requests compensation were performed for or on behalf of Debtor in furtherance of its duties under the Bankruptcy Code as debtor-in-possession.

7.      Fox provided me with its monthly invoices for the period from February 7, 2023 through September 30, 2023. I have reviewed and approved Fox's invoices for each of those months. I believe that the Requested Compensation sought by Fox is reasonable and was necessary to represent Debtor in its Chapter 11 Case.

8.      I have reviewed the First Interim Compensation Application, and, on behalf of Debtor, I support the approval of the First Interim Compensation Application in its entirety and payment of the Requested Compensation.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed this 31st day of January 2024.

             */s/Daniel Ayala*
             Daniel Ayala

---

[1] Capitalized terms not defined herein have the meanings assigned to them in the First Interim Compensation Application.

2