BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FOX ROTHSCHILD LLP'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD FROM FEBRUARY 7, 2023 TO SEPTEMBER 30, 2023**<br><br>Hearing Date: February 28, 2024<br>Hearing Time: 9:30 a.m. |

**PLEASE TAKE NOTICE** that on the 31st day of January 2024, Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel, Fox Rothschild LLP, filed *Fox Rothschild LLP's First Interim Application for Compensation and Reimbursement of Expenses for the Interim Fee Period from February 7, 2023 to September 30, 2023* (the "Motion").[1] Copies of the Motion and related pleadings are available at https://cases.stretto.com/CashCloud (the "Case Website").

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

1

154227105.1

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you ***must*** file a **WRITTEN** response to this pleading with the court. You ***must*** also serve your written response on the person who sent you this notice.
>
> <u>If you do not file a written response</u> with the court, or <u>if you do not serve your written response</u> on the person who sent you this notice, then:
>
> • The court may ***refuse to allow you to speak*** at the scheduled hearing; and
>
> • The court may ***rule against you*** without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that a hearing on the Motion will be held before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 2, Las Vegas, Nevada 89101, on **February 28, 2024** at the hour of **9:30 a.m.** Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.

Dated this 31st day of January 2024.

                    **FOX ROTHSCHILD LLP**

                    By      */s/Brett A. Axelrod*
                        BRETT A. AXELROD, ESQ.
                        Nevada Bar No. 5859
                        NICHOLAS A. KOFFROTH, ESQ.
                        Nevada Bar No. 16264
                        1980 Festival Plaza Drive, Suite 700
                        Las Vegas, Nevada 89135
                        *Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)