BRETT A. AXELROD, ESQ., NV Bar No. 5849
JEANETTE E. MCPHERSON, ESQ., NV Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ., NV Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
        jmcpherson@foxrothschild.com
        nkoffroth@foxrothschild.com

*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No.  BK-23-10423-MKN |
| CASH CLOUD, INC.,<br>dba COIN CLOUD | Chapter 11 |
| Debtor. | **DECLARATION OF ANGELA HOSEY IN SUPPORT OF REPLY TO EMILY LEE'S OBJECTION TO DEBTOR'S OBJECTION TO LATE FILED ADMINISTRATIVE EXPENSE CLAIM OF EMILY LEE**<br><br>Hearing Date:    February 7, 2023<br>Hearing Time:   9:30 a.m. |

I, Angela Hosey, hereby declare as follows:

1.      I am an employee of Fox Rothschild LLP ("Fox"), which maintains offices at, among other locations: 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada 89135.

2.      I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, except where stated as based upon information and belief, and if called upon to testify, could and would do so.

3.      I submit this declaration (the "Declaration") in support of the *Reply To Emily Lee's Objection To Debtor's Objection To Late Filed Administrative Expense Claim Of Emily Lee* ("Reply").[1]

4.      On September 27, 2023, Emily Lee contacted me by telephone to discuss her claim

---

[1]  Capitalized terms used but not otherwise defined in this Declaration shall have the meanings ascribed to them in the Reply.

154311153.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

against the Debtor and her request for a refund.

5.    During that discussion, I informed her that Fox represents the Debtor. I further informed her that I am not an attorney, and neither I nor the law firm could provide her with any legal advice. This is my customary disclosure when parties that this firm does not represent contacts me seeking information.

6.    I also informed her that the Court had entered an Order setting an Administrative Claims Bar Date.

7.    Emily Lee indicated that she did not receive the Order or Notice of the Administrative Claims Bar Date and stated that her mailing address had changed.

8.    I asked Emily Lee to email me her contact information and she did so. *See* emails from Emily Lee dated September 27, 2023 attached hereto as **Exhibit 1 at p. AH001-AH002**.

9.    I also informed Emily Lee that she would need to update her mailing address with the Court in writing and she could obtain the necessary forms from the Bankruptcy Court's website and she could also follow the case for free on the claims and noticing agent's website, Stretto.com.

10.    I also offered to email the related documents to her. She agreed and I did so. *See* email to Emily Lee dated September 27, 2023 attached hereto as **Exhibit 1 at p. AH003 (attachments excluded)**.

11.    During this discussion, I did inform Emily Lee that if she wanted to file an explanation as to the reason her Proof of Claim was late-filed, she could. I also told her that I could not guarantee that the Debtor would not file an objection to her late-filed claim whether or not she included an explanation.

12.    On October 5, 2023, I responded to a voice mail left by Emily Lee and spoke with her regarding the Administrative Claims Bar Date. Again, I informed her that as she is aware, I am not an attorney, and neither I nor the law firm could provide her with any legal advice.

13.    As a result of the telephone conversation with Emily Lee on October 5, 2023, on the same date, I again forwarded the documents related to the Administrative Claims Bar Date to Emily Lee. *See* email to Emily Lee dated October 5, 2023 attached hereto as **Exhibit 1 at p. AH004 (attachments excluded)**.

154311153.1

14. On November 3, 2023, I received an email from Emily Lee, stating that she was "sending over the Administrative form…. I will be sending text messages from them to me." *See* email from Emily Lee dated November 3, 2023, attached hereto as **Exhibit 1 at p. AH005.**

15. On that same date, I received approximately 13 more emails from Emily Lee containing screen shots of text messages and a final message stating "I tried to send over the text messages between coincloud and myself. I checked my files. I don't see it. I will call later to see if you recieved (*sic*) them." *See* emails from Emily Lee dated November 3, 2023, attached hereto as **Exhibit 1 at p. AH006-AH026.**

16. On November 3, 2023, I replied to Emily Lee's emails by email, and stated "[Y]ou will need to follow the directions on the attached document to file your administrative claim. Sending me unfiled documents and attachments does not constitute filing a claim." *See* email to Emily Lee dated November 3, 2023, attached hereto as **Exhibit 1 at p. AH027 (attachments excluded)**.

17. On November 13, 2023, I received an email from Emily Lee, stating "Goodmorning (*sic*) morning. Did you recieve (*sic*) the documents. How long will it take to hear back about my case?" *See* email from Emily Lee dated November 13, 2023, attached hereto as **Exhibit 1 at p. AH028.**

18. On November 13, 2023, I replied to Emily Lee's email by email, and stated:

> Ms. Lee, as set forth in the email sent to you on November 3, 2023, emailing/mailing the documents only to this firm (or me) does not constitute a filed claim with the Court.
>
> If you have not complied with the directions provided to you in the filings that were sent to you with my prior email, your claim has not been filed with the Court.
>
> I have no further information regarding the status of your claim. Once your claim has been filed with the Court, the attorney will file the appropriate responses.

*See* email to Emily Lee dated November 13, 2023, attached hereto as **Exhibit 1 at p. AH029-AH030.**

19. On November 14, 2023, Emily Lee contacted me by telephone to confirm if I had received a multitude of emails from with documents purporting to support her claim. I again informed her that this law firm represents the Debtor and does not represent her, I am not an

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

attorney, and I could not provide her with legal advice.  I further informed her that I could not file her proof of claim for her and her emailing or mailing documents to me or anyone in this firm would not constitute properly filing a claim.  I also told her again that she would need to comply with the instructions contained in the documents that were provided to her at least twice.

20.     Because Emily Lee indicated to me during our conversation that my emails to her may be going to her spam at one of the 2 different email addresses she has used to communicate with me, on November 14, 2023, I again forwarded the above email to Emily Lee to both of her email addresses:  Emilylee908@aol.com and elee6379@gmail.com.  *See* emails to Emily Lee dated November 14, 2023, attached hereto as **Exhibit 1 at p. AH031-AH034.**

21.     On November 14, 2023, at my request during our conversation, I received an email from Emily Lee requesting that I send all correspondence to her email, Elee6379@gmail.com from that day forward.  *See* email from Emily Lee dated November 14, 2023, attached hereto as **Exhibit 1 at p. AH035-AH037.**

22.     On the same day, I contacted Stretto, the claims and noticing agent of the Debtor, and requested that they update the contact information for creditor (admin claimant) Emily Lee as requested by Emily Lee and Stretto replied to confirm the request.  *See* emails between me and Stretto dated November 14, 2023, attached hereto as **Exhibit 1 at p. AH038-AH040, AH044-AH046.**

23.     I then sent an email to Emily Lee confirming that "I have notified the claims and noticing agent of your updated email address and all further emails will go to your requested email." and Emily Lee replied acknowledging and thanking me. *See* emails between me and Emily Lee dated November 14, 2023, attached hereto as **Exhibit 1 at p. AH041-AH042, AH047-AH049.**

24.     On January 19, 2024, I received an email from Emily Lee stating:

Mrs. Hosey this is Emily Lee. here are documents from the court that I need to discuss with you please. When I first called you we discussed the reason why I was late filing the documents. You sent the court the reason which is I didn't live at that residence anymore. Coincloud is trying to forfeit my money. I need my money please. There is a court hearing on February 7th. Can you please reach out to coincloud attorney and fix this. It's not fair that's my money.

*See* email from Emily Lee dated January 19, 2024, attached hereto as **Exhibit 1 at p. AH050.**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

154311153.1

25.    On the same date, I received an additional email from Emily Lee stating:

The court has received all the documents. You also received the letter from the beginning that you told me to write regarding why I was late filing the administrative form, which you were suppose (*sic*) to send to the court. Please check into this. If you have any information that I can contact the court regarding this matter I would appreciate it. I not trying to give anyone a hard time I don't want to lose my money.

*See* email from Emily Lee dated January 19, 2024, attached hereto as **Exhibit 1 at p. AH051.**

26.    On January 19, 2024, I replied to Emily Lee's emails, stating:

As you are aware, an objection has been filed to your late-filed claim.  See the attached documents.  You were informed by me during our many previous conversations that this would be a possibility and that you may want to consult with your own attorney for advice if, after reviewing the relevant filings you were not sure how to comply with the directions therein.  You did not do so and instead chose to file the late filed claim, even after you were told that it may be objected to as a result.

At your request, I updated your email address with the Claims and Noticing Agent and provided you with confirmation that all future notices would be sent to your requested email address.  I have not contacted the Court on your behalf for any reason, including your address change, because this firm does not represent you and cannot file documents on your behalf.

In addition, as I have told you multiple times, neither this firm nor I can provide you with any legal advice regarding your claim.  In fact, I have suggested on multiple occasions that you may want to consult with your own attorney because we cannot provide you with any legal advice or guidance.

Accordingly, as set forth in the attached Notice of Hearing, you will need to comply with the instructions and deadlines contained therein:

            …

Again, you may want to consult with an attorney to seek advice regarding your claim and the attached Objection to your claim.

*See* email to Emily Lee dated January 19, 2024, attached hereto as **Exhibit 1 at p. AH052-AH053**

**(attachments excluded).**

27.    On the same date, I received 2 email responses from Emily Lee stating:

Calm down.  It's ok if you are not representing me. I was only seeking some advise (*sic*) from you since you knew something about the case. I will have to represent myself.  I will find a way to get to the judge on my case. I will follow the instructions you sent. Sorry if I bothered you. How would you like to be in my shoes?

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

154311153.1

*See* email from Emily Lee dated January 19, 2024, attached hereto as **Exhibit 1 at p. AH054-AH055.**

> Another thing we haven't had that many conversations. I think you over exaggerated somewhat. How did you get involved with this case if you are not representing the people involved.

*See* email from Emily Lee dated January 19, 2024, attached hereto as **Exhibit 1 at p. AH056.**

28.    On the same date, I sent a reply email to Emily Lee stating:

> We have had several conversations and email interactions and every time I have provided you with the same information and suggestion that you consult an attorney of your own choosing.  This law firm represents the Debtor, not the creditors or any other parties.  As you have been informed multiple times, I am not an attorney and cannot provide you with legal advice, and you have also been informed that this law firm does not represent you and cannot give you legal advice.

*See* email from Emily Lee dated January 19, 2024, attached hereto as **Exhibit 1 at p. AH057.**

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of information, knowledge and belief.

Executed this 31st day of January, 2024 in Las Vegas, Nevada.

/s/ Angela Hosey
Angela Hosey

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

154311153.1

# EXHIBIT 1

| | |
|---|---|
| **From:** | Emily Lee |
| **To:** | Hosey, Angela |
| **Subject:** | [EXT] Claim Bar Notice |
| **Date:** | September 27, 2023 11:06:17 AM |

I contacted you to inform you that I didn't receive the Claim Bar Notice mailed to me. I no longer reside at the address
2234 Forest Street Easton Pa 18042.
My new address is : Emily Lee
P.O box 3261 Plainfield NJ 07063. I would like to resolve this matter as soon as possible.
Thank you for your help.

**From:**      Emily Lee
**To:**        Hosey, Angela
**Subject:**   [EXT] Claim Bar Notice
**Date:**      September 27, 2023 11:07:07 AM

Emily Lee telephone number 908 531 7096
Sent from AOL on Android

AH002

| From: | Hosey, Angela |
|---|---|
| To: | Emily Lee |
| Bcc: | Angela Tsai; {F2333476O}.Active@wcs.foxrothschild.com |
| Subject: | RE: [EXT] Claim Bar Notice |
| Date: | September 27, 2023 11:21:10 AM |
| Attachments: | 824 Notice of Entry of Administrative Claim Bar Date Order Establishing a Deadline to File Administrative Expense Claims, etc.(147419607.1)-C.pdf |
| | 884 Supplemental Certificate of Service re Notice of Entry of Administrative Claim, and Administrative Claim Form(147653083.1)-C.pdf |

Ms. Lee,

Attached is the Notice of Entry of Administrative Claim Bar Date Order.  Please review the attached and if you have any questions regarding your rights, please seek the advice your attorney.   I am also attaching a copy of the Certificate of Mailing that reflects the date and address to which the Notice was mailed.

Thank you.

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <emilylee908@aol.com>
**Sent:** September 27, 2023 10:22 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** [EXT] Claim Bar Notice

I contacted you to inform you that I didn't receive the Claim Bar Notice mailed to me. I no longer reside at the address
2234 Forest Street Easton Pa 18042.
My new address is : Emily Lee
P.O box 3261 Plainfield NJ 07063. I would like to resolve this matter as soon as possible.  Thank you for your help.

AH003

| From: | Hosey, Angela |
|---|---|
| To: | Emily Lee |
| Bcc: | {F23334760}.Active@wcs.foxrothschild.com |
| Subject: | RE: [EXT] Claim Bar Notice |
| Date: | October 5, 2023 5:33:44 PM |
| Attachments: | 824 Notice of Entry of Administrative Claim Bar Date Order Establishing a Deadline to File Administrative Expense Claims, etc.(147419607.1)-C.pdf |
| | 841 Certificate of Service re Notice of Entry of Administrative Claim, and Administrative Claim Form(147509343.1)-C.pdf |
| | 884 Supplemental Certificate of Service re Notice of Entry of Administrative Claim, and Administrative Claim Form(147653083.1)-C.pdf |
| | 998 Supplemental Certificate of Service re Notice of Entry of Administrative Claim and Administratice Claim Form(148110318.1)-C.pdf |

Ms. Lee,

Thank you for your email.  Attached are the documents related to the Administrative Claims Bar Date.

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702)699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <emilylee908@aol.com>
**Sent:** September 27, 2023 10:29 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** [EXT] Claim Bar Notice

Emily Lee telephone number 908 531 7096
Sent from AOL on Android

**From:** Emily Lee
**To:** Hosey, Angela
**Subject:** [EXT] Administrative claim form
**Date:** November 3, 2023 7:19:50 AM

Goodmorning Ms. Hosey. This is Emily Lee I'm sending over the Administrative form. Councloud has in their possession the money as I stated on the form. I will be sending text messages from them to me. They never sent me my receipt for the money they owe me. The address on the form is where mail can be sent to me. My telephone number is 908 531-7096. Thank you. I sent you the letter you needed Stating that I didn't live at the address where the mail was sent informing me of about this. I need my money back. Thank you

Sent from AOL on Android

| | |
|---|---|
| From: | Emily Lee |
| To: | Hosey, Angela |
| Subject: | [EXT] Document |
| Date: | November 3, 2023 7:25:12 AM |

10:15    📵 📵 🔳 🔳 🎵 •      ⏰ 5G ▂▄▆ 40% 🔋

<    👤   **+18335353380** ⌄     ⋮

8:58 AM   (4)

Regretfully, we are unable to assist with your concern at this time. Please follow us on social media for real-time updates:
http://facebook.com/CoinCloudDCM   8:59 AM

I want an update on my refund

How can I get that on social media
9:17 AM

Monday, June 26

Your refund is still processing. As stated over the phone the refund process takes 6-8 weeks from when we receive your information. We first received your information on 6/8/23. We are trying to process as quickly

AH006



as possible, thank you for your patience.

6:34 PM

Monday, July 24

Is there an update on my refund, please. It's been more than 6 weeks. Your telephone system has been undergoing an upgrade for a long time.

3:37 PM

Sent from AOL on Android

AH007

| | |
|---|---|
| **From:** | Emily Lee |
| **To:** | Hosey, Angela |
| **Subject:** | [EXT] Document |
| **Date:** | November 3, 2023 7:26:31 AM |

10:15  •          ⏰ 5G ⏹ 40% 🔋

‹        👤  **+18335353380**  ⌄          ⋮

8:58 AM    (4)

Regretfully, we are unable to assist with your concern at this time.  Please follow us on social media for real-time updates: http://facebook.com/CoinCloudDCM
8:59 AM

I want an update on my refund

How can I get that on social media
9:17 AM

Monday, June 26

Your refund is still processing.  As stated over the phone the refund process takes 6-8 weeks from when we receive your information. We first received your information on 6/8/23. We are trying to process as quickly

AH008



as possible, thank you for your
patience.                                    6:34 PM

                  Monday, July 24

                          Is there an update on my refund,
                          please. It's been more than 6 weeks.
                          Your telephone system has been
                          undergoing an upgrade for a long
         3:37 PM          time.

This is a text between councloud and myself
Sent from AOL on Android

AH009

From:       Emily Lee
To:         Hosey, Angela
Subject:    [EXT] Document
Date:       November 3, 2023 7:28:16 AM



9:53   ● ● ● ● ● ●  •  ⏰ 5G ⏹ ▂▃▄ 46% 🔋

〈   Ⓒ   **Coin Cloud** ⌄     ⋮

Is there an update on my refund, please. It's been more than 6 weeks. Your telephone system has been undergoing an upgrade for a long time.

9:44 AM

August 8th is 2 months. When I send emails, they aren't answered. I need an update on my refund

9:45 AM

Tuesday, August 29

Where is my refund?

3:11 PM

🖼   📷   +     |     ☺   ᅵᆘᅵ

Paste     ✕

AH010



Document of conversation between coincloud and myself

Sent from AOL on Android

AH011

**From:** Emily Lee
**To:** Hosey, Angela
**Subject:** [EXT] Document
**Date:** November 3, 2023 7:29:44 AM

9:52 · · · · · · ☎ 5G 📶 46%

< **+13212185106**
5:32 PM, Jun 4

Hi, this is Coin Cloud; your transaction is currently being reviewed. Please complete our verification process online.
For more assistance, call **855-264-2046**
Monday through Friday, 6am to 6pm. Verification process here:
**https://flow.cognitohq.com/verify /flwses_bBPc3DtL1axagg?key= ae9b2ab69c6b3480ba9935f2e0aa78b2**

AH012

Copy text

Share

More

Document
Sent from AOL on Android

AH013

Case 23-10423-mkn     Doc 1598     Entered 01/31/24 14:10:33     Page 21 of 64

**From:** Emily Lee
**To:** Hosey, Angela
**Subject:** [EXT] Document
**Date:** November 3, 2023 7:30:35 AM

9:53       🕐 *5G* ⁵ ,ıll 46% 🔋

☆    🔒     flow.cognitohq.com     ↻

Verification complete



# Successfully verified

You can now close this page.

AH014



Document

Sent from AOL on Android

AH015

From:     Emily Lee
To:       Hosey, Angela
Subject:  [EXT] Document
Date:     November 3, 2023 7:34:17 AM

10:15   📶 5G 📶 40%

<   👤 **+18335353380** ∨   ⋮

8:58 AM   4

Regretfully, we are unable to assist with your concern at this time. Please follow us on social media for real-time updates:
http://facebook.com/CoinCloudDCM

8:59 AM

I want an update on my refund

How can I get that on social media

9:17 AM

Monday, June 26

Your refund is still processing. As stated over the phone the refund process takes 6-8 weeks from when we receive your information. We first received your information on 6/8/23. We are trying to process as quickly as possible, thank you for your

AH016



as possible, thank you for your
patience.

6:34 PM

Monday, July 24

Is there an update on my refund,
please. It's been more than 6 weeks.
Your telephone system has been
undergoing an upgrade for a long
time.

3:37 PM

Document

Sent from AOL on Android

AH017

| | |
|---|---|
| **From:** | Emily Lee |
| **To:** | Hosey, Angela |
| **Subject:** | [EXT] Document |
| **Date:** | November 3, 2023 7:35:16 AM |

10:15   •                    ⏰ 5G ..ull 40% 🔋

‹    👤    **+18335353380**  ⌄                ⋮

8:58 AM    4

Regretfully, we are unable to assist with your concern at this time.  Please follow us on social media for real-time updates:
http://facebook.com/CoinCloudDCM        8:59 AM

> I want an update on my refund

> How can I get that on social media
9:17 AM

Monday, June 26

Your refund is still processing.  As stated over the phone the refund process takes 6-8 weeks from when we receive your information. We first received your information on 6/8/23. We are trying to process as quickly

AH018



as possible, thank you for your patience.

6:34 PM

Monday, July 24

Is there an update on my refund, please. It's been more than 6 weeks. Your telephone system has been undergoing an upgrade for a long time.

3:37 PM

Sent from AOL on Android

AH019

| | |
|---|---|
| **From:** | Emily Lee |
| **To:** | Hosey, Angela |
| **Subject:** | [EXT] Document |
| **Date:** | November 3, 2023 7:35:53 AM |



9:53

Coin Cloud

Is there an update on my refund, please. It's been more than 6 weeks. Your telephone system has been undergoing an upgrade for a long time.

9:44 AM

August 8th is 2 months. When I send emails, they aren't answered. I need an update on my refund

9:45 AM

Tuesday, August 29

Where is my refund?

3:11 PM

Paste

AH020



Sent from AOL on Android

From:       Emily Lee
To:         Hosey, Angela
Subject:    [EXT] Document
Date:       November 3, 2023 7:36:30 AM

9:52 📱 📱 📱 🎵 ▶️ ▶️ •                          ⏰ 5G 📶 46% 🔋

< **+13212185106**
5:32 PM, Jun 4

Hi, this is Coin Cloud; your transaction is currently being reviewed. Please complete our verification process online.
For more assistance, call **855-264-2046**
Monday through Friday, 6am to 6pm. Verification process here:
**https://flow.cognitohq.com/verify /flwses_bBPc3DtL1axagg?key= ae9b2ab69c6b3480ba9935f2e0aa78b2**

AH022

Copy text

Share

More

Sent from AOL on Android

| | |
|---|---|
| **From:** | Emily Lee |
| **To:** | Hosey, Angela |
| **Subject:** | [EXT] Document |
| **Date:** | November 3, 2023 7:37:14 AM |

9:53   · ⏰ *5G* ꜛ .ᵢₗₗ 46% 🔋

☆  🔒  **flow.cognitohq.com**  ↺

## Verification complete



# Successfully verified

You can now close this page.

AH024

A

Sent from AOL on Android

| | |
|---|---|
| **From:** | Emily Lee |
| **To:** | Hosey, Angela |
| **Subject:** | [EXT] Documents |
| **Date:** | November 3, 2023 7:42:17 AM |

I tried to send over the text messages between coincloud and myself. I checked my files. I don't see it. I will call later to see if you recieved them. Thank you

Sent from AOL on Android

AH026

| From: | Hosey, Angela |
|---|---|
| To: | Emily Lee |
| Bcc: | (F23334760).Active@wcs.foxrothschild.com |
| Subject: | RE: [EXT] Administrative claim form |
| Date: | November 3, 2023 9:16:53 AM |
| Attachments: | 823 Order Establishing Administrative Claim Bar Date for Filing Proof of Administrative Expense Claim, etc. (147419588.1).pdf |
| | 824 Notice of Entry of Administrative Claim Bar Date Order Establishing a Deadline to File Administrative Expense Claims, etc.(147419607.1).pdf |

Ms. Lee,

You will need to follow the directions on the attached document to file your administrative claim. Sending me unfiled documents and attachments does not constitute filing a claim.

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <emilylee908@aol.com>
**Sent:** November 3, 2023 7:20 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** [EXT] Administrative claim form

Goodmorning Ms. Hosey. This is Emily Lee I'm sending over the Administrative form. Councloud has in their possession the money as I stated on the form. I will be sending text messages from them to me. They never sent me my receipt for the money they owe me. The address on the form is where mail can be sent to me. My telephone number is 908 531-7096. Thank you. I sent you the letter you needed Stating that I didn't live at the address where the mail was sent informing me of about this. I need my money back. Thank you

Sent from AOL on Android

AH027

**From:** Emily Lee <emilylee908@aol.com>
**Sent:** November 13, 2023 4:29 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** [EXT] Documents

Goodmorning morning.  Did you recieve the documents. How long will it take to hear back about my case?

Sent from AOL on Android

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

AH028

| | |
|---|---|
| **From:** | Hosey, Angela |
| **To:** | Emily Lee |
| **Subject:** | RE: [EXT] Documents |
| **Date:** | November 13, 2023 10:24:00 AM |

Ms. Lee, as set forth in the email sent to you on November 3, 2023, emailing/mailing documents only to this firm (or me) does not constitute a filed claim with the Court.

If you have not complied with the directions provided to you in the filings that were sent to you with my prior email, your claim has not been filed with the Court.

I have no further information regarding the status of your claim. Once your claim has been filed with the Court, the attorney will file the appropriate responses.


**From:** Hosey, Angela
**Sent:** November 3, 2023 9:17 AM
**To:** Emily Lee <emilylee908@aol.com>
**Subject:** RE: [EXT] Administrative claim form

Ms. Lee,

You will need to follow the directions on the attached document to file your administrative claim. Sending me unfiled documents and attachments does not constitute filing a claim.

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <emilylee908@aol.com>
**Sent:** November 3, 2023 7:20 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** [EXT] Administrative claim form

Goodmorning Ms. Hosey. This is Emily Lee I'm sending over the Administrative form. Councloud has in their possession the money as stated on the form. I will be sending text messages from them to me. They never sent me my receipt for the money they owe me. The address on the form is where mail can be sent to me. My telephone number is 908 531-7096. Thank you. I sent you the letter you needed Stating that I didn't live at the address where the mail was sent informing me of about this. I

AH029

need my money back. Thank you

Sent from AOL on Android


**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <emilylee908@aol.com>
**Sent:** November 13, 2023 4:29 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** [EXT] Documents


Goodmorning morning.  Did you recieve the documents. How long will it take to hear back about my case?
Sent from AOL on Android

| | |
|---|---|
| **From:** | Hosey, Angela |
| **To:** | Emily Lee |
| **Subject:** | FW: [EXT] Documents |
| **Date:** | November 14, 2023 10:24:00 AM |

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Hosey, Angela
**Sent:** November 13, 2023 10:25 AM
**To:** Emily Lee <emilylee908@aol.com>
**Subject:** RE: [EXT] Documents

Ms. Lee,  as set forth in the email sent to you on November 3, 2023, emailing/mailing documents only to this firm (or me) does not constitute a filed claim with the Court.

If you have not complied with the directions provided to you in the filings that were sent to you with my prior email, your claim has not been filed with the Court.

I have no further information regarding the status of your claim.  Once your claim has been filed with the Court, the attorney will file the appropriate responses.

**From:** Hosey, Angela
**Sent:** November 3, 2023 9:17 AM
**To:** Emily Lee <emilylee908@aol.com>
**Subject:** RE: [EXT] Administrative claim form

Ms. Lee,

You will need to follow the directions on the attached document to file your administrative claim. Sending me unfiled documents and attachments does not constitute filing a claim.

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**

AH031

One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <emilylee908@aol.com>
**Sent:** November 3, 2023 7:20 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** [EXT] Administrative claim form

Goodmorning Ms. Hosey. This is Emily Lee I'm sending over the Administrative form. Councloud has in their possession the money as stated on the form. I will be sending text messages from them to me. They never sent me my receipt for the money they owe me. The address on the form is where mail can be sent to me. My telephone number is 908 531-7096.  Thank you. I sent you the letter you needed Stating that I didn't live at the address where the mail was sent informing me of about this. I need my money back. Thank you

Sent from AOL on Android

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <emilylee908@aol.com>
**Sent:** November 13, 2023 4:29 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** [EXT] Documents

Goodmorning morning.  Did you recieve the documents. How long will it take to hear back about my case?
Sent from AOL on Android

AH032

**From:** Hosey, Angela
**To:** elee6379@gmail.com
**Subject:** FW: [EXT] Documents
**Date:** November 14, 2023 10:25:00 AM

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Hosey, Angela
**Sent:** November 13, 2023 10:25 AM
**To:** Emily Lee <emilylee908@aol.com>
**Subject:** RE: [EXT] Documents

Ms. Lee,  as set forth in the email sent to you on November 3, 2023, emailing/mailing documents only to this firm (or me) does not constitute a filed claim with the Court.

If you have not complied with the directions provided to you in the filings that were sent to you with my prior email, your claim has not been filed with the Court.

I have no further information regarding the status of your claim.  Once your claim has been filed with the Court, the attorney will file the appropriate responses.

**From:** Hosey, Angela
**Sent:** November 3, 2023 9:17 AM
**To:** Emily Lee <emilylee908@aol.com>
**Subject:** RE: [EXT] Administrative claim form

Ms. Lee,

You will need to follow the directions on the attached document to file your administrative claim. Sending me unfiled documents and attachments does not constitute filing a claim.

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**

AH033

One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <emilylee908@aol.com>
**Sent:** November 3, 2023 7:20 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** [EXT] Administrative claim form

Goodmorning Ms. Hosey. This is Emily Lee I'm sending over the Administrative form. Councloud has in their possession the money as I stated on the form. I will be sending text messages from them to me. They never sent me my receipt for the money they owe me. The address on the form is where mail can be sent to me. My telephone number is 908 531-7096.  Thank you. I sent you the letter you needed Stating that I didn't live at the address where the mail was sent informing me of about this. I need my money back. Thank you

Sent from AOL on Android


**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <emilylee908@aol.com>
**Sent:** November 13, 2023 4:29 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** [EXT] Documents


Goodmorning morning.  Did you recieve the documents. How long will it take to hear back about my case?
Sent from AOL on Android

AH034

| From: | Emily Lee |
|---|---|
| To: | Hosey, Angela |
| Subject: | Re: FW: [EXT] Documents |
| Date: | November 14, 2023 10:31:33 AM |

Can you please send all correspondences to
Elee6379@gmail.com from today forward. Thank You.

On Tue, Nov 14, 2023, 1:26 PM Hosey, Angela <AHosey@foxrothschild.com> wrote:

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Hosey, Angela
**Sent:** November 13, 2023 10:25 AM
**To:** Emily Lee <emilylee908@aol.com>
**Subject:** RE: [EXT] Documents

Ms. Lee,  as set forth in the email sent to you on November 3, 2023, emailing/mailing
documents only to this firm (or me) does not constitute a filed claim with the Court.

If you have not complied with the directions provided to you in the filings that were sent to
you with my prior email, your claim has not been filed with the Court.

I have no further information regarding the status of your claim.  Once your claim has been
filed with the Court, the attorney will file the appropriate responses.

AH035

**From:** Hosey, Angela
**Sent:** November 3, 2023 9:17 AM
**To:** Emily Lee <emilylee908@aol.com>
**Subject:** RE: [EXT] Administrative claim form


Ms. Lee,


You will need to follow the directions on the attached document to file your administrative claim.  Sending me unfiled documents and attachments does not constitute filing a claim.


**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com


**From:** Emily Lee <emilylee908@aol.com>
**Sent:** November 3, 2023 7:20 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** [EXT] Administrative claim form


Goodmorning Ms. Hosey. This is Emily Lee I'm sending over the Administrative form. Councloud has in their possession the money as I stated on the form. I will be sending text messages from them to me. They never sent me my receipt for the money they owe me. The address on the form is where mail can be sent to me. My telephone number is 908 531-7096.  Thank you. I sent you the letter you needed Stating that I didn't live at the address where the mail was sent informing me of about this. I need my money back. Thank you

Sent from AOL on Android

AH036

Angela Hosey
Paralegal
Fox Rothschild LLP
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <emilylee908@aol.com>
**Sent:** November 13, 2023 4:29 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** [EXT] Documents

Goodmorning morning.  Did you recieve the documents. How long will it take to hear back about my case?

Sent from AOL on Android

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

| | |
|---|---|
| **From:** | Hosey, Angela |
| **To:** | TeamCoinCloud@stretto.com; Angela Tsai |
| **Cc:** | Axelrod, Brett; McPherson, Jeanette E.; Noll, Audrey |
| **Bcc:** | {F23334760}.Active@us.foxrothschild.com |
| **Subject:** | FW: [EXT] Documents |
| **Date:** | November 14, 2023 10:31:07 AM |

Team – can you please update the contact information for creditor (admin claimant) Emily Lee to use the following email address instead of her prior one of emilylee908@aol.com)?  Our emails are apparently going to her spam.

**Please use elee6379@gmail.com to contact her for all future emails.  Thank you.**

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

---

**From:** Hosey, Angela
**Sent:** November 13, 2023 10:25 AM
**To:** Emily Lee <emilylee908@aol.com>
**Subject:** RE: [EXT] Documents

Ms. Lee,  as set forth in the email sent to you on November 3, 2023, emailing/mailing documents only to this firm (or me) does not constitute a filed claim with the Court.

If you have not complied with the directions provided to you in the filings that were sent to you with my prior email, your claim has not been filed with the Court.

I have no further information regarding the status of your claim.  Once your claim has been filed with the Court, the attorney will file the appropriate responses.


**From:** Hosey, Angela
**Sent:** November 3, 2023 9:17 AM
**To:** Emily Lee <emilylee908@aol.com>
**Subject:** RE: [EXT] Administrative claim form

Ms. Lee,

AH038

You will need to follow the directions on the attached document to file your administrative claim. Sending me unfiled documents and attachments does not constitute filing a claim.

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <emilylee908@aol.com>
**Sent:** November 3, 2023 7:20 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** [EXT] Administrative claim form

Goodmorning Ms. Hosey. This is Emily Lee I'm sending over the Administrative form. Councloud has in their possession the money as I stated on the form. I will be sending text messages from them to me. They never sent me my receipt for the money they owe me. The address on the form is where mail can be sent to me. My telephone number is 908 531-7096. Thank you. I sent you the letter you needed Stating that I didn't live at the address where the mail was sent informing me of about this. I need my money back. Thank you

Sent from AOL on Android

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <emilylee908@aol.com>
**Sent:** November 13, 2023 4:29 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>

AH039

**Subject:** [EXT] Documents

Goodmorning morning.  Did you recieve the documents. How long will it take to hear back about my case?
Sent from AOL on Android

AH040

| | |
|---|---|
| **From:** | Hosey, Angela |
| **To:** | Emily Lee |
| **Subject:** | RE: FW: [EXT] Documents |
| **Date:** | November 14, 2023 10:32:00 AM |

Yes, thank you. I have notified the claims and noticing agent of your updated email address and all future emails will go to your requested email.

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <elee6379@gmail.com>
**Sent:** November 14, 2023 10:31 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** Re: FW: [EXT] Documents

Can you please send all correspondences to Elee6379@gmail.com from today forward. Thank You.

On Tue, Nov 14, 2023, 1:26 PM Hosey, Angela <AHosey@foxrothschild.com> wrote:

> **Angela Hosey**
> Paralegal
> **Fox Rothschild LLP**
> One Summerlin
> 1980 Festival Plaza Drive, Suite 700
> Las Vegas, NV 89135
> (702) 699-5927 - direct
> (702) 597-5503 - fax
> AHosey@foxrothschild.com
> www.foxrothschild.com
>
> **From:** Hosey, Angela
> **Sent:** November 13, 2023 10:25 AM

AH041

**To:** Emily Lee <emilylee908@aol.com>
**Subject:** RE: [EXT] Documents

Ms. Lee,  as set forth in the email sent to you on November 3, 2023, emailing/mailing documents only to this firm (or me) does not constitute a filed claim with the Court.

If you have not complied with the directions provided to you in the filings that were sent to you with my prior email, your claim has not been filed with the Court.

I have no further information regarding the status of your claim.  Once your claim has been filed with the Court, the attorney will file the appropriate responses.


**From:** Hosey, Angela
**Sent:** November 3, 2023 9:17 AM
**To:** Emily Lee <emilylee908@aol.com>
**Subject:** RE: [EXT] Administrative claim form

Ms. Lee,

You will need to follow the directions on the attached document to file your administrative claim. Sending me unfiled documents and attachments does not constitute filing a claim.

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <emilylee908@aol.com>
**Sent:** November 3, 2023 7:20 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** [EXT] Administrative claim form

Goodmorning Ms. Hosey. This is Emily Lee I'm sending over the Administrative form. Councloud has in their possession the money as I stated on the form. I will be sending text messages from them to me. They never sent me my receipt for the money they owe me. The address on the form is where mail can be sent to me. My telephone number is 908 531-7096.  Thank you. I sent you the letter you needed Stating that I didn't live at the address where the mail was sent informing me of about this. I need my money back. Thank you

AH042

Sent from AOL on Android


**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <emilylee908@aol.com>
**Sent:** November 13, 2023 4:29 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** [EXT] Documents


Goodmorning morning.  Did you recieve the documents. How long will it take to hear back about
my case?
Sent from AOL on Android


This email contains information that may be confidential and/or privileged. If you are not the
intended recipient, or the employee or agent authorized to receive for the intended recipient, you
may not copy, disclose or use any contents in this email. If you have received this email in error,
please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the
original and reply emails. Thank you.

AH043

| From: | Sharon M. Lee |
|---|---|
| To: | Hosey, Angela; Team Coin Cloud; Angela Tsai |
| Cc: | Axelrod, Brett; McPherson, Jeanette E.; Noll, Audrey |
| Subject: | RE: [EXT] Documents |
| Date: | November 14, 2023 10:39:09 AM |

Hi Angela,

Confirmed, we will update Emily Lee's email address to elee6379@gmail.com.

Thank you,
Sharon

**Sharon M. Lee**
Associate

**Stretto**
T: 949.209.5314
Stretto.com

---

**From:** Hosey, Angela <AHosey@foxrothschild.com>
**Sent:** Tuesday, November 14, 2023 10:31 AM
**To:** Team Coin Cloud <TeamCoinCloud@stretto.com>; Angela Tsai <Angela.Tsai@stretto.com>
**Cc:** Axelrod, Brett <BAxelrod@foxrothschild.com>; McPherson, Jeanette E.
<JMcPherson@foxrothschild.com>; Noll, Audrey <anoll@foxrothschild.com>
**Subject:** FW: [EXT] Documents

**[External Email]**

Team – can you please update the contact information for creditor (admin claimant) Emily Lee to
use the following email address instead of her prior one of emilylee908@aol.com)?  Our emails are
apparently going to her spam.

**Please use elee6379@gmail.com to contact her for all future emails.  Thank you.**

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

AH044

**From:** Hosey, Angela
**Sent:** November 13, 2023 10:25 AM
**To:** Emily Lee <emilylee908@aol.com>
**Subject:** RE: [EXT] Documents

Ms. Lee,  as set forth in the email sent to you on November 3, 2023, emailing/mailing documents only to this firm (or me) does not constitute a filed claim with the Court.

If you have not complied with the directions provided to you in the filings that were sent to you with my prior email, your claim has not been filed with the Court.

I have no further information regarding the status of your claim.  Once your claim has been filed with the Court, the attorney will file the appropriate responses.


**From:** Hosey, Angela
**Sent:** November 3, 2023 9:17 AM
**To:** Emily Lee <emilylee908@aol.com>
**Subject:** RE: [EXT] Administrative claim form

Ms. Lee,

You will need to follow the directions on the attached document to file your administrative claim. Sending me unfiled documents and attachments does not constitute filing a claim.

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <emilylee908@aol.com>
**Sent:** November 3, 2023 7:20 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** [EXT] Administrative claim form

Goodmorning Ms. Hosey. This is Emily Lee I'm sending over the Administrative form. Councloud has in their possession the money as I stated on the form. I will be sending text messages from them to me. They never sent me my receipt for the money they owe me. The address on the form is where

AH045

mail can be sent to me. My telephone number is 908 531-7096.  Thank you. I sent you the letter you needed Stating that I didn't live at the address where the mail was sent informing me of about this. I need my money back. Thank you

Sent from AOL on Android

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <emilylee908@aol.com>
**Sent:** November 13, 2023 4:29 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** [EXT] Documents

Goodmorning morning.  Did you recieve the documents. How long will it take to hear back about my case?
Sent from AOL on Android

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

AH046

| | |
|---|---|
| **From:** | Emily Lee |
| **To:** | Hosey, Angela |
| **Subject:** | Re: FW: [EXT] Documents |
| **Date:** | November 14, 2023 11:58:51 AM |

Ok, thank you.

On Tue, Nov 14, 2023, 1:33 PM Hosey, Angela <AHosey@foxrothschild.com> wrote:

Yes, thank you. I have notified the claims and noticing agent of your updated email address and all future emails will go to your requested email.

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <elee6379@gmail.com>
**Sent:** November 14, 2023 10:31 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** Re: FW: [EXT] Documents

Can you please send all correspondences to

Elee6379@gmail.com from today forward. Thank You.

On Tue, Nov 14, 2023, 1:26 PM Hosey, Angela <AHosey@foxrothschild.com> wrote:

**Angela Hosey**

AH047

Paralegal
Fox Rothschild LLP
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Hosey, Angela
**Sent:** November 13, 2023 10:25 AM
**To:** Emily Lee <emilylee908@aol.com>
**Subject:** RE: [EXT] Documents

Ms. Lee, as set forth in the email sent to you on November 3, 2023, emailing/mailing documents only to this firm (or me) does not constitute a filed claim with the Court.

If you have not complied with the directions provided to you in the filings that were sent to you with my prior email, your claim has not been filed with the Court.

I have no further information regarding the status of your claim. Once your claim has been filed with the Court, the attorney will file the appropriate responses.

**From:** Hosey, Angela
**Sent:** November 3, 2023 9:17 AM
**To:** Emily Lee <emilylee908@aol.com>
**Subject:** RE: [EXT] Administrative claim form

Ms. Lee,

You will need to follow the directions on the attached document to file your administrative claim. Sending me unfiled documents and attachments does not constitute filing a claim.

AH048

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

**From:** Emily Lee <emilylee908@aol.com>
**Sent:** November 3, 2023 7:20 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** [EXT] Administrative claim form

Goodmorning Ms. Hosey. This is Emily Lee I'm sending over the Administrative form. Councloud has in their possession the money as I stated on the form. I will be sending text messages from them to me. They never sent me my receipt for the money they owe me. The address on the form is where mail can be sent to me. My telephone number is 908 531-7096.  Thank you. I sent you the letter you needed Stating that I didn't live at the address where the mail was sent informing me of about this. I need my money back. Thank you

Sent from AOL on Android

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

AH049

| | |
|---|---|
| **From:** | Emily Lee |
| **To:** | Hosey, Angela |
| **Subject:** | Re: FW: [EXT] Documents |
| **Date:** | January 19, 2024 3:10:22 PM |

Mrs. Hosey this is Emily Lee. There are documents from the court that I need to discuss with you please. When I first called you we discussed the reason why I was late filing the documents. You sent the court the reason which is I didn't live at that residence anymore. Coincloud is trying to forfeit my money. I need my money please. There is a court hearing on February 7th. Can you please reach out to coincloud attorney and fix this. It's not fair that's my money.

**From:** Emily Lee
**To:** Hosey, Angela
**Subject:** Re: FW: [EXT] Documents
**Date:** January 19, 2024 3:18:58 PM

The court has recieved all the documents. You also recieved the letter from the beginning that you told me to write regarding why I was late filing the administrative form, which you were suppose to send to the court. Please check into this. If you have any information that I can contact the court regarding this matter I would appreciate it. I not trying to give anyone a hard time I don't want to lose my money.

AH051

| | |
|---|---|
| **From:** | Hosey, Angela |
| **To:** | Emily Lee |
| **Cc:** | Axelrod, Brett |
| **Bcc:** | McPherson, Jeanette E. |
| **Subject:** | RE: FW: [EXT] Documents |
| **Date:** | January 19, 2024 3:54:46 PM |
| **Attachments:** | 1570 Certificate of Service re Debtor's Objection to Claim, Declaration, and Notice of Hearing (1.10.2024) (153732633.1)-C.pdf |
| | 1562 Notice of Hearing on Debtor's Objection to Late Filed Admin Expense Claim of Emily Lee (1.4.2024) (153532448.1)-C.pdf |
| | 1561 Declaration of Daniel Ayala in Support of Debtor's Objection to Late Filed Admin Expense Claim of Emily Lee (1.4.2024)(153532378.1)-C.pdf |
| | 1560 Debtor's Objection to Late Filed Administrative Expense Claim of Emily Lee (1.4.2024)(153532224.1)-C.pdf |

Ms. Lee,

As you are aware, an objection has been filed to your late-filed claim.  See the attached documents. You were informed by me during our many previous conversations that this would be a possibility and that you may want to consult with your own attorney for advice if, after reviewing the relevant filings you were not sure how to comply with the directions therein.  You did not do so and instead chose to file the late filed claim, even after you were told that it may be objected to as a result.

At your request, I updated your email address with the Claims and Noticing Agent and provided you with confirmation that all future notices would be sent to your requested email address.  I have not contacted the Court on your behalf for any reason, including your address change, because this firm does not represent you and cannot file documents on your behalf.

In addition, as I have told you multiple times, neither this firm nor I can provide you with any legal advice regarding your claim.  In fact, I have suggested on multiple occasions that you may want to consult with your own attorney because we cannot provide you with any legal advice or guidance.

Accordingly, as set forth in the attached Notice of Hearing, you will need to comply with the instructions and deadlines contained therein:

> **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Objection, or if you want the court to consider your views on the Objection, then you must file an opposition with the court, and serve a copy on the person making the Objection *no later than 14 days* preceding the hearing date for the Objection, unless an exception applies (see Local Rule 9014(d)(3)).
>
> The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

• The court may ***refuse to allow you to speak*** at the scheduled hearing; and

• The court may ***rule against you*** without formally calling the matter at the hearing.

Again, you may want to consult with an attorney to seek advice regarding your claim and the attached Objection to your claim.

Fox Logo

**Angela Hosey**
Paralegal
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927
(702) 597-5503
ahosey@foxrothschild.com

**Learn about our** new brand.

**From:** Emily Lee <elee6379@gmail.com>
**Sent:** January 19, 2024 3:19 PM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** Re: FW: [EXT] Documents

The court has recieved all the documents. You also recieved the letter from the beginning that you told me to write regarding why I was late filing the administrative form, which you were suppose to send to the court. Please check into this. If you have any information that I can contact the court regarding this matter I would appreciate it. I not trying to give anyone a hard time I don't want to lose my money.

AH053

| | |
|---|---|
| **From:** | Emily Lee |
| **To:** | Hosey, Angela |
| **Subject:** | Re: FW: [EXT] Documents |
| **Date:** | January 19, 2024 6:53:01 PM |

Mrs Hosey
Calm down. It's ok if you are not representing me. I was only seeking some advise from you since you knew something about the case. I will have to represent myself. I will find a way to get to the judge on my case. I will follow the instructions you sent. Sorry if I bothered you. How would you like to be in my shoes?

On Fri, Jan 19, 2024, 6:55 PM Hosey, Angela <<u>AHosey@foxrothschild.com</u>> wrote:

> Ms. Lee,
>
> As you are aware, an objection has been filed to your late-filed claim. See the attached documents. You were informed by me during our many previous conversations that this would be a possibility and that you may want to consult with your own attorney for advice if, after reviewing the relevant filings you were not sure how to comply with the directions therein. You did not do so and instead chose to file the late filed claim, even after you were told that it may be objected to as a result.
>
> At your request, I updated your email address with the Claims and Noticing Agent and provided you with confirmation that all future notices would be sent to your requested email address. I have not contacted the Court on your behalf for any reason, including your address change, because this firm does not represent you and cannot file documents on your behalf.
>
> In addition, as I have told you multiple times, neither this firm nor I can provide you with any legal advice regarding your claim. In fact, I have suggested on multiple occasions that you may want to consult with your own attorney because we cannot provide you with any legal advice or guidance.
>
> Accordingly, as set forth in the attached Notice of Hearing, you will need to comply with the instructions and deadlines contained therein:
>
> **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Objection, or if you want the court to consider your views on the Objection, then you must file an opposition with the court, and serve a copy on the person making the Objection *no later than 14 days*

AH054

preceding the hearing date for the Objection, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

---

If you object to the relief requested, you **must** file a **WRITTEN** response to this pleading with the court. You **must** also serve your written response on the person who sent you this notice.

<u>If you do not file a written response</u> with the court, or <u>if you do not serve your written response</u> on the person who sent you this notice, then:

• The court may *refuse to allow you to speak* at the scheduled hearing; and

• The court may *rule against you* without formally calling the matter at the hearing.

---

Again, you may want to consult with an attorney to seek advice regarding your claim and the attached Objection to your claim.

Fox Logo



**Angela Hosey**
Paralegal

One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135

(702) 699-5927
(702) 597-5503
ahosey@foxrothschild.com

**Learn about our** new brand.

**From:**      Emily Lee
**To:**        Hosey, Angela
**Subject:**   Re: FW: [EXT] Documents
**Date:**      January 19, 2024 6:56:47 PM

Another thing we haven't had that many conversations. I think you over exaggerated somewhat. How did you get involved with this case if you are not representing the people involved.

On Fri, Jan 19, 2024, 9:52 PM Emily Lee <elee6379@gmail.com> wrote:
Mrs Hosey
Calm down.  It's ok if you are not representing me. I was only seeking some advise from you since you knew something about the case. I will have to represent myself.  I will find a way to get to the judge on my case. I will follow the instructions you sent. Sorry if I bothered you. How would you like to be in my shoes?

On Fri, Jan 19, 2024, 6:55 PM Hosey, Angela <AHosey@foxrothschild.com> wrote:

AH056

| | |
|---|---|
| **From:** | Hosey, Angela |
| **To:** | Emily Lee |
| **Cc:** | Axelrod, Brett; McPherson, Jeanette E. |
| **Bcc:** | {F23334760}.Active@wcs.foxrothschild.com |
| **Subject:** | RE: FW: [EXT] Documents |
| **Date:** | January 22, 2024 9:52:09 AM |

Ms. Lee,

We have had several conversations and email interactions and every time I have provided you with the same information and suggestion that you consult an attorney of your own choosing. This law firm represents the Debtor, not the creditors or any other parties. As you have been informed multiple times, I am not an attorney and cannot provide you with legal advice, and you have also been informed that this law firm does not represent you and cannot give you legal advice.



Fox Logo

**Angela Hosey**
Paralegal
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927
(702) 597-5503
ahosey@foxrothschild.com

**Learn about our** new brand.

**From:** Emily Lee <elee6379@gmail.com>
**Sent:** January 19, 2024 6:56 PM
**To:** Hosey, Angela <AHosey@foxrothschild.com>
**Subject:** Re: FW: [EXT] Documents

Another thing we haven't had that many conversations. I think you over exaggerated somewhat. How did you get involved with this case if you are not representing the people involved.

AH057