Anne T. Freeland, Esq.
Nevada Bar No. 10777
**MICHAEL BEST & FRIEDRICH LLP**
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
Phone: 801.833.0500
Fax:    801.931.2500
Email: atfreeland@michaelbest.com

-and-

Justin M. Mertz, Esq.
Wisconsin Bar No. 1056938
(*Pro hac vice* application pending)
**MICHAEL BEST & FRIEDRICH LLP**
790 North Water Street, Suite 2500
Milwaukee, WI 53202
Phone: 414.225.4972
Fax:    414.956.6565
Email: jmmertz@michaelbest.com

*Counsel for AVT Nevada, L.P.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>    CASH CLOUD, INC.,<br>       d/b/a COIN CLOUD,<br><br>                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br><br>**CERTIFICATE OF SERVICE** |

1.      On February 2, 2023, I served the following document(s):

AVT Nevada, L.P.'s
- AVT Nevada, L.P.'s ***Objection Application for Allowance and Payment of Administrative Expense Claim***
- The ***Declaration of Dan Burris in Support of AVT Nevada, L.P.'s Application for Payment and Allowance of Administrative Expense Claim***

---

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>PAGE 1 | **MICHAEL BEST & FRIEDRICH LLP**<br>2750 East Cottonwood Parkway, Suite 560<br>Cottonwood Heights, UT 84121<br>Phone: 801.833.0500 Fax: 801.931.2500 |

1   I served the foregoing documents through the Court's ECF System on the recipients indicated on the attached **Notice of Electronic Filing**.

2

3   Dated: February 2, 2024.                     By: */s/ Anne T. Freeland*
                                                 Anne T. Freeland, Esq.

CERTIFICATE OF SERVICE

PAGE 2

MICHAEL BEST & FRIEDRICH LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
Phone: 801.833.0500 Fax: 801.931.2500