BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME FOR HEARING ON APPLICATION FOR ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF CONWAY BAXTER WILSON LLP/S.R.L. AS SPECIAL LITIGATION COUNSEL TO DEBTOR, EFFECTIVE AS OF THE PETITION DATE**<br><br>Hearing Date:    OST PENDING<br>Hearing Time:   OST PENDING |

Cash Cloud, Inc. d/b/a Coin Cloud ("Cash Cloud," or "Debtor"), debtor and debtor-in-possession in the above-captioned Chapter 11 case (the "Chapter 11 Case"), by and through its undersigned counsel, Fox Rothschild LLP, has contacted the parties listed below concerning the *Ex Parte Application For Order Shortening Time For Hearing* (the "Application") on the *Application for Order Authorizing Retention and Employment of Conway Baxter Wilson LLP/S.R.L. as Special*

1

154443543.1

*Litigation Counsel to Debtor, Effective as of the Petition Date* (the "Motion"),[1] as indicated below:

| Contact Name | Date Contacted | Agree/ Disagree/ No Response | Contacted |
|---|---|---|---|
| Jared A. Day<br>Office of the US Trustee | 02/05/2024 | No Response | Jared.A.Day@usdoj.gov |
| Robert J. Gayda<br>John Ashmead<br>Catherine Lotempio<br>Andrew Matott<br>SEWARD & KISSEL LLP<br><br>Ryan J. Works<br>MCDONALD CARANO LLP<br>*Counsel to the Unsecured Creditors Committee* | 02/05/2024 | No Response | gayda@sewkis.com<br>ashmead@sewkis.com<br>lotempio@sewkis.com;<br>matott@sewkis.com<br>rworks@mcdonaldcarano.com |
| Jordi Guso<br>BERGER SINGERMAN LLP<br>*Counsel to DIP Lender* | 02/05/2024 | No Response | JGuso@bergersingerman.com |
| Sean O'Neal<br>Michael Weinberg<br>CLEARY GOTTLIEB STEEN & HAMILTON, LLP<br><br>SNELL & WILMER<br>Robert Kinas<br>*Counsel to Genesis Global Holdco LLC* | 02/05/2024 | No Response | soneal@cgsh.com;<br>mdweinberg@cgsh.com<br>rkinas@swlaw.com; |
| Andrew Kissner<br>Gary S. Lee<br>MORRISON & FOERSTER LLP<br><br>James Patrick Shea<br>Bart K. Larsen<br>Kyle M. Wyant<br>SHEA LARSEN<br>*Counsel to Enigma Securities Limited* | 02/05/2024 | No Response | akissner@mofo.com<br>glee@mofo.com;<br>blarsen@shea.law;<br>jshea@shea.law;<br>kwyant@shea.law; |
| Ogonna Brown<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>*Counsel for Cole Kepro* | 02/05/2024 | No Response | obrown@lewisroca.com |
| Dawn M. Cica<br>CARLYON CICA CHTD.<br>Counsel for Chris McAlary | 02/05/2024 | No Response | dcica@carlyoncica.com |

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.

2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

154443543.1

Pursuant to Rule 9006(a)(5) of the Local Bankruptcy Rules for the United States Bankruptcy Court, District of Nevada, Debtor anticipates that the time needed for a hearing on the Motion is approximately 20 minutes.

Dated this 6th day of February 2024.

**FOX ROTHSCHILD LLP**

By: /s/Brett A. Axelrod
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

3

154443543.1