1  **CARLYON CICA CHTD.**
   CANDACE C. CARLYON, ESQ.
2  Nevada Bar No. 2666
   DAWN M. CICA, ESQ.
3  Nevada Bar No. 4565
   265 E. Warm Springs Road, Suite 107
4  Las Vegas, NV 89119
   Phone: (702) 685-4444
5  Email:  ccarlyon@carlyoncica.com
           dcica@carlyoncica.com
6  *Counsel for Christopher McAlary*

7  **DIAMOND MCCARTHY LLP**
   Allan B. Diamond, Esq.
8  (*pro hac vice admitted*)
   Christopher D. Johnson, Esq.
9  (*pro hac vice admitted*)
   Justin Strother, Esq.
10 (*pro hac vice admitted*)
   909 Fannin, Suite 3700
11 Houston, Texas 77010
   Email: adiamond@diamondmccarthy.com
12        chris.johnson@diamondmccarthy.com
13        justin.strother@diamondmccarthy.com
   *Co-Counsel for Christopher McAlary*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No.: Case No. BK-S-23-10423-MKN |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **STIPULATION REGARDING RESERVATION OF OBJECTIONS WITH REGARD TO FOX ROTHSCHILD'S FIRST INTERIM FEE APPLICATION** |
| | Hearing Date: February 28, 2024<br>Hearing Time: 9:30 a.m. |

Chris McAlary ("McAlary"), by and through his counsel, the law firm of Carlyon Cica, Chtd., and Cash Cloud, Inc. ("Debtor") by and through its counsel Brett Axelrod, Esq. of Fox

1

Rothschild LLP (collectively the "Parties") hereby stipulate and agree as follows (the "Stipulation"):

### RECITALS

WHEREAS, on January 31, 2024, Debtor filed *Fox Rothschild LLP's First Interim Application For Compensation and Reimbursement of Expenses for the Interim Fee Period from February 7, 2023 to September 30, 2023* [ECF No. 1593] (the "Interim Fee Application");

WHEREAS, the deadline to file any objection to the Fee Application is February 14, 2024;

WHEREAS, the Parties wish to avoid unnecessary expense:

NOW, THEREFORE,

**IT IS HEREBY STIPULATED** that McAlary may reserve any objections to the Interim Fee Application to be heard in connection with the final fee application to be filed by Fox Rothschild LLP.

**IT IS SO STIPULATED AND AGREED.**

| CARLYON CICA CHTD. | FOX ROTHSCHILD LLP |
|---|---|
| By: /s/ *Candace C. Carlyon* <br> CANDACE C. CARLYON, ESQ. <br> Nevada Bar No.2666 <br> DAWN M. CICA, ESQ. <br> Nevada Bar No. 4565 <br> 265 E. Warm Springs Road, Suite 107 <br> Las Vegas, NV 89119 <br> *Counsel for Christopher McAlary* | By:/s/ *Brett Axelrod* <br> BRETT AXELROD, ESQ. <br> Nevada Bar No. 5859 <br> NICHOLAS A. KOFFROTH, ESQ. <br> Nevada Bar No. 16264 <br> *Counsel for Debtor* |

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

2

**CERTIFICATE OF SERVICE**

I am an employee of Carlyon Cica Chtd.  On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE:  Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL:  By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER:  By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE:  By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

/s Nancy Arceneaux
An employee of Carlyon Cica Chtd.

3