_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
February 08, 2024

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email: ccarlyon@carlyoncica.com
dcica@carlyoncica.com

**DIAMOND MCCARTHY LLP**
Allan B. Diamond, Esq.
(*pro hac vice admitted*)
Christopher D. Johnson, Esq.
(*pro hac vice admitted*)
Justin Strother, Esq.
(*pro hac vice admitted*)
909 Fannin, Suite 3700
Houston, Texas 77010
Email:adiamond@diamondmccarthy.com
chris.johnson@diamondmccarthy.com
justin.strother@diamondmccarthy.com
*Co-Counsel for Christopher McAlary*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No.: Case No. BK-S-23-10423-MKN |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER APPROVING STIPULATION REGARDING RESERVATION OF OBJECTIONS WITH REGARD TO FOX ROTHSCHILD'S FIRST INTERIM FEE APPLICATION** |
| | Hearing Date: February 28, 2024 |
| | Hearing Time: 9:30 a.m. |

The Court, having reviewed and considered Stipulation Regarding Reservation of Objections with Regard to Fox Rotschild's First Interim Fee Application entered into by Chris McAlary ("McAlary"), by and through his counsel, the law firm of Carlyon Cica, Chtd.; and Cash Cloud, Inc. ("Debtor") by and through its counsel Brett Axelrod, Esq. of Fox Rothschild LLP (collectively the "Parties") and for good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation [ECF No. 1610] attached as Exhibit 1 is approved in its entirety.

**IT IS HEREBY FURTHER ORDERED** that any objections which McAlary may assert to the Interim Fee Application are preserved and may be filed in connection with the final fee application to be filed by Fox Rothschild LLP.

**IT IS SO ORDERED.**

| Submitted by: | **FOX ROTHSCHILD LLP** |
|---|---|
| **CARLYON CICA CHTD.** | |
| By: /s/ Candace C. Carlyon | By: /s/ Brett Axelrod |
| CANDACE C. CARLYON, ESQ. | BRETT AXELROD, ESQ. |
| Nevada Bar No.2666 | Nevada Bar No. 5859 |
| DAWN M. CICA, ESQ. | NICHOLAS A. KOFFROTH, ESQ. |
| Nevada Bar No. 4565 | Nevada Bar No. 16264 |
| 265 E. Warm Springs Road, Suite 107 | *Counsel for Debtor* |
| Las Vegas, NV 89119 | |
| *Counsel for Christopher McAlary* | |

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

2

# EXHIBIT "1"

# EXHIBIT "1"

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email: ccarlyon@carlyoncica.com
dcica@carlyoncica.com
*Counsel for Christopher McAlary*

**DIAMOND MCCARTHY LLP**
Allan B. Diamond, Esq.
(*pro hac vice admitted*)
Christopher D. Johnson, Esq.
(*pro hac vice admitted*)
Justin Strother, Esq.
(*pro hac vice admitted*)
909 Fannin, Suite 3700
Houston, Texas 77010
Email: adiamond@diamondmccarthy.com
chris.johnson@diamondmccarthy.com
justin.strother@diamondmccarthy.com
*Co-Counsel for Christopher McAlary*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.: Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**STIPULATION REGARDING RESERVATION OF OBJECTIONS WITH REGARD TO FOX ROTHSCHILD'S FIRST INTERIM FEE APPLICATION**<br><br>Hearing Date: February 28, 2024<br>Hearing Time: 9:30 a.m. |

Chris McAlary ("McAlary"), by and through his counsel, the law firm of Carlyon Cica, Chtd., and Cash Cloud, Inc. ("Debtor") by and through its counsel Brett Axelrod, Esq. of Fox

Rothschild LLP (collectively the "Parties") hereby stipulate and agree as follows (the "Stipulation"):

**RECITALS**

WHEREAS, on January 31, 2024, Debtor filed *Fox Rothschild LLP's First Interim Application For Compensation and Reimbursement of Expenses for the Interim Fee Period from February 7, 2023 to September 30, 2023* [ECF No. 1593] (the "Interim Fee Application");

WHEREAS, the deadline to file any objection to the Fee Application is February 14, 2024;

WHEREAS, the Parties wish to avoid unnecessary expense:

NOW, THEREFORE,

**IT IS HEREBY STIPULATED** that McAlary may reserve any objections to the Interim Fee Application to be heard in connection with the final fee application to be filed by Fox Rothschild LLP.

**IT IS SO STIPULATED AND AGREED.**

| CARLYON CICA CHTD. | FOX ROTHSCHILD LLP |
|---|---|
| By: /s/ *Candace C. Carlyon*<br>CANDACE C. CARLYON, ESQ.<br>Nevada Bar No. 2666<br>DAWN M. CICA, ESQ.<br>Nevada Bar No. 4565<br>265 E. Warm Springs Road, Suite 107<br>Las Vegas, NV 89119<br>*Counsel for Christopher McAlary* | By: /s/ *Brett Axelrod*<br>BRETT AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>*Counsel for Debtor* |

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

## CERTIFICATE OF SERVICE

I am an employee of Carlyon Cica Chtd. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

*/s Nancy Arceneaux*
An employee of Carlyon Cica Chtd.

3