Ogonna M. Brown, (Nevada SBN 7589)
OBrown@lewisroca.com
Dan R. Waite, (Nevada SBN 4078)
DWaite@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398

*Former Attorneys for Cole Kepro International, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CASH CLOUD, INC., | Case No.: 23-10423-MKN |
| Debtor. | Chapter 11 |
| | **NOTICE OF ATTORNEYS' LIEN** |

PLEASE TAKE NOTICE that pursuant to NRS 18.015, the law firm of LEWIS ROCA ROTHGERBER CHRISTIE LLP hereby claims an attorneys' lien arising out of services provided to Defendant COLE KEPRO INTERNATIONAL, LLC in the amount of SIXTEEN THOUSAND FORTY-SEVEN DOLLARS AND TWENTY-NINE CENTS ($16,047.29).

Dated this 8th day of February, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Ogonna M. Brown*
Ogonna M. Brown SBN 7589
OBrown@lewisroca.com
Dan R. Waite, SBN 4078
DWaite@lewisroca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200

*Former Attorneys for Cole Kepro International, LLC*

123393001.2

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Lewis Roca Rothgerber Christie LLP, and that on February 8, 2024, I caused to be served a true and correct copy of the foregoing **NOTICE OF ATTORNEYS' LIEN** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities. A copy of the document was also sent via electronic mail to the parties listed on the CM/ECF Bankruptcy Court portal, at their last known email addresses.

☐ (ELECTRONIC MAIL) By transmitting electronically to the following recipient and last known email address:

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed below, at their last known mailing addresses:

*/s/ Renee L. Creswell*
An employee of
Lewis Roca Rothgerber Christie LLP

123393001.2