John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice* applications granted)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: 23-10423-mkn<br>Chapter 11 |
| CASH CLOUD, INC. dba COIN CLOUD, | |
| Debtor. | **TENTH MONTHLY FEE STATEMENT OF SEWARD & KISSEL LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF DECEMBER 1, 2023, THROUGH DECEMBER 31, 2023** |
| | Seward & Kissel LLP, Counsel to Official Committee of Unsecured Creditors |
| | April 27, 2023 (employment authorized retroactive to February 23, 2023) |
| | December 1, 2023 through December 31, 2023 |
| | $8,026.00 (80% of $10,032.50) |
| | $8,497.23 (100% of expenses) |

Seward & Kissel LLP ("S&K" or the "Applicant"), co-counsel for the Official Committee

of Unsecured Creditors (the "Committee"), hereby submits its Tenth Monthly Fee Statements (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing December 1, 2023 through December 31, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, S&K requests allowance and payment of $8,026.00 (representing 80% of the $10,032.50 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $8,497.23 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by S&K during the Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at S&K who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional.  Attached hereto as **Exhibit 2** is a summary of hours during the Fee Period by task.  Attached as **Exhibit 3** is a summary of the expenses incurred during the Fee Period by category.  Attached hereto as **Exhibit 4** are the detailed time entries and expenses for the Fee Period (invoices for the period December 1, 2023, through December 31, 2023) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period.  S&K reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement.  At the expiration of this 20-day review period, the Debtors will propmptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

DATED this 21st day of February 2024.

SEWARD & KISSEL LLP


By: _/s/    John R. Ashmead_____
John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee*
*of Unsecured Creditors*


Respectfully Submitted By:

McDONALD CARANO LLP


_/s/ Ryan J. Works_____
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee*
*of Unsecured Creditors*

EXHIBIT 1

**Summary of Professionals for the Fee Period**

| Name | Year Admitted[1] | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|------|------------------|------------|---------------------|--------------------|--------------------|
| **Partners** | | | | | |
| Robert J. Gayda | 2004 | Bankruptcy | $1300 | 2.7 | $3,510.00 |
| **Associates** | | | | | |
| Catherine V. LoTempio | 2014 | Bankruptcy | $975 | 3.7 | $3,607.50 |
| Andrew J. Matott | 2017 | Bankruptcy | $925 | 0.2 | $185.00 |
| Laura E. Miller | 2013 | Litigation | $975 | 2.8 | $2,730.00 |
| **Total:** | | | | **9.4** | **$10,032.50** |

---

[1]      Unless otherwise noted, admission year is for New York Bar.

EXHIBIT 2

**Statement of Fees by Subject Matter**

| Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|
| **Case Administration** | 4.4 | $4,832.50 |
| **Litigation-Contested Matter and Adversary Proceedings** | 1.9 | $2,177.50 |
| **Claims Administration and Objections** | 1.5 | $1,462.50 |
| **Communication with Committee/ Creditors** | 0.5 | $487.50 |
| **Court Hearings** | 1.1 | $1,072.50 |
| **Total** | **9.4** | **$10,032.50** |

EXHIBIT 3

**Expenses by Category**

| Expense Category | Total |
|---|---|
| Meals | $325.34 |
| Computer Assisted Research | $3.70 |
| Hotel | $3,479.94 |
| Limo/Taxi/Train | $339.98 |
| Litigation Support Vendor | $507.56 |
| Trial Transcripts | $2,560.09 |
| Airfare | $1,280.62 |
| **TOTAL** | **$8,497.23** |

EXHIBIT 4

**Detailed Time Records**

## SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**    **Coin Cloud- Official
Committee of Unsecu**

**January 31, 2024
Invoice Number 9160078349**

**Coin Cloud- Official Committee of Unsecu
c/o OptConnect
865 West 450 North Suite 1
Kaysville UT  84037**

**For Professional Services Rendered through December 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0001 | Case Administration | 4,832.50 | 8,497.23 | 13,329.73 |

Coin Cloud- Official Committee of Unsecu

| | |
|---|---|
| **Invoice Date** | January 31, 2024 |
| **Invoice Number** | 9160078349 |

**38239-0001**     Case Administration

**Through** December 31, 2023

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/05/2023 | Call w FTI team re status of all open issues. | RJG | 0.70 | 910.00 |
| 12/05/2023 | Attend professionals call. | LEM | 1.00 | 975.00 |
| 12/10/2023 | Emails w S&K team re Fee/Avoidance issues. | RJG | 0.50 | 650.00 |
| 12/14/2023 | Emails and discussion re open items on preference and attorneys fees. | CVL | 0.20 | 195.00 |
| 12/14/2023 | Discuss open work streams with A. Matott and L. Miller. | CVL | 0.20 | 195.00 |
| 12/14/2023 | Discuss workstreams and upcoming deadlines with C. LoTempio and L. Miller. | AJM | 0.20 | 185.00 |
| 12/14/2023 | Catch up on outstanding issues with C. LoTempio and A. Matott. | LEM | 0.20 | 195.00 |
| 12/15/2023 | Call w Jimmerson re preference litigation. | RJG | 0.50 | 650.00 |
| 12/20/2023 | Call with M. Tucker re open work streams (.5); follow up with R. Gayda re same (.2); follow up with M. Tucker (.1); email to J. Jimmerson (.1). | CVL | 0.90 | 877.50 |

**Total Hours**...............................................................................     **4.40**

**Total Services**...........................................................$     **4,832.50**

### Disbursements Recorded Through December 31, 2023

| | |
|---|---|
| Airfare | 1,280.62 |
| Computer Assisted Researc | 3.70 |
| Hotel | 3,479.94 |
| Limo/Taxi/Train | 339.98 |
| Litigation Support Vendor | 507.56 |
| Meals | 325.34 |
| Trial transcripts | 2,560.09 |

**Total Disbursements**.......................................................$     **8,497.23**

**TOTAL AMOUNT DUE**......................................................$     **13,329.73**

Coin Cloud- Official Committee of Unsecu

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Invoice Date** | January 31, 2024 | | |

**38239-0001**        Case Administration

| | | |
|---|---|---|
| **Invoice Number** | 9160078349 |
| **Through** | December 31, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1998 RJG | Partner | Gayda, Robert J. | 1.70 | 1,300.00 | 2,210.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 1.30 | 975.00 | 1,267.50 |
| 1997 LEM | Associate | Miller, Laura E. | 1.20 | 975.00 | 1,170.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 0.20 | 925.00 | 185.00 |
| **Total** | | | **4.40** | | **4,832.50** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**January 31, 2024**
**Invoice Number 9160078349**

**38239-0001      Case Administration**

For Professional Services Rendered through December 31, 2023:

| | |
|---|---:|
| Fees | 4,832.50 |
| DISBURSEMENTS | 8,497.23 |
| **TOTAL AMOUNT DUE**............................................................................................ $ | **13,329.73** |

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

|  |  |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**      **Coin Cloud- Official**                                                          **January 31, 2024**
         **Committee of Unsecu**                                               **Invoice Number 9160078353**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through December 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0005 | Litigation-Contested matter and adversary proceedings | 2,177.50 | 0.00 | 2,177.50 |

|  | | **Invoice Date** | January 31, 2024 |
|--|--|------------------|------------------|

Coin Cloud- Official Committee of Unsecu
Litigation-Contested matter and adversary
proceedings

**38239-0005**

**Invoice Number** 9160078353

**Through** December 31, 2023

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 12/06/2023 | Attention to question from Redmond lawyer about status of proceeding by Cash Cloud. | LEM | 0.10 | 97.50 |
| 12/08/2023 | Call with J. Jimmerson concerning Bitcoin Depo litigation and related e-mails. | LEM | 0.30 | 292.50 |
| 12/12/2023 | Attention to Bitcoin Depot status questions (0.1); review documents regarding same (0.4). | LEM | 0.50 | 487.50 |
| 12/13/2023 | Email correspondence re settlement conferences re McAlary Litigation | RJG | 1.00 | 1,300.00 |

**Total Hours**............................................................................................. **1.90**

**Total Services**.......................................................................$ **2,177.50**

**TOTAL AMOUNT DUE**..................................................$ 2,177.50

| | | | **Invoice Date** | January 31, 2024 |
| | Coin Cloud- Official Committee of Unsecu | | **Invoice Number** | 9160078353 |
| **38239-0005** | Litigation-Contested matter and adversary proceedings | | **Through** | December 31, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---:|---:|---:|
| 1998 RJG | Partner | Gayda, Robert J. | 1.00 | 1,300.00 | 1,300.00 |
| 1997 LEM | Associate | Miller, Laura E. | 0.90 | 975.00 | 877.50 |
| **Total** | | | **1.90** | | **2,177.50** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**January 31, 2024**
**Invoice Number 9160078353**

**38239-0005**   **Litigation-Contested matter and adversary proceedings**

For Professional Services Rendered through December 31, 2023:

Fees                                                                                                          2,177.50

**TOTAL AMOUNT DUE**.................................................................................... $            **2,177.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

|                      |                                    |
|----------------------|------------------------------------|
| **Name of Bank:**    | **Citibank, N.A.**                 |
| **Address of Bank:** | **120 Broadway**                   |
|                      | **New York, NY 10271**             |
| **ABA Number:**      | **021000089**                      |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:**  | **4973607720**                     |
| **Swift Code:**      | **CITIUS33**                       |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**    **Coin Cloud- Official**
        **Committee of Unsecu**

**January 31, 2024**
**Invoice Number 9160078350**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through December 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0008 | Claims Administration and Objections | 1,462.50 | 0.00 | 1,462.50 |

Coin Cloud- Official Committee of Unsecu

**38239-0008**        Claims Administration and Objections

**Invoice Date**    January 31, 2024

**Invoice Number**    9160078350

**Through** December 31, 2023

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 12/05/2023 | Emails re TSSP admin claim. | CVL | 0.30 | 292.50 |
| 12/06/2023 | Review and sign off on Populus proposed order. | CVL | 0.20 | 195.00 |
| 12/19/2023 | Emails re late claim motion. | CVL | 0.20 | 195.00 |
| 12/21/2023 | Circulate comments to order allowing filing of late proof of claim. | CVL | 0.20 | 195.00 |
| 12/22/2023 | Emails re potential settlement of landlord claim. | CVL | 0.20 | 195.00 |
| 12/26/2023 | Emails re TSSP settlement. | CVL | 0.10 | 97.50 |
| 12/27/2023 | Review settlement stipulation with Landlord; circulate the same. | CVL | 0.30 | 292.50 |

**Total Hours**......................................................................................    **1.50**

**Total Services**.................................................................................$    **1,462.50**

**TOTAL AMOUNT DUE**.....................................................................$    **1,462.50**

**Invoice Date**    January 31, 2024

**Invoice Number**    9160078350

**Through** December 31, 2023

Coin Cloud- Official Committee of Unsecu

**38239-0008**    Claims Administration and Objections

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 1.50 | 975.00 | 1,462.50 |
| **Total** | | | **1.50** | | **1,462.50** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**January 31, 2024**
**Invoice Number 9160078350**

**38239-0008**     **Claims Administration and Objections**

For Professional Services Rendered through December 31, 2023:

| | |
|---|---:|
| Fees | 1,462.50 |
| **TOTAL AMOUNT DUE**............................................................................................ $ | **1,462.50** |

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**     **Coin Cloud- Official
Committee of Unsecu**

**January 31, 2024
Invoice Number 9160078351**

**Coin Cloud- Official Committee of Unsecu
c/o OptConnect
865 West 450 North Suite 1
Kaysville UT  84037**

**For Professional Services Rendered through December 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0009 | Communications with Creditors | 487.50 | 0.00 | 487.50 |

**Page    2**

Coin Cloud- Official Committee of Unsecu

**Invoice Date**    January 31, 2024

**38239-0009**    Communications with Creditors

**Invoice Number**    9160078351

**Through** December 31, 2023

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 12/05/2023 | Circulate Committee update. | CVL | 0.30 | 292.50 |
| 12/18/2023 | Draft email to Committee re updates and calls going forward. | CVL | 0.20 | 195.00 |

**Total Hours**............................................................................................ **0.50**

**Total Services**.....................................................................$ **487.50**

**TOTAL AMOUNT DUE**...............................................$ **487.50**

Coin Cloud- Official Committee of Unsecu

| | **Invoice Date** | January 31, 2024 |
| | **Invoice Number** | 9160078351 |

38239-0009          Communications with Creditors

| | | **Through** | December 31, 2023 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 0.50 | 975.00 | 487.50 |
| **Total** | | | **0.50** | | **487.50** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**January 31, 2024**
**Invoice Number 9160078351**

38239-0009     **Communications with Creditors**

For Professional Services Rendered through December 31, 2023:

Fees                                                                           487.50

**TOTAL AMOUNT DUE**................................................................................ $         **487.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

## Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**     **Coin Cloud- Official**                                              **January 31, 2024**
                 **Committee of Unsecu**                                   **Invoice Number 9160078352**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through December 31, 2023:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0016 | Court Hearings | 1,072.50 | 0.00 | 1,072.50 |

|  | | **Invoice Date** | January 31, 2024 |
|---|---|---|---|

Coin Cloud- Official Committee of Unsecu

| | | **Invoice Number** | 9160078352 |
|---|---|---|---|

**38239-0016**          Court Hearings

| | | **Through** December 31, 2023 |
|---|---|---|

| <u>DATE</u> | <u>NARRATIVE</u> | <u>NAME</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 12/13/2023 | Attend Bitcoin Depot hearing (0.5); and e-mails regarding same (0.2). | LEM | 0.70 | 682.50 |
| 12/26/2023 | Review docket and scheduling hearing on AVT settlement. | CVL | 0.10 | 97.50 |
| 12/27/2023 | Hearing on AVT settlement. | CVL | 0.30 | 292.50 |
| | **Total Hours**................................................................................... | | | **1.10** |
| | **Total Services**..............................................................................$ | | | **1,072.50** |
| | **TOTAL AMOUNT DUE**....................................................$ | | | **1,072.50** |

Coin Cloud- Official Committee of Unsecu

**Invoice Date**   January 31, 2024

**Invoice Number**   9160078352

38239-0016          Court Hearings

**Through** December 31, 2023

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 0.40 | 975.00 | 390.00 |
| 1997 LEM | Associate | Miller, Laura E. | 0.70 | 975.00 | 682.50 |
| **Total** | | | **1.10** | | **1,072.50** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**January 31, 2024**
**Invoice Number 9160078352**

38239-0016      **Court Hearings**

For Professional Services Rendered through December 31, 2023:

Fees                                                                                                                  1,072.50

**TOTAL AMOUNT DUE**.................................................................................... $              **1,072.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**