BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
*Counsel for Debtor*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>    CASH CLOUD, INC.,<br>        dba COIN CLOUD,<br><br>                Debtor. | Case No.  BK-23-10423-mkn<br><br>Chapter 11<br><br>**CERTIFICATE OF NO OBJECTION REGARDING PROVINCE, LLC'S MONTHLY FEE STATEMENTS OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 1, 2023 THROUGH DECEMBER 31, 2023** |

**TO THE HONORABLE MIKE K. NAKAGAWA AND ALL PARTIES IN INTEREST:**

On January 16, 2024 and January 22, 2024, the undersigned filed the monthly fee statements referenced above (the "Statement"), detailing fees for services rendered and expenses incurred by Province, LLC, financial advisor to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), as summarized on **Exhibit A** attached hereto.

1

154937971.1

1  The undersigned certifies that no party filed an answer, objection or other responsive pleading in connection with the Statement on or before the respective Objection Deadline.[1]

Pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order") entered on March 20, 2023, and the *Final Order Authorizing Retention and Employment of Province, LLC as Financial Advisor, Effective as of the Petition Date* [ECF No. 223] entered on March 9, 2023, Debtor is authorized to pay Province eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Statement upon the filing of this certification of no objection and without the need for entry of an order by the Court approving the Statement.

Dated this 21st day of February 2024.

PROVINCE, LLC

By: */s/ Daniel Moses*
Daniel Moses
2360 Corporate Circle, Suite 340
Henderson, Nevada 89074
Telephone: (702) 685-5555
Email: phuygens@provincefirm.com
*Financial Advisor to Debtor*

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:    */s/Brett A. Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

---

[1] Pursuant to the Interim Compensation Procedures Order (as defined herein), Notice Parties (as defined therein) have twenty (20) days after the date of service of a monthly fee application (the "Objection Deadline") to object to the Applicant's requested fees and expenses.

154937971.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

# EXHIBIT A

**Summary of Province LLC
Monthly Fee Application
for Professional Fees and Expenses**

| Application Period | 80% of Fees in Application Period | 100 % of Expenses in Application Period | Total Authorized Amount | Date Served | Objection Deadline |
|---|---|---|---|---|---|
| 11/01/2023 through 11/30/2023 | $12,544.80 | $215.00 | $12,759.80 | 01/16/2024 | 02/05/2024 |
| 12/01/2023 through 12/31/2023 | $24,590.40 | $173.16 | $24,763.56 | 01/22/2024 | 02/11/2024 |

154937971.1