Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*admitted pro hac vice*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF PRELIMINARY OBJECTION AND RESERVATION OF RIGHTS OF THE COMMITTEE TO THE JIMMERSON LAW FIRM, P.C.'S FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OF FEBRUARY 7, 2023 TO OCTOBER 13, 2023 [ECF No. 1474]** |

The Official Committee of Unsecured Creditors (the "Committee") of the bankruptcy estate of Cash Cloud, Inc. d/b/a Coin Cloud (the "Debtor") by and through undersigned counsel, hereby files this *Notice of Withdrawal of Preliminary Objection and Reservation of Rights of the Committee to The Jimmerson Law Firm, P.C.'s Fee Statement of Services Rendered and Expenses Incurred for the Period of February 7, 2023 to October 13, 2023* [ECF No. 1474] (the "Motion") filed on November 9, 2023.

1     Dated this 28th day of February, 2024.

2                                                    McDONALD CARANO LLP

3                                                    */s/ Ryan J. Works*
                                                     Ryan J. Works, Esq. (NSBN 9224)
4                                                    Amanda M. Perach, Esq. (NSBN 12399)
                                                     2300 West Sahara Avenue, Suite 1200
5                                                    Las Vegas, Nevada 89102
                                                     rworks@mcdonaldcarano.com
6                                                    aperach@mcdonaldcarano.com

7                                                    John R. Ashmead, Esq.
                                                     Robert J. Gayda, Esq.
8                                                    Catherine V. LoTempio, Esq.
                                                     Laura E. Miller, Esq.
9                                                    Andrew J. Matott, Esq.
                                                     (*admitted pro hac vice*)
10                                                   SEWARD & KISSEL LLP
                                                     One Battery Park Plaza
11                                                   New York, NY 10004
                                                     ashmead@sewkis.com
12                                                   gayda@sewkis.com
                                                     lotempio@sewkis.com
13                                                   millerl@sewkis.com
                                                     matott@sewkis.com

14
                                                     *Counsel for Official Committee*
15                                                   *of Unsecured Creditors*

4870-1766-9801, v. 1