**Cash Cloud, Inc**
**Income Statement**

|  | Sep-23 | Oct-23 | Nov-23 |
|---|---:|---:|---:|
| **Income** | | | |
| Total - Income | $ - | $ - | $ - |
| **Cost of Sales** | | | |
| Total - Cost Of Sales | $ - | $ - | $ - |
| **Gross Profit** | $ - | $ - | $ - |
| **Expenses** | | | |
| 50001 - Hourly - Wages | 16,379 | 12,584 | 13,048 |
| 50003 - Hourly - PTO | 1,680 | 200 | - |
| 50004 - Hourly - Holiday | 200 | - | - |
| 50101 - Salary - Wages | 42,500 | 16,385 | 12,692 |
| 50201 - Health Insurance | 539 | 439 | 339 |
| 50205 - HSA Contribution | 150 | 150 | - |
| 50211 - Phone Reimbursement | 250 | 200 | 200 |
| 51001 - FICA - SS | 3,681 | 739 | 173 |
| 51002 - FICA - Medicaid | 1,155 | 418 | 370 |
| 51101 - NV - Unemployment | 249 | 23 | - |
| 60004 - Software Service - Accounting/Admin | 14,769 | - | - |
| 63101 - Insurance - General Liability | 28,354 | - | - |
| **Total - Expense** | $ 109,905 | $ 31,139 | $ 26,823 |
| **Net Ordinary Income** | $ (109,905) | $ (31,139) | $ (26,823) |
| **Other Income and Expenses** | | | |
| Other Income | | | |
| 80001 - Balance Sheet Adjustments from Wind Down | (358,116) | - | - |
| **Total - Other Income** | $ (358,116) | $ - | $ - |
| Other Expense | | | |
| **Total - Other Expense** | $ - | $ - | $ - |
| **Net Other Income** | $ 358,116 | $ - | $ - |
| **Net Income** | $ 248,211 | $ (31,139) | $ (26,823) |

<u>Note</u>: These financials reflect the state of the Debtor's current books and records to the best of its ability. Certain periods have not been finalized as the Debtor has terminated and overwhelming majority of its staff including its accounting and finance teams.

<u>Note</u>: The Debtor reserves all rights to further amend, modify, or supplement this operating report as appropriate.

<u>Note</u>: November financials reflect $90,684.00 in erroneous deposits refunded. These refunds have been subtracted from the disbursements used for the UST's quarterly fee calculation.

<u>Note</u>: These financial exhibits do not reflect escrow account activity.

**Cash Cloud, Inc**
**Balance Sheet**

| | Sep-23 | Oct-23 | Nov-23 |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Actual Bank Balances** | | | |
| 10302 - Commercial Bank - AP (3833) | 180 | 20 | 20 |
| 10301 - Commercial Bank - Main (3844) | 280,034 | 55,021 | 225,180 |
| 10304 - Commercial Bank - BTC (3855) | 38,547 | 230,685 | 205,194 |
| 10303 - Commercial Bank - Payroll (3866) | 69,064 | 39,029 | 12,962 |
| 10311 - People First - Main (6240) | 199,290 | 323,842 | 170,361 |
| 10310 - People First - Trust (1752) | 100 | 100 | 100 |
| **Total Bank** | $ 587,215 | $ 648,697 | $ 613,817 |
| Machine and Other Balances | 781,107 | 781,107 | 646,705 |
| **Total Cash** | $ 1,368,321 | $ 1,429,803 | $ 1,260,521 |
| | | | |
| **Accounts Receivable** | | | |
| 12103 - Due To/From - CM | 716,057 | 716,057 | 716,057 |
| **Total Accounts Receivable** | $ 716,057 | $ 716,057 | $ 716,057 |
| | | | |
| **Other Current Asset** | | | |
| 30001 - Software Sale Note Receivable | 1,500,000 | 1,500,000 | 1,500,000 |
| **Total Other Current Asset** | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 |
| **Total Current Assets** | $ 3,584,378 | $ 3,645,860 | $ 3,476,578 |
| | | | |
| **Fixed Assets** | | | |
| 15105 - BTM - Machine Brazil | 213,295 | 213,295 | 213,295 |
| 15202 - Computer Equipment | 59,077 | 59,077 | 59,077 |
| 15203 - Equipment & Furniture | 195,326 | 195,326 | 195,326 |
| 16105 - AD - BTM - Machine Brazil | (91,713) | (91,713) | (91,713) |
| 16202 - AD - Computer Equipment | (14,757) | (14,757) | (14,757) |
| 16203 - AD - Office Equipment & Furniture | (112,382) | (112,382) | (112,382) |
| **Total Fixed Assets** | $ 248,845 | $ 248,845 | $ 248,845 |
| | | | |
| **Other Assets** | | | |
| 18001 - Deposit LT - Rent | - | - | - |
| 18301 - Web Domain Names | - | - | - |
| 18501 - Investment in Subsidiary - Brazil | 42,951 | 42,951 | 42,951 |
| 18502 - Advances - Brazil (Intercompany receivable/payable) | 503,681 | 503,681 | 503,681 |
| **Total Other Assets** | $ 546,632 | $ 546,632 | $ 546,632 |
| | | | |
| **Total ASSETS** | $ 4,379,854 | $ 4,441,336 | $ 4,272,054 |

**Balance Sheet**

| | Sep-23 | Oct-23 | Nov-23 |
|---|---:|---:|---:|
| **LIABILITIES & EQUITY** | | | |
| **Current Liabilities** | | | |
| **Accounts Payable** | | | |
| 20001 - AP - Trade | 6,647,254 | 6,647,254 | 6,647,254 |
| 20004 - AP - Other Payables | 5,184 | 5,154 | 5,154 |
| 20005 - AP - Interest Payable, Equipment Leasing, Building Rent | 8,891,400 | 8,891,400 | 8,891,400 |
| 20011 - AP - Host Pay - Checks | 1,438,107 | 1,438,107 | 1,438,107 |
| 20012 - AP - Host Pay - ACH | 5,768,907 | 5,768,907 | 5,768,907 |
| 20013 - AP - Host Pay - Other | 60,437 | 60,437 | 60,437 |
| 20015 - AP - Commission | 17,546 | 17,546 | 17,546 |
| 20016 - AP - BTC | 83,038 | 83,038 | 83,038 |
| 20031 - AP - Construction | 8,544,980 | 8,544,980 | 8,544,980 |
| 20101 - Post Bankruptcy filing AP - Trade | 341,915 | 341,915 | 341,915 |
| 20104 - Post Bankruptcy filing AP - Other Payables | 773,648 | 773,648 | 773,648 |
| 20111 - Post Bankruptcy filing AP - Host Pay - Checks | 137,064 | 137,064 | 137,064 |
| 20112 - Post Bankruptcy filing AP - Host Pay - ACH | 446,939 | 446,939 | 446,939 |
| 20113 - Post Bankruptcy filing AP - Host Pay - Other | 5,660 | 5,660 | 5,660 |
| 20116 - Post Bankruptcy filing AP - BTC | 20,976 | 20,976 | 20,976 |
| 20199 - AP - Old | 743,452 | 743,452 | 743,452 |
| **Total Accounts Payable** | $ 33,926,506 | $ 33,926,476 | $ 33,926,476 |
| | | | |
| **Credit Card** | | | |
| 20201 - Amex - 83006 | 424,230 | 424,230 | 424,230 |
| **Total Credit Card** | $ 424,230 | $ 424,230 | $ 424,230 |
| | | | |
| **Other Current Liability** | | | |
| 21001 - Payroll - Payable | (13,719) | (13,719) | (13,719) |
| 21002 - Payroll - Deferred | 301,538 | 301,538 | 301,538 |
| 21113 - State Taxes Payable - NV MBT | 37,878 | 37,878 | 37,878 |
| 21202 - HSA Payable | 14,947 | 15,097 | 15,097 |
| 21203 - Health Ins Payable | 3,388 | 4,241 | 4,908 |
| 21204 - Dental/Vision Ins Payable | 1,934 | 2,044 | 2,133 |
| 22001 - Accrueds | 243,607 | 243,607 | 243,607 |
| 22111 - Accrued Interest | 46,236 | 46,236 | 46,236 |
| 23102 - Note Payable Current - Genesis | 107,929,632 | 107,929,632 | 107,929,632 |
| 23103 - Secured Note - Genesis | 7,784,780 | 7,784,780 | 7,784,780 |
| 23104 - Note Payable Current - DIP | 646,378 | 646,378 | 646,378 |
| 23206 - Note Payable Current - Enigma | 6,875,094 | 6,875,094 | 6,875,094 |
| **Total Other Current Liability** | $ 123,871,693 | $ 123,872,807 | $ 123,873,562 |
| **Total Current Liabilities** | $ 158,222,429 | $ 158,223,513 | $ 158,224,268 |
| | | | |
| **Long Term Liabilities** | | | |
| 27103 - Note Payable NC - EZ | 1,919,929 | 1,919,929 | 1,919,929 |
| 27121 - Lease Capital Liab - AV Tech | 1,215,623 | 1,215,623 | 1,215,623 |
| 27201 - Note Payable NC - CM | 1,252,424 | 1,252,424 | 1,252,424 |
| 27204 - Note Payable NC - LF | 104,758 | 104,758 | 104,758 |
| **Total Long Term Liabilities** | $ 4,492,734 | $ 4,492,734 | $ 4,492,734 |
| | | | |
| **Total LIABILITIES** | $ 162,715,163 | $ 162,716,247 | $ 162,717,002 |

*Note:* These financials reflect the state of the Debtor's current books and records to the best of its ability. Certain periods have not been finalized as the Debtor has terminated and overwhelming majority of its staff including its accounting and finance teams.

*Note:* The Debtor reserves all rights to further amend, modify, or supplement this operating report as appropriate.

*Note:* November financials reflect $90,684.00 in erroneous deposits refunded. These refunds have been subtracted from the disbursements used for the UST's quarterly fee calculation.

*Note:* These financial exhibits do not reflect escrow account activity.



**The CommercialBank**
Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

```
Cash Cloud INC
DBA Coin Cloud
Accounts Payable                          VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                            ▆3833
LAS VEGAS NV   89135
                                           10/31/23 THRU 11/30/23

                                                      PAGE   1


===============================================================================
             VIRTUAL CURRENCY CHECKING        ▆3833
===============================================================================
         DESCRIPTION              DEBITS       CREDITS    DATE          BALANCE

BALANCE LAST STATEMENT............................... 10/31/23           20.00
Cover monthly fee transfer                   65.00 11/01/23              85.00
PPD LEADBANKSELFLEND PAYMENTS CASH CLOUD INC
                                  35.00            11/01/23              50.00
ACH MONTHLY SERVICE FEE           30.00            11/24/23              20.00
BALANCE THIS STATEMENT............................... 11/30/23           20.00

TOTAL CREDITS      (1)           65.00
TOTAL DEBITS       (2)           65.00

        - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:           43.00

----------------End-of-Statement-for-above-Account---------------
```



Member FDIC

```
                    The CommercialBank
                    Post Office Box 306
                    Crawford, Georgia 30630
                        706-743-8184
                    www.thecommercialbank.net




    Cash Cloud INC
    DBA Coin Cloud
    General Account                           VIRTUAL CURRENCY CHECKING
    11700 W CHARLESTON STE 170 #441                     ■3844
    LAS VEGAS NV   89135

                                              10/31/23 THRU 11/30/23

                                                                PAGE  1


==============================================================================
                 VIRTUAL CURRENCY CHECKING      ■3844
==============================================================================
          DESCRIPTION            DEBITS       CREDITS    DATE      BALANCE

BALANCE LAST STATEMENT...............................  10/31/23     55,021.24
BR ADJ- CCI 9/15/23               20.00                11/01/23     55,001.24
WEB UnitedHealthSvcs PERSONAPAY 72029896
                               2,490.05                11/03/23     52,511.19
CCD GOOGLE APPS_COMME US003XB4PO
                               4,996.87                11/06/23     47,514.32
LOOMIS SAN ANT ADJ 9/08          535.00                11/07/23     46,979.32
INCOMING WIRE                              216,330.19  11/08/23    263,309.51
BR NASH ADJ- CCI                  60.00                11/09/23    263,249.51
VCC DEP                                         75.00  11/16/23    263,324.51
BR CHAR ADJ- 11/15                75.00                11/16/23    263,249.51
CCD BankLine Corpora ConsultFee 578643057
                                 533.21                11/17/23    262,716.30
BR CHAR ADJ                      100.00                11/22/23    262,616.30
BR CHAR ADJ 10/06                 85.00                11/24/23    262,531.30
LOOMIS GR R ADJ- 14231 9/21, 50 10/02, 750 10/11
                              15,031.00                11/27/23    247,500.30
LOOMIS DAL ADJ 7/14/23           940.00                11/28/23    246,560.30
LOOMIS PITTS ADJ              20,338.00                11/29/23    226,222.30
*2925 POS PY *408.MORNINGSTAR ST 1650 W HORIZON RIDGE PK HENDERSON NV
                               1,042.25                11/29/23    225,180.05
BALANCE THIS STATEMENT...............................  11/30/23    225,180.05

TOTAL CREDITS       (2)      216,405.19
TOTAL DEBITS       (13)       46,246.38

         - - - - - - - - - A V E R A G E    B A L A N C E - - - - - - - - -

AVERAGE LEDGER BALANCE:        210,072.13

    ---------------End-of-Statement-for-above-Account---------------
```



```
                Post Office Box 306
                Crawford, Georgia 30630
                    706-743-8184
                www.thecommercialbank.net




        Cash Cloud INC
        DBA Coin Cloud
        Exchange Focused Account               VIRTUAL CURRENCY CHECKING
        11700 W CHARLESTON STE 170 #441                              ▮3855
        LAS VEGAS NV  89135
                                                10/31/23 THRU 11/30/23

                                                             PAGE   1


===============================================================================
                VIRTUAL CURRENCY CHECKING          ▮3855
===============================================================================
            DESCRIPTION           DEBITS      CREDITS    DATE        BALANCE

BALANCE LAST STATEMENT................................. 10/31/23    230,684.51
OUTGOING WIRE                    25,000.00              11/01/23    205,684.51
Cover monthly fee transfer
                                     65.00              11/01/23    205,619.51
CCD HSA BANK PLAN FUND CCI468465527468
                                    150.00              11/03/23    205,469.51
CHECK # 3970                        100.00              11/06/23    205,369.51
CHECK # 4009                          0.26              11/08/23    205,369.25
CHECK # 1728                        175.00              11/16/23    205,194.25
BALANCE THIS STATEMENT................................. 11/30/23    205,194.25

TOTAL CREDITS       (0)            0.00
TOTAL DEBITS        (6)        25,490.26


===============================================================================
                            YOUR CHECKS SEQUENCED
===============================================================================
DATE    CHECK #    AMOUNT DATE   CHECK #    AMOUNT DATE   CHECK #      AMOUNT

11/16    1728     175.00 11/06    3970*    100.00 11/08    4009*        0.26

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

          - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:      205,308.48

----------------End-of-Statement-for-above-Account---------------
```

**The CommercialBank**
Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

Cash Cloud INC
DBA Coin Cloud
Payroll Account                                        VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                                     ███3866
LAS VEGAS NV  89135

                                                       10/31/23 THRU 11/30/23

                                                                    PAGE   1

===============================================================================
                VIRTUAL CURRENCY CHECKING       ███3866
===============================================================================
       DESCRIPTION            DEBITS        CREDITS    DATE         BALANCE

BALANCE LAST STATEMENT................................  10/31/23       39,029.00
OUTGOING WIRE              13,301.95                    11/08/23       25,727.05
OUTGOING WIRE              12,765.43                    11/21/23       12,961.62
BALANCE THIS STATEMENT................................  11/30/23       12,961.62

TOTAL CREDITS      (0)          0.00
TOTAL DEBITS       (2)     26,067.38

           - - - - - - - - - A V E R A G E    B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:       24,575.70

----------------End-of-Statement-for-above-Account---------------

# PeopleFirstBank®
3100 Theodore St. • Joliet, IL 60435

**Statement Ending 11/30/2023**

CASH CLOUD INC                                      Page 1 of 4
**Customer Number: XXXXXX1752**

**RETURN SERVICE REQUESTED**

CASH CLOUD INC
DBA COIN CLOUD
10845 GRIFFITH PEAK DR STE 200
LAS VEGAS NV 89135-1568

**Managing Your Accounts**

| | | |
|---|---|---|
| ℹ | BANK NAME | PeopleFirstBank |
| ✉ | MAILING ADDRESS | 3100 THEODORE STREET JOLIET, IL 60435 |
| 📱 | PHONE NUMBER | 815-207-6200 |
| 💻 | ONLINE ACCESS | www.peoplefirstbank.com |

**Service charge may include Maintenance Fee of $10.00 and/or Paper Statement Fee of $2.00. See account disclosure for additional information.**

**PRIVACY NOTICE**-Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.peoplefirstbank.com. We will mail you a free copy upon request if you call us at 815.207.6200.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| MSB CHECKING | XXXXXX1752 | $100.00 |

## MSB CHECKING-XXXXXX1752
## IN TRUST FOR CUSTOMERS

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 11/01/2023 | **Beginning Balance** | **$100.00** |
| | 6 Credit(s) This Period | $99,353.00 |
| | 6 Debit(s) This Period | $99,353.00 |
| 11/30/2023 | **Ending Balance** | **$100.00** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 11/27/2023 | 9/26/23 Loomis deopsit error Memphis | $180.00 |
| 11/27/2023 | 8/30/23 Loomis deposit error Indianaoplis | $500.00 |
| 11/27/2023 | 10/26/23 Loomis deposit error Sacramento | $3,527.00 |
| 11/27/2023 | 10/20/23 Loomis deposit error Los Angeles | $76,350.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 11/02/2023 | Transfer from operating account for Loomis deposit on 9/19/23 #104195 | $124.00 |
| 11/02/2023 | Transfer from operating account for Loomis deposit error on 9/11/23 | $18,672.00 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 11/02/2023 | MISCELLANEOUS DEBIT | $124.00 |
| 11/02/2023 | MISCELLANEOUS DEBIT | $18,672.00 |


Member FDIC - Equal Housing Lender

## MSB CHECKING-XXXXXX1752 (continued)
## IN TRUST FOR CUSTOMERS

### Other Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 11/27/2023 | MISCELLANEOUS DEBIT | $180.00 |
| 11/27/2023 | MISCELLANEOUS DEBIT | $500.00 |
| 11/27/2023 | MISCELLANEOUS DEBIT | $3,527.00 |
| 11/27/2023 | MISCELLANEOUS DEBIT | $76,350.00 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 11/02/2023 | $100.00 | 11/27/2023 | $100.00 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**PeopleFirstBank**
3100 Theodore St. • Joliet, IL 60435

**Statement Ending 11/30/2023**

CASH CLOUD INC                                      Page 1 of 4
Customer Number: XXXXXX6240

**RETURN SERVICE REQUESTED**

CASH CLOUD INC
DBA COIN CLOUD
10845 GRIFFITH PEAK DR STE 200
LAS VEGAS NV 89135-1568

### Managing Your Accounts

| | | |
|---|---|---|
| ⓘ | BANK NAME | PeopleFirstBank |
| ✉ | MAILING ADDRESS | 3100 THEODORE STREET JOLIET, IL 60435 |
| 📱 | PHONE NUMBER | 815-207-6200 |
| 💻 | ONLINE ACCESS | www.peoplefirstbank.com |

Service charge may include Maintenance Fee of $10.00 and/or Paper Statement Fee of $2.00. See account disclosure for additional information.

PRIVACY NOTICE-Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.peoplefirstbank.com. We will mail you a free copy upon request if you call us at 815.207.6200.

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| MSB CHECKING | XXXXXX6240 | $170,360.85 |

## MSB CHECKING-XXXXXX6240

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 11/01/2023 | Beginning Balance | $323,842.09 |
| | 0 Credit(s) This Period | $0.00 |
| | 11 Debit(s) This Period | $153,481.24 |
| 11/30/2023 | Ending Balance | $170,360.85 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 11/17/2023 | BankLine Corpora ConsultFee XXXXX3092 | $628.24 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 11/02/2023 | Transfer to trust account for Loomis deposit error on 9/19/23 #104195 | $124.00 |
| 11/02/2023 | Transfer to trust account for Loomis deposit error on 9/11/23 | $18,672.00 |
| 11/27/2023 | 9/26/23 Loomis deopsit error Memphis | $180.00 |
| 11/27/2023 | 8/30/23 Loomis deposit error Indianapolis | $500.00 |
| 11/27/2023 | 10/26/23 Loomis deposit error Sacramento | $3,527.00 |
| 11/27/2023 | 10/20/23 Loomis deposit error Los Angeles | $76,350.00 |
| 11/28/2023 | Loomis deposit error 8/07/23 103927 Westfield | $300.00 |
| 11/28/2023 | Loomis deposit error 9/11/23 1039727 Westfield | $3,000.00 |
| 11/28/2023 | Loomis deposit error 7/24/23 103927 Westfield | $4,300.00 |
| 11/28/2023 | Loomis deposit error 9/05/23 103927 Westfield | $45,900.00 |

