**Cash Cloud, Inc**
**Income Statement**

| | Sep-23 | Oct-23 | Nov-23 | Dec-23 |
|---|---:|---:|---:|---:|
| **Income** | | | | |
| **Total - Income** | $ - | $ - | $ - | $ - |
| **Cost of Sales** | | | | |
| **Total - Cost Of Sales** | $ - | $ - | $ - | $ - |
| **Gross Profit** | $ - | $ - | $ - | $ - |
| **Expenses** | | | | |
| 50001 - Hourly - Wages | 16,379 | 12,584 | 13,048 | 12,669 |
| 50003 - Hourly - PTO | 1,680 | 200 | - | 400 |
| 50004 - Hourly - Holiday | 200 | - | - | 200 |
| 50101 - Salary - Wages | 42,500 | 16,385 | 12,692 | 12,692 |
| 50201 - Health Insurance | 539 | 439 | 339 | 339 |
| 50205 - HSA Contribution | 150 | 150 | - | - |
| 50211 - Phone Reimbursement | 250 | 200 | 200 | 200 |
| 51001 - FICA - SS | 3,681 | 739 | 173 | 220 |
| 51002 - FICA - Medicaid | 1,155 | 418 | 370 | 373 |
| 51101 - NV - Unemployment | 249 | 23 | - | - |
| 60004 - Software Service - Accounting/Admin | 14,769 | - | - | - |
| 63101 - Insurance - General Liability | 28,354 | - | - | - |
| **Total - Expense** | $ 109,905 | $ 31,139 | $ 26,823 | $ 27,094 |
| **Net Ordinary Income** | $ (109,905) | $ (31,139) | $ (26,823) | $ (27,094) |
| **Other Income and Expenses** | | | | |
| Other Income | | | | |
| 80001 - Balance Sheet Adjustments from Wind Down | (358,116) | - | - | - |
| **Total - Other Income** | $ (358,116) | $ - | $ - | $ - |
| Other Expense | | | | |
| **Total - Other Expense** | $ - | $ - | $ - | $ - |
| **Net Other Income** | $ 358,116 | $ - | $ - | $ - |
| **Net Income** | $ 248,211 | $ (31,139) | $ (26,823) | $ (27,094) |

*Note:* These financials reflect the state of the Debtor's current books and records to the best of its ability. Certain periods have not been finalized as the Debtor has terminated and overwhelming majority of its staff including its accounting and finance teams.

*Note:* The Debtor reserves all rights to further amend, modify, or supplement this operating report as appropriate.

*Note:* December financials reflect $14,045.00 in erroneous deposits refunded. These refunds have been subtracted from the disbursements used for the UST's quarterly fee calculation.

*Note:* These financial exhibits do not reflect escrow account activity.

**Cash Cloud, Inc**
**Balance Sheet**

| | Sep-23 | Oct-23 | Nov-23 | Dec-23 |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Actual Bank Balances** | | | | |
| 10302 - Commercial Bank - AP (3833) | 180 | 20 | 20 | (10) |
| 10301 - Commercial Bank - Main (3844) | 280,034 | 55,021 | 225,180 | 202,308 |
| 10304 - Commercial Bank - BTC (3855) | 38,547 | 230,685 | 205,194 | 11,109 |
| 10303 - Commercial Bank - Payroll (3866) | 69,064 | 39,029 | 12,962 | 5,133 |
| 10311 - People First - Main (6240) | 199,290 | 323,842 | 170,361 | 169,854 |
| 10310 - People First - Trust (1752) | 100 | 100 | 100 | 100 |
| **Total Bank** | $ 587,215 | $ 648,697 | $ 613,817 | $ 388,494 |
| Machine and Other Balances | 781,107 | 781,107 | 646,705 | 646,705 |
| **Total Cash** | $ 1,368,321 | $ 1,429,803 | $ 1,260,521 | $1,035,199 |
| **Accounts Receivable** | | | | |
| 12103 - Due To/From - CM | 716,057 | 716,057 | 716,057 | 716,057 |
| **Total Accounts Receivable** | $ 716,057 | $ 716,057 | $ 716,057 | $ 716,057 |
| **Other Current Asset** | | | | |
| 30001 - Software Sale Note Receivable | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 |
| **Total Other Current Asset** | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 |
| **Total Current Assets** | $ 3,584,378 | $ 3,645,860 | $ 3,476,578 | $ 3,251,255 |
| **Fixed Assets** | | | | |
| 15105 - BTM - Machine Brazil | 213,295 | 213,295 | 213,295 | 213,295 |
| 15202 - Computer Equipment | 59,077 | 59,077 | 59,077 | 59,077 |
| 15203 - Equipment & Furniture | 195,326 | 195,326 | 195,326 | 195,326 |
| 16105 - AD - BTM - Machine Brazil | (91,713) | (91,713) | (91,713) | (91,713) |
| 16202 - AD - Computer Equipment | (14,757) | (14,757) | (14,757) | (14,757) |
| 16203 - AD - Office Equipment & Furniture | (112,382) | (112,382) | (112,382) | (112,382) |
| **Total Fixed Assets** | $ 248,845 | $ 248,845 | $ 248,845 | $ 248,845 |
| **Other Assets** | | | | |
| 18001 - Deposit LT - Rent | - | - | - | - |
| 18301 - Web Domain Names | - | - | - | - |
| 18501 - Investment in Subsidiary - Brazil | 42,951 | 42,951 | 42,951 | 42,951 |
| 18502 - Advances - Brazil (Intercompany receivable/payable) | 503,681 | 503,681 | 503,681 | 503,681 |
| **Total Other Assets** | $ 546,632 | $ 546,632 | $ 546,632 | $ 546,632 |
| **Total ASSETS** | $ 4,379,854 | $ 4,441,336 | $ 4,272,054 | $ 4,046,732 |

**Balance Sheet**

| | Sep-23 | Oct-23 | Nov-23 | Dec-23 |
|---|---:|---:|---:|---:|
| **LIABILITIES & EQUITY** | | | | |
| **Current Liabilities** | | | | |
| **Accounts Payable** | | | | |
| 20001 - AP - Trade | 6,647,254 | 6,647,254 | 6,647,254 | 6,647,254 |
| 20004 - AP - Other Payables | 5,184 | 5,154 | 5,154 | 5,154 |
| 20005 - AP - Interest Payable, Equipment Leasing, Building Rent | 8,891,400 | 8,891,400 | 8,891,400 | 8,891,400 |
| 20011 - AP - Host Pay - Checks | 1,438,107 | 1,438,107 | 1,438,107 | 1,438,107 |
| 20012 - AP - Host Pay - ACH | 5,768,907 | 5,768,907 | 5,768,907 | 5,768,907 |
| 20013 - AP - Host Pay - Other | 60,437 | 60,437 | 60,437 | 60,437 |
| 20015 - AP - Commission | 17,546 | 17,546 | 17,546 | 17,546 |
| 20016 - AP - BTC | 83,038 | 83,038 | 83,038 | 83,038 |
| 20031 - AP - Construction | 8,544,980 | 8,544,980 | 8,544,980 | 8,544,980 |
| 20101 - Post Bankruptcy filing AP - Trade | 341,915 | 341,915 | 341,915 | 341,915 |
| 20104 - Post Bankruptcy filing AP - Other Payables | 773,648 | 773,648 | 773,648 | 773,648 |
| 20111 - Post Bankruptcy filing AP - Host Pay - Checks | 137,064 | 137,064 | 137,064 | 137,064 |
| 20112 - Post Bankruptcy filing AP - Host Pay - ACH | 446,939 | 446,939 | 446,939 | 446,939 |
| 20113 - Post Bankruptcy filing AP - Host Pay - Other | 5,660 | 5,660 | 5,660 | 5,660 |
| 20116 - Post Bankruptcy filing AP - BTC | 20,976 | 20,976 | 20,976 | 20,976 |
| 20199 - AP - Old | 743,452 | 743,452 | 743,452 | 743,452 |
| **Total Accounts Payable** | $ 33,926,506 | $ 33,926,476 | $ 33,926,476 | $ 33,926,476 |
| | | | | |
| **Credit Card** | | | | |
| 20201 - Amex - 83006 | 424,230 | 424,230 | 424,230 | 424,230 |
| **Total Credit Card** | $ 424,230 | $ 424,230 | $ 424,230 | $ 424,230 |
| | | | | |
| **Other Current Liability** | | | | |
| 21001 - Payroll - Payable | (13,719) | (13,719) | (13,719) | (13,719) |
| 21002 - Payroll - Deferred | 301,538 | 301,538 | 301,538 | 301,538 |
| 21113 - State Taxes Payable - NV MBT | 37,878 | 37,878 | 37,878 | 37,878 |
| 21202 - HSA Payable | 14,947 | 15,097 | 15,097 | 15,097 |
| 21203 - Health Ins Payable | 3,388 | 4,241 | 4,908 | 5,576 |
| 21204 - Dental/Vision Ins Payable | 1,934 | 2,044 | 2,133 | 2,221 |
| 22001 - Accrueds | 243,607 | 243,607 | 243,607 | 243,607 |
| 22111 - Accrued Interest | 46,236 | 46,236 | 46,236 | 46,236 |
| 23102 - Note Payable Current - Genesis | 107,929,632 | 107,929,632 | 107,929,632 | 107,929,632 |
| 23103 - Secured Note - Genesis | 7,784,780 | 7,784,780 | 7,784,780 | 7,784,780 |
| 23104 - Note Payable Current - DIP | 646,378 | 646,378 | 646,378 | 646,378 |
| 23206 - Note Payable Current - Enigma | 6,875,094 | 6,875,094 | 6,875,094 | 6,875,094 |
| **Total Other Current Liability** | $ 123,871,693 | $ 123,872,807 | $ 123,873,562 | $ 123,874,318 |
| **Total Current Liabilities** | $ 158,222,429 | $ 158,223,513 | $ 158,224,268 | $ 158,225,024 |
| | | | | |
| **Long Term Liabilities** | | | | |
| 27103 - Note Payable NC - EZ | 1,919,929 | 1,919,929 | 1,919,929 | 1,919,929 |
| 27121 - Lease Capital Liab - AV Tech | 1,215,623 | 1,215,623 | 1,215,623 | 1,215,623 |
| 27201 - Note Payable NC - CM | 1,252,424 | 1,252,424 | 1,252,424 | 1,252,424 |
| 27204 - Note Payable NC - LF | 104,758 | 104,758 | 104,758 | 104,758 |
| **Total Long Term Liabilities** | $ 4,492,734 | $ 4,492,734 | $ 4,492,734 | $ 4,492,734 |
| | | | | |
| **Total LIABILITIES** | $ 162,715,163 | $ 162,716,247 | $ 162,717,002 | $ 162,717,758 |

*Note:* These financials reflect the state of the Debtor's current books and records to the best of its ability. Certain periods have not been finalized as the Debtor has terminated and overwhelming majority of its staff including its accounting and finance teams.

*Note:* The Debtor reserves all rights to further amend, modify, or supplement this operating report as appropriate.

*Note:* December financials reflect $14,045.00 in erroneous deposits refunded. These refunds have been subtracted from the disbursements used for the UST's quarterly fee calculation.

*Note:* These financial exhibits do not reflect escrow account activity.

| Post_Date | Account | Name | Amount | Ext_Details |
|---|---|---|---:|---|
| 5/26/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | $ 629,200.00 | INCOMING WIRE FROM: FOX SWIBEL LEVIN & CARROLL LLP IOL |
| 6/2/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 377,000.00 | INCOMING WIRE FROM: PARAMOUNT MANAGEMENT GROUP LLC |
| 6/12/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 3,000.00 | MISC FEE (ESCROW REVIEW & SETUP FEE) |
| 6/23/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 150,000.00 | INCOMING WIRE FROM: GENESIS COIN, INC. |
| 6/30/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 629,200.00 | OUTGOING WIRE TO: ROCKITCOIN |
| 7/24/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 175,000.00 | INCOMING WIRE FROM: HELLER CAPITAL GROUP LLC |
| 7/24/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 3,403,000.00 | INCOMING WIRE FROM: HELLER CAPITAL GROUP LLC |
| 7/24/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 175,000.00 | OUTGOING TO: SAME DAY RETURN OF FUNDS |
| 7/24/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 336,060.00 | OUTGOING WIRE TO: ROCKITCOIN |
| 7/27/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 113,400.00 | OUTGOING WIRE TO: PROVINCE LLC |
| 7/28/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 145,743.00 | OUTGOING WIRE TO: GENESIS GLOBAL HOLDCO LLC |
| 7/28/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 166,689.00 | OUTGOING WIRE TO: AVTECH CAPITAL LLC |
| 7/28/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 346,081.00 | OUTGOING WIRE TO: ENIGMA SECURITIES LIMITED |
| 1/23/2024 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 36,644.50 | OUTGOING WIRE TO: ENIGMA SECURITIES LIMITED |
| 2/12/2024 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 80,000.00 | OUTGOING WIRE TO: CASH CLOUD INC |
| 2/12/2024 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 107,044.50 | OUTGOING WIRE TO: AVTECH CAPITAL LLC |

*Note:* Escrow account activity is reflected in the MOR form and absent from the financial exhibits



Member FDIC

```
                    Post Office Box 306
                    Crawford, Georgia 30630
                         706-743-8184
                    www.thecommercialbank.net
```

```
Cash Cloud INC
DBA Coin Cloud
Accounts Payable                            VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                              ■3833
LAS VEGAS NV  89135
                                            11/30/23 THRU 12/31/23

                                                            PAGE   1

===============================================================================
              VIRTUAL CURRENCY CHECKING        ■3833
===============================================================================
       DESCRIPTION              DEBITS       CREDITS   DATE          BALANCE

BALANCE LAST STATEMENT..............................  11/30/23         20.00
ACH MONTHLY SERVICE FEE         30.00                  12/29/23        -10.00
BALANCE THIS STATEMENT..............................  12/31/23        -10.00

TOTAL CREDITS       (0)          0.00
TOTAL DEBITS        (1)         30.00


         - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:          17.10

----------------End-of-Statement-for-above-Account---------------
```



Member FDIC

Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

```
Cash Cloud INC
DBA Coin Cloud
General Account                              VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                             ■3844
LAS VEGAS NV   89135
                                             11/30/23 THRU 12/31/23

                                                            PAGE   1


===============================================================================
                 VIRTUAL CURRENCY CHECKING        ■3844
===============================================================================
       DESCRIPTION             DEBITS       CREDITS    DATE        BALANCE

BALANCE LAST STATEMENT................................ 11/30/23    225,180.05
LOOMIS HOU ADJ- 9/07            445.00                 12/01/23    224,735.05
LOOMIS HOU ADJ- 9/08            490.00                 12/01/23    224,245.05
PPD THE GUARDIAN DEC GP INS CASH CLOUD INC. DBA CO
                                205.37                 12/01/23    224,039.68
*2925 POS PY *408.MORNINGSTAR ST 1650 W HORIZON RIDGE PK HENDERSON NV
                                362.00                 12/04/23    223,677.68
*2925 POS 1 800 GOT JUNK LAS VEG STE 111 NORTH LAS VEG NV
                              1,328.00                 12/04/23    222,349.68
WEB UnitedHealthSvcs PERSONAPAY 74377277
                              2,490.05                 12/04/23    219,859.63
LOOMIS NASH ADJ 8/28            570.00                 12/05/23    219,289.63
LOOMIS NASH ADJ 9/05          5,000.00                 12/05/23    214,289.63
CCD GOOGLE APPS_COMME US003XTLYF
                              4,999.20                 12/06/23    209,290.43
DEPOSIT                                   1,769.00     12/11/23    211,059.43
BR SANT ADJ- 8/18 $800- 9/1 $5080- 9/21 $1660
                              7,540.00                 12/14/23    203,519.43
CCD BankLine Corpora ConsultFee 581694848
                              1,211.81                 12/19/23    202,307.62
BALANCE THIS STATEMENT................................ 12/31/23    202,307.62

TOTAL CREDITS         (1)     1,769.00
TOTAL DEBITS         (11)    24,641.43


       - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:       207,532.10

   ----------------End-of-Statement-for-above-Account---------------
```

**The CommercialBank**
Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

Member FDIC

```
Cash Cloud INC
DBA Coin Cloud
Exchange Focused Account                    VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                                  ▇3855
LAS VEGAS NV   89135
                                             11/30/23 THRU 12/31/23

                                                             PAGE   1


================================================================================
                   VIRTUAL CURRENCY CHECKING       ▇3855
================================================================================
         DESCRIPTION            DEBITS      CREDITS    DATE          BALANCE

BALANCE LAST STATEMENT.................................. 11/30/23    205,194.25
PPD LEADBANKSELFLEND PAYMENTS CASH CLOUD INC
                                35.00                  12/01/23    205,159.25
CCD HSA BANK PLAN FUND CCI468465527468
                               150.00                  12/05/23    205,009.25
CHECK # 1233                   200.00                  12/06/23    204,809.25
For another payroll cycle
                            13,500.00                  12/06/23    191,309.25
OUTGOING WIRE               25,000.00                  12/07/23    166,309.25
To cover payroll             5,000.00                  12/18/23    161,309.25
CHECK # 4181                   200.00                  12/27/23    161,109.25
OUTGOING WIRE              150,000.00                  12/28/23     11,109.25
BALANCE THIS STATEMENT.................................. 12/31/23     11,109.25

TOTAL CREDITS      (0)           0.00
TOTAL DEBITS       (8)     194,085.00


================================================================================
                            YOUR CHECKS SEQUENCED
================================================================================
DATE    CHECK #      AMOUNT DATE    CHECK #      AMOUNT DATE    CHECK #      AMOUNT

12/06    1233       200.00 12/27     4181*      200.00

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

      - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:        151,731.83

----------------End-of-Statement-for-above-Account---------------
```



Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

```
Cash Cloud INC
DBA Coin Cloud
Payroll Account                              VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                     ■3866
LAS VEGAS NV   89135
                                               11/30/23 THRU 12/31/23


                                                             PAGE   1


===============================================================================
           VIRTUAL CURRENCY CHECKING           ■3866
===============================================================================
        DESCRIPTION           DEBITS       CREDITS    DATE        BALANCE

BALANCE LAST STATEMENT................................ 11/30/23     12,961.62
For another payroll cycle                 13,500.00 12/06/23        26,461.62
OUTGOING WIRE              13,087.34                12/06/23        13,374.28
To cover payroll                           5,000.00 12/18/23        18,374.28
OUTGOING WIRE              13,241.00                12/20/23         5,133.28
BALANCE THIS STATEMENT................................ 12/31/23      5,133.28

TOTAL CREDITS       (2)       18,500.00
TOTAL DEBITS        (2)       26,328.34

       - - - - - - - - - A V E R A G E    B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:        10,440.24

----------------End-of-Statement-for-above-Account---------------
```

# PEOPLEFIRSTBANK®
### 3100 Theodore St. • Joliet, IL 60435

**Statement Ending 12/29/2023**

CASH CLOUD INC                                    Page 1 of 2
**Customer Number: XXXXXX1752**

**RETURN SERVICE REQUESTED**

CASH CLOUD INC
DBA COIN CLOUD
10845 GRIFFITH PEAK DR STE 200
LAS VEGAS NV 89135-1568

**Managing Your Accounts**

| | | |
|---|---|---|
| (i) | BANK NAME | PeopleFirstBank |
| ✉ | MAILING ADDRESS | 3100 THEODORE STREET JOLIET, IL 60435 |
| 📱 | PHONE NUMBER | 815-207-6200 |
| 💻 | ONLINE ACCESS | www.peoplefirstbank.com |

**Service charge may include Maintenance Fee of $10.00 and/or Paper Statement Fee of $2.00. See account disclosure for additional information.**

**PRIVACY NOTICE-Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.peoplefirstbank.com. We will mail you a free copy upon request if you call us at 815.207.6200.**

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| MSB CHECKING | XXXXXX1752 | $100.00 |

## MSB CHECKING-XXXXXX1752
## IN TRUST FOR CUSTOMERS

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/2023 | Beginning Balance | $100.00 |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 12/29/2023 | Ending Balance | $100.00 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |



# PeopleFirstBank®
3100 Theodore St. • Joliet, IL 60435

**Statement Ending 12/29/2023**

CASH CLOUD INC  Page 1 of 2
Customer Number: XXXXXX6240

**RETURN SERVICE REQUESTED**

CASH CLOUD INC
DBA COIN CLOUD
10845 GRIFFITH PEAK DR STE 200
LAS VEGAS NV 89135-1568

## Managing Your Accounts

| | | |
|---|---|---|
| ℹ | BANK NAME | PeopleFirstBank |
| ✉ | MAILING ADDRESS | 3100 THEODORE STREET JOLIET, IL 60435 |
| 📱 | PHONE NUMBER | 815-207-6200 |
| 💻 | ONLINE ACCESS | www.peoplefirstbank.com |

Service charge may include Maintenance Fee of $10.00 and/or Paper Statement Fee of $2.00. See account disclosure for additional information.

PRIVACY NOTICE-Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.peoplefirstbank.com. We will mail you a free copy upon request if you call us at 815.207.6200.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| MSB CHECKING | XXXXXX6240 | $169,853.89 |

# MSB CHECKING-XXXXXX6240

## Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/01/2023 | Beginning Balance | $170,360.85 |
| | 0 Credit(s) This Period | $0.00 |
| | 1 Debit(s) This Period | $506.96 |
| 12/29/2023 | Ending Balance | $169,853.89 |

## Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 12/19/2023 | BankLine Corpora ConsultFee XXXXX4861 | $506.96 |

## Daily Balances

| Date | Amount |
|---|---|
| 12/19/2023 | $169,853.89 |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |


Member FDIC - Equal Housing Lender