**Cash Cloud, Inc**
**Income Statement**

| | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Jan-24 |
|---|---:|---:|---:|---:|---:|
| **Income** | | | | | |
| Total - Income | $ - | $ - | $ - | $ - | $ - |
| **Cost of Sales** | | | | | |
| Total - Cost Of Sales | $ - | $ - | $ - | $ - | $ - |
| **Gross Profit** | $ - | $ - | $ - | $ - | $ - |
| **Expenses** | | | | | |
| 50001 - Hourly - Wages | 16,379 | 12,584 | 13,048 | 12,669 | 8,779 |
| 50003 - Hourly - PTO | 1,680 | 200 | - | 400 | - |
| 50004 - Hourly - Holiday | 200 | - | - | 200 | - |
| 50101 - Salary - Wages | 42,500 | 16,385 | 12,692 | 12,692 | 12,692 |
| 50201 - Health Insurance | 539 | 439 | 339 | 339 | 130 |
| 50205 - HSA Contribution | 150 | 150 | - | - | - |
| 50211 - Phone Reimbursement | 250 | 200 | 200 | 200 | 200 |
| 51001 - FICA - SS | 3,681 | 739 | 173 | 220 | 1,344 |
| 51002 - FICA - Medicaid | 1,155 | 418 | 370 | 373 | 314 |
| 51101 - NV - Unemployment | 249 | 23 | - | - | 520 |
| 60004 - Software Service - Accounting/Admin | 14,769 | - | - | - | - |
| 63101 - Insurance - General Liability | 28,354 | - | - | - | - |
| **Total - Expense** | $ 109,905 | $ 31,139 | $ 26,823 | $ 27,094 | $ 23,979 |
| **Net Ordinary Income** | $ (109,905) | $ (31,139) | $ (26,823) | $ (27,094) | $ (23,979) |
| **Other Income and Expenses** | | | | | |
| **Other Income** | | | | | |
| 80001 - Balance Sheet Adjustments from Wind Down | (358,116) | - | - | - | 12,914 |
| **Total - Other Income** | $ (358,116) | $ - | $ - | $ - | $ 12,914 |
| **Other Expense** | | | | | |
| Total - Other Expense | $ - | $ - | $ - | $ - | $ 25,828 |
| **Net Other Income** | $ 358,116 | $ - | $ - | $ - | $ (25,828) |
| **Net Income** | $ 248,211 | $ (31,139) | $ (26,823) | $ (27,094) | $ (49,807) |

<u>Note</u>: These financials reflect the state of the Debtor's current books and records to the best of its ability. Certain periods have not been finalized as the Debtor has terminated and overwhelming majority of its staff including its accounting and finance teams.

<u>Note</u>: The Debtor reserves all rights to further amend, modify, or supplement this operating report as appropriate.

<u>Note</u>: January financials reflect $5,300.00 in erroneous deposits refunded. These refunds have been subtracted from the disbursements used for the UST's quarterly fee calculation.

<u>Note</u>: These financial exhibits do not reflect escrow account activity.

**Cash Cloud, Inc**
**Balance Sheet**

| | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Jan-24 |
|---|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Actual Bank Balances** | | | | | |
| 10302 - Commercial Bank - AP (3833) | 180 | 20 | 20 | (10) | 25 |
| 10301 - Commercial Bank - Main (3844) | 280,034 | 55,021 | 225,180 | 202,308 | 438,690 |
| 10304 - Commercial Bank - BTC (3855) | 38,547 | 230,685 | 205,194 | 11,109 | 9,521 |
| 10303 - Commercial Bank - Payroll (3866) | 69,064 | 39,029 | 12,962 | 5,133 | 6,690 |
| 10311 - People First - Main (6240) | 199,290 | 323,842 | 170,361 | 169,854 | 169,854 |
| 10310 - People First - Trust (1752) | 100 | 100 | 100 | 100 | 100 |
| **Total Bank** | $ 587,215 | $ 648,697 | $ 613,817 | $ 388,494 | $ 624,880 |
| Machine and Other Balances | 781,107 | 781,107 | 646,705 | 646,705 | 422,456 |
| **Total Cash** | $ 1,368,321 | $ 1,429,803 | $ 1,260,521 | $1,035,199 | $1,047,336 |
| | | | | | |
| **Accounts Receivable** | | | | | |
| 12103 - Due To/From - CM | 716,057 | 716,057 | 716,057 | 716,057 | 716,057 |
| **Total Accounts Receivable** | $ 716,057 | $ 716,057 | $ 716,057 | $ 716,057 | $ 716,057 |
| | | | | | |
| **Other Current Asset** | | | | | |
| 30001 - Software Sale Note Receivable | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 |
| **Total Other Current Asset** | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 |
| **Total Current Assets** | $ 3,584,378 | $ 3,645,860 | $ 3,476,578 | $ 3,251,255 | $ 3,263,393 |
| | | | | | |
| **Fixed Assets** | | | | | |
| 15105 - BTM - Machine Brazil | 213,295 | 213,295 | 213,295 | 213,295 | 213,295 |
| 15202 - Computer Equipment | 59,077 | 59,077 | 59,077 | 59,077 | 59,077 |
| 15203 - Equipment & Furniture | 195,326 | 195,326 | 195,326 | 195,326 | 195,326 |
| 16105 - AD - BTM - Machine Brazil | (91,713) | (91,713) | (91,713) | (91,713) | (91,713) |
| 16202 - AD - Computer Equipment | (14,757) | (14,757) | (14,757) | (14,757) | (14,757) |
| 16203 - AD - Office Equipment & Furniture | (112,382) | (112,382) | (112,382) | (112,382) | (112,382) |
| **Total Fixed Assets** | $ 248,845 | $ 248,845 | $ 248,845 | $ 248,845 | $ 248,845 |
| | | | | | |
| **Other Assets** | | | | | |
| 18001 - Deposit LT - Rent | - | - | - | - | - |
| 18301 - Web Domain Names | - | - | - | - | - |
| 18501 - Investment in Subsidiary - Brazil | 42,951 | 42,951 | 42,951 | 42,951 | 42,951 |
| 18502 - Advances - Brazil (Intercompany receivable/payable) | 503,681 | 503,681 | 503,681 | 503,681 | 503,681 |
| **Total Other Assets** | $ 546,632 | $ 546,632 | $ 546,632 | $ 546,632 | $ 546,632 |
| | | | | | |
| **Total ASSETS** | $ 4,379,854 | $ 4,441,336 | $ 4,272,054 | $ 4,046,732 | $ 4,058,869 |

**Balance Sheet**

| | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Jan-24 |
|---|---:|---:|---:|---:|---:|
| **LIABILITIES & EQUITY** | | | | | |
| **Current Liabilities** | | | | | |
| **Accounts Payable** | | | | | |
| 20001 - AP - Trade | 6,647,254 | 6,647,254 | 6,647,254 | 6,647,254 | 6,647,254 |
| 20004 - AP - Other Payables | 5,184 | 5,154 | 5,154 | 5,154 | 5,154 |
| 20005 - AP - Interest Payable, Equipment Leasing, Building Rent | 8,891,400 | 8,891,400 | 8,891,400 | 8,891,400 | 8,891,400 |
| 20011 - AP - Host Pay - Checks | 1,438,107 | 1,438,107 | 1,438,107 | 1,438,107 | 1,438,107 |
| 20012 - AP - Host Pay - ACH | 5,768,907 | 5,768,907 | 5,768,907 | 5,768,907 | 5,768,907 |
| 20013 - AP - Host Pay - Other | 60,437 | 60,437 | 60,437 | 60,437 | 60,437 |
| 20015 - AP - Commission | 17,546 | 17,546 | 17,546 | 17,546 | 17,546 |
| 20016 - AP - BTC | 83,038 | 83,038 | 83,038 | 83,038 | 83,038 |
| 20031 - AP - Construction | 8,544,980 | 8,544,980 | 8,544,980 | 8,544,980 | 8,544,980 |
| 20101 - Post Bankruptcy filing AP - Trade | 341,915 | 341,915 | 341,915 | 341,915 | 341,915 |
| 20104 - Post Bankruptcy filing AP - Other Payables | 773,648 | 773,648 | 773,648 | 773,648 | 773,648 |
| 20111 - Post Bankruptcy filing AP - Host Pay - Checks | 137,064 | 137,064 | 137,064 | 137,064 | 137,064 |
| 20112 - Post Bankruptcy filing AP - Host Pay - ACH | 446,939 | 446,939 | 446,939 | 446,939 | 446,939 |
| 20113 - Post Bankruptcy filing AP - Host Pay - Other | 5,660 | 5,660 | 5,660 | 5,660 | 5,660 |
| 20116 - Post Bankruptcy filing AP - BTC | 20,976 | 20,976 | 20,976 | 20,976 | 20,976 |
| 20199 - AP - Old | 743,452 | 743,452 | 743,452 | 743,452 | 743,452 |
| **Total Accounts Payable** | $ 33,926,506 | $ 33,926,476 | $ 33,926,476 | $ 33,926,476 | $ 33,926,476 |
| | | | | | |
| **Credit Card** | | | | | |
| 20201 - Amex - 83006 | 424,230 | 424,230 | 424,230 | 424,230 | 424,230 |
| **Total Credit Card** | $ 424,230 | $ 424,230 | $ 424,230 | $ 424,230 | $ 424,230 |
| | | | | | |
| **Other Current Liability** | | | | | |
| 21001 - Payroll - Payable | (13,719) | (13,719) | (13,719) | (13,719) | (13,719) |
| 21002 - Payroll - Deferred | 301,538 | 301,538 | 301,538 | 301,538 | 301,538 |
| 21113 - State Taxes Payable - NV MBT | 37,878 | 37,878 | 37,878 | 37,878 | 37,878 |
| 21202 - HSA Payable | 14,947 | 15,097 | 15,097 | 15,097 | 15,097 |
| 21203 - Health Ins Payable | 3,388 | 4,241 | 4,908 | 5,576 | 6,171 |
| 21204 - Dental/Vision Ins Payable | 1,934 | 2,044 | 2,133 | 2,221 | 2,221 |
| 22001 - Accrueds | 243,607 | 243,607 | 243,607 | 243,607 | 243,607 |
| 22111 - Accrued Interest | 46,236 | 46,236 | 46,236 | 46,236 | 46,236 |
| 23102 - Note Payable Current - Genesis | 107,929,632 | 107,929,632 | 107,929,632 | 107,929,632 | 107,929,632 |
| 23103 - Secured Note - Genesis | 7,784,780 | 7,784,780 | 7,784,780 | 7,784,780 | 7,784,780 |
| 23104 - Note Payable Current - DIP | 646,378 | 646,378 | 646,378 | 646,378 | 646,378 |
| 23206 - Note Payable Current - Enigma | 6,875,094 | 6,875,094 | 6,875,094 | 6,875,094 | 6,875,094 |
| **Total Other Current Liability** | $ 123,871,693 | $ 123,872,807 | $ 123,873,562 | $ 123,874,318 | $ 123,874,914 |
| **Total Current Liabilities** | $ 158,222,429 | $ 158,223,513 | $ 158,224,268 | $ 158,225,024 | $ 158,225,620 |
| | | | | | |
| **Long Term Liabilities** | | | | | |
| 27103 - Note Payable NC - EZ | 1,919,929 | 1,919,929 | 1,919,929 | 1,919,929 | 1,919,929 |
| 27121 - Lease Capital Liab - AV Tech | 1,215,623 | 1,215,623 | 1,215,623 | 1,215,623 | 1,215,623 |
| 27201 - Note Payable NC - CM | 1,252,424 | 1,252,424 | 1,252,424 | 1,252,424 | 1,252,424 |
| 27204 - Note Payable NC - LF | 104,758 | 104,758 | 104,758 | 104,758 | 104,758 |
| **Total Long Term Liabilities** | $ 4,492,734 | $ 4,492,734 | $ 4,492,734 | $ 4,492,734 | $ 4,492,734 |
| | | | | | |
| **Total LIABILITIES** | $ 162,715,163 | $ 162,716,247 | $ 162,717,002 | $ 162,717,758 | $ 162,718,354 |

*Note:* These financials reflect the state of the Debtor's current books and records to the best of its ability. Certain periods have not been finalized as the Debtor has terminated and overwhelming majority of its staff including its accounting and finance teams.

*Note:* The Debtor reserves all rights to further amend, modify, or supplement this operating report as appropriate.

*Note:* January financials reflect $5,300.00 in erroneous deposits refunded. These refunds have been subtracted from the disbursements used for the UST's quarterly fee calculation.

*Note:* These financial exhibits do not reflect escrow account activity.

| Post_Date | Account | Name | Amount | Ext_Details |
|---|---|---|---:|---|
| 5/26/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | $ 629,200.00 | INCOMING WIRE FROM: FOX SWIBEL LEVIN & CARROLL LLP IOL |
| 6/2/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 377,000.00 | INCOMING WIRE FROM: PARAMOUNT MANAGEMENT GROUP LLC |
| 6/12/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 3,000.00 | MISC FEE (ESCROW REVIEW & SETUP FEE) |
| 6/23/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 150,000.00 | INCOMING WIRE FROM: GENESIS COIN, INC. |
| 6/30/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 629,200.00 | OUTGOING WIRE TO: ROCKITCOIN |
| 7/24/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 175,000.00 | INCOMING WIRE FROM: HELLER CAPITAL GROUP LLC |
| 7/24/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 3,403,000.00 | INCOMING WIRE FROM: HELLER CAPITAL GROUP LLC |
| 7/24/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 175,000.00 | OUTGOING TO: SAME DAY RETURN OF FUNDS |
| 7/24/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 336,060.00 | OUTGOING WIRE TO: ROCKITCOIN |
| 7/27/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 113,400.00 | OUTGOING WIRE TO: PROVINCE LLC |
| 7/28/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 145,743.00 | OUTGOING WIRE TO: GENESIS GLOBAL HOLDCO LLC |
| 7/28/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 166,689.00 | OUTGOING WIRE TO: AVTECH CAPITAL LLC |
| 7/28/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 346,081.00 | OUTGOING WIRE TO: ENIGMA SECURITIES LIMITED |
| 1/23/2024 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 36,644.50 | OUTGOING WIRE TO: ENIGMA SECURITIES LIMITED |
| 2/12/2024 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 80,000.00 | OUTGOING WIRE TO: CASH CLOUD INC |
| 2/12/2024 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 107,044.50 | OUTGOING WIRE TO: AVTECH CAPITAL LLC |

*Note:* Escrow account activity is reflected in the MOR form and absent from the financial exhibits



**The CommercialBank**

Post Office Box 306  
Crawford, Georgia 30630  
706-743-8184  
www.thecommercialbank.net

Member FDIC

```
Cash Cloud INC
DBA Coin Cloud
Accounts Payable                          VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                            ███3833
LAS VEGAS NV   89135
                                             12/31/23 THRU 01/31/24

                                                            PAGE   1


===============================================================================
               VIRTUAL CURRENCY CHECKING         ███3833
===============================================================================
           DESCRIPTION            DEBITS      CREDITS    DATE         BALANCE

BALANCE LAST STATEMENT.............................. 12/31/23         -10.00
Internet transfer from Operating Account 3844
                                               65.00 01/03/24          55.00
ACH MONTHLY SERVICE FEE            30.00             01/26/24          25.00
BALANCE THIS STATEMENT.............................. 01/31/24          25.00

TOTAL CREDITS       (1)            65.00
TOTAL DEBITS        (1)            30.00

           - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:            45.00

----------------End-of-Statement-for-above-Account---------------
```



**The Commercial Bank**  
Post Office Box 306  
Crawford, Georgia 30630  
706-743-8184  
www.thecommercialbank.net  

Member FDIC

```
Cash Cloud INC
DBA Coin Cloud
General Account                              VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                              ■3844
LAS VEGAS NV   89135

                                             12/31/23 THRU 01/31/24

                                                             PAGE   1


===============================================================================
             VIRTUAL CURRENCY CHECKING           ■3844
===============================================================================
        DESCRIPTION          DEBITS        CREDITS    DATE         BALANCE

BALANCE LAST STATEMENT................................ 12/31/23     202,307.62
*2925 POS PY *408.MORNINGSTAR ST 1650 W HORIZON RIDGE PK HENDERSON NV
                              362.00                  01/02/24     201,945.62
PPD THE GUARDIAN JAN GP INS CASH CLOUD INC. DBA CO
                              213.45                  01/02/24     201,732.17
Internet transfer to Accts Payable 3833
                               65.00                  01/03/24     201,667.17
payroll                    13,000.00                  01/03/24     188,667.17
INCOMING WIRE                               75,302.00 01/04/24     263,969.17
*2925 POS POSTAL PROS LV 11700 W CHARLESTON LAS VEGAS NV
                               69.00                  01/04/24     263,900.17
CCD DocuSign, Inc. PAYMENTS 18136            1,275.00 01/05/24     265,175.17
Ayala wire                 25,000.00                  01/05/24     240,175.17
BRINKS OAKLAND ADJ          5,300.00                  01/08/24     234,875.17
CCD GOOGLE APPS_COMME US003YI6JH
                            4,999.20                  01/08/24     229,875.97
OUTGOING WIRE               8,360.16                  01/11/24     221,515.81
payroll                    13,000.00                  01/16/24     208,515.81
CCD BankLine Corpora ConsultFee 584397361
                            6,187.07                  01/18/24     202,328.74
DEPOSIT                                        467.63 01/26/24     202,796.37
DEPOSIT                                      6,740.37 01/26/24     209,536.74
INCOMING WIRE                              242,153.00 01/29/24     451,689.74
payroll                    13,000.00                  01/29/24     438,689.74
BALANCE THIS STATEMENT................................ 01/31/24     438,689.74

TOTAL CREDITS     (5)     325,938.00
TOTAL DEBITS     (12)      89,555.88

         - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - - -

AVERAGE LEDGER BALANCE:      237,247.76

----------------End-of-Statement-for-above-Account---------------
```



```
                    Post Office Box 306
                    Crawford, Georgia 30630
                         706-743-8184
                    www.thecommercialbank.net




     Cash Cloud INC
     DBA Coin Cloud
     Exchange Focused Account                VIRTUAL CURRENCY CHECKING
     11700 W CHARLESTON STE 170 #441                        ▇3855
     LAS VEGAS NV   89135
                                                 12/31/23 THRU 01/31/24

                                                                PAGE   1


================================================================================
                VIRTUAL CURRENCY CHECKING         ▇3855
================================================================================
           DESCRIPTION            DEBITS       CREDITS    DATE          BALANCE

 BALANCE LAST STATEMENT............................ 12/31/23          11,109.25
 PPD LEADBANKSELFLEND PAYMENTS CASH CLOUD INC
                                   35.00              01/02/24        11,074.25
 CCD HSA BANK PLAN FUND CCI468465527468
                                  150.00              01/03/24        10,924.25
 CHECK # 1445                     200.00              01/04/24        10,724.25
 Ayala wire                                 25,000.00 01/05/24        35,724.25
 OUTGOING WIRE                 25,000.00              01/05/24        10,724.25
 CHECK # 3526                     300.00              01/09/24        10,424.25
 CHECK # 2534                     206.00              01/10/24        10,218.25
 CHECK # 3407                     206.00              01/10/24        10,012.25
 CHECK # 3545                     275.00              01/10/24         9,737.25
 CHECK # 2329                      50.00              01/17/24         9,687.25
 CHECK # 1891                     166.00              01/30/24         9,521.25
 BALANCE THIS STATEMENT............................ 01/31/24           9,521.25

 TOTAL CREDITS        (1)      25,000.00
 TOTAL DEBITS        (10)      26,588.00


================================================================================
                            YOUR CHECKS SEQUENCED
================================================================================
 DATE    CHECK #      AMOUNT  DATE    CHECK #      AMOUNT  DATE    CHECK #      AMOUNT

 1/04      1445       200.00  1/10      2534*      206.00  1/09      3526*      300.00
 1/30      1891*      166.00  1/10      3407*      206.00  1/10      3545*      275.00
 1/17      2329*       50.00

 (*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

            - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

 AVERAGE LEDGER BALANCE:        10,009.38

 ----------------End-of-Statement-for-above-Account---------------
```



Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

```
Cash Cloud INC
DBA Coin Cloud
Payroll Account                                      VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                                          ███3866
LAS VEGAS NV   89135
                                                          12/31/23 THRU 01/31/24

                                                                      PAGE   1


===============================================================================
              VIRTUAL CURRENCY CHECKING           ███3866
===============================================================================
          DESCRIPTION             DEBITS       CREDITS    DATE         BALANCE

BALANCE LAST STATEMENT............................... 12/31/23        5,133.28
payroll                                      13,000.00 01/03/24       18,133.28
OUTGOING WIRE                   12,409.80              01/03/24        5,723.48
payroll                                      13,000.00 01/16/24       18,723.48
OUTGOING WIRE                   12,119.12              01/17/24        6,604.36
payroll                                      13,000.00 01/29/24       19,604.36
OUTGOING WIRE                   12,913.98              01/31/24        6,690.38
BALANCE THIS STATEMENT............................... 01/31/24        6,690.38

TOTAL CREDITS         (3)       39,000.00
TOTAL DEBITS          (3)       37,442.90

         - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:         7,372.47

----------------End-of-Statement-for-above-Account---------------
```

# PeopleFirstBank®
3100 Theodore St. • Joliet, IL 60435

## Statement Ending 01/31/2024

**CASH CLOUD INC**  Page 1 of 2
**Customer Number: XXXXXX1752**

**RETURN SERVICE REQUESTED**

CASH CLOUD INC
DBA COIN CLOUD
10845 GRIFFITH PEAK DR STE 200
LAS VEGAS NV 89135-1568

**Managing Your Accounts**

| | | |
|---|---|---|
| ℹ️ | BANK NAME | PeopleFirstBank |
| ✉️ | MAILING ADDRESS | 3100 THEODORE STREET JOLIET, IL 60435 |
| 📱 | PHONE NUMBER | 815-207-6200 |
| 💻 | ONLINE ACCESS | www.peoplefirstbank.com |

**Service charge may include Maintenance Fee of $10.00 and/or Paper Statement Fee of $2.00. See account disclosure for additional information.**

**PRIVACY NOTICE**-Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.peoplefirstbank.com. We will mail you a free copy upon request if you call us at 815.207.6200.

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| MSB CHECKING | XXXXXX1752 | $100.00 |

## MSB CHECKING-XXXXXX1752
## IN TRUST FOR CUSTOMERS

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/30/2023 | Beginning Balance | $100.00 |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 01/31/2024 | Ending Balance | $100.00 |

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |


Member FDIC / Equal Housing Lender

# PeopleFirstBank®
3100 Theodore St. • Joliet, IL 60435

**Statement Ending 01/31/2024**

CASH CLOUD INC                                   Page 1 of 2
*Customer Number: XXXXXX6240*

**RETURN SERVICE REQUESTED**

CASH CLOUD INC
DBA COIN CLOUD
10845 GRIFFITH PEAK DR STE 200
LAS VEGAS NV 89135-1568

### Managing Your Accounts

| | | |
|---|---|---|
| ℹ | BANK NAME | PeopleFirstBank |
| ✉ | MAILING ADDRESS | 3100 THEODORE STREET JOLIET, IL 60435 |
| 📱 | PHONE NUMBER | 815-207-6200 |
| 💻 | ONLINE ACCESS | www.peoplefirstbank.com |

Service charge may include Maintenance Fee of $10.00 and/or Paper Statement Fee of $2.00. See account disclosure for additional information.

PRIVACY NOTICE-Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.peoplefirstbank.com. We will mail you a free copy upon request if you call us at 815.207.6200.

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| MSB CHECKING | XXXXXX6240 | $169,853.89 |

## MSB CHECKING-XXXXXX6240

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 12/30/2023 | Beginning Balance | $169,853.89 |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 01/31/2024 | Ending Balance | $169,853.89 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |


Member FDIC · Equal Housing Lender