BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**PROVINCE, LLC'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2024 THROUGH JANUARY 31, 2024**<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

Province, LLC ("Province"), financial advisor to the Cash Cloud, Inc. (the "Debtor"), debtor and debtor-in-possession in the above-captioned case (the "Chapter 11 Case"), hereby submits this *Monthly Fee Statement for Services Rendered and Expenses Incurred for the Period from January 1, 2024 Through January 31, 2024* (the "Statement"), pursuant to the *Final Order Authorizing Retention and Employment of Province, LLC as Financial Advisor, Effective as of the Petition Date* [ECF No. 223] and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and*

1

155625250.1

*Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

In support of this Statement, Province respectfully represents as follows:

1. Province hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's financial advisor during the period from January 1, 2024 through January 31, 2024 (the "Statement Period").

2. Province seeks allowance and payment of interim compensation for fees in the amount of $6,940.80, representing 80% of the $8,676.00 in fees incurred for services rendered during the Statement Period, plus reimbursement of $122.00, representing 100% of the expenses incurred during the Statement Period, for a total award of $7,062.80 for the Statement Period.

3. Attached hereto as **Exhibit A** is the name of each timekeeper who performed services in connection with the Chapter 11 Case during the Statement Period, and the hourly rate for each such timekeeper.

4. Attached hereto as **Exhibit B** is a task code summary.

5. Attached hereto as **Exhibit C** is a detailed invoice of time expended by the timekeepers who performed services during the Statement Period and of the expenses paid during the Statement Period.

6. On the same date this Statement was filed, Province served a copy of this Statement via electronic mail/notice on the following parties (each a "Notice Party," and collectively, the "Notice Parties"):

    i.    Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

    ii.    Fox Rothschild, LLC, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

    iii.    United States Trustee Tracey Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

    iv.    Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio;

   lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

 v. Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com; counsel to DIP lender CKDL Credit, LLC;

 vi. Morrison & Foerster LLO, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

 vii. Clearly Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

7. Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "<u>Objection Deadline</u>"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

8. If no objections are raised on or before the Objection Deadline, Province shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Province an amount equal to 80% of the fees and 100% of the expenses incurred during the period covered by this Statement.

9. If an objection is properly filed before the Objection Deadline, Province shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "<u>Undisputed Fees</u>" and "<u>Undisputed Expenses</u>"), after which the Debtor shall be authorized to pay to Province an amount equal to 80% of the Undisputed Fees and 100% of the Undisputed Expenses incurred during the period covered by this Statement.

10. Province acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses. At the conclusion of the Chapter 11 Case, Province will seek final allowance of the fees charged and expenses incurred for the entirety of the Chapter 11 Case, and any interim fees and expenses received during the curse of the Chapter 11 Case will be credited against such fees and expenses that are allowed on a final basis.

11. Neither Province nor any member of Province has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of Province, any portion of the fees or expenses to be awarded pursuant to this Statement.

DATED: February 29, 2024                         PROVINCE, LLC

                                                              By: */s/ Daniel Moses*
                                                                  Daniel Moses
                                                                  2360 Corporate Circle, Suite 340
                                                                  Henderson, Nevada 89074
                                                                  Telephone: (702) 685-5555
                                                                  Email: dmoses@provincefirm.com

                                                                  *Financial Advisor to Debtor*

Submitted By:

**FOX ROTHSCHILD LLP**

By:   */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

r

155625250.1

# EXHIBIT A

**Summary of Province Professionals and Paraprofessionals**

January 1, 2024 through January 31, 2024

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Paul Huygens, CPA, CFE | Principal – Corporate restructuring. CPA license in 1999, CFE license in 2015. | $1,320 | 1.2 | $1,584.00 |
| Dan Moses | Principal – Corporate restructuring. | $1,260 | 3.3 | $4,158.00 |
| Tanner James | Vice President - Corporate restructuring. | $630 | 3.8 | $2,394.00 |
| | Subtotal | | 8.3 | $8,136.00 |
| | Blended Rate for Professionals | $980.24 | | |
| **Para Professionals** | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| Eric Mattson | Paralegal | $270 | 2.0 | $540.00 |
| | Subtotal | | 2.0 | $540.00 |
| | | | Fee Statement Hours | Total Compensation |
| | Grand Total | | 10.3 | $8,676.00 |
| | Blended Rate for All Billers | $842.33 | | |

5

155625250.1

**EXHIBIT B**

**Task Code Summary**

January 1, 2024 through January 31, 2024

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis / Operations | 5.2 | $4,584.00 |
| Claims Analysis and Objections | 0.6 | $378.00 |
| Committee Activities | 0.4 | $504.00 |
| Fee / Employment Applications | 2.0 | $540.00 |
| Litigation | 2.1 | $2,670.00 |
| **Grand Total** | **10.3** | **$8,676.00** |

155625250.1

# **EXHIBIT C**

**Invoice**

January 1, 2024 through January 31, 2024

155625250.1

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

Cash Cloud Inc d/b/a Coin Cloud

# INVOICE

**INVOICE DATE:** 2/23/2024
**INVOICE NO:** 95096
**BILLING THROUGH:** 1/31/2024

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**INVOICE SUMMARY**

**PROFESSIONAL SERVICES**

| EMPLOYEE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Dan Moses | 3.30 | $1,260.00 | $4,158.00 |
| Eric Mattson | 2.00 | $270.00 | $540.00 |
| Paul Huygens | 1.20 | $1,320.00 | $1,584.00 |
| Tanner James | 3.80 | $630.00 | $2,394.00 |
| **PROFESSIONAL SERVICES** | **10.30** | | **$8,676.00** |

**EXPENSES**

| DESCRIPTION | AMOUNT |
|---|---|
| Research | $122.00 |
| **EXPENSES TOTAL** | **$122.00** |

| | |
|---|---|
| **AMOUNT DUE THIS INVOICE** | **$8,798.00** |

This invoice is due on 2/23/2024

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

Cash Cloud Inc d/b/a Coin Cloud

# INVOICE

**INVOICE DATE:** 2/23/2024
**INVOICE NO:** 95096
**BILLING THROUGH:** 1/31/2024

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1/3/2024 | Dan Moses | Litigation<br>*Reviewed and analyzed correspondence with Power coin and draft email provided by T. James of Province.* | 0.50 | $1,260.00 | $630.00 |
| 1/3/2024 | Dan Moses | Litigation<br>*Corresponded with T. James of Province on draft letter.* | 0.20 | $1,260.00 | $252.00 |
| 1/3/2024 | Dan Moses | Litigation<br>*Reviewed and analyzed bitcoin settlement letter provided by FTI.* | 0.50 | $1,260.00 | $630.00 |
| 1/5/2024 | Tanner James | Business Analysis / Operations<br>*Coordinated cash collections efforts.* | 1.40 | $630.00 | $882.00 |
| 1/5/2024 | Paul Huygens | Business Analysis / Operations<br>*Participated in call between debtor and committee professionals to discuss/debate next steps, workstream allocations, ongoing litigation and waterfall.* | 0.80 | $1,320.00 | $1,056.00 |
| 1/5/2024 | Dan Moses | Business Analysis / Operations<br>*Participated in all hands advisor call.* | 0.50 | $1,260.00 | $630.00 |
| 1/11/2024 | Dan Moses | Business Analysis / Operations<br>*Corresponded with T. James of Province re: ERC.* | 0.40 | $1,260.00 | $504.00 |
| 1/11/2024 | Tanner James | Claims Analysis and Objections<br>*Responded to various creditor inbounds with Stretto.* | 0.60 | $630.00 | $378.00 |
| 1/15/2024 | Eric Mattson | Fee / Employment Applications<br>*Followed up with P. Chalum and M. Wilson re: filing of November fee statement.* | 0.10 | $270.00 | $27.00 |
| 1/19/2024 | Eric Mattson | Fee / Employment Applications<br>*Drafted December fee statement (0.6). Emailed to D. Moses and T. James for review (0.1).* | 0.70 | $270.00 | $189.00 |
| 1/23/2024 | Dan Moses | Committee Activities<br>*Corresponded with T. James of Province on draft letter to Powercoin.* | 0.40 | $1,260.00 | $504.00 |
| 1/26/2024 | Dan Moses | Business Analysis / Operations | 0.10 | $1,260.00 | $126.00 |

**Province, LLC**

2360 Corporate Circle Suite 340

Henderson, NV 89074, United States

Tel: 702-685-5555

www.provincefirm.com

Cash Cloud Inc d/b/a Coin Cloud

# INVOICE

**INVOICE DATE:** 2/23/2024
**INVOICE NO:** 95096
**BILLING THROUGH:** 1/31/2024

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1/29/2024 | Dan Moses | *Reviewed and analyzed cash in flows provided by T. James of Province.*<br>Business Analysis / Operations<br>*Corresponded with T. James of Province on Powercoin collections.* | 0.20 | $1,260.00 | $252.00 |
| 1/29/2024 | Paul Huygens | Litigation<br>*Reviewed McAlary counter settlement offer memo and corresponded with T. James regarding same and crypto wallets.* | 0.40 | $1,320.00 | $528.00 |
| 1/29/2024 | Dan Moses | Litigation<br>*Reviewed and analyzed McAlary litigation brief.* | 0.50 | $1,260.00 | $630.00 |
| 1/31/2024 | Tanner James | Business Analysis / Operations<br>*Discussion with committee professionals and analysis of cash reconciliation materials.* | 1.80 | $630.00 | $1,134.00 |
| 1/31/2024 | Eric Mattson | Fee / Employment Applications<br>*Reviewed and revised interim fee app (1.1). Emailed to P. Huygens for review (0.1).* | 1.20 | $270.00 | $324.00 |
| | | **TOTAL SERVICES** | **10.30** | | **$8,676.00** |

### EXPENSES

| DATE | EMPLOYEE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Research: | | | |
| 1/31/2024 | Province LLC - Expenses | Research<br>*Research Jan 2024 - Coin Cloud - FA 2* | $122.00 |
| | | **TOTAL EXPENSES** | **$122.00** |

| | |
|---|---|
| SUBTOTAL | $8,798.00 |
| **AMOUNT DUE THIS INVOICE** | **$8,798.00** |

This invoice is due upon receipt

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

Cash Cloud Inc d/b/a Coin Cloud

# INVOICE

**INVOICE DATE:** 2/23/2024
**INVOICE NO:** 95096
**BILLING THROUGH:** 1/31/2024

Please remit payment to:

Province, LLC

Wire Instructions:

Meadows Bank

Account

Routing

EIN #26-3657461