BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING FOX ROTHSCHILD LLP'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD FROM FEBRUARY 2, 2023 TO SEPTEMBER 30, 2023** |

**PLEASE TAKE NOTICE** that on the 1st day of March 2024, the Court entered an *Order Granting Fox Rothschild LLPs First Interim Application for Compensation and Reimbursement of Expenses for the Interim Fee Period From February 2, 2023 to September 30, 2023* [Docket No. 1635], a copy of which is attached hereto.

Dated this 1st day of March 2024.

**FOX ROTHSCHILD LLP**

By: */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

1

155864061.1




_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 01, 2024

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
           nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER GRANTING FOX ROTHSCHILD LLP'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD FROM FEBRUARY 2, 2023 TO SEPTEMBER 30, 2023**<br><br>Hearing Date: February 28, 2024<br>Hearing Time: 9:30 a.m. |

1

155688357.1

      This Court, having reviewed and considered *Fox Rothschild LLPs First Interim Application for Compensation and Reimbursement of Expenses for the Interim Fee Period From February 2, 2023 to September 30, 2023* [Docket No. 1593] (the "<u>First Interim Compensation Application</u>"),[1] all other pleadings and evidence submitted in connection with the First Interim Compensation Application, no oppositions having been filed, and the oral arguments of record made by counsel for Debtor at the hearing held on February 28, 2024; the Court hereby finds that notice of the First Interim Compensation Application was good and sufficient as provided, that the compensation requested in the First Interim Compensation Application is reasonable and necessary with respect to time spent and amounts requested, and with all other findings set forth in the record at the hearing noted above incorporated herein, pursuant to Rule 52 of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rule 7052 of the Federal Rules of Bankruptcy Procedure; and for good cause appearing,

      **NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

      1.    Subject to the terms set forth below, the First Interim Compensation Application filed by Fox Rothschild LLP is APPROVED in its entirety.

      2.    Pursuant to its agreement with the United States Trustee, Fox Rothschild LLP shall take a voluntary reduction in fees in the amount of $22,728.63. <u>See</u> Docket No. 1620.

      3.    Debtor is hereby authorized to pay to Fox Rothschild LLP the sum of $2,221,973.37 in professional fees and $21,805.01 in expenses for a total award of $2,243,778.38.

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:    */s/Brett A. Axelrod*
     BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
     1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135
     *Counsel for Debtor*

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the First Interim Compensation Application.

2

155688357.1

**APPROVED**:

OFFICE OF THE UNITED STATES TRUSTEE

By:    */s/Justin C. Valencia*
     Justin C. Valencia, Trial Attorney
     for United States Trustee,
     Tracy Hope Davis

### CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐   The Court has waived the requirement of approval in LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion.

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

    Justin C. Valencia, Trial Attorney           **APPROVED**
    Office of the United States Trustee

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

155688357.1