Anne T. Freeland, Esq.
Nevada Bar No. 10777
**MICHAEL BEST & FRIEDRICH LLP**
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
Phone: 801.833.0500
Fax:    801.931.2500
Email: atfreeland@michaelbest.com

-and-

Justin M. Mertz, Esq.
Wisconsin Bar No. 1056938
(Admitted *pro hac vice* July 20, 2023)
Christopher J. Schreiber, Esq.
Wisconsin Bar No. 1039091
(Admitted *pro hac vice* September 21, 2023)
**MICHAEL BEST & FRIEDRICH LLP**
790 North Water Street, Suite 2500
Milwaukee, WI 53202
Phone: 414.225.4972
Fax:    414.956.6565
Email: jmmertz@michaelbest.com

-with local counsel-

John T. Wendland, Esq.
Nevada Bar No. 7207
**W&D LAW**
861 Coronado Center Drive, Suite 231
Henderson, NV 89052
Phone: 702.314.1905
Fax:    702.314.1909
Email: jwendland@wdlaw.com

*Counsel for AVT Nevada, L.P*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re:

    CASH CLOUD, INC.,
    d/b/a COIN CLOUD,

    Debtor.

Case No. BK-23-10423-mkn

Chapter 11

**ORDER GRANTING APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

On February 2, 2024, counsel for the AVT Nevada, L.P. ("**AVT**") submitted its *Application for Allowance and Payment of Administrative Expense Claim* (the "**Application**"). In support of the Application, AVT submitted the *Declaration of Dan Burris* (the "**Declaration**") on the same date. No objections have been filed and the time period to file any objection under Bankruptcy Rule 2002 has run. The Court, having reviewed all relevant documents and papers filed in this case, including the Application and the Declaration, hereby FINDS as follows:

    A.    Notice of the Application was appropriate under the circumstances.

    B.    No party-in-interest has objected to the Application.

    C.    The requested compensation represents an actual, necessary cost of preserving the Debtor's bankruptcy estate.

Accordingly, IT IS HEREBY ORDERED:

    1.    The *Application for Allowance and Payment of Administrative Expense Claim* (Dkt. 1600) is GRANTED.

    2.    AVT Nevada, L.P.'s administrative expense is allowed in the amount of $262,719.30.

    3.    The Debtor shall pay the allowed amount to AVT Nevada, L.P. within 14 days of entry of this Order.

###

[*Signature page follows.*]

| | |
|---|---|
| Submitted: March 8, 2024. | **MICHAEL BEST & FRIEDRICH LLP** |
| | By: */s/ Anne T. Freeland* |
| | Anne T. Freeland, Esq. |
| | Nevada Bar No. 10777 |
| | 2750 East Cottonwood Parkway, Suite 560 |
| | Cottonwood Heights, UT 84121 |
| | Phone: 801.833.0500 |
| | Fax:    801.931.2500 |
| | Email: atfreeland@michaelbest.com |
| | |
| | *-and-* |
| | |
| | Justin M. Mertz, Esq. |
| | Wisconsin Bar No. 1056938 |
| | (Admitted *pro hac vice* July 20, 2023) |
| | Christopher J. Schreiber, Esq. |
| | Wisconsin Bar No. 1039091 |
| | (Admitted *pro hac vice* September 21, 2023) |
| | 790 North Water Street, Suite 2500 |
| | Milwaukee, WI 53202 |
| | Phone: 414.225.4972 |
| | Fax:    414.956.6565 |
| | Email: jmmertz@michaelbest.com |
| | |
| | *-with local counsel-* |
| | |
| | John T. Wendland, Esq. |
| | Nevada Bar No.  7207 |
| | **W&D LAW** |
| | 861 Coronado Center Drive, Suite 231 |
| | Henderson, NV 89052 |
| | Phone: 702.314.1905 |
| | Fax:    702.314.1909 |
| | Email: jwendland@wdlaw.com |
| | |
| | *Counsel for AVT Nevada, L.P.* |

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

    _      The Court has waived the requirement of approval in LR 9021(b)(1).

    **X**      **No party appeared at the hearing or filed an objection to the motion.**

    _      I have delivered a copy of the proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

    _      I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.