Anne T. Freeland, Esq.
Nevada Bar No. 10777
**MICHAEL BEST & FRIEDRICH LLP**
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
Phone: 801.833.0500
Fax:    801.931.2500
Email: atfreeland@michaelbest.com

-and-

Justin M. Mertz, Esq.
Wisconsin Bar No. 1056938
(Admitted *pro hac vice* July 20, 2023)
Christopher J. Schreiber, Esq.
Wisconsin Bar No. 1039091
(Admitted *pro hac vice* September 21, 2023)
**MICHAEL BEST & FRIEDRICH LLP**
790 North Water Street, Suite 2500
Milwaukee, WI 53202
Phone: 414.225.4972
Fax:    414.956.6565
Email: jmmertz@michaelbest.com

-with local counsel-

John T. Wendland, Esq.
Nevada Bar No. 7207
**W&D LAW**
861 Coronado Center Drive, Suite 231
Henderson, NV 89052
Phone: 702.314.1905
Fax:    702.314.1909
Email: jwendland@wdlaw.com

*Counsel for AVT Nevada, L.P.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>d/b/a COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON AVT NEVADA, L.P.'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**<br><br>**HEARING DATE: April 17, 2024**<br>**HEARING TIME: 9:30 a.m.** |

**NOTICE OF HEARING ON APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

PAGE 1

**MICHAEL BEST & FRIEDRICH LLP**
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
Phone: 801.833.0500 Fax: 801.931.2500

**PLEASE TAKE NOTICE** that AVT Nevada, L.P. ("**AVT**"), has filed an *Application for Allowance and Payment of Administrative Expense Claim* (the "**Application**") and a *Declaration of Dan Burris in Support of AVT Nevada, L.P.'s Application for Allowance and Payment of Administrative Expense Claim* (the "**Burris Declaration**") with the Court in the above-captioned case. Complete copies of the Application (Docket No. 1600) and the Burris Declaration (Docket No. 1601) are on file with the Court and are available (1) online at https://cases.stretto.com/CashCloud and (2) upon request to the undersigned. The Application seeks the following relief: allowance of an administrative expense claim in favor of AVT Nevada, L.P. in the amount of $262,719.30 pursuant to 11 U.S.C. § 503(b)(1)(A). Any opposition must be filed pursuant to Local Rule 9014.

*Your rights may be affected*. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your views on the Application, then you must file an opposition with the Court, and serve a copy on the person making the Application ***no later than 14 days preceding the hearing date*** for the Application, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

NOTICE OF HEARING ON APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

PAGE 2

MICHAEL BEST & FRIEDRICH LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
Phone: 801.833.0500 Fax: 801.931.2500

> If you object to the relief requested, you **must** file a **WRITTEN** response to the Application with the court. You **must** also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may ***refuse to allow you to speak*** at the scheduled hearing; and
> - The court may ***rule against you*** without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the Application will be held before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge, in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 2, Las Vegas, Nevada 89101, on **April 17, 2024 at 9:30 a.m.** Parties may appear telephonically by dialing (669)-254-5252, entering Meeting ID 161 062 2560, and entering Passcode 029066#.

*[Signature page follows.]*

NOTICE OF HEARING ON APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

PAGE 3

MICHAEL BEST & FRIEDRICH LLP
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
Phone: 801.833.0500 Fax: 801.931.2500

| | | |
|---|---|---|
| 1 | Dated: March 13, 2024. | **MICHAEL BEST & FRIEDRICH LLP** |
| 2 | | By: */s/ Anne T. Freeland* |
| | | Anne T. Freeland, Esq. |
| 3 | | Nevada Bar No. 10777 |
| | | 2750 East Cottonwood Parkway, Suite 560 |
| 4 | | Cottonwood Heights, UT 84121 |
| | | Phone: 801.833.0500 |
| 5 | | Fax:    801.931.2500 |
| | | Email: atfreeland@michaelbest.com |
| 6 | | |
| | | *-and-* |
| 7 | | |
| | | Justin M. Mertz, Esq. |
| 8 | | Wisconsin Bar No. 1056938 |
| | | (Admitted *pro hac vice* July 20, 2023) |
| 9 | | Christopher J. Schreiber, Esq. |
| | | Wisconsin Bar No. 1039091 |
| 10 | | (Admitted *pro hac vice* September 21, 2023) |
| | | **MICHAEL BEST & FRIEDRICH LLP** |
| 11 | | 790 North Water Street, Suite 2500 |
| | | Milwaukee, WI 53202 |
| 12 | | Phone: 414.225.4972 |
| | | Fax:    414.956.6565 |
| 13 | | Email: jmmertz@michaelbest.com |
| 14 | | *-with local counsel-* |
| 15 | | John T. Wendland, Esq. |
| | | Nevada Bar No.  7207 |
| 16 | | **W&D LAW** |
| | | 861 Coronado Center Drive, Suite 231 |
| 17 | | Henderson, NV 89052 |
| | | Phone: 702.314.1905 |
| 18 | | Fax:    702.314.1909 |
| | | Email: jwendland@wdlaw.com |
| 19 | | |
| | | *Counsel for AVT Nevada, L.P.* |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |

**NOTICE OF HEARING ON APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

**MICHAEL BEST & FRIEDRICH LLP**
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
Phone: 801.833.0500 Fax: 801.931.2500

PAGE 4