Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*admitted pro hac vice*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee*
*of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**DECLARATION OF RYAN J. WORKS, ESQ. IN SUPPORT OF FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MCDONALD CARANO LLP**<br><br>**(February 24, 2023 through December 31, 2023)**<br>**Total Requested Fees:** $97,247.50<br>**Total Requested Expenses:** $4,635.75<br>**Total:** $101,883.25<br><br>**Hearing Date: April 17, 2024**<br>**Hearing Time: 9:30 a.m.**<br><br>McDonald Carano LLP, Counsel to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023) |

I, RYAN J. WORKS, declare under penalty of perjury:

1.      I am a partner with the law firm of McDonald Carano LLP, co-counsel for the Official Committee of Unsecured Creditors (the "Committee") of the bankruptcy estate of Cash Cloud, Inc. d/b/a Coin Cloud (the "Debtor"), in the above matter.

2.      This declaration is made of my personal knowledge except where stated upon information and belief, and as to those matters, I believe them to be true, and if called as a witness I could competently testify thereto.

3.      This declaration is submitted in support of the Committee's *First Interim Application For Compensation and Reimbursement of Expenses of McDonald Carano LLP* (the "Application"), filed concurrently herewith.

4.      McDonald Carano has represented the Committee since February 24, 2023 to serve as local counsel alongside lead counsel Seward & Kissel LLP.

5.      On March 14, 2023, the Committee submitted its *Application for Order Pursuant To 11 U.S.C. §§ 327, 328, 330, and 331 Authorizing and Approving the Employment of McDonald Carano LLP as Counsel to the Official Committee of Unsecured Creditors* ("Application for Employment").  [ECF No. 279].

6.      The Application for Employment was heard on April 20, 2023 and this Court entered an order, on April 27, 2023, approving the Application for Employment (the "Employment Order"). [ECF No. 480].

7.      Subject to the Employment Order and in accordance with Section 330(a) of the Bankruptcy Code, compensation for professional services is payable to McDonald Carano on an hourly basis, plus reimbursement of actual, necessary and reasonable expenses.

8.      Pursuant to the Interim Compensation Procedures Order, McDonald Carano timely submitted its Fee Statements for the periods of February 24, 2023 to March 21, 2023, April 1, 2023 to April 30, 2023, May 1, 2020 to May 31, 2020, June 1,2023 to June 30, 2023, July 1, 2023 to July 31, 2023, August 1, 2023 to August 31, 2023 and September 1, 2023 to December 31, 2023 2023 [ECF Nos. 560, 641, 985, 986, 1326, 1327, 1589].  A total of $18,895.68 has been paid towards fees and expenses incurred during the Application Period.  A breakdown of monthly fee statements along

with amounts paid towards the outstanding balance is set forth below:

| Application Period | Fees Incurred (100%) | Fees Incurred (80%) | Expenses Incurred (100%) | Total Fees & Costs Paid Pursuant to Monthly Fee Applications |
|---|---|---|---|---|
| **February 24, 2023 through March 31, 2023** | **$22,222.50** | **$17,778.00** | **$1,117.68** | **$18,895.68** |
| **April 1, 2023 through April 30, 2023** | **$10,745.00** | **$8,596.00** | **$16.45** | **$0.00** |
| **May 1, 2023 through May 31, 2023** | **$6,800.00** | **$5,440.00** | **$331.95** | **$0.00** |
| **June 1, 2023 through June 30, 2023** | **$5,585.00** | **$4,468.00** | **$425.54** | **$0.00** |
| **July 1, 2023 through July 31. 2023** | **$3,985.00** | **$3,188.00** | **$209.68** | **$0.00** |
| **August 1, 2023 through August 31, 2023** | **$12,628.50** | **$10,102.80** | **$1,128.81** | **$0.00** |
| **September 1, 2023 through December 31, 2023** | **$35,670.00** | **$28,536.00** | **$1,405.64** | **$0.00** |
| **TOTALS** | **$97,636.00** | **$78,108.80** | **$4,635.75** | **$18,895.68** |

9.     During the Application Period, McDonald Carano represented the Committee in various aspects of these Chapter 11 Cases, including:

a.     Conferring with lead counsel regarding issues relating to the administration of the case;

b.     representing the Committee at hearings held before the Court and communicating with the Committee regarding issues raised, as well as the decisions of the Court;

c.     assisting and advising the Committee and lead counsel in the examination and analysis of the conduct of the Debtor's affairs;

d.     reviewing and analyzing applications, motions, and orders filed with the Court by the Debtor or third parties, advising the Committee and lead counsel as to the same, and, after consultation with the Committee, taking appropriate action;

e.     assisting the Committee in preparing applications, motions and orders, as well as reviewing documents in this regard;

f.     assisting the Committee in its negotiations with the Debtor and other parties-in-interest;

g.     negotiating and drafting settlement agreements with third parties relating to resolution of claims involving the estate;

h.     preparing subpoenas, applications and other discovery related material to investigate potential claims against third parties;

i.     advising and assisting the Committee in evaluating any claims that the estate has against third parties and others; and

j.     assisting the Committee in performing such other services as was in the interest of creditors, the Debtor and the Debtor's estate.

10.     McDonald Carano incurred professional fees and expenses with respect to all of the above activities, among others.

**I.    PERSONNEL PRIMARILY ASSIGNED TO THIS MATTER**

The personnel assigned to this matter and their hourly rates are set forth below:

| Application Period: | February 24, 2023 through December 31, 2023 |
|---|---|
| **Hourly Rate of Professionals:** | |
| -  **Andy S Gabriel, Esq.** | **$675.00 per hour** |
| -  **Ryan J. Works, Esq.** | **$650.00 per hour** |
| -  **Amanda M. Perach, Esq.** | **$550.00 per hour** |
| -  **Brian Grubb** | **$300.00 per hour** |

11.     The compensation sought is based on compensation charged by comparably skilled practitioners in Nevada cases other than cases under Title 11 and is in accordance with the hourly rates set forth in McDonald Carano's Application for Employment.

**II.    SUMMARY OF FEES AND EXPENSES**

12.     The summary of the services provided by McDonald Carano, rendered by category, during the Application Period is set forth below as follows:

| TASK CODE | DESCRIPTION | HOURS (Blended Rate) | AMOUNT |
|---|---|---|---|
| B110 | Case Administration | 34.20 | $20,460.00 |
| B120 | Asset Analysis and Recovery | 69.20 | $39,127.50 |
| B130 | Asset Disposition | 7.80 | $2,865.00 |
| B140 | Relief from Stay/Adeq. Prot. Proceedings | 1.70 | $1,105.00 |
| B160 | Fee/Employment Applications | 45.80 | $20,510.00 |
| B170 | Fee/Employment Objections | 1.00 | $300.00 |

| TASK CODE | DESCRIPTION | HOURS (Blended Rate) | AMOUNT |
|---|---|---|---|
| B180 | Avoidance Action Analysis | .60 | $390.00 |
| B185 | Assumption/Rejection of Leases/Contract | .50 | $325.00 |
| B310 | Claims Administration and Objections | 1.70 | $1,055.00 |
| B320 | Plan and Disclosure Statement | 6.50 | $4,225.00 |
| L | Litigation (Non-Bankruptcy Court) | 21.00 | $6,885.00 |
| | **Total Fees** | **187.90** | **$97,247.50** |

## VII.    DETAILED SUMMARY OF FEES

13.    The services performed by McDonald Carano during this Application Period related to, *inter alia*, (1) preparation of motions, declarations in support of motions, oppositions, and general papers and pleadings in the Chapter 11 Cases; (2) preparing monthly fee statements; (3) preparing for and participating in court hearings and conferences with lead counsel; (4) participating in meetings relating to claims; (5) preparing and serving Rule 2004 examination subpoenas *duces tecum*; and (6) conferring with lead counsel and Debtor's counsel regarding a disclosure statement and plan of reorganization

14.    Details regarding McDonald Carano's time devoted to each of these matters is set forth below and reflected on the invoices attached hereto as **Exhibit "1."**

15.    **Task Code B110 – Case Administration.**  The time incurred in this task code reflects time spent on the administration of the Chapter 11 case, including attending telephone conferences with committee members and lead counsel, conducting multiple conferences strategizing and performing all administrative duties regarding the bankruptcy case.

| | | |
|---|---|---|
| **B110 – Works, Ryan** | **30.80** | **$20,020.00** |
| **B110- Perach, Amanda** | **.20** | **$110.00** |
| **B110- Grubb, Brian** | **1.10** | **$330.00** |

16.    **Task Code B120 – Asset Analysis and Recovery.** The time incurred in this task code reflects time reviewing case law, preparing certain Rule 2004 examination subpoenas and other documents related to same, reviewing cash collateral stipulations, drafting objections to debtor in possession financing motions and preparing settlement documents.

| | | |
|---|---|---|
| **B120 – Gabriel, Andy** | **1.30** | **$877.50** |
| **B120- Works, Ryan** | **50.80** | **$33,020.00** |
| **B120- Perach, Amanda** | **.40** | **$220.00** |

| | | |
|---|---|---|
| **B120- Grubb, Brian** | **16.70** | **$5,010.00** |

17.    **Task Code B130 – Asset Disposition.**  The time incurred in this task code reflects time preparing for and attending hearings on rejection of leases, reviewing motions to sell assets and preparing stipulations relating to 9019 motion, standing motion and time to challenge DIP financing order.

| | | |
|---|---|---|
| **B130 – Works, Ryan** | **1.50** | **$975.00** |
| **B130- Grubb, Brian** | **6.30** | **$1,890.00** |

18.    **Task Code B140 – Relief from Stay/Adeq. Prot. Proceedings.**  The time incurred in this task code reflects time related to opposition to motion for relief from stay and related filings.

| | | |
|---|---|---|
| **B140 – Works, Ryan** | **1.70** | **$1,105.00** |

19.    **Task Code B160 – Fee/Employment Applications.** The time incurred in this task code reflects time spent reviewing and drafting fee statements, *pro hac vice* applications, and application for employment of McDonald Carano and attendant declarations and orders, reviewing application for employment for Seward & Kissel, attending hearings on employment/fee applications, and related communications.

| | | |
|---|---|---|
| **B160 – Works, Ryan** | **16.70** | **$10,855.00** |
| **B160 – Perach, Amanda** | **3.70** | **$2,035.00** |
| **B160- Grubb, Brian** | **25.40** | **$7,620.0** |

20.    **Task Code B170 – Fee/Employment Objections.**  The time incurred in this task code reflects time reviewing Province retention application and preparing stipulation to extend deadlines and related order.

| | | |
|---|---|---|
| **B170 – Grubb, Brian** | **1.0** | **$300.00** |

21.     **Task Code B180 – Avoidance Action Analysis.** The time incurred in this task code reflects time for reviewing and conferring on objection to application for order shortening time on motion to convert.

| B180 – Works, Ryan | .60 | $390.00 |
|---|---|---|

22.     **Task Code B185 – Assumption/Rejection of Leases/Contracts.** The time incurred in this task code reflect time spent attending hearings on various debtor-related executory contract matters.

| B185 –Works, Ryan | .50 | $325.00 |
|---|---|---|

23.     **Task Code B310 – Claims Administration and Objections.** The time incurred in this task code reflects time spent on discovery issues, 2004 examination applications/notices, drafting settlement agreements, reviewing proof of claim forms, conferring with claimant and pre-trial matters.

| B310 - Works, Ryan | 1.20 | $780.00 |
|---|---|---|
| B-310- Perach, Amanda | .50 | $275.00 |

24.     **Task Code B320 – Plan and Disclosure Statement.** The time incurred in this task code reflects time spent on attending weekly committee calls, attending hearings on application for approval of stalking horse and bidding/sale procedures, reviewing filings, telephone calls with co-counsel.

| B320 - Works, Ryan | 6.50 | $4,225.00 |
|---|---|---|

25.     **Task Code L – Litigation (Non-Bankruptcy Court).** The time incurred in this task code reflects time spent on trial preparations, preparing deposition notices, conducting factual research for evidentiary hearing and preparing for same; drafting settlement agreement, attending conference calls, reviewing discovery responses/objections.

| L - Works, Ryan | 1.10 | $715.00 |
|---|---|---|
| L- Perach, Amanda | .80 | $440.00 |
| L- Grubb, Brian | 19.10 | $5,730.00 |

## VIII.   **DETAILED SUMMARY OF EXPENSES**

26.     McDonald Carano seeks reimbursement for costs incurred in the amount of $4,635.75.   All of these types of costs are customarily charged to non-bankruptcy clients of McDonald Carano.   Deliveries were made when signatures were required, and for documents delivered (principally to the Court).   All costs from outside parties, such as Bankruptcy Court filing fees, or service fees, are charges at the unit rate charged by the vendors.   The expenses are broken down in the invoices attached hereto as **Exhibit 1.**   The summary of requested expenses incurred is as follows:

| DESCRIPTION | AMOUNT |
|---|---|
| Filing Fees | $1,600.00 |
| Service | $155.80 |
| Mileage[1] | $11.79 |
| Copies | $2,192.75 |
| Copies of Court Documents | $65.40 |
| Postage | $410.70 |
| On-Line Research | $20.31 |
| Transcripts | $179.00 |
| **Total Expenses** | **$4,635.75** |

27.     McDonald Carano believes that every professional employed on behalf of a Chapter 11 case has a responsibility to control fees and expenses by providing services in an efficient and effective manner.   To this end, McDonald Carano has worked to coordinate and facilitate the efficient prosecution of the matters on which it is employed.   Staffing of matters within the case is done with the objective of providing the level of representation appropriate to the significance, complexity, or difficulty of the particular matter.   On certain occasions, when more than one attorney

---

[1] McDonald Carano couriers and mileage charges are for the reimbursement of in-house couriers for local deliveries.  The amount charged per mile for deliveries is based on the current Internal Revenue Service mileage rate and therefore may vary.

attended a meeting or hearing, the attendance was necessary due to subject matter.  All client billings are reviewed for reasonableness and adjusted by McDonald Carano so that the charges are consistent with the value of services provided. Furthermore, McDonald Carano has taken great efforts to ensure that all services rendered by them during the time frame of this Application were provided in a timely basis; necessary to the administration of the case; not billed in contravention with U.S. Bankruptcy Code; and performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed. I believe the balance of fees sought in the Application are appropriate, and that all of the fees incurred in this case to date are reasonable and necessary in light of the circumstances of the Chapter 11 Cases and the scope and difficulty of the business and legal issues involved and the outcome achieved.

28.    I hereby certify and declare, that the attached invoices at **Exhibit "1"** have been kept and maintained in the normal course of business, subject to normal business practices, and that the original of the record produced was made at or near the time of the acts, events and conditions recited therein, by or from information transmitted by a person with knowledge, in the course of a regularly-conducted activity of an agent, officer, employee, or person with knowledge, or of the office or institution in which the Declarant is engaged, and it is our regular practice to keep such documents in the course of the business.  The source, method, and circumstances of preparing this document does not indicate a lack of trustworthiness.

SIGNED under penalty of perjury this 15th day of March, 2024.

By: */s/ Ryan J. Works*
Ryan J. Works, Esq.

# EXHIBIT 1

# EXHIBIT 1



YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID ███████

Coin Cloud Unsecured Creditors Committee

Invoice No. 12462749
April 28, 2023

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2023:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

---

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ .00 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ .00 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 22,222.50 |
| Total Expenses | $ 1,117.68 |
| Total This Invoice | $ 23,340.18 |

**TOTAL BALANCE NOW DUE**                    **$ 23,340.18**

mcdonaldcarano.com
2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100
100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000
Mailing Address: P.O. Box 2670 ▪ Reno, Nevada 89505
MERITAS

# McDONALD CARANO LLP

---

Invoice No. 12462749
April 28, 2023


**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 2/24/23 | RJW | B160 | | Multiple calls, emails and meetings with team on engagement of McDonald Carano LLP as local counsel to the committee of unsecured creditors (1.0); prepare notice of appearance and circulate to team for review/revision/finalizing and filing (.5), work on applications for pro hac vice admission of co-counsel at Seward & Kissel LLP (.4); pull form documents for upcoming filings, and share with team (.2); meeting with B. Grubb re completion of above tasks and issues going forward (.3); receive and review scheduling order circulated by Patricia Chlum re settlement conference with Judge Gregg Zive (.4); review committee contact list and make changes to same (.2) | 3.00 | 1,950.00 |
| 2/24/23 | BAG | B160 | | Confer with Ryan Works re case strategy (.3); work on verified petitions to practice and related documents (.3); draft verified petitions re Robert Gayda and John Ashmead (.4); draft designations of local counsel re same (.3) | 1.30 | 390.00 |
| 2/26/23 | RJW | B120 | | Emails with Andrew Matott re 2004 examinations, filing of applications, local rules, document subpoenas to witnesses and timing of same (.2) | .20 | 130.00 |
| 2/27/23 | RJW | B160 | | Multiple emails with co-counsel re pro hac vice applications, objection to DIP financing motion, objection to employment application of Province, meeting tomorrow with Committee and issues going forward (.7); emails with co-counsel re stipulation with debtor's counsel to extend deadlines for objections (.1); begin preparing stipulations and proposed orders re same and emails with B. Grubb re same (.2) | 1.00 | 650.00 |
| 2/27/23 | AMP | B120 | | Exchange emails with Ryan Works re DIP financing objection (.1); research same (.3) | .40 | 220.00 |
| 2/27/23 | BAG | B160 | | Revise declarations of local counsel | .20 | 60.00 |
| 2/28/23 | RJW | B160 | | Review materials prepared by co-counsel and | 1.40 | 910.00 |

# McDONALD CARANO LLP

Invoice No. 12462749
April 28, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| | | | | FTI in advance of meeting with committee (.4); attend Teams call with committee (.8); emails with Catherine LoTempio re review of certain first-day motions and begin review of same (.2) | | |
| 2/28/23 | BAG | B170 | | Review Court docket and recent filings (.3); review email from lead counsel re stipulation to extend time to object to the Province retention application (.3); confer with Ryan Works and Amanda Perach re stipulation to extend deadline and the related order and draft same (.4) | 1.00 | 300.00 |
| 3/01/23 | RJW | B110 | | Emails from US Trustee's office, and notice of appointment of additional unsecured creditors to committee | .10 | 65.00 |
| 3/01/23 | RJW | B110 | | Receive and review proposed order on case management proceedings and approve same | .50 | 325.00 |
| 3/01/23 | RJW | B160 | | Receive and review proposed orders granting monthly and interim compensation procedures for estate professionals | .40 | 260.00 |
| 3/01/23 | RJW | B110 | | Multiple emails with Catherine LoTempio re continuation of deadline to object to cash collateral motion | .20 | 130.00 |
| 3/01/23 | BAG | B160 | | Review interim order re post-petition financing (.2); draft stipulation and order to extend the Official Committee's time for lodging objection to same (.3) | .50 | 150.00 |
| 3/02/23 | RJW | B110 | | Receive email from Debtor's counsel attaching revised case management procedures order and begin review of same | .20 | 130.00 |
| 3/02/23 | RJW | B110 | | Receive and review Notice of Applicability of Large Case United States Trustee Fee Guidelines, filed by UST Jared Day | .50 | 325.00 |
| 3/02/23 | AMP | B160 | | Confer with Ryan Works re FTI employment application and process for fee applications (.3); exchange emails with Ryan Works and Anahita Rodriguez re same (.2); confer with Anahita Rodriguez re same (.4) | .90 | 495.00 |
| 3/02/23 | BAG | B120 | | Exchange emails with Ryan Works re DIP financing objection extension (.2); revise order regarding same (.2); and cause to be filed (.2); receive and review pro hac vice applications from co-counsel in New York (.2) | .80 | 240.00 |
| 3/03/23 | RJW | B110 | | Receive and review email from Catherine LoTempio re status and update on progress with debtor and other interested parties on | .20 | 130.00 |

# McDONALD CARANO LLP

Invoice No. 12462749
April 28, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| | | | | first day motions and other matters going forward | | |
| 3/07/23 | RJW | B110 | | Prepare for and attend committee conference call re status, update and things to do going forward | .80 | 520.00 |
| 3/07/23 | RJW | B110 | | Call with litigation counsel at Seward & Kissel re potential claims and issues going forward | .10 | 65.00 |
| 3/09/23 | RJW | B160 | | Work on finalizing pro hac vice applications, designations of local counsel and applications for employment for all professionals off the committee (1.5) | 1.50 | 975.00 |
| 3/09/23 | RJW | B110 | | Receive and review multiple filings in Chapter 11 case | .30 | 195.00 |
| 3/09/23 | RJW | B120 | | Review and approve stipulations to continue objection deadlines to motions to reject certain executory contracts and to dispose of personal property | .20 | 130.00 |
| 3/09/23 | AMP | B160 | | Confer with Ryan Works re timing for filing employment applications (.2); prepare email to Michael Tucker (FTI) re employment application (.1) | .30 | 165.00 |
| 3/09/23 | BAG | B120 | | Exchange email with team re stipulation with Debtor's counsel extending the Committee's objection deadline re Debtor's first and second omnibus rejection motions (.1); draft stipulations and orders relating to both of same (.8); confer with Ryan Works re upcoming filings and pro hac vice applications (.2); revised designations of local counsel (.2); send email to Co-Chairs of the committee re same (.2) | 1.50 | 450.00 |
| 3/10/23 | RJW | B160 | | Emails with committee co-chairs re execution of employment applications (.4); confer with B. Grubb re changes to same (.1); continue working on FTI and MC employment applications (.5) | 1.00 | 650.00 |
| 3/10/23 | RJW | B120 | | Receive and review weekly update from Andrew Matott, including schedules and SOFA filed by the Debtor earlier today | .20 | 130.00 |
| 3/10/23 | BAG | B160 | | Receive completed designations of local counsel from Co-Chairs of the Committee (.1); finalize all verified petitions for filing (.3); prepare stipulation and order further extending the deadline to object to DIP (.5); review and revise application to retain Seward and Kissel (.4) | 1.30 | 390.00 |

4

# McDONALD CARANO LLP

---

Invoice No. 12462749
April 28, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|------------------------|-------|--------|
| 3/13/23 | RJW | B160 | | Call with Catherine LoTempio re employment applications, and declarations in support, exhibits and final changes (.2); emails and call with Marshall Eisler (FTI) re same (.2); receive and review supplemental materials for purposes of completing application of S&K and declaration of John Ashmead in support of same (5); prepare proposed order approving S&K as committee counsel (.3); review and make changes to declaration of John Ashmead in support (.5); review notice of appearance and certificate of service and approve all for filing (.2); review connections excel spreadsheet and meet with team for supplemental conflicts analysis (.5) | 2.60 | 1,690.00 |
| 3/13/23 | RJW | B110 | | Emails with team re status, update and continued objection deadline on omnibus motions to reject executory contracts | .20 | 130.00 |
| 3/13/23 | RJW | B120 | | Receive and review several emails re cash collateral stipulation | .30 | 195.00 |
| 3/13/23 | RJW | B110 | | Receive and give cursory review to several filings in case | .20 | 130.00 |
| 3/13/23 | BAG | B160 | | Confer with Ryan Works re application of employment of Seward & Kissell (.2); finalize application of employment, declaration of John Ashmead in support of same, and all exhibits (1.4); file same (.2); draft notice of hearing (.2) | 2.00 | 600.00 |
| 3/14/23 | RJW | B110 | | Attend weekly committee call | .30 | 195.00 |
| 3/14/23 | RJW | B160 | | Finalize application for employment of McDonald Carano, Works Decl. in support of same, proposed order and complete connections review for disclosure (1.4); draft disclosed connections on Exhibit 3 to declaration and work with B. Grubb to file and serve (.8) | 2.20 | 1,430.00 |
| 3/14/23 | RJW | B110 | | Emails with Bob Gayda re attendance at hearing tomorrow on application to reject executory contract of debtor with B. Riley | .20 | 130.00 |
| 3/14/23 | BAG | B160 | | Review all recent filings (.2); prepare relevant notices of entry of order and file same (.4); prepare a certificate of service re all recent filings and cause all to be mailed (.4); file certificates of service (.2); prepare errata to proposed order granting application to employ Seward Kissel (.4) | 1.60 | 480.00 |
| 3/14/23 | BAG | B160 | | Revise and finalize McDonald Carano's | 1.20 | 360.00 |

# McDONALD CARANO LLP

Invoice No. 12462749
April 28, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| | | | | application to employ (.6); revise and finalize the related proposed order and Ryan Works's declaration in support of the application (.3); draft the notice of hearing re same (.1); file all documents (.2) | | |
| 3/15/23 | RJW | B110 | | Prepare for and attend hearing on motion to reject executory contract with B. Riley | .50 | 325.00 |
| 3/15/23 | RJW | B110 | | Attend weekly meeting with professionals | .50 | 325.00 |
| 3/15/23 | RJW | B120 | | Emails with Laura Miller re ███████ ███████████ | .20 | 130.00 |
| 3/15/23 | RJW | B110 | | Receive and give cursory review to dozens of electronic filings and emails re same | .20 | 130.00 |
| 3/16/23 | ASG | B120 | | Review Nevada statutes and case law regarding ███████████████████ | 1.30 | 877.50 |
| 3/16/23 | RJW | B120 | | Prepare for and attend 341(a) meeting of creditors (1.0); review agenda from Debtor for omnibus hearings tomorrow (n/c) | 1.00 | 650.00 |
| 3/16/23 | RJW | B120 | | Emails, call and meeting with A. Gabriel re ████████████████ (.2); emails with Laura Miller re same (.1) | .30 | 195.00 |
| 3/16/23 | BAG | B110 | | Review recent filings and complete certificates of service (.1); cause same to be filed (.1) | .20 | 60.00 |
| 3/17/23 | RJW | B110 | | Attend omnibus hearing on first day motions for final orders approving emergency relief, including DIP financing, utilities, critical vendors, etc. | .50 | 325.00 |
| 3/17/23 | RJW | B110 | | Receive and review weekly summary/update from Bob Gayda | .10 | 65.00 |
| 3/20/23 | RJW | B110 | | Receive and review case update, and committee agenda for weekly meeting, including motion to pay licensing fees, declaration in support and presentation of schedules and statement of financial affairs | .20 | 130.00 |
| 3/22/23 | BAG | B160 | | Receive, review, and revise the employment application, proposed order, and declaration of Michael Tucker re FTI | 1.10 | 330.00 |
| 3/23/23 | RJW | B160 | | Review and make final changes to FTI employment application, declaration of Michael Tucker in support of same, and proposed order and cause to file | 1.10 | 715.00 |
| 3/23/23 | RJW | B320 | | Emails with Andrew Matott re Local Rule 3017 and the Court's procedures in conditionally approving disclosure statements | .20 | 130.00 |
| 3/23/23 | BAG | B160 | | Confer with team re service of employment | .30 | 90.00 |

# McDONALD CARANO LLP

Invoice No. 12462749
April 28, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| | | | | applications re Seward & Kissel and McDonald Carano | | |
| 3/23/23 | BAG | B160 | | Further revise employment application re FTI | .20 | 60.00 |
| 3/23/23 | BAG | B160 | | Communicate with FTI team re its application to employ | .10 | 30.00 |
| 3/24/23 | BAG | B160 | | Confer with Ryan Works re status of all employment applications | .10 | 30.00 |
| 3/27/23 | RJW | B110 | | Attend weekly conference call with professionals re status, update and issues going forward | .70 | 455.00 |
| 3/28/23 | RJW | B110 | | Attend weekly meeting with Unsecured Creditors Committee | .70 | 455.00 |
| 3/29/23 | RJW | B130 | | Prepare for and attend hearings on rejection of leases of machines and lease of new office space | .50 | 325.00 |
| 3/30/23 | RJW | L | | Emails and call with Laura Miller re lift stay motion for plaintiff's litigation matter to proceed to judgment in state court and forward Judge Nakagawa opinion on same | .30 | 195.00 |
| 3/31/23 | RJW | B160 | | Receive, review and forward several emails and invoices from Stretto | .20 | 130.00 |
| 3/31/23 | RJW | L | | Call with Laura Miller re status, update and strategy going forward with motion for relief from stay to be heard on April 20, 2023 omnibus hearing date, and scheduling call with opposing counsel to discuss scope of same for purposes of case proceeding forward in state court | .30 | 195.00 |

Current Professional Services $ 22,222.50

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|------------|-------|------|-------|--------|-------|
| Brian Grubb | Paralegal | 300.00 | 13.40 | 4,020.00 | .00 |
| Amanda Perach | Partner | 550.00 | 1.60 | 880.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 25.30 | 16,445.00 | .00 |
| Andy S. Gabriel | Partner | 675.00 | 1.30 | 877.50 | .00 |
| Total | | | 41.60 | $ 22,222.50 | $ .00 |

# McDONALD CARANO LLP

Invoice No. 12462749
April 28, 2023

**EXPENSES**

| | Description | Amount |
|---|---|---|
| 3/10/23 | Filing Fee-Court, Bankcard Center | 1,000.00 |
| | Postage | 114.41 |
| 3/31/23 | Mileage, Beth Roe | 3.27 |

Current Expenses                                                $ 1,117.68

TOTAL THIS INVOICE                                          $ 23,340.18

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID ███████

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee

Invoice No. 12462749
April 28, 2023

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2023:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

Balance Due This Invoice                    $ 23,340.18

### To Ensure Proper Credit Refer to Matter No. 32568 - 1

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com



**To pay online via credit/debit card please visit:   www.mcdonaldcarano.com/online-payments/**

### PAYMENT IS DUE UPON RECEIPT

# McDONALD CARANO
## YOUR NEVADA LAW FIRM SINCE 1949
FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

Invoice No. 12463786
May 9, 2023

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2023:

**Re:**   **Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

_____

## ACCOUNT SUMMARY

| | |
|---|---:|
| Balance Forward as of Previous Invoice | $ 23,340.18 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 23,340.18 |

## CURRENT INVOICE

| | |
|---|---:|
| Total Professional Services | $ 10,745.00 |
| Total Expenses | $ 16.45 |
| Total This Invoice | $ 10,761.45 |

## **TOTAL BALANCE NOW DUE**               **$ 34,101.63**

# McDONALD CARANO LLP

---

Invoice No. 12463786
May 9, 2023

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 4/03/23 | RJW | B110 | | Attend weekly professionals meeting to discuss status, update and issues going forward for the week/case | .50 | 325.00 |
| 4/03/23 | RJW | B140 | | Emails and calls with Laura Miller re opposition to motion for relief from stay, and review same, to proceed with state court litigation filed by Ryan Anderson on behalf of Luis Flores | .50 | 325.00 |
| 4/04/23 | RJW | B110 | | Prepare for and attend weekly call with members of committee | .60 | 390.00 |
| 4/04/23 | RJW | L | | Prepare for and attend conference call with Ryan Andersen re limitations on stipulated stay relief order and emails to follow-up on same with committee co-counsel | .30 | 195.00 |
| 4/06/23 | RJW | B140 | | Prepare, circulate and file stipulation among the committee, Cash Cloud and Luis Flores to extend deadline to file opposition to Luis Flores's motion for relief from automatic stay pursuant to 11 U.S.C. § 362(d) | .50 | 325.00 |
| 4/10/23 | RJW | B110 | | Prepare for and attend weekly call with professionals re status, update and strategy going forward | .40 | 260.00 |
| 4/10/23 | RJW | B140 | | Receive and review order granting stipulation to continue briefing deadline on stay relief motion from Flores and emails with co-counsel and state court counsel re same | .20 | 130.00 |
| 4/11/23 | RJW | B140 | | Review and make final changes to opposition/objection to motion for relief from stay and cause to file | .50 | 325.00 |
| 4/12/23 | RJW | B110 | | Attend weekly creditor's committee meeting | 1.00 | 650.00 |
| 4/12/23 | RJW | B320 | | Receive and review several filings relating to motion for approval of procedures and sale process and emails from committee members re same | .20 | 130.00 |
| 4/12/23 | AMP | B110 | | Conduct research re KERP motions within district | .20 | 110.00 |
| 4/13/23 | RJW | B120 | | Emails with Laura and Brian re 2004 examinations of McAlary and the Debtor and approve edits to same | .50 | 325.00 |

# McDONALD CARANO LLP

Invoice No. 12463786
May 9, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 4/13/23 | RJW | B110 | | Prepare and file stipulation to extend time to respond to debtor's various motions | .20 | 130.00 |
| 4/13/23 | BAG | B120 | | Review draft 2004 examination applications and return thoughts/suggested edits on same to Ryan Works; revise application for 2004 examination and order in support of same re both the Debtor and Christopher McAlary; draft notices of taking the examinations of both the Debtor and Christopher McAlary | 1.60 | 480.00 |
| 4/14/23 | RJW | B310 | | Emails with Laura Miller re discovery issues and draft 2004 examination applications/notices | .20 | 130.00 |
| 4/17/23 | RJW | B110 | | Research Key Employee Retention Plan cases and forward same to co-counsel | .50 | 325.00 |
| 4/18/23 | RJW | B110 | | Prepare for and attend weekly committee call | 1.00 | 650.00 |
| 4/20/23 | RJW | B160 | | Multiple communications with A. Perach in preparation for hearings on applications for employment re MC LLP, FTI and S&K | .50 | 325.00 |
| 4/20/23 | AMP | B160 | | Prepare for and attend hearings on employment applications (2); review and revise orders granting same (.3) | 2.30 | 1,265.00 |
| 4/20/23 | BAG | B130 | | Review and Revise Stipulation Extending Challenge Period Set Forth in Final DIP Order | .40 | 120.00 |
| 4/20/23 | BAG | B130 | | Draft Order Granting Stipulation Extending Challenge Period Set Forth in Final DIP Order | .30 | 90.00 |
| 4/20/23 | BAG | B130 | | Confer with Amanda Perach re 2004 examinations | .20 | 60.00 |
| 4/20/23 | BAG | B160 | | Exchange emails with NY Counsel re Stipulation Extending Challenge Period Set Forth in Final DIP Order | .10 | 30.00 |
| 4/20/23 | BAG | B130 | | Exchange emails with NY counsel re applications for 2004 examinations | .10 | 30.00 |
| 4/21/23 | AMP | B160 | | Finalize orders granting employment applications re S&K, McDonald Carano and FTI | .20 | 110.00 |
| 4/21/23 | BAG | B120 | | Exchange emails with lead counsel re 2004 examinations (.3); revise and finalize applications and orders relating to the examination of Chris McAlary and the Custodian of Records of the Debtor (.5); | .80 | 240.00 |
| 4/21/23 | BAG | B130 | | Exchange emails with lead counsel re stipulation to exceed time to challenge the DIP order (.1); confer and exchange emails with Amanda Perach re same (.2) | .30 | 90.00 |
| 4/21/23 | BAG | B160 | | Review time entries and apply Task Codes (.4); exchange emails with Ryan Works re | 1.10 | 330.00 |

# McDONALD CARANO LLP

Invoice No. 12463786
May 9, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| | | | | monthly fee statement (.1); work with accounting re same (.4); begin preparation of monthly fee statement | | |
| 4/23/23 | BAG | B160 | | Continue preparation of the monthly fee statement backup documentation (.4); draft initial monthly fee statement (.2) | .60 | 180.00 |
| 4/24/23 | RJW | B110 | | Attend weekly call with all professionals | .70 | 455.00 |
| 4/24/23 | RJW | B180 | | Receive and review stipulation extending the challenge deadline set forth in the final DIP order and approve for filing and uploading of the order granting same | .40 | 260.00 |
| 4/24/23 | BAG | B160 | | Continue preparing backup documentation for McDonald Carano's initial fee statement | .40 | 120.00 |
| 4/24/23 | BAG | B120 | | Review emails re signatures to stipulation extending deadline to challenge (.1); revise and finalize same (.2); finalize and file same | .50 | 150.00 |
| 4/25/23 | RJW | B320 | | Attend weekly committee call to go over bids for approval and auction process | 1.00 | 650.00 |
| 4/25/23 | BAG | B120 | | Exchange emails with NY counsel re 2004 examinations | .20 | 60.00 |
| 4/26/23 | RJW | B320 | | Prepare for and attend hearing on application for approval of stalking horse and bidding/sale procedures | .30 | 195.00 |
| 4/27/23 | RJW | B110 | | Receive and review orders approving employment of professionals for the committee and several other filings in case and give cursory review to same | .50 | 325.00 |
| 4/28/23 | RJW | B160 | | Review and make changes to first monthly interim fee application and exhibits thereto | .50 | 325.00 |
| 4/28/23 | RJW | B110 | | Emails and call with Catherine LoTempio re status, update and issues going forward in case | .20 | 130.00 |

Current Professional Services                                      $ 10,745.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|------------|-------|------|-------|--------|-------|
| Brian Grubb | Paralegal | 300.00 | 6.60 | 1,980.00 | .00 |
| Amanda Perach | Partner | 550.00 | 2.70 | 1,485.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 11.20 | 7,280.00 | .00 |
| Total | | | 20.50 | $ 10,745.00 | $ .00 |

# McDONALD CARANO LLP

Invoice No. 12463786
May 9, 2023

**EXPENSES**

| Description | Amount |
|---|---|
| Postage | 16.45 |

| | |
|---|---|
| Current Expenses | $ 16.45 |

| | |
|---|---|
| TOTAL THIS INVOICE | $ 10,761.45 |

# McDONALD CARANO LLP

---

Invoice No. 12463786
May 9, 2023

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | .00 | 23,340.18 |

| | |
|---|---|
| Outstanding Balance | $ 23,340.18 |
| Current Invoice | $ 10,761.45 |
| **TOTAL BALANCE DUE** | **$ 34,101.63** |

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

Invoice No. 12463786
May 9, 2023

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2023:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---:|
| Balance Due This Invoice | $ 10,761.45 |
| Balance Outstanding | $ 23,340.18 |
| **TOTAL BALANCE DUE** | **$ 34,101.63** |

### To Ensure Proper Credit Refer to Matter No. 32568 - 1

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:**   **www.mcdonaldcarano.com/online-payments/**

### PAYMENT IS DUE UPON RECEIPT

# McDONALD CARANO
## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

Invoice No. 12465454
June 14, 2023

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2023:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

_____

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 34,101.63 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 34,101.63 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 6,800.00 |
| Total Expenses | $ 331.95 |
| Total This Invoice | $ 7,131.95 |

**TOTAL BALANCE NOW DUE**                     **$ 41,233.58**

**mcdonaldcarano.com**
**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**
**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

MERITAS

# McDONALD CARANO LLP

Invoice No. 12465454
June 14, 2023

**Re:    Client.Matter: 32568 - 1**
       **IN RE CASH CLOUD, INC. DBA COIN CLOUD**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/02/23 | RJW | B110 | | Attend weekly committee meeting | .50 | 325.00 |
| 5/02/23 | RJW | B120 | | Receive and review several emails from Andrew Matott re Rule 2004 examinations and notices of same, revise same and cause to file and serve | .40 | 260.00 |
| 5/02/23 | BAG | B160 | | Exchange emails with Ryan Works re monthly fee statement (.1); receive and review revised final invoice through March 31, 2023 (.1); revise initial monthly fee statement and related backup documentation (.4); forward to Ryan Works and Seward & Kissel re same (.1) | .70 | 210.00 |
| 5/02/23 | BAG | B120 | | Exchange emails re 2004 examinations (.1); follow telephone conference with Ryan Works re same (.1); revise notices of 2004 examination re Christopher McAlery and for the custodian of records of the debtor (.5) | .70 | 210.00 |
| 5/03/23 | BAG | B120 | | Confer with Ryan Works re 2004 examinations (.1); revise notices following same (.3); send email to co counsel re same(.1); finalize and cause notices to be filed (.1) | .60 | 180.00 |
| 5/05/23 | RJW | B110 | | Receive and review weekly UCC summary from Catherine LoTempio | .20 | 130.00 |
| 5/08/23 | RJW | B110 | | Receive and review several filings and call with FTI re meetings on status/update/issues going forward | .30 | 195.00 |
| 5/09/23 | RJW | B110 | | Attend weekly unsecured creditors committee meeting | .80 | 520.00 |
| 5/09/23 | BAG | B120 | | Exchange emails with Andrew Matott re examining Adam Goldstein; draft notice of 2004 examination of Adam Goldstein | .30 | 90.00 |
| 5/10/23 | BAG | B120 | | Exchange emails re Adam Goldstein's examination (.1); finalize and cause notice setting same to be filed (.1) | .20 | 60.00 |
| 5/11/23 | RJW | B160 | | Confer with team and co-counsel and review and approve final changes to all monthly fee statements and cause to file and serve | .50 | 325.00 |
| 5/11/23 | BAG | B160 | | Exchange emails with co-counsel re S&K's fee statement | .10 | 30.00 |

# McDONALD CARANO LLP

Invoice No. 12465454
June 14, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 5/12/23 | BAG | B120 | | Review email from S&K counsel and forward same to Ryan Works with comments for his review (.1) prepare forms related to subpoenas for records and additional 2004 examinations for S&K (.4); draft email to S&K re same (.1) | .60 | 180.00 |
| 5/15/23 | RJW | B110 | | Attention to multiple recent filings in case | .30 | 195.00 |
| 5/15/23 | BAG | B160 | | Confer with Ryan Works re monthly fee applications for McDonald Carano and Seward & Kissel (.1) review and finalize SK's monthly fee application (.2); revise and finalize MC's monthly fee application (.2); review ECF 321 relating to fee applications and service of same (.1);  send email to Kimberly Kirn re instructions on serving fee applications and upcoming deadlines (.2) | .80 | 240.00 |
| 5/15/23 | BAG | B120 | | Confer with Ryan Works re additional 2004 exam applications and subpoenas | .10 | 30.00 |
| 5/16/23 | RJW | B110 | | Attend weekly UCC meeting re status, update and issues going forward | 1.00 | 650.00 |
| 5/16/23 | BAG | B160 | | Exchange emails with Ryan Works and Kimberly Kirn re status of McDonald Carano and Seward & Kissel's fee statements (.2); review order re same (.1); prepare schedule of payment dates and application deadlines (.3) | .60 | 180.00 |
| 5/17/23 | RJW | B120 | | Receive, review and approve subpoena duces tecum and notice of deposition of custodian of records of Cash Cloud and authorize service of same | .20 | 130.00 |
| 5/17/23 | RJW | B120 | | Review and approve stipulation and order for further extension of challenge deadline for UCC | .20 | 130.00 |
| 5/17/23 | BAG | B120 | | Revise subpoena duces tecum to Debtor (.1); draft notice of issuing same (.2); draft acceptance of service re same (.1); exchange emails with team re same (.2) | .60 | 180.00 |
| 5/17/23 | BAG | B160 | | Draft errata to both McDonald Carano and Seward & Kissel's initial monthly fee statements (.3); exchange emails with Ryan Works and SK counsel re same (.2) | .50 | 150.00 |
| 5/18/23 | RJW | B110 | | Review filed agenda for omnibus hearing calendar and attend omnibus hearings on various applications | .70 | 455.00 |
| 5/18/23 | BAG | B120 | | Exchange emails with Seward & Kissel counsel re stipulation extending challenge period; finalize same and its related order, and cause | .20 | 60.00 |

3

# McDONALD CARANO LLP

---

Invoice No. 12465454
June 14, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|------------------------|-------|--------|
| | | | | same to be filed | | |
| 5/18/23 | BAG | B160 | | Prepare exhibits 1, 2, and 3 for attachment to McDonald Carano's April 2023 monthly fee statement (.3); revise draft of McDonald Carano's second monthly fee statements (.2); send email to Ryan Works re same (.1); revise draft of Seward Kissel's second monthly fee statement (.1); send email re same (.1) | .80 | 240.00 |
| 5/20/23 | RJW | B110 | | Receive and review weekly summary of matters outstanding for the UCC | .20 | 130.00 |
| 5/23/23 | BAG | B160 | | Exchange emails with team re John Ashmead's supplemental declaration in support of employment of Seward Kissel (.1); revise and cause same to be filed (.2) | .30 | 90.00 |
| 5/24/23 | RJW | B120 | | Emails with Laura, Andrew and Brian re 2004 examination and subpoena to Garon and changes to same | .20 | 130.00 |
| 5/24/23 | BAG | B160 | | Review drafts relating to Jeff Garon's 2004 examination application (.1); reply to email from co-counsel re same (.1) | .20 | 60.00 |
| 5/26/23 | RJW | B110 | | Receive and review weekly update and status report from Catherine LoTempio and review filings related to amended stalking horse buyer | .20 | 130.00 |
| 5/30/23 | RJW | B110 | | Attend weekly call with unsecured creditor's committee and professionals | .50 | 325.00 |
| 5/30/23 | BAG | B120 | | Exchange emails with SK counsel re 2004 examination of Jeff Garon (.1); review application for Jeff Garon's 2004 examination and order granting same and make slight revisions ahead of filing/submitting same (.3) | .40 | 120.00 |
| 5/31/23 | RJW | B120 | | Emails with Laura Miller and Brian Grubb re subpoena and 2004 examination of Cash Cloud personnel | .20 | 130.00 |
| 5/31/23 | BAG | B120 | | Exchange emails with SK counsel re Garon's 2004 examination and related subpoena (.2); draft notice of taking 2004 examination of Jeffery Garon (.2); draft 2004 subpoena re Jeffery Garon (.2); draft cover letter re same (.2); revise all documents following Laura Miller's request (.3) | 1.10 | 330.00 |

| Current Professional Services | | | | | | $ 6,800.00 |

# McDONALD CARANO LLP

Invoice No. 12465454
June 14, 2023

### SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Brian Grubb | Paralegal | 300.00 | 8.80 | 2,640.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 6.40 | 4,160.00 | .00 |
| Total | | | 15.20 | $ 6,800.00 | $ .00 |

### EXPENSES

| | Description | Amount |
|---|---|---|
| 3/31/23 | Pacer, Bankcard Center | 12.90 |
| 4/20/23 | Filing Fee-Court, Bankcard Center | 250.00 |
| | Postage | 17.05 |
| | Copying | 52.00 |
| Current Expenses | | $ 331.95 |

TOTAL THIS INVOICE                                    $ 7,131.95

# McDONALD CARANO LLP

---

Invoice No. 12465454
June 14, 2023

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | .00 | 23,340.18 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | 10,761.45 |

| | |
|---|---|
| Outstanding Balance | $ 34,101.63 |
| Current Invoice | $ 7,131.95 |
| **TOTAL BALANCE DUE** | **$ 41,233.58** |

6

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee                                Invoice No. 12465454
DO NOT MAIL                                                                             June 14, 2023
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2023:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

---

Balance Due This Invoice                  $ 7,131.95
Balance Outstanding                       $ 34,101.63

**TOTAL BALANCE DUE**                     **$ 41,233.58**

---

### To Ensure Proper Credit Refer to Matter No. 32568 - 1

**All Checks should be made payable to:**          McDonald Carano LLP
Please return this page with payment                P.O. Box 2670
                                                                     Reno, Nevada 89505

**For payment by wire or ACH:**                      Nevada State Bank
Please email wire confirmation to                      1 West Liberty Street
accounting@mcdonaldcarano.com                     Reno, Nevada 89501
                                                                     McDonald Carano LLP
                                                                     Account No. 0542004190
                                                                     Routing No. 122400779
                                                                     Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:   www.mcdonaldcarano.com/online-payments/**

### PAYMENT IS DUE UPON RECEIPT

**mcdonaldcarano.com**
**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

͐ MERITAS

# McDONALD CARANO
## YOUR NEVADA LAW FIRM SINCE 1949
FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee                    Invoice No. 12466129
DO NOT MAIL                                                          July 14, 2023
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2023:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**Email Invoices**

_____

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 41,233.58 |
| Payments | -18,895.68 |
| Adjustments | -4,444.50 |
| Balance Outstanding | $ 17,893.40 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 5,585.00 |
| Total Expenses | $ 425.54 |
| Total This Invoice | $ 6,010.54 |

### TOTAL BALANCE NOW DUE                              $ 23,903.94

mcdonaldcarano.com

**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

MERITAS

# McDONALD CARANO LLP

---

Invoice No. 12466129
July 14, 2023

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**Email Invoices**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 6/01/23 | BAG | B120 | | Review documents produced by Debtor and coordinate with counsel to access same | .50 | 150.00 |
| 6/02/23 | BAG | B120 | | Receive and review order granting 2004 examination (.1); revise notice of taking 2004 examination, subpoena to Jeff Garon, and cover letter re same (.2); exchange email with Kimberly Kirn re scheduling Jeff Garon's examination (.1); exchange emails with Ryan Works and SK counsel re examination (.2); work with process server re serving a subpoena on Jeff Garon (.2) | .70 | 210.00 |
| 6/05/23 | RJW | B130 | | Receive and review several filings in case relating to sale of all assets of the Debtor | .20 | 130.00 |
| 6/05/23 | BAG | B120 | | Exchange emails with SK counsel re status of service on Jeff Garon (.1); follow up with counsel re same (.1) | .20 | 60.00 |
| 6/06/23 | RJW | B110 | | Attend weekly UCC meeting | .50 | 325.00 |
| 6/06/23 | BAG | B160 | | Exchange emails with Ryan Works and Seward & Kissel counsel re objection deadline and monthly fee statements (.2); draft certificates of no objection re McDonald Carano and Seward & Kissel's initial fee statements (.7); revise McDonald Carano's second interim fee statement and finalize exhibits (.3); review and finalize Seward & Kissel's second interim fee statement (.1) | 1.30 | 390.00 |
| 6/08/23 | RJW | B160 | | Receive, review and approve no objection to S&K and MC LLP first fee statements and cause to file | .20 | 130.00 |
| 6/08/23 | RJW | B160 | | Receive, review and make changes to second fee statement of MC LLP and review/approve second fee statement of S&K and cause to file and serve both | .20 | 130.00 |
| 6/08/23 | RJW | B320 | | Receive and review email update and summary on plan status and issues going forward | .20 | 130.00 |
| 6/09/23 | RJW | B110 | | Email and call with co-counsel Andrew Matott and Catherine LoTempio re continuation or vacating of mediation with Judge Gregg Zive in Reno on June 20, 2023 (.2) and attend weekly | .50 | 325.00 |

# McDONALD CARANO LLP

Invoice No. 12466129
July 14, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|------------------------|-------|--------|
| | | | | UCC meeting (.3) | | |
| 6/12/23 | BAG | B130 | | Exchange emails with team re transaction objection deadlines (.3); draft stipulation and order re same (.7) | 1.00 | 300.00 |
| 6/14/23 | BAG | B120 | | Exchange emails with Seward Kissel re stipulation to vacate settlement conference (.2); revise stipulation (.1); draft order re same (.2); further review order re stipulation to vacate per Court's request (.1) | .60 | 180.00 |
| 6/16/23 | RJW | B110 | | Prepare for and attend meeting with unsecured creditors committee and professionals | .50 | 325.00 |
| 6/16/23 | RJW | B320 | | Receive and give cursory review to: motion confirming auction results and several declarations in support of same; motion for approval of interim management agreement; motion to compel turnover of estate assets; and adversary complaint | .30 | 195.00 |
| 6/16/23 | BAG | B160 | | Send email to Debtor's counsel re payment on initial fee statements (.1); Confer with Ryan Works re same (.1) | .20 | 60.00 |
| 6/19/23 | RJW | B110 | | Emails with co-counsel at S&K re status, update and issues going forward | .20 | 130.00 |
| 6/20/23 | RJW | B120 | | Emails with professionals re issues with demand letters going out to potential defendants in avoidance actions | .20 | 130.00 |
| 6/21/23 | RJW | B320 | | Attention to multiple emails and electronic filings re hearing and deadlines on sale and assumption/rejection of executory contracts | .20 | 130.00 |
| 6/22/23 | RJW | B120 | | Emails and call with Laura Miller re 2004 examination of Jeffrey Garon and issues with excluding litigation counter-parties from portions of proceedings deemed confidential | .20 | 130.00 |
| 6/23/23 | RJW | B320 | | Receive, review and approve response and reservation of rights and cause to file | .50 | 325.00 |
| 6/23/23 | RJW | B110 | | Receive and give cursory review to dozens of filings and emails relating to sale transaction, rejection of leases and executory contracts and other matters relating thereto | .50 | 325.00 |
| 6/23/23 | BAG | B130 | | Finalize and file a response to sale motions | .30 | 90.00 |
| 6/26/23 | RJW | B110 | | Receive and review dozens of emails and electronic filings re sale process, issues with order and DIP/cash collateral issues with secured lenders | .30 | 195.00 |
| 6/27/23 | RJW | B130 | | Receive and review dozens of emails and iterations of proposed order authorizing sale | .40 | 260.00 |

# McDONALD CARANO LLP

Invoice No. 12466129
July 14, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| | | | | and assignment/assumption/rejectio n of certain executory contracts, etc. | | |
| 6/28/23 | RJW | B110 | | Review proposed agenda for omnibus hearings, prepare for and attend hearings on motion to compel turnover, approval of interim management services agreement, and sale motion | .50 | 325.00 |
| 6/28/23 | BAG | B120 | | Draft amended notice of taking Jeff Garon's 2004 examination (.2); exchange emails with Andrew Matott/Seward Kissel re same (.1); exchange emails with team re stipulation to extend challenge period (.1); draft order granting same (.2) | .60 | 180.00 |
| 6/29/23 | RJW | B110 | | Attend weekly unsecured creditors committee meeting | .50 | 325.00 |

| Current Professional Services | | $ 5,585.00 |
|---|---|---|

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|-----------|-------|------|-------|--------|-------|
| Brian Grubb | Paralegal | 300.00 | 5.40 | 1,620.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 6.10 | 3,965.00 | .00 |
| Total | | | 11.50 | $ 5,585.00 | $ .00 |

## EXPENSES

| | Description | Amount |
|---|-------------|--------|
| | Postage | 60.24 |
| | Copying | 157.00 |
| 6/13/23 | Service, Junes Legal Service, Inc. | 155.80 |
| 6/30/23 | Other, Pacer Service Center | 52.50 |

| Current Expenses | $ 425.54 |
|---|---|

| TOTAL THIS INVOICE | $ 6,010.54 |
|---|---|

# McDONALD CARANO LLP

---

Invoice No. 12466129
July 14, 2023

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 12463786 | 5/09/23 | 10,761.45 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | 7,131.95 |

Outstanding Balance                                                            $ 17,893.40
Current Invoice                                                                  $ 6,010.54

**TOTAL BALANCE DUE**                                                **$ 23,903.94**

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee                                          Invoice No. 12466129
DO NOT MAIL                                                                                       July 14, 2023
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2023:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

|  |  |
|---|---|
| Balance Due This Invoice | $ 6,010.54 |
| Balance Outstanding | $ 17,893.40 |
| **TOTAL BALANCE DUE** | **$ 23,903.94** |

### To Ensure Proper Credit Refer to Matter No. 32568 - 1

**All Checks should be made payable to:**                     McDonald Carano LLP
Please return this page with payment                        P.O. Box 2670
                                                                                 Reno, Nevada 89505

**For payment by wire or ACH:**                                  Nevada State Bank
Please email wire confirmation to                            1 West Liberty Street
accounting@mcdonaldcarano.com                          Reno, Nevada 89501
                                                                                 McDonald Carano LLP
                                                                                 Account No. 0542004190
                                                                                 Routing No. 122400779
                                                                                 Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:   www.mcdonaldcarano.com/online-payments/**

### PAYMENT IS DUE UPON RECEIPT

**mcdonaldcarano.com**
**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**
**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

MERITAS

# McDONALD CARANO
## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

Invoice No. 12467488
August 11, 2023

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2023:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

_____

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 23,903.94 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 23,903.94 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 3,985.00 |
| Total Expenses | $ 209.68 |
| Total This Invoice | $ 4,194.68 |

### **TOTAL BALANCE NOW DUE** **$ 28,098.62**

# McDONALD CARANO LLP

Invoice No. 12467488
August 11, 2023

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 7/03/23 | RJW | B110 | | Receive and review emails re issues with constituency of committee | .20 | 130.00 |
| 7/03/23 | BAG | B160 | | Draft certificates of no opposition re McDonald Carano and Seward Kissel's Second fee statements | .50 | 150.00 |
| 7/05/23 | BAG | B120 | | Revise amended notice of taking Jeff Garon's 2004 examination and exchange emails with Seward Kissel team re same | .20 | 60.00 |
| 7/11/23 | RJW | B110 | | Attention to several emails relating to resignation of Black Hole Investments LLC from committee and vacating the deposition of Mr. Garon and file notice re same | .20 | 130.00 |
| 7/11/23 | BAG | B120 | | Review emails re Jeffrey Garon's examination and draft notice of vacating same | .20 | 60.00 |
| 7/13/23 | RJW | B110 | | Review order setting administrative claims bar-date | .20 | 130.00 |
| 7/13/23 | BAG | B160 | | Receive and review invoice for May 2023 time, draft third monthly fee statement and related backup documentation re May 2023 and forward to Ryan Works for review | .60 | 180.00 |
| 7/16/23 | BAG | B160 | | Receive and review invoice for June 2023 time, draft fourth monthly fee statement and related backup documentation re June 2023, and forward to Ryan Works for review | .60 | 180.00 |
| 7/17/23 | RJW | B110 | | Prepare for and attend weekly professionals call | .30 | 195.00 |
| 7/17/23 | RJW | B160 | | Receive and review third and fourth monthly fee statements and approve same for filing/service | .20 | 130.00 |
| 7/17/23 | BAG | B160 | | Exchange emails with Ryan Works and Seward Kissel re May/June fee statements | .10 | 30.00 |
| 7/18/23 | RJW | B110 | | Attend weekly committee call | .50 | 325.00 |
| 7/20/23 | RJW | B185 | | Attend omnibus hearings on various debtor-related executory contract matters | .50 | 325.00 |
| 7/21/23 | RJW | B110 | | Receive and review several electronic filings in debtor's case | .20 | 130.00 |
| 7/24/23 | RJW | B110 | | Attend weekly professionals meeting | 1.50 | 975.00 |
| 7/24/23 | BAG | B130 | | Exchange email with Ryan Works re standing motion (.1); follow up telephone conference | .90 | 270.00 |

# McDONALD CARANO LLP

Invoice No. 12467488
August 11, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| | | | | with same re same (.1); revise and finalize same (.5) file motion (.2) | | |
| 7/27/23 | RJW | B110 | | Receive and give cursory review to dozens of filings in Cash Cloud and approve monthly fee statements to be filed and served | .20 | 130.00 |
| 7/31/23 | RJW | B310 | | Attention to creditor administrative proof of claim delivered by U.S. Mail to McDonald Carano LLP and scan/send to committee co-counsel Catherine LoTempio to discuss next steps | .20 | 130.00 |
| 7/31/23 | RJW | B120 | | Several emails with Bob Gayda, Catherine LoTempio and S&K team re standing stipulation and/or motion and procedure going forward on litigation matters | .30 | 195.00 |
| 7/31/23 | RJW | B160 | | Review and approve monthly fee statements for May and June 2023 and review and respond to several emails with Brian Grubb and Catherine LoTempio re same | .20 | 130.00 |

| | | |
|---|---|---|
| Current Professional Services | | $ 3,985.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|------------|-------|------|-------|--------|-------|
| Brian Grubb | Paralegal | 300.00 | 3.10 | 930.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 4.70 | 3,055.00 | .00 |
| Total | | | 7.80 | $ 3,985.00 | $ .00 |

## EXPENSES

| Description | Amount |
|------------|--------|
| Postage | 65.68 |
| Copying | 144.00 |
| Current Expenses | $ 209.68 |

| | |
|---|---|
| TOTAL THIS INVOICE | $ 4,194.68 |

# McDONALD CARANO LLP

---

Invoice No. 12467488
August 11, 2023

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 12463786 | 5/09/23 | 10,761.45 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | 6,010.54 |

| | |
|---|---|
| Outstanding Balance | $ 23,903.94 |
| Current Invoice | $ 4,194.68 |
| **TOTAL BALANCE DUE** | **$ 28,098.62** |

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12467488
August 11, 2023

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2023:

**Re:   Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | | |
|---|---|---|
| Balance Due This Invoice | $ 4,194.68 | |
| Balance Outstanding | $ 23,903.94 | |
| **TOTAL BALANCE DUE** | **$ 28,098.62** | |

### To Ensure Proper Credit Refer to Matter No. 32568 - 1

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:   www.mcdonaldcarano.com/online-payments/**

### PAYMENT IS DUE UPON RECEIPT

mcdonaldcarano.com

2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100

100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000
Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505

⛉ MERITAS

# McDONALD CARANO
### YOUR NEVADA LAW FIRM SINCE 1949
FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee

DO NOT MAIL

DO NOT MAIL

McDonald Carano LLP c/o Ryan J. Works

2300 West Sahara Avenue, Suite 1200

Las Vegas, NV  89102

Invoice No. 12468950

September 14, 2023

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2023:

**Re:    Client.Matter: 32568 - 1**

**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

**EMAIL INVOICES**

_____

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 28,098.62 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 28,098.62 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 12,628.50 |
| Total Expenses | $ 1,128.81 |
| Total This Invoice | $ 13,757.31 |

## **TOTAL BALANCE NOW DUE**                        **$ 41,855.93**

**mcdonaldcarano.com**

**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

MERITAS

# McDONALD CARANO LLP

Invoice No. 12468950
September 14, 2023

Re:   **Client.Matter: 32568 - 1**
      **IN RE CASH CLOUD, INC. DBA COIN CLOUD**
      **EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 8/01/23 | RJW | B130 | | Receive and review motion to sell certain assets to PowerCoin free and clear of liens, claims, encumbrances and interests, including declarations and other electronic filings | .20 | 130.00 |
| 8/01/23 | BAG | B160 | | Finalize Seward & Kissel's third fee statement | .20 | 60.00 |
| 8/01/23 | BAG | B160 | | Finalize McDonald Carano's third and fourth fee statement | .10 | 30.00 |
| 8/01/23 | BAG | B160 | | File fee statements | .20 | 60.00 |
| 8/02/23 | RJW | B110 | | Prepare for and attend weekly call with unsecured creditors committee | .70 | 455.00 |
| 8/03/23 | RJW | B120 | | Emails with Bob Gayda and S&K team re issues with Danny Ayala, proposed sale of litigation claims to Christopher McAlrey and call with John Fortin re research on same | .50 | 325.00 |
| 8/04/23 | RJW | B120 | | Emails and call with Robert Gayda re UCC and Debtor dispute over prosecution and settlement of litigation claims and review several emails from Debtor's counsel re motion to sell litigation claims and request for consent for hearing on shortened time | .50 | 325.00 |
| 8/05/23 | RJW | B310 | | Calls with administrative claims creditor re issues with repayment of amounts due and owing post-petition | .20 | 130.00 |
| 8/07/23 | RJW | B320 | | Receive and review opposition to stipulation granting derivative standing to the UCC, motion to convert case to chapter 7 and related order shortening time filings for both | .50 | 325.00 |
| 8/08/23 | RJW | B110 | | Morning call with Bob Gayda re status, update and strategy going forward in various matters pending in Cash Cloud | .20 | 130.00 |
| 8/08/23 | RJW | B320 | | Call with co-counsel, Michael Tucker and Brett Axelrod re strategy in opposing conversion, continuing with confirmation and issues relating to same | .50 | 325.00 |
| 8/08/23 | RJW | B110 | | Prepare for and attend weekly UCC call | 1.00 | 650.00 |
| 8/08/23 | RJW | B180 | | Receive, review and prepare in final, objection to McLarey application for order shortening time on motion to convert and emails with S&K team and opposing counsel re same | .20 | 130.00 |

2

# McDONALD CARANO LLP

Invoice No. 12468950
September 14, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 8/08/23 | RJW | B320 | | Receive, review and approve stipulation to continue objection deadline on plan confirmation | .20 | 130.00 |
| 8/08/23 | RJW | B320 | | Receive, review and propose changes to stipulation and proposed order on response to McCLarey motion to convert case to Chapter 7 and cause to file | .20 | 130.00 |
| 8/08/23 | RJW | B120 | | Receive, review and approve stipulation and order for standing to pursue avoidance actions | .20 | 130.00 |
| 8/08/23 | BAG | B110 | | Review and finalize Objection to order shortening time re motion to convert | .20 | 60.00 |
| 8/08/23 | BAG | B110 | | Finalize stipulation and draft order re derivative standing | .30 | 90.00 |
| 8/09/23 | RJW | B120 | | Work on stipulation and order for derivative standing, review court orders re same and confer with Bob, Catherine and Brett Axelrod re next steps, strategy and issues with same | 1.00 | 650.00 |
| 8/09/23 | RJW | B120 | | Begin drafting settlement agreement and motion for approval of settlement under FRBP 9019 re insurance proceeds of CKI | .50 | 325.00 |
| 8/10/23 | RJW | B120 | | Emails and calls re settlement with Cole Kepro International and draft motion for 9019 approval re same | 2.30 | 1,495.00 |
| 8/10/23 | RJW | B120 | | Receive and review order shortening time on objection to stipulation and order granting derivative standing to UCC and emails/calls re strategy on same | .50 | 325.00 |
| 8/10/23 | BAG | B160 | | Finalize and cause to file Seward & Kissel's fourth fee statement | .20 | 60.00 |
| 8/10/23 | BAG | B160 | | Send email to Debtor's counsel re payment to the Committee for fees | .10 | 30.00 |
| 8/15/23 | RJW | B120 | | Emails and calls with co-counsel in preparation for filing and serving reply in support of derivative standing and proposed complaint, including call to Court JEA and call with Bob Gayda re status and update with McAlary counsel | .50 | 325.00 |
| 8/15/23 | RJW | B120 | | Receive, review and make changes to response to McAlary objection to standing stipulation and cause to file | .50 | 325.00 |
| 8/15/23 | RJW | B120 | | Receive and review proposed complaint against McAlary to lodge on approval of derivative standing authority | .50 | 325.00 |
| 8/15/23 | RJW | B110 | | Attend committee call | .20 | 130.00 |
| 8/15/23 | DLO | B110 | | Research re recharacterization of debt to equity in Nevada | 2.10 | 388.50 |

# McDONALD CARANO LLP

Invoice No. 12468950
September 14, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 8/16/23 | RJW | B110 | | Call with Cathy Shim, Judge Nakagawa's courtroom deputy, re issues with stipulations for derivative standing, briefing deadlines, and hearing tomorrow | .20 | 130.00 |
| 8/16/23 | RJW | B320 | | Receive and give cursory review to several filings in advance of, and preparation for, omnibus hearings tomorrow | .50 | 325.00 |
| 8/16/23 | BAG | B160 | | Follow up with Debtor counsel re payment of McDonald Carano and Seward Kissel's second fee statements | .10 | 30.00 |
| 8/17/23 | RJW | B320 | | Prepare for and attend confirmation hearing and hearing on stipulation re derivative standing | 1.50 | 975.00 |
| 8/17/23 | BAG | B160 | | Exchange emails with Ryan Works re payment of fees from Debtor (.1); telephone conference with Brett Axelrod/Debtor's counsel re same (.1) | .20 | 60.00 |
| 8/21/23 | RJW | B120 | | Call with Adam Schwartz, Carlton Fields LLP (representing Bit Coin Depo) re status, update and issues going forward after confirmation hearing and stipulation on derivative standing | .20 | 130.00 |
| 8/22/23 | RJW | B120 | | Receive and review motions for 2004 examinations of Cash Cloud and Committee 30(b)(6) designees and emails with Bob Gayda re strategy in response to same | .30 | 195.00 |
| 8/23/23 | RJW | B120 | | Emails and call with Brett Axelrod and UCC team re status, update and strategy going forward re motion to quash 2004 examination of Committee's 30(b)(6) designee on standing, litigation and potential settlement with Cole Kepro | .30 | 195.00 |
| 8/24/23 | RJW | B120 | | Receive and review orders from Judge Nakagawa on approval of derivative standing stipulation and overruling objection to same and then multiple emails with committee members and S&K Team re implementing same, filing complaint, Cole Kepro settlement motion, etc. | .50 | 325.00 |
| 8/24/23 | AMP | B310 | | Begin drafting settlement agreement | .50 | 275.00 |
| 8/25/23 | AMP | L | | Finish drafting settlement agreement | .80 | 440.00 |
| 8/28/23 | RJW | B120 | | Prepare for and attend meeting with all-professionals re status, update and strategy going forward on all open matters | .80 | 520.00 |
| 8/29/23 | RJW | B110 | | Prepare for and attend committee call with members of committee and professionals | .50 | 325.00 |
| 8/30/23 | RJW | B120 | | Emails with Bob Gayda and team re issues | .30 | 195.00 |

4

# McDONALD CARANO LLP

Invoice No. 12468950
September 14, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| | | | | with meet and confer requirements of LR 7037 and delay by opposing counsel to conduct telephone call re same | | |
| 8/30/23 | RJW | B120 | | Receive, review and cause to file joinder in support of opposition to motion to convert case to chapter 7 | .50 | 325.00 |
| 8/30/23 | RJW | L | | Review responses and objections to discovery from Enigma and emails with Catherine LoTempio re same | .20 | 130.00 |
| 8/30/23 | BAG | B120 | | Review and revise Joinder ahead of filing | .20 | 60.00 |
| Current Professional Services | | | | | | $ 12,628.50 |

### SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|------------|-------|------|-------|--------|-------|
| Danielle Oberlander | Law Clerk | 185.00 | 2.10 | 388.50 | .00 |
| Brian Grubb | Paralegal | 300.00 | 1.80 | 540.00 | .00 |
| Amanda Perach | Partner | 550.00 | 1.30 | 715.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 16.90 | 10,985.00 | .00 |
| Total | | | 22.10 | $ 12,628.50 | $ .00 |

### EXPENSES

| | Description | Amount |
|---|-------------|--------|
| 7/10/23 | On-Line Research, Bankcard Center | 20.31 |
| | Postage | 93.00 |
| | Copying | 1.50 |
| | Color Copies | 1,014.00 |
| Current Expenses | | $ 1,128.81 |

TOTAL THIS INVOICE                                      $ 13,757.31

# McDONALD CARANO LLP

Invoice No. 12468950
September 14, 2023

### INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 12463786 | 5/09/23 | 10,761.45 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | 4,194.68 |

Outstanding Balance $ 28,098.62
Current Invoice $ 13,757.31

**TOTAL BALANCE DUE** **$ 41,855.93**

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12468950
September 14, 2023

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2023:

**Re:   Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 13,757.31 |
| Balance Outstanding | $ 28,098.62 |
| **TOTAL BALANCE DUE** | **$ 41,855.93** |

### To Ensure Proper Credit Refer to Matter No. 32568 - 1

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:   www.mcdonaldcarano.com/online-payments/**

### PAYMENT IS DUE UPON RECEIPT

mcdonaldcarano.com

**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

MERITAS

# McDONALD CARANO
## YOUR NEVADA LAW FIRM SINCE 1949
FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee                    Invoice No. 12471244
DO NOT MAIL                                                          October 16, 2023
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2023:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

_____

## ACCOUNT SUMMARY

| | |
|---|---:|
| Balance Forward as of Previous Invoice | $ 41,855.93 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 41,855.93 |

## CURRENT INVOICE

| | |
|---|---:|
| Total Professional Services | $ 4,370.00 |
| Total Expenses | $ 683.12 |
| Total This Invoice | $ 5,053.12 |

### **TOTAL BALANCE NOW DUE**                    **$ 46,909.05**

# McDONALD CARANO LLP

---

Invoice No. 12471244
October 16, 2023

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 9/01/23 | RJW | B120 | | Meet and confer call with Dawn Cica, Diamond McCarthy lawyers, and Bob Gayda re application and order for 2004 examination of UCC | .50 | 325.00 |
| 9/01/23 | RJW | B120 | | Review and prepare in final, adversary complaint against Christopher McAlary, and cause to file | .50 | 325.00 |
| 9/01/23 | RJW | B120 | | Review and make changes to motion to quash 2004 examination of UCC, declaration of Bob Gayda in support of same and cause to file | .50 | 325.00 |
| 9/01/23 | BAG | B110 | | Review and finalize Adversary Complaint and motion to compel | .40 | 120.00 |
| 9/01/23 | BAG | B160 | | Finalize certificates of no objection re McDonald Carano and Seward Kissel's third and fourth fee statements (.2); send to lead counsel for review and approval to file (.1) | .30 | 90.00 |
| 9/05/23 | RJW | B110 | | Prepare for and attend weekly UCC meeting | .50 | 325.00 |
| 9/05/23 | RJW | B120 | | Receive and review order approving sale of assets to Powercoin free and clear of liens, claims and encumbrances | .20 | 130.00 |
| 9/11/23 | RJW | B110 | | Prepare for and attend weekly call with all professionals re status, update and strategy going forward on open items | .50 | 325.00 |
| 9/11/23 | RJW | B130 | | Emails with Cahterine LoTempio re standing motion, agreement with Genesis on split of proceeds and drafting motion and settlement agreement | .20 | 130.00 |
| 9/11/23 | BAG | B160 | | Follow up with Debtor's counsel re payment of McDonald Carano and Seward Kissel's second-fourth fee statements | .10 | 30.00 |
| 9/13/23 | RJW | B120 | | Exchange several emails with co-counsel and Diamond McCarthy re request for extension of time to file answer or response to complaint | .20 | 130.00 |
| 9/13/23 | RJW | B320 | | Receive, review and forward order from USDC Judge Navarro on appeal filed by McAlary and emails with co-counsel re same | .20 | 130.00 |
| 9/14/23 | RJW | B120 | | Receive, review and respond to several emails re stipulation and order on evidentiary hearing | .20 | 130.00 |

# McDONALD CARANO LLP

---

Invoice No. 12471244
October 16, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 9/15/23 | RJW | B120 | | Receive, review and approve/file joinder to debtor's motion re surcharge | .50 | 325.00 |
| 9/18/23 | RJW | B120 | | Review and approve/file reply in support of standing motion re lien recharacterization | .50 | 325.00 |
| 9/22/23 | RJW | B120 | | Work on stipulation and order re settlement with Cole Kepro and emails with S&K and Fox Rothschild re same | .20 | 130.00 |
| 9/22/23 | BAG | L | | Work with attorneys re order in support of CKI settlement (.4); Draft order approving settlement (.2); Exchange emails with Debtor's counsel re some (.1) | .70 | 210.00 |
| 9/25/23 | RJW | B120 | | Emails with co-counsel at S&K re stipulation and order with McAlary's attorneys' on claim objection and adversary matters | .20 | 130.00 |
| 9/26/23 | RJW | B110 | | Attention to dozens of emails on various updates, status reports, and strategy going forward | .30 | 195.00 |
| 9/26/23 | BAG | B160 | | Review FTI's draft fee applications and suggest edits | .50 | 150.00 |
| 9/26/23 | BAG | B160 | | Draft and prepare exhibits to McDonald Carano's fifth and sixth fee statements | 1.20 | 360.00 |
| 9/26/23 | BAG | B160 | | Confer with Ryan Works re fee statements | .10 | 30.00 |

| Current Professional Services | | $ 4,370.00 |
|---|---|---|

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|------------|-------|------|-------|--------|-------|
| Brian Grubb | Paralegal | 300.00 | 3.30 | 990.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 5.20 | 3,380.00 | .00 |
| Total | | | 8.50 | $ 4,370.00 | $ .00 |

## EXPENSES

| | Description | Amount |
|---|-------------|--------|
| | Filing Fee-Court, Bankcard Center | 350.00 |
| 9/01/23 | Postage | 26.62 |
| | Copying | 2.50 |
| | Color Copies | 304.00 |

| Current Expenses | $ 683.12 |
|---|---|

# McDONALD CARANO LLP

---

Invoice No. 12471244
October 16, 2023


TOTAL THIS INVOICE                                                    $ 5,053.12

# McDONALD CARANO LLP

Invoice No. 12471244
October 16, 2023

### INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 12463786 | 5/09/23 | 10,761.45 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | 13,757.31 |

Outstanding Balance $ 41,855.93
Current Invoice $ 5,053.12

**TOTAL BALANCE DUE** **$ 46,909.05**

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee                         Invoice No. 12471244
DO NOT MAIL                                                             October 16, 2023
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2023:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

|  |  |
|---|---|
| Balance Due This Invoice | $ 5,053.12 |
| Balance Outstanding | $ 41,855.93 |
| **TOTAL BALANCE DUE** | **$ 46,909.05** |

### To Ensure Proper Credit Refer to Matter No. 32568 - 1

**All Checks should be made payable to:**                McDonald Carano LLP
Please return this page with payment                     P.O. Box 2670
                                                         Reno, Nevada 89505

**For payment by wire or ACH:**                          Nevada State Bank
Please email wire confirmation to                        1 West Liberty Street
accounting@mcdonaldcarano.com                            Reno, Nevada 89501
                                                         McDonald Carano LLP
                                                         Account No. 0542004190
                                                         Routing No. 122400779
                                                         Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:   www.mcdonaldcarano.com/online-payments/**

### PAYMENT IS DUE UPON RECEIPT

mcdonaldcarano.com

**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

MERITAS

# McDONALD ⚭ CARANO
## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12472704
November 13, 2023

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2023:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

_____

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 46,909.05 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 46,909.05 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 10,065.00 |
| Total Expenses | $ 3.53 |
| Total This Invoice | $ 10,068.53 |

### **TOTAL BALANCE NOW DUE**                     **$ 56,977.58**

**mcdonaldcarano.com**
**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**
**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

⚯ MERITAS

# McDONALD CARANO LLP

---

Invoice No. 12472704
November 13, 2023

**Re:    Client.Matter: 32568 - 1**
       **IN RE CASH CLOUD, INC. DBA COIN CLOUD**
       **EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 10/02/23 | BAG | B160 | | Exchange emails with Catherine LoTempio re Seward & Kissel's fee statements (.1); revise McDonald Carano's fifth and sixth fee statements (.5) | .60 | 180.00 |
| 10/03/23 | RJW | B120 | | Emails and conference call with S&K team re upcoming evidentiary hearing on surcharge of collateral and research pre-trial rules re same | 1.00 | 650.00 |
| 10/04/23 | RJW | B310 | | Review several emails re pre-trial matters, conduct telephone conference with Laura, Catherine and Andrew re same and attend pre-trial conference with team | .40 | 260.00 |
| 10/05/23 | RJW | B310 | | Work on pre-trial brief and joint pre-trial disclosures with co-counsel and send examples of same for USBC NV | .20 | 130.00 |
| 10/10/23 | BAG | L | | Review emails from co-counsel; Debtor's counsel, and Ryan Works re trial preparation | .40 | 120.00 |
| 10/11/23 | RJW | B120 | | Emails and telephone calls with Laura, Catherine and Brian Grubb re pre-trial matters in advance of Monday's evidentiary hearing/trial before Judge Nakagawa | 1.00 | 650.00 |
| 10/12/23 | BAG | L | | Confer with Ryan Works re trial preparation; exchange multiple emails with Debtor's counsel re exhibits | .50 | 150.00 |
| 10/13/23 | RJW | B120 | | Work on pre-evidentiary hearing on standing and surcharge motion | .80 | 520.00 |
| 10/13/23 | BAG | L | | Receive and review trial exhibit binders and prepare same for trial preparation; coordinate trial preparation and set up; confer with Ryan Works re same | 1.70 | 510.00 |
| 10/15/23 | RJW | B120 | | Meeting with co-counsel Laura Miller and Catherine LoTempio at MC to prepare for trial tomorrow against Enigma and Genesis on surcharge, standing and administrative claims | 2.50 | 1,625.00 |
| 10/16/23 | RJW | B120 | | Prepare for and attend trial (day 1) on surcharge of Enigma, standing to pursue and administrative claims | 5.50 | 3,575.00 |
| 10/16/23 | BAG | L | | Prepare Ryan Works for trial; coordinate trial exhibits; confer with Debtor's counsel re same | 2.00 | 600.00 |
| 10/17/23 | BAG | L | | Coordinate trial exhibits after trial | .20 | 60.00 |

# McDONALD CARANO LLP

Invoice No. 12472704
November 13, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 10/24/23 | RJW | B110 | | Conference call and emails with Catherine LoTempio re withdrawal of the reference of McAlary adversary action and prosecution of 9019 evidentiary hearing on November 28, 2023 | .50 | 325.00 |
| 10/25/23 | BAG | B160 | | Draft certificates of non-objection re McDonald Carano's Fifth and Sixth Fee Statements;  draft certificates of non-objection re FTI's Initial through Fifth Fee Statements | 1.30 | 390.00 |
| 10/26/23 | BAG | B160 | | Finalize and cause certificates of no objection re McDonald Carano and FTI to be filed (.1); exchange emails with FTI (.1) | .20 | 60.00 |
| 10/27/23 | RJW | B110 | | Receive and review dozens of emails and electronic filings re various matters and confer with co-counsel re same | .20 | 130.00 |
| 10/30/23 | RJW | B120 | | Calls with Laura and Andrew re upcoming discovery and evidentiary hearing on 9019 settlement with Cole Kepro | .20 | 130.00 |

| | | |
|---|---|---|
| Current Professional Services | | $ 10,065.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|------------|-------|------|-------|--------|-------|
| Brian Grubb | Paralegal | 300.00 | 6.90 | 2,070.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 12.30 | 7,995.00 | .00 |
| Total | | | 19.20 | $ 10,065.00 | $ .00 |

## EXPENSES

| | Description | Amount |
|---|-------------|--------|
| | Copying | .25 |
| 10/26/23 | Mileage, Justin Martin | 3.28 |

| | |
|---|---|
| Current Expenses | $ 3.53 |

| | |
|---|---|
| TOTAL THIS INVOICE | $ 10,068.53 |

# McDONALD CARANO LLP

---

Invoice No. 12472704
November 13, 2023

### INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 12463786 | 5/09/23 | 10,761.45 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | 5,053.12 |

| | |
|---|---|
| Outstanding Balance | $ 46,909.05 |
| Current Invoice | $ 10,068.53 |
| **TOTAL BALANCE DUE** | **$ 56,977.58** |

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee                    Invoice No. 12472704
DO NOT MAIL                                                    November 13, 2023
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2023:

**Re:   Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

---

Balance Due This Invoice                    $ 10,068.53
Balance Outstanding                         $ 46,909.05

**TOTAL BALANCE DUE**                       **$ 56,977.58**

---

### To Ensure Proper Credit Refer to Matter No. 32568 - 1

**All Checks should be made payable to:**        McDonald Carano LLP
Please return this page with payment              P.O. Box 2670
                                                  Reno, Nevada 89505

**For payment by wire or ACH:**                   Nevada State Bank
Please email wire confirmation to                 1 West Liberty Street
accounting@mcdonaldcarano.com                     Reno, Nevada 89501
                                                  McDonald Carano LLP
                                                  Account No. 0542004190
                                                  Routing No. 122400779
                                                  Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:   www.mcdonaldcarano.com/online-payments/**

### PAYMENT IS DUE UPON RECEIPT

mcdonaldcarano.com

2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100

100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000
Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505

⏛ MERITAS

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

Invoice No. 12474270
December 8, 2023

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2023:

**Re:    Client.Matter: 32568 - 1**
       **IN RE CASH CLOUD, INC. DBA COIN CLOUD**
       **EMAIL INVOICES**

_____

## ACCOUNT SUMMARY

| | |
|---|---:|
| Balance Forward as of Previous Invoice | $ 56,977.58 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 56,977.58 |

## CURRENT INVOICE

| | |
|---|---:|
| Total Professional Services | $ 19,610.00 |
| Total Expenses | $ 478.25 |
| Total This Invoice | $ 20,088.25 |

### TOTAL BALANCE NOW DUE                    $ 77,065.83

mcdonaldcarano.com

**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

MERITAS

# McDONALD CARANO LLP

---

Invoice No. 12474270
December 8, 2023

Re:  **Client.Matter: 32568 - 1**
     **IN RE CASH CLOUD, INC. DBA COIN CLOUD**
     **EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 11/08/23 | RJW | B120 | | Committee v. McAlery: Review and make changes to opposition to motion for withdrawal of the reference and cause to file | 1.00 | 650.00 |
| 11/09/23 | RJW | B110 | | Review and approve opposition to motion for withdrawal of the reference to U.S. District Court, joinder to Debtor's opposition to certification to the Ninth Circuit and objection to fee statement of Jim Jimmerson and cause to file all | .50 | 325.00 |
| 11/09/23 | BAG | L | | Draft Notice of Deposition re McAlary (.2); send email to Ryan Works and co-counsel re same (.1); revise draft notice to include FRCP 30(b)(6) requirements (.1) | .40 | 120.00 |
| 11/09/23 | BAG | B160 | | Review and finalize Seward Kissel's 5th, 6th, and 7th fee statement; (.1); send Ryan Works and Kimberly Kirn email re same (.1); exchange emails with team re response to Jimmerson's fee statement (.2); finalize and file objection to same (.2) | .60 | 180.00 |
| 11/14/23 | RJW | B120 | | Emails with B. Grubb and Laura Miller re deposition notice of McAlary | .20 | 130.00 |
| 11/14/23 | RJW | B120 | | Conference call with S&K team re evidentiary hearing/trial on 9019 motion to settle with Cole Kepro and strategy re same | .40 | 260.00 |
| 11/14/23 | BAG | B130 | | Finalize and file notice of deposition re McAlary | .30 | 90.00 |
| 11/16/23 | BAG | L | | Prepare for hearing on November 28 by tracking depositions working with co-counsel and Debtor's counsel (.6); confer with Ryan Works re same (.2) | .80 | 240.00 |
| 11/17/23 | BAG | L | | Research all entities in Nevada formed by Christopher McAlary (.4); update attorneys re same (.1) | .50 | 150.00 |
| 11/19/23 | BAG | L | | Review emails from co-counsel re Surcharge order transcript and send email to Kimberly Kirn re same | .10 | 30.00 |
| 11/20/23 | RJW | B110 | | Receive and review dozens of emails and conduct call with Laura and Andrew in preparation for evidentiary hearing on 9019 | 1.00 | 650.00 |

# McDONALD CARANO LLP

Invoice No. 12474270
December 8, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| | | | | motion re Cole Kepro settlement | | |
| 11/20/23 | BAG | B130 | | Exchange emails with team re motions to seal and process involving same (.4); draft motion to seal and related order in support of reply to 9019 motion (1.9) | 2.30 | 690.00 |
| 11/21/23 | RJW | B120 | | Attend deposition of Christopher McAlary re 9019 motion and evidentiary hearing | 2.50 | 1,625.00 |
| 11/21/23 | BAG | L | | Review emails, depositions, and filings in preparation for the November 28 hearing | 1.20 | 360.00 |
| 11/21/23 | BAG | B130 | | Exchange emails with Ryan Works and Seward Kissel team re motion to seal | .20 | 60.00 |
| 11/22/23 | RJW | B120 | | Review reply in support of, and begin preparing for evidentiary hearing on, 9019 settlement with Cole Kepro (.7); receive and review dozens of emails in preparation for, and filing of, joint reply and motion to seal certain exhibits | 1.50 | 975.00 |
| 11/22/23 | BAG | B120 | | Review and exchange multiple emails with Seward Kissel re Reply ISO Joint Motion to Approve Settlement Agreement with Cole Kepro (.2); send detailed email to Laura Miller re sealing filed documents and exhibits (.4); revise all motions, Ryan's declaration and exhibits, preparing same for filing, including redacted sets for filing (2.7) | 3.30 | 990.00 |
| 11/22/23 | BAG | L | | Review emails between Ryan Works and Seward Kissel re 9019 hearing (.1); respond to emails re local trial practice (.2); receive and revise exhibit and witness list re 9019 hearing (.8); exchange multiple emails with team and Debtor's counsel re exhibit and exhibit lists (.4); receive McAlary's exhibits and prepare them and the Committee's exhibits for Ryan Works' review (1.1) | 2.60 | 780.00 |
| 11/24/23 | RJW | B120 | | Prepare for and attend continued deposition of 30(b)(6) designee of Cole Kepro - Fred Cook | 2.00 | 1,300.00 |
| 11/25/23 | RJW | B120 | | Review objection to witnesses, and exhibits, filed by Chris McAlary and email with S&K team re same | .20 | 130.00 |
| 11/26/23 | RJW | B120 | | Continue preparing for evidentiary hearing/trial on objection to 9019 motion to settle with Cole Kepro | 3.50 | 2,275.00 |
| 11/26/23 | BAG | L | | 9019 Hearing preparation | 1.20 | 360.00 |
| 11/27/23 | RJW | B120 | | Continue preparing for evidentiary hearing/trial tomorrow on approval of 9019 | 5.50 | 3,575.00 |

3

# McDONALD CARANO LLP

Invoice No. 12474270
December 8, 2023

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| | | | | motion/settlement with Cole Kepro and work on settlement of same | | |
| 11/27/23 | BAG | L | | Review and exchange emails with Ryan Works, Seward Kissel, Debtor's counsel, and opposing counsel re deposition designations(.5); draft disposition designation statements (1.5); prepare electronic set of exhibits for display during evidentiary hearing (1.0); set up trial director case for same (.8); review hard copy exhibits and prepare for Ryan Works use (1.0); exchange telephone calls and emails with Debtor's counsel re exhibits(.2); misc hearing preparation (.5); coordinate hard copy depositions for use at hearing (.2); coordinate original copy of McAlary deposition for use at hearing (.3); review and gather all filings related to the hearing (.5); send email to Ryan Works re all declarations (.2) | 6.70 | 2,010.00 |
| 11/28/23 | RJW | B120 | | Work on stipulation and order resolving evidentiary hearing, staying appeals and order to attend settlement conference | 1.50 | 975.00 |
| 11/28/23 | RJW | B120 | | Attend and argue joint motion to approve CKI compromise and prepare/circulate order approving same | 1.00 | 650.00 |
| 11/29/23 | BAG | L | | Exchange emails with Laura Miller re-deposition of Christopher McAlary | .10 | 30.00 |

Current Professional Services      $ 19,610.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|------------|-------|------|-------|--------|-------|
| Brian Grubb | Paralegal | 300.00 | 20.30 | 6,090.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 20.80 | 13,520.00 | .00 |
| Total | | | 41.10 | $ 19,610.00 | $ .00 |

# McDONALD CARANO LLP

---

Invoice No. 12474270
December 8, 2023

**EXPENSES**

| Description | Amount |
|---|---|
| Color Copies | 232.00 |
| Copying | 246.25 |

| Current Expenses | $ 478.25 |
|---|---|

| TOTAL THIS INVOICE | $ 20,088.25 |
|---|---|

# McDONALD CARANO LLP

Invoice No. 12474270
December 8, 2023

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 12463786 | 5/09/23 | 10,761.45 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | 10,068.53 |

Outstanding Balance                                          $ 56,977.58
Current Invoice                                               $ 20,088.25

**TOTAL BALANCE DUE**                                      **$ 77,065.83**

# McDONALD CARANO
## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

**REMITTANCE PAGE**

Coin Cloud Unsecured Creditors Committee                    Invoice No. 12474270
DO NOT MAIL                                                                  December 8, 2023
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2023:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

---

Balance Due This Invoice                    $ 20,088.25
Balance Outstanding                           $ 56,977.58

**TOTAL BALANCE DUE**                      **$ 77,065.83**

---

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**              McDonald Carano LLP
Please return this page with payment                    P.O. Box 2670
                                                                               Reno, Nevada 89505

**For payment by wire or ACH:**                            Nevada State Bank
Please email wire confirmation to                         1 West Liberty Street
accounting@mcdonaldcarano.com                       Reno, Nevada 89501
                                                                               McDonald Carano LLP
                                                                               Account No. 0542004190
                                                                               Routing No. 122400779
                                                                               Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:   www.mcdonaldcarano.com/online-payments/**

**PAYMENT IS DUE UPON RECEIPT**

**mcdonaldcarano.com**

**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

MERITAS

# McDONALD CARANO
## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

Invoice No. 12475783
January 12, 2024

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2023:

**Re:   Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

_____

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 77,065.83 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 77,065.83 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 1,625.00 |
| Total Expenses | $ 240.74 |
| Total This Invoice | $ 1,865.74 |

### TOTAL BALANCE NOW DUE                              $ 78,931.57

# McDONALD CARANO LLP

---

Invoice No. 12475783
January 12, 2024

**Re:   Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 12/01/23 | RJW | B120 | | Several emails with committee co-counsel, Bankruptcy Court, and McAlary counsel re scheduling of settlement conference in January or February 2024 | .50 | 325.00 |
| 12/03/23 | RJW | B110 | | Review dozens of electronically filed documents and review requests/inquiries from alleged creditors and forward to debtor for review and response | .20 | 130.00 |
| 12/06/23 | RJW | B120 | | Several emails with committee co-counsel, Bankruptcy Court, and McAlary counsel re scheduling of settlement conference in January or February 2024 | .40 | 260.00 |
| 12/11/23 | RJW | B120 | | Several emails with committee co-counsel, Bankruptcy Court, and McAlary counsel re scheduling of settlement conference in January or February 2024 | .30 | 195.00 |
| 12/12/23 | RJW | B120 | | Several emails with committee co-counsel, Bankruptcy Court, and McAlary counsel re scheduling of settlement conference in January or February 2024 | .20 | 130.00 |
| 12/13/23 | RJW | B120 | | Several emails with committee co-counsel, Bankruptcy Court, and McAlary counsel re scheduling of settlement conference in January or February 2024 | .40 | 260.00 |
| 12/21/23 | RJW | B120 | | Dozens of emails with committee co-counsel and McAlary counsel re scheduling of settlement conference in January or February 2024 | .50 | 325.00 |

| | | |
|---|---|---|
| Current Professional Services | | $ 1,625.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|------------|-------|------|-------|--------|-------|
| Ryan J. Works | Partner | 650.00 | 2.50 | 1,625.00 | .00 |
| Total | | | 2.50 | $ 1,625.00 | $ .00 |

2

# McDONALD CARANO LLP

Invoice No. 12475783
January 12, 2024

## EXPENSES

| | Description | Amount |
|---|---|---|
| 11/21/23 | Transcripts, Bankcard Center | 179.00 |
| | Postage | 17.25 |
| | Copying | 39.25 |
| 12/01/23 | Mileage, Beth Roe | 5.24 |
| Current Expenses | | $ 240.74 |

TOTAL THIS INVOICE                                        $ 1,865.74

# McDONALD CARANO LLP

Invoice No. 12475783
January 12, 2024

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 12463786 | 5/09/23 | 10,761.45 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | 20,088.25 |

Outstanding Balance $ 77,065.83
Current Invoice $ 1,865.74

**TOTAL BALANCE DUE** $ 78,931.57

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee                    Invoice No. 12475783
DO NOT MAIL                                                                        January 12, 2024
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2023:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

---

| | |
|---|---|
| Balance Due This Invoice | $ 1,865.74 |
| Balance Outstanding | $ 77,065.83 |
| **TOTAL BALANCE DUE** | **$ 78,931.57** |

---

### To Ensure Proper Credit Refer to Matter No. 32568 - 1

**All Checks should be made payable to:**             McDonald Carano LLP
Please return this page with payment                    P.O. Box 2670
                                                                         Reno, Nevada 89505

**For payment by wire or ACH:**                          Nevada State Bank
Please email wire confirmation to                        1 West Liberty Street
accounting@mcdonaldcarano.com                       Reno, Nevada 89501
                                                                         McDonald Carano LLP
                                                                         Account No. 0542004190
                                                                         Routing No. 122400779
                                                                         Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:   www.mcdonaldcarano.com/online-payments/**

### PAYMENT IS DUE UPON RECEIPT

**mcdonaldcarano.com**

**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

MERITAS