John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF HEARING ON FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MCDONALD CARANO LLP**<br><br>**(February 24, 2023 through December 31, 2023)**<br>**Total Requested Fees:         $97,247.50**<br>**Total Requested Expenses:     $4,635.75**<br>**Total:                        $101,883.25**<br><br>**Hearing Date: April 17, 2024**<br>**Hearing Time: 9:30 a.m.** |

PLEASE TAKE NOTICE that, on April 17, 2024 at 9:30 a.m. Pacific Time, a hearing will be conducted on the *First Interim Application for Compensation and Reimbursement of Expenses of McDonald Carano LLP* [ECF No. 1646] (the "Motion").

NOTICE IS FURTHER GIVEN that a copy of the Motion may be obtained at the bankruptcy court's website at www.nvb.uscourts.gov by logging onto the PACER document service center at www.pacer.gov or by requesting a copy from the undersigned counsel.

NOTICE IS FURTHER GIVEN that any opposition must be filed pursuant to Local Rule 9014(d)(1).

Pursuant to Local Rule 9014(d)(1):

an "opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

---

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

---

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before Honorable United States Bankruptcy Judge Mike K. Nakagawa on the captioned date and time. Parties are permitted to appear telephonically by dialing **(669) 254-5252** and entering meeting ID: **161 062 2560** and entering access code or passcode **029066#**.

Dated this 15th day of March, 2024.

    McDONALD CARANO LLP

    By: */s/ Ryan J. Works*
    Ryan J. Works, Esq. (NSBN 9224)
    Amanda M. Perach, Esq. (NSBN 12399)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102

    John R. Ashmead, Esq.
    Robert J. Gayda, Esq.
    Catherine V. LoTempio, Esq.
    Andrew J. Matott, Esq.
    (*pro hac vice applications granted*)
    SEWARD & KISSEL LLP
    One Battery Park Plaza
    New York, NY 10004

    *Counsel for Official Committee of Unsecured Creditors*