John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**ELEVENTH MONTHLY FEE STATEMENT OF SEWARD & KISSEL LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2024 THROUGH JANUARY 31, 2024**<br><br>Seward & Kissel LLP, Counsel to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 23, 2023)<br><br>January 1, 2024 through January 31, 2024<br><br>$54,800.00 (80% of $68,500.00)<br><br>$5,141.51 (100% of expenses) |

Seward & Kissel LLP ("S&K" or the "Applicant"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Eleventh Monthly Fee Statements (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing January 1, 2024 through January 31, 2024 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, S&K requests allowance and payment of $54,800.00 (representing 80% of the $68,500.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $5,141.51 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by S&K during the Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at S&K who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Fee Period by task. Attached as **Exhibit 3** is a summary of the expenses incurred during the Fee Period by category. Attached hereto as **Exhibit 4** are the detailed time entries and expenses for the Fee Period (invoices for the period January 1, 2024 through January 31, 2024) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. S&K reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

1    DATED this 15th day of March 2024.

2                                                    SEWARD & KISSEL LLP

3
                                            By: _/s/    John R. Ashmead_____
4                                               John R. Ashmead, Esq.
                                                Robert J. Gayda, Esq.
5                                               Catherine V. LoTempio, Esq.
                                                Andrew J. Matott, Esq.
6                                               (*pro hac vice applications granted*)
                                                SEWARD & KISSEL LLP
7                                               One Battery Park Plaza
                                                New York, NY 10004
8                                               ashmead@sewkis.com
                                                gayda@sewkis.com
9                                               lotempio@sewkis.com
                                                matott@sewkis.com
10
                                                *Counsel for Official Committee*
11                                              *of Unsecured Creditors*

12

13   Respectfully Submitted By:

14   McDONALD CARANO LLP

15
      _/s/ Ryan J. Works_____
16   Ryan J. Works, Esq. (NSBN 9224)
     Amanda M. Perach, Esq. (NSBN 12399)
17   2300 West Sahara Avenue, Suite 1200
     Las Vegas, Nevada 89102
18   rworks@mcdonaldcarano.com
     aperach@mcdonaldcarano.com
19
     *Counsel for Official Committee*
20   *of Unsecured Creditors*

21

22

23

24

25

26

27

28

EXHIBIT 1

**Summary of Professionals for the Fee Period**

| Name | Year Admitted[1] | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| John R. Ashmead | 1991 | Bankruptcy | $1625 | 0.2 | $325.00 |
| Robert J. Gayda | 2004 | Bankruptcy | $1300 | 14.2 | $18,460.00 |
| Sophia Agathis | 2017 | Corporate | $975 | 0.8 | $780.00 |
| **Counsel** | | | | | |
| T. Ross Hooper | 2001 | Litigation | $1050 | 0.1 | $105.00 |
| Laura E. Miller | 2013 | Litigation | $975 | 20.0 | $19,500.00 |
| **Associates** | | | | | |
| Catherine V. LoTempio | 2014 | Bankruptcy | $975 | 18.9 | $18,427.50 |
| Andrew J. Matott | 2017 | Bankruptcy | $925 | 10.3 | $9,527.50 |
| John Patouhas | 2024 | Bankruptcy | $750 | 1.3 | $975.00 |
| Matthew Pintea | Law Clerk | Corporate | $500 | 0.8 | $400.00 |
| **Total:** | | | | **66.6** | **$68,500.00** |

---

[1]     Unless otherwise noted, admission year is for New York Bar.

EXHIBIT 2

**Statement of Fees by Subject Matter**

| Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Case Administration | 1.8 | $1,725.00 |
| Litigation-Contested Matter and Adversary Proceedings | 9.5 | $8,867.50 |
| Claims Administration and Objections | 1.3 | $1,267.50 |
| Communication with Committee/ Creditors | 3.4 | $3,255.00 |
| Avoidance Action Analysis | 49.8 | $52,605.00 |
| Employment and Fee Applications | .8 | $780.00 |
| **Total** | **66.6** | **$68,500.00** |

EXHIBIT 3

**Expenses by Category**

| Expense Category | Total |
|---|---|
| Airfare | $2,679.78 |
| Deposition Transcripts | $2,461.73 |
| **TOTAL** | **$5,141.51** |

EXHIBIT 4

**Detailed Time Records**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

| 38239 | **Coin Cloud- Official**<br>**Committee of Unsecu** | **March 06, 2024**<br>**Invoice Number 9160079952** |
|---|---|---|

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through January 31, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0001 | Case Administration | 1,725.00 | 5,141.51 | 6,866.51 |

Coin Cloud- Official Committee of Unsecu

| | Invoice Date | March 06, 2024 |
| --- | --- | --- |
| | Invoice Number | 9160079952 |

**38239-0001**      Case Administration

**Through**      January 31, 2024

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 01/03/2024 | Follow up with J. Jimmerson. | CVL | 0.10 | 97.50 |
| 01/03/2024 | Attn to emails re case workstreams (.1). | AJM | 0.10 | 92.50 |
| 01/04/2024 | Update re budget and liquidity. | CVL | 0.10 | 97.50 |
| 01/05/2024 | Work streams group call. | CVL | 0.50 | 487.50 |
| 01/05/2024 | All hands call to discuss workstreams and assignments (.5). | AJM | 0.50 | 462.50 |
| 01/08/2024 | Review docket and calendar hearing dates. | CVL | 0.20 | 195.00 |
| 01/17/2024 | Emails with J. Jimmerson (.1); review calendars and email re same (.1); review docket for hearing dates (.1). | CVL | 0.30 | 292.50 |

**Total Hours**..................................................................................  **1.80**

**Total Services**................................................................$  **1,725.00**

### Disbursements Recorded Through January 31, 2024

| | |
| --- | --- |
| Airfare | 2,679.78 |
| Deposition transcripts | 2,461.73 |

**Total Disbursements**...........................................................$  **5,141.51**

**TOTAL AMOUNT DUE**......................................................$  **6,866.51**

Coin Cloud- Official Committee of Unsecu

| | |
|---|---|
| **Invoice Date** | March 06, 2024 |
| **Invoice Number** | 9160079952 |
| **Through** | January 31, 2024 |

**38239-0001**        Case Administration

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 1.20 | 975.00 | 1,170.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 0.60 | 925.00 | 555.00 |
| **Total** | | | **1.80** | | **1,725.00** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**March 06, 2024**
**Invoice Number 9160079952**

**38239-0001      Case Administration**

For Professional Services Rendered through January 31, 2024:

| | |
|---|---:|
| Fees | 1,725.00 |
| DISBURSEMENTS | 5,141.51 |
| **TOTAL AMOUNT DUE**................................................................................... $ | **6,866.51** |

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**       **Coin Cloud- Official**                                          **March 06, 2024**
              **Committee of Unsecu**                              **Invoice Number 9160079957**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through January 31, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0005 | Litigation-Contested matter and adversary proceedings | 8,867.50 | 0.00 | 8,867.50 |

|  |  |  |
|---|---|---|
| | **Invoice Date** | March 06, 2024 |
| Coin Cloud- Official Committee of Unsecu | **Invoice Number** | 9160079957 |
| **38239-0005** Litigation-Contested matter and adversary proceedings | **Through** | January 31, 2024 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 01/04/2024 | Review and revise BitAccess settlement proposal. | RJG | 0.50 | 650.00 |
| 01/10/2024 | Follow up with Tucker re Bitaccess settlement (.2); discuss internally (.2); emails re Enigma release (.2). | CVL | 0.60 | 585.00 |
| 01/17/2024 | Discuss UCC filing re CKI. | SAA | 0.30 | 292.50 |
| 01/17/2024 | Follow up re Bitaccess settlement (.1); emails with Tucker re same (.1); schedule call with Jimmerson and discuss with L. Miller (.2); discuss with R. Gayda (.1). | CVL | 0.50 | 487.50 |
| 01/17/2024 | Review CKI settlement documents (.3); research re the same (.5); attn to internal discussions re perfection of security interest (.3); attn to calls and emails to prepare relevant filings (.3). | AJM | 1.40 | 1,295.00 |
| 01/17/2024 | Drafting UCC-1 for CKI Settlement. | MIP | 0.80 | 400.00 |
| 01/18/2024 | Discuss CKI settlement internally (.2) and emails re the same (.1). | AJM | 0.30 | 277.50 |
| 01/19/2024 | Call with J. Jimmerson, M. Tucker and L. Miller re litigation. | CVL | 1.50 | 1,462.50 |
| 01/19/2024 | Call concerning BitAccess and Bitcoin Depot litigation status. | LEM | 1.00 | 975.00 |
| 01/22/2024 | Attn to insurance policy re endorsement. | SAA | 0.50 | 487.50 |
| 01/22/2024 | Review inquiry re loss payee endorsement and email A. Matott re same. | TRH | 0.10 | 105.00 |
| 01/22/2024 | Review settlement agreement (.2) and emails re the same with L. Kellert and R. Gayda (.2); email Debtor re executed note/financing statment (.1); review draft schedule and revise the same (.1); review insurance policy (.4); research re the same (.2); communications with S. Agathis and R. Hooper re insurance policy (.3). | AJM | 1.50 | 1,387.50 |
| 01/23/2024 | Attn to emails re CKI insurance (.2); discuss mediation strategy/workstreams internally (.3). | AJM | 0.50 | 462.50 |
| | **Total Hours**........................................................................ | | | **9.50** |
| | **Total Services**...........................................................$ | | | **8,867.50** |
| | **TOTAL AMOUNT DUE**.......................................$ | | | **8,867.50** |

|  | | | | **Invoice Date** | March 06, 2024 |
|  | Coin Cloud- Official Committee of Unsecu | | | **Invoice Number** | 9160079957 |
| **38239-0005** | Litigation-Contested matter and adversary proceedings | | | **Through** | January 31, 2024 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1998 RJG | Partner | Gayda, Robert J. | 0.50 | 1,300.00 | 650.00 |
| 1432 TRH | Counsel | Hooper, Thomas | 0.10 | 1,050.00 | 105.00 |
| 1940 SAA | Partner | Agathis, Sophia A. | 0.80 | 975.00 | 780.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 2.60 | 975.00 | 2,535.00 |
| 1997 LEM | Counsel | Miller, Laura E. | 1.00 | 975.00 | 975.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 3.70 | 925.00 | 3,422.50 |
| 2316 MIP | Law Clerk | Pintea, Matthew | 0.80 | 500.00 | 400.00 |
| **Total** | | | **9.50** | | **8,867.50** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**March 06, 2024**
**Invoice Number 9160079957**

**38239-0005**    **Litigation-Contested matter and adversary proceedings**

For Professional Services Rendered through January 31, 2024:

Fees                                                                                              8,867.50

**TOTAL AMOUNT DUE**.................................................................................. $         **8,867.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Sᴇᴡᴀʀᴅ & Kɪssᴇʟ ʟʟᴘ

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**     **Coin Cloud- Official**                                          **March 06, 2024**
                 **Committee of Unsecu**                              **Invoice Number 9160079953**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through January 31, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0008 | Claims Administration and Objections | 1,267.50 | 0.00 | 1,267.50 |

|  |  | **Invoice Date** | March 06, 2024 |
| Coin Cloud- Official Committee of Unsecu | | **Invoice Number** | 9160079953 |
| **38239-0008** | Claims Administration and Objections | **Through** | January 31, 2024 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 01/02/2024 | Follow up with UCC professionals re TSSP stipulation (.1); emails with Debtor counsel re same (.1); review comments from FTI (.1); further review stipulation and discuss with Debtor counsel (.3). | CVL | 0.60 | 585.00 |
| 01/03/2024 | Review claim stipulation with TSSP (.1); circulate internally (.1);. | CVL | 0.20 | 195.00 |
| 01/05/2024 | Sign off on TSSP stipulation. | CVL | 0.10 | 97.50 |
| 01/09/2024 | Emails re Brink claim objection. | CVL | 0.20 | 195.00 |
| 01/11/2024 | Update from Debtor counsel re Brinks claim. | CVL | 0.20 | 195.00 |

**Total Hours**.................................................................................................. **1.30**

**Total Services**.......................................................................................$ **1,267.50**

**TOTAL AMOUNT DUE**.....................................................................$ **1,267.50**

| | | | **Invoice Date** | March 06, 2024 |
| --- | --- | --- | --- | --- |

Coin Cloud- Official Committee of Unsecu

**38239-0008**       Claims Administration and Objections

| | | | **Invoice Number** | 9160079953 |
| --- | --- | --- | --- | --- |
| | | | **Through** | January 31, 2024 |

| **ATTY NO. / INIT.** | **TITLE** | **NAME** | **HOURS** | **RATE** | **AMOUNT** |
| --- | --- | --- | --- | --- | --- |
| 1891 CVL | Associate | LoTempio, Catherine V. | 1.30 | 975.00 | 1,267.50 |
| **Total** | | | **1.30** | | **1,267.50** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**March 06, 2024**
**Invoice Number 9160079953**

**38239-0008**     **Claims Administration and Objections**

For Professional Services Rendered through January 31, 2024:

| | |
|---|---|
| Fees | 1,267.50 |
| **TOTAL AMOUNT DUE**........................................................................................ $ | **1,267.50** |

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**    **Coin Cloud- Official**    **March 06, 2024**
           **Committee of Unsecu**        **Invoice Number 9160079954**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through January 31, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0009 | Communications with Creditors | 3,255.00 | 0.00 | 3,255.00 |

Page    2

Coin Cloud- Official Committee of Unsecu

| | | Invoice Date | March 06, 2024 |
| | | Invoice Number | 9160079954 |
| | | Through | January 31, 2024 |

**38239-0009**    Communications with Creditors

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 01/04/2024 | Draft approval email to committee re TSSP settlement. | CVL | 0.30 | 292.50 |
| 01/22/2024 | Draft and send mediation update to Committee. | CVL | 0.20 | 195.00 |
| 01/24/2024 | Draft email to Committee re settlement proposal (.2); discuss with A. Matott (.1). | CVL | 0.30 | 292.50 |
| 01/29/2024 | Circulate settlement proposal from McAlary to UCC (.2); emails re same (.1). | CVL | 0.30 | 292.50 |
| 01/31/2024 | Prepare for (.1) and committee update call (.9); follow up with L. Miller re same (.1). | CVL | 1.10 | 1,072.50 |
| 01/31/2024 | Prep for (.3) and meeting with UCC members (.9). | AJM | 1.20 | 1,110.00 |
| | **Total Hours**........................................................ | | | **3.40** |
| | **Total Services**...........................................$ | | | **3,255.00** |
| | **TOTAL AMOUNT DUE**..............................$ | | | **3,255.00** |

Coin Cloud- Official Committee of Unsecu

| | **Invoice Date** | March 06, 2024 |
| --- | --- | --- |
| **38239-0009** | **Invoice Number** | 9160079954 |
| Communications with Creditors | **Through** | January 31, 2024 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 1891 CVL | Associate | LoTempio, Catherine V. | 2.20 | 975.00 | 2,145.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 1.20 | 925.00 | 1,110.00 |
| **Total** | | | **3.40** | | **3,255.00** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**March 06, 2024**
**Invoice Number 9160079954**

38239-0009    **Communications with Creditors**

For Professional Services Rendered through January 31, 2024:

Fees | 3,255.00

**TOTAL AMOUNT DUE**..................................................................................... $ | **3,255.00**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

REMITTANCE COPY

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

38239    **Coin Cloud- Official**                                          **March 06, 2024**
         **Committee of Unsecu**                              **Invoice Number 9160079955**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through January 31, 2024:**

| <u>Matter Number</u> | <u>Matter Name</u> | <u>Fee Amount</u> | <u>Disbursement Amount</u> | <u>Total Amount</u> |
|---|---|---|---|---|
| 38239-0014 | Avoidance Action Analysis | 52,605.00 | 0.00 | 52,605.00 |

Coin Cloud- Official Committee of Unsecu

| | | |
|---|---|---|
| **Invoice Date** | March 06, 2024 |
| **Invoice Number** | 9160079955 |

**38239-0014**    Avoidance Action Analysis

| | |
|---|---|
| **Through** | January 31, 2024 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/05/2024 | Group call re professional staffing going forward. | RJG | 0.70 | 910.00 |
| 01/08/2024 | Emails re scheduling conference (.1); discuss with L. Miller (.1). | CVL | 0.20 | 195.00 |
| 01/08/2024 | E-mails regarding mediation (.1); status conference prep (.2). | LEM | 0.30 | 292.50 |
| 01/10/2024 | Call with Ryan re scheduling conference (.2); follow up with Dawn / Candace re same (.1). | CVL | 0.30 | 292.50 |
| 01/10/2024 | Teleconference with local counsel regarding mediation questions. | LEM | 0.20 | 195.00 |
| 01/11/2024 | Emails re rescheduling of adversary scheduling conference (.2); review emails re settlement conference agreement (.2); discuss internally (.2); review emails from A. Matott re same (.1). | CVL | 0.70 | 682.50 |
| 01/11/2024 | Attn to emails with R. Works (.1); review stipulation and related documentation (.2); discuss internally and emails re upcoming settlement conference (.2). | AJM | 0.50 | 462.50 |
| 01/16/2024 | Review emails re scheduling of mediation. | CVL | 0.30 | 292.50 |
| 01/18/2024 | Call with local counsel regarding settlement conference logistics. | LEM | 0.10 | 97.50 |
| 01/19/2024 | Discuss scheduling order with team. | RJG | 0.40 | 520.00 |
| 01/22/2024 | Attn issues re and update emails re litigation with MaAlary, mediation. | JRA | 0.20 | 325.00 |
| 01/22/2024 | Review settlement order (.4); emails w Carlyon re same (.3); emails to Judge Barash (.4); call w Judge Barash (.4); emails w FTI re settlement issues (.2). | RJG | 1.70 | 2,210.00 |
| 01/22/2024 | Numerous emails re settlement conference and inclusion of deal between the parties (.3); emails re perfection of CKI settlement note (.2). | CVL | 0.50 | 487.50 |
| 01/22/2024 | Attention to settlement conference scheduling stipulation (.5) and various e-mails regarding same (.6). | LEM | 1.10 | 1,072.50 |
| 01/23/2024 | Call re settlement conference w Tucker (.6); discuss settlement offer with S&K team (.5). | RJG | 1.10 | 1,430.00 |
| 01/23/2024 | Attention to scheduling stipulation (0.1); and mediation statement (0.4). | LEM | 0.50 | 487.50 |
| 01/23/2024 | Draft settlement offer letter. | LEM | 0.50 | 487.50 |
| 01/24/2024 | Review and revise settlement proposal (.4); discuss w FTI (.3); draft email to UCC (.2). | RJG | 0.90 | 1,170.00 |
| 01/24/2024 | Revise draft settlement offer and circulate to FTI (.3); emails re scheduling conference (.1); discuss settlement | CVL | 0.80 | 780.00 |

Coin Cloud- Official Committee of Unsecu

| | Invoice Date | March 06, 2024 |
| --- | --- | --- |
| | **Invoice Number** | 9160079955 |
| | **Through** | January 31, 2024 |

**38239-0014**        Avoidance Action Analysis

| | | | | |
| --- | --- | --- | --- | --- |
| | with R. Gayda and L. Miller (.2); follow up FTI (.1); emails re same (.1). | | | |
| 01/24/2024 | Discuss demand internally (.2); revise demand (.1); draft email to UCC re the same (.2). | AJM | 0.50 | 462.50 |
| 01/24/2024 | Attention to draft mediation settlement offer. | LEM | 0.40 | 390.00 |
| 01/25/2024 | Research (.7) and draft mediation statement (2.0). | LEM | 2.70 | 2,632.50 |
| 01/26/2024 | Call w FTI re solvency issues. | RJG | 1.30 | 1,690.00 |
| 01/26/2024 | Call with FTI re settlement / litigation (1.3); work on mediation statement (1.8); updates to settlement letter and circulate (.2); finalize (.1); review and revise draft mediation statement (.5). | CVL | 3.90 | 3,802.50 |
| 01/26/2024 | Review and revise mediation statement (.7); attn to discussions re the same (.2). | AJM | 0.90 | 832.50 |
| 01/26/2024 | Call with FTI concerning insolvency questions (1.3); draft and research mediation statement (3.8); attend to and finalize settlement offer to McAlary (0.4); review settlement offer from McAlary (0.3). | LEM | 5.80 | 5,655.00 |
| 01/29/2024 | Review and revise settlement conference statement. | RJG | 3.00 | 3,900.00 |
| 01/29/2024 | Discussion mediation statement issues with team (0.6); draft and revise same (1.4). | LEM | 2.00 | 1,950.00 |
| 01/30/2024 | Call w FTI (1.1); S&K team meeting re mediation report (.8); review liquidity report (.8). | RJG | 2.70 | 3,510.00 |
| 01/30/2024 | Call with UCC professionals re settlement paramaters (1.1); follow up re same (.2); research re same (.8); discuss open issues with L. Miller, R. Gayda and A. Matott (.8). | CVL | 2.90 | 2,827.50 |
| 01/30/2024 | Review and revise mediation brief (.5) and discuss internally (.1); meet with R. Gayda, C. LoTempio, and L. Miller re the same (.8); call with FTI re mediation / adversary claims (1.1). | AJM | 2.50 | 2,312.50 |
| 01/30/2024 | Revise mediation statement per discussions with R. Gayda (1.5); call with R. Gayda, C. LoTempio and A. Matott regarding upcoming settlement conference and strategy (1.0); draft e-mail to Judge Barash (0.6); call with FTI concerning upcoming settlement conference and insolvency questions (1.1). | LEM | 4.20 | 4,095.00 |
| 01/30/2024 | Discuss (.3), re-review cases re set off and send to CVL (1.0). | JOP | 1.30 | 975.00 |
| 01/31/2024 | Call w Judge Barash (.5); email correspondence re confidentiality arrangement and mediation participation (.4); discuss setoff issues w LoTempio (.6); review research re same (.4). | RJG | 1.90 | 2,470.00 |

|  |  |  |  |
|---|---|---|---|
| | | **Invoice Date** | March 06, 2024 |
| | Coin Cloud- Official Committee of Unsecu | **Invoice Number** | 9160079955 |
| **38239-0014** | Avoidance Action Analysis | **Through** | January 31, 2024 |

| | | | | |
|---|---|---|---|---|
| 01/31/2024 | Discuss mediation statement with L. Miller and A. Matott (.3); emails re topics for mediation (.1); internal discussion re same (.1); review and circulate stipulation (.1); review and discuss settoff caselaw with R. Gayda (.6). | CVL | 1.20 | 1,170.00 |
| 01/31/2024 | Research re claims (.1) and discuss same internally (.3). | AJM | 0.40 | 370.00 |
| 01/31/2024 | E-mails with R. Gayda regarding Barash confidentiality agreement (0.3); discuss UCC meeting with A. Matott and C. Lotempio (0.3); revise mediation statement (0.6). | LEM | 1.20 | 1,170.00 |

**Total Hours**.................................................................................................. **49.80**

**Total Services**............................................................................................ $ **52,605.00**

**TOTAL AMOUNT DUE**.................................................................... $ **52,605.00**

| | Invoice Date | March 06, 2024 |
|---|---|---|
| Coin Cloud- Official Committee of Unsecu | Invoice Number | 9160079955 |
| **38239-0014**   Avoidance Action Analysis | Through | January 31, 2024 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 0994 JRA | Partner | Ashmead, John | 0.20 | 1,625.00 | 325.00 |
| 1998 RJG | Partner | Gayda, Robert J. | 13.70 | 1,300.00 | 17,810.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 10.80 | 975.00 | 10,530.00 |
| 1997 LEM | Counsel | Miller, Laura E. | 19.00 | 975.00 | 18,525.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 4.80 | 925.00 | 4,440.00 |
| 2339 JOP | Law Clerk | Patouhas, John | 1.30 | 750.00 | 975.00 |
| **Total** | | | **49.80** | | **52,605.00** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**March 06, 2024**
**Invoice Number 9160079955**

38239-0014    **Avoidance Action Analysis**

For Professional Services Rendered through January 31, 2024:

Fees .......................................................................................................... 52,605.00

**TOTAL AMOUNT DUE**................................................................................... $    **52,605.00**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**    **Coin Cloud- Official**                         **March 06, 2024**
               **Committee of Unsecu**          **Invoice Number 9160079956**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through January 31, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0017 | Employment and Fee Applications | 780.00 | 0.00 | 780.00 |

|  | **Invoice Date** | March 06, 2024 |
|---|---|---|

Coin Cloud- Official Committee of Unsecu

|  | **Invoice Number** | 9160079956 |
|---|---|---|

**38239-0017**    Employment and Fee Applications

|  | **Through** | January 31, 2024 |
|---|---|---|

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/23/2024 | Work on monthly fee statement and circulate internally | CVL | 0.60 | 585.00 |
| 01/31/2024 | Emails re interim fee applications | CVL | 0.20 | 195.00 |
| | **Total Hours**................................................................ | | | **0.80** |
| | **Total Services**................................................... $ | | | **780.00** |
| | **TOTAL AMOUNT DUE**.......................................$ | | | **780.00** |

| | | | **Invoice Date** | March 06, 2024 |
| | Coin Cloud- Official Committee of Unsecu | | **Invoice Number** | 9160079956 |
| **38239-0017** | Employment and Fee Applications | | **Through** | January 31, 2024 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 0.80 | 975.00 | 780.00 |
| **Total** | | | **0.80** | | **780.00** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**March 06, 2024**
**Invoice Number 9160079956**

38239-0017      **Employment and Fee Applications**

For Professional Services Rendered through January 31, 2024:

Fees                                                                                                          780.00

**TOTAL AMOUNT DUE**.................................................................................... $            **780.00**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**