BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO CONTINUE HEARING DATE**<br><br>**New Hearing Date:  May 15, 2024**<br>**New Hearing Time: 9:30 a.m.** |

**PLEASE TAKE NOTICE** that on the 19th day of March 2024, the Court entered an *Order Approving Stipulation to Continue Hearing Date* [ECF No. 1655] on the Application for Allowance and Payment of Administrative Expense Claim of Brink's Incorporated [ECF No. 977], a copy of which is attached hereto.

Dated this 19th day of March 2024.

**FOX ROTHSCHILD LLP**

By:     */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

1

156514315.1



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 19, 2024

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
|  | Chapter 11 |
| CASH CLOUD, INC., dba COIN CLOUD, | **ORDER APPROVING STIPULATION TO CONTINUE HEARING DATE** |
| Debtor. | Old Hearing Date:  March 20, 2024<br>Old Hearing Time:  9:30 a.m.<br><br>**New Hearing Date:  May 15, 2024**<br>**New Hearing Time: 9:30 a.m.** |

Upon consideration of the *Stipulation to Continue Hearing Date* [ECF No. 1653] (the "Stipulation") on the *Application for Allowance and Payment of Administrative Expense Claim of Brink's Incorporated* [ECF No. 977];

1

156472600.1

IT IS HEREBY ORDERED that the Hearing[1] on the Application shall be continued from March 20, 2024 at 9:30 a.m. (Pacific Time) to May 15, 2024 at 9:30 a.m. (Pacific Time) as set forth in the Stipulation.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   /s/Brett A. Axelrod
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

**HIRSCHLER FLEISCHER, P.C.**

By:  /s/Brittany B. Falabella
    ROBERT S. WESTERMANN, ESQ.
    (admitted pro hac vice)
    BRITTANY B. FALABELLA
    (admitted pro hac vice)
    2100 East Cary Street
    Richmond, Virginia 23223

    and

    MAURICE B. VERSTANDIG, ESQ.
    Nevada Bar No. 15346
    THE VERSTANDIG LAW FIRM, LLC
    452 W. Horizon Ridge Pkwy, #665
    Henderson, Nevada 89012
    *Counsel for Brink's*

# # #

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

2

156472600.1