**ANDERSEN BEEDE WEISENMILLER**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@abwfirm.com*
Valerie Y. Zaidenberg, Esq.
Nevada Bar No. 15839
Email: *valerie@abwfirm.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for Luis Flores*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: 23-10423-MKN |
|---|---|
| CASH COULD, INC., dba COIN CLOUD | Chapter 11 |
| Debtor. | **NOTICE OF CHANGE OF FIRM NAME** |

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that Andersen & Beede is now Andersen Beede Weisenmiller, effective immediately. The attorneys working at the firm are unchanged. Similarly, the remainder of the address is unchanged. As a result, the office address is now:

Andersen Beede Weisenmiller
3199 E. Warm Springs Rd, Ste 400
Las Vegas, NV 89120

Please update your records to reflect this change.

DATED this 19th day of March, 2024.

Respectfully submitted by:

**ANDERSEN BEEDE WEISENMILLER**

By:    /s/ Ryan A. Andersen
       Ryan A. Andersen, Esq.
       Nevada Bar No. 12321
       3199 E Warm Springs Rd, Ste 400
       Las Vegas, Nevada 89120

*Counsel for Luis Flores*