BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**DECLARATION OF DANIEL AYALA IN SUPPORT OF PROVINCE, LLC'S FIRST INTERIM FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM FEBRUARY 7, 2023 THROUGH DECEMBER 31, 2023**<br><br>Hearing Date:  April 17, 2024<br>Hearing Time: 9:30 a.m. |

I, Daniel Ayala, declare as follows:

1. I am an Independent Director of Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the Chapter 11 Case").

2. Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

1

156473209.1

3. I make this Declaration in support of *Province's First Interim Application for Compensation and Reimbursement of Expenses for the Interim Fee Period from February 7, 2023 to December 31, 2023* (the "First Interim Compensation Application").

4. During the First Interim Fee Period, Province incurred $2,364,583.44 in fees for professional services rendered and paid $9,234.04 in actual and necessary expenses. This First Interim Compensation Application seeks an order approving, allowing and authorizing Debtor's payment of the Requested Compensation.

5. During the First Interim Fee Period, Province has received payments totaling $985,483.62.

6. Province performed services for or on behalf of Debtor during the First Interim Fee Period, and I believe such services were necessary and reasonable. All services for which Province requests compensation were performed for or on behalf of Debtor in furtherance of its duties under the Bankruptcy Code as debtor-in-possession.

7. Province provided me with its monthly invoices for the period from February 7, 2023 through December 31, 2023. I have reviewed and approved Province's invoices for each of those months. I believe that the Requested Compensation sought by Province is reasonable and was necessary to represent Debtor in its Chapter 11 Case.

8. I have reviewed the First Interim Compensation Application, and, on behalf of Debtor, I support the approval of the First Interim Compensation Application in its entirety and payment of the Requested Compensation.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed this 20th day of March 2024.

                                                  */s/Daniel Ayala*
                                                  Daniel Ayala

156473209.1