

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
March 25, 2024

_____

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TALI J. FREY, ESQ.
Nevada Bar No. 16537
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
          dcica@carlyoncica.com
          tfrey@carlyoncica.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.: Case No. BK-S-23-10423-MKN<br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING RESERVATION OF OBJECTIONS WITH REGARD TO FIRST INTERIM FEE APPLICATIONS**<br><br>Hearing Date: April 17, 2024<br>Hearing Time: 9:30 a.m. |

The Court, having reviewed and considered the Stipulation Regarding Reservation of Objections with Regard to First Interim Fee Applications entered into by Chris McAlary ("McAlary") by and through his counsel, the law firm of Carlyon Cica, Chtd., Province, LLC ("Province") as financial advisor to Cash Cloud, Inc. ("Debtor") by and through Brett A. Axelrod, Esq., of Fox Rothschild LLP, counsel to the Debtor, and Seward & Kissel LLP ("S&K") and McDonald Carano LLP ("McDonald Carano")  co-counsel for the Official

1

1  Committee of Unsecured Creditors of the bankruptcy estate of the Debtor and for good cause
2  appearing:
3      **IT IS HEREBY ORDERED** that the Stipulation [ECF No.1667] attached as Exhibit 1
4  is approved in its entirety.
5      **IT IS HEREBY FURTHER ORDERED** that any objections which McAlary
6  may assert to the Interim Fee Applications are preserved and may be filed in connection
7  with the final fee applications to be filed by Province, S&K and McDonald Carano.
8      **IT IS SO ORDERED.**

**CARLYON CICA CHTD.**

By: */s/ Dawn M. Cica, Esq.*
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TALI J. FREY, ESQ.
Nevada Bar No. 16537
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
*Counsel for Christopher McAlary*

**SEWARD & KISSEL LLP**

*/s/ Robert J. Gayda, Esq.*
John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(pro hac vice applications granted)
*For itself and as Counsel for Official
Committee of Unsecured Creditors*

**FOX ROTHSCHILD LLP**

By: */s/ Brett Axelrod, Esq.*
BRETT AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
*On behalf of Province LLC*

**MCDONALD CARANO LLP**

*/s/ Ryan J. Works, Esq.*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
*For itself and as Counsel for Official
Committee of Unsecured Creditors*

# EXHIBIT "1"

# EXHIBIT "1"

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TALI J. FREY, ESQ.
Nevada Bar No. 16537
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
            dcica@carlyoncica.com
            tfrey@carlyoncica.com

*Counsel for Christopher McAlary*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.: Case No. BK-S-23-10423-MKN<br><br>Chapter 11<br><br>**STIPULATION REGARDING RESERVATION OF OBJECTIONS WITH REGARD TO FIRST INTERIM FEE APPLICATIONS**<br><br>Hearing Date: April 17, 2024<br>Hearing Time: 9:30 a.m. |

Chris McAlary ("McAlary"), by and through his counsel, the law firm of Carlyon Cica, Chtd.; Province, LLC ("Province") as financial advisor to Cash Cloud, Inc. ("Debtor") by and through Brett A. Axelrod, Esq., of Fox Rothschild LLP, counsel to the Debtor, and Seward & Kissel LLP ("S&K") and McDonald Carano LLP ("McDonald Carano," and together with McAlary, Province, the Debtor and S&K, the "Parties") co-counsel for the Official Committee of Unsecured Creditors of the bankruptcy estate of the Debtor hereby stipulate and agree as follows (the "Stipulation"):

/ / /

1

## RECITALS

1. WHEREAS, on March 15, 2024, S&K filed the *First Interim Application for Compensation and Reimbursement of Expenses of Seward & Kissel LLP* [ECF No. 1643] (the "S&K Interim Fee Application");

2. WHEREAS, on March 15, 2024, McDonald Carano filed the *First Interim Application for Compensation and Reimbursement of Expenses of McDonald Carano LLP* [ECF No. 1646] (the "MC Interim Fee Application");

3. WHEREAS, on March 20, 2024, Debtor filed *Province, LLC's First Interim Fee Application for Compensation and Reimbursement of Expenses for the Interim Period from February 7, 2023 through December 31, 2023* [ECF No. 1660] (the "Province Interim Fee Application");

4. WHEREAS, the deadline to file any objection to the S&K Interim Fee Application, MC Interim Fee Application, and Province Interim Fee Application (collectively the "Interim Fee Applications") is April 3, 2024.

5. WHEREAS, the Parties wish to avoid unnecessary expense:

NOW, THEREFORE,

**IT IS HEREBY STIPULATED** that McAlary may reserve any objections to the Interim Fee Applications to be heard in connection with the final fee applications to be filed by Debtor, S&K and McDonald Carano, and Province LLC.

**IT IS SO STIPULATED AND AGREED.**

| CARLYON CICA CHTD. | FOX ROTHSCHILD LLP |
|---|---|
| By: /s/ *Dawn M. Cica, Esq.* | *By: /s/ Brett Axelrod, Esq.* |
| DAWN M. CICA, ESQ. | BRETT AXELROD, ESQ. |
| Nevada Bar No. 4565 | Nevada Bar No. 5859 |
| TALI J. FREY, ESQ. | NICHOLAS A. KOFFROTH, ESQ. |
| Nevada Bar No. 16537 | Nevada Bar No. 16264 |
| 265 E. Warm Springs Road, Suite 107 Las Vegas, NV 89119 | *On behalf of Province LLC* |
| *Counsel for Christopher McAlary* | |

2

**SEWARD & KISSEL LLP**

*/s/ Robert J. Gayda, Esq.*
John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(pro hac vice applications granted)
*For itself and as Counsel for Official Committee of Unsecured Creditors*

**MCDONALD CARANO LLP**

*/s/ Ryan J. Works, Esq.*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
*For itself and as Counsel for Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I am an employee of Carlyon Cica Chtd. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

/s Cristina Robertson
An employee of Carlyon Cica Chtd.

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

4