BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **STIPULATION REGARDING RESOLUTION OF WEWORK ADMINISTRATIVE CLAIM** |

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel, Fox Rothschild LLP, WeWork (together with the Debtor, the "Parties"), by and through its counsel, Perkins Coie LLP, stipulate and agree as follows (the "Stipulation"):

**RECITALS**

A.    WHEREAS, on February 7, 2023 (the "Petition Date"), Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada (the "Court"), commencing the chapter 11 case (the "Chapter 11 Case");

B.    WHEREAS, on March 30, 2023, the Court entered an *Order Granting Debtor's Motion for Authorization to Enter into a New Office Lease Pursuant to 11 U.S.C. 105 and 363* [ECF No. 376];

1

156203975.2

C. WHEREAS, the Membership Agreement for the use of space and related services at 10845 Griffith Peak Drive, Las Vegas, Nevada 89135 (the "WeWork Space") commenced on March 1, 2023 for a term of one year;

D. WHEREAS, the Debtor terminated the WeWork Membership Agreement in July of 2023;

E. WHEREAS, WeWork asserts an administrative claim in connection with the Membership Agreement;

F. WHEREAS, the Parties desire to settle the WeWork administrative claim.

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

IT IS STIPULATED AND AGREED that WeWork shall be allowed to retain its service retainer in the amount of $45,990 (the "Retainer"), plus be granted an allowed administrative claim in the amount of $102,540.23 (the "Allowed Admin Claim");

IT IS FURTHER STIPULATED AND AGREED that the automatic stay is terminated to allow We Work to apply the retainer to amounts owed under the WeWork Membership Agreement in addition to the Allowed Admin Claim.

Dated this 25th day of March 2024.

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **PERKINS COIE LLP** |
| By:  /s/Brett A. Axelrod | By:  _[signature]_ |
| BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>*Counsel for Debtor* | AMIR GAMLIEL, ESQ.<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA  90067-1721<br>*Counsel for WeWork* |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

156203975.2