JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000264
JAMES M. JIMMERSON, ESQ.
Nevada Bar No. 12599
**THE JIMMERSON LAW FIRM, P.C.**
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
Telephone:    (702) 388-7171
Facsimile:    (702) 380-6413
Email: jimmerson@jimmersonlawfirm.com
         jmj@jimmersonlawfirm.com
*Special Litigation Counsel
for Debtor Cash Cloud Inc.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**CERTIFICATE OF NO OBJECTION REGARDING THE JIMMERSON LAW FIRM, P.C.'S FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD OF FEBRUARY 7, 2023 TO OCTOBER 13, 2023** |

**TO THE HONORABLE MIKE K. NAKAGAWA AND ALL PARTIES IN INTEREST:**

On October 20, 2023, the Jimmerson Law Firm, P.C. ("Jimmerson" or "Applicant"), counsel to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), submitted its *Statement of Services Rendered and Expenses Incurred for the Period from February 7, 2023, through October 13, 2023* (the "Statement"), pursuant to the *Order Authorizing Retention and Employment of the Jimmerson Law Firm, P.C. as Special Litigation Counsel to Debtor* [ECF No. 322] (the "Special Litigation Counsel Order") and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§*

*105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order"). Jimmerson's fees and costs are summarized in Exhibit A, attached hereto.

On November 9, 2023,[1] the Official Committee of Unsecured Creditors in the above-captioned matter (the "Committee") filed a *Preliminary Objection and Reservation of Rights to the Jimmerson Law Firm, P.C's Statement of Services Rendered and Expenses Incurred for the Period from February 7, 2023, through October 13, 2023* (the "Preliminary Objection"). Aside from this Preliminary Objection, no other objection to Jimmerson's Statement was filed.

On February 28, 2024, the Committee filed a *Notice of Withdrawal of Preliminary Objection and Reservation of Rights to the Jimmerson Law Firm, P.C's Statement of Services Rendered and Expenses Incurred for the Period from February 7, 2023, through October 13, 2023* (the "Withdrawal"). In light of the Committee's Withdrawal, the undersigned certifies that no party filed an answer, objection or other responsive pleading in connection with the Statement on or before the respective Objection Deadline.

Thus, pursuant to the Interim Compensation Procedures Order and the Special Litigation Counsel Order, Debtor is authorized to pay Jimmerson eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Statement upon the filing of this

/ / /

/ / /

/ / /

---

[1] Pursuant to the Interim Compensation Procedures Order, Notice Parties (as defined therein) had twenty (20) days after the date of service of Jimmerson's fee application, November 9, 2023 (the "Objection Deadline"), to object to Jimmerson's requested fees and expenses

certification of no objection and without the need for entry of an order by the Court approving the Statement.

Dated this 25th day of March, 2024.

**THE JIMMERSON LAW FIRM, P.C.**

*/s/ James M. Jimmerson, Esq.*
James J. Jimmerson, Esq.
Nevada State Bar No. 00264
James M. Jimmerson, Esq.
Nevada State Bar No. 12599
415 South Sixth Street, suite 100
Las Vegas Nevada, NV 89101
  *Special Litigation Counsel for Debtor*

3

**EXHIBIT A**
Summary of the Jimmerson Law Firm, P.C.'s
Fee Application
For Professional Fees and Services

| Application Period | 80% of Fees in Application Period | 100% of Expenses in Application Period | TOTAL AUTHORIZED AMOUNT | Date Filed and Served | Objection Deadline |
|---|---|---|---|---|---|
| 02/07/2023 through 10/13/2023 | $121,663.60 | $6,620.31 | $128,283.91 | 10/20/2023 | 11/09/2023 |