_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 02, 2024

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>  CASH CLOUD, INC.,<br>  dba COIN CLOUD,<br><br>                              Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN DEBTOR AND SYGNIA RESOLVING SYGNIA'S CLAIMS** |

The Court having reviewed and considered the *Stipulation Between Debtor and Sygnia Resolving Sygnia's Claims* [ECF No. 1672] (the "Stipulation"),

**IT IS HEREBY ORDERED** that the Stipulation is Approved.

1

156854134.1

**IT IS FURTHER ORDERED** that:

1. Sygnia shall have an allowed a general unsecured claim in the amount of $369,315.00. Such claim shall not be amended. All other claims of Sygnia, if any, are disallowed in their entirety.

2. Sygnia is hereby barred from asserting an administrative expense claim as Sygnia did not file an administrative expense claim prior to the Administrative Claim Bar Date.

3. The Parties and the Debtor's Claim Agent are authorized to take any and all actions necessary and appropriate to give effect to the Stipulation.

Dated this 28th day of March, 2024.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: ___/s/Jeanette E. McPherson___
    BRETT A. AXELROD, ESQ.
    JEANETTE E. MCPHERSON, ESQ.
    NICHOLAS A. KOFFROTH, ESQ.
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

# # #