BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        jmcpherson@foxrothschild.com
        nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>          Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION BETWEEN DEBTOR AND SYGNIA RESOLVING SYGNIA'S CLAIMS** |

     **PLEASE TAKE NOTICE** that on the 2nd day of April 2024, the Court entered an *Order Approving Stipulation Between Debtor and Sygnia Resolving Sygnia's Claims* [ECF No. 1674], a copy of which is attached hereto.

     Dated this 2nd day of April 2024.

                           **FOX ROTHSCHILD LLP**

                           By: ____*/s/Jeanette E. McPherson*____
                               BRETT A. AXELROD, ESQ.
                               JEANETTE E. MCPHERSON, ESQ.
                               NICHOLAS A. KOFFROTH, ESQ.
                               1980 Festival Plaza Drive, Suite 700
                               Las Vegas, Nevada 89135
                               *Counsel for Debtor*

FOX ROTHSCHILD LLP<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>(702) 262-6899<br>(702) 597-5503 (fax)



Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 02, 2024

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          jmcpherson@foxrothschild.com
          nkoffroth@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER APPROVING STIPULATION BETWEEN DEBTOR AND SYGNIA RESOLVING SYGNIA'S CLAIMS** |

The Court having reviewed and considered the *Stipulation Between Debtor and Sygnia Resolving Sygnia's Claims* [ECF No. 1672] (the "Stipulation"),

**IT IS HEREBY ORDERED** that the Stipulation is Approved.

1

156854134.1

**IT IS FURTHER ORDERED** that:

1.     Sygnia shall have an allowed a general unsecured claim in the amount of $369,315.00. Such claim shall not be amended. All other claims of Sygnia, if any, are disallowed in their entirety.

2.     Sygnia is hereby barred from asserting an administrative expense claim as Sygnia did not file an administrative expense claim prior to the Administrative Claim Bar Date.

3.     The Parties and the Debtor's Claim Agent are authorized to take any and all actions necessary and appropriate to give effect to the Stipulation.

Dated this 28th day of March, 2024.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   _/s/Jeanette E. McPherson_
        BRETT A. AXELROD, ESQ.
        JEANETTE E. MCPHERSON, ESQ.
        NICHOLAS A. KOFFROTH, ESQ.
        1980 Festival Plaza Drive, Suite 700
        Las Vegas, Nevada 89135
        _Counsel for Debtor_

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

156854134.1