BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
      nkoffroth@foxrothschild.com
*Counsel for Debtor*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>    CASH CLOUD, INC.,<br>    dba COIN CLOUD,<br><br>             Debtor. | Case No.  BK-23-10423-mkn<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO PROVINCE'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD FROM FEBRUARY 7, 2023 TO DECEMBER 31, 2023** |

      Debtor and debtor-in-possession Cash Cloud, Inc., d/b/a Coin Cloud ("Debtor"), the Office of the United States Trustee for Region 17 ("UST"),  and Province, LLC ("Province" and collectively the "Parties"), hereby stipulate and agree as follows:

### RECITALS

      A.      WHEREAS on March 20, 2024, Province filed *Province's First Interim Application for Compensation and Reimbursement of Expenses for the Interim Fee Period from February 7, 2023 to December 31, 2023* [ECF No. 1660] (the "Province First Interim Compensation Application").

      B.      WHEREAS on April 2, 2024, the UST reached out to Province regarding its concerns in connection with the Province First Interim Compensation Application.

1

157010978.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

C.     WHEREAS the deadline to object to the Province First Interim Compensation Application is April 3, 2024.

D.     WHEREAS the Parties have agreed to extend the deadlines to respond to the Province First Interim Compensation Application in order to address the UST concerns.

## STIPULATION

NOW, THEREFORE, the Parties stipulate and agree as follows:

1.     The deadline for the UST to file an opposition to the Province First Interim Compensation Application shall be extended to April 8, 2024.

2.     The deadline for Province to file its Reply shall be extended to April 15, 2024.

Dated this 3rd day of April 2024.

**PROVINCE, LLC**

By   /s/David W. Dachelet
     David W. Dachelet, Esq.
     Nevada Bar No. 6615
     2360 Corporate Cir., Suite 340
     Henderson, Nevada 89074
     *Principal and General Counsel for*
     *Financial Advisor for Debtor*

**FOX ROTHSCHILD LLP**

By: /s/Brett A. Axelrod
     BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
     NICHOLAS A. KOFFROTH, ESQ.
     Nevada Bar No. 16264
     1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135
     *Counsel for Debtor*

**OFFICE OF THE UNITED STATES TRUSTEE**

By   /s/Jared A. Day
     Jared A. Day,
     Trial Attorney for Tracy Hope Davis,
     United States Trustee
     Foley Federal Building
     300 Las Vegas Blvd. South, Suite 4300
     Las Vegas, Nevada 89101

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

157010978.1