Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Jared A. Day, Trial Attorney
State Bar No. CA 275687
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Ste. 4300
Las Vegas, NV 89101
Telephone: (775) 784-5530
E-mail: *jared.a.day@usdoj.gov*

Attorneys for the United States Trustee for Region 17
     TRACY HOPE DAVIS

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No: 23-10423-mkn |
| CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
| Debtor. | Date: April 17, 2024<br>Time: 9:30 a.m. |

**UNITED STATES TRUSTEE'S NOTICE OF VOLUNTARY REDUCTION IN LEGAL FEES WITH RESPECT TO FIRST INTERIM APPLICATION FOR COMPENSATION FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S GENERAL BANKRUPTCY COUNSEL, SEWARD & KISSEL LLP**

Tracy Hope Davis, United States Trustee for Region 17 (United States Trustee"), by and through her undersigned counsel, hereby files this *Notice of Voluntary Reduction in Legal Fees with Respect to the First Interim Application for Compensation* filed by the Official Committee of Unsecured Creditor's general bankruptcy counsel, Seward & Kissel LLP (the "Applicant" and "Application") in the above-captioned case.

In support, the United States Trustee respectfully represents as follows:

1.     The fee applicant bears the burden of proof to show entitlement to the requested fees under 11 U.S.C. § 330. *See In re Eliapo*, 298 B.R. 392, 402 (B.A.P. 9th Cir. 2003), *rev'd in part on other grounds*, 468 F.3d 592 (9th Cir. 2006); *In re Ginji Corp.*, 117 B.R. 983, 990

(Bankr. D. Nev. 1990) ("[t]he applicant … has the burden of proof to show the reasonableness of the fees sought").

2. Interim fee awards are always subject to reexamination during a bankruptcy case. *See In re Strand*, 375 F.3d 854, 858 (9th Cir. 2004).

3. The United States Trustee has reached an agreement with the Applicant to resolve the United States Trustee's informal opposition to the Application prior to the above-captioned hearing.

4. The Official Committee of Unsecured Creditor's general bankruptcy counsel, Seward & Kissel LLP ("Seward & Kissel"), has consented to a voluntary reduction of $23,244.75 in legal fees to address various legal service descriptions that, in the United States Trustee's view, contain miscounted hours and duplicate billing entries, are vague, and reflect block billing. After accounting for Seward & Kissel's voluntary reduction, the Application now requests a total of $2,098,460.25 in legal fees and $26,367.55 in expenses. *See* ECF No. 1643. Considering this voluntary reduction, the United States Trustee does not object to approval of Seward & Kissel's first interim fee Application.

Dated: April 3, 2024

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

/s/ *Jared A. Day*
Jared A. Day
Trial Attorney for the United States Trustee