

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 04, 2024

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>  dba COIN CLOUD,<br><br>              Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING RESOLUTION OF WEWORK ADMINISTRATIVE CLAIM** |

Upon consideration of the *Stipulation Regarding Resolution of WeWork Administrative Claim* [ECF No. 1669] (the "Stipulation");

**IT IS HEREBY ORDERED** that the Stipulation is Approved.

IT IS FURTHER ORDERED that:

///

1

156717021.1

1. WeWork is allowed to retain its service retainer in the amount of $45,990, plus is granted an allowed administrative claim in the amount of $102,540.23; and

2. The automatic stay is terminated to allow WeWork to apply the retainer to amounts owed under the WeWork Membership Agreement in addition to the Allowed Admin Claim.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:    */s/Brett A. Axelrod*
     BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
     NICHOLAS A. KOFFROTH, ESQ.
     Nevada Bar No. 16264
     1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135
     *Counsel for Debtor*

# # #

156717021.1