BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION REGARDING RESOLUTION OF WEWORK ADMINISTRATIVE CLAIM** |

   **PLEASE TAKE NOTICE** that on the 4th day of April 2024, the Court entered an *Order Approving Stipulation Regarding Resolution of WeWork Administrative Claim* [ECF No. 1679], a copy of which is attached hereto.

   Dated this 4th day of April 2024.

                    **FOX ROTHSCHILD LLP**

                    By:    */s/Brett A. Axelrod*
                           BRETT A. AXELROD, ESQ.
                           Nevada Bar No. 5859
                           NICHOLAS A. KOFFROTH, ESQ.
                           Nevada Bar No. 16264
                           1980 Festival Plaza Drive, Suite 700
                           Las Vegas, Nevada 89135
                           *Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

157075119.1

1

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 04, 2024

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>               Debtor. | Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING RESOLUTION OF WEWORK ADMINISTRATIVE CLAIM** |

      Upon consideration of the *Stipulation Regarding Resolution of WeWork Administrative Claim* [ECF No. 1669] (the "Stipulation");

      **IT IS HEREBY ORDERED** that the Stipulation is Approved.

      IT IS FURTHER ORDERED that:

///

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

156717021.1

1

1.     WeWork is allowed to retain its service retainer in the amount of $45,990, plus is granted an allowed administrative claim in the amount of $102,540.23; and

2.     The automatic stay is terminated to allow WeWork to apply the retainer to amounts owed under the WeWork Membership Agreement in addition to the Allowed Admin Claim.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:    */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

156717021.1