BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>     CASH CLOUD, INC.,<br>         dba COIN CLOUD,<br><br>                              Debtor. | Case No.  BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO RESPOND TO PROVINCE'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD FROM FEBRUARY 7, 2023 TO DECEMBER 31, 2023** |

**PLEASE TAKE NOTICE** that on the 4th day of April 2023, the Court entered an *Order Approving Stipulation to Extend Deadline to Respond to Province's First Interim Application for Compensation and Reimbursement of Expenses for the Interim Fee Period From February 7, 2023 to December 31, 2023* [ECF No. 1680], a copy of which is attached hereto.

Dated this 4th day of April 2024.

**FOX ROTHSCHILD LLP**

By:   */s/Brett A. Axelrod*
     BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
     NICHOLAS A. KOFFROTH, ESQ.
     Nevada Bar No. 16264
     1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135
     *Counsel for Debtor*

1

157075257.1



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 04, 2024

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>           Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO RESPOND TO PROVINCE'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD FROM FEBRUARY 7, 2023 TO DECEMBER 31, 2023** |

157028551.1

1

1   The Court, having reviewed and considered the *Stipulation to Extend Deadline to Respond to Province's First Interim Application for Compensation and Reimbursement of Expenses for the Interim Fee Period From February 7, 2023 to December 31, 2023* [ECF No. 1676] (the "Stipulation"):[1]

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED.

**IT IS FURTHER ORDERED** that:

1. The deadline for the UST to file an opposition to the Province First Interim Compensation Application is extended to April 8, 2024.

2. The deadline for Province to file its Reply is extended to April 15, 2024.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:  /s/Brett A. Axelrod
   BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
   NICHOLAS A. KOFFROTH, ESQ.
   Nevada Bar No. 16264
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
   *Counsel for Debtor*

# # #

---

[1] Capitalized terms not defined herein shall have the meanings assigned to them in the Stipulation.

157028551.1