Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Jared A. Day, Trial Attorney
State Bar No. CA 275687
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Ste. 4300
Las Vegas, NV 89101
Telephone: (775) 784-5530
E-mail: *jared.a.day@usdoj.gov*

Attorneys for the United States Trustee for Region 17
     TRACY HOPE DAVIS

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No: 23-10423-mkn |
| CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
| Debtor. | Date: April 17, 2024<br>Time: 9:30 a.m. |

### UNITED STATES TRUSTEE'S NOTICE OF VOLUNTARY REDUCTION IN LEGAL FEES WITH RESPECT TO FIRST INTERIM APPLICATION FOR COMPENSATION FILED BY DEBTOR'S FINANCIAL ADVISOR, PROVINCE, LLC

Tracy Hope Davis, United States Trustee for Region 17 (United States Trustee"), by and through her undersigned counsel, hereby files this *Notice of Voluntary Reduction in Legal Fees with Respect to the First Interim Application for Compensation* filed by Debtor's Financial Advisor, Province, LLC (the "Applicant" and "Application") in the above-captioned case.

In support, the United States Trustee respectfully represents as follows:

1.      The fee applicant bears the burden of proof to show entitlement to the requested fees under 11 U.S.C. § 330. *See In re Eliapo*, 298 B.R. 392, 402 (B.A.P. 9th Cir. 2003), *rev'd in part on other grounds*, 468 F.3d 592 (9th Cir. 2006); *In re Ginji Corp.*, 117 B.R. 983, 990 (Bankr. D. Nev. 1990) ("[t]he applicant … has the burden of proof to show the reasonableness of

the fees sought").

2.      Interim fee awards are always subject to reexamination during a bankruptcy case. *See In re Strand*, 375 F.3d 854, 858 (9th Cir. 2004).

3.      The United States Trustee has reached an agreement with the Applicant to resolve the United States Trustee's informal opposition to the Application prior to the above-captioned hearing.

4.      Debtor's financial advisor, Province, LLC ("Province"), has consented to a voluntary reduction of $6,909 in legal fees to address various legal service descriptions that, in the United States Trustee's view, contain clerical tasks, one miscounted hours entry, are vague, and reflect block billing.  After accounting for Province's voluntary reduction, the Application now requests a total of $2,357,674.44 in legal fees and $9,234.04 in expenses.  *See* ECF No. 1660.  Considering this voluntary reduction, the United States Trustee does not object to approval of Province's first interim fee Application.

Dated: April 8, 2024

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

/s/ *Jared A. Day*
Jared A. Day
Trial Attorney for the United States Trustee