**Cash Cloud, Inc**
**Income Statement**

| | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Jan-24 | Feb-24 |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| Total - Income | $ - | $ - | $ - | $ - | $ - | $ - |
| **Cost of Sales** | | | | | | |
| Total - Cost Of Sales | $ - | $ - | $ - | $ - | $ - | $ - |
| **Gross Profit** | $ - | $ - | $ - | $ - | $ - | $ - |
| **Expenses** | | | | | | |
| 50001 - Hourly - Wages | 16,379 | 12,584 | 13,048 | 12,669 | 8,779 | 10,577 |
| 50003 - Hourly - PTO | 1,680 | 200 | - | 400 | - | - |
| 50004 - Hourly - Holiday | 200 | - | - | 200 | - | - |
| 50101 - Salary - Wages | 42,500 | 16,385 | 12,692 | 12,692 | 12,692 | 12,692 |
| 50201 - Health Insurance | 539 | 439 | 339 | 339 | 130 | - |
| 50205 - HSA Contribution | 150 | 150 | - | - | - | - |
| 50211 - Phone Reimbursement | 250 | 200 | 200 | 200 | 200 | 200 |
| 51001 - FICA - SS | 3,681 | 739 | 173 | 220 | 1,344 | 1,455 |
| 51002 - FICA - Medicaid | 1,155 | 418 | 370 | 373 | 314 | 340 |
| 51101 - NV - Unemployment | 249 | 23 | - | - | 520 | 563 |
| 60004 - Software Service - Accounting/Admin | 14,769 | - | - | - | - | - |
| 63101 - Insurance - General Liability | 28,354 | | | | | |
| **Total - Expense** | $ 109,905 | $ 31,139 | $ 26,823 | $ 27,094 | $ 23,979 | $ 25,828 |
| **Net Ordinary Income** | $ (109,905) | $ (31,139) | $ (26,823) | $ (27,094) | $ (23,979) | $ (25,828) |
| **Other Income and Expenses** | | | | | | |
| **Other Income** | | | | | | |
| 80001 - Balance Sheet Adjustments from Wind Down | (358,116) | - | - | - | 12,914 | - |
| **Total - Other Income** | $ (358,116) | $ - | $ - | $ - | $ 12,914 | $ - |
| **Other Expense** | | | | | | |
| Total - Other Expense | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Other Income** | $ (358,116) | $ - | $ - | $ - | $ 12,914 | $ - |
| **Net Income** | $ (468,022) | $ (31,139) | $ (26,823) | $ (27,094) | $ (11,065) | $ (25,828) |

*Note: These financials reflect the state of the Debtor's current books and records to the best of its ability. Certain periods have not been finalized as the Debtor has terminated and overwhelming majority of its staff including its accounting and finance teams.*

*Note: The Debtor reserves all rights to further amend, modify, or supplement this operating report as appropriate.*

*Note: These financial exhibits do not reflect escrow account activity.*

**Cash Cloud, Inc**
**Balance Sheet**

| | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Jan-24 | Feb-24 |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| **Actual Bank Balances** | | | | | | |
| 10302 - Commercial Bank - AP (3833) | 180 | 20 | 20 | (10) | 25 | 60 |
| 10301 - Commercial Bank - Main (3844) | 280,034 | 55,021 | 225,180 | 202,308 | 438,690 | 587,709 |
| 10304 - Commercial Bank - BTC (3855) | 38,547 | 230,685 | 205,194 | 11,109 | 9,521 | 9,114 |
| 10303 - Commercial Bank - Payroll (3866) | 69,064 | 39,029 | 12,962 | 5,133 | 6,690 | 13,062 |
| 10311 - People First - Main (6240) | 199,290 | 323,842 | 170,361 | 169,854 | 169,854 | 169,854 |
| 10310 - People First - Trust (1752) | 100 | 100 | 100 | 100 | 100 | 100 |
| **Total Bank** | $ 587,215 | $ 648,697 | $ 613,817 | $ 388,494 | $ 624,880 | $ 779,899 |
| Machine and Other Balances | 781,107 | 781,107 | 646,705 | 646,705 | 422,456 | 241,609 |
| **Total Cash** | $ 1,368,321 | $ 1,429,803 | $ 1,260,521 | $ 1,035,199 | $ 1,047,336 | $ 1,021,508 |
| **Accounts Receivable** | | | | | | |
| 12103 - Due To/From - CM | 716,057 | 716,057 | 716,057 | 716,057 | 716,057 | 716,057 |
| **Total Accounts Receivable** | $ 716,057 | $ 716,057 | $ 716,057 | $ 716,057 | $ 716,057 | $ 716,057 |
| **Other Current Asset** | | | | | | |
| 30001 - Software Sale Note Receivable | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 |
| **Total Other Current Asset** | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 |
| **Total Current Assets** | $ 3,584,378 | $ 3,645,860 | $ 3,476,578 | $ 3,251,255 | $ 3,263,393 | $ 3,237,565 |
| **Fixed Assets** | | | | | | |
| 15105 - BTM - Machine Brazil | 213,295 | 213,295 | 213,295 | 213,295 | 213,295 | 213,295 |
| 15202 - Computer Equipment | 59,077 | 59,077 | 59,077 | 59,077 | 59,077 | 59,077 |
| 15203 - Equipment & Furniture | 195,326 | 195,326 | 195,326 | 195,326 | 195,326 | 195,326 |
| 16105 - AD - BTM - Machine Brazil | (91,713) | (91,713) | (91,713) | (91,713) | (91,713) | (91,713) |
| 16202 - AD - Computer Equipment | (14,757) | (14,757) | (14,757) | (14,757) | (14,757) | (14,757) |
| 16203 - AD - Office Equipment & Furniture | (112,382) | (112,382) | (112,382) | (112,382) | (112,382) | (112,382) |
| **Total Fixed Assets** | $ 248,845 | $ 248,845 | $ 248,845 | $ 248,845 | $ 248,845 | $ 248,845 |
| **Other Assets** | | | | | | |
| 18001 - Deposit LT - Rent | - | - | - | - | - | - |
| 18301 - Web Domain Names | - | - | - | - | - | - |
| 18501 - Investment in Subsidiary - Brazil | 42,951 | 42,951 | 42,951 | 42,951 | 42,951 | 42,951 |
| 18502 - Advances - Brazil (Intercompany receivable/payable) | 503,681 | 503,681 | 503,681 | 503,681 | 503,681 | 503,681 |
| **Total Other Assets** | $ 546,632 | $ 546,632 | $ 546,632 | $ 546,632 | $ 546,632 | $ 546,632 |
| **Total ASSETS** | $ 4,379,854 | $ 4,441,336 | $ 4,272,054 | $ 4,046,732 | $ 4,058,869 | $ 4,033,041 |

**Balance Sheet**

| | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Jan-24 | Feb-24 |
|---|---:|---:|---:|---:|---:|---:|
| **LIABILITIES & EQUITY** | | | | | | |
| **Current Liabilities** | | | | | | |
| **Accounts Payable** | | | | | | |
| 20001 - AP - Trade | 6,647,254 | 6,647,254 | 6,647,254 | 6,647,254 | 6,647,254 | 6,647,254 |
| 20004 - AP - Other Payables | 5,184 | 5,154 | 5,154 | 5,154 | 5,154 | 5,154 |
| 20005 - AP - Interest Payable, Equipment Leasing, Building Rent | 8,891,400 | 8,891,400 | 8,891,400 | 8,891,400 | 8,891,400 | 8,891,400 |
| 20011 - AP - Host Pay - Checks | 1,438,107 | 1,438,107 | 1,438,107 | 1,438,107 | 1,438,107 | 1,438,107 |
| 20012 - AP - Host Pay - ACH | 5,768,907 | 5,768,907 | 5,768,907 | 5,768,907 | 5,768,907 | 5,768,907 |
| 20013 - AP - Host Pay - Other | 60,437 | 60,437 | 60,437 | 60,437 | 60,437 | 60,437 |
| 20015 - AP - Commission | 17,546 | 17,546 | 17,546 | 17,546 | 17,546 | 17,546 |
| 20016 - AP - BTC | 83,038 | 83,038 | 83,038 | 83,038 | 83,038 | 83,038 |
| 20031 - AP - Construction | 8,544,980 | 8,544,980 | 8,544,980 | 8,544,980 | 8,544,980 | 8,544,980 |
| 20101 - Post Bankruptcy filing AP - Trade | 341,915 | 341,915 | 341,915 | 341,915 | 341,915 | 341,915 |
| 20104 - Post Bankruptcy filing AP - Other Payables | 773,648 | 773,648 | 773,648 | 773,648 | 773,648 | 773,648 |
| 20111 - Post Bankruptcy filing AP - Host Pay - Checks | 137,064 | 137,064 | 137,064 | 137,064 | 137,064 | 137,064 |
| 20112 - Post Bankruptcy filing AP - Host Pay - ACH | 446,939 | 446,939 | 446,939 | 446,939 | 446,939 | 446,939 |
| 20113 - Post Bankruptcy filing AP - Host Pay - Other | 5,660 | 5,660 | 5,660 | 5,660 | 5,660 | 5,660 |
| 20116 - Post Bankruptcy filing AP - BTC | 20,976 | 20,976 | 20,976 | 20,976 | 20,976 | 20,976 |
| 20199 - AP - Old | 743,452 | 743,452 | 743,452 | 743,452 | 743,452 | 743,452 |
| **Total Accounts Payable** | $ 33,926,506 | $ 33,926,476 | $ 33,926,476 | $ 33,926,476 | $ 33,926,476 | $ 33,926,476 |
| **Credit Card** | | | | | | |
| 20201 - Amex - 83006 | 424,230 | 424,230 | 424,230 | 424,230 | 424,230 | 424,230 |
| **Total Credit Card** | $ 424,230 | $ 424,230 | $ 424,230 | $ 424,230 | $ 424,230 | $ 424,230 |
| **Other Current Liability** | | | | | | |
| 21001 - Payroll - Payable | (13,719) | (13,719) | (13,719) | (13,719) | (13,719) | (13,719) |
| 21002 - Payroll - Deferred | 301,538 | 301,538 | 301,538 | 301,538 | 301,538 | 301,538 |
| 21113 - State Taxes Payable - NV MBT | 37,878 | 37,878 | 37,878 | 37,878 | 37,878 | 37,878 |
| 21202 - HSA Payable | 14,947 | 15,097 | 15,097 | 15,097 | 15,097 | 15,097 |
| 21203 - Health Ins Payable | 3,388 | 4,241 | 4,908 | 5,576 | 6,171 | 6,171 |
| 21204 - Dental/Vision Ins Payable | 1,934 | 2,044 | 2,133 | 2,221 | 2,221 | 2,221 |
| 22001 - Accrueds | 243,607 | 243,607 | 243,607 | 243,607 | 243,607 | 243,607 |
| 22111 - Accrued Interest | 46,236 | 46,236 | 46,236 | 46,236 | 46,236 | 46,236 |
| 23102 - Note Payable Current - Genesis | 107,929,632 | 107,929,632 | 107,929,632 | 107,929,632 | 107,929,632 | 107,929,632 |
| 23103 - Secured Note - Genesis | 7,784,780 | 7,784,780 | 7,784,780 | 7,784,780 | 7,784,780 | 7,784,780 |
| 23104 - Note Payable Current - DIP | 646,378 | 646,378 | 646,378 | 646,378 | 646,378 | 646,378 |
| 23206 - Note Payable Current - Enigma | 6,875,094 | 6,875,094 | 6,875,094 | 6,875,094 | 6,875,094 | 6,875,094 |
| **Total Other Current Liability** | $ 123,871,693 | $ 123,872,807 | $ 123,873,562 | $ 123,874,318 | $ 123,874,914 | $ 123,874,914 |
| **Total Current Liabilities** | $ 158,222,429 | $ 158,223,513 | $ 158,224,268 | $ 158,225,024 | $ 158,225,620 | $ 158,225,620 |
| **Long Term Liabilities** | | | | | | |
| 27103 - Note Payable NC - EZ | 1,919,929 | 1,919,929 | 1,919,929 | 1,919,929 | 1,919,929 | 1,919,929 |
| 27121 - Lease Capital Liab - AV Tech | 1,215,623 | 1,215,623 | 1,215,623 | 1,215,623 | 1,215,623 | 1,215,623 |
| 27201 - Note Payable NC - CM | 1,252,424 | 1,252,424 | 1,252,424 | 1,252,424 | 1,252,424 | 1,252,424 |
| 27204 - Note Payable NC - LF | 104,758 | 104,758 | 104,758 | 104,758 | 104,758 | 104,758 |
| **Total Long Term Liabilities** | $ 4,492,734 | $ 4,492,734 | $ 4,492,734 | $ 4,492,734 | $ 4,492,734 | $ 4,492,734 |
| **Total LIABILITIES** | $ 162,715,163 | $ 162,716,247 | $ 162,717,002 | $ 162,717,758 | $ 162,718,354 | $ 162,718,354 |

*Note: These financials reflect the state of the Debtor's current books and records to the best of its ability. Certain periods have not been finalized as the Debtor has terminated and overwhelming majority of its staff including its accounting and finance teams.*

*Note: The Debtor reserves all rights to further amend, modify, or supplement this operating report as appropriate.*

*Note: These financial exhibits do not reflect escrow account activity.*

| Post_Date | Account | Name | Amount | Ext_Details |
|---|---|---|---:|---|
| 5/26/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | $ 629,200.00 | INCOMING WIRE FROM: FOX SWIBEL LEVIN & CARROLL LLP IOL |
| 6/2/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 377,000.00 | INCOMING WIRE FROM: PARAMOUNT MANAGEMENT GROUP LLC |
| 6/12/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 3,000.00 | MISC FEE (ESCROW REVIEW & SETUP FEE) |
| 6/23/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 150,000.00 | INCOMING WIRE FROM: GENESIS COIN, INC. |
| 6/30/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 629,200.00 | OUTGOING WIRE TO: ROCKITCOIN |
| 7/24/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 175,000.00 | INCOMING WIRE FROM: HELLER CAPITAL GROUP LLC |
| 7/24/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 3,403,000.00 | INCOMING WIRE FROM: HELLER CAPITAL GROUP LLC |
| 7/24/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 175,000.00 | OUTGOING TO: SAME DAY RETURN OF FUNDS |
| 7/24/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 336,060.00 | OUTGOING WIRE TO: ROCKITCOIN |
| 7/27/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 113,400.00 | OUTGOING WIRE TO: PROVINCE LLC |
| 7/28/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 145,743.00 | OUTGOING WIRE TO: GENESIS GLOBAL HOLDCO LLC |
| 7/28/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 166,689.00 | OUTGOING WIRE TO: AVTECH CAPITAL LLC |
| 7/28/2023 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 346,081.00 | OUTGOING WIRE TO: ENIGMA SECURITIES LIMITED |
| 1/23/2024 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 36,644.50 | OUTGOING WIRE TO: ENIGMA SECURITIES LIMITED |
| 2/12/2024 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 80,000.00 | OUTGOING WIRE TO: CASH CLOUD INC |
| 2/12/2024 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 107,044.50 | OUTGOING WIRE TO: AVTECH CAPITAL LLC |
| 3/1/2024 | xxx5269620 | CASH CLOUD FLAGSTAR BANK NA AS ESCROW AGENT | 2,595,338.00 | OUTGOING WIRE TO: CASH CLOUD INC |

<u>Note:</u>  Escrow account activity is reflected in the MOR form and absent from the financial exhibits




Post Office Box 306  
Crawford, Georgia 30630  
706-743-8184  
www.thecommercialbank.net

```
Cash Cloud INC
DBA Coin Cloud
Exchange Focused Account                      VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                                   ■3855
LAS VEGAS NV   89135
                                               01/31/24 THRU 02/29/24

                                                               PAGE   1


===============================================================================
                  VIRTUAL CURRENCY CHECKING        ■3855
===============================================================================
          DESCRIPTION           DEBITS        CREDITS    DATE        BALANCE

BALANCE LAST STATEMENT..............................  01/31/24      9,521.25
PPD LEADBANKSELFLEND PAYMENTS CASH CLOUD INC
                                 35.00                 02/01/24      9,486.25
CCD HSA BANK PLAN FUND CCI468465527468
                                150.00                 02/05/24      9,336.25
Ayala wire                                  25,000.00  02/14/24     34,336.25
OUTGOING WIRE                25,000.00                 02/15/24      9,336.25
CHECK # 1383                    172.00                 02/16/24      9,164.25
CHECK # 2425                     50.00                 02/23/24      9,114.25
BALANCE THIS STATEMENT..............................  02/29/24      9,114.25

TOTAL CREDITS       (1)       25,000.00
TOTAL DEBITS        (5)       25,407.00


===============================================================================
                         YOUR CHECKS SEQUENCED
===============================================================================
DATE    CHECK #      AMOUNT DATE    CHECK #     AMOUNT DATE    CHECK #     AMOUNT

 2/16    1383       172.00  2/23     2425*      50.00


(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

          - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - -

AVERAGE LEDGER BALANCE:         10,123.91

----------------End-of-Statement-for-above-Account---------------
```




Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

```
Cash Cloud INC
DBA Coin Cloud
General Account                        VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                      ■3844
LAS VEGAS NV   89135
                                       01/31/24 THRU 02/29/24

                                                      PAGE   1


===============================================================================
             VIRTUAL  CURRENCY  CHECKING         ■3844
===============================================================================
          DESCRIPTION            DEBITS        CREDITS    DATE         BALANCE

BALANCE LAST STATEMENT.............................. 01/31/24       438,689.74
PPD THE GUARDIAN FEB GP INS CASH CLOUD INC. DBA CO
                                  12.63                 02/01/24    438,677.11
*2925 POS POSTAL PROS LV 11700 W CHARLESTON LAS VEGAS NV
                                  23.00                 02/02/24    438,654.11
*2925 POS PY *408.MORNINGSTAR ST 1650 W HORIZON RIDGE PK HENDERSON NV
                                 415.00                 02/02/24    438,239.11
CCD GOOGLE APPS_COMME US003YWPPV
                               4,999.20                 02/05/24    433,239.91
INCOMING WIRE                               80,000.00   02/12/24    513,239.91
payroll                       13,000.00                 02/12/24    500,239.91
Ayala wire                    25,000.00                 02/14/24    475,239.91
CCD BankLine Corpora ConsultFee 587025883
                              20,852.89                 02/20/24    454,387.02
INCOMING WIRE                               53,705.92   02/23/24    508,092.94
INCOMING WIRE                               60,386.44   02/23/24    568,479.38
INCOMING WIRE                               40,294.16   02/26/24    608,773.54
Cover monthly fee                 65.00                 02/27/24    608,708.54
payroll                       21,000.00                 02/27/24    587,708.54
BALANCE THIS STATEMENT.............................. 02/29/24       587,708.54

TOTAL CREDITS       (4)      234,386.52
TOTAL DEBITS        (9)       85,367.72

         - - - - - - - - - A V E R A G E    B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:       485,465.22

          ----------------End-of-Statement-for-above-Account---------------
```




Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

```
Cash Cloud INC
DBA Coin Cloud
Accounts Payable                                    VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                                        ▇3833
LAS VEGAS NV   89135
                                                    01/31/24 THRU 02/29/24

                                                                    PAGE   1


===============================================================================
                 VIRTUAL  CURRENCY  CHECKING        ▇3833
===============================================================================
          DESCRIPTION              DEBITS      CREDITS    DATE         BALANCE

BALANCE LAST STATEMENT............................. 01/31/24             25.00
ACH MONTHLY SERVICE FEE            30.00                 02/23/24         -5.00
Cover monthly fee                              65.00 02/27/24             60.00
BALANCE THIS STATEMENT............................. 02/29/24             60.00

TOTAL CREDITS         (1)          65.00
TOTAL DEBITS          (1)          30.00

          - - - - - - - - - A V E R A G E    B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:            24.48

---------------End-of-Statement-for-above-Account---------------
```



```
                Post Office Box 306
                Crawford, Georgia 30630
                    706-743-8184
                www.thecommercialbank.net




    Cash Cloud INC
    DBA Coin Cloud
    Payroll Account                           VIRTUAL CURRENCY CHECKING
    11700 W CHARLESTON STE 170 #441                       ■3866
    LAS VEGAS NV   89135
                                                  01/31/24 THRU 02/29/24


                                                              PAGE   1


    ==============================================================================
                    VIRTUAL CURRENCY CHECKING        ■3866
    ==============================================================================
           DESCRIPTION           DEBITS         CREDITS   DATE         BALANCE

    BALANCE LAST STATEMENT.................................. 01/31/24      6,690.38
    OUTGOING WIRE               1,800.00                     02/02/24      4,890.38
    payroll                                    13,000.00    02/12/24     17,890.38
    OUTGOING WIRE              12,913.98                     02/13/24      4,976.40
    payroll                                    21,000.00    02/27/24     25,976.40
    OUTGOING WIRE              12,913.98                     02/27/24     13,062.42
    BALANCE THIS STATEMENT.................................. 02/29/24     13,062.42

    TOTAL CREDITS        (2)    34,000.00
    TOTAL DEBITS         (3)    27,627.96

          - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

    AVERAGE LEDGER BALANCE:         6,287.64

    ----------------End-of-Statement-for-above-Account---------------
```

# PeopleFirstBank®
3100 Theodore St. • Joliet, IL 60435

**RETURN SERVICE REQUESTED**

CASH CLOUD INC
DBA COIN CLOUD
10845 GRIFFITH PEAK DR STE 200
LAS VEGAS NV 89135-1568

## Statement Ending 02/29/2024

CASH CLOUD INC                                        Page 1 of 2
**Customer Number: XXXXXX6240**

### Managing Your Accounts

| | | |
|---|---|---|
| (i) | BANK NAME | PeopleFirstBank |
| ✉ | MAILING ADDRESS | 3100 THEODORE STREET JOLIET, IL 60435 |
| 📱 | PHONE NUMBER | 815-207-6200 |
| 💻 | ONLINE ACCESS | www.peoplefirstbank.com |

Service charge may include Maintenance Fee of $10.00 and/or Paper Statement Fee of $2.00. See account disclosure for additional information.

PRIVACY NOTICE-Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.peoplefirstbank.com. We will mail you a free copy upon request if you call us at 815.207.6200.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| MSB CHECKING | XXXXXX6240 | $169,853.89 |

# MSB CHECKING-XXXXXX6240

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 02/01/2024 | Beginning Balance | $169,853.89 |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 02/29/2024 | Ending Balance | $169,853.89 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |

