John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**TWELFTH MONTHLY FEE STATEMENT OF SEWARD & KISSEL LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**<br><br>Seward & Kissel LLP, Counsel to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 23, 2023)<br><br>February 1, 2024 through February 29, 2024<br><br>$78,275.20  (80% of $97,844.00)<br><br>$6,292.87 (100% of expenses) |

Seward & Kissel LLP ("S&K" or the "Applicant"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Twelfth Monthly Fee Statements (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing February 1, 2024 through February 29, 2024 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, S&K requests allowance and payment of $78,275.20 (representing 80% of the $97,844.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $6,292.87 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by S&K during the Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at S&K who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Fee Period by task. Attached as **Exhibit 3** is a summary of the expenses incurred during the Fee Period by category. Attached hereto as **Exhibit 4** are the detailed time entries and expenses for the Fee Period (invoices for the period February 1, 2024 through February 29, 2024) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. S&K reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

DATED this 8th day of April 2024.

SEWARD & KISSEL LLP

By: _/s/    John R. Ashmead_
John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee*
*of Unsecured Creditors*

Respectfully Submitted By:

McDONALD CARANO LLP

_/s/ Ryan J. Works_
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee*
*of Unsecured Creditors*

EXHIBIT 1

**Summary of Professionals for the Fee Period**

| Name | Year Admitted[1] | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Mark D. Kotwick | 1991 | Litigation | $1450 | .2 | $290.00 |
| Robert J. Gayda | 2004 | Bankruptcy | $1300 | 25.6 | $33,280.00 |
| **Counsel** | | | | | |
| Laura E. Miller | 2013 | Litigation | $487.50 / $975.00 | 47.4 | $38,122.50 |
| **Associates** | | | | | |
| Catherine V. LoTempio | 2014 | Bankruptcy | $975 | 15.5 | $15,112.50 |
| Andrew J. Matott | 2017 | Bankruptcy | $925 | 8.9 | $8,232.50 |
| John Patouhas | 2024 | Bankruptcy | $750 | 2.0 | $1,500.00 |
| **Paraprofessionals** | | | | | |
| Isaura Collado | N/A | Litigation | $375 | 3.1 | $1,162.50 |
| Marian Wasserman | N/A | Litigation | $360 | .4 | $144.00 |
| **Total:** | | | | **103.1** | **$97,844.00** |

---

[1]        Unless otherwise noted, admission year is for New York Bar.

EXHIBIT 2

**Statement of Fees by Subject Matter**

| Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Case Administration | 1.6 | $1,560.00 |
| Litigation-Contested Matter and Adversary Proceedings | 6.2 | $7,312.50 |
| Claims Administration and Objections | 3.7 | $3,697.50 |
| Communication with Committee/ Creditors | 4.8 | $5,042.50 |
| Avoidance Action Analysis | 64.4 | $66,534.00 |
| Court Hearings | 1.9 | $1,802.50 |
| Employment and Fee Applications | 3.9 | $3,802.50 |
| Non-working Travel | 16.6 | $8,092.50 |
| **Total** | **103.1** | **$97,844.00** |

EXHIBIT 3

**Expenses by Category**

| Expense Category | Total |
|---|---|
| Airfare | $1,210.50 |
| Deposition Transcripts | $2,236.28 |
| Experts & Other Professionals | $253.78 |
| Hotel | $1,970.78 |
| Limo/Taxi/Train | $251.75 |
| Litigation Support Vendor | $253.78 |
| Meals | $100.00 |
| Telephone Charges | $16.00 |
| **TOTAL** | **$6,292.87** |

1

EXHIBIT 4

2

**Detailed Time Records**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**   **Coin Cloud- Official**                                    **March 31, 2024**
           **Committee of Unsecu**                      **Invoice Number 9160081322**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through February 29, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0001 | Case Administration | 1,560.00 | 6,292.87 | 7,852.87 |

Coin Cloud- Official Committee of Unsecu

| | |
|---|---|
| **Invoice Date** | March 31, 2024 |
| **Invoice Number** | 9160081322 |
| **Through** | February 29, 2024 |

**38239-0001**       Case Administration

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/06/2024 | Call re machine rejection (.2); follow up with R. Gayda (.1); email to FTI (.1) | CVL | 0.40 | 390.00 |
| 02/14/2024 | Emails re workstreams (.3); call re same (.5); email with J. Jimmerson (.1) | CVL | 0.90 | 877.50 |
| 02/28/2024 | Draft email re budget and reduction of director expenses | CVL | 0.20 | 195.00 |
| 02/29/2024 | Emails re budget and director fees | CVL | 0.10 | 97.50 |
| | **Total Hours**..................................................................... | | | **1.60** |
| | **Total Services**............................................................... $ | | | **1,560.00** |

### Disbursements Recorded Through February 29, 2024

| | |
|---|---|
| Airfare | 1,210.50 |
| Deposition transcripts | 2,236.28 |
| Experts & Other Professio | 253.78 |
| Hotel | 1,970.78 |
| Limo/Taxi/Train | 251.75 |
| Litigation Support Vendor | 253.78 |
| Meals | 100.00 |
| Telephone Charges | 16.00 |
| **Total Disbursements**............................................................ $ | **6,292.87** |
| **TOTAL AMOUNT DUE**...................................................... $ | **7,852.87** |

| | **Invoice Date** | March 31, 2024 |
| Coin Cloud- Official Committee of Unsecu | **Invoice Number** | 9160081322 |
| **38239-0001** Case Administration | **Through** | February 29, 2024 |

| <u>ATTY NO. / INIT.</u> | <u>TITLE</u> | <u>NAME</u> | <u>HOURS</u> | <u>RATE</u> | <u>AMOUNT</u> |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 1.60 | 975.00 | 1,560.00 |
| **Total** | | | **1.60** | | **1,560.00** |

### Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

**March 31, 2024**
**Invoice Number 9160081322**

**38239-0001     Case Administration**

For Professional Services Rendered through February 29, 2024:

| | |
|---|---:|
| Fees | 1,560.00 |
| DISBURSEMENTS | 6,292.87 |
| **TOTAL AMOUNT DUE**................................................................................................ $ | **7,852.87** |

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

| 38239 | **Coin Cloud- Official**<br>**Committee of Unsecu** | **March 31, 2024** |
|---|---|---|
| | | **Invoice Number 9160081328** |

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through February 29, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0005 | Litigation-Contested matter and adversary proceedings | 7,312.50 | 0.00 | 7,312.50 |

|  | | **Invoice Date** | March 31, 2024 |
|  | Coin Cloud- Official Committee of Unsecu | **Invoice Number** | 9160081328 |
| **38239-0005** | Litigation-Contested matter and adversary proceedings | **Through** | February 29, 2024 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 02/09/2024 | Review Cole Kepro recievership papers (.3); internal emails re same (.2); review materials for Mediation questions (.3) | CVL | 0.80 | 780.00 |
| 02/20/2024 | Review and revise Bitaccess setttlement letter (.9); call w Conway re same (.2); email to Conway/FTI (.1). | RJG | 1.20 | 1,560.00 |
| 02/22/2024 | Emails re Bitaccess settlement. | RJG | 0.40 | 520.00 |
| 02/23/2024 | Call w Conway and FTI re Bitaccess settlement. | RJG | 1.10 | 1,430.00 |
| 02/23/2024 | Review 9019 report, Bitcoin depo, and R. Gayda emails (0.2) | LEM | 0.20 | 195.00 |
| 02/27/2024 | Jimmerson and FTI call. | RJG | 0.70 | 910.00 |
| 02/27/2024 | Attend call with J. Jimmerson concerning Bitcoin Depo litigation (0.7); attention to BitAccess settlement discussions and letter (0.5). | LEM | 1.20 | 1,170.00 |
| 02/28/2024 | Ayala email (.3); Bitaccess letter (.2). | RJG | 0.50 | 650.00 |
| 02/28/2024 | Email re sign off on BitAccess setttlement letter. | CVL | 0.10 | 97.50 |

**Total Hours**..................................................................................................... **6.20**

**Total Services**.........................................................................................$ **7,312.50**

**TOTAL AMOUNT DUE**.........................................................................$ **7,312.50**

|  |  | **Invoice Date** | March 31, 2024 |
|  | Coin Cloud- Official Committee of Unsecu | **Invoice Number** | 9160081328 |
| **38239-0005** | Litigation-Contested matter and adversary proceedings | **Through** | February 29, 2024 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1998 RJG | Partner | Gayda, Robert J. | 3.90 | 1,300.00 | 5,070.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 0.90 | 975.00 | 877.50 |
| 1997 LEM | Counsel | Miller, Laura E. | 1.40 | 975.00 | 1,365.00 |
| **Total** |  |  | **6.20** |  | **7,312.50** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**March 31, 2024**
**Invoice Number 9160081328**

**38239-0005**     **Litigation-Contested matter and adversary proceedings**

For Professional Services Rendered through February 29, 2024:

Fees                                                                                                                         7,312.50

**TOTAL AMOUNT DUE**.................................................................................................... $        **7,312.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

|  |  |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**      **Coin Cloud- Official**                                                **March 31, 2024**
            **Committee of Unsecu**                                    **Invoice Number 9160081323**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through February 29, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0008 | Claims Administration and Objections | 3,697.50 | 0.00 | 3,697.50 |

Coin Cloud- Official Committee of Unsecu

**38239-0008**    Claims Administration and Objections

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 02/05/2024 | Review AVT master lease (.2); review A. Noll asessment (.2); attn to emails re the same (.1) | AJM | 0.50 | 462.50 |
| 02/06/2024 | Review AVT issues (.1) and discuss with C. LoTempio (.2) | AJM | 0.30 | 277.50 |
| 02/14/2024 | Emails re AVT admin claim application (.1); review materials re status of same (.2) | CVL | 0.30 | 292.50 |
| 02/15/2024 | Call with M. Tucker and R. Halevy re AVT admin claim resolution (.5); emails re same (.3); review materials re lease and guarantee of the same (.7); update to M. Tucker re same (.2). | CVL | 1.70 | 1,657.50 |
| 02/26/2024 | Emails w S&K team re AVT issues (.4). | RJG | 0.40 | 520.00 |
| 02/26/2024 | Review AVT settlement proposal (.1); discuss with Debtor (.1). | CVL | 0.20 | 195.00 |
| 02/28/2024 | Discuss AVT settlement potential, claims and related issues with A. Matott and R. Gayda (.2); emails to Debtor re same (.1). | CVL | 0.30 | 292.50 |

**Total Hours**.................................................................................................    **3.70**

**Total Services**............................................................................$    **3,697.50**

**TOTAL AMOUNT DUE**................................................................$    **3,697.50**

Coin Cloud- Official Committee of Unsecu

**38239-0008**     Claims Administration and Objections

| | **Invoice Date** | March 31, 2024 |
|---|---|---|
| | **Invoice Number** | 9160081323 |
| | **Through** | February 29, 2024 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1998 RJG | Partner | Gayda, Robert J. | 0.40 | 1,300.00 | 520.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 2.50 | 975.00 | 2,437.50 |
| 2020 AJM | Associate | Matott, Andrew J. | 0.80 | 925.00 | 740.00 |
| **Total** | | | **3.70** | | **3,697.50** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**March 31, 2024**
**Invoice Number 9160081323**

38239-0008      **Claims Administration and Objections**

For Professional Services Rendered through February 29, 2024:

Fees                                                                                          3,697.50

**TOTAL AMOUNT DUE**..................................................................................... $          **3,697.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

|  |  |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

REMITTANCE COPY

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**     **Coin Cloud- Official**                                       **March 31, 2024**
              **Committee of Unsecu**                          **Invoice Number 9160081324**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through February 29, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0009 | Communications with Creditors | 5,042.50 | 0.00 | 5,042.50 |

**Invoice Date**    March 31, 2024

Coin Cloud- Official Committee of Unsecu

**Invoice Number**    9160081324

**38239-0009**    Communications with Creditors

**Through**    February 29, 2024

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 02/09/2024 | Draft email to UCC | AJM | 0.20 | 185.00 |
| 02/13/2024 | Call w Committee re settlement conference and next steps (.9); prepare for same (.4) | RJG | 1.30 | 1,690.00 |
| 02/13/2024 | Call with Committee re mediation update and next steps in Adversary (.9); prepare for same (.1) | CVL | 1.00 | 975.00 |
| 02/13/2024 | Attend weekly UCC call (.9); prepare for same (.1) | AJM | 1.00 | 925.00 |
| 02/13/2024 | Attend call with UCC concerning McAlary settlement conference. | LEM | 0.90 | 877.50 |
| 02/27/2024 | Review draft email to UCC and circulate proposal re same (.2); finalize and send email (.2) | CVL | 0.40 | 390.00 |

**Total Hours**..........................................................................................    **4.80**

**Total Services**............................................................................$    **5,042.50**

**TOTAL AMOUNT DUE**..................................................................$    5,042.50

| | | | **Invoice Date** | March 31, 2024 |
Coin Cloud- Official Committee of Unsecu

**38239-0009**          Communications with Creditors

| | | | **Invoice Number** | 9160081324 |
| | | | **Through** | February 29, 2024 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|------------------|-------|------|-------|------|--------|
| 1998 RJG | Partner | Gayda, Robert J. | 1.30 | 1,300.00 | 1,690.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 1.40 | 975.00 | 1,365.00 |
| 1997 LEM | Counsel | Miller, Laura E. | 0.90 | 975.00 | 877.50 |
| 2020 AJM | Associate | Matott, Andrew J. | 1.20 | 925.00 | 1,110.00 |
| **Total** | | | **4.80** | | **5,042.50** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**March 31, 2024**
**Invoice Number 9160081324**

**38239-0009**     **Communications with Creditors**

For Professional Services Rendered through February 29, 2024:

Fees                                                                                                       5,042.50

**TOTAL AMOUNT DUE**................................................................................ $          **5,042.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

|  |  |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
|  | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**   **Coin Cloud- Official
Committee of Unsecu**

**March 31, 2024
Invoice Number 9160081326**

**Coin Cloud- Official Committee of Unsecu
c/o OptConnect
865 West 450 North Suite 1
Kaysville UT  84037**

**For Professional Services Rendered through February 29, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0016 | Court Hearings | 1,802.50 | 0.00 | 1,802.50 |

Coin Cloud- Official Committee of Unsecu

| | | **Invoice Date** | March 31, 2024 |
|---|---|---|---|

**38239-0016**          Court Hearings

| | **Invoice Number** | 9160081326 |
|---|---|---|
| | **Through** | February 29, 2024 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/07/2024 | Attend hearing on late filed claims | CVL | 0.40 | 390.00 |
| 02/14/2024 | Coordinate hearing coverage with A. Matott (.1); discuss substance (.1); update after hearing (.1) | CVL | 0.30 | 292.50 |
| 02/14/2024 | Prep for (.5) and attend hearing on Conway retention application (.4); call with Fox re the same (.1) | AJM | 1.00 | 925.00 |
| 02/28/2024 | Attend hearing on Fox interim fee application | CVL | 0.20 | 195.00 |
| | **Total Hours**..................................................................... | | | **1.90** |
| | **Total Services**.................................................................$ | | | **1,802.50** |
| | **TOTAL AMOUNT DUE**....................................................$ | | | **1,802.50** |

Coin Cloud- Official Committee of Unsecu

| | Invoice Date | March 31, 2024 |
|---|---|---|
| | Invoice Number | 9160081326 |
| 38239-0016 | Court Hearings | |
| | Through | February 29, 2024 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 0.90 | 975.00 | 877.50 |
| 2020 AJM | Associate | Matott, Andrew J. | 1.00 | 925.00 | 925.00 |
| **Total** | | | **1.90** | | **1,802.50** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**March 31, 2024**
**Invoice Number 9160081326**

38239-0016      **Court Hearings**

For Professional Services Rendered through February 29, 2024:

Fees                                                                                                      1,802.50

**TOTAL AMOUNT DUE**...................................................................................... $            **1,802.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**    **Coin Cloud- Official**
          **Committee of Unsecu**

**March 31, 2024**
**Invoice Number 9160081327**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through February 29, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0017 | Employment and Fee Applications | 3,802.50 | 0.00 | 3,802.50 |

Coin Cloud- Official Committee of Unsecu

|  |  |
|---|---|
| **Invoice Date** | March 31, 2024 |
| **Invoice Number** | 9160081327 |
| **Through** | February 29, 2024 |

**38239-0017**        Employment and Fee Applications

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/05/2024 | Discuss draft monthly statement with S. Granillo (.1); call re same (.2) | CVL | 0.30 | 292.50 |
| 02/14/2024 | Follow up re interim fee applications | CVL | 0.10 | 97.50 |
| 02/15/2024 | Update and circulate December monthly statement for filing | CVL | 0.20 | 195.00 |
| 02/20/2024 | Emails re interim fee applications (.2); finalize and circulate monthly application (.1) | CVL | 0.30 | 292.50 |
| 02/22/2024 | Coordinate preparation of interim fee charts with S. Granillo | CVL | 0.50 | 487.50 |
| 02/27/2024 | Review interim comp procedures (.1); discuss with A. Matott (.1); emails with R. Works (.1); review and draft interim fee application (.2). | CVL | 0.50 | 487.50 |
| 02/28/2024 | Discuss professional fees (.1); | CVL | 0.10 | 97.50 |
| 02/28/2024 | Work on interim fee application | CVL | 1.40 | 1,365.00 |
| 02/29/2024 | Revise interim fee application | CVL | 0.50 | 487.50 |

**Total Hours**..................................................................................... **3.90**

**Total Services**...............................................................................$ **3,802.50**

**TOTAL AMOUNT DUE**..................................................................$ **3,802.50**

| | | | Invoice Date | March 31, 2024 |
| | | | Invoice Number | 9160081327 |

Coin Cloud- Official Committee of Unsecu

**38239-0017**     Employment and Fee Applications

**Through**  February 29, 2024

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 3.90 | 975.00 | 3,802.50 |
| **Total** | | | **3.90** | | **3,802.50** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**March 31, 2024**
**Invoice Number 9160081327**

38239-0017    **Employment and Fee Applications**

For Professional Services Rendered through February 29, 2024:

Fees                                                                                      3,802.50

**TOTAL AMOUNT DUE**...................................................................... $            **3,802.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

38239      **Coin Cloud- Official**                                              **March 31, 2024**
           **Committee of Unsecu**                               **Invoice Number 9160081348**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through February 29, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0018 | Non-working Travel | 8,092.50 | 0.00 | 8,092.50 |

Page    **2**

|  | | **Invoice Date** | March 31, 2024 |
|---|---|---|---|

Coin Cloud- Official Committee of Unsecu

**Invoice Number** 9160081348

**38239-0018**      Non-working Travel

**Through** February 29, 2024

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|------|-----------|------|-------|--------|
| 02/08/2024 | Travel to Las Vegas from Newark (9.2) | LEM | 9.20 | 8,970.00 |
| 02/10/2024 | Travel home from Las Vegas to Newark. | LEM | 7.40 | 7,215.00 |
| | **Total Hours**.................................................................................. | | | **16.60** |
| | **Total Services**.......................................................................... $ | | | **16,185.00** |
| | **Less Discount**.......................................................................... $ | | | **(8,092.50)** |
| | **Total Services After Discount**...................................................... $ | | | **8,092.50** |
| | **TOTAL AMOUNT DUE**...................................................................$ | | | **8,092.50** |

| | | | | **Invoice Date** | March 31, 2024 |
|---|---|---|---|---|---|

Coin Cloud- Official Committee of Unsecu

| | | | | **Invoice Number** | 9160081348 |
|---|---|---|---|---|---|

**38239-0018**            Non-working Travel

| | | | | **Through** | February 29, 2024 |
|---|---|---|---|---|---|

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1997 LEM | Counsel | Miller, Laura E. | 16.60 | 975.00 | 16,185.00 |
| **Total** | | | **16.60** | | **16,185.00** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**March 31, 2024**
**Invoice Number 9160081348**

**38239-0018    Non-working Travel**

For Professional Services Rendered through February 29, 2024:

| | |
|---|---:|
| Fees | 16,185.00 |
| Less Agreed Discount ( 50.00 % ) | (8,092.50) |
| Fees After Discount | 8,092.50 |
| **TOTAL AMOUNT DUE**................................................................................ $ | **8,092.50** |

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

38239       **Coin Cloud- Official**                                              **March 31, 2024**
            **Committee of Unsecu**                              **Invoice Number 9160081350**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through February 29, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0014 | Avoidance Action Analysis | 66,534.00 | 0.00 | 66,534.00 |

| | | **Invoice Date** | March 31, 2024 |
Coin Cloud- Official Committee of Unsecu

**Invoice Number**    9160081350

**38239-0014**        Avoidance Action Analysis            **Through**    February 29, 2024

| **DATE** | **NARRATIVE** | **NAME** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 02/01/2024 | Review and prepare supporting materials to be submitted | ISC | 0.70 | 262.50 |
| 02/01/2024 | Review and cite check letter to be submitted (.9), review docket entries (.8) | ISC | 1.70 | 637.50 |
| 02/01/2024 | Emails w Judge Barash and McAlary (.6); call w Carlyon (.3); discuss confi arrangement w S&K team (.5); review confi agreement and emails (.5); McAlary request for information from Debtors (.3). | RJG | 2.20 | 2,860.00 |
| 02/01/2024 | Review updated mediation statement (.2) and discuss mediation internally (.2); review insurance agreement (.3); discuss strategy and workstreams with R. Gayda, L. Miller, and C. LoTempio (.5) | AJM | 1.20 | 1,110.00 |
| 02/01/2024 | Revise mediation statement (0.9); update Barash (0.1); send same to Committee (0.4); call with team concerning mediation (0.5); e-mails concerning mediation (1) and call with T. James regarding same (0.1). | LEM | 3.00 | 2,925.00 |
| 02/02/2024 | Review and revise supporting materials to be submitted | ISC | 0.70 | 262.50 |
| 02/02/2024 | Review and finalize mediation statement (.8); emails w mediation parties and Judge Barash re confidentiality (.7); confirm mediation exhibits (.4); accountant claims discussion (.6). | RJG | 2.50 | 3,250.00 |
| 02/02/2024 | Review and revise mediation statement (.6); finalize and circulate for L. Miller (.2). | CVL | 0.80 | 780.00 |
| 02/02/2024 | Review/revise mediation statement package (.5); attn to communications re mediation internally (.2) | AJM | 0.70 | 647.50 |
| 02/02/2024 | Attention to mediation statement exhibits (0.5); discuss e-mails with R. Gayda (0.2); edits to mediation statement and finalize same (2.7); send out same (0.5). | LEM | 3.90 | 3,802.50 |
| 02/05/2024 | Prepare settlement conference signature pages (.4); discuss with L. Miller (.1) | CVL | 0.50 | 487.50 |
| 02/05/2024 | Attention to confidentiality agreement for settlement conference (0.1) and e-mail same to Committee (0.3). | LEM | 0.40 | 390.00 |
| 02/06/2024 | Mediation preparation (.8); coordinate inclusion of insurance carrier in settlement conference (.7). | RJG | 1.50 | 1,950.00 |
| 02/06/2024 | Meeting with L. Miller and teleconference with B. Gayda re mediation. | MDK | 0.20 | 290.00 |
| 02/06/2024 | Meet with R. Gayda regarding settlement conference (0.2); prepare for same (0.1); draft e-mail to D&O insurer regarding same (0.2) and e-mails in connection therewith (0.2). | LEM | 0.70 | 682.50 |
| 02/07/2024 | Settlement conference preparation. | RJG | 2.70 | 3,510.00 |

Coin Cloud- Official Committee of Unsecu

| | | Invoice Date | March 31, 2024 |
|---|---|---|---|
| | | Invoice Number | 9160081350 |
| **38239-0014** | Avoidance Action Analysis | Through | February 29, 2024 |

| | | | | |
|---|---|---|---|---|
| 02/07/2024 | Liaise with FTI regarding upcoming mediation. | LEM | 0.20 | 195.00 |
| 02/08/2024 | Prepare for settlement conference (.8); discuss w L. Miller (1.1). | RJG | 1.90 | 2,470.00 |
| 02/08/2024 | Attn to emails re mediation prep (.1) and review/circulate historical docs to aid in mediation prep (.2) | AJM | 0.30 | 277.50 |
| 02/08/2024 | Gather information requested by R. Gayda in connection with mediation (1.2); discuss Barash call with R. Gayda (0.7) and follow up by editing mediation outline (0.5). | LEM | 2.40 | 2,340.00 |
| 02/08/2024 | Call with D&O insurers regarding case (0.6); research concerning litigation issues (0.7). | LEM | 1.30 | 1,267.50 |
| 02/08/2024 | NV unjust enrichment research | JOP | 2.00 | 1,500.00 |
| 02/09/2024 | Prepare for and attend settlement conference. | RJG | 7.50 | 9,750.00 |
| 02/09/2024 | Attn to various research (.1), doc review (.1), and internal correspondence (.2) during C. McAlary mediation | AJM | 0.40 | 370.00 |
| 02/09/2024 | Attend (7.5) mediation in McAlary adversary. Attention to emails and questions from R. Gayda in connection therewith (0.4). | LEM | 7.90 | 7,702.50 |
| 02/14/2024 | Discuss workstreams re McAlary litigation (.2) and other global case workstreams (.2) | AJM | 0.40 | 370.00 |
| 02/14/2024 | Call with R. Gayda and team regarding outstanding issues (0.4); call with R. Works regarding 26(f) conference (0.2); correspondence with C. LoTempio and A. Matott regarding outstanding issues (0.4). | LEM | 1.00 | 975.00 |
| 02/15/2024 | Call with L. Miller re workstreams (.3); email FTI (.1) | AJM | 0.40 | 370.00 |
| 02/15/2024 | Review D&O policy (0.5); call with A. Matott regarding same (0.3); draft e-mail concerning D&O policy issues and information requests to McAlary (0.6). | LEM | 1.40 | 1,365.00 |
| 02/16/2024 | Review D&O policy (.6). | RJG | 0.60 | 780.00 |
| 02/16/2024 | Circulate setoff cases | CVL | 0.30 | 292.50 |
| 02/16/2024 | E-mail to R. Gayda concerning insurance policy issues. | LEM | 0.30 | 292.50 |
| 02/19/2024 | Call with L. Miller (.1); review and revise counter offer to McAlary (.3) | AJM | 0.40 | 370.00 |
| 02/19/2024 | Draft settlement offer to McAlary in connection with adversary proceeding (1.8); call with A. Matott (.1). | LEM | 1.90 | 1,852.50 |
| 02/20/2024 | Review case law re setoff | CVL | 0.80 | 780.00 |
| 02/20/2024 | Discuss settlement offer letter with R. Gayda. | LEM | 0.10 | 97.50 |
| 02/21/2024 | Review and revise settlement letter. | RJG | 0.80 | 1,040.00 |
| 02/22/2024 | Emails re Setoff research (.2); discuss fraudulent transfer research with A. Matott (.4); review summary of same (.2) | CVL | 0.80 | 780.00 |

Coin Cloud- Official Committee of Unsecu

| | **Invoice Date** | March 31, 2024 |
| | **Invoice Number** | 9160081350 |
| | **Through** | February 29, 2024 |

**38239-0014**          Avoidance Action Analysis

| 02/22/2024 | Research and discuss inernally re McAlary claims | AJM | 0.60 | 555.00 |
| 02/22/2024 | Shell discovery plan. | LEM | 0.20 | 195.00 |
| 02/23/2024 | Review local rules and procedures re discovery plan (.3); discuss with L. Miller (.2) | CVL | 0.50 | 487.50 |
| 02/23/2024 | Review and finalize McAlary settlement offer letter and send to committee (0.7); e-mails regarding 26(f) (0.4). | LEM | 1.10 | 1,072.50 |
| 02/26/2024 | Finalize settlement letter (.3). | RJG | 0.30 | 390.00 |
| 02/26/2024 | Edit, finalize, and send out settlement offer to McAlary counsel (0.6); attention to 26(f) discovery deadlines and related e-mails (0.2). | LEM | 0.80 | 780.00 |
| 02/26/2024 | Assist with preparation of follow-up correspondence to Christopher McAlary in connection with Feb. 9, 2024 settlement conference. | MW | 0.20 | 72.00 |
| 02/27/2024 | Review UCC correspondence (.1) and proposed settlement agreement (.1) | AJM | 0.20 | 185.00 |
| 02/27/2024 | Attention to discovery schedule. | LEM | 0.20 | 195.00 |
| 02/28/2024 | Discuss next steps re litigation with R. Gayda and A. Matott | CVL | 0.20 | 195.00 |
| 02/28/2024 | Discuss strategy re McAlary claims internally (.2); research re the same (.9); attn to email with J. Jimmerson and R. Works (.1); review docket re the same (.1) | AJM | 1.30 | 1,202.50 |
| 02/28/2024 | Edits to discovery plan and discussions regarding same (0.5); send out to McAlary counsel (0.2). | LEM | 0.70 | 682.50 |
| 02/28/2024 | Assist with drafting of Discovery Plan for filing. | MW | 0.20 | 72.00 |
| 02/29/2024 | Prepare for (.1); and attend scheduling conference (.2); review emails re same (.1) | CVL | 0.40 | 390.00 |
| 02/29/2024 | Call with B. Axelrod regarding adversary discovery. | LEM | 0.10 | 97.50 |
| 02/29/2024 | Review proposed edits to discovery plan (0.2); e-mails regarding same (0.2); attend meet and confer with McAlary counsel (0.2); summarize for team (0.1); e-mail follow-ups with R. Works (0.2). | LEM | 0.90 | 877.50 |

**Total Hours**..............................................................          **64.40**

**Total Services**.......................................................$          **66,534.00**

**TOTAL AMOUNT DUE**.......................................$          **66,534.00**

Coin Cloud- Official Committee of Unsecu

| | **Invoice Date** | March 31, 2024 |
|---|---|---|
| | **Invoice Number** | 9160081350 |
| **38239-0014**    Avoidance Action Analysis | **Through** | February 29, 2024 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 0431 MDK | Partner | Kotwick, Mark | 0.20 | 1,450.00 | 290.00 |
| 1998 RJG | Partner | Gayda, Robert J. | 20.00 | 1,300.00 | 26,000.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 4.30 | 975.00 | 4,192.50 |
| 1997 LEM | Counsel | Miller, Laura E. | 28.50 | 975.00 | 27,787.50 |
| 2020 AJM | Associate | Matott, Andrew J. | 5.90 | 925.00 | 5,457.50 |
| 2339 JOP | Law Clerk | Patouhas, John | 2.00 | 750.00 | 1,500.00 |
| 2210 ISC | Paralegal | Collado, Isaura | 3.10 | 375.00 | 1,162.50 |
| 2077 MW | Paralegal | Wasserman, Marian | 0.40 | 360.00 | 144.00 |
| **Total** | | | **64.40** | | **66,534.00** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

**March 31, 2024**
**Invoice Number 9160081350**

38239-0014    **Avoidance Action Analysis**

For Professional Services Rendered through February 29, 2024:

Fees                                                                        66,534.00

**TOTAL AMOUNT DUE**.................................................................................. $          **66,534.00**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

REMITTANCE COPY