Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**TWELFTH MONTHLY FEE STATEMENT OF McDONALD CARANO LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 1, 2024, THROUGH FEBRUARY 29, 2024**<br><br>McDonald Carano LLP, Counsel to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>February 29, 2024, through February 29, 2024<br><br>$5,762.00 (80% of $7,202.50)<br><br>$106.05 (100% of expenses) |

McDonald Carano LLP ("McDonald Carano" or the "Applicant"), co-counsel for the Official

1  Committee of Unsecured Creditors (the "Committee"), hereby submits its Twelfth Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing February 1, 2024, through February 29, 2024 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, McDonald Carano requests allowance and payment of $5,762.00 (representing 80% of the $7,202.50 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $106.50 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by McDonald Carano during the Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at McDonald Carano who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit 3** are the detailed time entries and expenses for the Fee Period (invoice for the period February 1, 2024, through February 29, 2024) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. McDonald Carano reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

DATED this 8th day of April, 2024.

                                    McDONALD CARANO LLP

By: */s/ Ryan J. Works*
    Ryan J. Works, Esq. (NSBN 9224)
    Amanda M. Perach, Esq. (NSBN 12399)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    rworks@mcdonaldcarano.com
    aperach@mcdonaldcarano.com

    *Counsel for Official Committee
    of Unsecured Creditors*

# Exhibit 1

**COMPENSATION BY PROFESSIONAL FOR FEE PERIOD**

| Name | Position | Admission Year | Rate | Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Works, Ryan | Partner | 2004 | $ 650.00 | 1.80 | $ 1,170.00 |
| Perach, Amanda | Partner | 2011 | $ 550.00 | 1.90 | $ 1,045.00 |
| Grubb, Brian | Paralegal | | $ 300.00 | 1.40 | $ 420.00 |
| Surowiec, Karen | Paralegal | | $ 225.00 | 20.30 | $ 4,567.50 |
| **Total** | | | | **25.40** | **$ 7,202.50** |

.

# Exhibit 2

**COMPENSATION BY MATTER**

| Matter Description | Hours Billed | Total Compensation |
|---|---:|---:|
| Fee/Employment Applications (B160) | 4.00 | $1,920.00 |
| Fee/Employment Objections (B170) | 0.40 | $260.00 |
| Business Operations (B210) | 20.30 | $4,567.50 |
| Litigation Adversary Cases (LAC) | 0.70 | $455.00 |
| **Total =** | **25.40** | **$7,202.50** |

# Exhibit 3

# McDONALD CARANO
### YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee  
DO NOT MAIL  
DO NOT MAIL  
McDonald Carano LLP c/o Ryan J. Works  
2300 West Sahara Avenue, Suite 1200  
Las Vegas, NV  89102  

Invoice No. 12479438  
March 20, 2024

FOR PROFESSIONAL SERVICES RENDERED through February 29, 2024:

**Re:** **Client.Matter: 32568 - 1**  
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**  
**EMAIL INVOICES**

_____

## ACCOUNT SUMMARY

| | |
|---|---:|
| Balance Forward as of Previous Invoice | $ 81,565.24 |
| Payments | .00 |
| Adjustments | 4,444.50 |
| Balance Outstanding | $ 86,009.74 |

## CURRENT INVOICE

| | |
|---|---:|
| Total Professional Services | $ 7,202.50 |
| Total Expenses | $ 106.05 |
| Total This Invoice | $ 7,308.55 |

**TOTAL BALANCE NOW DUE** **$ 93,318.29**

mcdonaldcarano.com  
2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100  
100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000  
Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505  

MERITAS

# McDONALD CARANO LLP

Invoice No. 12479438
March 20, 2024

Re: Client.Matter: 32568 - 1
    IN RE CASH CLOUD, INC. DBA COIN CLOUD
    EMAIL INVOICES

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 2/01/24 | KS | B210 | | Continue to prepare McDonald Carano's first application for compensation | 6.80 | 1,530.00 |
| 2/02/24 | KS | B210 | | Continue to prepare McDonald Carano's first application for compensation; prepare declaration of Ryan Works re same | 5.50 | 1,237.50 |
| 2/05/24 | KS | B210 | | Start to prepare Seward & Kissel's first interim application; prepare declaration re same; send email to Ryan Works re same | 3.60 | 810.00 |
| 2/15/24 | AMP | B160 | | Review and revise first application for compensation of McDonald Carano and attendant filings | .70 | 385.00 |
| 2/15/24 | BAG | B160 | | Confer with Amanda Perach re application for fees | .10 | 30.00 |
| 2/20/24 | AMP | B160 | | Further revise first application for compensation of McDonald Carano | .70 | 385.00 |
| 2/20/24 | KS | B210 | | Prepare spreadsheet re summary of time billed | 2.50 | 562.50 |
| 2/21/24 | BAG | B160 | | Draft certificates of no objection re Seward Kissel's Eighth and Ninth fee statement and McDonald Carano's combined Seventh, Eighth, Ninth, and Tenth fee statement (.4); review Seward Kissel's Tenth Fee Statement and finalize for filing (.2); draft and prepare exhibits to McDonald Carano's Eleventh fee statement (.6); send email to Ryan Works re same (.1) | 1.30 | 390.00 |
| 2/22/24 | RJW | LAC | | Work on discovery scheduling order with Laura and Candace Carlyon | .50 | 325.00 |
| 2/22/24 | AMP | B160 | | Review and revise declaration of Ryan Works in support of first application for compensation of McDonald Carano | .50 | 275.00 |
| 2/22/24 | KS | B210 | | Revise and finalize Ryan Works' declaration and application | 1.90 | 427.50 |
| 2/28/24 | RJW | B170 | | Emails with S&K re withdrawing objection to fees of Jim Jimmerson and cause to file and serve notice of withdrawal of same | .40 | 260.00 |
| 2/28/24 | RJW | LAC | | Reviewe and approve discovery scheduling order and emails with Laura Miller re same | .20 | 130.00 |
| 2/29/24 | RJW | B160 | | Receive, review, and approve motion for first interim application for fees and costs and declaration in support of same | .70 | 455.00 |

# McDONALD CARANO LLP

_____

Invoice No. 12479438
March 20, 2024

| Current Professional Services | $ 7,202.50 |
|---|---|

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Karen Surowiec | Paralegal | 225.00 | 20.30 | 4,567.50 | .00 |
| Brian Grubb | Paralegal | 300.00 | 1.40 | 420.00 | .00 |
| Amanda Perach | Partner | 550.00 | 1.90 | 1,045.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 1.80 | 1,170.00 | .00 |
| Total | | | 25.40 | $ 7,202.50 | $ .00 |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 1/09/24 | Other, Bankcard Center | 37.02 |
| | Copying | 5.75 |
| | Color Copies | 38.00 |
| 2/02/24 | Overnight Delivery Service, FedEx | 25.28 |

| Current Expenses | $ 106.05 |
|---|---|

| TOTAL THIS INVOICE | $ 7,308.55 |
|---|---|

3

# McDONALD CARANO LLP

_____

Invoice No. 12479438
March 20, 2024

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |

Outstanding Balance                                                                                     $ 86,009.74
Current Invoice                                                                                               $ 7,308.55

**TOTAL BALANCE DUE**                                                                              **$ 93,318.29**

# McDONALD CARANO
## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee  
DO NOT MAIL  
DO NOT MAIL  
McDonald Carano LLP c/o Ryan J. Works  
2300 West Sahara Avenue, Suite 1200  
Las Vegas, NV  89102

Invoice No. 12479438  
March 20, 2024

FOR PROFESSIONAL SERVICES RENDERED through February 29, 2024:

**Re:**  **Client.Matter: 32568 - 1**  
    **IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---:|
| Balance Due This Invoice | $ 7,308.55 |
| Balance Outstanding | $ 86,009.74 |
| **TOTAL BALANCE DUE** | **$ 93,318.29** |

To Ensure Proper Credit Refer to Matter No. 32568 - 1

**All Checks should be made payable to:**  McDonald Carano LLP  
Please return this page with payment    P.O. Box 2670  
    Reno, Nevada 89505

**For payment by wire or ACH:**    Nevada State Bank  
Please email wire confirmation to    1 West Liberty Street  
accounting@mcdonaldcarano.com    Reno, Nevada 89501  
    McDonald Carano LLP  
    Account No. 0542004190  
    Routing No. 122400779  
    Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:**   www.mcdonaldcarano.com/online-payments/

**PAYMENT IS DUE UPON RECEIPT**

mcdonaldcarano.com  
2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100  
100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000  
Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505

MERITAS