BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone:  (702) 262-6899
Facsimile:  (702) 597-5503
Email:  baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
*Counsel for Debtor*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| Debtor. | **SUPPLEMENTAL DECLARATION OF DAN MOSES IN SUPPORT OF PROVINCE, LLC'S FIRST INTERIM FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM FEBRUARY 7, 2023 THROUGH DECEMBER 31, 2023** |
| | Hearing Date:  April 17, 2024<br>Hearing Time:  9:30 a.m. |

I, Dan Moses, declare as follows:

1. I am a principal of Province, LLC ("Province"), a nationally recognized restructuring and financial advisory firm which maintains offices at, among other locations: 2360 Corporate Circle, Ste. 340, Henderson, Nevada, 89074.

2. Except as otherwise indicated herein, this Supplemental Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Supplemental Declaration.

1

3. I make this Supplemental Declaration in support of *Province's First Interim Application for Compensation and Reimbursement of Expenses for the Interim Fee Period from February 7, 2023 to December 31, 2023* (the "First Interim Compensation Application") filed with this Court on March 20, 2024 [Doc 1660].

4. On or about April 3, 2024, the Office of the United States Trustee (the "OUST") contacted Province regarding inquiries on Province's First Interim Compensation Application and, specifically, regarding numerous time entries related to same.

5. Following such inquiries, on or about April 5, 2024 Province provided the OUST with revisions to the various time entries questioned by the OUST.

6. Additionally, on April 5, 2024 the OUST and Province agreed that Province would reduce the fees sought for approval pursuant to its First Interim Compensation Application by a total of $6,909.

7. On April 8, 2024, the OUST filed its *United States Trustee's Notice of Voluntary Reduction in Legal Fees with Respect to First Interim Application for Compensation Filed by Debtor's Financial Advisor, Province, LLC* wherein it provided notice of the $6,909 voluntary fee reduction Province agreed to in relation to the First Interim Compensation Application.

8. For the benefit of other constituents of this proceeding, attached hereto as **Exhibit 1** is a list of Province's time entries from its First Interim Compensation Application questioned by the OUST and Province's revised time entries in relation to same.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed this 8th day of April 2024.

                                                              */s/Dan Moses*
                                                              Dan Moses

**EXHIBIT 1**

**Revised Entries**

| Date | Timekeeper | Original Memo | Task | Hrs. | Revised Memo |
|---|---|---|---|---|---|
| 2/7/23 | Moses Daniel | Correspondence with T. James of Province. | Busines Analysis / Operations | 0.1 | Corresponded with T. James of Province re: case strategy & outline of post-filing workstreams. |
| 2/8/23 | Moses Daniel | Corresponded with T. James of Province. | Busines Analysis / Operations | 0.1 | Corresponded with T. James of Province re: case strategy & updates on post-filing workstreams P.2). |
| 2/8/23 | Moses Daniel | Corresponded with S. Spires of Province. | Busines Analysis / Operations | 0.1 | Corresponded with T. James of Province re: case strategy & updates on post-filing workstreams. |
| 2/10/23 | James Tanner | Analyzed company leases and discuss with J. McPherson re: same. | Busines Analysis / Operations | 2.8 | Analyzed company leases (2.3) and discussed same with J. McPherson (0.5). |
| 2/10/23 | James Tanner | Analyzed and discussed various notices of default with the company. | Busines Analysis / Operations | 0.6 | Analyzed (0.4) and discussed various notices of default with the company (0.2). |
| 2/13/23 | James Tanner | Analyzed Thorntons leases, led landlord negotiation, debriefed with company. | Busines Analysis / Operations | 1.4 | Analyzed Thorntons leases (0.4), led landlord negotiation (0.5), debriefed with company (0.5). |
| 2/13/23 | James Tanner | Call with corporate team, Fox Rothschild, and D. Moses re: case strategy and prepared follow up tasks. | Busines Analysis / Operations | 1.1 | Call with corporate team, Fox Rothschild, and D. Moses re: case strategy (1.0) and prepared follow up tasks (0.1). |
| 2/13/23 | Huygens Paul | Three calls with T. James to catch up on all open workstreams, open issues and timing. | Busines Analysis / Operations | 0.6 | Calls with T. James to catch up on all open workstreams, open issues and timing. |
| 2/14/23 | James Tanner | Discussions with the company and analysis re: lease rejection. | Busines Analysis / Operations | 1.4 | Discussions with the company re: lease rejection (0.6) and performed analysis re: same (0.8). |
| 2/15/23 | James Tanner | Attended interim DIP hearing, prepared internal notes for distribution, and discussed outcome with counsel. | Court Hearings | 1.5 | Attended interim DIP hearing (1.0), prepared internal notes for distribution (0.2), and discussed outcome with counsel (0.3). |
| 2/19/23 | Moses Daniel | Corresponded with P. Huygens of Province. | Busines Analysis / Operations | 0.2 | Corresponded with P. Huygens of Province re: case status and ongoing workstreams. |
| 2/23/23 | James Tanner | Discussions with counsel and correspondence with Enigma / Genesis re: rejected machine locations. | Busines Analysis / Operations | 1.4 | Discussions with counsel re: rejected machine locations (1.0) and corresponded with Enigma / Genesis re: same (0.4). |
| 2/23/23 | James Tanner | Discussions with the company and analysis of the lease rejection schedules. | Busines Analysis / Operations | 1.1 | Discussions with the company re: lease rejection schedules (0.7) and performed analysis re: same (0.4). |
| 3/1/23 | Moses Daniel | Corresponded with T. James of Province. | Busines Analysis / Operations | 0.1 | Corresponded with T. James of Province re: case strategy & outline of ongoing workstreams. |
| 3/7/23 | Moses Daniel | Corresponded with potential strategic partner. | Financing Activities | 0.1 | Corresponded with potential strategic partner re: DIP financing and exit opportunities for the company. |
| 3/8/23 | Bashaw Eric | Continued prep of extensions. | Tax Issues | 2.4 | Continued prepare tax filing extensions for the company. |
| 3/10/23 | Moses Daniel | Corresponded with P. Huygens of Province. | Financing Activities | 0.1 | Corresponded with P. Huygens of Province re: DIP financing. |
| 3/12/23 | Moses Daniel | Reviewed and analyzed updated litigation filed against third parties. | Litigation | 0.4 | NA |
| 3/16/23 | James Tanner | Worked on daily cash management exercises and attended meetings. | Busines Analysis / Operations | 2.9 | Worked on daily cash management exercises (1.9) and attended meetings re: same (1.0). |
| 3/23/23 | James Tanner | Assisted accounting team with revisions and identify adjustments. | Busines Analysis / Operations | 1.4 | Assisted accounting team with revisions and identify adjustments to accounting records for clarity. |
| 3/29/23 | Huygens Paul | Download discussion with T. James re: Optconnect negotiation (0.3). Calls with D. Moses (0.3) then B. Axelrod and D. Moses re: bid deadline, construct and concerns (0.4). | Sale Process | 1 | Update discussion with T. James re: Optconnect negotiation (0.3). Calls with D. Moses (0.3) then B. Axelrod and D. Moses re: bid deadline, construct and concerns (0.4). |
| 3/29/23 | James Tanner | Attended AP meeting with company and updated budget. | Busines Analysis / Operations | 1.4 | Attended AP meeting with company (1.0) and updated budget accordingly (0.4) |
| 3/30/23 | James Tanner | Developed transaction analytics at the request of interested parties. | Sale Process | 1.7 | Developed transaction analytics at the request of interested parties that detail specific financial scenarios around the assets they are interested in. |
| 3/30/23 | Moses Daniel | Distributed bidding deadlines to potential buyers. | Sale Process | 0.4 | Distributed bidding deadlines to potential buyers via correspondence per bid procedures. |
| 4/3/23 | Huygens Paul | Call and corresponded with B. McMahon re: insurance analysis for property exposures. | Insurance | 0.5 | Call (0.4) and corresponded with B. McMahon re: insurance analysis for property exposures (0.1). |
| 4/3/23 | Mcmahon William | Phone call and email chains from/to P. Huygens. RE: Coin Cloud insurance analysis for property exposures. | Insurance | 0.5 | Call (0.4) and corresponded with P. Huygens re: Coin Cloud insurance analysis for property exposures (0.2). |
| 4/3/23 | Stires Spencer | Call and correspondence with C. McAlary regarding recommended updates to kiosk data. | Busines Analysis / Operations | 0.5 | Call (0.4) and correspondence with C. McAlary regarding recommended updates to kiosk data (0.1). |
| 4/5/23 | James Tanner | Participated in critical vendor discussions and corresponded internally re: same. | Busines Analysis / Operations | 2.3 | Participated in critical vendor discussions (2.0) and corresponded internally re: same (0.3). |
| 4/13/23 | Moses Daniel | Discussion with P. Huygens of Province on stip. | Sale Process | 0.1 | Discussion with P. Huygens of Province re: sale stipulation. |
| 4/13/23 | Mcmahon William | Conference call and emails with attachments to/from/to S. Baldi/Coin Cloud. RE: Property location reconciliation questions and premium calculations. | Insurance | 0.9 | Call (0.5) and corresponded with S. Baldi/Coin Cloud re: property location reconciliation questions and premium calculations (0.4). |
| 4/13/23 | James Tanner | Participated in interested party diligence discussions and prep corresponding materials. | Sale Process | 2.6 | Prepared materials for (0.6) and participated in interested party diligence discussions (2.0). |
| 4/16/23 | Moses Daniel | Reviewed and analyzed updated redline term sheet of third parties. | Sale Process | 0.6 | Reviewed and analyzed updated redline term sheet from third parties to bid on company assets. |
| 4/21/23 | Stires Spencer | Pulled professional fees paid for the month of March per MOR workstream. | Busines Analysis / Operations | 1.9 | Pulled and integrated professional fees paid for the month of March re: development of the MOR. |
| 4/24/23 | Huygens Paul | Corresponded re: insider transaction questions from committee (0.1). Reviewed draft Optconnect agreement. | Busines Analysis / Operations | 0.4 | Corresponded re: insider transaction questions from committee (0.1). Reviewed draft Optconnect agreement (0.3). |
| 4/25/23 | Mcmahon William | Conference calls and emails from/to S. Baldi/Coin Cloud. Re: Clarification of property storage valuation and coverage option. | Insurance | 0.6 | Calls (0.4) and corresponded with S. Baldi/Coin Cloud re: clarification of property storage valuation and coverage option (0.2). |
| 5/9/23 | James Tanner | Attended daily cash management call and worked on cash management analytics. | Busines Analysis / Operations | 0.9 | Attended daily cash management call (0.5) and worked on cash management analytics (0.4). |
| 5/10/23 | James Tanner | Attended daily cash management meeting and updated internal liquidity model. | Busines Analysis / Operations | 1.3 | Attended daily cash management meeting (0.9) and updated internal liquidity model (0.4). |
| 5/10/23 | Huygens Paul | Case strategy and sale call with T. James and D. Moses. | Busines Analysis / Operations | 0.6 | Call with T. James and D. Moses re: case strategy and sale process update. |
| 5/12/23 | Bashaw Eric | Corresponded and discussed with Coin Cloud regarding tax extension for OK, SC, AL and TX. | Tax Issues | 0.6 | Corresponded (0.1) and discussed with Coin Cloud regarding tax extension for OK, SC, AL and TX (0.5). |

| Date | Name | Description | Category | Hours | Detail |
|---|---|---|---|---|---|
| 5/15/23 | James Tanner | Discussion with cash logistics team. | Busines Analysis / Operations | 1.3 | Discussion with cash logistics team re: cash pickup status and impact on liquidity. |
| 5/15/23 | James Tanner | Discussion with interested party re: revised term sheet and related follow up diligence. | Sale Process | 1.8 | Discussion with interested party re: revised term sheet (0.8) and related follow up diligence (1.0) |
| 5/23/23 | James Tanner | Attended daily liquidity management meetings with management and updates to cash tracker. | Busines Analysis / Operations | 1.7 | Attended daily liquidity management meetings with management (1.5) and updates to cash tracker (0.2). |
| 5/24/23 | James Tanner | Participated in negotiations and diligence discussions with interested parties. | Sale Process | 2.7 | Participated in negotiations and diligence discussions with interested parties who wished to potentially acquire company assets. |
| 5/25/23 | James Tanner | Attended meetings with the payables team and assessment of liquidity. | Busines Analysis / Operations | 2.4 | Attended meetings with the payables team re: assessment of liquidity. |
| 5/26/23 | James Tanner | Discussions with management and analysis of host issues relating to cash pickups. | Busines Analysis / Operations | 1.8 | Analyzed host issues relating to cash pickups (1.3) and discussions with management re: same (0.5). |
| 5/30/23 | Stires Spencer | Worked on troubleshooting various document issues. | Busines Analysis / Operations | 1.3 | Worked on troubleshooting various dataroom document issues regarding the native format of the documents and their usability for interested parties. |
| 6/1/23 | Huygens Paul | Two calls with T. James to prep for the auction. | Sale Process | 0.9 | Calls with T. James to prep for the auction. |
| 6/3/23 | James Tanner | Corresponded and worked with management re: reconciliation of invoices paid. | Busines Analysis / Operations | 1.6 | Corresponded and worked with management re: reconciliation of invoices paid to ensure correct financial recording. |
| 6/3/23 | Stires Spencer | Analyzed and discussed schedule 5.7 litigation summary with Z. Williams. | Busines Analysis / Operations | 1.4 | Analyzed (1.0) and discussed schedule 5.7 litigation summary with Z. Williams (0.4). |
| 6/12/23 | James Tanner | Participated in coordination meetings with management. | Busines Analysis / Operations | 2.3 | Participated in coordination meetings with management re: strategy and operations status. |
| 6/12/23 | Stires Spencer | Reconciled differences in count calculation between parties. | Busines Analysis / Operations | 2.8 | Reconciled differences in count calculation between parties re: disputed collateral. |
| 6/14/23 | James Tanner | Discussions with buyer and wind down employees re: pickup. | Busines Analysis / Operations | 2.1 | Discussions with buyer and wind down employees over a conference call re: pickup of assets. |
| 6/15/23 | James Tanner | Met with the accounting team and analysis of the AP report. | Busines Analysis / Operations | 1.5 | Analyzed the AP report (1.0) and met with the accounting team to discuss the same (0.5). |
| 6/16/23 | James Tanner | Discussions with interim management and compliance re: ongoing issues. | Busines Analysis / Operations | 1.2 | Discussions with interim management and compliance re: ongoing regulatory issues. |
| 6/19/23 | Stires Spencer | Ensured accuracy and consistency of MOR attachments and data. | Busines Analysis / Operations | 1.2 | Audited MOR attachments and data ahead of filing. |
| 6/20/23 | James Tanner | Updated the DIP model and discussed paydown schedule with internal team. | Busines Analysis / Operations | 1.8 | Updated the DIP model (1.3) and discussed paydown schedule with internal team (0.5). |
| 6/25/23 | James Tanner | Corresponded with counsel re: limited objections. | Busines Analysis / Operations | 0.7 | Corresponded with counsel re: recently filed limited objections to the debtors motions. |
| 7/5/23 | Popescu Andrew | Reviewed the accounts payable records from the Company and analyzed the payments to vendors in the 90-days prior to the Petition Date. | Busines Analysis / Operations | 1 | Reviewed the accounts payable records from the Company (0.5) and analyzed the payments to vendors in the 90-days prior to the Petition Date (0.5). |
| 7/7/23 | James Tanner | Discussions with management and analysis of invoices / policies re: expiring D&O insurance. | Busines Analysis / Operations | 1.1 | Discussions with management re: expiring D&O insurance (0.5) and performed analysis of invoices / policies (0.6). |
| 7/13/23 | James Tanner | Pulled files for fraudulent transfer investigations. | Litigation | 1.8 | Assisted counsel with diligence responses required under a subpoena after employees have been laid off. |
| 7/18/23 | James Tanner | Weekly discussion with management. | Busines Analysis / Operations | 1.2 | Weekly discussion with management re: status of open workstreams and wind down objectives. |
| 7/18/23 | Moses Daniel | Corresponded and discussed with A. Haller of Powercoin on operations game plan for cash collection. | Busines Analysis / Operations | 0.7 | Corresponded (0.2) and discussed with A. Haller of Powercoin on operations game plan for cash collection (0.5). |
| 7/19/23 | James Tanner | Performed MTL asset analysis and discussed same with company. | Sale Process | 1.2 | Performed MTL asset analysis (0.7) and discussed same with company (0.5). |
| 7/21/23 | Moses Daniel | Discussion with T. James of Province on various matters. | Busines Analysis / Operations | 0.5 | Discussion with T. James of Province on various open workstreams and recent events. |
| 7/24/23 | James Tanner | Worked on declaration with counsel. | Court Filings | 1.2 | Worked on declaration with counsel to provide financial information necessary for legal arguments. |
| 7/24/23 | James Tanner | Internal 506(c) surcharge discussion and revisions per counsel. | Sale Process | 0.9 | Participated in internal 506(c) surcharge discussion (0.5) and implemented revisions per comments from counsel (0.4). |
| 7/25/23 | Moses Daniel | Corresponded with W. Bowser of Province. | Busines Analysis / Operations | 0.1 | Corresponded with W. Bowser of Province re: preference analysis workstream status. |
| 7/25/23 | Bowser Walter | Call with A. Popescu to analyze preference data for OptConnect, review analyses for other preference creditors. | Claims Analysis and Objections | 1 | Call with A. Popescu to analyze preference data for OptConnect and review analyses for other preference creditors. |
| 8/7/23 | Moses Daniel | Corresponded and discussed potential sale of Brazil with a buyer. | Sale Process | 0.5 | Discussed potential sale of Brazil with a buyer. |
| 8/8/23 | Moses Daniel | Reviewed and analyzed additional Brazil information provided by I. Rossa of Coin Cloud and conversation with potential buyer Athena. | Sale Process | 1.2 | Analyzed additional Brazil information provided by I. Rossa of Coin Cloud (0.6) and discussion with potential buyer Athena re: same (0.6). |
| 8/29/23 | James Tanner | Updated discussion with management. | Busines Analysis / Operations | 0.8 | Participated in discussion with management re: case status and open workstreams for wind down objectives. |
| 8/29/23 | Moses Daniel | Returned and reviewed various case related emails. | Busines Analysis / Operations | 0.5 | Corresponded with various parties re: case status and open workstreams for wind down objectives. |
| 9/6/23 | Moses Daniel | Reviewed and analyzed various emails. | Busines Analysis / Operations | 0.5 | Analyzed various emails re: open workstreams related to the company wind down. |
| 10/3/23 | Moses Daniel | Discussed and reviewed Brazil term sheet with I. Rossa. | Sale Process | 0.5 | Discussed Brazil term sheet with I. Rossa. |
| 10/19/23 | James Tanner | Update conversation with D. Moses of Province. | Busines Analysis / Operations | 0.2 | Discussion with D. Moses re: case status and open workstreams. |
| 10/19/23 | Moses Daniel | Update conversation with T. James of Province. | Busines Analysis / Operations | 0.2 | Discussion with T. James of Province re: case status and open workstreams for the company wind down. |
| 11/22/23 | James Tanner | Analyzed and discussed Genesis Coin demand letter. | Litigation | 1.4 | Analyzed (0.9) and discussed Genesis Coin demand letter with company (0.5). |
| 12/19/23 | Moses Daniel | Corresponded with T. James of Province. | Busines Analysis / Operations | 0.1 | Corresponded with T. James of Province re: workstreams and case status. |