_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 08, 2024

Jeanette E. McPherson, Esq. (NV Bar 5423)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: jmcpherson@foxrothschild.com

*Counsel for Debtor*

Anne T. Freeland, Esq.
Nevada Bar No. 10777
**MICHAEL BEST & FRIEDRICH LLP**
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, UT 84121
Phone: 801.833.0500
Fax:    801.931.2500
Email: atfreeland@michaelbest.com

*-and-*

Justin M. Mertz, Esq.
Wisconsin Bar No. 1056938
(Admitted *pro hac vice* 07/20/2023)
Christopher J. Schreiber, Esq.
Wisconsin Bar No. 1039091
(Admitted *pro hac vice* 09/21/2023)
**MICHAEL BEST & FRIEDRICH LLP**
790 North Water Street, Suite 2500
Milwaukee, WI 53202
Phone: 414.225.4972
Fax:    414.956.6565
Email: jmmertz@michaelbest.com

*-with local counsel-*

John T. Wendland, Esq. (NV Bar 7207)
**W&D LAW**
861 Coronado Center Drive, Suite 231
Henderson, NV 89052
Phone: 702.314.1905
Fax:    702.314.1909
Email: jwendland@wdlaw.com

*Counsel for AVT Nevada, L.P*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                          Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING AVT NEVADA, L.P.'S APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM** |

1

157011948.3

The Court, having reviewed and considered the *Stipulation regarding AVT Nevada, L.P.'s Application for Administrative Expense Claim* by and between AVT Nevada, L.P. ("**AVT**") and Cash Cloud, Inc. d/b/a Coin Cloud (the "**Debtor**" and, together with AVT, the "**Parties**"), hereby ORDERS as follows:

1. The Stipulation is approved in its entirety.

2. Pursuant to 11 U.S.C. § 503(b)(1)(A), AVT shall have an Allowed Administrative Expense Claim (as defined in the Plan) against the Debtor's estate in the amount of $125,000.00, which shall be paid as set forth in Section 3.1(a) of the Plan. AVT shall have no further Allowed Administrative Expense Claims against Debtor's estate.

3. The Debtor, its estate, and any successor thereto reserve all rights with respect to any unsecured claims filed by AVT.

4. The Hearing on the Application set for April 17, 2024 at 9:30 a.m. is hereby vacated.

**IT IS SO ORDERED.**

*Respectfully submitted by*:

| | |
|---|---|
| **MICHAEL BEST & FRIEDRICH LLP** | **FOX ROTHSCHILD LLP** |
| By: */s/ Justin M. Mertz*<br>    Justin M. Mertz<br>    790 N. Water Street, Ste. 2500<br>    Milwaukee, WI 53202<br>    *Counsel for AVT Nevada, L.P.* | By:    */s/Jeanette E. McPherson*<br>    Jeanette E. McPherson<br>    1980 Festival Plaza Drive, Suite 700<br>    Las Vegas, Nevada 89135<br>    *Counsel for Debtor* |

# # #

157011948.3