**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TALI J. FREY, ESQ.
Nevada Bar No. 16537
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
dcica@carlyoncica.com
tfrey@carlyoncica.com
*Counsel for Christopher McAlary*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS MCALARY <br><br> Appellant(s) <br><br> vs. <br><br> CASH CLOUD INC; & OFFICIAL COMMITTEE OF UNSECURED CREDITORS <br><br> Appellee(s) | Case No.: 2:23-cv-01424-GMN <br> Appeals Reference No.: 23−19 <br><br> (Consolidated With) <br><br> Case No.: 2:23-cv-01427-GMN <br> Appeals Reference No.: 23−20 <br><br> BK Case No.: 23-10423-mkn <br> Chapter: 11 |
| CHRIS MCALARY <br><br> Appellant(s) <br><br> vs. <br><br> CASH CLOUD INC; & OFFICIAL COMMITTEE OF UNSECURED CREDITORS <br><br> Appellee(s) | **STIPULATED ORDER CONTINUING STAY OF APPEAL** |

Upon the joint request of Appellant, Chris McAlary ("McAlary" or "Appellant"), by and through his counsel, the law firm of Carlyon Cica, Chtd.; and Appellees, Cash Cloud Inc. ("Debtor") and the Official Committee of Unsecured Creditors of Cash Cloud, Inc. dba Coin Cloud (the "Committee" and, collectively with McAlary and Debtor, the "Parties"), by and through their

respective undersigned counsel;

WHEREAS, on August 24, 2023, the Bankruptcy Court entered its Order on Objection to Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023[1] (the "Memorandum Decision") [ECF No. 1120];

WHEREAS, on August 24, 2023, the Bankruptcy Court entered its Order: (A) Approving Debtor's Disclosure Statement [ECF No. 529] on a Final Basis; and (B) Confirming Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023 [ECF No. 996] (the "Confirmation Order") [ECF No. 1126];

WHEREAS, on September 6, 2023, McAlary filed his Notice of Appeal of the Memorandum Decision [ECF No. 1171];

WHEREAS, on September 6, 2023, McAlary filed his Notice of Appeal of the Confirmation Order [ECF No. 1172];

WHEREAS, on September 11, 2023, the Notice of Appeal of the Memorandum Decision was docketed with United States District Court Case No. 23-01427-GMN;

WHEREAS, on September 12, 2023, the Notice of Appeal of the Confirmation Order was docketed with United States District Court ("USDC") regarding Case No. 23-01424-GMN;

WHEREAS, this Court consolidated Appeal No 23-19/USDC Case No. 2:23-cv-01424-GMN with Appeal No. 23-20/USDC Case No. 2:23-cv-01427-GMN (the "Confirmation Appeal");

WHEREAS, McAlary filed his Opening Brief on November 6, 2023 [ECF Nos. 12-22 in Confirmation Appeal];

WHEREAS, Debtor filed its Answering Brief on November 20, 2023 [ECF Nos. 27, 28 in Confirmation Appeal], and the Committee filed its Joinder to the Answering Brief on November 20, 2023 [ECF No. 29 in Confirmation Appeal];

WHEREAS, McAlary's Reply Brief was due on or before December 4, 2023;

WHEREAS, on November 28, 2023, the Parties stipulated in the underlying bankruptcy case (Case No. BK-S-23-10423-MKN) to attend a settlement conference and to request that this Court

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case as they appear on the docket maintained by the clerk of the court.

stay the consolidated appeal of the Memorandum Decision and Confirmation Order until further notice (the "Stipulation") [ECF Nos. 1512, 1515];

WHEREAS, the United States Bankruptcy Court, District of Nevada (the "NVBC") granted the Parties' Stipulation;

WHEREAS, on November 29, 2023, the Parties stipulated in the Confirmation Appeal (Case No. 2:23-cv-01424-GMN) to stay the Confirmation Appeal "pending further order of this Court, and that all deadlines be vacated" (the "Stipulation to Stay") [ECF No. 30 in the Confirmation Appeal]. Additionally, the Parties stipulated "that the Parties shall file a status report with this Court within thirty (30) days following the conclusion of their settlement conference." *Id*.;

WHEREAS, on November 30, 2023, the Court ordered Appeal No 23-19/USDC Case No. 2:23-cv-01424-GMN STAYED pending further order of the Court, and that all pending deadlines be vacated [ECF No. 31 in the Confirmation Appeal];

WHEREAS, on March 11, 2024, the Parties filed their joint status report and requested the Court "continue to stay the appeals through April 30, 2024, with an additional status report to be filed by April 15, 2024" [ECF No. 10 in the Conversion Appeal]; and

WHEREAS, the Parties are continuing to engage in settlement negotiations.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the stay will continue in effect pending further order of the Court;

**IT IS FURTHER HEREBY ORDERED** that, on stipulation of the Parties, or on motion of any Party, the Court may order that the briefing schedule be reinstated.

**IT IS FURTHER HEREBY ORDERED** that the Parties will file joint status reports on the 15th of each month until the stay is lifted.

| | |
|---|---|
| **CARLYON CICA CHTD.** | **FOX ROTHSCHILD LLP** |
| By: /s/ *Tali J. Frey, Esq* | By: /s/ *Brett A. Axelrod, Esq.* |
| CANDACE C. CARLYON, ESQ. | BRETT A. AXELROD, ESQ. |
| Nevada Bar No.2666 | Nevada Bar No. 5859 |
| DAWN M. CICA, ESQ. | ZACHARY T. WILLIAMS, ESQ. |
| Nevada Bar No. 4565 | Nevada Bar No. 16023 |
| TALI J. FREY , ESQ. | 1980 Festival Plaza Drive, Suite 700 |
| Nevada Bar No. 16537 | Las Vegas, Nevada 89135 |
| *Counsel for Christopher McAlary* | *Counsel for Debtor* |

3

1

2     **SEWARD & KISSEL LLP**

3     By: */s/ Catherine LoTempio, Esq.*
      ROBERT J. GAYDA, ESQ.
      CATHERINE V. LOTEMPIO, ESQ.
      LAURA MILLER, ESQ.
4     (*pro hac vice applications granted*)
      One Battery Park Plaza
5     New York, NY 10004
      *Counsel for Official Committee*
6     *of Unsecured Creditors*

7     **&**

8     **MCDONALD CARANO LLP**
      Ryan J. Works, Esq. (NSBN 9224)
9     Amanda M. Perach, Esq. (NSBN 12399)
      MCDONALD CARANO LLP
10    2300 West Sahara Avenue, Suite 1200
      Las Vegas, Nevada 89102

11

12    <u>ORDER</u>

13    IT IS SO ORDERED:

14    _____

15    UNITED STATES DISTRICT COURT JUDGE

16    DATED: April 15, 2024 _____

17

18

19

20

21

22

23

24

25

26

27

28

4