BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
nkoffroth@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**PROVINCE, LLC'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

Province, LLC ("Province"), financial advisor to the Cash Cloud, Inc. (the "Debtor"), debtor and debtor-in-possession in the above-captioned case (the "Chapter 11 Case"), hereby submits this *Monthly Fee Statement for Services Rendered and Expenses Incurred for the Period from February 1, 2024 Through February 29, 2024* (the "Statement"), pursuant to the *Final Order Authorizing Retention and Employment of Province, LLC as Financial Advisor, Effective as of the Petition Date* [ECF No. 223] and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

In support of this Statement, Province respectfully represents as follows:

1

157991251.1

1. Province hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's financial advisor during the period from February 1, 2024 through February 29, 2024 (the "Statement Period").

2. Province seeks allowance and payment of interim compensation for fees in the amount of $26,426.40, representing 80% of the $33,033.00 in fees incurred for services rendered during the Statement Period, plus reimbursement of $143.41, representing 100% of the expenses incurred during the Statement Period, for a total award of $26,569.81 for the Statement Period.

3. Attached hereto as **Exhibit A** is the name of each timekeeper who performed services in connection with the Chapter 11 Case during the Statement Period, and the hourly rate for each such timekeeper.

4. Attached hereto as **Exhibit B** is a task code summary.

5. Attached hereto as **Exhibit C** is a detailed invoice of time expended by the timekeepers who performed services during the Statement Period and of the expenses paid during the Statement Period.

6. On the same date this Statement was filed, Province served a copy of this Statement via electronic mail/notice on the following parties (each a "Notice Party," and collectively, the "Notice Parties"):

   i. Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

   ii. Fox Rothschild, LLC, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

   iii. United States Trustee Tracey Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

   iv. Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

2

157991251.1

      v.      Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com; counsel to DIP lender CKDL Credit, LLC;

      vi.      Morrison & Foerster LLO, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

      vii.      Clearly Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

7. Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "Objection Deadline"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

8. If no objections are raised on or before the Objection Deadline, Province shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Province an amount equal to 80% of the fees and 100% of the expenses incurred during the period covered by this Statement.

9. If an objection is properly filed before the Objection Deadline, Province shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "Undisputed Fees" and "Undisputed Expenses"), after which the Debtor shall be authorized to pay to Province an amount equal to 80% of the Undisputed Fees and 100% of the Undisputed Expenses incurred during the period covered by this Statement.

10. Province acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses. At the conclusion of the Chapter 11 Case, Province

will seek final allowance of the fees charged and expenses incurred for the entirety of the Chapter 11 Case, and any interim fees and expenses received during the curse of the Chapter 11 Case will be credited against such fees and expenses that are allowed on a final basis.

11. Neither Province nor any member of Province has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of Province, any portion of the fees or expenses to be awarded pursuant to this Statement.

DATED: May 1, 2024                                         PROVINCE, LLC

                                                            By: */s/ Daniel Moses*
                                                                Daniel Moses
                                                                2360 Corporate Circle, Suite 340
                                                                Henderson, Nevada 89074
                                                                Telephone: (702) 685-5555
                                                                Email: dmoses@provincefirm.com

                                                            *Financial Advisor to Debtor*

Submitted By:

**FOX ROTHSCHILD LLP**

By:     */s/Brett A. Axelrod*
        BRETT A. AXELROD, ESQ.
        Nevada Bar No. 5859
        NICHOLAS A. KOFFROTH, ESQ.
        Nevada Bar No. 16264
        1980 Festival Plaza Drive, Suite 700
        Las Vegas, Nevada 89135
        *Counsel for Debtor*

4

157991251.1

# EXHIBIT A

## Summary of Province Professionals and Paraprofessionals

### February 1, 2024 through February 29, 2024

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Dan Moses | Principal – Corporate restructuring. | $1,260 | 0.5 | $630.00 |
| Tanner James | Vice President - Corporate restructuring. | $630 | 1.3 | $819.00 |
| Spencer Stires | Associate - Quantitative finance and programming. | $480 | 64.0 | $30,720.00 |
| | Subtotal | | 65.8 | $32,169.00 |
| | Blended Rate for Professionals | $488.89 | | |
| Para Professionals | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| Eric Mattson | Matter Managers | $270 | 1.7 | $459.00 |
| Laura Conn | Matter Administrator | $270 | 1.5 | $405.00 |
| | Subtotal | | 3.2 | $864.00 |
| | | | Fee Statement Hours | Total Compensation |
| | Grand Total | | 69.0 | $33,033.00 |
| | Blended Rate for All Billers | $478.74 | | |

5

157991251.1

**EXHIBIT B**

**Task Code Summary**

February 1, 2024 through February 29, 2024

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis / Operations | 65.4 | $31,665.00 |
| Fee / Employment Applications | 3.2 | $864.00 |
| Litigation | 0.4 | $504.00 |
| **Grand Total** | **69.0** | **$33,033.00** |

157991251.1

# **EXHIBIT C**

**Invoice**

February 1, 2024 through February 29, 2024

157991251.1

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 3/29/2024
**INVOICE NO:** 95225
**BILLING THROUGH:** 2/29/2024

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**INVOICE SUMMARY**

**PROFESSIONAL SERVICES**

| EMPLOYEE | HOURS | RATE | AMOUNT |
| --- | ---: | ---: | ---: |
| Dan Moses | 0.50 | $1,260.00 | $630.00 |
| Eric Mattson | 1.70 | $270.00 | $459.00 |
| Laura Conn | 1.50 | $270.00 | $405.00 |
| Spencer Stires | 64.00 | $480.00 | $30,720.00 |
| Tanner James | 1.30 | $630.00 | $819.00 |
| **PROFESSIONAL SERVICES** | **69.00** | | **$33,033.00** |

**EXPENSES**

| DESCRIPTION | AMOUNT |
| --- | ---: |
| Meals | $143.41 |
| **EXPENSES TOTAL** | **$143.41** |

| | |
| --- | ---: |
| **AMOUNT DUE THIS INVOICE** | **$33,176.41** |

This invoice is due on 3/29/2024

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

Cash Cloud Inc d/b/a Coin Cloud

# INVOICE

**INVOICE DATE:** 3/29/2024
**INVOICE NO:** 95225
**BILLING THROUGH:** 2/29/2024

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2/1/2024 | Tanner James | Business Analysis / Operations<br>*Draft February workstream assignment memo for S. Stires.* | 1.20 | $630.00 | $756.00 |
| 2/5/2024 | Spencer Stires | Business Analysis / Operations<br>*Updated and standardized the March MOR draft for review, incorporating data and formatting adjustments.* | 2.00 | $480.00 | $960.00 |
| 2/5/2024 | Spencer Stires | Business Analysis / Operations<br>*Developed reconciliation process for September and October in the absence of existing bank reconciliations.* | 2.90 | $480.00 | $1,392.00 |
| 2/5/2024 | Spencer Stires | Business Analysis / Operations<br>*Updated professional payments tracker for MOR reporting.* | 1.60 | $480.00 | $768.00 |
| 2/5/2024 | Spencer Stires | Business Analysis / Operations<br>*Analyzed October PDF bank statements to prepare for Monthly Operating Report filing.* | 1.40 | $480.00 | $672.00 |
| 2/5/2024 | Laura Conn | Fee / Employment Applications<br>*Drafted First Interim Fee Application covering periods February - December 2023 (1.4). Emailed for review (0.1).* | 1.50 | $270.00 | $405.00 |
| 2/7/2024 | Dan Moses | Litigation<br>*Reviewed and analyzed settlement conference documents and NDA.* | 0.40 | $1,260.00 | $504.00 |
| 2/9/2024 | Spencer Stires | Business Analysis / Operations<br>*Analyzed November statements to ensure accuracy and completeness for Monthly Operating Report preparation.* | 1.00 | $480.00 | $480.00 |
| 2/9/2024 | Spencer Stires | Business Analysis / Operations<br>*Developed detailed analysis of December and January MOR financials, identifying health indicators.* | 2.30 | $480.00 | $1,104.00 |
| 2/10/2024 | Spencer Stires | Business Analysis / Operations<br>*Integrated feedback from T. James into the November MOR to refine projections.* | 1.30 | $480.00 | $624.00 |
| 2/14/2024 | Spencer Stires | Business Analysis / Operations<br>*Compiled and reviewed statements and exhibits for November MOR to ensure compliance.* | 1.10 | $480.00 | $528.00 |
| 2/14/2024 | Spencer Stires | Business Analysis / Operations<br>*Finalized and disseminated November Monthly Operating Report for evaluation and feedback.* | 2.30 | $480.00 | $1,104.00 |

# Province, LLC

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 3/29/2024
**INVOICE NO:** 95225
**BILLING THROUGH:** 2/29/2024

## Coin Cloud - FA 2                                                                                           Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2/15/2024 | Spencer Stires | Business Analysis / Operations<br>*Assembled bank statements and exhibits for November MOR.* | 1.00 | $480.00 | $480.00 |
| 2/16/2024 | Tanner James | Business Analysis / Operations<br>*Discussion with D. Moses re: update to case.* | 0.10 | $630.00 | $63.00 |
| 2/16/2024 | Spencer Stires | Business Analysis / Operations<br>*Analyzed operating report bank statements for discrepancies and trends across accounts.* | 2.80 | $480.00 | $1,344.00 |
| 2/16/2024 | Spencer Stires | Business Analysis / Operations<br>*Consolidated and reviewed operating report bank statements for accounts to ensure accuracy and completeness.* | 2.00 | $480.00 | $960.00 |
| 2/16/2024 | Dan Moses | Business Analysis / Operations<br>*Discussion with T. James re: update to case.* | 0.10 | $1,260.00 | $126.00 |
| 2/16/2024 | Spencer Stires | Business Analysis / Operations<br>*Developed insights from the operating report and income statement analysis to advise on health and efficiency.* | 2.20 | $480.00 | $1,056.00 |
| 2/17/2024 | Spencer Stires | Business Analysis / Operations<br>*Completed the Monthly Operating Report for November and circulated it for review.* | 1.10 | $480.00 | $528.00 |
| 2/17/2024 | Spencer Stires | Business Analysis / Operations<br>*Verified the accuracy of the November MOR by reconciling bank statements and records.* | 2.60 | $480.00 | $1,248.00 |
| 2/17/2024 | Spencer Stires | Business Analysis / Operations<br>*Prepared a variance report for November to explain deviations from budgeted figures.* | 0.60 | $480.00 | $288.00 |
| 2/17/2024 | Spencer Stires | Business Analysis / Operations<br>*Developed and included disclosures for the November Monthly Operating Report as required by stakeholders.* | 2.20 | $480.00 | $1,056.00 |
| 2/18/2024 | Spencer Stires | Business Analysis / Operations<br>*Conducted a review of December bank statements to validate activity.* | 1.90 | $480.00 | $912.00 |
| 2/18/2024 | Spencer Stires | Business Analysis / Operations<br>*Analyzed and reported on the health of Coin Cloud in the December MOR.* | 1.60 | $480.00 | $768.00 |
| 2/18/2024 | Spencer Stires | Business Analysis / Operations | 1.60 | $480.00 | $768.00 |

# Province, LLC

2360 Corporate Circle Suite 340

Henderson, NV 89074, United States
Tel: 702-685-5555

www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 3/29/2024
**INVOICE NO:** 95225
**BILLING THROUGH:** 2/29/2024

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2/18/2024 | Spencer Stires | Created a December MOR package for executive review, emphasizing performance indicators. Business Analysis / Operations | 1.70 | $480.00 | $816.00 |
| 2/19/2024 | Spencer Stires | Reviewed and organized data for the December MOR, ensuring accuracy and completeness. Business Analysis / Operations | 0.90 | $480.00 | $432.00 |
| 2/20/2024 | Spencer Stires | Coordinated with counsel to ensure the January MOR met all disclosure requirements filing. Business Analysis / Operations | 1.70 | $480.00 | $816.00 |
| 2/20/2024 | Spencer Stires | Assessed and updated the January MOR to reflect changes in the bankruptcy proceedings. Business Analysis / Operations | 1.10 | $480.00 | $528.00 |
| 2/21/2024 | Spencer Stires | Prepared January MOR exhibits, highlighting cash flow trends and payment strategies. Business Analysis / Operations | 1.00 | $480.00 | $480.00 |
| 2/21/2024 | Spencer Stires | Investigated and determined the U.S. Trustee payment amount for Q3. Business Analysis / Operations | 1.60 | $480.00 | $768.00 |
| 2/21/2024 | Spencer Stires | Adjusted receipts and disbursements data for form representation. Business Analysis / Operations | 1.40 | $480.00 | $672.00 |
| 2/21/2024 | Eric Mattson | Analyzed escrow account transactions to create a exhibit for reporting. Fee / Employment Applications | 0.80 | $270.00 | $216.00 |
| 2/23/2024 | Spencer Stires | Completed draft revisions to interim fee app (0.7). Emailed to D. Moses for review (0.1). Business Analysis / Operations | 1.00 | $480.00 | $480.00 |
| 2/23/2024 | Spencer Stires | Executed a review of the January MOR to verify compliance with US Trustee reporting standards. Business Analysis / Operations | 1.50 | $480.00 | $720.00 |
| 2/23/2024 | Spencer Stires | Adjusted the January MOR to accommodate activities and the opening of the year. Business Analysis / Operations | 1.60 | $480.00 | $768.00 |
| | | Finalized the January MOR, incorporating revisions input and feedback. | | | |

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 3/29/2024
**INVOICE NO:** 95225
**BILLING THROUGH:** 2/29/2024

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2/23/2024 | Eric Mattson | Fee / Employment Applications | 0.90 | $270.00 | $243.00 |
| | | *Drafted January fee statement (0.8). Emailed to D. Moses for review (0.1).* | | | |
| 2/24/2024 | Spencer Stires | Business Analysis / Operations | 2.70 | $480.00 | $1,296.00 |
| | | *Prepared and disseminated a review package including MORs and associated exhibits for November, December, and January.* | | | |
| 2/24/2024 | Spencer Stires | Business Analysis / Operations | 1.80 | $480.00 | $864.00 |
| | | *Integrated and refined exhibits into November, December, and January MORs to support analysis.* | | | |
| 2/24/2024 | Spencer Stires | Business Analysis / Operations | 1.10 | $480.00 | $528.00 |
| | | *Analyzed and synthesized fees data into a Excel workbook for inclusion in the Monthly Operating Reports.* | | | |
| 2/26/2024 | Spencer Stires | Business Analysis / Operations | 0.80 | $480.00 | $384.00 |
| | | *Documented adjustments in the January MOR for any financing activities or debtor-in-possession financing arrangements.* | | | |
| 2/26/2024 | Spencer Stires | Business Analysis / Operations | 1.80 | $480.00 | $864.00 |
| | | *Analyzed January s cash management practices to prepare a report on liquidity status for the MOR.* | | | |
| 2/26/2024 | Spencer Stires | Business Analysis / Operations | 2.20 | $480.00 | $1,056.00 |
| | | *Synthesized information from the January MOR to forecast obligations and expected cash flow.* | | | |
| 2/26/2024 | Spencer Stires | Business Analysis / Operations | 2.30 | $480.00 | $1,104.00 |
| | | *Ensured January MOR included a analysis of positioning and outlook for the year.* | | | |
| 2/29/2024 | Spencer Stires | Business Analysis / Operations | 2.30 | $480.00 | $1,104.00 |
| | | *Reconciled January statements against bank records to confirm the integrity of the numbers.* | | | |
| | | **TOTAL SERVICES** | **69.00** | | **$33,033.00** |

**EXPENSES**

| DATE | EMPLOYEE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Meals: | | | |
| 2/21/2024 | Spencer Stires | Meals | $34.53 |
| | | *Postmates - Working Dinner - Henderson* | |

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 3/29/2024
**INVOICE NO:** 95225
**BILLING THROUGH:** 2/29/2024

**EXPENSES**

| DATE | EMPLOYEE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 2/23/2024 | Spencer Stires | Meals<br>*Postmates - Working Dinner - Henderson* | $41.90 |
| 2/24/2024 | Spencer Stires | Meals<br>*Postmates - Working Lunch - Henderson* | $25.58 |
| 2/26/2024 | Spencer Stires | Meals<br>*Postmates - Working Dinner - Henderson* | $41.40 |
| | | **TOTAL EXPENSES** | **$143.41** |
| | | **SUBTOTAL** | **$33,176.41** |
| | | **AMOUNT DUE THIS INVOICE** | **$33,176.41** |

This invoice is due upon receipt

Please remit payment to:

Province, LLC

Wire Instructions:

Meadows Bank

Account

Routing

EIN #26-3657461