John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SEWARD & KISSEL LLP** |

PLEASE TAKE NOTICE that an *Order Granting First Interim Application for Compensation and Reimbursement of Expenses of Seward & Kissel LLP* [ECF No. 1703] was entered in the above-captioned case on the 30th day of April, 2024, a copy of which is attached hereto.

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

4873-6734-6107.1

DATED this 2nd day of May, 2024.

                                        McDONALD CARANO LLP


                                        By: /s/ Ryan J. Works
                                            Ryan J. Works, Esq. (NSBN 9224)
                                            Amanda M. Perach, Esq. (NSBN 12399)
                                            2300 West Sahara Avenue, Suite 1200
                                            Las Vegas, Nevada 89102
                                            rworks@mcdonaldcarano.com
                                            aperach@mcdonaldcarano.com

                                            John R. Ashmead, Esq.
                                            Robert J. Gayda, Esq.
                                            Catherine V. LoTempio, Esq.
                                            Andrew J. Matott, Esq.
                                            (*pro hac vice applications granted*)
                                            SEWARD & KISSEL LLP
                                            One Battery Park Plaza
                                            New York, NY 10004
                                            ashmead@sewkis.com
                                            gayda@sewkis.com
                                            lotempio@sewkis.com
                                            matott@sewkis.com

                                            *Counsel for Official Committee*
                                            *of Unsecured Creditors*



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 30, 2024
_____

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: 23-10423-mkn<br>Chapter 11 |
| CASH CLOUD, INC. dba COIN CLOUD, | |
| Debtor. | **ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SEWARD & KISSEL LLP**<br><br>**(February 24, 2023 through November 30, 2023)**<br><br>**Hearing Date: April 17, 2024**<br>**Hearing Time: 9:30 a.m.** |

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1    THIS MATTER came before the Court on a hearing of Seward & Kissel LLP's ("Seward &

2    Kissel" or "Applicant") *First Interim Application for Compensation and Reimbursement of Expenses*

3    *of Seward & Kissel LLP* [ECF No. 1643] (the "Application") and the *Declaration of Robert J.*

4    *Gayda, Esq. in Support of First Interim Application for Compensation and Reimbursement of*

5    *Expenses of Seward & Kissel LLP* [ECF No. 1644].  Appearances were noted for the record. There

6    were no oppositions to the Application.  The Application requested an order approving and directing

7    payment of incurred attorneys' fees totaling $2,098,460.25 and incurred costs of $26,367.55, for a

8    total award of $2,124,827.80 to Seward & Kissel LLP for the period of February 24, 2023 through

9    December 31, 2023 on an interim basis. The Court, having reviewed the above-referenced filings,

10   proper notice having been given, the Court having made its findings of fact and conclusions of law

11   on the record at the hearing, which are incorporated herein pursuant to Fed. R. Civ. P. 52, as made

12   applicable pursuant to Fed. R. Bankr. P. 7052 and 9014, and now being fully advised of the

13   circumstances, and good cause appearing,

14       **IT IS HEREBY ORDERED THAT:**

15       1.    The *First Interim Application for Compensation and Reimbursement of Expenses of*

16   *Seward & Kissel LLP* [ECF No. 1643] is GRANTED.

17       2.    Compensation in the amount of $2,098,460.25 for attorneys' fees incurred on behalf

18   of the Committee[1] for the period February 24, 2023 through December 31, 2023 is hereby

19   APPROVED on an interim basis.

20       3.    Compensation in the amount of $26,367.55 for costs incurred on behalf of the

21   Committee for the period of February 24, 2023 through December 31, 2023 is hereby APPROVED

22   on an interim basis.

23       4.    The Debtors are hereby authorized to tender to Seward & Kissel all fees and expenses

24   remaining due to Seward & Kissel for the period of February 24, 2023 through December 31, 2023.

25       **IT IS SO ORDERED.**

26                                    # # #

27

28

---

[1] Terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

2

1       In accordance with LR 9021, counsel submitting this **ORDER GRANTING FIRST**

2   **INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF**

3   **EXPENSES OF SEWARD & KISSEL LLP** certifies that the order accurately reflects the court's

4   ruling and that (check one):

5       ☐   The Court has waived the requirement set forth in LR 9021(b)(1).

6       ☐   No party appeared at the hearing or filed an objection to the motion.

7       ☒   I have delivered a copy of this proposed order to all counsel who appeared at the

8   hearing, and any unrepresented parties who appeared at the hearing, and each has approved or
disapproved the order, or failed to respond, as indicated below [list each party and whether the party

9   has approved, disapproved, or failed to respond to the document].

10       JARED DAY, US TRUSTEE
    Jared.A.Day@usdoj.gov          **APPROVED**/~~DISAPPROVED~~

11

12       ☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this
order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content

13   of the order.

14   Submitted by:

15   McDONALD CARANO LLP

16   By: */s/ Ryan J. Works*
    Ryan J. Works, Esq. (NSBN 9224)

17       Amanda M. Perach, Esq. (NSBN 12399)
    2300 West Sahara Avenue, Suite 1200

18       Las Vegas, Nevada 89102

19       John R. Ashmead, Esq.
    Robert J. Gayda, Esq.

20       Catherine V. LoTempio, Esq.
    Andrew J. Matott, Esq.

21       (*pro hac vice applications granted*)
    SEWARD & KISSEL LLP

22       One Battery Park Plaza
    New York, NY 10004

23

24       *Counsel for Official Committee*
    *of Unsecured Creditors*

25

26

27

28

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966