John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF AMENDED ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SEWARD & KISSEL LLP** |

PLEASE TAKE NOTICE that an *Amended Order Granting First Interim Application for Compensation and Reimbursement of Expenses of Seward & Kissel LLP* [ECF No. 1713] was entered in the above-captioned case on the 8th day of May, 2024, a copy of which is attached hereto.

4855-6049-3501.1

DATED this 8th day of May, 2024.

                              McDONALD CARANO LLP

By: */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
May 08, 2024
_____

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**AMENDED ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SEWARD & KISSEL LLP**<br><br>**(February 24, 2023 through November 30, 2023)**<br><br>Hearing Date: April 17, 2024<br>Hearing Time: 9:30 a.m. |

THIS MATTER came before the Court on a hearing of Seward & Kissel LLP's ("Seward & Kissel" or "Applicant") *First Interim Application for Compensation and Reimbursement of*

*Expenses of Seward & Kissel LLP* [ECF No. 1643] (the "Application") and the *Declaration of Robert J. Gayda, Esq. in Support of First Interim Application for Compensation and Reimbursement of Expenses of Seward & Kissel LLP* [ECF No. 1644]. Appearances were noted for the record. There were no oppositions to the Application. The Application requested an order approving and directing payment of incurred attorneys' fees totaling $2,098,460.25 and incurred costs of $26,367.55, for a total award of $2,124,827.80 to Seward & Kissel LLP for the period of February 24, 2023 through December 31, 2023 on an interim basis. The Court, having reviewed the above-referenced filings, proper notice having been given, the Court having made its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein pursuant to Fed. R. Civ. P. 52, as made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014, and now being fully advised of the circumstances, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The *First Interim Application for Compensation and Reimbursement of Expenses of Seward & Kissel LLP* [ECF No. 1643] is GRANTED.

2. Compensation in the amount of $2,098,460.25 for attorneys' fees incurred on behalf of the Committee[1] for the period February 24, 2023 through December 31, 2023 is hereby APPROVED on an interim basis.

3. Compensation in the amount of $26,367.55 for costs incurred on behalf of the Committee for the period of February 24, 2023 through December 31, 2023 is hereby APPROVED on an interim basis.

4. The Debtor are hereby authorized to tender to Seward & Kissel all fees and expenses remaining due to Seward & Kissel for the period of February 24, 2023 through December 31, 2023.

5. The Debtor reserve all rights to object to Seward & Kissel's final fee application.

**IT IS SO ORDERED.**

### #

---

[1] Terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

In accordance with LR 9021, counsel submitting this **AMENDED ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SEWARD & KISSEL LLP** certifies that the order accurately reflects the court's ruling and that (check one):

☐ The Court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document].

JARED DAY, US TRUSTEE
Jared.A.Day@usdoj.gov         **APPROVED**/~~DISAPPROVED~~

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:

McDONALD CARANO LLP

By: */s/ Ryan J. Works*
    Ryan J. Works, Esq. (NSBN 9224)
    Amanda M. Perach, Esq. (NSBN 12399)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102

    John R. Ashmead, Esq.
    Robert J. Gayda, Esq.
    Catherine V. LoTempio, Esq.
    Andrew J. Matott, Esq.
    (*pro hac vice applications granted*)
    SEWARD & KISSEL LLP
    One Battery Park Plaza
    New York, NY 10004

    *Counsel for Official Committee
    of Unsecured Creditors*

3