BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         jmcpherson@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING PROVINCE, LLC'S FIRST INTERIM FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM FEBRUARY 7, 2023 THROUGH DECEMBER 31, 2023** |

**PLEASE TAKE NOTICE** that on the 16th day of May 2024, the Court entered an *Order Granting Province's First Interim Application for Compensation and Reimbursement of Expenses for the Interim Fee Period from February 7, 2023 to December 31, 2023* [ECF No. 1721], a copy of which is attached hereto.

Dated this 16th day of May 2024.

**FOX ROTHSCHILD LLP**

By:   */s/Jeanette E. McPherson*
       JEANETTE E. MCPHERSON, ESQ.
       Nevada Bar No. 5423
       1980 Festival Plaza Drive, Suite 700
       Las Vegas, Nevada 89135
       *Counsel for Debtor*

1

158605900.1



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
May 16, 2024

_____

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       jmcpherson@foxrothschild.com
       nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER GRANTING PROVINCE, LLC'S FIRST INTERIM FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM FEBRUARY 7, 2023 THROUGH DECEMBER 31, 2023**<br><br>Hearing Date: May 15, 2024<br>Hearing Time: 9:30 a.m. |

158556750.1

1

This Court, having reviewed and considered *Province's First Interim Application for Compensation and Reimbursement of Expenses for the Interim Fee Period from February 7, 2023 to December 31, 2023* [Docket No. 1660] (the "First Interim Compensation Application"),[1] all other pleadings and evidence submitted in connection with the First Interim Compensation Application, *the Supplemental Declaration of Dan Moses in Support of the First Interim Compensation Application* [ECF No. 1690], and Debtor having appeared through its counsel, Fox Rothschild, LLP, and all other appearances having been noted on the record; no oppositions having been filed, and the oral arguments of record made by counsel for Debtor at the hearing held on May 15, 2024; the Court hereby finds that notice of the First Interim Compensation Application was good and sufficient as provided, that the compensation requested in the First Interim Compensation Application is reasonable and necessary with respect to time spent and amounts requested, and with all other findings set forth in the record at the hearing noted above incorporated herein, pursuant to Rule 52 of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rule 7052 of the Federal Rules of Bankruptcy Procedure; and for good cause appearing,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1. Subject to the terms set forth below, the First Interim Compensation Application filed by Province, LLC is APPROVED in its entirety.

2. Pursuant to its agreement with the United States Trustee, Province shall take a voluntary reduction in fees in the amount of $6,909. See Docket No. 1684.

3. Debtor is hereby authorized to pay to Province the sum of $2,357,674.44 in professional fees and $9,234.04 in expenses for a total award of $2,366,908.48.

///

///

///

///

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the First Interim Compensation Application.

158556750.1

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: */s/Jeanette E. McPherson*
   JEANETTE E. MCPHERSON, ESQ.
   Nevada Bar No. 5423
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
   *Counsel for Debtor*

**APPROVED**:

**OFFICE OF THE UNITED STATES TRUSTEE**

By: */s/Jared A. Day*
   Jared A. Day, Trial Attorney
   for United States Trustee,
   Tracy Hope Davis

~~APPROVED/DISAPPROVED/WAIVED~~:

**McDONALD CARANO LLP**

By: */s/ Waived*
   Ryan J. Works, Esq. (NSBN 9224)
   Amanda M. Perach, Esq. (NSBN 12399)
   2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102

   SEWARD & KISSEL LLP
   John R. Ashmead, Esq.
   Robert J. Gayda, Esq.
   Catherine V. LoTempio, Esq.
   Andrew J. Matott, Esq.
   *Admitted pro hac vice*
   One Battery Park Plaza
   New York, NY 10004
   *Counsel for Official Committee*
   *of Unsecured Creditors*

158556750.1

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| | |
|---|---|
| Jared A. Day, Trial Attorney<br>Office of the United States Trustee | **APPROVED** |
| Ryan J. Works, Esq.<br>McDonald Carano LLP | **WAIVED** |

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### ###

4

158556750.1