**Cash Cloud, Inc**
**Balance Sheet**

| | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Jan-24 | Feb-24 | Mar-24 |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| **Current Assets** | | | | | | | |
| **Actual Bank Balances** | | | | | | | |
| 10302 - Commercial Bank - AP (3833) | 180 | 20 | 20 | (10) | 25 | 60 | 2,595,368 [1] |
| 10301 - Commercial Bank - Main (3844) | 280,034 | 55,021 | 225,180 | 202,308 | 438,690 | 587,709 | 381,148 |
| 10304 - Commercial Bank - BTC (3855) | 38,547 | 230,685 | 205,194 | 11,109 | 9,521 | 9,114 | 9,079 |
| 10303 - Commercial Bank - Payroll (3866) | 69,064 | 39,029 | 12,962 | 5,133 | 6,690 | 13,062 | 209 |
| 10311 - People First - Main (6240) | 199,290 | 323,842 | 170,361 | 169,854 | 169,854 | 169,854 | 169,854 |
| 10310 - People First - Trust (1752) | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| **Total Bank** | $ 587,215 | $ 648,697 | $ 613,817 | $ 388,494 | $ 624,880 | $ 779,899 | $ 3,155,757 |
| Machine and Other Balances | 781,107 | 781,107 | 646,705 | 646,705 | 422,456 | 241,609 | 241,609 |
| **Total Cash** | $ 1,368,321 | $ 1,429,803 | $ 1,260,521 | $ 1,035,199 | $ 1,047,336 | $ 1,021,508 | $ 3,397,366 |
| **Accounts Receivable** | | | | | | | |
| 12103 - Due To/From - CM | 716,057 | 716,057 | 716,057 | 716,057 | 716,057 | 716,057 | 716,057 |
| **Total Accounts Receivable** | $ 716,057 | $ 716,057 | $ 716,057 | $ 716,057 | $ 716,057 | $ 716,057 | $ 716,057 |
| **Other Current Asset** | | | | | | | |
| 30001 - Software Sale Note Receivable | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 |
| **Total Other Current Asset** | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 |
| **Total Current Assets** | $ 3,584,378 | $ 3,645,860 | $ 3,476,578 | $ 3,251,255 | $ 3,263,393 | $ 3,237,565 | $ 5,613,423 |
| **Fixed Assets** | | | | | | | |
| 15105 - BTM - Machine Brazil | 213,295 | 213,295 | 213,295 | 213,295 | 213,295 | 213,295 | 213,295 |
| 15202 - Computer Equipment | 59,077 | 59,077 | 59,077 | 59,077 | 59,077 | 59,077 | 59,077 |
| 15203 - Equipment & Furniture | 195,326 | 195,326 | 195,326 | 195,326 | 195,326 | 195,326 | 195,326 |
| 16105 - AD - BTM - Machine Brazil | (91,713) | (91,713) | (91,713) | (91,713) | (91,713) | (91,713) | (91,713) |
| 16202 - AD - Computer Equipment | (14,757) | (14,757) | (14,757) | (14,757) | (14,757) | (14,757) | (14,757) |
| 16203 - AD - Office Equipment & Furniture | (112,382) | (112,382) | (112,382) | (112,382) | (112,382) | (112,382) | (112,382) |
| **Total Fixed Assets** | $ 248,845 | $ 248,845 | $ 248,845 | $ 248,845 | $ 248,845 | $ 248,845 | $ 248,845 |
| **Other Assets** | | | | | | | |
| 18001 - Deposit LT - Rent | - | - | - | - | - | - | - |
| 18301 - Web Domain Names | - | - | - | - | - | - | - |
| 18501 - Investment in Subsidiary - Brazil | 42,951 | 42,951 | 42,951 | 42,951 | 42,951 | 42,951 | 42,951 |
| 18502 - Advances - Brazil (Intercompany receivable/payable) | 503,681 | 503,681 | 503,681 | 503,681 | 503,681 | 503,681 | 503,681 |
| **Total Other Assets** | $ 546,632 | $ 546,632 | $ 546,632 | $ 546,632 | $ 546,632 | $ 546,632 | $ 546,632 |
| **Total ASSETS** | $ 4,379,854 | $ 4,441,336 | $ 4,272,054 | $ 4,046,732 | $ 4,058,869 | $ 4,033,041 | $ 6,408,899 |

**Balance Sheet**

| | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Jan-24 | Feb-24 | Mar-24 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES & EQUITY** | | | | | | | |
| **Current Liabilities** | | | | | | | |
| **Accounts Payable** | | | | | | | |
| 20001 - AP - Trade | 6,647,254 | 6,647,254 | 6,647,254 | 6,647,254 | 6,647,254 | 6,647,254 | 6,647,254 |
| 20004 - AP - Other Payables | 5,184 | 5,154 | 5,154 | 5,154 | 5,154 | 5,154 | 5,154 |
| 20005 - AP - Interest Payable, Equipment Leasing, Building Rent | 8,891,400 | 8,891,400 | 8,891,400 | 8,891,400 | 8,891,400 | 8,891,400 | 8,891,400 |
| 20011 - AP - Host Pay - Checks | 1,438,107 | 1,438,107 | 1,438,107 | 1,438,107 | 1,438,107 | 1,438,107 | 1,438,107 |
| 20012 - AP - Host Pay - ACH | 5,768,907 | 5,768,907 | 5,768,907 | 5,768,907 | 5,768,907 | 5,768,907 | 5,768,907 |
| 20013 - AP - Host Pay - Other | 60,437 | 60,437 | 60,437 | 60,437 | 60,437 | 60,437 | 60,437 |
| 20015 - AP - Commission | 17,546 | 17,546 | 17,546 | 17,546 | 17,546 | 17,546 | 17,546 |
| 20016 - AP - BTC | 83,038 | 83,038 | 83,038 | 83,038 | 83,038 | 83,038 | 83,038 |
| 20031 - AP - Construction | 8,544,980 | 8,544,980 | 8,544,980 | 8,544,980 | 8,544,980 | 8,544,980 | 8,544,980 |
| 20101 - Post Bankruptcy filing AP - Trade | 341,915 | 341,915 | 341,915 | 341,915 | 341,915 | 341,915 | 341,915 |
| 20104 - Post Bankruptcy filing AP - Other Payables | 773,648 | 773,648 | 773,648 | 773,648 | 773,648 | 773,648 | 773,648 |
| 20111 - Post Bankruptcy filing AP - Host Pay - Checks | 137,064 | 137,064 | 137,064 | 137,064 | 137,064 | 137,064 | 137,064 |
| 20112 - Post Bankruptcy filing AP - Host Pay - ACH | 446,939 | 446,939 | 446,939 | 446,939 | 446,939 | 446,939 | 446,939 |
| 20113 - Post Bankruptcy filing AP - Host Pay - Other | 5,660 | 5,660 | 5,660 | 5,660 | 5,660 | 5,660 | 5,660 |
| 20116 - Post Bankruptcy filing AP - BTC | 20,976 | 20,976 | 20,976 | 20,976 | 20,976 | 20,976 | 20,976 |
| 20199 - AP - Old | 743,452 | 743,452 | 743,452 | 743,452 | 743,452 | 743,452 | 743,452 |
| **Total Accounts Payable** | $ 33,926,506 | $ 33,926,476 | $ 33,926,476 | $ 33,926,476 | $ 33,926,476 | $ 33,926,476 | $ 33,926,476 |
| **Credit Card** | | | | | | | |
| 20201 - Amex - 83006 | 424,230 | 424,230 | 424,230 | 424,230 | 424,230 | 424,230 | 424,230 |
| **Total Credit Card** | $ 424,230 | $ 424,230 | $ 424,230 | $ 424,230 | $ 424,230 | $ 424,230 | $ 424,230 |
| **Other Current Liability** | | | | | | | |
| 21001 - Payroll - Payable | (13,719) | (13,719) | (13,719) | (13,719) | (13,719) | (13,719) | (13,719) |
| 21002 - Payroll - Deferred | 301,538 | 301,538 | 301,538 | 301,538 | 301,538 | 301,538 | 301,538 |
| 21113 - State Taxes Payable - NV MBT | 37,878 | 37,878 | 37,878 | 37,878 | 37,878 | 37,878 | 37,878 |
| 21202 - HSA Payable | 14,947 | 15,097 | 15,097 | 15,097 | 15,097 | 15,097 | 15,097 |
| 21203 - Health Ins Payable | 3,388 | 4,241 | 4,908 | 5,576 | 6,171 | 6,171 | 6,171 |
| 21204 - Dental/Vision Ins Payable | 1,934 | 2,044 | 2,133 | 2,221 | 2,221 | 2,221 | 2,221 |
| 22001 - Accrueds | 243,607 | 243,607 | 243,607 | 243,607 | 243,607 | 243,607 | 243,607 |
| 22111 - Accrued Interest | 46,236 | 46,236 | 46,236 | 46,236 | 46,236 | 46,236 | 46,236 |
| 23102 - Note Payable Current - Genesis | 107,929,632 | 107,929,632 | 107,929,632 | 107,929,632 | 107,929,632 | 107,929,632 | 107,929,632 |
| 23103 - Secured Note - Genesis | 7,784,780 | 7,784,780 | 7,784,780 | 7,784,780 | 7,784,780 | 7,784,780 | 7,784,781 |
| 23104 - Note Payable Current - DIP | 646,378 | 646,378 | 646,378 | 646,378 | 646,378 | 646,378 | 646,378 |
| 23206 - Note Payable Current - Enigma | 6,875,094 | 6,875,094 | 6,875,094 | 6,875,094 | 6,875,094 | 6,875,094 | 6,875,094 |
| **Total Other Current Liability** | $ 123,871,693 | $ 123,872,807 | $ 123,873,562 | $ 123,874,318 | $ 123,874,914 | $ 123,874,914 | $ 123,874,915 |
| **Total Current Liabilities** | $ 158,222,429 | $ 158,223,513 | $ 158,224,268 | $ 158,225,024 | $ 158,225,620 | $ 158,225,620 | $ 158,225,621 |
| **Long Term Liabilities** | | | | | | | |
| 27103 - Note Payable NC - EZ | 1,919,929 | 1,919,929 | 1,919,929 | 1,919,929 | 1,919,929 | 1,919,929 | 1,919,929 |
| 27121 - Lease Capital Liab - AV Tech | 1,215,623 | 1,215,623 | 1,215,623 | 1,215,623 | 1,215,623 | 1,215,623 | 1,215,623 |
| 27201 - Note Payable NC - CM | 1,252,424 | 1,252,424 | 1,252,424 | 1,252,424 | 1,252,424 | 1,252,424 | 1,252,424 |
| 27204 - Note Payable NC - LF | 104,758 | 104,758 | 104,758 | 104,758 | 104,758 | 104,758 | 104,758 |
| **Total Long Term Liabilities** | $ 4,492,734 | $ 4,492,734 | $ 4,492,734 | $ 4,492,734 | $ 4,492,734 | $ 4,492,734 | $ 4,492,734 |
| **Total LIABILITIES** | $ 162,715,163 | $ 162,716,247 | $ 162,717,002 | $ 162,717,758 | $ 162,718,354 | $ 162,718,354 | $ 162,718,355 |

*Note:* These financials reflect the state of the Debtor's current books and records to the best of its ability. Certain periods have not been finalized as the Debtor has terminated and overwhelming majority of its staff including its accounting and finance teams.

*Note:* The Debtor reserves all rights to further amend, modify, or supplement this operating report as appropriate.

1) Includes proceeds from sale escrow.

1) Includes disputed amounts from sale surcharge.




Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

```
Cash Cloud INC
DBA Coin Cloud
Accounts Payable                                  VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                                    ■3833
LAS VEGAS NV   89135
                                                  02/29/24 THRU 03/31/24

                                                                   PAGE   1

==============================================================================
              VIRTUAL  CURRENCY  CHECKING        ■3833
==============================================================================
          DESCRIPTION          DEBITS       CREDITS    DATE        BALANCE

BALANCE LAST STATEMENT................................ 02/29/24        60.00
Escrow Transfer                              195,338.00 03/07/24   195,398.00
Escrow Transfer                              200,000.00 03/07/24   395,398.00
Escrow Transfer                              200,000.00 03/07/24   595,398.00
Escrow Transfer                              200,000.00 03/07/24   795,398.00
Escrow Transfer                              200,000.00 03/07/24   995,398.00
Escrow Transfer                              200,000.00 03/07/24 1,195,398.00
Escrow Transfer                              200,000.00 03/07/24 1,395,398.00
Escrow Transfer                              200,000.00 03/07/24 1,595,398.00
Escrow Transfer                              200,000.00 03/07/24 1,795,398.00
Escrow Transfer                              200,000.00 03/07/24 1,995,398.00
Escrow Transfer                              200,000.00 03/07/24 2,195,398.00
Escrow Transfer                              200,000.00 03/07/24 2,395,398.00
Escrow Transfer                              200,000.00 03/07/24 2,595,398.00
ACH MONTHLY SERVICE FEE         30.00                   03/29/24 2,595,368.00
BALANCE THIS STATEMENT................................ 03/31/24 2,595,368.00

TOTAL CREDITS       (13)    2,595,338.00
TOTAL DEBITS         (1)           30.00

          - - - - - - - - - A V E R A G E    B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:     2,093,071.61

----------------End-of-Statement-for-above-Account---------------
```



**The Commercial Bank**
Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

```
Cash Cloud INC
DBA Coin Cloud
General Account                              VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                         ▮3844
LAS VEGAS NV   89135
                                             02/29/24 THRU 03/31/24

                                                              PAGE   1

===============================================================================
             VIRTUAL CURRENCY CHECKING           ▮3844
===============================================================================
         DESCRIPTION         DEBITS        CREDITS     DATE        BALANCE

BALANCE LAST STATEMENT.............................  02/29/24      587,708.54
INCOMING WIRE                             2,595,338.00 03/01/24   3,183,046.54
OUTGOING WIRE              175,000.00                  03/01/24   3,008,046.54
PPD THE GUARDIAN MAR GP INS CASH CLOUD INC. DBA CO
                               120.89                  03/01/24   3,007,925.65
*2925 POS POSTAL PROS LV 11700 W CHARLESTON LAS VEGAS NV
                                23.00                  03/04/24   3,007,902.65
*2925 POS PY *408.MORNINGSTAR ST 1650 W HORIZON RIDGE PK HENDERSON NV
                               415.00                  03/04/24   3,007,487.65
CCD QUARTERLY FEE PAYMENT 0000
                            18,748.53                  03/04/24   2,988,739.12
CCD GOOGLE APPS_COMME US003ZKBEQ
                             4,999.20                  03/05/24   2,983,739.92
OUTGOING WIRE               25,000.00                  03/06/24   2,958,739.92
Escrow Transfer            195,338.00                  03/07/24   2,763,401.92
Escrow Transfer            200,000.00                  03/07/24   2,563,401.92
Escrow Transfer            200,000.00                  03/07/24   2,363,401.92
Escrow Transfer            200,000.00                  03/07/24   2,163,401.92
Escrow Transfer            200,000.00                  03/07/24   1,963,401.92
Escrow Transfer            200,000.00                  03/07/24   1,763,401.92
Escrow Transfer            200,000.00                  03/07/24   1,563,401.92
Escrow Transfer            200,000.00                  03/07/24   1,363,401.92
Escrow Transfer            200,000.00                  03/07/24   1,163,401.92
Escrow Transfer            200,000.00                  03/07/24     963,401.92
Escrow Transfer            200,000.00                  03/07/24     763,401.92
Escrow Transfer            200,000.00                  03/07/24     563,401.92
Escrow Transfer            200,000.00                  03/07/24     363,401.92
payroll                     15,000.00                  03/13/24     348,401.92
CCD BankLine Corpora ConsultFee 589802184
                             8,022.31                  03/19/24     340,379.61
*2925 POS ADOBE *800-833-6687 345 PARK AVE ADOBE.LY-ENUS CA
                                19.99                  03/25/24     340,359.62
WIRE                                         42,288.00 03/26/24     382,647.62
OUTGOING WIRE                1,499.90                  03/27/24     381,147.72
BALANCE THIS STATEMENT.............................  03/31/24     381,147.72

TOTAL CREDITS       (2)    2,637,626.00
TOTAL DEBITS       (24)    2,844,186.82

          - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

                    * * *   C O N T I N U E D   * * *
```



Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

```
Cash Cloud INC
DBA Coin Cloud
General Account                         VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                              ■3844
LAS VEGAS NV  89135
                                             02/29/24 THRU 03/31/24

                                                       PAGE   2

===============================================================================
                  VIRTUAL  CURRENCY  CHECKING       ■3844
===============================================================================
AVERAGE LEDGER BALANCE:         867,640.08

----------------End-of-Statement-for-above-Account---------------
```




Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

```
Cash Cloud INC
DBA Coin Cloud
Exchange Focused Account                   VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441                       ■3855
LAS VEGAS NV   89135
                                           02/29/24 THRU 03/31/24

                                                               PAGE   1


===============================================================================
              VIRTUAL  CURRENCY  CHECKING       ■3855
===============================================================================
           DESCRIPTION              DEBITS      CREDITS    DATE         BALANCE

BALANCE LAST STATEMENT.............................. 02/29/24         9,114.25
PPD LEADBANKSELFLEND PAYMENTS CASH CLOUD INC
                                     35.00                03/01/24    9,079.25
BALANCE THIS STATEMENT.............................. 03/31/24         9,079.25

TOTAL CREDITS        (0)          0.00
TOTAL DEBITS         (1)         35.00

         - - - - - - - - - A V E R A G E    B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:         9,079.25

----------------End-of-Statement-for-above-Account---------------
```



```
                    Post Office Box 306
                    Crawford, Georgia 30630
                        706-743-8184
                    www.thecommercialbank.net




        Cash Cloud INC
        DBA Coin Cloud
        Payroll Account                         VIRTUAL CURRENCY CHECKING
        11700 W CHARLESTON STE 170 #441                             3866
        LAS VEGAS NV   89135
                                                02/29/24 THRU 03/31/24


                                                                PAGE   1


===============================================================================
                VIRTUAL CURRENCY CHECKING          3866
===============================================================================
           DESCRIPTION         DEBITS       CREDITS    DATE         BALANCE

BALANCE LAST STATEMENT..............................  02/29/24     13,062.42
payroll                                   15,000.00   03/13/24     28,062.42
OUTGOING WIRE                13,683.01                03/13/24     14,379.41
CCD NETSUITE INC FUNDING CA251-G
                                550.00                03/14/24     13,829.41
OUTGOING WIRE                13,395.81                03/25/24        433.60
OUTGOING WIRE                   225.00                03/26/24        208.60
BALANCE THIS STATEMENT..............................  03/31/24        208.60

TOTAL CREDITS         (1)    15,000.00
TOTAL DEBITS          (4)    27,853.82

          - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:       10,481.84

----------------End-of-Statement-for-above-Account---------------
```