Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**COMBINED THIRTEENTH AND FOURTEENTH MONTHLY FEE STATEMENT OF MCDONALD CARANO LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2024, THROUGH APRIL 30, 2024**<br><br>McDonald Carano LLP, Counsel to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>March 1, 2024, through April 30, 2024<br><br>$3,552.00 (80% of $4,440.00)<br><br>$141.16 (100% of expenses) |

McDonald Carano LLP ("McDonald Carano" or the "Applicant"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Thirteenth Interim Monthly Fee Statement (the "Thirteenth Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing March 1, 2024, through March 31, 2024 (the "Thirteenth Interim Fee Period") and its Fourteenth Interim Monthly Fee Statement (the "Fourteenth Fee Statement," together with the Thirteenth Fee Statement the "Combined Thirteenth and Fourteenth Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing April 1, 2024, through April 30, 2024 (the "Fourteenth Interim Fee Period," together with the Thirteenth Interim Fee Period the "Combined Thirteenth and Fourteenth Fee Periods") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, McDonald Carano requests allowance and payment of $3,552.00 (representing 80% of the $4,440.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $141.16 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by McDonald Carano during the Combined Thirteenth and Fourteenth Fee Periods.

Attached hereto as **Exhibit 1** is the name of each professional at McDonald Carano who performed services for the Committee in connection with these Chapter 11 Cases during the Combined Thirteenth and Fourteenth Fee Periods covered by this Combined Thirteenth and Fourteenth Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Combined Thirteenth and Fourteenth Fee Periods by task. Attached hereto as **Exhibit 3** are the detailed time entries and expenses for the Combined Thirteenth and Fourteenth Fee Periods (invoices for the period March 1, 2024, through April 30, 2024) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Combined Thirteenth and Fourteenth Fee Periods. McDonald Carano reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the Interim Compensation Procedures Order, objections to this Combined Thirteenth and Fourteenth Fee Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

DATED this 22nd day of May 2024.

McDONALD CARANO LLP

By: */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee of Unsecured Creditors*

# Exhibit 1

**COMPENSATION BY PROFESSIONAL FOR FEE PERIOD**

| Name | Position | Admission Year | Rate | Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Works, Ryan | Partner | 2004 | $ 650.00 | 2.70 | $ 1,755.00 |
| Grubb, Brian | Paralegal | | $ 300.00 | 2.20 | $ 660.00 |
| Surowiec, Karen | Paralegal | | $ 225.00 | 9.00 | $ 2,025.00 |
| **Total** | | | | **13.90** | **$ 4,440.00** |

# Exhibit 2

**COMPENSATION BY MATTER**

| Matter Description | Hours Billed | Total Compensation |
|---|---|---|
| Case Administration (B110) | 9.00 | $2,025.00 |
| Fee/Employment Applications (B160) | 3.20 | $1,310.00 |
| Litigation Adversary Cases (LAC) | 1.70 | $1,105.00 |
| **Total =** | **13.90** | **$4,440.00** |

# Exhibit 3

# McDONALD CARANO
### YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee  
DO NOT MAIL  
DO NOT MAIL  
McDonald Carano LLP c/o Ryan J. Works  
2300 West Sahara Avenue, Suite 1200  
Las Vegas, NV  89102

Invoice No. 12480961  
April 12, 2024

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2024:

**Re:** **Client.Matter: 32568 - 1**  
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**  
**EMAIL INVOICES**

_____

## ACCOUNT SUMMARY

| | |
|---|---:|
| Balance Forward as of Previous Invoice | $ 93,318.29 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 93,318.29 |

## CURRENT INVOICE

| | |
|---|---:|
| Total Professional Services | $ 3,340.00 |
| Total Expenses | $ 44.05 |
| Total This Invoice | $ 3,384.05 |

**TOTAL BALANCE NOW DUE** — **$ 96,702.34**

# McDONALD CARANO LLP

_____

Invoice No. 12480961
April 12, 2024

Re:   Client.Matter: 32568 - 1
      **IN RE CASH CLOUD, INC. DBA COIN CLOUD**
      **EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 3/14/24 | KS | B110 | | Revise Seward Kissel's first interim application for compensation; prepare declaration re same; finalize Mcdonald Carano's first interim application for compensation; finalize Ryan Works declaration re same | 6.50 | 1,462.50 |
| 3/15/24 | RJW | B160 | | Review, approve in final and cause to file first interim applications for compensation of counsel to the official committee of unsecured creditors - McDonald Carano LLP and Seward & Kissell | .50 | 325.00 |
| 3/15/24 | RJW | LAC | | Several emails and calls re disputes within discovery scheduling order, address same and cause to file and serve | .50 | 325.00 |
| 3/15/24 | KS | B110 | | Revise declaration of Robert Gayda; finalize Seward Kissel's first interim application for compensation | 2.50 | 562.50 |
| 3/15/24 | BAG | B160 | | Receive, review, and finalize Seward & Kissel's eleventh fee statement; draft certificates of no objection re Seward & Kissel's tenth fee statement and McDonald Carano's eleventh fee statement | .70 | 210.00 |
| 3/21/24 | RJW | LAC | | Prepare shell discovery requests for adversary case and forward to co-counsel | .50 | 325.00 |
| 3/27/24 | RJW | LAC | | Call and email with Laura Miller re preparation for status check and scheduling conference tomorrow in McAlary adversary | .20 | 130.00 |

| Current Professional Services | | | | | | $ 3,340.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Karen Surowiec | Paralegal | 225.00 | 9.00 | 2,025.00 | .00 |
| Brian Grubb | Paralegal | 300.00 | .70 | 210.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 1.70 | 1,105.00 | .00 |
| Total | | | 11.40 | $ 3,340.00 | $ .00 |

2

# McDONALD CARANO LLP

_____

Invoice No. 12480961
April 12, 2024

**EXPENSES**

| Description | Amount |
|---|---|
| Postage | 17.55 |
| Copying | 26.50 |
| **Current Expenses** | **$ 44.05** |

| | |
|---|---|
| TOTAL THIS INVOICE | $ 3,384.05 |

3

# McDONALD CARANO LLP

_____

Invoice No. 12480961
April 12, 2024

**INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |

Outstanding Balance                                       $ 93,318.29
Current Invoice                                           $ 3,384.05

**TOTAL BALANCE DUE**                                     **$ 96,702.34**

# McDONALD CARANO
## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

Invoice No. 12480961
April 12, 2024

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2024:

**Re:**   **Client.Matter: 32568 - 1**
         **IN RE CASH CLOUD, INC. DBA COIN CLOUD**

---

| | |
|---|---:|
| Balance Due This Invoice | $ 3,384.05 |
| Balance Outstanding | $ 93,318.29 |
| **TOTAL BALANCE DUE** | **$ 96,702.34** |

---

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**           McDonald Carano LLP
Please return this page with payment               P.O. Box 2670
                                                    Reno, Nevada 89505

**For payment by wire or ACH:**                     Nevada State Bank
Please email wire confirmation to                   1 West Liberty Street
accounting@mcdonaldcarano.com                      Reno, Nevada 89501
                                                    McDonald Carano LLP
                                                    Account No. 0542004190
                                                    Routing No. 122400779
                                                    Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:**   www.mcdonaldcarano.com/online-payments/

**PAYMENT IS DUE UPON RECEIPT**

mcdonaldcarano.com

2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100

100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000
Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505

MERITAS

# McDONALD CARANO
### YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee  
DO NOT MAIL  
DO NOT MAIL  
McDonald Carano LLP c/o Ryan J. Works  
2300 West Sahara Avenue, Suite 1200  
Las Vegas, NV  89102

Invoice No. 12481625  
May 17, 2024

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2024:

Re:   Client.Matter: 32568 - 1  
      IN RE CASH CLOUD, INC. DBA COIN CLOUD  
      EMAIL INVOICES

___

## ACCOUNT SUMMARY

| | |
|---|---:|
| Balance Forward as of Previous Invoice | $ 96,702.34 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 96,702.34 |

## CURRENT INVOICE

| | |
|---|---:|
| Total Professional Services | $ 1,100.00 |
| Total Expenses | $ 97.11 |
| Total This Invoice | $ 1,197.11 |

**TOTAL BALANCE NOW DUE**           **$ 97,899.45**

# McDONALD CARANO LLP

---

Invoice No. 12481625
May 17, 2024

**Re:   Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 4/07/24 | BAG | B160 | | Review prior fee statements and certificate of no objections for McDonald Carano and Seward Kissel to ensure all have been filed timely (.7); finalize Seward Kissel's twelfth Fee Statement (.1); draft certificate of no objection re Seward Kissel's eleventh fee statement (.2); draft McDonald Carano's twelfth fee statement (.5) | 1.50 | 450.00 |
| 4/17/24 | RJW | B160 | | Prepare for and attend hearing on applications for compensation | .50 | 325.00 |
| 4/26/24 | RJW | | LAC | Emails and call with Bob Gayda re status, update and strategy going forward in litigation of adversary with Christopher McAlary | .50 | 325.00 |

| | |
|---|---|
| Current Professional Services | $ 1,100.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Brian Grubb | Paralegal | 300.00 | 1.50 | 450.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 1.00 | 650.00 | .00 |
| Total | | | 2.50 | $ 1,100.00 | $ .00 |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| | Copying | .75 |
| 4/19/24 | Mileage, Beth Roe | 5.36 |
| | Color Copies | 91.00 |

| | |
|---|---|
| Current Expenses | $ 97.11 |
| TOTAL THIS INVOICE | $ 1,197.11 |

2

# McDONALD CARANO LLP

_____

Invoice No. 12481625
May 17, 2024

**INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |

Outstanding Balance                                            $ 96,702.34
Current Invoice                                                 $ 1,197.11

**TOTAL BALANCE DUE**                                          **$ 97,899.45**

**McDONALD CARANO**
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee  
DO NOT MAIL  
DO NOT MAIL  
McDonald Carano LLP c/o Ryan J. Works  
2300 West Sahara Avenue, Suite 1200  
Las Vegas, NV  89102

Invoice No. 12481625  
May 17, 2024

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2024:

**Re:** Client.Matter: 32568 - 1  
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---:|
| Balance Due This Invoice | $ 1,197.11 |
| Balance Outstanding | $ 96,702.34 |
| **TOTAL BALANCE DUE** | **$ 97,899.45** |

To Ensure Proper Credit Refer to Matter No. 32568 - 1

**All Checks should be made payable to:**  
Please return this page with payment

McDonald Carano LLP  
P.O. Box 2670  
Reno, Nevada 89505

**For payment by wire or ACH:**  
Please email wire confirmation to  
accounting@mcdonaldcarano.com

Nevada State Bank  
1 West Liberty Street  
Reno, Nevada 89501  
McDonald Carano LLP  
Account No. 0542004190  
Routing No. 122400779  
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:**  www.mcdonaldcarano.com/online-payments/

**PAYMENT IS DUE UPON RECEIPT**

mcdonaldcarano.com  
2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100  
100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000  
Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505

MERITAS