BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone:  (702) 262-6899
Facsimile:  (702) 597-5503
Email:        baxelrod@foxrothschild.com
                   nkoffroth@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>　　　　　　　　　Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**PROVINCE, LLC'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM APRIL 1, 2024 THROUGH APRIL 30, 2024**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

　　　　Province, LLC ("Province"), financial advisor to the Cash Cloud, Inc. (the "Debtor"), debtor and debtor-in-possession in the above-captioned case (the "Chapter 11 Case"), hereby submits this *Monthly Fee Statement for Services Rendered and Expenses Incurred for the Period from April 1, 2024 Through April 30, 2024* (the "Statement"), pursuant to the *Final Order Authorizing Retention and Employment of Province, LLC as Financial Advisor, Effective as of the Petition Date* [ECF No. 223] and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

1

159230857.1

In support of this Statement, Province respectfully represents as follows:

1. Province hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's financial advisor during the period from April 1, 2024 through April 30, 2024 (the "Statement Period").

2. Province seeks allowance and payment of interim compensation for fees in the amount of $11,037.60, representing 80% of the $13,797.00 in fees incurred for services rendered during the Statement Period, plus reimbursement of $0.00, representing 100% of the expenses incurred during the Statement Period, for a total award of $11,037.60 for the Statement Period.

3. Attached hereto as **Exhibit A** is the name of each timekeeper who performed services in connection with the Chapter 11 Case during the Statement Period, and the hourly rate for each such timekeeper.

4. Attached hereto as **Exhibit B** is a task code summary.

5. Attached hereto as **Exhibit C** is a detailed invoice of time expended by the timekeepers who performed services during the Statement Period and of the expenses paid during the Statement Period.

6. On the same date this Statement was filed, Province served a copy of this Statement via electronic mail/notice on the following parties (each a "Notice Party," and collectively, the "Notice Parties"):

    i. Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

    ii. Fox Rothschild, LLC, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

    iii. United States Trustee Tracey Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

    iv. Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

159230857.1

    v.    Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com; counsel to DIP lender CKDL Credit, LLC;

    vi.    Morrison & Foerster LLO, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

    vii.    Clearly Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

7. Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "Objection Deadline"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

8. If no objections are raised on or before the Objection Deadline, Province shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Province an amount equal to 80% of the fees and 100% of the expenses incurred during the period covered by this Statement.

9. If an objection is properly filed before the Objection Deadline, Province shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "Undisputed Fees" and "Undisputed Expenses"), after which the Debtor shall be authorized to pay to Province an amount equal to 80% of the Undisputed Fees and 100% of the Undisputed Expenses incurred during the period covered by this Statement.

10. Province acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses. At the conclusion of the Chapter 11 Case, Province

159230857.1

will seek final allowance of the fees charged and expenses incurred for the entirety of the Chapter 11 Case, and any interim fees and expenses received during the curse of the Chapter 11 Case will be credited against such fees and expenses that are allowed on a final basis.

11. Neither Province nor any member of Province has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of Province, any portion of the fees or expenses to be awarded pursuant to this Statement.

DATED: May 30, 2024                    PROVINCE, LLC

By: */s/ Daniel Moses*
Daniel Moses
2360 Corporate Circle, Suite 340
Henderson, Nevada 89074
Telephone: (702) 685-5555
Email: dmoses@provincefirm.com

*Financial Advisor to Debtor*

Submitted By:

**FOX ROTHSCHILD LLP**

By:   */s/Brett A. Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

4

159230857.1

# EXHIBIT A

## Summary of Province Professionals and Paraprofessionals

April 1, 2024 through April 30, 2024

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tanner James | Vice President - Corporate restructuring. | $630 | 2.6 | $1,638.00 |
| Spencer Stires | Associate - Quantitative finance and programming. | $480 | 23.7 | $11,376.00 |
| | Subtotal | | 26.3 | $13,014.00 |
| | Blended Rate for Professionals | $494.83 | | |
| Para Professionals | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| Eric Mattson | Matter Managers | $270 | 1.8 | $486.00 |
| Laura Conn | Matter Administrator | $270 | 1.1 | $297.00 |
| | Subtotal | | 2.9 | $783.00 |
| | | | Fee Statement Hours | Total Compensation |
| | Grand Total | | 29.2 | $13,797.00 |
| | Blended Rate for All Billers | $472.50 | | |

5

159230857.1

**EXHIBIT B**

**Task Code Summary**

April 1, 2024 through April 30, 2024

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis / Operations | 26.3 | $13,014.00 |
| Fee / Employment Applications | 2.9 | $783.00 |
| **Grand Total** | **29.2** | **$13,797.00** |

159230857.1

**EXHIBIT C**

**Invoice**

April 1, 2024 through April 30, 2024

7

159230857.1

**Province, LLC**

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 5/17/2024
**INVOICE NO:** 95390
**BILLING THROUGH:** 4/30/2024

**Coin Cloud - FA 2**                                          Managed By: Daniel L Moses

**INVOICE SUMMARY**

**PROFESSIONAL SERVICES**

| EMPLOYEE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Eric Mattson | 1.80 | $270.00 | $486.00 |
| Laura Conn | 1.10 | $270.00 | $297.00 |
| Spencer Stires | 23.70 | $480.00 | $11,376.00 |
| Tanner James | 2.60 | $630.00 | $1,638.00 |
| **PROFESSIONAL SERVICES** | **29.20** | | **$13,797.00** |

| | |
|---|---|
| **AMOUNT DUE THIS INVOICE** | **$13,797.00** |

This invoice is due on 5/17/2024

**Province, LLC**
2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

Cash Cloud Inc d/b/a Coin Cloud

# INVOICE

**INVOICE DATE:** 5/17/2024
**INVOICE NO:** 95390
**BILLING THROUGH:** 4/30/2024

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 4/1/2024 | Spencer Stires | Business Analysis / Operations<br>*Drafted February MOR and escrow reports.* | 1.90 | $480.00 | $912.00 |
| 4/1/2024 | Spencer Stires | Business Analysis / Operations<br>*Populated MOR reports with updated financial information.* | 0.80 | $480.00 | $384.00 |
| 4/1/2024 | Spencer Stires | Business Analysis / Operations<br>*Reviewed and analyzed the latest escrow reports provided for February.* | 1.70 | $480.00 | $816.00 |
| 4/1/2024 | Spencer Stires | Business Analysis / Operations<br>*Cleaned financials for MOR reporting.* | 2.60 | $480.00 | $1,248.00 |
| 4/2/2024 | Spencer Stires | Business Analysis / Operations<br>*Circulated February monthly operating report for review and implemented feedback.* | 2.50 | $480.00 | $1,200.00 |
| 4/2/2024 | Spencer Stires | Business Analysis / Operations<br>*Revised the February MOFR and MORS exhibit.* | 1.80 | $480.00 | $864.00 |
| 4/2/2024 | Spencer Stires | Business Analysis / Operations<br>*Created exhibits supporting monthly operating reports.* | 1.60 | $480.00 | $768.00 |
| 4/2/2024 | Spencer Stires | Business Analysis / Operations<br>*Reconciled the fees within the MOR with the latest fee apps.* | 1.40 | $480.00 | $672.00 |
| 4/2/2024 | Eric Mattson | Fee / Employment Applications<br>*Corresponded with internal team re: hearing on first interim fee app.* | 0.10 | $270.00 | $27.00 |
| 4/4/2024 | Spencer Stires | Business Analysis / Operations<br>*Revised the latest MORS report to include Coins Cloud's financial statements for February and provided it as an exhibit.* | 0.90 | $480.00 | $432.00 |
| 4/4/2024 | Spencer Stires | Business Analysis / Operations<br>*Gathered and provided tax credit documents to potential purchaser.* | 1.60 | $480.00 | $768.00 |
| 4/4/2024 | Tanner James | Business Analysis / Operations<br>*Audited and analyzed MOR draft with S. Stires.* | 1.50 | $630.00 | $945.00 |
| 4/4/2024 | Spencer Stires | Business Analysis / Operations<br>*Revised MOR and drafted memo discussing accounting complications.* | 2.50 | $480.00 | $1,200.00 |

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 5/17/2024
**INVOICE NO:** 95390
**BILLING THROUGH:** 4/30/2024

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 4/4/2024 | Eric Mattson | Fee / Employment Applications | 1.30 | $270.00 | $351.00 |
| | | *Provided comments to entries flagged by the UST for first interim period (1.2). Corresponded with T. James re: same (0.1).* | | | |
| 4/5/2024 | Spencer Stires | Business Analysis / Operations | 1.10 | $480.00 | $528.00 |
| | | *Discussed answers to purchaser questions re: tax credit purchase.* | | | |
| 4/8/2024 | Eric Mattson | Fee / Employment Applications | 0.40 | $270.00 | $108.00 |
| | | *Drafted supplemental declaration (0.3). Emailed to D. Dachelet for review (0.1).* | | | |
| 4/15/2024 | Spencer Stires | Business Analysis / Operations | 1.40 | $480.00 | $672.00 |
| | | *Updated the tax return analysis and drafted a preliminary summary.* | | | |
| 4/22/2024 | Tanner James | Business Analysis / Operations | 1.10 | $630.00 | $693.00 |
| | | *Discussion with FTI re: sale escrow analysis.* | | | |
| 4/24/2024 | Spencer Stires | Business Analysis / Operations | 1.90 | $480.00 | $912.00 |
| | | *Reviewed and analyzed the bank statements for MOR inclusion.* | | | |
| 4/26/2024 | Laura Conn | Fee / Employment Applications | 1.10 | $270.00 | $297.00 |
| | | *Drafted 13th Monthly Fee Statement (1.0). Emailed to D. Moses for review (0.1).* | | | |
| | | **TOTAL SERVICES** | **29.20** | | **$13,797.00** |

| | |
|---|---|
| **SUBTOTAL** | $13,797.00 |
| **AMOUNT DUE THIS INVOICE** | **$13,797.00** |

This invoice is due upon receipt

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 5/17/2024
**INVOICE NO:** 95390
**BILLING THROUGH:** 4/30/2024

Please remit payment to:

Province, LLC

Wire Instructions:

Meadows Bank

Account

Routing

EIN #26-3657461