BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
Email: nkoffroth@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**PROVINCE, LLC'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM MAY 1, 2024 THROUGH MAY 31, 2024**<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

Province, LLC ("Province"), financial advisor to the Cash Cloud, Inc. (the "Debtor"), debtor and debtor-in-possession in the above-captioned case (the "Chapter 11 Case"), hereby submits this *Monthly Fee Statement for Services Rendered and Expenses Incurred for the Period from May 1, 2024 Through May 31, 2024* (the "Statement"), pursuant to the *Final Order Authorizing Retention and Employment of Province, LLC as Financial Advisor, Effective as of the Petition Date* [ECF No. 223] and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

In support of this Statement, Province respectfully represents as follows:

1. Province hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's financial advisor during the period from May 1, 2024 through May 31, 2024 (the "Statement Period").

2. Province seeks allowance and payment of interim compensation for fees in the amount of $6,542.40, representing 80% of the $8,178.00 in fees incurred for services rendered during the Statement Period, plus reimbursement of $0.00, representing 100% of the expenses incurred during the Statement Period, for a total award of $6,542.40 for the Statement Period.

3. Attached hereto as **Exhibit A** is the name of each timekeeper who performed services in connection with the Chapter 11 Case during the Statement Period, and the hourly rate for each such timekeeper.

4. Attached hereto as **Exhibit B** is a task code summary.

5. Attached hereto as **Exhibit C** is a detailed invoice of time expended by the timekeepers who performed services during the Statement Period and of the expenses paid during the Statement Period.

6. On the same date this Statement was filed, Province served a copy of this Statement via electronic mail/notice on the following parties (each a "Notice Party," and collectively, the "Notice Parties"):

i. Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

ii. Fox Rothschild, LLC, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

iii. United States Trustee Tracey Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

iv. Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

v. Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com; counsel to DIP lender CKDL Credit, LLC;

vi. Morrison & Foerster LLO, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

vii. Clearly Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

7. Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "Objection Deadline"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

8. If no objections are raised on or before the Objection Deadline, Province shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Province an amount equal to 80% of the fees and 100% of the expenses incurred during the period covered by this Statement.

9. If an objection is properly filed before the Objection Deadline, Province shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "Undisputed Fees" and "Undisputed Expenses"), after which the Debtor shall be authorized to pay to Province an amount equal to 80% of the Undisputed Fees and 100% of the Undisputed Expenses incurred during the period covered by this Statement.

10. Province acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses. At the conclusion of the Chapter 11 Case, Province will seek final allowance of the fees charged and expenses incurred for the entirety of the Chapter 11

Case, and any interim fees and expenses received during the curse of the Chapter 11 Case will be credited against such fees and expenses that are allowed on a final basis.

      11.    Neither Province nor any member of Province has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of Province, any portion of the fees or expenses to be awarded pursuant to this Statement.

DATED: June 28, 2024          PROVINCE, LLC

By: */s/ Daniel Moses*
    Daniel Moses
    2360 Corporate Circle, Suite 340
    Henderson, Nevada 89074
    Telephone: (702) 685-5555
    Email: dmoses@provincefirm.com

*Financial Advisor to Debtor*

Submitted By:

**FOX ROTHSCHILD LLP**

By: */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    NICHOLAS A. KOFFROTH, ESQ.
    Nevada Bar No. 16264
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

**EXHIBIT A**

**Summary of Province Professionals and Paraprofessionals**

May 1, 2024 through May 31, 2024

| **Name of Professional Individual** | **Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
|---|---|---|---|---|
| Tanner James | Vice President - Corporate restructuring. | $630 | 1.8 | $1,134.00 |
| Spencer Stires | Associate - Quantitative finance and programming. | $480 | 14.0 | $6,720.00 |
| | **Subtotal** | | **1.8** | **$7,854.00** |
| | **Blended Rate for Professionals** | **$4,363.33** | | |
| **Para Professionals** | | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Laura Conn | Matter Administrator | $270 | 1.1 | $297.00 |
| Eric Mattson | Matter Manager | $270 | 0.1 | $27.00 |
| | **Subtotal** | | **1.1** | **$324.00** |
| | | | **Fee Statement Hours** | **Total Compensation** |
| | **Grand Total** | | **2.9** | **$8,178.00** |
| | **Blended Rate for All Billers** | **$2,820.00** | | |

**EXHIBIT B**

**Task Code Summary**

May 1, 2024 through May 31, 2024

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Business Analysis / Operations | 15.8 | $7,854.00 |
| Fee / Employment Applications | 1.2 | $324.00 |
| **Grand Total** | **17.0** | **$8,178.00** |

**EXHIBIT C**

**Invoice**

May 1, 2024 through May 31, 2024

**Province, LLC**
2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 6/19/2024
**INVOICE NO:** 95516
**BILLING THROUGH:** 5/31/2024

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### INVOICE SUMMARY

### PROFESSIONAL SERVICES

| EMPLOYEE | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Eric Mattson | | 0.10 | $270.00 | $27.00 |
| Laura Conn | | 1.10 | $270.00 | $297.00 |
| Spencer Stires | | 14.00 | $480.00 | $6,720.00 |
| Tanner James | | 1.80 | $630.00 | $1,134.00 |
| | **PROFESSIONAL SERVICES** | **17.00** | | **$8,178.00** |

### EXPENSES

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Research | | $0.60 |
| | **EXPENSES TOTAL** | **$0.60** |

| | |
|---|---|
| **AMOUNT DUE THIS INVOICE** | **$8,178.60** |

This invoice is due on 6/19/2024

Core Standard Invoice Copyright © 2024 BQE Software

**Province, LLC**
2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 6/19/2024
**INVOICE NO:** 95516
**BILLING THROUGH:** 5/31/2024

## Coin Cloud - FA 2

Managed By: Daniel L Moses

### PROFESSIONAL SERVICES

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/1/2024 | Tanner James | Business Analysis / Operations<br>*Discussed update with management and committee professionals.* | 1.20 | $630.00 | $756.00 |
| 5/1/2024 | Eric Mattson | Fee / Employment Applications<br>*Corresponded with P. Chlum re: fee statements.* | 0.10 | $270.00 | $27.00 |
| 5/8/2024 | Spencer Stires | Business Analysis / Operations<br>*Redacted bank statements for March MOR.* | 1.80 | $480.00 | $864.00 |
| 5/8/2024 | Spencer Stires | Business Analysis / Operations<br>*Began preparation of March MOR.* | 1.80 | $480.00 | $864.00 |
| 5/8/2024 | Spencer Stires | Business Analysis / Operations<br>*Prepared financial exhibits for March MOR.* | 1.70 | $480.00 | $816.00 |
| 5/8/2024 | Spencer Stires | Business Analysis / Operations<br>*Implemented feedback from T. James on March MOR.* | 2.80 | $480.00 | $1,344.00 |
| 5/13/2024 | Spencer Stires | Business Analysis / Operations<br>*Edited and revised the March MOR form.* | 1.90 | $480.00 | $912.00 |
| 5/17/2024 | Laura Conn | Fee / Employment Applications<br>*Drafted 14th Monthly (April) Fee Statement (1.0). Emailed to J. Bland for review (0.1).* | 1.10 | $270.00 | $297.00 |
| 5/19/2024 | Spencer Stires | Business Analysis / Operations<br>*Discussed MOR with T. James.* | 0.60 | $480.00 | $288.00 |
| 5/19/2024 | Tanner James | Business Analysis / Operations<br>*Discussed MOR with S. Stires.* | 0.60 | $630.00 | $378.00 |
| 5/21/2024 | Spencer Stires | Business Analysis / Operations<br>*Drafted response to inquiry on the MOR.* | 1.70 | $480.00 | $816.00 |
| 5/21/2024 | Spencer Stires | Business Analysis / Operations<br>*Reevaluated professional fee filings in response to MOR inquiry.* | 1.70 | $480.00 | $816.00 |
| | | **TOTAL SERVICES** | **17.00** | | **$8,178.00** |

**Province, LLC**
2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 6/19/2024
**INVOICE NO:** 95516
**BILLING THROUGH:** 5/31/2024

## EXPENSES

| DATE | EMPLOYEE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Research: | | | |
| 5/6/2024 | Pacer | Research<br>*Pacer allocation for Q1 2024 - Coin Cloud* | $0.60 |
| | | **TOTAL EXPENSES** | **$0.60** |

| | |
|---|---|
| **SUBTOTAL** | **$8,178.60** |
| **AMOUNT DUE THIS INVOICE** | **$8,178.60** |

This invoice is due upon receipt

Please remit payment to:

Province, LLC

Wire Instructions:

Meadows Bank

Account

Routing

EIN #26-3657461