_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 11, 2024

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, Debtor. | Chapter 11<br><br>**ORDER APPROVING STIPULATION TO FURTHER CONTINUE HEARING DATE**<br><br>Old Hearing Date: July 17, 2024<br>Old Hearing Time: 9:30 a.m.<br><br>**New Hearing Date: September 18, 2024**<br>**New Hearing Time: 9:30 a.m.** |

Upon consideration of the *Stipulation to Further Continue Hearing Date* [ECF No. 1736] (the "Stipulation") on the *Application for Allowance and Payment of Administrative Expense Claim of Brink's Incorporated* [ECF No. 977];

160501939.1

1

**IT IS HEREBY ORDERED** that the Hearing[1] on the Application shall be continued from July 17, 2024 at 9:30 a.m. (Pacific Time) to September 18, 2024 at 9:30 a.m. (Pacific Time) as set forth in the Stipulation.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   */s/ Brett A. Axelrod*
　　BRETT A. AXELROD, ESQ.
　　Nevada Bar No. 5859
　　NICHOLAS A. KOFFROTH, ESQ.
　　Nevada Bar No. 16264
　　1980 Festival Plaza Drive, Suite 700
　　Las Vegas, Nevada 89135
　　*Counsel for Debtor*

**HIRSCHLER FLEISCHER, P.C.**

By:  */s/ Robert S. Westermann*
　　ROBERT S. WESTERMANN, ESQ.
　　(admitted pro hac vice)
　　BRITTANY B. FALABELLA
　　(admitted pro hac vice)
　　2100 East Cary Street
　　Richmond, Virginia 23223

　　and

　　MAURICE B. VERSTANDIG, ESQ.
　　Nevada Bar No. 15346
　　THE VERSTANDIG LAW FIRM, LLC
　　452 W. Horizon Ridge Pkwy, #665
　　Henderson, Nevada 89012
　　*Counsel for Brink's*

# # #

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

160501939.1