BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone:  (702) 262-6899
Facsimile:  (702) 597-5503
Email:  baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**PROVINCE, LLC'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM JUNE 1, 2024 THROUGH JUNE 30, 2024**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

Province, LLC ("Province"), financial advisor to the Cash Cloud, Inc. (the "Debtor"), debtor and debtor-in-possession in the above-captioned case (the "Chapter 11 Case"), hereby submits this *Monthly Fee Statement for Services Rendered and Expenses Incurred for the Period from June 1, 2024 Through June 30, 2024* (the "Statement"), pursuant to the *Final Order Authorizing Retention and Employment of Province, LLC as Financial Advisor, Effective as of the Petition Date* [ECF No. 223] and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

1

161083237.1

In support of this Statement, Province respectfully represents as follows:

1. Province hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's financial advisor during the period from June 1, 2024 through June 30, 2024 (the "Statement Period").

2. Province seeks allowance and payment of interim compensation for fees in the amount of $607.20, representing 80% of the $759.00 in fees incurred for services rendered during the Statement Period, plus reimbursement of $0.00, representing 100% of the expenses incurred during the Statement Period, for a total award of $607.20 for the Statement Period.

3. Attached hereto as **Exhibit A** is the name of each timekeeper who performed services in connection with the Chapter 11 Case during the Statement Period, and the hourly rate for each such timekeeper.

4. Attached hereto as **Exhibit B** is a task code summary.

5. Attached hereto as **Exhibit C** is a detailed invoice of time expended by the timekeepers who performed services during the Statement Period and of the expenses paid during the Statement Period.

6. On the same date this Statement was filed, Province served a copy of this Statement via electronic mail/notice on the following parties (each a "Notice Party," and collectively, the "Notice Parties"):

    i.    Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

    ii.    Fox Rothschild, LLC, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

    iii.    United States Trustee Tracey Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

    iv.    Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

161083237.1

    v.  Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com; counsel to DIP lender CKDL Credit, LLC;

    vi.  Morrison & Foerster LLO, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

    vii.  Clearly Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

  7.  Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "<u>Objection Deadline</u>"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

  8.  If no objections are raised on or before the Objection Deadline, Province shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Province an amount equal to 80% of the fees and 100% of the expenses incurred during the period covered by this Statement.

  9.  If an objection is properly filed before the Objection Deadline, Province shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "<u>Undisputed Fees</u>" and "<u>Undisputed Expenses</u>"), after which the Debtor shall be authorized to pay to Province an amount equal to 80% of the Undisputed Fees and 100% of the Undisputed Expenses incurred during the period covered by this Statement.

  10.  Province acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses. At the conclusion of the Chapter 11 Case, Province

161083237.1

will seek final allowance of the fees charged and expenses incurred for the entirety of the Chapter 11 Case, and any interim fees and expenses received during the curse of the Chapter 11 Case will be credited against such fees and expenses that are allowed on a final basis.

11. Neither Province nor any member of Province has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of Province, any portion of the fees or expenses to be awarded pursuant to this Statement.

DATED: July 30, 2024                    PROVINCE, LLC

By: */s/ Daniel Moses*
Daniel Moses
2360 Corporate Circle, Suite 340
Henderson, Nevada 89074
Telephone: (702) 685-5555
Email: dmoses@provincefirm.com

*Financial Advisor to Debtor*

Submitted By:

**FOX ROTHSCHILD LLP**

By:    */s/Brett A. Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

4

161083237.1

# EXHIBIT A

**Summary of Province Professionals and Paraprofessionals**

June 1, 2024 through June 30, 2024

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Paul Huygens, CPA, CFE | Principal – Corporate restructuring. CPA license in 1999, CFE license in 2015. | $1,320 | 0.2 | $264.00 |
| Tanner James | Vice President - Corporate restructuring. | $630 | 0.4 | $252.00 |
| | **Subtotal** | | 0.6 | $516.00 |
| | **Blended Rate for Professionals** | **$860.00** | | |
| **Para Professionals** | | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Laura Conn | Matter Administrator | $270 | 0.9 | $243.00 |
| | **Subtotal** | | 0.9 | $243.00 |
| | | | **Fee Statement Hours** | **Total Compensation** |
| | **Grand Total** | | 1.5 | $759.00 |
| | **Blended Rate for All Billers** | **$506.00** | | |

5

161083237.1

**EXHIBIT B**

**Task Code Summary**

June 1, 2024 through June 30, 2024

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Business Analysis / Operations | 0.6 | $516.00 |
| Fee / Employment Applications | 0.9 | $243.00 |
| **Grand Total** | **1.5** | **$759.00** |

161083237.1

# **EXHIBIT C**

**Invoice**

June 1, 2024 through June 30, 2024

7

161083237.1

# Province, LLC

2360 Corporate Circle Suite 340
Henderson, NV 89074, United States
Tel: 702-685-5555
www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 7/16/2024
**INVOICE NO:** 95649
**BILLING THROUGH:** 6/30/2024

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**INVOICE SUMMARY**

**PROFESSIONAL SERVICES**

| EMPLOYEE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Laura Conn | 0.90 | $270.00 | $243.00 |
| Paul Huygens | 0.20 | $1,320.00 | $264.00 |
| Tanner James | 0.40 | $630.00 | $252.00 |
| **PROFESSIONAL SERVICES** | **1.50** | | **$759.00** |

| | | |
|---|---|---|
| | **AMOUNT DUE THIS INVOICE** | **$759.00** |

This invoice is due on 7/16/2024

**Province, LLC**

2360 Corporate Circle Suite 340

Henderson, NV 89074, United States

Tel: 702-685-5555

www.provincefirm.com

# INVOICE

Cash Cloud Inc d/b/a Coin Cloud

**INVOICE DATE:** 7/16/2024
**INVOICE NO:** 95649
**BILLING THROUGH:** 6/30/2024

## Coin Cloud - FA 2

Managed By: Daniel L Moses

**PROFESSIONAL SERVICES**

| DATE | EMPLOYEE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/1/2024 | Tanner James | Business Analysis / Operations<br>*Workstream planning.* | 0.20 | $630.00 | $126.00 |
| 6/10/2024 | Tanner James | Business Analysis / Operations<br>*Met with P. Huygens re: updates on ERC, outbound litigation and cash collections.* | 0.20 | $630.00 | $126.00 |
| 6/10/2024 | Paul Huygens | Business Analysis / Operations<br>*Met with T. James re: updates on ERC, outbound litigation and cash collections.* | 0.20 | $1,320.00 | $264.00 |
| 6/19/2024 | Laura Conn | Fee / Employment Applications<br>*Drafted 15th Monthly (May) Fee Statement (0.8). Emailed to T. James for review (0.1)* | 0.90 | $270.00 | $243.00 |
| | | **TOTAL SERVICES** | **1.50** | | **$759.00** |

| | |
|---|---|
| **SUBTOTAL** | **$759.00** |
| **AMOUNT DUE THIS INVOICE** | **$759.00** |

This invoice is due upon receipt

Please remit payment to:

Province, LLC

Wire Instructions:

Meadows Bank

Account #1

Routing #1

EIN #26-3657461