CARLTON FIELDS, P.A.
Adam Schwartz (*Admitted Pro Hac Vice*)
Email: aschwartz@carltonfields.com
John J. Lamoureux (*Admitted Pro Hac Vice*)
Email: jlamoureux@carltonfields.com
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607-5780
Telephone: 813/223-7000
Facsimile: 813/229-4133

Stacy H. Rubin, Esq., Nevada Bar No. 9298
Howard & Howard Attorneys PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
E-Mail: shr@h2law.com

*Attorneys for Lux Vending, LLC dba Bitcoin Depot*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CASH CLOUD, INC. dba COIN CLOUD<br><br>Debtor. | CASE NO.: 23-10423-MKN<br><br>Chapter 11<br><br>**NOTICE OF CHANGE OF ADDRESS OF ATTORNEY** |

Stacy H. Rubin, Esq. hereby gives notice of the following changes of email address, mailing address, or both:

    A.   CHANGE OF EMAIL ADDRESS

        Old email address:    Srubin@nevadafirm.com

        New email address:    shr@h2law.com

    B.  CHANGE OF MAILING ADDRESS

1

4874-4709-8070, v. 1

Old Mailing Address: 300 S. 4th Street, Suite 1600, Las Vegas, NV 89101

New mailing address: 3800 Howard Hughes Parkway, Suite 1000, Las Vegas, Nevada 89169.

Date of the change: August 1, 2024

Dated this 7th day of August 2024.

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Stacy H. Rubin
STACY H. RUBIN, ESQ.
3800 Howard Hughes Parkway, Ste. 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483

*Attorneys for Lux Vending, LLC d/b/a Bitcoin Depot*

# CERTIFICATE OF SERVICE

I hereby certify that I an employee of Howard and Howard and that, on August 7, 2024, I caused to be served a true and correct copy of **NOTICE OF CHANGE OF ADDRESS OF ATTORNEY** in the following manner:

[X]   (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

[ ]   (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

[ ]   (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list at their last known delivery address, on the date above written.

[ ]   (FACSIMILE)  By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date above written.

/s/ Kathy MacElwain
An employee of Howard & Howard

3

4874-4709-8070, v. 1