Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**COMBINED FIFTEENTH, SIXTEENTH AND SEVENTEENTH MONTHLY FEE STATEMENT OF MCDONALD CARANO LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2024, THROUGH JULY 31, 2024**<br><br>McDonald Carano LLP, Counsel to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>May 1, 2024, through July 31, 2024<br><br>$5,697.60 (80% of $7,122.00)<br><br>$236.30 (100% of expenses) |

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

McDONALD CARANO

McDonald Carano LLP ("McDonald Carano" or the "Applicant"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Fifteenth Interim Monthly Fee Statement (the "Fifteenth Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing May 1, 2024, through May 31, 2024 (the "Fifteenth Interim Fee Period"), its Sixteenth Interim Monthly Fee Statement (the "Sixteenth Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing June 1, 2024, through June 30, 2024 (the "Sixteenth Interim Fee Period"), and its Seventeenth Interim Monthly Fee Statement (the "Seventeenth Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing July 1, 2024, through July 31, 2024 (the "Seventeenth Interim Fee Period",  together with the Fifteenth Fee Statement and the Sixteenth Fee Statement as the "Combined Fifteenth, Sixteenth, and Seventeenth Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing May 1, 2024, through July, 2024 (the "Combined Interim Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, McDonald Carano requests allowance and payment of $5,697.60 (representing 80% of the $7,122.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $236.30 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by McDonald Carano during the Combined Interim Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at McDonald Carano who performed services for the Committee in connection with these Chapter 11 Cases during the Combined Interim Fee Period covered by this Combined Fifteenth, Sixteenth, and Seventeenth Fee

Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Combined Interim Fee Period by task.  Attached hereto as **Exhibit 3** are the detailed time entries and expenses for the Combined Interim Fee Period (invoices for the period May 1, 2024, through July 31, 2024) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Combined Interim Fee Period.  McDonald Carano reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the Interim Compensation Procedures Order, objections to this Combined Fifteenth, Sixteenth, and Seventeenth Fee Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

DATED this 20th day of 2024.

McDONALD CARANO LLP


By: _/s/ Ryan J. Works_
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee*
*of Unsecured Creditors*

Exhibit 1

## COMPENSATION BY PROFESSIONAL FOR FEE PERIOD

| Name | Position | Admission Year | Rate | Hours Billed | Total Compensation |
|------|----------|----------------|------|--------------|--------------------|
| Works, Ryan | Partner | 2004 | $ 650.00 | 7.80 | $ 5,070.00 |
| Grubb, Brian | Paralegal | | $ 300.00 | 6.10 | $ 1,830.00 |
| Gavish, Jonah | Law Clerk | | $ 185.00 | 1.20 | $ 222.00 |
| **Total** | | | | **15.10** | **$ 7,122.00** |

# Exhibit 2

## COMPENSATION BY MATTER

| Matter Description | Hours Billed | Total Compensation |
|---|---:|---:|
| Fee/Employment Applications (B160) | 4.20 | $1,435.00 |
| Litigation (Non-Bankruptcy Court) (L) | 0.10 | $30.00 |
| Litigation Adversary Cases (LAC) | 10.80 | $5,657.00 |
| **Total =** | **15.10** | **$7,122.00** |

Exhibit 3

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee                    Invoice No. 12484192
DO NOT MAIL                                                            June 17, 2024
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2024:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

_____

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 97,899.45 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 97,899.45 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 2,970.00 |
| Total Expenses | $ 135.05 |
| Total This Invoice | $ 3,105.05 |

**TOTAL BALANCE NOW DUE**                              **$ 101,004.50**

mcdonaldcarano.com

**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

MERITAS

# McDONALD CARANO LLP

---

Invoice No. 12484192
June 17, 2024

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 5/08/24 | RJW | B160 | | Review and make changes to amended order granting application for fees and costs | .50 | 325.00 |
| 5/21/24 | RJW | LAC | | Emails with co-counsel and opposing counsel re status conference and hearing on motion to withdraw the reference and scheduling of same | .30 | 195.00 |
| 5/21/24 | BAG | LAC | | Review and revise subpoena to Brett Axelrod (.3); Draft notice of intent to serve subpoena (.1); Confer with Ryan Works re same (.1); review adversary document disclosures (.4) | .90 | 270.00 |
| 5/21/24 | BAG | B160 | | Review all fee statements and certificates of no objection re Seward Kissel and McDonald Carano and create a tracking spreadsheet of same | 1.00 | 300.00 |
| 5/22/24 | RJW | LAC | | Calls and emails with co-counsel re subpoena to debtor and motion to withdraw the reference to federal court and hearing on same; review subpoena, notice of issuance, and deal with issues re same; emails with Dawn Cica re moving the hearing on June 4 due to conflicts | .50 | 325.00 |
| 5/22/24 | BAG | LAC | | Exchange emails with lead counsel re ESI document productions (.2); revise notice of intent to serve subpoena and subpoena to Brett Axelrod and cause to be served (.3); Review email from process server re status (.1); Exchange multiple emails with lead counsel re service status and plan (.3); Further revise subpoena (.2); Draft amended notice of intent to serve subpoena (.2); Draft Acceptance of Service (.2) | 1.40 | 420.00 |
| 5/22/24 | BAG | B160 | | Complete tracking spreadsheet of Seward Kissel and McDonald Carano fee statements (.2); Draft certificates of no objection re Seward & Kissel and McDonald Carano's twelfth fee statements (.5); Draft McDonald Carano's combined thirteenth and fourteenth fee statement and its exhibits (.7); Audit McDonald Carano fee statements for accuracy | 2.70 | 810.00 |

# McDONALD CARANO LLP

---

Invoice No. 12484192
June 17, 2024

| Date | Atty | Task | Actv | Description of Services (1.3) | Hours | Amount |
|------|------|------|------|-------------------------------|-------|--------|
| 5/31/24 | RJW | LAC | | Work on obtaining a continued hearing date with the US District Court throughout the week and obtain June 27, 2024 and prepare/file stipulation and order re same | .50 | 325.00 |

| | | |
|---|---|---|
| Current Professional Services | | $ 2,970.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|------------|-------|------|-------|--------|-------|
| Brian Grubb | Paralegal | 300.00 | 6.00 | 1,800.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 1.80 | 1,170.00 | .00 |
| Total | | | 7.80 | $ 2,970.00 | $ .00 |

## EXPENSES

| | Description | Amount |
|---|-------------|--------|
| 4/10/24 | On-Line Research, Bankcard Center - Pacer | 21.19 |
| 5/09/24 | Mileage, Alfred Owen | 5.36 |
| 5/23/24 | Delivery/Messenger, Junes Legal Service, Inc. | 108.50 |

| | |
|---|---|
| Current Expenses | $ 135.05 |

| | |
|---|---|
| TOTAL THIS INVOICE | $ 3,105.05 |

# McDONALD CARANO LLP

Invoice No. 12484192
June 17, 2024

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |
| 12481625 | 5/17/24 | 1,197.11 | .00 | .00 | 1,197.11 |

Outstanding Balance                                              $ 97,899.45
Current Invoice                                                  $ 3,105.05

**TOTAL BALANCE DUE**                                        **$ 101,004.50**

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12484192
June 17, 2024

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2024:

**Re:  Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 3,105.05 |
| Balance Outstanding | $ 97,899.45 |
| **TOTAL BALANCE DUE** | **$ 101,004.50** |

### To Ensure Proper Credit Refer to Matter No. 32568 - 1

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:  www.mcdonaldcarano.com/online-payments/**

### PAYMENT IS DUE UPON RECEIPT

**mcdonaldcarano.com**

**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

MERITAS

# McDONALD CARANO
## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

Invoice No. 12485709
July 12, 2024

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2024:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

_____

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 101,004.50 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 101,004.50 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 3,342.00 |
| Total Expenses | $ 16.25 |
| Total This Invoice | $ 3,358.25 |

### TOTAL BALANCE NOW DUE          $ 104,362.75

mcdonaldcarano.com

**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

MERITAS

# McDONALD CARANO LLP

---

Invoice No. 12485709
July 12, 2024

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|-------------------------|-------|--------|
| 6/24/24 | RJW | LAC | | Call with Catherine LoTempio re hearing on motion to withdraw the reference Thursday afternoon in federal Court and begin preparing for same | .80 | 520.00 |
| 6/27/24 | RJW | LAC | | Call with Bob Gayda and Talitha Gray re McAlary Adversary | .50 | 325.00 |
| 6/27/24 | RJW | LAC | | Prepare for and attend hearing on motion to withdraw reference and confer with co-counsel Laura Miller re outcome of same | 3.50 | 2,275.00 |
| 6/27/24 | JG | LAC | A109 | Attend hearing re petition to withdraw reference | 1.20 | 222.00 |

| | | |
|---|---|---|
| Current Professional Services | | $ 3,342.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|------------|-------|------|-------|--------|-------|
| Gavish, Jonah | Law Clerk | 185.00 | 1.20 | 222.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 4.80 | 3,120.00 | .00 |
| Total | | | 6.00 | $ 3,342.00 | $ .00 |

## EXPENSES

| Description | Amount |
|-------------|--------|
| Copying | 16.25 |

| | |
|---|---|
| Current Expenses | $ 16.25 |

| | |
|---|---|
| TOTAL THIS INVOICE | $ 3,358.25 |

# McDONALD CARANO LLP

Invoice No. 12485709
July 12, 2024

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |
| 12481625 | 5/17/24 | 1,197.11 | .00 | .00 | 1,197.11 |
| 12484192 | 6/17/24 | 3,105.05 | .00 | .00 | 3,105.05 |

Outstanding Balance                          $ 101,004.50
Current Invoice                                    $ 3,358.25

**TOTAL BALANCE DUE**                    **$ 104,362.75**

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee                     Invoice No. 12485709
DO NOT MAIL                                                             July 12, 2024
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2024:

**Re:  Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | | |
|---|---|---|
| Balance Due This Invoice | $ 3,358.25 |
| Balance Outstanding | $ 101,004.50 |
| **TOTAL BALANCE DUE** | **$ 104,362.75** |

### To Ensure Proper Credit Refer to Matter No. 32568 - 1

**All Checks should be made payable to:**          McDonald Carano LLP
Please return this page with payment                   P.O. Box 2670
                                                                        Reno, Nevada 89505

**For payment by wire or ACH:**                          Nevada State Bank
Please email wire confirmation to                       1 West Liberty Street
accounting@mcdonaldcarano.com                       Reno, Nevada 89501
                                                                        McDonald Carano LLP
                                                                        Account No. 0542004190
                                                                        Routing No. 122400779
                                                                        Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:   www.mcdonaldcarano.com/online-payments/**

### PAYMENT IS DUE UPON RECEIPT

mcdonaldcarano.com

**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

▥ MERITAS

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee

DO NOT MAIL

DO NOT MAIL

McDonald Carano LLP c/o Ryan J. Works

2300 West Sahara Avenue, Suite 1200

Las Vegas, NV  89102

Invoice No. 12487222

August 19, 2024

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2024:

**Re:    Client.Matter: 32568 - 1**

**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

**EMAIL INVOICES**

_____

## ACCOUNT SUMMARY

| | |
|---|---:|
| Balance Forward as of Previous Invoice | $ 104,362.75 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 104,362.75 |

## CURRENT INVOICE

| | |
|---|---:|
| Total Professional Services | $ 810.00 |
| Total Expenses | $ 85.00 |
| Total This Invoice | $ 895.00 |

**TOTAL BALANCE NOW DUE**                    **$ 105,257.75**

mcdonaldcarano.com

**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

MERITAS

# McDONALD CARANO LLP

---

Invoice No. 12487222
August 19, 2024

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|------|------|------|------|------------------------|-------|--------|
| 7/11/24 | RJW | LAC | | Call with Laura Miller and prepare for and attend hearing on scheduling and discovery conference (.5); emails and calls post-conference with Brett Axelrod, Talitha Gray and co-counsel re same (.5) | 1.00 | 650.00 |
| 7/12/24 | RJW | LAC | | Follow-up call with Laura Miller re status hearing yesterday and issues with discovery and settlement going forward | .20 | 130.00 |
| 7/25/24 | BAG | L | | Work on oppositions to motions to lift stay on appeals | .10 | 30.00 |

| Current Professional Services | | $ 810.00 |
|---|---|---|

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|-----------|-------|------|-------|--------|-------|
| Brian Grubb | Paralegal | 300.00 | .10 | 30.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 1.20 | 780.00 | .00 |
| Total | | | 1.30 | $ 810.00 | $ .00 |

## EXPENSES

| | Description | Amount |
|------|------------|--------|
| 6/27/24 | Parking, Bankcard Center | 2.00 |
| 6/28/24 | Court Fees, Bankcard Center | 34.00 |
| 7/03/24 | Transcripts, Clerk, U.S. District Court | 49.00 |

| Current Expenses | $ 85.00 |
|---|---|

| TOTAL THIS INVOICE | $ 895.00 |
|---|---|

# McDONALD CARANO LLP

---

Invoice No. 12487222
August 19, 2024

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |
| 12481625 | 5/17/24 | 1,197.11 | .00 | .00 | 1,197.11 |
| 12484192 | 6/17/24 | 3,105.05 | .00 | .00 | 3,105.05 |
| 12485709 | 7/12/24 | 3,358.25 | .00 | .00 | 3,358.25 |

Outstanding Balance                                                  $ 104,362.75
Current Invoice                                                          $ 895.00

**TOTAL BALANCE DUE**                                          **$ 105,257.75**

# McDONALD CARANO

## YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee                                    Invoice No. 12487222
DO NOT MAIL                                                                          August 19, 2024
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2024:

**Re:    Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---:|
| Balance Due This Invoice | $ 895.00 |
| Balance Outstanding | $ 104,362.75 |
| **TOTAL BALANCE DUE** | **$ 105,257.75** |

### To Ensure Proper Credit Refer to Matter No. 32568 - 1

**All Checks should be made payable to:**                    McDonald Carano LLP
Please return this page with payment                         P.O. Box 2670
                                                             Reno, Nevada 89505

**For payment by wire or ACH:**                              Nevada State Bank
Please email wire confirmation to                            1 West Liberty Street
accounting@mcdonaldcarano.com                                Reno, Nevada 89501
                                                             McDonald Carano LLP
                                                             Account No. 0542004190
                                                             Routing No. 122400779
                                                             Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:   www.mcdonaldcarano.com/online-payments/**

### PAYMENT IS DUE UPON RECEIPT

mcdonaldcarano.com

**2300 West Sahara Avenue, Suite 1200 ▪ Las Vegas, Nevada 89102 ▪ 702.873.4100**

**100 West Liberty Street, Tenth Floor ▪ Reno, Nevada 89501 ▪ 775.788.2000**
**Mailing Address:  P.O. Box 2670 ▪ Reno, Nevada 89505**

MERITAS