John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**COMBINED THIRTEENTH, FOURTEENTH AND FIFTEENTH MONTHLY FEE STATEMENT OF SEWARD & KISSEL LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2024 THROUGH MAY 30, 2024**<br><br>Seward & Kissel LLP, Counsel to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 23, 2023)<br><br>March 1, 2024 through May 30, 2024<br><br>$84,918.00 (80% of $106,147.50)<br><br>$800.94 (100% of expenses) |

Seward & Kissel LLP ("S&K" or the "Applicant"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Combined Thirteenth, Fourteenth and Fifteenth Monthly Fee Statements (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing March 1, 2024 through May 30, 2024 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, S&K requests allowance and payment of $84,918.00 (representing 80% of the $106,147.50 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $6800.94 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by S&K during the Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at S&K who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Fee Period by task. Attached as **Exhibit 3** is a summary of the expenses incurred during the Fee Period by category. Attached hereto as **Exhibit 4** are the detailed time entries and expenses for the Fee Period (invoices for the period March 1, 2024 through May 30, 2024) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. S&K reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

1    DATED this 20th day of August 2024.

2                                   SEWARD & KISSEL LLP

3

4                              By: /s/    John R. Ashmead
                                   John R. Ashmead, Esq.
5                                  Robert J. Gayda, Esq.
                                   Catherine V. LoTempio, Esq.
6                                  Andrew J. Matott, Esq.
                                   (*pro hac vice applications granted*)
7                                  SEWARD & KISSEL LLP
                                   One Battery Park Plaza
8                                  New York, NY 10004
                                   ashmead@sewkis.com
9                                  gayda@sewkis.com
                                   lotempio@sewkis.com
10                                 matott@sewkis.com

11                                 *Counsel for Official Committee*
                                   *of Unsecured Creditors*
12

13   Respectfully Submitted By:

14   McDONALD CARANO LLP

15

16    /s/ Ryan J. Works
     Ryan J. Works, Esq. (NSBN 9224)
17   Amanda M. Perach, Esq. (NSBN 12399)
     2300 West Sahara Avenue, Suite 1200
18   Las Vegas, Nevada 89102
     rworks@mcdonaldcarano.com
19   aperach@mcdonaldcarano.com

20   *Counsel for Official Committee*
     *of Unsecured Creditors*

21

22

23

24

25

26

27

28

EXHIBIT 1

**Summary of Professionals for the Fee Period**

| Name | Year Admitted[1] | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|------|------|------|------|------|------|
| **Partners** | | | | | |
| Mark D. Kotwick | 1991 | Litigation | $1450 | .7 | $1,015.00 |
| Robert J. Gayda | 2004 | Bankruptcy | $1300 | 11.6 | $15,080.00 |
| **Counsel** | | | | | |
| Laura E. Miller | 2013 | Litigation | $975.00 | 52.0 | $50,700.00 |
| **Associates** | | | | | |
| Catherine V. LoTempio | 2014 | Bankruptcy | $975 | 18.0 | $17,550.00 |
| Andrew J. Matott | 2017 | Bankruptcy | $925 | 18.3 | $16,927.50 |
| John Patouhas | 2024 | Bankruptcy | $750 | 2.9 | $2,175.00 |
| **Paraprofessionals** | | | | | |
| Marian Wasserman | N/A | Litigation | $360 | 7.5 | $2,700.00 |
| **Total:** | | | | **111.0** | **$106,147.50** |

---

[1]     Unless otherwise noted, admission year is for New York Bar.

EXHIBIT 2

**Statement of Fees by Subject Matter**

| Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Case Administration | .5 | $487.50 |
| Litigation-Contested Matter and Adversary Proceedings | 94.3 | $90,392.50 |
| Claims Administration and Objections | 3.9 | $3,882.50 |
| Communication with Committee/ Creditors | .5 | $487.50 |
| Court Hearings | 2.3 | $2,242.50 |
| Employment and Fee Applications | 9.5 | $8,655.0 |
| **Total** | **111.0** | **$106,147.50** |

EXHIBIT 3

**Expenses by Category**

| Expense Category | Total |
|---|---|
| Computer Assisted Research | $39.60 |
| Experts & Other Professionals | $253.78 |
| Litigation Support Vendor | $507.56 |
| **TOTAL** | **$800.94** |

EXHIBIT 4

**Detailed Time Records**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

**38239**  **Coin Cloud- Official**                                                                **June 11, 2024**
          **Committee of Unsecu**                                          **Invoice Number 9160085086**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through May 31, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0001 | Case Administration | 487.50 | 800.94 | 1,288.44 |

Page    **2**

| | Invoice Date | June 11, 2024 |
|---|---|---|
| Coin Cloud- Official Committee of Unsecu | **Invoice Number** | 9160085086 |
| **38239-0001**    Case Administration | **Through** | May 31, 2024 |

| <u>DATE</u> | <u>NARRATIVE</u> | <u>NAME</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 03/07/2024 | Follow up with Genesis re kiosk issue. | CVL | 0.20 | 195.00 |
| 03/12/2024 | Follow up on machine in New Mexico | CVL | 0.10 | 97.50 |
| 03/13/2024 | Emails re machine in New Mexico | CVL | 0.20 | 195.00 |

**Total Hours**.......................................................................... **0.50**

**Total Services**.............................................................. $ **487.50**

### Disbursements Recorded Through May 31, 2024

| | |
|---|---|
| Computer Assisted Researc | 39.60 |
| Experts & Other Professio | 253.78 |
| Litigation Support Vendor | 507.56 |

**Total Disbursements**..........................................................$ **800.94**

**TOTAL AMOUNT DUE**.......................................................$ **1,288.44**

Page    **3**

Coin Cloud- Official Committee of Unsecu

| | **Invoice Date** | June 11, 2024 |
|---|---|---|
| | **Invoice Number** | 9160085086 |
| **38239-0001** | Case Administration | |
| | **Through** | May 31, 2024 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 0.50 | 975.00 | 487.50 |
| **Total** | | | **0.50** | | **487.50** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

**June 11, 2024**
**Invoice Number 9160085086**

**38239-0001    Case Administration**

For Professional Services Rendered through May 31, 2024:

| | |
|---|---:|
| Fees | 487.50 |
| DISBURSEMENTS | 800.94 |
| **TOTAL AMOUNT DUE**................................................................................................ $ | **1,288.44** |

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

|  |  |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

## SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**    **Coin Cloud- Official**                                                   **June 11, 2024**
             **Committee of Unsecu**                                    **Invoice Number 9160085091**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through May 31, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0005 | Litigation-Contested matter and adversary proceedings | 90,392.50 | 0.00 | 90,392.50 |

| | Coin Cloud- Official Committee of Unsecu | **Invoice Date** | June 11, 2024 |
|---|---|---|---|
| **38239-0005** | Litigation-Contested matter and adversary proceedings | **Invoice Number** | 9160085091 |
| | | **Through** | May 31, 2024 |

| **DATE** | **NARRATIVE** | **NAME** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 03/01/2024 | Teleconference with L. Miller re discovery and next steps. | MDK | 0.30 | 435.00 |
| 03/01/2024 | Attend to schedule discussions regarding 26(f) conference (0.2); call with M. Kotwick regarding same (0.3). | LEM | 0.50 | 487.50 |
| 03/04/2024 | Research re initial disclosures (.7) and discuss same with L. Miller (.1) | AJM | 0.80 | 740.00 |
| 03/04/2024 | Research to A. Matott re: 26(f) (0.2); attention to proposed adversary case schedule (0.3); e-mail to Debtor's counsel (0.1) and to McAlary counsel (0.1). | LEM | 0.70 | 682.50 |
| 03/05/2024 | Review Flores post-trial decision and related e-mails. | LEM | 0.60 | 585.00 |
| 03/06/2024 | Teleconference with L. Miller re open matters. | MDK | 0.20 | 290.00 |
| 03/06/2024 | Discuss initial disclosures (.2) and begin drafting same (.1) | AJM | 0.30 | 277.50 |
| 03/06/2024 | Attention to Debtor's counsel inquiry about Bitcoin Depot discovery requests (0.8); discuss initial disclosures project with A. Matott (0.3). | LEM | 1.10 | 1,072.50 |
| 03/08/2024 | Bitcoin depot litigation review interrogatories and discuss w Miller (.3). | RJG | 0.30 | 390.00 |
| 03/08/2024 | Attention to Bitcoin Depot interrogatory responses. | LEM | 0.30 | 292.50 |
| 03/11/2024 | Review appeals statements (.2); emails w McAlary counsel (.2); consider settlement strategy (.3). | RJG | 0.70 | 910.00 |
| 03/11/2024 | Attn to emails re various McAlary related filings (.1) | AJM | 0.10 | 92.50 |
| 03/11/2024 | Attention to status reports for appeals (0.2); respond to McAlary attorneys on schedule (0.3). | LEM | 0.50 | 487.50 |
| 03/12/2024 | Drafted initial disclosures in McAlary adversary proceeding (5.2); attn to communications internally and with FTI re the same (.3) | AJM | 5.50 | 5,087.50 |
| 03/12/2024 | Discuss outstanding tasks with team (0.3); attention to initial disclosures (0.6) and discuss same with A. Matott (0.1). | LEM | 1.00 | 975.00 |
| 03/13/2024 | Review McAlary settlement response (.4); review 26(f) disclosures (.2); consider litigation strategy (.3). | RJG | 0.90 | 1,170.00 |
| 03/13/2024 | Review response to settlement offer (.2); internal emails re same (.1); discuss initial disclosures internally (.2) | CVL | 0.50 | 487.50 |
| 03/13/2024 | Revise and finalize initial disclosures (1.0); review McAlary settlement letter (.2); discuss internally (.1); research re the same (1.1) | AJM | 2.40 | 2,220.00 |
| 03/13/2024 | Attention to initial disclosures (0.7) and e-mails regarding schedule (0.2). | LEM | 0.90 | 877.50 |
| 03/13/2024 | Call with R. Works on scheduling in adversary. | LEM | 0.10 | 97.50 |

| | Coin Cloud- Official Committee of Unsecu Litigation-Contested matter and adversary proceedings | **Invoice Date** | June 11, 2024 |
|---|---|---|---|
| **38239-0005** | | **Invoice Number** | 9160085091 |
| | | **Through** | May 31, 2024 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 03/14/2024 | Internal meeting re responsive letter to settlement proposal (.3); emails re initial disclosures (.1); discuss internally (.1) | CVL | 0.50 | 487.50 |
| 03/14/2024 | Discuss settlement response with R. Gayda and L. Miller (.6); draft response to same (1.6); review defendants' initial disclosures and download materials (.3) | AJM | 2.50 | 2,312.50 |
| 03/14/2024 | Attention to McAlary offer (0.5); meet with team regarding same (0.4); follow-up with A. Matott on same (0.4); review initial disclosures (0.1); and McAlary letter again (0.2); e-mails with McAlary counsel regarding initial disclosures, schedule (0.6) and internal discussion regarding same (0.3). | LEM | 2.50 | 2,437.50 |
| 03/14/2024 | Assist with preparation of initial disclosures. | MW | 0.20 | 72.00 |
| 03/15/2024 | Strategy call w FTI (.9). | RJG | 0.90 | 1,170.00 |
| 03/15/2024 | E-mails regarding initial disclosures (0.2); and adversary schedule (0.4). | LEM | 0.60 | 585.00 |
| 03/15/2024 | Retrieve, index, and organize initial disclosures received from McAlary. | MW | 0.50 | 180.00 |
| 03/20/2024 | Discuss response to demand with L. Miller (.1); calls and email with FTI re the same (.2) | AJM | 0.30 | 277.50 |
| 03/21/2024 | Review draft response letter re McAlary adversary (.2); discuss with L. Miller (.1) | CVL | 0.30 | 292.50 |
| 03/21/2024 | Emails re settlement response (.1); review and revise response letter (.2); attn to FTI analysis and internal discussion of same (.2) | AJM | 0.50 | 462.50 |
| 03/21/2024 | Extensive attention to revising draft settlement response to McAlary counsel (0.9); calls regarding same (0.3); review FTI e-mail on insolvency issue (0.2) and e-mail from debtor on Flores litigation (0.1) and e-mail from FTI concerning Bitcoin Depo settlement conference (0.1). | LEM | 1.60 | 1,560.00 |
| 03/22/2024 | Review claims and discuss McAlary response letter with L. Miller | CVL | 0.20 | 195.00 |
| 03/22/2024 | Discuss FTI analysis with L. Miller (.2); revise correspondence re the same (.9); call with L. Miller (.2) and FTI re the same (.9); review/revise letter (.1) | AJM | 2.30 | 2,127.50 |
| 03/22/2024 | Revise McAlary letter (0.4); review A. Matott edits to same (0.4); call with A. Matott regarding same (0.2); call with FTI regarding insolvency questions (0.8); follow-up with A. Matott (0.5); revise letter and send to team (1.1). | LEM | 3.40 | 3,315.00 |
| 03/25/2024 | Review and revise McAlary letter (.2). | RJG | 0.20 | 260.00 |
| 03/27/2024 | Call with R. Gayda on Coin Cloud issues (0.2); e-mail to Committee with McAlary offer (0.2); e-mail to Debtor | LEM | 1.30 | 1,267.50 |

|  | Coin Cloud- Official Committee of Unsecu | **Invoice Date** | June 11, 2024 |
|---|---|---|---|
| **38239-0005** | Litigation-Contested matter and adversary proceedings | **Invoice Number** | 9160085091 |
|  |  | **Through** | May 31, 2024 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | counsel regarding Bitcoin Depot (0.1); call with R. Works regarding conference (0.2); review discovery plan and prepare for same (0.6). |  |  |  |
| 03/28/2024 | Meeting w Debtors' counsel re Bitcoin Depot settlement conference (.7); review settlement proposal (.4). | RJG | 1.10 | 1,430.00 |
| 03/28/2024 | Discuss workstreams internally (.1); prepare RFPs for McAlary adversary (.2) | AJM | 0.30 | 277.50 |
| 03/28/2024 | Attend Bitcoin Depot call with local counsel (0.6). | LEM | 0.60 | 585.00 |
| 03/29/2024 | Call re settlement proposal/brief. | RJG | 0.70 | 910.00 |
| 03/29/2024 | Work on RFPs (1.1) | AJM | 1.10 | 1,017.50 |
| 03/29/2024 | Attend Bitcoin Depot conference call on settlement letter (0.6); review Lux Vending submission (0.4). | LEM | 1.00 | 975.00 |
| 04/01/2024 | Review and revise RFPs for McAlary (.6) and discuss with L. Miller (.1) | AJM | 0.70 | 647.50 |
| 04/01/2024 | Attention to order regarding scheduling conference in McAlary adversary (0.2); letter regarding UCC attendance at Bitcoin Depot settlement conference (0.2). | LEM | 0.40 | 390.00 |
| 04/02/2024 | Draft settlement letter to McAlary (1.3); attend call with FTI regarding Bitcoin Depot damages and settlement conference (1.6). | LEM | 2.90 | 2,827.50 |
| 04/04/2024 | Review and discuss letter regarding participation in BitCoin Depot settlement conference/court response. | RJG | 0.50 | 650.00 |
| 04/04/2024 | Call with R. Works regarding adversary. | LEM | 0.10 | 97.50 |
| 04/05/2024 | Call re bit coin depo settlement conference (.7); follow up emails from L. Miller (.1) | CVL | 0.80 | 780.00 |
| 04/05/2024 | Call regarding Bitcoin Depot settlement conference (0.6); e-mail to team regarding same and next steps (0.2). | LEM | 0.80 | 780.00 |
| 04/08/2024 | Call w FTI and S&K team re BCD settlement conference (.3); review emails to UCC re same (.4). | RJG | 0.70 | 910.00 |
| 04/08/2024 | Call re settlement conference with UCC professionals (.5); review email to UCC re same (.2). | CVL | 0.70 | 682.50 |
| 04/08/2024 | Discuss Bitcoin Depot status internally (.2) review and revise UCC correspondence re the same (.1) | AJM | 0.30 | 277.50 |
| 04/08/2024 | Call with team regarding Bitcoin Depot settlement conference (0.3); e-mails regarding same and other adversary admin (0.5). | LEM | 0.80 | 780.00 |
| 04/10/2024 | Review precedent / press re fraudulent transfer liability | CVL | 0.20 | 195.00 |
| 04/11/2024 | Call w counsel to 5/3 bank re CKI receivership. | RJG | 0.50 | 650.00 |
| 04/12/2024 | Begin gatherine documents for production in McAlary adversary (0.5); review draft requests to McAlary (0.3); e-mails regarding settlement letters (0.2). | LEM | 1.00 | 975.00 |

| | Coin Cloud- Official Committee of Unsecu Litigation-Contested matter and adversary proceedings | | **Invoice Date** | June 11, 2024 |
|---|---|---|---|---|
| **38239-0005** | | | **Invoice Number** | 9160085091 |
| | | | **Through** | May 31, 2024 |

| | | | | |
|---|---|---|---|---|
| 04/15/2024 | Review and revise McAlary settlement letter. | RJG | 1.10 | 1,430.00 |
| 04/15/2024 | Review and markup status report re appeals (.2); discuss the same (.1); circulate to McAlary counsel (.1) | CVL | 0.40 | 390.00 |
| 04/15/2024 | Review revised letter to McAlary. | LEM | 0.30 | 292.50 |
| 04/16/2024 | Discuss Debtor subpoena with L. Miller (.1) | AJM | 0.10 | 92.50 |
| 04/16/2024 | E-mail to Committee with McAlary letter (0.4); review notice of disqualification (0.2) and call with R. Works regarding same (0.1); e-mails with opposing counsel and team regarding same (0.2). | LEM | 0.90 | 877.50 |
| 04/17/2024 | Revise RFPs to McAlary (0.2); finalize and send settlement response letter to McAlary counsel (0.3). | LEM | 0.50 | 487.50 |
| 04/17/2024 | Retrieve and prepare court filings for attorney review. | MW | 0.90 | 324.00 |
| 04/23/2024 | Edits to requests for production to McAlary. | LEM | 0.50 | 487.50 |
| 04/25/2024 | Calls with Jimmerson (.6) and FTI (.6) and emails (.3) with respect to BitCoin Depot settlement negotiations. | RJG | 1.50 | 1,950.00 |
| 04/25/2024 | Review materials re e-discovery database; discuss with L. Miller | CVL | 0.20 | 195.00 |
| 04/25/2024 | Draft McAlary RFPs (1.3); gather material for insurer of D&O policy (0.4); attend call with J. Jimmerson regarding Bitcoin Depot settlement conference (0.6) and same with FTI (0.6); attend settlement conference (1.4); e-mails with R. Gayda regarding A.J. Kung response to info request (0.4). | LEM | 4.70 | 4,582.50 |
| 04/26/2024 | Email w McAlary counsel (.3); call w R. Works (.3); call w L. Miller (.2). | RJG | 0.80 | 1,040.00 |
| 04/26/2024 | Draft e-mail response to A.J. Kung (0.4); call with R. Gayda regarding matter (0.2). | LEM | 0.60 | 585.00 |
| 04/29/2024 | Review McAlary requests for production; comment to the same. | CVL | 0.60 | 585.00 |
| 04/29/2024 | Attn to emails re doc product and confi agreement (.2) | AJM | 0.20 | 185.00 |
| 04/29/2024 | Attention to production of documents. | LEM | 0.50 | 487.50 |
| 04/29/2024 | Draft requests to McAlary (2.4); research into issue of whether fraudulent transfer claim can be waived (0.9). | LEM | 3.30 | 3,217.50 |
| 04/30/2024 | Emails re e-discovery database. | CVL | 0.20 | 195.00 |
| 04/30/2024 | Compile production materials (.2) and discuss same with L. Miller (.1) | AJM | 0.30 | 277.50 |
| 04/30/2024 | Finalize requests for production to McAlary and circulate to internal group (0.7); review 2004 investigation material and gather for production (3.1). | LEM | 3.80 | 3,705.00 |
| 04/30/2024 | Prepare documents for production. | MW | 1.50 | 540.00 |

|  | Coin Cloud- Official Committee of Unsecu Litigation-Contested matter and adversary proceedings | | **Invoice Date** | June 11, 2024 |
| **38239-0005** | | | **Invoice Number** | 9160085091 |
|  | | | **Through** | May 31, 2024 |

| | | | | |
|---|---|---|---|---|
| 05/01/2024 | Draft confidentiality agreement for McAlary adversary (0.1); call with B. Axelrod regarding Bitcoin Depot (0.1); attention to production in adversary (0.5); draft responses and objections to McAlary RFPs and circulate (0.8); attend issue of waiver with respect to fraudulent transfer claims (0.4). | LEM | 1.90 | 1,852.50 |
| 05/01/2024 | Prepare documents for production (.9) ; draft cover letter in connection with same (.4) | MW | 1.30 | 468.00 |
| 05/02/2024 | Calls with Debtor regarding BitAccess deposition (0.3); edit requests for production (1.1); edits to confidentiality agreement in adversary (.9); call with R. Gayda (0.1); finalize requests for production and responses and objetions in adversary (0.4). | LEM | 2.80 | 2,730.00 |
| 05/03/2024 | Review and comment on RFP (.3); review and comment on objections to document requests (.2) | CVL | 0.50 | 487.50 |
| 05/03/2024 | Revise requests for production (0.9) and responses and objections (0.9) in adversary; serve same (0.6); draft cover letter for production (0.1); extensive attention to production issues and revising same (1.2); finalize and serve same (0.4). | LEM | 4.10 | 3,997.50 |
| 05/03/2024 | Review documents for attorney review and additional production (.60); prepare documents for May 3, 2024 production (2.20). | MW | 2.80 | 1,008.00 |
| 05/06/2024 | Draft subpoena to Debtor. | LEM | 1.10 | 1,072.50 |
| 05/09/2024 | Update call with R. Gayda. | LEM | 0.10 | 97.50 |
| 05/15/2024 | Attention to Debtor and Garon subpoenas. | LEM | 0.40 | 390.00 |
| 05/17/2024 | Emails and discussions re motion to withdraw the reference. | CVL | 0.20 | 195.00 |
| 05/20/2024 | Review debtor subpoena (.2); discuss with L. Miller (.2); update the same and circulate (.1). | CVL | 0.50 | 487.50 |
| 05/20/2024 | Review and revise Debtor RFPs (.3); discuss same internally (.1); review and revise stipulated orders (.1) | AJM | 0.50 | 462.50 |
| 05/20/2024 | Attend Debtor subpoena questions (.4); review and edit stipulation/order to continue (0.4). | LEM | 0.60 | 585.00 |
| 05/20/2024 | Index and prepare McAlary supplement to initial disclosures for attorney review. | MW | 0.30 | 108.00 |
| 05/21/2024 | Attend e-mails regarding district court hearing. | LEM | 0.20 | 195.00 |
| 05/22/2024 | Meeting with L. Miller re discovery matters. | MDK | 0.20 | 290.00 |
| 05/22/2024 | Attention to subpoena (0.2); attention to load file questions from McAlary counsel (0.4). | LEM | 0.60 | 585.00 |
| 05/23/2024 | Call re Bitaccess/BitCoin Depot (.9); call re McAlary | RJG | 1.30 | 1,690.00 |

|  |  | Invoice Date | June 11, 2024 |
|---|---|---|---|
|  | Coin Cloud- Official Committee of Unsecu | **Invoice Number** | 9160085091 |
| **38239-0005** | Litigation-Contested matter and adversary proceedings | **Through** | May 31, 2024 |

claims (.3) follow up re emails re same (.1).

| 05/23/2024 | Attend call re: Bitcoin Depot litigation and next steps. | LEM | 0.90 | 877.50 |
|---|---|---|---|---|
| 05/23/2024 | Call with R. Gayda and FTI concerning McAlary proceeding. | LEM | 0.30 | 292.50 |
| 05/28/2024 | Call with Fox Rothschild regarding subpoena to debtor in adversary. | LEM | 0.10 | 97.50 |

**Total Hours**........................................................................... **94.30**

**Total Services**..................................................................$ **90,392.50**

**TOTAL AMOUNT DUE**...................................................$ **90,392.50**

| | | | Invoice Date | June 11, 2024 |
|---|---|---|---|---|
| | Coin Cloud- Official Committee of Unsecu | | Invoice Number | 9160085091 |
| 38239-0005 | Litigation-Contested matter and adversary proceedings | | Through | May 31, 2024 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 0431 MDK | Partner | Kotwick, Mark | 0.70 | 1,450.00 | 1,015.00 |
| 1998 RJG | Partner | Gayda, Robert J. | 11.20 | 1,300.00 | 14,560.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 5.80 | 975.00 | 5,655.00 |
| 1997 LEM | Counsel | Miller, Laura E. | 50.90 | 975.00 | 49,627.50 |
| 2020 AJM | Associate | Matott, Andrew J. | 18.20 | 925.00 | 16,835.00 |
| 2077 MW | Paralegal | Wasserman, Marian | 7.50 | 360.00 | 2,700.00 |
| **Total** | | | **94.30** | | **90,392.50** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**June 11, 2024**
**Invoice Number 9160085091**

**38239-0005**   **Litigation-Contested matter and adversary proceedings**

For Professional Services Rendered through May 31, 2024:

Fees ............................................................................................................. 90,392.50

**TOTAL AMOUNT DUE**...................................................................................... $ **90,392.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

REMITTANCE COPY

**TAX IDENTIFICATION NUMBER 13-5551783**

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**    **Coin Cloud- Official**
     **Committee of Unsecu**

                                        **June 11, 2024**
                            **Invoice Number 9160085087**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through May 31, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0008 | Claims Administration and Objections | 3,882.50 | 0.00 | 3,882.50 |

Coin Cloud- Official Committee of Unsecu

| | | Invoice Date | June 11, 2024 |
|---|---|---|---|

**38239-0008**          Claims Administration and Objections

| | Invoice Number | 9160085087 |
|---|---|---|
| | Through | May 31, 2024 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/05/2024 | Review Sygnia claim stipulation (.1); comments to same (.1) | CVL | 0.20 | 195.00 |
| 03/08/2024 | Discuss potential WeWork settlement (.2) | RJG | 0.20 | 260.00 |
| 03/08/2024 | Review and discuss AVT improper proposed order. | CVL | 0.30 | 292.50 |
| 03/11/2024 | Internal discussion re AVT admin claims (.1); discuss with Debtor counsel (.1) | CVL | 0.20 | 195.00 |
| 03/12/2024 | Emails with FTI re AVT (.1); discuss with R. Gayda (.1); emails to Debtor re same (.1) | CVL | 0.30 | 292.50 |
| 03/12/2024 | Emails with FTI re WeWork (.1); discuss with R. Gayda (.1); review stipulation re same (.1); updates to the same (.2); circulate internally and then to Debtor (.1). | CVL | 0.60 | 585.00 |
| 03/12/2024 | attn to CVL email re we work lease | JOP | 0.20 | 150.00 |
| 03/15/2024 | Discuss AVT admin claim (.1); follow up with Debtor re same (.1); review and sign off on settlement proposal email (.2). | CVL | 0.40 | 390.00 |
| 03/19/2024 | Emails re Brinks admin claim | CVL | 0.20 | 195.00 |
| 03/20/2024 | Emails re WeWork claim settlement | CVL | 0.20 | 195.00 |
| 03/25/2024 | AVY negotiations (.2) | RJG | 0.20 | 260.00 |
| 03/26/2024 | Review comments to Sygnia stipulation; discuss internally; emails with Debtor re same. | CVL | 0.30 | 292.50 |
| 03/26/2024 | Review / revise Sygnia settlement agreement (.1) | AJM | 0.10 | 92.50 |
| 04/04/2024 | Review stipulation with AVT (.1); comment to same (.1); discuss with R. Gayda (.2); circulate comments to Debtor (.1) | CVL | 0.50 | 487.50 |

| | | | | |
|---|---|---|---|---|
| | **Total Hours**................................................................... | | | **3.90** |
| | **Total Services**.............................................................$ | | | **3,882.50** |
| | **TOTAL AMOUNT DUE**...............................................$ | | | **3,882.50** |

|  |  |  | **Invoice Date** | June 11, 2024 |
|  | Coin Cloud- Official Committee of Unsecu |  | **Invoice Number** | 9160085087 |
| 38239-0008 | Claims Administration and Objections |  | **Through** | May 31, 2024 |

| **ATTY NO. / INIT.** | **TITLE** | **NAME** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|---|
| 1998 RJG | Partner | Gayda, Robert J. | 0.40 | 1,300.00 | 520.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 3.20 | 975.00 | 3,120.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 0.10 | 925.00 | 92.50 |
| 2339 JOP | Associate | Patouhas, John | 0.20 | 750.00 | 150.00 |
| **Total** |  |  | **3.90** |  | **3,882.50** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**June 11, 2024**
**Invoice Number 9160085087**

**38239-0008**      **Claims Administration and Objections**

For Professional Services Rendered through May 31, 2024:

Fees                                                                                                        3,882.50

**TOTAL AMOUNT DUE**.................................................................................... $      **3,882.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

## Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**     **Coin Cloud- Official**                                                **June 11, 2024**
             **Committee of Unsecu**                              **Invoice Number 9160085088**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through May 31, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0009 | Communications with Creditors | 487.50 | 0.00 | 487.50 |

Page    **2**

|  | | **Invoice Date** | June 11, 2024 |
| Coin Cloud- Official Committee of Unsecu | | **Invoice Number** | 9160085088 |
| **38239-0009** | Communications with Creditors | **Through** | May 31, 2024 |

| <u>**DATE**</u> | <u>**NARRATIVE**</u> | <u>**NAME**</u> | <u>**HOURS**</u> | <u>**AMOUNT**</u> |
|---|---|---|---|---|
| 03/12/2024 | Draft email re WeWork claim to Committee and send | CVL | 0.30 | 292.50 |
| 03/15/2024 | Emails re Committee data requests | CVL | 0.20 | 195.00 |

**Total Hours**..............................................................................................**0.50**

**Total Services**...............................................................................$      **487.50**

**TOTAL AMOUNT DUE**..............................................................$      **487.50**

|  |  | | Invoice Date | June 11, 2024 |
|  | Coin Cloud- Official Committee of Unsecu | | Invoice Number | 9160085088 |
| **38239-0009** | Communications with Creditors | | Through | May 31, 2024 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 0.50 | 975.00 | 487.50 |
| **Total** |  |  | **0.50** |  | **487.50** |

# Seward & Kissel LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

**June 11, 2024**
**Invoice Number 9160085088**

**38239-0009    Communications with Creditors**

For Professional Services Rendered through May 31, 2024:

Fees                                                                                      487.50

**TOTAL AMOUNT DUE**................................................................................................. $     **487.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**     **Coin Cloud- Official**                                    **June 11, 2024**
              **Committee of Unsecu**                   **Invoice Number 9160085089**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through May 31, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0016 | Court Hearings | 2,242.50 | 0.00 | 2,242.50 |

Coin Cloud- Official Committee of Unsecu

| | | Invoice Date | June 11, 2024 |
|---|---|---|---|
| | | Invoice Number | 9160085089 |
| **38239-0016** | Court Hearings | Through | May 31, 2024 |

| **DATE** | **NARRATIVE** | **NAME** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 03/28/2024 | Monitor scheduling hearing (.3); discuss with L. Miller thereafter (.1) | CVL | 0.40 | 390.00 |
| 03/28/2024 | Prepare for (0.5) and attend (0.4) scheduling conference in McAlary adversary; follow-up calls with team (0.2) | LEM | 1.10 | 1,072.50 |
| 04/17/2024 | Prepare for (.2) and attend hearing on interim fee applications (.6) | CVL | 0.80 | 780.00 |

**Total Hours**.................................................................................. **2.30**

**Total Services**.............................................................................$ **2,242.50**

**TOTAL AMOUNT DUE**.......................................................$ **2,242.50**

Coin Cloud- Official Committee of Unsecu

| | | **Invoice Date** | June 11, 2024 |
|---|---|---|---|

**Invoice Date**  June 11, 2024
**Invoice Number**  9160085089

**38239-0016**          Court Hearings

**Through**  May 31, 2024

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 1.20 | 975.00 | 1,170.00 |
| 1997 LEM | Counsel | Miller, Laura E. | 1.10 | 975.00 | 1,072.50 |
| **Total** | | | **2.30** | | **2,242.50** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**June 11, 2024**
**Invoice Number 9160085089**

**38239-0016      Court Hearings**

For Professional Services Rendered through May 31, 2024:

Fees .......................................................................................................... 2,242.50

**TOTAL AMOUNT DUE**................................................................................................ $   **2,242.50**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

# Sᴇᴡᴀʀᴅ & Kɪssᴇʟ ʟʟᴘ

ONE BATTERY PARK PLAZA
NEW YORK, NY  10004
**(212) 574-1200**

---

**38239**    **Coin Cloud- Official**                                                                **June 11, 2024**
              **Committee of Unsecu**                                            **Invoice Number 9160085090**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT  84037**

**For Professional Services Rendered through May 31, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0017 | Employment and Fee Applications | 8,655.00 | 0.00 | 8,655.00 |

Coin Cloud- Official Committee of Unsecu

**38239-0017**        Employment and Fee Applications

| | | | |
|---|---|---|---|
| **Invoice Date** | | | June 11, 2024 |
| **Invoice Number** | | | 9160085090 |
| **Through** | | | May 31, 2024 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/11/2024 | Discuss updates to interim application with J. Patouhas (.1); update the same (1.5); review and circulate (.3). | CVL | 1.90 | 1,852.50 |
| 03/11/2024 | Draft interim fee application. | JOP | 2.70 | 2,025.00 |
| 03/13/2024 | Prepare January monthly statement (.6); circulate the same (.1) | CVL | 0.70 | 682.50 |
| 03/13/2024 | Review comments to Interim Fee application (.1); update the same (.1); circulate to local counsel (.1) | CVL | 0.30 | 292.50 |
| 03/14/2024 | Circulate monthly statement to local counsel | CVL | 0.10 | 97.50 |
| 03/15/2024 | Discuss interim application (.2); revise the same (.2); discuss with local counsel (.1) | CVL | 0.50 | 487.50 |
| 03/20/2024 | Emails re LEDES files re request from UST | CVL | 0.20 | 195.00 |
| 03/21/2024 | Review stipulation re objection deadlines for McAlary (.1); comments to same (.1); circulate to local counsel (.1) | CVL | 0.30 | 292.50 |
| 03/22/2024 | Emails re LEDES files (.2); circulate comments to objection stipulation (.1); review and sign off on comments to the same (.1) | CVL | 0.40 | 390.00 |
| 03/25/2024 | Emails re LEDES files per request of UST (.1); follow up re same (.1); emails with UST (.1) | CVL | 0.30 | 292.50 |
| 04/01/2024 | Prepare monthly fee statement (.5); prepare charts re same (.3). | CVL | 0.80 | 780.00 |
| 04/02/2024 | Revise monthly statement (.1); circulate internally (.1); finalize (.1); circulate to local counsel (.1) | CVL | 0.40 | 390.00 |
| 04/03/2024 | Review comments from UST (.2); internal discussion re same (.1); call with UST (.2); sign off on compromise (.1) | CVL | 0.60 | 585.00 |
| 04/17/2024 | Review order for approval of interim application; discuss with local counsel. | CVL | 0.30 | 292.50 |

**Total Hours**.................................................................................................... **9.50**

**Total Services**............................................................................................. $ **8,655.00**

**TOTAL AMOUNT DUE**.................................................................$ **8,655.00**

Coin Cloud- Official Committee of Unsecu

| | Invoice Date | June 11, 2024 |
|---|---|---|
| | **Invoice Number** | 9160085090 |

**38239-0017**    Employment and Fee Applications

| | **Through** | May 31, 2024 |
|---|---|---|

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 6.80 | 975.00 | 6,630.00 |
| 2339 JOP | Associate | Patouhas, John | 2.70 | 750.00 | 2,025.00 |
| **Total** | | | **9.50** | | **8,655.00** |

# Seward & Kissel llp

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

**June 11, 2024**
**Invoice Number 9160085090**

**38239-0017     Employment and Fee Applications**

For Professional Services Rendered through May 31, 2024:

Fees ........................................................................................................................... 8,655.00

**TOTAL AMOUNT DUE**................................................................................................ $     **8,655.00**

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**