John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**COMBINED SIXTEENTH AND SEVENTEENTH MONTHLY FEE STATEMENT OF SEWARD & KISSEL LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 1, 2024 THROUGH JULY 31, 2024**<br><br>Seward & Kissel LLP, Counsel to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 23, 2023)<br><br>June 1, 2024 through July 31, 2024<br><br>$24,704.00 (80% of $30,880.00)<br><br>$2,060.29 (100% of expenses) |

Seward & Kissel LLP ("S&K" or the "Applicant"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Combined Sixteenth and Seventeenth Monthly Fee Statements (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing June 1, 2024 through July 31, 2024 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, S&K requests allowance and payment of $24,704.00 (representing 80% of the $30,880.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $2,060.29 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by S&K during the Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at S&K who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Fee Period by task. Attached as **Exhibit 3** is a summary of the expenses incurred during the Fee Period by category. Attached hereto as **Exhibit 4** are the detailed time entries and expenses for the Fee Period (invoices for the period June 1, 2024 through July 31, 2024) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. S&K reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

DATED this 20th day of August 2024.

SEWARD & KISSEL LLP

By: /s/   John R. Ashmead
John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

Respectfully Submitted By:

McDONALD CARANO LLP

 /s/ Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee
of Unsecured Creditors*

# EXHIBIT 1
## Summary of Professionals for the Fee Period

| Name | Year Admitted[1] | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Robert J. Gayda | 2004 | Bankruptcy | $1300 | 4.3 | $5,590.00 |
| **Counsel** | | | | | |
| Laura E. Miller | 2013 | Litigation | $975 | 17.5 | $17,062.50 |
| **Associates** | | | | | |
| Catherine V. LoTempio | 2014 | Bankruptcy | $975 | 7.3 | $7,117.50 |
| Andrew J. Matott | 2017 | Bankruptcy | $925 | 1.2 | $1,110.00 |
| **Total:** | | | | 30.3 | **$30,880.00** |

---

[1] Unless otherwise noted, admission year is for New York Bar.

# EXHIBIT 2

**Statement of Fees by Subject Matter**

| Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Litigation-Contested Matter and Adversary Proceedings | 30.3 | $30,880.00 |
| **Total** | **30.3** | **$30,880.00** |

EXHIBIT 3

**Expenses by Category**

| Expense Category | Total |
|---|---|
| Litigation Support Vendor | $2,060.29 |
| **TOTAL** | **$2,060.29** |

# EXHIBIT 4
**Detailed Time Records**

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

**38239**  **Coin Cloud- Official Committee of Unsecu**

**Coin Cloud- Official Committee of Unsecu**
c/o OptConnect
865 West 450 North Suite 1
Kaysville UT 84037

**August 13, 2024**
**Invoice Number 9160088733**

**For Professional Services Rendered through July 31, 2024:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0005 | Litigation-Contested matter and adversary proceedings | 30,880.00 | 2,060.29 | 32,940.29 |

|  | | | | |
|---|---|---|---|---|
| **38239-0005** | Coin Cloud- Official Committee of Unsecu Litigation-Contested matter and adversary proceedings | Invoice Date | August 13, 2024 | |
| | | Invoice Number | 9160088733 | |
| | | Through | July 31, 2024 | |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/04/2024 | Review RFPs and prepare search terms re same (.8); discuss custodians with L. Miller and A. Matott (.2)/. | CVL | 1.00 | 975.00 |
| 06/04/2024 | Review select company docs and prepare list of potential custodians for Debtor subpoena (.3) ; discuss same internally (.1). | AJM | 0.40 | 370.00 |
| 06/05/2024 | Discuss RFP search terms with A. Matott (.3); update list of same (.2);. | CVL | 0.50 | 487.50 |
| 06/05/2024 | Discuss search terms with C. LoTempio. | AJM | 0.30 | 277.50 |
| 06/11/2024 | E-mail to local counsel regarding upcoming status conference (0.1); edits to search terms for adversary (0.8). | LEM | 0.90 | 877.50 |
| 06/17/2024 | Attention to proposed search terms to debtor and custodian list. | LEM | 0.70 | 682.50 |
| 06/19/2024 | E-mails regarding motion to withdraw reference hearing. | LEM | 0.10 | 97.50 |
| 06/20/2024 | Attention to e-mail proposal from Debtor in McAlary adversary concerning Debtor production. | LEM | 0.20 | 195.00 |
| 06/24/2024 | Call with R. Works re motion to withdraw the reference. | CVL | 0.20 | 195.00 |
| 06/26/2024 | Emails re stipulation re stay of appeals (.1); discuss with L. Miller (.1). | CVL | 0.20 | 195.00 |
| 06/27/2024 | Update from L. Miller re motion to withdraw the reference. | CVL | 0.10 | 97.50 |
| 06/27/2024 | Attend hearing on motion to withdraw reference (1.4) and follow-up with C. LoTempio (0.1) and e-mails regarding same (0.1). | LEM | 1.60 | 1,560.00 |
| 06/28/2024 | Emails re ruling on motion to withdraw the reference. | CVL | 0.10 | 97.50 |
| 06/28/2024 | E-mails regarding conference (0.2); call with R. Works (0.2); e-mail to team regarding same (0.1). | LEM | 0.50 | 487.50 |
| 07/02/2024 | Review e-mails regarding stipulations to lift stay (0.2); call with debtor counsel regarding same (0.1); e-mail to team regarding same (0.1); e-mails with D. Cica regarding stips (0.3); e-mail to insurer (0.1). | LEM | 0.80 | 780.00 |
| 07/08/2024 | Review financial materials stipulation and markup same (.3); circulate to L. Miller (.1). | CVL | 0.40 | 390.00 |
| 07/10/2024 | Negotiations of McAlary confi for financial information; call re same. | RJG | 1.50 | 1,950.00 |
| 07/10/2024 | Recirculate markup to NDA addendum (.1); discuss the same (.1); review response to the same and discuss internally (.2); revise agreement (.1); discuss response with L. Miller and R. Gayda (.1); further discuss response re same (.2). | CVL | 0.80 | 780.00 |

| | | **Invoice Date** | August 13, 2024 |
|---|---|---|---|
| **38239-0005** | Coin Cloud- Official Committee of Unsecu Litigation-Contested matter and adversary proceedings | **Invoice Number** | 9160088733 |
| | | **Through** | July 31, 2024 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 07/10/2024 | Call with insurance counsel regarding case status (0.3); attention to adversary confi and revise same and attention to e-mails with team regarding same (0.7); numerous e-mails with opposing counsel regarding confi (1). | LEM | 2.00 | 1,950.00 |
| 07/11/2024 | Attend adversary status conference (.4); review emails re same (.2); review motion to lift appeal stay (.1). | CVL | 0.70 | 682.50 |
| 07/11/2024 | Emails regarding confidentiality stip (0.2); call with R. Works about conference (0.3); and discuss same with C. LoTempio (0.2). | LEM | 0.70 | 682.50 |
| 07/12/2024 | Calls re confidentiality arrangement w McAlary (.7); emails w Debtors' counsel re Cole Kepro receivership (.5). | RJG | 1.20 | 1,560.00 |
| 07/12/2024 | Calls with R. Works regarding e-discovery and protective order (0.4); call with R. Gayda regarding same (.4); calls with K. Sutehall regarding same (0.3); e-mails regarding protective order (0.4) and brief call with opposing counsel to discuss McAlary financials (0.2). | LEM | 1.70 | 1,657.50 |
| 07/16/2024 | Emails re contingency counsel (.4); discovery issues (.5). | RJG | 0.90 | 1,170.00 |
| 07/16/2024 | Review confidentiality agreement and markup same (.4); discuss L. Miller (.2 ); discuss next steps with R. Gayda and A. Matott (.2); discuss with L. Miller (.2). | CVL | 1.00 | 975.00 |
| 07/16/2024 | Discuss case workstreams internally (.2). | AJM | 0.20 | 185.00 |
| 07/16/2024 | Edits to draft NDA (0.8); various e-mails regarding McAlary financials and follow-up on same (0.8). | LEM | 1.60 | 1,560.00 |
| 07/17/2024 | Prepare for (.1); call with Debtor and McAlary counsel re document production (.4); follow up with L. Miller re same (.1). | CVL | 0.60 | 585.00 |
| 07/17/2024 | Attention to confidentiality agreement (0.5); e-mails re various confidentiality stipulations (0.3); call with McAlary counsel (0.5) and follow-up (0.3). | LEM | 1.60 | 1,560.00 |
| 07/18/2024 | Call with potential contingency counsel and related follow-up. | LEM | 0.80 | 780.00 |
| 07/19/2024 | Call w 5/3rd counsel (.5); emails w Debtor re same (.2). | RJG | 0.70 | 910.00 |
| 07/19/2024 | Call with 5/3 counsel re receivership status (.2). | AJM | 0.20 | 185.00 |
| 07/22/2024 | Call with Debtor and McAlary counsel regarding document production issues (0.5); follow-up with Debtor counsel (0.4); e-mails regarding same (0.2). | LEM | 1.10 | 1,072.50 |
| 07/23/2024 | Review revised initial disclosures (0.2); attention to draft stipulation and protective order (0.4); e-mails regarding upcoming response to motion to lift stay on appeals (0.2). | LEM | 0.80 | 780.00 |
| 07/24/2024 | Attn to emails and discuss case status internally (.1). | AJM | 0.10 | 92.50 |
| 07/24/2024 | Attention to edits to Debtor protective order (0.3); call | LEM | 1.60 | 1,560.00 |

| | | | **Invoice Date** | August 13, 2024 |
|---|---|---|---|---|
| **38239-0005** | Coin Cloud- Official Committee of Unsecu Litigation-Contested matter and adversary proceedings | | **Invoice Number** | 9160088733 |
| | | | **Through** | July 31, 2024 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 07/25/2024 | with M. Tucker regarding McAlary financials (0.4); calls with Debtor counsel (0.4); e-mails with McAlary counsel regarding McAlary financials and motion to lift stay (0.5). Draft responses to lift stay motions (1.1); circulate internally (.1); update (.1); circulate to local counsel (.1); review and edit final versions of same and sign off (.1). | CVL | 1.50 | 1,462.50 |
| 07/25/2024 | Attention to Debtor PO proposal (0.4) and various e-mails regarding response to motion to lift stay on appeals (0.2). | LEM | 0.60 | 585.00 |
| 07/26/2024 | Review response re appeal stay litigation; follow up with R. Works re same. | CVL | 0.20 | 195.00 |
| 07/30/2024 | Meet and confer with Debtor and McAlary counsel re: discovery. | LEM | 0.20 | 195.00 |

**Total Hours**..................................................................................................  30.30

**Total Services**.............................................................................................$  30,880.00

**Disbursements Recorded Through July 31, 2024**

Litigation Support Vendor                                                                   2,060.29

**Total Disbursements**..................................................................................$  **2,060.29**

**TOTAL AMOUNT DUE**............................................................................$  **32,940.29**

| | | | | Invoice Date | August 13, 2024 |
| --- | --- | --- | --- | --- | --- |
| **38239-0005** | Coin Cloud- Official Committee of Unsecu Litigation-Contested matter and adversary proceedings | | | **Invoice Number** | 9160088733 |
| | | | | **Through** | July 31, 2024 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 1998 RJG | Partner | Gayda, Robert J. | 4.30 | 1,300.00 | 5,590.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 7.30 | 975.00 | 7,117.50 |
| 1997 LEM | Counsel | Miller, Laura E. | 17.50 | 975.00 | 17,062.50 |
| 2020 AJM | Associate | Matott, Andrew J. | 1.20 | 925.00 | 1,110.00 |
| **Total** | | | **30.30** | | **30,880.00** |

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

|  |  |
|---|---|
| **38239-0005** **Litigation-Contested matter and adversary proceedings** | **August 13, 2024** **Invoice Number 9160088733** |

For Professional Services Rendered through July 31, 2024:

| | |
|---|---:|
| Fees | 30,880.00 |
| DISBURSEMENTS | 2,060.29 |
| **TOTAL AMOUNT DUE**................................................................................... $ | **32,940.29** |

Payment of bill is due upon receipt.

Please return this page when making payment to ensure proper credit.

Wire transfer instructions:

| | |
|---|---|
| Name of Bank: | Citibank, N.A. |
| Address of Bank: | 120 Broadway |
| | New York, NY 10271 |
| ABA Number: | 021000089 |
| Name of Account: | Seward & Kissel LLP Central Account |
| Account Number: | 4973607720 |
| Swift Code: | CITIUS33 |

**TAX IDENTIFICATION NUMBER 13-5551783**