Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2023 THROUGH AUGUST 31, 2023**<br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>August 1, 2023, through August 31, 2023<br><br>$96,304.00 (80% of $120,380.00)<br><br>$0.00 (100% of expenses) |

1    FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official

2    Committee of Unsecured Creditors (the "Committee"), hereby submits its Sixth Interim

3    Monthly Fee Statement (the "Statement") for allowance and payment of compensation for

4    professional services rendered and for reimbursement of actual and necessary expenses incurred

5    for the period commencing August 1, 2023, through August 31, 2023 (the "Fee Period")

6    pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and*

7    *Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and*

8    *Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation

9    Procedures Order").

10    By this Statement, FTI requests allowance and payment of $96,304.00 (representing

11    80% of the $120,380.00 in fees incurred) as compensation for professional services rendered to

12    the Committee during the Fee Period and allowance and payment of $0.00 (representing

13    100% of expenses incurred) as reimbursement for actual and necessary expenses

14    incurred by FTI Consulting, Inc. during the Fee Period.

15    Attached hereto as **Exhibit A** is the name of each professional at FTI who performed

16    services for the Committee in connection with these Chapter 11 Cases during the Fee Period

17    covered by this Fee Statement and the hourly rate and total fees for each professional. Attached

18    hereto as **Exhibit B** is a summary of hours during the Fee Period by task.  Attached hereto

19    as **Exhibit C** are the detailed time entries for the Fee Period.

20    Some fees and expenses may not be included in this Statement due to delays in the

21    accounting and processing of certain fees and expenses during the Fee Period.  FTI reserves all

22    rights to seek further allowance of such fees and expenses not set forth herein.

23    In accordance with the proposed Interim Compensation Procedures Order, objections to

24    this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration

25    of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the

26    disbursements requested in this Statement, except such fees or disbursements as to which an

1    objection has been served.

2    DATED this 27th day of August 2024.

4                                  FTI Consulting, Inc.

                    By: _/s/ Michael Tucker_____

5                                  Michael Tucker

6                                  4835 East Cactus Road, Suite 230

7                                  Scottsdale, AZ 85254

8                                  michael.tucker@fticonsulting.com

8                                  *Financial Advisor for Official Committee*

9                                  *of Unsecured Creditors*

10

11

12    Respectfully submitted by:

13    McDONALD CARANO LLP

14    _/s/ Ryan J. Works_____

15    Ryan J. Works, Esq (NSBN 9224)

16    Amanda M. Perach, Esq (NSBN 12399)

17    2300 West Sahara Avenue, Suite 1200

18    Las Vegas, Nevada 89102

19    rworks@mcdonaldcarano.com

20    aperach@mcdonaldcarano.com

21    *Counsel for Official Committee*

22    *of Unsecured Creditors*

23

24

25

26

27

28

Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD AUGUST 1, 2023 TO AUGUST 31, 2023**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 76.9 | $ 49,985.00 |
| Eisler, Marshall | Managing Dir | 650 | 26.0 | 16,900.00 |
| Halevy, Richard | Sr Consultant | 650 | 82.3 | 53,495.00 |
| **TOTAL** | | | **185.2** | **$ 120,380.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD AUGUST 1, 2023 TO AUGUST 31, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 20.0 | $ 13,000.00 |
| 2 | Cash & Liquidity Analysis | 4.7 | 3,055.00 |
| 6 | Asset Sales & Recoveries | 32.7 | 21,255.00 |
| 11 | Prepare for and Attend Court Hearings | 4.6 | 2,990.00 |
| 13 | Analysis of Other Miscellaneous Motions | 1.4 | 910.00 |
| 14 | Analysis of Claims/Liab Subject to Compro | 16.1 | 10,465.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 9.5 | 6,175.00 |
| 18 | Potential Avoidance Actions & Litigation | 69.6 | 45,240.00 |
| 19 | Case Management | 5.3 | 3,445.00 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 4.5 | 2,925.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 13.8 | 8,970.00 |
| 24 | Preparation of Fee Application | 3.0 | 1,950.00 |
| | **GRAND TOTAL** | **185.2** | **$ 120,380.00** |

Exhibit C

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2023 TO AUGUST 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 8/7/2023 | Tucker, Michael | 0.3 | Review latest financial statements for Debtor's Brazilian subsidiary. |
| 1 | 8/23/2023 | Tucker, Michael | 0.3 | Prepare correspondence to Province re: Brazil entity diligence. |
| 1 | 8/23/2023 | Tucker, Michael | 2.3 | Review information provided by Debtor re: Brazil entity. |
| 1 | 8/24/2023 | Tucker, Michael | 0.8 | Participate in call with FTI colleague in Brazil re: Debtor's Brazil subsidiary. |
| 1 | 8/24/2023 | Tucker, Michael | 1.2 | Review information provided by Debtor re: Brazil entity. |
| 1 | 8/24/2023 | Tucker, Michael | 0.8 | Review analysis re: latest financials for Debtor's Brazil subsidiary. |
| 1 | 8/24/2023 | Eisler, Marshall | 0.7 | Review documents provided by Province re: Debtor's Brazilian subsidiary. |
| 1 | 8/24/2023 | Halevy, Richard | 0.4 | Review latest financial statements for Debtor's Brazil entity. |
| 1 | 8/24/2023 | Halevy, Richard | 0.8 | Participate in call with FTI colleague in Brazil re: Debtor's Brazil subsidiary. |
| 1 | 8/25/2023 | Tucker, Michael | 0.3 | Review correspondence from Debtor re: Brazil entity. |
| 1 | 8/25/2023 | Tucker, Michael | 0.9 | Review analysis re: latest financials for Debtor's Brazil subsidiary. |
| 1 | 8/25/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Province re: Brazil entity diligence. |
| 1 | 8/25/2023 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: Brazil entity financials. |
| 1 | 8/25/2023 | Halevy, Richard | 2.0 | Prepare analysis re: latest financials for Debtor's Brazil subsidiary. |
| 1 | 8/28/2023 | Tucker, Michael | 0.9 | Review analysis re: latest financials for Debtor's Brazil subsidiary. |
| 1 | 8/28/2023 | Eisler, Marshall | 0.4 | Review correspondence from Province re: status of Brazil entity. |
| 1 | 8/28/2023 | Halevy, Richard | 0.7 | Prepare analysis re: latest financials for Debtor's Brazil subsidiary. |
| 1 | 8/29/2023 | Tucker, Michael | 0.4 | Review analysis re: latest financials for Debtor's Brazil subsidiary. |
| 1 | 8/29/2023 | Eisler, Marshall | 0.6 | Review Debtor's historical crypto wallet information re: wallets used for Brazil entity. |
| 1 | 8/29/2023 | Halevy, Richard | 0.5 | Prepare correspondence to Province re: Brazil entity diligence. |
| 1 | 8/29/2023 | Halevy, Richard | 0.8 | Review information provided by Debtor re: Brazil entity. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2023 TO AUGUST 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 8/29/2023 | Halevy, Richard | 1.1 | Prepare analysis re: latest financials for Debtor's Brazil subsidiary. |
| 1 | 8/31/2023 | Tucker, Michael | 1.0 | Participate in call with manager of Debtor's Brazil subsidiary re: financial information. |
| 1 | 8/31/2023 | Tucker, Michael | 0.5 | Review latest financial statements for Debtor's Brazil subsidiary. |
| 1 | 8/31/2023 | Halevy, Richard | 1.0 | Participate in call with manager of Debtor's Brazil subsidiary re: financial information. |
| 1 | 8/31/2023 | Halevy, Richard | 0.7 | Review latest financial statements re: Debtor's Brazil subsidiary. |
| **1 Total** | | | **20.0** | |
| 2 | 8/2/2023 | Tucker, Michael | 0.5 | Review Debtor's liquidity. |
| 2 | 8/2/2023 | Halevy, Richard | 1.0 | Prepare analysis re: Debtor's liquidity. |
| 2 | 8/4/2023 | Tucker, Michael | 0.9 | Review analysis re: Debtor's liquidity. |
| 2 | 8/4/2023 | Eisler, Marshall | 0.2 | Review correspondence from Province re: cash collection process. |
| 2 | 8/15/2023 | Halevy, Richard | 2.1 | Prepare analysis re: Debtor's liquidity. |
| **2 Total** | | | **4.7** | |
| 6 | 8/2/2023 | Tucker, Michael | 0.5 | Review offer re: sale of litigation assets. |
| 6 | 8/2/2023 | Tucker, Michael | 0.7 | Participate in call with Seward & Kissel ("S&K") re: potential asset recoveries. |
| 6 | 8/3/2023 | Tucker, Michael | 1.3 | Participate in call with Fox Rothschild and Debtor's independent director re: potential asset recoveries. |
| 6 | 8/3/2023 | Tucker, Michael | 0.9 | Prepare analysis re: potential asset recoveries. |
| 6 | 8/3/2023 | Tucker, Michael | 1.0 | Participate in call with Province re: potential asset recoveries. |
| 6 | 8/3/2023 | Tucker, Michael | 0.4 | Prepare for call with Province re: potential asset recoveries. |
| 6 | 8/3/2023 | Tucker, Michael | 0.5 | Prepare for call with the Debtor and Fox Rothschild re: potential sale of litigation assets. |
| 6 | 8/3/2023 | Halevy, Richard | 1.0 | Participate in call with Province re: potential asset recoveries. |
| 6 | 8/4/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild and Debtor's independent director re: potential asset recoveries. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2023 TO AUGUST 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 8/4/2023 | Tucker, Michael | 0.6 | Participate in call with S&K re: potential asset recoveries. |
| 6 | 8/4/2023 | Tucker, Michael | 0.5 | Review correspondence from S&K re: potential sale of litigation assets. |
| 6 | 8/4/2023 | Tucker, Michael | 0.5 | Review Debtor's 506(c) surcharge calculation and support. |
| 6 | 8/4/2023 | Tucker, Michael | 0.5 | Participate in call with Fox Rothschild re: potential sale of litigation assets. |
| 6 | 8/4/2023 | Tucker, Michael | 0.4 | Review draft motion for sale of certain litigation assets. |
| 6 | 8/4/2023 | Tucker, Michael | 0.7 | Review analysis re: 506(c) surcharge. |
| 6 | 8/4/2023 | Tucker, Michael | 0.2 | Participate in call with S&K re: potential sale of litigation assets. |
| 6 | 8/4/2023 | Tucker, Michael | 0.5 | Participate in additional call with Fox Rothschild re: potential sale of litigation assets. |
| 6 | 8/4/2023 | Tucker, Michael | 0.6 | Participate in call with S&K re: potential asset recoveries. |
| 6 | 8/4/2023 | Tucker, Michael | 0.4 | Review correspondence from Fox Rothschild re: potential sale of litigation assets. |
| 6 | 8/4/2023 | Tucker, Michael | 1.4 | Participate in call with S&K re: 506(c) surcharge. |
| 6 | 8/4/2023 | Tucker, Michael | 0.5 | Review correspondence from S&K re: potential sale of litigation assets. |
| 6 | 8/4/2023 | Eisler, Marshall | 0.2 | Review correspondence from S&K re: potential sale of litigation assets. |
| 6 | 8/7/2023 | Tucker, Michael | 0.5 | Participate in call with Province re: potential asset recoveries. |
| 6 | 8/7/2023 | Halevy, Richard | 0.5 | Participate in call with Province re: potential asset recoveries. |
| 6 | 8/11/2023 | Tucker, Michael | 1.3 | Participate in call with Province and Fox Rothschild re: potential asset recoveries. |
| 6 | 8/11/2023 | Tucker, Michael | 0.1 | Review offer re: sale of Brazil entity. |
| 6 | 8/11/2023 | Halevy, Richard | 1.3 | Participate in call with Province and Fox Rothschild re: potential asset recoveries. |
| 6 | 8/21/2023 | Tucker, Michael | 0.4 | Review correspondence from S&K re: 506(c) surcharge calculations. |
| 6 | 8/21/2023 | Tucker, Michael | 0.6 | Review updated 506(c) surharge calculation. |
| 6 | 8/21/2023 | Tucker, Michael | 0.2 | Review offer re: potential sale of litigation assets. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2023 TO AUGUST 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 8/21/2023 | Tucker, Michael | 0.8 | Review analysis re: Debtor's 506(c) surcharge calculation. |
| 6 | 8/21/2023 | Tucker, Michael | 0.6 | Participate in call with Province and Fox Rothschild re: potential asset recoveries. |
| 6 | 8/21/2023 | Eisler, Marshall | 1.1 | Review draft settlement offer re: 506(c) surcharge. |
| 6 | 8/21/2023 | Halevy, Richard | 0.2 | Review analysis prepared by Province re: 506(c) surcharge calculation. |
| 6 | 8/21/2023 | Halevy, Richard | 0.5 | Prepare correspondence to S&K re: 506(c) surcharge calculation. |
| 6 | 8/21/2023 | Halevy, Richard | 0.6 | Participate in call with Province and Fox Rothschild re: potential asset recoveries. |
| 6 | 8/21/2023 | Halevy, Richard | 0.3 | Participate in call with Province re: 506(c) surcharge analysis. |
| 6 | 8/21/2023 | Halevy, Richard | 1.8 | Prepare analysis re: 506(c) surcharge calculation. |
| 6 | 8/22/2023 | Tucker, Michael | 0.2 | Review correspondence from a secured creditor re: proposed 506(c) surcharge settlement. |
| 6 | 8/22/2023 | Tucker, Michael | 0.1 | Participate in call with Fox Rothschild re: potential sale of Brazil entity. |
| 6 | 8/24/2023 | Tucker, Michael | 0.6 | Participate in call with Province re: potential asset recoveries. |
| 6 | 8/24/2023 | Halevy, Richard | 0.6 | Participate in call with Province re: potential asset recoveries. |
| 6 | 8/28/2023 | Tucker, Michael | 0.9 | Prepare analysis re: potential sale of Debtor's Brazil subsidiary. |
| 6 | 8/29/2023 | Tucker, Michael | 1.1 | Review analysis re: potential sale of Debtor's Brazil subsidiary. |
| 6 | 8/30/2023 | Tucker, Michael | 1.2 | Prepare analysis re: potential sale of Debtor's Brazil subsidiary. |
| 6 | 8/30/2023 | Tucker, Michael | 0.5 | Prepare correspondence to Debtor re: potential sale of Brazil subsidiary. |
| 6 | 8/31/2023 | Tucker, Michael | 1.1 | Participate in call with Province and Fox Rothschild re: potential asset recoveries. |
| 6 | 8/31/2023 | Halevy, Richard | 1.1 | Participate in call with Province and Fox Rothschild re: potential asset recoveries. |
| 6 | 8/31/2023 | Halevy, Richard | 0.2 | Review correspondence from FTI team re: potential sale of Brazil entity. |
| 6 | 8/31/2023 | Halevy, Richard | 0.8 | Prepare analysis re: potential sale of Debtor's Brazil subsidiary. |
| **6 Total** | | | **32.7** | |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2023 TO AUGUST 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 11 | 8/17/2023 | Tucker, Michael | 1.6 | Listen into confirmation hearing. |
| 11 | 8/17/2023 | Eisler, Marshall | 1.1 | Listen into confirmation hearing (partial). |
| 11 | 8/17/2023 | Halevy, Richard | 1.6 | Listen into confirmation hearing. |
| 11 | 8/29/2023 | Tucker, Michael | 0.3 | Listen into telephonic Coin Cloud hearing. |
| **11 Total** | | | **4.6** | |
| 13 | 8/7/2023 | Tucker, Michael | 0.4 | Review docket filing re: motion to convert. |
| 13 | 8/9/2023 | Tucker, Michael | 0.6 | Review filing re: motion to convert. |
| 13 | 8/29/2023 | Tucker, Michael | 0.1 | Review draft objection to motion to convert. |
| 13 | 8/30/2023 | Halevy, Richard | 0.3 | Review draft objection to motion to convert. |
| **13 Total** | | | **1.4** | |
| 14 | 8/2/2023 | Tucker, Michael | 0.5 | Review filed administrative claims. |
| 14 | 8/2/2023 | Tucker, Michael | 0.9 | Participate in call with a certain creditor's counsel re: administrative claim. |
| 14 | 8/3/2023 | Tucker, Michael | 0.5 | Review filed administrative claims. |
| 14 | 8/3/2023 | Tucker, Michael | 0.8 | Participate in call with a certain creditor's counsel re: administrative claim. |
| 14 | 8/3/2023 | Tucker, Michael | 0.6 | Review analysis re: administrative claims. |
| 14 | 8/3/2023 | Tucker, Michael | 1.4 | Review documents provided re: calculation of administrative claims. |
| 14 | 8/3/2023 | Halevy, Richard | 0.4 | Review filed administrative claims. |
| 14 | 8/8/2023 | Tucker, Michael | 0.9 | Review filed administrative claims. |
| 14 | 8/8/2023 | Tucker, Michael | 0.4 | Review filed administrative claims and potential claim objections. |
| 14 | 8/9/2023 | Tucker, Michael | 0.1 | Review correspondence from Fox Rothschild re: filed administrative claims. |
| 14 | 8/9/2023 | Tucker, Michael | 0.3 | Participate in call with a certain creditor's counsel re: administrative claim. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2023 TO AUGUST 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 8/9/2023 | Tucker, Michael | 0.9 | Review analysis re: filed administrative claims. |
| 14 | 8/9/2023 | Halevy, Richard | 1.7 | Prepare analysis re: filed administrative claims. |
| 14 | 8/9/2023 | Halevy, Richard | 0.3 | Participate in call with a certain creditor's counsel re: administrative claim. |
| 14 | 8/10/2023 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: filed administrative claims analysis. |
| 14 | 8/10/2023 | Halevy, Richard | 1.0 | Prepare analysis re: documentation in connection with a certain filed administrative claim. |
| 14 | 8/12/2023 | Tucker, Michael | 0.3 | Review Debtor's office lease and potential claims. |
| 14 | 8/15/2023 | Halevy, Richard | 0.4 | Prepare correspondence to S&K re: administrative claims analysis. |
| 14 | 8/22/2023 | Tucker, Michael | 0.2 | Participate in call with a certain creditor's counsel re: administrative claim. |
| 14 | 8/25/2023 | Tucker, Michael | 0.8 | Review supporting documents re: a certain filed administrative expense claim. |
| 14 | 8/25/2023 | Tucker, Michael | 0.5 | Participate in call with a certain creditor's counsel re: administrative claim. |
| 14 | 8/25/2023 | Halevy, Richard | 0.7 | Review supporting documents re: a certain filed administrative expense claim. |
| 14 | 8/25/2023 | Halevy, Richard | 0.5 | Participate in call with a certain creditor's counsel re: administrative claim. |
| 14 | 8/28/2023 | Tucker, Michael | 0.2 | Review correspondence from Province re: filed administrative claims. |
| 14 | 8/28/2023 | Tucker, Michael | 0.4 | Review filed administrative claims. |
| 14 | 8/31/2023 | Tucker, Michael | 0.3 | Review analysis re: administrative claims. |
| 14 | 8/31/2023 | Tucker, Michael | 0.2 | Review supporting documents re: a certain filed administrative expense claim. |
| 14 | 8/31/2023 | Halevy, Richard | 0.5 | Review supporting documents re: a certain filed administrative expense claim. |
| **14 Total** | | | **16.1** | |
| 16 | 8/8/2023 | Tucker, Michael | 0.5 | Participate in call with S&K re: Plan confirmation considerations. |
| 16 | 8/14/2023 | Tucker, Michael | 0.4 | Prepare correspondence to S&K re: Debtor's liquidation analysis. |
| 16 | 8/15/2023 | Eisler, Marshall | 1.8 | Review Debtor's draft liquidation analysis in connection with confirmation brief. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2023 TO AUGUST 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 8/15/2023 | Eisler, Marshall | 1.4 | Review James declaration in connection with Plan confirmation. |
| 16 | 8/15/2023 | Halevy, Richard | 2.5 | Prepare analysis re: administrative claims in connection with plan confirmation. |
| 16 | 8/15/2023 | Halevy, Richard | 0.6 | Review draft liquidation analysis from Debtor. |
| 16 | 8/15/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Province re: liquidation analysis. |
| 16 | 8/15/2023 | Halevy, Richard | 0.3 | Prepare correspondence to S&K re: plan confirmation issues. |
| 16 | 8/15/2023 | Halevy, Richard | 0.6 | Review draft confirmation brief. |
| 16 | 8/16/2023 | Tucker, Michael | 0.4 | Review draft liquidation analysis from Debtor. |
| 16 | 8/16/2023 | Tucker, Michael | 0.8 | Review draft confirmation brief. |
| **16 Total** | | | **9.5** | |
| 18 | 8/1/2023 | Eisler, Marshall | 0.9 | Review historical board minutes in connection with insider investigation. |
| 18 | 8/1/2023 | Halevy, Richard | 0.6 | Review board meeting materials in connection with insider transactions. |
| 18 | 8/2/2023 | Tucker, Michael | 0.4 | Review documents in connection with preference actions. |
| 18 | 8/2/2023 | Tucker, Michael | 1.1 | Review accounting information re: insider transactions. |
| 18 | 8/2/2023 | Tucker, Michael | 0.5 | Participate in call with Fox Rothschild re: potential litigation settlement. |
| 18 | 8/2/2023 | Tucker, Michael | 0.9 | Review documents in connection with insider transactions. |
| 18 | 8/2/2023 | Tucker, Michael | 0.2 | Participate in call with potential litigation financier re: ongoing litigation. |
| 18 | 8/2/2023 | Tucker, Michael | 0.4 | Review analysis re: insider note payable. |
| 18 | 8/2/2023 | Tucker, Michael | 0.8 | Prepare analysis re: insider investigation. |
| 18 | 8/2/2023 | Tucker, Michael | 0.2 | Review correspondence from Province re: ongoing litigation. |
| 18 | 8/2/2023 | Tucker, Michael | 0.5 | Review correspondence from FTI team re: insider note payable. |
| 18 | 8/2/2023 | Halevy, Richard | 1.3 | Prepare analysis re: insider note payable. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2023 TO AUGUST 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 8/2/2023 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: insider investigation. |
| 18 | 8/2/2023 | Halevy, Richard | 0.4 | Review documents received from Debtor re: potential preference actions. |
| 18 | 8/2/2023 | Halevy, Richard | 0.8 | Prepare analysis re: insider transactions. |
| 18 | 8/3/2023 | Eisler, Marshall | 1.1 | Review analysis re: insider note payable. |
| 18 | 8/3/2023 | Halevy, Richard | 0.7 | Review documents provided in connection with potential preference actions. |
| 18 | 8/3/2023 | Halevy, Richard | 0.7 | Prepare analysis re: insider transactions. |
| 18 | 8/4/2023 | Tucker, Michael | 0.2 | Review correspondence from Province re: certain litigation expenses. |
| 18 | 8/4/2023 | Tucker, Michael | 1.4 | Participate in call with S&K re: lien challenge. |
| 18 | 8/7/2023 | Eisler, Marshall | 2.1 | Review and provide comments to draft complaint at the request of Counsel. |
| 18 | 8/7/2023 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: draft fraudulent transfer complaint. |
| 18 | 8/7/2023 | Halevy, Richard | 1.8 | Review draft fraudulent transfer complaint at the request of Counsel. |
| 18 | 8/8/2023 | Halevy, Richard | 0.5 | Review reply to demand letter from Chris McAlary's counsel. |
| 18 | 8/9/2023 | Tucker, Michael | 0.5 | Review reply to demand letter from Chris McAlary's counsel. |
| 18 | 8/9/2023 | Tucker, Michael | 0.3 | Participate in call with Debtor's Canadian litigation Counsel re: Bitaccess arbitration. |
| 18 | 8/9/2023 | Tucker, Michael | 0.3 | Review documents provided re: Bitaccess arbitration proceeding. |
| 18 | 8/9/2023 | Eisler, Marshall | 0.4 | Review demand letter to Chris McAlary. |
| 18 | 8/9/2023 | Eisler, Marshall | 0.7 | Prepare correspondence to S&K re: historical distributions to insiders. |
| 18 | 8/9/2023 | Halevy, Richard | 0.9 | Review documents provided by Debtor re: insider transactions. |
| 18 | 8/10/2023 | Tucker, Michael | 1.4 | Participate in call with S&K re: draft complaint. |
| 18 | 8/10/2023 | Eisler, Marshall | 0.7 | Correspond with S&K re: draft complaint. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2023 TO AUGUST 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 8/10/2023 | Eisler, Marshall | 1.6 | Review and provide comments to draft complaint at the request of Counsel. |
| 18 | 8/10/2023 | Halevy, Richard | 2.0 | Review and provide comments to draft complaint. |
| 18 | 8/10/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: review of draft complaint. |
| 18 | 8/10/2023 | Halevy, Richard | 1.4 | Participate in call with S&K re: draft complaint. |
| 18 | 8/10/2023 | Halevy, Richard | 0.3 | Review correspondence from Counsel re: draft complaint. |
| 18 | 8/10/2023 | Halevy, Richard | 0.4 | Prepare for call with S&K re: draft complaint. |
| 18 | 8/11/2023 | Tucker, Michael | 0.5 | Review opposition to granting committee derivative standing filed by Chris McAlary. |
| 18 | 8/11/2023 | Eisler, Marshall | 0.3 | Review correspondence from S&K re: insider investigation diligence. |
| 18 | 8/11/2023 | Eisler, Marshall | 1.5 | Review Debtor's historical financials in connection with draft complaint. |
| 18 | 8/11/2023 | Halevy, Richard | 0.3 | Prepare correspondence to S&K re: various litigation updates. |
| 18 | 8/13/2023 | Halevy, Richard | 0.9 | Review and provide comments to draft complaint. |
| 18 | 8/14/2023 | Tucker, Michael | 0.4 | Participate in call with S&K re: strategic considerations in connection with litigation. |
| 18 | 8/14/2023 | Tucker, Michael | 0.2 | Participate in call with Chris McAlary's counsel re: litigation. |
| 18 | 8/14/2023 | Eisler, Marshall | 1.2 | Review proposed edits to draft complaint. |
| 18 | 8/14/2023 | Eisler, Marshall | 0.9 | Correspond with S&K re: Debtor's historical financials in connection with draft complaint. |
| 18 | 8/14/2023 | Halevy, Richard | 0.3 | Review documents provided by Debtor re: insider transactions. |
| 18 | 8/14/2023 | Halevy, Richard | 2.4 | Review and comment on draft complaint and draft reply to opposition to derivative standing. |
| 18 | 8/14/2023 | Halevy, Richard | 0.3 | Prepare correspondence to S&K re: draft complaint. |
| 18 | 8/14/2023 | Halevy, Richard | 0.6 | Prepare correspondence to FTI team re: review of draft complaint. |
| 18 | 8/14/2023 | Halevy, Richard | 1.2 | Review documents provided by Debtor re: insider transactions. |
| 18 | 8/15/2023 | Halevy, Richard | 0.2 | Prepare correspondence to S&K re: draft complaint. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2023 TO AUGUST 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 8/15/2023 | Halevy, Richard | 0.8 | Review McAlary complaint. |
| 18 | 8/16/2023 | Halevy, Richard | 1.0 | Review litigation related case filings. |
| 18 | 8/17/2023 | Tucker, Michael | 1.1 | Prepare analysis re: potential preference actions. |
| 18 | 8/18/2023 | Tucker, Michael | 0.4 | Participate in call with Debtor's insurance provider re: D&O policy. |
| 18 | 8/18/2023 | Halevy, Richard | 1.7 | Prepare analysis re: documents provided by Debtor in connection with insider transactions. |
| 18 | 8/21/2023 | Eisler, Marshall | 0.7 | Review analysis re: documents provided by Debtor in connection with insider transactions. |
| 18 | 8/22/2023 | Tucker, Michael | 0.5 | Review 2004 motion filed by Chris McAlary. |
| 18 | 8/22/2023 | Tucker, Michael | 0.6 | Review documents provided by Debtor re: insider transactions. |
| 18 | 8/24/2023 | Tucker, Michael | 1.6 | Review Debtor's tax returns in connection with litigation. |
| 18 | 8/24/2023 | Tucker, Michael | 0.5 | Participate in call with S&K re: potential litigation settlement. |
| 18 | 8/24/2023 | Eisler, Marshall | 0.7 | Review historical tax documents of the Debtor in connection with insider investigation. |
| 18 | 8/24/2023 | Halevy, Richard | 0.6 | Review documents provided by S&K re: insider investigation. |
| 18 | 8/24/2023 | Halevy, Richard | 0.5 | Participate in call with S&K re: potential litigation settlement. |
| 18 | 8/25/2023 | Tucker, Michael | 0.2 | Review proposed settlement re: lien challenges. |
| 18 | 8/25/2023 | Tucker, Michael | 0.4 | Review settlement offer re: certain litigation. |
| 18 | 8/25/2023 | Eisler, Marshall | 0.8 | Prepare analysis re: historical distributions in connection with insider investigation. |
| 18 | 8/25/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: insider investigation. |
| 18 | 8/25/2023 | Halevy, Richard | 0.2 | Prepare correspondence to S&K re: insider transactions. |
| 18 | 8/25/2023 | Halevy, Richard | 0.8 | Review documents provided by Counsel in connection with insider investigation. |
| 18 | 8/28/2023 | Tucker, Michael | 0.5 | Review subpoena in connection with lien challenge proceedings. |
| 18 | 8/28/2023 | Tucker, Michael | 0.2 | Review settlement offer re: certain litigation. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2023 TO AUGUST 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 8/28/2023 | Eisler, Marshall | 0.9 | Correspond with FTI team re: Enigma discovery requests. |
| 18 | 8/28/2023 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: draft responses to subpoena requests. |
| 18 | 8/28/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: subpoena requests. |
| 18 | 8/28/2023 | Halevy, Richard | 3.0 | Prepare draft responses to subpoena requests re: lien challenge proceedings. |
| 18 | 8/28/2023 | Halevy, Richard | 0.5 | Review correspondence from FTI team re: subpoena requests. |
| 18 | 8/29/2023 | Eisler, Marshall | 0.5 | Review historical board minutes in connection with insider investigation. |
| 18 | 8/29/2023 | Halevy, Richard | 0.3 | Participate in call with S&K re: subpoena requests. |
| 18 | 8/29/2023 | Halevy, Richard | 0.8 | Prepare correspondence to S&K re: draft responses to subpoena requests. |
| 18 | 8/29/2023 | Halevy, Richard | 2.0 | Prepare draft responses to subpoena requests re: lien challenge proceedings. |
| 18 | 8/30/2023 | Tucker, Michael | 0.4 | Review correspondence from S&K re: draft complaint. |
| 18 | 8/30/2023 | Tucker, Michael | 1.1 | Participate in call with Debtor's Canadian litigation counsel re: Bitaccess arbitration. |
| 18 | 8/30/2023 | Eisler, Marshall | 0.9 | Correspond with Province re: Debtor's historical tax liabilities in connection with insider investigation. |
| 18 | 8/30/2023 | Halevy, Richard | 0.5 | Review documents provided by Debtor re: insider transactions. |
| 18 | 8/30/2023 | Halevy, Richard | 0.6 | Prepare correspondence to Province re: diligence questions in connection with insider transactions. |
| 18 | 8/30/2023 | Halevy, Richard | 1.6 | Review and provide comments to draft complaint at the request of Counsel. |
| 18 | 8/30/2023 | Halevy, Richard | 0.4 | Prepare correspondence to S&K re: draft complaint. |
| 18 | 8/30/2023 | Halevy, Richard | 0.5 | Participate in call with S&K re: draft complaint. |
| 18 | 8/31/2023 | Tucker, Michael | 0.2 | Prepare correspondence to Province re: certain litigation updates. |
| **18 Total** | | | **69.6** | |
| 19 | 8/3/2023 | Halevy, Richard | 0.6 | Prepare correspondence to FTI team re: case updates. |
| 19 | 8/3/2023 | Halevy, Richard | 0.5 | Prepare work plan for near-term deliverables. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2023 TO AUGUST 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 8/8/2023 | Tucker, Michael | 1.5 | Review various docket filings. |
| 19 | 8/9/2023 | Tucker, Michael | 0.3 | Review latest docket filngs. |
| 19 | 8/9/2023 | Halevy, Richard | 0.4 | Review latest docket filngs. |
| 19 | 8/11/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: latest docket filings. |
| 19 | 8/14/2023 | Tucker, Michael | 0.2 | Review correspondence from FTI team re: case updates. |
| 19 | 8/18/2023 | Halevy, Richard | 0.4 | Review latest docket filings. |
| 19 | 8/22/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: case updates. |
| 19 | 8/25/2023 | Tucker, Michael | 0.2 | Review latest docket filings. |
| 19 | 8/25/2023 | Halevy, Richard | 0.3 | Prepare work plan for near-term deliverables. |
| 19 | 8/28/2023 | Eisler, Marshall | 0.3 | Review latest docket filings. |
| **19 Total** | | | **5.3** | |
| 20 | 8/7/2023 | Tucker, Michael | 0.3 | Participate in call with Fox Rothschild re: case updates. |
| 20 | 8/10/2023 | Halevy, Richard | 0.5 | Participate in call with Province re: case updates. |
| 20 | 8/14/2023 | Tucker, Michael | 0.2 | Prepare for call with Province re: case updates. |
| 20 | 8/14/2023 | Tucker, Michael | 0.5 | Participate in call with Province re: case updates. |
| 20 | 8/14/2023 | Halevy, Richard | 0.5 | Participate in call with Province re: case updates. |
| 20 | 8/28/2023 | Tucker, Michael | 1.2 | Participate in call with Province and Fox Rothschild re: case updates. |
| 20 | 8/28/2023 | Halevy, Richard | 1.2 | Participate in call with Province and Fox Rothschild re: case updates. |
| 20 | 8/30/2023 | Tucker, Michael | 0.1 | Participate in call with Fox Rothschild re: case updates. |
| **20 Total** | | | **4.5** | |
| 21 | 8/2/2023 | Tucker, Michael | 0.8 | Participate in call with Creditors' Committee re: case updates. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2023 TO AUGUST 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 8/2/2023 | Tucker, Michael | 0.4 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 8/2/2023 | Eisler, Marshall | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 8/2/2023 | Eisler, Marshall | 0.1 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 8/2/2023 | Halevy, Richard | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 8/7/2023 | Tucker, Michael | 0.5 | Participate in call with S&K re: case updates. |
| 21 | 8/7/2023 | Halevy, Richard | 0.5 | Participate in call with S&K re: case updates. |
| 21 | 8/8/2023 | Tucker, Michael | 0.2 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 8/8/2023 | Tucker, Michael | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 8/8/2023 | Eisler, Marshall | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 8/8/2023 | Halevy, Richard | 0.8 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 8/14/2023 | Halevy, Richard | 0.7 | Participate in call with S&K re: case updates. |
| 21 | 8/15/2023 | Halevy, Richard | 0.4 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 8/21/2023 | Tucker, Michael | 0.8 | Participate in call with S&K re: case updates. |
| 21 | 8/21/2023 | Halevy, Richard | 0.8 | Participate in call with S&K re: case updates. |
| 21 | 8/22/2023 | Tucker, Michael | 0.6 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 8/22/2023 | Eisler, Marshall | 0.6 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 8/22/2023 | Halevy, Richard | 0.6 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 8/28/2023 | Tucker, Michael | 0.8 | Participate in call with S&K re: case updates. |
| 21 | 8/28/2023 | Halevy, Richard | 0.8 | Participate in call with S&K re: case updates. |
| 21 | 8/29/2023 | Tucker, Michael | 0.5 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 8/29/2023 | Tucker, Michael | 0.2 | Prepare for call with Creditors' Committee re: case updates. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 1, 2023 TO AUGUST 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 8/29/2023 | Halevy, Richard | 0.5 | Participate in call with Creditors' Committee re: case updates. |
| **21 Total** | | | **13.8** | |
| 24 | 8/8/2023 | Halevy, Richard | 0.8 | Prepare July 2023 fee application. |
| 24 | 8/8/2023 | Halevy, Richard | 2.0 | Continue to prepare July 2023 fee application. |
| 24 | 8/30/2023 | Halevy, Richard | 0.2 | Prepare July 2023 fee application. |
| **24 Total** | | | **3.0** | |
| **Grand Total** | | | **185.2** | |