Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**<br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>September 1, 2023, through September 30, 2023<br><br>$55,692.00 (80% of $69,615.00)<br><br>$0.00 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Seventh Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing September 1, 2023, through September 30, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $55,692.00 (representing 80% of the $69,615.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $0.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

objection has been served.

DATED this 27th day of August 2024.

                                                      FTI Consulting, Inc.

By: */s/ Michael Tucker*
Michael Tucker
4835 East Cactus Road, Suite 230
Scottsdale, AZ 85254
michael.tucker@fticonsulting.com

*Financial Advisor for Official Committee of Unsecured Creditors*

Respectfully submitted by:

McDONALD CARANO LLP

*/s/ Ryan J. Works*
Ryan J. Works, Esq (NSBN 9224)
Amanda M. Perach, Esq (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee of Unsecured Creditors*

# Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Tucker, Michael | Sr Managing Dir | $ 650 | 36.8 | $ 23,920.00 |
| Halevy, Richard | Sr Consultant | 650 | 66.6 | 43,290.00 |
| Mehta, Ajay | Director | 650 | 1.1 | 715.00 |
| Spencer, Emma | Sr Consultant | 650 | 2.6 | 1,690.00 |
| **TOTAL** | | | 107.1 | **$ 69,615.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 6.5 | $ 4,225.00 |
| 2 | Cash & Liquidity Analysis | 6.1 | 3,965.00 |
| 6 | Asset Sales & Recoveries | 7.4 | 4,810.00 |
| 10 | Analysis of Tax Issues | 3.4 | 2,210.00 |
| 11 | Prepare for and Attend Court Hearings | 1.3 | 845.00 |
| 13 | Analysis of Other Miscellaneous Motions | 1.9 | 1,235.00 |
| 14 | Analysis of Claims/Liab Subject to Compro | 20.0 | 13,000.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 0.5 | 325.00 |
| 18 | Potential Avoidance Actions & Litigation | 22.5 | 14,625.00 |
| 19 | Case Management | 6.2 | 4,030.00 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 6.5 | 4,225.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 6.2 | 4,030.00 |
| 24 | Preparation of Fee Application | 11.4 | 7,410.00 |
| 26 | Cryptocurrency/Digital Assets Issues | 7.2 | 4,680.00 |
| | **GRAND TOTAL** | **107.1** | **$ 69,615.00** |

# Exhibit C

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 9/5/2023 | Halevy, Richard | 2.8 | Prepare memo re: diligence of Debtor's Brazilian subsidiary. |
| 1 | 9/6/2023 | Halevy, Richard | 0.4 | Review documents received from Debtor re: Brazilian entity. |
| 1 | 9/6/2023 | Halevy, Richard | 1.6 | Prepare analysis re: financial reporting for Debtor's Brazilian subsidiary. |
| 1 | 9/6/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Province re: Debtor's Brazilian subsidiary. |
| 1 | 9/7/2023 | Halevy, Richard | 1.4 | Prepare analysis re: financial reporting for Debtor's Brazilian subsidiary. |
| **1 Total** | | | **6.5** | |
| 2 | 9/11/2023 | Tucker, Michael | 0.6 | Participate in call with Province re: cash collections and estate liquidity. |
| 2 | 9/11/2023 | Halevy, Richard | 0.5 | Prepare analysis re: Debtor's liquidity. |
| 2 | 9/11/2023 | Halevy, Richard | 0.6 | Participate in call with Province re: cash collections and estate liquidity. |
| 2 | 9/14/2023 | Tucker, Michael | 0.6 | Review updates re: Debtor estate liquidity. |
| 2 | 9/14/2023 | Halevy, Richard | 0.3 | Review Debtor estate liquidity. |
| 2 | 9/21/2023 | Halevy, Richard | 2.3 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 9/26/2023 | Tucker, Michael | 0.3 | Participate in call with Province re: cash collections and estate liquidity. |
| 2 | 9/26/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Province re: professional fee payments. |
| 2 | 9/28/2023 | Halevy, Richard | 0.6 | Review accrued and unpaid professional fees. |
| **2 Total** | | | **6.1** | |
| 6 | 9/18/2023 | Tucker, Michael | 1.1 | Review and evaluate offer re: potential sale of Debtor's Brazilian subsidiary. |
| 6 | 9/18/2023 | Halevy, Richard | 0.3 | Review amended order re: 506(c) surcharge trial matters. |
| 6 | 9/19/2023 | Tucker, Michael | 0.2 | Review draft filing re: 506(c) surcharge proceeding. |
| 6 | 9/19/2023 | Tucker, Michael | 0.3 | Participate in call with Province re: potential sale of Debtor's Brazilian subsidiary. |
| 6 | 9/20/2023 | Tucker, Michael | 0.5 | Prepare for call with Debtor re: potential asset recoveries. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 9/20/2023 | Tucker, Michael | 0.7 | Review draft sale motion re: potential sale of Debtor's Brazilian subsidiary. |
| 6 | 9/20/2023 | Tucker, Michael | 1.5 | Participate in call with Debtor re: potential asset recoveries. |
| 6 | 9/20/2023 | Halevy, Richard | 1.5 | Participate in call with Debtor re: potential asset recoveries. |
| 6 | 9/21/2023 | Halevy, Richard | 0.2 | Review correspondence from S&K re: 506(c) surcharge motion. |
| 6 | 9/21/2023 | Halevy, Richard | 0.3 | Review docket filings re: 506(c) surcharge motion. |
| 6 | 9/26/2023 | Tucker, Michael | 0.5 | Review draft filing re: 506(c) surcharge proceeding. |
| 6 | 9/27/2023 | Tucker, Michael | 0.3 | Correspond with Province re: potential sale of Debtor's Brazilian subsidiary. |
| **6 Total** | | | **7.4** | |
| 10 | 9/13/2023 | Tucker, Michael | 1.4 | Prepare analysis re: Debtor's potential ERC claim. |
| 10 | 9/20/2023 | Tucker, Michael | 0.1 | Participate in call with Fox Rothschild re: Debtor tax issues. |
| 10 | 9/21/2023 | Tucker, Michael | 0.5 | Review Debtor's potential ERC claim. |
| 10 | 9/22/2023 | Tucker, Michael | 0.7 | Participate in call with ERC consultant re: Debtor's ERC filing. |
| 10 | 9/22/2023 | Halevy, Richard | 0.7 | Participate in call with ERC consultant re: Debtor's ERC filing. |
| **10 Total** | | | **3.4** | |
| 11 | 9/13/2023 | Tucker, Michael | 0.5 | Listen into telephonic Coin Cloud hearing. |
| 11 | 9/13/2023 | Halevy, Richard | 0.5 | Listen into telephonic Coin Cloud hearing. |
| 11 | 9/21/2023 | Halevy, Richard | 0.3 | Listen into telephonic Coin Cloud hearing. |
| **11 Total** | | | **1.3** | |
| 13 | 9/11/2023 | Tucker, Michael | 0.6 | Review docket filings re: motion to convert. |
| 13 | 9/18/2023 | Tucker, Michael | 0.2 | Review order denying motion to convert. |
| 13 | 9/18/2023 | Halevy, Richard | 0.3 | Review draft reply in support of Committee standing motion. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
SUMMARY OF EXPENSES
FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 13 | 9/19/2023 | Tucker, Michael | 0.3 | Review common interest agreement re: Committee standing. |
| 13 | 9/21/2023 | Tucker, Michael | 0.1 | Review Debtor's motion to abandon assets. |
| 13 | 9/29/2023 | Halevy, Richard | 0.4 | Review docket filing re: appeal of motion to convert. |
| **13 Total** | | | **1.9** | |
| 14 | 9/1/2023 | Halevy, Richard | 1.2 | Prepare analysis re: Optconnect administrative claim. |
| 14 | 9/1/2023 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team and Counsel re: Optconnect administrative claim. |
| 14 | 9/14/2023 | Halevy, Richard | 0.4 | Review filed administrative claims. |
| 14 | 9/18/2023 | Tucker, Michael | 0.5 | Review supporting documents re: Optconnect administrative claim. |
| 14 | 9/18/2023 | Tucker, Michael | 0.4 | Review correspondence from Fox Rothschild re: filed administrative claims. |
| 14 | 9/18/2023 | Halevy, Richard | 0.5 | Review supporting documents re: Optconnect administrative claim. |
| 14 | 9/18/2023 | Halevy, Richard | 0.3 | Prepare analysis re: Optconnect administrative claim. |
| 14 | 9/18/2023 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: filed administrative claims. |
| 14 | 9/20/2023 | Tucker, Michael | 0.2 | Review objection to Populus administrative claim. |
| 14 | 9/20/2023 | Tucker, Michael | 0.3 | Review correspondence from Fox Rothschild re: filed administrative claims. |
| 14 | 9/20/2023 | Tucker, Michael | 0.2 | Review omnibus objection to late-filed administrative claims. |
| 14 | 9/20/2023 | Tucker, Michael | 0.3 | Correspond with Fox Rothschild re: administrative claim objections. |
| 14 | 9/20/2023 | Halevy, Richard | 0.5 | Review supporting documents re: Optconnect administrative claim. |
| 14 | 9/20/2023 | Halevy, Richard | 0.3 | Review correspondence from Fox Rothschild re: filed administrative claims. |
| 14 | 9/20/2023 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: Optconnect administrative claim. |
| 14 | 9/20/2023 | Halevy, Richard | 0.3 | Review docket filings re: administrative claim objections. |
| 14 | 9/21/2023 | Tucker, Michael | 1.3 | Review analysis re: Optconnect administrative claim. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 9/21/2023 | Tucker, Michael | 1.7 | Review supporting documents re: Optconnect administrative claim. |
| 14 | 9/21/2023 | Halevy, Richard | 1.2 | Prepare analysis re: Optconnect administrative claim. |
| 14 | 9/21/2023 | Halevy, Richard | 0.8 | Prepare correspondence to Counsel for Optconnect re: administrative claim. |
| 14 | 9/22/2023 | Tucker, Michael | 0.3 | Participate in call with Province re: filed administrative claims. |
| 14 | 9/22/2023 | Tucker, Michael | 0.6 | Participate in call with Counsel for Optconnect re: administrative claim. |
| 14 | 9/22/2023 | Halevy, Richard | 0.6 | Participate in call with Counsel for Optconnect re: administrative claim. |
| 14 | 9/22/2023 | Halevy, Richard | 0.2 | Review Optconnect administrative claim calculation. |
| 14 | 9/26/2023 | Tucker, Michael | 1.9 | Prepare analysis re: Optconnect administrative claim. |
| 14 | 9/26/2023 | Tucker, Michael | 0.3 | Review correspondence from Optconnect Counsel re: administrative claim. |
| 14 | 9/26/2023 | Halevy, Richard | 1.3 | Prepare analysis re: Optconnect administrative claim. |
| 14 | 9/26/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: Optconnect administrative claim. |
| 14 | 9/26/2023 | Halevy, Richard | 1.9 | Prepare analysis re: Optconnect administrative claim. |
| 14 | 9/27/2023 | Tucker, Michael | 0.8 | Review analysis re: Optconnect administrative claim. |
| 14 | 9/27/2023 | Halevy, Richard | 0.2 | Review correspondence from Debtor re: payments to Optconnect. |
| 14 | 9/29/2023 | Tucker, Michael | 0.3 | Review order re: Thornton's administrative claim. |
| **14 Total** | | | **20.0** | |
| 16 | 9/1/2023 | Tucker, Michael | 0.5 | Review court filings re: Debtor's Plan and Disclosure Statement. |
| **16 Total** | | | **0.5** | |
| 18 | 9/1/2023 | Tucker, Michael | 1.3 | Review draft complaint at the request of Counsel. |
| 18 | 9/1/2023 | Halevy, Richard | 0.5 | Provide comments to draft complaint at the request of Counsel. |
| 18 | 9/1/2023 | Halevy, Richard | 1.2 | Participate in call with Debtor's Canadian counsel re: Bitaccess litigation. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 9/1/2023 | Halevy, Richard | 0.6 | Review revised draft complaint at the request of Counsel. |
| 18 | 9/7/2023 | Halevy, Richard | 0.3 | Review correspondence from Province re: Bitaccess litigation updates. |
| 18 | 9/8/2023 | Halevy, Richard | 0.5 | Participate in call with Province re: various litigation items. |
| 18 | 9/8/2023 | Halevy, Richard | 2.7 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 9/8/2023 | Halevy, Richard | 1.0 | Review documents received from Debtor re: Bitaccess arbitration. |
| 18 | 9/11/2023 | Halevy, Richard | 0.7 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 9/13/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Province re: Bitaccess arbitration. |
| 18 | 9/14/2023 | Tucker, Michael | 0.5 | Review analysis re: potential preference actions. |
| 18 | 9/18/2023 | Halevy, Richard | 0.3 | Review correspondence from S&K re: draft filings. |
| 18 | 9/20/2023 | Halevy, Richard | 2.1 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 9/21/2023 | Tucker, Michael | 0.5 | Review analysis re: potential preference actions. |
| 18 | 9/21/2023 | Halevy, Richard | 3.6 | Prepare analysis re: potential preference actions. |
| 18 | 9/22/2023 | Halevy, Richard | 0.1 | Prepare correspondence to S&K re: potential preference actions. |
| 18 | 9/22/2023 | Halevy, Richard | 0.4 | Review documents received from Debtor in connection with potential preference actions. |
| 18 | 9/25/2023 | Halevy, Richard | 0.9 | Prepare analysis re: potential preference actions. |
| 18 | 9/26/2023 | Tucker, Michael | 0.2 | Review analysis re: potential preference actions. |
| 18 | 9/26/2023 | Tucker, Michael | 0.3 | Review documentation re: Cole Kepro litigation settlement. |
| 18 | 9/26/2023 | Tucker, Michael | 0.1 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess litigation. |
| 18 | 9/27/2023 | Tucker, Michael | 1.9 | Review analysis re: potential preference actions. |
| 18 | 9/27/2023 | Tucker, Michael | 0.6 | Review documents re: potential preference actions. |
| 18 | 9/27/2023 | Halevy, Richard | 0.9 | Prepare analysis re: potential preference actions. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 9/27/2023 | Halevy, Richard | 0.2 | Review documents provided by Debtor re: potential preference actions. |
| 18 | 9/27/2023 | Halevy, Richard | 0.3 | Correspond with Debtor re: potential preference actions. |
| 18 | 9/30/2023 | Halevy, Richard | 0.5 | Prepare analysis re: documents received in connection with Bitaccess litigation. |
| **18 Total** | | | **22.5** | |
| 19 | 9/8/2023 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: case updates. |
| 19 | 9/11/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Province re: case updates. |
| 19 | 9/11/2023 | Halevy, Richard | 0.4 | Review latest docket filings. |
| 19 | 9/11/2023 | Halevy, Richard | 0.8 | Prepare work plan re: near-term deliverables. |
| 19 | 9/12/2023 | Halevy, Richard | 0.2 | Review latest docket filings. |
| 19 | 9/14/2023 | Halevy, Richard | 0.5 | Review latest docket filings and case updates. |
| 19 | 9/18/2023 | Halevy, Richard | 0.3 | Prepare for call with Province re: case updates. |
| 19 | 9/19/2023 | Halevy, Richard | 0.5 | Review latest docket filings. |
| 19 | 9/20/2023 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: case updates. |
| 19 | 9/25/2023 | Halevy, Richard | 0.6 | Review latest docket filings and case updates. |
| 19 | 9/26/2023 | Tucker, Michael | 0.4 | Review latest docket filings and case updates. |
| 19 | 9/26/2023 | Halevy, Richard | 0.3 | Review correspondence from S&K re: case updates. |
| 19 | 9/26/2023 | Halevy, Richard | 0.4 | Prepare correspondence to S&K re: case updates. |
| 19 | 9/27/2023 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: case updates. |
| 19 | 9/27/2023 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: case updates. |
| **19 Total** | | | **6.2** | |
| 20 | 9/7/2023 | Halevy, Richard | 0.6 | Participate in call with Province and Fox Rothschild re: case updates. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 20 | 9/14/2023 | Tucker, Michael | 0.7 | Participate in call with Province and Fox Rothschild re: case updates. |
| 20 | 9/14/2023 | Halevy, Richard | 0.7 | Participate in call with Province and Fox Rothschild re: case updates. |
| 20 | 9/18/2023 | Tucker, Michael | 0.7 | Participate in call with Province re: case updates. |
| 20 | 9/18/2023 | Halevy, Richard | 0.7 | Participate in call with Province re: case updates. |
| 20 | 9/27/2023 | Tucker, Michael | 0.5 | Prepare for call with Debtor re: case updates. |
| 20 | 9/27/2023 | Tucker, Michael | 0.9 | Participate in call with Debtor re: case updates. |
| 20 | 9/27/2023 | Halevy, Richard | 0.9 | Participate in call with Debtor re: case updates. |
| 20 | 9/28/2023 | Tucker, Michael | 0.4 | Participate in call with Province and Fox Rothschild re: case updates. |
| 20 | 9/28/2023 | Halevy, Richard | 0.4 | Participate in call with Province and Fox Rothschild re: case updates. |
| **20 Total** | | | **6.5** | |
| 21 | 9/5/2023 | Tucker, Michael | 0.6 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 9/5/2023 | Halevy, Richard | 0.6 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 9/11/2023 | Tucker, Michael | 0.5 | Participate in call with S&K re: case updates. |
| 21 | 9/11/2023 | Halevy, Richard | 0.5 | Participate in call with S&K re: case updates. |
| 21 | 9/18/2023 | Tucker, Michael | 0.8 | Participate in call with S&K re: case updates. |
| 21 | 9/18/2023 | Halevy, Richard | 0.8 | Participate in call with S&K re: case updates. |
| 21 | 9/19/2023 | Tucker, Michael | 0.4 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 9/19/2023 | Halevy, Richard | 0.4 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 9/26/2023 | Tucker, Michael | 0.8 | Participate in call with S&K re: case updates. |
| 21 | 9/26/2023 | Halevy, Richard | 0.8 | Participate in call with S&K re: case updates. |
| **21 Total** | | | **6.2** | |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD SEPTEMBER 1, 2023 TO SEPTEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 9/1/2023 | Halevy, Richard | 2.4 | Prepare July 2023 fee application. |
| 24 | 9/14/2023 | Halevy, Richard | 2.0 | Prepare August 2023 fee application. |
| 24 | 9/18/2023 | Halevy, Richard | 1.4 | Review August 2023 fee application. |
| 24 | 9/19/2023 | Halevy, Richard | 1.3 | Finalize August 2023 fee application. |
| 24 | 9/22/2023 | Tucker, Michael | 1.8 | Review monthly fee applications for March 2023 through July 2023. |
| 24 | 9/22/2023 | Halevy, Richard | 2.5 | Prepare updates re: monthly fee applications. |
| **24 Total** | | | **11.4** | |
| 26 | 9/5/2023 | Halevy, Richard | 0.9 | Correspond with FTI team re: the Debtor's crypto assets. |
| 26 | 9/6/2023 | Tucker, Michael | 1.1 | Correspond with FTI team re: the Debtor's crypto assets. |
| 26 | 9/6/2023 | Tucker, Michael | 1.2 | Review analysis re: Debtor's crypto assets. |
| 26 | 9/6/2023 | Halevy, Richard | 0.3 | Participate in call with FTI crypto team re: Debtor's crypto assets. |
| 26 | 9/6/2023 | Mehta, Ajay | 1.1 | Review analysis re: Debtor's crypto assets. |
| 26 | 9/6/2023 | Spencer, Emma | 2.6 | Prepare analysis re: Debtor's crypto assets. |
| **26 Total** | | | **7.2** | |
| **Grand Total** | | | **107.1** | |