Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee*
*of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**<br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>October 1, 2023, through October 31, 2023<br><br>$101,452.00 (80% of $126,815.00)<br><br>$0.00 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Eighth Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing October 1, 2023, through October 31, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $101,452.00 (representing 80% of the $126,815.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $0.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task.  Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period.  FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

1  objection has been served.

2  DATED this 27th day of August 2024.

4                                                    FTI Consulting, Inc.

                                          By:  _/s/ Michael Tucker_____
5                                                    Michael Tucker
6                                                    4835 East Cactus Road, Suite 230
7                                                    Scottsdale, AZ 85254
8                                                    michael.tucker@fticonsulting.com
8
                                                    *Financial Advisor for Official Committee*
9                                                    *of Unsecured Creditors*

10

11

12  Respectfully submitted by:

13  McDONALD CARANO LLP

14  */s/ Ryan J. Works*
    Ryan J. Works, Esq (NSBN 9224)
15  Amanda M. Perach, Esq (NSBN 12399)
    2300 West Sahara Avenue, Suite 1200
16  Las Vegas, Nevada 89102
    rworks@mcdonaldcarano.com
17  aperach@mcdonaldcarano.com

18
    *Counsel for Official Committee*
19  *of Unsecured Creditors*

20

21

22

23

24

25

26

27

28

# Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 63.4 | $ 41,210.00 |
| Halevy, Richard | Sr Consultant | 650 | 130.3 | 84,695.00 |
| Sveen, Andrew | Consultant | 650 | 1.4 | 910.00 |
| **TOTAL** | | | **195.1** | **$ 126,815.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|:---:|:---|---:|---:|
| 1 | Current Operating Results & Events | 3.1 | $ 2,015.00 |
| 2 | Cash & Liquidity Analysis | 50.1 | 32,565.00 |
| 6 | Asset Sales & Recoveries | 16.1 | 10,465.00 |
| 10 | Analysis of Tax Issues | 2.5 | 1,625.00 |
| 11 | Prepare for and Attend Court Hearings | 7.3 | 4,745.00 |
| 14 | Analysis of Claims/Liab Subject to Compro | 23.2 | 15,080.00 |
| 18 | Potential Avoidance Actions & Litigation | 63.9 | 41,535.00 |
| 19 | Case Management | 4.1 | 2,665.00 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 7.7 | 5,005.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 8.2 | 5,330.00 |
| 24 | Preparation of Fee Application | 4.6 | 2,990.00 |
| | **GRAND TOTAL** | **195.1** | **$ 126,815.00** |

Exhibit C

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 10/3/2023 | Halevy, Richard | 0.4 | Review filed June 2023 MOR filing. |
| 1 | 10/10/2023 | Tucker, Michael | 0.2 | Review correspondence from Debtor re: Brazilian subsidiary financial statements. |
| 1 | 10/10/2023 | Tucker, Michael | 0.5 | Review financial statements of Debtor's Brazilian subsidiary. |
| 1 | 10/10/2023 | Halevy, Richard | 0.3 | Review financial statements of Debtor's Brazilian subsidiary. |
| 1 | 10/11/2023 | Halevy, Richard | 0.5 | Review financial information received from Debtor re: Brazilian subsidiary. |
| 1 | 10/16/2023 | Halevy, Richard | 0.3 | Review May 2023 MOR filing. |
| 1 | 10/24/2023 | Tucker, Michael | 0.9 | Review considerations re: wind-down of Debtor's Brazilian subsidiary. |
| **1 Total** | | | **3.1** | |
| 2 | 10/2/2023 | Tucker, Michael | 0.5 | Review schedule of unpaid professional fees re: Debtor estate liquidity. |
| 2 | 10/3/2023 | Tucker, Michael | 0.4 | Review analysis re: Debtor estate liquidity. |
| 2 | 10/3/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor re: outstanding professional fees. |
| 2 | 10/3/2023 | Halevy, Richard | 1.4 | Prepare analysis re: unpaid professional fees in connection with Estate liquidity. |
| 2 | 10/3/2023 | Halevy, Richard | 0.8 | Review professional fee schedule provided by Province in connection with Estate liquidity analysis. |
| 2 | 10/4/2023 | Tucker, Michael | 0.8 | Participate in call with Debtor re: cash collections. |
| 2 | 10/4/2023 | Tucker, Michael | 0.4 | Prepare for call with Debtor re: cash collections. |
| 2 | 10/4/2023 | Halevy, Richard | 0.5 | Prepare for call with Debtor re: cash collections. |
| 2 | 10/4/2023 | Halevy, Richard | 0.8 | Participate in call with Debtor re: cash collections. |
| 2 | 10/5/2023 | Halevy, Richard | 2.8 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 10/5/2023 | Halevy, Richard | 1.9 | Continue to prepare analysis re: estate liquidity. |
| 2 | 10/9/2023 | Tucker, Michael | 0.2 | Review analysis re: Debtor estate liquidity. |
| 2 | 10/9/2023 | Halevy, Richard | 3.6 | Prepare analysis re: Debtor estate liquidity. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 10/9/2023 | Halevy, Richard | 0.8 | Continue to prepare analysis re: estate liquidity. |
| 2 | 10/10/2023 | Tucker, Michael | 0.2 | Review information re: Debtor bank accounts. |
| 2 | 10/10/2023 | Tucker, Michael | 0.2 | Review Debtor estate liquidity. |
| 2 | 10/10/2023 | Halevy, Richard | 0.7 | Review Debtor's bank reconciliations re: liquidity analysis. |
| 2 | 10/10/2023 | Halevy, Richard | 2.6 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 10/10/2023 | Halevy, Richard | 0.5 | Participate in call with Debtor re: bank accounts. |
| 2 | 10/10/2023 | Halevy, Richard | 0.4 | Review schedule of professional fees provided by the Debtor re: estate liquidity. |
| 2 | 10/11/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor re: cash collections. |
| 2 | 10/12/2023 | Tucker, Michael | 0.9 | Review analysis re: Debtor estate liquidity. |
| 2 | 10/12/2023 | Halevy, Richard | 1.2 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 10/13/2023 | Tucker, Michael | 1.3 | Participate in call with FTI team re: liquidity analysis. |
| 2 | 10/13/2023 | Tucker, Michael | 1.7 | Review analysis re: Debtor estate liquidity. |
| 2 | 10/13/2023 | Halevy, Richard | 1.9 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 10/13/2023 | Halevy, Richard | 1.3 | Participate in call with FTI team re: liquidity analysis. |
| 2 | 10/14/2023 | Halevy, Richard | 0.7 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 10/16/2023 | Tucker, Michael | 1.7 | Review analysis re: Debtor estate liquidity. |
| 2 | 10/16/2023 | Tucker, Michael | 0.4 | Review analysis re: professional fees in connection with Estate liquidity. |
| 2 | 10/16/2023 | Halevy, Richard | 0.8 | Prepare analysis re: professional fees in connection with Estate liquidity. |
| 2 | 10/16/2023 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: liquidity analysis. |
| 2 | 10/16/2023 | Halevy, Richard | 2.2 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 10/17/2023 | Tucker, Michael | 0.3 | Participate in call with Fox Rothschild re: Debtor estate liquidity. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 10/19/2023 | Halevy, Richard | 0.6 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 10/20/2023 | Halevy, Richard | 0.5 | Prepare correspondence to professionals re: fee estimates for estate liquidity analysis. |
| 2 | 10/23/2023 | Halevy, Richard | 2.7 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 10/23/2023 | Halevy, Richard | 0.2 | Prepare correspondence to professionals re: fee estimates for estate liquidity analysis. |
| 2 | 10/25/2023 | Tucker, Michael | 1.5 | Participate in call with Debtor re: estate liquidity and wind-down costs. |
| 2 | 10/25/2023 | Halevy, Richard | 1.5 | Participate in call with Debtor re: estate liquidity and wind-down costs. |
| 2 | 10/25/2023 | Halevy, Richard | 0.7 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 10/25/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor professionals re: estate liquidity. |
| 2 | 10/26/2023 | Halevy, Richard | 1.4 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 10/30/2023 | Tucker, Michael | 0.2 | Review correspondence from Debtor re: cash collections. |
| 2 | 10/31/2023 | Tucker, Michael | 1.5 | Participate in call with FTI team re: liquidity analysis. |
| 2 | 10/31/2023 | Tucker, Michael | 0.5 | Participate in call with Debtor re: cash collections. |
| 2 | 10/31/2023 | Tucker, Michael | 0.3 | Review updates from Debtor re: cash collections. |
| 2 | 10/31/2023 | Halevy, Richard | 1.5 | Participate in call with FTI team re: liquidity analysis. |
| 2 | 10/31/2023 | Halevy, Richard | 0.5 | Participate in call with Debtor re: cash collections. |
| 2 | 10/31/2023 | Halevy, Richard | 1.3 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 10/31/2023 | Halevy, Richard | 0.5 | Review Debtor's cash activity. |
| **2 Total** | | | **50.1** | |
| 6 | 10/2/2023 | Tucker, Michael | 0.1 | Participate in call with Fox Rothschild re: 506(c) surcharge potential settlement. |
| 6 | 10/2/2023 | Tucker, Michael | 0.6 | Review analysis re: 506(c) surcharge. |
| 6 | 10/2/2023 | Halevy, Richard | 0.2 | Prepare correspondence to S&K re: potential 506(c) surcharge settlement. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 10/2/2023 | Halevy, Richard | 1.2 | Prepare analysis re: 506(c) surcharge. |
| 6 | 10/4/2023 | Tucker, Michael | 0.5 | Review correspondence from S&K re: 506(c) surcharge settlement proposal. |
| 6 | 10/4/2023 | Tucker, Michael | 0.4 | Review analysis re: 506(c) surcharge. |
| 6 | 10/4/2023 | Tucker, Michael | 0.7 | Participate in call with Province and Fox Rothschild re: potential 506(c) surcharge settlement. |
| 6 | 10/4/2023 | Halevy, Richard | 2.3 | Prepare analysis re: 506(c) surcharge settlement proposal. |
| 6 | 10/4/2023 | Halevy, Richard | 0.3 | Review settlement offer re: 506(c) surcharge. |
| 6 | 10/4/2023 | Halevy, Richard | 0.7 | Participate in call with Province and Fox Rothschild re: potential 506(c) surcharge settlement. |
| 6 | 10/5/2023 | Tucker, Michael | 0.1 | Review correspondence from FTI team re: 506(c) settlement offer. |
| 6 | 10/5/2023 | Tucker, Michael | 0.5 | Review draft agreement re: sale of Debtor's Brazilian subsidiary. |
| 6 | 10/5/2023 | Tucker, Michael | 0.2 | Prepare correspondence to Debtor's advisors re: 506(c) surcharge. |
| 6 | 10/5/2023 | Tucker, Michael | 0.3 | Participate in call with FTI team re: 506(c) surcharge analysis. |
| 6 | 10/5/2023 | Tucker, Michael | 0.2 | Participate in call with S&K re: 506(c) surcharge proposal. |
| 6 | 10/5/2023 | Halevy, Richard | 0.8 | Prepare analysis re: 506(c) surcharge settlement proposal. |
| 6 | 10/5/2023 | Halevy, Richard | 0.3 | Participate in call with FTI team re: 506(c) surcharge analysis. |
| 6 | 10/10/2023 | Tucker, Michael | 1.2 | Review docket filings re: 506(c) surcharge proceeding. |
| 6 | 10/10/2023 | Halevy, Richard | 0.3 | Review correspondence from FTI team re: potential sale of Debtor's Brazilian subsidiary. |
| 6 | 10/10/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Fox Rothschild re: potential sale of Debtor's Brazilian subsidiary. |
| 6 | 10/11/2023 | Tucker, Michael | 1.2 | Participate in call with Debtor re: potential sale of Debtor's Brazilian subsidiary. |
| 6 | 10/11/2023 | Tucker, Michael | 0.7 | Review draft agreement re: sale of Debtor's Brazilian subsidiary. |
| 6 | 10/12/2023 | Tucker, Michael | 1.1 | Review revised agreement re: potential sale of Debtor's Brazilian subsidiary. |
| 6 | 10/12/2023 | Tucker, Michael | 0.6 | Review docket filings re: 506(c) surcharge proceeding. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 10/17/2023 | Tucker, Michael | 0.5 | Review draft agreement re: sale of Debtor's Brazilian subsidiary. |
| 6 | 10/25/2023 | Tucker, Michael | 0.2 | Prepare correspondence to FTI team re: potential sale of Debtor's Brazilian subsidiary. |
| 6 | 10/27/2023 | Tucker, Michael | 0.4 | Correspond with FTI colleage in Brazil re: liquidation of Debtor's Brazilian subsidiary. |
| 6 | 10/30/2023 | Tucker, Michael | 0.2 | Prepare correspondence to Debtor re: potential sale of Brazilian subsidiary. |
| **6 Total** | | | **16.1** | |
| 10 | 10/5/2023 | Tucker, Michael | 0.2 | Prepare correspondence to ERC consultant re: Debtor's potential ERC claim. |
| 10 | 10/10/2023 | Tucker, Michael | 1.9 | Review analysis re: Debtor's ERC claim. |
| 10 | 10/18/2023 | Halevy, Richard | 0.4 | Review information provided by Debtor re: ERC claim. |
| **10 Total** | | | **2.5** | |
| 11 | 10/16/2023 | Tucker, Michael | 3.5 | Listen into trial re: 506(c) surcharge. |
| 11 | 10/16/2023 | Tucker, Michael | 1.2 | Continue to listen into trial re: 506(c) surcharge. |
| 11 | 10/16/2023 | Halevy, Richard | 1.7 | Listen into trial re: 506(c) surcharge (partial). |
| 11 | 10/16/2023 | Halevy, Richard | 0.4 | Continue to listen into trial re: 506(c) surcharge (partial). |
| 11 | 10/19/2023 | Halevy, Richard | 0.5 | Listen into telephonic hearing. |
| **11 Total** | | | **7.3** | |
| 14 | 10/4/2023 | Halevy, Richard | 0.4 | Review supporting documents re: Optconnect administrative claim. |
| 14 | 10/5/2023 | Tucker, Michael | 1.1 | Review analysis re: supporting documentation for Optconnect administrative claim. |
| 14 | 10/5/2023 | Halevy, Richard | 1.1 | Prepare analysis re: supporting documentation for Optconnect administrative claim. |
| 14 | 10/5/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Optconnect Counsel re: administrative claim. |
| 14 | 10/6/2023 | Tucker, Michael | 0.4 | Review analysis re: Optconnect administrative claim. |
| 14 | 10/6/2023 | Halevy, Richard | 1.2 | Prepare analysis re: Optconnect administrative claim. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 10/6/2023 | Halevy, Richard | 0.1 | Prepare correspondence to FTI team re: filed administrative claims. |
| 14 | 10/6/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Optconnect Counsel re: administrative claim. |
| 14 | 10/9/2023 | Tucker, Michael | 0.3 | Review Debtor objections re: filed administrative claims. |
| 14 | 10/9/2023 | Tucker, Michael | 0.3 | Review objection re: C&S Wholesalers administrative claim. |
| 14 | 10/10/2023 | Tucker, Michael | 2.1 | Review analysis re: Optconnect administrative claim. |
| 14 | 10/11/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Province re: filed administrative claims. |
| 14 | 10/11/2023 | Halevy, Richard | 1.1 | Prepare analysis re: potential customer refund claims. |
| 14 | 10/12/2023 | Tucker, Michael | 0.5 | Review supporting documents re: Optconnect administrative claim. |
| 14 | 10/12/2023 | Tucker, Michael | 0.6 | Review analysis re: potential customer refund claims. |
| 14 | 10/12/2023 | Tucker, Michael | 0.8 | Review filed administrative claims. |
| 14 | 10/12/2023 | Halevy, Richard | 0.5 | Prepare analysis re: potential customer refund claims. |
| 14 | 10/12/2023 | Halevy, Richard | 0.5 | Correspond with Stretto re: potential customer refund claims. |
| 14 | 10/12/2023 | Halevy, Richard | 0.6 | Prepare analysis re: Optconnect administrative claim. |
| 14 | 10/12/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: Optconnect administrative claim. |
| 14 | 10/13/2023 | Tucker, Michael | 1.1 | Prepare correspondence to Optconnect and Optconnect Counsel re: adminstrative claim. |
| 14 | 10/13/2023 | Tucker, Michael | 1.7 | Review revised analysis re: Optconnect administrative claim. |
| 14 | 10/13/2023 | Tucker, Michael | 0.2 | Participate in call with Province re: filed administrative claims. |
| 14 | 10/13/2023 | Halevy, Richard | 0.3 | Review correspondence from FTI team re: filed administrative claims. |
| 14 | 10/13/2023 | Halevy, Richard | 0.3 | Prepare correspondence from FTI team re: filed administrative claims. |
| 14 | 10/17/2023 | Tucker, Michael | 0.5 | Review analysis re: filed administrative claims. |
| 14 | 10/17/2023 | Tucker, Michael | 0.3 | Prepare for call with Optconnect Counsel re: administrative claim. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 10/17/2023 | Halevy, Richard | 0.4 | Prepare analysis re: Optconnect administrative claim. |
| 14 | 10/17/2023 | Halevy, Richard | 2.2 | Prepare analysis re: filed administrative claims. |
| 14 | 10/19/2023 | Tucker, Michael | 0.2 | Review support re: Christopher McAlary admin claim. |
| 14 | 10/19/2023 | Halevy, Richard | 0.3 | Review filed administrative claims. |
| 14 | 10/19/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: filed administrative claims. |
| 14 | 10/20/2023 | Tucker, Michael | 0.3 | Review settlement proposal re: Christopher McAlary administrative claim. |
| 14 | 10/23/2023 | Halevy, Richard | 0.4 | Review filed administrative claims. |
| 14 | 10/24/2023 | Halevy, Richard | 0.3 | Review filed administrative claims. |
| 14 | 10/25/2023 | Tucker, Michael | 0.2 | Correspond with Optconnect re: administrative claim. |
| 14 | 10/27/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: Brink's administrative claim. |
| 14 | 10/27/2023 | Halevy, Richard | 0.3 | Review filed administrative claims. |
| 14 | 10/30/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: filed administrative claims. |
| 14 | 10/30/2023 | Tucker, Michael | 0.4 | Prepare correspondence to S&K re: Optconnect administrative claim. |
| 14 | 10/31/2023 | Tucker, Michael | 0.5 | Review status of filed administrative claims. |
| **14 Total** | | | **23.2** | |
| 17 | 10/2/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: Debtor wind-down costs. |
| 17 | 10/3/2023 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: Debtor wind-down costs. |
| 17 | 10/10/2023 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: Debtor wind-down costs. |
| 17 | 10/10/2023 | Halevy, Richard | 0.4 | Prepare correspondence to S&K re: Debtor wind-down costs. |
| 17 | 10/12/2023 | Halevy, Richard | 0.2 | Correspond with Debtor re: wind-down costs. |
| 17 | 10/17/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Province re: estate wind-down costs. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 10/23/2023 | Tucker, Michael | 1.2 | Participate in call with Debtor's IT consultant re: wind-down costs. |
| 17 | 10/23/2023 | Halevy, Richard | 1.2 | Participate in call with Debtor's IT consultant re: wind-down costs. |
| **17 Total** | | | **4.3** | |
| 18 | 10/2/2023 | Halevy, Richard | 0.8 | Prepare analysis in connection with Bitaccess arbitration. |
| 18 | 10/3/2023 | Halevy, Richard | 0.6 | Prepare analysis re: potential preference actions. |
| 18 | 10/4/2023 | Halevy, Richard | 0.8 | Review Debtor's historical documents in connection with certain litigation. |
| 18 | 10/5/2023 | Tucker, Michael | 0.4 | Review correspondence from FTI team re: Debtor documents in connection with litigation. |
| 18 | 10/5/2023 | Tucker, Michael | 1.8 | Review analysis re: potential preference actions. |
| 18 | 10/5/2023 | Tucker, Michael | 0.5 | Review potential preference actions. |
| 18 | 10/5/2023 | Halevy, Richard | 0.9 | Review Debtor's accounting system re: historical payments in connection with potential preference |
| 18 | 10/5/2023 | Halevy, Richard | 2.2 | Prepare analysis re: potential preference actions. |
| 18 | 10/6/2023 | Halevy, Richard | 3.4 | Prepare analysis re: potential preference actions. |
| 18 | 10/9/2023 | Tucker, Michael | 0.3 | Review documents provided by Debtor re: certain litigation. |
| 18 | 10/9/2023 | Halevy, Richard | 0.5 | Prepare analysis re: lien challenge. |
| 18 | 10/9/2023 | Halevy, Richard | 1.1 | Prepare document sharing site re: certain litigation. |
| 18 | 10/10/2023 | Tucker, Michael | 1.2 | Review supporting documents re: potential preference actions. |
| 18 | 10/10/2023 | Halevy, Richard | 1.5 | Prepare analysis re: potential preference actions. |
| 18 | 10/11/2023 | Halevy, Richard | 2.1 | Review supporting documents from Debtor re: potential preference actions. |
| 18 | 10/12/2023 | Halevy, Richard | 2.0 | Prepare analysis re: potential preference actions. |
| 18 | 10/13/2023 | Halevy, Richard | 1.0 | Continue to prepare analysis re: potential preference actions. |
| 18 | 10/16/2023 | Tucker, Michael | 1.1 | Review analysis re: potential preference actions. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 10/16/2023 | Tucker, Michael | 0.4 | Review correspondence from FTI team re: potential preference actions. |
| 18 | 10/16/2023 | Halevy, Richard | 1.7 | Prepare analysis re: potential preference actions. |
| 18 | 10/17/2023 | Halevy, Richard | 2.9 | Prepare damage analysis re: Bitaccess arbitration. |
| 18 | 10/18/2023 | Halevy, Richard | 1.9 | Prepare analysis to support Bitaccess arbitration. |
| 18 | 10/19/2023 | Halevy, Richard | 3.2 | Prepare damage analysis re: Bitaccess arbitration. |
| 18 | 10/19/2023 | Halevy, Richard | 1.0 | Continue to prepare damage analysis re: Bitaccess arbitration. |
| 18 | 10/22/2023 | Halevy, Richard | 0.5 | Prepare analysis re: potential preference actions. |
| 18 | 10/23/2023 | Tucker, Michael | 0.9 | Review Debtor's adversary complaint against Kiosk Services Group. |
| 18 | 10/23/2023 | Halevy, Richard | 1.0 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 10/24/2023 | Tucker, Michael | 0.8 | Participate in call with S&K re: Cole Kepro litigation. |
| 18 | 10/24/2023 | Tucker, Michael | 0.7 | Review damages analysis re: Bitaccess arbitration. |
| 18 | 10/24/2023 | Tucker, Michael | 2.5 | Participate in call with FTI team re: Bitaccess arbitration damages analysis. |
| 18 | 10/24/2023 | Halevy, Richard | 0.7 | Review documents provided by Debtor re: Bitaccess arbitration. |
| 18 | 10/24/2023 | Halevy, Richard | 2.5 | Participate in call with FTI team re: Bitaccess arbitration damages analysis. |
| 18 | 10/24/2023 | Halevy, Richard | 3.5 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 10/24/2023 | Halevy, Richard | 0.8 | Prepare correspondence to FTI team re: Bitaccess arbitration. |
| 18 | 10/24/2023 | Halevy, Richard | 1.5 | Continue to prepare analysis re: Bitaccess arbitration. |
| 18 | 10/25/2023 | Halevy, Richard | 2.2 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 10/25/2023 | Halevy, Richard | 0.2 | Prepare correspondence to S&K re: potential preference actions. |
| 18 | 10/26/2023 | Tucker, Michael | 1.4 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 10/26/2023 | Tucker, Michael | 0.3 | Review correspondence from FTI team re: Bitaccess arbitration. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 10/26/2023 | Tucker, Michael | 0.4 | Prepare for call with Canadian Counsel re: Bitaccess arbitration. |
| 18 | 10/26/2023 | Halevy, Richard | 1.4 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 10/26/2023 | Halevy, Richard | 0.7 | Compile Debtor documents to send to Canadian Counsel re: Bitaccess arbitration. |
| 18 | 10/26/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 10/26/2023 | Halevy, Richard | 1.4 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 10/26/2023 | Halevy, Richard | 0.3 | Prepare diligence questions re: Bitaccess arbitration. |
| 18 | 10/27/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: Bitaccess arbitration supporting documents. |
| 18 | 10/30/2023 | Halevy, Richard | 0.7 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 10/30/2023 | Halevy, Richard | 0.5 | Prepare correspondence to Debtor's Canadian counsel re: Bitaccess arbitration. |
| 18 | 10/30/2023 | Halevy, Richard | 0.5 | Review company information re: Bitaccess arbitration. |
| 18 | 10/30/2023 | Halevy, Richard | 0.3 | Review correspondence from Debtor re: Bitaccess arbitration. |
| 18 | 10/30/2023 | Halevy, Richard | 0.3 | Review status re: Bitcoin Depot litigation. |
| 18 | 10/30/2023 | Halevy, Richard | 0.4 | Prepare correspondence to S&K re: Bitaccess arbitration. |
| 18 | 10/30/2023 | Halevy, Richard | 0.4 | Prepare correspondence to Debtor re: Bitaccess arbitration. |
| 18 | 10/31/2023 | Halevy, Richard | 1.5 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 10/31/2023 | Halevy, Richard | 0.3 | Review damages analysis re: Bitaccess arbitration. |
| 18 | 10/31/2023 | Sveen, Andrew | 1.4 | Prepare damages analysis re: Bitaccess arbitration. |
| **18 Total** | | | **63.9** | |
| 19 | 10/5/2023 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: case updates. |
| 19 | 10/5/2023 | Halevy, Richard | 0.4 | Prepare work plan re: near-term deliverables. |
| 19 | 10/10/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: call with Debtor. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 10/11/2023 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: case updates. |
| 19 | 10/18/2023 | Halevy, Richard | 0.3 | Review latest docket filings. |
| 19 | 10/19/2023 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: case updates. |
| 19 | 10/26/2023 | Halevy, Richard | 0.3 | Review latest docket filings. |
| 19 | 10/27/2023 | Halevy, Richard | 0.4 | Review correspondence from FTI team re: case updates. |
| 19 | 10/27/2023 | Halevy, Richard | 0.6 | Prepare work plan re: near-term deliverables. |
| 19 | 10/30/2023 | Halevy, Richard | 0.6 | Prepare correspondence to FTI team re: case updates. |
| 19 | 10/30/2023 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: case updates. |
| **19 Total** | | | **4.1** | |
| 20 | 10/11/2023 | Tucker, Michael | 1.2 | Participate in call with Debtor re: case updates. |
| 20 | 10/11/2023 | Tucker, Michael | 0.3 | Prepare for meeting with Debtor re: case updates. |
| 20 | 10/11/2023 | Halevy, Richard | 1.2 | Participate in call with Debtor re: case updates. |
| 20 | 10/11/2023 | Halevy, Richard | 0.3 | Prepare agenda for call with Debtor re: case updates. |
| 20 | 10/12/2023 | Tucker, Michael | 0.6 | Participate in call with Province and Fox Rothschild re: case updates. |
| 20 | 10/12/2023 | Halevy, Richard | 0.4 | Prepare agenda for call with Debtor re: case updates. |
| 20 | 10/12/2023 | Halevy, Richard | 0.6 | Participate in call with Province and Fox Rothschild re: case updates. |
| 20 | 10/18/2023 | Halevy, Richard | 0.3 | Prepare agenda for call with Debtor re: case updates. |
| 20 | 10/18/2023 | Halevy, Richard | 0.8 | Participate in call with Debtor re: case updates. |
| 20 | 10/19/2023 | Halevy, Richard | 1.0 | Participate in call with Province and Fox Rothschild re: case updates. |
| 20 | 10/25/2023 | Tucker, Michael | 0.4 | Participate in call with Fox Rothschild re: case updates. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 20 | 10/25/2023 | Halevy, Richard | 0.3 | Prepare agenda for call with Debtor re: case updates. |
| 20 | 10/26/2023 | Halevy, Richard | 0.3 | Participate in call with Province and Fox Rothschild re: case updates. |
| **20 Total** | | | **7.7** | |
| 21 | 10/2/2023 | Tucker, Michael | 0.8 | Participate in call with S&K re: case updates. |
| 21 | 10/2/2023 | Halevy, Richard | 0.8 | Participate in call with S&K re: case updates. |
| 21 | 10/9/2023 | Tucker, Michael | 0.2 | Prepare for call with S&K re: case updates. |
| 21 | 10/9/2023 | Tucker, Michael | 0.6 | Participate in call with S&K re: case updates. |
| 21 | 10/9/2023 | Halevy, Richard | 0.4 | Prepare for call with S&K re: case updates. |
| 21 | 10/9/2023 | Halevy, Richard | 0.6 | Participate in call with S&K re: case updates. |
| 21 | 10/17/2023 | Tucker, Michael | 0.4 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 10/17/2023 | Halevy, Richard | 0.4 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 10/23/2023 | Tucker, Michael | 1.0 | Participate in call with S&K re: case updates. |
| 21 | 10/23/2023 | Halevy, Richard | 1.0 | Participate in call with S&K re: case updates. |
| 21 | 10/30/2023 | Tucker, Michael | 1.0 | Participate in call with S&K re: case updates. |
| 21 | 10/30/2023 | Halevy, Richard | 1.0 | Participate in call with S&K re: case updates. |
| **21 Total** | | | **8.2** | |
| 24 | 10/2/2023 | Halevy, Richard | 1.3 | Prepare August 2023 fee application. |
| 24 | 10/3/2023 | Halevy, Richard | 1.3 | Prepare August 2023 fee application. |
| 24 | 10/4/2023 | Halevy, Richard | 1.7 | Review August 2023 fee application. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2023 TO OCTOBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 10/26/2023 | Halevy, Richard | 0.3 | Review draft CNO re: FTI fee applications. |
| **24 Total** | | | **4.6** | |
| **Grand Total** | | | **195.1** | |