Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**<br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>November 1, 2023, through November 30, 2023<br><br>$81,484.00 (80% of $101,855.00)<br><br>$496.00 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Ninth Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing November 1, 2023, through November 30, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $81,484.00 (representing 80% of the $101,855.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $496.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task.  Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period. Attached hereto as **Exhibit D** is a summary of expenses during the Fee Period by category.  Attached hereto as **Exhibit E** are the detailed expense descriptions for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period.  FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

1    objection has been served.

2    DATED this 27th day of August 2024.

4                                                    FTI Consulting, Inc.

                                              By: _/s/ Michael Tucker_____
5                                                    Michael Tucker
6                                                    4835 East Cactus Road, Suite 230
7                                                    Scottsdale, AZ 85254
8                                                    michael.tucker@fticonsulting.com
8
                                                     *Financial Advisor for Official Committee*
9                                                    *of Unsecured Creditors*

10

11

12    Respectfully submitted by:

13    McDONALD CARANO LLP

14    */s/ Ryan J. Works*
       Ryan J. Works, Esq (NSBN 9224)
15    Amanda M. Perach, Esq (NSBN 12399)
       2300 West Sahara Avenue, Suite 1200
16    Las Vegas, Nevada 89102
       rworks@mcdonaldcarano.com
17    aperach@mcdonaldcarano.com

18
       *Counsel for Official Committee*
19    *of Unsecured Creditors*

20

21

22

23

24

25

26

27

28

# Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD NOVEMBER 1, 2023 TO NOVEMBER 30, 2023**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 39.8 | $ 25,870.00 |
| Halevy, Richard | Sr Consultant | 650 | 96.1 | 62,465.00 |
| Sveen, Andrew | Consultant | 650 | 20.8 | 13,520.00 |
| **TOTAL** | | | **156.7** | **$ 101,855.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD NOVEMBER 1, 2023 TO NOVEMBER 30, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 1.3 | $ 845.00 |
| 2 | Cash & Liquidity Analysis | 30.1 | 19,565.00 |
| 6 | Asset Sales & Recoveries | 0.4 | 260.00 |
| 10 | Analysis of Tax Issues | 12.5 | 8,125.00 |
| 11 | Prepare for and Attend Court Hearings | 1.3 | 845.00 |
| 14 | Analysis of Claims/Liab Subject to Compro | 5.5 | 3,575.00 |
| 17 | Wind Down Monitoring | 3.4 | 2,210.00 |
| 18 | Potential Avoidance Actions & Litigation | 84.3 | 54,795.00 |
| 19 | Case Management | 2.9 | 1,885.00 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 8.7 | 5,655.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 1.5 | 975.00 |
| 24 | Preparation of Fee Application | 4.8 | 3,120.00 |
| | **GRAND TOTAL** | **156.7** | **$ 101,855.00** |

Exhibit C

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2023 TO NOVEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 11/7/2023 | Halevy, Richard | 0.2 | Review correspondence from Debtor re: financial updates. |
| 1 | 11/13/2023 | Halevy, Richard | 0.2 | Prepare correspondence to S&K re: operational updates. |
| 1 | 11/15/2023 | Tucker, Michael | 0.2 | Review correspondence from Debtor re: operational updates. |
| 1 | 11/20/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: monthly operating reports. |
| 1 | 11/27/2023 | Halevy, Richard | 0.4 | Review July 2023 MOR. |
| **1 Total** | | | **1.3** | |
| 2 | 11/1/2023 | Tucker, Michael | 1.5 | Participate in call with FTI team re: liquidity analysis. |
| 2 | 11/1/2023 | Tucker, Michael | 1.3 | Participate in call with Debtor re: estate liquidity. |
| 2 | 11/1/2023 | Halevy, Richard | 1.5 | Participate in call with FTI team re: liquidity analysis. |
| 2 | 11/1/2023 | Halevy, Richard | 0.8 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 11/1/2023 | Halevy, Richard | 1.3 | Participate in call with Debtor re: estate liquidity. |
| 2 | 11/1/2023 | Halevy, Richard | 2.2 | Prepare analysis re: estate cash activity. |
| 2 | 11/1/2023 | Halevy, Richard | 2.0 | Continue to prepare analysis re: estate cash activity. |
| 2 | 11/2/2023 | Tucker, Michael | 0.3 | Prepare correspondence to Debtor re: cash collections. |
| 2 | 11/2/2023 | Tucker, Michael | 0.8 | Review analysis re: Debtor estate liquidity. |
| 2 | 11/2/2023 | Tucker, Michael | 1.1 | Participate in call with Powercoin re: cash collections. |
| 2 | 11/2/2023 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: estate cash activity. |
| 2 | 11/2/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: cash collections. |
| 2 | 11/2/2023 | Halevy, Richard | 1.1 | Participate in call with Powercoin re: cash collections. |
| 2 | 11/2/2023 | Halevy, Richard | 0.3 | Participate in call with Province re: cash collections. |
| 2 | 11/6/2023 | Tucker, Michael | 0.2 | Review analysis re: Debtor estate liquidity. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2023 TO NOVEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 11/6/2023 | Halevy, Richard | 0.7 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 11/8/2023 | Tucker, Michael | 0.5 | Participate in call with Powercoin re: cash collections. |
| 2 | 11/8/2023 | Halevy, Richard | 0.5 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 11/8/2023 | Halevy, Richard | 0.5 | Participate in call with Powercoin re: cash collections. |
| 2 | 11/9/2023 | Tucker, Michael | 0.9 | Review analysis re: Debtor estate liquidity. |
| 2 | 11/9/2023 | Halevy, Richard | 2.2 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 11/10/2023 | Halevy, Richard | 1.3 | Prepare updates re: estate liquidity analysis. |
| 2 | 11/10/2023 | Halevy, Richard | 1.2 | Prepare analysis re: Debtor cash collections. |
| 2 | 11/10/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor re: cash collections. |
| 2 | 11/13/2023 | Tucker, Michael | 0.9 | Participate in call with FTI team re: liquidity analysis. |
| 2 | 11/13/2023 | Halevy, Richard | 0.2 | Review Debtor's cash balances. |
| 2 | 11/13/2023 | Halevy, Richard | 1.1 | Prepare analysis re: Bitaccess arbitration. |
| 2 | 11/13/2023 | Halevy, Richard | 0.9 | Participate in call with FTI team re: liquidity analysis. |
| 2 | 11/15/2023 | Halevy, Richard | 0.8 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 11/16/2023 | Tucker, Michael | 0.1 | Review correspondence from Debtor re: cash collections. |
| 2 | 11/17/2023 | Halevy, Richard | 0.3 | Correspond with Debtor re: cash collections. |
| 2 | 11/20/2023 | Halevy, Richard | 0.3 | Correspond with Debtor re: estate liquidity. |
| 2 | 11/21/2023 | Halevy, Richard | 0.5 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 11/22/2023 | Halevy, Richard | 1.8 | Prepare analysis re: Debtor estate liquidity. |
| **2 Total** | | | **30.1** | |
| 6 | 11/7/2023 | Halevy, Richard | 0.2 | Review draft settlement agreement re: 506(c) surcharge. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2023 TO NOVEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 11/22/2023 | Tucker, Michael | 0.2 | Review motion re: 506(c) surcharge settlement with AVT Nevada. |
| **6 Total** | | | **0.4** | |
| 10 | 11/2/2023 | Tucker, Michael | 1.1 | Review Debtor's filed ERC claim. |
| 10 | 11/6/2023 | Tucker, Michael | 0.8 | Correspond with ERC Consultant re: Debtor's filed ERC claim. |
| 10 | 11/6/2023 | Halevy, Richard | 0.3 | Review correspondence from Debtor re: ERC filing. |
| 10 | 11/8/2023 | Tucker, Michael | 0.5 | Prepare for call with ERC consultant re: Debtor's ERC claim. |
| 10 | 11/8/2023 | Tucker, Michael | 0.8 | Participate in call with ERC consultant re: Debtor's ERC claim. |
| 10 | 11/8/2023 | Halevy, Richard | 0.8 | Participate in call with ERC consultant re: Debtor's ERC claim. |
| 10 | 11/13/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: ERC claim. |
| 10 | 11/14/2023 | Tucker, Michael | 0.2 | Review status re: Debtor's ERC claim. |
| 10 | 11/14/2023 | Sveen, Andrew | 1.9 | Prepare analysis re: support for Debtor's ERC claim. |
| 10 | 11/15/2023 | Halevy, Richard | 0.4 | Review analysis re: support for Debtor's ERC claim. |
| 10 | 11/15/2023 | Sveen, Andrew | 1.4 | Prepare analysis re: support for Debtor's ERC claim. |
| 10 | 11/16/2023 | Halevy, Richard | 1.8 | Prepare analysis re: support for Debtor's ERC claim. |
| 10 | 11/16/2023 | Halevy, Richard | 1.2 | Review IRS guidelines re: ERC claims to support Debtor's ERC claim. |
| 10 | 11/16/2023 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: status of Debtor's ERC claim. |
| 10 | 11/17/2023 | Tucker, Michael | 0.5 | Review supporting documents re: Debtor's ERC claim. |
| **10 Total** | | | **12.5** | |
| 11 | 11/15/2023 | Tucker, Michael | 0.4 | Listen into telephonic hearing re: Bitcoin Depot adversary proceeding. |
| 11 | 11/28/2023 | Halevy, Richard | 0.4 | Listen into telephonic hearing. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2023 TO NOVEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 11 | 11/30/2023 | Halevy, Richard | 0.5 | Listen into telephonic hearing. |
| **11 Total** | | | **1.3** | |
| 14 | 11/1/2023 | Tucker, Michael | 0.4 | Review Loomis administrative claim. |
| 14 | 11/1/2023 | Halevy, Richard | 0.3 | Review correspondence from Debtor re: filed administrative claims. |
| 14 | 11/9/2023 | Halevy, Richard | 0.5 | Review filed administrative claims. |
| 14 | 11/10/2023 | Tucker, Michael | 1.3 | Participate in call with Fox Rothschild re: TSSP administrative claim. |
| 14 | 11/14/2023 | Tucker, Michael | 0.2 | Review Brink's administrative claim. |
| 14 | 11/14/2023 | Tucker, Michael | 0.2 | Prepare correspondence to S&K re: Optconnect administrative claim. |
| 14 | 11/16/2023 | Tucker, Michael | 0.3 | Review draft Optconnect administrative claim settlement. |
| 14 | 11/16/2023 | Halevy, Richard | 0.3 | Prepare analysis re: filed administrative claims. |
| 14 | 11/20/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Province re: Optconnect administrative claim settlement. |
| 14 | 11/21/2023 | Tucker, Michael | 0.2 | Review correspondence from Debtor re: Optconnect administrative claim settlement. |
| 14 | 11/28/2023 | Tucker, Michael | 1.2 | Review Debtor objection to TSSP Powerhouse administrative claim. |
| 14 | 11/30/2023 | Tucker, Michael | 0.4 | Prepare correspondence to S&K re: TSSP Powerhouse administrative claim. |
| **14 Total** | | | **5.5** | |
| 17 | 11/17/2023 | Tucker, Michael | 0.9 | Participate in call with Debtor re: wind-down issues. |
| 17 | 11/17/2023 | Halevy, Richard | 0.9 | Participate in call with Debtor re: wind-down issues. |
| 17 | 11/29/2023 | Tucker, Michael | 0.8 | Participate in call with Debtor re: wind-down issues. |
| 17 | 11/29/2023 | Halevy, Richard | 0.8 | Participate in call with Debtor re: wind-down issues. |
| **17 Total** | | | **3.4** | |
| 18 | 11/1/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2023 TO NOVEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 11/2/2023 | Tucker, Michael | 0.6 | Review analysis re: Bitaccess arbitration. |
| 18 | 11/2/2023 | Halevy, Richard | 0.5 | Prepare diligence questions re: Bitaccess arbitration. |
| 18 | 11/2/2023 | Halevy, Richard | 0.5 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 11/2/2023 | Halevy, Richard | 0.5 | Review documents received from Debtor re: Bitaccess arbitration. |
| 18 | 11/2/2023 | Halevy, Richard | 0.8 | Prepare correspondence to Debtor and Debtor's advisors re: Bitaccess arbitration. |
| 18 | 11/3/2023 | Sveen, Andrew | 2.9 | Prepare damage analysis re: Bitaccess arbitration. |
| 18 | 11/3/2023 | Sveen, Andrew | 1.4 | Review documents received from Debtor re: Bitaccess arbitration. |
| 18 | 11/6/2023 | Tucker, Michael | 1.5 | Participate in call with FTI team re: Bitaccess arbitration. |
| 18 | 11/6/2023 | Halevy, Richard | 1.4 | Review Debtor documents re: certain litigations. |
| 18 | 11/6/2023 | Halevy, Richard | 0.2 | Review correspondence from Debtor re: Bitaccess arbitration. |
| 18 | 11/6/2023 | Halevy, Richard | 0.8 | Review analysis re: Bitaccess arbitration. |
| 18 | 11/6/2023 | Halevy, Richard | 0.3 | Review documents received from Debtor re: Bitaccess arbitration. |
| 18 | 11/6/2023 | Halevy, Richard | 0.9 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 11/6/2023 | Halevy, Richard | 0.5 | Prepare diligence questions re: Bitaccess arbitration. |
| 18 | 11/6/2023 | Halevy, Richard | 1.5 | Participate in call with FTI team re: Bitaccess arbitration. |
| 18 | 11/6/2023 | Sveen, Andrew | 1.9 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 11/6/2023 | Sveen, Andrew | 2.2 | Prepare damages analysis re: Bitaccess arbitration. |
| 18 | 11/7/2023 | Tucker, Michael | 0.5 | Prepare for call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/7/2023 | Tucker, Michael | 1.5 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/7/2023 | Halevy, Richard | 2.1 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 11/7/2023 | Halevy, Richard | 0.3 | Review analysis re: Bitaccess arbitration. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2023 TO NOVEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 11/7/2023 | Halevy, Richard | 0.5 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/7/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: Bitaccess arbitration. |
| 18 | 11/7/2023 | Halevy, Richard | 1.5 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/7/2023 | Sveen, Andrew | 1.8 | Prepare supporting schedules for Bitaccess damages analysis. |
| 18 | 11/8/2023 | Halevy, Richard | 2.5 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 11/8/2023 | Halevy, Richard | 1.4 | Continue to prepare analysis re: Bitaccess arbitration. |
| 18 | 11/8/2023 | Sveen, Andrew | 1.3 | Prepare damage analysis re: Bitaccess arbitration. |
| 18 | 11/9/2023 | Tucker, Michael | 0.2 | Prepare correspondence to S&K re: potential preference actions. |
| 18 | 11/9/2023 | Tucker, Michael | 0.4 | Participate in call with FTI team re: Bitaccess arbitration. |
| 18 | 11/9/2023 | Tucker, Michael | 1.0 | Review analysis re: Bitaccess arbitration. |
| 18 | 11/9/2023 | Halevy, Richard | 0.4 | Participate in call with FTI team re: Bitaccess arbitration. |
| 18 | 11/9/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor re: Bitaccess arbitration. |
| 18 | 11/9/2023 | Halevy, Richard | 1.5 | Review Debtor documents re: certain litigations. |
| 18 | 11/9/2023 | Halevy, Richard | 0.3 | Review documents received from Debtor re: Bitaccess arbitration. |
| 18 | 11/9/2023 | Halevy, Richard | 2.3 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 11/9/2023 | Sveen, Andrew | 0.6 | Review damages analysis re: Bitaccess arbitration. |
| 18 | 11/10/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Counsel re: McAlary litigation. |
| 18 | 11/10/2023 | Halevy, Richard | 0.3 | Review correspondence from S&K re: litigation updates. |
| 18 | 11/13/2023 | Tucker, Michael | 0.6 | Participate in call with FTI team re: Bitaccess arbitration. |
| 18 | 11/13/2023 | Halevy, Richard | 0.5 | Participate in call with Debtor re: Bitaccess arbitration. |
| 18 | 11/13/2023 | Halevy, Richard | 0.3 | Review documents received from Debtor re: Bitaccess arbitration. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2023 TO NOVEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 11/13/2023 | Halevy, Richard | 0.6 | Participate in call with FTI team re: Bitaccess arbitration. |
| 18 | 11/13/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: Bitaccess arbitration. |
| 18 | 11/13/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/14/2023 | Tucker, Michael | 0.2 | Review status re: Bitcoin Depot adversary proceeding. |
| 18 | 11/14/2023 | Halevy, Richard | 0.5 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 11/14/2023 | Halevy, Richard | 0.3 | Review correspondence from FTI team re: Bitaccess arbitration. |
| 18 | 11/14/2023 | Halevy, Richard | 0.5 | Review Debtor documents re: certain litigations. |
| 18 | 11/14/2023 | Halevy, Richard | 0.5 | Prepare correspondence to Debtor re: Bitaccess arbitration. |
| 18 | 11/14/2023 | Halevy, Richard | 0.6 | Review documents received from Debtor re: Bitaccess arbitration. |
| 18 | 11/14/2023 | Sveen, Andrew | 2.2 | Prepare damages analysis re: Bitaccess arbitration. |
| 18 | 11/14/2023 | Sveen, Andrew | 2.3 | Continue to prepare damages analysis re: Bitaccess arbitration. |
| 18 | 11/15/2023 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: Bitaccess arbitration. |
| 18 | 11/15/2023 | Halevy, Richard | 2.8 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 11/15/2023 | Halevy, Richard | 1.0 | Review Debtor documents re: certain litigations. |
| 18 | 11/15/2023 | Halevy, Richard | 0.5 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/16/2023 | Halevy, Richard | 1.0 | Prepare analysis re: potential preference actions. |
| 18 | 11/16/2023 | Halevy, Richard | 1.0 | Review documents received from Debtor re: Bitaccess arbitration. |
| 18 | 11/16/2023 | Sveen, Andrew | 0.9 | Prepare damage analysis re: Bitaccess arbitration. |
| 18 | 11/17/2023 | Tucker, Michael | 1.2 | Participate in call with FTI team re: Bitaccess arbitration. |
| 18 | 11/17/2023 | Halevy, Richard | 1.2 | Participate in call with FTI team re: Bitaccess arbitration. |
| 18 | 11/17/2023 | Halevy, Richard | 0.8 | Prepare analysis re: potential preference actions. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2023 TO NOVEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 11/18/2023 | Halevy, Richard | 0.7 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/18/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor re: Bitaccess arbitration. |
| 18 | 11/19/2023 | Halevy, Richard | 0.5 | Prepare correspondence to S&K re: Cole Kepro litigation. |
| 18 | 11/20/2023 | Halevy, Richard | 0.5 | Review documents in connection with Cole Kepro litigation. |
| 18 | 11/20/2023 | Halevy, Richard | 0.4 | Participate in call with S&K re: Cole Kepro litigation. |
| 18 | 11/20/2023 | Halevy, Richard | 0.7 | Provide comments to draft brief re: Cole Kepro litigation. |
| 18 | 11/20/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/20/2023 | Halevy, Richard | 1.1 | Provide supporting documents to Debtor's Canadian counsel re: Bitaccess arbitration. |
| 18 | 11/21/2023 | Tucker, Michael | 0.4 | Prepare correspondence to Province and Fox Rothschild re: status of Bitaccess arbitration. |
| 18 | 11/21/2023 | Tucker, Michael | 1.0 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/21/2023 | Tucker, Michael | 0.6 | Review demand letter from GenesisCoin. |
| 18 | 11/21/2023 | Tucker, Michael | 0.2 | Review outline for McAlary deposition in Cole Kepro litigation at the request of Counsel. |
| 18 | 11/21/2023 | Tucker, Michael | 0.8 | Prepare for call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/21/2023 | Tucker, Michael | 0.4 | Review docket filings in connection with Cole Kepro litigation. |
| 18 | 11/21/2023 | Halevy, Richard | 0.3 | Review outline for McAlary deposition in Cole Kepro litigation at the request of Counsel. |
| 18 | 11/21/2023 | Halevy, Richard | 2.8 | Prepare damage analysis re: Bitaccess arbitration. |
| 18 | 11/21/2023 | Halevy, Richard | 0.5 | Prepare for call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/21/2023 | Halevy, Richard | 0.5 | Review documents received from Debtor re: Bitaccess arbitration. |
| 18 | 11/21/2023 | Halevy, Richard | 1.0 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/22/2023 | Tucker, Michael | 1.1 | Review filed motions re: Cole Kepro settlement hearing. |
| 18 | 11/22/2023 | Tucker, Michael | 1.5 | Review filed motions re: Bitcoin Depot adversary proceeding. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2023 TO NOVEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 11/22/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: Bitaccess arbitration. |
| 18 | 11/22/2023 | Halevy, Richard | 0.4 | Prepare correspondence to S&K re: Cole Kepro litigation. |
| 18 | 11/27/2023 | Halevy, Richard | 0.1 | Review correspondence from S&K re: McAlary settlement offer. |
| 18 | 11/28/2023 | Tucker, Michael | 1.1 | Review docket filings in connection with Cole Kepro litigation. |
| 18 | 11/28/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: Bitaccess arbitration. |
| 18 | 11/28/2023 | Halevy, Richard | 0.3 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 11/28/2023 | Halevy, Richard | 0.4 | Prepare correspondence to Debtor re: Bitaccess arbitration. |
| 18 | 11/29/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/29/2023 | Halevy, Richard | 0.4 | Prepare correspondence to S&K re: Bitaccess arbitration. |
| 18 | 11/29/2023 | Halevy, Richard | 0.2 | Review correspondence from Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/29/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: Bitaccess arbitration. |
| 18 | 11/30/2023 | Tucker, Michael | 1.4 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/30/2023 | Tucker, Michael | 0.8 | Review damages analysis re: Bitaccess arbitration. |
| 18 | 11/30/2023 | Halevy, Richard | 0.6 | Participate in call with Canadian Counsel's expert witness re: Bitaccess arbitration. |
| 18 | 11/30/2023 | Halevy, Richard | 1.0 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/30/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor re: Bitaccess arbitration. |
| 18 | 11/30/2023 | Halevy, Richard | 0.5 | Prepare damage analysis re: Bitaccess litigation. |
| **18 Total** | | | **84.3** | |
| 19 | 11/1/2023 | Halevy, Richard | 0.2 | Review latest docket filings. |
| 19 | 11/2/2023 | Halevy, Richard | 0.4 | Prepare workplan re: near-term deliverables. |
| 19 | 11/2/2023 | Halevy, Richard | 0.6 | Participate in call with FTI team re: work plan. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2023 TO NOVEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 11/8/2023 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: case updates. |
| 19 | 11/17/2023 | Halevy, Richard | 0.3 | Review latest docket filings. |
| 19 | 11/28/2023 | Halevy, Richard | 0.4 | Review latest docket filings. |
| 19 | 11/28/2023 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: various case issues. |
| 19 | 11/30/2023 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: case updates. |
| **19 Total** | | | **2.9** | |
| 20 | 11/2/2023 | Halevy, Richard | 0.5 | Participate in call with Province and Fox Rothschild re: case updates. |
| 20 | 11/7/2023 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: case updates. |
| 20 | 11/8/2023 | Halevy, Richard | 0.3 | Prepare agenda for call with Debtor re: case updates. |
| 20 | 11/9/2023 | Tucker, Michael | 0.8 | Participate in call with Fox Rothschild re: case updates. |
| 20 | 11/9/2023 | Halevy, Richard | 0.8 | Participate in call with Fox Rothschild re: case updates. |
| 20 | 11/15/2023 | Tucker, Michael | 0.8 | Participate in call with Province re: various case issues. |
| 20 | 11/15/2023 | Halevy, Richard | 0.8 | Participate in call with Province re: various case issues. |
| 20 | 11/16/2023 | Tucker, Michael | 0.6 | Participate in call with Province and Fox Rothschild re: case updates. |
| 20 | 11/16/2023 | Halevy, Richard | 0.6 | Participate in call with Province and Fox Rothschild re: case updates. |
| 20 | 11/22/2023 | Tucker, Michael | 0.9 | Participate in call with Debtor re: case updates. |
| 20 | 11/22/2023 | Halevy, Richard | 0.9 | Participate in call with Debtor re: case updates. |
| 20 | 11/22/2023 | Halevy, Richard | 0.3 | Prepare for call with Debtor re: case updates. |
| 20 | 11/30/2023 | Tucker, Michael | 0.6 | Participate in call with Province and Fox Rothschild re: case updates. |
| 20 | 11/30/2023 | Halevy, Richard | 0.6 | Participate in call with Province and Fox Rothschild re: case updates. |
| **20 Total** | | | **8.7** | |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2023 TO NOVEMBER 30, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 11/1/2023 | Halevy, Richard | 0.1 | Participate in call with S&K re: case updates. |
| 21 | 11/13/2023 | Tucker, Michael | 0.7 | Participate in call with S&K re: case updates. |
| 21 | 11/13/2023 | Halevy, Richard | 0.7 | Participate in call with S&K re: case updates. |
| **21 Total** | | | **1.5** | |
| 24 | 11/27/2023 | Halevy, Richard | 2.0 | Prepare September 2023 fee application. |
| 24 | 11/28/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: September 2023 fee application. |
| 24 | 11/28/2023 | Halevy, Richard | 1.5 | Prepare September 2023 fee application. |
| 24 | 11/28/2023 | Halevy, Richard | 1.0 | Review and finalize September 2023 fee application. |
| **24 Total** | | | **4.8** | |
| **Grand Total** | | | **156.7** | |

Exhibit  D

**EXHIBIT D**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2023 TO NOVEMBER 30, 2023**

| Expense Type | Amount |
|---|---|
| Research | 496.00 |
| **Total** | **$ 496.00** |

Exhibit  E

**EXHIBIT E**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**ITEMIZED EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2023 TO NOVEMBER 30, 2023**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| 11/02/23 | Tucker, Michael | Research | ERC tax refund research costs. | $ 249.00 |
| 11/15/23 | Halevy, Richard | Research | Registration fee for access to webinar on ERC tax credits to provide information and guidance on this credit for Coin Cloud. | 247.00 |
| | | **Research Total** | | **$ 496.00** |
| | | **Grand Total** | | **$ 496.00** |