Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**<br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>December 1, 2023, through December 31, 2023<br><br>$35,568.00 (80% of $44,460.00)<br><br>$0.00 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Tenth Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing December 1, 2023, through December 31, 2023 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $35,568.00 (representing 80% of the $44,460.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $0.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

1 | objection has been served.

2 | DATED this 27th day of August 2024.

FTI Consulting, Inc.

By: /s/ Michael Tucker
Michael Tucker
4835 East Cactus Road, Suite 230
Scottsdale, AZ 85254
michael.tucker@fticonsulting.com

*Financial Advisor for Official Committee of Unsecured Creditors*

Respectfully submitted by:

McDONALD CARANO LLP

*/s/ Ryan J. Works*
Ryan J. Works, Esq (NSBN 9224)
Amanda M. Perach, Esq (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee of Unsecured Creditors*

# Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD DECEMBER 1, 2023 TO DECEMBER 31, 2023**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 17.3 | 11,245.00 |
| Halevy, Richard | Sr Consultant | 650 | 51.1 | 33,215.00 |
| **TOTAL** | | | **68.4** | **$ 44,460.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD DECEMBER 1, 2023 TO DECEMBER 31, 2023**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 0.4 | $ 260.00 |
| 2 | Cash & Liquidity Analysis | 9.7 | 6,305.00 |
| 10 | Analysis of Tax Issues | 8.9 | 5,785.00 |
| 14 | Analysis of Claims/Liab Subject to Compro | 2.2 | 1,430.00 |
| 17 | Wind Down Monitoring | 3.1 | 2,015.00 |
| 18 | Potential Avoidance Actions & Litigation | 23.4 | 15,210.00 |
| 19 | Case Management | 6.1 | 3,965.00 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 4.3 | 2,795.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 2.7 | 1,755.00 |
| 24 | Preparation of Fee Application | 7.6 | 4,940.00 |
| | **GRAND TOTAL** | **68.4** | **$ 44,460.00** |

# Exhibit C

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD DECEMBER 1, 2023 TO DECEMBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 12/14/2023 | Halevy, Richard | 0.4 | Review September 2023 MOR. |
| **1 Total** | | | **0.4** | |
| 2 | 12/4/2023 | Tucker, Michael | 0.3 | Review Debtor estate liquidity matters. |
| 2 | 12/4/2023 | Tucker, Michael | 0.3 | Review correspondence from Debtor re: cash activity. |
| 2 | 12/4/2023 | Halevy, Richard | 1.2 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 12/4/2023 | Halevy, Richard | 0.7 | Review estate cash activity. |
| 2 | 12/5/2023 | Halevy, Richard | 1.5 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 12/15/2023 | Halevy, Richard | 0.8 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 12/18/2023 | Halevy, Richard | 0.7 | Review estate cash activity. |
| 2 | 12/18/2023 | Halevy, Richard | 0.3 | Correspond with Debtor re: estate liquidity. |
| 2 | 12/20/2023 | Tucker, Michael | 0.4 | Review Debtor estate liquidity matters. |
| 2 | 12/20/2023 | Halevy, Richard | 0.6 | Prepare analysis re: Debtor's outstanding AP in connection with estate liquidity. |
| 2 | 12/20/2023 | Halevy, Richard | 0.5 | Review outstanding AP of Debtor re: estate liquidity. |
| 2 | 12/21/2023 | Halevy, Richard | 1.1 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 12/21/2023 | Halevy, Richard | 0.1 | Participate in call with Province re: Debtor estate liquidity. |
| 2 | 12/22/2023 | Tucker, Michael | 1.2 | Review analysis re: Debtor estate liquidity. |
| **2 Total** | | | **9.7** | |
| 10 | 12/1/2023 | Tucker, Michael | 1.1 | Correspond with ERC consultant re: Debtor's ERC claim. |
| 10 | 12/4/2023 | Halevy, Richard | 0.5 | Prepare analysis re: Debtor's ERC claim. |
| 10 | 12/6/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: ERC claim status. |
| 10 | 12/7/2023 | Halevy, Richard | 1.3 | Review IRS guidance in connection with Debtor's ERC claim. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD DECEMBER 1, 2023 TO DECEMBER 31, 2023

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 10 | 12/12/2023 | Halevy, Richard | 1.3 | Prepare analysis re: Debtor's ERC claim. |
| 10 | 12/15/2023 | Halevy, Richard | 1.2 | Prepare analysis re: support for Debtor's ERC claim. |
| 10 | 12/18/2023 | Halevy, Richard | 2.2 | Prepare analysis re: support for Debtor's ERC claim. |
| 10 | 12/18/2023 | Halevy, Richard | 1.0 | Compile supporting documents to send to ERC Consultant re: Debtor's ERC claim. |
| **10 Total** | | | **8.9** | |
| 14 | 12/5/2023 | Tucker, Michael | 0.3 | Review correspondence from Fox Rothschild re: TSSP administrative claim. |
| 14 | 12/8/2023 | Tucker, Michael | 0.1 | Prepare correspondence to S&K re: TSSP administrative claim. |
| 14 | 12/8/2023 | Tucker, Michael | 0.2 | Review status re: various administrative claim objections. |
| 14 | 12/19/2023 | Tucker, Michael | 0.2 | Review correspondence from Fox Rothschild re: TSSP administrative claim settlement. |
| 14 | 12/20/2023 | Tucker, Michael | 0.4 | Review TSSP administrative claim. |
| 14 | 12/20/2023 | Tucker, Michael | 0.5 | Participate in call with S&K re: TSSP administrative claim. |
| 14 | 12/20/2023 | Halevy, Richard | 0.5 | Correspond with Stretto re: administrative claim matters. |
| **14 Total** | | | **2.2** | |
| 17 | 12/6/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: wind-down matters. |
| 17 | 12/8/2023 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: go-forward Amazon Web Services ("AWS") costs. |
| 17 | 12/11/2023 | Tucker, Michael | 0.1 | Participate in call with Fox Rothschild re: wind-down of Debtor's Brazilian subsidiary. |
| 17 | 12/11/2023 | Halevy, Richard | 0.5 | Correspond with Debtor re: AWS costs. |
| 17 | 12/12/2023 | Tucker, Michael | 0.4 | Review estate wind-down matters. |
| 17 | 12/14/2023 | Tucker, Michael | 0.2 | Review correspondence from Debtor re: AWS costs. |
| 17 | 12/14/2023 | Halevy, Richard | 0.6 | Prepare analysis re: wind-down of Debtor's Brazilian subsidiary. |
| 17 | 12/19/2023 | Halevy, Richard | 0.2 | Participate in call with Debtor re: wind-down matters. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD DECEMBER 1, 2023 TO DECEMBER 31, 2023

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 12/20/2023 | Halevy, Richard | 0.6 | Prepare correspondence to Debtor re: wind-down matters. |
| **17 Total** | | | **3.1** | |
| 18 | 12/1/2023 | Tucker, Michael | 0.6 | Review case filings re: Bitcoin Depot litigation. |
| 18 | 12/1/2023 | Halevy, Richard | 0.3 | Review correspondence from S&K re: litigation updates. |
| 18 | 12/4/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: potential preference actions. |
| 18 | 12/8/2023 | Tucker, Michael | 0.5 | Review case filings re: Bitcoin Depot litigation. |
| 18 | 12/11/2023 | Tucker, Michael | 0.1 | Prepare correspondence to Debtor's Canadian counsel re: Bitaccess arbitration. |
| 18 | 12/12/2023 | Tucker, Michael | 0.4 | Participate in call with FTI team re: potential preference actions. |
| 18 | 12/12/2023 | Tucker, Michael | 0.3 | Review correspondence from S&K re: Bitcoin Depot litigation updates. |
| 18 | 12/12/2023 | Tucker, Michael | 0.4 | Review potential settlement offer re: Bitaccess arbitration. |
| 18 | 12/12/2023 | Tucker, Michael | 0.3 | Review analysis re: potential preference actions. |
| 18 | 12/12/2023 | Halevy, Richard | 0.4 | Participate in call with FTI team re: potential preference actions. |
| 18 | 12/13/2023 | Tucker, Michael | 0.1 | Review status re: Bitcoin Depot litigation. |
| 18 | 12/13/2023 | Halevy, Richard | 1.0 | Review draft settlement proposal re: Bitaccess arbitration. |
| 18 | 12/14/2023 | Tucker, Michael | 1.2 | Review and comment on draft settlement proposal re: Bitaccess arbitration. |
| 18 | 12/14/2023 | Tucker, Michael | 0.3 | Review analysis re: potential preference actions. |
| 18 | 12/14/2023 | Halevy, Richard | 0.5 | Prepare for call with Debtor's Canadian counsel re: Bitaccess arbitration. |
| 18 | 12/14/2023 | Halevy, Richard | 0.5 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 12/14/2023 | Halevy, Richard | 0.3 | Review correspondence from Debtor's Canadian counsel re: Bitaccess arbitration. |
| 18 | 12/14/2023 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: Bitaccess litigation. |
| 18 | 12/14/2023 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: potential preference actions. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD DECEMBER 1, 2023 TO DECEMBER 31, 2023**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 12/18/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: potential preference actions. |
| 18 | 12/19/2023 | Tucker, Michael | 0.1 | Prepare correspondence to Debtor's Canadian counsel re: Bitaccess arbitration. |
| 18 | 12/19/2023 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor re: potential preference actions. |
| 18 | 12/19/2023 | Halevy, Richard | 2.4 | Prepare analysis re: potential preference actions. |
| 18 | 12/20/2023 | Tucker, Michael | 1.4 | Review analysis re: potential preference actions. |
| 18 | 12/20/2023 | Tucker, Michael | 0.7 | Participate in call with FTI team re: potential preference actions. |
| 18 | 12/20/2023 | Halevy, Richard | 0.7 | Participate in call with FTI team re: potential preference actions. |
| 18 | 12/20/2023 | Halevy, Richard | 1.2 | Prepare analysis re: potential preference payments. |
| 18 | 12/20/2023 | Halevy, Richard | 0.3 | Prepare correspondence to Jimmerson Law Firm re: Bitcoin Depot litigation. |
| 18 | 12/21/2023 | Halevy, Richard | 2.6 | Prepare analysis re: potential preference actions. |
| 18 | 12/21/2023 | Halevy, Richard | 1.4 | Continue to prepare analysis re: potential preference actions. |
| 18 | 12/21/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: potential preference actions. |
| 18 | 12/22/2023 | Halevy, Richard | 2.9 | Prepare analysis re: potential preference payments. |
| 18 | 12/22/2023 | Halevy, Richard | 0.7 | Review revised settlement proposal re: Bitaccess arbitration. |
| 18 | 12/22/2023 | Halevy, Richard | 0.3 | Prepare correspondence to S&K re: potential preference actions. |
| **18 Total** | | | **23.4** | |
| 19 | 12/4/2023 | Tucker, Michael | 0.5 | Review correspondence from FTI team re: case updates. |
| 19 | 12/4/2023 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: case updates. |
| 19 | 12/8/2023 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: work plan. |
| 19 | 12/11/2023 | Tucker, Michael | 0.1 | Review latest docket filings. |
| 19 | 12/12/2023 | Tucker, Michael | 1.1 | Participate in call with FTI team re: work plan and case issues. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD DECEMBER 1, 2023 TO DECEMBER 31, 2023

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 12/12/2023 | Halevy, Richard | 0.3 | Review latest docket filings. |
| 19 | 12/12/2023 | Halevy, Richard | 1.1 | Participate in call with FTI team re: work plan and case issues. |
| 19 | 12/12/2023 | Halevy, Richard | 0.5 | Review latest docket filings and case updates. |
| 19 | 12/12/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: case updates. |
| 19 | 12/14/2023 | Halevy, Richard | 0.5 | Prepare work plan to address case issues. |
| 19 | 12/15/2023 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: work plan. |
| 19 | 12/18/2023 | Halevy, Richard | 0.6 | Prepare correspondence to FTI team re: case updates. |
| **19 Total** | | | **6.1** | |
| 20 | 12/6/2023 | Tucker, Michael | 0.9 | Participate in call with Debtor re: case updates. |
| 20 | 12/6/2023 | Halevy, Richard | 0.9 | Participate in call with Debtor re: case updates. |
| 20 | 12/6/2023 | Halevy, Richard | 0.3 | Prepare agenda for call with Debtor re: case updates. |
| 20 | 12/20/2023 | Tucker, Michael | 0.3 | Prepare for call with Debtor re: case updates. |
| 20 | 12/20/2023 | Tucker, Michael | 0.8 | Participate in call with Debtor re: case updates. |
| 20 | 12/20/2023 | Halevy, Richard | 0.3 | Prepare for call with Debtor re: case updates. |
| 20 | 12/20/2023 | Halevy, Richard | 0.8 | Participate in call with Debtor re: case updates. |
| **20 Total** | | | **4.3** | |
| 21 | 12/4/2023 | Halevy, Richard | 0.3 | Prepare for call with S&K re: case updates. |
| 21 | 12/5/2023 | Tucker, Michael | 0.9 | Participate in call with S&K re: case updates. |
| 21 | 12/5/2023 | Tucker, Michael | 0.6 | Prepare for call with S&K re: case updates. |
| 21 | 12/5/2023 | Halevy, Richard | 0.9 | Participate in call with S&K re: case updates. |
| **21 Total** | | | **2.7** | |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD DECEMBER 1, 2023 TO DECEMBER 31, 2023

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 12/11/2023 | Halevy, Richard | 2.0 | Prepare October 2023 fee application. |
| 24 | 12/12/2023 | Halevy, Richard | 0.7 | Review October fee application. |
| 24 | 12/12/2023 | Halevy, Richard | 1.0 | Finalize October fee application. |
| 24 | 12/13/2023 | Halevy, Richard | 1.1 | Prepare October 2023 fee application. |
| 24 | 12/14/2023 | Halevy, Richard | 2.8 | Prepare updates to various monthly fee applications. |
| **24 Total** | | | **7.6** | |
| **Grand Total** | | | **68.4** | |