Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | Case No.: 23-10423-mkn |
|---|---|
| CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
| Debtor. | **MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2024 THROUGH JANUARY 31, 2024** |
| | FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors |
| | April 27, 2023 (employment authorized retroactive to February 24, 2023) |
| | January 1, 2024, through January 31, 2024 |
| | $55,276.00 (80% of $69,095.00) |
| | $0.00 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Eleventh Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing January 1, 2024, through January 31, 2024 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $55,276.00 (representing 80% of the $69,095.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $0.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

1 | objection has been served.

2 | DATED this 27th day of August 2024.

FTI Consulting, Inc.

By: */s/ Michael Tucker*
Michael Tucker
4835 East Cactus Road, Suite 230
Scottsdale, AZ 85254
michael.tucker@fticonsulting.com

*Financial Advisor for Official Committee of Unsecured Creditors*

Respectfully submitted by:

McDONALD CARANO LLP

*/s/ Ryan J. Works*
Ryan J. Works, Esq (NSBN 9224)
Amanda M. Perach, Esq (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee of Unsecured Creditors*

# Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 39.6 | 25,740.00 |
| Halevy, Richard | Sr Consultant | 650 | 66.7 | 43,355.00 |
| **TOTAL** | | | 106.3 | **$ 69,095.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 0.8 | $ 520.00 |
| 2 | Cash & Liquidity Analysis | 13.2 | 8,580.00 |
| 14 | Analysis of Claims/Liab Subject to Compro | 9.2 | 5,980.00 |
| 17 | Wind Down Monitoring | 5.2 | 3,380.00 |
| 18 | Potential Avoidance Actions & Litigation | 63.9 | 41,535.00 |
| 19 | Case Management | 1.3 | 845.00 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 8.1 | 5,265.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 2.5 | 1,625.00 |
| 24 | Preparation of Fee Application | 2.1 | 1,365.00 |
| | **GRAND TOTAL** | **106.3** | **$ 69,095.00** |

# Exhibit C

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 1/8/2024 | Halevy, Richard | 0.4 | Prepare analysis re: Debtor's outstanding accounts payable. |
| 1 | 1/19/2024 | Halevy, Richard | 0.4 | Prepare analysis re: Debtor's outstanding accounts payable. |
| **1 Total** | | | **0.8** | |
| 2 | 1/2/2024 | Tucker, Michael | 0.4 | Correspond with Province re: Debtor estate liquidity. |
| 2 | 1/2/2024 | Halevy, Richard | 1.1 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 1/2/2024 | Halevy, Richard | 1.0 | Prepare analysis re: Debtor's cash activity. |
| 2 | 1/2/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: estate liquidity. |
| 2 | 1/4/2024 | Tucker, Michael | 0.7 | Review updates re: Powercoin cash collection process. |
| 2 | 1/4/2024 | Tucker, Michael | 1.0 | Prepare for call with Debtor and Committee professionals re: estate liquidity and potential recoveries. |
| 2 | 1/4/2024 | Halevy, Richard | 0.2 | Review correspondence from estate professionals re: estate budgeting. |
| 2 | 1/4/2024 | Halevy, Richard | 0.8 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 1/4/2024 | Halevy, Richard | 0.2 | Review correspondence from S&K re: estate liquidity analysis. |
| 2 | 1/4/2024 | Halevy, Richard | 0.5 | Prepare correspondence to all professionals re: estate liquidity analysis. |
| 2 | 1/5/2024 | Tucker, Michael | 1.2 | Review analysis re: Debtor estate liquidity. |
| 2 | 1/5/2024 | Tucker, Michael | 0.5 | Participate in call with Debtor and Committee professionals re: estate liquidity and potential recoveries. |
| 2 | 1/5/2024 | Tucker, Michael | 0.5 | Prepare correspondence to FTI team re: estate liquidity. |
| 2 | 1/5/2024 | Halevy, Richard | 0.5 | Participate in call with Debtor and Committee professionals re: estate liquidity and potential recoveries. |
| 2 | 1/5/2024 | Halevy, Richard | 1.0 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 1/8/2024 | Tucker, Michael | 0.5 | Review analysis re: estate cash activity. |
| 2 | 1/8/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: estate budgeting matters. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 1/8/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: estate budgeting matters. |
| 2 | 1/11/2024 | Halevy, Richard | 0.5 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 1/16/2024 | Halevy, Richard | 0.3 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 1/23/2024 | Tucker, Michael | 0.2 | Review status re: Powercoin cash collection process. |
| 2 | 1/30/2024 | Halevy, Richard | 0.3 | Review correspondence from Debtor re: cash collections. |
| 2 | 1/30/2024 | Halevy, Richard | 0.7 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 1/31/2024 | Tucker, Michael | 0.2 | Review correspondence from Province re: Powercoin cash collection. |
| **2 Total** | | | **13.2** | |
| 14 | 1/2/2024 | Tucker, Michael | 0.4 | Review potential settlement re: TSSP administrative claim. |
| 14 | 1/2/2024 | Halevy, Richard | 0.7 | Prepare analysis re: TSSP administrative claim. |
| 14 | 1/4/2024 | Tucker, Michael | 1.1 | Review analysis and draft settlement re: TSSP administrative claim. |
| 14 | 1/9/2024 | Tucker, Michael | 0.1 | Correspond with Debtor's counsel re: Brink's administrative claim status. |
| 14 | 1/17/2024 | Tucker, Michael | 0.3 | Review docket filings re: certain administrative claims. |
| 14 | 1/17/2024 | Halevy, Richard | 0.3 | Review docket filings re: certain administrative claims. |
| 14 | 1/17/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: Trangistics administrative claim. |
| 14 | 1/23/2024 | Tucker, Michael | 0.8 | Review status and filings re: AvTech administrative claim. |
| 14 | 1/23/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: filed administrative claims. |
| 14 | 1/24/2024 | Tucker, Michael | 0.6 | Review analysis re: AvTech administrative claim. |
| 14 | 1/31/2024 | Tucker, Michael | 0.9 | Review status and filings re: Trangistics administrative claims. |
| 14 | 1/31/2024 | Tucker, Michael | 0.7 | Correspond with Fox Rothschild and Province re: Trangistics administrative claim. |
| 14 | 1/31/2024 | Tucker, Michael | 0.7 | Correspond with Fox Rothschild re: AvTech administrative claim. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 1/31/2024 | Tucker, Michael | 0.7 | Correspond with Fox Rothschild re: Sygnia administrative claim. |
| 14 | 1/31/2024 | Tucker, Michael | 0.2 | Review filings re: late-filed administrative claims. |
| 14 | 1/31/2024 | Tucker, Michael | 1.1 | Participate in call with Fox Rothschild re: various administrative claims. |
| **14 Total** | | | **9.2** | |
| 17 | 1/2/2024 | Tucker, Michael | 0.3 | Review correspondence from Debtor re: termination of AWS services. |
| 17 | 1/2/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor re: wind-down matters. |
| 17 | 1/3/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: wind-down matters. |
| 17 | 1/4/2024 | Halevy, Richard | 0.2 | Review correspondence from Debtor re: termination of AWS services. |
| 17 | 1/5/2024 | Halevy, Richard | 0.4 | Prepare correspondence to Debtor re: wind-down matters. |
| 17 | 1/9/2024 | Tucker, Michael | 0.2 | Review correspondence from Debtor re: wind-down matters. |
| 17 | 1/17/2024 | Tucker, Michael | 0.9 | Correspond with Debtor re: termination of AWS contract. |
| 17 | 1/17/2024 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: wind-down matters. |
| 17 | 1/17/2024 | Halevy, Richard | 0.2 | Prepare correspondence to S&K re: Debtor's data preservation. |
| 17 | 1/17/2024 | Halevy, Richard | 0.7 | Participate in call with Debtor re: wind-down matters. |
| 17 | 1/19/2024 | Halevy, Richard | 0.3 | Review correspondence from FTI team re: wind-down matters. |
| 17 | 1/22/2024 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: wind-down matters. |
| 17 | 1/24/2024 | Tucker, Michael | 0.2 | Review memo re: termination of Debtor's AWS services. |
| 17 | 1/25/2024 | Halevy, Richard | 0.6 | Prepare correspondence to S&K re: Debtor wind-down matters. |
| **17 Total** | | | **5.2** | |
| 18 | 1/2/2024 | Tucker, Michael | 0.6 | Review analysis re: potential preference actions. |
| 18 | 1/3/2024 | Tucker, Michael | 0.7 | Review supporting documents re: potential preference actions. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 1/3/2024 | Tucker, Michael | 0.5 | Review draft settlement letter in connection with Bitaccess arbitration. |
| 18 | 1/3/2024 | Halevy, Richard | 1.5 | Prepare analysis re: potential preference payments. |
| 18 | 1/4/2024 | Halevy, Richard | 2.7 | Prepare analysis re: potential preference actions. |
| 18 | 1/4/2024 | Halevy, Richard | 2.5 | Continue to prepare analysis re: potential preference actions. |
| 18 | 1/8/2024 | Tucker, Michael | 0.5 | Review updates re: Bitcoin Depot litigation. |
| 18 | 1/8/2024 | Halevy, Richard | 0.6 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 1/8/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 1/8/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: Bitaccess arbitration. |
| 18 | 1/8/2024 | Halevy, Richard | 0.2 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 1/8/2024 | Halevy, Richard | 1.8 | Review financial information re: Bitcoin Depot in connection with potential settlement. |
| 18 | 1/8/2024 | Halevy, Richard | 0.7 | Review Bitcoin Depot responses to discovery requests. |
| 18 | 1/9/2024 | Halevy, Richard | 0.6 | Correspond with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 1/9/2024 | Halevy, Richard | 0.3 | Prepare correspondence to S&K and Debtor professionals re: various litigation items. |
| 18 | 1/10/2024 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: Bitaccess arbitration. |
| 18 | 1/10/2024 | Halevy, Richard | 1.4 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 1/11/2024 | Halevy, Richard | 2.6 | Prepare analysis re: potential preference actions. |
| 18 | 1/12/2024 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: Bitaccess arbitration. |
| 18 | 1/16/2024 | Halevy, Richard | 1.6 | Prepare analysis re: potential preference actions. |
| 18 | 1/16/2024 | Halevy, Richard | 0.7 | Continue to prepare analysis re: potential preference actions. |
| 18 | 1/17/2024 | Tucker, Michael | 0.4 | Prepare correspondence to Debtor's litigation counsel re: Bitcoin Depot litigation. |
| 18 | 1/17/2024 | Halevy, Richard | 0.2 | Prepare correspondence to S&K re: Bitaccess arbitration. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 1/17/2024 | Halevy, Richard | 0.5 | Prepare analysis re: potential preference actions. |
| 18 | 1/18/2024 | Halevy, Richard | 0.8 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 1/19/2024 | Tucker, Michael | 1.1 | Prepare for call with Debtor's litigation counsel re: Bitaccess arbitration and Bitcoin Depot litigation. |
| 18 | 1/19/2024 | Tucker, Michael | 1.5 | Participate in call with Debtor's litigation counsel re: Bitaccess arbitration and Bitcoin Depot litigation. |
| 18 | 1/19/2024 | Halevy, Richard | 1.5 | Participate in call with Debtor's litigation counsel re: Bitaccess arbitration and Bitcoin Depot litigation. |
| 18 | 1/19/2024 | Halevy, Richard | 0.8 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 1/19/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor's litigation counsel re: Bitaccess arbitration. |
| 18 | 1/23/2024 | Tucker, Michael | 0.4 | Participate in call with S&K re: McAlary litigation settlement conference. |
| 18 | 1/23/2024 | Tucker, Michael | 0.3 | Review potential litigation claims re: Debtor's cryptocurrency provider. |
| 18 | 1/23/2024 | Tucker, Michael | 0.1 | Review correspondence from Fox Rothschild re: EEOC claim of former employee. |
| 18 | 1/23/2024 | Tucker, Michael | 0.1 | Review status of recovery on Cole Kepro settlement. |
| 18 | 1/23/2024 | Halevy, Richard | 0.9 | Prepare analysis re: potential claim against Debtor's former cryptocurrency provider. |
| 18 | 1/24/2024 | Tucker, Michael | 0.6 | Review draft settlement offer re: McAlary litigation. |
| 18 | 1/24/2024 | Tucker, Michael | 1.9 | Review supporting analysis re: McAlary litigation claims. |
| 18 | 1/24/2024 | Tucker, Michael | 0.3 | Review analysis re: potential claim against Debtor's former cryptocurrency provider. |
| 18 | 1/24/2024 | Halevy, Richard | 0.3 | Prepare correspondence to S&K re: preparation for McAlary litigation settlement conference. |
| 18 | 1/24/2024 | Halevy, Richard | 2.5 | Prepare analysis re: preparation for McAlary litigation settlement conference at the request of Counsel. |
| 18 | 1/25/2024 | Tucker, Michael | 1.5 | Review supporting analysis re: McAlary litigation claims. |
| 18 | 1/25/2024 | Tucker, Michael | 0.7 | Correspond with FTI professional re: support for McAlary litigation claims. |
| 18 | 1/25/2024 | Halevy, Richard | 2.3 | Prepare analysis re: support for McAlary litigation claims. |
| 18 | 1/25/2024 | Halevy, Richard | 1.8 | Continue to prepare analysis re: support for McAlary litigation claims. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 1/25/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: preparation for McAlary litigation settlement conference. |
| 18 | 1/26/2024 | Tucker, Michael | 0.8 | Review analysis re: support for McAlary litigation claims. |
| 18 | 1/26/2024 | Tucker, Michael | 1.0 | Participate in call with S&K re: preparation for McAlary litigation settlement conference. |
| 18 | 1/26/2024 | Tucker, Michael | 0.4 | Review draft mediation statement for McAlary settlement conference. |
| 18 | 1/26/2024 | Halevy, Richard | 1.1 | Provide comments to draft mediation statement at the request of counsel. |
| 18 | 1/26/2024 | Halevy, Richard | 1.5 | Prepare analysis supporting mediation statement for McAlary litigation settlement conference. |
| 18 | 1/26/2024 | Halevy, Richard | 1.0 | Participate in call with S&K re: preparation for McAlary litigation settlement conference. |
| 18 | 1/26/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: diligence requests in connection with McAlary litigation. |
| 18 | 1/26/2024 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: analysis in preparation for McAlary litigation settlement conference. |
| 18 | 1/29/2024 | Halevy, Richard | 2.1 | Prepare potential responses to arguments in McAlary settlement offer. |
| 18 | 1/29/2024 | Halevy, Richard | 1.6 | Prepare draft insert for mediation statement at the request of Counsel. |
| 18 | 1/30/2024 | Tucker, Michael | 0.7 | Prepare analysis re: support for McAlary litigation claims. |
| 18 | 1/30/2024 | Tucker, Michael | 1.2 | Participate in call with S&K re: preparation for McAlary litigation settlement conference. |
| 18 | 1/30/2024 | Tucker, Michael | 1.1 | Review supporting analysis re: McAlary litigation claims. |
| 18 | 1/30/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: preparation for McAlary litigation settlement conference. |
| 18 | 1/30/2024 | Halevy, Richard | 0.5 | Review Debtor documents re: insider transactions at the request of Counsel. |
| 18 | 1/30/2024 | Halevy, Richard | 1.2 | Participate in call with S&K re: preparation for McAlary litigation settlement conference. |
| 18 | 1/30/2024 | Halevy, Richard | 0.8 | Prepare supporting analysis re: McAlary litigation claims. |
| 18 | 1/30/2024 | Halevy, Richard | 0.7 | Prepare analysis in preparation for McAlary litigation settlement conference. |
| 18 | 1/31/2024 | Tucker, Michael | 2.5 | Review supporting analysis re: McAlary litigation claims. |
| 18 | 1/31/2024 | Tucker, Michael | 1.1 | Provide comments to draft mediation statement at the request of counsel. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 1/31/2024 | Halevy, Richard | 0.4 | Review draft mediation statement at the request of counsel. |
| 18 | 1/31/2024 | Halevy, Richard | 0.6 | Provide comments to mediation statement at the request of counsel. |
| 18 | 1/31/2024 | Halevy, Richard | 0.5 | Prepare financial analysis in preparation for McAlary mediation. |
| **18 Total** | | | **63.9** | |
| 19 | 1/5/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: workplan and case issues. |
| 19 | 1/5/2024 | Halevy, Richard | 0.5 | Prepare workplan to address case issues. |
| 19 | 1/23/2024 | Tucker, Michael | 0.5 | Prepare correspondence to FTI team re: workplan and case issues. |
| **19 Total** | | | **1.3** | |
| 20 | 1/3/2024 | Halevy, Richard | 0.3 | Prepare for call with Debtor re: case updates. |
| 20 | 1/3/2024 | Halevy, Richard | 0.5 | Participate in call with Debtor re: case updates. |
| 20 | 1/10/2024 | Halevy, Richard | 0.7 | Participate in call with Debtor re: case updates. |
| 20 | 1/10/2024 | Halevy, Richard | 0.4 | Prepare for call with Debtor re: case updates. |
| 20 | 1/11/2024 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: case updates. |
| 20 | 1/11/2024 | Tucker, Michael | 0.8 | Participate in call with Debtor re: case updates. |
| 20 | 1/17/2024 | Halevy, Richard | 0.3 | Prepare for call with Debtor re: case updates. |
| 20 | 1/24/2024 | Tucker, Michael | 0.4 | Prepare for call with Debtor re: case updates. |
| 20 | 1/24/2024 | Tucker, Michael | 1.0 | Participate in call with Debtor re: case updates. |
| 20 | 1/24/2024 | Halevy, Richard | 1.0 | Participate in call with Debtor re: case updates. |
| 20 | 1/24/2024 | Halevy, Richard | 0.3 | Prepare for call with Debtor re: case updates. |
| 20 | 1/24/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor re: case updates. |
| 20 | 1/31/2024 | Tucker, Michael | 0.8 | Participate in call with Debtor re: case updates. |
| 20 | 1/31/2024 | Halevy, Richard | 0.4 | Prepare for call with Debtor re: case updates. |
| 20 | 1/31/2024 | Halevy, Richard | 0.8 | Participate in call with Debtor re: case updates. |
| **20 Total** | | | **8.1** | |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD JANUARY 1, 2024 TO JANUARY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 1/31/2024 | Tucker, Michael | 0.5 | Prepare for call with Creditors' Committee re: case updates. |
| 21 | 1/31/2024 | Tucker, Michael | 1.0 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 1/31/2024 | Halevy, Richard | 1.0 | Participate in call with Creditors' Committee re: case updates. |
| **21 Total** | | | **2.5** | |
| 24 | 1/18/2024 | Halevy, Richard | 1.9 | Prepare December 2023 fee application. |
| 24 | 1/18/2024 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: December 2023 fee application. |
| **24 Total** | | | **2.1** | |
| **Grand Total** | | | **106.3** | |