Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**<br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>February 1, 2024, through February 29, 2024<br><br>$41,756.00 (80% of $52,195.00)<br><br>$0.00 (100% of expenses) |

1   FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Twelfth Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing February 1, 2024, through February 29, 2024 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $41,756.00 (representing 80% of the $52,195.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $0.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task.  Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

objection has been served.

DATED this 27th day of August 2024.

                              FTI Consulting, Inc.

By: */s/ Michael Tucker*
     Michael Tucker
     4835 East Cactus Road, Suite 230
     Scottsdale, AZ 85254
     michael.tucker@fticonsulting.com

*Financial Advisor for Official Committee of Unsecured Creditors*

Respectfully submitted by:

McDONALD CARANO LLP

*/s/ Ryan J. Works*
Ryan J. Works, Esq (NSBN 9224)
Amanda M. Perach, Esq (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee of Unsecured Creditors*

# Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD FEBRUARY 1, 2024 TO FEBRUARY 29, 2024**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 31.7 | $ 20,605.00 |
| Halevy, Richard | Sr Consultant | 650 | 48.6 | 31,590.00 |
| **TOTAL** | | | **80.3** | **$ 52,195.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD FEBRUARY 1, 2024 TO FEBRUARY 29, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 0.4 | $ 260.00 |
| 2 | Cash & Liquidity Analysis | 7.9 | 5,135.00 |
| 10 | Analysis of Tax Issues | 1.4 | 910.00 |
| 14 | Analysis of Claims/Liab Subject to Compro | 17.2 | 11,180.00 |
| 17 | Wind Down Monitoring | 8.4 | 5,460.00 |
| 18 | Potential Avoidance Actions & Litigation | 38.5 | 25,025.00 |
| 19 | Case Management | 0.7 | 455.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 2.0 | 1,300.00 |
| 24 | Preparation of Fee Application | 3.8 | 2,470.00 |
| | **GRAND TOTAL** | **80.3** | **$ 52,195.00** |

# Exhibit C

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD FEBRUARY 1, 2024 TO FEBRUARY 29, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 2/6/2024 | Halevy, Richard | 0.2 | Review correspondence from S&K re: abandoned Debtor property. |
| 1 | 2/7/2024 | Tucker, Michael | 0.2 | Review correspondence from S&K re: abandoned Debtor property. |
| **1 Total** | | | **0.4** | |
| 2 | 2/5/2024 | Tucker, Michael | 0.2 | Review analysis re: Debtor estate liquidity. |
| 2 | 2/5/2024 | Halevy, Richard | 0.9 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 2/6/2024 | Tucker, Michael | 0.5 | Correspond with Powercoin re: decashing of sold machines. |
| 2 | 2/7/2024 | Tucker, Michael | 0.5 | Review reports provided by Powercoin re: cash collections. |
| 2 | 2/7/2024 | Tucker, Michael | 0.4 | Participate in call with Powercoin re: cash collections. |
| 2 | 2/7/2024 | Halevy, Richard | 0.4 | Participate in call with Powercoin re: cash collections. |
| 2 | 2/7/2024 | Halevy, Richard | 0.2 | Review cash collections report provided by Powercoin. |
| 2 | 2/12/2024 | Halevy, Richard | 0.2 | Review correspondence from Debtor re: estate liquidity matters. |
| 2 | 2/13/2024 | Halevy, Richard | 0.4 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 2/14/2024 | Tucker, Michael | 0.2 | Prepare correspondence to Powercoin re: cash collections. |
| 2 | 2/19/2024 | Tucker, Michael | 0.1 | Review correspondence from Debtor re: estate liquidity matters. |
| 2 | 2/19/2024 | Halevy, Richard | 0.5 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 2/22/2024 | Halevy, Richard | 0.4 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 2/22/2024 | Halevy, Richard | 0.3 | Correspond with Debtor re: estate liquidity. |
| 2 | 2/23/2024 | Tucker, Michael | 0.3 | Prepare correspondence to Powercoin re: cash collections. |
| 2 | 2/23/2024 | Halevy, Richard | 0.8 | Prepare analysis re: Debtor's cash activity. |
| 2 | 2/26/2024 | Tucker, Michael | 0.1 | Prepare correspondence to Powercoin re: cash collections. |
| 2 | 2/26/2024 | Halevy, Richard | 0.5 | Prepare analysis re: Debtor estate liquidity. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD FEBRUARY 1, 2024 TO FEBRUARY 29, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 2/26/2024 | Halevy, Richard | 0.2 | Correspond with Debtor re: estate liquidity. |
| 2 | 2/27/2024 | Tucker, Michael | 0.2 | Correspond with Powercoin re: decashing of sold machines. |
| 2 | 2/27/2024 | Halevy, Richard | 0.5 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 2/28/2024 | Tucker, Michael | 0.1 | Review correspondence from Powercoin re: cash collections. |
| **2 Total** | | | **7.9** | |
| 10 | 2/14/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: Debtor's ERC claim. |
| 10 | 2/22/2024 | Halevy, Richard | 1.1 | Prepare analysis re: Debtor's ERC claim. |
| **10 Total** | | | **1.4** | |
| 14 | 2/1/2024 | Tucker, Michael | 0.3 | Participate in call with Fox Rothschild re: AVT administrative claim. |
| 14 | 2/1/2024 | Tucker, Michael | 0.4 | Review draft settlement offer to AVT re: administrative claim. |
| 14 | 2/1/2024 | Tucker, Michael | 0.1 | Prepare correspondence to Fox Rothschild re: AVT administrative claim settlement. |
| 14 | 2/2/2024 | Tucker, Michael | 0.5 | Participate in call with Fox Rothschild re: AVT administrative claim. |
| 14 | 2/2/2024 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: AVT administrative claim. |
| 14 | 2/2/2024 | Halevy, Richard | 0.6 | Prepare analysis re: Sygnia administrative claim. |
| 14 | 2/5/2024 | Tucker, Michael | 0.9 | Review supporting documents re: AVT administrative claim. |
| 14 | 2/13/2024 | Tucker, Michael | 2.4 | Prepare analysis re: AVT Nevada administrative claim and unsecured claim. |
| 14 | 2/14/2024 | Tucker, Michael | 0.3 | Prepare correspondence to Fox Rothschild re: AVT administrative claim settlement. |
| 14 | 2/15/2024 | Tucker, Michael | 2.1 | Prepare analysis re: AVT administrative claim in connection with potential settlement. |
| 14 | 2/15/2024 | Tucker, Michael | 0.5 | Participate in call with S&K re: AVT administrative claim. |
| 14 | 2/15/2024 | Halevy, Richard | 0.4 | Review AVT administrative claim re: potential settlement. |
| 14 | 2/15/2024 | Halevy, Richard | 0.5 | Participate in call with S&K re: AVT administrative claim. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD FEBRUARY 1, 2024 TO FEBRUARY 29, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 2/19/2024 | Tucker, Michael | 0.1 | Prepare correspondence to Fox Rothschild re: AVT administrative claim settlement. |
| 14 | 2/23/2024 | Halevy, Richard | 0.2 | Review draft settlement proposal re: AVT administrative claim. |
| 14 | 2/26/2024 | Tucker, Michael | 0.3 | Correspond with Fox Rothschild re: AVT administrative claim settlement offer. |
| 14 | 2/27/2024 | Tucker, Michael | 0.7 | Prepare analysis re: AVT administrative claim in connection with potential settlement. |
| 14 | 2/27/2024 | Tucker, Michael | 0.3 | Review analysis prepared by Fox Rothschild re: AVT administrative claim. |
| 14 | 2/27/2024 | Halevy, Richard | 0.2 | Review correspondence from Fox Rothschild re: AVT administrative claim settlement. |
| 14 | 2/27/2024 | Halevy, Richard | 1.0 | Prepare analysis re: AVT administrative claim in connection with potential settlement. |
| 14 | 2/27/2024 | Halevy, Richard | 0.7 | Continue to prepare analysis re: AVT administrative claim in connection with potential settlement. |
| 14 | 2/28/2024 | Tucker, Michael | 0.8 | Review analysis re: AVT administrative claim. |
| 14 | 2/28/2024 | Tucker, Michael | 0.2 | Review correspondence from Fox Rothschild re: WeWork administrative claim settlement. |
| 14 | 2/28/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: AVT administrative claim. |
| 14 | 2/28/2024 | Halevy, Richard | 2.3 | Prepare analysis re: AVT administrative claim in connection with potential settlement. |
| 14 | 2/28/2024 | Halevy, Richard | 0.7 | Continue to prepare analysis re: AVT administrative claim in connection with potential settlement. |
| **14 Total** | | | **17.2** | |
| 17 | 2/6/2024 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: wind-down matters. |
| 17 | 2/7/2024 | Tucker, Michael | 0.4 | Prepare for call with Debtor re: wind-down matters. |
| 17 | 2/7/2024 | Tucker, Michael | 1.0 | Participate in call with Debtor re: wind-down matters. |
| 17 | 2/7/2024 | Halevy, Richard | 1.0 | Participate in call with Debtor re: wind-down matters. |
| 17 | 2/7/2024 | Halevy, Richard | 0.3 | Prepare agenda for call with Debtor re: case updates. |
| 17 | 2/14/2024 | Tucker, Michael | 0.6 | Participate in call with Debtor re: wind-down matters. |
| 17 | 2/14/2024 | Halevy, Richard | 0.6 | Participate in call with Debtor re: wind-down matters. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD FEBRUARY 1, 2024 TO FEBRUARY 29, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 2/14/2024 | Halevy, Richard | 0.3 | Prepare for call with Debtor re: wind-down matters. |
| 17 | 2/20/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: wind-down matters. |
| 17 | 2/21/2024 | Tucker, Michael | 0.4 | Participate in call with Debtor re: wind-down matters. |
| 17 | 2/21/2024 | Halevy, Richard | 0.3 | Prepare for call with Debtor re: wind-down matters. |
| 17 | 2/21/2024 | Halevy, Richard | 0.4 | Participate in call with Debtor re: wind-down matters. |
| 17 | 2/26/2024 | Tucker, Michael | 0.2 | Review correspondence from Debtor re: wind-down matters. |
| 17 | 2/27/2024 | Tucker, Michael | 0.3 | Review correspondence from Debtor re: AWS termination. |
| 17 | 2/27/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: AWS termination. |
| 17 | 2/27/2024 | Halevy, Richard | 0.2 | Review correspondence from Debtor re: AWS termination. |
| 17 | 2/28/2024 | Tucker, Michael | 0.7 | Participate in call with Debtor re: wind-down matters. |
| 17 | 2/28/2024 | Halevy, Richard | 0.2 | Prepare for call with Debtor re: wind-down matters. |
| 17 | 2/28/2024 | Halevy, Richard | 0.7 | Participate in call with Debtor re: wind-down matters. |
| **17 Total** | | | **8.4** | |
| 18 | 2/1/2024 | Tucker, Michael | 0.6 | Review draft brief prepared for McAlary litigation settlement conference. |
| 18 | 2/1/2024 | Tucker, Michael | 1.9 | Review analysis re: support for McAlary settlement conference brief. |
| 18 | 2/1/2024 | Halevy, Richard | 0.5 | Prepare analysis re: McAlary litigation in preparation for settlement conference. |
| 18 | 2/1/2024 | Halevy, Richard | 1.6 | Prepare analysis re: support for McAlary settlement conference brief. |
| 18 | 2/2/2024 | Tucker, Michael | 0.6 | Review draft settlement brief re: McAlary litigation. |
| 18 | 2/2/2024 | Halevy, Richard | 0.8 | Provide comments to draft settlement brief at the request of Counsel. |
| 18 | 2/6/2024 | Tucker, Michael | 0.2 | Review correspondence from S&K re: McAlary settlement conference. |
| 18 | 2/7/2024 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: Cole Kepro litigation settlement logistics. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD FEBRUARY 1, 2024 TO FEBRUARY 29, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 2/7/2024 | Tucker, Michael | 0.2 | Prepare correspondence to S&K re: preparation for McAlary settlement conference. |
| 18 | 2/7/2024 | Halevy, Richard | 0.5 | Review transactions re: potential claims against Debtor vendor. |
| 18 | 2/7/2024 | Halevy, Richard | 0.6 | Provide supporting documents to S&K re: in preparation for McAlary settlement conference. |
| 18 | 2/7/2024 | Halevy, Richard | 1.3 | Prepare analysis re: financial position of Debtor in preparation for McAlary settlement conference. |
| 18 | 2/7/2024 | Halevy, Richard | 0.4 | Correspond with S&K re: preparation for McAlary mediation. |
| 18 | 2/8/2024 | Tucker, Michael | 1.4 | Assist S&K with preparation for McAlary settlement conference. |
| 18 | 2/8/2024 | Halevy, Richard | 0.7 | Correspond with S&K re: preparation for McAlary mediation. |
| 18 | 2/8/2024 | Halevy, Richard | 0.5 | Prepare analysis re: potential accounting malpractice claim. |
| 18 | 2/8/2024 | Halevy, Richard | 0.8 | Prepare analysis re: insider transactions in connection with McAlary litigation. |
| 18 | 2/8/2024 | Halevy, Richard | 2.8 | Prepare financial analysis in preparation for McAlary settlement conference at the request of counsel. |
| 18 | 2/9/2024 | Tucker, Michael | 0.5 | Review and respond to questions from S&K re: McAlary litigation. |
| 18 | 2/9/2024 | Halevy, Richard | 1.0 | Prepare financial analysis in preparation for McAlary settlement conference at the request of counsel. |
| 18 | 2/9/2024 | Halevy, Richard | 0.4 | Correspond with S&K re: requests from McAlary settlement conference. |
| 18 | 2/9/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: McAlary settlement conference. |
| 18 | 2/9/2024 | Halevy, Richard | 0.3 | Prepare correspondence to S&K re: preparation for McAlary settlement conference. |
| 18 | 2/9/2024 | Halevy, Richard | 0.2 | Correspond with S&K re: recap of McAlary settlement conference. |
| 18 | 2/9/2024 | Halevy, Richard | 0.5 | Prepare analysis re: tax distributions in connection with McAlary settlement conference. |
| 18 | 2/14/2024 | Tucker, Michael | 0.4 | Review requests for production and interrogatories re: Bitcoin Depot litigation. |
| 18 | 2/14/2024 | Tucker, Michael | 0.2 | Participate in call with FTI team re: Bitcoin Depot litigation requests for production. |
| 18 | 2/14/2024 | Halevy, Richard | 0.2 | Participate in call with FTI team re: Bitcoin Depot litigation requests for production. |
| 18 | 2/14/2024 | Halevy, Richard | 1.6 | Review and summarize discovery requests re: Bitcoin Depot litigation. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD FEBRUARY 1, 2024 TO FEBRUARY 29, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 2/14/2024 | Halevy, Richard | 0.6 | Review case filings re: Bitcoin Depot adversary proceeding. |
| 18 | 2/16/2024 | Halevy, Richard | 0.7 | Review Debtor emails and stored documents re: potential litigation. |
| 18 | 2/19/2024 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: Bitaccess arbitration. |
| 18 | 2/19/2024 | Halevy, Richard | 1.2 | Review Debtor emails and stored documents re: potential litigation. |
| 18 | 2/21/2024 | Halevy, Richard | 0.2 | Review Debtor's filed application to employ Conway Baxter in connection with Bitaccess arbitration. |
| 18 | 2/22/2024 | Halevy, Richard | 0.1 | Prepare correspondence to FTI team re: Bitaccess arbitration. |
| 18 | 2/22/2024 | Halevy, Richard | 0.6 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 2/23/2024 | Tucker, Michael | 0.6 | Correspond with Jimmerson Law Firm re: Bitcoin Depot litigation. |
| 18 | 2/23/2024 | Tucker, Michael | 1.9 | Review analysis re: Bitaccess damages claim in connection with settlement offer. |
| 18 | 2/23/2024 | Tucker, Michael | 0.8 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration settlement letter. |
| 18 | 2/23/2024 | Tucker, Michael | 0.2 | Review revised potential settlement letter to McAlary. |
| 18 | 2/23/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 2/23/2024 | Halevy, Richard | 0.2 | Review docket filings re: Bitcoin Depot adversary proceeding. |
| 18 | 2/23/2024 | Halevy, Richard | 0.8 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration settlement letter. |
| 18 | 2/26/2024 | Tucker, Michael | 0.2 | Review revised McAlary settlement offer. |
| 18 | 2/26/2024 | Halevy, Richard | 0.6 | Review and provide comments to draft settlement offer re: McAlary litigation. |
| 18 | 2/27/2024 | Tucker, Michael | 1.0 | Participate in call with Jimmerson Law Firm re: Bitcoin Depot litigation. |
| 18 | 2/27/2024 | Tucker, Michael | 0.5 | Review damages analysis re: Bitcoin Depot litigation. |
| 18 | 2/27/2024 | Tucker, Michael | 0.2 | Prepare correspondence to Jimmerson Law Firm re: Bitcoin Depot litigation. |
| 18 | 2/27/2024 | Tucker, Michael | 0.9 | Prepare for call with Jimmerson Law Firm re: Bitcoin Depot litigation. |
| 18 | 2/27/2024 | Tucker, Michael | 0.5 | Participate in call with FTI team re: potential accounting malpractice claim. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD FEBRUARY 1, 2024 TO FEBRUARY 29, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 2/27/2024 | Tucker, Michael | 0.2 | Review correspondence from S&K re: Bitaccess settlement offer. |
| 18 | 2/27/2024 | Tucker, Michael | 0.5 | Review damages analysis re: Bitcoin Depot litigation. |
| 18 | 2/27/2024 | Halevy, Richard | 0.5 | Participate in call with FTI team re: potential accounting malpractice claim. |
| 18 | 2/27/2024 | Halevy, Richard | 0.6 | Prepare damages analysis re: Bitcoin Depot litigation. |
| 18 | 2/27/2024 | Halevy, Richard | 1.0 | Prepare committee update re: Bitaccess settlement offer. |
| 18 | 2/27/2024 | Halevy, Richard | 0.3 | Prepare for call with Jimmerson Law Firm re: Bitcoin Depot litigation. |
| 18 | 2/27/2024 | Halevy, Richard | 1.0 | Participate in call with Jimmerson Law Firm re: Bitcoin Depot litigation. |
| 18 | 2/27/2024 | Halevy, Richard | 0.3 | Review draft Bitaccess settlement letter. |
| 18 | 2/27/2024 | Halevy, Richard | 0.3 | Prepare correspondence to S&K re: Bitaccess arbitration. |
| 18 | 2/28/2024 | Tucker, Michael | 0.3 | Review documents re: potential accounting malpractice claim. |
| **18 Total** | | | **38.5** | |
| 19 | 2/21/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: work plan and case status. |
| 19 | 2/27/2024 | Tucker, Michael | 0.4 | Review work plan to address case issues. |
| **19 Total** | | | **0.7** | |
| 21 | 2/13/2024 | Tucker, Michael | 1.0 | Participate in call with Creditors' Committee re: case updates. |
| 21 | 2/13/2024 | Halevy, Richard | 1.0 | Participate in call with Creditors' Committee re: case updates. |
| **21 Total** | | | **2.0** | |
| 24 | 2/9/2024 | Halevy, Richard | 1.5 | Prepare January 2024 fee application. |
| 24 | 2/13/2024 | Halevy, Richard | 1.5 | Prepare January 2024 fee application. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD FEBRUARY 1, 2024 TO FEBRUARY 29, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 2/13/2024 | Halevy, Richard | 0.8 | Review January 2024 fee application. |
| **24 Total** | | | **3.8** | |
| **Grand Total** | | | **80.3** | |