Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2024 THROUGH MARCH 31, 2024**<br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>March 1, 2024, through March 31, 2024<br><br>$44,980.00 (80% of $56,225.00)<br><br>$0.00 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Thirteenth Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing March 1, 2024, through March 31, 2024 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $44,980.00 (representing 80% of the $56,225.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $0.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

objection has been served.

DATED this 27th day of August 2024.

                            FTI Consulting, Inc.

By: */s/ Michael Tucker*
      Michael Tucker
      4835 East Cactus Road, Suite 230
      Scottsdale, AZ 85254
      michael.tucker@fticonsulting.com

*Financial Advisor for Official Committee of Unsecured Creditors*

Respectfully submitted by:

McDONALD CARANO LLP

*/s/ Ryan J. Works*
Ryan J. Works, Esq (NSBN 9224)
Amanda M. Perach, Esq (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee of Unsecured Creditors*

# Exhibit A

# EXHIBIT A
## CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
### SUMMARY OF HOURS BY PROFESSIONAL
### FOR THE PERIOD MARCH 1, 2024 TO MARCH 31, 2024

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 32.4 | $ 21,060.00 |
| Halevy, Richard | Sr Consultant | 650 | 54.1 | 35,165.00 |
| **TOTAL** | | | **86.5** | **$ 56,225.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MARCH 1, 2024 TO MARCH 31, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 0.4 | $ 260.00 |
| 2 | Cash & Liquidity Analysis | 2.8 | 1,820.00 |
| 10 | Analysis of Tax Issues | 0.5 | 325.00 |
| 11 | Prepare for and Attend Court Hearings | 0.5 | 325.00 |
| 14 | Analysis of Claims/Liab Subject to Compro | 6.1 | 3,965.00 |
| 17 | Wind Down Monitoring | 6.2 | 4,030.00 |
| 18 | Potential Avoidance Actions & Litigation | 67.3 | 43,745.00 |
| 19 | Case Management | 0.8 | 520.00 |
| 24 | Preparation of Fee Application | 1.9 | 1,235.00 |
|  | **GRAND TOTAL** | **86.5** | **$ 56,225.00** |

# Exhibit C

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD MARCH 1, 2024 TO MARCH 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 3/12/2024 | Tucker, Michael | 0.2 | Review correspondence from Debtor re: disposal of abandoned DCM. |
| 1 | 3/13/2024 | Halevy, Richard | 0.2 | Prepare correspondence to S&K re: abandoned DCM disposal. |
| **1 Total** | | | **0.4** | |
| 2 | 3/4/2024 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: Debtor estate liquidity matters. |
| 2 | 3/11/2024 | Halevy, Richard | 0.5 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 3/15/2024 | Halevy, Richard | 0.9 | Prepare analysis re: Debtor estate liquidity in connection with Committee request. |
| 2 | 3/25/2024 | Tucker, Michael | 0.2 | Correspond with Powercoin re: cash collection process. |
| 2 | 3/25/2024 | Halevy, Richard | 0.5 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 3/27/2024 | Halevy, Richard | 0.3 | Prepare analysis re: Powercoin cash collection process. |
| **2 Total** | | | **2.8** | |
| 10 | 3/21/2024 | Tucker, Michael | 0.3 | Prepare correspondence to Province re: status of Debtor's ERC claim. |
| 10 | 3/21/2024 | Tucker, Michael | 0.2 | Review correspondence from Province re: status of Debtor's ERC claim. |
| **10 Total** | | | **0.5** | |
| 11 | 3/28/2024 | Halevy, Richard | 0.5 | Listen into McAlary adversary proceeding status hearing. |
| **11 Total** | | | **0.5** | |
| 14 | 3/1/2024 | Tucker, Michael | 0.3 | Review correspondence from Fox Rothschild re: Sygnia administrative claim settlement. |
| 14 | 3/8/2024 | Tucker, Michael | 0.2 | Correspond with Fox Rothschild re: WeWork administrative claim. |
| 14 | 3/8/2024 | Tucker, Michael | 0.3 | Review docket filings re: AVT administrative claim. |
| 14 | 3/11/2024 | Tucker, Michael | 1.4 | Review analysis re: AVT administrative claim. |
| 14 | 3/11/2024 | Tucker, Michael | 0.4 | Prepare correspondence to Fox Rothschild re: AVT administrative claim. |
| 14 | 3/11/2024 | Tucker, Michael | 0.2 | Review correspondence from Fox Rothschild re: potential WeWork administrative claim settlement. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD MARCH 1, 2024 TO MARCH 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 3/11/2024 | Halevy, Richard | 0.6 | Prepare analysis re: AVT administrative claim. |
| 14 | 3/11/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: AVT administrative claim. |
| 14 | 3/12/2024 | Tucker, Michael | 0.3 | Review analysis re: WeWork administrative claim. |
| 14 | 3/12/2024 | Tucker, Michael | 0.3 | Correspond with Fox Rothschild re: AVT administrative claim. |
| 14 | 3/12/2024 | Halevy, Richard | 0.6 | Review and comment on draft stipulation re: WeWork administrative claim. |
| 14 | 3/18/2024 | Tucker, Michael | 0.2 | Review correspondence from S&K re: AVT administrative claim. |
| 14 | 3/18/2024 | Tucker, Michael | 0.2 | Prepare correspondence to S&K re: WeWork administrative claim. |
| 14 | 3/18/2024 | Tucker, Michael | 0.1 | Prepare correspondence to Fox Rothschild re: Brink's administrative claim. |
| 14 | 3/25/2024 | Tucker, Michael | 0.3 | Review correspondence from Fox Rothschild re: AVT administrative claim. |
| 14 | 3/26/2024 | Tucker, Michael | 0.1 | Review proposed settlement re: Sygnia administrative claim. |
| 14 | 3/26/2024 | Tucker, Michael | 0.3 | Correspond with S&K re: AVT administrative claim. |
| **14 Total** | | | **6.1** | |
| 17 | 3/1/2024 | Tucker, Michael | 0.2 | Review correspondence from Debtor re: preservation of Debtor data. |
| 17 | 3/4/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor re: AWS termination. |
| 17 | 3/5/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Fox Rothschild re: AWS termination. |
| 17 | 3/6/2024 | Tucker, Michael | 1.1 | Participate in call with Debtor re: wind-down updates. |
| 17 | 3/12/2024 | Tucker, Michael | 0.1 | Correspond with Debtor re: data preservation matters. |
| 17 | 3/18/2024 | Halevy, Richard | 0.3 | Correspond with Debtor re: AWS termination. |
| 17 | 3/20/2024 | Tucker, Michael | 0.8 | Participate in call with Debtor re: wind-down updates. |
| 17 | 3/20/2024 | Halevy, Richard | 0.2 | Review correspondence from Debtor re: wind-down updates. |
| 17 | 3/20/2024 | Halevy, Richard | 0.8 | Participate in call with Debtor re: wind-down updates. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD MARCH 1, 2024 TO MARCH 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 3/22/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: AWS termination. |
| 17 | 3/26/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor re: AWS termination. |
| 17 | 3/27/2024 | Tucker, Michael | 0.7 | Participate in call with Debtor re: wind-down updates. |
| 17 | 3/27/2024 | Halevy, Richard | 0.7 | Participate in call with Debtor re: wind-down updates. |
| 17 | 3/29/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: AWS termination. |
| **17 Total** | | | **6.2** | |
| 18 | 3/4/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Jimmerson Law Firm re: status of Bitcoin Depot adversary proceeding. |
| 18 | 3/4/2024 | Halevy, Richard | 1.0 | Prepare damage analysis re: Bitaccess litigation. |
| 18 | 3/5/2024 | Tucker, Michael | 0.7 | Review docket filings re: Luis Flores litigation. |
| 18 | 3/5/2024 | Tucker, Michael | 0.8 | Prepare for call with Jimmerson Law Firm re: supporting documents for damage analysis in Bitcoin Depot case. |
| 18 | 3/5/2024 | Tucker, Michael | 1.8 | Participate in call with Jimmerson Law Firm re: support for Bitcoin Depot case. |
| 18 | 3/5/2024 | Halevy, Richard | 1.8 | Participate in call with Jimmerson Law Firm re: support for Bitcoin Depot case. |
| 18 | 3/5/2024 | Halevy, Richard | 0.4 | Prepare for call with Jimmerson Law Firm re: supporting documents for damage analysis in Bitcoin Depot case. |
| 18 | 3/8/2024 | Tucker, Michael | 0.5 | Review draft responses to interrogatories in Bitcoin Depot adversary proceeding. |
| 18 | 3/8/2024 | Tucker, Michael | 0.1 | Prepare correspondence to S&K re: Bitcoin Depot adversary interrogatory responses. |
| 18 | 3/8/2024 | Tucker, Michael | 0.2 | Prepare correspondence to Jimmerson Law Firm re: Bitcoin Depot litigation document production. |
| 18 | 3/11/2024 | Tucker, Michael | 0.2 | Review docket filings re: Bitcoin Depot adversary proceeding. |
| 18 | 3/11/2024 | Tucker, Michael | 0.4 | Review correspondence from Jimmerson Law Firm re: Bitcoin Depot litigation document production. |
| 18 | 3/11/2024 | Tucker, Michael | 0.4 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess litigation damages calculation. |
| 18 | 3/11/2024 | Halevy, Richard | 0.3 | Prepare for call with Debtor's Canadian Counsel re: Bitaccess litigation. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD MARCH 1, 2024 TO MARCH 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 3/11/2024 | Halevy, Richard | 0.4 | Participate in call with Debtor's Canadian Counsel re: Bitaccess litigation. |
| 18 | 3/12/2024 | Halevy, Richard | 1.7 | Prepare damages analysis re: Bitaccess arbitration. |
| 18 | 3/12/2024 | Halevy, Richard | 0.2 | Correspond with FTI team re: Bitcoin Depot litigation. |
| 18 | 3/12/2024 | Halevy, Richard | 0.7 | Prepare package of supporting documents for Bitcoin Depot litigation at the request of Counsel. |
| 18 | 3/12/2024 | Halevy, Richard | 2.3 | Continue to prepare damages analysis re: Bitaccess arbitration. |
| 18 | 3/12/2024 | Halevy, Richard | 1.7 | Continue to prepare package of supporting documents for Bitcoin Depot litigation at the request of Counsel. |
| 18 | 3/12/2024 | Halevy, Richard | 0.4 | Assist S&K in preparing initial disclosures re: McAlary litigation. |
| 18 | 3/13/2024 | Tucker, Michael | 1.0 | Participate in call with FTI team re: Bitcoin Depot litigation document production. |
| 18 | 3/13/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Jimmerson Law Firm re: Bitcoin Depot litigation document production. |
| 18 | 3/13/2024 | Halevy, Richard | 0.4 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 3/13/2024 | Halevy, Richard | 0.7 | Assist S&K in preparing initial disclosures re: McAlary litigation. |
| 18 | 3/13/2024 | Halevy, Richard | 1.0 | Participate in call with FTI team re: Bitcoin Depot litigation document production. |
| 18 | 3/13/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: Bitcoin Depot litigation document production. |
| 18 | 3/13/2024 | Halevy, Richard | 0.3 | Prepare correspondence to S&K re: status of various litigation matters. |
| 18 | 3/13/2024 | Halevy, Richard | 0.3 | Review damages analysis re: Bitcoin Depot litigation. |
| 18 | 3/13/2024 | Halevy, Richard | 0.5 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 3/13/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Fox Rothschild re: KSG adversary proceeding. |
| 18 | 3/14/2024 | Tucker, Michael | 0.4 | Review letter from McAlary counsel re: potential settlement in adversary proceeding. |
| 18 | 3/14/2024 | Halevy, Richard | 0.8 | Review letter from McAlary counsel re: potential settlement in adversary proceeding. |
| 18 | 3/14/2024 | Halevy, Richard | 1.1 | Review Goldstein deposition transcript from McAlary litigation in connection Bitcoin Depot litigation. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD MARCH 1, 2024 TO MARCH 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 3/14/2024 | Halevy, Richard | 0.9 | Continue to review Goldstein deposition transcript from McAlary litigation in connection with Bitcoin Depot litigation. |
| 18 | 3/15/2024 | Tucker, Michael | 0.7 | Participate in call with S&K re: McAlary adversary proceeding. |
| 18 | 3/15/2024 | Tucker, Michael | 0.9 | Review settlement letter from McAlary counsel in connection with adversary proceeding. |
| 18 | 3/15/2024 | Halevy, Richard | 1.0 | Review Goldstein deposition transcript from McAlary litigation in connection Bitcoin Depot litigation. |
| 18 | 3/15/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Fox Rothschild re: KSG adversary proceeding. |
| 18 | 3/18/2024 | Tucker, Michael | 0.3 | Prepare correspondence to S&K in connection with potential settlement of McAlary litigation. |
| 18 | 3/18/2024 | Halevy, Richard | 1.9 | Review Goldstein deposition transcript from McAlary litigation in connection Bitcoin Depot litigation. |
| 18 | 3/19/2024 | Tucker, Michael | 0.2 | Review status re: Bitcoin Depot adversary proceeding. |
| 18 | 3/19/2024 | Halevy, Richard | 0.5 | Prepare damages analysis re: Bitcoin Depot litigation. |
| 18 | 3/19/2024 | Halevy, Richard | 1.0 | Review McAlary deposition transcript from McAlary litigation in connection Bitcoin Depot litigation. |
| 18 | 3/19/2024 | Halevy, Richard | 0.3 | Prepare analysis re: Bitcoin Depot litigation. |
| 18 | 3/19/2024 | Halevy, Richard | 1.7 | Review Goldstein deposition transcript from McAlary litigation in connection Bitcoin Depot litigation. |
| 18 | 3/20/2024 | Tucker, Michael | 0.3 | Review correspondence from FTI team re: Bitcoin Depot litigation status. |
| 18 | 3/20/2024 | Tucker, Michael | 0.3 | Review docket filings re: Flores case. |
| 18 | 3/20/2024 | Tucker, Michael | 0.5 | Review docket filings re: KSG adversary proceeding. |
| 18 | 3/20/2024 | Tucker, Michael | 0.5 | Participate in call with FTI team re: McAlary settlement offer. |
| 18 | 3/20/2024 | Tucker, Michael | 0.2 | Participate in call with FTI team re: KSG adversary proceeding discovery. |
| 18 | 3/20/2024 | Halevy, Richard | 0.7 | Prepare damages analysis re: Bitcoin Depot litigation. |
| 18 | 3/20/2024 | Halevy, Richard | 0.9 | Prepare analysis re: insider transactions. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD MARCH 1, 2024 TO MARCH 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 3/20/2024 | Halevy, Richard | 0.2 | Participate in call with FTI team re: KSG adversary proceeding discovery. |
| 18 | 3/20/2024 | Halevy, Richard | 0.2 | Participate in call with S&K re: McAlary adversary proceeding. |
| 18 | 3/20/2024 | Halevy, Richard | 0.8 | Review responses to discovery requests in KSG adversary proceeding. |
| 18 | 3/20/2024 | Halevy, Richard | 0.6 | Review analysis re: Bitcoin Depot litigation damages. |
| 18 | 3/20/2024 | Halevy, Richard | 0.3 | Review responses to requests for production in KSG adversary proceeding. |
| 18 | 3/20/2024 | Halevy, Richard | 0.4 | Review Debtor's company records for supporting files to Bitcoin Depot litigation. |
| 18 | 3/20/2024 | Halevy, Richard | 0.5 | Participate in call with FTI team re: McAlary settlement offer. |
| 18 | 3/20/2024 | Halevy, Richard | 0.9 | Prepare analysis re: solvency of Debtor in connection with McAlary litigation. |
| 18 | 3/21/2024 | Tucker, Michael | 0.2 | Correspond with Jimmerson Law Firm re: Bitcoin Depot litigation discovery. |
| 18 | 3/21/2024 | Tucker, Michael | 0.3 | Review KSG invoices in connection with adversary proceeding. |
| 18 | 3/21/2024 | Tucker, Michael | 0.5 | Provide comments to draft settlement letter in McAlary adversary proceeding at the request of Counsel. |
| 18 | 3/21/2024 | Tucker, Michael | 0.1 | Review correspondence from Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 3/21/2024 | Tucker, Michael | 1.6 | Review damages analysis re: Bitcoin Depot litigation. |
| 18 | 3/21/2024 | Halevy, Richard | 1.1 | Prepare analysis re: KSG adversary proceeding. |
| 18 | 3/21/2024 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: Bitcoin Depot litigation. |
| 18 | 3/21/2024 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: damages analysis for Bitcoin Depot litigation. |
| 18 | 3/21/2024 | Halevy, Richard | 2.2 | Prepare damages analysis re: Bitcoin Depot litigation. |
| 18 | 3/21/2024 | Halevy, Richard | 0.4 | Prepare correspondence to S&K re: McAlary settlement offer response. |
| 18 | 3/22/2024 | Tucker, Michael | 0.9 | Participate in call with S&K re: response to McAlary settlement offer. |
| 18 | 3/22/2024 | Halevy, Richard | 0.9 | Prepare damages analysis re: Bitcoin Depot litigation. |
| 18 | 3/22/2024 | Halevy, Richard | 0.9 | Participate in call with S&K re: response to McAlary settlement offer. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD MARCH 1, 2024 TO MARCH 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 3/25/2024 | Tucker, Michael | 0.3 | Review draft settlement letter re: Bitcoin Depot litigation. |
| 18 | 3/25/2024 | Halevy, Richard | 0.8 | Prepare damages analysis re: Bitcoin Depot litigation. |
| 18 | 3/25/2024 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: Bitcoin Depot litigation. |
| 18 | 3/26/2024 | Tucker, Michael | 0.5 | Review correspondence from S&K re: McAlary adversary proceeding. |
| 18 | 3/27/2024 | Tucker, Michael | 0.7 | Review supporting documents re: Bitcoin Depot litigation damages analysis. |
| 18 | 3/27/2024 | Tucker, Michael | 0.3 | Participate in call with FTI team re: Bitcoin Depot litigation damages analysis. |
| 18 | 3/27/2024 | Tucker, Michael | 0.9 | Prepare correspondence to Jimmerson Law Firm re: Bitcoin Depot litigation damages analysis. |
| 18 | 3/27/2024 | Tucker, Michael | 1.2 | Review supporting documents re: Bitcoin Depot litigation damages analysis. |
| 18 | 3/27/2024 | Tucker, Michael | 1.7 | Review damages analysis re: Bitcoin Depot litigation. |
| 18 | 3/27/2024 | Halevy, Richard | 1.1 | Prepare damages analysis re: Bitcoin Depot litigation. |
| 18 | 3/27/2024 | Halevy, Richard | 0.3 | Participate in call with FTI team re: Bitcoin Depot litigation damages analysis. |
| 18 | 3/27/2024 | Halevy, Richard | 1.4 | Prepare damages analysis re: Bitcoin Depot litigation. |
| 18 | 3/27/2024 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: supporting documents for Bitcoin Depot litigation damage analysis. |
| 18 | 3/28/2024 | Tucker, Michael | 0.8 | Prepare correspondence to Jimmerson Law Firm re: Bitcoin Depot litigation settlement brief. |
| 18 | 3/28/2024 | Tucker, Michael | 0.4 | Prepare for call with Jimmerson Law Firm re: supporting documents for damage analysis in Bitcoin Depot case. |
| 18 | 3/28/2024 | Tucker, Michael | 0.3 | Review draft settlement letter re: Bitcoin Depot litigation. |
| 18 | 3/28/2024 | Tucker, Michael | 0.9 | Participate in call with Jimmerson Law Firm re: support for Bitcoin Depot case. |
| 18 | 3/28/2024 | Tucker, Michael | 0.4 | Prepare correspondence to Jimmerson Law Firm re: supporting documents for Bitcoin Depot litigation damages analysis. |
| 18 | 3/28/2024 | Halevy, Richard | 0.9 | Participate in call with Jimmerson Law Firm re: support for Bitcoin Depot case. |
| 18 | 3/28/2024 | Halevy, Richard | 0.3 | Review docket updates re: various adversary proceedings. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD MARCH 1, 2024 TO MARCH 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 3/29/2024 | Tucker, Michael | 0.8 | Prepare for call with Jimmerson Law Firm re: supporting documents for damage analysis in Bitcoin Depot case. |
| 18 | 3/29/2024 | Tucker, Michael | 0.8 | Review draft settlement brief re: Bitcoin Depot litigation. |
| 18 | 3/29/2024 | Halevy, Richard | 0.4 | Review revised settlement offer re: Bitcoin Depot litigation. |
| 18 | 3/29/2024 | Halevy, Richard | 0.5 | Participate in call with Jimmerson Law Firm re: Bitcoin Depot litigation. |
| 18 | 3/29/2024 | Halevy, Richard | 0.5 | Prepare analysis re: Bitcoin Depot litigation to support settlement brief. |
| **18 Total** | | | **67.3** | |
| 19 | 3/13/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: work plan. |
| 19 | 3/20/2024 | Halevy, Richard | 0.5 | Prepare workplan to address case issues. |
| **19 Total** | | | **0.8** | |
| 24 | 3/19/2024 | Halevy, Richard | 1.1 | Prepare February 2024 fee application. |
| 24 | 3/29/2024 | Halevy, Richard | 0.8 | Finalize February 2024 fee application. |
| **24 Total** | | | **1.9** | |
| **Grand Total** | | | **86.5** | |