Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2024 THROUGH APRIL 30, 2024**<br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>April 1, 2024, through April 30, 2024<br><br>$24,284.00 (80% of $30,355.00)<br><br>$0.00 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Fourteenth Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing April 1, 2024, through April 30, 2024 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $24,284.00 (representing 80% of the $30,355.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $0.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task.  Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period.  FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

1  objection has been served.

2  DATED this 27th day of August 2024.

3                                                     FTI Consulting, Inc.

                                          By:  /s/ Michael Tucker
5                                                  Michael Tucker
6                                                  4835 East Cactus Road, Suite 230
7                                                  Scottsdale, AZ 85254
8                                                  michael.tucker@fticonsulting.com

                                                   *Financial Advisor for Official Committee*
9                                                  *of Unsecured Creditors*

10

11

12  Respectfully submitted by:

13  McDONALD CARANO LLP

14  */s/ Ryan J. Works*
     Ryan J. Works, Esq (NSBN 9224)
15  Amanda M. Perach, Esq (NSBN 12399)
     2300 West Sahara Avenue, Suite 1200
16  Las Vegas, Nevada 89102
     rworks@mcdonaldcarano.com
17  aperach@mcdonaldcarano.com

18
     *Counsel for Official Committee*
19  *of Unsecured Creditors*

20

21

22

23

24

25

26

27

28

# Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD APRIL 1, 2024 TO APRIL 30, 2024**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 19.2 | $ 12,480.00 |
| Halevy, Richard | Director | 650 | 27.5 | 17,875.00 |
| **TOTAL** | | | **46.7** | **$ 30,355.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD APRIL 1, 2024 TO APRIL 30, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 7.0 | 4,550.00 |
| 6 | Asset Sales & Recoveries | 8.9 | 5,785.00 |
| 10 | Analysis of Tax Issues | 0.5 | 325.00 |
| 14 | Analysis of Claims/Liab Subject to Compro | 3.4 | 2,210.00 |
| 17 | Wind Down Monitoring | 3.5 | 2,275.00 |
| 18 | Potential Avoidance Actions & Litigation | 20.6 | 13,390.00 |
| 19 | Case Management | 0.6 | 390.00 |
| 24 | Preparation of Fee Application | 2.2 | 1,430.00 |
| | **GRAND TOTAL** | **46.7** | **$ 30,355.00** |

Exhibit   C

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD APRIL 1, 2024 TO APRIL 30, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 4/3/2024 | Tucker, Michael | 0.2 | Correspond with Powercoin re: cash collection process. |
| 2 | 4/8/2024 | Tucker, Michael | 0.4 | Review analysis re: Debtor estate liquidity. |
| 2 | 4/8/2024 | Halevy, Richard | 1.3 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 4/8/2024 | Halevy, Richard | 0.3 | Review filed professional fee applications for estate budgeting. |
| 2 | 4/9/2024 | Halevy, Richard | 1.1 | Prepare analysis re: Debtor cash activity. |
| 2 | 4/17/2024 | Tucker, Michael | 0.6 | Participate in call with FTI team re: Debtor estate liquidity analysis. |
| 2 | 4/17/2024 | Tucker, Michael | 0.2 | Correspond with Powercoin re: cash collection process. |
| 2 | 4/18/2024 | Tucker, Michael | 0.1 | Correspond with Powercoin re: cash collection process. |
| 2 | 4/18/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: Debtor estate liquidity. |
| 2 | 4/18/2024 | Halevy, Richard | 1.1 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 4/23/2024 | Halevy, Richard | 0.8 | Review cash collections report provided by Powercoin. |
| **2 Total** | | | **6.4** | |
| 6 | 4/17/2024 | Tucker, Michael | 0.6 | Review analysis prepared by Debtor re: distribution of sale escrow proceeds. |
| 6 | 4/17/2024 | Tucker, Michael | 1.5 | Review analysis re: distribution of sale escrow proceeds. |
| 6 | 4/17/2024 | Tucker, Michael | 0.3 | Review correspondence from Province re: distribution of sale escrow proceeds. |
| 6 | 4/17/2024 | Halevy, Richard | 0.5 | Prepare analysis re: distribution of sale proceeds in escrow. |
| 2 | 4/17/2024 | Halevy, Richard | 0.6 | Participate in call with FTI team re: Debtor estate liquidity analysis. |
| 6 | 4/17/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: distribution of sale proceeds in escrow. |
| 6 | 4/17/2024 | Halevy, Richard | 0.3 | Review analysis prepared by Debtor re: distribution of sale escrow proceeds. |
| 6 | 4/22/2024 | Tucker, Michael | 1.1 | Participate in call with FTI team re: sale proceeds escrow reconciliation. |
| 6 | 4/22/2024 | Tucker, Michael | 1.1 | Participate in call with Province re: sale proceeds escrow reconciliation. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD APRIL 1, 2024 TO APRIL 30, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 4/22/2024 | Halevy, Richard | 1.1 | Participate in call with Province re: sale proceeds escrow reconciliation. |
| 6 | 4/22/2024 | Halevy, Richard | 1.1 | Participate in call with FTI team re: sale proceeds escrow reconciliation. |
| 6 | 4/23/2024 | Halevy, Richard | 1.0 | Prepare analysis re: distribution of sale proceeds in escrow. |
| **6 Total** | | | **9.5** | |
| 10 | 4/17/2024 | Tucker, Michael | 0.2 | Prepare correspondence to Province re: Debtor's ERC claim. |
| 10 | 4/17/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Province re: Debtor's ERC claim. |
| **10 Total** | | | **0.5** | |
| 14 | 4/4/2024 | Tucker, Michael | 0.1 | Review filed stipulation re: AVT administrative claim. |
| 14 | 4/17/2024 | Tucker, Michael | 1.1 | Prepare analysis re: potential settlement of certain administrative claims. |
| 14 | 4/17/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Fox Rothschild re: Trangistics administrative claim. |
| 14 | 4/18/2024 | Tucker, Michael | 1.1 | Prepare analysis re: potential settlement of certain administrative claims. |
| 14 | 4/22/2024 | Tucker, Michael | 0.8 | Review surcharge calculation in connection with potential settlement of administrative claims. |
| **14 Total** | | | **3.4** | |
| 17 | 4/1/2024 | Halevy, Richard | 0.4 | Prepare correspondence to Debtor's IT Consultant re: AWS termination. |
| 17 | 4/3/2024 | Tucker, Michael | 0.6 | Participate in call with Debtor re: wind-down updates. |
| 17 | 4/3/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: wind-down matters. |
| 17 | 4/3/2024 | Halevy, Richard | 0.6 | Participate in call with Debtor re: wind-down updates. |
| 17 | 4/9/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: AWS termination. |
| 17 | 4/10/2024 | Halevy, Richard | 0.5 | Participate in call with Debtor re: wind-down updates. |
| 17 | 4/17/2024 | Halevy, Richard | 0.4 | Participate in call with Debtor re: wind-down updates. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD APRIL 1, 2024 TO APRIL 30, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 4/24/2024 | Halevy, Richard | 0.4 | Participate in call with Debtor re: wind-down updates. |
| **17 Total** | | | **3.5** | |
| 18 | 4/1/2024 | Tucker, Michael | 0.3 | Participate in call with S&K re: McAlary litigation updates. |
| 18 | 4/1/2024 | Tucker, Michael | 0.7 | Participate in call with Jimmerson Law Firm re: Bitcoin Depot litigation. |
| 18 | 4/1/2024 | Halevy, Richard | 1.3 | Prepare analysis re: supporting Counsel in Bitcoin Depot settlement conference. |
| 18 | 4/1/2024 | Halevy, Richard | 0.9 | Prepare analysis supporting settlement brief for Bitcoin Depot litigation. |
| 18 | 4/1/2024 | Halevy, Richard | 0.7 | Participate in call with Jimmerson Law Firm re: Bitcoin Depot litigation. |
| 18 | 4/2/2024 | Tucker, Michael | 0.9 | Review supporting documentation for damages analysis re: Bitcoin Depot litigation. |
| 18 | 4/2/2024 | Tucker, Michael | 1.9 | Participate in call with Jimmerson Law Firm re: Bitcoin Depot litigation damages analysis. |
| 18 | 4/2/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Jimmerson Law Firm re: Bitcoin Depot document production. |
| 18 | 4/2/2024 | Halevy, Richard | 0.5 | Review damages analysis re: Bitcoin Depot litigation. |
| 18 | 4/2/2024 | Halevy, Richard | 1.9 | Participate in call with Jimmerson Law Firm re: Bitcoin Depot litigation damages analysis. |
| 18 | 4/2/2024 | Halevy, Richard | 0.6 | Review Bitcoin Depot litigation discovery requests. |
| 18 | 4/3/2024 | Tucker, Michael | 0.5 | Review draft settlement brief in connection with Bitcoin Depot litigation settlement conference. |
| 18 | 4/4/2024 | Tucker, Michael | 0.2 | Review case filings re: Bitcoin Depot litigation. |
| 18 | 4/4/2024 | Halevy, Richard | 0.6 | Prepare analysis re: Bitcoin Depot litigation to support settlement brief. |
| 18 | 4/5/2024 | Tucker, Michael | 0.7 | Prepare for call with Debtor's counsel re: Bitcoin Depot settlement conference. |
| 18 | 4/5/2024 | Tucker, Michael | 0.6 | Participate in call with Debtor's Counsel re: Bitcoin Depot settlement conference. |
| 18 | 4/5/2024 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: Bitcoin Depot litigation updates. |
| 18 | 4/8/2024 | Tucker, Michael | 0.3 | Review committee update re: Bitcoin Depot litigation status. |
| 18 | 4/8/2024 | Tucker, Michael | 0.4 | Participate in call with S&K re: Bitcoin Depot litigation. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD APRIL 1, 2024 TO APRIL 30, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 4/8/2024 | Halevy, Richard | 0.4 | Prepare correspondence to S&K re: committee update in connection with Bitcoin Depot litigation. |
| 18 | 4/8/2024 | Halevy, Richard | 0.4 | Participate in call with S&K re: Bitcoin Depot litigation. |
| 18 | 4/8/2024 | Halevy, Richard | 0.5 | Prepare committee update re: Bitcoin Depot litigation status. |
| 18 | 4/22/2024 | Halevy, Richard | 0.5 | Review and summarize docket filings re: Bitcoin Depot adversary proceeding. |
| 18 | 4/25/2024 | Tucker, Michael | 0.9 | Participate in call with Jimmerson Law Firm and S&K re: Bitcoin Depot settlement conference. |
| 18 | 4/25/2024 | Tucker, Michael | 0.5 | Assist counsel in preparation for depositions in Bitaccess arbitration. |
| 18 | 4/25/2024 | Tucker, Michael | 0.6 | Review damages analysis re: Bitcoin Depot litigation. |
| 18 | 4/25/2024 | Tucker, Michael | 0.3 | Participate in call with Jimmerson Law Firm re: Bitcoin Depot settlement conference. |
| 18 | 4/25/2024 | Tucker, Michael | 0.4 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 4/25/2024 | Halevy, Richard | 1.1 | Correspond with S&K re: Bitcoin Depot settlement conference. |
| 18 | 4/25/2024 | Halevy, Richard | 0.3 | Participate in call with Jimmerson Law Firm re: Bitcoin Depot settlement conference. |
| 18 | 4/25/2024 | Halevy, Richard | 0.4 | Review background re: deposition witness for Bitaccess litigation. |
| 18 | 4/30/2024 | Halevy, Richard | 0.6 | Review draft document requests re: McAlary litigation. |
| **18 Total** | | | **20.6** | |
| 19 | 4/3/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: work plan to address case issues. |
| 19 | 4/10/2024 | Halevy, Richard | 0.3 | Review recent docket filings and summarize for FTI team. |
| **19 Total** | | | **0.6** | |
| 24 | 4/9/2024 | Halevy, Richard | 1.4 | Prepare February 2024 fee application. |
| 24 | 4/17/2024 | Halevy, Richard | 0.8 | Review February 2024 fee application. |
| **24 Total** | | | **2.2** | |
| **Grand Total** | | | **46.7** | |