Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2024 THROUGH MAY 31, 2024**<br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>May 1, 2024, through May 31, 2024<br><br>$30,680.00 (80% of $38,350.00)<br><br>$0.00 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Fifteenth Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing May 1, 2024, through May 31, 2024 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $30,680.00 (representing 80% of the $38,350.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $0.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task.  Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period.  FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

1    objection has been served.

2    DATED this 27th day of August 2024.

3                                          FTI Consulting, Inc.

                                          By: _/s/ Michael Tucker_____
5                                              Michael Tucker
6                                              4835 East Cactus Road, Suite 230
7                                              Scottsdale, AZ 85254
8                                              michael.tucker@fticonsulting.com

                                              *Financial Advisor for Official Committee*
9                                              *of Unsecured Creditors*

10

11

12   Respectfully submitted by:

13   McDONALD CARANO LLP

14   */s/ Ryan J. Works*
     Ryan J. Works, Esq (NSBN 9224)
15   Amanda M. Perach, Esq (NSBN 12399)
     2300 West Sahara Avenue, Suite 1200
16   Las Vegas, Nevada 89102
     rworks@mcdonaldcarano.com
17   aperach@mcdonaldcarano.com

18
     *Counsel for Official Committee*
19   *of Unsecured Creditors*

20

21

22

23

24

25

26

27

28

# Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MAY 1, 2024 TO MAY 31, 2024**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 17.9 | $ 11,635.00 |
| Halevy, Richard | Director | 650 | 41.1 | 26,715.00 |
| **TOTAL** | | | **59.0** | **$ 38,350.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MAY 1, 2024 TO MAY 31, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 8.9 | $ 5,785.00 |
| 10 | Analysis of Tax Issues | 0.2 | 130.00 |
| 11 | Prepare for and Attend Court Hearings | 0.5 | 325.00 |
| 14 | Analysis of Claims/Liab Subject to Compro | 0.4 | 260.00 |
| 17 | Wind Down Monitoring | 4.8 | 3,120.00 |
| 18 | Potential Avoidance Actions & Litigation | 36.5 | 23,725.00 |
| 19 | Case Management | 1.8 | 1,170.00 |
| 24 | Preparation of Fee Application | 5.9 | 3,835.00 |
| | **GRAND TOTAL** | **59.0** | **$ 38,350.00** |

Exhibit   C

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD MAY 1, 2024 TO MAY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 5/1/2024 | Tucker, Michael | 1.1 | Participate in call with Province re: sale proceeds escrow and estate liquidity. |
| 2 | 5/1/2024 | Halevy, Richard | 1.1 | Participate in call with Province re: sale proceeds escrow and estate liquidity. |
| 2 | 5/13/2024 | Tucker, Michael | 0.2 | Review correspondence from Powercoin re: cash collections. |
| 2 | 5/14/2024 | Halevy, Richard | 1.2 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 5/14/2024 | Halevy, Richard | 0.3 | Review correspondence from Powercoin re: cash collections. |
| 2 | 5/20/2024 | Halevy, Richard | 0.3 | Review correspondence from Debtor re: estate liquidity matters. |
| 2 | 5/22/2024 | Tucker, Michael | 0.7 | Review analysis re: cash collections. |
| 2 | 5/22/2024 | Tucker, Michael | 0.8 | Participate in call with Powercoin re: cash collection process. |
| 2 | 5/22/2024 | Halevy, Richard | 1.4 | Review and summarize estate cash report provided by Powercoin. |
| 2 | 5/22/2024 | Halevy, Richard | 0.7 | Prepare analysis re: Powercoin cash collection report. |
| 2 | 5/22/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor re: cash collection process. |
| 2 | 5/22/2024 | Halevy, Richard | 0.7 | Prepare reconciliation re: decashed machines per Powercoin's report. |
| 2 | 5/29/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Powercoin re: cash collections. |
| **2 Total** | | | **8.9** | |
| 10 | 5/31/2024 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: Debtor's ERC claim. |
| **10 Total** | | | **0.2** | |
| 11 | 5/9/2024 | Tucker, Michael | 0.5 | Listen into status hearing re: Bitcoin Depot litigation. |
| **11 Total** | | | **0.5** | |
| 14 | 5/1/2024 | Halevy, Richard | 0.4 | Prepare correspondence to Fox Rothschild re: Trangistics administrative claim. |
| **14 Total** | | | **0.4** | |
| 17 | 5/1/2024 | Tucker, Michael | 0.4 | Participate in call with Debtor re: wind-down matters. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD MAY 1, 2024 TO MAY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 5/1/2024 | Halevy, Richard | 0.4 | Participate in call with Debtor re: wind-down matters. |
| 17 | 5/1/2024 | Halevy, Richard | 0.2 | Prepare for call with Debtor re: wind-down matters. |
| 17 | 5/8/2024 | Tucker, Michael | 0.7 | Participate in call with Debtor re: wind-down matters. |
| 17 | 5/8/2024 | Halevy, Richard | 0.7 | Participate in call with Debtor re: wind-down matters. |
| 17 | 5/15/2024 | Tucker, Michael | 0.2 | Prepare for call with Debtor re: wind-down matters. |
| 17 | 5/15/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor re: AWS termination. |
| 17 | 5/15/2024 | Halevy, Richard | 0.2 | Prepare for call with Debtor re: wind-down matters. |
| 17 | 5/15/2024 | Halevy, Richard | 0.4 | Participate in call with Debtor re: wind-down matters. |
| 17 | 5/29/2024 | Tucker, Michael | 0.7 | Participate in call with FTI team re: work plan and wind down issues. |
| 17 | 5/29/2024 | Halevy, Richard | 0.7 | Participate in call with FTI team re: work plan and wind down issues. |
| **17 Total** | | | **4.8** | |
| 18 | 5/1/2024 | Tucker, Michael | 0.3 | Review case filings re: Bitaccess arbitration. |
| 18 | 5/1/2024 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: McAlary litigation discovery requests. |
| 18 | 5/2/2024 | Tucker, Michael | 0.5 | Assist Counsel in preparation of discovery requests re: McAlary litigation. |
| 18 | 5/2/2024 | Halevy, Richard | 0.4 | Review draft discovery requests re: McAlary litigation. |
| 18 | 5/7/2024 | Tucker, Michael | 2.4 | Assist Counsel in preparation of witness in Bitaccess litigation. |
| 18 | 5/7/2024 | Tucker, Michael | 1.0 | Review case filings re: Bitaccess arbitration. |
| 18 | 5/7/2024 | Tucker, Michael | 1.0 | Participate in call with Counsel re: deposition preparation. |
| 18 | 5/8/2024 | Tucker, Michael | 0.3 | Correspond with Jimmerson Law Firm re: Bitcoin Depot litigation status. |
| 18 | 5/9/2024 | Tucker, Michael | 1.5 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration preparation. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD MAY 1, 2024 TO MAY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 5/9/2024 | Halevy, Richard | 1.5 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration preparation. |
| 18 | 5/13/2024 | Tucker, Michael | 0.8 | Correspond with Debtor's Canadian Counsel re: Bitaccess litigation discovery assistance. |
| 18 | 5/13/2024 | Halevy, Richard | 0.3 | Review correspondence from Debtor re: Bitaccess litigation discovery. |
| 18 | 5/13/2024 | Halevy, Richard | 0.7 | Review draft deposition questions re: Bitaccess arbitration. |
| 18 | 5/13/2024 | Halevy, Richard | 0.7 | Review relevant contracts in connection with Bitaccess arbitration. |
| 18 | 5/13/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Canadian Counsel re: Bitaccess arbitration discovery. |
| 18 | 5/15/2024 | Tucker, Michael | 0.3 | Correspond with S&K re: Debtor subpoena. |
| 18 | 5/15/2024 | Halevy, Richard | 0.8 | Review Bitaccess contract in connection with litigation. |
| 18 | 5/15/2024 | Halevy, Richard | 0.2 | Review correspondence from FTI team re: Bitcoin Depot litigation. |
| 18 | 5/15/2024 | Halevy, Richard | 0.8 | Prepare analysis re: Bitaccess contract in connection with litigation. |
| 18 | 5/17/2024 | Halevy, Richard | 0.2 | Prepare correspondence to S&K re: draft subpoena for McAlary litigation. |
| 18 | 5/17/2024 | Halevy, Richard | 0.8 | Review draft subpoena for McAlary litigation at the request of Counsel. |
| 18 | 5/22/2024 | Tucker, Michael | 0.7 | Review status of Bitaccess and Bitcoin Depot litigations for coordination with Debtor Counsel. |
| 18 | 5/22/2024 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: Bitaccess and Bitcoin Depot litigation discovery. |
| 18 | 5/23/2024 | Tucker, Michael | 1.2 | Participate in call with Debtor's litigation Counsel re: Bitaccess and Bitcoin Depot litigations. |
| 18 | 5/23/2024 | Tucker, Michael | 0.5 | Participate in call with S&K re: McAlary litigation status and coordination. |
| 18 | 5/23/2024 | Halevy, Richard | 1.2 | Participate in call with Debtor's litigation Counsel re: Bitaccess and Bitcoin Depot litigations. |
| 18 | 5/23/2024 | Halevy, Richard | 0.4 | Correspond with Debtor re: Bitcoin Depot discovery. |
| 18 | 5/28/2024 | Halevy, Richard | 0.4 | Review defendant's deposition questions re: Bitaccess litigation. |
| 18 | 5/28/2024 | Halevy, Richard | 1.2 | Assist Debtor with Bitaccess arbitration discovery at the request of Counsel. |
| 18 | 5/28/2024 | Halevy, Richard | 0.3 | Review correspondence from Debtor's Canadian Counsel re: document production. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD MAY 1, 2024 TO MAY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 5/29/2024 | Tucker, Michael | 0.9 | Assist Debtor with Bitaccess arbitration discovery at the request of Counsel. |
| 18 | 5/29/2024 | Halevy, Richard | 1.6 | Assist Counsel in preparing responses to Bitaccess interrogatories. |
| 18 | 5/29/2024 | Halevy, Richard | 0.4 | Correspond with Debtor re: Bitaccess interrogatory responses. |
| 18 | 5/30/2024 | Tucker, Michael | 1.2 | Participate in call with Debtor re: Bitaccess interrogatory responses. |
| 18 | 5/30/2024 | Halevy, Richard | 1.2 | Participate in call with Debtor re: Bitaccess interrogatory responses. |
| 18 | 5/30/2024 | Halevy, Richard | 2.0 | Assist Counsel in preparation of responses to Bitaccess interrogatories and document requests. |
| 18 | 5/30/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Province re: Bitaccess interrogatory responses. |
| 18 | 5/30/2024 | Halevy, Richard | 1.5 | Review draft responses to Bitaccess interrogatories at the request of Counsel. |
| 18 | 5/30/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess interrogatory responses. |
| 18 | 5/31/2024 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: status of Bitaccess interrogatory responses. |
| 18 | 5/31/2024 | Halevy, Richard | 0.7 | Assist Counsel in preparation of responses to Bitaccess interrogatories and document requests. |
| 18 | 5/31/2024 | Halevy, Richard | 0.3 | Correspond with Debtor re: Bitaccess interrogatory responses. |
| 18 | 5/31/2024 | Halevy, Richard | 0.3 | Correspond with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 5/31/2024 | Halevy, Richard | 0.5 | Prepare update to FTI team re: call with Canadian counsel on Bitaccess discovery update. |
| 18 | 5/31/2024 | Halevy, Richard | 1.1 | Participate in call with Debtor's Canadian Counsel re: Bitaccess interrogatory responses. |
| 18 | 5/31/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Jimmerson Law Firm re: Bitcoin Depot litigation. |
| 18 | 5/31/2024 | Halevy, Richard | 2.1 | Assist Debtor with document production for Bitaccess litigation. |
| **18 Total** | | | **36.5** | |
| 19 | 5/2/2024 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: case updates. |
| 19 | 5/7/2024 | Halevy, Richard | 0.3 | Review latest docket filings and case updates. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD MAY 1, 2024 TO MAY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 5/29/2024 | Halevy, Richard | 1.3 | Prepare work plan to address case issues. |
| **19 Total** | | | **1.8** | |
| 24 | 5/15/2024 | Halevy, Richard | 2.5 | Prepare March 2024 fee application. |
| 24 | 5/16/2024 | Halevy, Richard | 1.3 | Review March 2024 fee application. |
| 24 | 5/21/2024 | Halevy, Richard | 2.1 | Prepare April 2024 fee application. |
| **24 Total** | | | **5.9** | |
| **Grand Total** | | | **59.0** | |