Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee*
*of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 1, 2024 THROUGH JUNE 30, 2024**<br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>June 1, 2024, through June 30, 2024<br><br>$17,056.00 (80% of $21,320.00)<br><br>$0.00 (100% of expenses) |

1    FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official

2  Committee of Unsecured Creditors (the "Committee"), hereby submits its Sixteenth Interim

3  Monthly Fee Statement (the "Statement") for allowance and payment of compensation for

4  professional services rendered and for reimbursement of actual and necessary expenses incurred

5  for the period commencing June 1, 2024, through June 30, 2024 (the "Fee

6  Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a)*

7  *and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim*

8  *Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the

9  "Interim Compensation Procedures Order").

10    By this Statement, FTI requests allowance and payment of $17,056.00 (representing

11  80% of the $21,320.00 in fees incurred) as compensation for professional services rendered to

12  the Committee during the Fee Period and allowance and payment of $0.00 (representing

13  100% of expenses incurred) as reimbursement for actual and necessary expenses

14  incurred by FTI Consulting, Inc. during the Fee Period.

15    Attached hereto as **Exhibit A** is the name of each professional at FTI who performed

16  services for the Committee in connection with these Chapter 11 Cases during the Fee Period

17  covered by this Fee Statement and the hourly rate and total fees for each professional. Attached

18  hereto as **Exhibit B** is a summary of hours during the Fee Period by task.  Attached hereto

19  as **Exhibit C** are the detailed time entries for the Fee Period.

20    Some fees and expenses may not be included in this Statement due to delays in the

21  accounting and processing of certain fees and expenses during the Fee Period.  FTI reserves all

22  rights to seek further allowance of such fees and expenses not set forth herein.

23    In accordance with the proposed Interim Compensation Procedures Order, objections to

24  this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration

25  of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the

26  disbursements requested in this Statement, except such fees or disbursements as to which an

1 | objection has been served.

2 | DATED this 27th day of August 2024.

3 | FTI Consulting, Inc.

By: _/s/ Michael Tucker_

5 | Michael Tucker
6 | 4835 East Cactus Road, Suite 230
7 | Scottsdale, AZ 85254
8 | michael.tucker@fticonsulting.com

*Financial Advisor for Official Committee*
9 | *of Unsecured Creditors*

10

11

12 | Respectfully submitted by:

13 | McDONALD CARANO LLP

14 | */s/ Ryan J. Works*
Ryan J. Works, Esq (NSBN 9224)
15 | Amanda M. Perach, Esq (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
16 | Las Vegas, Nevada 89102
17 | rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

18 |
*Counsel for Official Committee*
19 | *of Unsecured Creditors*

20

21

22

23

24

25

26

27

28

# Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JUNE 1, 2024 TO JUNE 30, 2024**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 6.5 | $ 4,225.00 |
| Halevy, Richard | Director | 650 | 26.3 | 17,095.00 |
| **TOTAL** | | | **32.8** | **$ 21,320.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JUNE 1, 2024 TO JUNE 30, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 9.5 | $ 6,175.00 |
| 10 | Analysis of Tax Issues | 0.2 | 130.00 |
| 17 | Wind Down Monitoring | 4.6 | 2,990.00 |
| 18 | Potential Avoidance Actions & Litigation | 17.6 | 11,440.00 |
| 19 | Case Management | 0.9 | 585.00 |
| **GRAND TOTAL** | | **32.8** | **$ 21,320.00** |

# Exhibit   C

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD JUNE 1, 2024 TO JUNE 30, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 6/4/2024 | Tucker, Michael | 0.2 | Review estate cash report from Powercoin. |
| 2 | 6/4/2024 | Tucker, Michael | 0.7 | Participate in call with FTI team re: cash collection analysis. |
| 2 | 6/4/2024 | Tucker, Michael | 0.2 | Review analysis re: cash collection report. |
| 2 | 6/4/2024 | Tucker, Michael | 0.1 | Review correspondence from FTI team re: cash collections. |
| 2 | 6/4/2024 | Tucker, Michael | 0.6 | Participate in call with Powercoin re: cash collection process. |
| 2 | 6/4/2024 | Halevy, Richard | 0.6 | Participate in call with Powercoin re: cash collection process. |
| 2 | 6/4/2024 | Halevy, Richard | 1.0 | Prepare analysis re: Powercoin cash collection process. |
| 2 | 6/4/2024 | Halevy, Richard | 0.7 | Participate in call with FTI team re: cash collection analysis. |
| 2 | 6/4/2024 | Halevy, Richard | 0.5 | Prepare analysis re: Powercoin cash collection process. |
| 2 | 6/4/2024 | Halevy, Richard | 0.9 | Prepare update for all professionals re: cash collection process. |
| 2 | 6/6/2024 | Tucker, Michael | 0.1 | Review correspondence from Powercoin re: cash collections. |
| 2 | 6/7/2024 | Halevy, Richard | 1.1 | Prepare analysis re: Powercoin cash collection report. |
| 2 | 6/10/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor re: cash collection questions. |
| 2 | 6/12/2024 | Halevy, Richard | 0.5 | Prepare analysis re: cash collection report from Powercoin. |
| 2 | 6/18/2024 | Tucker, Michael | 0.7 | Review estate cash report from Powercoin. |
| 2 | 6/18/2024 | Tucker, Michael | 0.6 | Participate in call with Powercoin re: cash collection process. |
| 2 | 6/27/2024 | Halevy, Richard | 0.5 | Review latest cash collection report provided by Powercoin. |
| 2 | 6/28/2024 | Halevy, Richard | 0.3 | Review correspondence from Powercoin re: cash collection update. |
| **2 Total** | | | **9.5** | |
| 10 | 6/27/2024 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: Debtor's ERC claim. |
| **10 Total** | | | **0.2** | |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD JUNE 1, 2024 TO JUNE 30, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 6/3/2024 | Halevy, Richard | 0.2 | Correspond with Debtor re: wind-down matters. |
| 17 | 6/5/2024 | Tucker, Michael | 0.6 | Participate in call with Debtor re: wind-down matters. |
| 17 | 6/5/2024 | Halevy, Richard | 0.6 | Participate in call with Debtor re: wind-down matters. |
| 17 | 6/5/2024 | Halevy, Richard | 0.2 | Prepare for call with Debtor re: wind-down matters. |
| 17 | 6/12/2024 | Tucker, Michael | 0.7 | Participate in call with Debtor re: wind-down matters. |
| 17 | 6/12/2024 | Halevy, Richard | 0.3 | Prepare for call with Debtor re: wind-down matters. |
| 17 | 6/12/2024 | Halevy, Richard | 0.7 | Participate in call with Debtor re: wind-down matters. |
| 17 | 6/26/2024 | Tucker, Michael | 0.5 | Participate in call with Debtor re: wind-down matters. |
| 17 | 6/26/2024 | Halevy, Richard | 0.3 | Prepare for call with Debtor re: wind-down matters. |
| 17 | 6/26/2024 | Halevy, Richard | 0.5 | Participate in call with Debtor re: wind-down matters. |
| **17 Total** | | | **4.6** | |
| 18 | 6/3/2024 | Halevy, Richard | 0.4 | Correspond with Debtor re: Bitaccess arbitration interrogatories. |
| 18 | 6/3/2024 | Halevy, Richard | 2.0 | Assist Debtor with Bitaccess arbitration discovery at the request of Counsel. |
| 18 | 6/3/2024 | Halevy, Richard | 0.8 | Review McAlary deposition transcript from Bitaccess litigation. |
| 18 | 6/3/2024 | Halevy, Richard | 0.3 | Correspond with Debtor's Canadian Counsel re: Bitaccess arbitration interrogatories. |
| 18 | 6/4/2024 | Halevy, Richard | 0.5 | Correspond with Debtor's Canadian Counsel re: Bitaccess litigation interrogatory responses. |
| 18 | 6/5/2024 | Tucker, Michael | 0.2 | Review correspondence from FTI team re: Bitaccess litigation status. |
| 18 | 6/5/2024 | Halevy, Richard | 2.0 | Assist Counsel in preparation of responses to Bitaccess interrogatories and document requests. |
| 18 | 6/5/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 6/5/2024 | Halevy, Richard | 1.4 | Assist Debtor with document production for Bitaccess litigation. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD JUNE 1, 2024 TO JUNE 30, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 6/5/2024 | Halevy, Richard | 0.7 | Participate in call with Debtor's Canadian Counsel re: Bitaccess litigation interrogatory responses. |
| 18 | 6/5/2024 | Halevy, Richard | 0.1 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 6/6/2024 | Tucker, Michael | 0.1 | Review correspondence from Fox Rothschild re: litigation coordination. |
| 18 | 6/6/2024 | Tucker, Michael | 0.5 | Review draft responses to Bitaccess interrogatories at the request of Counsel. |
| 18 | 6/6/2024 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: Bitaccess interrogatory responses. |
| 18 | 6/6/2024 | Halevy, Richard | 0.8 | Review McAlary deposition transcript from Bitaccess litigation. |
| 18 | 6/6/2024 | Halevy, Richard | 0.3 | Review finalized responses to Bitaccess interrogatories. |
| 18 | 6/6/2024 | Halevy, Richard | 0.9 | Review and comment on draft responses to Bitaccess interrogatory responses at the request of counsel. |
| 18 | 6/7/2024 | Tucker, Michael | 0.4 | Participate in call with Fox Rothschild re: litigation coordination. |
| 18 | 6/10/2024 | Halevy, Richard | 1.2 | Review McAlary deposition transcript from Bitaccess litigation. |
| 18 | 6/11/2024 | Halevy, Richard | 1.2 | Continue to review McAlary deposition transcript from Bitaccess litigation. |
| 18 | 6/12/2024 | Tucker, Michael | 0.2 | Prepare correspondence to Jimmerson Law Firm re: Bitcoin depot litigation status. |
| 18 | 6/17/2024 | Tucker, Michael | 0.1 | Prepare correspondence to Jimmerson Law Firm re: Bitcoin depot litigation status. |
| 18 | 6/26/2024 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: Bitaccess arbitration updates. |
| 18 | 6/27/2024 | Halevy, Richard | 1.5 | Review McAlary deposition and motion to compel answers in Bitaccess arbitration. |
| 18 | 6/27/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 6/27/2024 | Halevy, Richard | 0.5 | Review draft response to motion to compel from Counsel. |
| 18 | 6/27/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: supporting documents for Bitaccess litigation. |
| **18 Total** | | | **17.6** | |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD JUNE 1, 2024 TO JUNE 30, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 6/12/2024 | Halevy, Richard | 0.5 | Prepare workplan to address case issues. |
| 19 | 6/13/2024 | Halevy, Richard | 0.4 | Review latest docket filings and case updates. |
| **19 Total** | | | **0.9** | |
| **Grand Total** | | | **32.8** | |