1  Ryan J. Works, Esq. (NSBN 9224)
   Amanda M. Perach, Esq. (NSBN 12399)
2  McDONALD CARANO LLP
   2300 West Sahara Avenue, Suite 1200
3  Las Vegas, Nevada 89102
   Telephone: (702) 873-4100
4  rworks@mcdonaldcarano.com
   aperach@mcdonaldcarano.com
5
   John R. Ashmead, Esq.
6  Robert J. Gayda, Esq.
   Catherine V. LoTempio, Esq.
7  Andrew J. Matott, Esq.
   (*pro hac vice applications granted*)
8  SEWARD & KISSEL LLP
   One Battery Park Plaza
9  New York, NY 10004
   Telephone: (212) 574-1200
10 ashmead@sewkis.com
   gayda@sewkis.com
11 lotempio@sewkis.com
   matott@sewkis.com
12
   *Counsel for Official Committee*
13 *of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2024 THROUGH JULY 31, 2024**<br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>July 1, 2024, through July 31, 2024<br><br>$27,768.00 (80% of $34,710.00)<br><br>$0.00 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Seventeenth Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing July 1, 2024, through July 31, 2024 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $27,768.00 (representing 80% of the $34,710.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $0.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task.  Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period.  FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

1 | objection has been served.

2 | DATED this 27th day of August 2024.

FTI Consulting, Inc.

By: */s/ Michael Tucker*
Michael Tucker
4835 East Cactus Road, Suite 230
Scottsdale, AZ 85254
michael.tucker@fticonsulting.com

*Financial Advisor for Official Committee of Unsecured Creditors*

Respectfully submitted by:

McDONALD CARANO LLP

*/s/ Ryan J. Works*
Ryan J. Works, Esq (NSBN 9224)
Amanda M. Perach, Esq (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee of Unsecured Creditors*

# Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JULY 1, 2024 TO JULY 31, 2024**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Tucker, Michael | Sr Managing Dir | $ 650 | 7.8 | $ 5,070.00 |
| Halevy, Richard | Director | 650 | 45.6 | 29,640.00 |
| **TOTAL** | | | **53.4** | **$ 34,710.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JULY 1, 2024 TO JULY 31, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 13.4 | 8,710.00 |
| 6 | Asset Sales & Recoveries | 0.3 | 195.00 |
| 11 | Prepare for and Attend Court Hearings | 0.5 | 325.00 |
| 17 | Wind Down Monitoring | 4.3 | 2,795.00 |
| 18 | Potential Avoidance Actions & Litigation | 30.5 | 19,825.00 |
| 19 | Case Management | 0.9 | 585.00 |
| 24 | Preparation of Fee Application | 3.5 | 2,275.00 |
| | **GRAND TOTAL** | **53.4** | **$ 34,710.00** |

# Exhibit C

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD JULY 1, 2024 TO JULY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 7/1/2024 | Halevy, Richard | 0.3 | Review latest cash collection report provided by Powercoin. |
| 2 | 7/2/2024 | Halevy, Richard | 0.7 | Participate in call with Powercoin re: cash collections. |
| 2 | 7/2/2024 | Halevy, Richard | 0.9 | Prepare reconciliation re: Powercoin cash collection schedule. |
| 2 | 7/2/2024 | Halevy, Richard | 2.1 | Update reconciliation re: Powercoin cash collection schedule. |
| 2 | 7/8/2024 | Halevy, Richard | 1.2 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 7/10/2024 | Halevy, Richard | 0.6 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 7/15/2024 | Halevy, Richard | 0.7 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 7/16/2024 | Halevy, Richard | 0.7 | Review latest estate cash report from Powercoin and prepare questions for call. |
| 2 | 7/16/2024 | Halevy, Richard | 0.7 | Participate in call with Powercoin re: cash collections. |
| 2 | 7/19/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Fox Rothschild re: Powercoin cash collections. |
| 2 | 7/23/2024 | Halevy, Richard | 1.0 | Prepare draft demand letter for cash collection process. |
| 2 | 7/24/2024 | Tucker, Michael | 0.5 | Participate in call with FTI team re: Debtor estate liquidity. |
| 2 | 7/24/2024 | Halevy, Richard | 0.5 | Participate in call with FTI team re: Debtor estate liquidity. |
| 2 | 7/24/2024 | Halevy, Richard | 1.9 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 7/26/2024 | Halevy, Richard | 0.9 | Prepare analyis re: professional fees in connection with estate liquidity. |
| 2 | 7/30/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Province re: potential estate recovery. |
| 2 | 7/31/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Fox Rothschild re: Powercoin cash collections. |
| **2 Total** | | | **13.4** | |
| 6 | 7/29/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: sale proceeds escrow reconciliation. |
| **6 Total** | | | **0.3** | |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD JULY 1, 2024 TO JULY 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 11 | 7/11/2024 | Halevy, Richard | 0.5 | Listen into status hearing re: McAlary adversary proceeding and update team re: same. |
| **11 Total** | | | **0.5** | |
| 17 | 7/3/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: wind-down matters. |
| 17 | 7/5/2024 | Halevy, Richard | 0.2 | Review correspondence from Debtor re: wind-down matters. |
| 17 | 7/10/2024 | Tucker, Michael | 0.9 | Participate in call with Debtor re: wind-down matters. |
| 17 | 7/10/2024 | Halevy, Richard | 0.4 | Prepare for call with Debtor re: wind-down matters. |
| 17 | 7/10/2024 | Halevy, Richard | 0.9 | Participate in call with Debtor re: wind-down matters. |
| 17 | 7/15/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: wind-down matters. |
| 17 | 7/24/2024 | Tucker, Michael | 0.3 | Participate in call with Debtor re: wind-down matters. |
| 17 | 7/24/2024 | Halevy, Richard | 0.3 | Participate in call with Debtor re: wind-down matters. |
| 17 | 7/31/2024 | Halevy, Richard | 0.4 | Participate in call with Debtor re: wind-down matters. |
| 17 | 7/31/2024 | Halevy, Richard | 0.3 | Prepare for call with Debtor re: wind-down matters. |
| **17 Total** | | | **4.3** | |
| 18 | 7/8/2024 | Halevy, Richard | 0.6 | Review arbitrator ruling on motions to compel re: Bitaccess arbitration. |
| 18 | 7/9/2024 | Halevy, Richard | 1.6 | Review Debtor documents for support re: Bitaccess arbitration. |
| 18 | 7/9/2024 | Halevy, Richard | 0.2 | Review correspondence from Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 7/10/2024 | Tucker, Michael | 0.6 | Review supporting documents for Bitaccess litigation damages. |
| 18 | 7/10/2024 | Halevy, Richard | 0.9 | Respond to Counsel request re: Bitaccess arbitration. |
| 18 | 7/10/2024 | Halevy, Richard | 0.5 | Review damages analysis re: Bitaccess litigation. |
| 18 | 7/10/2024 | Halevy, Richard | 0.5 | Review supporting documents for Bitaccess litigation damages. |
| 18 | 7/11/2024 | Tucker, Michael | 0.7 | Prepare for call with Fox Rothschild and Debtor's Canadian Counsel re: Bitaccess arbitration expert report. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD JULY 1, 2024 TO JULY 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 7/11/2024 | Tucker, Michael | 1.0 | Participate in call with Fox Rothschild and Debtor's Canadian Counsel re: Bitaccess arbitration expert report. |
| 18 | 7/11/2024 | Halevy, Richard | 0.2 | Correspond with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 7/11/2024 | Halevy, Richard | 1.0 | Participate in call with Fox Rothschild and Debtor's Canadian Counsel re: Bitaccess arbitration expert report. |
| 18 | 7/11/2024 | Halevy, Richard | 0.7 | Review documentation produced by KSG re: adversary proceeding. |
| 18 | 7/11/2024 | Halevy, Richard | 0.6 | Prepare for call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 7/12/2024 | Tucker, Michael | 0.7 | Review documentation re: Cole Kepro litigation in connection with settlement payout. |
| 18 | 7/12/2024 | Halevy, Richard | 0.3 | Review docket filings in connection with Cole Kepro litigation settlement. |
| 18 | 7/15/2024 | Halevy, Richard | 0.4 | Review documentation in connection with Cole Kepro settlement. |
| 18 | 7/15/2024 | Halevy, Richard | 0.2 | Correspond with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 7/16/2024 | Halevy, Richard | 0.8 | Participate in call with Debtor's Canadian Counsel re: Bitaccess expert report. |
| 18 | 7/16/2024 | Halevy, Richard | 0.5 | Prepare questions list for expert re: Bitaccess arbitration. |
| 18 | 7/16/2024 | Halevy, Richard | 0.2 | Prepare for call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 7/16/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: Cole Kepro settlement. |
| 18 | 7/19/2024 | Halevy, Richard | 0.3 | Review correspondence from Counsel re: Cole Kepro settlement and surcharge ruling status. |
| 18 | 7/22/2024 | Tucker, Michael | 0.1 | Participate in call with Seward & Kissel ("S&K") re: McAlary adversary proceeding. |
| 18 | 7/22/2024 | Halevy, Richard | 0.2 | Review correspondence from S&K re: McAlary litigation. |
| 18 | 7/24/2024 | Tucker, Michael | 0.5 | Participate in call with S&K re: McAlary adversary proceeding. |
| 18 | 7/24/2024 | Tucker, Michael | 0.2 | Prepare correspondence to Fox Rothschild re: KSG adversary proceeding. |
| 18 | 7/24/2024 | Tucker, Michael | 0.5 | Participate in call with FTI team re: Bitaccess arbitration expert report. |
| 18 | 7/24/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD JULY 1, 2024 TO JULY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 7/24/2024 | Halevy, Richard | 0.5 | Participate in call with FTI team re: Bitaccess arbitration expert report. |
| 18 | 7/24/2024 | Halevy, Richard | 0.8 | Prepare damages analysis re: Bitcoin Depot litigation. |
| 18 | 7/24/2024 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: Bitaccess arbitration. |
| 18 | 7/24/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Fox Rothschild re: KSG adversary proceeding. |
| 18 | 7/25/2024 | Halevy, Richard | 1.1 | Prepare summary of supporting documents for Bitaccess litigation damages. |
| 18 | 7/25/2024 | Halevy, Richard | 3.8 | Review supporting documents for Bitaccess litigation damages at the request of Counsel. |
| 18 | 7/25/2024 | Halevy, Richard | 3.1 | Continue to review supporting documents for Bitaccess litigation damages at the request of Counsel. |
| 18 | 7/26/2024 | Tucker, Michael | 0.2 | Correspond with S&K re: McAlary adversary proceeding. |
| 18 | 7/26/2024 | Tucker, Michael | 0.8 | Participate in call with FTI team re: Bitaccess litigation supporting analysis. |
| 18 | 7/26/2024 | Tucker, Michael | 0.5 | Review analysis re: KSG adversary proceeding and correspond with Fox Rothschild re: same. |
| 18 | 7/26/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: Bitaccess arbitration. |
| 18 | 7/26/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Fox Rothschild re: KSG adversary proceeding. |
| 18 | 7/26/2024 | Halevy, Richard | 0.8 | Participate in call with FTI team re: Bitaccess litigation supporting analysis. |
| 18 | 7/26/2024 | Halevy, Richard | 0.2 | Participate in call with Fox Rothschild re: KSG adversary proceeding. |
| 18 | 7/26/2024 | Halevy, Richard | 0.6 | Review Bitaccess supporting documents re: conversion expenses. |
| 18 | 7/26/2024 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: Bitaccess damages analysis. |
| 18 | 7/29/2024 | Halevy, Richard | 0.3 | Review Bitcoin Depot financial reporting re: litigation. |
| 18 | 7/29/2024 | Halevy, Richard | 0.8 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 7/29/2024 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: Bitcoin Depot financial reporting in connection with litigation. |
| 18 | 7/30/2024 | Halevy, Richard | 0.8 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |
| **18 Total** | | | **30.5** | |
| 19 | 7/15/2024 | Tucker, Michael | 0.3 | Review case status and develop work plan. |
| 19 | 7/15/2024 | Halevy, Richard | 0.3 | Develop work plan to address case issues. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD JULY 1, 2024 TO JULY 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 7/31/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: work plan. |
| **19 Total** | | | **0.9** | |
| 24 | 7/8/2024 | Halevy, Richard | 2.0 | Prepare May 2024 fee application. |
| 24 | 7/8/2024 | Halevy, Richard | 1.5 | Prepare June 2024 fee application. |
| **24 Total** | | | **3.5** | |
| **Grand Total** | | | **53.4** | |