ROBERT A. MUSIALA, JR. ESQ.
BAKER & HOSTETLER LLP
One North Wacker Drive
Suite 3700
Chicago, IL 60606
Telephone: 312.416.6200
Facsimile: 312.416.6201
Email: rmusiala@bakerlaw.com

*Regulatory Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                        Debtor. | Case No.  BK-23-10423-mkn<br><br>Chapter 11<br><br>**DECLARATION OF ROBERT A. MUSIALA IN SUPPORT OF BAKER & HOSTETLER'S FINAL FEE APPLICATION FOR SERVICES RENDERED AND EXPENSES INCURRED FROM APRIL 1, 2023 THROUGH APRIL 30, 2024**<br><br>Hearing Date:    October 2, 2024<br>Hearing Time:   9:30 a.m. |

I, Robert A. Musiala, declare as follows:

1.      I am a member of Baker & Hostetler ("B&H" or "Applicant"), regulatory counsel to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Chapter 11 Case").

2.      B&H maintains offices at, among other locations: One North Wacker Drive, Suite 3700, Chicago, Illinois, 60606.

3.      Except as otherwise indicated herein, this Declaration is based upon my personal knowledge.  I am over the age of 18 and am mentally competent.  If called upon to testify, I would testify competently to the facts set forth in this Declaration.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1    4.    I make this Declaration in support of B&H's Final Fee Application for Services

2   Rendered and Expenses Incurred (the "Final Fee Application")[1] for the Period from April 1, 2023

3   through April 30, 2024 (the "Final Fee Period"), pursuant to the *Order Authorizing Retention and*

4   *Employment of Baker & Hostetler LLP as Regulatory Counsel to Debtor* [ECF No. 525] (the

5   "Retention Order") and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§*

6   *105(a) and 331, And Fed. R. Banker. P. 2016, Authorizing and Establishing Procedures for Interim*

7   *Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim

8   Compensation Procedures Order").

9    5.    B&H assisted Debtor in various regulatory compliance matters before state agencies

10   in relation to Debtor's money transmitter licensing status and related regulatory obligations at both

11   the state and federal level, and any other financial regulatory compliance and outside general counsel

12   services.

13    6.    I have reviewed the Final Fee Application, and the matters stated therein are true to

14   the best of my knowledge, information and belief.

15    7.    During the Final Fee Period, B&H's professionals have expended a total of 237.20

16   hours rendering professional services to or on behalf of the Debtor in connection with this Chapter

17   11 case, and have incurred the sum of $202,183.50 in fees and $511.68 in expenses, or a total of

18   $202,695.18 (the "Requested Compensation"). B&H's services for Debtor have concluded.

19    8.    Of the Requested Compensation, B&H received payment of $50,000.00 (the

20   "Retainer"), as authorized by the Retention Order. B&H applied the Retainer, subject to the required

21   holdback, to the April 2023 and May 2023 Monthly Fee Statements, with the balance of the

22   Requested Compensation remaining unpaid (ECF Docket Nos. 607 and 792, respectively). After

23   application of the Retainer, there is a remaining balance of $152,695.18 in Requested Compensation.

24    9.    B&H has endeavored to monitor and coordinate with the Debtor's counsel in this

25   Chapter 11 Case to ensure a clear delineation of each firm's respective roles in connection with the

26   representation of the Debtor in this Chapter 11 Case and to prevent duplication of services. The

27

28   _____

[1] Capitalized terms not defined herein shall have the meanings assigned to them in the Final
Fee Application.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4855-5885-7142.4

professional services performed and expenses incurred by B&H were actual and necessary to preserve and protect the value of the Debtor's assets and estate.

10. As noted, B&H submitted the Monthly Fee Statements in connection with its representation of the Debtor:

a. The April fee statement (the "April Statement") was for the period of April 4, 2023 through April 30, 2023 (ECF Docket No. 607). A Certificate of No Objection to the April Statement was filed with the Court on June 21, 2023 (ECF Docket No. 740).

b. The May fee statement (the "May Statement") was for the period of May 1, 2023 through May 31, 2023 (ECF Docket No. 792). A Certificate of No Objection to the May Statement was filed with the Court on August 2, 2023 (ECF Docket No. 1002).

c. The June fee statement (the "June Statement") was for the period of June 1, 2023 through June 30, 2023 (ECF Docket No. 1114). A Certificate of No Objection to the June Statement was filed with the Court on October 17, 2023 (ECF Docket No. 1391).

d. The combined July and August 2023 fee statement (the "July & August Statement") was for the combined period of July 1, 2023 through July 31, 2023 and August 1, 2023 through August 31, 2023 (ECF Docket No. 1245). A Certificate of No Objection to the July/August Statement was filed with the Court on October 6, 2023 (ECF Docket No. 1354).

e. B&H did not file a monthly fee statement for September 2023.

f. The October 2023 fee statement (the "October Statement") was for the period of October 1, 2023 through October 31, 2023 (ECF Docket No. 1528). A Certificate of No Objection to the October Statement was filed with the Court on January 4, 2023 (ECF Docket No. 1559).

g. B&H also incurred fees in the sum of $6,021.00 in the preparation of the instant Final Fee Application and exhibits in April 2024. No expenses were incurred in the preparation of the Final Fee Application. B&H requests said fees be considered and approved as part of the Final Fee Application.

See **Exhibits 1 & 2** hereto.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4855-5885-7142.4

11.     The hourly rates set forth in the Monthly Fee Statements and the April 2024 Invoice, attached hereto as **Exhibits 1 & 2**, are B&H's standard hourly rates for work of this nature.

12.     B&H's rates and fees are based on each professional's experience level and are set at a level designed to compensate B&H fairly for the work of its professionals and paraprofessionals and to cover fixed and routine overhead expenses.  B&H's hourly rates are comparable to the rates charged by other law firms across the country for comparable regulatory work, and B&H believes its rates are reasonable and justified in light of its professionals' experience and the complexity of the work involved.

13.     B&H performed services for or on behalf of Debtor during the Final Fee Period, and I believe such services were necessary and reasonable.  All services for which B&H requests compensation were performed for or on behalf of Debtor in furtherance of its duties under the Bankruptcy Code as debtor-in-possession.

14.     B&H respectfully submits that the Requested Compensation is fair and reasonable given (a) the complexity of the matters handled for Debtor during the pendency of the Chapter 11 Case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services in a case other than under this title.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed this 9th day of July 2024.

**BAKER & HOSTETLER LLP**

By: _____*/s/ Robert A. Musiala*_____
      Robert A. Musiala
      One North Wacker Drive
      Suite 3700
      Chicago, IL 60606
      Telephone: 312.416.6200
      Facsimile: 312.416.6201
      Email: rmusiala@bakerlaw.com

      *Regulatory Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4855-5885-7142.4

1    Respectfully submitted by:

2    **FOX ROTHSCHILD LLP**

3    By:    _/s/ Brett A. Axelrod_
4         BRETT A. AXELROD, ESQ.
         Nevada Bar No. 5859
5         1980 Festival Plaza Drive, Suite 700
         Las Vegas, Nevada 89135
6         *Counsel for Debtor*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4855-5885-7142.4

# EXHIBIT 1

ROBERT A. MUSIALA, JR. ESQ.
BAKER & HOSTETLER LLP
One North Wacker Drive
Suite 4500
Chicago, IL 60606
Telephone: 312.416.6200
Facsimile: 312.416.6201
Email: rmusiala@bakerlaw.com

*Regulatory Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No.  BK-23-10423-mkn |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| Debtor. | **BAKER & HOSTETLER'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM APRIL 4, 2023 THROUGH APRIL 30, 2023** |
| | Hearing Date:   N/A<br>Hearing Time:  N/A |

Baker & Hostetler ("B&H" or "Applicant"), regulatory counsel to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Chapter 11 Case"), respectfully submits this Monthly Fee Statement for Services Rendered and Expenses Incurred for the Period from April 4, 2023 through April 30, 2023 (the "Statement"), pursuant to the *Order Authorizing Retention and Employment of Baker & Hostetler LLP as Regulatory Counsel to Debtor* [ECF No. 525] (the "Retention Order") and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

FOX ROTHSCHILD LLP<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>(702) 262-6899<br>(702) 597-5503 (fax)

1    In support of this Statement, B&H respectfully represents as follows:

2    1.    B&H was retained as regulatory counsel to the Debtor pursuant to the Retention Order,

3    dated and entered on May 5, 2023.  On May 9, 2023, the Debtor paid B&H a retainer of $50,000.00

4    (the "Retainer") as authorized in the Retention Order.

5    2.    B&H has endeavored to monitor and coordinate with the Debtor's counsel in this

6    Chapter 11 Case to ensure a clear delineation of each firm's respective roles in connection with the

7    representation of the Debtor in this Chapter 11 Case and to prevent duplication of services. The

8    professional services performed and expenses incurred by B&H were actual and necessary to

9    preserve and protect the value of the Debtor's assets and estate.

10    3.    B&H hereby seeks allowance and payment of interim compensation for services

11    rendered and reimbursement of expenses incurred as Debtor's Court-authorized regulatory counsel

12    during the period commencing April 4, 2023 and ending April 30, 2023 (the "Statement Period").

13    4.    B&H has not submitted any prior applications for compensation in connection with

14    its representation of the Debtor.

15    5.    B&H seeks allowance and payment of interim compensation for fees in the amount

16    of $9,300.80, representing 80% of the $11,626.00 in fees incurred for services rendered during the

17    Statement Period.

18    6.    Attached hereto as Exhibit A is the name of each timekeeper who performed services

19    in connection with the Chapter 11 Case and the regulatory matters during the Statement Period, and

20    the hourly rate for each such timekeeper.

21    7.    Attached hereto as Exhibit B is a detailed schedule of time expended by the

22    timekeepers who performed services during the Statement Period and a detailed schedule of expenses

23    paid during the Statement Period.

24    8.    On the same date this Statement was filed, a copy of this Statement was served via

25    electronic mail/notice on the following parties (each a "Notice Party," and collectively the "Notice

26    Parties"):

27

28

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

146253540.1

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

    a.  Cash Cloud, Inc., 10190 Covington Cross Drive, Las Vegas, Nevada 89144 (Attn: Christopher Andrew McAlary; chris@coincloud.com);

    b.  Fox Rothschild, LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

    c.  United States Trustee Tracy Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

    d.  Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

    e.  Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com); counsel to DIP lender CKDL Credit, LLC;

    f.  Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

    g.  Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

    9.    Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "Objection Deadline"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

10. If no objections are raised on or before the Objection Deadline, Applicant shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the fees and 100 percent of the expenses incurred during the period covered by Applicant's Monthly Fee Application (the "Aggregate Monthly Amount"). Applicant shall draw down on the Retainer in the Aggregate Monthly Amount.

11. If an objection is properly filed before the Objection Deadline, Applicant shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "Undisputed Fees" and "Undisputed Expenses"), after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the Undisputed Fees and 100 percent of the Undisputed Expenses incurred during the period covered by Applicant's Monthly Fee Application (the "Aggregate Monthly Undisputed Amount"). Applicant shall draw down on the Retainer in the Aggregate Monthly Undisputed Amount.

12. Applicant acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses. At the conclusion of the Chapter 11 Case, Applicant will seek final allowance of the fees charged and expenses incurred for the entirety of the Chapter 11 Case, and any interim fees and expenses received during the course of the Chapter 11 Case will be credited against such fees and expenses that are allowed on a final basis.

///

///

///

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

146253540.1

4

13.     Neither Applicant nor any member of B&H has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of B&H, any portion of the fees or expenses to be awarded pursuant to this Statement.

Dated this 30th day of May 2023.

**BAKER & HOSTETLER LLP**

By: _____*/s/Robert A. Musiala*_____
    Robert A. Musiala
    One North Wacker Drive
    Suite 4500
    Chicago, IL 60606
    Telephone: 312.416.6200
    Facsimile: 312.416.6201
    Email: rmusiala@bakerlaw.com
    Michael A. Sabella
    45 Rockefeller Plaza
    New York, NY 10111
    (212) 589-4200
    msabella@bakerlaw.com

    *Regulatory Counsel for Debtor*

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: _____*/s/Brett A. Axelrod*_____
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

146253540.1

5

# EXHIBIT A

## Summary of B&H Professionals and Paraprofessionals

## April 4, 2023 through April 30, 2023

| Attorney | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Terry M. Brennan – Partner | $950.00 | .3 | $285.00 |
| Elyssa S. Kates – Counsel | $1,090.00 | 1.80 | $1,962.00 |
| Robert A. Musiala – Partner | $900.00 | 3.20 | $2,880.00 |
| Michael A. Sabella – Counsel | $970.00 | 6.70 | $6,499.00 |
| **Subtotal** | | 12.00 | $11,626.00 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

1

2

# EXHIBIT B

**Detailed Schedule of Time Expended by Professionals and Paraprofessionals**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

146253540.1

# BakerHostetler

Cash Cloud Inc.
D/B/A Coin Cloud
10190 Covington Cross Dr
Las Vegas, NV 89144

Invoice Date: 05/18/23
Invoice Number: 51148561
B&H File Number: 12918/128018/000001
Taxpayer ID Number: 34-0082025
Page 1

---

**Regarding:** **Regulatory Compliance Services**

For professional services rendered through April 30, 2023

**BALANCE FOR THIS INVOICE DUE BY 06/17/23** **$ 11,626.00**
**All amounts are in United States Dollars**

# Remittance Copy

**Please include this page with payment**

**Invoice No: 51148561**

**Firm Contact Information**

Katie Young
(312) 416-6226
kyoung@bakerlaw.com

| | |
|---|---|
| **Please Remit To:**<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH 44190-0189** | **FOR WIRE REMITTANCES:**<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No:** <br>**SWIFT Code:** |
| **Reference Invoice No:**<br>**51148561** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

Cash Cloud Inc.  
D/B/A Coin Cloud  
10190 Covington Cross Dr  
Las Vegas, NV 89144

Invoice Date: 05/18/23  
Invoice Number: 51148561  
B&H File Number: 12918/128018/000001  
Taxpayer ID Number: 34-0082025  
Page 2

**Regarding:** **Regulatory Compliance Services**

For professional services rendered through April 30, 2023

**Fees** $ **11,626.00**

**BALANCE FOR THIS INVOICE DUE BY 06/17/23 IN USD** $ **11,626.00**

# Baker&Hostetler LLP

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston*
*Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington*

Cash Cloud Inc.

Invoice Date: 05/18/23
Invoice Number: 51148561
Matter Number: 128018.000001
Page 3

**Regarding:**      **Regulatory Compliance Services**

Matter Number:      128018.000001

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Brennan, Terry M. | 0.30 | $  950.00 | $        285.00 |
| Musiala, Robert A. | 3.20 | 900.00 | 2,880.00 |
| Kates, Elyssa S. | 1.80 | 1,090.00 | 1,962.00 |
| Sabella, Michael A. | 6.70 | 970.00 | 6,499.00 |
| **Total** | **12.00** | | **$    11,626.00** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 04/04/23 | Brennan, Terry M. | Attend to Ohio license issues. | 0.30 | 285.00 |
| 04/19/23 | Sabella, Michael A. | Work on revisions and edits to draft application for retention, verified statement, and proposed order in connection with firm retention. | 2.80 | 2,716.00 |
| 04/19/23 | Sabella, Michael A. | Correspondence with Debtor's counsel regarding draft paperwork in connection with retention and questions and issues relating to same. | 0.20 | 194.00 |
| 04/20/23 | Sabella, Michael A. | Phone call with counsel for Debtors regarding retention in bankruptcy case and application in connection with same. | 0.20 | 194.00 |
| 04/20/23 | Sabella, Michael A. | Work on edits and revisions to verified statement, application, and conflicts disclosure in connection with retention. | 2.20 | 2,134.00 |
| 04/21/23 | Kates, Elyssa S. | Preparation of retention application and verified statement of Mr. Musiala. | 1.10 | 1,199.00 |
| 04/21/23 | Kates, Elyssa S. | Correspondence with Mr. Majkut regarding conflicts issues. | 0.10 | 109.00 |
| 04/21/23 | Kates, Elyssa S. | Call with Mr. Majkut and Mr. Marraro regarding potential conflicts issues with | 0.30 | 327.00 |

**Baker&Hostetler** LLP

Cash Cloud Inc.

Invoice Date:                05/18/23
Invoice Number:            51148561
Matter Number:      128018.000001
Page 4

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Baker & Hostetler LLP's retention in the case. | | |
| 04/21/23 | Kates, Elyssa S. | Correspondence with Mr. Musiala regarding the retention application. | 0.20 | 218.00 |
| 04/21/23 | Kates, Elyssa S. | Correspondence with Mr. Musiala, Ms. Chlum, Ms. Noll, Ms. Axlerod and Mr. Sabella regarding Baker & Hostetler LLP's retention application. | 0.10 | 109.00 |
| 04/24/23 | Sabella, Michael A. | Work on finalizing papers in connection with retention and correspondence with Mr. Musiala and Debtors' counsel regarding same. | 0.40 | 388.00 |
| 04/26/23 | Musiala, Robert A. | Discuss regulatory issues with C McAlary and B Axelrod, review related documentation. | 0.90 | 810.00 |
| 04/26/23 | Sabella, Michael A. | Review Court order scheduling hearing on application to employ, and correspondence with Mr. Musiala regarding same. | 0.10 | 97.00 |
| 04/26/23 | Sabella, Michael A. | Correspondence with Mr. Musiala and Ms. Kates regarding issues relating to retention and regulatory matters for Debtor. | 0.50 | 485.00 |
| 04/26/23 | Sabella, Michael A. | Correspondence with Mr. Musiala regarding issues relating to retention and regulatory matters in connection with Debtor. | 0.30 | 291.00 |
| 04/27/23 | Musiala, Robert A. | Review documentation and internal notes related to FL OFR suspension order, draft and send email regarding same to B Axelrod, C McAlary. | 0.50 | 450.00 |
| 04/27/23 | Musiala, Robert A. | Draft and send email to FL OFR regarding suspension order and request to schedule meeting. | 0.40 | 360.00 |
| 04/27/23 | Musiala, Robert A. | Draft potential conflict waiver email for Coin Cloud and RockItCoin. | 0.50 | 450.00 |
| 04/28/23 | Musiala, Robert A. | Review FL OFR documentation, discuss with C McAlary and B Axelrod. | 0.90 | 810.00 |

Baker & Hostetler LLP

Atlanta       Chicago       Cincinnati      Cleveland       Columbus        Costa Mesa      Dallas        Denver       Houston
Los Angeles   New York      Orlando         Philadelphia    San Francisco   Seattle         Washington, DC  Wilmington

Cash Cloud Inc.

Invoice Date:                05/18/23
Invoice Number:          51148561
Matter Number:    128018.000001
Page 5

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | **Total** | | **12.00** | **11,626.00** |

Baker & Hostetler LLP

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston*
*Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington*

ROBERT A. MUSIALA, JR. ESQ.
BAKER & HOSTETLER LLP
One North Wacker Drive
Suite 4500
Chicago, IL 60606
Telephone: 312.416.6200
Facsimile: 312.416.6201
Email: rmusiala@bakerlaw.com

*Regulatory Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No.  BK-23-10423-mkn |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| Debtor. | **BAKER & HOSTETLER'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM MAY 1, 2023 THROUGH MAY 31, 2023** |
| | Hearing Date:   N/A<br>Hearing Time:  N/A |

Baker & Hostetler ("B&H" or "Applicant"), regulatory counsel to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Chapter 11 Case"), respectfully submits this Monthly Fee Statement for Services Rendered and Expenses Incurred for the Period from May 1, 2023 through May 31, 2023 (the "Statement"), pursuant to the *Order Authorizing Retention and Employment of Baker & Hostetler LLP as Regulatory Counsel to Debtor* [ECF No. 525] (the "Retention Order") and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

In support of this Statement, B&H respectfully represents as follows:

1.      B&H was retained a regulatory counsel to the Debtor pursuant to the Retention Order, dated and entered on May 5, 2023.  On May 9, 2023, the Debtor paid B&H a retainer of $50,000.00 (the "Retainer") as authorized in the Retention Order.

2.      B&H has endeavored to monitor and coordinate with the Debtor's counsel in this Chapter 11 Case to ensure a clear delineation of each firm's respective roles in connection with the representation of the Debtor in this Chapter 11 Case and to prevent duplication of services. The professional services performed and expenses incurred by B&H were actual and necessary to preserve and protect the value of the Debtor's assets and estate.

3.      B&H hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's Court-authorized regulatory counsel during the period commencing May 1, 2023 and ending May 31, 2023 (the "Statement Period").

4.      B&H submitted a prior application for compensation in connection with its representation of the Debtor for the period of April 4, 2023 through April 30, 2023 (ECF Docket No. 607) (the "April Statement").  A Certificate of No Objection to the April Statement was filed with the Court on June 21, 2023 (ECF Docket No. 740).

5.      For the Statement Period, B&H seeks allowance and payment of interim compensation for fees in the amount of $130,329.20, representing 80% of the $162,911.50 in fees incurred for services rendered during the Statement Period, and expenses in the amount of $511.68, representing 100% of the expenses incurred in connection with services rendered during the Statement Period.

6.      Attached hereto as Exhibit A is the name of each timekeeper who performed services in connection with the Chapter 11 Case and the regulatory matters during the Statement Period, and the hourly rate for each such timekeeper.

7.      Attached hereto as Exhibit B is a detailed schedule of time expended by the timekeepers who performed services during the Statement Period and a detailed schedule of expenses paid during the Statement Period.

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

8. On the same date this Statement was filed, a copy of this Statement was served via electronic mail/notice on the following parties (each a "Notice Party," and collectively the "Notice Parties"):

a. Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

b. Fox Rothschild, LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

c. United States Trustee Tracy Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

d. Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

e. Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com); counsel to DIP lender CKDL Credit, LLC;

f. Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law; counsel to Enigma Securities Limited; and

g. Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

147113103.1    3

9.      Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "Objection Deadline"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

10.     If no objections are raised on or before the Objection Deadline, Applicant shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the fees and 100 percent of the expenses incurred during the period covered by Applicant's Monthly Fee Application (the "Aggregate Monthly Amount"). Applicant shall draw down on the Retainer in the Aggregate Monthly Amount. To the extent that the Retainer is extinguished by payment in connection with the April Statement and this Statement, Debtor shall be authorized to pay to Applicant the balance of the Aggregate Monthly Amount as contemplated herein.

11.     If an objection is properly filed before the Objection Deadline, Applicant shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "Undisputed Fees" and "Undisputed Expenses"), after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the Undisputed Fees and 100 percent of the Undisputed Expenses incurred during the period covered by Applicant's Monthly Fee Application (the "Aggregate Monthly Undisputed Amount"). Applicant shall draw down on the Retainer in the Aggregate Monthly Undisputed Amount. To the extent that the Retainer is extinguished by payment in connection with the April Statement and this Statement, Debtor shall be authorized to pay to Applicant the balance of the Aggregate Monthly Undisputed Amount as contemplated herein.

12.     Applicant acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses.  At the conclusion of the Chapter 11 Case, Applicant will seek final allowance of the fees charged and expenses incurred for the entirety of the Chapter 11 Case, and any interim fees and expenses received during the course of the Chapter 11 Case will be credited against such fees and expenses that are allowed on a final basis.

13.     Neither Applicant nor any member of B&H has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of B&H, any portion of the fees or expenses to be awarded pursuant to this Statement.

Dated this 30th day of June 2023.

**BAKER & HOSTETLER LLP**

By:     _/s/Robert A. Musiala_
     Robert A. Musiala
     One North Wacker Drive
     Suite 4500
     Chicago, IL 60606
     Telephone: 312.416.6200
     Facsimile: 312.416.6201
     Email: rmusiala@bakerlaw.com
     Michael A. Sabella
     45 Rockefeller Plaza
     New York, NY 10111
     (212) 589-4200
     msabella@bakerlaw.com

*Regulatory Counsel for Debtor*

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:     _/s/Brett A. Axelrod_
     BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
     1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135
     *Counsel for Debtor*

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

147113103.1

# EXHIBIT A

## Summary of B&H Professionals and Paraprofessionals

### May 1, 2023 through May 30, 2023

| Attorney | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Jonathan A. Forman – Partner | $1,150.00 | 35.30 | $40,595.00 |
| Christopher W. Lamb - Associate | $500.00 | 21.20 | $10,600.00 |
| Robert A. Musiala – Partner | $900.00 | 64.20 | $57,780.00 |
| Veronica Reynolds – Associate | $725.00 | 66.10 | $47,922.50 |
| Michael A. Sabella – Counsel | $970.00 | 6.20 | $6,014.00 |
| **Subtotal** | | 193.00 | $162,911.50 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

147113103.1

1

# EXHIBIT B

**Detailed Schedule of Time Expended by Professionals and Paraprofessionals**

**and Detailed Schedule of Expenses Incurred**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

147113103.1

# BakerHostetler

| | |
|---|---|
| Cash Cloud Inc. | Invoice Date: 06/29/23 |
| D/B/A Coin Cloud | Invoice Number: 51163257 |
| 10190 Covington Cross Dr | B&H File Number: 12918/128018/000001 |
| Las Vegas, NV 89144 | Taxpayer ID Number: 34-0082025 |
| | Page 1 |

---

**Regarding:**             **Regulatory Compliance Services**

For professional services rendered through May 31, 2023

**BALANCE FOR THIS INVOICE DUE BY 07/29/23        $      163,423.18**
**All amounts are in United States Dollars**

# Remittance Copy

**Please include this page with payment**

**Invoice No:  51163257**

**Firm Contact Information**

Katie Young
(312) 416-6226
kyoung@bakerlaw.com

| | |
|---|---|
| Please Remit To: | FOR WIRE REMITTANCES: |
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, OH  44190-0189 | Account No: |
| | SWIFT Code: |
| | |
| Reference Invoice No: | Email the "Remittance Copy" to |
| 51163257 | bakerlockbox@bakerlaw.com |

# BakerHostetler

Cash Cloud Inc.
D/B/A Coin Cloud
10190 Covington Cross Dr
Las Vegas, NV 89144

Invoice Date:          06/29/23
Invoice Number:        51163257
B&H File Number:  12918/128018/000001
Taxpayer ID Number:      34-0082025
Page 2

**Regarding:**          **Regulatory Compliance Services**

For professional services rendered through May 31, 2023

| | | |
|---|---|---|
| **Fees** | $ | 162,911.50 |
| **Expenses and Other Charges** | | |
| **Automated Research (E106)** | | 511.68 |
| **Total Expenses** | $ | 511.68 |
| **BALANCE FOR THIS INVOICE DUE BY 07/29/23 IN USD** | $ | 163,423.18 |

## Baker & Hostetler LLP

*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Dallas     Denver     Houston*
*Los Angeles     New York     Orlando     Philadelphia     San Francisco     Seattle     Washington, DC     Wilmington*

Cash Cloud Inc.

Invoice Date: 06/29/23
Invoice Number: 51163257
Matter Number: 128018.000001
Page 3

**Regarding:**     **Regulatory Compliance Services**

Matter Number:     128018.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Forman, Jonathan A. | 35.30 | $1,150.00 | $ 40,595.00 |
| Musiala, Robert A. | 64.20 | 900.00 | 57,780.00 |
| Lamb, Christopher W. | 21.20 | 500.00 | 10,600.00 |
| Reynolds, Veronica | 66.10 | 725.00 | 47,922.50 |
| Sabella, Michael A. | 6.20 | 970.00 | 6,014.00 |
| **Total** | **193.00** | | **$ 162,911.50** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/23 | Musiala, Robert A. | Email communications with Florida Office of Financial Regulation. | 0.40 | 360.00 |
| 05/01/23 | Sabella, Michael A. | Prepare Supplemental Verified Statement in connection with application to employ by Debtor. | 0.80 | 776.00 |
| 05/01/23 | Sabella, Michael A. | Prepare Supplemental Disclosure form in connection with application for retention and supplemental verified statement regarding same. | 0.20 | 194.00 |
| 05/02/23 | Reynolds, Veronica | Analyze Florida statutes to confirm scope of license and exemption requirements and corresponding legal authorities. | 0.80 | 580.00 |
| 05/02/23 | Reynolds, Veronica | Analyze and summarize provisions within terms of use applicable to consent order. | 0.70 | 507.50 |
| 05/02/23 | Reynolds, Veronica | Analyze Florida consent order and factual and legal arguments regarding the same and summarize next steps for follow-up post call. | 1.10 | 797.50 |
| 05/02/23 | Sabella, Michael A. | Correspondence with Mr. Musiala regarding supplemental verified statement. | 0.10 | 97.00 |

**Baker&Hostetler LLP**

Cash Cloud Inc.

| | | |
|---|---|---|
| Invoice Date: | | 06/29/23 |
| Invoice Number: | | 51163257 |
| Matter Number: | | 128018.000001 |
| | | Page 4 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/03/23 | Forman, Jonathan A. | Review background materials to understand Florida Office of Financial Regulation's order and client's response strategy. | 1.00 | 1,150.00 |
| 05/03/23 | Musiala, Robert A. | Communications with C McAlary and B Axelrod regarding Florida Office of Financial Regulation suspension order. | 0.50 | 450.00 |
| 05/03/23 | Musiala, Robert A. | Review and analyze Florida Office of Financial Regulation suspension order and related materials. | 1.10 | 990.00 |
| 05/03/23 | Reynolds, Veronica | Analyze and summarize Florida complaint and related documents. | 1.40 | 1,015.00 |
| 05/04/23 | Musiala, Robert A. | Review disclosure filings, discuss with M Sabella. | 0.30 | 270.00 |
| 05/04/23 | Sabella, Michael A. | Correspondence with Debtor's counsel regarding supplemental verified statement and hearing. | 0.20 | 194.00 |
| 05/04/23 | Sabella, Michael A. | Discussion with Mr. Musiala regarding draft supplemental verified statement and revisions to same. | 0.30 | 291.00 |
| 05/08/23 | Musiala, Robert A. | Review Florida Office of Financial Regulation suspension order documentation. | 0.50 | 450.00 |
| 05/08/23 | Musiala, Robert A. | Update response letter to CKDL Credit LLC, send to C McAlary and B Axelrod for review. | 0.30 | 270.00 |
| 05/08/23 | Musiala, Robert A. | Draft Florida Office of Financial Regulation summary slide, send to C McAlary and B Axelrod for review. | 0.60 | 540.00 |
| 05/08/23 | Musiala, Robert A. | Review and update Florida Office of Financial Regulation internal talking points. | 0.80 | 720.00 |
| 05/09/23 | Forman, Jonathan A. | Review background materials on Florida Office of Financial Regulation consent order. | 1.60 | 1,840.00 |
| 05/09/23 | Forman, Jonathan A. | Review and reply to emails from Mr. | 0.50 | 575.00 |

Baker & Hostetler LLP

Cash Cloud Inc.
Case 23-10423-mkn    Doc 1765    Entered 08/30/24 18:16:30    Page 30 of 81

Invoice Date:        06/29/23
Invoice Number:      51163257
Matter Number:       128018.000001
Page 5

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Musiala and Ms. Reynolds regarding meeting slide and confidentiality protections. | | |
| 05/09/23 | Forman, Jonathan A. | Call with Mr. Musiala and Ms. Reynolds regarding meeting strategy with Florida Office of Financial Regulation. | 1.00 | 1,150.00 |
| 05/09/23 | Lamb, Christopher W. | Research Florida law and Statutes that protect information from disclosure similar to a FOIA request, including Florida's Sunshine law. | 1.80 | 900.00 |
| 05/09/23 | Musiala, Robert A. | Communications with C. Lamb regarding confidentiality research. | 0.40 | 360.00 |
| 05/09/23 | Musiala, Robert A. | Meet with C. McAlary, B. Axelrod, K. Naringahon, V. Reynolds to discuss Florida Office of Financial Regulation meeting, debrief with V Reynolds. | 1.50 | 1,350.00 |
| 05/09/23 | Musiala, Robert A. | Finalize materials for Florida Office of Financial Regulation meeting. | 2.80 | 2,520.00 |
| 05/09/23 | Musiala, Robert A. | Review Florida Office of Financial Regulation materials, discuss with J. Forman and V. Reynolds. | 1.00 | 900.00 |
| 05/09/23 | Musiala, Robert A. | Communications with client regarding information requests. | 0.50 | 450.00 |
| 05/09/23 | Reynolds, Veronica | Analyze scope of confidentiality communications under Florida law to facilitate research of C. Lamb. | 0.40 | 290.00 |
| 05/09/23 | Reynolds, Veronica | Confer with, and take notes during, Coin Cloud call and confer with R. Musiala regarding the same. | 1.50 | 1,087.50 |
| 05/09/23 | Reynolds, Veronica | Confer with R. Musiala and J. Forman regarding Coin Cloud Florida Office of Financial Regulation suspension order and administrative complaint. | 1.00 | 725.00 |
| 05/10/23 | Forman, Jonathan A. | Emails with team in preparation for meeting with Florida Florida Office of Financial Regulation. | 0.60 | 690.00 |

**Baker & Hostetler LLP**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/10/23 | Reynolds, Veronica | Analyze anti-money laundering policy of Cash Cloud for purposes of preparing for Florida Office of Financial Regulation meeting. | 0.20 | 145.00 |
| 05/10/23 | Reynolds, Veronica | Analyze and summarize legal authorities, to facilitate preparation for Coin Cloud Florida Office of Financial Regulation meeting. | 1.20 | 870.00 |
| 05/11/23 | Forman, Jonathan A. | Emails with Mr. Musiala, Ms. Reynolds, and Mr. Lamb regarding research. | 0.20 | 230.00 |
| 05/11/23 | Forman, Jonathan A. | Review analysis of Coingame order to advise Coin Cloud's Florida Office of Financial Regulation response. | 0.60 | 690.00 |
| 05/11/23 | Forman, Jonathan A. | Review Florida Office of Financial Regulation notes to advise on next steps. | 0.30 | 345.00 |
| 05/11/23 | Musiala, Robert A. | Meet with Florida Office of Financial Regulation, debrief with V. Reynolds. | 1.30 | 1,170.00 |
| 05/11/23 | Musiala, Robert A. | Review Florida Office of Financial Regulation materials and internal work product in preparation for meeting with Florida Office of Financial Regulation. | 2.20 | 1,980.00 |
| 05/11/23 | Reynolds, Veronica | Confer with M. Sabella regarding bankruptcy proceedings. | 0.20 | 145.00 |
| 05/11/23 | Reynolds, Veronica | Confer with, and take notes during call with, Florida Office of Financial Regulation. | 0.90 | 652.50 |
| 05/11/23 | Reynolds, Veronica | Analyze arguments and draft research points for associate team and draft preliminary letter outline for response to Florida Office of Financial Regulation. | 0.70 | 507.50 |
| 05/11/23 | Reynolds, Veronica | Analyze relevant materials related to Florida Office of Financial Regulation suspension order in order to revise letter outline. | 0.30 | 217.50 |
| 05/11/23 | Reynolds, Veronica | Confer with R. Musiala regarding response to Florida Office of Financial Regulation and analyze arguments for letter response | 0.40 | 290.00 |

Baker&Hostetler LLP

Cash Cloud Inc.
Case 23-10423-mkn    Doc 1765    Entered 06/30/23 01:36:30    Page 32 of 81
Invoice Date:          06/29/23
Invoice Number:        51163257
Matter Number:         128018.000001
Page 7

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | to Florida Office of Financial Regulation. | | |
| 05/11/23 | Sabella, Michael A. | Prepare write-up on bankruptcy filing and case for inclusion in letter to Florida regulatory authority. | 0.80 | 776.00 |
| 05/11/23 | Sabella, Michael A. | Review bankruptcy court filings for background on case filing and relevant dates for inclusion in response to Florida regulatory agency. | 0.60 | 582.00 |
| 05/11/23 | Sabella, Michael A. | Phone conference with Ms. Reynolds regarding letter responding to Florida state on regulatory matter. | 0.20 | 194.00 |
| 05/12/23 | Forman, Jonathan A. | Review correspondence order, and other background materials to advise client on responses. | 0.70 | 805.00 |
| 05/12/23 | Lamb, Christopher W. | Research regarding authorities that indicate whether unhosted cryptocurrency wallets qualify as an intermediaries in the context of money transmitter or money service business laws. | 2.30 | 1,150.00 |
| 05/12/23 | Reynolds, Veronica | Analyze Coin Cloud's defense posture and administrative response strategy. | 0.50 | 362.50 |
| 05/12/23 | Reynolds, Veronica | Summarize Florida Office of Financial Regulation suspension order and administrative complaint and questions of law. | 0.40 | 290.00 |
| 05/13/23 | Reynolds, Veronica | Summarize Coin Cloud's virtual currency product offerings for draft Florida Office of Financial Regulation letter. | 2.80 | 2,030.00 |
| 05/14/23 | Lamb, Christopher W. | Correspondence with Ms. Reynolds regarding the research on Florida law's definition of intermediaries. | 0.10 | 50.00 |
| 05/14/23 | Lamb, Christopher W. | Research regarding Florida law's definition of intermediaries and treatment of unhosted wallets by the Office of Financial Regulation. | 1.70 | 850.00 |
| 05/14/23 | Reynolds, Veronica | Continue to summarize Coin Cloud's virtual | 2.80 | 2,030.00 |

**Baker & Hostetler LLP**

Cash Cloud Inc.

Case 23-10423-mkn    Doc 1765    Entered 08/30/23 08:56:30    Page 33 of 81

Invoice Date:                06/29/23
Invoice Number:            51163257
Matter Number:      128018.000001
Page 8

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | currency product offerings for draft Florida Office of Financial Regulation letter. | | |
| 05/15/23 | Forman, Jonathan A. | Review memo outlining meeting with Florida Office of Financial Regulation to guide response strategy. | 0.40 | 460.00 |
| 05/15/23 | Forman, Jonathan A. | Call with team to discuss Florida Office of Financial Regulation response strategy. | 1.10 | 1,265.00 |
| 05/15/23 | Lamb, Christopher W. | Phone conference with Mr. Musiala, Mr. Forman and Ms. Reynolds regarding the drafting of a letter in response to the Florida Office of Financial Regulation. | 1.10 | 550.00 |
| 05/15/23 | Lamb, Christopher W. | Research regarding the use of intermediary throughout the Florida Statutes. | 0.10 | 50.00 |
| 05/15/23 | Musiala, Robert A. | Review and reply to emails from B Axelrod and K Naringahon regarding responses to state financial regulators. | 0.70 | 630.00 |
| 05/15/23 | Musiala, Robert A. | Meet with J Forman, V Reynolds, C Lamb to discuss Florida Office of Financial Regulation Response. | 1.10 | 990.00 |
| 05/15/23 | Reynolds, Veronica | Summarize Coin Cloud's virtual currency product offerings, research and analyze relevant points of law, and draft letter response to Florida Office of Financial Regulation regarding Suspension Order accordingly. | 1.50 | 1,087.50 |
| 05/15/23 | Reynolds, Veronica | Confer with R. Musiala, J. Forman and C. Lamb regarding Coin Cloud Florida Office of Financial Regulation response. | 1.10 | 797.50 |
| 05/16/23 | Forman, Jonathan A. | Review product description to advise on response to Florida Florida Office of Financial Regulation and provide comments to team. | 0.90 | 1,035.00 |
| 05/16/23 | Lamb, Christopher W. | Review Coin Cloud's website and terms of service and analyze the applicability of money transmitter licensure requirements to their services. | 1.90 | 950.00 |

Baker & Hostetler LLP

Cash Cloud Inc.

Invoice Date: 06/29/23
Invoice Number: 51163257
Matter Number: 128018.000001
Page 9

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/16/23 | Lamb, Christopher W. | Draft the Florida creditors exhibit for response to the Florida Office of Financial Regulation. | 0.40 | 200.00 |
| 05/16/23 | Lamb, Christopher W. | Analyze issues regarding the services offered by Coin Cloud and their classification under money transmitter laws. | 0.20 | 100.00 |
| 05/16/23 | Lamb, Christopher W. | Correspondence with Ms. Reynolds regarding the services offered by Coin Cloud and their classification under money transmitter laws. | 0.10 | 50.00 |
| 05/16/23 | Reynolds, Veronica | Summarize Coin Cloud's virtual currency product offerings, research and analyze relevant points of law, and draft letter response to Florida Office of Financial Regulation regarding Suspension Order accordingly. | 2.20 | 1,595.00 |
| 05/17/23 | Lamb, Christopher W. | Review the schedules to determine Florida creditors to incorporate into drafting an exhibit to Response Letter to Florida Office of Financial Regulation. | 2.10 | 1,050.00 |
| 05/17/23 | Reynolds, Veronica | Summarize customer disputes and draft opposition to facts as stated by Florida Office of Financial Regulation for letter. | 3.60 | 2,610.00 |
| 05/17/23 | Sabella, Michael A. | Review draft invoice relating to matter in connection with preparing fee application for filing. | 0.30 | 291.00 |
| 05/17/23 | Sabella, Michael A. | Prepare draft monthly application for fees and expenses in connection with firm representation of Debtor. | 1.30 | 1,261.00 |
| 05/18/23 | Musiala, Robert A. | Review CKDL Credit LLC contract dispute issues, discuss with A Noll. | 0.60 | 540.00 |
| 05/18/23 | Musiala, Robert A. | Draft letter response to CKDL Credit LLC attorneys, send to B Axelrod and A Noll for review. | 1.60 | 1,440.00 |
| 05/18/23 | Reynolds, Veronica | Revise letter draft and conduct additional research for response to Florida Office of Financial Regulation. | 2.80 | 2,030.00 |

**Baker & Hostetler LLP**

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston*
*Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*

Cash Cloud Inc.
Case 23-10423-mkn    Doc 1765    Entered 08/30/23 01:56:30    Page 35 of 81

Invoice Date:                06/29/23
Invoice Number:              51163257
Matter Number:               128018.000001
Page 10

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/19/23 | Forman, Jonathan A. | Review and edit draft facts section for Florida Office of Financial Regulation suspension order response. | 4.40 | 5,060.00 |
| 05/19/23 | Musiala, Robert A. | Discuss status of CKDL Credit LLC response letter and Florida Office of Financial Regulation response letter with C McAlary, K Naringahon, B Axelrod, V Reynolds. | 0.40 | 360.00 |
| 05/19/23 | Musiala, Robert A. | Review and update Florida Office of Financial Regulation response letter. | 1.40 | 1,260.00 |
| 05/19/23 | Musiala, Robert A. | Review and update draft letter to CKDL Credit LLC. | 2.80 | 2,520.00 |
| 05/19/23 | Reynolds, Veronica | Revise letter draft, summarize Coin Cloud Terms of Use and arguments supporting opposition to facts as stated by Florida Office of Financial Regulation. | 4.20 | 3,045.00 |
| 05/19/23 | Reynolds, Veronica | Take notes and confer with client. | 0.40 | 290.00 |
| 05/21/23 | Forman, Jonathan A. | Further review and edit draft facts section to response to Florida Office of Financial Regulation suspension order. | 2.50 | 2,875.00 |
| 05/21/23 | Musiala, Robert A. | Draft Florida Office of Financial Regulation response, send draft to C McAlary, K Naringahon, B Axelrod, J Forman for review. | 7.50 | 6,750.00 |
| 05/22/23 | Forman, Jonathan A. | Revise draft response to Florida Office of Financial Regulation suspension order. | 2.50 | 2,875.00 |
| 05/22/23 | Forman, Jonathan A. | Call with Mr. Musiala to discuss response to Florida Office of Financial Regulation suspension order | 0.30 | 345.00 |
| 05/22/23 | Forman, Jonathan A. | Conduct research to support response to Florida Office of Financial Regulation suspension order. | 2.00 | 2,300.00 |
| 05/22/23 | Lamb, Christopher W. | Revise the Florida Creditors Exhibit. | 0.40 | 200.00 |
| 05/22/23 | Musiala, Robert A. | Review and draft Florida Office of Financial | 0.90 | 810.00 |

**Baker&Hostetler LLP**

Cash Cloud Inc.

Case 23-10423-mkn    Doc 1765    Entered 08/30/24 16:36:30    Page 36 of 81

Invoice Date:                06/29/23
Invoice Number:              51163257
Matter Number:          128018.000001
                              Page 11

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Regulation response and communications with J. Forman regarding same. | | |
| 05/22/23 | Musiala, Robert A. | Discuss Florida Office of Financial Regulation response with A Noll. | 0.30 | 270.00 |
| 05/22/23 | Reynolds, Veronica | Research administrative and money services business laws, and relevant legislative history, and summarize relevant facts and law for inclusion in draft letter to Florida Office of Financial Regulation. | 3.80 | 2,755.00 |
| 05/23/23 | Forman, Jonathan A. | Revise draft response focusing on introduction and legal section. | 4.60 | 5,290.00 |
| 05/23/23 | Lamb, Christopher W. | Attend Teams Conference Call with Mr. Musiala, Ms. Naringahon, and Mr. McAlary regarding the Florida Office of Financial Regulation Draft Response. | 0.80 | 400.00 |
| 05/23/23 | Lamb, Christopher W. | Correspondence with Mr. Musiala regarding the Office of Financial Regulation Draft Response Letter teams conference. | 0.10 | 50.00 |
| 05/23/23 | Musiala, Robert A. | Draft Florida Office of Financial Regulation response. | 3.00 | 2,700.00 |
| 05/23/23 | Musiala, Robert A. | Meet with C McAlary, K Naringham and C Lamb to discuss draft Florida Office of Financial Regulation response. | 0.80 | 720.00 |
| 05/23/23 | Reynolds, Veronica | Analyze additional policy documentation provided by Coin Cloud, summarize factual allegations in Coin Cloud's suspension order, Coin Cloud customer refund narratives and Coin Cloud product and service offerings, for inclusion in Florida Office of Financial Regulation letter. | 4.30 | 3,117.50 |
| 05/23/23 | Reynolds, Veronica | Research administrative and summarize relevant money services business substantive and procedural provisions, and relevant legislative history, and summarize for inclusion in draft letter to Florida Office of Financial Regulation. | 3.10 | 2,247.50 |
| 05/24/23 | Forman, Jonathan A. | Review and edit draft response to Florida | 3.40 | 3,910.00 |

**Baker&Hostetler LLP**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | Office of Financial Regulation suspension order. | | |
| 05/24/23 | Forman, Jonathan A. | Call with Mr. Musiala regarding draft response to Florida Office of Financial Regulation suspension order. | 0.60 | 690.00 |
| 05/24/23 | Lamb, Christopher W. | Research what procedural relief Coin Cloud can seek regarding the Office of Financial Regulation Suspension Order. | 2.00 | 1,000.00 |
| 05/24/23 | Lamb, Christopher W. | Review and analyze the Emergency Suspension Order for factual arguments. | 1.50 | 750.00 |
| 05/24/23 | Lamb, Christopher W. | Review the Florida Creditor Exhibit for the Response Letter to the Florida Office of Financial Regulation. | 0.80 | 400.00 |
| 05/24/23 | Lamb, Christopher W. | Teams call with Mr. Musiala and Ms. Reynolds regarding the drafting of a response letter to Florida's Office of Financial Regulation. | 0.50 | 250.00 |
| 05/24/23 | Musiala, Robert A. | Discuss draft Florida Office of Financial Regulation response with J Forman. | 0.60 | 540.00 |
| 05/24/23 | Musiala, Robert A. | Discuss draft Florida Office of Financial Regulation response with V. Reynolds and C. Lamb. | 0.50 | 450.00 |
| 05/24/23 | Musiala, Robert A. | Draft Florida Office of Financial Regulation response. | 5.30 | 4,770.00 |
| 05/24/23 | Reynolds, Veronica | Revise Coin Cloud product and services summary, summarize applicable provisions of consumer terms of use, and anti-money laundering processes and procedures, for letter to Florida Office of Financial Regulation. | 2.70 | 1,957.50 |
| 05/24/23 | Reynolds, Veronica | Confer with R. Musiala and C. Lamb regarding Florida Office of Financial Regulation response and research concerning the same. | 0.50 | 362.50 |
| 05/25/23 | Musiala, Robert A. | Draft Florida Florida Office of Financial Regulation response. | 4.40 | 3,960.00 |

Baker & Hostetler LLP

Cash Cloud Inc.
Case 23-10423-mkn    Doc 1765    Entered 08/30/24 13:36:30    Page 38 of 81

Invoice Date: 06/29/23
Invoice Number: 51163257
Matter Number: 128018.000001
Page 13

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/25/23 | Reynolds, Veronica | Summarize applicable provisions of money services business laws, and judicial interpretation thereof, in Oregon to prepare for response to the Oregon Division of Financial Regulation and revise letter in its entirety. | 2.60 | 1,885.00 |
| 05/26/23 | Lamb, Christopher W. | Review and revise the Draft Response to the Florida Office of Financial Regulation. | 1.20 | 600.00 |
| 05/26/23 | Reynolds, Veronica | Analyze and summarize Florida Office of Financial Regulation's authority and powers, and statutory suspension order pleading standard, with regard to suspension order, and draft arguments in support of Coin Cloud for letter to Florida Office of Financial Regulation. | 4.10 | 2,972.50 |
| 05/26/23 | Reynolds, Veronica | Research and summarize relevant administrative money services business and administrative statutory law and judicial interpretation and money services business amendment legislative history for purposes of revising letter to Florida Office of Financial Regulation. | 2.30 | 1,667.50 |
| 05/27/23 | Reynolds, Veronica | Revise draft Florida Office of Financial Regulation letter pursuant to revision and comment from R. Musiala. | 3.50 | 2,537.50 |
| 05/28/23 | Forman, Jonathan A. | Review and edit draft letter responding to Florida Office of Financial Regulation suspension order. | 3.10 | 3,565.00 |
| 05/28/23 | Musiala, Robert A. | Draft Florida Office of Financial Regulation response. | 3.50 | 3,150.00 |
| 05/28/23 | Reynolds, Veronica | Conduct further research under Florida substantive and administrative rules, laws and regulations, and revise Florida Office of Financial Regulation letter accordingly. | 4.30 | 3,117.50 |
| 05/29/23 | Musiala, Robert A. | Draft Florida Office of Financial Regulation response. | 9.30 | 8,370.00 |
| 05/29/23 | Sabella, Michael A. | Correspondence with Mr. Musiala regarding | 0.10 | 97.00 |

Baker & Hostetler LLP

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston*
*Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*

Cash Cloud Inc.

Case 23-10423-mkm    Doc 1765    Entered 08/30/24 01:56:30    Page 39 of 81

Invoice Date: 06/29/23
Invoice Number: 51163257
Matter Number: 128018.000001
Page 14

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | draft fee application and correspondence with Debtors' counsel regarding same. | | |
| 05/30/23 | Forman, Jonathan A. | Review and edit draft response letter to Florida Office of Financial Regulation responding to suspension order. | 3.00 | 3,450.00 |
| 05/30/23 | Lamb, Christopher W. | Review and revise the Response to the Florida Office of Financial Regulation. | 2.10 | 1,050.00 |
| 05/30/23 | Musiala, Robert A. | Finalize Florida Office of Financial Regulation response. | 5.30 | 4,770.00 |
| 05/30/23 | Reynolds, Veronica | Revise case law citations for Florida Office of Financial Regulation letter response. | 0.20 | 145.00 |
| 05/30/23 | Reynolds, Veronica | Analyze Suspension Order for purposes of finalizing Florida Office of Financial Regulation letter response. | 1.60 | 1,160.00 |
| 05/30/23 | Sabella, Michael A. | Correspondence with Mr. Musiala regarding fee application and correspondence with Debtors' counsel regarding same. | 0.40 | 388.00 |
| 05/30/23 | Sabella, Michael A. | Revise draft monthly fee application and finalize same for filing with the Bankruptcy Court. | 0.60 | 582.00 |
| 05/30/23 | Sabella, Michael A. | Review Debtor's bankruptcy schedules in connection with proposed language to regulatory agency regarding bankruptcy assets of Debtor. | 0.10 | 97.00 |
| 05/30/23 | Sabella, Michael A. | Review and revise proposed language to regulatory agency regarding bankruptcy assets of Debtor. | 0.10 | 97.00 |
| 05/30/23 | Sabella, Michael A. | Correspondence with Mr. Musiala regarding revisions to language for regulatory agency regarding Debtor's assets. | 0.10 | 97.00 |
| | **Total** | | **193.00** | **162,911.50** |

**Expenses and Other Charges**

Baker & Hostetler LLP

Cash Cloud Inc.

Case 23-10423-mkm    Doc 1765    Entered 08/30/24 11:56:30    Page 40 of 81

Invoice Date:                06/29/23
Invoice Number:              51163257
Matter Number:         128018.000001
                              Page 15

| 05/09/23 | Westlaw Research - 05/09/23 by LAMBCHRISTOPHER | 3.12 |
| 05/09/23 | Westlaw Research - 05/09/23 by REYNOLDSVERONICA | 3.12 |
| 05/14/23 | Westlaw Research - 05/14/23 by LAMBCHRISTOPHER | 78.88 |
| 05/18/23 | Westlaw Research - 05/18/23 by REYNOLDSVERONICA | 20.64 |
| 05/19/23 | Westlaw Research - 05/19/23 by REYNOLDSVERONICA | 58.64 |
| 05/23/23 | Westlaw Research - 05/23/23 by REYNOLDSVERONICA | 67.68 |
| 05/24/23 | Westlaw Research - 05/24/23 by REYNOLDSVERONICA | 132.32 |
| 05/24/23 | Westlaw Research - 05/24/23 by LAMBCHRISTOPHER | 54.72 |
| 05/26/23 | Westlaw Research - 05/26/23 by REYNOLDSVERONICA | 44.40 |
| 05/27/23 | Westlaw Research - 05/27/23 by REYNOLDSVERONICA | 24.16 |
| 05/28/23 | Westlaw Research - 05/28/23 by REYNOLDSVERONICA | 13.68 |
| 05/30/23 | Westlaw Research - 05/30/23 by LAMBCHRISTOPHER | 10.32 |

**Subtotal - Automated Research (E106)**     **511.68**

**Total**        **$    511.68**

Baker & Hostetler LLP

**Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Dallas     Denver     Houston**
**Los Angeles     New York     Orlando     Philadelphia     San Francisco     Seattle     Washington, DC     Wilmington**

1   ROBERT A. MUSIALA, JR. ESQ.
    BAKER & HOSTETLER LLP
2   One North Wacker Drive
    Suite 4500
3   Chicago, IL 60606
    Telephone: 312.416.6200
4   Facsimile: 312.416.6201
    Email: rmusiala@bakerlaw.com
5
6   *Regulatory Counsel for Debtor*

7              **UNITED STATES BANKRUPTCY COURT**

8                    **DISTRICT OF NEVADA**

9   In re                                    Case No.  BK-23-10423-mkn
10
            CASH CLOUD, INC.,                 Chapter 11
11          dba COIN CLOUD,
12                                            **BAKER & HOSTETLER'S THIRD**
                         Debtor.              **MONTHLY FEE STATEMENT OF**
13                                            **SERVICES RENDERED AND**
                                              **EXPENSES INCURRED FOR THE**
14                                            **PERIOD FROM JUNE 1, 2023**
                                              **THROUGH JUNE 30, 2023**
15
16                                            Hearing Date:   N/A
                                              Hearing Time:  N/A
17

18

19          Baker & Hostetler ("B&H" or "Applicant"), regulatory counsel to Cash Cloud, Inc., dba

20   Coin Cloud ("Debtor"), debtor and debtor in possession in the above-referenced chapter 11

21   bankruptcy case (the "Chapter 11 Case"), respectfully submits its Monthly Fee Statement for

22   Services Rendered and Expenses Incurred for the Period from June 1, 2023 through June 30, 2023

23   (the "June Statement"), pursuant to the *Order Authorizing Retention and Employment of Baker &*

24   *Hostetler LLP as Regulatory Counsel to Debtor* [ECF No. 525] (the "Retention Order") and the

25   Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R.*

26   *Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and*

27   *Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures

28   Order").

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

148473774.1                              1

1    In support of the June Statement, B&H respectfully represents as follows:

2    **The June Statement**

3    1.    B&H was retained as regulatory counsel to the Debtor pursuant to the Retention

4    Order, dated and entered on May 5, 2023.  On May 9, 2023, the Debtor paid B&H a retainer of

5    $50,000.00 (the "Retainer") as authorized in the Retention Order.

6    2.    B&H has endeavored to monitor and coordinate with the Debtor's counsel in this

7    Chapter 11 Case to ensure a clear delineation of each firm's respective roles in connection with the

8    representation of the Debtor in this Chapter 11 Case and to prevent duplication of services. The

9    professional services performed and expenses incurred by B&H were actual and necessary to

10    preserve and protect the value of the Debtor's assets and estate.

11    3.    B&H submitted two prior applications for compensation in connection with its

12    representation of the Debtor.

13    4.    The first application (the "April Statement") was for the period of April 4, 2023

14    through April 30, 2023 (ECF Docket No. 607) (the "April Statement Period").  In the April

15    Statement B&H sought allowance and payment of interim compensation for fees in the amount of

16    $9,300.80, representing 80% of the $11,626.00 in fees incurred for services rendered during the

17    April Statement Period.  There were no expenses incurred in the April Statement Period.  The

18    holdback under the April Statement is $2,325.20 (the "April Holdback").

19    5.    A Certificate of No Objection to the April Statement was filed with the Court on June

20    21, 2023 (ECF Docket No. 740).

21    6.    B&H's second application (the "May Statement") was for the period of May 1, 2023

22    through May 31, 2023 (ECF Docket No. 321) (the "May Statement Period").  In the May Statement,

23    B&H sought allowance and payment of interim compensation for fees in the amount of $130,329.20,

24    representing 80% of the $162,911.50 in fees incurred for services rendered during the May

25    Statement Period, and expenses in the amount of $511.68, representing 100% of the expenses

26    incurred in connection with services rendered during the Statement Period.  The holdback under the

27    May Statement is $32,582.30 (the "May Holdback").

28

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

7. A Certificate of No Objection to the May Statement was filed with the Court on August 2, 2023 (ECF Docket No. 792).

8. In the instant application, B&H hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's Court-authorized regulatory counsel during the period commencing June 1, 2023 and ending June 30, 2023 (the "June Statement Period").

9. For the June Statement Period, B&H seeks allowance and payment of interim compensation for fees in the amount of $5,867.20, representing 80% of the $7,334.00 in fees incurred for services rendered during the June Statement Period. There were no expenses incurred in the June Statement Period. The holdback under the June Statement is $1,466.80 (the "June Holdback").

10. Attached hereto as Exhibit A is the name of each timekeeper who performed services in connection with the Chapter 11 Case and the regulatory matters during the June Statement Period, and the hourly rate for each such timekeeper.

11. Attached hereto as Exhibit B is a detailed schedule of time expended by the timekeepers who performed services during the June Statement Period.

12. On the same date this Statement was filed, a copy of the June Statement was served via electronic mail/notice on the following parties (each a "Notice Party," and collectively the "Notice Parties"):

     a. Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

     b. Fox Rothschild, LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

     c. United States Trustee Tracy Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

     d. Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

e.   Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com); counsel to DIP lender CKDL Credit, LLC;

f.   Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

g.   Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

13.     Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "Objection Deadline"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

14.     If no objections are raised on or before the Objection Deadline, Applicant shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the fees and 100 percent of the expenses incurred during the period covered by Applicant's Monthly Fee Application (the "Aggregate Monthly Amount").

15.     If an objection is properly filed before the Objection Deadline, Applicant shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "Undisputed Fees" and "Undisputed Expenses"), after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the Undisputed Fees and 100 percent of the Undisputed Expenses incurred during the period covered by Applicant's Monthly Fee

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

Application (the "Aggregate Monthly Undisputed Amount"). Pursuant to the approved fees and expenses under the April Statement and the May Statement, the Retainer was extinguished.

16.     Applicant acknowledges that the interim payment of compensation sought in the June Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses.

17.     Neither Applicant nor any member of B&H has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of B&H, any portion of the fees or expenses to be awarded pursuant to this Statement.

Dated this 23rd day of August 2023.

**BAKER & HOSTETLER LLP**

By:      */s/Robert A. Musiala*
     Robert A. Musiala
     One North Wacker Drive
     Suite 4500
     Chicago, IL 60606
     Telephone: 312.416.6200
     Facsimile: 312.416.6201
     Email: rmusiala@bakerlaw.com
     Michael A. Sabella
     45 Rockefeller Plaza
     New York, NY 10111
     (212) 589-4200
     msabella@bakerlaw.com
     *Regulatory Counsel for Debtor*

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:     */s/Brett A. Axelrod*
     BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
     1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135
     *Counsel for Debtor*

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

# EXHIBIT A

### Summary of B&H Professionals and Paraprofessionals

### June 1, 2023 through June 30, 2023

| Attorney | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Jonathan A. Forman – Partner | $1,150.00 | .6 | $690.00 |
| Christopher W. Lamb - Associate | $500.00 | .7 | $350.00 |
| Robert A. Musiala – Partner | $900.00 | 3.6 | $3,240.00 |
| Veronica Reynolds – Associate | $725.00 | .6 | $435.00 |
| Michael A. Sabella – Counsel | $970.00 | 2.7 | $2,619.00 |
| **Subtotal** | | 8.2 | $7,334.00 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

148473774.1

# EXHIBIT B

**Detailed Schedule of Time Expended by Professionals and Paraprofessionals**

**and Detailed Schedule of Expenses Incurred**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

148473774.1

# BakerHostetler

Cash Cloud Inc.
D/B/A Coin Cloud
10190 Covington Cross Dr
Las Vegas, NV 89144

Invoice Date:              08/15/23
Invoice Number:            51180247
B&H File Number:  12918/128018/000001
Taxpayer ID Number:        34-0082025
Page 1

---

**Regarding:**          **Regulatory Compliance Services**

For professional services rendered through June 30, 2023

**BALANCE FOR THIS INVOICE DUE BY 09/14/63**      $         7,334.00
**All amounts are in United States Dollars**

# Remittance Copy

**Please include this page with payment**

**Invoice No:  51180647**

**Firm Contact Information**

Katie Young
(312) 416-6226
kyoung@bakerlaw.com

| Please Remit To:<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | **FOR WIRE REMITTANCES:**<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH** |
|---|---|
| **Reference Invoice No:**<br>**51180647** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

Cash Cloud Inc.
D/B/A Coin Cloud
10190 Covington Cross Dr
Las Vegas, NV 89144

Invoice Date: 08/15/23
Invoice Number: 51180247
B&H File Number: 12918/128018/000001
Taxpayer ID Number: 34-0082025
Page 2

---

**Regarding:**       **Regulatory Compliance Services**

For professional services rendered through June 30, 2023

**Fees**                                          $       7,334.00

**BALANCE FOR THIS INVOICE DUE BY 09/14/63 IN USD**                $       7,334.00

## Baker & Hostetler LLP

Cash Cloud Inc.

| | |
|---|---|
| Invoice Date: | 08/15/23 |
| Invoice Number: | 51180247 |
| Matter Number: | 128018.000001 |
| | Page 3 |

**Regarding:**    **Regulatory Compliance Services**

Matter Number:    128018.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Forman, Jonathan A. | 0.60 | $1,150.00 | $    690.00 |
| Musiala, Robert A. | 3.60 | 900.00 | 3,240.00 |
| Lamb, Christopher W. | 0.70 | 500.00 | 350.00 |
| Reynolds, Veronica | 0.60 | 725.00 | 435.00 |
| Sabella, Michael A. | 2.70 | 970.00 | 2,619.00 |
| **Total** | **8.60** | | **$    7,334.00** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/02/23 | Reynolds, Veronica | Analyze Florida Office of Financial Regulation letter and notes in preparation for June 6, 2023 call with Florida Office of Financial Regulation. | 0.20 | 145.00 |
| 06/05/23 | Musiala, Robert A. | Draft and send email to Florida Office of Financial Regulation regarding bankruptcy case update, communications with B Axelrod and C McAlary regarding same. | 0.70 | 630.00 |
| 06/21/23 | Musiala, Robert A. | Review and reply to B Axelrod email regarding transferability of money transmitter licenses. | 0.60 | 540.00 |
| 06/22/23 | Sabella, Michael A. | Review and analyze time records in connection with fee application. | 1.20 | 1,164.00 |
| 06/22/23 | Sabella, Michael A. | Prepare draft fee application for May 2023 professional services. | 0.80 | 776.00 |
| 06/23/23 | Sabella, Michael A. | Correspondence with Mr. Musiala regarding draft fee application and billing entries. | 0.20 | 194.00 |
| 06/27/23 | Forman, Jonathan A. | Confer with Mr. Musiala regarding advice with respect to refund of customer transactions and potential regulatory implications. | 0.20 | 230.00 |

**Baker & Hostetler** LLP

Cash Cloud Inc.

Invoice Date: 08/15/23
Invoice Number: 51180247
Matter Number: 128018.000001
Page 4

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/27/23 | Musiala, Robert A. | Conduct legal research regarding customer refunds, discuss with B Axelrod and J Tanner. | 0.90 | 810.00 |
| 06/27/23 | Musiala, Robert A. | Discuss customer refund issues with J. Forman. | 0.20 | 180.00 |
| 06/28/23 | Sabella, Michael A. | Correspondence with Mr. Musiala and Debtors' counsel regarding May 2023 fee application. | 0.20 | 194.00 |
| 06/29/23 | Forman, Jonathan A. | Confer with Mr. Musiala and Ms. Reynolds to determine whether the Consumer Financial Protection Bureau and state agencies should be notified of pending customer refunds. | 0.40 | 460.00 |
| 06/29/23 | Musiala, Robert A. | Review documentation regarding state money transmitter licensing, draft and send email to C Lamb and V Reynolds with instructions to collate data for notice letters. | 0.80 | 720.00 |
| 06/29/23 | Musiala, Robert A. | Discuss customer refund issues with J. Forman and V. Reynolds. | 0.40 | 360.00 |
| 06/29/23 | Reynolds, Veronica | Confer with R. Musiala and J. Forman to analyze customer refund requests that arose post bankruptcy commencement to assess risk of monetary penalties by state and/or federal agencies. | 0.40 | 290.00 |
| 06/29/23 | Sabella, Michael A. | Review modified invoice in connection with May 2023 fee application and correspondence with Mr. Musiala and Debtors' counsel regarding same. | 0.30 | 291.00 |
| 06/30/23 | Lamb, Christopher W. | Review and analyze the licensing sheet to determine which states Coin Cloud operated in prior to halting transactions. | 0.70 | 350.00 |
| | **Total** | | **8.60** | **7,334.00** |

**Baker & Hostetler LLP**

*Atlanta*    *Chicago*    *Cincinnati*    *Cleveland*    *Columbus*    *Costa Mesa*    *Dallas*    *Denver*    *Houston*
*Los Angeles*    *New York*    *Orlando*    *Philadelphia*    *San Francisco*    *Seattle*    *Washington, DC*    *Wilmington*

ROBERT A. MUSIALA, JR. ESQ.
BAKER & HOSTETLER LLP
One North Wacker Drive
Suite 4500
Chicago, IL 60606
Telephone: 312.416.6200
Facsimile: 312.416.6201
Email: rmusiala@bakerlaw.com

*Regulatory Counsel for Debtor*

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.  BK-23-10423-mkn |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter 11 |
| Debtor. | **BAKER & HOSTETLER'S THIRD MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023 AND AUGUST 1, 2023 THROUGH AUGUST 31, 2023** |
| | Hearing Date:   N/A<br>Hearing Time:  N/A |

Baker & Hostetler ("B&H" or "Applicant"), regulatory counsel to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Chapter 11 Case"), respectfully submits its Monthly Fee Statement for Services Rendered and Expenses Incurred for the Period from July 1, 2023 through July 31, 2023 (the "July Statement") and for the Period from August 1, 2023 through August 31, 2023 (the "August Statement"), pursuant to the *Order Authorizing Retention and Employment of Baker & Hostetler LLP as Regulatory Counsel to Debtor* [ECF No. 525] (the "Retention Order") and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Banker. P. 2016,*

149507299.1

*Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

In support of the July Statement and the August Statement, B&H respectfully represents as follows:

**Background**

1. B&H was retained as regulatory counsel to the Debtor pursuant to the Retention Order, dated and entered on May 5, 2023. On May 9, 2023, the Debtor paid B&H a retainer of $50,000.00 (the "Retainer") as authorized in the Retention Order. As of the date of the July Statement, the Retainer is extinguished pursuant to the B&H's prior approved fee statements for April and May 2023 (ECF Docket Nos. 607 and 792, respectively).

2. B&H has endeavored to monitor and coordinate with the Debtor's counsel in this Chapter 11 Case to ensure a clear delineation of each firm's respective roles in connection with the representation of the Debtor in this Chapter 11 Case and to prevent duplication of services. The professional services performed and expenses incurred by B&H were actual and necessary to preserve and protect the value of the Debtor's assets and estate.

3. B&H submitted three prior applications for compensation in connection with its representation of the Debtor.

4. The first application (the "April Statement") was for the period of April 4, 2023 through April 30, 2023 (ECF Docket No. 607) (the "April Statement Period"). In the April Statement B&H sought allowance and payment of interim compensation for fees in the amount of $9,300.80, representing 80% of the $11,626.00 in fees incurred for services rendered during the April Statement Period. There were no expenses incurred in the April Statement Period. The holdback under the April Statement is $2,325.20 (the "April Holdback").

5. A Certificate of No Objection to the April Statement was filed with the Court on June 21, 2023 (ECF Docket No. 740).

6. B&H's second application (the "May Statement") was for the period of May 1, 2023 through May 31, 2023 (ECF Docket No. 321) (the "May Statement Period"). In the May Statement, B&H sought allowance and payment of interim compensation for fees in the amount of $130,329.20,

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

representing 80% of the $162,911.50 in fees incurred for services rendered during the May Statement Period, and expenses in the amount of $511.68, representing 100% of the expenses incurred in connection with services rendered during the Statement Period. The holdback under the May Statement is $32,582.30 (the "May Holdback").

7.    A Certificate of No Objection to the May Statement was filed with the Court on August 2, 2023 (ECF Docket No. 792).

8.    B&H's third application (the "June Statement") was for the period of June 1, 2023 through June 30, 2023 (ECF Docket No. 321) (the "June Statement Period"). In the June Statement, B&H sought allowance and payment of interim compensation for fees in the amount of $5,867.20, representing 80% of the $7,334.00 in fees incurred for services rendered during the June Statement Period. There were no expenses incurred during the June Statement Period. The holdback under the June Statement is $1,466.80 (the "June Holdback").

**The July Statement**

9.    In the instant application, B&H hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's Court-authorized regulatory counsel during the period commencing July 1, 2023 and ending July 31, 2023 (the "July Statement Period").

10.    For the July Statement Period, B&H seeks allowance and payment of interim compensation for fees in the amount of $7,087.20, representing 80% of the $8,859.00 in fees incurred for services rendered during the July Statement Period. There were no expenses incurred in the July Statement Period. The holdback under the July Statement is $1,771.80 (the "July Holdback").

**The August Statement**

11.    In the instant application, B&H also hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's Court-authorized regulatory counsel during the period commencing August 1, 2023 and ending August 31, 2023 (the "August Statement Period").

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

12.    For the August Statement Period, B&H seeks allowance and payment of interim compensation for fees in the amount of $1,241.60, representing 80% of the $1,552.00 in fees incurred for services rendered during the July Statement Period.  There were no expenses incurred in the July Statement Period.  The holdback under the July Statement is $310.40 (the "August Holdback").

13.    Attached hereto as Exhibit A is the name of each timekeeper who performed services in connection with the Chapter 11 Case and the regulatory matters during the July Statement Period and the August Statement Period, and the hourly rate for each such timekeeper.

14.    Attached hereto as Exhibit B is a detailed schedule of time expended by the timekeepers who performed services during the July Statement Period and the August Statement Period.

15.    On the same date this Statement was filed, a copy of the July Statement and the August Statement was served via electronic mail/notice on the following parties (each a "Notice Party," and collectively the "Notice Parties"):

a.    Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

b.    Fox Rothschild, LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

c.    United States Trustee Tracy Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

d.    Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

e.    Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

149507299.1

4

(Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com); counsel to DIP lender CKDL Credit, LLC;

f.  Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

g.  Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

16.  Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "Objection Deadline"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

17.  If no objections are raised on or before the Objection Deadline, Applicant shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the fees and 100 percent of the expenses incurred during the period covered by Applicant's Monthly Fee Application (the "Aggregate Monthly Amount").

18.  If an objection is properly filed before the Objection Deadline, Applicant shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "Undisputed Fees" and "Undisputed Expenses"), after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the Undisputed Fees and 100 percent of the Undisputed Expenses incurred during the period covered by Applicant's Monthly Fee Application (the "Aggregate Monthly Undisputed Amount").

19.  Applicant acknowledges that the interim payment of compensation sought in the July Statement and the August Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses.

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

20.     Neither Applicant nor any member of B&H has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of B&H, any portion of the fees or expenses to be awarded pursuant to this Statement.

Dated this 15th day of September 2023.

**BAKER & HOSTETLER LLP**

By: ___*Michael A. Sabella*___
    Robert A. Musiala
    One North Wacker Drive
    Suite 4500
    Chicago, IL 60606
    Telephone: 312.416.6200
    Facsimile: 312.416.6201
    Email: rmusiala@bakerlaw.com
    Michael A. Sabella
    45 Rockefeller Plaza
    New York, NY 10111
    (212) 589-4200
    msabella@bakerlaw.com
    *Regulatory Counsel for Debtor*

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: ___*Brett A. Axelrod*___
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

# EXHIBIT A

## Summary of B&H Professionals and Paraprofessionals

## July 1, 2023 through July 31, 2023

| Attorney | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Christopher W. Lamb - Associate | $500.00 | 6.0 | $3,000.00 |
| Veronica Reynolds – Associate | $725.00 | 3.8 | $2,755.00 |
| Michael A. Sabella – Counsel | $970.00 | 3.2 | $3,104.00 |
| **Subtotal** | | 13.0 | $8,859.00 |

## Summary of B&H Professionals and Paraprofessionals

## August 1, 2023 through August 31, 2023

| Attorney | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Michael A. Sabella – Counsel | $970.00 | 1.6 | $1,552.00 |
| **Subtotal** | | 1.6 | $1,552.00 |

1

4869-0257-3176.2
149507299.1

# EXHIBIT B

**Detailed Schedule of Time Expended by Professionals and Paraprofessionals**

**and Detailed Schedule of Expenses Incurred**

4869-0257-3176.2
149507299.1

# BakerHostetler

Cash Cloud Inc.
D/B/A Coin Cloud
10190 Covington Cross Dr
Las Vegas, NV 89144

Invoice Date:                 08/16/23
Invoice Number:               51180781
B&H File Number:  12918/128018/000001
Taxpayer ID Number:           34-0082025
                              Page 1

---

**Regarding:**              **Regulatory Compliance Services**

For professional services rendered through July 31, 2023

**BALANCE FOR THIS INVOICE DUE BY 09/15/23**        $        8,859.00
**All amounts are in United States Dollars**

# Remittance Copy

**Please include this page with payment**

**Invoice No:  51180781**

**Firm Contact Information**

Katie Young
(312) 416-6226
kyoung@bakerlaw.com

| | |
|---|---|
| **Please Remit To:**<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | **FOR WIRE REMITTANCES:**<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No:**<br>**SWIFT Code: KEYBUS33** |
| **Reference Invoice No:**<br>**51180781** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

Cash Cloud Inc.
D/B/A Coin Cloud
10190 Covington Cross Dr
Las Vegas, NV 89144

| | |
|---|---|
| Invoice Date: | 08/16/23 |
| Invoice Number: | 51180781 |
| B&H File Number: | 12918/128018/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

---

**Regarding:**          **Regulatory Compliance Services**

For professional services rendered through July 31, 2023

**Fees**                                        $     8,859.00

**BALANCE FOR THIS INVOICE DUE BY 09/15/23 IN USD**                $     8,859.00

Baker & Hostetler LLP

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Dallas      Denver      Houston
Los Angeles      New York      Orlando      Philadelphia      San Francisco      Seattle      Washington, DC      Wilmington

Cash Cloud Inc.

Invoice Date: 08/16/23
Invoice Number: 51180781
Matter Number: 128018.000001
Page 3

**Regarding:**          **Regulatory Compliance Services**

Matter Number:          128018.000001

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Lamb, Christopher W. | 6.00 | $ 500.00 | $ 3,000.00 |
| Reynolds, Veronica | 3.80 | 725.00 | 2,755.00 |
| Sabella, Michael A. | 3.20 | 970.00 | 3,104.00 |
| **Total** | **13.00** | | $ **8,859.00** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 07/03/23 | Lamb, Christopher W. | Research and gather appropriate points of contact of each State's financial licensing institution of Coin Cloud's active licenses for noticing purposes. | 0.90 | 450.00 |
| 07/03/23 | Reynolds, Veronica | Research and summarize state financial regulatory contacts and corresponding contact information for 53 state, territory and financial agencies. | 1.50 | 1,087.50 |
| 07/04/23 | Lamb, Christopher W. | Research and gather appropriate points of contact of each State's financial licensing institution of Coin Cloud's active licenses for noticing purposes. | 1.80 | 900.00 |
| 07/05/23 | Lamb, Christopher W. | Research and gather appropriate points of contact of each State's financial licensing institution of Coin Cloud's active licenses for noticing purposes (1.7); email Ms. Reynolds regarding the same (.1) | 1.80 | 900.00 |
| 07/06/23 | Lamb, Christopher W. | Review and revise the list of money service business contacts for noticing purposes (1.3); correspondence with Ms. Reynolds regarding the same (.2). | 1.50 | 750.00 |
| 07/06/23 | Reynolds, Veronica | Research and identify state financial regulatory agency points of contact and corresponding contact information to facilitate Cash Cloud's notice letters. | 1.90 | 1,377.50 |

**Baker&Hostetler LLP**

Cash Cloud Inc.

Invoice Date: 08/16/23
Invoice Number: 51180781
Matter Number: 128018.000001
Page 4

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/07/23 | Reynolds, Veronica | Continue to research and record 53 state regulatory agency points of contact and corresponding contact information to facilitate Coin Cloud's notice letters. | 0.40 | 290.00 |
| 07/07/23 | Sabella, Michael A. | Correspondence with Debtors' counsel and Mr. Musiala regarding case status and final fee application. | 0.20 | 194.00 |
| 07/07/23 | Sabella, Michael A. | Correspondence with Mr. Musiala regarding May 2023 fee application. | 0.60 | 582.00 |
| 07/24/23 | Sabella, Michael A. | Prepare monthly and final fee application for bankruptcy case. | 2.20 | 2,134.00 |
| 07/24/23 | Sabella, Michael A. | Correspondence with Mr. Musiala regarding draft interim and final fee application. | 0.10 | 97.00 |
| 07/31/23 | Sabella, Michael A. | Correspondence with Debtors' counsel regarding fee applications. | 0.10 | 97.00 |
| | **Total** | | **13.00** | **8,859.00** |

**Baker&Hostetler** LLP

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Dallas   Denver   Houston*
*Los Angeles   New York   Orlando   Philadelphia   San Francisco   Seattle   Washington, DC   Wilmington*

# BakerHostetler

Cash Cloud Inc.
D/B/A Coin Cloud
10190 Covington Cross Dr
Las Vegas, NV 89144

| | |
|---|---|
| Invoice Date: | 09/13/23 |
| Invoice Number: | 51190781 |
| B&H File Number: | 12918/128018/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:** **Regulatory Compliance Services**

For professional services rendered through August 31, 2023

**BALANCE FOR THIS INVOICE DUE BY 10/13/23** **$** **1,552.00**
**All amounts are in United States Dollars**

# Remittance Copy

**Please include this page with payment**

**Invoice No:  51190781**

**Firm Contact Information**

Katie Young
(312) 416-6226
kyoung@bakerlaw.com

| | |
|---|---|
| **Please Remit To:**<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH  44190-0189** | **FOR WIRE/ACH REMITTANCES:**<br>**Baker & Hostetler LLP**<br>**KeyBank, N.A., Cleveland, OH**<br>**Account No:               /**<br>**SWIFT Code: KEYBUS33** |
| **Reference Invoice No:**<br>**51190781** | **Email the "Remittance Copy" to**<br>**bakerlockbox@bakerlaw.com** |

# BakerHostetler

Cash Cloud Inc.
D/B/A Coin Cloud
10190 Covington Cross Dr
Las Vegas, NV 89144

Invoice Date: 09/13/23
Invoice Number: 51190781
B&H File Number: 12918/128018/000001
Taxpayer ID Number: 34-0082025
Page 2

**Regarding:**          **Regulatory Compliance Services**

For professional services rendered through August 31, 2023

**Fees**                                    $      1,552.00

**BALANCE FOR THIS INVOICE DUE BY 10/13/23 IN USD**                    $      1,552.00

# Baker&Hostetler LLP

*Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Dallas      Denver      Houston*
*Los Angeles      New York      Orlando      Philadelphia      San Francisco      Seattle      Washington, DC      Wilmington*

Cash Cloud Inc.

Invoice Date: 09/13/23
Invoice Number: 51190781
Matter Number: 128018.000001
Page 3

---

**Regarding:** **Regulatory Compliance Services**

Matter Number: 128018.000001

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Sabella, Michael A. | 1.60 | $ 970.00 | $ 1,552.00 |
| **Total** | **1.60** | | **$ 1,552.00** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|------:|-------:|
| 08/02/23 | Sabella, Michael A. | Prepare June 2023 fee application for filing with Bankruptcy Court. | 0.40 | 388.00 |
| 08/11/23 | Sabella, Michael A. | Finalize draft June 2023 fee application. | 0.10 | 97.00 |
| 08/11/23 | Sabella, Michael A. | Correspondence with Mr. Musiala and Debtors' counsel regarding draft June 2023 fee application. | 0.10 | 97.00 |
| 08/16/23 | Sabella, Michael A. | Correspondence with Debtors' counsel regarding June 2023 fee application. | 0.10 | 97.00 |
| 08/16/23 | Sabella, Michael A. | Prepare July 2023 fee statement for payment of fees and expenses. | 0.60 | 582.00 |
| 08/22/23 | Sabella, Michael A. | Finalize draft July 2023 Fee Application matter. | 0.30 | 291.00 |
| | **Total** | | **1.60** | **1,552.00** |

Baker & Hostetler LLP

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston*
*Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*

1  ROBERT A. MUSIALA, JR. ESQ.
   BAKER & HOSTETLER LLP
2  One North Wacker Drive
   Suite 4500
3  Chicago, IL 60606
   Telephone: 312.416.6200
4  Facsimile: 312.416.6201
   Email: rmusiala@bakerlaw.com
5

6  *Regulatory Counsel for Debtor*

7

8              **UNITED STATES BANKRUPTCY COURT**

9                    **DISTRICT OF NEVADA**

10  In re                                    Case No.  BK-23-10423-mkn

11     CASH CLOUD, INC.,                     Chapter 11
       dba COIN CLOUD,
12                                           **BAKER & HOSTETLER'S FIFTH**
                      Debtor.                **MONTHLY FEE STATEMENT OF**
13                                           **SERVICES RENDERED AND**
                                             **EXPENSES INCURRED FOR THE**
14                                           **PERIOD FROM OCTOBER 1, 2023**
                                             **THROUGH OCTOBER 31, 2023**
15

16                                           Hearing Date:   N/A
                                             Hearing Time:   N/A
17

18

19         Baker & Hostetler ("B&H" or "Applicant"), regulatory counsel to Cash Cloud, Inc., dba Coin

20  Cloud ("Debtor"), debtor and debtor in possession in the above-referenced chapter 11 bankruptcy

21  case (the "Chapter 11 Case"), respectfully submits its Monthly Fee Statement for Services Rendered

22  and Expenses Incurred for the Period from October 1, 2023 through October 31, 2023 (the "October

23  Statement"), pursuant to the *Order Authorizing Retention and Employment of Baker & Hostetler LLP*

24  *as Regulatory Counsel to Debtor* [ECF No. 525] (the "Retention Order") and the Court's *Order*

25  *Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Banker. P. 2016,*

26  *Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses*

27  *of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

28         In support of the October Statement, B&H respectfully represents as follows:

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

152578898.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**Background**

1. B&H was retained as regulatory counsel to the Debtor pursuant to the Retention Order, dated and entered on May 5, 2023. On May 9, 2023, the Debtor paid B&H a retainer of $50,000.00 (the "Retainer") as authorized in the Retention Order. The Retainer was extinguished pursuant to the B&H's prior approved fee statements for April and May 2023 (ECF Docket Nos. 607 and 792, respectively).

2. B&H has endeavored to monitor and coordinate with the Debtor's counsel in this Chapter 11 Case to ensure a clear delineation of each firm's respective roles in connection with the representation of the Debtor in this Chapter 11 Case and to prevent duplication of services. The professional services performed and expenses incurred by B&H were actual and necessary to preserve and protect the value of the Debtor's assets and estate.

3. B&H submitted four prior applications for compensation in connection with its representation of the Debtor.

4. The first application (the "April Statement") was for the period of April 4, 2023 through April 30, 2023 (ECF Docket No. 607) (the "April Statement Period"). In the April Statement B&H sought allowance and payment of interim compensation for fees in the amount of $9,300.80, representing 80% of the $11,626.00 in fees incurred for services rendered during the April Statement Period. There were no expenses incurred in the April Statement Period. The holdback under the April Statement is $2,325.20 (the "April Holdback").

5. A Certificate of No Objection to the April Statement was filed with the Court on June 21, 2023 (ECF Docket No. 740).

6. B&H's second application (the "May Statement") was for the period of May 1, 2023 through May 31, 2023 (ECF Docket No. 321) (the "May Statement Period"). In the May Statement, B&H sought allowance and payment of interim compensation for fees in the amount of $130,329.20, representing 80% of the $162,911.50 in fees incurred for services rendered during the May Statement Period, and expenses in the amount of $511.68, representing 100% of the expenses incurred in connection with services rendered during the Statement Period. The holdback under the May Statement is $32,582.30 (the "May Holdback").

7.      A Certificate of No Objection to the May Statement was filed with the Court on August 2, 2023 (ECF Docket No. 792).

8.      B&H's third application (the "June Statement") was for the period of June 1, 2023 through June 30, 2023 (ECF Docket No. 321) (the "June Statement Period").  In the June Statement, B&H sought allowance and payment of interim compensation for fees in the amount of $5,867.20, representing 80% of the $7,334.00 in fees incurred for services rendered during the June Statement Period.  There were no expenses incurred during the June Statement Period.  The holdback under the June Statement is $1,466.80 (the "June Holdback").

9.      A Certificate of No Objection to the June Statement was filed with the Court on October 17, 2023 (ECF Docket No. 1391).

10.     B&H's fourth application (the "July & August Statement") was for the combined period of July 1, 2023 through July 31, 2023 and August 1, 2023 through August 31, 2023 (ECF Docket No. 1245) (the "July/August Statement Period").  In the July/August Statement, B&H sought allowance and payment of interim compensation for fees:

      a.  for July 2023, in the amount of $7,087.20, representing 80% of the $8,859.00 in fees incurred for services rendered during the July Statement Period.  There were no expenses incurred in the July Statement Period.  The holdback under the July Statement was $1,771.80 (the "July Holdback").

      b.  For August 2023, $1,241.60, representing 80% of the $1,552.00 in fees incurred for services rendered during the July Statement Period.  There were no expenses incurred in the August Statement Period.  The holdback under the August Statement was $310.40 (the "August Holdback").

11.     A Certificate of No Objection to the July/August Statement was filed with the Court on October 6, 2023 (ECF Docket No. 1354).

**The October Statement**

12.     In the instant application, B&H seeks allowance and payment of interim compensation for fees in the amount of $3,104.00, representing 80% of the $3,880.00 in fees incurred for services

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

rendered during the October Statement Period. There were no expenses incurred during the October Statement Period. The holdback under the October Statement is $776.00 (the "October Holdback").

13. Attached hereto as Exhibit A is the name of each timekeeper who performed services in connection with the Chapter 11 Case and the regulatory matters during the October Statement Period, and the hourly rate for each such timekeeper.

14. Attached hereto as Exhibit B is a detailed schedule of time expended by the timekeepers who performed services during the October Statement Period.

15. On the same date the October Statement was filed, a copy of the October Statement was served via electronic mail/notice on the following parties (each a "Notice Party," and collectively the "Notice Parties"):

    a. Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

    b. Fox Rothschild, LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

    c. United States Trustee Tracy Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

    d. Seward & Kissell, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J. Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

    e. Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com); counsel to DIP lender CKDL Credit, LLC;

    f. Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea;

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4

jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

g.   Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89135 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

16.     Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "Objection Deadline"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

17.     If no objections are raised on or before the Objection Deadline, Applicant shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the fees and 100 percent of the expenses incurred during the period covered by Applicant's Monthly Fee Application (the "Aggregate Monthly Amount").

18.     If an objection is properly filed before the Objection Deadline, Applicant shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "Undisputed Fees" and "Undisputed Expenses"), after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the Undisputed Fees and 100 percent of the Undisputed Expenses incurred during the period covered by Applicant's Monthly Fee Application (the "Aggregate Monthly Undisputed Amount").

19.     Applicant acknowledges that the interim payment of compensation sought in the October Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

20.     Neither Applicant nor any member of B&H has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of B&H, any portion of the fees or expenses to be awarded pursuant to this Statement.

Dated this 5th day of December 2023.

**BAKER & HOSTETLER LLP**

By:     _/s/Michael A. Sabella_
　　　Robert A. Musiala
　　　One North Wacker Drive
　　　Suite 4500
　　　Chicago, IL 60606
　　　Telephone: 312.416.6200
　　　Facsimile: 312.416.6201
　　　Email: rmusiala@bakerlaw.com
　　　Michael A. Sabella
　　　45 Rockefeller Plaza
　　　New York, NY 10111
　　　(212) 589-4200
　　　msabella@bakerlaw.com
　　　*Regulatory Counsel for Debtor*

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:     _/s/Brett A. Axelrod_
　　　BRETT A. AXELROD, ESQ.
　　　Nevada Bar No. 5859
　　　1980 Festival Plaza Drive, Suite 700
　　　Las Vegas, Nevada 89135
　　　*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**EXHIBIT A**

**Summary of B&H Professionals and Paraprofessionals**

**October 1, 2023 through October 31, 2023**

| Attorney | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Michael A. Sabella – Counsel | $970.00 | 4.0 | $3,880.00 |
| **Subtotal** | | 4.0 | $3,880.00 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

152578898.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**EXHIBIT B**

**Detailed Schedule of Time Expended by Professionals and Paraprofessionals**

**and Detailed Schedule of Expenses Incurred**

152578898.1

# BakerHostetler

Cash Cloud Inc.
D/B/A Coin Cloud
10190 Covington Cross Dr
Las Vegas, NV 89144

Invoice Date: 11/20/23
Invoice Number: 51216329
B&H File Number: 12918/128018/000001
Taxpayer ID Number: 34-0082025
Page 1

---

**Regarding:** **Regulatory Compliance Services**

For professional services rendered through October 31, 2023

**BALANCE FOR THIS INVOICE DUE BY 12/20/23**  $  3,880.00
**All amounts are in United States Dollars**

# Remittance Copy

**Please include this page with payment**

**Invoice No: 51216329**

**Firm Contact Information**

Katie Young
(312) 416-6226
kyoung@bakerlaw.com

---

| | |
|---|---|
| **Please Remit To:** | **FOR WIRE/ACH REMITTANCES:** |
| **Baker & Hostetler LLP** | **Baker & Hostetler LLP** |
| **P.O. Box 70189** | **KeyBank, N.A., Cleveland, OH** |
| **Cleveland, OH  44190-0189** | **Account No:** |
| | **_____** |
| | **Email the "Remittance Copy" to** |
| **Reference Invoice No:** | bakerlockbox@bakerlaw.com |
| **51216329** | |

# BakerHostetler

Cash Cloud Inc.
D/B/A Coin Cloud
10190 Covington Cross Dr
Las Vegas, NV 89144

Invoice Date:              11/20/23
Invoice Number:            51216329
B&H File Number:  12918/128018/000001
Taxpayer ID Number:       34-0082025
Page 2

**Regarding:**          **Regulatory Compliance Services**

For professional services rendered through October 31, 2023

       **Fees**                                 $     3,880.00

    **BALANCE FOR THIS INVOICE DUE BY 12/20/23 IN USD**              $     3,880.00

**Baker & Hostetler** LLP

Cash Cloud Inc.

Invoice Date: 11/20/23
Invoice Number: 51216329
Matter Number: 128018.000001
Page 3

**Regarding:** **Regulatory Compliance Services**
Matter Number: 128018.000001

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Sabella, Michael A. | 4.00 | $ 970.00 | $ 3,880.00 |
| **Total** | **4.00** | | **$ 3,880.00** |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/16/23 | Sabella, Michael A. | Work on preparation of final fee application for matter. | 1.40 | 1,358.00 |
| 10/30/23 | Sabella, Michael A. | Work on final fee application for case. | 1.40 | 1,358.00 |
| 10/31/23 | Sabella, Michael A. | Work on final fee application for case. | 1.20 | 1,164.00 |
| | **Total** | | **4.00** | **3,880.00** |

**Baker & Hostetler** LLP

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston*
*Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*

# EXHIBIT 2

# BakerHostetler

Cash Cloud Inc.
D/B/A Coin Cloud
10190 Covington Cross Dr
Las Vegas, NV 89144

Invoice Date: 05/09/24
Invoice Number: 51280411
B&H File Number: 12918/128018/000001
Taxpayer ID Number: 34-0082025
Page 1

---

**Regarding:**          **Regulatory Compliance Services**

For professional services rendered through April 30, 2024

**BALANCE FOR THIS INVOICE DUE BY 06/08/24**          $          **6,021.00**
**All amounts are in United States Dollars**

# Remittance Copy

**Please include this page with payment**

**Invoice No: 51280411**

**<u>Firm Contact Information</u>**

Katie Young
(312) 416-6226
kyoung@bakerlaw.com

| | |
|---|---|
| **Please Remit To:** | **FOR WIRE/ACH REMITTANCES:** |
| **Baker & Hostetler LLP** | **Baker & Hostetler LLP** |
| **P.O. Box 70189** | **KeyBank, N.A., Cleveland, OH** |
| **Cleveland, OH  44190-0189** | **Account No:** |
| | **<u>SWIFT Code:</u>** |
| **Reference Invoice No:** | **Email the "Remittance Copy" to** |
| **51280411** | **bakerlockbox@bakerlaw.com** |

# BakerHostetler

Cash Cloud Inc.
D/B/A Coin Cloud
10190 Covington Cross Dr
Las Vegas, NV 89144

Invoice Date:                05/09/24
Invoice Number:              51280411
B&H File Number:  12918/128018/000001
Taxpayer ID Number:          34-0082025
Page 2

**Regarding:**              **Regulatory Compliance Services**

For professional services rendered through April 30, 2024

**Fees**                                $       6,021.00

**BALANCE FOR THIS INVOICE DUE BY 06/08/24 IN USD**                 $       6,021.00

## Baker&Hostetler LLP

*Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Dallas      Denver      Houston
Los Angeles      New York      Orlando      Philadelphia      San Francisco      Seattle      Washington, DC      Wilmington*

Cash Cloud Inc.

| | |
|---|---|
| Invoice Date: | 05/09/24 |
| Invoice Number: | 51280411 |
| Matter Number: | 128018.000001 |
| | Page 3 |

**Regarding:**       **Regulatory Compliance Services**
Matter Number:       128018.000001

| Name | Hours | Rate | | Amount |
|---|---|---|---|---|
| Sabella, Michael A. | 5.40 | $1,115.00 | $ | 6,021.00 |
| **Total** | **5.40** | | **$** | **6,021.00** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 04/10/24 | Sabella, Michael A. | Prepare declarations for Mr. Musiala and Mr. Ayala in connection with final fee application. | 1.40 | 1,561.00 |
| 04/10/24 | Sabella, Michael A. | Prepare final fee application for Cash Cloud bankruptcy filing. | 2.60 | 2,899.00 |
| 04/10/24 | Sabella, Michael A. | Analyze prior interim fee applications and Court docket in connection with preparation of final fee application for Cash Cloud bankruptcy filing. | 0.80 | 892.00 |
| 04/29/24 | Sabella, Michael A. | Finalize draft Final Fee Application and supporting Declarations for submission. | 0.60 | 669.00 |
| | **Total** | | **5.40** | **6,021.00** |

**Baker & Hostetler LLP**

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Dallas    Denver    Houston*
*Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington*