ROBERT A. MUSIALA, JR. ESQ.
BAKER & HOSTETLER LLP
One North Wacker Drive
Suite 3700
Chicago, IL 60606
Telephone: 312.416.6200
Facsimile: 312.416.6201
Email: rmusiala@bakerlaw.com

*Regulatory Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Chapter 11<br><br>**DECLARATION OF DANIEL AYALA IN SUPPORT OF BAKER & HOSTETLER'S FINAL FEE APPLICATION FOR SERVICES RENDERED AND EXPENSES INCURRED FROM APRIL 1, 2023 THROUGH APRIL 30, 2024**<br><br>Hearing Date: October 2, 2024<br>Hearing Time: 9:30 a.m. |

I, Daniel Ayala, declare as follows:

1. I am an Independent Director of Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Chapter 11 Case").

2. Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3. I make this Declaration in support of B&H's Final Fee Application for Services Rendered and Expenses Incurred (the "Final Fee Application")[1] for the Period from April 1, 2023 through April 30, 2024 (the "Final Fee Period").

4. Of the Requested Compensation, the Debtor paid B&H a retainer of $50,000.00, with a remaining balance of $152,695.18.

5. B&H provided me with its Monthly Fee Statements and April 2024 Invoice, attached as **Exhibits 1 and 2**, respectively, to the Musiala Declaration. All services for which B&H requests compensation were performed for or on behalf of Debtor in furtherance of its duties under the Bankruptcy Code as debtor-in-possession. I have reviewed and approved B&H's invoices for each of those months. I believe that the Requested Compensation sought by B&H is reasonable and was necessary to represent Debtor in its Chapter 11 case.

6. I have reviewed the Final Fee Application, and, on behalf of Debtor, I support the approval of the Final Fee Application in its entirety and payment of the Requested Compensation. Debtor respectfully submits that the Requested Compensation is fair and reasonable given (a) the complexity of the matters handled for Debtor during the pendency of the Chapter 11 Case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services in a case other than under this title.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Executed this 23rd day of August 2024.

.

**BAKER & HOSTETLER LLP**

By: _____*/s/ Daniel Ayala*_____
        Daniel Ayala

---

[1] Capitalized terms not defined herein shall have the meanings assigned to them in the Final Fee Application.

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:    */s/ Brett A. Axelrod*
     BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859
     1980 Festival Plaza Drive, Suite 700
     Las Vegas, Nevada 89135
     *Counsel for Debtor*

4866-4557-5862.2