| | |
|---|---|
| 1 | BRETT A. AXELROD, ESQ. |
| 2 | Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ. |
| 3 | Nevada Bar No. 16264<br>**FOX ROTHSCHILD LLP** |
| 4 | 1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135 |
| 5 | Telephone: (702) 262-6899 |
| 6 | Facsimile: (702) 597-5503<br>Email: baxelrod@foxrothschild.com |
| 7 |        nkoffroth@foxrothschild.com<br>*Counsel for Debtor* |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Chapter 11<br><br>**NOTICE OF HEARING ON BAKER & HOSTETLER'S FINAL FEE APPLICATION FOR SERVICES RENDERED AND EXPENSES INCURRED FROM APRIL 1, 2023 THROUGH APRIL 30, 2024**<br><br>Hearing Date:   October 2, 2024<br>Hearing Time:   9:30 a.m. |

**PLEASE TAKE NOTICE** that on the 30th day of August, 2024, Baker & Hostetler ("B&H" or "Applicant"), as regulatory counsel to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), filed *Baker & Hostetler's Final Fee Application For Services Rendered And Expenses Incurred From April 1, 2023 Through April 30, 2024* (the "Motion").[1]  Copies of the Motion and related pleadings are available at https://cases.stretto.com/CashCloud (the "Case Website").

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

1

162052964.1

opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that a hearing on the Motion will be held before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 2, Las Vegas, Nevada 89101, on **October 2, 2024** at the hour of **9:30 a.m.** Parties are permitted to appear telephonically by dialing (833) 435-1820 and entering meeting ID 161 062 2560 and entering access code or passcode 029066#.

Dated this 30th day of August, 2024.

                                                **FOX ROTHSCHILD LLP**

                                                By  */s/Brett A. Axelrod*
                                                    BRETT A. AXELROD, ESQ.
                                                    Nevada Bar No. 5859
                                                    NICHOLAS A. KOFFROTH, ESQ.
                                                    Nevada Bar No. 16264
                                                    1980 Festival Plaza Drive, Suite 700
                                                    Las Vegas, Nevada 89135
                                                    *Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

162052964.1