BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No.  BK-23-10423-mkn<br><br>Chapter 11<br><br>**CERTIFICATE OF NO OBJECTION REGARDING FOX ROTHSCHILD LLP'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**<br><br>Hearing Date:   N/A<br>Hearing Time:   N/A |

**TO THE HONORABLE MIKE K. NAKAGAWA AND ALL PARTIES IN INTEREST:**

On March 12, 2024, the undersigned filed the monthly fee statement referenced above (the "Statement"), detailing fees for services rendered and expenses incurred by Fox Rothschild LLP, counsel to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), as summarized on **Exhibit A** attached hereto.

1

156737792.1

The undersigned certifies that no party filed an answer, objection or other responsive pleading in connection with the Statement on or before the respective Objection Deadline.[1]

Pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order") entered on March 20, 2023, and the *Final Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date* [ECF No. 189] entered on March 1, 2023, Debtor is authorized to pay Fox eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Statement upon the filing of this certification of no objection and without the need for entry of an order by the Court approving the Statement.

Dated this 5th day of September 2024.

**FOX ROTHSCHILD LLP**

By:     /s/Brett A. Axelrod
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

---

[1] Pursuant to the Interim Compensation Procedures Order (as defined herein), Notice Parties (as defined therein) have twenty (20) days after the date of service of a monthly fee application (the "Objection Deadline") to object to the Applicant's requested fees and expenses.

156737792.1

# EXHIBIT A

Summary of Fox Rothschild LLP's
Monthly Fee Application
for Professional Fees and Expenses

| Application Period | 80% of Fees in Application Period | 100 % of Expenses in Application Period | Total Authorized Amount | Date Filed & Served | Objection Deadline |
|---|---|---|---|---|---|
| 02/01/24 through 02/29/24 | $40,535.60 | $3,130.74 | $43,666.34 | 03/12/2024 | 04/01/2024 |

156737792.1