Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**CERTIFICATE OF NO OBJECTION REGARDING THE COMBINED FIFTEENTH, SIXTEENTH, AND SEVENTEENTH MONTHLY FEE STATEMENT OF MCDONALD CARANO LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2024, THROUGH JULY 31, 2024** |

**TO THE HONORABLE MIKE K. NAKAGAWA AND ALL PARTIES IN INTEREST:**

On August 20, 2024, McDonald Carano LLP ("McDonald Carano"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee") filed and served its *Combined Fifteenth, Sixteenth, and Seventeenth Monthly Fee Statement of McDonald Carano LLP for*

*Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of May 1, 2024, Through July 31, 2024* ("Fee Statement") [ECF No. 1745] for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred between May 1, 2024, through July 31, 2024 ("Fee Period").

McDonald Carano requested allowance and payment of $5,697.60 (representing 80% of the $7,122.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $236.30 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by McDonald Carano during the Fee Period for a total payment and reimbursement of $5,933.90.

In accordance with the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order"), the Notice Parties, as defined therein, have 20 days after service of a monthly fee statement to object. Here, the deadline to object to McDonald Carano's Fee Statement was September 9, 2024 (the "Objection Deadline").

This certifies that no party filed an answer, objection, or other responsive pleading in connection with the Fee Statement on or before the Objection Deadline.

/ / /

/ / /

Pursuant to the Interim Compensation Procedures Order and the *Order Granting Application for Order Pursuant to 11 U.S.C. §§ 1102, 1103, 328, 330, and 331 Authorizing the Employment of McDonald Carano LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of February 24, 2023* [ECF No. 480], the Debtor is authorized to pay McDonald Carano 80% of the fees ($5,697.60) and 100% of the expenses ($236.30), for a total payment and reimbursement of **$5,933.90**, as requested in the Fee Statement upon the filing of this certification of no objection and without the need for entry of an order by the Court approving the Fee Statement.

DATED this 12th day of September 2024.

McDONALD CARANO LLP

By: */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee of Unsecured Creditors*