# EXHIBIT 1

# EXHIBIT 1

BANKRUPTCY RECOVERY GROUP, LLC
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@brg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@brg.legal
GARRETT NYE, ESQ.
Illinois Bar No. 6329215
(*Pro Hac Vice to be filed*)
Email: gnye@brg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (702) 483-6126
*[Proposed] Special Counsel for*
*Cash Cloud, Inc., dba Coin Cloud*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-23-10423-MKN |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter: 11 |
| Debtor. | Date: October 23, 2024<br>Time: 9:30 a.m. |

**ORDER APPROVING EMPLOYMENT OF BANKRUPTCY RECOVERY GROUP, LLC AS SPECIAL COUNSEL FOR THE DEBTOR PURSUANT TO 11 U.S.C. § 327(e) AND COMPENSATION PURSUANT TO 11 U.S.C. § 328(a)**

Cash Cloud, Inc. dba Coin Cloud ("Debtor") filed its *Application for Order Approving Employment of Bankruptcy Recovery Group, LLC as Special Counsel for the Debtor Pursuant to 11 U.S.C. § 327(e) and Compensation Pursuant to 11 U.S.C. § 328(a)* (the "Application")[1], which

---
[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

came on for hearing on October 23, 2024, at 9:30 a.m. All appearances were duly noted on the record at the hearing on the Application.

The Court having reviewed the Application and all matters submitted therewith; no oppositions having been filed; notice of the Application having been proper; the Court having stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure; and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Application is GRANTED.

**IT IS FURTHER ORDERED** that the Debtor is authorized to retain Bankruptcy Recovery Group, LLC ("BRG") pursuant to the terms of the Retention Agreement as special counsel to the Debtor to prosecute the Chapter 5 Claims.

**IT IS FURTHER ORDERED** that BRG's contingency fee and reimbursement of expenses will be paid pursuant to Sections 328 and 330 from the collection of any monies paid to the estate on account of the Chapter 5 Claims.

**IT IS FURTHER ORDERED** that except as modified by an effectuated plan of reorganization, BRG may seek payment of its contingency fee and reimbursement of its expenses: (1) within a motion filed in accordance with Bankruptcy Rule 9019 seeking approval of a compromised Chapter 5 Claim; or (2) by filing a separate motion or application with respect to a compromised Chapter 5 Claim, entry of a judgment with respect to a Chapter 5 Claim, or other collection on a Chapter 5 Claim.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

BANKRUPTCY RECOVERY GROUP, LLC
7251 Amigo St., Ste. 210
Las Vegas, NV 89119

1     **IT IS SO ORDERED**.

2   PREPARED AND SUBMITTED:

3   BANKRUPTCY RECOVERY GROUP, LLC

5   By: /s/
      GREGORY E. GARMAN, ESQ.
      TALITHA GRAY KOZLOWSKI, ESQ.
      GARRETT NYE, ESQ.
      7251 Amigo Street, Suite 210
      Las Vegas, Nevada 89119
      *[Proposed] Special Counsel for*
      *Cash Cloud, Inc., dba Coin Cloud*

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows:

☐ The Court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order as stated above.

☐ I have certified that under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###