BANKRUPTCY RECOVERY GROUP, LLC
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@brg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@brg.legal
GARRETT NYE, ESQ.
Illinois Bar No. 6329215
(*Pro Hac Vice to be filed*)
Email: gnye@brg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (702) 483-6126
*[Proposed] Special Counsel for*
*Cash Cloud, Inc., dba Coin Cloud*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-23-10423-MKN |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter: 11 |
| Debtor. | Date:  October 23, 2024<br>Time:  9:30 a.m. |

**NOTICE OF HEARING ON APPLICATION FOR ORDER APPROVING EMPLOYMENT OF BANKRUPTCY RECOVERY GROUP, LLC AS SPECIAL COUNSEL FOR THE DEBTOR PURSUANT TO 11 U.S.C. § 327(e) AND COMPENSATION PURSUANT TO <u>11 U.S.C. § 328(a)</u>**

**NOTICE IS HEREBY GIVEN** that an *Application for Order Approving Employment of Bankruptcy Recovery Group, LLC as Special Counsel for the Debtor Pursuant to 11 U.S.C. § 327(e) and Compensation Pursuant to 11 U.S.C. § 328(a)* (the "<u>Application</u>")[1] was filed by Cash Cloud, Inc. dba Coin Cloud (the "<u>Debtor</u>").  Copies of the Application and the supporting declarations may be obtained from the above-captioned Bankruptcy Court, located at the Foley Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101, through the Bankruptcy Court's electronic filing system (www.ecf.nub.uscourts.gov/), or by contacting Talitha Gray Kozlowski at (702) 483-6126 or tgray@brg.legal. The Application seeks entry of an order authorizing the

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Application.

1  employment of BRG as the Debtor's special counsel to prosecute the Chapter 5 Claims pursuant
2  to Section 327(e), with compensation and reimbursement of expenses to be paid on a contingent
3  fee basis, upon separate approval of this Court after notice and hearing, in accordance with Section
4  328.  Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your views on the Application, then you must file an opposition with the Court, and serve a copy on the person making the Application *no later than 14 days* preceding the hearing date for the Application, unless an exception applies (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court.  The hearing will be held on **October 23, 2024, at the hour of 9:30 a.m.**  Parties are permitted to appear telephonically by dialing (833) 435-1820 and entering meeting ID (if applicable): 161 062 2560 and entering access code or passcode 029066#.

. . .

. . .

. . .

. . .

. . .

DATED this 17th day of September 2024.

                BANKRUPTCY RECOVERY GROUP, LLC

By: */s/ Talitha Gray Kozlowski*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
GARRETT NYE, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*[Proposed] Special Counsel for
Cash Cloud, Inc., dba Coin Cloud*