Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**CERTIFICATE OF NO OBJECTION REGARDING FTI CONSULTING, INC.'S SIXTH THROUGH SEVENTEENTH MONTHLY FEE STATEMENTS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2023, THROUGH JULY 31, 2024** |

On August 27, 2024, FTI Consulting, Inc. ("FTI"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), by and through McDonald Carano LLP, counsel to Committee, filed and served the below-listed monthly fee statements ("Fee Statements") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred between August 1, 2023, through July 31,

2024 ("Fee Period").

1. Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of August 1, 2023, Through August 31, 2023 [ECF No. 1748];

2. Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of September 1, 2023, Through September 30, 2023 [ECF No. 1749];

3. Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of October 1, 2023, Through October 31, 2023 [ECF No. 1750];

4. Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2023, Through November 30, 2023 [ECF No. 1751];

5. Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of December 1, 2023, Through December 31, 2023 [ECF No. 1752];

6. Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of January 1, 2024, Through January 31, 2024 [ECF No. 1753];

7. Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of February 1, 2024, Through February 29, 2024 [ECF No. 1754];

8. Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of March 1, 2024, Through March 31, 2024 [ECF No. 1755];

9. Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of April 1, 2024, Through April 30, 2024 [ECF No. 1756];

10. Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of May 1, 2024, Through May 31, 2024 [ECF No. 1757];

11. Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of June 1, 2024, Through June 30, 2024 [ECF No. 1758]; and

12. Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of July 1, 2024, Through July 31, 2024 [ECF No. 1759].

In accordance with the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "<u>Interim Compensation Procedures Order</u>"), the Notice Parties, as defined therein, have 20 days after service of a monthly fee statement to object. Here, the deadline to object to FTI's Sixth through Seventeenth Fee Statements was September 16, 2024 (the "<u>Objection Deadline</u>"). No objections or oppositions were filed or received by any of the above-mentioned professionals by the Objection Deadline.

The undersigned certifies that no party filed an answer, objection, or other responsive pleading in connection with FTI's Sixth through Seventeenth Fee Statements on or before the Objection Deadline.

Pursuant to the Interim Compensation Procedures Order and the *Order Granting Application for Order Pursuant to 11 U.S.C. §§ 1103 Authorizing and Approving the Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Retroactive to February 24, 2023* [ECF No. 481], the Debtor is now authorized to pay the following fees and expenses as requested in the Fee Statements upon the filing of this certification of no objection and without the need for entry of an order by the Court approving the Fee Statements.

| **Fee Period** | **80% of Fees** | **Expenses** | **Total Payment** |
|---|---|---|---|
| August 1, 2023 – August 31, 2023 | $96,304.00 | $0.00 | $96,304.00 |

| Period | | | |
|---|---|---|---|
| September 1, 2023 – September 30, 2023 | $55,692.00 | $0.00 | $55,692.00 |
| October 1, 2023 – October 31, 2023 | $101,452.00 | $0.00 | $101,452.00 |
| November 1, 2023 – November 30, 2023 | $81,484.00 | $496.00 | $81,980.00 |
| December 1, 2023 – December 31, 2023 | $35,568.00 | $0.00 | $35,568.00 |
| January 1, 2024 – January 31, 2024 | $55,276.00 | $0.00 | $55,276.00 |
| February 1, 2024 – February 29, 2024 | $41,756.00 | $0.00 | $41,756.00 |
| March 1, 2024 – March 31, 2024 | $44,980.00 | $0.00 | $44,980.00 |
| April 1, 2024 – April 30, 2024 | $24,284.00 | $0.00 | $24,284.00 |
| May 1, 2024 – May 31, 2024 | $30,680.00 | $0.00 | $30,680.00 |
| June 1, 2024 – June 30, 2024 | $17,056.00 | $0.00 | $17,056.00 |
| July 1, 2024 – July 31, 2024 | $27,768.00 | $0.00 | $27,768.00 |

[*Remainder of page intentionally left blank.*]

DATED this 23rd day of September 2024.

> McDONALD CARANO LLP
>
> By: */s/ Ryan J. Works*
> Ryan J. Works, Esq. (NSBN 9224)
> Amanda M. Perach, Esq. (NSBN 12399)
> 2300 West Sahara Avenue, Suite 1200
> Las Vegas, Nevada 89102
> rworks@mcdonaldcarano.com
> aperach@mcdonaldcarano.com
>
> John R. Ashmead, Esq.
> Robert J. Gayda, Esq.
> Catherine V. LoTempio, Esq.
> Laura E. Miller, Esq.
> Andrew J. Matott, Esq.
> (*pro hac vice applications granted*)
> SEWARD & KISSEL LLP
> One Battery Park Plaza
> New York, NY 10004
> ashmead@sewkis.com
> gayda@sewkis.com
> lotempio@sewkis.com
> millerl@sewkis.com
> matott@sewkis.com
>
> *Counsel for Official Committee of Unsecured Creditors*