_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
October 04, 2024

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                              Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION OF CONWAY BAXTER WILSON LLP/S.R.L. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD FROM FEBRUARY 8, 2023 TO JULY 31, 2024**<br><br>Hearing Date: October 2, 2024<br>Hearing Time: 9:30 a.m. |

163295916.1

This Court, having reviewed and considered the *First Interim Application of Conway Baxter Wilson LLP/S.R.L. for Compensation and Reimbursement of Expenses for the Fee Period from February 8, 2023 to July 31, 2024* [Docket No. 1760] (the "First Interim Compensation Application"),[1] all other pleadings and evidence submitted in connection with the First Interim Compensation Application, no oppositions having been filed, and the oral arguments of record made by counsel for Debtor at the hearing held on October 2, 2024; the Court hereby finds that notice of the First Interim Compensation Application was good and sufficient as provided, that the compensation requested in the First Interim Compensation Application is reasonable and necessary with respect to time spent and amounts requested, and with all other findings set forth in the record at the hearing noted above incorporated herein, pursuant to Rule 52 of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rule 7052 of the Federal Rules of Bankruptcy Procedure; and for good cause appearing,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1. The First Interim Compensation Application filed by CBW is APPROVED in its entirety.

2. Debtor is hereby authorized to pay to CBW $151,227.96 CAD (the Total Requested Compensation in the amount of $223,520.78CAD minus the Retainer).

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    1980 Festival Plaza Drive, Suite 700
    Las Vegas, Nevada 89135
    *Counsel for Debtor*

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the First Interim Compensation Application.

163295916.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Approved/Disapproved by:

**OFFICE OF THE UNITED STATES TRUSTEE**

By /s/ *Waived*
    Jared A. Day
    Trial Attorney for Tracy Hope Davis,
    United States Trustee
    Foley Federal Building
    300 Las Vegas Boulevard South, Suite 4300
    Las Vegas, Nevada 89101

### **CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

    Jared A. Day                                      Waived
    Trial Attorney for Tracy Hope Davis,
    United States Trustee

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### #

163295916.1