Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 04, 2024

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No. 23-10423-mkn |
| | Chapter 11 |
| CASH CLOUD, INC., | |
| dba COIN CLOUD, | |
| | Date:   October 16, 2023 |
| Debtor. | Time:   9:30 a.m. |

**ORDER ON ENIGMA SECURITIES LIMITED'S APPLICATION FOR ALLOWANCE AND APPROVAL OF ADMINISTRATIVE EXPENSE CLAIM**

On October 16, 2023, an evidentiary hearing was held regarding Enigma Securities Limited's Application for Allowance and Approval of Administrative Expense Claim ("Enigma Admininistrative Expense Application") brought in the above-captioned proceeding. The appearances of counsel were noted on the record. After the hearing, the matter was taken under submission.

Contemporaneously herewith, a Memorandum Decision has been entered on the Enigma Administrative Expense Application along with two other matters heard on the same date. In accordance with that Memorandum Decision,

**IT IS HEREBY ORDERED** that Enigma Securities Limited's Application for Allowance and Approval of Administrative Expense Claim, Docket No. 873, be, and the same hereby is, **DENIED WITHOUT PREJUDICE.**

/ / /

/ / /

1

Copies sent via CM/ECF ELECTRONIC FILING

Copies sent via BNC to:
CASH CLOUD, INC.
ATTN: OFFICER OR MANAGING AGENT
11700 W CHARLESTON BLVD., #441
LAS VEGAS, NV 89135

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

LAURA MILLER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

SEAN A. O'NEAL
JANE VANLARE
MICHAEL WEINBERG
CLEARY GOTTLIEB STEEN & HAMILTON LLP on behalf of Genesis Global Holdco, LLC (Robert Kinas is local counsel and will receive a copy via ECF System)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

# # #