_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 04, 2024

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>   Debtor. | Case No. 23-10423-mkn<br>Chapter 11<br><br>Date:  October 16, 2023<br>Time:  10:30 a.m. |

**ORDER ON MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER GRANTING LEAVE, DERIVATIVE STANDING AND AUTHORITY TO COMMENCE, PROSECUTE AND SETTLE CLAIMS ON BEHALF OF THE DEBTOR'S ESTATE**

On October 16, 2023, an evidentiary hearing was held regarding the Motion of the Official Committee of Unsecured Creditors for an Order Granting Leave, Derivative Standing and Authority to Commence, Prosecute and Settle Claims on Behalf of the Debtor's Estate ("UCC Derivative Standing Motion") brought in the above-captioned proceeding. The appearances of counsel were noted on the record. After the hearing, the matter was taken under submission.

Contemporaneously herewith, a Memorandum Decision has been entered on the UCC Derivative Standing Motion along with two other matters heard on the same date. In accordance with that Memorandum Decision,

**IT IS HEREBY ORDERED** that the Motion of the Official Committee of Unsecured Creditors for an Order Granting Leave, Derivative Standing and Authority to Commence,

1

1  Prosecute and Settle Claims on Behalf of the Debtor's Estate, Docket No. 925, be, and the same
2  hereby is, **GRANTED**.
3
4  Copies sent via CM/ECF ELECTRONIC FILING
5  Copies sent via BNC to:
   CASH CLOUD, INC.
6  ATTN: OFFICER OR MANAGING AGENT
   11700 W CHARLESTON BLVD., #441
7  LAS VEGAS, NV 89135
8
9  CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   UNSECURED CREDITORS
10 SEWARD & KISSEL
   ONE BATTERY PARK PLAZA
11 NEW YORK, NY 10004
12 LAURA MILLER on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   UNSECURED CREDITORS
13 SEWARD & KISSEL
14 ONE BATTERY PARK PLAZA
   NEW YORK, NY 10004
15
16 ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
   MORRISON & FOERSTER LLP
17 250 WEST 55TH STREET
   NEW YORK, NY 10019-3601
18
19 KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
   SHEA LARSEN
20 1731 VILLAGE CTR CR, STE 150
   LAS VEGAS, NV 89134
21
22 SEAN A. O'NEAL
   JANE VANLARE
23 MICHAEL WEINBERG
   CLEARY GOTTLIEB STEEN & HAMILTON LLP on behalf of Genesis Global Holdco, LLC
24 (Robert Kinas is local counsel and will receive a copy via ECF System)
25 ONE LIBERTY PLAZA
   NEW YORK, NY 10006
26
27                                      # # #
28