United States Bankruptcy Court
District of Nevada

In re:                                                                               Case No. 23-10423-mkn
CASH CLOUD, INC.                                                      Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2                                                  User: admin                                                      Page 1 of 4
Date Rcvd: Oct 05, 2024                               Form ID: pdf928                               Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CASH CLOUD, INC., 11700 W CHARLESTON BLVD., #441, LAS VEGAS, NV 89135-1573 |
| | + | ANDREW KISSNER on behalf of Creditor Enigma, Securities Limited, MORRISON & FOERSTER LLP, 250 WEST 55TH STREET, NEW YORK, NY 10019-0050 |
| | + | CASH CLOUD, INC., ATTN: OFFICER OR MANAGING AGENT, 11700 W CHARLESTON BLVD., #441, LAS VEGAS, NV 89135-1573 |
| | + | CATHERINE V. LOTEMPIO on behalf of Creditor Commit, OFFICIAL COMMITTEE OF UNSECURED CREDITOR, SEWARD & KISSEL, ONE BATTERY PARK PLAZA, NEW YORK, NY 10004-1485 |
| | + | KYLE M. WYANT on behalf of Creditor Enigma, Securities Limited, SHEA LARSEN, 1731 VILLAGE CTR CR, STE 150, LAS VEGAS, NV 89134-0517 |
| | + | LAURA MILLER on behalf of Creditor Committee, OFFICIAL COMMITTEE OF UNSECURED CREDITOR, SEWARD & KISSEL, ONE BATTERY PARK PLAZA, NEW YORK, NY 10004-1485 |
| | + | SEAN A. ONEAL, JANE VANLARE, MICHAEL WEINBERG, CLEARY GOTTLIEB STEEN & HAMILTON LLP, on behalf of Genesis Global Holdco, LLC, ONE LIBERTY PLAZA, NEW YORK, NY 10006-1404 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2024                           Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM P. SCHWARTZ | on behalf of Interested Party LUX VENDING  LLC d/b/a BITCOIN DEPOT aschwartz@carltonfields.com, amaranto@carltonfields.com |

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Oct 05, 2024 | Form ID: pdf928 | Total Noticed: 7 |

ADAM P. SCHWARTZ
    on behalf of Defendant LUX VENDING LLC d/b/a BITCOIN DEPOT aschwartz@carltonfields.com, amaranto@carltonfields.com

ALLAN B. DIAMOND
    on behalf of Defendant CHRISTOPHER MCALARY adiamond@diamondmccarthy.com

ANNE FREELAND
    on behalf of Creditor AVT Nevada L.P. atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

ARIEL E. STERN
    on behalf of Creditor IPFS CORPORATION ariel.stern@akerman.com akermanlas@akerman.com

BART K. LARSEN
    on behalf of Creditor Enigma Securities Limited BLARSEN@SHEA.LAW 3542839420@filings.docketbird.com

BRETT A. AXELROD
    on behalf of Debtor CASH CLOUD INC. baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD
    on behalf of Plaintiff CASH CLOUD INC., DBA COIN CLOUD baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD
    on behalf of Plaintiff CASH CLOUD INC., dba COIN CLOUD baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD
    on behalf of Plaintiff CASH CLOUD INC., DBA COIN CLOUD, baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD
    on behalf of Plaintiff CASH CLOUD INC. baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRIAN D. SHAPIRO
    on behalf of Creditor OPTCONNECT MANAGEMENT LLC brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;bryce@brianshapirolaw.com;6855036420@filings.docketbird.com

BRIGID M. HIGGINS
    on behalf of Creditor Black Hole Investments fna EZ Coin LLC bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

CANDACE C CARLYON
    on behalf of Interested Party CHRIS MCALARY ccarlyon@carlyoncica.com CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com;jang@carlyoncica.com

CANDACE C CARLYON
    on behalf of Defendant CHRISTOPHER MCALARY ccarlyon@carlyoncica.com CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com;jang@carlyoncica.com

CANDACE C CARLYON
    on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY ccarlyon@carlyoncica.com CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com;jang@carlyoncica.com

CHAPTER 11 - LV
    USTPRegion17.lv.ecf@usdoj.gov

CHRISTOPHER D. JOHNSON
    on behalf of Defendant CHRISTOPHER MCALARY chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com

CHRISTOPHER D. JOHNSON
    on behalf of Interested Party CHRIS MCALARY chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com

CRAIG P. DRUEHL
    on behalf of Creditor OPTCONNECT MANAGEMENT LLC craig.druehl@dechert.com

DANIEL A MANN
    on behalf of Plaintiff CASH CLOUD INC. dmann@foxrothschild.com

DAWN M. CICA
    on behalf of Defendant CHRISTOPHER MCALARY dcica@carlyoncica.com nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com

DAWN M. CICA
    on behalf of Interested Party CHRIS MCALARY dcica@carlyoncica.com nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com

| | |
|---|---|
| District/off: 0978-2 | User: admin   Page 3 of 4 |
| Date Rcvd: Oct 05, 2024 | Form ID: pdf928   Total Noticed: 7 |

DAWN M. CICA
on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY dcica@carlyoncica.com nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com

JAMES J. JIMMERSON
on behalf of Plaintiff CASH CLOUD INC., DBA COIN CLOUD, jimmerson@jimmersonlawfirm.com, ks@jimmersonlawfirm.com

JAMES M JIMMERSON
on behalf of Plaintiff CASH CLOUD INC., DBA COIN CLOUD jmj@jimmersonlawfirm.com

JAMES M JIMMERSON
on behalf of Special Counsel THE JIMMERSON LAW FIRM P.C. jmj@jimmersonlawfirm.com

JAMES M JIMMERSON
on behalf of Plaintiff CASH CLOUD INC., DBA COIN CLOUD, jmj@jimmersonlawfirm.com

JAMES PATRICK SHEA
on behalf of Creditor Enigma Securities Limited jshea@shea.law blarsen@shea.law;support@shea.law

JEANETTE E. MCPHERSON
on behalf of Plaintiff CASH CLOUD INC., dba COIN CLOUD JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

JEANETTE E. MCPHERSON
on behalf of Debtor CASH CLOUD INC. JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

JOHN T. WENDLAND
on behalf of Creditor AVT Nevada L.P. jwendland@wdlaw.com, NVeFile@weildrage.com

JUSTIN B. STROTHER
on behalf of Interested Party CHRIS MCALARY justin.strother@diamondmccarthy.com nan.sauter@diamondmccarthy.com

JUSTIN B. STROTHER
on behalf of Defendant CHRISTOPHER MCALARY justin.strother@diamondmccarthy.com nan.sauter@diamondmccarthy.com

Jeffrey R. Sylvester
on behalf of Interested Party CKDL Credit LLC jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

KURT R. BONDS
on behalf of Creditor Populus Financial Group Inc. nvefile@hallevans.com, knechta@hallevans.com;bondsk@hallevans.com;tugglet@hallevans.com

LEW BRANDON, JR.
on behalf of Creditor UNITED NATURAL FOODS INC. l.brandon@bsnv.law

MARJORIE A. GUYMON
on behalf of Creditor Trangistics Inc. bankruptcy@goldguylaw.com, lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com

MARJORIE A. GUYMON
on behalf of Creditor Armondo Redmond bankruptcy@goldguylaw.com lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com

MAURICE VERSTANDIG
on behalf of Creditor Brink's Inc. mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com

MICHAEL L WACHTELL
on behalf of Creditor ORACLE AMERICA INC. mwachtell@buchalter.com

NATASHA SHARMA
on behalf of Interested Party CHRIS MCALARY nsharma@carlyoncica.com crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA
on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY nsharma@carlyoncica.com crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA
on behalf of Defendant CHRISTOPHER MCALARY nsharma@carlyoncica.com crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NEDDA GHANDI
on behalf of Creditor ROCKITCOIN LLC nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

OGONNA M. BROWN
on behalf of Defendant COLE KEPRO INTERNATIONAL LLC obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@le

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 05, 2024 | Form ID: pdf928 | Total Noticed: 7 |

wisroca.com,rcreswell@lewisroca.com

**OGONNA M. BROWN**
on behalf of Creditor Cole Kepro International LLC obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

**PAUL HAGE**
on behalf of Creditor Cole Kepro International LLC phage@taftlaw.com

**ROB L. PHILLIPS**
on behalf of Creditor Powerhouse TSSP LLC rob.phillips@fisherbroyles.com

**ROBERT R. KINAS**
on behalf of Creditor GENESIS GLOBAL HOLDCO LLC rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

**RONALD E. GOLD**
on behalf of Creditor WPG Legacy LLC rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

**RONALD M TUCKER**
on behalf of Creditor SIMON PROPERTY GROUP INC. rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

**RYAN A. ANDERSEN**
on behalf of Interested Party Luis Flores ryan@aandblaw.com  melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

**RYAN J. WORKS**
on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD INC. dba COIN CLOUD rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**RYAN J. WORKS**
on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS rworks@mcdonaldcarano.com kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**SHAWN CHRISTIANSON**
on behalf of Creditor ORACLE AMERICA INC. schristianson@buchalter.com, cmcintire@buchalter.com

**STACY H RUBIN**
on behalf of Defendant LUX VENDING LLC d/b/a BITCOIN DEPOT shr@h2law.com, kmacelwain@howardandhoward.com

**STACY H RUBIN**
on behalf of Interested Party LUX VENDING LLC d/b/a BITCOIN DEPOT shr@h2law.com, kmacelwain@howardandhoward.com

**STEPHEN T LODEN**
on behalf of Interested Party CHRIS MCALARY sloden@diamondmccarthy.com  cburrow@diamondmccarthy.com

**STRETTO**
ecf@cases-cr.stretto-services.com  aw01@ecfcbis.com,pacerpleadings@stretto.com

**STUART FREEMAN WILSON-PATTON**
stuart.wilson-patton@ag.tn.gov

**TALI FREY**
on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY tfrey@carlyoncica.com  crobertson@carlyoncica.com

**TALI FREY**
on behalf of Interested Party CHRIS MCALARY tfrey@carlyoncica.com  crobertson@carlyoncica.com

**TALI FREY**
on behalf of Defendant CHRISTOPHER MCALARY tfrey@carlyoncica.com  crobertson@carlyoncica.com

**TALI FREY**
on behalf of Creditor CHRISTOPHER MCALARY tfrey@carlyoncica.com  crobertson@carlyoncica.com

**TIMOTHY A LUKAS**
on behalf of Creditor Good 2 Go Stores LLC ecflukast@hollandhart.com

**U.S. TRUSTEE - LV - 11**
USTPRegion17.lv.ecf@usdoj.gov

**WILLIAM C DEVINE, II**
on behalf of Defendant KIOSK SERVICES GROUP INC. william@devine.legal, courtney@devine.legal;devinewr72773@notify.bestcase.com

**ZACHARY T WILLIAMS**
on behalf of Plaintiff CASH CLOUD INC., dba COIN CLOUD zwilliams@dhwlawlv.com, ahosey@foxrothschild.com

TOTAL: 69

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 04, 2024

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:                                           )   Case No. 23-10423-mkn
                                                 )   Chapter 11
CASH CLOUD, INC.,                                )
dba COIN CLOUD,                                  )
                                                 )   Date:   October 16, 2023
                                                 )   Time:   10:30 a.m.
                Debtor.                          )
_____          )

**ORDER ON MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR AN ORDER GRANTING LEAVE, DERIVATIVE STANDING
AND AUTHORITY TO COMMENCE, PROSECUTE AND SETTLE CLAIMS
ON BEHALF OF THE DEBTOR'S ESTATE**

On October 16, 2023, an evidentiary hearing was held regarding the Motion of the Official Committee of Unsecured Creditors for an Order Granting Leave, Derivative Standing and Authority to Commence, Prosecute and Settle Claims on Behalf of the Debtor's Estate ("UCC Derivative Standing Motion") brought in the above-captioned proceeding. The appearances of counsel were noted on the record. After the hearing, the matter was taken under submission.

Contemporaneously herewith, a Memorandum Decision has been entered on the UCC Derivative Standing Motion along with two other matters heard on the same date. In accordance with that Memorandum Decision,

I**T IS HEREBY ORDERED** that the Motion of the Official Committee of Unsecured Creditors for an Order Granting Leave, Derivative Standing and Authority to Commence,

1

Prosecute and Settle Claims on Behalf of the Debtor's Estate, Docket No. 925, be, and the same hereby is, **GRANTED**.

Copies sent via CM/ECF ELECTRONIC FILING

Copies sent via BNC to:
CASH CLOUD, INC.
ATTN: OFFICER OR MANAGING AGENT
11700 W CHARLESTON BLVD., #441
LAS VEGAS, NV 89135

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

LAURA MILLER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

SEAN A. O'NEAL
JANE VANLARE
MICHAEL WEINBERG
CLEARY GOTTLIEB STEEN & HAMILTON LLP on behalf of Genesis Global Holdco, LLC (Robert Kinas is local counsel and will receive a copy via ECF System)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

### #