United States Bankruptcy Court
District of Nevada

| | |
|---|---|
| In re: | Case No. 23-10423-mkn |
| CASH CLOUD, INC. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 05, 2024 | Form ID: pdf928 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CASH CLOUD, INC., 11700 W CHARLESTON BLVD., #441, LAS VEGAS, NV 89135-1573 |
| | + | ANDREW KISSNER on behalf of Creditor Enigma, Securities Limited, MORRISON & FOERSTER LLP, 250 WEST 55TH STREET, NEW YORK, NY 10019-3601 UNITED STATES 10019-0050 |
| | + | CASH CLOUD, INC., ATTN: OFFICER OR MANAGING AGENT, 11700 W CHARLESTON BLVD., #441, LAS VEGAS, NV 89135-1573 |
| | + | CATHERINE V. LOTEMPIO on behalf of Creditor, Committee OFFICIAL COMMITTEE OF, UNSECURED CREDITORS, SEWARD & KISSEL, ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 |
| | + | KYLE M. WYANT on behalf of Creditor Enigma, Securities Limited, SHEA LARSEN, 1731 VILLAGE CTR CR, STE 150, LAS VEGAS, NV 89134-0517 |
| | + | LAURA MILLER on behalf of Creditor Committee, OFFICIAL COMMITTEE OF UNSECURED CREDITOR, SEWARD & KISSEL, ONE BATTERY PARK PLAZA, NEW YORK, NY 10004 UNITED STATES 10004-1485 |
| | + | SEAN A. ONEAL, JANE VANLARE, MICHAEL WEINBERG, CLEARY GOTTLIEB STEEN & HAMILTON LLP on, ONE LIBERTY PLAZA, NEW YORK, NY 10006 UNITED STATES 10006-1404 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 06, 2024 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM P. SCHWARTZ | on behalf of Interested Party LUX VENDING  LLC d/b/a BITCOIN DEPOT aschwartz@carltonfields.com, amaranto@carltonfields.com |

District/off: 0978-2 User: admin Page 2 of 4
Date Rcvd: Oct 05, 2024 Form ID: pdf928 Total Noticed: 7

| | |
|---|---|
| ADAM P. SCHWARTZ | on behalf of Defendant LUX VENDING LLC d/b/a BITCOIN DEPOT aschwartz@carltonfields.com, amaranto@carltonfields.com |
| ALLAN B. DIAMOND | on behalf of Defendant CHRISTOPHER MCALARY adiamond@diamondmccarthy.com |
| ANNE FREELAND | on behalf of Creditor AVT Nevada L.P. atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com |
| ARIEL E. STERN | on behalf of Creditor IPFS CORPORATION ariel.stern@akerman.com akermanlas@akerman.com |
| BART K. LARSEN | on behalf of Creditor Enigma Securities Limited BLARSEN@SHEA.LAW 3542839420@filings.docketbird.com |
| BRETT A. AXELROD | on behalf of Debtor CASH CLOUD INC. baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com |
| BRETT A. AXELROD | on behalf of Plaintiff CASH CLOUD INC., DBA COIN CLOUD baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com |
| BRETT A. AXELROD | on behalf of Plaintiff CASH CLOUD INC., dba COIN CLOUD baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com |
| BRETT A. AXELROD | on behalf of Plaintiff CASH CLOUD INC., DBA COIN CLOUD, baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com |
| BRETT A. AXELROD | on behalf of Plaintiff CASH CLOUD INC. baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com |
| BRIAN D. SHAPIRO | on behalf of Creditor OPTCONNECT MANAGEMENT LLC brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;bryce@brianshapirolaw.com;6855036420@filings.docketbird.com |
| BRIGID M. HIGGINS | on behalf of Creditor Black Hole Investments fna EZ Coin LLC bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law |
| CANDACE C CARLYON | on behalf of Interested Party CHRIS MCALARY ccarlyon@carlyoncica.com CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com;jang@carlyoncica.com |
| CANDACE C CARLYON | on behalf of Defendant CHRISTOPHER MCALARY ccarlyon@carlyoncica.com CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com;jang@carlyoncica.com |
| CANDACE C CARLYON | on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY ccarlyon@carlyoncica.com CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com;jang@carlyoncica.com |
| CHAPTER 11 - LV | USTPRegion17.lv.ecf@usdoj.gov |
| CHRISTOPHER D. JOHNSON | on behalf of Defendant CHRISTOPHER MCALARY chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com |
| CHRISTOPHER D. JOHNSON | on behalf of Interested Party CHRIS MCALARY chris.johnson@diamondmccarthy.com nan.sauter@diamondmccarthy.com |
| CRAIG P. DRUEHL | on behalf of Creditor OPTCONNECT MANAGEMENT LLC craig.druehl@dechert.com |
| DANIEL A MANN | on behalf of Plaintiff CASH CLOUD INC. dmann@foxrothschild.com |
| DAWN M. CICA | on behalf of Defendant CHRISTOPHER MCALARY dcica@carlyoncica.com nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com |
| DAWN M. CICA | on behalf of Interested Party CHRIS MCALARY dcica@carlyoncica.com nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com |

District/off: 0978-2　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 3 of 4
Date Rcvd: Oct 05, 2024　　　　　　　　　　　Form ID: pdf928　　　　　　　　　　　　　Total Noticed: 7

| | |
|---|---|
| DAWN M. CICA | on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY dcica@carlyoncica.com nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nsharma@carlyoncica.com |
| JAMES J. JIMMERSON | on behalf of Plaintiff CASH CLOUD  INC., DBA COIN CLOUD, jimmerson@jimmersonlawfirm.com, ks@jimmersonlawfirm.com |
| JAMES M JIMMERSON | on behalf of Plaintiff CASH CLOUD  INC., DBA COIN CLOUD jmj@jimmersonlawfirm.com |
| JAMES M JIMMERSON | on behalf of Special Counsel THE JIMMERSON LAW FIRM  P.C. jmj@jimmersonlawfirm.com |
| JAMES M JIMMERSON | on behalf of Plaintiff CASH CLOUD  INC., DBA COIN CLOUD, jmj@jimmersonlawfirm.com |
| JAMES PATRICK SHEA | on behalf of Creditor Enigma Securities Limited jshea@shea.law  blarsen@shea.law;support@shea.law |
| JEANETTE E. MCPHERSON | on behalf of Plaintiff CASH CLOUD  INC., dba COIN CLOUD JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com |
| JEANETTE E. MCPHERSON | on behalf of Debtor CASH CLOUD  INC. JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com |
| JOHN T. WENDLAND | on behalf of Creditor AVT Nevada  L.P. jwendland@wdlaw.com, NVeFile@weildrage.com |
| JUSTIN B. STROTHER | on behalf of Interested Party CHRIS MCALARY justin.strother@diamondmccarthy.com  nan.sauter@diamondmccarthy.com |
| JUSTIN B. STROTHER | on behalf of Defendant CHRISTOPHER MCALARY justin.strother@diamondmccarthy.com  nan.sauter@diamondmccarthy.com |
| Jeffrey R. Sylvester | on behalf of Interested Party CKDL Credit  LLC jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com |
| KURT R. BONDS | on behalf of Creditor Populus Financial Group  Inc. nvefile@hallevans.com, knechta@hallevans.com;bondsk@hallevans.com;tugglet@hallevans.com |
| LEW BRANDON, JR. | on behalf of Creditor UNITED NATURAL FOODS  INC. l.brandon@bsnv.law |
| MARJORIE A. GUYMON | on behalf of Creditor Trangistics  Inc. bankruptcy@goldguylaw.com, lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com |
| MARJORIE A. GUYMON | on behalf of Creditor Armondo Redmond bankruptcy@goldguylaw.com lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com |
| MAURICE VERSTANDIG | on behalf of Creditor Brink's  Inc. mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com |
| MICHAEL L WACHTELL | on behalf of Creditor ORACLE AMERICA  INC. mwachtell@buchalter.com |
| NATASHA SHARMA | on behalf of Interested Party CHRIS MCALARY nsharma@carlyoncica.com crobertson@carlyoncica.com;narceneaux@carlyoncica.com |
| NATASHA SHARMA | on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY nsharma@carlyoncica.com crobertson@carlyoncica.com;narceneaux@carlyoncica.com |
| NATASHA SHARMA | on behalf of Defendant CHRISTOPHER MCALARY nsharma@carlyoncica.com crobertson@carlyoncica.com;narceneaux@carlyoncica.com |
| NEDDA GHANDI | on behalf of Creditor ROCKITCOIN  LLC nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com |
| OGONNA M. BROWN | on behalf of Defendant COLE KEPRO INTERNATIONAL  LLC obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@le |

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 05, 2024 | Form ID: pdf928 | Total Noticed: 7 |

wisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN
on behalf of Creditor Cole Kepro International LLC obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

PAUL HAGE
on behalf of Creditor Cole Kepro International LLC phage@taftlaw.com

ROB L. PHILLIPS
on behalf of Creditor Powerhouse TSSP LLC rob.phillips@fisherbroyles.com

ROBERT R. KINAS
on behalf of Creditor GENESIS GLOBAL HOLDCO LLC rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

RONALD E. GOLD
on behalf of Creditor WPG Legacy LLC rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

RONALD M TUCKER
on behalf of Creditor SIMON PROPERTY GROUP INC. rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

RYAN A. ANDERSEN
on behalf of Interested Party Luis Flores ryan@aandblaw.com melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

RYAN J. WORKS
on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD INC. dba COIN CLOUD rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS
on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS rworks@mcdonaldcarano.com kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

SHAWN CHRISTIANSON
on behalf of Creditor ORACLE AMERICA INC. schristianson@buchalter.com, cmcintire@buchalter.com

STACY H RUBIN
on behalf of Defendant LUX VENDING LLC d/b/a BITCOIN DEPOT shr@h2law.com, kmacelwain@howardandhoward.com

STACY H RUBIN
on behalf of Interested Party LUX VENDING LLC d/b/a BITCOIN DEPOT shr@h2law.com, kmacelwain@howardandhoward.com

STEPHEN T LODEN
on behalf of Interested Party CHRIS MCALARY sloden@diamondmccarthy.com cburrow@diamondmccarthy.com

STRETTO
ecf@cases-cr.stretto-services.com aw01@ecfcbis.com,pacerpleadings@stretto.com

STUART FREEMAN WILSON-PATTON
stuart.wilson-patton@ag.tn.gov

TALI FREY
on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY tfrey@carlyoncica.com crobertson@carlyoncica.com

TALI FREY
on behalf of Interested Party CHRIS MCALARY tfrey@carlyoncica.com crobertson@carlyoncica.com

TALI FREY
on behalf of Defendant CHRISTOPHER MCALARY tfrey@carlyoncica.com crobertson@carlyoncica.com

TALI FREY
on behalf of Creditor CHRISTOPHER MCALARY tfrey@carlyoncica.com crobertson@carlyoncica.com

TIMOTHY A LUKAS
on behalf of Creditor Good 2 Go Stores LLC ecflukast@hollandhart.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

WILLIAM C DEVINE, II
on behalf of Defendant KIOSK SERVICES GROUP INC. william@devine.legal, courtney@devine.legal;devinewr72773@notify.bestcase.com

ZACHARY T WILLIAMS
on behalf of Plaintiff CASH CLOUD INC., dba COIN CLOUD zwilliams@dhwlawlv.com, ahosey@foxrothschild.com

TOTAL: 69

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 04, 2024

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:  ) Case No. 23-10423-mkn
 ) Chapter 11
CASH CLOUD, INC., )
dba COIN CLOUD, )
 ) Date: October 16, 2023
 ) Time: 9:30 a.m.
       Debtor. )
 )

### ORDER ON ENIGMA SECURITIES LIMITED'S APPLICATION FOR ALLOWANCE AND APPROVAL OF ADMINISTRATIVE EXPENSE CLAIM

On October 16, 2023, an evidentiary hearing was held regarding Enigma Securities Limited's Application for Allowance and Approval of Administrative Expense Claim ("Enigma Admininistrative Expense Application") brought in the above-captioned proceeding. The appearances of counsel were noted on the record. After the hearing, the matter was taken under submission.

Contemporaneously herewith, a Memorandum Decision has been entered on the Enigma Administrative Expense Application along with two other matters heard on the same date. In accordance with that Memorandum Decision,

**IT IS HEREBY ORDERED** that Enigma Securities Limited's Application for Allowance and Approval of Administrative Expense Claim, Docket No. 873, be, and the same hereby is, **DENIED WITHOUT PREJUDICE.**

/ / /

/ / /

1

Copies sent via CM/ECF ELECTRONIC FILING

Copies sent via BNC to:
CASH CLOUD, INC.
ATTN: OFFICER OR MANAGING AGENT
11700 W CHARLESTON BLVD., #441
LAS VEGAS, NV 89135

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

LAURA MILLER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

SEAN A. O'NEAL
JANE VANLARE
MICHAEL WEINBERG
CLEARY GOTTLIEB STEEN & HAMILTON LLP on behalf of Genesis Global Holdco, LLC
(Robert Kinas is local counsel and will receive a copy via ECF System)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

### #