Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice* applications granted)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 23-10423-mkn |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF APPEAL** |

The Official Committee of Unsecured Creditors in the above-captioned case (the "Committee"), hereby file this Notice of Appeal, pursuant to 28 U.S.C. § 158, to the United States Bankruptcy Appellate Panel of the Ninth Circuit Court of Appeals, from the *Order on Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P.* [ECF No. 1794] (the "Order") entered on October 4, 2024. A true and correct copy of the Order is attached hereto as Exhibit 1, and incorporated herein by this reference.

4892-6638-0528.2

The Order is a final appealable order under 28 U.S.C. § 158(a)(1). *See Ades-Berg Investors v. Breeden* (*In re Bennett Funding Group, Inc.*), 439 F.3d 155, 160 (2d Cir. 2006); *see also Goodwin v. Mickey Thompson Entertainment Group, Inc.* (*In re Mickey Thompson Entertainment Group, Inc.*), 292 B.R. 415, 419-20 (9th Cir. B.A.P. 2003). The parties to the Order appealed from and the names, addresses and telephone numbers of their respective counsel are as follows:

Ryan J. Works, Esq.
Amanda M. Perach, Esq.
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

Brett A. Axelrod, Esq.
Nicholas A. Koffroth, Esq.
Zachary T. Williams, Esq.
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
baxelrod@foxrothschild.com
nkoffroth@foxrothschild.com
zwilliams@foxrothschild.com

*Counsel for Debtor*

Kyle M. Wyant, Esq.
SHEA LARSEN
1731 Village Ctr. Cr., Suite 150
Las Vegas, Nevada 89134

Andrew Kissner, Esq.
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-3601

*Counsel for Enigma Securities Limited*

Sean A. O'Neal, Esq.
Jane Vanlare, Esq.
Michael Weinberg, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006

*Counsel for Genesis Global Holdco, LLC*

DATED this 17th day of October, 2024.

                       McDONALD CARANO LLP

By: */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

4892-6638-0528.2

# EXHIBIT 1

# EXHIBIT 1

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
October 04, 2024

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

CASH CLOUD, INC.,
dba COIN CLOUD,

           Debtor.

Case No. 23-10423-mkn
Chapter 11

Date:   October 16, 2023
Time:  10:30 a.m.

**ORDER ON MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO SURCHARGE THE COLLATERAL OF GENESIS GLOBAL HOLDCO, LLC, ENIGMA SECURITIES LIMITED, AND AVT NEVADA, L.P.**

On October 16, 2023, an evidentiary hearing was held regarding the Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P. ("Debtor Surcharge Motion") brought in the above-captioned proceeding. The appearances of counsel were noted on the record. After the hearing, the matter was taken under submission.

Contemporaneously herewith, a Memorandum Decision has been entered on the Debtor Surcharge Motion along with two other matters heard on the same date. In accordance with that Memorandum Decision,

I**T IS HEREBY ORDERED** that the Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P., Docket No. 926, be, and the same hereby is, **DENIED**.

/ / /

/ / /

1

Copies sent via CM/ECF ELECTRONIC FILING

Copies sent via BNC to:
CASH CLOUD, INC.
ATTN: OFFICER OR MANAGING AGENT
11700 W CHARLESTON BLVD., #441
LAS VEGAS, NV 89135

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

LAURA MILLER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

SEAN A. O'NEAL
JANE VANLARE
MICHAEL WEINBERG
CLEARY GOTTLIEB STEEN & HAMILTON LLP on behalf of Genesis Global Holdco, LLC (Robert Kinas is local counsel and will receive a copy via ECF System)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

# # #