NVB 8005 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>CASH CLOUD, INC.<br>　　　　　　　　　　　Debtor(s) | BK−23−10423−mkn<br>CHAPTER 11<br><br>Appeal Reference Number:　　24−30 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>　　　　　　　　　　　Appellant(s)<br><br>vs<br><br>SECURED CREDITORS<br>　　　　　　　　　　　Appellee(s) | NOTICE OF REFERRAL<br>OF APPEAL TO<br>BANKRUPTCY APPELLATE PANEL |

To:　　All Parties in Appeal
　　　　U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by OFFICIAL COMMITTEE OF UNSECURED CREDITORS with the Clerk of the Bankruptcy Court on 10/17/24.

The above appeal has been referred to the U.S. Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: 10/18/24

　　　　　　　　　　　　　　　　　　　　　　　*Mary A. Schott*
　　　　　　　　　　　　　　　　　　　　　　　Mary A. Schott
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court