NVB 8010–5 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>CASH CLOUD, INC.<br>　　　　　　　　　　Debtor(s) | BK–23–10423–mkn<br>CHAPTER 11<br><br>Appeal Reference Number:　　24–30 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>　　　　　　　　　　Appellant(s)<br><br>vs<br><br>SECURED CREDITORS<br>　　　　　　　　　　Appellee(s) | TRANSMITTAL FORM TO<br>BANKRUPTCY APPELLATE PANEL<br><br>OFFICE NUMBER 0978/2 |

To:　　Bankruptcy Appellate Panel
　　　　125 South Grand Avenue,
　　　　Pasadena, CA 91105

| | |
|---|---|
| Appeals Filed in the Same Bankruptcy Case or in a Related ADV Case | 23–cv–01424–GMN,<br>23–cv–01427–GMN,<br>23–cv–01580–JAD |
| Bankruptcy Judge | MIKE K. NAKAGAWA |
| Date Notice of Appeal Filed | 10/17/24 |
| Date of Entry of Order Appealed | 10/4/24 |
| Date Bankruptcy Filed | 2/7/23 |
| Other | |

Dated: 10/18/24

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court