1   Ryan J. Works, Esq. (NSBN 9224)
    Amanda M. Perach, Esq. (NSBN 12399)
2   McDONALD CARANO LLP
    2300 West Sahara Avenue, Suite 1200
3   Las Vegas, Nevada 89102
    Telephone: (702) 873-4100
4   rworks@mcdonaldcarano.com
    aperach@mcdonaldcarano.com
5
    John R. Ashmead, Esq.
6   Robert J. Gayda, Esq.
    Catherine V. LoTempio, Esq.
7   Laura E. Miller, Esq.
    Andrew J. Matott, Esq.
8   (*pro hac vice* applications granted)
    SEWARD & KISSEL LLP
9   One Battery Park Plaza
    New York, NY 10004
10  Telephone: (212) 574-1200
    ashmead@sewkis.com
11  gayda@sewkis.com
    lotempio@sewkis.com
12  millerl@sewkis.com
    matott@sewkis.com
13
    *Counsel for Official Committee*
14  *of Unsecured Creditors*

15                **UNITED STATES BANKRUPTCY COURT**

16                      **DISTRICT OF NEVADA**

| | |
|---|---|
| 17   In re: | Case No.: 23-10423-mkn <br> Chapter 11 |
| 18   CASH CLOUD, INC., dba COIN CLOUD, | |
| 19              Debtor. | Appeal Reference No.: 24-30 |
| 20 | BAP Case No.: 24-1171 |
| 21 | **APPELLANT'S STATEMENT OF** <br> **ISSUES AND DESIGNATION OF ITEMS** |
| 22 | **FOR THE RECORD ON APPEAL** |

23          The Official Committee of Unsecured Creditors in the above-captioned case (the

24   "Committee"), by and through its undersigned counsel, provides the following statement of the

25   issues to be presented and designation of items of record on its appeal ("Appeal") from this Court's

26   *Order on Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis*

27   *Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P.* [ECF No. 1794] (the

28

"Order") entered on October 4, 2024. Appellant's *Notice of Appeal* [ECF No. 1804] was timely filed on October 17, 2024. Appellee is Cash Cloud, Inc. dba Coin Cloud ("Cash Cloud"), Enigma Securities Limited ("Enigma") and Genesis Global Holdco, LLC ("Genesis"). The U.S. Bankruptcy Appellate Panel for the Ninth Circuit ("BAP") has assigned appeal reference number 24-30 to this Appeal, and case number 24-1171.

## I.    STATEMENT OF ISSUES ON APPEAL

1.    Did the Court err in denying the surcharge where the Debtor and the Committee established that Storage Costs and Sale Costs conferred a quantifiable benefit to the Secured Creditors.

2.    Did the Court err in denying the surcharge against Enigma or any other secured creditor for the Storage Costs incurred by the Estate by focusing on whether Enigma or any other secured creditor at any relevant time has an oversecured, fully secured, partially secured, or wholly unsecured claim?

3.    Did the Court err in denying the surcharge against Enigma for the Storage Costs incurred by the Estate because certain of Enigma's liens are subject to avoidance?

4.    Did the Court err in denying the surcharge against Enigma for the Sale Costs incurred by the Estate by finding that the Surcharge Analysis failed to allocate the Sale Costs among the sale of DCMs or the sale of software.

5.    Did the Court err in denying the surcharge against Genesis for the Sale Costs incurred by the Estate by failing to consider that the Sale Costs were incurred for the benefit of Genesis where Genesis is secured by the DCMs and the software.

6.    Did the Court err in finding that the Secured Creditors did not consent to the surcharge?

## II.    DESIGNATION OF ITEMS FOR RECORD ON APPEAL

Appellant hereby designates the following record on appeal:

| Filing Date | Document Title | ECF No.[1] |
|---|---|---|
| 7/24/2023 | Motion for Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P. | 926 |
| 7/24/2023 | Declaration Of Tanner James In Support Of Motion For Entry Of An Order Authorizing Debtor To Surcharge The Collateral Of Genesis Global Holdco, LLC, Enigma Securities Limited, And AVT Nevada, L.P. | 927 |
| 9/1/2023 | Objection To Motion For Entry Of An Order Authorizing Debtor To Surcharge The Collateral Of Genesis Global Holdco, LLC, Enigma Securities Limited, And AVT Nevada, L.P | 1160 |
| 9/1/2023 | AVT Nevada, L.P.'s Objection to Debtor's Motion to Surcharge | 1162 |
| 9/1/2023 | Enigma Securities Limited's Objection to Debtor's Surcharge Motion | 1163 |
| 9/1/2023 | Declaration Of Andrew Kissner, Esq. In Support of Enigma Securities Limited's Objection To Debtor's Surcharge Motion | 1165 |
| 9/15/2023 | Omnibus Reply In Support Of Motion For Entry Of An Order Authorizing Debtor To Surcharge The Collateral Of Genesis Global Holdco, LLC, Enigma Securities Limited, And AVT Nevada, L.P. | 1243 |
| 9/15/2023 | Supplemental Declaration Of Tanner James In Support Of Omnibus Reply In Support Of Motion For Entry Of An Order Authorizing Debtor To Surcharge The Collateral Of Genesis Global Holdco, LLC, Enigma Securities Limited, And AVT Nevada, L.P. | 1244 |
| 9/15/2023 | Joinder of the Official Committee of Unsecured Creditors to the Debtor's Motion Entry of an Order Authorizing Debtor to Surcharge the Collateral of Genesis Global Holdco, LLC, Enigma Securities Limited, and AVT Nevada, L.P. And Debtor's Omnibus Reply in Support Thereof | 1246 |
| 9/20/2023 | Second Supplemental Declaration Of Tanner James In Support Of Omnibus Reply In Support Of Motion For Entry Of An Order Authorizing Debtor To Surcharge The Collateral Of Genesis Global Holdco, LLC, Enigma Securities Limited, And AVT Nevada, L.P. | 1281 |
| 9/26/2023 | Third Supplemental Declaration Of Tanner James In Support Of Omnibus Reply In Support Of Motion For Entry Of An Order Authorizing Debtor To Surcharge The Collateral Of Genesis | 1307 |

---

[1] Unless otherwise indicated, all ECF No. references are to *In re Cash Cloud, Inc., dba Coin Cloud* Bankruptcy Case No. 23-10423-mkn.

| | | |
|---|---|---|
| | Global Holdco, LLC, Enigma Securities Limited, And AVT Nevada, L.P. | |
| 10/10/2023 | Enigma Securities Limited's Pretrial Brief (I) In Opposition To Standing And Surcharge Motion And (II) In Support Of Administrative Expense Claim | 1359 |
| 10/10/2023 | Joint Pre-Trial Brief Of The Debtor And The Committee | 1360 |
| 10/10/2023 | Joint Pretrial Statement Relating To Trial | 1361 |
| 10/10/2023 | Genesis Global Holdco, LLC's Pre-Trial Brief | 1362 |
| 10/4/2024 | Memorandum Decision | 1791 |
| 10/4/2024 | Order On Motion For Entry Of An Order Authorizing Debtor To Surcharge The Collateral Of Genesis Global Holdco, LLC, Enigm Securities Limited, And AVT Nevada, L.P. | 1794 |

Appellant reserves the right to designate such order and further documents to be included in the record on appeal as necessary and appropriate, including such items that are designated by Appellee. Appellant further reserves the right to request that the Court take judicial notice of matters pursuant to Rule 201 of the Federal Rules of Evidence.

## III.    DESIGNATION OF HEARING TRANSCRIPTS

The following transcripts should be included in the record on appeal. Appellee previously ordered the transcripts from the Clerk's Office and paid for the preparation costs with the Electronic Court Reporter.

1.    Transcript of Evidentiary Hearing before The Honorable Mike K. Nakagawa, held October 16, 2023.

DATED this 31st day of October, 2024.

McDONALD CARANO LLP

By: /s/ Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*