E-filed: November 14, 2024

Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: rkinas@swlaw.com
          bgriffith@swlaw.com
          cgianelloni@swlaw.com

Sean A. O'Neal (NY Bar No. 3979267)
*Admitted Pro Hac Vice*
Jane VanLare (NY Bar No. 4610655
*Admitted Pro Hac Vice*
Michael Weinberg (NY Bar No. 5724497)
*Admitted Pro Hac Vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile:  (212) 225-3999
Email: soneal@cgsh.com
Email: jvanlare@cgsh.com
Email: mdweinberg@cgsh.com

*Attorneys for Genesis Global Holdco, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC., dba COIN CLOUD,<br><br>Debtor. | Case No. 23-10423-mkn<br><br>Chapter 11<br><br>**APPELLEE GENESIS GLOBAL HOLDCO, LLC'S DESIGNATION OF ADDITIONAL ITEMS AND TRANSCRIPT TO BE INCLUDED IN THE RECORD ON APPEAL** |

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure ("FRBP"), Genesis Global Holdco, LLC ("Genesis Global") hereby submits this supplemental designation of the record in connection with the "Amended Notice of Appeal" and "Appellant's Designation of Items to Be Included in the Record on Appeal" filed by the Appellant Official Committee of Unsecured

4853-8255-2825

Creditors ("Appellant") on or about October 31, 2024.

**Docket Entries**

Genesis Global supplements the record on appeal with the following trial exhibits not included in Appellant's Designation:

| ECF No. | Date | Document Title |
|---|---|---|
| 1160-2 | 09/01/2023 | Exhibit BB – 8/22/2023 Tanner James Deposition Transcript |
| 1362-1 | 10/10/2023 | Exhibit DD – 10/9/2023 Tanner James Deposition Transcript |

DATED this 14th day of November 2024.

SNELL & WILMER L.L.P.

*/s/ Robert R. Kinas*
Robert R. Kinas (NV Bar No. 6019)
Blakeley E. Griffith (NV Bar No. 12386)
Charles E. Gianelloni (NV Bar No. 12747)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

and

Sean A. O'Neal (NY Bar No. 3979267)
*Admitted Pro Hac Vice*
Jane VanLare (NY Bar No. 4610655)
*Admitted Pro Hac Vice*
Michael Weinberg (NY Bar No. 5724497)
*Admitted Pro Hac Vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Genesis Global Holdco, LLC*

4853-8255-2825