James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Facsimile: (702) 926-9683
Email:   jshea@shea.law
             blarsen@shea.law
             kwyant@shea.law

-and-

**MORRISON & FOERSTER LLP**
Gary Lee, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email:   glee@mofo.com
             akissner@mofo.com

*Attorneys for Enigma Securities Limited*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | Case No.: BK-23-10423-MKN |
| CASH CLOUD INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | |

**ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE MOTION FOR ORDER SHORTENING TIME ON ENIGMA SECURITIES LIMITED'S MOTION TO <u>ENFORCE SALE ORDER</u>**

ny-2822410

As required by Local Rule 9006,[1] Andrew Kissner, Esq. of Morrison & Foerster LLP, counsel for Enigma Securities Limited, has contacted the parties listed below regarding the proposed order shortening time to hear the *Ex Parte Motion for Order Shortening Time on Enigma Securities Limited's Motion to Enforce Sale Order*.

The parties listed below agree or disagree to the time being shortened, as indicated below:

| Party / Contact Name | Date Contacted | Response |
|---|---|---|
| Brett Axelrod (baxelrod@foxrothschild.com) <br><br> *Debtor* | November 14, 2024 | Disagree |
| Rob Kinas (rkinas@swlaw.com) <br> Michael Weinberg (mdweinberg@cgsh.com) <br><br> *Genesis Global Holdco, LLC* | November 14, 2024 | Agree |
| Jared A. Day (Jared.A.Day@usdoj.gov) <br><br> *Office of the U.S. Trustee* | November 14, 2024 | No position |
| Ryan Works (rworks@mcdonaldcarano.com) <br> Robert J. Gayda (gayda@sewkis.com) <br> Catherine LoTempio (lotempio@sewkis.com) <br><br> *Official Committee of Unsecured Creditors* | November 14, 2024 | Disagree |

---

[1] All references to "Chapter" and "Section" herein shall be to the "Bankruptcy Code" appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall be to the Federal Rules of Bankruptcy Procedure; and all references to a "Local Rule" shall be to the Local Rules of Bankruptcy Practice of the U.S. District Court for the District of Nevada.

ny-2822410

Dated this 14th day of November 2024.

/s/ *James Patrick Shea*
James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Facsimile: (702) 926-9683
Email:  jshea@shea.law
            blarsen@shea.law
            kwyant@shea.law

-and-

**MORRISON & FOERSTER LLP**
Gary Lee, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: glee@mofo.com
            akissner@mofo.com

*Attorneys for Enigma Securities Limited*

ny-2822410

**CERTIFICATE OF SERVICE**

On November 14, 2024, I served the **ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE MOTION FOR ORDER SHORTENING TIME ON ENIGMA SECURITIES LIMITED'S MOTION TO ENFORCE SALE ORDER** in the following manner:

☒ a. ECF System: Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court's facilities.

☐ b. United States mail, postage fully prepaid:

☐ c. Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 14, 2024

By: *Bart K. Larsen*

ny-2822410