**DENIED**

**DENIED WITHOUT PREJUDICE** to scheduling the underlying motion (ECF No. 1825) on a minimum of 28 days' notice under Local Rule 9014(a), or by stipulation approved by the court.



Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
November 15, 2024

James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Facsimile: (702) 926-9683
Email:  jshea@shea.law
         blarsen@shea.law
         kwyant@shea.law

-and-

**MORRISON & FOERSTER LLP**
Gary Lee, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email:  glee@mofo.com
         akissner@mofo.com

*Attorneys for Enigma Securities Limited*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br>    CASH CLOUD INC.,<br>    dba COIN CLOUD,<br><br>                Debtor. | Case No.: BK-23-10423-MKN<br><br>Chapter 11 |

### ORDER SHORTENING TIME AND NOTICE OF HEARING REGARDING EX PARTE MOTION FOR ORDER SHORTENING TIME ON ENIGMA SECURITIES LIMITED'S MOTION TO ENFORCE SALE ORDER

On November 14, 2024, Enigma Securities Limited ("Enigma") by and through its counsel, filed *Enigma Securities Limited's Motion to Enforce Sale Order* to be heard shortened time (the "Motion"). Simultaneously therewith, Enigma filed its *Ex Parte Motion for Order Shortening Time on Enigma Securities Limited's Motion to Enforce Sale Order*

The Court, having reviewed and considered the *Ex Parte Motion for Order Shortening Time on Enigma Securities Limited's Motion to Enforce Sale Order*, and good cause appearing therefor,

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN** that the Motion shall be heard remotely by a United States Bankruptcy Judge on _____, 2024 at _____ a.m./p.m. Copies of the above-referenced Motion and any supporting declaration and exhibits are on file with the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Building, 300 Las Vegas, Blvd. South, Las Vegas, Nevada, 89101, or may be obtained by emailing Andrew Kissner, Esq. at the address listed above.

**IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be done within 1 days of entry; that any opposition to the Motion must be filed and served by end of day _____; that replies to any oppositions filed must be filed and served by end of day _____, and that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noticed hearing or any adjournment thereof. Parties wishing to appear and participate at this hearing on the Motion can obtain dial in information for the hearing by visiting https://www.nvb.uscourts.gov/calendars/court-calendars/ and locating Judge Nakagawa's calendar.

**IT IS SO ORDERED.**

Prepared and submitted by:

/s/ *James Patrick Shea*
James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Facsimile: (702) 926-9683
Email:   jshea@shea.law
             blarsen@shea.law
   kwyant@shea.law

-and-

**MORRISON & FOERSTER LLP**
Gary Lee, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: glee@mofo.com
akissner@mofo.com

*Attorneys for Enigma Securities Limited*