James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Facsimile: (702) 926-9683
Email:   jshea@shea.law
         blarsen@shea.law
         kwyant@shea.law

-and-

**MORRISON & FOERSTER LLP**
Gary Lee, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email:   glee@mofo.com
         akissner@mofo.com

*Attorneys for Enigma Securities Limited*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | Case No.: BK-23-10423-MKN |
| CASH CLOUD INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | Date of Hearing: December 30, 2024<br>Time of Hearing: 9:30 a.m. |

**NOTICE OF HEARING ON ENIGMA SECURITIES LIMITED'S MOTION TO ENFORCE SALE ORDER**

**NOTICE IS HEREBY GIVEN THAT** Creditor Enigma Securities Limited ("Enigma"),

1

ny-2818913

1  by and through its undersigned counsel, filed its *Motion to Enforce Sale Order* on November 14,
2  2024 (the "Motion"). The Motion seeks to enforce this Court's prior *Order: (A) Confirming
3  Auction Results; (B) Approving the Sale of Certain of Debtor's Assets to Heller Capital Group,
4  LLC, and Genesis Coin, Inc., Free and Clear of Liens, Claims, Encumbrances, and Other
5  Interests; (C) Authorizing the Assumption and Assignment of Certain of the Debtor's Executory
6  Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* [ECF No.
7  795] (the "Sale Order").

8  **NOTICE IS FURTHER GIVEN** that a hearing on the Motion will be held before the
9  Honorable Mike K. Nakagawa, United States Bankruptcy Judge in the Foley Federal Building
10 located at 300 Las Vegas Boulevard South, Courtroom 2, Las Vegas, Nevada 89101, on
11 **December 30, 2024** at the hour of **9:30 a.m.** Parties are permitted to appear telephonically by
12 dialing (833) 435-1820 and entering meeting ID 161 062 2560 and entering access code or
13 passcode 029066#.

14 **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief
15 sought in the Motion, or if you want the court to consider your views on the Motion, then you
16 must file an opposition with the court, and serve a copy on the person making the Motion ***no
17 later than 14 days*** preceding the hearing date for the Motion in accordance with Local Rule
18 9014(d)(1), which provides:

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may rule *against you* without formally calling the matter at the hearing.

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

2

ny-2818913

      **PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noticed hearing or any adjournment thereof, and the court may approve modifications at the hearing or any continued hearing.

      DATED this 15th day of November, 2024.

      **SHEA LARSEN**

      /s/ *James Patrick Shea*
James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Facsimile: (702) 926-9683
Email:  jshea@shea.law
         blarsen@shea.law
         kwyant@shea.law

-and-

**MORRISON & FOERSTER LLP**
Gary Lee, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 2397669
Andrew Kissner, Esq. (*Admitted Pro Hac Vice*)
New York Bar No. 5507652
250 West 55th Street
New York, New York 10019-3601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email:  glee@mofo.com
         akissner@mofo.com

*Attorneys for Enigma Securities Limited*

3

ny-2818913

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

# CERTIFICATE OF SERVICE

1. On November 15, 2023, I served **NOTICE OF HEARING ON ENIGMA SECURITIES LIMITED'S MOTION TO ENFORCE SALE ORDER** in the following manner:

☒    a.    ECF System: Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court's facilities.

☐    b.    United States mail, postage fully prepaid:

☐    c.    Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 15, 2024

By: *Bart K. Larsen, Esq.*

4

ny-2818913