NVB 8010–4 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>CASH CLOUD, INC.<br>         Debtor(s) | BK−23−10423−mkn<br>CHAPTER 11<br><br>Appeal Reference Number:  24−30<br>BAP Number:       NV 24−1171 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>         Appellant(s)<br><br>vs<br><br>CASH CLOUD, INC ET AL<br>         Appellee(s) | CERTIFICATE OF READINESS TO BANKRUPTCY APPELLATE PANEL |

To:  Bankruptcy Appellate Panel
    125 South Grand Avenue,
    Pasadena, CA 91105

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies that the Statement of Issues, Designation of Record, and transcripts have been filed, and the record on appeal is complete.

Dated: 11/18/24

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court