E-filed: **November 27, 2024**

Robert R. Kinas (NV Bar No. 6019)
Charles E. Gianelloni (NV Bar No. 12747)
Alexis R. Wendl (NV Bar No. 15351)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       cgianelloni@swlaw.com
       awendl@swlaw.com

Sean A. O'Neal (NY Bar No. 3979267)
*Admitted Pro Hac Vice*
Jane VanLare (NY Bar No. 4610655)
*Admitted Pro Hac Vice*
Michael Weinberg (NY Bar No. 5724497)
*Admitted Pro Hac Vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: soneal@cgsh.com
       jvanlare@cgsh.com
       mdweinberg@cgsh.com

*Attorneys for Genesis Global Holdco, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. 23-10423-mkn |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **NOTICE OF CHANGE OF ADDRESS OF ATTORNEY** |

Robert R. Kinas, Esq., Charles E. Gianelloni, Esq., and Alexis R. Wendl, Esq., hereby gives notice of the following changes of mailing address:

///

///

///

4922-2930-7137

CHANGE OF MAILING ADDRESS

  Old mailing address: 3883 Howard Hughes Parkway, Suite 1100

            Las Vegas, NV 89169

  New mailing address: 1700 South Pavilion Center Drive, Suite 700

            Las Vegas, NV 89135

  DATED this 27th day of November 2024.

                  SNELL & WILMER L.L.P.

                  */s/ Robert R. Kinas*
                  Robert R. Kinas (NV Bar No. 6019)
                  Charles E. Gianelloni (NV Bar No. 12747)
                  Alexis R. Wendl (NV Bar No. 15351)
                  1700 South Pavilion Center Drive, Suite 700
                  Las Vegas, NV 89135
                  Telephone: (702) 784-5200
                  Facsimile: (702) 784-5252

                  and

                  Sean A. O'Neal (NY Bar No. 3979267)
                  *Admitted Pro Hac Vice*
                  Jane VanLare (NY Bar No. 4610655)
                  *Admitted Pro Hac Vice*
                  Michael Weinberg (NY Bar No. 5724497)
                  *Admitted Pro Hac Vice*
                  CLEARY GOTTLIEB STEEN & HAMILTON LLP
                  One Liberty Plaza
                  New York, NY 10006
                  Telephone: (212) 225-2000
                  Facsimile: (212) 225-3999

                  *Attorneys for Genesis Global Holdco, LLC*

4922-2930-7137