E-filed:  November 27, 2024

1   Robert R. Kinas (NV Bar No. 6019)
    Charles E. Gianelloni (NV Bar No. 12747)
2   Alexis R. Wendl (NV Bar No. 15351)
    SNELL & WILMER L.L.P.
3   1700 South Pavilion Center Drive, Suite 700
    Las Vegas, NV 89135
4   Telephone: (702) 784-5200
    Facsimile:  (702) 784-5252
5   Email: rkinas@swlaw.com
            cgianelloni@swlaw.com
6           awendl@swlaw.com

7   Sean A. O'Neal (NY Bar No. 3979267)
    *Admitted Pro Hac Vice*
8   Jane VanLare (NY Bar No. 4610655)
    *Admitted Pro Hac Vice*
9   Michael Weinberg (NY Bar No. 5724497)
    *Admitted Pro Hac Vice*
10  CLEARY GOTTLIEB STEEN & HAMILTON LLP
    One Liberty Plaza
11  New York, NY 10006
    Telephone: (212) 225-2000
12  Facsimile:  (212) 225-3999
    Email: soneal@cgsh.com
13          jvanlare@cgsh.com
            mdweinberg@cgsh.com
14
    *Attorneys for Genesis Global Holdco, LLC*
15

16              **UNITED STATES BANKRUPTCY COURT**

17                    **DISTRICT OF NEVADA**

18
    In re                              | Case No. 23-10423-mkn
19                                     |
                                       | Chapter 11
20  CASH CLOUD, INC., dba COIN CLOUD,  |
21                                     | **CERTIFICATE OF SERVICE**
                          Debtor.      |
22

23          I served true and correct copies of (1) *Notice of Change of Address of Attorney* [ECF No.

24  1833] and (2) *Genesis Global Holdco, LLC's Motion to Enforce Sale Order (ECF 795) and Joinder*

25  *in Enigma Securities Limited's Motion for Similar Relief (ECF 1825)* [ECF No. 1834] for Snell &

26  Wilmer L.L.P., attorneys for Genesis Global Holdco, LLC in the above matter, via the following

27  means, on the date specified, to the persons as listed below:

28

4937-3171-9681

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada  89135
702.784.5200

**VIA THE COURT'S CM/ECF SYSTEM (November 27, 2024):**

See filing receipt for ECF No. 1833 attached as **Exhibit 1**.

See filing receipt for ECF No. 1834 attached as **Exhibit 2**.

**VIA U.S. MAIL (postage fully pre-paid) (November 27, 2024):**

STATE OF NEVADA
DEPT OF EMPLOYMENT, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 E THIRD ST
CARSON CITY NV 89713-0001

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

NEVADA DEPT OF TAXATION
BANKRUPTCY SECTION
555 E WASHINGTON AVE #1300
LAS VEGAS NV 89101-1046

GENESIS GLOBAL TRADING INC
111 TOWN SQUARE PL STE 1203
JERSEY CITY NJ 07310

EG AMERICA LLC
165 FLANDERS RD
WESTBOROUGH MA 01581

ROBERT WESTERMANN ESQ
BRITTANY FALABELLA ESQ
HIRSCHLER FLEISCHER PC
2100 E CARY ST
RICHMOND VA 23223-7270

MATTHEW GRAVES ESQ
HODGES DOUGHTY & CARSON
617 MAIN ST
PO BOX 869
KNOXVILLE TN 37091

CRAIG DRUEHL ESQ
DECHERT LLP
THREE BRYANT PARK
1095 AVE OF THE AMERICAS
NEW YORK NY 10036

CRAIG P DRUEHL ESQ
DECHERT LLP
1095 AVE OF THE AMERICAS
NEW YORK NY 10036

4937-3171-9681

1

CENNOX REACTIVE FIELD SERVICES
ATTN: MICHAEL GOGGANS
2   1341 W BATTLEFIELD RD STE 210
SPRINGFIELD MO 65807

3

PAUL R HAGE ESQ
4   RICHARD KRUGER ESQ
TAFT STETTINIUS AND HOLLISTER LLP
5   27777 FRANKLIN RD STE 2500
SOUTHFIELD MI 48034-8222

6

JOHN R ASHMEAD ESQ
7   ROBERT J GAYDA ESQ
CATHERINE V LOTEMPIO ESQ
8   ANDREW J MATOTT ESQ
LAURA MILLER ESQ
9   SEWARD & KISSEL LLP
ONE BATTERY PARK PLAZA
10  NEW YORK NY 10004-1485

11

YESWAY
138 CONANT ST STE 3
12  BEVERLY MA 01915

13

LOOMIS
DEPT 0757
14  PO BOX 120757
DALLAS TX 75312

15

AMERICAN EXPRESS
16  PO BOX 981535
EL PASO TX 79998

17

TWO FARMS INC
18  D/B/A ROYAL FARMS
3611 ROLAND AVE
19  BALTIMORE MD 21211

20

THORNTONS
2600 JAMES THORNTON WAY
21  LOUISVILLE KY 40245

22

ACE CASH EXPRESS
300 E JOHN CARPENTER FWY STE 900
23  HUNTINGTON PARK TX 75062

24

THE JIMMERSON LAW FIRM
415 S 6TH ST #100
25  LAS VEGAS NV 89101

26

SECTRAN SECURITY INC
PO BOX 227267
27  LOS ANGELES CA 90022

28

4937-3171-9681

1    I HEART MEDIA
     PO BOX 98849
2    CHICAGO IL 60693

3    SPEC'S – PARENT
     1420 KINGWOOD DR
4    KINGWOOD TX 77339

5    DEPLOYMENT LOGIX INC
     920 TWILIGHT PEAK AVE
6    HENDERSON NV 89012

7    JORDI GUSO ESQ
     BERGER SINGERMAN LLP
8    1450 BRICKELL AVE STE 1900
     MIAMI FL 33131-5319

9
     ANDREW KISSNER ESQ
10   GARY LEE ESQ
     MORRISON & FOERSTER LLP
11   250 W 55TH ST
     NEW YORK NY 10019-0050

12
     SHAWN CHRISTIANSON ESQ
13   BUCHALTER PC
     425 MARKET ST STE 2900
14   SAN FRANCISCO CA 94105

15   SIMON PROPERTY GROUP INC
     C/O RONALD M TUCKER ESQ
16   225 W WASHINGTON ST
     INDIANAPOLIS IN 46204

17
     PROVINCE LLC
18   2360 CORPORATE CIR STE 330
     HENDERSON NV 89074

19
     RONALD E GOLD ESQ
20   ERIN P SEVERINI ESQ
     FROST BROWN TODD LLP
21   3300 GREAT AMERICAN TOWER
     301 E FOURTH ST
22   CINCINNATI OH 45202

23   ADAM P SCHWARTZ ESQ
     JOHN LAMOUREAUX ESQ
24   CARLTON FIELDS PA
     4221 W BOY SCOUT BLVD STE 100
25   TAMPA FL 33607-5780

26   RYAN T SCHULTZ ESQ
     FOX SWIBEL LEVIN & CARROLL LLP
27   200 W MADISON ST STE 3000
     CHICAGO IL 60606-3417

28

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

- 4 -

TN DEPT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE TN 37202-0207

GEORGE R PITTS ESQ
BIRCH HORTON BITTNER & CHEROT PC
1150 CONNECTICUT AVE NW STE 350
WASHINGTON DC 20036


I declare under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of November 2024.

_/s/Joanna Fung_____
An employee of Snell & Wilmer L.L.P.

4937-3171-9681

# EXHIBIT 1

# EXHIBIT 1

**Miscellaneous:**

23-10423-mkn CASH CLOUD, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: mkn | Case Flag: CLMAGT, BAPCPA, APPEAL, EXHS |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ROBERT R. KINAS entered on 11/27/2024 at 11:43 AM PST and filed on 11/27/2024

**Case Name:**      CASH CLOUD, INC.
**Case Number:**      23-10423-mkn
**Document Number:** 1833

**Docket Text:**
Change of Address of Robert R. Kinas, Esq., Charles E. Gianelloni, Esq., and Alexis R. Wendl, Esq. Filed by ROBERT R. KINAS on behalf of GENESIS GLOBAL HOLDCO, LLC (KINAS, ROBERT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Change of Address - Genesis Global Holdco-Cash Cloud 4922-2930-7137 v.1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/27/2024] [FileNumber=36284965-0] [cd5298d33d3cbdfa063c8e660fad807161577c55419f6a77c518287d53ebd34785 1dd90f5e9330231ba63b928bc4efe5107763d855f313d3f5cbe434362866ed]]

**23-10423-mkn Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Interested Party Luis Flores
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

KURT R. BONDS on behalf of Creditor Populus Financial Group, Inc.
nvefile@hallevans.com, knechta@hallevans.com;bondsk@hallevans.com;tugglet@hallevans.com

LEW BRANDON, JR. on behalf of Creditor UNITED NATURAL FOODS, INC.
l.brandon@bsnv.law

OGONNA M. BROWN on behalf of Creditor Cole Kepro International, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com;ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com;ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

CANDACE C CARLYON on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CANDACE C CARLYON on behalf of Defendant CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CANDACE C CARLYON on behalf of Interested Party CHRIS MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.

schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nnrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

DAWN M. CICA on behalf of Defendant CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nnrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
dcica@carlyoncica.com,
nnrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

WILLIAM C DEVINE, II on behalf of Defendant KIOSK SERVICES GROUP, INC.
william@devine.legal, courtney@devine.legal;devinewr72773@notify.bestcase.com

ALLAN B. DIAMOND on behalf of Defendant CHRISTOPHER MCALARY
adiamond@diamondmccarthy.com

CRAIG P. DRUEHL on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
craig.druehl@dechert.com

ANNE FREELAND on behalf of Creditor AVT Nevada, L.P.
afreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

TALI FREY on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Creditor CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Defendant CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Interested Party CHRIS MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

NEDDA GHANDI on behalf of Creditor ROCKITCOIN, LLC
nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

RONALD E. GOLD on behalf of Creditor WPG Legacy, LLC
rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com

MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com

PAUL HAGE on behalf of Creditor Cole Kepro International, LLC
phage@taftlaw.com

BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC
bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

JAMES J. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jimmerson@jimmersonlawfirm.com, efiling@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Special Counsel THE JIMMERSON LAW FIRM, P.C.
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

CHRISTOPHER D. JOHNSON on behalf of Defendant CHRISTOPHER MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

BART K. LARSEN on behalf of Creditor Enigma Securities Limited
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

STEPHEN T LODEN on behalf of Interested Party CHRIS MCALARY
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

TIMOTHY A LUKAS on behalf of Creditor Good 2 Go Stores LLC
ecflukast@hollandhart.com

DANIEL A MANN on behalf of Plaintiff CASH CLOUD, INC.
dmann@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

ROB L. PHILLIPS on behalf of Creditor Powerhouse TSSP, LLC
rob.phillips@fisherbroyles.com

STACY H RUBIN on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
shr@h2law.com, kmacelwain@howardandhoward.com

STACY H RUBIN on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
shr@h2law.com, kmacelwain@howardandhoward.com

ADAM P. SCHWARTZ on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

BRIAN D. SHAPIRO on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;bryce@brianshapirolaw.com;6855036420@filings.docketbird.com

NATASHA SHARMA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Defendant CHRISTOPHER MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Interested Party CHRIS MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
jshea@shea.law, blarsen@shea.law;support@shea.law

ARIEL E. STERN on behalf of Creditor IPFS CORPORATION
ariel.stern@akerman.com, akermanlas@akerman.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

JUSTIN B. STROTHER on behalf of Defendant CHRISTOPHER MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.
rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MAURICE VERSTANDIG on behalf of Creditor Brink's, Inc.
mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com

MICHAEL L WACHTELL on behalf of Creditor ORACLE AMERICA, INC.
mwachtell@buchalter.com

JOHN T. WENDLAND on behalf of Creditor AVT Nevada, L.P.
jwendland@wdlaw.com, NVeFile@weildrage.com

ZACHARY T WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
zwilliams@dhwlawlv.com, ahosey@foxrothschild.com

STUART FREEMAN WILSON-PATTON
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC. dba COIN CLOUD
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**23-10423-mkn Notice will not be electronically mailed to:**

JOHN R. ASHMEAD on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

Amazon Web Services, Inc.
,

BAKER & HOSTETLER LLP
,

BANKRUPTCY RECOVERY GROUP, LLC
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119

VARANISE BOOKER
14308 WILLOW GROVE CIRCLE
LOUISVILLE, KY 40245

ERIC E. BRAGE JR.
,

BROOKFIELD RETAIL PROPERTIES, INC.
C/O LOUIS BUBABLA III, SBN 8974
KAEMPFER CROWELL
50 W. LIBERTY STREET, SUITE 700
RENO, NV 89501

CONWAY BAXTER WILSON LLP/S.R.L.
400-411 ROOSEVELT AVENUE
OTTAWA, ON K2A 3X9

CRAIGHEAD COUNTY TAX COLLECTOR
511 UNION ST, SUITE 107
JONESBORO, AR 72401

JARED A. DAY on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
OFFICE OF THE US TRUSTEE
300 BOOTH ST #3009
RENO, NV 89509

ALLAN B. DIAMOND on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

BRITTANY B. FALABELLA on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

JAMES FAVORS
95-353 WAIA LOOP
MILILANI, HI 96789

JACQUELINE JO FITCH
22413 NE 227TH AVE
BATTLE GROUND, WA 98604

FOX ROTHSCHILD LLP on behalf of Debtor CASH CLOUD, INC.
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135

FTI CONSULTING INC.
,

ROBERT J. GAYDA on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JORDI GUSO on behalf of Interested Party CKDL Credit, LLC

BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

PAUL R HAGE on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

ERIN J. HOYLE on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD.
STE. 1000
TAMPA, FL 33607

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

RONALD GARY JONES on behalf of Defendant KIOSK SERVICES GROUP, INC.
JONES & ASSOCIATES
1325 AVENUE OF THE AMERICAS
28TH FLOOR
NEW YORK, NY 10019

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

RICHARD KRUGER on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JOHN J. LAMOUREUX on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

JOHN J. LAMOUREUX on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SHARA L LARSON on behalf of Creditor ROCKITCOIN, LLC
GHANDI DEETER BLACKHAM
725 S. SOUTH 8TH STREET SUITE 100
LAS VEGAS, NV 89101

LAW OFFICE OF BRIAN D. SHAPIRO, LLC on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
510 S. 8TH STREET
LAS VEGAS, NV 89101

LAW OFFICE OF SHEA LARSEN on behalf of Creditor Enigma Securities Limited
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

EMILY LEE
PO BOX 3261
PLAINFIELD, NJ 07063

GARY LEE on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA

NEW YORK, NY 10004

ANDREW J. MATOTT on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

MCDONALD CARANO LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
2300 WEST SAHARA AVE, STE 1200
LAS VEGAS, NV 89102

JUSTIN M. MERTZ on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

LAURA MILLER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEAN A. O'NEAL on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

CHRISTOPHER J. SCHREIBER on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

RYAN T. SCHULTZ on behalf of Creditor ROCKITCOIN, LLC
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 W. MADISON STREET, SUITE 3000
CHICAGO, IL 60606

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SEWARD & KISSEL LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET
SUITE 3700
HOUSTON, TX 77010

Jeffrey Sylvester on behalf of Interested Party CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202

JANE VANLARE on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

MICHAEL WEINBERG on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA

NEW YORK, NY 10006

ROBERT S. WESTERMANN on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

ROBERT WOOELFIN
,

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

Ryan J Works on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

# EXHIBIT 2

EXHIBIT 2

**File a Motion:**

23-10423-mkn CASH CLOUD, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: mkn | Case Flag: CLMAGT, BAPCPA, APPEAL, EXHS |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ROBERT R. KINAS entered on 11/27/2024 at 11:54 AM PST and filed on 11/27/2024

| | |
|---|---|
| **Case Name:** | CASH CLOUD, INC. |
| **Case Number:** | 23-10423-mkn |
| **Document Number:** | 1834 |

**Docket Text:**
Motion to Enforce *Genesis Global Holdco, LLC's Motion to Enforce Sale Under Order (ECF 795) and Joinder in Enigma Securities Limited's Motion for Similar Relief (ECF 1825)* Filed by ROBERT R. KINAS on behalf of GENESIS GLOBAL HOLDCO, LLC (Related document(s)[795] Order on Motion for Sale/Use/Lease of Property under Section 363(b), [1825] Motion to Enforce filed by Creditor Enigma Securities Limited)(KINAS, ROBERT)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Cash Cloud - Motion to Enforce Sale Order-final 4934-3813-7089 v.1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/27/2024] [FileNumber=36285039-0] [c8bbd243ad97f54cecc8d2cb6ea1fe1fe4c098cc146925c8244eb9bd117a89f61a cf6af73916be0001f82c4c9e00acb9d1e394bb546a6a095883861809045464]]

**23-10423-mkn Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Interested Party Luis Flores
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

KURT R. BONDS on behalf of Creditor Populus Financial Group, Inc.
nvefile@hallevans.com, knechta@hallevans.com;bondsk@hallevans.com;tugglet@hallevans.com

LEW BRANDON, JR. on behalf of Creditor UNITED NATURAL FOODS, INC.
l.brandon@bsnv.law

OGONNA M. BROWN on behalf of Creditor Cole Kepro International, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

CANDACE C CARLYON on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CANDACE C CARLYON on behalf of Defendant CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CANDACE C CARLYON on behalf of Interested Party CHRIS MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

DAWN M. CICA on behalf of Defendant CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

WILLIAM C DEVINE, II on behalf of Defendant KIOSK SERVICES GROUP, INC.
william@devine.legal, courtney@devine.legal;devinewr72773@notify.bestcase.com

ALLAN B. DIAMOND on behalf of Defendant CHRISTOPHER MCALARY
adiamond@diamondmccarthy.com

CRAIG P. DRUEHL on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
craig.druehl@dechert.com

ANNE FREELAND on behalf of Creditor AVT Nevada, L.P.
atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

TALI FREY on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Creditor CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Defendant CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Interested Party CHRIS MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

NEDDA GHANDI on behalf of Creditor ROCKITCOIN, LLC
nedda@ghandilaw.com, lks@ghandilaw.com;nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com;shara@ghandilaw.com

RONALD E. GOLD on behalf of Creditor WPG Legacy, LLC
rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com

MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com

PAUL HAGE on behalf of Creditor Cole Kepro International, LLC
phage@taftlaw.com

BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC
bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

JAMES J. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jimmerson@jimmersonlawfirm.com, efiling@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Special Counsel THE JIMMERSON LAW FIRM, P.C.
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

CHRISTOPHER D. JOHNSON on behalf of Defendant CHRISTOPHER MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

BART K. LARSEN on behalf of Creditor Enigma Securities Limited

BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

STEPHEN T LODEN on behalf of Interested Party CHRIS MCALARY
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

TIMOTHY A LUKAS on behalf of Creditor Good 2 Go Stores LLC
ecflukast@hollandhart.com

DANIEL A MANN on behalf of Plaintiff CASH CLOUD, INC.
dmann@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

ROB L. PHILLIPS on behalf of Creditor Powerhouse TSSP, LLC
rob.phillips@fisherbroyles.com

STACY H RUBIN on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
shr@h2law.com, kmacelwain@howardandhoward.com

STACY H RUBIN on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
shr@h2law.com, kmacelwain@howardandhoward.com

ADAM P. SCHWARTZ on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

BRIAN D. SHAPIRO on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;bryce@brianshapirolaw.com;6855036420@filings.docketbird.com

NATASHA SHARMA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Defendant CHRISTOPHER MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Interested Party CHRIS MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
jshea@shea.law, blarsen@shea.law;support@shea.law

ARIEL E. STERN on behalf of Creditor IPFS CORPORATION
ariel.stern@akerman.com, akermanlas@akerman.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

JUSTIN B. STROTHER on behalf of Defendant CHRISTOPHER MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.
rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MAURICE VERSTANDIG on behalf of Creditor Brink's, Inc.
mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com

MICHAEL L WACHTELL on behalf of Creditor ORACLE AMERICA, INC.
mwachtell@buchalter.com

JOHN T. WENDLAND on behalf of Creditor AVT Nevada, L.P.
jwendland@wdlaw.com, NVeFile@weildrage.com

ZACHARY T WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
zwilliams@dhwlawlv.com, ahosey@foxrothschild.com

STUART FREEMAN WILSON-PATTON

stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC. dba COIN CLOUD
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**23-10423-mkn Notice will not be electronically mailed to:**

JOHN R. ASHMEAD on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

Amazon Web Services, Inc.
,

BAKER & HOSTETLER LLP
,

BANKRUPTCY RECOVERY GROUP, LLC
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119

VARANISE BOOKER
14308 WILLOW GROVE CIRCLE
LOUISVILLE, KY 40245

ERIC E. BRAGE JR.
,

BROOKFIELD RETAIL PROPERTIES, INC.
C/O LOUIS BUBABLA III, SBN 8974
KAEMPFER CROWELL
50 W. LIBERTY STREET, SUITE 700
RENO, NV 89501

CONWAY BAXTER WILSON LLP/S.R.L.
400-411 ROOSEVELT AVENUE
OTTAWA, ON K2A 3X9

CRAIGHEAD COUNTY TAX COLLECTOR
511 UNION ST, SUITE 107
JONESBORO, AR 72401

JARED A. DAY on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
OFFICE OF THE US TRUSTEE
300 BOOTH ST #3009
RENO, NV 89509

ALLAN B. DIAMOND on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

BRITTANY B. FALABELLA on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

JAMES FAVORS
95-353 WAIA LOOP
MILILANI, HI 96789

JACQUELINE JO FITCH
22413 NE 227TH AVE
BATTLE GROUND, WA 98604

FOX ROTHSCHILD LLP on behalf of Debtor CASH CLOUD, INC.
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135

FTI CONSULTING INC.
,

ROBERT J. GAYDA on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JORDI GUSO on behalf of Interested Party CKDL Credit, LLC
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

PAUL R HAGE on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

ERIN J. HOYLE on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD.
STE. 1000
TAMPA, FL 33607

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

RONALD GARY JONES on behalf of Defendant KIOSK SERVICES GROUP, INC.
JONES & ASSOCIATES
1325 AVENUE OF THE AMERICAS
28TH FLOOR
NEW YORK, NY 10019

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

RICHARD KRUGER on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JOHN J. LAMOUREUX on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

JOHN J. LAMOUREUX on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SHARA L LARSON on behalf of Creditor ROCKITCOIN, LLC
GHANDI DEETER BLACKHAM
725 S. SOUTH 8TH STREET SUITE 100
LAS VEGAS, NV 89101

LAW OFFICE OF BRIAN D. SHAPIRO, LLC on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
510 S. 8TH STREET
LAS VEGAS, NV 89101

LAW OFFICE OF SHEA LARSEN on behalf of Creditor Enigma Securities Limited
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

EMILY LEE
PO BOX 3261
PLAINFIELD, NJ 07063

GARY LEE on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

ANDREW J. MATOTT on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

MCDONALD CARANO LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
2300 WEST SAHARA AVE, STE 1200
LAS VEGAS, NV 89102

JUSTIN M. MERTZ on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

LAURA MILLER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEAN A. O'NEAL on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

CHRISTOPHER J. SCHREIBER on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

RYAN T. SCHULTZ on behalf of Creditor ROCKITCOIN, LLC
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 W. MADISON STREET, SUITE 3000
CHICAGO, IL 60606

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SEWARD & KISSEL LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET
SUITE 3700
HOUSTON, TX 77010

Jeffrey Sylvester on behalf of Interested Party CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202

JANE VANLARE on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

MICHAEL WEINBERG on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006

ROBERT S. WESTERMANN on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

ROBERT WOOELFIN
,

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

Ryan J Works on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102