

**Member FDIC**

Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

Cash Cloud INC
DBA Coin Cloud
Accounts Payable                          VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441          ■3833
LAS VEGAS NV  89135

                                         09/30/24 THRU 10/31/24

                                              PAGE  1

================================================================================
                 VIRTUAL CURRENCY CHECKING        ■3833
================================================================================
        DESCRIPTION          DEBITS      CREDITS   DATE          BALANCE

BALANCE LAST STATEMENT................................ 09/30/24    2,595,578.00
BALANCE THIS STATEMENT................................ 10/31/24    2,595,578.00

TOTAL CREDITS        (0)         0.00
TOTAL DEBITS         (0)         0.00

    - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:    2,595,578.00

----------------End-of-Statement-for-above-Account---------------

## FOR CHANGE OF ADDRESS

My New Address Is:                    MY ACCOUNTS ARE:

NAME_____ [ ] CHECKING ACCOUNT NUMBER _____

STREET_____ [ ] SAVINGS ACCOUNT NUMBER _____

CITY_____ [ ] OTHER _____

STATE_____ ZIP CODE _____ AUTHORIZED SIGNATURE _____

### In Case Of Errors Or Questions About Your Electronic Transfers

Consumer account customers telephone us at 706-743-8184 or write us at the address listed on the face of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)  Tell us your name and account number.
(2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need information.
(3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. Direct inquiries for preauthorized transfers or other questions about electronic deposits to: 706-743-8184.

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

Month_____, 20_____

| CHECKS OUTSTANDING (Not Shown on Statement) | |
|---|---|
| NUMBER | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

| | |
|---|---|
| Your Check Book Balance (At the End of the Period shown by This Statement) | $ |
| Less Service Charge | $ |
| Net Check Book Balance | $ |
| Bank Statement Balance (Last Amount Shown in Balance Column) | $ |
| ADD Deposits Received By Bank After Date of This Statement | $ |
| TOTAL | $ |
| SUBTRACT Checks Outstanding | $ |
| BALANCE This figure should agree with your Net Check Book Balance | $ |

ADVISE US PROMPTLY OF ANY DIFFERENCE. IF NO ERROR IS REPORTED WITHIN TEN DAYS THE ACCOUNT WILL BE CONSIDERED CORRECT.

### In Case of Errors or Questions About Your Bill

If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet at our address on the face, as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem occurred. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:

• Your name and account number
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

How to Make Payments:

Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

Special Rule for Credit Card Purchases:

If you have a problem with the quality of goods or services you purchased with a credit card, and you have tried in good faith to correct the problem with the merchants, you may not have to pay the remaining amount due on the goods and services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchants, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Method of Computing Portion of Finance Charge

A portion of your finance charge is computed using one of the following methods as specified of the face of this statement:

Daily balance method subject to periodic rate:

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid finance charges and any payments or credits. This gives us the daily balance.

Average daily balance method subject to periodic rate:

We figure a portion of the finance charge of your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new purchases, advances, loans and subtract any payments or credits. This gives you the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

The periodic rate charges are computed by multiplying the "average daily balance" by the number of days in the billing cycle and applying the daily periodic rate.

Daily accrual method subject to graduated periodic rates:

We figure a portion of the finance charge of your account by applying the appropriate periodic rates to the appropriate portions of the "daily balance". We take the beginning balance of your account each day, add any new purchases, advances, loans and subtract any payments or credits. This gives us the "daily balances". We then divide the daily balances into the segments specified on the face of this statement, apply the applicable periodic rate to each segment and total the results. This gives us the daily periodic rate finance charge. We then add up all the daily periodic rate finance charges for each day in the billing cycle to get the (Interest Charge) component of the finance charge for the billing cycle.



**Member FDIC**

Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

```
Cash Cloud INC
DBA Coin Cloud
General Account                          VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441          ■3844
LAS VEGAS NV  89135
                                         09/30/24 THRU 10/31/24

                                                 PAGE   1
```

```
================================================================================
                  VIRTUAL CURRENCY CHECKING        ■3844
================================================================================
       DESCRIPTION            DEBITS        CREDITS     DATE         BALANCE

BALANCE LAST STATEMENT............................... 09/30/24      450,119.77
PPD THE GUARDIAN OCT GP INS CASH CLOUD INC. DBA CO
                             56.84                    10/01/24      450,062.93
*2925 POS POSTAL PROS LV 11700 W Charleston Blvd LAS VEGAS NV
                             23.00                    10/02/24      450,039.93
*2925 POS PY *408.MORNINGSTAR ST 1650 W HORIZON RIDGE PK HENDERSON NV
                            415.00                    10/02/24      449,624.93
OUTGOING WIRE            15,000.00                    10/04/24      434,624.93
INCOMING WIRE                         16,613.00 10/07/24            451,237.93
CCD GOOGLE APPS_COMME James Hall US0042WHMR
                          5,035.20                    10/07/24      446,202.73
To cover payroll        13,000.00                    10/09/24      433,202.73
*2925 POS MICROSOFT#G062 One Microsoft Way MSBILL.INFO WA
                             12.50                    10/17/24      433,190.23
CCD BankLine Corpora ConsultFee Cash Cloud Inc TCB 608937171
                             30.00                    10/17/24      433,160.23
OUTGOING WIRE           24,517.72                    10/17/24      408,642.51
OUTGOING WIRE           26,117.59                    10/17/24      382,524.92
OUTGOING WIRE           26,237.28                    10/17/24      356,287.64
OUTGOING WIRE           48,245.40                    10/17/24      308,042.24
OUTGOING WIRE              400.00                    10/18/24      307,642.24
INCOMING WIRE                         12,092.00 10/21/24            319,734.24
For payroll             14,000.00                    10/21/24      305,734.24
*2925 POS ADOBE *800-833-6687 345 PARK AVE ADOBE.LY-ENUS CA
                             19.99                    10/25/24      305,714.25
BALANCE THIS STATEMENT............................... 10/31/24      305,714.25


TOTAL CREDITS       (2)     28,705.00
TOTAL DEBITS       (15)    173,110.52

       - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:     374,358.73

----------------End-of-Statement-for-above-Account----------------
```

**FOR CHANGE OF ADDRESS**

My New Address Is:                              MY ACCOUNTS ARE:

NAME _____ [  ] CHECKING ACCOUNT NUMBER _____

STREET _____ [  ] SAVINGS ACCOUNT NUMBER _____

CITY _____ [  ] OTHER _____

STATE _____ ZIP CODE _____ AUTHORIZED SIGNATURE _____

### In Case Of Errors Or Questions About Your Electronic Transfers

Consumer account customers telephone us at 706-743-8184 or write us at the address listed on the face of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)   Tell us your name and account number.

(2)   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need information.

(3)   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. Direct inquiries for preauthorized transfers or other questions about electronic deposits to: 706-743-8184.

### THIS FORM IS PROVIDED TO HELP YOU
### BALANCE YOUR BANK STATEMENT

Month _____, 20 _____

**CHECKS OUTSTANDING**
(Not Shown on Statement)

| NUMBER | $ |
|--------|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

| | |
|---|---|
| Your Check Book Balance (At the End of the Period shown by This Statement | $ |
| Less Service Charge | $ |
| Net Check Book Balance | $ |
| Bank Statement Balance (Last Amount Shown in Balance Column) | $ |
| ADD Deposits Received By Bank After Date of This Statement | $ |
| TOTAL | $ |
| SUBTRACT Checks Outstanding | $ |
| BALANCE  This figure should agree with your Net Check Book Balance | $ |

ADVISE US PROMPTLY OF ANY DIFFERENCE. IF NO ERROR IS REPORTED WITHIN TEN DAYS THE ACCOUNT WILL BE CONSIDERED CORRECT.

### In Case of Errors or Questions About Your Bill

If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet at our address on the face, as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem occurred. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:

• Your name and account number

• The dollar amount of the suspected error.

• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

How to Make Payments:

Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

Special Rule for Credit Card Purchases:

If you have a problem with the quality of goods or services you purchased with a credit card, and you have tried in good faith to correct the problem with the merchants, you may not have to pay the remaining amount due on the goods and services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchants, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Method of Computing Portion of Finance Charge

A portion of your finance charge is computed using one of the following methods as specified of the face of this statement:

Daily balance method subject to periodic rate:

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid finance charges and any payments or credits. This gives us the daily balance.

Average daily balance method subject to periodic rate:

We figure a portion of the finance charge of your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new purchases, advances, loans and subtract any payments or credits. This gives you the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

The periodic rate charges are computed by multiplying the "average daily balance" by the number of days in the billing cycle and applying the daily periodic rate.

Daily accrual method subject to graduated periodic rates:

We figure a portion of the finance charge on your account by applying the appropriate periodic rates to the appropriate portions of the "daily balance". We take the beginning balance of your account each day, add any new purchases, advances, loans and subtract any payments or credits. This gives us the "daily balances". We then divide the daily balances into the segments specified on the face of this statement, apply the applicable periodic rate to each segment and total the results. This gives us the daily periodic rate finance charge. We then add up all the daily periodic rate finance charges for each day in the billing cycle to get the (Interest Charge) component of the finance charge for the billing cycle.



**Member**
**FDIC**

Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

Cash Cloud INC
DBA Coin Cloud
Exchange Focused Account                    VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441             ■3855
LAS VEGAS NV  89135

                                            09/30/24 THRU 10/31/24

                                            PAGE  1

================================================================================
                VIRTUAL CURRENCY CHECKING        ■3855
================================================================================
        DESCRIPTION          DEBITS       CREDITS    DATE           BALANCE

BALANCE LAST STATEMENT................................. 09/30/24      8,855.73
BALANCE THIS STATEMENT................................. 10/31/24      8,855.73

TOTAL CREDITS        (0)        0.00
TOTAL DEBITS         (0)        0.00

        - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:        8,855.73

----------------End-of-Statement-for-above-Account---------------

## FOR CHANGE OF ADDRESS

My New Address Is:                              MY ACCOUNTS ARE:

NAME_____[  ] CHECKING ACCOUNT NUMBER _____

STREET_____[  ] SAVINGS ACCOUNT NUMBER _____

CITY_____[  ] OTHER _____

STATE_____ZIP CODE_____AUTHORIZED SIGNATURE _____

### In Case Of Errors Or Questions About Your Electronic Transfers

Consumer account customers telephone us at 706-743-8184 or write us at the address listed on the face of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)   Tell us your name and account number.
(2)   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need information.
(3)   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. Direct inquiries for preauthorized transfers or other questions about electronic deposits to: 706-743-8184.

THIS FORM IS PROVIDED TO HELP YOU
BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING
(Not Shown on Statement)

Month _____, 20 _____

| NUMBER | $ |
|--------|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

| | |
|---|---|
| Your Check Book Balance (At the End of the Period shown by This Statement | $ |
| Less Service Charge | $ |
| Net Check Book Balance | $ |
| Bank Statement Balance (Last Amount Shown in Balance Column) | $ |
| ADD Deposits Received By Bank After Date of This Statement | $ |
| TOTAL | $ |
| SUBTRACT Checks Outstanding | $ |
| BALANCE  This figure should agree with your Net Check Book Balance | $ |

ADVISE US PROMPTLY OF ANY DIFFERENCE. IF NO ERROR IS REPORTED
WITHIN TEN DAYS THE ACCOUNT WILL BE CONSIDERED CORRECT.

### In Case of Errors or Questions About Your Bill

If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet at our address on the face, as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem occurred. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:

• Your name and account number
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

How to Make Payments:

Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

Special Rule for Credit Card Purchases:

If you have a problem with the quality of goods or services you purchased with a credit card, and you have tried in good faith to correct the problem with the merchants, you may not have to pay the remaining amount due on the goods and services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchants, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Method of Computing Portion of Finance Charge

A portion of your finance charge is computed using one of the following methods as specified of the face of this statement:

Daily balance method subject to periodic rate:

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid finance charges and any payments or credits. This gives us the daily balance.

Average daily balance method subject to periodic rate:

We figure a portion of the finance charge of your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new purchases, advances, loans and subtract any payments or credits. This gives you the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

The periodic rate charges are computed by multiplying the "average daily balance" by the number of days in the billing cycle and applying the daily periodic rate.

Daily accrual method subject to graduated periodic rates:

We figure a portion of the finance charge on your account by applying the appropriate periodic rates to the appropriate portions of the "daily balance". We take the beginning balance of your account each day, add any new purchases, advances, loans and subtract any payments or credits. This gives us the "daily balances". We then divide the daily balances into the segments specified on the face of this statement, apply the applicable periodic rate to each segment and total the results. This gives us the daily periodic rate finance charge. We then add up all the daily periodic rate finance charges for each day in the billing cycle to get the (Interest Charge) component of the finance charge for the billing cycle.



Member
FDIC

Post Office Box 306
Crawford, Georgia 30630
706-743-8184
www.thecommercialbank.net

```
Cash Cloud INC
DBA Coin Cloud
Payroll Account                              VIRTUAL CURRENCY CHECKING
11700 W CHARLESTON STE 170 #441              ███3866
LAS VEGAS NV  89135

                                             09/30/24 THRU 10/31/24

                                             PAGE  1


================================================================================
              VIRTUAL CURRENCY CHECKING       ███3866
================================================================================
       DESCRIPTION          DEBITS        CREDITS     DATE        BALANCE

BALANCE LAST STATEMENT...............................  09/30/24    2,947.95
To cover payroll                         13,000.00 10/09/24       15,947.95
OUTGOING WIRE              12,961.66                10/09/24        2,986.29
For payroll                              14,000.00 10/21/24       16,986.29
OUTGOING WIRE              13,201.66                10/23/24        3,784.63
BALANCE THIS STATEMENT...............................  10/31/24    3,784.63

TOTAL CREDITS       (2)    27,000.00
TOTAL DEBITS        (2)    26,163.32

       - - - - - - - - - A V E R A G E   B A L A N C E - - - - - - - - - -

AVERAGE LEDGER BALANCE:         4,111.40

----------------End-of-Statement-for-above-Account---------------
```

## FOR CHANGE OF ADDRESS

My New Address Is:                    MY ACCOUNTS ARE:

NAME_____ [ ] CHECKING ACCOUNT NUMBER _____

STREET_____ [ ] SAVINGS ACCOUNT NUMBER _____

CITY_____ [ ] OTHER _____

STATE_____ ZIP CODE_____ AUTHORIZED SIGNATURE _____

### In Case Of Errors Or Questions About Your Electronic Transfers

Consumer account customers telephone us at 706-743-8184 or write us at the address listed on the face of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1)  Tell us your name and account number.
(2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need information.
(3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. Direct inquiries for preauthorized transfers or other questions about electronic deposits to: 706-743-8184.

### THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

Month_____, 20_____

CHECKS OUTSTANDING
(Not Shown on Statement)

| NUMBER | $ |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

| | |
|---|---|
| Your Check Book Balance (At the End of the Period shown by This Statement | $ |
| Less Service Charge | $ |
| Net Check Book Balance | $ |
| Bank Statement Balance (Last Amount Shown in Balance Column) | $ |
| ADD Deposits Received By Bank After Date of This Statement | $ |
| TOTAL | $ |
| SUBTRACT Checks Outstanding | $ |
| BALANCE This figure should agree with your Net Check Book Balance | $ |

ADVISE US PROMPTLY OF ANY DIFFERENCE. IF NO ERROR IS REPORTED WITHIN TEN DAYS THE ACCOUNT WILL BE CONSIDERED CORRECT.

### In Case of Errors or Questions About Your Bill

If you think your bill is wrong or if you need more information about a transaction on your bill, write us on a separate sheet at our address on the face, as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem occurred. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:
• Your name and account number
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

How to Make Payments:

Payments received after close of business shall be deemed received on the following business day for purposes of crediting your account.

Special Rule for Credit Card Purchases:

If you have a problem with the quality of goods or services you purchased with a credit card, and you have tried in good faith to correct the problem with the merchants, you may not have to pay the remaining amount due on the goods and services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchants, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Method of Computing Portion of Finance Charge

A portion of your finance charge is computed using one of the following methods as specified of the face of this statement:

Daily balance method subject to periodic rate:

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid finance charges and any payments or credits. This gives us the daily balance.

Average daily balance method subject to periodic rate:

We figure a portion of the finance charge of your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new purchases, advances, loans and subtract any payments or credits. This gives you the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

The periodic rate charges are computed by multiplying the "average daily balance" by the number of days in the billing cycle and applying the daily periodic rate.

Daily accrual method subject to graduated periodic rates:

We figure a portion of the finance charge on your account by applying the appropriate periodic rates to the appropriate portions of the "daily balance". We take the beginning balance of your account each day, add any new purchases, advances, loans and subtract any payments or credits. This gives us the "daily balances". We then divide the daily balances into the segments specified on the face of this statement, apply the applicable periodic rate to each segment and total the results. This gives us the daily periodic rate finance charge. We then add up all of the daily periodic rate finance charges for each day in the billing cycle to get the (Interest Charge) component of the finance charge for the billing cycle.