

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
December 12, 2024

___

ROBERT A. MUSIALA, JR. ESQ.
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone: 312.416.6200
Facsimile: 312.416.6201
Email: rmusiala@bakerlaw.com
*Regulatory Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER GRANTING BAKER & HOSTETLER'S FINAL FEE APPLICATION FOR SERVICES RENDERED AND EXPENSES INCURRED FROM APRIL 1, 2023 THROUGH APRIL 30, 2024**<br><br>Hearing Date:  October 2, 2024<br>Hearing Time:  9:30 a.m. |

This Court having reviewed and considered Baker & Hostetler LLP's *Final Fee Application for Services Rendered and Expenses Incurred for the Period from April 1, 2023 through April 30, 2024* [ECF No. 1764] (the "Final Fee Application"),[1] the *Supplement* thereto [ECF No. 1787], and all other pleadings and evidence submitted in connection with the Final Fee Application, B&H having

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Final Fee Application.

165757436.1

1 voluntarily reduced the Requested Compensation to an aggregate of $201,921.18 pursuant to B&H's

2 agreement with the U.S. Trustee, no oppositions having been filed, and the Court having considered

3 the oral arguments of record made by counsel for Debtor at the hearing held on October 2, 2024; the

4 Court hereby finds that notice of the Final Fee Application was good and sufficient as provided, that

5 the compensation requested in the Final Fee Application is reasonable and necessary with respect to

6 time spent and amounts requested, and with all other findings set forth in the record at the hearing

7 noted above incorporated herein, pursuant to Rule 52 of the Federal Rules of Civil Procedure, made

8 applicable to these proceedings by Rule 7052 of the Federal Rules of Bankruptcy Procedure; and for

9 good cause appearing,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1. The Final Application filed by B&H is APPROVED in its entirety.

2. Debtor is hereby authorized to pay to B&H a total of $201,409.50 in professional fees for services performed by B&H for or on behalf of Debtor in connection with this Chapter 11 Case as well as expenses incurred in the sum of $511.68, for an aggregate amount of $201,921.18 (from which shall be subtracted the $50,000.00 that Debtor has paid B&H to date).

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   /s/Brett A. Axelrod
      BRETT A. AXELROD, ESQ.
      Nevada Bar No. 5859
      1980 Festival Plaza Drive, Suite 700
      Las Vegas, Nevada 89135
      *Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

165757436.1

**Approved**/~~Disapproved~~:

**OFFICE OF THE UNITED STATES TRUSTEE**

By _/s/Jared A. Day_
    Jared A. Day
    Trial Attorney for Tracy Hope Davis,
    United States Trustee
    Foley Federal Building
    300 Las Vegas Boulevard South, Suite 4300
    Las Vegas, Nevada 89101

### CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

    Jared A. Day                                 APPROVED
    Trial Attorney for Tracy Hope Davis,
    United States Trustee

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

165757436.1