


Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
December 12, 2024

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
　　　　nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>　　CASH CLOUD, INC.,<br>　　　dba COIN CLOUD,<br><br>　　　　　　　　　　Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO EXTEND RESPONSE DEADLINES** |

　　　　The Court, having reviewed and considered the *Stipulation to Extend Response Deadlines* [ECF No. 1842] (the "Stipulation") filed in connection with the *Motion to Enforce Sale Order* [Docket No. 1825] and the *Motion to Enforce Sale Order (ECF 795) and Joinder in Enigma Securities Limited's Motion for Similar Relief (ECF 1825)* [ECF No. 1834]:[1]

　　　　**IT IS HEREBY ORDERED** that the Stipulation is APPROVED.

---

[1] Capitalized terms not defined herein shall have the meanings assigned to them in the Stipulation.

1

165897255.1

**IT IS FURTHER ORDERED** that:

1. The objection deadline is hereby extended, solely with respect the Debtor and the Committee, to December 18, 2024.

2. The deadline for Enigma and Genesis to reply to any objection(s) filed by the Debtor and/or the Committee is hereby extended to December 27, 2024.

**IT IS SO ORDERED**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   /s/Brett A. Axelrod
      BRETT A. AXELROD, ESQ.
      Nevada Bar No. 5859
      1980 Festival Plaza Drive, Suite 700
      Las Vegas, Nevada 89135
      *Counsel for Debtors*

# # #

165897255.1