1  BRETT A. AXELROD, ESQ., NV Bar No. 5859
   NICHOLAS A. KOFFROTH, ESQ., NV Bar No. 16264
2  **FOX ROTHSCHILD LLP**
   1980 Festival Plaza Drive, Suite 700
3  Las Vegas, Nevada 89135
   Telephone: (702) 262-6899
4  Facsimile: (702) 597-5503
5  Email: baxelrod@foxrothschild.com
           nkoffroth@foxrothschild.com
6  *Counsel for Debtor*

7                **UNITED STATES BANKRUPTCY COURT**

8                       **DISTRICT OF NEVADA**

9  In re                                    Case No. BK-23-10423-mkn

10     CASH CLOUD, INC.,                    Chapter 11
       dba COIN CLOUD,
11                          Debtor.         **SECOND STIPULATION TO EXTEND**
                                            **RESPONSE DEADLINES**

12         Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-

13  captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP, Enigma

14  Securities Limited ("Enigma") by and through its counsel Morrison & Foerster LLP and Shea Larsen;

15  Genesis Global Holdco, LLC ("Genesis") by and through its counsel Cleary Gottlieb Steen &

16  Hamilton LLP and Snell & Wilmer L.L.P.; and the Official Committee of Unsecured Creditors (the

17  "Committee" and, together with the Debtor, Enigma, and Genesis the "Parties"), by and through its

18  counsel Seward & Kissel LLP and McDonald Carano, LLP, stipulate and agree as follows (the

19  "Stipulation"):

20                          **RECITALS**

21         A.    WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11

22  of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada

23  (the "Court"), commencing the Chapter 11 Case;

24         B.    WHEREAS, on November 14, 2024, Enigma filed its *Motion to Enforce Sale Order*

25  [Docket No. 1825] (the "Enigma Motion");

26         C.    WHEREAS, on November 27, 2024, Genesis filed its *Motion to Enforce Sale Order*

27  *(ECF 795) and Joinder in Enigma Securities Limited's Motion for Similar Relief (ECF 1825)* [ECF

28  No. 1834] (the "Genesis Motion" and, together with the Enigma Motion, the "Motions");

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1    D.    WHEREAS, on December 11, 2024, the Parties agreed to extend the response

2    deadlines and filed a *Stipulation to Extend Response Deadlines* [ECF No. 1842];

3    E.    WHEREAS, an *Order Approving Stipulation to Extend Response Deadlines* [ECF No.

4    1844] was entered by the Court on December 12, 2024.

5    F.    WHEREAS, the hearing on the Motions is set for December 30, 2024 at 9:30 a.m.;

6    G.    WHEREAS, the deadline to file objections to the Motions, solely with respect to the

7    Debtor and the Committee, is December 18, 2024; and

8    H.    WHEREAS, the deadline to for Genesis and Enigma to reply to any objection(s) filed

9    by the Debtor and/or the Committee is December 27, 2024;

10    I.    WHEREAS, the Parties have agreed to extend the objection deadline, solely with

11    respect to the Debtor and the Committee, to December 20, 2024.

12    NOW, THEREFORE, in consideration of the foregoing, the Parties agree as follows:

13    1.    The objection deadline is extended, solely with respect the Debtor and the Committee,

14    to December 20, 2024.

15    Dated this 18th day of December 2024.

16    **FOX ROTHSCHILD LLP**                **MORRISON & FOERSTER LLP**

17

18    By:    */s/Brett A. Axelrod*            By:    */s/Andrew Kissner*
      BRETT A. AXELROD, ESQ.                    GARY LEE, ESQ.
      Nevada Bar No. 5859                       (*Admitted Pro Hac Vice*)
19    NICHOLAS A. KOFFROTH, ESQ.                ANDREW KISSNER, ESQ.
      Nevada Bar No. 16264                      (*Admitted Pro Hac Vice*)
20    1980 Festival Plaza Drive, Suite 700      250 West 55th Street
      Las Vegas, Nevada 89135                   New York, New York 10019-3601
21    *Counsel for Debtor*
                                                and
22                                              **SHEA LARSEN**
                                                JAMES PATRICK SHEA, ESQ.
23                                              Nevada Bar No. 405
                                                BART K. LARSEN, ESQ.
24                                              Nevada Bar No. 8538
                                                KYLE M. WYANT, ESQ.
25                                              Nevada Bar No. 14652
                                                1731 Village Center Circle, Suite 150
26                                              Las Vegas, Nevada 89134.
                                                *Counsel for Enigma Securities Limited*
27

28

2

166103288.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By____*/s/Michael Weinberg*____
   SEAN A. O'NEAL, ESQ.
   (Admitted Pro Hac Vice)
   MICHAEL WEINBERG, ESQ.
   (Admitted Pro Hac Vice)
   One Liberty Plaza
   New York, NY 10006

   and

   ROBERT R. KINAS, ESQ.
   (NV Bar No. 6019)
   BLAKELEY E. GRIFFITH, ESQ.
   (NV Bar No. 12386)
   CHARLES E. GIANELLONI, ESQ.
   (NV Bar No. 12747)
   **SNELL & WILMER L.L.P.** 3883
   Howard Hughes Pkwy., Suite 1100
   Las Vegas, NV 89169
   *Counsel for Genesis Global Holdco, LLC*

**MCDONALD CARANO, LLP**

By:__*/s/Ryan J. Works*_____
   RYAN J. WORKS, ESQ.
   2300 West Sahara Avenue, Suite 1200
   Las Vegas, NV 89102

   and

   ROBERT J. GAYDA, ESQ.
   CATHERINE V. LOTEMPIO, ESQ.
   ANDREW J. MATOTT, ESQ.
   **SEWARD & KISSEL LLP**
   One Battery Park Plaza
   New York, NY 10004
   *Counsel for The Official Committee of Unsecured Creditors*

166103288.1