NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

CASH CLOUD, INC.
     dba COIN CLOUD

                   Debtor(s)

BK–23–10423–mkn
CHAPTER 11

NOTICE OF DOCKETING
ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *1847* – Motion to Approve Settlement Agreement with Kiosk Services Group, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 with Proposed Order Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (AXELROD, BRETT) |
| | *1848* – Declaration Of: Daniel Ayala in Support of Motion to Approve Settlement Agreement with Kiosk Services Group, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 Filed by BRETT A. AXELROD on behalf of CASH CLOUD, INC. (Related document(s)1847 Motion to Approve Settlement filed by Debtor CASH CLOUD, INC.) (AXELROD, BRETT) |
| Filed On: | 12/18/24 |
| With A Hearing Date Of: | n/a |
| And A Hearing Time Of: | n/a |

The reason(s) for the required correction(s) is as follows:

   *   PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
      *   Case Number(s)
      *   The case caption must reflect Debtor(s) name exactly as they appear on the docket sheet including terminated parties.

Dated: 12/19/24

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**