_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
December 19, 2024

_____

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **ORDER APPROVING SECOND STIPULATION TO EXTEND RESPONSE DEADLINES** |

The Court, having reviewed and considered the *Second Stipulation to Extend Response Deadlines* [ECF No. 1849] (the "Stipulation") filed in connection with the *Motion to Enforce Sale Order* [Docket No. 1825] and the *Motion to Enforce Sale Order (ECF 795) and Joinder in Enigma Securities Limited's Motion for Similar Relief (ECF 1825)* [ECF No. 1834]:[1]

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED.

---

[1] Capitalized terms not defined herein shall have the meanings assigned to them in the Stipulation.

1

166103755.1

**IT IS FURTHER ORDERED** that:

1. The objection deadline is hereby extended, solely with respect the Debtor and the Committee, to December 20, 2024.

**IT IS SO ORDERED**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: ___/s/Brett A. Axelrod___
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtors*

# # #

166103755.1