BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter 11 |
| Debtor. | **STIPULATION TO CONTINUE HEARING DATE AND RESPONSE DEADLINES** |
| | Hearing Date:  December 30, 2024<br>Hearing Time:  9:30 a.m. |

Cash Cloud, Inc. dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP, Enigma Securities Limited ("Enigma") by and through its counsel Morrison & Foerster LLP and Shea Larsen; Genesis Global Holdco, LLC ("Genesis") by and through its counsel Cleary Gottlieb Steen & Hamilton LLP and Snell & Wilmer L.L.P.; and the Official Committee of Unsecured Creditors (the "Committee" and, together with the Debtor, Enigma, and Genesis the "Parties"), by and through its counsel Seward & Kissel LLP and McDonald Carano, LLP, stipulate and agree as follows (the "Stipulation"):

**RECITALS**

A.  WHEREAS, on February 7, 2023, Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada (the "Court"), commencing the Chapter 11 Case;

B.  WHEREAS, on November 14, 2024, Enigma filed its *Motion to Enforce Sale Order*

1

[Docket No. 1825] (the "Enigma Motion");

C. WHEREAS, on November 27, 2024, Genesis filed its *Motion to Enforce Sale Order (ECF 795) and Joinder in Enigma Securities Limited's Motion for Similar Relief (ECF 1825)* [ECF No. 1834] (the "Genesis Motion" and, together with the Enigma Motion, the "Motions");

D. WHEREAS, the hearing on the Motions is currently set for December 30, 2024 at 9:30 a.m.;

E. WHEREAS, the deadline to file objections to the Motions is December 20, 2024; and

F. WHEREAS, the Parties are in negotiations to settle the Motions and have agreed to continue the hearing on the Motions for sixty (60) days.

NOW, THEREFORE, in consideration of the foregoing, the Parties agree as follows:

1. The hearing on the Motions set for December 30, 2024 at 9:30 a.m. shall be continued to February 12, 2025 at 9:30 a.m.;

2. The deadline to file objections to the Motion shall be January 29, 2025; and the

3. The deadline to file a reply to any objections shall be February 5, 2025.

Dated this 20th day of December 2024.

| FOX ROTHSCHILD LLP | MORRISON & FOERSTER LLP |
|---|---|
| By: */s/Brett A. Axelrod*<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>*Counsel for Debtor* | By: */s/ Andrew Kissner*<br>GARY LEE, ESQ.<br>(*Admitted Pro Hac Vice*)<br>ANDREW KISSNER, ESQ.<br>(*Admitted Pro Hac Vice*)<br>250 West 55th Street<br>New York, New York 10019-3601<br><br>and<br><br>**SHEA LARSEN**<br>JAMES PATRICK SHEA, ESQ.<br>Nevada Bar No. 405<br>BART K. LARSEN, ESQ.<br>Nevada Bar No. 8538<br>KYLE M. WYANT, ESQ.<br>Nevada Bar No. 14652<br>1731 Village Center Circle, Suite 150<br>Las Vegas, Nevada 89134.<br>*Counsel for Enigma Securities Limited* |

166263062.1

| | |
|---|---|
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br><br>By  */s/ Michael Weinberg*<br>  SEAN A. O'NEAL, ESQ.<br>  (Admitted Pro Hac Vice)<br>  MICHAEL WEINBERG, ESQ.<br>  (Admitted Pro Hac Vice)<br>  One Liberty Plaza<br>  New York, NY 10006<br><br>and<br><br>ROBERT R. KINAS, ESQ.<br>(NV Bar No. 6019)<br>BLAKELEY E. GRIFFITH, ESQ.<br>(NV Bar No. 12386)<br>CHARLES E. GIANELLONI, ESQ.<br>(NV Bar No. 12747)<br>**SNELL & WILMER L.L.P.** 3883 Howard Hughes Pkwy., Suite 1100<br>Las Vegas, NV 89169<br>*Counsel for Genesis Global Holdco, LLC* | **MCDONALD CARANO, LLP**<br><br>By:  */s/ Ryan J. Works*<br>  RYAN J. WORKS, ESQ.<br>  2300 West Sahara Avenue, Suite 1200<br>  Las Vegas, NV 89102<br><br>and<br><br>ROBERT J. GAYDA, ESQ.<br>CATHERINE V. LOTEMPIO, ESQ.<br>ANDREW J. MATOTT, ESQ.<br>**SEWARD & KISSEL LLP**<br>One Battery Park Plaza<br>New York, NY 10004<br>*Counsel for The Official Committee of Unsecured Creditors* |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

166263062.1