_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
December 23, 2024

_____

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re | Case No. BK-23-10423-mkn |
|---|---|
| CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING DATE AND RESPONSE DEADLINES**<br><br>Old Hearing Date:  December 30, 2024<br>Old Hearing Time:  9:30 a.m.<br><br>New Hearing Date:  February 12, 2025<br>New Hearing Time:  9:30 a.m. |

The Court having reviewed and considered the *Stipulation to Continue Hearing Date and Response Deadlines* [Docket No. 1852] (the "Stipulation") filed in connection with the *Motion to Enforce Sale Order* [Docket No. 1825] and the *Motion to Enforce Sale Order (ECF 795) and Joinder in Enigma Securities Limited's Motion for Similar Relief (ECF 1825)* [Docket No. 1834] (the "Motions");

1

166267904.1

**IT IS HEREBY ORDERED** that the Stipulation is approved.

**IT IS FURTHER HEREBY ORDERED** that:

1. The hearing on the Motions set for December 30, 2024 at 9:30 a.m. shall be continued to **February 12, 2025 at 9:30 a.m.**;

2. The deadline to file objections to the Motions shall be **January 29, 2025**; and the

3. The deadline to file a reply to any objections shall be **February 5, 2025**.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   */s/Brett A. Axelrod*
   BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
   NICHOLAS A. KOFFROTH, ESQ.
   Nevada Bar No. 16264
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
   *Counsel for Debtors*

# # #

166267904.1

2