BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
DANIEL A. MANN, ESQ.
Nevada Bar No. 15594
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          dmann@foxrothschild.com
*Counsel for Debtors*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

CASH CLOUD, INC.,
dba COIN CLOUD,
                              Debtor.

Case No. 23-10423-mkn

Chapter 11

**NOTICE OF HEARING ON MOTION TO APPROVE SETTLEMENT AGREEMENT WITH KIOSK SERVICES GROUP, INC. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

Hearing Date:  February 12, 2025
Hearing Time:  9:30 a.m.

**PLEASE TAKE NOTICE** that Cash Cloud, Inc. (the "Debtor"), by and through its counsel, filed Debtor's *Motion To Approve Settlement Agreement With Kiosk Services Group, Inc. Pursuant To Federal Rule Of Bankruptcy Procedures 9019* (the "Motion").[1]

**NOTICE IS FURTHER GIVEN** that copies of the Motion may be obtained by download at: https://cases.stretto.com/CashCloud (the "Case Website"), or contacting Debtor's reorganization counsel, Fox Rothschild, LLP, Telephone: (702) 262-6899.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion ***no later than 14 days*** preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

1

166320541.1

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

<u>If you do not file a written response</u> with the court, or <u>if you do not serve your written response</u> on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on **February 12, 2025 at 9:30 a.m. prevailing Pacific time**. Parties are permitted to appear telephonically by dialing 833.435.1820 and entering meeting ID 161 062 2560 and entering access code 029066#.

Dated this 30th day of December, 2024.

**FOX ROTHSCHILD LLP**

By: */s/ Daniel A. Mann*
BRETT A. AXELROD, ESQ. (5859)
DANIEL A. MANN, ESQ. (5849)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

166320541.1