# EXHIBIT A

# EXHIBIT A

| EXHIBIT A POTENTIAL DEFENDANTS ||||||
|---|---|---|---|---|---|
| Potential Defendant | Creditor Address One | Creditor Address Two | Attorney Address || Registered Agent Address ||
| 7-Eleven, Inc. | 3200 Hackberry Road, Attn: Lillian Kirstein, General Counsel, Irving, TX 75063 | | | | The Corporation Trust Company - Registered Agent | Corporation Trust Center, 1209 Orange Streeet, Wilmington, DE 19801 |
| Abhishek, Inc. | c/o Parveen Bansal, Director, 9021 Endicott Place, Lorton, VA 22079 | | | | Parveen Bansal | Registered Agent, 9201 Endicott Place, Lorton, VA 22079 |
| ADR Chambers | 2001 Sheppard Avenue East, Suite 200, North York, ON M2J AZ8 | | | | | |
| Amazon Web Services Inc. | 410 Terry Avenue, Attn: David Zapolsky, General Counsel, North Seattle, WA 98109 | | K & L Gates LLP | Brian Petterson, 925 4th Ave., Suite 2900, Seattle, WA 98104 | Corporation Service Company - Registered Agent | 251 Little Falls Drive, Wilmington, DE 190808 |
| American Express Travel Related Services Company, Inc. | c/o Laureen E. Seeger, Chief Legal Officer, 200 Vesey St., New York, NY 10285 | | | | CT Corporation System | CT Corporation System, 28 Liberty Street, New York, NY 10005 |
| Ashley Cox | Currently Unknown | | | | | |
| Associated Wholesale Grocers, Inc. | Stephanie Becker, Chief Legal Officer, 5000 Kansas Avenue, Kansas City, KS 66106 | | Caleb Holzaepfel | 736 Georgia Ave., Suite 300, Chattanooga, TN 37402 | C T Corporation System – Resident Agent | SW 7th Street Suite 3c, Topeka, KS 66603 |
| AvTech Capital, LLC | 6995 Union Park Center #400, Attn: Chris Scharman, CEO, Cottonwood Heights, UT 84047 | | Justin M. Metz | 790 N. Water Street, Suite 2500, Milwaukee, WI 53202 | Chris Scharman | Registered Agent, 6995 Union Park Center #400, Cottonwood Heights, UT 84047 |
| Axiom Armored | c/o Edward Patterson, Owner, 2420 Cinnabar Loop, Anchorage, AK 99507 | c/o Kyle Patterson, Owner, 2420 Cinnabar Loop, Anchorage, AK 99507 | Scott J. Gerlach | 111 West 16th Avenue, Suite 203, Anchorage, AK 99501 | | |
| B. Riley Securities, Inc. | 11100 Santa Monica, Blvd Ste 800, Alan Forman, General Counsel, Los Angeles, CA 90025 | | | | C T Corporation System | Registered Agent, 330 N Brand Blvd., Glendale, CA 91203 |
| Bandwidth Inc. | 2230 Bandmate Way, David Morken, CEO, Raleigh, NC 27606 | | | | Corporation Service Company - Registered Agent | 251 Little Falls Drive, Wilmington, DE 19808 |
| Bankline Corporation | 111 Park Centre Blvd., Ste. 360, Mark Ochab, President, Miami, FL 33169 | | | | Erasmo Pineda | Registered Agent, 1111 Park Centre Blvd., Suite 360, Moiami, FL 33169 |
| Best Western Windsor Inn | 1701 S Dumas Ave, Dumas, TX 79029 | | | | | |
| Bibbeo Ltd | 19531 E 32nd Pkwy, Trisha Power, CEO, Aurora, CA 80011 | | | | Bibbeo Ltd. - Registered Agent | 19531 E 32nd Pkwy, Aurtora, CO 80011 |
| BlockScore, LLC d/b/a Cognito | c/o Chris Morton, COO, 459 Hamilton Ave, #304, Palo Alto, CA 94301 | c/o Alain Meir, CEO, 459 Hamilton Ave, #304, Palo Alto, CA 94301 | | | Corporation Service Company | 251 Little Falls Dr., Wilmington, DE 19808 |
| BW Gas & Convenience Holdings, LLC d/b/a Yesway | c/o Kurt Zernich, General Counsel, 138 Conant St., Beverly, MA 01915 | c/o Tom Trkla, CEO, 2301 Eagle Parkway, Suite 100, Fort Worth, TX 76177 | | | Corporation Service Company | 251 Little Falls Dr., Wilmington, DE 19808 |
| C&S Wholesale Grocers, LLC | Bryan Granger, SVP, Operations Law and Compliance, 7 Corporate Dr, Keane, NH 034131 | | | | C T Corporation System – Registered Agent | 17 G W Tatro Dr, Jeffersonville, VT 05464 |
| Cash Man Services LC | 1735 S. 900 W., Aaron Hoopes, CEO, Salt Lake City, UT 84104 | | | | Aaron Hoopes | Registered Agent, 254 S. 1350 W., Farmington, UT 84025 |
| Chainalysis Inc. | 114 Fifth Avenue, Sarah Ward, Chief Legal Officer, 114 Fifth Avenue, NY 10011 | | | | Corporation Service Company - Registered Agent | 251 Little Falls Drive, Wlmington, DE 19808 |
| Chris McAlary | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Coinbase Global, Inc. | Paul Grewal, Chief Legal Officer, 248 3rd St #434, Oakland, CA 94607 | | | | Corporation Service Company - Registered Agent | 251 Little Falls Drive, Wilmongton, DE 19808 |
| CyberCoders, Inc. | c/o Shane Lamb, CEO, 101 Progress Street, Suite 100, Irvine, CA 92618 | | | | C T Corporation System | Registered Agent, 330 N Brand Blvd., Glendale, CA 91203 |
| Dave Engberg d/b/a Express Technology Services | 4457 White Bear Parkway, Suite A, White Bear Lake, MN 55110 | | Thomas P. Carlson | 1052 Cetnerville Circle, Vadnais Heights, MN 55127 | | |
| Dean Wigan | Currently Unknown | | | | | |
| Deborah Jeffrey | Currently Unknown | | | | | |
| Deployment Logix Inc. | 920 Twilight Peak Ave, Ken Rogers, President, Henderson, NV 89012 | | | | Ken Rogers | Registered Agent, 920 Twilight Peak Ave, Henderson, NV 89012 |
| DSH Delivery LLC | 1404 Rome Road, Halthorpe, MD 21227 | | | | Dijwar Hassou | Registered Agent, 114 Sunnydale Way, Reisterstown, MD 21126 |
| EG America, LLC | c/o John Carey, 165 Flanders Road, Westborough, MA 01581 | | Christopher J. Giaimo | 2550 M Street, NW, Washington, DC 20037 | Corporation Service Company | 84 State Street, Boston, MA 02109 |
| Enigma Securities Limited | c/o Michael Halimi, CEO, 30 Panton Street, 6th Floor, London, UK SW1Y 4AJ | c/o Avi Bouhadana, 30 Panton Street, 6th Floor, London, UK SW1Y 4AJ | | | | |
| First Insurance Funding Corporation | 50 Skokie Blvd., Ste 1000, Dominique Sawko, General Counsel, Northbrook, IL 60062 | | | | C T Corporation System - Agent | 208 So Lasalle St, Suite 814, Chicago, IL 60604 |
| GG III SAL LLC | c/o Julie Needler Anderson, Manager, 2203 W. Main St., Findlay, OH 45840 | c/o Michael S. Needler, Jr., Manager, 2000 Brightwaters Blvd., St. Petersburg, FL 33704 | Joshua M. Kin | 337 S. Main Street, Third Floor, Findlay, OH 45840 | | |
| Granite Telecommunications LLC | 100 Newport Avenue Extension, Joshua Ruby, General Counsel, Quincy, MA 02171 | | | | Corporation Creations Network Inc. – Resident Agent | 225 Cedar Hill Street, #200, Marlborough, MA 01752 |
| H-E-B, LP | PO Box 839999, San Antonio, TX 78283 | c/o Judy Lindquist, General counsel, 646 S. Flores St., San Antonio, TX 78204 | Audrey L. Hornisher | 901 Main Street, Suite 6000, Dallas, TX 75202 | Abel Martinez | Registered Agent, 646 S. Flores St., San Antonio, TX 78204 |
| Health Plan of Nevada, Inc. | 2720 N Tenaya Way, Las Vegas, NV 89128 | | | | C T Corporation System - Registered Agent | 701 S. Carson St., Ste. 200, Carson City, NV 89701 |
| IPFS Corporation | 1055 Broadway Blvd, 11th Floor,, Josh Ellwanger. General Counsel, Kansas City, MO 64105 | | | | CSC-Lawyers Incorporating Service Company - Registered Agent | 221 Bolivar St, Jefferson City, MO 64105 |
| James Blasko | 2740 Tioga Pines Circle, Las Vegas, NV 89117 | | | | | |
| Kaplan Law Group f/k/a Kaplan Young LLC | c/o Kory Kaplan, Managing Member, 10091 Park Run Drive, Suite 190, Las Vegas, NV 89145 | | | | | |
| Kelly Corps LLC | 4056 Dean Martin Dr., Frankie Kelly, CEO, Las Vegas, NV 89103 | | | | United States Corporation Agents, Inc. - Registered Agent | 6605 Grand Montecito Pkwy, Suite 100, Las Vegas, NV 89149 |
| Kiosk Information Systems Inc | 346 S Arthur Ave, Kim Kenney, CEO, Louisville, CO 80027 | | | | Terry K. Kenney | Registered Agent, Lousiville, CO 80027 |
| Kiosk Services Group, Inc. | 17051 E Cedar Gulch Dr., Tyler Jones, CEO, Parker, CO 80134 | | | | Tyler Jones | 17051 E Cedar Gulch Dr., Parker, CO 90134 |
| Kohan Retail Investment Group llc | c/o Joseph M. Saponaro, Chief Legal Counsel, 1010 Northenr Boulevard, Suite 212, Great Neck, NY 11021 | | | | JMSMGS LLC | 729 Oakwood Drive, Gates Mills, OH 44040 |
| Lola Tech Limited | 55 King William St, 3rd floor, London EC4R 9AD, UK | | | | | |

| Name | Address | | Contact | Contact Address | Registered Agent | Agent Address |
|---|---|---|---|---|---|---|
| Loomis Armored US, LLC | 2500 CityWest Blvd., Suite 2300, Björn Züger, CEO, Houston, TX 77042 | | | | C T Corporation System - Registered Agent | 1999 Bryan St., Ste. 900, Dallas, TX 75201 |
| Love's Travel Stops | 10601 N Pennsylvania Ave., Amy Guzzy, General Counsel, Oklahoma City, OK 73120 | | Andrew Turner | 15 E. 5th St., Suite 4100, Tulsa, OK 74103 | C T Corporation System - Registered Agent | 1833 South Morgan Road, Oklahoma City, OK 73128 |
| M3 Advisory Partners LP | 1700 Broadway 19th Floor, Mohsin Meghji, Managing Partner, New York, NY 10019 | | | | Harvard Business Services, Inc. - Registered Agent | 16192 Coastal Hwy., Lewes, DE 19958 |
| MAB Medical Management | 18524 Sophia Lane, Attn: Arian Boutehsaz, Tanzania, CA 91356 | | | | Arian Boutehsaz | Agent, 18524 Sophia Lane, Tarzana, CA 91356 |
| Mark McKelvy | Currently Unknown | | | | | |
| Megavolt Corp. | c/o Nicholas Stickley, CEO, | | | | | |
| Michael Komaransky | 10830 SW 69 Ave., Pinecrest, FL 331565 | | | | | |
| Mixpanel, Inc. | 1 Front Street, 28th Fl., James Allee, Vice President of Legal Affairs, San Francisco, CA 94111 | | | | National Registered Agents, Inc. - Registered Agent | 1209 Orange St., Wilmington, DE 19801 |
| MMG Partners, LLC | 4300 S. US Hwy 1, Suite 203-205, Douglas Robinow, Chief Legal Counsel, Jupiter, FL 33477 | | | | Walter Sheltz | Registered Agent, 4300 S. US Hwy 1, Suite 203-205, Jupiter, FL 33477 |
| Morning Star Cleaning Service LLC | 1142 Grape Street, San Marcos, CA 92069 | | | | Luz M. Jimenez | Agent, 1142 Grape St., San Marcos, CA 92069 |
| NATA | Currently Unknown | | | | | |
| Naylor & Braster Attorneys at Law, PLLC | c/o John M. Naylor, 10100 W. Charleston Blvd., Suite 120, Las Vegas, NV 89135 | | | | Emila Cargill | Registered Agent, 10100 W. Charleston Blvd., Suite 120, Las Vegas, NV 89135 |
| Now CFO Las Vegas LLC | 210 North 2100 West, Jim Bennett, Member, Salt Lake City, UT 84116 | | Chad Burgin | 210 N. 2100 W, Salt Lake City, UT 84116 | Jim Bennett | Registered Agent, 210 North 2100 West, Salt Lake City, UT 84116 |
| NV Energy Las Vegas | 6226 W. Sahara Ave., Doug Cannon, President, Las Vegas, NV 89146 | | | | | |
| Oracle Corporation | c/o Stuart Levey, Chief Legal Officer, 2300 Oracle Way, Austin, TX 78741 | | Valerie Bantner Peo | 425 Market Street, Suite 2900, San Francisco, CA 94105 | Corporation Service Company | 251 Little Falls Dr., Wilmington, DE 19808 |
| Pac Armed LLC | Managing Member 5940 S Rainbow Blvd., Samson Kapuwai, Las Vegas, NV 89118 | | | | Samson Kapuwai | Registered Agent, 8413 Clear Ave., Las Vegas, NV 89147 |
| Pequot Lakes Police Department | 4638 Main St., Mike Davis, Chief, Pequot Lakes, MN 56472 | | | | | |
| Peter Hernandez | Currently Unknown | | | | | |
| Pisanelli Bice LLC | 400 S 7th St #300, Debra L. Spinelli, Managing Partner, Las Vegas, NV 89101 | | | | Kenneth A. Woloson | Registered Agent, 1980 Festival Plaza Dr., Ste 300, Las Vegas, NV 89135 |
| Potter County Tax Assessor | c/o Sherri Aylor, P.O Box 2289, Amarillo, TX 79105 | | Alysa Cordova | P.O. Box 9132, Amarillo, TX 79105 | | |
| Power House TSSP LLC | 9275 W Russell Rd #235, Las Vegas, NV 89148 | | Fisher Broyles LLP | Thomas R. Walker, 3340 Peachtree Road NE, Suite 1800, Atlanta, GA 30326 | The Corporation Trust Company – Registered Agent | Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801 |
| Randall County Tax Assessor | c/o Christina McMurray, 501 16th Street, Suite 200, Canyon, TX 79015 | | | | | |
| Randstad North America | 3625 Cumberland SE Boulevard, Suite 600, Jay Ferguson, Chief Legal Officer, Atlanta, GA 30339 | | | | Corporation Service Company – Registered Agent | 251 Little Falls Drive, Wilmongton, DE 19808 |

| | | | | | |
|---|---|---|---|---|---|
| Republic Services, Inc. | 18500 N Allied Way, Catharine Ellingsen, Chief Legal Officer, Phoenix, AZ 85054 | | Anthony W. Austin | 2394 E. Camelback Road, Suite 600, Phoenix, AZ 85016 | CT Corporation System – Statutory Agent | 3800 N Central Ave Suite 460 ,, Phoenix, AZ 85012 |
| RingCentral Inc | 20 Davis Drive, John Marlow, General Counsel, Belmont, CA 94002 | | | | The Corporation Trust Company – Registered Agent | Corporation Trust Center, 1209 Orange St, Wilmington, DE 19801 |
| Rochester Armored Car Co, Inc. | 3937 Leavenworth St., Joseph M Shea, President, Omaha, NE 68105 | | | | Joseph M. Shea | 3937 Leavenworth Street, Omaha, NE 68105 |
| Rudy Gonzalez | 5806 Rittiman Plaza, San Antonio, TX 78218 | | | | | |
| Sebastian Lletget | 11060 Sweetwater Court, Chatsworth, CA 91311 | | | | | |
| Sectran Security Inc. | 7633 Industry Ave, Fred Kunik, President, Pico Rivera, CA 90660 | | | | Frank Kunik | 1108 E. 17th Street, Santa Ana, CA 92701 |
| Sheppard Mullin Richter & Hampton LLP | 333 South Hope Street, Forty-Third Floor, Managing Partner, Los Angeles, CA 90071 | | | | | |
| Siemens Industry, Inc. | 100 Technology Drive, Ruth Gratzke, CEO, Alpharetta, GA 30005 | | | | The Corporation Trust Company – Registered Agent | Corporation Trust Center, 1209 Orange St, Wilmington, DE 19801 |
| Sierra Health and Life Insurance Company, Inc. | 2720 N Tenaya Way, Kimberly Kathleen Sonerholm, President, Las Vegas, NV 89128 | | | | C T Corporation System – Registered Agent | 701 S Carson St, Ste 200, Carson City, NV 89701 |
| Simon Property Group, Inc. d/b/a Santa Rosa Plaza | c/o Steven E. Fivel, General Counsel, 225 W. Washington St., Indianapolis, IN 46204 | | | | The Corporation Trust Company | Corporation Trust Center, 1209 Orange St, Wilmington, DE 19801 |
| Smith & Shapiro PLLC | 3333 E. Serene Ave. Suite 130, Gregory S. Smith, Esq., Henderson, NV 89074 | | | | Smith & Shapiro PLLC - Registered Agent | 3333 E. Serene Ave. Suite 130, Henderson, NV 89074 |
| Spec's Family Partners, Ltd. d/b/a Spec's Wines, Spirits & Finer Foods | c/o John Rydman, President, 2410 Smith Street, 4th Floor, Houston, TX 77006 | | | | Lauren Ondrej | Registered Agent, 427 Mason Park Blvd, Katy, TX 77450 |
| State of Nevada Department of Taxation | c/o Shellie Hughes, Executive Director, 1550 College Parkway, Suite 115, Carson City, NV 89706 | | | | | |
| State Regulatory Registry LLC | c/o Brandon Milhorn, 1129 20th St. NW, Washington, DC 20036 | 1129 20th St. NW, 9th Floor, Washington, DC 20036 | | | | |
| Steve Aoki | 1476 Macdonald Ranch Drive, Henderson, NV 89012 | | | | | |
| Stratis Advisory LLC | 2193 Fillmore Street, Suite 1, Brian Stoeckert, CEO, San Francisco, CA 94115 | | | | | |
| Surety Bank | Ryan G. James, President, 990 N Woodland Blvd, DeLand, FL 32763 | | | | Ryan G. James | Registered Agent, 990 N Woodland Blvd, DeLand, FL 32763 |
| SystemsAccountants Inc. | 159 N. Sangamon Street, Suite 200 & 300, Piers Reid, CEO, Chicago, IL 60607 | | | | Cogency Global Inc. - Registered Agent | 850 New Burton Road Suite 201, Dover, DE 19904 |
| Team Air Express Inc. | 629 W Broadway, Jason Brunson, CEO, Winnsboro, TX 75494 | | | | Jason Brunson | Registered Agent, 629 W. Broadway, Winnsboro, TX 75494 |
| The Bachrach Group, LTD | 1430 Broadway 13th Floor, Anthony Fanzo, CEO, New York, NY 10018 | | | | C T Corporation System – Registered Agent | 28 Liberty St., New Yrok, NY 10005 |
| Trangistics Inc. | 7555 Falcon Crest Dr., Suite 27, Joey Hougham, CEO, Redmond, OR 97756 | | Marjorie A. Guymon | 2055 Village Center Circle, Las Vegas, NV 89134 | Business Development and Beyond Inc. – Authorized Representative | 69725 Goodrich Rd., Sisters, OR 97759 |

| | | | | | |
|---|---|---|---|---|---|
| Twilio Inc. | 101 Spear Street, Suite 500, Dana Wagner, Chief Legal Officer, San Francisco, CA 94105 | | | Corporation Service Company - Registered Agent | 251 Little Falls Drive, Wilmngton, DE 19808 |
| Two Farms, Inc. | c/o John Kemp, CEO, 3611 Roland Ave., Baltimore, MD 21211 | | | The Registered Agent Company | 401 E. Pratt Street, Suite 2424, Baltimore, MD 21202 |
| United Natrual Foods, Inc. | c/o Mahrukh Hussain, General Counsel, 313 Iron Horse Way, Providence, RI 02908 | George R. Pitts | 1050 Connecticut Ave. NW, Washington, DC 20036 | CT Corporation System | 450 Veterans Memorial Parkway, Suite 7A, East Providence, RI 02914 |
| United Parcel Service, Inc. | c/o Norman M. Brothers, Jr., General Counsel, 55 Glenlake Parkway, NE, Atlanta, GA 30328 | | | Corporation Service Company | 251 Little Falls Drive, Wilmington, DE 19808 |
| Verizon Business Global LLC | c/o Vandana Venkatesh, Chief Legal Officer, 1095 6th Ave, New York, NY 10018 | | | The Corporation Trust Company | Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801 |
| Whitney Booth Insurance LLC | c/o Whtiney Booth, Managing Member, 4894 W. Lone Mountain Road, Suite 180, Las Vegas, NV 89130 | | | Jessica Goodey | Registered Agenet, 428 S. 4th Street, Las Vegas, NV 89101 |