BANKRUPTCY RECOVERY GROUP, LLC
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@brg.legal
GARRETT NYE, ESQ.
Illinois Bar No. 6329215
(*Pro Hac Vice pending*)
Email: gnye@brg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (702) 483-6126
*Special Counsel for Cash Cloud, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>            Debtor. | Case No. BK-23-10423-MKN<br><br>Chapter: 11<br><br><br>Date:   February 5, 2025<br>Time:   9:30 a.m. |

**NOTICE OF HEARING ON MOTION FOR ORDER ESTABLISHING PROCEDURES GOVERNING ADVERSARY PROCEEDINGS**
**BROUGHT PURSUANT TO 11 U.S.C. §§ 547 THROUGH 550**

**NOTICE IS HEREBY GIVEN** that a *Motion for Order Establishing Procedures Governing Adversary Proceedings Brought Pursuant to 11 U.S.C. §§ 547 Through 550* (the "Motion")[1] was filed by Cash Cloud, Inc. dba Coin Cloud (the "Debtor"). A copy of the Motion may be obtained from the above-captioned Bankruptcy Court, located at the Foley Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101, through the Bankruptcy Court's electronic filing system (www.ecf.nub.uscourts.gov/), or by contacting Talitha Gray Kozlowski at (702) 483-6126 or tgray@brg.legal. The Motion seeks entry of an order establishing procedures governing the adversary proceedings brought by Debtor seeking to avoid and recover transfers pursuant to sections 544, 547 through 550 of the Bankruptcy Code. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Motion.

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court.  The hearing will be held on **February 5, 2025, at the hour of 9:30 a.m.**  Parties are permitted to appear telephonically by dialing (833) 435-1820 and entering meeting ID (if applicable): 161 062 2560 and entering access code or passcode 029066#.

DATED this 31st day of December 2024.

BANKRUPTCY RECOVERY GROUP, LLC

By: */s/ Talitha Gray Kozlowski*
TALITHA GRAY KOZLOWSKI, ESQ.
GARRETT NYE, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Special Counsel for
Cash Cloud, Inc.*
