BL9914702

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

IN RE:  CASH CLOUD, INC           :    Chapter: 11
                                  :
                                  :
                                  :
                                  :    BANKRUPTCY NO: 23-10423

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**American Express National Bank**
**c/o Becket & Lee LLP**
**PO Box 3001**
**Malvern, PA 19355-0701**

By:  /s/ Christopher Cramer

Christopher Cramer, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Date:   01/07/2025