Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2024 THROUGH AUGUST 31, 2024**<br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>August 1, 2024, through August 31, 2024<br><br>$32,240.00 (80% of $40,300.00)<br><br>$0.00 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Eighteenth Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing August 1, 2024, through August 31, 2024 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $32,240.00 (representing 80% of the $40,300.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $0.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

1. objection has been served.
2. DATED this 6th day of January 2025.

                                                  FTI Consulting, Inc.

                                      By:  */s/ Michael Tucker*
                                            Michael Tucker
                                            4835 East Cactus Road, Suite 230
                                            Scottsdale, AZ 85254
                                            michael.tucker@fticonsulting.com

                                            *Financial Advisor for Official Committee of Unsecured Creditors*

Respectfully submitted by:

McDONALD CARANO LLP

*/s/ Ryan J. Works*
Ryan J. Works, Esq (NSBN 9224)
Amanda M. Perach, Esq (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee of Unsecured Creditors*

# Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD AUGUST 1, 2024 TO AUGUST 31, 2024**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 29.9 | $ 19,435.00 |
| Halevy, Richard | Director | 650 | 32.1 | 20,865.00 |
| **TOTAL** | | | **62.0** | **$ 40,300.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD AUGUST 1, 2024 TO AUGUST 31, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 11.1 | $ 7,215.00 |
| 10 | Analysis of Tax Issues | 1.1 | 715.00 |
| 17 | Wind Down Monitoring | 0.7 | 455.00 |
| 18 | Potential Avoidance Actions & Litigation | 38.4 | 24,960.00 |
| 19 | Case Management | 1.1 | 715.00 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 1.8 | 1,170.00 |
| 24 | Preparation of Fee Application | 7.8 | 5,070.00 |
| | **GRAND TOTAL** | **62.0** | **$ 40,300.00** |

# Exhibit C

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD AUGUST 1, 2024 TO AUGUST 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 8/1/2024 | Tucker, Michael | 0.2 | Review correspondence from Powercoin re: cash collection status. |
| 2 | 8/6/2024 | Tucker, Michael | 1.1 | Review analysis re: Debtor Estate liquidity. |
| 2 | 8/6/2024 | Tucker, Michael | 1.9 | Review analysis re: potential Estate recoveries. |
| 2 | 8/6/2024 | Halevy, Richard | 0.5 | Prepare analysis re: potential Estate recoveries. |
| 2 | 8/7/2024 | Halevy, Richard | 0.4 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 8/8/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Powercoin re: cash collection process. |
| 2 | 8/13/2024 | Tucker, Michael | 0.3 | Review cash collection report from Powercoin. |
| 2 | 8/14/2024 | Halevy, Richard | 0.4 | Participate in call with Powercoin re: cash collections. |
| 2 | 8/19/2024 | Tucker, Michael | 0.5 | Review analysis re: cash collections. |
| 2 | 8/19/2024 | Halevy, Richard | 1.3 | Prepare analysis re: cash collections. |
| 2 | 8/20/2024 | Tucker, Michael | 1.7 | Review analysis re: Debtor Estate liquidity and potential recoveries. |
| 2 | 8/22/2024 | Tucker, Michael | 1.0 | Participate in call with FTI team re: recovery analysis. |
| 2 | 8/22/2024 | Halevy, Richard | 1.0 | Participate in call with FTI team re: recovery analysis. |
| 2 | 8/22/2024 | Halevy, Richard | 0.5 | Prepare analysis re: Debtor estate liquidity. |
| **2 Total** | | | **11.1** | |
| 10 | 8/8/2024 | Tucker, Michael | 0.5 | Review correspondence from ERC consultant re: Debtor's ERC claim. |
| 10 | 8/8/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: Debtor's ERC claim. |
| 10 | 8/16/2024 | Tucker, Michael | 0.3 | Review correspondence from Debtor re: potential tax penalties. |
| **10 Total** | | | **1.1** | |
| 17 | 7/30/2024 | Tucker, Michael | 0.1 | Review correspondence from Debtor re: lost property checks. |
| 17 | 8/7/2024 | Halevy, Richard | 0.3 | Participate in call with Debtor re: wind-down matters. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD AUGUST 1, 2024 TO AUGUST 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 8/14/2024 | Halevy, Richard | 0.3 | Participate in call with Debtor re: wind-down matters. |
| **17 Total** | | | **0.7** | |
| 18 | 7/30/2024 | Tucker, Michael | 0.4 | Participate in call with potential litigation counsel re: potential preference actions. |
| 18 | 8/5/2024 | Halevy, Richard | 1.4 | Review Debtor documents re: Bitaccess arbitration and coordinate with Counsel on next steps. |
| 18 | 8/6/2024 | Tucker, Michael | 0.5 | Review analysis re: potential preference actions. |
| 18 | 8/6/2024 | Tucker, Michael | 1.7 | Prepare for call with Debtor's Canadian Counsel re: expert report. |
| 18 | 8/6/2024 | Tucker, Michael | 0.6 | Participate in call with FTI team re: Bitaccess arbitration. |
| 18 | 8/6/2024 | Tucker, Michael | 1.2 | Participate in call with Debtor's Canadian Counsel and expert re: Bitaccess expert report. |
| 18 | 8/6/2024 | Halevy, Richard | 0.5 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 8/6/2024 | Halevy, Richard | 0.5 | Prepare for call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 8/6/2024 | Halevy, Richard | 0.2 | Prepare analysis re: potential preference actions. |
| 18 | 8/6/2024 | Halevy, Richard | 1.2 | Participate in call with Debtor's Canadian Counsel and expert re: Bitaccess expert report. |
| 18 | 8/6/2024 | Halevy, Richard | 0.6 | Participate in call with FTI team re: Bitaccess arbitration. |
| 18 | 8/6/2024 | Halevy, Richard | 0.3 | Correspond with Debtor re: litigation support. |
| 18 | 8/6/2024 | Halevy, Richard | 1.0 | Prepare support for damages analysis re: Bitaccess litigation. |
| 18 | 8/7/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 8/7/2024 | Halevy, Richard | 0.5 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 8/7/2024 | Halevy, Richard | 0.2 | Prepare for call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 8/8/2024 | Tucker, Michael | 0.5 | Review analysis re: Bitaccess litigation damages. |
| 18 | 8/8/2024 | Halevy, Richard | 0.8 | Review documents supporting expert report re: Bitaccess arbitration. |
| 18 | 8/8/2024 | Halevy, Richard | 0.2 | Review correspondence from Debtor's Canadian Counsel re: Bitaccess arbitration. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD AUGUST 1, 2024 TO AUGUST 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 8/8/2024 | Halevy, Richard | 0.7 | Prepare analysis re: Bitaccess litigation damages. |
| 18 | 8/8/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 8/9/2024 | Halevy, Richard | 2.2 | Review draft expert report re: Bitaccess arbitration at the request of Counsel. |
| 18 | 8/11/2024 | Halevy, Richard | 0.4 | Correspond with Fox Rothschild re: KSG adversary proceeding. |
| 18 | 8/12/2024 | Tucker, Michael | 3.3 | Review case filings and deposition transcripts re: Bitaccess arbitration. |
| 18 | 8/12/2024 | Tucker, Michael | 0.2 | Review draft settlement agreement re: KSG adversary proceeding. |
| 18 | 8/12/2024 | Tucker, Michael | 2.6 | Review draft expert report re: Bitaccess arbitration at the request of Counsel. |
| 18 | 8/12/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor's Canadian Counsel re: expert report comments. |
| 18 | 8/12/2024 | Halevy, Richard | 2.1 | Review and comment on draft expert report re: Bitaccess litigation at the request of Counsel. |
| 18 | 8/12/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: support for Bitaccess arbitration. |
| 18 | 8/12/2024 | Halevy, Richard | 0.5 | Participate in call with Debtor's Canadian Counsel re: comments on Bitaccess expert report. |
| 18 | 8/13/2024 | Halevy, Richard | 0.5 | Gather supporting documents for Bitaccess arbitration. |
| 18 | 8/13/2024 | Halevy, Richard | 0.4 | Participate in call with Debtor's Canadian Counsel re: comments on Bitaccess expert report. |
| 18 | 8/13/2024 | Halevy, Richard | 0.4 | Review Debtor documents re: Bitaccess arbitration support. |
| 18 | 8/14/2024 | Tucker, Michael | 0.2 | Review draft settlement agreement re: KSG adversary proceeding. |
| 18 | 8/14/2024 | Tucker, Michael | 1.5 | Review revised draft expert report re: Bitaccess arbitration at the request of Counsel. |
| 18 | 8/14/2024 | Halevy, Richard | 0.4 | Review draft settlement agreement re: KSG adversary proceeding. |
| 18 | 8/14/2024 | Halevy, Richard | 0.2 | Correspond with Debtor's Canadian Counsel re: Bitaccess expert report. |
| 18 | 8/14/2024 | Halevy, Richard | 0.9 | Review revised draft expert report re: Bitaccess arbitration at the request of Counsel. |
| 18 | 8/14/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 8/14/2024 | Halevy, Richard | 0.2 | Review correspondence from Fox Rothschild re: KSG adversary proceeding settlement. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD AUGUST 1, 2024 TO AUGUST 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 8/15/2024 | Tucker, Michael | 0.4 | Correspond with S&K re: McAlary adversary proceeding. |
| 18 | 8/15/2024 | Halevy, Richard | 0.4 | Review final expert report re: Bitaccess arbitration. |
| 18 | 8/19/2024 | Tucker, Michael | 0.5 | Participate in call with S&K re: McAlary adversary proceeding. |
| 18 | 8/19/2024 | Tucker, Michael | 0.2 | Review correspondence from S&K re: McAlary adversary proceeding. |
| 18 | 8/19/2024 | Tucker, Michael | 0.3 | Review engagement letter re: potential preference litigation counsel. |
| 18 | 8/19/2024 | Halevy, Richard | 0.5 | Participate in call with S&K re: McAlary adversary proceeding. |
| 18 | 8/20/2024 | Tucker, Michael | 0.3 | Prepare correspondence to potential litigation counsel re: preference actions. |
| 18 | 8/20/2024 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: potential preference actions. |
| 18 | 8/21/2024 | Tucker, Michael | 0.3 | Participate in call with potential litigation counsel re: preference actions. |
| 18 | 8/21/2024 | Tucker, Michael | 0.2 | Review correspondence from Fox Rothschild re: KSG adversary proceeding settlement. |
| 18 | 8/21/2024 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: McAlary litigation mediation. |
| 18 | 8/21/2024 | Halevy, Richard | 0.4 | Review documents from Debtor re: McAlary litigation. |
| 18 | 8/22/2024 | Tucker, Michael | 0.5 | Participate in call with potential litigation counsel re: preference actions. |
| 18 | 8/22/2024 | Halevy, Richard | 0.5 | Prepare correspondence to potential litigation counsel re: preferences. |
| 18 | 8/26/2024 | Tucker, Michael | 0.3 | Review draft employment application re: potential preference litigation counsel. |
| 18 | 8/27/2024 | Tucker, Michael | 1.8 | Review information provided by defendant re: McAlary adversary proceeding. |
| 18 | 8/28/2024 | Halevy, Richard | 0.3 | Review correspondence from FTI team re: litigation matters. |
| 18 | 8/30/2024 | Tucker, Michael | 0.4 | Review information request re: potential preference actions. |
| **18 Total** | | | **38.4** | |
| 19 | 8/22/2024 | Halevy, Richard | 0.6 | Prepare workplan to address case issues. |
| 19 | 8/22/2024 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: workplan. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD AUGUST 1, 2024 TO AUGUST 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 8/26/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: case planning. |
| **19 Total** | | | **1.1** | |
| 20 | 8/20/2024 | Tucker, Michael | 0.9 | Participate in call with Debtor's advisors re: case status and recovery analysis. |
| 20 | 8/20/2024 | Halevy, Richard | 0.9 | Participate in call with Debtor's advisors re: case status and recovery analysis. |
| **20 Total** | | | **1.8** | |
| 24 | 8/8/2024 | Halevy, Richard | 0.8 | Prepare July 2024 fee application. |
| 24 | 8/15/2024 | Halevy, Richard | 1.5 | Prepare July 2024 fee application. |
| 24 | 8/26/2024 | Tucker, Michael | 3.3 | Review monthly fee applications for August 2023 to July 2024. |
| 24 | 8/27/2024 | Halevy, Richard | 2.2 | Revise monthly fee applications for August 2023 through July 2024. |
| **24 Total** | | | **7.8** | |
| **Grand Total** | | | **62.0** | |