Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee*
*of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 1, 2024 THROUGH OCTOBER 31, 2024**<br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>September 1, 2024, through October 31, 2024<br><br>$67,704.00 (80% of $84,630.00)<br><br>$653.51 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Nineteenth Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing September 1, 2024, through October 31, 2024 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $67,704.00 (representing 80% of the $84,630.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $653.51 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task.  Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period. Attached hereto as **Exhibit D** is a summary of expenses during the Fee period by category. Attached hereto as **Exhibit E** are the detailed expense descriptions for the Fee period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period.  FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

1   objection has been served.

2   DATED this 6th day of January 2025.

3                                           FTI Consulting, Inc.

                                    By:  /s/ Michael Tucker
5                                           Michael Tucker
6                                           4835 East Cactus Road, Suite 230
7                                           Scottsdale, AZ 85254
8                                           michael.tucker@fticonsulting.com

                                            *Financial Advisor for Official Committee*
9                                           *of Unsecured Creditors*

10

11

12  Respectfully submitted by:

13  McDONALD CARANO LLP

14  */s/ Ryan J. Works*
15  Ryan J. Works, Esq (NSBN 9224)
16  Amanda M. Perach, Esq (NSBN 12399)
17  2300 West Sahara Avenue, Suite 1200
18  Las Vegas, Nevada 89102
19  rworks@mcdonaldcarano.com
20  aperach@mcdonaldcarano.com

21  *Counsel for Official Committee*
22  *of Unsecured Creditors*

13

14

15

16

17

18

19

20

21

22

# Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD SEPTEMBER 1, 2024 TO OCTOBER 31, 2024**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 65.1 | $ 42,315.00 |
| Halevy, Richard | Director | 650 | 65.1 | 42,315.00 |
| **TOTAL** | | | **130.2** | **$ 84,630.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD SEPTEMBER 1, 2024 TO OCTOBER 31, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 14.7 | 9,555.00 |
| 6 | Asset Sales & Recoveries | 0.3 | 195.00 |
| 10 | Analysis of Tax Issues | 22.4 | 14,560.00 |
| 14 | Analysis of Claims/Liab Subject to Compro | 0.2 | 130.00 |
| 17 | Wind Down Monitoring | 7.2 | 4,680.00 |
| 18 | Potential Avoidance Actions & Litigation | 77.0 | 50,050.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 2.7 | 1,755.00 |
| 24 | Preparation of Fee Application | 3.2 | 2,080.00 |
| 25 | Travel Time | 2.5 | 1,625.00 |
| | **GRAND TOTAL** | **130.2** | **$ 84,630.00** |

Exhibit   C

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2024 TO OCTOBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 9/3/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: estate liquidity. |
| 2 | 9/6/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Province re: cash theft investigation. |
| 2 | 9/9/2024 | Halevy, Richard | 0.3 | Correspond with Debtor re: cash theft investigation. |
| 2 | 9/13/2024 | Tucker, Michael | 0.4 | Review Powercoin cash collection report. |
| 2 | 9/13/2024 | Tucker, Michael | 0.4 | Participate in call with Powercoin re: cash collections. |
| 2 | 9/13/2024 | Halevy, Richard | 0.4 | Participate in call with Powercoin re: cash collections. |
| 2 | 9/23/2024 | Tucker, Michael | 0.3 | Review Powercoin report re: cash collections. |
| 2 | 9/24/2024 | Halevy, Richard | 0.3 | Review correspondence from Powercoin re: cash collection process. |
| 2 | 9/26/2024 | Halevy, Richard | 0.3 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 9/30/2024 | Halevy, Richard | 0.2 | Review correspondence from Debtor re: cash activity. |
| 2 | 10/1/2024 | Halevy, Richard | 0.5 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 10/4/2024 | Halevy, Richard | 0.3 | Correspond with FTI team re: Debtor estate liquidity. |
| 2 | 10/4/2024 | Halevy, Richard | 0.8 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 10/8/2024 | Tucker, Michael | 0.5 | Participate in call with Fox Rothschild re: estate liquidity. |
| 2 | 10/8/2024 | Tucker, Michael | 0.2 | Review cash collection report from Powercoin. |
| 2 | 10/9/2024 | Tucker, Michael | 0.2 | Review analysis re: Debtor estate liquidity. |
| 2 | 10/9/2024 | Halevy, Richard | 0.2 | Review Debtor estate liquidity. |
| 2 | 10/9/2024 | Halevy, Richard | 0.4 | Prepare correspondence to Debtor re: estate liquidity. |
| 2 | 10/9/2024 | Halevy, Richard | 0.8 | Prepare analyis re: Debtor Estate liquidity. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2024 TO OCTOBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 10/10/2024 | Tucker, Michael | 0.5 | Participate in call with Fox Rothschild re: estate liquidity. |
| 2 | 10/13/2024 | Tucker, Michael | 2.9 | Prepare analysis re: Debtor Estate liquidity. |
| 2 | 10/15/2024 | Tucker, Michael | 1.2 | Review analysis re: Debtor estate liquidity. |
| 2 | 10/15/2024 | Halevy, Richard | 0.7 | Prepare analysis re: Debtor Estate liquidity. |
| 2 | 10/16/2024 | Tucker, Michael | 0.3 | Correspond with S&K re: Debtor estate liquidity. |
| 2 | 10/16/2024 | Halevy, Richard | 0.6 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 10/17/2024 | Tucker, Michael | 0.7 | Review analysis re: Debtor estate liquidity and potential recoveries at request of the Committee. |
| 2 | 10/17/2024 | Halevy, Richard | 0.4 | Prepare analysis re: Debtor Estate liquidity. |
| 2 | 10/21/2024 | Halevy, Richard | 0.3 | Review Debtor estate liquidity. |
| **2 Total** | | | **14.7** | |
| 6 | 10/9/2024 | Halevy, Richard | 0.3 | Correspond with FTI team re: sale proceeds escrow. |
| **6 Total** | | | **0.3** | |
| 10 | 9/6/2024 | Halevy, Richard | 1.5 | Prepare analysis re: support for Debtor's ERC claim. |
| 10 | 9/6/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor re: ERC claim. |
| 10 | 9/6/2024 | Halevy, Richard | 0.5 | Review estate tax matters. |
| 10 | 9/9/2024 | Tucker, Michael | 0.5 | Review supporting documentation re: Debtor's ERC claim. |
| 10 | 9/9/2024 | Halevy, Richard | 2.0 | Prepare supporting documents in connection with potential sale of Debtor's ERC claim. |
| 10 | 9/11/2024 | Halevy, Richard | 0.4 | Review Debtor documents re: IRS tax inquiry. |
| 10 | 9/12/2024 | Halevy, Richard | 0.3 | Correspond with Debtor re: IRS tax inquiry. |
| 10 | 9/12/2024 | Halevy, Richard | 0.6 | Review Debtor documents re: IRS tax inquiry. |
| 10 | 9/13/2024 | Tucker, Michael | 0.9 | Participate in call with potential buyer re: ERC claim. |
| 10 | 9/13/2024 | Tucker, Michael | 0.8 | Review supporting documentation re: Debtor's ERC claim. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2024 TO OCTOBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 10 | 9/13/2024 | Halevy, Richard | 0.5 | Participate in call with potential buyer re: ERC claim. |
| 10 | 9/13/2024 | Halevy, Richard | 1.4 | Gather supporting documentation re: Debtor's ERC claim for potential buyer. |
| 10 | 9/16/2024 | Halevy, Richard | 0.2 | Prepare correspondence to ERC consultant re: Debtor's ERC claim. |
| 10 | 9/16/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: tax issues. |
| 10 | 9/17/2024 | Tucker, Michael | 0.4 | Participate in call with potential buyer re: Debtor's ERC claim. |
| 10 | 9/17/2024 | Halevy, Richard | 0.4 | Review estate tax matters. |
| 10 | 9/17/2024 | Halevy, Richard | 0.4 | Participate in call with potential buyer re: Debtor's ERC claim. |
| 10 | 9/17/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Fox Rothschild re: estate tax issues. |
| 10 | 9/17/2024 | Halevy, Richard | 0.6 | Participate in call with Debtor re: tax issues. |
| 10 | 9/17/2024 | Halevy, Richard | 1.0 | Review supporting documents re: Debtor's ERC claim. |
| 10 | 9/18/2024 | Halevy, Richard | 1.8 | Prepare supporting documents in connection with potential sale of Debtor's ERC claim. |
| 10 | 9/19/2024 | Halevy, Richard | 0.4 | Prepare correspondence to ERC consultant re: Debtor's ERC claim. |
| 10 | 9/20/2024 | Tucker, Michael | 0.5 | Review Debtor documents re: ERC claim. |
| 10 | 9/20/2024 | Halevy, Richard | 0.4 | Prepare correspondence to potential buyer re: Debtor's ERC claim. |
| 10 | 9/25/2024 | Halevy, Richard | 0.5 | Participate in call with Debtor re: Debtor's ERC claim. |
| 10 | 9/27/2024 | Tucker, Michael | 0.2 | Review status re: Debtor's ERC claim. |
| 10 | 9/27/2024 | Halevy, Richard | 0.3 | Correspond with ERC consultant re: ERC claim. |
| 10 | 9/30/2024 | Halevy, Richard | 0.8 | Prepare analysis re: various tax issues. |
| 10 | 10/2/2024 | Halevy, Richard | 0.4 | Correspond with Debtor re: ERC claim. |
| 10 | 10/15/2024 | Halevy, Richard | 0.4 | Prepare correspondence to Fox Rothschild re: Debtor tax claim. |
| 10 | 10/17/2024 | Tucker, Michael | 0.5 | Correspond with ERC consultant re: ERC claim. |
| 10 | 10/17/2024 | Tucker, Michael | 0.7 | Review proposal from potential buyer re: ERC claim. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2024 TO OCTOBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 10 | 10/17/2024 | Halevy, Richard | 0.3 | Prepare correspondence to ERC consultant re: ERC claim. |
| 10 | 10/17/2024 | Halevy, Richard | 0.2 | Review proposal from potential buyer re: ERC claim. |
| 10 | 10/17/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: Debtor's ERC claim. |
| 10 | 10/17/2024 | Halevy, Richard | 0.4 | Participate in call with potential buyer re: ERC claim. |
| 10 | 10/23/2024 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: Debtor's ERC claim status. |
| 10 | 10/30/2024 | Halevy, Richard | 0.2 | Prepare correspondence to ERC consultant re: Debtor's ERC claim. |
| 10 | 10/31/2024 | Tucker, Michael | 0.5 | Review information provided by ERC consultant re: Debtor's ERC claim. |
| **10 Total** | | | **22.4** | |
| 14 | 9/4/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor re: various administrative claims. |
| **14 Total** | | | **0.2** | |
| 17 | 9/4/2024 | Halevy, Richard | 0.3 | Prepare agenda for call with Debtor re: wind-down matters. |
| 17 | 9/4/2024 | Halevy, Richard | 0.5 | Participate in call with Debtor re: wind-down updates. |
| 17 | 9/11/2024 | Halevy, Richard | 0.2 | Prepare for call with Debtor re: wind-down updates. |
| 17 | 9/11/2024 | Halevy, Richard | 0.5 | Participate in call with Debtor re: wind-down updates. |
| 17 | 9/11/2024 | Halevy, Richard | 0.4 | Prepare correspondence to FTI team re: wind-down matters. |
| 17 | 9/17/2024 | Tucker, Michael | 0.5 | Participate in call with Debtor re: wind-down updates. |
| 17 | 9/18/2024 | Halevy, Richard | 0.3 | Participate in call with Debtor re: wind-down updates. |
| 17 | 9/18/2024 | Halevy, Richard | 0.3 | Prepare for call with Debtor re: wind-down updates. |
| 17 | 9/25/2024 | Halevy, Richard | 0.5 | Participate in call with Debtor re: wind-down matters. |
| 17 | 10/2/2024 | Halevy, Richard | 0.3 | Prepare for call with Debtor re: wind-down updates. |
| 17 | 10/2/2024 | Halevy, Richard | 0.3 | Participate in call with Debtor re: wind-down updates. |
| 17 | 10/9/2024 | Tucker, Michael | 1.2 | Participate in call with Debtor re: wind-down matters. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2024 TO OCTOBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 10/9/2024 | Halevy, Richard | 1.2 | Participate in call with Debtor re: wind-down matters. |
| 17 | 10/9/2024 | Halevy, Richard | 0.4 | Prepare for call with Debtor re: wind-down updates. |
| 17 | 10/23/2024 | Halevy, Richard | 0.3 | Participate in call with Debtor re: wind-down updates. |
| **17 Total** | | | **7.2** | |
| 18 | 9/3/2024 | Tucker, Michael | 0.3 | Review employment application re: preference litigation counsel. |
| 18 | 9/3/2024 | Tucker, Michael | 0.8 | Correspond with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 9/3/2024 | Halevy, Richard | 0.4 | Prepare correspondence to litigation counsel re: preference actions. |
| 18 | 9/3/2024 | Halevy, Richard | 0.8 | Prepare analysis re: potential preference payments. |
| 18 | 9/4/2024 | Tucker, Michael | 0.1 | Correspond with S&K re: McAlary litigation. |
| 18 | 9/4/2024 | Tucker, Michael | 0.3 | Review analysis re: Bitaccess arbitration. |
| 18 | 9/4/2024 | Halevy, Richard | 0.3 | Review correspondence from Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 9/4/2024 | Halevy, Richard | 0.2 | Correspond with litigation counsel re: preference actions. |
| 18 | 9/4/2024 | Halevy, Richard | 0.5 | Prepare analysis re: Bitaccess arbitration. |
| 18 | 9/9/2024 | Tucker, Michael | 0.3 | Correspond with S&K re: mediation for McAlary litigation. |
| 18 | 9/9/2024 | Halevy, Richard | 0.5 | Participate in call with litigation counsel re: potential preference actions. |
| 18 | 9/10/2024 | Tucker, Michael | 0.9 | Review Bitcoin Depot litigation filings and correspond with Jimmerson Law Firm re: same. |
| 18 | 9/10/2024 | Tucker, Michael | 0.3 | Correspond with S&K re: retention of litigation counsel for potential preference actions. |
| 18 | 9/10/2024 | Tucker, Michael | 2.4 | Review case filings and discovery re: McAlary litigation in preparation for mediation. |
| 18 | 9/10/2024 | Tucker, Michael | 0.8 | Review and comment on draft settlement agreement re: KSG adversary proceeding. |
| 18 | 9/10/2024 | Tucker, Michael | 0.7 | Participate in call with S&K re: preparation for McAlary litigation mediation. |
| 18 | 9/10/2024 | Halevy, Richard | 0.9 | Prepare analysis re: potential preference actions. |
| 18 | 9/10/2024 | Halevy, Richard | 0.7 | Participate in call with S&K re: preparation for McAlary litigation mediation. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2024 TO OCTOBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 9/11/2024 | Tucker, Michael | 4.0 | Participate in McAlary litigation mediation. |
| 18 | 9/11/2024 | Tucker, Michael | 3.0 | Continue to participate in McAlary litigation mediation. |
| 18 | 9/11/2024 | Halevy, Richard | 0.9 | Prepare analysis re: preference payments. |
| 18 | 9/11/2024 | Halevy, Richard | 0.5 | Correspond with FTI team re: McAlary litigation mediation. |
| 18 | 9/11/2024 | Halevy, Richard | 0.5 | Correspond with S&K re: McAlary litigation. |
| 18 | 9/11/2024 | Halevy, Richard | 0.7 | Prepare analysis re: potential preference actions. |
| 18 | 9/12/2024 | Tucker, Michael | 0.2 | Review analysis re: potential preference actions. |
| 18 | 9/12/2024 | Halevy, Richard | 0.5 | Prepare analysis re: preference payments. |
| 18 | 9/13/2024 | Tucker, Michael | 1.2 | Participate in call with S&K re: McAlary litigation mediation efforts. |
| 18 | 9/13/2024 | Halevy, Richard | 1.2 | Participate in call with S&K re: McAlary litigation mediation efforts. |
| 18 | 9/13/2024 | Halevy, Richard | 0.3 | Prepare analysis re: potential preference litigation. |
| 18 | 9/15/2024 | Halevy, Richard | 0.3 | Review correspondence from Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 9/16/2024 | Tucker, Michael | 0.5 | Review employment application re: preference litigation counsel. |
| 18 | 9/16/2024 | Halevy, Richard | 1.8 | Review Bitaccess reply to expert report. |
| 18 | 9/17/2024 | Halevy, Richard | 0.2 | Prepare correspondence to FTI team re: KSG adversary settlement. |
| 18 | 9/17/2024 | Halevy, Richard | 0.3 | Prepare analysis re: KSG adversary proceeding. |
| 18 | 9/18/2024 | Halevy, Richard | 2.3 | Review expert's draft reply report re: Bitaccess arbitration. |
| 18 | 9/19/2024 | Halevy, Richard | 0.3 | Review Debtor documents re: potential preference actions. |
| 18 | 9/20/2024 | Tucker, Michael | 1.3 | Participate in call with Debtor's Canadian Counsel re: case updates. |
| 18 | 9/20/2024 | Tucker, Michael | 2.4 | Review Bitaccess expert damage report. |
| 18 | 9/20/2024 | Halevy, Richard | 1.3 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 9/20/2024 | Halevy, Richard | 0.5 | Prepare for call with Debtor's Canadian Counsel re: Bitaccess arbitration. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2024 TO OCTOBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 9/23/2024 | Tucker, Michael | 0.7 | Review correspondence from Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 9/23/2024 | Tucker, Michael | 0.2 | Correspond with S&K re: McAlary litigation. |
| 18 | 9/23/2024 | Halevy, Richard | 0.4 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 9/23/2024 | Halevy, Richard | 0.5 | Review analysis re: potential preference actions. |
| 18 | 9/23/2024 | Halevy, Richard | 1.3 | Prepare analysis re: potential preference litigation. |
| 18 | 9/23/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Counsel re: preference actions. |
| 18 | 9/23/2024 | Halevy, Richard | 0.4 | Review Debtor documents re: preference actions. |
| 18 | 9/23/2024 | Halevy, Richard | 0.3 | Correspond with Debtor's Canadian Counsel and FTI team re: Bitaccess arbitration. |
| 18 | 9/24/2024 | Halevy, Richard | 0.3 | Correspond with S&K re: McAlary litigation. |
| 18 | 9/24/2024 | Halevy, Richard | 0.6 | Prepare analysis re: potential preference actions. |
| 18 | 9/25/2024 | Tucker, Michael | 1.1 | Review expert reply report outline re: Bitaccess arbitration. |
| 18 | 9/26/2024 | Tucker, Michael | 0.5 | Review case filings re: McAlary litigation. |
| 18 | 9/26/2024 | Halevy, Richard | 0.4 | Review expert reply report outline re: Bitaccess arbitration. |
| 18 | 9/26/2024 | Halevy, Richard | 0.3 | Correspond with litigation counsel re: preference litigation. |
| 18 | 9/30/2024 | Halevy, Richard | 0.5 | Review draft expert reply report re: Bitaccess arbitration. |
| 18 | 10/1/2024 | Tucker, Michael | 0.5 | Participate in call with McAlary counsel re: McAlary litigation. |
| 18 | 10/1/2024 | Halevy, Richard | 0.3 | Review case filing in Bitcoin Depot litigation. |
| 18 | 10/2/2024 | Tucker, Michael | 1.7 | Review reply report re: Bitaccess arbitration. |
| 18 | 10/2/2024 | Tucker, Michael | 3.9 | Prepare summary and analysis re: mediation session for McAlary litigation. |
| 18 | 10/2/2024 | Tucker, Michael | 0.5 | Review draft outline re: Bitaccess rebuttal report. |
| 18 | 10/2/2024 | Halevy, Richard | 0.6 | Participate in call with FTI team re: McAlary adversary proceeding. |
| 18 | 10/2/2024 | Halevy, Richard | 0.2 | Prepare correspondence to Debtor's Canadian Counsel re: draft reply report. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2024 TO OCTOBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 10/2/2024 | Halevy, Richard | 0.2 | Correspond with S&K re: McAlary litigation. |
| 18 | 10/4/2024 | Tucker, Michael | 0.2 | Correspond with Fox Rothschild re: KSG settlement. |
| 18 | 10/4/2024 | Tucker, Michael | 1.7 | Correspond with S&K re: McAlary litigation. |
| 18 | 10/4/2024 | Tucker, Michael | 0.8 | Correspond with McAlary counsel re: settlement status and D&O insurance claim. |
| 18 | 10/4/2024 | Tucker, Michael | 1.3 | Review documents re: McAlary litigation in connection with potential settlement. |
| 18 | 10/4/2024 | Tucker, Michael | 0.9 | Participate in call with McAlary counsel re: McAlary litigation. |
| 18 | 10/4/2024 | Tucker, Michael | 0.5 | Review memorandum re: ruling on surcharge motion. |
| 18 | 10/4/2024 | Halevy, Richard | 1.5 | Review draft reply report re: Bitaccess arbitration. |
| 18 | 10/4/2024 | Halevy, Richard | 0.3 | Prepare correspondence to litigation counsel re: preference actions. |
| 18 | 10/7/2024 | Tucker, Michael | 0.9 | Review expert's rebuttal report re: Bitaccess arbitration. |
| 18 | 10/7/2024 | Tucker, Michael | 0.5 | Review correspondence from McAlary Counsel re: McAlary litigation. |
| 18 | 10/8/2024 | Tucker, Michael | 0.5 | Review contingency counsel's analysis re: potential preference actions. |
| 18 | 10/8/2024 | Tucker, Michael | 0.5 | Review correspondence from S&K re: McAlary litigation. |
| 18 | 10/8/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor's Canadian Counsel re: Bitaccess interrogatory responses. |
| 18 | 10/8/2024 | Halevy, Richard | 0.5 | Correspond with FTI team and Counsel re: Bitaccess litigation |
| 18 | 10/8/2024 | Halevy, Richard | 0.9 | Review analysis re: potential preference actions. |
| 18 | 10/9/2024 | Tucker, Michael | 0.3 | Review correspondence from Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 10/9/2024 | Tucker, Michael | 0.2 | Review analysis re: Bitaccess arbitration. |
| 18 | 10/9/2024 | Halevy, Richard | 0.3 | Correspond with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 10/14/2024 | Tucker, Michael | 0.2 | Participate in call with McAlary counsel re: McAlary litigation. |
| 18 | 10/15/2024 | Tucker, Michael | 0.6 | Participate in call with Debtor's Canadian Counsel re: witnesses for Bitaccess arbitration. |
| 18 | 10/15/2024 | Halevy, Richard | 0.6 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2024 TO OCTOBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 10/15/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: preference analysis. |
| 18 | 10/17/2024 | Tucker, Michael | 0.3 | Review settlement offer re: KSG litigation at request of Counsel. |
| 18 | 10/22/2024 | Tucker, Michael | 0.5 | Correspond with S&K re: McAlary litigation. |
| 18 | 10/23/2024 | Halevy, Richard | 1.0 | Prepare analysis re: potential preference actions. |
| 18 | 10/25/2024 | Tucker, Michael | 1.0 | Correspond with McAlary counsel re: settlement status and D&O insurance claim. |
| 18 | 10/28/2024 | Tucker, Michael | 1.2 | Review analysis prepared by litigation Counsel re: preference actions. |
| 18 | 10/29/2024 | Tucker, Michael | 0.3 | Review correspondence from S&K re: McAlary litigation. |
| 18 | 10/29/2024 | Tucker, Michael | 1.5 | Review analysis re: Bitaccess arbitration. |
| 18 | 10/29/2024 | Halevy, Richard | 0.3 | Review correspondence from Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 10/30/2024 | Tucker, Michael | 1.4 | Review and comment on draft demand letter to D&O insurer re: McAlary claim in connection with |
| 18 | 10/30/2024 | Tucker, Michael | 0.5 | Participate in call with McAlary counsel re: McAlary litigation. |
| 18 | 10/30/2024 | Tucker, Michael | 1.2 | Discuss McAlary litigation with potential expert witness. |
| 18 | 10/30/2024 | Tucker, Michael | 0.4 | Review docket filings re: Bitcoin Depot litigation. |
| 18 | 10/30/2024 | Tucker, Michael | 0.6 | Review analysis prepared by litigation Counsel re: preference actions. |
| 18 | 10/30/2024 | Halevy, Richard | 0.5 | Review docket filings re: Bitcoin Depot litigation. |
| 18 | 10/30/2024 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: status of various litigation. |
| 18 | 10/31/2024 | Halevy, Richard | 1.0 | Review analysis prepared by litigation Counsel re: preference actions. |
| **18 Total** | | | **77.0** | |
| 21 | 10/22/2024 | Tucker, Michael | 0.7 | Prepare for call with Creditors' Committee re: Estate liquidity and potential recoveries. |
| 21 | 10/22/2024 | Tucker, Michael | 1.0 | Participate in call with Creditors' Committee re: Estate liquidity and potential recoveries. |
| 21 | 10/22/2024 | Halevy, Richard | 1.0 | Participate in call with Creditors' Committee re: Estate liquidity and potential recoveries. |
| **21 Total** | | | **2.7** | |
| 24 | 9/30/2024 | Halevy, Richard | 1.0 | Prepare August 2024 fee application. |
| 24 | 9/30/2024 | Halevy, Richard | 1.3 | Continue to prepare August 2024 fee application. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2024 TO OCTOBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 10/1/2024 | Halevy, Richard | 0.3 | Prepare interim fee application. |
| 24 | 10/2/2024 | Halevy, Richard | 0.6 | Prepare interim fee application. |
| **24 Total** | | | **3.2** | |
| 25 | 9/11/2024 | Tucker, Michael | 1.3 | Travel time from Phoenix to Las Vegas for McAlary litigation mediation (half billed). |
| 25 | 9/11/2024 | Tucker, Michael | 1.2 | Travel time from Las Vegas to Phoenix for McAlary litigation mediation (half billed). |
| **25 Total** | | | **2.5** | |
| **Grand Total** | | | **130.2** | |

Exhibit   D

**EXHIBIT D**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2024 TO OCTOBER 31, 2024**

| Expense Type | Amount |
|---|---:|
| Airfare | $ 579.45 |
| Transportation | 42.06 |
| Working Meals | 20.00 |
| Other | 12.00 |
| **Total** | **$ 653.51** |

Exhibit E

**EXHIBIT E**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**ITEMIZED EXPENSES**
**FOR THE PERIOD SEPTEMBER 1, 2024 TO OCTOBER 31, 2024**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 09/09/24 | Michael Tucker | Airfare | Flight from Phoenix, AZ to Las Vegas, NV to attend Coin Cloud mediation. | $ 284.47 |
| 09/09/24 | Michael Tucker | Airfare | Flight from Las Vegas, NV to Phoenix, AZ after attending Coin Cloud mediation. | 294.98 |
| | | **Airfare Total** | | **$ 579.45** |
| 09/11/24 | Michael Tucker | Transportation | Parking at airport during trip to Las Vegas, NV for Coin Cloud mediation. | 30.00 |
| 09/11/24 | Michael Tucker | Transportation | Drive to airport for flight to Las Vegas for Coin Cloud mediation. | 12.06 |
| | | **Transportation Total** | | **$ 42.06** |
| 09/11/24 | Michael Tucker | Working Meals | Working meal while traveling to Las Vegas for Coin Cloud mediation. | 20.00 |
| | | **Working Meals Total** | | **$ 20.00** |
| 09/11/24 | Michael Tucker | Other | Wifi payment during flight to Las Vegas for Coin Cloud mediation. | 12.00 |
| | | **Other Total** | | **$ 12.00** |
| | | **Grand Total** | | **$ 653.51** |