Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**<br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>November 1, 2024, through November 30, 2024<br><br>$26,936.00 (80% of $33,670.00)<br><br>$0.00 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Twentieth Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing November 1, 2024, through November 30, 2024 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $26,936.00 (representing 80% of the $33,670.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $0.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

objection has been served.

DATED this 6th day of January 2025.

                    FTI Consulting, Inc.

By: */s/ Michael Tucker*
      Michael Tucker
      4835 East Cactus Road, Suite 230
      Scottsdale, AZ 85254
      michael.tucker@fticonsulting.com

*Financial Advisor for Official Committee of Unsecured Creditors*

Respectfully submitted by:

McDONALD CARANO LLP

*/s/ Ryan J. Works*
Ryan J. Works, Esq (NSBN 9224)
Amanda M. Perach, Esq (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee of Unsecured Creditors*

# Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD NOVEMBER 1, 2024 TO NOVEMBER 30, 2024**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 25.4 | $ 16,510.00 |
| Halevy, Richard | Director | 650 | 26.4 | 17,160.00 |
| **TOTAL** | | | **51.8** | **$ 33,670.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD NOVEMBER 1, 2024 TO NOVEMBER 30, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 8.6 | $ 5,590.00 |
| 6 | Asset Sales & Recoveries | 12.1 | 7,865.00 |
| 10 | Analysis of Tax Issues | 2.7 | 1,755.00 |
| 17 | Wind Down Monitoring | 1.7 | 1,105.00 |
| 18 | Potential Avoidance Actions & Litigation | 25.9 | 16,835.00 |
| 19 | Case Management | 0.8 | 520.00 |
| | **GRAND TOTAL** | **51.8** | **$ 33,670.00** |

# Exhibit C

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD NOVEMBER 1, 2024 TO NOVEMBER 30, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 11/18/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: estate liquidity. |
| 2 | 11/18/2024 | Halevy, Richard | 0.8 | Prepare analysis re: Debtor Estate liquidity. |
| 2 | 11/19/2024 | Tucker, Michael | 0.9 | Review analysis re: Debtor estate liquidity. |
| 2 | 11/19/2024 | Tucker, Michael | 0.5 | Correspond with FTI team re: Debtor estate liquidity. |
| 2 | 11/19/2024 | Halevy, Richard | 0.9 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 11/20/2024 | Tucker, Michael | 0.4 | Review correspondence from Powercoin re: cash collection status. |
| 2 | 11/20/2024 | Tucker, Michael | 0.4 | Review estate liquidity matters and potential recoveries. |
| 2 | 11/21/2024 | Tucker, Michael | 0.5 | Participate in call with Powercoin re: cash collections. |
| 2 | 11/21/2024 | Tucker, Michael | 0.6 | Review Powercoin cash collection schedule. |
| 2 | 11/21/2024 | Halevy, Richard | 0.3 | Correspond with Debtor re: estate liquidity. |
| 2 | 11/21/2024 | Halevy, Richard | 0.5 | Participate in call with Powercoin re: cash collections. |
| 2 | 11/21/2024 | Halevy, Richard | 0.5 | Review Powercoin cash collection schedule. |
| 2 | 11/22/2024 | Halevy, Richard | 0.4 | Prepare correspondence to Powercoin re: cash collection process. |
| 2 | 11/25/2024 | Tucker, Michael | 0.2 | Review analysis re: Debtor estate liquidity. |
| 2 | 11/25/2024 | Halevy, Richard | 1.0 | Prepare analysis re: Debtor Estate liquidity. |
| 2 | 11/26/2024 | Tucker, Michael | 0.4 | Review analysis re: Debtor estate liquidity and potential recoveries. |
| **2 Total** | | | **8.6** | |
| 6 | 11/22/2024 | Halevy, Richard | 1.1 | Prepare analysis re: sale escrow proceeds. |
| 6 | 11/25/2024 | Tucker, Michael | 2.8 | Review reconciliation of sale proceeds in connection with surcharge settlement. |
| 6 | 11/25/2024 | Halevy, Richard | 3.0 | Prepare reconciliation of sale proceeds in connection with surcharge settlement. |
| 6 | 11/25/2024 | Halevy, Richard | 0.7 | Prepare analysis re: sale escrow proceeds. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD NOVEMBER 1, 2024 TO NOVEMBER 30, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 11/26/2024 | Tucker, Michael | 1.8 | Prepare reconciliation of sale proceeds in connection with surcharge settlement at the request of Counsel. |
| 6 | 11/26/2024 | Tucker, Michael | 1.5 | Review analysis re: allocation of sale proceeds. |
| 6 | 11/26/2024 | Halevy, Richard | 1.0 | Prepare reconciliation of sale proceeds in connection with surcharge settlement. |
| 6 | 11/29/2024 | Tucker, Michael | 0.2 | Review correspondence from FTI team re: sale proceeds allocation. |
| **6 Total** | | | **12.1** | |
| 10 | 11/1/2024 | Tucker, Michael | 1.2 | Review supporting documents re: Debtor's ERC claim. |
| 10 | 11/1/2024 | Halevy, Richard | 0.7 | Review supporting documents re: Debtor's ERC claim. |
| 10 | 11/18/2024 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: ERC status. |
| 10 | 11/19/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: Debtor's ERC claim. |
| **10 Total** | | | **2.7** | |
| 17 | 11/6/2024 | Halevy, Richard | 0.3 | Participate in call with Debtor re: wind-down matters. |
| 17 | 11/13/2024 | Halevy, Richard | 0.4 | Participate in call with Debtor re: wind-down matters. |
| 17 | 11/20/2024 | Halevy, Richard | 0.5 | Prepare for call with Debtor re: wind-down matters. |
| 17 | 11/20/2024 | Halevy, Richard | 0.5 | Participate in call with Debtor re: wind-down matters. |
| **17 Total** | | | **1.7** | |
| 18 | 11/5/2024 | Tucker, Michael | 1.5 | Review and analyze potential settlement offer re: McAlary litigation. |
| 18 | 11/5/2024 | Halevy, Richard | 0.4 | Correspond with Debtor re: potential preference actions. |
| 18 | 11/5/2024 | Halevy, Richard | 0.5 | Correspond with FTI team and S&K re: litigation updates. |
| 18 | 11/6/2024 | Tucker, Michael | 0.7 | Review and comment on settlement offer re: McAlary litigation. |
| 18 | 11/6/2024 | Tucker, Michael | 0.3 | Participate in call with Fox Rothschild re: surcharge ruling. |
| 18 | 11/6/2024 | Tucker, Michael | 0.5 | Review correspondence from Debtor's Canadian Counsel re: Bitaccess arbitration. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD NOVEMBER 1, 2024 TO NOVEMBER 30, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 11/6/2024 | Tucker, Michael | 0.2 | Prepare correspondence to McAlary counsel re: McAlary litigation. |
| 18 | 11/6/2024 | Halevy, Richard | 0.3 | Review analysis re: potential preference actions. |
| 18 | 11/6/2024 | Halevy, Richard | 0.3 | Correspond with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/6/2024 | Halevy, Richard | 0.3 | Review correspondence from S&K re: McAlary litigation. |
| 18 | 11/7/2024 | Tucker, Michael | 1.1 | Review analysis re: potential preference actions. |
| 18 | 11/7/2024 | Tucker, Michael | 0.3 | Participate in call with FTI team re: preference analysis. |
| 18 | 11/7/2024 | Halevy, Richard | 0.5 | Prepare analysis re: potential preference actions. |
| 18 | 11/7/2024 | Halevy, Richard | 0.5 | Correspond with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/7/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: preference analysis. |
| 18 | 11/7/2024 | Halevy, Richard | 0.3 | Participate in call with FTI team re: preference analysis. |
| 18 | 11/7/2024 | Halevy, Richard | 0.5 | Participate in call with BRG re: potential preference actions. |
| 18 | 11/7/2024 | Halevy, Richard | 0.6 | Prepare correspondence to BRG re: potential preference actions. |
| 18 | 11/8/2024 | Tucker, Michael | 1.6 | Review contingency counsel's analysis and recommendations re: preference actions. |
| 18 | 11/8/2024 | Halevy, Richard | 0.3 | Review correspondence from BRG re: potential preference actions. |
| 18 | 11/8/2024 | Halevy, Richard | 1.7 | Prepare analysis re: potential preference actions. |
| 18 | 11/11/2024 | Halevy, Richard | 0.3 | Prepare correspondence to BRG re: potential preference actions. |
| 18 | 11/11/2024 | Halevy, Richard | 0.3 | Prepare correspondence to S&K re: potential preference actions. |
| 18 | 11/12/2024 | Halevy, Richard | 0.5 | Coordinate meeting and expectations with potential witness for Bitaccess arbitration. |
| 18 | 11/13/2024 | Tucker, Michael | 0.6 | Participate in call with potential witness re: Bitaccess arbitration. |
| 18 | 11/13/2024 | Tucker, Michael | 0.3 | Correspond with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/13/2024 | Halevy, Richard | 0.3 | Correspond with Debtor re: Bitaccess arbitration. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD NOVEMBER 1, 2024 TO NOVEMBER 30, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 11/13/2024 | Halevy, Richard | 0.6 | Participate in call with potential witness re: Bitaccess arbitration. |
| 18 | 11/14/2024 | Halevy, Richard | 0.2 | Review correspondence from BRG re: potential preference actions. |
| 18 | 11/15/2024 | Tucker, Michael | 0.9 | Participate in call with Debtor's Canadian Counsel and potential witness re: Bitaccess arbitration. |
| 18 | 11/15/2024 | Tucker, Michael | 0.8 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/18/2024 | Tucker, Michael | 0.5 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/18/2024 | Tucker, Michael | 0.2 | Participate in call with Fox Rothschild re: KSG settlement. |
| 18 | 11/18/2024 | Halevy, Richard | 0.5 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/20/2024 | Tucker, Michael | 0.7 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/20/2024 | Tucker, Michael | 0.5 | Correspond with Fox Rothschild re: Bitaccess arbitration. |
| 18 | 11/20/2024 | Tucker, Michael | 0.8 | Review analysis re: surcharge motion in connection with potential settlement. |
| 18 | 11/21/2024 | Tucker, Michael | 0.5 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/21/2024 | Halevy, Richard | 0.5 | Participate in call with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/22/2024 | Tucker, Michael | 0.2 | Review correspondence from Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 11/25/2024 | Halevy, Richard | 0.5 | Correspond with Counsel re: surcharge settlement. |
| 18 | 11/27/2024 | Tucker, Michael | 0.5 | Participate in call with S&K re: potential surcharge settlement. |
| 18 | 11/27/2024 | Tucker, Michael | 0.9 | Review order re: surcharge in connection with potential settlement. |
| 18 | 11/27/2024 | Tucker, Michael | 0.2 | Correspond with McAlary counsel re: McAlary litigation. |
| 18 | 11/27/2024 | Halevy, Richard | 1.0 | Correspond with Debtor and S&K re: surcharge settlement. |
| 18 | 11/29/2024 | Tucker, Michael | 0.2 | Prepare correspondence to S&K re: potential surcharge settlement. |
| 18 | 11/29/2024 | Halevy, Richard | 0.7 | Correspond with Debtor re: various litigation matters. |
| **18 Total** | | | **25.9** | |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD NOVEMBER 1, 2024 TO NOVEMBER 30, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 11/8/2024 | Halevy, Richard | 0.5 | Prepare workplan to address case issues. |
| 19 | 11/11/2024 | Halevy, Richard | 0.3 | Prepare correspondence to FTI team re: various workstreams. |
| **19 Total** | | | **0.8** | |
| **Grand Total** | | | **51.8** | |