BANKRUPTCY RECOVERY GROUP, LLC
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@brg.legal
GARRETT NYE, ESQ.
Illinois Bar No. 6329215
(*Pro Hac Vice pending*)
Email: gnye@brg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (702) 483-6126
*Special Counsel for Cash Cloud, Inc.*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-23-10423-MKN |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter: 11 |
| Debtor. | Date:   February 5, 2025<br>Time:   9:30 a.m. |

### CERTIFICATE OF SERVICE

1.   On December 31, 2024, I served the following document(s):

    a.   *Motion for Order Establishing Procedures Governing Adversary Proceedings Brought Pursuant to 11 U.S.C. §§ 547 Through 550*    Dkt. No. 1860

    b.   *Notice of Hearing on Motion for Order Establishing Procedures Governing Adversary Proceedings Brought Pursuant to 11 U.S.C. §§ 547 Through 550*    Dkt. No. 1861

2.   I served the above-named document(s) by the following means to the persons as listed below:

    ☒   a.   ECF System:  See attached ECF Confirmation Sheets.

    _____

3.   On January 6, 2025, I served the following document(s):

    a.   *Motion for Order Establishing Procedures Governing Adversary Proceedings Brought Pursuant to 11 U.S.C. §§ 547 Through 550*    Dkt. No. 1860

    b.   *Notice of Hearing on Motion for Order Establishing Procedures Governing Adversary Proceedings Brought Pursuant to 11 U.S.C. §§ 547 Through 550*    Dkt. No. 1861

4.   I served the above-named document(s) by the following means to the persons as listed below:

☒     b.     United States Mail, postage fully prepaid:

*See attached mailing matrix*

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of January, 2025.

*/s/ Vicki DiMaio*
Vicki DiMaio, an employee of
Bankruptcy Recovery Group, LLC

### *MAILING MATRIX*

U.S. TRUSTEE - LV - 11
JARED A. DAY
OFFICE OF THE US TRUSTEE
300 BOOTH ST #3009
RENO, NV 89509

U.S. TRUSTEE - LV - 11
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101

7-Eleven, Inc.
3200 Hackberry Road,
Attn:  Lillian Kirstein, General Counsel,
Irving, TX 75063

7-Eleven, Inc.
c/o The Corporation Trust Company - Registered Agent
Corporation Trust Center,
1209 Orange Street,
Wilmington, DE 19801

Abhishek, Inc.
c/o Parveen Bansal, Director,
 9021 Endicott Place,
Lorton, VA 22079

Abhishek, Inc.
Attn: Parveen Bansal    Registered Agent,
9201 Endicott Place,
Lorton, VA 22079

ADR Chambers
2001 Sheppard Avenue East, Suite 200,
North York, ON M2J AZ8

Amazon Web Services Inc.
410 Terry Avenue,
Attn: David Zapolsky, General Counsel,
North Seattle, WA 98109

Amazon Web Services Inc.
K & L Gates LLP Brian Petterson,
925 4th Ave., Suite 2900,
Seattle, WA 98104

Amazon Web Services Inc.
Corporation Service Company - Registered Agent
251 Little Falls Drive,
Wilmington, DE 190808

American Express Travel Related Services Company, Inc.

c/o Laureen E. Seeger, Chief Legal Officer,
200 Vesey St.,
New York, NY 10285
American Express Travel Related Services Company, Inc.
c/o CT Corporation System
28 Liberty Street,
New York, NY 10005

Ashley Cox        Currently Unknown


Associated Wholesale Grocers, Inc.
Attn: Stephanie Becker, Chief Legal Officer,
5000 Kansas Avenue,
Kansas City, KS 66106

Associated Wholesale Grocers, Inc.
Attn: Caleb Holzaepfel
736 Georgia Ave., Suite 300,
Chattanooga, TN 37402

Associated Wholesale Grocers, Inc.
c/o C T Corporation System – Resident Agent
SW 7th Street Suite 3c,
Topeka, KS 66603

AvTech Capital, LLC
6995 Union Park Center #400,
Attn:  Chris Scharman, CEO,
Cottonwood Heights, UT 84047

AvTech Capital, LLC
Attn: Justin M. Metz
790 N. Water Street, Suite 2500,
Milwaukee, WI 53202

AvTech Capital, LLC
c/o Chris Scharman - Registered Agent,
6995 Union Park Center #400,
Cottonwood Heights, UT 84047

Axiom Armored
c/o Edward Patterson, Owner,
2420 Cinnabar Loop, Anchorage, AK 99507

Axiom Armored
c/o Kyle Patterson, Owner,
2420 Cinnabar Loop, Anchorage, AK 99507

Axiom Armored
Attn: Scott J. Gerlach
111 West 16th Avenue, Suite 203,

Anchorage, AK 99501

B. Riley Securities, Inc.
11100 Santa Monica, Blvd Ste 800,
Alan Forman, General Counsel,
Los Angeles, CA 90025

B. Riley Securities, Inc.
c/o C T Corporation System - Registered Agent,
330 N Brand Blvd.,
Glendale, CA 91203

Bandwidth Inc.
2230 Bandmate Way,
David Morken, CEO,
Raleigh, NC 27606

Bandwidth Inc.
c/o Corporation Service Company - Registered Agent
251 Little Falls Drive,
Wilmington, DE 19808

Bankline Corporation
111 Park Centre Blvd., Ste. 360,
Mark Ochab, President,
Miami, FL 33169

Bankline Corporation
c/o Erasmo Pineda - Registered Agent,
1111 Park Centre Blvd., Suite 360,
Miami, FL 33169

Best Western Windsor Inn
1701 S Dumas Ave,
Dumas, TX 79029

Bibbeo Ltd
19531 E 32nd Pkwy,
Trisha Power, CEO,
Aurora, CA 80011

Bibbeo Ltd. - Registered Agent
19531 E 32nd Pkwy,
Aurora, CO 80011

BlockScore, LLC d/b/a Cognito
c/o Chris Morton, COO,
459 Hamilton Ave, #304,
Palo Alto, CA 94301

BlockScore, LLC d/b/a Cognito
c/o Alain Meir, CEO,
459 Hamilton Ave, #304,

Palo Alto, CA 94301

BlockScore, LLC d/b/a Cognito
c/o Corporation Service Company
251 Little Falls Dr.,
Wilmington, DE 19808

BW Gas & Convenience Holdings, LLC d/b/a Yesway
c/o Kurt Zernich, General Counsel,
138 Conant St.,
Beverly, MA 01915

BlockScore, LLC d/b/a Cognito
c/o Tom Trkla, CEO, 2301
 Eagle Parkway, Suite 100,
Fort Worth, TX 76177

BlockScore, LLC d/b/a Cognito
c/o Corporation Service Company
251 Little Falls Dr.,
Wilmington, DE 19808

C&S Wholesale Grocers, LLC
Attn: Bryan Granger, SVP, Operations Law and Compliance,
7 Corporate Dr, Keane, NH 034131

C&S Wholesale Grocers, LLC
c/o C T Corporation System – Registered Agent
17 G W Tatro Dr,
Jeffersonville, VT 05464

Cash Man Services LC
1735 S. 900 W.,
Aaron Hoopes, CEO,
Salt Lake City, UT 84104

Cash Man Services LC
c/o Aaron Hoopes - Registered Agent,
254 S. 1350 W.,
Farmington, UT 84025

Chainalysis Inc.
Attn: Sarah Ward, Chief Legal Officer
114 Fifth Avenue
New York, NY 10011

Chainalysis Inc.
c/o Corporation Service Company - Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

*Chris McAlary*

Coinbase Global, Inc.
Attn: Paul Grewal, Chief Legal Officer
248 3rd St #434
Oakland, CA 94607

Coinbase Global, Inc.
c/o Corporation Service Company - Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

CyberCoders, Inc.
c/o Shane Lamb, CEO
101 Progress Street, Suite 100
Irvine, CA 92618

CyberCoders, Inc.
c/o C T Corporation System- Registered Agent
330 N Brand Blvd.
Glendale, CA 91203

Dave Engberg d/b/a Express Technology Services
4457 White Bear Parkway, Suite A
White Bear Lake, MN 55110

Dave Engberg d/b/a Express Technology Services
Attn: Thomas P. Carlson
1052 Centerville Circle
Vadnais Heights, MN 55127

**Dean Wigan    Currently Unknown**

**Deborah Jeffrey        Currently Unknown**

Deployment Logix Inc.
Attn: Ken Rogers, President
920 Twilight Peak Ave
Henderson, NV 89012

Deployment Logix Inc.
c/o Ken Rogers - Registered Agent
920 Twilight Peak Ave
Henderson, NV 89012

DSH Delivery LLC
1404 Rome Road
Halethorpe, MD 21227

DSH Delivery LLC
c/o Dijwar Hassou - Registered Agent
114 Sunnydale Way

Reisterstown, MD 21126

EG America, LLC
c/o John Carey
165 Flanders Road
Westborough, MA 01581

EG America, LLC
Attn: Christopher J. Giaimo
2550 M Street, NW
Washington, DC 20037

EG America, LLC
c/o Corporation Service Company – Registered Agent
84 State Street
Boston, MA 02109

***Enigma Securities Limited***
***c/o Michael Halimi, CEO***
***30 Panton Street, 6th Floor***
***London, UK SW1Y 4AJ***

***Enigma Securities Limited***
***c/o Avi Bouhadana***
***30 Panton Street, 6th Floor***
***London, UK SW1Y 4AJ***

First Insurance Funding Corporation
Attn: Dominique Sawko, General Counsel
50 Skokie Blvd., Ste 1000
Northbrook, IL 60062

First Insurance Funding Corporation
c/o C T Corporation System - Agent
208 So Lasalle St, Suite 814
Chicago, IL 60604

GG III SAL LLC
c/o Julie Needler Anderson, Manager
2203 W. Main St.
Findlay, OH 45840

GG III SAL LLC
c/o Michael S. Needler, Jr., Manager
2000 Brightwaters Blvd.
St. Petersburg, FL 33704

GG III SAL LLC
Joshua M. Kin
337 S. Main Street, Third Floor
Findlay, OH 45840

Granite Telecommunications LLC
Joshua Ruby, General Counsel
100 Newport Avenue Extension
Quincy, MA 02171

Granite Telecommunications LLC
c/o Corporation Creations Network Inc. – Resident Agent
225 Cedar Hill Street, #200
Marlborough, MA 01752

H-E-B, LP
PO Box 839999
San Antonio, TX 78283

H-E-B, LP
c/o Judy Lindquist, General Counsel
646 S. Flores St., San Antonio, TX 78204

H-E-B, LP
Attn: Audrey L. Hornisher
901 Main Street, Suite 6000
Dallas, TX 75202

H-E-B, LP
c/o Abel Martinez - Registered Agent
646 S. Flores St.
San Antonio, TX 78204

Health Plan of Nevada, Inc.
2720 N Tenaya Way
Las Vegas, NV 89128

Health Plan of Nevada, Inc.
c/o C T Corporation System - Registered Agent
701 S. Carson St., Ste. 200
Carson City, NV 89701

IPFS Corporation
Attn: Josh Ellwanger. General Counsel
1055 Broadway Blvd, 11th Floor,
Kansas City, MO 64105

IPFS Corporation
c/o CSC-Lawyers Incorporating Service Company - Registered Agent
221 Bolivar St.
Jefferson City, MO 64105

James Blasko
2740 Tioga Pines Circle
Las Vegas, NV 89117

Kaplan Law Group f/k/a Kaplan Young LLC
c/o Kory Kaplan, Managing Member
10091 Park Run Drive, Suite 190
Las Vegas, NV 89145

Kelly Corps LLC
Attn: Frankie Kelly, CEO
4056 Dean Martin Dr.
Las Vegas, NV 89103

Kelly Corps LLC
c/o United States Corporation Agents, Inc. - Registered Agent
6605 Grand Montecito Pkwy, Suite 100
Las Vegas, NV 89149

Kiosk Information Systems Inc.
Attn: Kim Kenney, CEO
346 S Arthur Ave
Louisville, CO 80027

Kiosk Information Systems Inc.
c/o Terry K. Kenney - Registered Agent
Louisville, CO 80027

Kiosk Services Group, Inc.
Attn: Tyler Jones, CEO
17051 E Cedar Gulch Dr.
Parker, CO 80134

Kiosk Services Group, Inc.
Attn: Tyler Jones – Registered Agent
17051 E Cedar Gulch Dr.
Parker, CO 80134

Kohan Retail Investment Group LLC
c/o Joseph M. Saponaro, Chief Legal Counsel
1010 Northern Boulevard, Suite 212
Great Neck, NY 11021

Kohan Retail Investment Group LLC
c/o JMSMGS LLC – Registered Agent
729 Oakwood Drive
Gates Mills, OH 44040

***Lola Tech Limited***
***55 King William St, 3rd floor***
***London EC4R 9AD, UK***

Loomis Armored US, LLC
Attn: Björn Züger, CEO

2500 CityWest Blvd., Suite 2300
Houston, TX 77042

Loomis Armored US, LLC
c/o C T Corporation System - Registered Agent
1999 Bryan St., Ste. 900
Dallas, TX 75201

Love's Travel Stops
Attn: Amy Guzzy, General Counsel
10601 N Pennsylvania Ave.
Oklahoma City, OK 73120

Love's Travel Stops
Attn: Andrew Turner
15 E. 5th St., Suite 4100
Tulsa, OK 74103

Love's Travel Stops
c/o C T Corporation System - Registered Agent
1833 South Morgan Road
Oklahoma City, OK 73128

M3 Advisory Partners LP
Attn: Mohsin Meghji, Managing Partner
1700 Broadway 19th Floor
New York, NY 10019

M3 Advisory Partners LP
c/o Harvard Business Services, Inc. - Registered Agent
16192 Coastal Hwy.
Lewes, DE 19958

MAB Medical Management
Attn: Arian Boutehsaz
18524 Sophia Lane
Tanzania, CA 91356

MAB Medical Management
Arian Boutehsaz – Agent
18524 Sophia Lane
Tarzana, CA 91356
*Mark McKelvy   Currently Unknown*

*Megavolt Corp. c/o Nicholas Stickley, CEO,*

Michael Komaransky
10830 SW 69 Ave.
Pinecrest, FL 331565

Mixpanel, Inc.
Attn: James Allee, Vice President of Legal Affairs
1 Front Street, 28th Fl.
San Francisco, CA 94111

Mixpanel, Inc.
c/o National Registered Agents, Inc. - Registered Agent
1209 Orange St.
Wilmington, DE 19801

MMG Partners, LLC
Attn: Douglas Robinow, Chief Legal Counsel
4300 S. US Hwy 1, Suite 203-205,
Jupiter, FL 33477

MMG Partners, LLC
c/o Walter Sheltz - Registered Agent
4300 S. US Hwy 1, Suite 203-205
Jupiter, FL 33477

Morning Star Cleaning Service LLC
1142 Grape Street
San Marcos, CA 92069

Morning Star Cleaning Service LLC
c/o Luz M. Jimenez – Agent
1142 Grape St.
San Marcos, CA 92069

*NATA    Currently Unknown*

Naylor & Braster Attorneys at Law, PLLC
c/o John M. Naylor
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135

Naylor & Braster Attorneys at Law, PLLC
c/o Emila Cargill - Registered Agent
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135

Now CFO Las Vegas LLC
Attn: Jim Bennett, Member
210 North 2100 West
Salt Lake City, UT 84116

Now CFO Las Vegas LLC
Attn: Chad Burgin
210 N. 2100 W
Salt Lake City, UT 84116

Now CFO Las Vegas LLC

c/o Jim Bennett - Registered Agent
210 North 2100 West
Salt Lake City, UT 84116

NV Energy Las Vegas
Attn: Doug Cannon, President
6226 W. Sahara Ave.
Las Vegas, NV 89146

Oracle Corporation
c/o Stuart Levey, Chief Legal Officer
2300 Oracle Way
Austin, TX 78741

Oracle Corporation
Attn: Valerie Bantner Peo
425 Market Street, Suite 2900
San Francisco, CA 94105

Oracle Corporation
c/o Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808

Pac Armed LLC
Attn: Managing Member Samson Kapuwai
5940 S Rainbow Blvd.
Las Vegas, NV 89118

Pac Armed LLC
c/o Samson Kapuwai - Registered Agent
8413 Clear Ave.
Las Vegas, NV 89147

Pequot Lakes Police Department
Attn: Mike Davis, Chief
4638 Main St.
Pequot Lakes, MN 56472

*Peter Hernandez        Currently Unknown*

Pisanelli Bice LLC
Attn: Debra L. Spinelli, Managing Partner
400 S 7th St #300
Las Vegas, NV 89101

Pisanelli Bice LLC
c/o Kenneth A. Woloson - Registered Agent
1980 Festival Plaza Dr., Ste 300
Las Vegas, NV 89135

Potter County Tax Assessor
c/o Sherri Aylor
P.O. Box 2289
Amarillo, TX 79105

Potter County Tax Assessor
Attn: Alysa Cordova
P.O. Box 9132
Amarillo, TX 79105

Power House TSSP LLC
9275 W Russell Rd #235
Las Vegas, NV 89148

Power House TSSP LLC
Fisher Broyles LLP
Attn: Thomas R. Walker
3340 Peachtree Road NE, Suite 1800
Atlanta, GA 30326

Power House TSSP LLC
The Corporation Trust Company – Registered Agent
Corporation Trust Center
1209 Orange St.
 Wilmington, DE 19801

Randall County Tax Assessor
c/o Christina McMurray
501 16th Street, Suite 200
Canyon, TX 79015

Randstad North America
Attn: Jay Ferguson, Chief Legal Officer
3625 Cumberland SE Boulevard, Suite 600
Atlanta, GA 30339

Randstad North America
c/o Corporation Service Company – Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Republic Services, Inc.
Attn: Catharine Ellingsen, Chief Legal Officer
18500 N Allied Way
Phoenix, AZ 85054

Republic Services, Inc.
Attn: Anthony W. Austin
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016

Republic Services, Inc.
c/o CT Corporation System – Statutory Agent
3800 N Central Ave Suite 460
Phoenix, AZ 85012


RingCentral Inc.
Attn: John Marlow, General Counsel
20 Davis Drive
Belmont, CA 94002


RingCentral Inc.
c/o The Corporation Trust Company – Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801


Rochester Armored Car Co, Inc.
Attn: Joseph M Shea, President
3937 Leavenworth St.
Omaha, NE 68105

Rochester Armored Car Co, Inc.
c/o Joseph M. Shea – Registered Agent
3937 Leavenworth Street
Omaha, NE 68105


Rudy Gonzalez
5806 Rittiman Plaza
San Antonio, TX 78218


Sebastian Lletget
11060 Sweetwater Court
Chatsworth, CA 91311




Sectran Security Inc.
Attn: Fred Kunik, President
7633 Industry Ave
Pico Rivera, CA 90660

Sectran Security Inc.
c/o Frank Kunik- Resident Agent
1108 E. 17th Street
Santa Ana, CA 92701

Sheppard Mullin Richter & Hampton LLP
Attn: Managing Partner
333 South Hope Street, Forty-Third Floor
Los Angeles, CA 90071


Siemens Industry, Inc.
Attn: Ruth Gratzke, CEO
100 Technology Drive
Alpharetta, GA 30005

Siemens Industry, Inc.
c/o The Corporation Trust Company – Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801


Sierra Health and Life Insurance Company, Inc.
Attn: Kimberly Kathleen Sonerholm, President
2720 N Tenaya Way
Las Vegas, NV 89128

Sierra Health and Life Insurance Company, Inc.
c/o C T Corporation System – Registered Agent
701 S Carson St, Ste 200
Carson City, NV 89701


Simon Property Group, Inc. d/b/a Santa Rosa Plaza
c/o Steven E. Fivel, General Counsel
225 W. Washington St.
Indianapolis, IN 46204

Simon Property Group, Inc. d/b/a Santa Rosa Plaza
c/o The Corporation Trust Company – Registered Agent
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801



Smith & Shapiro PLLC
Attn: Gregory S. Smith, Esq.
3333 E. Serene Ave. Suite 130
Henderson, NV 89074

Smith & Shapiro PLLC
Smith & Shapiro PLLC - Registered Agent
3333 E. Serene Ave. Suite 130
Henderson, NV 89074

Spec's Family Partners, Ltd. d/b/a Spec's Wines, Spirits & Finer Foods
c/o John Rydman, President
2410 Smith Street, 4th Floor
Houston, TX 77006

Spec's Family Partners, Ltd. d/b/a Spec's Wines, Spirits & Finer Foods
c/o Lauren Ondrej - Registered Agent
427 Mason Park Blvd.
Katy, TX 77450

State of Nevada Department of Taxation
c/o Shellie Hughes, Executive Director
1550 College Parkway, Suite 115
Carson City, NV 89706

State Regulatory Registry LLC
c/o Brandon Milhorn
1129 20th St. NW
Washington, DC 20036

State Regulatory Registry LLC
1129 20th St. NW, 9th Floor
Washington, DC 20036

Steve Aoki
1476 Macdonald Ranch Drive
Henderson, NV 89012

Stratis Advisory LLC
Attn: Brian Stoeckert, CEO
2193 Fillmore Street, Suite 1
 San Francisco, CA 94115

Surety Bank
Attn: Ryan G. James, President
990 N Woodland Blvd.
DeLand, FL 32763

Surety Bank
c/o Ryan G. James - Registered Agent
990 N Woodland Blvd.
DeLand, FL 32763

SystemsAccountants Inc.
Attn: Piers Reid, CEO
159 N. Sangamon Street, Suite 200 & 300

Chicago, IL 60607

SystemsAccountants Inc.
c/o Cogency Global Inc. - Registered Agent
850 New Burton Road Suite 201
Dover, DE 19904


Team Air Express Inc.
Attn: Jason Brunson, CEO
629 W Broadway
Winnsboro, TX 75494

Team Air Express Inc.
c/o Jason Brunson - Registered Agent
629 W. Broadway
Winnsboro, TX 75494


The Bachrach Group, LTD
Attn: Anthony Fanzo, CEO
1430 Broadway 13th Floor
New York, NY 10018


The Bachrach Group, LTD
c/o C T Corporation System – Registered Agent
28 Liberty St.
New York, NY 10005


Trangistics Inc.
Attn: Joey Hougham, CEO
7555 Falcon Crest Dr., Suite 27
Redmond, OR 97756

Trangistics Inc.
Attn: Marjorie A. Guymon
2055 Village Center Circle
Las Vegas, NV 89134


Trangistics Inc.
c/o Business Development and Beyond Inc. – Authorized Representative
69725 Goodrich Rd.
Sisters, OR 97759


Twilio Inc.
Attn: Dana Wagner, Chief Legal Officer
101 Spear Street, Suite 500

San Francisco, CA 94105

Twilio Inc.
c/o Corporation Service Company - Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Two Farms, Inc.
c/o John Kemp, CEO
3611 Roland Ave.
Baltimore, MD 21211

Two Farms, Inc.
c/o The Registered Agent Company
401 E. Pratt Street, Suite 2424
Baltimore, MD 21202

United Natural Foods, Inc.
c/o Mahrukh Hussain, General Counsel
313 Iron Horse Way
Providence, RI 02908

United Natural Foods, Inc.
Attn: George R. Pitts
1050 Connecticut Ave. NW
Washington, DC 20036

United Natural Foods, Inc.
c/o CT Corporation System
450 Veterans Memorial Parkway, Suite 7A
East Providence, RI 02914

United Parcel Service, Inc.
c/o Norman M. Brothers, Jr., General Counsel
55 Glenlake Parkway, NE
Atlanta, GA 30328

United Parcel Service, Inc.
Corporation Service Company - Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

Verizon Business Global LLC
c/o Vandana Venkatesh, Chief Legal Officer
1095 6th Ave
New York, NY 10018

Verizon Business Global LLC
c/o The Corporation Trust Company – Registered Agent
Corporation Trust Center
1209 Orange St.

Wilmington, DE 19801

Whitney Booth Insurance LLC
c/o Whtiney Booth, Managing Member
4894 W. Lone Mountain Road, Suite 180
Las Vegas, NV 89130

Whitney Booth Insurance LLC
c/o Jessica Goodey - Registered Agent
428 S. 4th Street
Las Vegas, NV 89101

**File a Motion:**

23-10423-mkn CASH CLOUD, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: mkn | Case Flag: CLMAGT, BAPCPA, APPEAL, EXHS |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from TALITHA B. GRAY KOZLOWSKI entered on 12/31/2024 at 11:40 AM PST and filed on 12/31/2024

**Case Name:**    CASH CLOUD, INC.
**Case Number:**    23-10423-mkn
**Document Number:** 1860

**Docket Text:**
Motion for Approval of Procedures *Motion for Order Establishing Procedures Governing Adversary Proceedings Brought Pursuant to 11 U.S.C. §§ 547 Through 550* with Proposed Order Filed by TALITHA B. GRAY KOZLOWSKI on behalf of CASH CLOUD, INC. (Attachments: # (1) Exhibit A # (2) Exhibit B)(GRAY KOZLOWSKI, TALITHA)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Coin Cloud - Procedures Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/31/2024] [FileNumber=36356994-0] [8ee0c36ef5db65146a8b088cf4d13cd67f5a83831229cede086dd0511433a5fef b1b971d1a7c52224ea28a378d44f02fd2d3dcd6225a47bb2be292e28bfc2cd]]
**Document description:** Exhibit A
**Original filename:** C:\fakepath\Ex A -- Procedures Motion Exhibit.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/31/2024] [FileNumber=36356994-1] [b03b4fb1819b9882d25324464e93813754a233ac24b413e794b4a05e6f9cc5c5d7 5fcaa78d247a32b2e6ff8c7f84f0918ed08fa04537b08663935d9a078506ee]]
**Document description:** Exhibit B
**Original filename:** C:\fakepath\Ex B - Coin Cloud - Order Procedures Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/31/2024] [FileNumber=36356994-2] [e89e5f842a81e723e2469377b8f046b47a1cc8d1ef1be48a005f3c050b2669d82e 646460ecd6c38fb428b706fd371bb377f5f36a8132d161422f932ac7d4a2ed]]

**23-10423-mkn Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Interested Party Luis Flores
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

KURT R. BONDS on behalf of Creditor Populus Financial Group, Inc.
nvefile@hallevans.com, knechta@hallevans.com;bondsk@hallevans.com;tugglet@hallevans.com

LEW BRANDON, JR. on behalf of Creditor UNITED NATURAL FOODS, INC.
l.brandon@bsnv.law

OGONNA M. BROWN on behalf of Creditor Cole Kepro International, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

CANDACE C CARLYON on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CANDACE C CARLYON on behalf of Defendant CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CANDACE C CARLYON on behalf of Interested Party CHRIS MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

DAWN M. CICA on behalf of Defendant CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

WILLIAM C DEVINE, II on behalf of Defendant KIOSK SERVICES GROUP, INC.
william@devine.legal, courtney@devine.legal;devinewr72773@notify.bestcase.com

ALLAN B. DIAMOND on behalf of Defendant CHRISTOPHER MCALARY
adiamond@diamondmccarthy.com

CRAIG P. DRUEHL on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
craig.druehl@dechert.com

ANNE FREELAND on behalf of Creditor AVT Nevada, L.P.
atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

TALI FREY on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Creditor CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Defendant CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Interested Party CHRIS MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

NEDDA GHANDI on behalf of Creditor ROCKITCOIN, LLC
nedda@ghandilaw.com, lks@ghandilaw.com;nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com;shara@ghandilaw.com

RONALD E. GOLD on behalf of Creditor WPG Legacy, LLC
rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

TALITHA B. GRAY KOZLOWSKI on behalf of Debtor CASH CLOUD, INC.
tgray@gtg.legal, bknotices@gtg.legal

MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com

MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com

PAUL HAGE on behalf of Creditor Cole Kepro International, LLC
phage@taftlaw.com

BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC
bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

JAMES J. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jimmerson@jimmersonlawfirm.com, efiling@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,

jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Special Counsel THE JIMMERSON LAW FIRM, P.C.
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

CHRISTOPHER D. JOHNSON on behalf of Defendant CHRISTOPHER MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

BART K. LARSEN on behalf of Creditor Enigma Securities Limited
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

STEPHEN T LODEN on behalf of Interested Party CHRIS MCALARY
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

TIMOTHY A LUKAS on behalf of Creditor Good 2 Go Stores LLC
ecflukast@hollandhart.com

DANIEL A MANN on behalf of Debtor CASH CLOUD, INC.
dmann@foxrothschild.com

DANIEL A MANN on behalf of Plaintiff CASH CLOUD, INC.
dmann@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

ROB L. PHILLIPS on behalf of Creditor Powerhouse TSSP, LLC
rob.phillips@fisherbroyles.com

STACY H RUBIN on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
shr@h2law.com, kmacelwain@howardandhoward.com

STACY H RUBIN on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
shr@h2law.com, kmacelwain@howardandhoward.com

ADAM P. SCHWARTZ on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

BRIAN D. SHAPIRO on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;bryce@brianshapirolaw.com;6855036420@filings.docketbird.com

NATASHA SHARMA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Defendant CHRISTOPHER MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Interested Party CHRIS MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
jshea@shea.law, blarsen@shea.law;support@shea.law

ARIEL E. STERN on behalf of Creditor IPFS CORPORATION
ariel.stern@akerman.com, akermanlas@akerman.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

JUSTIN B. STROTHER on behalf of Defendant CHRISTOPHER MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.

rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MAURICE VERSTANDIG on behalf of Creditor Brink's, Inc.
mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com

MICHAEL L WACHTELL on behalf of Creditor ORACLE AMERICA, INC.
mwachtell@buchalter.com

JOHN T. WENDLAND on behalf of Creditor AVT Nevada, L.P.
jwendland@wdlaw.com, NVeFile@weildrage.com

ZACHARY T WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
zwilliams@dhwlawlv.com, ahosey@foxrothschild.com

STUART FREEMAN WILSON-PATTON
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC. dba COIN CLOUD
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**23-10423-mkn Notice will not be electronically mailed to:**

JOHN R. ASHMEAD on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

Amazon Web Services, Inc.
,

BAKER & HOSTETLER LLP
,

BANKRUPTCY RECOVERY GROUP, LLC
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119

VARANISE BOOKER
14308 WILLOW GROVE CIRCLE
LOUISVILLE, KY 40245

ERIC E. BRAGE JR.
,

BROOKFIELD RETAIL PROPERTIES, INC.
C/O LOUIS BUBABLA III, SBN 8974
KAEMPFER CROWELL
50 W. LIBERTY STREET, SUITE 700
RENO, NV 89501

CONWAY BAXTER WILSON LLP/S.R.L.
400-411 ROOSEVELT AVENUE
OTTAWA, ON K2A 3X9

CRAIGHEAD COUNTY TAX COLLECTOR
511 UNION ST, SUITE 107
JONESBORO, AR 72401

JARED A. DAY on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
OFFICE OF THE US TRUSTEE
300 BOOTH ST #3009
RENO, NV 89509

ALLAN B. DIAMOND on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

BRITTANY B. FALABELLA on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

JAMES FAVORS
95-353 WAIA LOOP

MILILANI, HI 96789

JACQUELINE JO FITCH
22413 NE 227TH AVE
BATTLE GROUND, WA 98604

FOX ROTHSCHILD LLP on behalf of Debtor CASH CLOUD, INC.
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135

FTI CONSULTING INC.
,

ROBERT J. GAYDA on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JORDI GUSO on behalf of Interested Party CKDL Credit, LLC
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

PAUL R HAGE on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

ERIN J. HOYLE on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD.
STE. 1000
TAMPA, FL 33607

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

RONALD GARY JONES on behalf of Defendant KIOSK SERVICES GROUP, INC.
JONES & ASSOCIATES
1325 AVENUE OF THE AMERICAS
28TH FLOOR
NEW YORK, NY 10019

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

RICHARD KRUGER on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JOHN J. LAMOUREUX on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

JOHN J. LAMOUREUX on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SHARA L LARSON on behalf of Creditor ROCKITCOIN, LLC
GHANDI DEETER BLACKHAM
725 S. SOUTH 8TH STREET SUITE 100
LAS VEGAS, NV 89101

LAW OFFICE OF BRIAN D. SHAPIRO, LLC on behalf of Creditor OPTCONNECT MANAGEMENT, LLC

510 S. 8TH STREET
LAS VEGAS, NV 89101

LAW OFFICE OF SHEA LARSEN on behalf of Creditor Enigma Securities Limited
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

EMILY LEE
PO BOX 3261
PLAINFIELD, NJ 07063

GARY LEE on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

ANDREW J. MATOTT on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

MCDONALD CARANO LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
2300 WEST SAHARA AVE, STE 1200
LAS VEGAS, NV 89102

JUSTIN M. MERTZ on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

LAURA MILLER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEAN A. O'NEAL on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

CHRISTOPHER J. SCHREIBER on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

RYAN T. SCHULTZ on behalf of Creditor ROCKITCOIN, LLC
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 W. MADISON STREET, SUITE 3000
CHICAGO, IL 60606

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SEWARD & KISSEL LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET
SUITE 3700
HOUSTON, TX 77010

Jeffrey Sylvester on behalf of Interested Party CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202

JANE VANLARE on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

MICHAEL WEINBERG on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ROBERT S. WESTERMANN on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

ROBERT WOOELFIN
,

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

Ryan J Works on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

**File a Notice:**

23-10423-mkn CASH CLOUD, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: mkn | Case Flag: CLMAGT, BAPCPA, APPEAL, EXHS |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from TALITHA B. GRAY KOZLOWSKI entered on 12/31/2024 at 11:42 AM PST and filed on 12/31/2024
**Case Name:**      CASH CLOUD, INC.
**Case Number:**      23-10423-mkn
**Document Number:** 1861

**Docket Text:**
Notice of Hearing *on Motion for Order Establishing Procedures Governing Adversary Proceedings Brought Pursuant to 11 U.S.C. §§ 547 Through 550* Hearing Date: 02/05/2025 Hearing Time: 9:30 a.m. Filed by TALITHA B. GRAY KOZLOWSKI on behalf of CASH CLOUD, INC. (Related document(s)[1860] Motion for Approval of Procedures filed by Debtor CASH CLOUD, INC.) (GRAY KOZLOWSKI, TALITHA)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Coin Cloud - NOH re Procedures Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/31/2024] [FileNumber=36357021-
0] [5a96f29eb6bc87247e99db81425f3d683d6ab77185680c1095d10018225a1bb427
38516faf18f0b53ee9387e748797c11899cf9c178056f9b79319e930d2968d]]

**23-10423-mkn Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Interested Party Luis Flores
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

KURT R. BONDS on behalf of Creditor Populus Financial Group, Inc.
nvefile@hallevans.com, knechta@hallevans.com;bondsk@hallevans.com;tugglet@hallevans.com

LEW BRANDON, JR. on behalf of Creditor UNITED NATURAL FOODS, INC.
l.brandon@bsnv.law

OGONNA M. BROWN on behalf of Creditor Cole Kepro International, LLC
obrown@lewisroca.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC
obrown@lewisroca.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

CANDACE C CARLYON on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CANDACE C CARLYON on behalf of Defendant CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CANDACE C CARLYON on behalf of Interested Party CHRIS MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

DAWN M. CICA on behalf of Defendant CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

WILLIAM C DEVINE, II on behalf of Defendant KIOSK SERVICES GROUP, INC.
william@devine.legal, courtney@devine.legal;devinewr72773@notify.bestcase.com

ALLAN B. DIAMOND on behalf of Defendant CHRISTOPHER MCALARY
adiamond@diamondmccarthy.com

CRAIG P. DRUEHL on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
craig.druehl@dechert.com

ANNE FREELAND on behalf of Creditor AVT Nevada, L.P.
atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

TALI FREY on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Creditor CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Defendant CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Interested Party CHRIS MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

NEDDA GHANDI on behalf of Creditor ROCKITCOIN, LLC
nedda@ghandilaw.com, lks@ghandilaw.com;nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com;shara@ghandilaw.com

RONALD E. GOLD on behalf of Creditor WPG Legacy, LLC
rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

TALITHA B. GRAY KOZLOWSKI on behalf of Debtor CASH CLOUD, INC.
tgray@gtg.legal, bknotices@gtg.legal

MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com

MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com

PAUL HAGE on behalf of Creditor Cole Kepro International, LLC
phage@taftlaw.com

BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC
bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

JAMES J. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jimmerson@jimmersonlawfirm.com, efiling@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Special Counsel THE JIMMERSON LAW FIRM, P.C.
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

CHRISTOPHER D. JOHNSON on behalf of Defendant CHRISTOPHER MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC

rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

BART K. LARSEN on behalf of Creditor Enigma Securities Limited
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

STEPHEN T LODEN on behalf of Interested Party CHRIS MCALARY
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

TIMOTHY A LUKAS on behalf of Creditor Good 2 Go Stores LLC
ecflukast@hollandhart.com

DANIEL A MANN on behalf of Debtor CASH CLOUD, INC.
dmann@foxrothschild.com

DANIEL A MANN on behalf of Plaintiff CASH CLOUD, INC.
dmann@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

ROB L. PHILLIPS on behalf of Creditor Powerhouse TSSP, LLC
rob.phillips@fisherbroyles.com

STACY H RUBIN on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
shr@h2law.com, kmacelwain@howardandhoward.com

STACY H RUBIN on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
shr@h2law.com, kmacelwain@howardandhoward.com

ADAM P. SCHWARTZ on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

BRIAN D. SHAPIRO on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;bryce@brianshapirolaw.com;6855036420@filings.docketbird.com

NATASHA SHARMA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Defendant CHRISTOPHER MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Interested Party CHRIS MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
jshea@shea.law, blarsen@shea.law;support@shea.law

ARIEL E. STERN on behalf of Creditor IPFS CORPORATION
ariel.stern@akerman.com, akermanlas@akerman.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

JUSTIN B. STROTHER on behalf of Defendant CHRISTOPHER MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.
rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MAURICE VERSTANDIG on behalf of Creditor Brink's, Inc.
mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com

MICHAEL L WACHTELL on behalf of Creditor ORACLE AMERICA, INC.
mwachtell@buchalter.com

JOHN T. WENDLAND on behalf of Creditor AVT Nevada, L.P.

jwendland@wdlaw.com, NVeFile@weildrage.com

ZACHARY T WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
zwilliams@dhwlawlv.com, ahosey@foxrothschild.com

STUART FREEMAN WILSON-PATTON
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC. dba COIN CLOUD
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**23-10423-mkn Notice will not be electronically mailed to:**

JOHN R. ASHMEAD on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

Amazon Web Services, Inc.
,

BAKER & HOSTETLER LLP
,

BANKRUPTCY RECOVERY GROUP, LLC
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119

VARANISE BOOKER
14308 WILLOW GROVE CIRCLE
LOUISVILLE, KY 40245

ERIC E. BRAGE JR.
,

BROOKFIELD RETAIL PROPERTIES, INC.
C/O LOUIS BUBABLA III, SBN 8974
KAEMPFER CROWELL
50 W. LIBERTY STREET, SUITE 700
RENO, NV 89501

CONWAY BAXTER WILSON LLP/S.R.L.
400-411 ROOSEVELT AVENUE
OTTAWA, ON K2A 3X9

CRAIGHEAD COUNTY TAX COLLECTOR
511 UNION ST, SUITE 107
JONESBORO, AR 72401

JARED A. DAY on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
OFFICE OF THE US TRUSTEE
300 BOOTH ST #3009
RENO, NV 89509

ALLAN B. DIAMOND on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

BRITTANY B. FALABELLA on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

JAMES FAVORS
95-353 WAIA LOOP
MILILANI, HI 96789

JACQUELINE JO FITCH
22413 NE 227TH AVE
BATTLE GROUND, WA 98604

FOX ROTHSCHILD LLP on behalf of Debtor CASH CLOUD, INC.
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135

FTI CONSULTING INC.
,

ROBERT J. GAYDA on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JORDI GUSO on behalf of Interested Party CKDL Credit, LLC
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

PAUL R HAGE on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

ERIN J. HOYLE on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD.
STE. 1000
TAMPA, FL 33607

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

RONALD GARY JONES on behalf of Defendant KIOSK SERVICES GROUP, INC.
JONES & ASSOCIATES
1325 AVENUE OF THE AMERICAS
28TH FLOOR
NEW YORK, NY 10019

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

RICHARD KRUGER on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JOHN J. LAMOUREUX on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

JOHN J. LAMOUREUX on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SHARA L LARSON on behalf of Creditor ROCKITCOIN, LLC
GHANDI DEETER BLACKHAM
725 S. SOUTH 8TH STREET SUITE 100
LAS VEGAS, NV 89101

LAW OFFICE OF BRIAN D. SHAPIRO, LLC on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
510 S. 8TH STREET
LAS VEGAS, NV 89101

LAW OFFICE OF SHEA LARSEN on behalf of Creditor Enigma Securities Limited
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

EMILY LEE
PO BOX 3261
PLAINFIELD, NJ 07063

GARY LEE on behalf of Creditor Enigma Securities Limited

MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

ANDREW J. MATOTT on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

MCDONALD CARANO LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
2300 WEST SAHARA AVE, STE 1200
LAS VEGAS, NV 89102

JUSTIN M. MERTZ on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

LAURA MILLER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEAN A. O'NEAL on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

CHRISTOPHER J. SCHREIBER on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

RYAN T. SCHULTZ on behalf of Creditor ROCKITCOIN, LLC
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 W. MADISON STREET, SUITE 3000
CHICAGO, IL 60606

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SEWARD & KISSEL LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET
SUITE 3700
HOUSTON, TX 77010

Jeffrey Sylvester on behalf of Interested Party CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202

JANE VANLARE on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

MICHAEL WEINBERG on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ROBERT S. WESTERMANN on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

ROBERT WOOELFIN
,

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

Ryan J Works on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102