UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| IN RE: | Case No. 23-10423-mkn |
|---|---|
| CASH CLOUD, INC., d/b/a COIN CLOUD, | Chapter 11 |
| Debtors. | |

**VERIFIED PETITION TO PRACTICE IN THIS CASE ONLY<br>BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

Garrett H. Nye, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Naperville, Illinois.

2. That Petitioner is an attorney at law and a member of the law firm of Bankruptcy Recovery Group, LLC, with offices at 7251 Amigo Street, Suite 210 Las Vegas Nevada 89119. Petitioner maintains and works out of his law office located in Naperville, Illinois.

3. That Petitioner has been retained personally or as a member of the law firm by Cash Cloud, Inc. d/b/a Coin Cloud to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since November 14, 2018, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Illinois where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.

| Court | Date Admitted |
|---|---|
| Georgia (Inactive)[1] | November 10, 2009 |
| Northern District of Georgia | November 23, 2009 |
| Middle District of Georgia | November 23, 2019 |
| Eleventh Circuit Court of Appeals (inactive) | November 26, 2013 |
| Northern District of Illinois | June 11, 2019 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment Proceedings.

7. That Petitioner has never been denied admission to the State Bar of Nevada.

8. That Petitioner is a member of good standing in the following Bar Associations: State Bar of Georgia.

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters: Petitioner was admitted pro hac vice on April 27, 2023 in Metal Partners Rebar, LLC, Chapter 7 Case No. 20-12878-abl, Bankruptcy Court for the District of Nevada.

---

[1] Petitioner notes that in Georgia, attorneys are initially admitted to practice in the lower courts. Georgia attorneys are separately admitted to practice in the Georgia Court of Appeals and Georgia Supreme Court. The date above is the date on which Petitioner was admitted to practice in Georgia's lower courts. Petitioner was subsequently admitted to the Georgia Court of Appeals and Supreme Court on April 23, 2010.

BANKRUPTCY RECOVERY GROUP, LLC
7251 Amigo St., Ste. 210
Las Vegas, NV 89119

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: January 9, 2025

_____
Petitioner's Signature

STATE OF ILLINOIS   )
                    )
COUNTY OF DUPAGE    )

Garrett H. Nye, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)
"OFFICIAL SEAL"
COLE ALEXANDER NEAL
Notary Public, State of Illinois
Commission No. 999103
My Commission Expires 10/25/2028

Subscribed and sworn to me before this 9th day of January, 2025.

_____
Notary public

BANKRUPTCY RECOVERY GROUP, LLC
7251 Amigo St., Ste. 210
Las Vegas, NV 89119

3

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Garrett Henry Nye

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/14/2018 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 8th day of November, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. Garrett Henry Nye
Sycamore Law LLC
PO Box 181
Naperville, IL 60566
UNITED STATES

**CURRENT STATUS:** Inactive Member- Good Standing
**DATE OF ADMISSION:** 11/10/2009
**BAR NUMBER:** 387919
**TODAY'S DATE:** 11/11/2024

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

STATE BAR OF GEORGIA

*[signature]*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA 31406
912-239-9910 • 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435