BANKRUPTCY RECOVERY GROUP, LLC
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@brg.legal
GARRETT NYE, ESQ.
Illinois Bar No. 6329215
(*Pro Hac Vice pending*)
Email: gnye@brg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (702) 483-6126
*Special Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-MKN<br><br>Chapter: 11 |

### DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

The undersigned, special counsel for Cash Cloud, Inc. dba Coin Cloud (the "Debtor"), has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best interest of the client to designate Talitha Gray Kozlowski, Esq., attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

Bankruptcy Recovery Group LLC
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

By this designation, the undersigned attorney and parties agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time

for performing any act under applicable Rule shall run from the date of service on the local counsel.

*/s/ Garrett H. Nye*
GARRETT H. NYE, ESQ.
*Special Counsel for Debtor*

### CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada Counsel in this case and agrees that she is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that she is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

*/s/ Talitha Gray Kozlowski*
TALITHA GRAY KOZLOWSKI, ESQ.
*Proposed Designated Nevada Counsel*

### APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoints Talitha Gray Kozlowski as his Designated Nevada Counsel in this case.

*/s/ Garrett H. Nye*
GARRETT H. NYE, ESQ.
*Special Counsel for Debtor*