NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>CASH CLOUD, INC.<br>    dba COIN CLOUD<br><br>Debtor(s) | BK−23−10423−mkn<br>CHAPTER 11<br><br>ORDER GRANTING VERIFIED PETITION |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by GARRETT H. NYE, ESQ. is **GRANTED**.

Dated: 1/13/25

*[Signature: Mary A. Schott]*

Mary A. Schott
Clerk of Court