# EXHIBIT 1

# EXHIBIT 1

9019 Exhibit Report - 1/8/2025

**EXHIBIT "1"**

**LIST OF SETTLEMENTS**

| Transferee | Transfers* | Exposure After SNV | Settlement | Contingency Fee | Asserted and Potential Defenses** |
|---|---|---|---|---|---|
| Bandwidth Inc. | $ 15,305.62 | $ 10,104.52 | $ 9,100.00 | $ 1,683.50 | Debtor's records indicate that Transferee provided Debtor with SNV, reducing its potential presence exposure to approximately $10,100.00. |
| Pisanelli Bice LLC | $ 21,563.29 | $ 21,563.29 | $ 13,000.00 | $ 2,405.00 | Transferee did not provide a SNV defense, but other defenses under 11 U.S.C. § 547, including OCB remain. |
| Sectran Security Inc. | $ 140,542.39 | $ 26,000.00 | $ 20,000.00 | $ 3,700.00 | Transferee provided information supporting its contention that it provided SNV to Debtor. This reduces potential preference exposure to approximately $26,000.00. Transferee also asserted an OCD. |
| Team Air Express Inc. | $ 9,935.00 | $ 7,140.00 | $ 6,430.00 | $ 1,189.55 | Debtor's records indicate that Transferee provided Debtor with SNV, reducing its potential presence exposure to $7,140.00. |
|  | $ 187,346.30 | $ 64,807.81 | $ 48,530.00 | $ 8,978.05 |  |

\* This amount represents the total amount of transfers that the Trustee believes meet the elements of 11 U.S.C. 547(b).
\*\* The acronyms used in this exhibit are defined as follows: CNV is short for contemporaneous exchange of new value and refers to the defense set forth in 11 U.S.C 547(c)(1); (2) OCB is short for ordinary course of business and refers to the defense set forth in 11 U.S.C. 547(c)(2); (3) SNV is short for subsequent new value and refers to the defense set forth in 11 U.S.C. 547(C)(4).