BANKRUPTCY RECOVERY GROUP, LLC
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@brg.legal
GARRETT NYE, ESQ.
Illinois Bar No. 6329215
(*Pro Hac Vice Pending*)
Email: gnye@brg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 702-483-6126
*Special Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>CASH CLOUD, INC., d/b/a COIN CLOUD,<br><br>Debtor. | Case No. 23-10423<br><br>Chapter 11<br><br>Hearing Date: February 12, 2025<br>Hearing Time: 9:30 a.m. |

**NOTICE OF HEARING ON MOTION: (I) PURSUANT TO FED. R. BANKR. P. 9019 TO AUTHORIZE AND APPROVE SETTLEMENTS BETWEEN AND (1) SECTRAN SECURITY INC., (2) TEAM AIR EXPRESS INC., (3) PISANELLI BICE, LLC AND (4) BANDWIDTH INC.; AND (II) PURSUANT TO FED. R. BANKR. P. 328, 330, AND 331 FOR AWARD AND PAYMENT OF CONTINGENCY FEE**

**NOTICE IS HEREBY GIVEN** that a *Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between, Debtor and (1) Sectran Security Inc., (2) Team Air Express Inc., (3) Pisanelli Bice, LLC and (4) Bandwidth Inc.; and (II) Pursuant to Fed. R. Bankr. P. 328, 330, and 331 for Award and Payment of Contingency Fee* (the "Motion")[1] was filed by the Debtor in the above-captioned case.

Copies of the Motion and the supporting declarations may be obtained from the above-captioned Bankruptcy Court, located at the Foley Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101, through the Bankruptcy Court's electronic filing system

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Motion.

([www.ecf.nub.uscourts.gov/](www.ecf.nub.uscourts.gov/)), or by contacting Talitha Gray Kozlowski at 702-483-6126 or tgray@brg.legal.

The Motion seeks an order approving four Settlement Agreements, which claims defenses and settlements are summarized on **Exhibit 1.** The Motion also seeks an order approving and awarding BRG's contingency fee of $8,978.05 from the proceeds of such settlements.

Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your views on the Application, then you must file an opposition with the Court, and serve a copy on the person making the Application *no later than 14 days* preceding the hearing date for the Application, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing will be held on **February 12, 2025 at the hour of 9:30 a.m.** Parties are permitted to appear telephonically by dialing (833) 435-1820 and entering meeting ID (if applicable): 161 062 2560 and entering access code or passcode 029066#.

. . .

. . .

. . .

Dated this 13thday of January 2025.

        BANKRUPTCY RECOVERY GROUP LLC

By: */s/ Talitha Gray Kozlowski*
    TALITHA GRAY KOZLOWSKI, ESQ.
    GARRETT NYE, ESQ.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Special Counsel for Debtor*