Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024**<br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>December 1, 2024, through December 31, 2024<br><br>$24,544.00 (80% of $30,680.00)<br><br>$0.00 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Twenty-First Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing December 1, 2024, through December 31, 2024 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $24,544.00 (representing 80% of the $30,680.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $0.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

objection has been served.

DATED this 15th day of January 2025.

                    FTI Consulting, Inc.

          By:  */s/ Michael Tucker*
                    Michael Tucker
                    4835 East Cactus Road, Suite 230
                    Scottsdale, AZ 85254
                    michael.tucker@fticonsulting.com

                    *Financial Advisor for Official Committee of Unsecured Creditors*

Respectfully submitted by:

McDONALD CARANO LLP

*/s/ Ryan J. Works*
Ryan J. Works, Esq (NSBN 9224)
Amanda M. Perach, Esq (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee of Unsecured Creditors*

# Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 14.1 | $ 9,165.00 |
| Halevy, Richard | Director | 650 | 33.1 | 21,515.00 |
| **TOTAL** | | | 47.2 | $ 30,680.00 |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 9.3 | $ 6,045.00 |
| 6 | Asset Sales & Recoveries | 10.2 | 6,630.00 |
| 10 | Analysis of Tax Issues | 0.3 | 195.00 |
| 14 | Analysis of Claims/Liab Subject to Compro | 0.8 | 520.00 |
| 17 | Wind Down Monitoring | 0.8 | 520.00 |
| 18 | Potential Avoidance Actions & Litigation | 16.5 | 10,725.00 |
| 19 | Case Management | 0.8 | 520.00 |
| 24 | Preparation of Fee Application | 8.5 | 5,525.00 |
| | **GRAND TOTAL** | **47.2** | **$ 30,680.00** |

# Exhibit C

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 12/2/2024 | Tucker, Michael | 0.3 | Review analysis re: Debtor estate liquidity. |
| 2 | 12/2/2024 | Halevy, Richard | 0.3 | Review Debtor estate liquidity. |
| 2 | 12/2/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Debtor re: estate liquidity. |
| 2 | 12/2/2024 | Halevy, Richard | 0.9 | Prepare analysis re: Debtor Estate liquidity. |
| 2 | 12/3/2024 | Halevy, Richard | 0.3 | Review correspondence from Debtor re: estate liquidity matters. |
| 2 | 12/4/2024 | Tucker, Michael | 0.5 | Review analysis re: Debtor estate liquidity. |
| 2 | 12/4/2024 | Tucker, Michael | 0.1 | Participate in call with Fox Rothschild re: Debtor estate liquidity. |
| 2 | 12/4/2024 | Halevy, Richard | 1.9 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 12/5/2024 | Halevy, Richard | 2.7 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 12/19/2024 | Halevy, Richard | 0.5 | Prepare correspondence to Debtor re: liquidity matters. |
| 2 | 12/20/2024 | Halevy, Richard | 0.5 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 12/20/2024 | Halevy, Richard | 0.4 | Correspond with Debtor re: liquidity matters. |
| 2 | 12/30/2024 | Tucker, Michael | 0.6 | Review analysis re: Debtor estate liquidity. |
| **2 Total** | | | **9.3** | |
| 6 | 12/1/2024 | Tucker, Michael | 0.1 | Review correspondence from S&K re: surcharge settlement. |
| 6 | 12/2/2024 | Halevy, Richard | 0.6 | Review sale escrow proceeds reconciliation re: surcharge settlement. |
| 6 | 12/3/2024 | Tucker, Michael | 0.8 | Review analysis re: sale escrow proceeds in connection with surcharge settlement. |
| 6 | 12/3/2024 | Tucker, Michael | 0.3 | Participate in call with Province re: surcharge settlement. |
| 6 | 12/3/2024 | Halevy, Richard | 0.5 | Correspond with Debtor and Counsel re: surcharge settlement. |
| 6 | 12/6/2024 | Tucker, Michael | 0.2 | Review analysis re: surcharge settlement. |
| 6 | 12/6/2024 | Tucker, Michael | 1.5 | Prepare analysis re: distribution of proceeds in connection with surcharge settlement. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 6 | 12/8/2024 | Tucker, Michael | 0.9 | Review analysis re: allocation of sale proceeds in connection with surcharge settlement. |
| 6 | 12/8/2024 | Tucker, Michael | 0.4 | Review correspondence from Province re: proceeds allocation. |
| 6 | 12/8/2024 | Tucker, Michael | 0.6 | Participate in call with FTI team re: proceeds allocation. |
| 6 | 12/8/2024 | Tucker, Michael | 1.4 | Review analysis re: proceeds allocation in connection with surcharge settlement. |
| 6 | 12/8/2024 | Halevy, Richard | 0.7 | Prepare analysis re: proceeds allocation in connection with surcharge settlement. |
| 6 | 12/8/2024 | Halevy, Richard | 0.6 | Participate in call with FTI team re: proceeds allocation. |
| 6 | 12/12/2024 | Tucker, Michael | 0.3 | Review analysis re: allocation of sale proceeds in connection with surcharge settlement. |
| 6 | 12/12/2024 | Halevy, Richard | 1.3 | Prepare analysis re: allocation of sale proceeds in connection with surcharge settlement. |
| **6 Total** | | | **10.2** | |
| 10 | 12/1/2024 | Tucker, Michael | 0.3 | Review analysis re: Debtor's ERC claim. |
| **10 Total** | | | **0.3** | |
| 14 | 12/6/2024 | Tucker, Michael | 0.3 | Correspond with Fox Rothschild re: Trangistics secured claim. |
| 14 | 12/6/2024 | Halevy, Richard | 0.5 | Correspond with FTI team re: Trangistics secured claim. |
| **14 Total** | | | **0.8** | |
| 17 | 12/4/2024 | Tucker, Michael | 0.5 | Participate in call with Debtor re: wind-down updates. |
| 17 | 12/18/2024 | Halevy, Richard | 0.3 | Participate in call with Debtor re: wind-down updates. |
| **17 Total** | | | **0.8** | |
| 18 | 12/2/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Bankruptcy Recovery Group ("BRG") re: preference actions. |
| 18 | 12/3/2024 | Halevy, Richard | 0.3 | Correspond with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 12/4/2024 | Tucker, Michael | 0.2 | Review correspondence from Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 12/4/2024 | Halevy, Richard | 0.7 | Review Debtor documents re: Bitaccess arbitration at the request of Counsel. |

EXHIBIT C
CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn
TIME DETAIL
FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 12/4/2024 | Halevy, Richard | 0.3 | Prepare correspondence to Jimmerson Law Firm re: ongoing litigation. |
| 18 | 12/6/2024 | Tucker, Michael | 0.8 | Review and analyze counterproposal from McAlary counsel re: litigation settlement. |
| 18 | 12/6/2024 | Halevy, Richard | 1.4 | Prepare analysis re: settlement offer in McAlary litigation. |
| 18 | 12/6/2024 | Halevy, Richard | 0.3 | Review correspondence from S&K re: McAlary litigation. |
| 18 | 12/9/2024 | Tucker, Michael | 1.1 | Participate in call with Jimmerson Law Firm re: Bitcoin Depot litigation. |
| 18 | 12/9/2024 | Tucker, Michael | 0.3 | Prepare for call with Jimmerson Law Firm re: Bitcoin Depot litigation. |
| 18 | 12/9/2024 | Tucker, Michael | 0.5 | Review analysis re: McAlary litigation in connection with potential settlement. |
| 18 | 12/9/2024 | Halevy, Richard | 0.4 | Review litigation updates in preparation for call with Jimmerson Law Firm. |
| 18 | 12/9/2024 | Halevy, Richard | 1.1 | Participate in call with Jimmerson Law Firm re: Bitcoin Depot litigation. |
| 18 | 12/10/2024 | Halevy, Richard | 0.4 | Correspond with Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 12/11/2024 | Halevy, Richard | 0.5 | Review Debtor documents for Bitaccess arbitration at the request of Counsel. |
| 18 | 12/11/2024 | Halevy, Richard | 1.0 | Prepare memo re: ongoing estate litigation. |
| 18 | 12/11/2024 | Halevy, Richard | 0.4 | Correspond with Debtor and Fox Rothschild re: Bitcoin Depot litigation. |
| 18 | 12/11/2024 | Halevy, Richard | 1.0 | Review analysis re: preference actions and correspond with Debtor regarding the same. |
| 18 | 12/12/2024 | Halevy, Richard | 1.8 | Review Debtor documents for Bitaccess arbitration at the request of Counsel. |
| 18 | 12/12/2024 | Halevy, Richard | 0.4 | Correspond with BRG re: preference actions. |
| 18 | 12/17/2024 | Tucker, Michael | 0.4 | Correspond with McAlary counsel re: potential litigation settlement. |
| 18 | 12/17/2024 | Tucker, Michael | 1.0 | Participate in call with S&K re: McAlary litigation. |
| 18 | 12/18/2024 | Halevy, Richard | 0.2 | Correspond with BRG re: preference actions. |
| 18 | 12/18/2024 | Halevy, Richard | 1.0 | Review Debtor emails in connection with Bitaccess arbitration at the request of Counsel. |
| 18 | 12/27/2024 | Tucker, Michael | 0.4 | Review case filings re: Bitcoin Depot litigation. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD DECEMBER 1, 2024 TO DECEMBER 31, 2024**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 12/30/2024 | Tucker, Michael | 0.3 | Review correspondence from BRG re: preference actions. |
| **18 Total** | | | **16.5** | |
| 19 | 12/23/2024 | Halevy, Richard | 0.8 | Prepare workplan to address case issues. |
| **19 Total** | | | **0.8** | |
| 24 | 12/3/2024 | Halevy, Richard | 1.0 | Prepare September 2024 fee application. |
| 24 | 12/5/2024 | Halevy, Richard | 1.1 | Prepare September & October 2024 fee applications. |
| 24 | 12/12/2024 | Halevy, Richard | 2.0 | Prepare October 2024 fee statement. |
| 24 | 12/23/2024 | Halevy, Richard | 1.5 | Finalize September and October 2024 fee statements. |
| 24 | 12/24/2024 | Halevy, Richard | 1.1 | Prepare November 2024 fee statement. |
| 24 | 12/26/2024 | Halevy, Richard | 1.8 | Prepare and finalize November fee application. |
| **24 Total** | | | **8.5** | |
| **Grand Total** | | | **47.2** | |