BANKRUPTCY RECOVERY GROUP, LLC
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@brg.legal
GARRETT NYE, ESQ.
Illinois Bar No. 6329215
(*Pro Hac Vice pending*)
Email: gnye@brg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (702) 483-6126
*Special Counsel for Cash Cloud, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-23-10423-MKN |
| CASH CLOUD, INC., dba COIN CLOUD, | Chapter: 11 |
| Debtor. | Date:  February 12, 2025<br>Time:  9:30 a.m. |

**CERTIFICATE OF SERVICE**

1.   On January 14, 2025, I served the following document(s):

   a.   *Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between Debtor and (1) Sectran Security Inc., (2) Team Air Express Inc., (3) Pisanelli Bice, LLC ,and (4) Bandwidth Inc.; and (II) Pursuant to Fed. R. Bankr. P. 328, 330, and 331 for Award and Payment of Contingency Fee*   Dkt. No. 1874

   b.   *Declaration of Talitha Gray Kozlowski in Support of Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between Debtor and (1) Sectran Security Inc., (2) Team Air Express Inc., (3) Pisanelli Bice, LLC ,and (4) Bandwidth Inc.; and (II) Pursuant to Fed. R. Bankr. P. 328, 330, and 331 for Award and Payment of Contingency Fee*   Dkt. No. 1875

   c.   *Declaration of Daniel P. Ayala in Support of Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between Debtor and (1) Sectran Security Inc., (2) Team Air Express Inc., (3) Pisanelli Bice, LLC ,and (4) Bandwidth Inc.; and (II) Pursuant to Fed. R. Bankr. P. 328, 330, and 331 for Award and Payment of Contingency Fee*   Dkt. No. 1876

   d.   *Notice of Hearing on Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between Debtor and (1) Sectran Security Inc., (2)*   Dkt. No. 1877

*Team Air Express Inc., (3) Pisanelli Bice, LLC ,and (4) Bandwidth Inc.; and (II) Pursuant to Fed. R. Bankr. P. 328, 330, and 331 for Award and Payment of Contingency Fee*

2.    I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    ECF System:  See attached ECF Confirmation Sheets.

_____

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 22nd day of January, 2025.

*/s/ Vicki DiMaio*
Vicki DiMaio, an employee of
Bankruptcy Recovery Group, LLC

**File a Motion:**

[23-10423-mkn CASH CLOUD, INC.](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: mkn | Case Flag: CLMAGT, BAPCPA, APPEAL, EXHS |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from GARETT H. NYE entered on 1/14/2025 at 1:30 PM PST and filed on 1/14/2025
**Case Name:**     CASH CLOUD, INC.
**Case Number:**     [23-10423-mkn](#)
**Document Number:** [1874](#)

**Docket Text:**
Motion to Approve Compromise under Rule 9019 *Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between, Debtor and (1) Sectran Security Inc., (2) Team Air Express Inc., (3) Pisanelli Bice, LLC and (4) Bandwidth Inc.; and (II) Pursuant to Fed. R. Bankr. P. 328, 330, and 331 for Award and Payment of Contingency Fee* with Proposed Order Filed by GARETT H. NYE on behalf of CASH CLOUD, INC. (Attachments: # (1) Exhibit 1 # (2) Exhibit 2 # (3) Exhibit 3 # (4) Exhibit 4 # (5) Exhibit 5 # (6) Appendix 6)(NYE, GARETT)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**9019 Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/14/2025] [FileNumber=36386185-0
] [b884aa39de39ab4696b983d49142322f9870fa5b51914992166c191992a54459b8a
ba1a182f9e0e994be4260dc23d6746ddcf01387b5248f8a7abc5a83cc7098]]
**Document description:**Exhibit 1
**Original filename:**C:\fakepath\Ex 1 - Settlement List Exhibit.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/14/2025] [FileNumber=36386185-1
] [749be613cbc54436bf83accb1e7a6aa0cc1ef7c034728954c597c0ab3ad4dd39ca4
fa8205a73e16901c5f0f50e8926db37d8c71bb8129831573dda329aae41c2]]
**Document description:**Exhibit 2
**Original filename:**C:\fakepath\Ex 2 - 9019 Order.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/14/2025] [FileNumber=36386185-2
] [ae35be698c73723452fb009b72753b1c4987dd03f182eadb55f92b6714822dc465f
9f91552c30d5b0c16e817526b8d33e64a27376761d3431d1a6d8e46eca386]]
**Document description:**Exhibit 3
**Original filename:**C:\fakepath\Ex 3 - Sectran Settlement (Signed Def).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/14/2025] [FileNumber=36386185-3
] [23bfc57fb0b1945863bfc751ef945d0041a387360517193f681dc294c89f729e052
94fa96e217c1756827d0ea2f65075c596b79c66ceb3cceef703d30cdca9db]]
**Document description:**Exhibit 4
**Original filename:**C:\fakepath\Ex 4 - Team Air Settlement (FE).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/14/2025] [FileNumber=36386185-4
] [03cd533e6c2affd8be8c8c53093125055a8a72b897cdd928b54754a157e4e453e5f
c075f132eb995c4179d67c790ea3f4a345b377b2ec045664bc681cf7718ad]]
**Document description:**Exhibit 5
**Original filename:**C:\fakepath\Ex 5 - Pisanelli Settlement (FE).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/14/2025] [FileNumber=36386185-5
] [baecd1ed52bc62a389c013b62f56d968a662df5026edab8efa4b4e03691488b6c99
acd017e9aef9330794bc730cda9cd89110370d64b0a622c24ad367cc5228a]]
**Document description:**Appendix 6
**Original filename:**C:\fakepath\Ex 6 - Bandwidth Settlement (FE).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/14/2025] [FileNumber=36386185-6
] [e95c327094f504b8e2d6b290d61758c0b4dab2e2ac090e03b0b9c48bb8c86d8d1cb
26ffb3ed93e86de8d7bf6d2f13f97a8e0cf8b5171f38861289445e040b25a]]

**23-10423-mkn Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Interested Party Luis Flores
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD

baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

KURT R. BONDS on behalf of Creditor Populus Financial Group, Inc.
nvefile@hallevans.com, knechta@hallevans.com;bondsk@hallevans.com;tugglet@hallevans.com

LEW BRANDON, JR. on behalf of Creditor UNITED NATURAL FOODS, INC.
l.brandon@bsnv.law

OGONNA M. BROWN on behalf of Creditor Cole Kepro International, LLC
obrown@lewisroca.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com,jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC
obrown@lewisroca.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com,jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

CANDACE C CARLYON on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CANDACE C CARLYON on behalf of Defendant CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CANDACE C CARLYON on behalf of Interested Party CHRIS MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

DAWN M. CICA on behalf of Defendant CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

WILLIAM C DEVINE, II on behalf of Defendant KIOSK SERVICES GROUP, INC.
william@devine.legal, courtney@devine.legal;devinewr72773@notify.bestcase.com

ALLAN B. DIAMOND on behalf of Defendant CHRISTOPHER MCALARY
adiamond@diamondmccarthy.com

CRAIG P. DRUEHL on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
craig.druehl@dechert.com

ANNE FREELAND on behalf of Creditor AVT Nevada, L.P.
atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

TALI FREY on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Creditor CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Defendant CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Interested Party CHRIS MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

NEDDA GHANDI on behalf of Creditor ROCKITCOIN, LLC
nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

RONALD E. GOLD on behalf of Creditor WPG Legacy, LLC
rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

TALITHA B. GRAY KOZLOWSKI on behalf of Debtor CASH CLOUD, INC.
tgray@gtg.legal, bknotices@gtg.legal

MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com

MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com

PAUL HAGE on behalf of Creditor Cole Kepro International, LLC
phage@taftlaw.com

BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC
bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

JAMES J. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jimmerson@jimmersonlawfirm.com, efiling@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Special Counsel THE JIMMERSON LAW FIRM, P.C.
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

CHRISTOPHER D. JOHNSON on behalf of Defendant CHRISTOPHER MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

BART K. LARSEN on behalf of Creditor Enigma Securities Limited
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

STEPHEN T LODEN on behalf of Interested Party CHRIS MCALARY
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

TIMOTHY A LUKAS on behalf of Creditor Good 2 Go Stores LLC
ecflukast@hollandhart.com

DANIEL A MANN on behalf of Debtor CASH CLOUD, INC.
dmann@foxrothschild.com

DANIEL A MANN on behalf of Plaintiff CASH CLOUD, INC.
dmann@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

GARETT H. NYE on behalf of Debtor CASH CLOUD, INC.
gnye@brg.legal

GARRETT H. NYE on behalf of Debtor CASH CLOUD, INC.
gnye@brg.legal

ROB L. PHILLIPS on behalf of Creditor Powerhouse TSSP, LLC
rob.phillips@fisherbroyles.com

STACY H RUBIN on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
shr@h2law.com, kmacelwain@howardandhoward.com

STACY H RUBIN on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
shr@h2law.com, kmacelwain@howardandhoward.com

ADAM P. SCHWARTZ on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

BRIAN D. SHAPIRO on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;bryce@brianshapirolaw.com;6855036420@filings.docketbird.com

NATASHA SHARMA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Defendant CHRISTOPHER MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Interested Party CHRIS MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
jshea@shea.law, blarsen@shea.law;support@shea.law

ARIEL E. STERN on behalf of Creditor IPFS CORPORATION
ariel.stern@akerman.com, akermanlas@akerman.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

JUSTIN B. STROTHER on behalf of Defendant CHRISTOPHER MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.
rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MAURICE VERSTANDIG on behalf of Creditor Brink's, Inc.
mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com

MICHAEL L WACHTELL on behalf of Creditor ORACLE AMERICA, INC.
mwachtell@buchalter.com

JOHN T. WENDLAND on behalf of Creditor AVT Nevada, L.P.
jwendland@wdlaw.com, NVeFile@weildrage.com

ZACHARY T WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
zwilliams@dhwlawlv.com, ahosey@foxrothschild.com

STUART FREEMAN WILSON-PATTON
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC. dba COIN CLOUD
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**23-10423-mkn Notice will not be electronically mailed to:**

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

JOHN R. ASHMEAD on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

Amazon Web Services, Inc.
,

BAKER & HOSTETLER LLP
,

BANKRUPTCY RECOVERY GROUP, LLC
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119

VARANISE BOOKER
14308 WILLOW GROVE CIRCLE

LOUISVILLE, KY 40245

ERIC E. BRAGE JR.
,

BROOKFIELD RETAIL PROPERTIES, INC.
C/O LOUIS BUBABLA III, SBN 8974
KAEMPFER CROWELL
50 W. LIBERTY STREET, SUITE 700
RENO, NV 89501

CONWAY BAXTER WILSON LLP/S.R.L.
400-411 ROOSEVELT AVENUE
OTTAWA, ON K2A 3X9

CRAIGHEAD COUNTY TAX COLLECTOR
511 UNION ST, SUITE 107
JONESBORO, AR 72401

JARED A. DAY on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
OFFICE OF THE US TRUSTEE
300 BOOTH ST #3009
RENO, NV 89509

ALLAN B. DIAMOND on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

BRITTANY B. FALABELLA on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

JAMES FAVORS
95-353 WAIA LOOP
MILILANI, HI 96789

JACQUELINE JO FITCH
22413 NE 227TH AVE
BATTLE GROUND, WA 98604

FOX ROTHSCHILD LLP on behalf of Debtor CASH CLOUD, INC.
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135

FTI CONSULTING INC.
,

ROBERT J. GAYDA on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JORDI GUSO on behalf of Interested Party CKDL Credit, LLC
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

Talitha Gray Kozlowski on behalf of Debtor CASH CLOUD, INC.
Bankruptcy Recovery Group, LLC
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119

PAUL R HAGE on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

ERIN J. HOYLE on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD.
STE. 1000
TAMPA, FL 33607

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,

THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

RONALD GARY JONES on behalf of Defendant KIOSK SERVICES GROUP, INC.
JONES & ASSOCIATES
1325 AVENUE OF THE AMERICAS
28TH FLOOR
NEW YORK, NY 10019

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

RICHARD KRUGER on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JOHN J. LAMOUREUX on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

JOHN J. LAMOUREUX on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SHARA L LARSON on behalf of Creditor ROCKITCOIN, LLC
GHANDI DEETER BLACKHAM
725 S. SOUTH 8TH STREET SUITE 100
LAS VEGAS, NV 89101

LAW OFFICE OF BRIAN D. SHAPIRO, LLC on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
510 S. 8TH STREET
LAS VEGAS, NV 89101

LAW OFFICE OF SHEA LARSEN on behalf of Creditor Enigma Securities Limited
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

EMILY LEE
PO BOX 3261
PLAINFIELD, NJ 07063

GARY LEE on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

ANDREW J. MATOTT on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

MCDONALD CARANO LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
2300 WEST SAHARA AVE, STE 1200
LAS VEGAS, NV 89102

JUSTIN M. MERTZ on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

LAURA MILLER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEAN A. O'NEAL on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

CHRISTOPHER J. SCHREIBER on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

RYAN T. SCHULTZ on behalf of Creditor ROCKITCOIN, LLC
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 W. MADISON STREET, SUITE 3000
CHICAGO, IL 60606

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SEWARD & KISSEL LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET
SUITE 3700
HOUSTON, TX 77010

Jeffrey Sylvester on behalf of Interested Party CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202

JANE VANLARE on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

MICHAEL WEINBERG on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ROBERT S. WESTERMANN on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

ROBERT WOOELFIN
,

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

Ryan J Works on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

**Miscellaneous:**

23-10423-mkn CASH CLOUD, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: mkn | Case Flag: CLMAGT, BAPCPA, APPEAL, EXHS |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from GARETT H. NYE entered on 1/14/2025 at 1:32 PM PST and filed on 1/14/2025

| | |
|---|---|
| **Case Name:** | CASH CLOUD, INC. |
| **Case Number:** | 23-10423-mkn |
| **Document Number:** | 1875 |

**Docket Text:**
Declaration Of: Talitha Gray Kozlowski, Esq. in Support of *Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between, Debtor and (1) Sectran Security Inc., (2) Team Air Express Inc., (3) Pisanelli Bice, LLC and (4) Bandwidth Inc.; and (II) Pursuant to Fed. R. Bankr. P. 328, 330, and 331 for Award and Payment of Contingency Fee* Filed by GARETT H. NYE on behalf of CASH CLOUD, INC. (Related document(s)[1874] Motion to Approve Compromise under Rule 9019 filed by Debtor CASH CLOUD, INC.) (NYE, GARETT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** DEC of TGK re 9019 Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/14/2025] [FileNumber=36386197-0
] [3e4b120f048add317253ddcd736170c7f72d52254e73f25e2d4956e5a3e321abe97
1dd95fba99c999037853bbf50d1022782b4ba412eba59e3a63d9440c130dd]]

**23-10423-mkn Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Interested Party Luis Flores
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

KURT R. BONDS on behalf of Creditor Populus Financial Group, Inc.
nvefile@hallevans.com, knechta@hallevans.com;bondsk@hallevans.com;tugglet@hallevans.com

LEW BRANDON, JR. on behalf of Creditor UNITED NATURAL FOODS, INC.
l.brandon@bsnv.law

OGONNA M. BROWN on behalf of Creditor Cole Kepro International, LLC
obrown@lewisroca.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC
obrown@lewisroca.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

CANDACE C CARLYON on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CANDACE C CARLYON on behalf of Defendant CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CANDACE C CARLYON on behalf of Interested Party CHRIS MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

DAWN M. CICA on behalf of Defendant CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

WILLIAM C DEVINE, II on behalf of Defendant KIOSK SERVICES GROUP, INC.
william@devine.legal, courtney@devine.legal;devinewr72773@notify.bestcase.com

ALLAN B. DIAMOND on behalf of Defendant CHRISTOPHER MCALARY
adiamond@diamondmccarthy.com

CRAIG P. DRUEHL on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
craig.druehl@dechert.com

ANNE FREELAND on behalf of Creditor AVT Nevada, L.P.
atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

TALI FREY on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Creditor CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Defendant CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Interested Party CHRIS MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

NEDDA GHANDI on behalf of Creditor ROCKITCOIN, LLC
nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

RONALD E. GOLD on behalf of Creditor WPG Legacy, LLC
rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

TALITHA B. GRAY KOZLOWSKI on behalf of Debtor CASH CLOUD, INC.
tgray@gtg.legal, bknotices@gtg.legal

MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorie54344@notify.bestcase.com;ntopper@goldguylaw.com

MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorie54344@notify.bestcase.com;ntopper@goldguylaw.com

PAUL HAGE on behalf of Creditor Cole Kepro International, LLC
phage@taftlaw.com

BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC
bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

JAMES J. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jimmerson@jimmersonlawfirm.com, efiling@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Special Counsel THE JIMMERSON LAW FIRM, P.C.
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

CHRISTOPHER D. JOHNSON on behalf of Defendant CHRISTOPHER MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

BART K. LARSEN on behalf of Creditor Enigma Securities Limited
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

STEPHEN T LODEN on behalf of Interested Party CHRIS MCALARY
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

TIMOTHY A LUKAS on behalf of Creditor Good 2 Go Stores LLC
ecflukast@hollandhart.com

DANIEL A MANN on behalf of Debtor CASH CLOUD, INC.
dmann@foxrothschild.com

DANIEL A MANN on behalf of Plaintiff CASH CLOUD, INC.
dmann@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

GARETT H. NYE on behalf of Debtor CASH CLOUD, INC.
gnye@brg.legal

GARRETT H. NYE on behalf of Debtor CASH CLOUD, INC.
gnye@brg.legal

ROB L. PHILLIPS on behalf of Creditor Powerhouse TSSP, LLC
rob.phillips@fisherbroyles.com

STACY H RUBIN on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
shr@h2law.com, kmacelwain@howardandhoward.com

STACY H RUBIN on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
shr@h2law.com, kmacelwain@howardandhoward.com

ADAM P. SCHWARTZ on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

BRIAN D. SHAPIRO on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;bryce@brianshapirolaw.com;6855036420@filings.docketbird.com

NATASHA SHARMA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Defendant CHRISTOPHER MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Interested Party CHRIS MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
jshea@shea.law, blarsen@shea.law;support@shea.law

ARIEL E. STERN on behalf of Creditor IPFS CORPORATION
ariel.stern@akerman.com, akermanlas@akerman.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

JUSTIN B. STROTHER on behalf of Defendant CHRISTOPHER MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.
rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MAURICE VERSTANDIG on behalf of Creditor Brink's, Inc.
mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com

MICHAEL L WACHTELL on behalf of Creditor ORACLE AMERICA, INC.
mwachtell@buchalter.com

JOHN T. WENDLAND on behalf of Creditor AVT Nevada, L.P.
jwendland@wdlaw.com, NVeFile@weildrage.com

ZACHARY T WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
zwilliams@dhwlawlv.com, ahosey@foxrothschild.com

STUART FREEMAN WILSON-PATTON
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC. dba COIN CLOUD
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**23-10423-mkn Notice will not be electronically mailed to:**

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

JOHN R. ASHMEAD on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

Amazon Web Services, Inc.
,

BAKER & HOSTETLER LLP
,

BANKRUPTCY RECOVERY GROUP, LLC
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119

VARANISE BOOKER
14308 WILLOW GROVE CIRCLE
LOUISVILLE, KY 40245

ERIC E. BRAGE JR.
,

BROOKFIELD RETAIL PROPERTIES, INC.
C/O LOUIS BUBABLA III, SBN 8974
KAEMPFER CROWELL
50 W. LIBERTY STREET, SUITE 700
RENO, NV 89501

CONWAY BAXTER WILSON LLP/S.R.L.
400-411 ROOSEVELT AVENUE
OTTAWA, ON K2A 3X9

CRAIGHEAD COUNTY TAX COLLECTOR
511 UNION ST, SUITE 107
JONESBORO, AR 72401

JARED A. DAY on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
OFFICE OF THE US TRUSTEE
300 BOOTH ST #3009
RENO, NV 89509

ALLAN B. DIAMOND on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

BRITTANY B. FALABELLA on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

JAMES FAVORS
95-353 WAIA LOOP

MILILANI, HI 96789

JACQUELINE JO FITCH
22413 NE 227TH AVE
BATTLE GROUND, WA 98604

FOX ROTHSCHILD LLP on behalf of Debtor CASH CLOUD, INC.
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135

FTI CONSULTING INC.
,

ROBERT J. GAYDA on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JORDI GUSO on behalf of Interested Party CKDL Credit, LLC
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

Talitha Gray Kozlowski on behalf of Debtor CASH CLOUD, INC.
Bankruptcy Recovery Group, LLC
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119

PAUL R HAGE on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

ERIN J. HOYLE on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD.
STE. 1000
TAMPA, FL 33607

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

RONALD GARY JONES on behalf of Defendant KIOSK SERVICES GROUP, INC.
JONES & ASSOCIATES
1325 AVENUE OF THE AMERICAS
28TH FLOOR
NEW YORK, NY 10019

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

RICHARD KRUGER on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JOHN J. LAMOUREUX on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

JOHN J. LAMOUREUX on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SHARA L LARSON on behalf of Creditor ROCKITCOIN, LLC

GHANDI DEETER BLACKHAM
725 S. SOUTH 8TH STREET SUITE 100
LAS VEGAS, NV 89101

LAW OFFICE OF BRIAN D. SHAPIRO, LLC on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
510 S. 8TH STREET
LAS VEGAS, NV 89101

LAW OFFICE OF SHEA LARSEN on behalf of Creditor Enigma Securities Limited
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

EMILY LEE
PO BOX 3261
PLAINFIELD, NJ 07063

GARY LEE on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

ANDREW J. MATOTT on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

MCDONALD CARANO LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
2300 WEST SAHARA AVE, STE 1200
LAS VEGAS, NV 89102

JUSTIN M. MERTZ on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

LAURA MILLER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEAN A. O'NEAL on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

CHRISTOPHER J. SCHREIBER on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

RYAN T. SCHULTZ on behalf of Creditor ROCKITCOIN, LLC
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 W. MADISON STREET, SUITE 3000
CHICAGO, IL 60606

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SEWARD & KISSEL LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY

DIAMOND MCCARTHY LLP
909 FANNIN STREET
SUITE 3700
HOUSTON, TX 77010

Jeffrey Sylvester on behalf of Interested Party CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202

JANE VANLARE on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

MICHAEL WEINBERG on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ROBERT S. WESTERMANN on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

ROBERT WOOELFIN
,

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

Ryan J Works on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

**Miscellaneous:**

<u>23-10423-mkn CASH CLOUD, INC.</u>

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: mkn | Case Flag: CLMAGT, BAPCPA, APPEAL, EXHS |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from GARETT H. NYE entered on 1/14/2025 at 1:33 PM PST and filed on 1/14/2025
**Case Name:**     CASH CLOUD, INC.
**Case Number:**     <u>23-10423-mkn</u>
**Document Number:** <u>1876</u>

**Docket Text:**
Declaration Of: Daniel P. Ayala in Support of *Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between, Debtor and (1) Sectran Security Inc., (2) Team Air Express Inc., (3) Pisanelli Bice, LLC and (4) Bandwidth Inc.; and (II) Pursuant to Fed. R. Bankr. P. 328, 330, and 331 for Award and Payment of Contingency Fee* Filed by GARETT H. NYE on behalf of CASH CLOUD, INC. (Related document(s)[1874] Motion to Approve Compromise under Rule 9019 filed by Debtor CASH CLOUD, INC.) (NYE, GARETT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** DEC of Ayala re 9019.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/14/2025] [FileNumber=36386200-0
] [ab472d6ece393ba394ce6bfbf8a597afba072bdec03bfed3be3e132ebc289ab2ee5
9765ce56a9c3b43c52948a2861fe28c55f12b8ba4149484de0fdca547275c]]

**23-10423-mkn Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Interested Party Luis Flores
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

KURT R. BONDS on behalf of Creditor Populus Financial Group, Inc.
nvefile@hallevans.com, knechta@hallevans.com;bondsk@hallevans.com;tugglet@hallevans.com

LEW BRANDON, JR. on behalf of Creditor UNITED NATURAL FOODS, INC.
l.brandon@bsnv.law

OGONNA M. BROWN on behalf of Creditor Cole Kepro International, LLC
obrown@lewisroca.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC
obrown@lewisroca.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

CANDACE C CARLYON on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CANDACE C CARLYON on behalf of Defendant CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CANDACE C CARLYON on behalf of Interested Party CHRIS MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

DAWN M. CICA on behalf of Defendant CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

WILLIAM C DEVINE, II on behalf of Defendant KIOSK SERVICES GROUP, INC.
william@devine.legal, courtney@devine.legal;devinewr72773@notify.bestcase.com

ALLAN B. DIAMOND on behalf of Defendant CHRISTOPHER MCALARY
adiamond@diamondmccarthy.com

CRAIG P. DRUEHL on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
craig.druehl@dechert.com

ANNE FREELAND on behalf of Creditor AVT Nevada, L.P.
atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

TALI FREY on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Creditor CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Defendant CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Interested Party CHRIS MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

NEDDA GHANDI on behalf of Creditor ROCKITCOIN, LLC
nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

RONALD E. GOLD on behalf of Creditor WPG Legacy, LLC
rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

TALITHA B. GRAY KOZLOWSKI on behalf of Debtor CASH CLOUD, INC.
tgray@gtg.legal, bknotices@gtg.legal

MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com

MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com

PAUL HAGE on behalf of Creditor Cole Kepro International, LLC
phage@taftlaw.com

BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC
bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

JAMES J. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jimmerson@jimmersonlawfirm.com, efiling@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Special Counsel THE JIMMERSON LAW FIRM, P.C.
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

CHRISTOPHER D. JOHNSON on behalf of Defendant CHRISTOPHER MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

BART K. LARSEN on behalf of Creditor Enigma Securities Limited
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

STEPHEN T LODEN on behalf of Interested Party CHRIS MCALARY
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

TIMOTHY A LUKAS on behalf of Creditor Good 2 Go Stores LLC
ecflukast@hollandhart.com

DANIEL A MANN on behalf of Debtor CASH CLOUD, INC.
dmann@foxrothschild

DANIEL A MANN on behalf of Plaintiff CASH CLOUD, INC.
dmann@foxrothschild

JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

GARETT H. NYE on behalf of Debtor CASH CLOUD, INC.
gnye@brg.legal

GARRETT H. NYE on behalf of Debtor CASH CLOUD, INC.
gnye@brg.legal

ROB L. PHILLIPS on behalf of Creditor Powerhouse TSSP, LLC
rob.phillips@fisherbroyles.com

STACY H RUBIN on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
shr@h2law.com, kmacelwain@howardandhoward.com

STACY H RUBIN on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
shr@h2law.com, kmacelwain@howardandhoward.com

ADAM P. SCHWARTZ on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

BRIAN D. SHAPIRO on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;bryce@brianshapirolaw.com;6855036420@filings.docketbird.com

NATASHA SHARMA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Defendant CHRISTOPHER MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Interested Party CHRIS MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
jshea@shea.law, blarsen@shea.law;support@shea.law

ARIEL E. STERN on behalf of Creditor IPFS CORPORATION
ariel.stern@akerman.com, akermanlas@akerman.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

JUSTIN B. STROTHER on behalf of Defendant CHRISTOPHER MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.
rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MAURICE VERSTANDIG on behalf of Creditor Brink's, Inc.
mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com

MICHAEL L WACHTELL on behalf of Creditor ORACLE AMERICA, INC.
mwachtell@buchalter.com

JOHN T. WENDLAND on behalf of Creditor AVT Nevada, L.P.
jwendland@wdlaw.com, NVeFile@weildrage.com

ZACHARY T WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
zwilliams@dhwlawlv.com, ahosey@foxrothschild.com

STUART FREEMAN WILSON-PATTON
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC. dba COIN CLOUD
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**23-10423-mkn Notice will not be electronically mailed to:**

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

JOHN R. ASHMEAD on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

Amazon Web Services, Inc.
,

BAKER & HOSTETLER LLP
,

BANKRUPTCY RECOVERY GROUP, LLC
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119

VARANISE BOOKER
14308 WILLOW GROVE CIRCLE
LOUISVILLE, KY 40245

ERIC E. BRAGE JR.
,

BROOKFIELD RETAIL PROPERTIES, INC.
C/O LOUIS BUBABLA III, SBN 8974
KAEMPFER CROWELL
50 W. LIBERTY STREET, SUITE 700
RENO, NV 89501

CONWAY BAXTER WILSON LLP/S.R.L.
400-411 ROOSEVELT AVENUE
OTTAWA, ON K2A 3X9

CRAIGHEAD COUNTY TAX COLLECTOR
511 UNION ST, SUITE 107
JONESBORO, AR 72401

JARED A. DAY on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
OFFICE OF THE US TRUSTEE
300 BOOTH ST #3009
RENO, NV 89509

ALLAN B. DIAMOND on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

BRITTANY B. FALABELLA on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

JAMES FAVORS
95-353 WAIA LOOP

MILILANI, HI 96789

JACQUELINE JO FITCH
22413 NE 227TH AVE
BATTLE GROUND, WA 98604

FOX ROTHSCHILD LLP on behalf of Debtor CASH CLOUD, INC.
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135

FTI CONSULTING INC.
,

ROBERT J. GAYDA on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JORDI GUSO on behalf of Interested Party CKDL Credit, LLC
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

Talitha Gray Kozlowski on behalf of Debtor CASH CLOUD, INC.
Bankruptcy Recovery Group, LLC
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119

PAUL R HAGE on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

ERIN J. HOYLE on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD.
STE. 1000
TAMPA, FL 33607

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

RONALD GARY JONES on behalf of Defendant KIOSK SERVICES GROUP, INC.
JONES & ASSOCIATES
1325 AVENUE OF THE AMERICAS
28TH FLOOR
NEW YORK, NY 10019

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

RICHARD KRUGER on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JOHN J. LAMOUREUX on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

JOHN J. LAMOUREUX on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SHARA L LARSON on behalf of Creditor ROCKITCOIN, LLC

GHANDI DEETER BLACKHAM
725 S. SOUTH 8TH STREET SUITE 100
LAS VEGAS, NV 89101

LAW OFFICE OF BRIAN D. SHAPIRO, LLC on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
510 S. 8TH STREET
LAS VEGAS, NV 89101

LAW OFFICE OF SHEA LARSEN on behalf of Creditor Enigma Securities Limited
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

EMILY LEE
PO BOX 3261
PLAINFIELD, NJ 07063

GARY LEE on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

ANDREW J. MATOTT on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

MCDONALD CARANO LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
2300 WEST SAHARA AVE, STE 1200
LAS VEGAS, NV 89102

JUSTIN M. MERTZ on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

LAURA MILLER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEAN A. O'NEAL on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

CHRISTOPHER J. SCHREIBER on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

RYAN T. SCHULTZ on behalf of Creditor ROCKITCOIN, LLC
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 W. MADISON STREET, SUITE 3000
CHICAGO, IL 60606

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SEWARD & KISSEL LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY

DIAMOND MCCARTHY LLP
909 FANNIN STREET
SUITE 3700
HOUSTON, TX 77010

Jeffrey Sylvester on behalf of Interested Party CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202

JANE VANLARE on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

MICHAEL WEINBERG on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ROBERT S. WESTERMANN on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

ROBERT WOOELFIN
,

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

Ryan J Works on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

**File a Notice:**

23-10423-mkn CASH CLOUD, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: mkn | Case Flag: CLMAGT, BAPCPA, APPEAL, EXHS |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from GARETT H. NYE entered on 1/14/2025 at 1:36 PM PST and filed on 1/14/2025

**Case Name:**     CASH CLOUD, INC.
**Case Number:**    23-10423-mkn
**Document Number:** 1877

**Docket Text:**
Notice of Hearing *on Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between, Debtor and (1) Sectran Security Inc., (2) Team Air Express Inc., (3) Pisanelli Bice, LLC and (4) Bandwidth Inc.; and (II) Pursuant to Fed. R. Bankr. P. 328, 330, and 331 for Award and Payment of Contingency Fee Hearing Date: 02/12/2025 Hearing Time: 9:30 a.m.* Filed by GARETT H. NYE on behalf of CASH CLOUD, INC. (Related document(s)[1874] Motion to Approve Compromise under Rule 9019 filed by Debtor CASH CLOUD, INC.) (Attachments: # (1) Exhibit 1) (NYE, GARETT)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**NOH re 9019 Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/14/2025] [FileNumber=36386214-0
] [fd11dd05705b7b6e18175248b8b05ef0c10f364073ffe0b8f82b74b137d84a218ad
8f10f66439f70c1991f27a23fc3f709f133765fdbb4fd00d74a689c5d3693]]
**Document description:**Exhibit 1
**Original filename:**C:\fakepath\Ex 1 - Settlement List Exhibit.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/14/2025] [FileNumber=36386214-1
] [ce7db2c142f09cc1d2ecd984c83ff777de67f416dce4786acff54921de800c81306
c883f14f5cc0d6291eeb806da7aa7237cae1e08a02f7ec68195e00287ccdb]]

**23-10423-mkn Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Interested Party Luis Flores
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com;nv.dkt@foxrothschild.com

KURT R. BONDS on behalf of Creditor Populus Financial Group, Inc.
nvefile@hallevans.com, knechta@hallevans.com;bondsk@hallevans.com;tugglet@hallevans.com

LEW BRANDON, JR. on behalf of Creditor UNITED NATURAL FOODS, INC.
l.brandon@bsnv.law

OGONNA M. BROWN on behalf of Creditor Cole Kepro International, LLC
obrown@lewisroca.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC
obrown@lewisroca.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com,rcreswell@lewisroca.com

CANDACE C CARLYON on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CANDACE C CARLYON on behalf of Defendant CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CANDACE C CARLYON on behalf of Interested Party CHRIS MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;r

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

DAWN M. CICA on behalf of Defendant CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;nshar

WILLIAM C DEVINE, II on behalf of Defendant KIOSK SERVICES GROUP, INC.
william@devine.legal, courtney@devine.legal;devinewr72773@notify.bestcase.com

ALLAN B. DIAMOND on behalf of Defendant CHRISTOPHER MCALARY
adiamond@diamondmccarthy.com

CRAIG P. DRUEHL on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
craig.druehl@dechert.com

ANNE FREELAND on behalf of Creditor AVT Nevada, L.P.
atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

TALI FREY on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Creditor CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Defendant CHRISTOPHER MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALI FREY on behalf of Interested Party CHRIS MCALARY
tfrey@carlyoncica.com, crobertson@carlyoncica.com

NEDDA GHANDI on behalf of Creditor ROCKITCOIN, LLC
nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

RONALD E. GOLD on behalf of Creditor WPG Legacy, LLC
rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

TALITHA B. GRAY KOZLOWSKI on behalf of Debtor CASH CLOUD, INC.
tgray@gtg.legal, bknotices@gtg.legal

MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com

MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com

PAUL HAGE on behalf of Creditor Cole Kepro International, LLC
phage@taftlaw.com

BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC
bhiggins@blackwadhams.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

JAMES J. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jimmerson@jimmersonlawfirm.com, efiling@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Special Counsel THE JIMMERSON LAW FIRM, P.C.
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

CHRISTOPHER D. JOHNSON on behalf of Defendant CHRISTOPHER MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

BART K. LARSEN on behalf of Creditor Enigma Securities Limited
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

STEPHEN T LODEN on behalf of Interested Party CHRIS MCALARY
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

TIMOTHY A LUKAS on behalf of Creditor Good 2 Go Stores LLC
ecflukast@hollandhart.com

DANIEL A MANN on behalf of Debtor CASH CLOUD, INC.
dmann@foxrothschild.com

DANIEL A MANN on behalf of Plaintiff CASH CLOUD, INC.
dmann@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

GARETT H. NYE on behalf of Debtor CASH CLOUD, INC.
gnye@brg.legal

GARRETT H. NYE on behalf of Debtor CASH CLOUD, INC.
gnye@brg.legal

ROB L. PHILLIPS on behalf of Creditor Powerhouse TSSP, LLC
rob.phillips@fisherbroyles.com

STACY H RUBIN on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
shr@h2law.com, kmacelwain@howardandhoward.com

STACY H RUBIN on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
shr@h2law.com, kmacelwain@howardandhoward.com

ADAM P. SCHWARTZ on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

BRIAN D. SHAPIRO on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;bryce@brianshapirolaw.com;6855036420@filings.docketbird.com

NATASHA SHARMA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Defendant CHRISTOPHER MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Interested Party CHRIS MCALARY
nsharma@carlyoncica.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
jshea@shea.law, blarsen@shea.law;support@shea.law

ARIEL E. STERN on behalf of Creditor IPFS CORPORATION
ariel.stern@akerman.com, akermanlas@akerman.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

JUSTIN B. STROTHER on behalf of Defendant CHRISTOPHER MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.
rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MAURICE VERSTANDIG on behalf of Creditor Brink's, Inc.
mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com

MICHAEL L WACHTELL on behalf of Creditor ORACLE AMERICA, INC.
mwachtell@buchalter.com

JOHN T. WENDLAND on behalf of Creditor AVT Nevada, L.P.
jwendland@wdlaw.com, NVeFile@weildrage.com

ZACHARY T WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
zwilliams@dhwlawlv.com, ahosey@foxrothschild.com

STUART FREEMAN WILSON-PATTON
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC. dba COIN CLOUD
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**23-10423-mkn Notice will not be electronically mailed to:**

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

JOHN R. ASHMEAD on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

Amazon Web Services, Inc.
,

BAKER & HOSTETLER LLP
,

BANKRUPTCY RECOVERY GROUP, LLC
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119

VARANISE BOOKER
14308 WILLOW GROVE CIRCLE
LOUISVILLE, KY 40245

ERIC E. BRAGE JR.
,

BROOKFIELD RETAIL PROPERTIES, INC.
C/O LOUIS BUBABLA III, SBN 8974
KAEMPFER CROWELL
50 W. LIBERTY STREET, SUITE 700
RENO, NV 89501

CONWAY BAXTER WILSON LLP/S.R.L.
400-411 ROOSEVELT AVENUE
OTTAWA, ON K2A 3X9

CRAIGHEAD COUNTY TAX COLLECTOR
511 UNION ST, SUITE 107
JONESBORO, AR 72401

JARED A. DAY on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
OFFICE OF THE US TRUSTEE
300 BOOTH ST #3009
RENO, NV 89509

ALLAN B. DIAMOND on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

BRITTANY B. FALABELLA on behalf of Creditor Brink's, Inc.

HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

JAMES FAVORS
95-353 WAIA LOOP
MILILANI, HI 96789

JACQUELINE JO FITCH
22413 NE 227TH AVE
BATTLE GROUND, WA 98604

FOX ROTHSCHILD LLP on behalf of Debtor CASH CLOUD, INC.
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135

FTI CONSULTING INC.
,

ROBERT J. GAYDA on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JORDI GUSO on behalf of Interested Party CKDL Credit, LLC
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

Talitha Gray Kozlowski on behalf of Debtor CASH CLOUD, INC.
Bankruptcy Recovery Group, LLC
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119

PAUL R HAGE on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

ERIN J. HOYLE on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD.
STE. 1000
TAMPA, FL 33607

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

RONALD GARY JONES on behalf of Defendant KIOSK SERVICES GROUP, INC.
JONES & ASSOCIATES
1325 AVENUE OF THE AMERICAS
28TH FLOOR
NEW YORK, NY 10019

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

RICHARD KRUGER on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JOHN J. LAMOUREUX on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

JOHN J. LAMOUREUX on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SHARA L LARSON on behalf of Creditor ROCKITCOIN, LLC
GHANDI DEETER BLACKHAM
725 S. SOUTH 8TH STREET SUITE 100
LAS VEGAS, NV 89101

LAW OFFICE OF BRIAN D. SHAPIRO, LLC on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
510 S. 8TH STREET
LAS VEGAS, NV 89101

LAW OFFICE OF SHEA LARSEN on behalf of Creditor Enigma Securities Limited
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

EMILY LEE
PO BOX 3261
PLAINFIELD, NJ 07063

GARY LEE on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

ANDREW J. MATOTT on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

MCDONALD CARANO LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
2300 WEST SAHARA AVE, STE 1200
LAS VEGAS, NV 89102

JUSTIN M. MERTZ on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

LAURA MILLER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEAN A. O'NEAL on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

CHRISTOPHER J. SCHREIBER on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

RYAN T. SCHULTZ on behalf of Creditor ROCKITCOIN, LLC
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 W. MADISON STREET, SUITE 3000
CHICAGO, IL 60606

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SEWARD & KISSEL LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET
SUITE 3700
HOUSTON, TX 77010

Jeffrey Sylvester on behalf of Interested Party CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202

JANE VANLARE on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

MICHAEL WEINBERG on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ROBERT S. WESTERMANN on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

ROBERT WOOELFIN
,

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

Ryan J Works on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102