

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 06, 2025

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>            Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND STIPULATION TO CONTINUE HEARING DATE AND RESPONSE DEADLINES**<br><br>Old Hearing Date:  February 12, 2025<br>Old Hearing Time:  9:30 a.m.<br><br>New Hearing Date:  March 26, 2025<br>New Hearing Time:  9:30 a.m. |

The Court having reviewed and considered the *Second Stipulation to Continue Hearing Date and Response Deadlines* (the "Stipulation") filed in connection with the *Motion to Enforce Sale Order* [Docket No. 1825] and the *Motion to Enforce Sale Order (ECF 795) and Joinder in Enigma Securities Limited's Motion for Similar Relief (ECF 1825)* [Docket No. 1834] (the "Motions");

1

167619649.2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1    **IT IS HEREBY ORDERED** that the Stipulation is approved.

2    **IT IS FURTHER HEREBY ORDERED** that:

3    1.    The hearing on the Motions set for February 12, 2025 at 9:30 a.m. is hereby continued

4    to **March 26, 2025 at 9:30 a.m.**;

5    2.    The deadline to file objections to the Motions is **March 17, 2025**; and

6    3.    The deadline to file a reply to any objections is **March 21, 2025**.

7    **IT IS SO ORDERED.**

8    Prepared and respectfully submitted by:

9    **FOX ROTHSCHILD LLP**

10   By:    */s/Brett A. Axelrod*

11       BRETT A. AXELROD, ESQ.
         Nevada Bar No. 5859

12       NICHOLAS A. KOFFROTH, ESQ.
         Nevada Bar No. 16264

13       1980 Festival Plaza Drive, Suite 700
         Las Vegas, Nevada 89135

14       *Counsel for Debtors*

15

16                                            # # #

17

18

19

20

21

22

23

24

25

26

27

28

2

167619649.2