BRETT A. AXELROD, ESQ. (5829)
JEANETTE E. MCPHERSON, ESQ. (5423)
NICHOLAS A. KOFFROTH, ESQ. (16264)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
      jmcpherson@foxrothschild.com
      nkoffroth@foxrothschild.com
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>  dba COIN CLOUD,<br><br>                      Debtor. | Case No. BK-23-10423-mkn<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER APPROVING SECOND STIPULATION TO CONTINUE HEARING DATE AND RESPONSE DEADLINES** |

**PLEASE TAKE NOTICE** that on the 6th day of February, 2025, the Court entered an *Order Second Stipulation to Continue Hearing Date and Response Deadlines* [ECF 1927], a copy of which is attached here.

Dated this 6th day of February, 2025.    **FOX ROTHSCHILD LLP**

                                                         By: /s/ Brett A. Axelrod
                                                         JEANETTE E. MCPHERSON, ESQ. (5423)
                                                         BRETT A. AXELROD, ESQ. (5859)
                                                         NICHOLAS A. KOFFROTH, ESQ. (16264)
                                                         1980 Festival Plaza Drive, Suite 700
                                                         Las Vegas, Nevada 89135
                                                       *Counsel for Debtor*

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 06, 2025

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>  dba COIN CLOUD,<br><br>                           Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND STIPULATION TO CONTINUE HEARING DATE AND RESPONSE DEADLINES**<br><br>Old Hearing Date: February 12, 2025<br>Old Hearing Time: 9:30 a.m.<br><br>New Hearing Date: March 26, 2025<br>New Hearing Time: 9:30 a.m. |

The Court having reviewed and considered the *Second Stipulation to Continue Hearing Date and Response Deadlines* (the "Stipulation") filed in connection with the *Motion to Enforce Sale Order* [Docket No. 1825] and the *Motion to Enforce Sale Order (ECF 795) and Joinder in Enigma Securities Limited's Motion for Similar Relief (ECF 1825)* [Docket No. 1834] (the "Motions");

1

167619649.2

**IT IS HEREBY ORDERED** that the Stipulation is approved.

**IT IS FURTHER HEREBY ORDERED** that:

1. The hearing on the Motions set for February 12, 2025 at 9:30 a.m. is hereby continued to **March 26, 2025 at 9:30 a.m.**;

2. The deadline to file objections to the Motions is **March 17, 2025**; and

3. The deadline to file a reply to any objections is **March 21, 2025**.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: ___/s/Brett A. Axelrod___
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtors*

# # #

167619649.2