BANKRUPTCY RECOVERY GROUP, LLC
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@brg.legal
GARRETT NYE, ESQ.
Illinois Bar No. 6329215
(*Appearing Pro Hac Vice*)
Email: gnye@brg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 702-483-6126
*Special Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| IN RE: | Case No. 23-10423-mkn |
|---|---|
| CASH CLOUD, INC., d/b/a COIN CLOUD, | Chapter 11 |
| Debtor. | |
| | Hearing Date: December 3, 2025<br>Hearing Time: 9:30 a.m. |

**DECLARATION OF DANIEL P. AYALA IN SUPPORT OF MOTION:
(I) PURSUANT TO FED. R. BANKR. P. 9019 TO AUTHORIZE AND APPROVE
SETTLEMENTS BETWEEN DEBTOR AND ((1) AMAZON WEB SERVICES INC.; (2)
EXPRESS TECHNOLOGY SERVICES, INC.; (3) KAPLAN LAW GROUP F/K/A
KAPLAN YOUNG LLC; (4) MIXPANEL, INC.; (5) ORACLE CORPORATION AND
ORACLE AMERICA, INC.; AND (6) TRANGISTICS INC.; AND (II) PURSUANT TO
FED. R. BANKR. P. 328, 330, AND 331 FOR AWARD AND PAYMENT OF
<u>CONTINGENCY FEE AND EXPENSES</u>**

I, Daniel P. Ayala, hereby declare as follows:

1. I am over the age of 18 and mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so.

2. I am the Independent Director of Cash Cloud, Inc. d/b/a Coin Cloud (the "<u>Debtor</u>").

3. I make this declaration in support of the *Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between Debtor and (1) Amazon Web Services Inc.; (2) Express Technology Services, Inc.; (3) Kaplan Law Group f/k/a Kaplan Young LLC; (4) Mixpanel, Inc.; (5) Oracle Corporation and Oracle America, Inc.; and (6) Trangistics Inc.; and*

*(II) Pursuant to Fed. R. Bankr. P. 328, 330, and 331 for Award and Payment of Contingency Fee and Expenses* (the "Motion").[1]

4. Each of the Settling Transferees responded to the Debtor's demand that they return certain allegedly preferential transfers. The Settling Transferees asserted defenses and made counteroffers to the settlement offers made by Debtor. The asserted defenses were reviewed and analyzed, informal discovery was undertaken where necessary, and negotiations ensued resulting in the proposed settlements summarized on Exhibit 1 to the Motion and memorialized in the settlement agreements attached as Exhibits 3 and 8 to the Motion.

5. I considered the information received from the Settling Transferees and recommendations provided by BRG and determined the appropriate settlement offers.

6. Having considered the potential defenses, the likelihood of success, the delay and expense of litigation, I believe that each of the settlements are fair and reasonable and request that they be approved.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 27th day of October 2025.

/s/ *Daniel P. Ayala*
DANIEL P. AYALA, ESQ.

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Motion.

Bankruptcy Recovery Group, LLC
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000