BANKRUPTCY RECOVERY GROUP, LLC
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@brg.legal
GARRETT NYE, ESQ.
Illinois Bar No. 6329215
(*Pro Hac Vice Granted*)
Email: gnye@brg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 702-483-6126
*Special Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>CASH CLOUD, INC., d/b/a COIN CLOUD,<br><br>Debtor. | Case No. 23-10423-MKN<br><br>Chapter 11<br><br>Hearing Date: November 18, 2025<br>Hearing Time: 10:30 a.m. |

**STATUS REPORT REGARDING AVOIDANCE ACTIONS**

Coin Cloud, Inc. d/b/a Coin Cloud ("Debtor"), by and through its special counsel, Bankruptcy Recovery Group, LLC, hereby files this status report pursuant to the Court's *Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought Pursuant to 11 U.S.C. §§ 547 Through 550* (the "Procedures Order") [ECF No. 1944][1] and reports as follows with respect to the Adversary Proceedings filed to date:

A.   **ADVERSARY PROCEEDINGS IN THE MEDIATION STAGE**

| Adversary Case No. | Case Name | Status[2] |
|---|---|---|
| 25-01034-mkn | Bankline Corporation | In the process of scheduling mediation. |
| 25-01080-mkn | First Insurance Funding Corporation | In the process of scheduling mediation. |

---

[1] All capitalized, undefined terms have the meaning set forth in the Procedures Order.

[2] Debtor is continuing to negotiate with each of the defendants in the mediation stage with the goal of resolving in advance of mediation to the extent possible.

B. **ADVERSARY PROCEEDINGS WHERE DEFAULT IS BEING SOUGHT**

| Adversary Case No. | Case Name | Status |
|---|---|---|
| 25-01030-mkn | Abhishek, Inc. | Default entered. Motion for entry of default judgment to be filed. |
| 25-01078-mkn | Kiosk Information Systems Inc. | Default entered. Motion for entry of default judgment to be filed. |
| 25-01044-mkn | MMG Partners, LLC | Default entered. Motion for entry of default judgment to be filed. |
| 25-01047-mkn | NV Energy, Inc. | Default entered. Parties currently in settlement discussions. |
| 25-01050-mkn | PAC Armed LLC | Default entered. Motion for entry of default judgment to be filed. |
| 25-01040-mkn | Rudy Gonzalez d/b/a R&R Home Solutions | Default entered. Motion for entry of default judgment to be filed. |
| 25-01070-mkn | Sebastian Lletget | Default entered. Motion for entry of default judgment to be filed. |

C. **ADVERSARY PROCEEDINGS THAT HAVE BEEN SETTLED/RESOLVED[3]**

| Adversary Case No. | Case Name | Status |
|---|---|---|
| 25-01031-mkn | Amazon Web Services, Inc. | This claim has been settled and a 9019 motion has been filed. |
| 25-01035 | Blockscore, LLC d/b/a Cognito | This claim has been settled. 9019 to be filed. |
| 25-01038-mkn | Express Technology Services, Inc. | This claim has been settled and a 9019 motion has been filed. |
| 25-01082-mkn | Kelly Corps LLC | Case has been settled. A 9019 will be filed. |
| 25-01039-mkn | Kaplan Law Group LLC f/k/a Kaplan Young LLC | This claim has been settled and a 9019 motion has been filed. |
| 25-01081-mkn | IPFS Corporation | Case has been settled. A 9019 will be filed. |
| 25-01041-mkn | Loomis Armored US, LLC | Case has been settled. A 9019 will be filed. |

---

[3] In certain instances, the parties are still finalizing the written settlement agreement. All settlements agreed to by Debtor are subject to the parties executing a mutually acceptable settlement agreement.

| Adversary Case No. | Case Name | Status |
|---|---|---|
| 25-01043-mkn | Mixpanel Inc. | This claim has been settled and a 9019 motion has been filed. |
| 25-01045-mkn | Morning Star Cleaning Service LLC | Case has been settled. A 9019 will be filed. |
| 25-01048-mkn | Now CFO Las Vegas LLC | Case has been settled. A 9019 will be filed. |
| 25-01049-mkn | Oracle Corporation and Wells Fargo Equipment Finance, Inc. | This claim has been settled and a 9019 motion has been filed. |
| 25-01051-mkn | Power House TSSP LLC | Case has been settled. A 9019 will be filed. |
| 25-01069-mkn | Rochester Armored Car Co, Inc. | This claim has been settled. 9019 to be filed. |
| 25-01072-mkn | Stratis Advisory LLC | Case has been settled. A 9019 will be filed. |
| 25-01079-mkn | Trangistics Inc. | This claim has been settled and a 9019 motion has been filed. |
| 25-01075-mkn | Verizon Business Global LLC | Case has been settled. A 9019 will be filed. |

D.   **ADVERSARY PROCEEDINGS THAT HAVE BEEN DISMISSED**

| Adversary Case No. | Case Name | Status |
|---|---|---|
| 25-01032-mkn | AvTech Capital, LLC | Case has been dismissed. |
| 25-01036-mkn | Cash Man Services LC | Case has been dismissed. |
| 25-01037-mkn | Chainalysis, Inc. | Case has been dismissed. |
| 25-01083-mkn | Potter County | Case has been dismissed. |
| 25-01042-mkn | MAB Medical Management | Case has been dismissed. |
| 25-01046-mkn | Naylor & Braster Attorneys at Law, PLLC | Case has been dismissed. |
| 25-01085-mkn | Randall County | Case has been dismissed. |
| 25-01052-mkn | Ranstad North America, Inc. | Case has been dismissed. |
| 25-01053-mkn | Ringcentral Inc. | Case has been dismissed. |

| Adversary Case No. | Case Name | Status |
|---|---|---|
| 25-01084-mkn | State of Nevada Department of Taxation | Case has been dismissed. |
| 25-01086-mkn | Seimens Industry, Inc. | Case has been dismissed. |
| 25-01073-mkn | Systemsaccountants Inc. | Case has been dismissed. |
| 25-01033-mkn | The Bachrach Group, Ltd. | Case has been dismissed. |
| 25-01087-mkn | Twillo Inc. | Case has been dismissed. |
| 25-01074-mkn | United Parcel Service, Inc. | Case has been dismissed. |
| 25-01076-mkn | Whitney Booth Insurance LLC | Case has been dismissed. |

E. **ADVERSARY PROCEEDINGS MOVING TO DISCOVERY**

| | | |
|---|---|---|
| 25-01077-mkn | Deployment Logix Inc. | Mediation was unsuccessful. A discovery plan will be submitted to the Court. |
| 25-01088-mkn | Surety Bank and Christopher McAlary | Mediation was unsuccessful. Discovery is active as to both claims. Debtor and Mr. McAlary have reached agreement on settlement in principle, pending preparation of a mutually acceptable written settlement agreement. |

Dated this 7th day of November 2025.

BANKRUPTCY RECOVERY GROUP, LLC

By: */s/ Garrett Nye*
TALITHA GRAY KOZLOWSKI, ESQ.
GARRETT NYE, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Special Counsel for Debtor*