BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         nkoffroth@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**FOX ROTHSCHILD LLP'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER, 1, 2025 THROUGH NOVEMBER 30, 2025** |

Fox Rothschild LLP ("Fox" or "Applicant"), counsel to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), hereby submits this *Monthly Fee Statement of Services Rendered and Expenses Incurred for the Period from November 1, 2025, through November 30, 2025* (the "Statement"), pursuant to the *Final Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date* [ECF No. 189] and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

In support of this Statement, Fox respectfully represents as follows:

179885490.1                                                      1

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

1. Fox hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's counsel during the period commencing November 1, 2025, through November 30, 2025 (the "Statement Period").

2. Fox seeks allowance and payment of interim compensation for fees in the amount of $13,086.40, representing 80% of the $ $16,358.00 in fees incurred for services rendered during the Statement Period, plus reimbursement of $ 727.03, representing 100% of the expenses incurred during the Statement Period, for a total award of $13,813.43 for the Statement Period.

3. Attached hereto as **Exhibit A** is the name of each timekeeper who performed services in connection with the Chapter 11 Case during the Statement Period, and the hourly rate for each such timekeeper.

4. Attached hereto as **Exhibit B** is a task code summary.

5. Attached hereto as **Exhibit C** is a detailed schedule of time expended by the timekeepers who performed services during the Statement Period and a detailed schedule of expenses paid during the Statement Period.

6. On the same date this Statement was filed, Fox served a copy of this Statement via electronic mail/notice on the following parties (each a "Notice Party," and collectively, the "Notice Parties"):

   i. Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

   ii. Fox Rothschild, LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

   iii. United States Trustee Tracy Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

   iv. Seward & Kissel, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J.

179885490.1

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

        Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

   v.   Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com); counsel to DIP lender CKDL Credit, LLC;

   vi.   Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

   vii.   Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

7.    Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "<u>Objection Deadline</u>"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

8.    If no objections are raised on or before the Objection Deadline, Applicant shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the fees and 100 percent of the expenses incurred during the period covered by Applicant's Monthly Fee Application.

9.    If an objection is properly filed before the Objection Deadline, Applicant shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "<u>Undisputed Fees</u>" and "<u>Undisputed Expenses</u>"), after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the Undisputed Fees and 100 percent of the Undisputed Expenses incurred during the period covered by Applicant's Monthly

179885490.1

Fee Application.

10. Applicant acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses. At the conclusion of the Chapter 11 Case, Applicant will seek final allowance of the fees charged and expenses incurred for the entirety of the Chapter 11 Case, and any interim fees and expenses received during the course of the Chapter 11 Case will be credited against such fees and expenses that are allowed on a final basis.

11. Neither Applicant nor any member of Fox has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of Fox, any portion of the fees or expenses to be awarded pursuant to this Statement.

Dated this 5th day of December 2025.

**FOX ROTHSCHILD LLP**

By:  *s/Brett A. Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

# EXHIBIT A

## Summary of Fox Professionals and Paraprofessionals
### November 1, 2025, through November 30, 2025

| ATTORNEY | HOURLY RATE | APPLICATION HOURS | TOTAL FEES |
|---|---:|---:|---:|
| Brett A. Axelrod – Partner | $1,155.00 | 9.5 | $10,972.50 |
| E. Levin – Partner | $950.00 | 0.3 | $285.00 |
| DeAnna Forbush – Partner | $670.00 | 0.7 | $469.00 |
| Audrey Noll – Counsel | $995.00 | 1.5 | $1,492.50 |
| **Subtotal** | | **12.0** | **$13,219.00** |
| **Blended Rate (Attorneys only)** | **$1,101.58** | | |
| **PARAPROFESSIONAL** | **HOURLY RATE** | **APPLICATION HOURS** | **TOTAL FEES** |
| Patricia M. Chlum – Senior Paralegal | $430.00 | 7.3 | $3,139.00 |
| **Subtotal** | | 7.3 | $3,139.00 |
| **GRAND TOTAL** | | **19.3** | **$16,358.00** |
| **Combined Blended Rate (Attorneys and Paraprofessionals)** | **$847.56** | | |

179885490.1

1

# EXHIBIT B
# TASK CODE SUMMARY

| Task | Description | Hours | Amount |
|---|---|---:|---:|
| AA | ASSET ANALYSIS & RECOVERY | 4.0 | $4,494.50 |
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 5.3 | $5,324.00 |
| BO | BUSINESS OPERATIONS | 1.1 | $931.00 |
| CA | CASE ADMINISTRATION | 0.7 | $736.00 |
| CH | COURT HEARINGS | 0.3 | $346.50 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 7.1 | $3,964.50 |
| TR | TRUSTEE REPORTING/SCHEDULES | 0.8 | $561.50 |
| | **TOTAL** | **19.3** | **$16,358.00** |

179885490.1

# EXHIBIT C

**Detailed Schedule of Time Expended by Professionals and Paraprofessionals**

**and**

**Detailed Schedule of Expenses Incurred**

179885490.1



ONE SUMMERLIN 1980 FESTIVAL PLAZA DR., SUITE 700 LAS VEGAS, NV  89135
Tel 215.299.2000    Fax  215.299.2150    www.foxrothschild.com

TAX I.D. NO. 23-1404723

CASH CLOUD INC. DBA COIN CLOUD
DANIEL AYALA
300 S. FOURTH ST. 16TH FLOOR
LAS VEGAS, NV 89101

| | |
|---|---:|
| Invoice Number | ****** |
| Invoice Date | 12/03/25 |
| Client Number | 353743 |
| Matter Number | 00002 |

dayala@ayalalaw.com

RE:  POST PETITION

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| **TASK: AA** | | | | | |
| 11/19/2025 | NOLL | AA | REVIEW CORRESPONDENCE FROM J. RUCCI REGARDING INTERPRETATION OF ARBITRATION AWARD. | 0.1 | $99.50 |
| 11/19/2025 | NOLL | AA | EXCHANGE MULTIPLE EMAILS WITH B. AXELROD AND P. CHLUM REGARDING MONTHLY AND INTERIM FEE APPLICATIONS. | 0.3 | $298.50 |
| 11/20/2025 | AXELROD | AA | CALL WITH E. LEVIN RE MONETIZATION OF JUDGMENTS | 0.4 | $462.00 |
| 11/20/2025 | LEVIN | AA | CONFERENCE WITH B. AXELROD RE: POTENTIAL LIT FIN OPPORTUNITIES; STRATEGIZE RE: SAME. | 0.3 | $285.00 |
| 11/21/2025 | AXELROD | AA | REVIEW BITACCESS FINANCIALS | 0.6 | $693.00 |
| 11/21/2025 | AXELROD | AA | CALL WITH AYALA ON MCCLARY SURETY STRATEGY | 0.2 | $231.00 |
| 11/21/2025 | AXELROD | AA | CALL WITH M. TUCKER ON BITACCESS ABILITY TO PAY JUDGEMENT | 0.4 | $462.00 |
| 11/21/2025 | AXELROD | AA | FOLLOW UP DISCUSSION WITH E. LEVIN RE MONETIZATION OF JUDGEMENT | 0.3 | $346.50 |
| 11/24/2025 | AXELROD | AA | CALL WITH G. NYE RE MCALARY REQUEST RE | 0.2 | $231.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | SURETY | | |
| 11/25/2025 | AXELROD | AA | CALL WITH D. CICA RE BITACCESS JUDGEMENT AND WILLINGNESS TO SELL SAME | 0.3 | $346.50 |
| 11/25/2025 | AXELROD | AA | EMAIL K. CARON RE AWARD SECURITY PER MONETIZATION OF SAME | 0.1 | $115.50 |
| 11/25/2025 | AXELROD | AA | CALL WITH E. LEVIN RE JUDGEMENT | 0.8 | $924.00 |
| | | | **SUBTOTAL TASK: AA** | **4.0** | **$4,494.50** |

**TASK: AP**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/07/2025 | CHLUM | AP | REVIEW STATUS REPORT REGARDING AVOIDANCE ACTIONS | 0.1 | $43.00 |
| 11/10/2025 | AXELROD | AP | REVIEW STATUS REPORT ON AVOIDANCE ACTIONS | 0.2 | $231.00 |
| 11/10/2025 | CHLUM | AP | REVIEW STATUS REPORT RE AVOIDANCE ACTIONS | 0.1 | $43.00 |
| 11/12/2025 | CHLUM | AP | REVIEW LUX EX PARTE MOTION TO SEAL AND MOTION FOR SANCTIONS | 0.1 | $43.00 |
| 11/13/2025 | CHLUM | AP | REVIEW COURT'S MINUTE ORDER RE HEARING ON LUX MOTION FOR SANCTIONS | 0.1 | $43.00 |
| 11/13/2025 | CHLUM | AP | REVIEW FIFTH THIRD BANK CASE NOTICE OF ENTRY OF ORDER GRANTING RECEIVER'S MOTION TO (I) APPROVE FINAL REPORT AND (II) FOR ORDER DISCHARGING RECEIVER | 0.2 | $86.00 |
| 11/14/2025 | AXELROD | AP | REVIEW AND PROVIDE COMMENTS TO MCALARY SETTLEMENT SECURITY ACTION | 0.3 | $346.50 |
| 11/14/2025 | AXELROD | AP | REVIEW BIT ACCESS ARBITRATION AWARD | 0.5 | $577.50 |
| 11/14/2025 | CHLUM | AP | REVIEW EMAIL FROM B. AXELROD AND ATTACHED ARBITRATION AWARD; CATALOG SAME | 0.2 | $86.00 |
| 11/17/2025 | AXELROD | AP | REVIEW EMAIL FROM K. CARON RE BITACCESS AWARD AND TIMING | 0.2 | $231.00 |
| 11/17/2025 | AXELROD | AP | REVIEW EMAIL FROM N. WINSLOW RE GENESIS STIPULATION APPROVAL | 0.1 | $115.50 |
| 11/18/2025 | AXELROD | AP | REVIEW MULTIPLE SETTLEMENT AGREEMENTS REFERENCED ACTIONS WITH BLACKSTONE KELLY CORP. MORNINGSTAR EXPRESS ROCHESTER AND LABORS | 0.6 | $693.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/19/2025 | AXELROD | AP | EMAIL EXCHANGE WITH K. CARON AND D. AYALA RE ARBITRATION AWARD - BITACCESS | 0.3 | $346.50 |
| 11/19/2025 | AXELROD | AP | REVIEW LETTER SUBMISSION TO ARBITRATION ON AWARD RE BITACCESS | 0.1 | $115.50 |
| 11/19/2025 | CHLUM | AP | REVIEW EMAIL FROM J. RUCCI AND CORRESPONDENCE RE ARBITRATION AWARD; CATALOG SAME | 0.2 | $86.00 |
| 11/21/2025 | AXELROD | AP | REVIEW AMENDED ARBITRATION AWARD BITACCESS | 0.6 | $693.00 |
| 11/21/2025 | AXELROD | AP | REVIEW AND RESPOND TO EMAIL FROM G. NYE RE MCCLARY SURETY SETTLEMENT PROPOSED COMPROMISE LANGUAGE | 0.3 | $346.50 |
| 11/24/2025 | CHLUM | AP | REVIEW NOTICE OF COMPLETION OF DEPOSITION OF BRANDON MINTZ | 0.1 | $43.00 |
| 11/25/2025 | AXELROD | AP | REVIEW EMAIL FROM G. NYE RE SECURITY ADVERSARY AND RESPOND TO SAME | 0.2 | $231.00 |
| 11/25/2025 | AXELROD | AP | EMAIL C. CARLYON RE AGREMENT TO KEEP AWARD STRICTLY CONFIDENTIAL BITACCESS | 0.1 | $115.50 |
| 11/25/2025 | AXELROD | AP | REVIEW EMAIL FROM J. RUCCI ON CONDITION TO SHARE BITACCESS AWARD WITH MCALARY'S COUNSEL | 0.1 | $115.50 |
| 11/25/2025 | AXELROD | AP | EMAIL EXCHANGE WITH C. CARLYON AND D. CICA RE MSJ IN LUX VENDING BASED ON BITACCESS AWARD | 0.3 | $346.50 |
| 11/25/2025 | AXELROD | AP | REVIEW BITACCESS 8K RE JUDGEMENT | 0.1 | $115.50 |
| 11/25/2025 | AXELROD | AP | EMAIL EXCHANGE TUCKER AND CARON ON BITACCESS FEES | 0.2 | $231.00 |
| | | | **SUBTOTAL TASK: AP** | **5.3** | **$5,324.00** |

**TASK: BO**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/20/2025 | AXELROD | BO | REVIEW AND RESPOND TO EMAIL FROM K. HAWLEY RE INDEPENDENT CONTRACTOR AGREEMENTS FROM HALL AND BALDI | 0.2 | $231.00 |
| 11/24/2025 | FORBUSH | BO | REVIEW AND ANALYZE INDEPENDENT CONTRACTOR AGREEMENTS. DISCUSS SAME WITH CO-COUNSEL | 0.7 | $469.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/25/2025 | AXELROD | BO | AXELROD. EMAIL EXCHANGE WITH M. TUCKER ON EMPLOYEE PAYROLL QUESTION | 0.2 | $231.00 |
| | | | **SUBTOTAL TASK: BO** | **1.1** | **$931.00** |
| **TASK: CA** | | | | | |
| 11/13/2025 | AXELROD | CA | REVIEW EMAIL RE INSURANCE WIRE | 0.1 | $115.50 |
| 11/13/2025 | CHLUM | CA | REVIEW FTI MONTHLY FEE APPLICATION | 0.1 | $43.00 |
| 11/25/2025 | AXELROD | CA | CALL WITH CANADIAN COUNSEL AND FTI | 0.5 | $577.50 |
| | | | **SUBTOTAL TASK: CA** | **0.7** | **$736.00** |
| **TASK: CH** | | | | | |
| 11/12/2025 | AXELROD | CH | ATTEND HEARING ON MOTION TO FILE CONFESSIONS OF JUDGEMENT | 0.3 | $346.50 |
| | | | **SUBTOTAL TASK: CH** | **0.3** | **$346.50** |
| **TASK: FA1** | | | | | |
| 11/19/2025 | AXELROD | FA1 | INSTRUCT P. CHLUM RE MONTHLY FEE STATEMENTS AND FEE APPLICATION | 0.2 | $231.00 |
| 11/19/2025 | AXELROD | FA1 | EMAIL EXCHANGE WITH P. CHLUM RE MONTHLY CONSOLIDATED FEE STATEMENT | 0.2 | $231.00 |
| 11/19/2025 | CHLUM | FA1 | REVIEW EMAIL FROM B. AXELROD RE WITHDRAWAL OF FOX FEE APPLICATION | 0.1 | $43.00 |
| 11/19/2025 | CHLUM | FA1 | DRAFT NOTICE OF REMOVAL OF FOX FEE APPLICATION | 0.4 | $172.00 |
| 11/19/2025 | CHLUM | FA1 | FINALIZE AND FILE WITH THE COURT NOTICE OF WITHDRAWAL OF FOX FEE APPLICATION | 0.2 | $86.00 |
| 11/19/2025 | CHLUM | FA1 | REVISE FOX SECOND INTERIM FEE APPLICATION | 1.2 | $516.00 |
| 11/19/2025 | CHLUM | FA1 | REVISE AXELROD DECLARATION IN SUPPORT OF FOX SECOND INTERIM FEE APPLICATION | 0.4 | $172.00 |
| 11/19/2025 | CHLUM | FA1 | REVISE AYALA DECLARATION IN SUPPORT OF OF FOX SECOND INTERIM FEE APPLICATION | 0.4 | $172.00 |
| 11/19/2025 | CHLUM | FA1 | PREPARING CONSOLIDATED MONTHLY FEE APPLICATION | 0.5 | $215.00 |
| 11/19/2025 | CHLUM | FA1 | PREPARE REDLINE OF FOX SECOND INTERIM FEE APPICATION, CIRCULATE CLEAN AND REDLINE TO B. | 0.3 | $129.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | AXELROD AND A. NOLL FOR REVIEW | | |
| 11/20/2025 | NOLL | FA1 | REVIEW AND REVISE FOX SECOND INTERIM FEE APPLICATION. | 0.5 | $497.50 |
| 11/20/2025 | NOLL | FA1 | EXCHANGE EMAILS WITH P. CHLUM REGARDING SECOND INTERIM FEE APPLICATION. | 0.1 | $99.50 |
| 11/20/2025 | NOLL | FA1 | REVIEW AND REVISE AXELROD AND AYALA DECLARATIONS ISO FOX SECOND INTERIM FEE APPLICATION. | 0.5 | $497.50 |
| 11/21/2025 | CHLUM | FA1 | FINALIZE AND FILE WITH THE COURT FOX SECOND INTERIM FEE APPLICATION; DECLARATION OF AXELROD; DECLARATION OF AYALA AND NOTICE OF HEARING | 1.6 | $688.00 |
| 11/21/2025 | CHLUM | FA1 | FINALIZE AND FILE MONTHLY FEE STATEMENT FOR MAY-OCTOBER 2025; EFFECTUATE SERVICE OF SAME | 0.5 | $215.00 |
| | | | **SUBTOTAL TASK: FA1** | **7.1** | **$3,964.50** |

**TASK: TR**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/19/2025 | CHLUM | TR | REVIEW EMAIL TO T. JAMES RE DELINQUENT MORS | 0.1 | $43.00 |
| 11/24/2025 | AXELROD | TR | WORK ON MORS | 0.3 | $346.50 |
| 11/24/2025 | CHLUM | TR | REVIEW AND RESPOND TO EMAIL FROM J. HALL REGARDING PROFESSIONAL FEES FOR MOR | 0.2 | $86.00 |
| 11/24/2025 | CHLUM | TR | EXCHANGE MULTIPLE EMAILS WITH K. SUMMERLIN REGRDING FOX PROFESSIONAL FEES FOR JUNE, JULY AND AUGUST FOR MORS | 0.2 | $86.00 |
| | | | **SUBTOTAL TASK: TR** | **0.8** | **$561.50** |
| | | | **TOTAL** | **19.3** | **$16,358.00** |

**TASK SUMMARY:**

| Task | Description | Hours | Amount |
|---|---|---|---|
| AA | ASSET ANALYSIS & RECOVERY | 4.0 | $4,494.50 |
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 5.3 | $5,324.00 |
| BO | BUSINESS OPERATIONS | 1.1 | $931.00 |
| CA | CASE ADMINISTRATION | 0.7 | $736.00 |
| CH | COURT HEARINGS | 0.3 | $346.50 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 7.1 | $3,964.50 |
| TR | TRUSTEE REPORTING/SCHEDULES | 0.8 | $561.50 |

| Task | Description | Hours | Amount |
|---|---|---|---|
| | TOTAL | 19.3 | $16,358.00 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| E. LEVIN | 0.3 | $950.00 | $285.00 |
| BRETT AXELROD B. A. | 9.5 | $1,155.00 | $10,972.50 |
| P. M. CHLUM | 7.3 | $430.00 | $3,139.00 |
| A. NOLL | 1.5 | $995.00 | $1,492.50 |
| D. FORBUSH | 0.7 | $670.00 | $469.00 |
| TOTAL | 19.3 | | $16,358.00 |

TOTAL PROFESSIONAL SERVICES     $16,358.00

**COSTS ADVANCED AND EXPENSES INCURRED:**

**EXPENSE DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 03/31/2020 | Reversal from Void Check Number: 739714 Bank ID: 12 Voucher ID: 1129454 Vendor: WELLS FARGO CREDIT CARD MEALS WELLS FARGO CREDIT CARD - Breakfast meeting with Cash Cloud | $(48.90) |
| 03/31/2020 | MEALS WELLS FARGO CREDIT CARD - Breakfast meeting with Cash Cloud | $48.90 |
| 04/11/2020 | Reversal from Void Check Number: 739714 Bank ID: 12 Voucher ID: 1129454 Vendor: WELLS FARGO CREDIT CARD MEALS WELLS FARGO CREDIT CARD - Meeting with Zach Williams | $(112.99) |
| 04/11/2020 | MEALS WELLS FARGO CREDIT CARD - Meeting with Zach Williams | $112.99 |
| 11/21/2025 | REPROGRAPHICS - BLACK/WHITE | $4.60 |
| 11/21/2025 | REPROGRAPHICS - BLACK/WHITE | $72.60 |
| 11/26/2025 | FOX ROTHSCHILD LLP E-DISCOVERY - FOX ROTHSCHILD LLP E-DISCOVERY - ETECH RELATIVITY COSTS NOV 2025 | $15.15 |
| 11/26/2025 | FOX ROTHSCHILD LLP E-DISCOVERY - FOX ROTHSCHILD LLP E-DISCOVERY - ETECH RELATIVITY COSTS NOV 2025 | $634.68 |

**EXPENSE SUMMARY:**

| Description | Amount |
|---|---|
| REPROGRAPHICS - BLACK/WHITE | $77.20 |
| MEALS | $0.00 |
| ETECH RELATIVITY COSTS | $649.83 |

|  |  |
|---|---|
| TOTAL EXPENSES | <u>$727.03</u> |
| TOTAL AMOUNT OF THIS INVOICE | $17,085.03 |