PETER C. ANDERSON
UNITED STATES TRUSTEE
TERRI H. DIDION, CA SBN 133491
ASSISTANT UNITED STATES TRUSTEE
JARED A. DAY, CA SBN 275687
TRIAL ATTORNEY
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Booth Street, Room 3009
Reno, NV 89509
Telephone: (775) 784-5530
E-mail: *jared.a.day@usdoj.gov*

Attorneys for United States Trustee for Region 17

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No: 23-10423-mkn |
| CASH CLOUD, INC. dba COIN CLOUD, | Chapter 11 |
| Debtor. | Date: December 24, 2025<br>Time: 9:30 a.m. |

### STIPULATION TO REVISE BRIEFING SCHEDULE ON SECOND INTERIM APPLICATION FOR COMPENSATION FILED BY FOX ROTHSCHILD LLP

Peter C. Anderson, United States Trustee for Region 17 ("United States Trustee"), by and through his undersigned counsel, and Debtor Cash Cloud, Inc. dba Coin Cloud ("Debtor"), through its undersigned general bankruptcy counsel Fox Rothschild LLP ("Fox Rothschild") (collectively, the "Parties"), hereby stipulate to the following facts:

1.      On November 21, 2025, Fox Rothschild filed its second interim application for compensation (the "Application").  *See* ECF No. 2141.

2.      The Application is presently scheduled for hearing on the above-captioned hearing date and time.  *See* ECF No. 2146.

3.      The current deadline to respond to the Application is December 10, 2025.  *Id.*

1

4.      A reasonable amount of time beyond the current briefing schedule is needed to finalize negotiations, any opposition to the Application by the United States Trustee, and any reply by Fox Rothschild.

5.      The Parties hereby agree that the deadline for the United States Trustee to file any opposition to the Application is extended to December 16, 2025, and the deadline for Fox Rothschild to file any reply is extended to December 22, 2025.

6.      No previous time modifications related to this request have been made in this case, and this stipulation will not alter the above-captioned hearing date.  *See* ECF Docket *generally*.

7.      The United States Trustee will promptly upload a proposed order requesting approval of the stipulated agreement set forth herein.

Dated: December 10, 2025                  December 10, 2025

FOX ROTHSCHILD LLP                     UNITED STATES TRUSTEE
DEBTOR                                              PETER C. ANDERSON

*/s/ Brett Axelrod*                                */s/ Jared A. Day*
By: Brett Axelrod                                  By: Jared A. Day
Attorney for Debtor                              Attorney for the United States Trustee