BANKRUPTCY RECOVERY GROUP, LLC
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@brg.legal
GARRETT NYE, ESQ.
Illinois Bar No. 6329215
(*Pro Hac Vice Granted*)
Email: gnye@brg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 702-483-6126
*Special Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

IN RE:

CASH CLOUD, INC., d/b/a COIN CLOUD,

    Debtor.

Case No. 23-10423-MKN

Chapter 11

Hearing Date:  August 25, 2026
Hearing Time: 10:30 a.m.

**DECLARATION OF DANIEL P. AYALA IN SUPPORT OF MOTION:**
**(I) PURSUANT TO FED. R. BANKR. P. 9019 TO AUTHORIZE AND APPROVE**
**SETTLEMENTS BETWEEN DEBTOR AND (1) FIRST INSURANCE FUNDING AND**
**(2) SURETY BANK; AND (II) PURSUANT TO 11 U.S.C. §§ 328 AND 330 FOR**
**AWARD AND PAYMENT OF CONTINGENCY FEE AND EXPENSES**

I, Daniel P. Ayala, hereby declare as follows:

1.    I am over the age of 18 and mentally competent.  I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so.

2.    I am the Independent Director of Cash Cloud, Inc. d/b/a Coin Cloud (the "Debtor").

3.    I make this declaration in support of the *Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between Debtor and (1) First Insurance Funding and (2) Surety Bank; and (II) Pursuant to 11 U.S.C. §§ 328 and 330 for Award and Payment of Contingency Fee and Expenses* (the "Motion").[1]

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Motion.

Bankruptcy Recovery
Group, LLC
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

4.     Each of the Settling Transferees responded to the Debtor's complaint seeking recovery of certain allegedly preferential transfers. These defenses were reviewed and analyzed, informal and formal discovery was undertaken where necessary, and negotiations ensued resulting in the proposed settlements summarized on Exhibit 1 to the Motion and memorialized in the Settlement Agreements attached as Exhibits 3 and 4 to the Motion.

5.     BRG considered the information received from the Settling Transferees, provided me with a detailed analysis regarding each of the Settling Transferees potential liability and made a recommendation regarding a reasonable range of settlement. I considered BRG's analysis and recommendations, asked questions if necessary and authorized the settlements memorialized in each of the Settlement Agreements.

6.     Based on the foregoing, I believe that each Settlement Agreement is fair and reasonable and request that they be approved.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 18th day of June 2026.

*/s/ Daniel P. Ayala*
DANIEL P. AYALA, ESQ.