BANKRUPTCY RECOVERY GROUP, LLC
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@brg.legal
GARRETT NYE, ESQ.
Illinois Bar No. 6329215
(*Pro Hac Vice Granted*)
Email: gnye@brg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 702-483-6126
*Special Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| IN RE: | Case No. 23-10423-MKN |
|---|---|
| CASH CLOUD, INC., d/b/a COIN CLOUD, | |
| Debtor. | Chapter 11 |
| | Hearing Date:  August 25, 2026 Hearing Time: 10:30 a.m. |

**NOTICE OF HEARING ON MOTION: (I) PURSUANT TO**
**FED. R. BANKR. P. 9019 TO AUTHORIZE AND APPROVE SETTLEMENTS**
**BETWEEN DEBTOR AND (1) FIRST INSURANCE FUNDING AND (2) SURETY**
**BANK; (II) PURSUANT TO 11 U.S.C. §§ 328 AND 330 FOR AWARD**
**AND PAYMENT OF CONTINGENCY FEE AND EXPENSES**

**NOTICE IS HEREBY GIVEN** that Debtor's *Motion: (I) Pursuant to Fed. R. Bankr. P.*

*9019 to Authorize and Approve Settlements Between Debtor and (1) First Insurance Funding and*

*(2) Surety Bank; and (II) Pursuant to 11 U.S.C. §§ 328 and 330 for Award and Payment of*

*Contingency Fee and Expenses* (the "Motion")[1] was filed by the Debtor in the above captioned

case.

Copies of the Motion and the supporting declarations may be obtained from the above-

captioned Bankruptcy Court, located at the Foley Building, 300 Las Vegas Blvd. South, Las Vegas,

Nevada    89101,    through    the    Bankruptcy    Court's    electronic    filing    system

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Motion.

(www.ecf.nvb.uscourts.gov/), or by contacting Talitha Gray Kozlowski at 702-483-6126 or tgray@brg.legal.

The Motion seeks an order approving two Settlement Agreements, which are summarized on **Exhibit 1** hereto. The Motion also seeks an order approving and awarding BRG's contingency fee of $18,250.00 and reimbursement of mediation expenses of $6,000.00

Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and

- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Courtroom No. Courtroom 2, Las Vegas, Nevada on **August 25, 2026, at the hour of 10:30 a.m.**. Parties are permitted to appear in person or telephonically by dialing (833) 435-1820 and entering meeting ID (if applicable): 161 062 2560 and entering access code or passcode 029066#.

Dated this 18th day of June 2026.

BANKRUPTCY RECOVERY GROUP LLC


By: */s/ Talitha Gray Kozlowski*
     TALITHA GRAY KOZLOWSKI, ESQ.
     GARRETT NYE, ESQ.
     (Pro Hac Vice Granted)
     7251 Amigo Street, Suite 210
     Las Vegas, Nevada 89119
     *Special Counsel for Debtor*