BANKRUPTCY RECOVERY GROUP, LLC
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@brg.legal
GARRETT NYE, ESQ.
Illinois Bar No. 6329215
(*Pro Hac Vice Granted*)
Email: gnye@brg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (702) 483-6126
*Special Counsel for Cash Cloud, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-23-10423-MKN |
| CASH CLOUD, INC.,<br>dba COIN CLOUD, | Chapter: 11 |
| Debtor. | Date:   August 25, 2026<br>Time:   10:30 a.m. |

**<u>CERTIFICATE OF SERVICE</u>**

1.  On June 18, 2026, I served the following document(s):

   a.  *Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between Debtor and (1) First Insurance Funding and (2) Surety Bank; and (II) Pursuant to 11 U.S.C. §§ 328 and 330 for Award and Payment of Contingency Fee and Expenses*   Dkt. No. 2241

   b.  *Declaration of Talitha Gray Kozlowski in Support of Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between Debtor and (1) First Insurance Funding and (2) Surety Bank; and (II) Pursuant to 11 U.S.C. §§ 328 and 330 for Award and Payment of Contingency Fee and Expenses*   Dkt. No. 2242

   c.  *Declaration of Daniel P. Ayala in Support of Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between Debtor and (1) First Insurance Funding and (2) Surety Bank; and (II) Pursuant to 11 U.S.C. §§ 328 and 330 for Award and Payment of Contingency Fee and Expenses*   Dkt. No. 2243

   d.  *Notice of Hearing on Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between Debtor and (1) First Insurance Funding and (2) Surety Bank; and (II) Pursuant to 11 U.S.C. §§ 328 and 330 for Award and Payment of Contingency Fee and Expenses Fee and Expenses*   Dkt. No. 2244

2. I served the above-named document(s) by the following means to the persons as listed below:

☒ a. ECF System: See attached ECF Confirmation Sheets.

3. June 23, 2026, I served the following document(s):

a. *Notice of Hearing on Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between Debtor and (1) First Insurance Funding and (2) Surety Bank; and (II) Pursuant to 11 U.S.C. §§ 328 and 330 for Award and Payment of Contingency Fee and Expenses*   Dkt. No. 2244

☒ b. United States Mail, postage fully prepaid:

***See attached mailing matrix***

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of June, 2026.

*/s/ Vicki DiMaio*
Vicki DiMaio, an employee of
Bankruptcy Recovery Group, LLC

BANKRUPTCY
RECOVERY GROUP, LLC
7251 Amigo St., Ste. 210
Las Vegas, NV 89119

2

**File a Motion:**

23-10423-mkn CASH CLOUD, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: mkn | Case Flag: CLMAGT, BAPCPA, EXHS |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from GARETT H. NYE entered on 6/18/2026 at 2:39 PM PDT and filed on 6/18/2026
**Case Name:**          CASH CLOUD, INC.
**Case Number:**      23-10423-mkn
**Document Number:** 2241

**Docket Text:**
Motion to Approve Compromise under Rule 9019 *Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between Debtor and (1) First Insurance Funding and (2) Surety Bank; and (II) Pursuant to 11 U.S.C. §§ 328 and 330 for Award and Payment of Contingency Fee and Expenses* with Proposed Order Filed by GARETT H. NYE on behalf of CASH CLOUD, INC. (Attachments: # (1) Appendix 1 # (2) Exhibit 2 # (3) Exhibit 3 # (4) Exhibit 4)(NYE, GARETT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 9019 Motion - Cash Cloud.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/18/2026] [FileNumber=37663231-0
] [3cac0ae2e98963c576e08f8f637f28c4f4e7e5bc04b45cc94aab50d5c1f584ab8e6
b204ee594afee4b57f69fdfb278caead70fa879f0eee6355bea6c81aacde1]]
**Document description:** Appendix 1
**Original filename:** C:\fakepath\Ex 1 CHart.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/18/2026] [FileNumber=37663231-1
] [5984fe9dd2696cb4243f221980caccf648808d74b548fb764d1f31d330f57172da9
208504102af3758fd88968460ecdc99bb5fa8b1ffcec830eece9f60be0fbe]]
**Document description:** Exhibit 2
**Original filename:** C:\fakepath\Ex 2 Order re 9019 Order.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/18/2026] [FileNumber=37663231-2
] [4132e2f19b572135e35dea76fb397fb2cf875f5b005f44f8523747d28636218d91e
18488f22c20b229017f348f3bb4d4f21932f5e45ed393ffdfe44da9f4ff4d]]
**Document description:** Exhibit 3
**Original filename:** C:\fakepath\Ex 3 - First Insurance Settlement (REVISED)(FINAL) - DPA Executed.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/18/2026] [FileNumber=37663231-3
] [bf9a06d929ed73f4acf74981fb764b5006b9572dfd4c212fd264ece2b984e603772
9fe8aad34cbd9ddaea930ab4b3d9827b82e009edc0dc9157e04e91474270c]]
**Document description:** Exhibit 4
**Original filename:** C:\fakepath\Ex 4 - Surety Settlement (FE).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/18/2026] [FileNumber=37663231-4
] [245447228b38c08b3263360ac6c5c165e5bf341e0460d9bac51b16a27a2a5ec1136
969b005cdc35650701320aeb352724563c752321e549d2a9292968c4cf984]]

**23-10423-mkn Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Defendant SURETY BANK
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Defendant CASH CLOUD, INC., DBA COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

NICHOLAS E. BELAY on behalf of Defendant IPFS CORPORATION
nicholas.belay@akerman.com, akermanlas@akerman.com;elizabeth.streible@akerman.com

KURT R. BONDS on behalf of Creditor Populus Financial Group, Inc.
nvefile@hallevans.com, knechta@hallevans.com;bondsk@hallevans.com;tugglet@hallevans.com

LEW BRANDON, JR. on behalf of Creditor UNITED NATURAL FOODS, INC.
l.brandon@bsnv.law

OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

CANDACE C CARLYON on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

CANDACE C CARLYON on behalf of Creditor CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

CANDACE C CARLYON on behalf of Defendant CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

CANDACE C CARLYON on behalf of Interested Party CHRIS MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;pfalke

DAWN M. CICA on behalf of Creditor CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;pfalke

DAWN M. CICA on behalf of Defendant CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;pfalke

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;pfalke

JARED A. DAY on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
jared.a.day@usdoj.gov, ana.g.betancourt@usdoj.gov

WILLIAM C DEVINE, II on behalf of Defendant KIOSK SERVICES GROUP, INC.
william@devine.legal, courtney@devine.legal;devinewr72773@notify.bestcase.com

ALLAN B. DIAMOND on behalf of Defendant CHRISTOPHER MCALARY
adiamond@diamondmccarthy.com

CRAIG P. DRUEHL on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
craig.druehl@dechert.com

LARS EVENSEN on behalf of Defendant VERIZON BUSINESS GLOBAL LLC
lkevensen@hollandhart.com, tlpond@hollandhart.com;intaketeam@hollandhart.com

ANNE FREELAND on behalf of Creditor AVT Nevada, L.P.
atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

ANNE FREELAND on behalf of Defendant AVTECH CAPITAL, LLC
atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

TALI FREY on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
tali@abwfirm.com, melissa@abwfirm.com

TALI FREY on behalf of Creditor CHRISTOPHER MCALARY
tali@abwfirm.com, melissa@abwfirm.com

TALI FREY on behalf of Defendant CHRISTOPHER MCALARY
tali@abwfirm.com, melissa@abwfirm.com

TALI FREY on behalf of Interested Party CHRIS MCALARY
tali@abwfirm.com, melissa@abwfirm.com

NEDDA GHANDI on behalf of Creditor ROCKITCOIN, LLC
nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

CHARLES E. GIANELLONI on behalf of Defendant GENESIS GLOBAL HOLDCO, LLC
cgianelloni@swlaw.com, mfull@swlaw.com;sdugan@swlaw.com;docket_las@swlaw.com;jfung@swlaw.com

RONALD E. GOLD on behalf of Creditor WPG Legacy, LLC
rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

TALITHA B. GRAY KOZLOWSKI on behalf of Debtor CASH CLOUD, INC.
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguyl

MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguyl

PAUL HAGE on behalf of Creditor Cole Kepro International, LLC
phage@taftlaw.com

BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC
bhiggins@blackgraf.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

JAMES J. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jimmerson@jimmersonlawfirm.com, efiling@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Special Counsel THE JIMMERSON LAW FIRM, P.C.
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

CHRISTOPHER D. JOHNSON on behalf of Defendant CHRISTOPHER MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

ROBERT R. KINAS on behalf of Defendant GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

BART K. LARSEN on behalf of Creditor Enigma Securities Limited
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Defendant SEBASTIAN LLETGET
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Defendant SURETY BANK
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

JENAPHER LIN on behalf of Defendant VERIZON BUSINESS GLOBAL LLC
jlin@hollandhart.com

STEPHEN T LODEN on behalf of Interested Party CHRIS MCALARY
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

DANIEL A MANN on behalf of Debtor CASH CLOUD, INC.
danielmann@cozen.com

DANIEL A MANN on behalf of Plaintiff CASH CLOUD, INC.
danielmann@cozen.com

JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

MELANIE D MORGAN on behalf of Interested Party Genesis Coin, Inc.
mmorgan@atlas-solomon.com, akermanlas@akerman.com

GARETT H. NYE on behalf of Debtor CASH CLOUD, INC.
gnye@brg.legal, bknotices@gtg.legal

GARETT H. NYE on behalf of Plaintiff CASH CLOUD, INC. d/b/a COIN CLOUD
gnye@brg.legal, bknotices@gtg.legal

GARRETT H. NYE on behalf of Debtor CASH CLOUD, INC.
gnye@brg.legal

ROB L. PHILLIPS on behalf of Creditor Powerhouse TSSP, LLC
rob.phillips@fisherbroyles.com

TERESA M. PILATOWICZ on behalf of Defendant BANKLINE CORPORATION
tpilatowicz@gtg.legal, bknotices@gtg.legal

STACY H RUBIN on behalf of Defendant FIRST INSURANCE FUNDING, A DIVISION OF LAKE FOREST BANK & TRUST COMPANY, N.A.
rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

STACY H RUBIN on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

STACY H RUBIN on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

ADAM P. SCHWARTZ on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

BRIAN D. SHAPIRO on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;bryce@brianshapirolaw.com;6855036420@filings.docketbird.com,6855036420@filings.docketbird.com

NATASHA SHARMA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
nsharma@ocgattorneys.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Defendant CHRISTOPHER MCALARY
nsharma@ocgattorneys.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Interested Party CHRIS MCALARY
nsharma@ocgattorneys.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
jshea@shea.law, blarsen@shea.law;support@shea.law

JAMES PATRICK SHEA on behalf of Defendant SEBASTIAN LLETGET
jshea@shea.law, blarsen@shea.law;support@shea.law

ARIEL E. STERN on behalf of Creditor IPFS CORPORATION
astern@hslaw.com, akermanlas@akerman.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

JUSTIN B. STROTHER on behalf of Defendant CHRISTOPHER MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.
rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MAURICE VERSTANDIG on behalf of Creditor Brink's, Inc.
mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

MICHAEL L WACHTELL on behalf of Creditor ORACLE AMERICA, INC.
mwachtell@buchalter.com

JOHN T. WENDLAND on behalf of Creditor AVT Nevada, L.P.
jwendland@wdlaw.com, NVeFile@weildrage.com

JOSEPH G. WENT on behalf of Defendant VERIZON BUSINESS GLOBAL LLC
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

ZACHARY T WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
zwilliams@dhwlawlv.com, ahosey@foxrothschild.com

STUART FREEMAN WILSON-PATTON
stuart.wilson-patton@ag.tn.gov

NATALIE L. WINSLOW on behalf of Interested Party Genesis Coin, Inc.
nwinslow@atlas-solomon.com, mmorgan@atlas-solomon.com;servicemailboxnv@atlas-solomon.com;mgonzalez@atlas-solomon.com

NATALIE L. WINSLOW on behalf of Plaintiff GENESIS COIN, INC.
nwinslow@atlas-solomon.com, mmorgan@atlas-solomon.com;servicemailboxnv@atlas-solomon.com;mgonzalez@atlas-solomon.com

KENT P. WOODS on behalf of Defendant DEPLOYMENT LOGIX INC.
kent@kwoodslaw.com

RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC. dba COIN CLOUD
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**23-10423-mkn Notice will not be electronically mailed to:**

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

JOHN R. ASHMEAD on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

THERESA AUGUSTIN
2740 RENEWEL CT
LAS VEGAS, NV 89138

Amazon Web Services, Inc.
,

BAKER & HOSTETLER LLP
,

BANKRUPTCY RECOVERY GROUP, LLC
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119

BANKRUPTCY RECOVERY GROUP, LLC (BRG)
,

VARANISE BOOKER
14308 WILLOW GROVE CIRCLE
LOUISVILLE, KY 40245

ERIC E. BRAGE JR.
,

BROOKFIELD RETAIL PROPERTIES, INC.
C/O LOUIS BUBABLA III, SBN 8974
KAEMPFER CROWELL
50 W. LIBERTY STREET, SUITE 700
RENO, NV 89501

CONWAY BAXTER WILSON LLP/S.R.L.
400-411 ROOSEVELT AVENUE
OTTAWA, ON K2A 3X9

CRAIGHEAD COUNTY TAX COLLECTOR
511 UNION ST, SUITE 107
JONESBORO, AR 72401

ALLAN B. DIAMOND on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

BRITTANY B. FALABELLA on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

JAMES FAVORS
95-353 WAIA LOOP
MILILANI, HI 96789

JACQUELINE JO FITCH
22413 NE 227TH AVE
BATTLE GROUND, WA 98604

SCOTT W FOLEY on behalf of Defendant FIRST INSURANCE FUNDING, A DIVISION OF LAKE FOREST BANK & TRUST COMPANY, N.A.
SHAPIRO SHER GUINOT AND SANDLER, P.A.
250 W. PRATT STREET
SUITE 2000
BALTIMORE, MD 21201

FOX ROTHSCHILD LLP on behalf of Debtor CASH CLOUD, INC.
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135

FTI CONSULTING INC.
,

Luis Flores
3092 Concepcion Ct.
Las Vegas, NV 89141

ROBERT J. GAYDA on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

CHARLES E. GIANELLONI on behalf of Defendant GENESIS GLOBAL HOLDCO, LLC
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

JORDI GUSO on behalf of Interested Party CKDL Credit, LLC
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

Good 2 Go Stores LLC
c/o Timothy A. Lukas, Esq.
Holland & Hart LLP
5441 Kietzke Lane, 2nd Fl.
Reno, NV 89511

Talitha Gray Kozlowski on behalf of Debtor CASH CLOUD, INC.
Bankruptcy Recovery Group, LLC
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119

Talitha Gray Kozlowski on behalf of Plaintiff CASH CLOUD, INC. d/b/a COIN CLOUD
Bankruptcy Recovery Group, LLC
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119

PAUL R HAGE on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

ERIN J. HOYLE on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD.
STE. 1000
TAMPA, FL 33607

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700

HOUSTON, TX 77010

RONALD GARY JONES on behalf of Defendant KIOSK SERVICES GROUP, INC.
JONES & ASSOCIATES
1325 AVENUE OF THE AMERICAS
28TH FLOOR
NEW YORK, NY 10019

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

RICHARD KRUGER on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JOHN J. LAMOUREUX on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

JOHN J. LAMOUREUX on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SHARA L LARSON on behalf of Creditor ROCKITCOIN, LLC
GHANDI DEETER BLACKHAM
725 S. SOUTH 8TH STREET SUITE 100
LAS VEGAS, NV 89101

LAW OFFICE OF BRIAN D. SHAPIRO, LLC on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
510 S. 8TH STREET
LAS VEGAS, NV 89101

LAW OFFICE OF SHEA LARSEN on behalf of Creditor Enigma Securities Limited
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

SCOTT D. LAWRENCE on behalf of Defendant SEBASTIAN LLETGET
WICK PHILLIPS GOULD AND MARTIN, LLP
3131 MCKINNEY AVE., SUITE 500
DALLAS, TX 75204

SCOTT D. LAWRENCE on behalf of Interested Party SHEA LAW
WICK PHILLIPS GOULD AND MARTIN, LLP
3131 MCKINNEY AVE., SUITE 500
DALLAS, TX 75204

EMILY LEE
PO BOX 3261
PLAINFIELD, NJ 07063

GARY LEE on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

ANDREW J. MATOTT on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

MCDONALD CARANO LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
2300 WEST SAHARA AVE, STE 1200
LAS VEGAS, NV 89102

JUSTIN M. MERTZ on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

LAURA MILLER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS

SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEAN A. O'NEAL on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

CHRISTOPHER J. SCHREIBER on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

RYAN T. SCHULTZ on behalf of Creditor ROCKITCOIN, LLC
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 W. MADISON STREET, SUITE 3000
CHICAGO, IL 60606

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SEWARD & KISSEL LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET
SUITE 3700
HOUSTON, TX 77010

Jeffrey Sylvester on behalf of Interested Party CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202

JANE VANLARE on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

MICHAEL WEINBERG on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ALEXIS R. WENDL on behalf of Defendant GENESIS GLOBAL HOLDCO, LLC
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

BRANCE WESTBROOKS
5000 RAVENS CT
MATTHEWS, NC 28104

ROBERT S. WESTERMANN on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

ROBERT WOOELFIN

,

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

Ryan J Works on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

**Miscellaneous:**

23-10423-mkn CASH CLOUD, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: mkn | Case Flag: CLMAGT, BAPCPA, EXHS |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from GARETT H. NYE entered on 6/18/2026 at 2:40 PM PDT and filed on 6/18/2026
**Case Name:**          CASH CLOUD, INC.
**Case Number:**       23-10423-mkn
**Document Number:** 2242

**Docket Text:**
Declaration Of: Talitha Gray Kozlowski in Support of *Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between Debtor and (1) First Insurance Funding and (2) Surety Bank; and (II) Pursuant to 11 U.S.C. §§ 328 and 330 for Award and Payment of Contingency Fee and Expenses* Filed by GARETT H. NYE on behalf of CASH CLOUD, INC. (Related document(s)[2241] Motion to Approve Compromise under Rule 9019 filed by Debtor CASH CLOUD, INC.) (NYE, GARETT)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**DEC of TGK re 9019 Cash Cloud.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/18/2026] [FileNumber=37663240-0
] [345abf2ce96fadf038afe81a4db20e4b2cfddcfe8df61548846184f1c0ddefec7b9
8263014a36d449f09cf7d8c8d8b096686c9983445bb5e9007892661b17ad7]]

**23-10423-mkn Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Defendant SURETY BANK
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Defendant CASH CLOUD, INC., DBA COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

NICHOLAS E. BELAY on behalf of Defendant IPFS CORPORATION
nicholas.belay@akerman.com, akermanlas@akerman.com;elizabeth.streible@akerman.com

KURT R. BONDS on behalf of Creditor Populus Financial Group, Inc.
nvefile@hallevans.com, knechta@hallevans.com;bondsk@hallevans.com;tugglet@hallevans.com

LEW BRANDON, JR. on behalf of Creditor UNITED NATURAL FOODS, INC.
l.brandon@bsnv.law

OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

CANDACE C CARLYON on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

CANDACE C CARLYON on behalf of Creditor CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

CANDACE C CARLYON on behalf of Defendant CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

CANDACE C CARLYON on behalf of Interested Party CHRIS MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;pfalk

DAWN M. CICA on behalf of Creditor CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;pfalk

DAWN M. CICA on behalf of Defendant CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;pfalk

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;pfalk

JARED A. DAY on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
jared.a.day@usdoj.gov, ana.g.betancourt@usdoj.gov

WILLIAM C DEVINE, II on behalf of Defendant KIOSK SERVICES GROUP, INC.
william@devine.legal, courtney@devine.legal;devinewr72773@notify.bestcase.com

ALLAN B. DIAMOND on behalf of Defendant CHRISTOPHER MCALARY
adiamond@diamondmccarthy.com

CRAIG P. DRUEHL on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
craig.druehl@dechert.com

LARS EVENSEN on behalf of Defendant VERIZON BUSINESS GLOBAL LLC
lkevensen@hollandhart.com, tlpond@hollandhart.com;intaketeam@hollandhart.com

ANNE FREELAND on behalf of Creditor AVT Nevada, L.P.
atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

ANNE FREELAND on behalf of Defendant AVTECH CAPITAL, LLC
atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

TALI FREY on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
tali@abwfirm.com, melissa@abwfirm.com

TALI FREY on behalf of Creditor CHRISTOPHER MCALARY
tali@abwfirm.com, melissa@abwfirm.com

TALI FREY on behalf of Defendant CHRISTOPHER MCALARY
tali@abwfirm.com, melissa@abwfirm.com

TALI FREY on behalf of Interested Party CHRIS MCALARY
tali@abwfirm.com, melissa@abwfirm.com

NEDDA GHANDI on behalf of Creditor ROCKITCOIN, LLC
nedda@ghandilaw.com, lks@ghandilaw.com;nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

CHARLES E. GIANELLONI on behalf of Defendant GENESIS GLOBAL HOLDCO, LLC
cgianelloni@swlaw.com, mfull@swlaw.com;sdugan@swlaw.com;docket_las@swlaw.com;jfung@swlaw.com

RONALD E. GOLD on behalf of Creditor WPG Legacy, LLC
rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

TALITHA B. GRAY KOZLOWSKI on behalf of Debtor CASH CLOUD, INC.
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguyla

MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguyla

PAUL HAGE on behalf of Creditor Cole Kepro International, LLC
phage@taftlaw.com

BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC
bhiggins@blackgraf.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

JAMES J. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jimmerson@jimmersonlawfirm.com, efiling@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Special Counsel THE JIMMERSON LAW FIRM, P.C.
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

CHRISTOPHER D. JOHNSON on behalf of Defendant CHRISTOPHER MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

ROBERT R. KINAS on behalf of Defendant GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

BART K. LARSEN on behalf of Creditor Enigma Securities Limited
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Defendant SEBASTIAN LLETGET
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Defendant SURETY BANK
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

JENAPHER LIN on behalf of Defendant VERIZON BUSINESS GLOBAL LLC
jlin@hollandhart.com

STEPHEN T LODEN on behalf of Interested Party CHRIS MCALARY
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

DANIEL A MANN on behalf of Debtor CASH CLOUD, INC.
danielmann@cozen.com

DANIEL A MANN on behalf of Plaintiff CASH CLOUD, INC.
danielmann@cozen.com

JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

MELANIE D MORGAN on behalf of Interested Party Genesis Coin, Inc.
mmorgan@atlas-solomon.com, akermanlas@akerman.com

GARETT H. NYE on behalf of Debtor CASH CLOUD, INC.
gnye@brg.legal, bknotices@gtg.legal

GARETT H. NYE on behalf of Plaintiff CASH CLOUD, INC. d/b/a COIN CLOUD
gnye@brg.legal, bknotices@gtg.legal

GARRETT H. NYE on behalf of Debtor CASH CLOUD, INC.
gnye@brg.legal

ROB L. PHILLIPS on behalf of Creditor Powerhouse TSSP, LLC
rob.phillips@fisherbroyles.com

TERESA M. PILATOWICZ on behalf of Defendant BANKLINE CORPORATION
tpilatowicz@gtg.legal, bknotices@gtg.legal

STACY H RUBIN on behalf of Defendant FIRST INSURANCE FUNDING, A DIVISION OF LAKE FOREST BANK & TRUST COMPANY, N.A.
rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

STACY H RUBIN on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

STACY H RUBIN on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

ADAM P. SCHWARTZ on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

BRIAN D. SHAPIRO on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;bryce@brianshapirolaw.com;6855036420@filings.docketbird.com,6855036420@filings.docketbird.com

NATASHA SHARMA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
nsharma@ocgattorneys.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Defendant CHRISTOPHER MCALARY
nsharma@ocgattorneys.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Interested Party CHRIS MCALARY
nsharma@ocgattorneys.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
jshea@shea.law, blarsen@shea.law;support@shea.law

JAMES PATRICK SHEA on behalf of Defendant SEBASTIAN LLETGET
jshea@shea.law, blarsen@shea.law;support@shea.law

ARIEL E. STERN on behalf of Creditor IPFS CORPORATION
astern@hslaw.com, akermanlas@akerman.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

JUSTIN B. STROTHER on behalf of Defendant CHRISTOPHER MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.
rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MAURICE VERSTANDIG on behalf of Creditor Brink's, Inc.
mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

MICHAEL L WACHTELL on behalf of Creditor ORACLE AMERICA, INC.
mwachtell@buchalter.com

JOHN T. WENDLAND on behalf of Creditor AVT Nevada, L.P.
jwendland@wdlaw.com, NVeFile@weildrage.com

JOSEPH G. WENT on behalf of Defendant VERIZON BUSINESS GLOBAL LLC
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

ZACHARY T WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
zwilliams@dhwlawlv.com, ahosey@foxrothschild.com

STUART FREEMAN WILSON-PATTON
stuart.wilson-patton@ag.tn.gov

NATALIE L. WINSLOW on behalf of Interested Party Genesis Coin, Inc.
nwinslow@atlas-solomon.com, mmorgan@atlas-solomon.com;servicemailboxnv@atlas-solomon.com;mgonzalez@atlas-solomon.com

NATALIE L. WINSLOW on behalf of Plaintiff GENESIS COIN, INC.
nwinslow@atlas-solomon.com, mmorgan@atlas-solomon.com;servicemailboxnv@atlas-solomon.com;mgonzalez@atlas-solomon.com

KENT P. WOODS on behalf of Defendant DEPLOYMENT LOGIX INC.
kent@kwoodslaw.com

RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC. dba COIN CLOUD
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**23-10423-mkn Notice will not be electronically mailed to:**

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

JOHN R. ASHMEAD on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

THERESA AUGUSTIN
2740 RENEWEL CT
LAS VEGAS, NV 89138

Amazon Web Services, Inc.
,

BAKER & HOSTETLER LLP
,

BANKRUPTCY RECOVERY GROUP, LLC
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119

BANKRUPTCY RECOVERY GROUP, LLC (BRG)
,

VARANISE BOOKER
14308 WILLOW GROVE CIRCLE
LOUISVILLE, KY 40245

ERIC E. BRAGE JR.
,

BROOKFIELD RETAIL PROPERTIES, INC.
C/O LOUIS BUBABLA III, SBN 8974
KAEMPFER CROWELL
50 W. LIBERTY STREET, SUITE 700
RENO, NV 89501

CONWAY BAXTER WILSON LLP/S.R.L.
400-411 ROOSEVELT AVENUE
OTTAWA, ON K2A 3X9

CRAIGHEAD COUNTY TAX COLLECTOR
511 UNION ST, SUITE 107
JONESBORO, AR 72401

ALLAN B. DIAMOND on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

BRITTANY B. FALABELLA on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

JAMES FAVORS
95-353 WAIA LOOP
MILILANI, HI 96789

JACQUELINE JO FITCH
22413 NE 227TH AVE
BATTLE GROUND, WA 98604

SCOTT W FOLEY on behalf of Defendant FIRST INSURANCE FUNDING, A DIVISION OF LAKE FOREST BANK & TRUST COMPANY, N.A.
SHAPIRO SHER GUINOT AND SANDLER, P.A.
250 W. PRATT STREET
SUITE 2000
BALTIMORE, MD 21201

FOX ROTHSCHILD LLP on behalf of Debtor CASH CLOUD, INC.
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135

FTI CONSULTING INC.
,

Luis Flores
3092 Concepcion Ct.

Las Vegas, NV 89141

ROBERT J. GAYDA on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

CHARLES E. GIANELLONI on behalf of Defendant GENESIS GLOBAL HOLDCO, LLC
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

JORDI GUSO on behalf of Interested Party CKDL Credit, LLC
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

Good 2 Go Stores LLC
c/o Timothy A. Lukas, Esq.
Holland & Hart LLP
5441 Kietzke Lane, 2nd Fl.
Reno, NV 89511

Talitha Gray Kozlowski on behalf of Debtor CASH CLOUD, INC.
Bankruptcy Recovery Group, LLC
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119

Talitha Gray Kozlowski on behalf of Plaintiff CASH CLOUD, INC. d/b/a COIN CLOUD
Bankruptcy Recovery Group, LLC
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119

PAUL R HAGE on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

ERIN J. HOYLE on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD.
STE. 1000
TAMPA, FL 33607

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

RONALD GARY JONES on behalf of Defendant KIOSK SERVICES GROUP, INC.
JONES & ASSOCIATES
1325 AVENUE OF THE AMERICAS
28TH FLOOR
NEW YORK, NY 10019

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

RICHARD KRUGER on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JOHN J. LAMOUREUX on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

JOHN J. LAMOUREUX on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SHARA L LARSON on behalf of Creditor ROCKITCOIN, LLC
GHANDI DEETER BLACKHAM
725 S. SOUTH 8TH STREET SUITE 100
LAS VEGAS, NV 89101

LAW OFFICE OF BRIAN D. SHAPIRO, LLC on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
510 S. 8TH STREET
LAS VEGAS, NV 89101

LAW OFFICE OF SHEA LARSEN on behalf of Creditor Enigma Securities Limited
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

SCOTT D. LAWRENCE on behalf of Defendant SEBASTIAN LLETGET
WICK PHILLIPS GOULD AND MARTIN, LLP
3131 MCKINNEY AVE., SUITE 500
DALLAS, TX 75204

SCOTT D. LAWRENCE on behalf of Interested Party SHEA LAW
WICK PHILLIPS GOULD AND MARTIN, LLP
3131 MCKINNEY AVE., SUITE 500
DALLAS, TX 75204

EMILY LEE
PO BOX 3261
PLAINFIELD, NJ 07063

GARY LEE on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

ANDREW J. MATOTT on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

MCDONALD CARANO LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
2300 WEST SAHARA AVE, STE 1200
LAS VEGAS, NV 89102

JUSTIN M. MERTZ on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

LAURA MILLER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEAN A. O'NEAL on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

CHRISTOPHER J. SCHREIBER on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

RYAN T. SCHULTZ on behalf of Creditor ROCKITCOIN, LLC
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 W. MADISON STREET, SUITE 3000
CHICAGO, IL 60606

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SEWARD & KISSEL LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET
SUITE 3700
HOUSTON, TX 77010

Jeffrey Sylvester on behalf of Interested Party CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202

JANE VANLARE on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

MICHAEL WEINBERG on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ALEXIS R. WENDL on behalf of Defendant GENESIS GLOBAL HOLDCO, LLC
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

BRANCE WESTBROOKS
5000 RAVENS CT
MATTHEWS, NC 28104

ROBERT S. WESTERMANN on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

ROBERT WOOELFIN
,

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

Ryan J Works on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

**Miscellaneous:**

23-10423-mkn CASH CLOUD, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: mkn | Case Flag: CLMAGT, BAPCPA, EXHS |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from GARETT H. NYE entered on 6/18/2026 at 2:42 PM PDT and filed on 6/18/2026

**Case Name:**    CASH CLOUD, INC.
**Case Number:**    23-10423-mkn
**Document Number:** 2243

**Docket Text:**
Declaration Of: Daniel Ayala in Support of *Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between Debtor and (1) First Insurance Funding and (2) Surety Bank; and (II) Pursuant to 11 U.S.C. §§ 328 and 330 for Award and Payment of Contingency Fee and Expenses* Filed by GARETT H. NYE on behalf of CASH CLOUD, INC. (Related document(s)[2241] Motion to Approve Compromise under Rule 9019 filed by Debtor CASH CLOUD, INC.) (NYE, GARETT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 9019 Ayala Dec 9019 MOT Cash Cloud.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/18/2026] [FileNumber=37663243-0
] [137a5e8859ee2c2ae163c3944e1da1af7b73724921343aecb26fc3f09268fb5ed4d
51acea93c0961027bb8320a0f6fb9e1ef2569f2393b472f996fce9c1f65c1]]

**23-10423-mkn Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Defendant SURETY BANK
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Defendant CASH CLOUD, INC., DBA COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

NICHOLAS E. BELAY on behalf of Defendant IPFS CORPORATION
nicholas.belay@akerman.com, akermanlas@akerman.com;elizabeth.streible@akerman.com

KURT R. BONDS on behalf of Creditor Populus Financial Group, Inc.
nvefile@hallevans.com, knechta@hallevans.com;bondsk@hallevans.com;tugglet@hallevans.com

LEW BRANDON, JR. on behalf of Creditor UNITED NATURAL FOODS, INC.
l.brandon@bsnv.law

OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

CANDACE C CARLYON on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

CANDACE C CARLYON on behalf of Creditor CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

CANDACE C CARLYON on behalf of Defendant CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

CANDACE C CARLYON on behalf of Interested Party CHRIS MCALARY

ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;pfalke

DAWN M. CICA on behalf of Creditor CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;pfalke

DAWN M. CICA on behalf of Defendant CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;pfalke

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;pfalke

JARED A. DAY on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
jared.a.day@usdoj.gov, ana.g.betancourt@usdoj.gov

WILLIAM C DEVINE, II on behalf of Defendant KIOSK SERVICES GROUP, INC.
william@devine.legal, courtney@devine.legal;devinewr72773@notify.bestcase.com

ALLAN B. DIAMOND on behalf of Defendant CHRISTOPHER MCALARY
adiamond@diamondmccarthy.com

CRAIG P. DRUEHL on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
craig.druehl@dechert.com

LARS EVENSEN on behalf of Defendant VERIZON BUSINESS GLOBAL LLC
lkevensen@hollandhart.com, tlpond@hollandhart.com;intaketeam@hollandhart.com

ANNE FREELAND on behalf of Creditor AVT Nevada, L.P.
atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

ANNE FREELAND on behalf of Defendant AVTECH CAPITAL, LLC
atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

TALI FREY on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
tali@abwfirm.com, melissa@abwfirm.com

TALI FREY on behalf of Creditor CHRISTOPHER MCALARY
tali@abwfirm.com, melissa@abwfirm.com

TALI FREY on behalf of Defendant CHRISTOPHER MCALARY
tali@abwfirm.com, melissa@abwfirm.com

TALI FREY on behalf of Interested Party CHRIS MCALARY
tali@abwfirm.com, melissa@abwfirm.com

NEDDA GHANDI on behalf of Creditor ROCKITCOIN, LLC
nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

CHARLES E. GIANELLONI on behalf of Defendant GENESIS GLOBAL HOLDCO, LLC
cgianelloni@swlaw.com, mfull@swlaw.com;sdugan@swlaw.com;docket_las@swlaw.com;jfung@swlaw.com

RONALD E. GOLD on behalf of Creditor WPG Legacy, LLC
rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

TALITHA B. GRAY KOZLOWSKI on behalf of Debtor CASH CLOUD, INC.
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguyl

MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguyl

PAUL HAGE on behalf of Creditor Cole Kepro International, LLC
phage@taftlaw.com

BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC
bhiggins@blackgraf.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

JAMES J. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jimmerson@jimmersonlawfirm.com, efiling@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Special Counsel THE JIMMERSON LAW FIRM, P.C.
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

CHRISTOPHER D. JOHNSON on behalf of Defendant CHRISTOPHER MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

ROBERT R. KINAS on behalf of Defendant GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

BART K. LARSEN on behalf of Creditor Enigma Securities Limited
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Defendant SEBASTIAN LLETGET
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Defendant SURETY BANK
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

JENAPHER LIN on behalf of Defendant VERIZON BUSINESS GLOBAL LLC
jlin@hollandhart.com

STEPHEN T LODEN on behalf of Interested Party CHRIS MCALARY
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

DANIEL A MANN on behalf of Debtor CASH CLOUD, INC.
danielmann@cozen.com

DANIEL A MANN on behalf of Plaintiff CASH CLOUD, INC.
danielmann@cozen.com

JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

MELANIE D MORGAN on behalf of Interested Party Genesis Coin, Inc.
mmorgan@atlas-solomon.com, akermanlas@akerman.com

GARETT H. NYE on behalf of Debtor CASH CLOUD, INC.
gnye@brg.legal, bknotices@gtg.legal

GARETT H. NYE on behalf of Plaintiff CASH CLOUD, INC. d/b/a COIN CLOUD
gnye@brg.legal, bknotices@gtg.legal

GARRETT H. NYE on behalf of Debtor CASH CLOUD, INC.
gnye@brg.legal

ROB L. PHILLIPS on behalf of Creditor Powerhouse TSSP, LLC
rob.phillips@fisherbroyles.com

TERESA M. PILATOWICZ on behalf of Defendant BANKLINE CORPORATION
tpilatowicz@gtg.legal, bknotices@gtg.legal

STACY H RUBIN on behalf of Defendant FIRST INSURANCE FUNDING, A DIVISION OF LAKE FOREST BANK & TRUST COMPANY, N.A.
rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

STACY H RUBIN on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

STACY H RUBIN on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

ADAM P. SCHWARTZ on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

BRIAN D. SHAPIRO on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;bryce@brianshapirolaw.com;6855036420@filings.docketbird.com,6855036420@filings.docketbird.com

NATASHA SHARMA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
nsharma@ocgattorneys.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Defendant CHRISTOPHER MCALARY
nsharma@ocgattorneys.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Interested Party CHRIS MCALARY
nsharma@ocgattorneys.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
jshea@shea.law, blarsen@shea.law;support@shea.law

JAMES PATRICK SHEA on behalf of Defendant SEBASTIAN LLETGET
jshea@shea.law, blarsen@shea.law;support@shea.law

ARIEL E. STERN on behalf of Creditor IPFS CORPORATION
astern@hslaw.com, akermanlas@akerman.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

JUSTIN B. STROTHER on behalf of Defendant CHRISTOPHER MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.
rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MAURICE VERSTANDIG on behalf of Creditor Brink's, Inc.
mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

MICHAEL L WACHTELL on behalf of Creditor ORACLE AMERICA, INC.
mwachtell@buchalter.com

JOHN T. WENDLAND on behalf of Creditor AVT Nevada, L.P.
jwendland@wdlaw.com, NVeFile@weildrage.com

JOSEPH G. WENT on behalf of Defendant VERIZON BUSINESS GLOBAL LLC
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

ZACHARY T WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
zwilliams@dhwlawlv.com, ahosey@foxrothschild.com

STUART FREEMAN WILSON-PATTON
stuart.wilson-patton@ag.tn.gov

NATALIE L. WINSLOW on behalf of Interested Party Genesis Coin, Inc.
nwinslow@atlas-solomon.com, mmorgan@atlas-solomon.com;servicemailboxnv@atlas-solomon.com;mgonzalez@atlas-solomon.com

NATALIE L. WINSLOW on behalf of Plaintiff GENESIS COIN, INC.
nwinslow@atlas-solomon.com, mmorgan@atlas-solomon.com;servicemailboxnv@atlas-solomon.com;mgonzalez@atlas-solomon.com

KENT P. WOODS on behalf of Defendant DEPLOYMENT LOGIX INC.
kent@kwoodslaw.com

RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC. dba COIN CLOUD
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**23-10423-mkn Notice will not be electronically mailed to:**

AMERICAN EXPRESS NATIONAL BANK

C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

JOHN R. ASHMEAD on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

THERESA AUGUSTIN
2740 RENEWEL CT
LAS VEGAS, NV 89138

Amazon Web Services, Inc.
,

BAKER & HOSTETLER LLP
,

BANKRUPTCY RECOVERY GROUP, LLC
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119

BANKRUPTCY RECOVERY GROUP, LLC (BRG)
,

VARANISE BOOKER
14308 WILLOW GROVE CIRCLE
LOUISVILLE, KY 40245

ERIC E. BRAGE JR.
,

BROOKFIELD RETAIL PROPERTIES, INC.
C/O LOUIS BUBABLA III, SBN 8974
KAEMPFER CROWELL
50 W. LIBERTY STREET, SUITE 700
RENO, NV 89501

CONWAY BAXTER WILSON LLP/S.R.L.
400-411 ROOSEVELT AVENUE
OTTAWA, ON K2A 3X9

CRAIGHEAD COUNTY TAX COLLECTOR
511 UNION ST, SUITE 107
JONESBORO, AR 72401

ALLAN B. DIAMOND on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

BRITTANY B. FALABELLA on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

JAMES FAVORS
95-353 WAIA LOOP
MILILANI, HI 96789

JACQUELINE JO FITCH
22413 NE 227TH AVE
BATTLE GROUND, WA 98604

SCOTT W FOLEY on behalf of Defendant FIRST INSURANCE FUNDING, A DIVISION OF LAKE FOREST BANK & TRUST COMPANY, N.A.
SHAPIRO SHER GUINOT AND SANDLER, P.A.
250 W. PRATT STREET
SUITE 2000
BALTIMORE, MD 21201

FOX ROTHSCHILD LLP on behalf of Debtor CASH CLOUD, INC.
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135

FTI CONSULTING INC.
,

Luis Flores
3092 Concepcion Ct.
Las Vegas, NV 89141

ROBERT J. GAYDA on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

CHARLES E. GIANELLONI on behalf of Defendant GENESIS GLOBAL HOLDCO, LLC
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

JORDI GUSO on behalf of Interested Party CKDL Credit, LLC
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

Good 2 Go Stores LLC
c/o Timothy A. Lukas, Esq.
Holland & Hart LLP
5441 Kietzke Lane, 2nd Fl.
Reno, NV 89511

Talitha Gray Kozlowski on behalf of Debtor CASH CLOUD, INC.
Bankruptcy Recovery Group, LLC
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119

Talitha Gray Kozlowski on behalf of Plaintiff CASH CLOUD, INC. d/b/a COIN CLOUD
Bankruptcy Recovery Group, LLC
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119

PAUL R HAGE on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

ERIN J. HOYLE on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD.
STE. 1000
TAMPA, FL 33607

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

RONALD GARY JONES on behalf of Defendant KIOSK SERVICES GROUP, INC.
JONES & ASSOCIATES
1325 AVENUE OF THE AMERICAS
28TH FLOOR
NEW YORK, NY 10019

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

RICHARD KRUGER on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JOHN J. LAMOUREUX on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

JOHN J. LAMOUREUX on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT

CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SHARA L LARSON on behalf of Creditor ROCKITCOIN, LLC
GHANDI DEETER BLACKHAM
725 S. SOUTH 8TH STREET SUITE 100
LAS VEGAS, NV 89101

LAW OFFICE OF BRIAN D. SHAPIRO, LLC on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
510 S. 8TH STREET
LAS VEGAS, NV 89101

LAW OFFICE OF SHEA LARSEN on behalf of Creditor Enigma Securities Limited
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

SCOTT D. LAWRENCE on behalf of Defendant SEBASTIAN LLETGET
WICK PHILLIPS GOULD AND MARTIN, LLP
3131 MCKINNEY AVE., SUITE 500
DALLAS, TX 75204

SCOTT D. LAWRENCE on behalf of Interested Party SHEA LAW
WICK PHILLIPS GOULD AND MARTIN, LLP
3131 MCKINNEY AVE., SUITE 500
DALLAS, TX 75204

EMILY LEE
PO BOX 3261
PLAINFIELD, NJ 07063

GARY LEE on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

ANDREW J. MATOTT on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

MCDONALD CARANO LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
2300 WEST SAHARA AVE, STE 1200
LAS VEGAS, NV 89102

JUSTIN M. MERTZ on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

LAURA MILLER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEAN A. O'NEAL on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

CHRISTOPHER J. SCHREIBER on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

RYAN T. SCHULTZ on behalf of Creditor ROCKITCOIN, LLC
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 W. MADISON STREET, SUITE 3000
CHICAGO, IL 60606

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607


SEWARD & KISSEL LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004


JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134


JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET
SUITE 3700
HOUSTON, TX 77010


Jeffrey Sylvester on behalf of Interested Party CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134


TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202


JANE VANLARE on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006


MICHAEL WEINBERG on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006


ALEXIS R. WENDL on behalf of Defendant GENESIS GLOBAL HOLDCO, LLC
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135


BRANCE WESTBROOKS
5000 RAVENS CT
MATTHEWS, NC 28104


ROBERT S. WESTERMANN on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223


ROBERT WOOELFIN

,

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134


Ryan J Works on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

File a Notice:

23-10423-mkn CASH CLOUD, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: mkn | Case Flag: CLMAGT, BAPCPA, EXHS |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from GARETT H. NYE entered on 6/18/2026 at 2:44 PM PDT and filed on 6/18/2026
**Case Name:**         CASH CLOUD, INC.
**Case Number:**      23-10423-mkn
**Document Number:** 2244

**Docket Text:**
Notice of Hearing *on Motion: (I) Pursuant to Fed. R. Bankr. P. 9019 to Authorize and Approve Settlements Between Debtor and (1) First Insurance Funding and (2) Surety Bank; and (II) Pursuant to 11 U.S.C. §§ 328 and 330 for Award and Payment of Contingency Fee and Expenses* Hearing Date: 08/25/2026 Hearing Time: 10:30 a.m. Filed by GARETT H. NYE on behalf of CASH CLOUD, INC. (Related document(s)[2241] Motion to Approve Compromise under Rule 9019 filed by Debtor CASH CLOUD, INC.) (Attachments: # (1) Exhibit 1) (NYE, GARETT)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**NOH re 9019 Cash Cloud.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/18/2026] [FileNumber=37663293-0
] [ba92b7666b73c9138d83ab1cc14fe127dc94614e25e9fa85e91cdb4b0f9db4b8513
d1d1d7fbb9f2805b6c099ceed3166d471939467ed9d3b121bacef21b13e23]]
**Document description:**Exhibit 1
**Original filename:**C:\fakepath\Ex 1 CHart.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/18/2026] [FileNumber=37663293-1
] [2cc03502ec53ed71220ac98aec3666028f58fa12391f25ba4533255d1165e5d3ca7
474c87424157936219ca6fa1281a27ee320cccd2442bdc1a378b251bf5b7f]]

**23-10423-mkn Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Defendant SURETY BANK
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

BRETT A. AXELROD on behalf of Debtor CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Defendant CASH CLOUD, INC., DBA COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

BRETT A. AXELROD on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ahosey@foxrothschild.com;sglasco@foxrothschild.com;nv.dkt@foxrothschild.com

NICHOLAS E. BELAY on behalf of Defendant IPFS CORPORATION
nicholas.belay@akerman.com, akermanlas@akerman.com;elizabeth.streible@akerman.com

KURT R. BONDS on behalf of Creditor Populus Financial Group, Inc.
nvefile@hallevans.com, knechta@hallevans.com;bondsk@hallevans.com;tugglet@hallevans.com

LEW BRANDON, JR. on behalf of Creditor UNITED NATURAL FOODS, INC.
l.brandon@bsnv.law

OGONNA M. BROWN on behalf of Defendant COLE KEPRO INTERNATIONAL, LLC
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

CANDACE C CARLYON on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

CANDACE C CARLYON on behalf of Creditor CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,

CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

CANDACE C CARLYON on behalf of Defendant CHRISTOPHER MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

CANDACE C CARLYON on behalf of Interested Party CHRIS MCALARY
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

SHAWN CHRISTIANSON on behalf of Creditor ORACLE AMERICA, INC.
schristianson@buchalter.com, cmcintire@buchalter.com

DAWN M. CICA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;pfalke

DAWN M. CICA on behalf of Creditor CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;pfalke

DAWN M. CICA on behalf of Defendant CHRISTOPHER MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;pfalke

DAWN M. CICA on behalf of Interested Party CHRIS MCALARY
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;3342887420@filings.docketbird.com;tfrey@carlyoncica.com;pfalke

JARED A. DAY on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
jared.a.day@usdoj.gov, ana.g.betancourt@usdoj.gov

WILLIAM C DEVINE, II on behalf of Defendant KIOSK SERVICES GROUP, INC.
william@devine.legal, courtney@devine.legal;devinewr72773@notify.bestcase.com

ALLAN B. DIAMOND on behalf of Defendant CHRISTOPHER MCALARY
adiamond@diamondmccarthy.com

CRAIG P. DRUEHL on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
craig.druehl@dechert.com

LARS EVENSEN on behalf of Defendant VERIZON BUSINESS GLOBAL LLC
lkevensen@hollandhart.com, tlpond@hollandhart.com;intaketeam@hollandhart.com

ANNE FREELAND on behalf of Creditor AVT Nevada, L.P.
atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

ANNE FREELAND on behalf of Defendant AVTECH CAPITAL, LLC
atfreeland@michaelbest.com, knpowell@michaelbest.com;courtmail@michaelbest.com

TALI FREY on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
tali@abwfirm.com, melissa@abwfirm.com

TALI FREY on behalf of Creditor CHRISTOPHER MCALARY
tali@abwfirm.com, melissa@abwfirm.com

TALI FREY on behalf of Defendant CHRISTOPHER MCALARY
tali@abwfirm.com, melissa@abwfirm.com

TALI FREY on behalf of Interested Party CHRIS MCALARY
tali@abwfirm.com, melissa@abwfirm.com

NEDDA GHANDI on behalf of Creditor ROCKITCOIN, LLC
nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@ghandilaw.com

CHARLES E. GIANELLONI on behalf of Defendant GENESIS GLOBAL HOLDCO, LLC
cgianelloni@swlaw.com, mfull@swlaw.com;sdugan@swlaw.com;docket_las@swlaw.com;jfung@swlaw.com

RONALD E. GOLD on behalf of Creditor WPG Legacy, LLC
rgold@fbtlaw.com, jkleisinger@fbtlaw.com;eseverini@fbtlaw.com;sbryant@ecf.courtdrive.com

TALITHA B. GRAY KOZLOWSKI on behalf of Debtor CASH CLOUD, INC.
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

MARJORIE A. GUYMON on behalf of Creditor Trangistics, Inc.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguyl

MARJORIE A. GUYMON on behalf of Creditor Armondo Redmond
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguyl

PAUL HAGE on behalf of Creditor Cole Kepro International, LLC
phage@taftlaw.com

BRIGID M. HIGGINS on behalf of Creditor Black Hole Investments fna EZ Coin, LLC
bhiggins@blackgraf.law, dmeeter@blackwadhams.law;mstallsworth@blackwadhams.law;mdavis@blackwadhams.law

JAMES J. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jimmerson@jimmersonlawfirm.com, efiling@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

JAMES M JIMMERSON on behalf of Special Counsel THE JIMMERSON LAW FIRM, P.C.
jmj@jimmersonlawfirm.com, aap@jimmersonlawfirm.com

CHRISTOPHER D. JOHNSON on behalf of Defendant CHRISTOPHER MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

ROBERT R. KINAS on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

ROBERT R. KINAS on behalf of Defendant GENESIS GLOBAL HOLDCO, LLC
rkinas@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

BART K. LARSEN on behalf of Creditor Enigma Securities Limited
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Defendant SEBASTIAN LLETGET
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Defendant SURETY BANK
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

JENAPHER LIN on behalf of Defendant VERIZON BUSINESS GLOBAL LLC
jlin@hollandhart.com

STEPHEN T LODEN on behalf of Interested Party CHRIS MCALARY
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

DANIEL A MANN on behalf of Debtor CASH CLOUD, INC.
danielmann@cozen.com

DANIEL A MANN on behalf of Plaintiff CASH CLOUD, INC.
danielmann@cozen.com

JEANETTE E. MCPHERSON on behalf of Debtor CASH CLOUD, INC.
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

JEANETTE E. MCPHERSON on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

MELANIE D MORGAN on behalf of Interested Party Genesis Coin, Inc.
mmorgan@atlas-solomon.com, akermanlas@akerman.com

GARETT H. NYE on behalf of Debtor CASH CLOUD, INC.
gnye@brg.legal, bknotices@gtg.legal

GARETT H. NYE on behalf of Plaintiff CASH CLOUD, INC. d/b/a COIN CLOUD
gnye@brg.legal, bknotices@gtg.legal

GARRETT H. NYE on behalf of Debtor CASH CLOUD, INC.
gnye@brg.legal

ROB L. PHILLIPS on behalf of Creditor Powerhouse TSSP, LLC
rob.phillips@fisherbroyles.com

TERESA M. PILATOWICZ on behalf of Defendant BANKLINE CORPORATION
tpilatowicz@gtg.legal, bknotices@gtg.legal

STACY H RUBIN on behalf of Defendant FIRST INSURANCE FUNDING, A DIVISION OF LAKE FOREST BANK & TRUST COMPANY, N.A.
rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

STACY H RUBIN on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

STACY H RUBIN on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

ADAM P. SCHWARTZ on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
aschwartz@carltonfields.com, amaranto@carltonfields.com

BRIAN D. SHAPIRO on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
brian@brianshapirolaw.com, kshapiro@brianshapirolaw.com;bryce@brianshapirolaw.com;6855036420@filings.docketbird.com,6855036420@filings.docketbird.com

NATASHA SHARMA on behalf of 3rd Party Plaintiff CHRISTOPHER MCALARY
nsharma@ocgattorneys.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Defendant CHRISTOPHER MCALARY
nsharma@ocgattorneys.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

NATASHA SHARMA on behalf of Interested Party CHRIS MCALARY
nsharma@ocgattorneys.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
jshea@shea.law, blarsen@shea.law;support@shea.law

JAMES PATRICK SHEA on behalf of Defendant SEBASTIAN LLETGET
jshea@shea.law, blarsen@shea.law;support@shea.law

ARIEL E. STERN on behalf of Creditor IPFS CORPORATION
astern@hslaw.com, akermanlas@akerman.com

STRETTO
ecf@cases-cr.stretto-services.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

JUSTIN B. STROTHER on behalf of Defendant CHRISTOPHER MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
justin.strother@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

Jeffrey R. Sylvester on behalf of Interested Party CKDL Credit, LLC
jeff@sylvesterpolednak.com, kellye@sylvesterpolednak.com

RONALD M TUCKER on behalf of Creditor SIMON PROPERTY GROUP, INC.
rtucker@simon.com, rwoodruff@simon.com,cmartin@simon.com,ptropepe@simon.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MAURICE VERSTANDIG on behalf of Creditor Brink's, Inc.
mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

MICHAEL L WACHTELL on behalf of Creditor ORACLE AMERICA, INC.
mwachtell@buchalter.com

JOHN T. WENDLAND on behalf of Creditor AVT Nevada, L.P.
jwendland@wdlaw.com, NVeFile@weildrage.com

JOSEPH G. WENT on behalf of Defendant VERIZON BUSINESS GLOBAL LLC
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

ZACHARY T WILLIAMS on behalf of Plaintiff CASH CLOUD, INC., dba COIN CLOUD
zwilliams@dhwlawlv.com, ahosey@foxrothschild.com

STUART FREEMAN WILSON-PATTON
stuart.wilson-patton@ag.tn.gov

NATALIE L. WINSLOW on behalf of Interested Party Genesis Coin, Inc.
nwinslow@atlas-solomon.com, mmorgan@atlas-solomon.com;servicemailboxnv@atlas-solomon.com;mgonzalez@atlas-solomon.com

NATALIE L. WINSLOW on behalf of Plaintiff GENESIS COIN, INC.
nwinslow@atlas-solomon.com, mmorgan@atlas-solomon.com;servicemailboxnv@atlas-solomon.com;mgonzalez@atlas-solomon.com

KENT P. WOODS on behalf of Defendant DEPLOYMENT LOGIX INC.
kent@kwoodslaw.com

RYAN J. WORKS on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

RYAN J. WORKS on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CASH CLOUD, INC. dba COIN CLOUD
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**23-10423-mkn Notice will not be electronically mailed to:**

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

JOHN R. ASHMEAD on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

THERESA AUGUSTIN
2740 RENEWEL CT
LAS VEGAS, NV 89138

Amazon Web Services, Inc.
,

BAKER & HOSTETLER LLP
,

BANKRUPTCY RECOVERY GROUP, LLC
7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119

BANKRUPTCY RECOVERY GROUP, LLC (BRG)
,

VARANISE BOOKER
14308 WILLOW GROVE CIRCLE
LOUISVILLE, KY 40245

ERIC E. BRAGE JR.
,

BROOKFIELD RETAIL PROPERTIES, INC.
C/O LOUIS BUBABLA III, SBN 8974
KAEMPFER CROWELL
50 W. LIBERTY STREET, SUITE 700
RENO, NV 89501

CONWAY BAXTER WILSON LLP/S.R.L.
400-411 ROOSEVELT AVENUE
OTTAWA, ON K2A 3X9

CRAIGHEAD COUNTY TAX COLLECTOR
511 UNION ST, SUITE 107
JONESBORO, AR 72401

ALLAN B. DIAMOND on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

BRITTANY B. FALABELLA on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

JAMES FAVORS
95-353 WAIA LOOP
MILILANI, HI 96789

JACQUELINE JO FITCH
22413 NE 227TH AVE
BATTLE GROUND, WA 98604

SCOTT W FOLEY on behalf of Defendant FIRST INSURANCE FUNDING, A DIVISION OF LAKE FOREST BANK & TRUST COMPANY, N.A.
SHAPIRO SHER GUINOT AND SANDLER, P.A.
250 W. PRATT STREET
SUITE 2000
BALTIMORE, MD 21201

FOX ROTHSCHILD LLP on behalf of Debtor CASH CLOUD, INC.
1980 FESTIVAL PLAZA DR., SUITE 700
LAS VEGAS, NV 89135

FTI CONSULTING INC.
,

Luis Flores
3092 Concepcion Ct.
Las Vegas, NV 89141

ROBERT J. GAYDA on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

CHARLES E. GIANELLONI on behalf of Defendant GENESIS GLOBAL HOLDCO, LLC
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

JORDI GUSO on behalf of Interested Party CKDL Credit, LLC
BERGER SINGERMAN LLP
1450 BRICKELL AVENUE, STE. 1900
MIAMI, FL 33131

Good 2 Go Stores LLC
c/o Timothy A. Lukas, Esq.
Holland & Hart LLP
5441 Kietzke Lane, 2nd Fl.
Reno, NV 89511

Talitha Gray Kozlowski on behalf of Debtor CASH CLOUD, INC.
Bankruptcy Recovery Group, LLC
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119

Talitha Gray Kozlowski on behalf of Plaintiff CASH CLOUD, INC. d/b/a COIN CLOUD
Bankruptcy Recovery Group, LLC
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119

PAUL R HAGE on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS AND HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

ERIN J. HOYLE on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD.
STE. 1000
TAMPA, FL 33607

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

JAMES M. JIMMERSON on behalf of Plaintiff CASH CLOUD, INC., DBA COIN CLOUD,
THE JIMMERSON LAW FIRM, P.C.
415 SOUTH 6TH STREET, SUITE 100
LAS VEGAS, NV 89101

CHRISTOPHER D. JOHNSON on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET, SUITE 3700
HOUSTON, TX 77010

RONALD GARY JONES on behalf of Defendant KIOSK SERVICES GROUP, INC.
JONES & ASSOCIATES
1325 AVENUE OF THE AMERICAS
28TH FLOOR
NEW YORK, NY 10019

ANDREW KISSNER on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

RICHARD KRUGER on behalf of Creditor Cole Kepro International, LLC
TAFT STETTINIUS & HOLLISTER LLP
27777 FRANKLIN ROAD, SUITE 2500
SOUTHFIELD, MI 48034

JOHN J. LAMOUREUX on behalf of Defendant LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

JOHN J. LAMOUREUX on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SHARA L LARSON on behalf of Creditor ROCKITCOIN, LLC
GHANDI DEETER BLACKHAM
725 S. SOUTH 8TH STREET SUITE 100
LAS VEGAS, NV 89101

LAW OFFICE OF BRIAN D. SHAPIRO, LLC on behalf of Creditor OPTCONNECT MANAGEMENT, LLC
510 S. 8TH STREET
LAS VEGAS, NV 89101

LAW OFFICE OF SHEA LARSEN on behalf of Creditor Enigma Securities Limited
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

SCOTT D. LAWRENCE on behalf of Defendant SEBASTIAN LLETGET
WICK PHILLIPS GOULD AND MARTIN, LLP
3131 MCKINNEY AVE., SUITE 500
DALLAS, TX 75204

SCOTT D. LAWRENCE on behalf of Interested Party SHEA LAW
WICK PHILLIPS GOULD AND MARTIN, LLP
3131 MCKINNEY AVE., SUITE 500
DALLAS, TX 75204

EMILY LEE
PO BOX 3261
PLAINFIELD, NJ 07063

GARY LEE on behalf of Creditor Enigma Securities Limited
MORRISON & FOERSTER LLP
250 WEST 55TH STREET
NEW YORK, NY 10019-3601

CATHERINE V. LOTEMPIO on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

ANDREW J. MATOTT on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

MCDONALD CARANO LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
2300 WEST SAHARA AVE, STE 1200
LAS VEGAS, NV 89102

JUSTIN M. MERTZ on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500
MILWAUKEE, WI 53202

LAURA MILLER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEAN A. O'NEAL on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

PROVINCE, LLC
2360 CORPORATE CIRCLE, SUITE 330
HENDERSON, NV 89074

CHRISTOPHER J. SCHREIBER on behalf of Creditor AVT Nevada, L.P.
MICHAEL BEST & FRIEDRICH LLP
790 N. WATER STREET
STE. 2500

MILWAUKEE, WI 53202

RYAN T. SCHULTZ on behalf of Creditor ROCKITCOIN, LLC
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 W. MADISON STREET, SUITE 3000
CHICAGO, IL 60606

ADAM P. SCHWARTZ on behalf of Interested Party LUX VENDING, LLC d/b/a BITCOIN DEPOT
CARLTON FIELDS, P.A.
4221 W. BOY SCOUT BLVD., STE. 1000
TAMPA, FL 33607

SEWARD & KISSEL LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

JAMES PATRICK SHEA on behalf of Creditor Enigma Securities Limited
SHEA LARSEN PC
1731 VILLAGE CENTER CIRCLE, SUITE 150
LAS VEGAS, NV 89134

JUSTIN B. STROTHER on behalf of Interested Party CHRIS MCALARY
DIAMOND MCCARTHY LLP
909 FANNIN STREET
SUITE 3700
HOUSTON, TX 77010

Jeffrey Sylvester on behalf of Interested Party CKDL Credit, LLC
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, NV 89134

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202

JANE VANLARE on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

MICHAEL WEINBERG on behalf of Creditor GENESIS GLOBAL HOLDCO, LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ALEXIS R. WENDL on behalf of Defendant GENESIS GLOBAL HOLDCO, LLC
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

BRANCE WESTBROOKS
5000 RAVENS CT
MATTHEWS, NC 28104

ROBERT S. WESTERMANN on behalf of Creditor Brink's, Inc.
HIRSCHLER FLEISCHER, P.C.
2100 EAST CARY STREET
RICHMOND, VA 23223

ROBERT WOOELFIN
,

KYLE M. WYANT on behalf of Creditor Enigma Securities Limited
SHEA LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

Ryan J Works on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

American Express National Bank
c/o Becket and Lee LLP
Attn: Christopher Cramer PO Box 3001
Malvern PA 19355-0701

Armondo Redmond
c/o Goldsmith & Guymon, P.C.
Attn: Marjorie A. Guymon 2055 Village Center
Circle
Las Vegas NV 89134

AVT Nevada, L.P.
Attn: Chris Emery, Jared Robertson & Carrie
Thomas
6995 Union Park Center Suite 400
Cottonwood Heights UT 84047

Black Hole Investments, LLC formerly known as
EZ Coin, LLC
c/o Black & Wadhams
Attn: Brigid M. Higgins 10777 W Twain Ave Third
Floor
Las Vegas NV 89135

Brookfield Retail Properties, Inc.
c/o Kaempfer Crowell
Attn: Louis M. Bubala III 50 W. Liberty Street
Suite 700
Reno NV 89501

CAL'S CONVENIENCE, INC
Attn: Ray Harrison and Marcia Rigg
7460 Warren Pkwy # 310
Frisco TX 75034

Cennox Reactive Field Services LLC
Attn: Michael Goggans
1341 W. Battlefield Rd., Suite 210
Springfield MO 65807

Chris McAlary
c/o Carlyon Cica Chtd.
Attn: Candace C. Carlyon,
265 E. Warm Springs Road Suite 107
Las Vegas NV 89119

CKDL Credit, LLC
c/o Berger Singerman LLP
Attn: Jordi Guso 1450 Brickell Avenue
Miami FL 33131

CKDL Credit, LLC
c/o Berger Singerman LLP
Attn: Scott Jablonski & Mitchell W. Goldberg 201
East Las Olas Blvd
Fort Lauderdale FL 33301

CKDL Credit, LLC
c/o Sylvester & Polednak, LTD.
Attn: Jeffery R. Sylvester, Esq. 1731 Village
Center Circle
Las Vegas NV 89134

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Pkwy Box 551220
Las Vegas NV 89155-1220

Cole Kepro International, LLC
Attn: Andrew Cashin & Frederick Cook
4170-103 Distribution Circle
North Las Vegas NV 89030

Cole Kepro International, LLC
c/o Lewis Roca Rothgerbe Christie LLP
Attn: Ogonna M. Brown, Esq. & Dan R. Waite,
Esq. 3993 Howard Hughes Pkwy Ste 600
Las Vegas NV 89169-5996

Cole Kepro International, LLC
c/o Taft Stettinius and Hollister, LLP
Attn: David Z. Adler, Esq., Paul R. Hage 27777
Franklin Rd Suite 2500
Southfield MI 48034

Department of Treasury - Internal Revenue
Service
PO Box 7346
Philadelphia PA 19101-7346

Deployment Logix Inc.
Attn: Ken Rogers
920 Twilight Peak Ave
Henderson NV 89012

Enigma Securities Limited
c/o Morrison & Foerster LLP
Attn: Gary Lee & Andrew Kissner 250 West 55th
St
New York NY 10019-9601

Enigma Securities Limited
c/o Shea Larsen
Attn: James Shea, Esq., Bart Larsen, Esq., Kyle
Wyant, Esq. 1731 Village Center Cir Ste 150
Las Vegas NV 89134

Fox Rothschild LLP
Attn: Brett A. Axelrod, Esq.
One Summerlin 1980 Festival Plaza Drive Suite
700
Las Vegas NV 89135

Franchise Tax Board
Bankruptcy Section, MS A340
PO Box 2952
Sacramento CA 95812-2952

Genesis Global Capital LLC
c/o Cleary Gottlieb
Attn: Sean O'Neal, Michael Weinberg, & Jan
VanLare One Liberty Plaza
New York NY 10006

Genesis Global Holdco, LLC
c/o Snell and Wilmer LLP
Attn: Robert Kinas, Blakeley Griffith, and Charles
Gianelloni 1700 South Pavilion Center Drive Suite
700
Las Vegas NV 89135

Good 2 Go Stores LLC
Attn: General Counsel
1568 E. 17th St
Idaho Falls ID 83404

Internal Revenue Service
Attn: Mary Sevilla
915 2nd Ave M/S W244
Seattle WA 98174

Internal Revenue Service
Attn: Kimberly Wheelock
178 S Rio Grande St M/S 5021
Salt Lake City UT 84101

Luis Flores
c/o Andersen & Beede
Attn: Ryan A. Andersen and Valerie Y.
Zaidenberg 3199 E Warm Springs Rd Ste 400
Las Vegas NV 89120

Lux Vending, LLC dba Bitcoin Depot
c/o Carlton Fields, P.A.
Attn: Adam P. Schwartz PO Box 3239
Tampa FL 33601

Lux Vending, LLC dba Bitcoin Depot
c/o Howard & Howard Attorneys PLLC
Attn: Stacy H. Rubin 3800 Howard Hughes
Parkway Suite 100
Las Vegas NV 89169

National Services, LLC
c/o Hodges, Doughty, & Carson
Attn: Matthew Graves 617 Main St PO Box 869
Knoxville TN 37901

Official Committee of Unsecured Creditors
c/o McDonald Carano LLP
Attn: Ryan J. Works & Amanda M. Perach 2300
W Sahara Ave Ste 1200
Las Vegas NV 89102

Official Committee of Unsecured Creditors
c/o Seward & Kissel LLP
Attn: John R. Ashmead, Esq., Robert J. Gayda,
Esq., Catherine V. LoTempio, Esq.,  Andrew J.
Matott, Esq. One Battery Park Plaza
New York NY 10004

OptConnect Management LLC
c/o Law Office of Brian D. Shapiro, LLC
Attn: Brian D. Shapiro, Esq. 510 8th Street
Las Vegas NV 89101

OptConnect MGT, LLC
c/o Dechert LLP
Attn: Craig Druehl Three Bryant Park 1095
Avenue of the Americas
New York NY 10036

Oracle America, Inc.
c/o Buchalter, A Professional Corporation
Attn: Shawn M. Christianson, Esq. 425 Market St
Ste 2900
San Francisco CA 94105-3493

RocketItCoin, LLC
c/o Ghandi Deeter Blackham
Attn: Shara L. Larson 725 South 8th Street Suite
100
Las Vegas NV 89101

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis IN 46204

Spec's - Parent
Attn: Ryan Holder
1420 Kingwood Drive
Kingwood TX 77339

Tennessee Attorney General's Office
c/o Bankruptcy Divsion
PO Box 20207
Nashville TN 37202-0207

Texas Workforce Commission
Regulatory Integrity Division - SAU
101 E. 15th Street Room 556
Austin TX 78778-0001

Trangistics, Inc.
c/o Goldsmith & Guymon, P.C.
Attn: Marjorie A. Guymon 2055 Village Center
Circle
Las Vegas NV 89134

United States Trustee
Attn: Jared A. Day & Edward M. McDonald, Jr.
C. Clifton Young Federal Building 300 Booth
Street, Room 3009
Reno NV 89509

WPG Legacy, LLC
c/o Frost Brown Todd LLP
Attn: Ronald E. Gold, Esq. 301 East Fourth
Street, Ste. 3300
Cincinnati OH 45202

State Regulatory Registry LLC
c/o Brandon Milhorn
1129 20th St. NW
Washington, DC 20036

State Regulatory Registry LLC
1129 20th St. NW, 9th Floor
Washington, DC 20036

Twilio Inc.
c/o Corporation Service Company - Registered
Agent
251 Little Falls Drive
Wilmington, DE 19808

Twilio Inc.
Attn: Dana Wagner, Chief Legal Officer
101 Spear Street, Suite 500
San Francisco, CA 94105

Randstad North America
Attn: Jay Ferguson, Chief Legal Officer
3625 Cumberland SE Boulevard, Suite 600
Atlanta, GA 30339

Randstad North America
c/o Corporation Service Company – Registered
Agent
251 Little Falls Drive
Wilmington, DE 19808