Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2026 THROUGH JUNE 30, 2026**<br><br><br>FTI Consulting, Inc., Financial Advisor to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>April 1, 2026, through June 30, 2026<br><br>$15,860.00 (80% of $19,825.00)<br><br>$0.00 (100% of expenses) |

FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Thirty-First Interim Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing April 1, 2026, through June 30, 2026 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, FTI requests allowance and payment of $15,860.00 (representing 80% of the $19,825.00 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $0.00 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by FTI Consulting, Inc. during the Fee Period.

Attached hereto as **Exhibit A** is the name of each professional at FTI who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task.  Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period.  FTI reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an

objection has been served.

DATED this 7th day of July 2026.

FTI Consulting, Inc.

By:  /s/ Michael Tucker
Michael Tucker
4835 East Cactus Road, Suite 230
Scottsdale, AZ 85254
michael.tucker@fticonsulting.com

*Financial Advisor for Official Committee of Unsecured Creditors*

Respectfully submitted by:

McDONALD CARANO LLP

/s/ Ryan J. Works
Ryan J. Works, Esq (NSBN 9224)
Amanda M. Perach, Esq (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee of Unsecured Creditors*

# Exhibit A

**EXHIBIT A**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD APRIL 1, 2026 TO JUNE 30, 2026**

| Professional | Position | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---|---|
| Tucker, Michael | Sr Managing Dir | $ 650 | 12.3 | $ 7,995.00 |
| Halevy, Richard | Director | 650 | 18.2 | 11,830.00 |
| **TOTAL** | | | **30.5** | **$ 19,825.00** |

1. Per its retention application [Docket No. 348], FTI has agreed to bill each professional in this case at $650 per hour other than for tasks relating to litigation or a contested plan confirmation where the customary hourly rates would apply.

# Exhibit B

**EXHIBIT B**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD APRIL 1, 2026 TO JUNE 30, 2026**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 5.8 | 3,770.00 |
| 6 | Asset Sales & Recoveries | 5.6 | 3,640.00 |
| 10 | Analysis of Tax Issues | 0.5 | 325.00 |
| 17 | Wind Down Monitoring | 2.9 | 1,885.00 |
| 18 | Potential Avoidance Actions & Litigation | 11.1 | 7,215.00 |
| 24 | Preparation of Fee Application | 4.6 | 2,990.00 |
| | **GRAND TOTAL** | **30.5** | **$ 19,825.00** |

# Exhibit C

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD APRIL 1, 2026 TO JUNE 30, 2026**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 4/2/2026 | Halevy, Richard | 0.6 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 5/11/2026 | Halevy, Richard | 0.3 | Review correspondence from Debtor re: estate liquidity matters. |
| 2 | 6/3/2026 | Halevy, Richard | 0.4 | Correspond with FTI team re: estate liquidity matters. |
| 2 | 6/12/2026 | Halevy, Richard | 1.6 | Prepare analysis re: Debtor estate liquidity. |
| 2 | 6/17/2026 | Halevy, Richard | 2.9 | Prepare analysis re: Debtor estate liquidity analysis and cash flow forecast. |
| **2 Total** | | | **5.8** | |
| 6 | 5/18/2026 | Tucker, Michael | 0.5 | Prepare for and participate in call with Fox Rothschild re: estate asset recovery. |
| 6 | 5/20/2026 | Tucker, Michael | 0.9 | Prepare for and participate in call with potential buyer re: estate litigation assets. |
| 6 | 5/20/2026 | Tucker, Michael | 0.7 | Participate in call with potential buyer re: estate litigation assets. |
| 6 | 5/20/2026 | Halevy, Richard | 0.7 | Participate in call with potential buyer re: estate litigation assets. |
| 6 | 6/1/2026 | Tucker, Michael | 1.4 | Review updates re: Bitcoin Depot bankruptcy filing in connection with estate litigation recoveries. |
| 6 | 6/2/2026 | Tucker, Michael | 0.5 | Review draft proofs of claim for estate in Bitcoin Depot bankruptcy. |
| 6 | 6/3/2026 | Tucker, Michael | 0.4 | Correspond with Fox Rothschild re: draft proofs of claim for estate in Bitcoin Depot bankruptcy. |
| 6 | 6/11/2026 | Tucker, Michael | 0.5 | Provide comments re: draft proofs of claim for estate in Bitcoin Depot bankruptcy. |
| **6 Total** | | | **5.6** | |
| 10 | 4/17/2026 | Halevy, Richard | 0.5 | Prepare correspondence to FTI team re: ERC tax matters. |
| **10 Total** | | | **0.5** | |
| 17 | 4/8/2026 | Halevy, Richard | 0.6 | Correspond with Debtor re: wind-down matters. |
| 17 | 4/15/2026 | Halevy, Richard | 0.4 | Prepare for and participate in call with Debtor re: wind-down matters. |
| 17 | 4/22/2026 | Halevy, Richard | 0.3 | Correspond with Debtor re: wind-down matters. |
| 17 | 4/29/2026 | Halevy, Richard | 0.3 | Prepare for and participate in call with Debtor re: wind-down matters. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD APRIL 1, 2026 TO JUNE 30, 2026**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 4/30/2026 | Halevy, Richard | 0.3 | Correspond with Debtor re: wind-down matters. |
| 17 | 5/6/2026 | Halevy, Richard | 0.5 | Prepare for and participate in call with Debtor re: wind-down matters. |
| 17 | 6/24/2026 | Halevy, Richard | 0.5 | Prepare for and participate in call with Debtor re: wind-down matters. |
| **17 Total** | | | **2.9** | |
| 18 | 4/13/2026 | Halevy, Richard | 0.2 | Review correspondence from Debtor's Canadian Counsel re: Bitaccess arbitration. |
| 18 | 4/16/2026 | Halevy, Richard | 0.2 | Review latest docket filings. |
| 18 | 4/21/2026 | Tucker, Michael | 0.2 | Review docket filings re: status of preference actions. |
| 18 | 4/23/2026 | Halevy, Richard | 0.4 | Review update from BRG re: preference settlements. |
| 18 | 5/5/2026 | Tucker, Michael | 0.7 | Review motion for summary judgement re: Bitcoin Depot case. |
| 18 | 5/5/2026 | Halevy, Richard | 0.4 | Review latest docket filings re: Bitcoin Depot litigation. |
| 18 | 5/13/2026 | Halevy, Richard | 0.5 | Review docket filing re: status of preference suits. |
| 18 | 5/18/2026 | Halevy, Richard | 0.4 | Review docket re: Bitcoin Depot Chapter 11 filing in connection with estate litigation. |
| 18 | 5/19/2026 | Tucker, Michael | 1.2 | Correspond with Counsel re: Bitcoin Depot litigation strategy. |
| 18 | 5/19/2026 | Halevy, Richard | 0.3 | Participate in call with Counsel re: Bitcoin Depot adversary proceeding. |
| 18 | 5/20/2026 | Tucker, Michael | 0.5 | Review updates from BRG re: preference settlements. |
| 18 | 5/27/2026 | Tucker, Michael | 0.2 | Correspond with Seward & Kissel re: status of Cole Kepro litigation. |
| 18 | 6/16/2026 | Halevy, Richard | 0.3 | Correspond with Jimmerson Law Firm re: litigation updates. |
| 18 | 6/16/2026 | Halevy, Richard | 0.2 | Review latest docket filings. |
| 18 | 6/17/2026 | Halevy, Richard | 0.5 | Correspond with BRG re: preference settlements. |
| 18 | 6/19/2026 | Halevy, Richard | 0.3 | Review filing re: preference settlements. |
| 18 | 6/23/2026 | Tucker, Michael | 0.8 | Participate in call with Fox Rothschild and Jimmerson Law Firm re: Bitcoin Depot litigation. |

**EXHIBIT C**
**CASH CLOUD, INC., dba COIN CLOUD - CASE NO. BK-23-10423-mkn**
**TIME DETAIL**
**FOR THE PERIOD APRIL 1, 2026 TO JUNE 30, 2026**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 6/26/2026 | Tucker, Michael | 1.9 | Assist in preparation of settlement proposal re: various estate litigation at the request of Counsel. |
| 18 | 6/29/2026 | Tucker, Michael | 0.2 | Correspond with Jimmerson Law Firm re: litigation updates. |
| 18 | 6/30/2026 | Tucker, Michael | 1.7 | Continue to prepare settlement proposal re: various estate litigation at the request of Counsel. |
| **18 Total** | | | **11.1** | |
| 24 | 4/16/2026 | Halevy, Richard | 2.5 | Prepare January through March fee application. |
| 24 | 5/5/2026 | Halevy, Richard | 0.2 | Finalize and distribute January through March 2026 fee application. |
| 24 | 6/24/2026 | Halevy, Richard | 1.9 | Prepare April through June 2026 fee application. |
| **24 Total** | | | **4.6** | |
| **Grand Total** | | | **30.5** | |