BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          nkoffroth@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                    Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**STIPULATION TO FURTHER CONTINUE HEARING DATE**<br><br>Old Hearing Date:  August 12, 2026<br>Old Hearing Time: 9:30 a.m.<br><br>**New Hearing Date:  TBD**<br>**New Hearing Time: TBD** |

Brink's Incorporated ("Brink's"), by and through its counsel Hirschler Fleischer, P.C., and Cash Cloud, Inc. dba Coin Cloud (the "Debtor" and together with Brink's, the "Parties"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its counsel Fox Rothschild LLP, stipulate and agree as follows (the "Stipulation"):

**RECITALS**

A.      WHEREAS, on July 28, 2023 Brink's, by counsel, filed its *Application for Allowance and Payment of Administrative Expense Claim of Brink's Incorporated* (the "Application") (Docket No. 977), which asserted and requested allowance and payment of Brink's Administrative Claim (Docket No. 890) (the "Claim") in the amount of $804,487.64, which was filed on July 20, 2023 pursuant to the *Order Establishing Administrative Claim Bar Date for Filing Proofs of Administrative Expense Claim and Approving Form, Manner, and Sufficiency of Notice Thereof* (Docket No. 823) (the "Order");

1

188495856.1

B.      WHEREAS, on August 1, 2023, the Debtor filed its Objection to the Application [ECF No. 989];

C.      WHEREAS, on September 8, 2023, Brink's filed a Notice of Hearing on the Application (the "Hearing") which set the Hearing on October 19, 2023 at 10:30 a.m. and set Brink's reply deadline (the "Reply Deadline") for October 12, 2023 [ECF No. 1181] (the "Notice");

D.      WHEREAS, on October 12, 2023, the Parties filed a Stipulation to Continue the Hearing to November 1, 2023 at 9:30 a.m. (Pacific Time) and to continue the Brink's Reply Deadline to October 25, 2023 (the "Stipulation") [ECF No. 1373];

E.      WHEREAS, on October 16, 2023, the Bankruptcy Court entered an Order approving the Stipulation [ECF No. 1380];

F.      WHEREAS, Brink's timely filed its Reply on October 25, 2023, in which it amended the amount of the Claim to $966,151.96 [ECF No. 1432];

G.      WHEREAS, on October 30, 2023, the Parties filed a Stipulation to Continue the Hearing to December 13, 2023 at 9:30 a.m. (Pacific Time) (the "Second Stipulation") [ECF No. 1452];

H.      WHEREAS, on November 1, 2023, the Bankruptcy Court entered an Order approving the Second Stipulation [ECF No. 1453];

I.      WHEREAS, on December 11, 2023, the Parties filed a Stipulation to Continue the Hearing to January 17, 2024 at 9:30 a.m. (Pacific Time) (the "Third Stipulation") [ECF No. 1538];

J.      WHEREAS, on December 12, 2023, the Bankruptcy Court entered an Order approving the Third Stipulation [ECF No. 1540];

K.      WHEREAS, on January 15, 2024, the Parties filed a Stipulation to Further Continue the Hearing to March 20, 2024 at 9:30 a.m. (Pacific Time) (the "Fourth Stipulation") [ECF No. 1572];

L.      WHEREAS, on January 26, 2024, the Bankruptcy Court entered an Order approving the Fourth Stipulation [ECF No. 1590];

M.      WHEREAS, on March 18, 2024, the Parties filed a Stipulation to Further Continue the Hearing to May 15, 2024 at 9:30 a.m. (Pacific Time) (the "Fifth Stipulation") [ECF No. 1653];

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

188495856.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

N.	WHEREAS, on March 19, 2024, the  Bankruptcy Court entered an Order approving the Fifth Stipulation [ECF No. 1654];

O.	WHEREAS, on May 6, 2024, the Parties filed a Stipulation to Further Continue the Hearing to July 17, 2024 at 9:30 a.m. (Pacific Time) (the "Sixth Stipulation") [ECF No. 1708];

P.	WHEREAS, on May 13, 2024, the Bankruptcy Court entered an Order approving the Sixth Stipulation [ECF No. 1718];

Q.	WHEREAS, on July 10, 2024, the Parties filed a Stipulation to Further Continue the Hearing to September 18, 2024 at 9:30 a.m. (Pacific Time) (the "Seventh Stipulation") [ECF No. 1736];

R.	WHEREAS, on July 11, 2024, the Bankruptcy Court entered an Order approving the Seventh Stipulation [ECF No. 1737];

S.	WHEREAS, on September 13, 2024, the Parties filed a Stipulation to Further Continue the Hearing to December 11, 2024 at 9:30 a.m. (Pacific Time) (the "Eighth Stipulation") [ECF No. 1776];

T.	WHEREAS, on September 13, 2024, the Bankruptcy Court entered an Order approving the Eighth Stipulation [ECF No. 1777];

U.	WHEREAS, on December 6, 2024, the Parties filed a Stipulation to Further Continue the Hearing to March 26, 2025 at 9:30 a.m. (Pacific Time) (the "Ninth Stipulation") [ECF No. 1836];

V.	WHEREAS, on December 6, 2024, the Bankruptcy Court entered an order approving the Ninth Stipulation [ECF No. 1837];

W.	WHEREAS, on March 13, 2025, the Parties filed a Stipulation to Further Continue the Hearing to June 25, 2025 at 9:30 a.m. (Pacific Time) (the "Tenth Stipulation") [ECF No. 1975];

X.	WHEREAS, on March 13, 2025, the Bankruptcy Court entered an Order approving the Tenth Stipulation [ECF No. 1976]; and

Y.	WHEREAS, on June 10, 2025, the Parties filed a Stipulation to Further Continue Hearing Date to continue the Hearing to September 24, 2025 at 9:30 a.m. (Pacific Time) (the "Eleventh Stipulation") [ECF No. 2032]; and

3

188495856.1

Z.    WHEREAS, on June 10, 2025, the Bankruptcy Court entered an Order approving the Eleventh Stipulation [ECF No. 2033]; and

AA.    WHEREAS, on September 19, 2025, the Parties filed a Stipulation to Further Continue Hearing Date to continue the Hearing to March 25, 2026 at 9:30 a.m. (Pacific Time) (the "Twelfth Stipulation") [ECF No. 2105]; and

BB.    WHEREAS, on September 22, 2025, the Bankruptcy Court entered an Order approving the Twelfth Stipulation [ECF No. 2106]; and

CC.    WHEREAS, on March 18, 2026, the Parties filed a Stipulation to Further Continue Hearing Date to continue the Hearing to August 12, 2026, at 9:30 a.m. (Pacific Time) (the "Thirteenth Stipulation") [ECF No. 2196]; and

DD.    WHEREAS, on March 20, 2026, the Bankruptcy Court entered an Order approving the Thirteenth Stipulation [ECF No. 2199]; and

EE.    WHEREAS, the Parties desire to further continue the Hearing.

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

**IT IS STIPULATED AND AGREED** that:

1.    The Hearing shall be continued to a date and time to be determined by the Court.

Dated this 11th day of August 2026.

| **FOX ROTHSCHILD LLP** | **HIRSCHLER FLEISCHER, P.C.** |
|---|---|
| By: _/s/ Brett A. Axelrod_<br>BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>NICHOLAS A. KOFFROTH, ESQ.<br>Nevada Bar No. 16264<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>*Counsel for Debtor* | By: _/s/ Brittany B. Falabella_<br>BRITTANY B. FALABELLA, ESQ.<br>(admitted pro hac vice)<br>2100 East Cary Street<br>Richmond, Virginia 23223<br><br>and<br><br>MAURICE B. VERSTANDIG, ESQ.<br>Nevada Bar No. 15346<br>THE VERSTANDIG LAW FIRM, LLC<br>452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012<br>*Counsel for Brink's* |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4

188495856.1