_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                                   Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO FURTHER CONTINUE HEARING DATE**<br><br>Old Hearing Date: August 12, 2026<br>Old Hearing Time: 9:30 a.m.<br><br>**New Hearing Date:  February 17, 2027**<br>**New Hearing Time: 9:30 a.m.** |

Upon consideration of the *Stipulation to Further Continue Hearing Date* [ECF No. 2251] (the "Stipulation") on the *Application for Allowance and Payment of Administrative Expense Claim of Brink's Incorporated* [ECF No. 977] (the "Application");

1

188496520

**IT IS HEREBY ORDERED** that the Hearing[1] on the Application shall be continued from August 12, 2026 at 9:30 a.m. (Pacific Time) to February 17, 2027 at 9:30 a.m.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   */s/ Brett A. Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

**HIRSCHLER FLEISCHER, P.C.**

By:  */s/ Brittany B. Falabella*
BRITTANY B. FALABELLA
(admitted pro hac vice)
2100 East Cary Street
Richmond, Virginia 23223

and

MAURICE B. VERSTANDIG, ESQ.
Nevada Bar No. 15346
THE VERSTANDIG LAW FIRM, LLC
452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
*Counsel for Brink's*

# # #

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

2

188496520

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)