GenuBank

8488 Rozita Lee Avenue
Ste 115
Las Vegas, NV 89113

## Statement Ending 06/30/2026

Cash Cloud Inc



Customer Number: XXXXXX612

### Managing Your Accounts

| | |
|---|---|
| Phone | 702-912-0700 |
| Physical Address | 8488 Rozita Lee Ave<br>Ste 115<br>Las Vegas, NV 89113 |
| Website | www.GenuBank.com |

CASH CLOUD INC
DBA COIN CLOUD
OPERATING
11700 W CHARLESTON BLVD STE 170 # 441
LAS VEGAS NV 89135-1575

For more information regarding our Privacy Policy and how we use your personal information, please visit our website at www.genubank.com

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS REGULAR | XXXXXX612 | $230,009.38 |

## BUSINESS REGULAR - XXXXXX612

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **05/30/2026** | **Beginning Balance** | **$260,804.56** |
| | 0 Credit(s) This Period | $0.00 |
| | 11 Debit(s) This Period | $30,795.18 |
| **06/30/2026** | **Ending Balance** | **$230,009.38** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **05/30/2026** | **Beginning Balance** | | | **$260,804.56** |
| 06/04/2026 | Outgoing Wire Domestic 4877 | $25.00 | | $260,779.56 |
| 06/04/2026 | Outgoing Wire Domestic 4878 | $25.00 | | $260,754.56 |
| 06/04/2026 | Outgoing Wire 4878 J2S2 LLC NOTPROVIDED | $5,817.35 | | $254,937.21 |
| 06/04/2026 | Outgoing Wire 4877 James Hall NOTPROVIDED | $6,346.15 | | $248,591.06 |
| 06/04/2026 | 408.Morningstar 7025391694 | $569.00 | | $248,022.06 |
| 06/05/2026 | GOOGLE PURCHASE US004CF25Z | $5,779.19 | | $242,242.87 |
| 06/18/2026 | Outgoing Wire Domestic 4984 | $25.00 | | $242,217.87 |
| 06/18/2026 | Outgoing Wire Domestic 4985 | $25.00 | | $242,192.87 |
| 06/18/2026 | Outgoing Wire 4985 J2S2 LLC NOTPROVIDED | $5,817.35 | | $236,375.52 |
| 06/18/2026 | Outgoing Wire 4984 James Hall NOTPROVIDED | $6,346.15 | | $230,029.37 |
| 06/24/2026 | XX1085 DDA RECURR 780023 TE MRH | $19.99 | | $230,009.38 |
| **06/30/2026** | **Ending Balance** | | | **$230,009.38** |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 06/04/2026 | $248,022.06 | 06/18/2026 | $230,029.37 |
| 06/05/2026 | $242,242.87 | 06/24/2026 | $230,009.38 |

EQUAL HOUSING LENDER
Member FDIC

Month________________________________ 20_______

THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING – NOT CHARGED TO ACCOUNT

| NO. | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

BANK BALANCE SHOWN ON THIS STATEMENT $__________________

**ADD +**

DEPOSITS NOT CREDITED ON THIS STATEMENT (IF ANY) $__________________

__________________

__________________

**TOTAL** $__________________

**SUBTRACT -**

CHECKS OUTSTANDING $__________________

**BALANCE** $__________________

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT FOR PREVIOUS MONTH.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**IF YOUR FINANCIAL INSTITUTION OFFERS THE FOLLOWING SERVICES AND YOU USE THESE SERVICES, THESE DISCLOSURES, REQUIRED BY GOVERNMENT REGULATIONS, MAY APPLY TO YOUR STATEMENT. THESE DISCLOSURES ONLY APPLY TO ACCOUNTS THAT ARE USED PRIMARILY FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES.**

**REVOLVING LOAN ACCOUNT**

Immediate credit will be given for payments at the address listed on the front of this statement during the institution’s full service hours for that location. Payments received at any other location will be promptly credited, but credit could possibly be delayed up to five (5) days.

**BALANCE SUBJECT TO INTEREST RATE**

The INTEREST CHARGE is computed on the average-daily-balance method (including current transactions). We figure the interest charge on your account by applying the periodic rate to the “average daily balance” of your account (including current transactions). To get the “average daily balance” we take the beginning balance of your account each day, add any new balances, and subtract any payments or credits, (and unpaid finance charges). This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the “average daily balance”.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at the address listed on the front of this statement. In your letter, give us the following information:

1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors any you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

1. We cannot try to collect the amount in question, or report you as delinquent on that amount.
2. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
3. While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
4. We can apply any unpaid amount against your credit limit.

**ELECTRONIC FUNDS TRANSFERS**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at the telephone number, or write us at the address listed on the front of the statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days if the suspected error involves an unauthorized transfer made by use of your Debit Card or 20 business days if the suspected error occurred 30 days after the first deposit to the account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**SEND INQUIRIES TO: THE ADDRESS LISTED ON THE FRONT OF THIS STATEMENT**