BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
nkoffroth@foxrothschild.com
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**STIPULATION REGARDING ALLOWANCE OF LATE-FILED ADMINISTRATIVE EXPENSE CLAIM OF JOEL PRICE** |

This *Stipulation Regarding Allowance of Late-Filed Administrative Expense Claim of Joel Price* (the "Stipulation") is entered into by and between Joel Price ("Claimant") and Cash Cloud, Inc. dba Coin Cloud (the "Debtor" and together with Claimant, the "Parties"), by and through its counsel, Fox Rothschild LLP.

**RECITALS**

A. **WHEREAS**, on February 7, 2023 (the "Petition Date"), the Debtor filed a voluntary chapter 11 petition in this case.

B. **WHEREAS**, on June 9, 2023, Claimant deposited $2,000 in cash at a Debtor-operated ATM (ATM identifier 143394, USA). The ATM accepted Claimant's funds but dispensed no cryptocurrency, and Claimant received nothing in return.

C. **WHEREAS**, on June 9, 2023, June 21, 2023, and June 30, 2023, the Debtor, through its customer service representatives, acknowledged Claimant's claim in correspondence with Claimant.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

D. **WHEREAS**, by order entered July 11, 2023, the Court established July 20, 2023 as the deadline for filing proofs of administrative expense claims (the "Administrative Claims Bar Date").

E. **WHEREAS**, Claimant filed proofs of claim asserting this administrative expense after the Administrative Claims Bar Date, under Claim No. 217 (Administrative Expense Claim Form) and Claim No. 213 (Form 410).

F. **WHEREAS**, Claimant asserts, and the Debtor does not dispute, that Claimant was not included on the notice list for the Administrative Expense Claims Bar Date Notice and received no notice of the Administrative Claims Bar Date.

G. **WHEREAS**, the Parties have resolved Claimant's administrative expense claim and wish to memorialize their agreement through this Stipulation.

**NOW, THEREFORE**, in consideration of the mutual promises contained herein, the Parties **STIPULATE AND AGREE** as follows:

1. **Deemed Timely Filed**. Claimant's administrative expense claim, as asserted under Claim No. 217 (the "Claim"), is deemed timely filed, and the Administrative Claims Bar Date is extended solely as to Claimant to the extent necessary to permit the allowance of the Claim.

2. **Allowance**. The Claim is ALLOWED as an administrative expense claim pursuant to section 503(b) of the Bankruptcy Code in the amount of $2,000.

3. **Priority**. The Claim shall be treated as an administrative expense claim entitled to priority under section 507(a)(2) of the Bankruptcy Code and shall be paid in accordance with the terms of the *Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023* [ECF No. 996].

4. **Duplicate Claim**. Claim No. 213 (Form 410) (the "Duplicative Claim") asserts the same $2,000 debt as the Claim. Upon allowance of the Claim pursuant to paragraph 2 above, Claimant shall withdraw the Duplicative Claim and the Duplicative Claim shall be deemed duplicative of the Claim and shall not provide the basis for any additional recovery.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

5. **No Other Relief**. This Stipulation resolves only the Claim and the Duplicative Claim. Nothing herein constitutes a release, waiver, or admission by either Party as to any other matter, claim, or defense.

6. **Binding Effect**. This Stipulation is binding upon the Parties and their respective successors and assigns.

7. **Notice**. Upon entry of the order approving this Stipulation, the Debtor shall serve a copy on Stretto, Inc. in its capacity as claims agent.

Dated this 19th day of October 2026.

**FOX ROTHSCHILD LLP**

By: *\/s/Brett A. Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

By: */s/Joel Price*
JOEL PRICE
450 Lexington Ave., Unit 1086
New York, NY 10163
*Claimant, Pro Se*