Honorable Mike K. Nakagawa
United States Bankruptcy Judge

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
nkoffroth@foxrothschild.com
*Counsel for Debtor*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING ALLOWANCE OF LATE-FILED ADMINISTRATIVE EXPENSE CLAIM OF JOEL PRICE** |

Upon consideration of the *Stipulation Regarding Allowance of Late-Filed Administrative Expense Claim of Joel Price* (the "Stipulation"),[1] and good cause appearing, it is hereby

**ORDERED** that the Stipulation is approved; and it is further

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

**ORDERED** that Claimant's administrative expense claim, as asserted under Claim No. 217, is deemed timely filed and ALLOWED as an administrative expense claim pursuant to section 503(b) of the Bankruptcy Code in the amount of $2,000, entitled to priority under section 507(a)(2) of the Bankruptcy Code and shall be paid in accordance with the terms of the *Debtor's First Amended Chapter 11 Plan of Reorganization Dated August 1, 2023* [ECF No. 996]; and it is further

**ORDERED** that Claim No. 213 (Form 410) is deemed duplicative of the Claim, shall be withdrawn and shall not provide the basis for any additional recovery.

**IT IS SO ORDERED.**

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By: *_/s/Brett A. Axelrod_*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)