RECEIVED
AND FILED
NOV -6 2026
AM
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re

CASH CLOUD, INC.,

dba COIN CLOUD,

Debtor.

Case No. BK-23-10423-mkn

Chapter 11

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 213**

Claimant Joel Price, proceeding pro se, hereby gives notice of the voluntary withdrawal of his Proof of Claim No. 213, filed electronically on Official Form 410, which asserted the same $2,000 debt as Claimant's administrative expense claim, Claim No. 217. By Order entered on October 19, 2026 [ECF No. 2270], the Court approved the Stipulation Regarding Allowance of Late-Filed Administrative Expense Claim of Joel Price, deemed Claim No. 217 timely filed and allowed as an administrative expense claim pursuant to 11 U.S.C. § 503(b) in the amount of $2,000, entitled to priority under 11 U.S.C. § 507(a)(2), and directed that Claim No. 213 be withdrawn as duplicative of Claim No. 217. Consistent with paragraph 4 of the Stipulation and the Order, Claim No. 213 is hereby withdrawn. Claim No. 213 is duplicative of Claim No. 217 and is withdrawn so that it will not provide the basis for any additional recovery, consistent with paragraph 4 of the Stipulation.

No Hearing Required.

Dated: October 28, 2026

By ____________________

JOEL PRICE
101 N Greenville Ave Ste C #252
Allen, TX 75002
(512) 217-0942
jp23132@proton.me

*Claimant, Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2026, I served a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim No. 213 upon the following by electronic mail:

Audrey Noll, Esq. and Brett A. Axelrod, Esq.
Fox Rothschild LLP, Counsel for Debtor
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
anoll@foxrothschild.com; baxelrod@foxrothschild.com

Patricia Chlum
Fox Rothschild LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
pchlum@foxrothschild.com

Stretto, Inc., Claims Agent
410 Exchange, Suite 100
Irvine, CA 92602
TeamCoinCloud@stretto.com

______________________________

Joel Price
Claimant, Pro Se