NVB 4002 (Rev. 7/16)

RECEIVED
AND FILED
AM
NOV - 6 2026
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

NVB 4002 Rev (7/16) Joel Price
101 N Greenville Ave Ste C #252
Allen, TX 75002
(512) 217 0042
Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | | |
|---|---|---|
| In re: CASH CLOUD, INC. dba COIN CLOUD<br><br>Debtor. | ) | BK- 23-10423-mkn<br><br>Chapter: 11<br><br>Trustee:<br><br>**CHANGE OF ADDRESS OF:**<br>**( ) DEBTOR**<br>**(✓) CREDITOR**<br>**( ) OTHER** |

I request that notice be sent to the following address: (please print)

Name
JOEL PRICE

Address
101 N GREENVILLE AVE STE C #252

| City | State | Zip Code |
|---|---|---|
| ALLEN | TX | 75002 |

Please check the applicable boxes:

☑ The change of address is applicable only in the above captioned case.

☐ The change of address is also applicable in the following related cases: (*please list the case numbers*) ______________________________.

☐ Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject line of all emailed court orders and notices.)

Debtor's DeBN account number ____________________

Joint Debtor's DeBN account number _______________

DATE: October 28, 2026

SIGNATURE

**NOTE**: Please submit an original and one copy for the record.