BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
nkoffroth@foxrothschild.com
*Counsel for Debtor*

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11<br><br>**FOX ROTHSCHILD LLP'S MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE MONTH ENDING OCTOBER 31, 2026** |

Fox Rothschild LLP ("Fox" or "Applicant"), counsel to Cash Cloud, Inc., dba Coin Cloud ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), hereby submits this *Monthly Fee Statement of Services Rendered and Expenses Incurred for the Month Ending October 31, 2026* (the "Statement"), pursuant to the *Final Order Authorizing Retention and Employment of Fox Rothschild LLP as Debtor's Counsel, Effective as of the Petition Date* [ECF No. 189] and the Court's *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, And Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

In support of this Statement, Fox respectfully represents as follows:

1. Fox hereby seeks allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred as Debtor's counsel during the period commencing October 1, 2026 through October 31, 2026 (the "Statement Period").

2. Fox seeks allowance and payment of interim compensation for fees in the amount of $28,562.40, representing 80% of the $35,703.00 in fees incurred for services rendered during the Statement Period, plus reimbursement of $649.83, representing 100% of the expenses incurred during the Statement Period, for a total award of $29,212.43 for the Statement Period.

3. Attached hereto as **Exhibit A** is the name of each timekeeper who performed services in connection with the Chapter 11 Case during the Statement Period, and the hourly rate for each such timekeeper.

4. Attached hereto as **Exhibit B** is a task code summary.

5. Attached hereto as **Exhibit C** is a detailed schedule of time expended by the timekeepers who performed services during the Statement Period and a detailed schedule of expenses paid during the Statement Period.

6. On the same date this Statement was filed, Fox served a copy of this Statement via electronic mail/notice on the following parties (each a "Notice Party," and collectively, the "Notice Parties"):

i. Cash Cloud, Inc., c/o Ayala & Associates, 300 S. 4th Street, 16th Floor, Las Vegas, NV 89101 (Attn: Daniel Ayala; dayala@ayalalaw.com);

ii. Fox Rothschild, LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135 (Attn: Brett A. Axelrod, Esq.; baxelrod@foxrothschild.com); counsel to Debtor;

iii. United States Trustee Tracy Hope Davis, 300 Las Vegas Boulevard South, Suite 4300, Las Vegas, NV 89101 (Attn: Jared A. Day, Trial Attorney; Jared.A.Day@usdoj.gov);

iv. Seward & Kissel, LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Robert J. Gayda; gayda@sewkis.com; Catherine V. LoTempio; lotempio@sewkis.com; Andrew J. Matott; matott@sewkis.com), and Mcdonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102 (Attn: Ryan J.

Works; rworks@mcdonaldcarano.com), counsel to the Official Committee of Unsecured Creditors;

v. Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 (Attn: Jordi Guso; JGuso@bergersingerman.com), and Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, NV 89134 (Attn: Jeffrey R. Sylvester; Jeff@SylvesterPolednak.com); counsel to DIP lender CKDL Credit, LLC;

vi. Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-9601 (Attn: Andrew Kissner; akissner@mofo.com; Gary Lee; glee@mofo.com), and Shea Larsen, 1731 Village Center Circle, Suite 150, Las Vegas, NV 89134 (Attn: James Patrick Shea; jshea@shea.law; Bart K. Larsen; blarsen@shea.law; Kyle M. Wyant; kwyant@shea.law); counsel to Enigma Securities Limited; and

vii. Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Sean A. O'Neal; soneal@cgsh.com; Jane VanLare; jvanlare@cgsh.com), and Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (Attn: Robert R. Kinas; rkinas@swlaw.com); counsel to Genesis Global Holdco, LLC.

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

7. Pursuant to the Interim Compensation Procedures Order, each Notice Party will have twenty (20) days after service (or the next business day if the 20th day is not a business day) of a Monthly Fee Application (the "Objection Deadline"), to object to the requested fees and expenses in accordance with the procedures described in subparagraph (b) set forth on page three of the Interim Compensation Procedures Order.

8. If no objections are raised on or before the Objection Deadline, Applicant shall file a certificate of no objection with the Court, after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the fees and 100 percent of the expenses incurred during the period covered by Applicant's Monthly Fee Application.

9. If an objection is properly filed before the Objection Deadline, Applicant shall file a certificate of no objection with the Court with respect to the fees and expenses, if any, that are not subject to objection (the "Undisputed Fees" and "Undisputed Expenses"), after which Debtor shall be authorized to pay to Applicant an amount equal to 80 percent of the Undisputed Fees and 100 percent of the Undisputed Expenses incurred during the period covered by Applicant's Monthly

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

Fee Application.

10. Applicant acknowledges that the interim payment of compensation and reimbursement of expenses sought in this Statement does not constitute a request for final allowance of such compensation and reimbursement of expenses. At the conclusion of the Chapter 11 Case, Applicant will seek final allowance of the fees charged and expenses incurred for the entirety of the Chapter 11 Case, and any interim fees and expenses received during the course of the Chapter 11 Case will be credited against such fees and expenses that are allowed on a final basis.

11. Neither Applicant nor any member of Fox has any agreement or understanding of any kind to divide, pay over, or share with any other person, except as among the members of Fox, any portion of the fees or expenses to be awarded pursuant to this Statement.

Dated this 13th day of November 2026.

**FOX ROTHSCHILD LLP**

By: *s/Brett A. Axelrod*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

# EXHIBIT A

## Summary of Fox Professionals and Paraprofessionals

October 1, 2026, through October 31, 2026

| Attorney | Hourly Rate | Application Hours | Total Fees |
|---|---|---|---|
| Brett A. Axelrod – Partner | $1,240.00 | 4.4 | $5,456.00 |
| Brian C. Bernhardt – Partner | $850.00 | 9.3 | $7,905.00 |
| Audrey Noll – Counsel | $1,075.00 | 2.3 | $2,472.50 |
| Jessica E. Brown – Associate | $655.00 | 19.0 | $12,445.00 |
| **Subtotal** | | **35.5** | **$28,278.50** |
| **Blended Rate (Attorneys only)** | **$796.58** | | |
| **Paraprofessional** | **Hourly Rate** | **Application Hours** | **Total Fees** |
| Patricia M. Chlum – Senior Paralegal | $465.00 | 11.7 | $5,440.50 |
| Angela Hosey – Paralegal | $310.00 | 6.4 | $1,984.00 |
| **Subtotal** | | **18.1** | **$7,424.50** |
| **GRAND TOTAL** | | **53.6** | **$35,703.00** |
| **Combined Blended Rate (Attorneys and Paraprofessionals)** | **$672.88** | | |

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

# EXHIBIT B
# TASK CODE SUMMARY

| Task | Description | | Hours | Amount |
|---|---|---|---|---|
| AA | ASSET ANALYSIS & RECOVERY | | 9.4 | $7,951.50 |
| AP | LITIGATION/ADVERSARY PROCEEDINGS | | 28.4 | $16,087.50 |
| CA | CASE ADMINISTRATION | | 3.5 | $4,107.50 |
| CH | COURT HEARINGS | | 0.2 | $248.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | | 2.8 | $1,767.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | | 2.0 | $1,418.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | | 4.8 | $2,961.00 |
| TR | TRUSTEE REPORTING/SCHEDULES | | 2.5 | $1,162.50 |
| | | **TOTAL** | **53.6** | **$35,703.00** |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

# EXHIBIT C

## Detailed Schedule of Time Expended by Professionals and Paraprofessionals and Detailed Schedule of Expenses Incurred

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Fox Rothschild

ONE SUMMERLIN 1980 FESTIVAL PLAZA DR., SUITE 700 LAS VEGAS, NV 89135
Tel 215.299.2000 Fax 215.299.2150 www.foxrothschild.com

TAX I.D. NO. 23-1404723

CASH CLOUD INC. DBA COIN CLOUD
DANIEL AYALA
300 S. FOURTH ST. 16TH FLOOR
LAS VEGAS, NV 89101

dayala@ayalalaw.com

| | |
|---|---|
| Invoice Number | ****** |
| Invoice Date | 11/04/26 |
| Client Number | 353743 |
| Matter Number | 00002 |

**RE: POST PETITION**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/26**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| **TASK: AA** | | | | | |
| 10/13/2026 | BERNHARDT | AA | RESEARCH BACKGROUND OF THIRD-PARTY REPRESENTATIVE. | 0.1 | $85.00 |
| 10/13/2026 | BERNHARDT | AA | RECEIVE, REVIEW, AND RESPOND TO EMAILS FROM B. AXELROD REGARDING IRS GRANT OF ERC CLAIM, AND THIRD-PARTY REPRESENTATIVE OFFERING TO ATTEMPT RECOVERY OF OTHERWISE STATUTORILY MANDATED INTEREST FROM THE IRS FOR AN ADDITIONAL FEE. | 0.2 | $170.00 |
| 10/14/2026 | BERNHARDT | AA | TWO CALLS TO A. EGHBALI, ONE AT AGREED UPON TIME AND ONE 15 MINUTES LATER, TO DISCUSS ERC CLAIMS AND RELATED INTEREST, AND LEFT VOICEMAILS BOTH TIMES, ADVISING OF MY AVAILABILITY IN THE EVENING AND NEXT DAY FOR A CALL TO DISCUSS SAME. | 0.4 | $340.00 |
| 10/14/2026 | BERNHARDT | AA | RECEIVE, REVIEW, AND RESPOND TO EMAILS FROM THIRD-PARTY REPRESENTATIVE A. EGHBALI REGARDING MEETING TO DISCUSS RECOVERY OF INTEREST FROM IRS WITH RESPECT TO | 0.2 | $170.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | IRS GRANT OF ERC CLAIM. | | |
| 10/14/2026 | BERNHARDT | AA | EMAIL TO B. AXELROD TO ADVISE THAT A. EGHBALI DID NOT ATTEND AGREED UPON CONFERENCE CALL AND TO PROVIDE RECOMMENDATION FOR CLIENT IN ABSENCE OF DISCUSSION WITH A. EGHBALI. | 0.1 | $85.00 |
| 10/14/2026 | BERNHARDT | AA | TWO CALLS TO A. EGHBALI, ONE AT AGREED UPON TIME AND ONE 15 MINUTES LATER, TO DISCUSS ERC CLAIMS AND RELATED INTEREST, AND LEFT VOICEMAILS BOTH TIMES, ADVISING OF MY AVAILABILITY IN THE EVENING AND NEXT DAY FOR A CALL TO DISCUSS SAME. | 0.2 | $170.00 |
| 10/14/2026 | BERNHARDT | AA | RECEIVE, REVIEW, AND RESPOND TO EMAILS FROM B. AXELROD REGARDING SCHEDULING MEETING WITH THIRD-PARTY REPRESENTATIVE TO DISCUSS RECOVERY OF INTEREST FROM IRS WITH RESPECT TO IRS GRANT OF ERC CLAIM. | 0.2 | $170.00 |
| 10/14/2026 | CHLUM | AA | EXCHANGE EMAILS WITH BRIAN BERNHARDT RE ASSET ANALYSIS AND RECOVERY | 0.1 | $46.50 |
| 10/15/2026 | BERNHARDT | AA | EMAILS TO AND FROM A. EGHBALI REGARDING TRANSCRIPTS SHOWING NEGATIVE BALANCES AND NO INDICATION OF ISSUANCE OF REFUNDS AND INQUIRY REGARDING SAME. | 0.1 | $85.00 |
| 10/15/2026 | BERNHARDT | AA | RECEIVE, REVIEW, AND RESPOND TO EMAIL FROM A. EGHBALI WITH IRS NOTICES, ADDITIONAL TAX ACCOUNT TRANSCRIPTS, FORMS 941, AND FORMS 941-X RELATED TO ERC CLAIMS, AND REVIEW DOCUMENTS. | 0.7 | $595.00 |
| 10/15/2026 | BERNHARDT | AA | RECEIVE AND RESPOND TO EMAIL FROM A. EGHBALI WITH ACCOUNT TRANSCRIPTS FOR REMAINING PERIODS IN WHICH A. EGHBALI APPLIED FOR ERC WITH RESPECT TO CLIENT AND REVIEW TRANSCRIPTS. | 0.5 | $425.00 |
| 10/15/2026 | BERNHARDT | AA | RECEIVE, REVIEW, AND | 0.5 | $425.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | RESPOND TO EMAILS FROM J. HALL REGARDING DRAFTING POWER OF ATTORNEY TO FILE WITH IRS FOR CLIENT TO SIGN, TELEPHONE CONFERENCE WITH JIM HALL REGARDING CLIENT'S EMPLOYER IDENTIFICATION NUMBER FOR POWER OF ATTORNEY, DRAFT POWER OF ATTORNEY, AND EMAIL POWER OF ATTORNEY TO D. AYALA FOR EXECUTION AND RETURN. | | |
| 10/15/2026 | BERNHARDT | AA | RECEIVE AND REVIEW DOCUMENTS - TRANSCRIPTS, ERC CLAIM, AND IRS NOTICE - RELATED TO CLIENT'S ERC CLAIMS AND POTENTIAL IMPACT OF IMPROPER POWER OF ATTORNEY ON ERC CLAIMS FROM B. AXELROD, AND RESPOND TO B.AXELROD REGARDING SAME. | 0.8 | $680.00 |
| 10/15/2026 | BERNHARDT | AA | EMAIL TO CLIENT, VIA B. AXELROD, SUMMARIZING CALL WITH A. EGHBALI, PROVIDING CONCLUSIONS REGARDING HIS ACTIONS, AND PROPOSING RECOMMENDATIONS FOR MOVING FORWARD WITH OBTAINING ERC FUNDS. | 0.7 | $595.00 |
| 10/16/2026 | BERNHARDT | AA | EMAIL TO A. EGHBALI REGARDING DOCUMENTS PRODUCED NOT INCLUDED IRS NOTICES CP210 INDICATING APPROVAL OF ERC CLAIMS, AS REQUESTED; RESEND EMAIL LATER IN DAY; RECEIVE AND REVIEW EMAIL FROM A. EGHBALI CONFIRMING HE DOES NOT HAVE IRS NOTICES. | 0.3 | $255.00 |
| 10/16/2026 | BERNHARDT | AA | RECEIVE AND REVIEW SIGNED POWER OF ATTORNEY FROM D. AYALA, SIGN AND DATE SAME, UPLOAD SAME TO IRS FOR PROCESSING, EMAIL TO CLIENT REGARDING SAME, AND RECEIVE CONFIRMATION FROM IRS OF SUCCESSFUL SUBMISSION OF POWER OF ATTORNEY. | 0.3 | $255.00 |
| 10/21/2026 | BERNHARDT | AA | CONFIRM IRS PROCESSING | 0.2 | $170.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | OF FORM 2848, POWER OF ATTORNEY AND DECLARATION OF REPRESENTATIVE. EMAIL TO CLIENT REGARDING SAME. | | |
| 10/22/2026 | BERNHARDT | AA | EMAIL FORM 2848, POWER OF ATTORNEY AND DECLARATION OF REPRESENTATIVE, TO REVENUE AGENT, WITH QUESTIONS REGARDING ERC CLAIMS AND ALLEGED ISSUANCE OF FUNDS. E-FAX FORM 2848, POWER OF ATTORNEY AND DECLARATION OF REPRESENTATIVE, TO IRS TAXPAYER ADVOCATE CASE MANAGER, WITH QUESTIONS REGARDING ERC CLAIMS AND ALLEGED ISSUANCE OF FUNDS. | 0.2 | $170.00 |
| 10/26/2026 | BERNHARDT | AA | RECEIVE, REVIEW, AND RESPOND TO EMAILS FROM A. EGHBALI REGARDING STATUS MOVING FORWARD. | 0.1 | $85.00 |
| 10/26/2026 | BERNHARDT | AA | INTERNAL STRATEGY CONFERENCE WITH B. AXELROD REGARDING NEXT STEPS IN LIGHT OF REPLACEMENT OF A. EGHBALI AS CLIENT REPRESENTATIVE. | 0.1 | $85.00 |
| 10/28/2026 | BERNHARDT | AA | EMAIL TO IRS TAXPAYER ADVOCATE REQUESTING ADDITIONAL INFORMATION RELATED TO MAILING DATE AND MAILING ADDRESS FOR ERC FUNDS FOR 4TH QUARTER 2020 AND 1ST, 2ND, AND 3RD QUARTERS OF 2021 , AS WELL AS STATUS OF APPEAL OF ERC DENIAL OF 2ND QUARTER OF 2020. | 0.2 | $170.00 |
| 10/28/2026 | BERNHARDT | AA | EMAILS TO AND FROM A. EGHBALI REGARDING HIS RECEIPT OF ERC FUNDS FOR FOURTH QUARTER OF 2020 AND FIRST, SECOND, AND THIRD QUARTERS OF 2021, REMINDER TO OBTAIN BANKRUPTCY TRUSTEE APPROVAL OF HIS FEE AGREEMENT WITH CLIENT, AND REQUEST FOR MARCH 2026 LETTER TO IRS RELATED TO ERC CLAIM FOR QUARTER 2 OF 2020. | 0.5 | $425.00 |
| 10/28/2026 | BERNHARDT | AA | EMAILS TO AND FROM B. | 0.4 | $340.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | AXELROD REGARDING ERC CLAIMS SHOWING AS ISSUED IN SEPTEMBER PER FORM 941 ACCOUNT TRANSCRIPTS FOR FOUR OF FIVE TAX PERIODS; NEXT STEPS TO CONTACT IRS REGARDING OUTSTANDING TAX PERIOD AND DATE REFUNDS MAILED BY IRS AND TO CONTACT PRIOR REPRESENTATIVE TO MAKE HIM AWARE OF REFUND CHECKS POTENTIALLY COMING TO HIM; AND NEED FOR LETTING PRIOR REPRESENTATIVE KNOW WHAT HE NEEDS TO DO IN ORDER TO OBTAIN PAYMENT OF HIS FEE. | | |
| 10/28/2026 | BERNHARDT | AA | DOWNLOAD AND REVIEW FORM 1120-S ACCOUNT TRANSCRIPTS FOR 2019-2024 AND FORM 941 ACCOUNT TRANSCRIPTS FOR ALL QUARTERS IN 2020 AND 2021. | 0.5 | $425.00 |
| 10/28/2026 | BERNHARDT | AA | RECEIVE, DOWNLOAD, AND REVIEW ALLEGEDLY ALL DOCUMENTS FROM FILE OF A. EGHBALI. | 1.2 | $1,020.00 |
| 10/28/2026 | BERNHARDT | AA | RECEIVE, REVIEW, AND RESPOND TO EMAIL FROM M. TUCKER AT FTI CONSULTING REGARDING STATUS OF ERC CLAIMS. | 0.1 | $85.00 |
| 10/29/2026 | BERNHARDT | AA | RECEIVE, REVIEW, AND RESPOND TO EMAIL FROM S. GHIABI REGARDING COPIES OF CHECKS ISSUED BY IRS AND MARCH 2026 SUBMISSION TO IRS IN RESPONSE TO IRS DENIAL OF ERC CLAIM WITH RESPECT TO SECOND QUARTER 2020, AND REVIEW SAME. | 0.5 | $425.00 |
| | | | **SUBTOTAL TASK: AA** | **9.4** | **$7,951.50** |
| **TASK: AP** | | | | | |
| 10/09/2026 | BROWN | AP | PREPARE CORRESPONDENCE TO J. HALL AND D. AYALA RE RESPONDING TO WRITTEN DISCOVERY REQUESTS | 0.5 | $327.50 |
| 10/12/2026 | BROWN | AP | ANALYZE CORRESPONDENCE FROM J. HALL RE RESPONSIVE DOCUMENTS TO PLAINTIFF'S REQUESTS FOR PRODUCTION; PREPARE | 0.3 | $196.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | CORRESPONDENCE TO D. AYALA RE SAME | | |
| 10/13/2026 | AXELROD | AP | EMAIL D. AYALA RE 30(B)(6) DEPO DATES | 0.1 | $124.00 |
| 10/13/2026 | CHLUM | AP | REVIEW STATUS REPORT REGARDING AVOIDANCE ACTIONS | 0.1 | $46.50 |
| 10/14/2026 | BROWN | AP | ANALYZE DOCUMENT PRODUCTION FROM D. AYALA; PREPARE CORRESPONDENCE TO T. LAWRENCE RE WRITTEN DISCOVERY RESPONSES; COORDINATE EXPORTING DATA (EMAILS) FROM .PST FILE FOR RELEVANT RESPONSES TO PLAINTIFF'S WRITTEN DISCOVERY REQUESTS | 0.8 | $524.00 |
| 10/15/2026 | BROWN | AP | ANALYZE PREPARATION OF DOCUMENTS INTO VIEWABLE FORM AND GENERATING A PRIVILEGE LOG | 0.8 | $524.00 |
| 10/15/2026 | BROWN | AP | PREPARE CORRESPONDENCE TO OPPOSING COUNSEL RE RESPONSES TO REQUESTS FOR PRODUCTION | 0.5 | $327.50 |
| 10/15/2026 | HOSEY | AP | DOWNLOAD AND ORGANIZE PST FILE RECEIVED FROM DANIEL AYALA IN RESPONSE TO DISCOVERY REQUESTS. | 0.7 | $217.00 |
| 10/16/2026 | AXELROD | AP | CALL WITH J. BROWN RE DISCOVERY AND DISCLOSURES | 0.2 | $248.00 |
| 10/16/2026 | BROWN | AP | REVIEW PRODUCED EMAILS FOR PRIVILEGE WITHHOLDING | 2.6 | $1,703.00 |
| 10/16/2026 | HOSEY | AP | WORK ON PREPARING PRIVILEGE LOG REGARDING PST FILE RECEIVED FROM DANIEL AYALA IN RESPONSE TO DISCOVERY REQUESTS. | 1.4 | $434.00 |
| 10/16/2026 | HOSEY | AP | CONTINUE TO REVIEW PST FILE RECEIVED FROM DANIEL AYALA IN RESPONSE TO DISCOVERY REQUESTS. | 1.5 | $465.00 |
| 10/18/2026 | BROWN | AP | REVIEW DOCUMENTS FOR PRODUCTION | 1.2 | $786.00 |
| 10/19/2026 | CHLUM | AP | REVIEW EMAIL FROM N. WINSLOW INCLUDING NOTICE OF GENESIS 30B(6) DEPOSITION OF GENESIS GLOBAL HOLDCO; REVISE KEY DATES | 0.2 | $93.00 |
| 10/20/2026 | AXELROD | AP | REVIEW (B)(6) DEPOSITION | 0.1 | $124.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | NOTICE OF GENESIS GLOBAL | | |
| 10/20/2026 | BROWN | AP | REVIEW ADDITIONAL EMAILS AND DOCUMENTS FOR PRODUCTION; PREPARE PRIVILEGE LOG | 4.5 | $2,947.50 |
| 10/21/2026 | BROWN | AP | PREPARE CORRESPONDENCE TO D. AYALA REGARDING STATUS OF AND STRATEGY FOR DISCOVERY RESPONSES; REVIEW AND ANALYZE RULE 30(B)(6) DEPOSITION SUBPOENA, INCLUDING NOTICED TOPICS, SCOPE, AND POTENTIAL OBJECTIONS; PREPARE CORRESPONDENCE TO COUNSEL FOR GENESIS REGARDING OUTSTANDING DISCOVERY RESPONSES; PREPARE SEPARATE CORRESPONDENCE TO COUNSEL FOR GENESIS REGARDING RULE 30(B)(6) DEPOSITION SUBPOENA; DRAFT ADDITIONS AND REVISIONS TO WRITTEN DISCOVERY RESPONSES; REVISE AND SUPPLEMENT PRIVILEGE LOG. | 3.2 | $2,096.00 |
| 10/21/2026 | CHLUM | AP | REVIEW EMAIL FROM J. BROWN RE DEPOSITION DATE CONFLICT | 0.1 | $46.50 |
| 10/21/2026 | CHLUM | AP | REVIEW EMAIL FROM M. GONZALEZ RE NOTICE OF 30B(6) DEPOSITION OF GENESIS GLOBAL | 0.1 | $46.50 |
| 10/22/2026 | CHLUM | AP | REVIEW FURTHER EMAIL FROM M. GONZALES WITH AMENDED NOTICE OF DEPOSITION | 0.1 | $46.50 |
| 10/22/2026 | CHLUM | AP | REVIEW EMAIL FROM T. LAWRENCE REGARDING UPDATED DEPOSITION DATE | 0.1 | $46.50 |
| 10/23/2026 | BROWN | AP | REVISE AND SUPPLEMENT RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR PRODUCTION; REVIEW DOCUMENTS FOR PRIVILEGE AND COORDINATE PRODUCTION OF NON-PRIVILEGED MATERIALS; REVISE AND EXPAND PRIVILEGE LOG TO ADD NEWLY WITHHELD DOCUMENTS; PREPARE FOR RULE 30(B)(6) DEPOSITION | 4.4 | $2,882.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | OF CORPORATE DESIGNEE D. AYALA, INCLUDING REVIEW OF NOTICED TOPICS AND COORDINATION OF LOGISTICS AND PREPARATION SESSION. | | |
| 10/23/2026 | CHLUM | AP | CASH CLOUD 353743.02 - TELEPHONE CALL WITH D.DELLARATA REGARDING DOCUMENT PRODUCTION; MULTIPLE TELEPHONE CALLS WITH J. WEIMERS REGARDING DOCUMENT PRODUCTION; EXCHANGE MULTIPLE EMAILS WITH J. WEIMERS REGARDING SERVICE OF DOCUMENT PRODUCTION | 0.5 | NO CHARGE |
| 10/23/2026 | CHLUM | AP | LOAD GENESIS DOCUMENT PRODUCTION INTO KITEWORKS FOR TRANSMISSION TO GENESIS COUNSEL | 0.2 | $93.00 |
| 10/23/2026 | CHLUM | AP | PREPARE PRIVILEGED BATES DOCUMENTS | 0.7 | $325.50 |
| 10/23/2026 | CHLUM | AP | REVIEW PRIVELEGE LOG | 0.2 | $93.00 |
| 10/23/2026 | CHLUM | AP | PREPARATION OF DOCUMENT PRODUCTION TO GENESIS | 0.8 | $372.00 |
| 10/23/2026 | CHLUM | AP | EXCHANGE MULTIPLE EMAILS WITH J. BROWN REGARDING DOCUMENT PRODUCTION TO GENESIS | 0.2 | $93.00 |
| 10/23/2026 | CHLUM | AP | TELEPHONE CALL WITH J. BROWN REGARDING DOCUMENT PRODUCTION TO GENESIS | 0.2 | $93.00 |
| 10/23/2026 | CHLUM | AP | REVIEW AMENDED NOTICE OF DEPOSITION OF FRCP 30(B)(6) REPRESENTATIVE OF GENESIS COIN | 0.1 | $46.50 |
| 10/26/2026 | BROWN | AP | PREPARE RESPONSE EMAIL FROM COUNSEL FOR PLAINTIFF RE PRODUCTION OF DOCUMENTS | 0.2 | $131.00 |
| 10/26/2026 | CHLUM | AP | TELEPHONE CALL WITH J. BROWN REGARDING GENESIS DOCUMENT PRODUCTION | 0.2 | $93.00 |
| 10/26/2026 | HOSEY | AP | WORK ON ISSUES RELATED TO THE PRODUCTION OF NON-PRIVILEGED DOCUMENTS INCLUDING THE SEGREGATION OF PRIVILEGED DOCUMENTS. | 1.6 | $496.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | **SUBTOTAL TASK: AP** | **28.4** | **$16,087.50** |
| **TASK: CA** | | | | | |
| 10/13/2026 | AXELROD | CA | EMAIL EXCHANGE WITH B. BERNHARDT RE INTEREST ON ERC CLAIM | 0.2 | $248.00 |
| 10/13/2026 | AXELROD | CA | CALL WITH M. TUCKER RE ERC | 0.2 | $248.00 |
| 10/13/2026 | AXELROD | CA | REVIEW EMAIL FROM T. JAMES RE IRS COUNSEL | 0.1 | $124.00 |
| 10/13/2026 | CHLUM | CA | EXCHANGE EMAILS WITH B. AXELROD RE ENGAGEMENT AGREEMENT | 0.2 | $93.00 |
| 10/14/2026 | AXELROD | CA | CALL WITH PROVINCE RE ERC CALL | 0.2 | $248.00 |
| 10/14/2026 | AXELROD | CA | EMAIL EXCHANGE WITH B. BERNHARDT REGARDING ORDER EFFECT ON INTEREST | 0.2 | $248.00 |
| 10/14/2026 | AXELROD | CA | CALL WITH PROVINCE AND ARIAN EGHBALI RE ERC | 0.3 | $372.00 |
| 10/14/2026 | AXELROD | CA | EMAIL J. HALL AND D. AYALA RE IRS NOTICES AAND SEND TO B. BERNHARDT | 0.2 | $248.00 |
| 10/14/2026 | AXELROD | CA | CALL WITH B. GAYDA AND M. TUCKER TO UPDATE SAME RE ERC STATUS | 0.3 | $372.00 |
| 10/15/2026 | AXELROD | CA | REVIEW EMAIL FROM B. BERNHARDT RE ERC AND PROVIDE REQUESTED INFORMATION AND FORWARD TO AYALA | 0.3 | $372.00 |
| 10/16/2026 | AXELROD | CA | REVIEW EMAIL FROM D. AYALA RE POA FROM IRS | 0.1 | $124.00 |
| 10/21/2026 | CHLUM | CA | REVIEW EMAIL FROM J. PRICE RE ADDRESS CHANGE | 0.1 | $46.50 |
| 10/29/2026 | AXELROD | CA | WORK ON CLAIMS ANALYSIS | 0.6 | $744.00 |
| 10/29/2026 | AXELROD | CA | CALL WITH STRETTO RE WAIVER OF INTREST AND UPDATE GAYDA AND TUCKER TO ASCERTAIN UCC POSITION ON SAME | 0.3 | $372.00 |
| 10/29/2026 | AXELROD | CA | CALL WITH GAYDA RE STRETTO ERC RE STRETTO AND WATERFALL | 0.2 | $248.00 |
| | | | **SUBTOTAL TASK: CA** | **3.5** | **$4,107.50** |
| **TASK: CH** | | | | | |
| 10/08/2026 | AXELROD | CH | ATTEND STATUS CONFERENCE BITCOIN ADVERSARY | 0.2 | $248.00 |
| | | | **SUBTOTAL TASK: CH** | **0.2** | **$248.00** |
| **TASK: FA1** | | | | | |
| 10/13/2026 | AXELROD | FA1 | WORK ON FEE STATEMENTS | 0.6 | $744.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/13/2026 | CHLUM | FA1 | PREPARE EMAIL TO REQUIRED SERVICE PARTIES FORWARDING FOX OMNIBUS MONTHLY FEE APPLICATION | 0.1 | $46.50 |
| 10/13/2026 | CHLUM | FA1 | FINALIZE FOR FILING FOX OMNIBUS MONTHLY FEE APPLICATION | 0.2 | $93.00 |
| 10/13/2026 | CHLUM | FA1 | DRAFT OMNIBUS MONTHLY FEE APPLICATION COVERING DECEMBER 2025 THROUGH SEPTEMBER 30 2025 | 1.9 | $883.50 |
| | | | **SUBTOTAL TASK: FA1** | **2.8** | **$1,767.00** |
| **TASK: FA2** | | | | | |
| 10/28/2026 | CHLUM | FA2 | EXCHANGE EMAILS WITH A. NOLL RE TERMS OF STRETTO ENGAGEMENT; FORWARD CLAIMS NOTICING AGENT GUIDELINES | 0.2 | $93.00 |
| 10/28/2026 | CHLUM | FA2 | EXCHANGE MULTIPLE EMAILS WITH B. AXELROD RE TERMS OF STRETTO ENGAGEMENT | 0.2 | $93.00 |
| 10/28/2026 | CHLUM | FA2 | EXCHANGE EMAILS WITH A. EGHBALI RE PREPARATION OF FINAL FEE APPLICATION | 0.2 | $93.00 |
| 10/29/2026 | CHLUM | FA2 | PREPARE EMAIL TO ARIAN EGHBALI RE FEE APPLICATION | 0.1 | $46.50 |
| 10/29/2026 | CHLUM | FA2 | REVIEW EMAIL FROM B. AXELROD RE STRETTO EMPLOYMENT TERMS | 0.1 | $46.50 |
| 10/29/2026 | CHLUM | FA2 | RESEARCH STRETTO EMPLOYMENT TERMS | 0.2 | $93.00 |
| 10/29/2026 | CHLUM | FA2 | EXCHANGE MULTIPLE EMAILS WITH A. NOLL RE STRETTO EMPLOYMENT TERMS | 0.2 | $93.00 |
| 10/29/2026 | NOLL | FA2 | EXCHANGE MULTIPLE EMAILS WITH B. AXELROD REGARDING ORDER FORBIDDING STRETTO'S LATE FEES. | 0.3 | $322.50 |
| 10/29/2026 | NOLL | FA2 | REVIEW STRETTO SERVICES AGREEMENT, ORDER APPROVING STRETTO'S EMPLOYMENT AND NEVADA'S CLAIMS AGENT GUIDELINES. | 0.4 | $430.00 |
| 10/29/2026 | NOLL | FA2 | CALL WITH B. AXELROD REGARDING STRETTO LATE FEES. | 0.1 | $107.50 |
| | | | **SUBTOTAL TASK: FA2** | **2.0** | **$1,418.00** |
| **TASK: PC** | | | | | |
| 10/05/2026 | HOSEY | PC | REVISE DRAFT ORDER | 0.4 | $124.00 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | APPROVING STIPULATION WITH JOEL PRICE REGARDING LATE FILED CLAIM. | | |
| 10/05/2026 | HOSEY | PC | REVISE DRAFT STIPULATION WITH JOEL PRICE REGARDING LATE FILED CLAIM. | 0.6 | $186.00 |
| 10/05/2026 | HOSEY | PC | EXCHANGE EMAILS WITH AUDREY NOLL REGARDING STATUS OF STIPULATION AND ORDER REGARDING JOEL PRICE CLAIM. | 0.2 | $62.00 |
| 10/06/2026 | NOLL | PC | REVIEW AND REVISE STIPULATION RE: PRICE ADMINISTRATIVE CLAIM/ORDER; FORWARD TO B. AXELROD. | 0.8 | $860.00 |
| 10/07/2026 | CHLUM | PC | REVIEW EMAIL FROM JOEL PRICE RE STIPULATION QUESTIONS; PREPARE EMAIL TO A. NOLL FORWARDING ANSWERS | 0.2 | $93.00 |
| 10/07/2026 | NOLL | PC | SEND EMAIL TO J. PRICE REGARDING STIPULATION ALLOWING ADMINISTRATIVE CLAIM; WITHDRAWAL OF DUPLICATIVE CLAIM. | 0.2 | $215.00 |
| 10/07/2026 | NOLL | PC | EXCHANGE EMAILS WITH P. CHLUM REGARDING WITHDRAWAL OF PROOF OF CLAIM. | 0.2 | $215.00 |
| 10/08/2026 | CHLUM | PC | REVIEW EMAIL FROM J. PRICE RE WITHDRAWAL OF CLAIM | 0.1 | $46.50 |
| 10/19/2026 | CHLUM | PC | PREPARE EMAIL TO JOEL PRICE FORWARDING FILED STIPULATION REGARDING LATE FILED CLAIM AND ORDER APPROVING SAME | 0.1 | $46.50 |
| 10/19/2026 | CHLUM | PC | FINALIZE ORDER APPROVING STIPULATION TO ALLOW CLAIM OF JOEL PRICE | 0.1 | $46.50 |
| 10/19/2026 | CHLUM | PC | FINALIZE STIPULATION TO ALLOW CLAIM OF JOEL PRICE | 0.1 | $46.50 |
| 10/19/2026 | CHLUM | PC | REVISE ORDER APPROVING STIPULATION TO ALLOW CLAIM OF JOEL PRICETO COMPLY WITH NEVADA LOCAL RULES | 0.2 | $93.00 |
| 10/19/2026 | CHLUM | PC | REVISE STIPULATION TO ALLOW CLAIM OF JOEL PRICETO COMPLY WITH NEVADA LOCAL RULES | 0.3 | $139.50 |
| 10/19/2026 | CHLUM | PC | EXCHANGE EMAILS WITH A. NOLL REGARDING | 0.1 | $46.50 |

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | STIPULATION TO ALLOW CLAIM OF JOEL PRICE | | |
| 10/19/2026 | NOLL | PC | REVIEW EMAIL FROM J. PRICE REGARDING STIPULATION ALLOWING ADMIN CLAIM; FORWARD TO P. CHLUM. | 0.2 | $215.00 |
| 10/19/2026 | NOLL | PC | EXCHANGE EMAILS WITH J. PRICE REGARDING STIPULATION ALLOWING ADMIN CLAIM. | 0.1 | $107.50 |
| 10/27/2026 | CHLUM | PC | REVIEW EMAIL FROM J. PRICE RE WITHDRAWALS OF PROOFS OF CLAIM | 0.1 | $46.50 |
| 10/27/2026 | CHLUM | PC | REVIEW EMAIL FROM M. TUCKER WITH ERC CLAIMS ATTACHMENTS; CATALOG SAME | 0.3 | $139.50 |
| 10/27/2026 | CHLUM | PC | TELEPHONE CALL WITH B. AXELROD REGARDING ERC REFUNDS; COMPILE EMAILS WITH A.EGHBALI | 0.5 | $232.50 |
| | | | **SUBTOTAL TASK: PC** | **4.8** | **$2,961.00** |
| **TASK: TR** | | | | | |
| 10/14/2026 | CHLUM | TR | FINALIZE JULY 2026 MOR FOR FILING WITH THE COURT | 0.5 | $232.50 |
| 10/14/2026 | CHLUM | TR | FINALIZE JUNE 2026 MOR FOR FILING WITH THE COURT | 0.5 | $232.50 |
| 10/14/2026 | CHLUM | TR | FINALIZE MAY 2026 MOR FOR FILING WITH THE COURT | 0.5 | $232.50 |
| 10/14/2026 | CHLUM | TR | FINALIZE APRIL 2026 MOR FOR FILING WITH THE COURT | 0.5 | $232.50 |
| 10/14/2026 | CHLUM | TR | FINALIZE AUGUST 2026 MOR FOR FILING WITH THE COURT | 0.5 | $232.50 |
| | | | **SUBTOTAL TASK: TR** | **2.5** | **$1,162.50** |
| | | | **TOTAL** | **53.6** | **$35,703.00** |

**TASK SUMMARY:**

| Task | Description | Hours | Amount |
|---|---|---|---|
| AA | ASSET ANALYSIS & RECOVERY | 9.4 | $7,951.50 |
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 28.4 | $16,087.50 |
| CA | CASE ADMINISTRATION | 3.5 | $4,107.50 |
| CH | COURT HEARINGS | 0.2 | $248.00 |
| FA1 | FEE APPLICATION OF FOX ROTHSCHILD LLP | 2.8 | $1,767.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 2.0 | $1,418.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 4.8 | $2,961.00 |
| TR | TRUSTEE REPORTING/SCHEDULES | 2.5 | $1,162.50 |
| | **TOTAL** | **53.6** | **$35,703.00** |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| A. NOLL | 2.3 | $1,075.00 | $2,472.50 |
| P. M. CHLUM | 11.7 | $465.00 | $5,440.50 |
| P. M. CHLUM | 0.5 | | NO CHARGE |
| J. E. BROWN | 19.0 | $655.00 | $12,445.00 |
| A. HOSEY | 6.4 | $310.00 | $1,984.00 |
| B.C. BERNHARDT | 9.3 | $850.00 | $7,905.00 |
| BRETT AXELROD B. A. | 4.4 | $1,240.00 | $5,456.00 |
| **TOTAL** | **53.6** | | **$35,703.00** |

TOTAL PROFESSIONAL SERVICES $35,703.00

**COSTS ADVANCED AND EXPENSES INCURRED:**

**EXPENSE DETAIL:**

| Date | Description | Amount |
|---|---|---|
| 10/30/2026 | FOX ROTHSCHILD LLP E-DISCOVERY - FOX ROTHSCHILD LLP E-DISCOVERY - ETECH RELATIVITY COSTS OCT 2026 | $15.15 |
| 10/30/2026 | FOX ROTHSCHILD LLP E-DISCOVERY - FOX ROTHSCHILD LLP E-DISCOVERY - ETECH RELATIVITY COSTS OCT 2026 | $634.68 |

**EXPENSE SUMMARY:**

| Description | Amount |
|---|---|
| ETECH RELATIVITY COSTS | $649.83 |

TOTAL EXPENSES $649.83

TOTAL AMOUNT OF THIS INVOICE $36,352.83

***Retainer/Deposit Balance/Cost Advance Remaining: $0.00***

*LAS VEGAS RETAINER - WELLS FARGO* *$0.00*