Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
gayda@sewkis.com
lotempio@sewkis.com

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**OMNIBUS MONTHLY FEE STATEMENT OF SEWARD & KISSEL LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIODS FROM JANUARY 1, 2025 THROUGH SEPTEMBER 30, 2026**<br><br>Seward & Kissel LLP, Counsel to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 23, 2023)<br><br>January 1, 2025 through September 30, 2026<br><br>$218,174.00 (80% of $272,717.50)<br><br>$6,638.51 (100% of expenses) |

Seward & Kissel LLP ("S&K" or the "Applicant"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits this Omnibus Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the periods commencing

January 1, 2025 through September 30, 2026 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, S&K requests allowance and payment of $218,174.00 (representing 80% of the $272,717.50 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $6,638.51 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by S&K during the Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at S&K who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Fee Period by task. Attached as **Exhibit 3** is a summary of the expenses incurred during the Fee Period by category. Attached hereto as **Exhibit 4** are the detailed time entries and expenses for the Fee Period (invoices for the period January 1, 2025 through September 30, 2026) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Fee Period. S&K reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the proposed Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

DATED this 16th day of November 2026.

SEWARD & KISSEL LLP

By: */s/ Robert J. Gayda*
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
(*pro hac vice applications granted*)
One Battery Park Plaza
New York, NY 10004
gayda@sewkis.com
lotempio@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

Respectfully Submitted By:

McDONALD CARANO LLP

*/s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee of Unsecured Creditors*

EXHIBIT 1

**Summary of Professionals for the Fee Period**

| Name | Year Admitted[1] | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Robert J. Gayda | 2004 | Bankruptcy | $1700 | 13.6 | $23,120.00 |
| **Counsel/Associates** | | | | | |
| Laura E. Miller | 2013 | Litigation | $1225 | 69.7 | $85,382.50 |
| Catherine V. LoTempio | 2014 | Bankruptcy | $1225 | 83.2 | $101,920.00 |
| Andrew J. Matott | 2017 | Bankruptcy | $1175 | 5.6 | $6,580.00 |
| Matthew R. Armao | 2022 | Litigation | $975 | 22.0 | $21,450.00 |
| Shivani Patel | 2025 | Bankruptcy | $675 | 37.0 | $24,975.00 |
| **Paraprofessionals** | | | | | |
| Marian Wasserman | | Paralegal | $450 | 19.6 | $8,820.00 |
| Michael Ohenesian | | Paralegal | $470 | 1.0 | $470.00 |
| **Total:** | | | | **251.7** | **$272,717.50** |

[1] Unless otherwise noted, admission year is for New York Bar.

EXHIBIT 2

**Statement of Fees by Subject Matter**

| Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|
| Litigation-Contested Matter and Adversary Proceedings | 246.5 | $266,347.50 |
| Court Hearings | 1.1 | $1,347.50 |
| Employment and Fee Applications | 4.1 | $5,022.50 |
| **Total** | **251.7** | **$272,717.50** |

EXHIBIT 3

**Expenses by Category**

| Expense Category | Total |
|---|---|
| Electronic Research | $656.33 |
| Experts & Other Professionals | $847.25 |
| Litigation Support Vendor | $5,134.93 |
| **TOTAL** | **$6,638.51** |

EXHIBIT 4

**Detailed Time Records**

SK 038239 0017 15146451 v1

SEWARD & KISSEL

**Seward & Kissel LLP**
One Battery Park Plaza
New York, NY 10004
(212) 574-1200

Invoice Date:June 26, 2025
Invoice Number:RJG 9160106788 Matter Number:038239-0001

Coin Cloud- Official Committee of Unsecu
c/o OptConnect
865 West 450 North Suite 1
Kaysville, UT 84037

| | |
|---|---|
| Client: | Coin Cloud- Official Committee of Unsecu |
| Matter: | Case Administration |

For Professional Services Rendered through May 31, 2025

Currency: USD

| | |
|---|---|
| Disbursements | 3,489.72 |
| **Total Amount Due** | **$3,489.72** |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Electronic Research Expenses | 282.84 |
| Experts & Other Professional Expenses | 532.50 |
| Litigation Support Vendor Expenses | 2,674.38 |
| **Total** | **$3,489.72** |

SEWARD & KISSEL

**Seward & Kissel LLP**
One Battery Park Plaza
New York, NY 10004
(212) 574-1200

# Seward & Kissel Remittance Advice

**Payment Terms: Payment Due in 30 Days from Receipt of this invoice**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and invoice numbers)

| **Payment by Wire/ACH** | **Payment by Check** |
|---|---|
| Seward & Kissel LLP Central Account<br>Citibank, N.A.<br>ABA # 021000089<br>Account #: 4973607720<br>Swift Code: CITIUS33<br>Email Remittance to Collections.list@sewkis.com | Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Attn: Accounting |

Seward & Kissel rarely will change its routing instructions. If you receive a communication instructing you that there has been a change in our routing instructions, please kindly email Collections.list@sewkis.com.

**Seward & Kissel LLP**
**Tax Identification #: 13-5551783**

SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

**38239** **Coin Cloud- Official Committee of Unsecu**

**June 26, 2025**
**Invoice Number 9160106795**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT 84037**

**For Professional Services Rendered through May 31, 2025:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0005 | Litigation-Contested matter and adversary proceedings | 138,035.00 | 0.00 | 138,035.00 |

| | | | |
|---|---|---|---|
| 38239-0005 | Coin Cloud- Official Committee of Unsecu<br>Litigation-Contested matter and adversary proceedings | Invoice Date | June 26, 2025 |
| | | Invoice Number | 9160106795 |
| | | Through | May 31, 2025 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/02/2025 | Emails re McAlary settlement. | CVL | 0.10 | 122.50 |
| 01/02/2025 | Emails re surcharge settlement and potential enigma release. | CVL | 0.30 | 367.50 |
| 01/03/2025 | Emails re potential enigma release. | CVL | 0.20 | 245.00 |
| 01/06/2025 | Review and analyze case law in support of reply in further support of cross-motion for sanctions. | M.R.A | 2.10 | 2,047.50 |
| 01/07/2025 | Discuss McAlary counter. | RJG | 0.60 | 1,020.00 |
| 01/09/2025 | Review and analyze case law in support of reply in further support of cross-motion for sanctions (.2); draft and revise cross-motion for sanctions (.6). | M.R.A | 0.80 | 780.00 |
| 01/09/2025 | Work on draft settlement motion for surcharge issues. | CVL | 1.30 | 1,592.50 |
| 01/10/2025 | Review and analyze case law in support of reply in further support of cross-motion for sanctions (2.1); draft and revise cross-motion for sanctions (2.0). | M.R.A | 4.10 | 3,997.50 |
| 01/11/2025 | Retrieve, index, and organize court documents for attorney review. | MW | 1.00 | 450.00 |
| 01/12/2025 | Work on draft settlement motion (.5); markup settlement agreement (.4); circulate internally (.1); revise draft motion and proposed order (.6); circulate markup of settlement and drafts to parties (.2). | CVL | 1.80 | 2,205.00 |
| 01/13/2025 | Review and analyze case law in support of reply in further support of cross-motion for sanctions (1.2); draft and revise same (2.4). | M.R.A | 3.60 | 3,510.00 |
| 01/13/2025 | Emails re surcharge settlement (.4); call re Enigma preference and surcharge settlement (.7). | RJG | 1.10 | 1,870.00 |
| 01/13/2025 | Emails with Enigma re settlement (.2); emails with M. Tucker (.1); discuss with R. Gayda (.1); call with Weinberg (.2); call with preference counsel (.7); review counsel diligence request (.1); prepare email re same (.1); circulate to enigma (.1). | CVL | 1.60 | 1,960.00 |
| 01/13/2025 | Call regarding surcharge settlement. | LEM | 0.70 | 857.50 |
| 01/14/2025 | Review and analyze case law in support of reply in further support of cross-motion for sanctions (.8); draft and revise same (2.6). | M.R.A | 3.40 | 3,315.00 |
| 01/14/2025 | Discuss settlement negotiation / proposals for McAlary with L. Miller. | CVL | 0.30 | 367.50 |
| 01/14/2025 | Emails and calls regarding potential counteroffer to McAlary. | LEM | 0.30 | 367.50 |
| 01/15/2025 | Review and analyze case law in support of reply in further support of cross-motion for sanctions (1.5); draft and | M.R.A | 3.20 | 3,120.00 |

| | | | | |
|---|---|---|---|---|
| | revise same (1.7). | | | |
| 01/15/2025 | Call with A. Kissner re documents re crypto trades (.1); follow up with R. Gayda (.1). | CVL | 0.20 | 245.00 |
| 01/15/2025 | Review reply in further support of cross-motion for sanctions and edit same. | LEM | 1.00 | 1,225.00 |
| 01/16/2025 | Draft and revise reply to Rule 9011 motion. | M.R.A | 1.90 | 1,852.50 |
| 01/16/2025 | Review fee materials in connection with coin cloud reply (.3); discuss status with L. Miller (.2). | CVL | 0.50 | 612.50 |
| 01/16/2025 | Work on appeal brief (1.6); discuss research with S. Patel (.3); emails with local (.1). | CVL | 2.00 | 2,450.00 |
| 01/16/2025 | Extensive attention to revising sanctions reply brief (1.0); review further edits and also motion to strike (.7); discuss with team and local counsel (.3). | LEM | 2.00 | 2,450.00 |
| 01/16/2025 | Research on motion to convert standards (1.1); meet with C. LoTempio to discuss findings (.2). | S.P | 1.30 | 877.50 |
| 01/17/2025 | Review and analyze case law in support of reply in further support of cross-motion for sanctions and opposition to motion to strike cross-motion (.6); draft and revise same (1.9). | M.R.A | 2.50 | 2,437.50 |
| 01/17/2025 | Review and revise sanctions reply. | RJG | 1.00 | 1,700.00 |
| 01/17/2025 | Review Enigma documents re alleged preference (.2); discuss with UCC professionals (.5); call with Genesis re surcharge analysis (.3). | CVL | 1.00 | 1,225.00 |
| 01/17/2025 | Discuss case law research with S. Patel (.4); update appellate brief (1.0); discuss with S. Patel ROA (.2);. | CVL | 1.60 | 1,960.00 |
| 01/17/2025 | Review comments to sanctions brief (.2); emails with L. Miller and M. Armao (.1). | CVL | 0.30 | 367.50 |
| 01/17/2025 | Review proposed final sanctions reply brief and motion to strike and sign off for filing. | LEM | 0.70 | 857.50 |
| 01/17/2025 | Research cases for answering brief/conversion appeal (1.9); review opening brief and case cites (.6); review record on appeal and identify gaps (.9); draft and edit answering brief (3.0); communication with C. LoTempio re: same (.2). | S.P | 6.60 | 4,455.00 |
| 01/17/2025 | Proofread, cite-check, and Bluebook Reply in further support of Cross Motion for Sanctions. | MW | 2.00 | 900.00 |
| 01/18/2025 | Draft and edit answering brief. | S.P | 1.40 | 945.00 |
| 01/20/2025 | Work on conversion appeal brief (5.4); discuss with S. Patel (.5); emails with local counsel (.1). | CVL | 6.00 | 7,350.00 |
| 01/20/2025 | Revise conversion appeal/appellee brief (6.2); review record on appeal and identify missing documents (.4) to | S.P | 6.80 | 4,590.00 |

| | | | |
|---|---|---|---|
| 38239-0005 | Coin Cloud- Official Committee of Unsecu<br>Litigation-Contested matter and adversary proceedings | Invoice Date | June 26, 2025 |
| | | Invoice Number | 9160106795 |
| | | Through | May 31, 2025 |

| | | | | |
|---|---|---|---|---|
| | send to counsel (.2). | | | |
| 01/21/2025 | Review and revise conversion appellate brief (1.1); emails/discuss conversion with S&K team (.4); call re preference issues (.8). | RJG | 2.30 | 3,910.00 |
| 01/21/2025 | Work on finalizing appeal brief (.5); discuss with S. Patel (.3); coordinate with local counsel (.2); sign off on filing of the same (.2); call with McAlary counsel (.1); follow up re same (.1); call re surcharge and McAlary settlements (.5); follow up with counsel to McAlary re Cole Kepro (.1). | CVL | 2.00 | 2,450.00 |
| 01/21/2025 | Call with McAlary counsel re: conversion appeal (0.1) and discuss same with C. LoTempio and R. Gayda (0.2); attention to conversion appeal brief (0.2); call with FTI regarding surcharge settlement issues and McAlary settlement (0.8). | LEM | 1.30 | 1,592.50 |
| 01/21/2025 | Revise conversion appeal/appellee brief with internal team (3.3); review final appellee brief (.4). | S.P | 3.70 | 2,497.50 |
| 01/21/2025 | Proofread, cite-check, and Bluebook appeal brief. | MW | 1.00 | 450.00 |
| 01/22/2025 | Emails with Fox re stipulation to extend deadlines on sale enforcement motion (.3); updates to settlement parties (.2). | CVL | 0.50 | 612.50 |
| 01/24/2025 | Emails with Cole Kepro receivers. | CVL | 0.10 | 122.50 |
| 01/27/2025 | Call with Receiver's counsel re CKI claims. | RJG | 0.50 | 850.00 |
| 01/27/2025 | Call with counsel to Cole Kepro receiver; email to committee re surcharge settlement (.2). | CVL | 0.70 | 857.50 |
| 01/28/2025 | Review and analyze McAlary's reply in support of his Motion to Strike the cross-motion for sanctions. | M.R.A | 0.40 | 390.00 |
| 01/28/2025 | Call with counsel to Fifth Third bank regarding CKI receivership. | RJG | 0.50 | 850.00 |
| 01/28/2025 | Draft responsive email to Committee member re surcharge settlement. | CVL | 0.20 | 245.00 |
| 01/29/2025 | Emails with Committee member (.1); follow up with Genesis and ENigma (.1); emails re sale enforcement stipulation (.1). | CVL | 0.30 | 367.50 |
| 01/29/2025 | Call with opposing counsel re: settlement (0.3) and follow up with team re: same (0.1). | LEM | 0.40 | 490.00 |
| 01/31/2025 | Emails re stipulation re sale enforcement (.1); emails re hearing dates (.1). | CVL | 0.20 | 245.00 |
| 02/04/2025 | Review settlement and 9019 motion (.2); emails re scheduling of same (.1). | CVL | 0.30 | 367.50 |
| 02/05/2025 | Attend hearing re adversary procedures (.2); call with Debtor and UCC professionals re surety preference (.8); | CVL | 1.20 | 1,470.00 |

| | | | | |
|---|---|---|---|---|
| | emails re Surcharge adjourn dates (.2). | | | |
| 02/05/2025 | Call with FTI and local counsel regarding surety complaint filing. | LEM | 0.90 | 1,102.50 |
| 02/06/2025 | Review Surety complaint and update the same (.8); discuss with R. Gayda (.1); L Miller (.2); circulate (.1); emails and calls with Local Counsel (.2); call with Cleary re Surcharge stipulation (.5); circulate internally and review and sign off on same (.2); call with preference counsel (.2). | CVL | 2.30 | 2,817.50 |
| 02/06/2025 | Review surety complaint (0.5) and attention to filing of same (0.4). | LEM | 0.90 | 1,102.50 |
| 02/06/2025 | Research on preference claim requirements (1.2); discuss findings with C. LoTempio (.1). | S.P | 1.30 | 877.50 |
| 02/07/2025 | Review settlement agreement (.2); markup same (.1); circulate (.1). | CVL | 0.40 | 490.00 |
| 02/10/2025 | Review Rule 2004 applications (.2); discuss with L. Miller (.1); research re same (.2). | CVL | 0.50 | 612.50 |
| 02/10/2025 | Review Rule 2004 motion and emails re the same (.1). | AJM | 0.10 | 117.50 |
| 02/10/2025 | Attention to Rule 2004s sent to UCC professionals and emails regarding same. | LEM | 0.50 | 612.50 |
| 02/11/2025 | Discuss Rule 2004 applications with L. Miller and A. Matott (.1); follow up with M. Kotwick (.2); update Surcharage settlement and circulate (.2); follow up with Debtor re filing of 9019 (.2); call with R. Works and M. Tucker re Rule 2004 Application (.7); review email re same (.2). | CVL | 1.60 | 1,960.00 |
| 02/11/2025 | Call with FTI and local counsel re response to Rule 2004 motion (1.0); draft correspondence to opposing counsel re Rule 2004 motion (.8); discuss same internally (.1); attn to emails re the same (.2). | AJM | 2.10 | 2,467.50 |
| 02/11/2025 | Email to opposing counsel re settlement (0.1) and call with local counsel re: Rule 2004s (0.5); emails with opposing counsel re meet and confer on Rule 2004 motions (0.5). | LEM | 1.10 | 1,347.50 |
| 02/12/2025 | Meet and confer re Rule 2004 application (.2); follow up emails re same (.1). | CVL | 0.30 | 367.50 |
| 02/12/2025 | Review service list for 9019 motion (.2); emails re settlement final version (.1); review final materials and sign off (.2); call with R. Works (.4). | CVL | 0.90 | 1,102.50 |
| 02/12/2025 | Emails regarding meet and confer (0.3) and attend same re: Rule 2004s (0.1). | LEM | 0.40 | 490.00 |
| 02/13/2025 | Call re McAlary resolution. | RJG | 1.00 | 1,700.00 |

| | | | | |
|---|---|---|---|---|
| 02/13/2025 | Settlement conference with counsel to McAlary (.5); follow up with L. Miller and R. Gayda re same (.2). | CVL | 0.70 | 857.50 |
| 02/13/2025 | Attend meet and confer with McAlary counsel re: settlement (0.6); follow-up with R. Gayda and C. Lotempio (0.1) and send follow-up e-mail (0.1). | LEM | 0.80 | 980.00 |
| 02/14/2025 | Call with counsel to McAlary (.2); follow up with L. Miller re same (.1); discuss settlement letter (.2). | CVL | 0.50 | 612.50 |
| 02/18/2025 | Emails re Fifth Third Bank settlement (.2). | AJM | 0.20 | 235.00 |
| 02/18/2025 | Emails and calls regarding order concerning Fifth Third Bank issue. | LEM | 0.30 | 367.50 |
| 02/19/2025 | Draft settlement letter (0.6) and send same (0.1). | LEM | 0.70 | 857.50 |
| 02/20/2025 | Call with McAlary counsel re: settlement (0.1) and revise and send settlement offer (0.2). | LEM | 0.30 | 367.50 |
| 02/27/2025 | Review CKI stipulated order (.1) and discuss with L. Miller (.2); review history with counsel to Bank (.1); email re same (.1). | CVL | 0.50 | 612.50 |
| 02/27/2025 | Discuss Fifth Third bank issue with C. LoTempio. | LEM | 0.20 | 245.00 |
| 03/04/2025 | Discuss surcharge settlement with counsel to Debtors. | CVL | 0.20 | 245.00 |
| 03/12/2025 | Call with Genesis re 9019 follow up (.3); review proposed order and sign off (.1). | CVL | 0.40 | 490.00 |
| 03/14/2025 | Emails re Cole Kepro call with Bank. | CVL | 0.20 | 245.00 |
| 03/17/2025 | Call with 5/3rd bank re Cole Kepro issues; follow up with email. | CVL | 0.30 | 367.50 |
| 03/18/2025 | Review surcharge order (.1); circulate to FTI with update (.1). | CVL | 0.20 | 245.00 |
| 03/20/2025 | Prepare supplemental McAlary disclosures for attorney review. | MW | 0.50 | 225.00 |
| 03/21/2025 | Emails with local re dismissal of BAP appeal (.1); review stipulation re same (.1); emails with Local counsel re appeal period (.2). | CVL | 0.40 | 490.00 |
| 03/24/2025 | Propose comments to Stipulation for BAP dismissal (.2); discuss with local counsel (.1); circulate stipulation to case parties (.2). | CVL | 0.50 | 612.50 |
| 03/25/2025 | Emails re finalization of BAP appeal dismissal stipulation. | CVL | 0.20 | 245.00 |
| 03/31/2025 | Email from McAlary counsel re: extending objections to fee application and related stipulation. | LEM | 0.10 | 122.50 |
| 04/03/2025 | Follow up with counsel to 5/3rd Bank re status of Cole Kepro insurance. | CVL | 0.10 | 122.50 |
| 04/03/2025 | Call with McAlary counsel re: insurer position on settlement negotiations. | LEM | 0.40 | 490.00 |

| | | | | |
|---|---|---|---|---|
| 04/11/2025 | Discuss drafting of appeal brief with S. Patel. | CVL | 0.20 | 245.00 |
| 04/11/2025 | Review appellant's reply brief related to plan. | S.P | 0.50 | 337.50 |
| 04/14/2025 | Emails re Cole Kepro / Insurance issues. | CVL | 0.20 | 245.00 |
| 04/15/2025 | Research for surreply to appellant's Purdue Pharma argument (2.8); summarize appellant argument (.4); summarize and circulate surreply draft argument (1.0). | S.P | 4.20 | 2,835.00 |
| 04/16/2025 | Review research re confirmation appeal (.2); review prior briefing (.1); discuss with S. Patel (.2). | CVL | 0.50 | 612.50 |
| 04/16/2025 | Discuss surreply research with C. LoTempio (.4); draft surreply (2.2). | S.P | 2.60 | 1,755.00 |
| 04/17/2025 | Continue draft of surreply (1.7); review and circulate draft (.4). | S.P | 2.10 | 1,417.50 |
| 04/18/2025 | Review and revise surreply for confirmation brief (2.4); review case law re same (.8). | CVL | 3.20 | 3,920.00 |
| 04/18/2025 | Review and revise surreply. | AJM | 0.50 | 587.50 |
| 04/21/2025 | Review and revise surreply to McAlary appeal. | RJG | 1.30 | 2,210.00 |
| 04/21/2025 | Review comments to McAlary appeal re confirmation brief (.2); discuss internally (.1); discuss updates with S. Patel (.2); review and sign off on revised brief (.1); circulate to local counsel for finalization (.1). | CVL | 0.70 | 857.50 |
| 04/21/2025 | Incorporate R. Gayda edits into surreply (.3); review and cite check surreply (1.9). | S.P | 2.20 | 1,485.00 |
| 04/29/2025 | Emails with Ryan Works re litigation. | CVL | 0.10 | 122.50 |
| 04/29/2025 | Email from R. Works re: call with McAlary counsel; discuss same with team and respond. | LEM | 0.30 | 367.50 |
| 05/02/2025 | Emails regarding settlement discussions (0.1) and call with McAlary counsel (0.6). | LEM | 0.70 | 857.50 |
| 05/08/2025 | Emails re committee makeup and receiver for Cole Kepro. | CVL | 0.20 | 245.00 |
| 05/08/2025 | Call with McAlary counsel and related email follow-up. | LEM | 0.50 | 612.50 |
| 05/14/2025 | Emails re reach out to Receiver for Cole Kepro as Committee member; email to McAlary counsel re same. | CVL | 0.20 | 245.00 |
| 05/15/2025 | Call re adversary proceeding with Surety; follow up re same with R. Gayda. | CVL | 1.50 | 1,837.50 |
| 05/15/2025 | Call with G. Nye regarding Surety adversary and settlement issues. | LEM | 1.00 | 1,225.00 |
| 05/20/2025 | Emails regarding call with opposing counsel (0.2); call with J. Strother (0.2); call with larger McAlary group (0.4); follow-up with R. Gayda (0.2); call with M. Tucker and C. LoTempio (0.3). | LEM | 1.30 | 1,592.50 |
| 05/21/2025 | Call with L. Miller and M. Tucker re litigation. | CVL | 0.80 | 980.00 |

| | | | |
|---|---|---|---|
| 38239-0005 | Coin Cloud- Official Committee of Unsecu<br>Litigation-Contested matter and adversary proceedings | Invoice Date | June 26, 2025 |
| | | Invoice Number | 9160106795 |
| | | Through | May 31, 2025 |

| | | | | |
|---|---|---|---|---|
| 05/21/2025 | Call with M. Tucker and C. LoTempio re: settlement negotiations. | LEM | 0.80 | 980.00 |
| 05/23/2025 | Email M. Tucker re: settlement update. | LEM | 0.10 | 122.50 |
| 05/27/2025 | Draft and circulate email to Committee re McAlary negotiation. | CVL | 0.20 | 245.00 |
| 05/28/2025 | Call with L. Miller and M. Tucker re McAlary litigation. | CVL | 0.70 | 857.50 |
| 05/28/2025 | Draft settlement letter (0.2); follow-up call with M. Tucker and C. LoTempio (0.7). | LEM | 0.90 | 1,102.50 |
| 05/30/2025 | Call with McAlary counsel and follow-up with M. Tucker; send out settlement letter. | LEM | 1.20 | 1,470.00 |

| | | |
|---|---|---|
| **Total Hours** | | **131.60** |
| **Total Services** | $ | **138,035.00** |
| **TOTAL AMOUNT DUE** | $ | **138,035.00** |

| | | | |
|---|---|---|---|
| 38239-0005 | Coin Cloud- Official Committee of Unsecu<br>Litigation-Contested matter and adversary proceedings | Invoice Date | June 26, 2025 |
| | | Invoice Number | 9160106795 |
| | | Through | May 31, 2025 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1998 RJG | Partner | Gayda, Robert J. | 8.30 | 1,700.00 | 14,110.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 41.40 | 1,225.00 | 50,715.00 |
| 1997 LEM | Counsel | Miller, Laura E. | 19.80 | 1,225.00 | 24,255.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 2.90 | 1,175.00 | 3,407.50 |
| 2418 M.R.A | Associate | Armao, Matthew | 22.00 | 975.00 | 21,450.00 |
| 2374 S.P | Law Clerk | Patel, Shivani | 32.70 | 675.00 | 22,072.50 |
| 2077 MW | Paralegal | Wasserman, Marian | 4.50 | 450.00 | 2,025.00 |
| **Total** | | | **131.60** | | **138,035.00** |

SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

**June 26, 2025**
**Invoice Number 9160106795**

**38239-0005** **Litigation-Contested matter and adversary proceedings**

For Professional Services Rendered through May 31, 2025:

| | | |
|---|---|---|
| Fees | | 138,035.00 |
| **TOTAL AMOUNT DUE** | $ | **138,035.00** |

REMITTANCE COPY

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway**<br>**New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

**38239** **Coin Cloud- Official Committee of Unsecu**

**June 26, 2025**
**Invoice Number 9160106789**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT 84037**

**For Professional Services Rendered through May 31, 2025:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0016 | Court Hearings | 1,347.50 | 0.00 | 1,347.50 |

| | |
|---|---|
| **Invoice Date** | June 26, 2025 |
| **Invoice Number** | 9160106789 |
| **Through** | May 31, 2025 |

Coin Cloud- Official Committee of Unsecu

**38239-0016** Court Hearings

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/12/2025 | Prepare for surcharge 9019 (.3); hearing re same (.2). | CVL | 0.50 | 612.50 |
| 03/26/2025 | Emails re hearings on calendar and withdrawal of same (.1); emails re FTI hearing (.1) and review docket re same (.1). | CVL | 0.30 | 367.50 |
| 04/16/2025 | Attend hearing on Interim fee application. | CVL | 0.30 | 367.50 |

| | | |
|---|---|---|
| **Total Hours** | | **1.10** |
| **Total Services** | $ | **1,347.50** |
| **TOTAL AMOUNT DUE** | $ | **1,347.50** |

Coin Cloud- Official Committee of Unsecu

Invoice Date June 26, 2025
Invoice Number 9160106789
Through May 31, 2025

**38239-0016** Court Hearings

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 1.10 | 1,225.00 | 1,347.50 |
| **Total** | | | **1.10** | | **1,347.50** |

SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

**June 26, 2025**
**Invoice Number 9160106789**

**38239-0016 Court Hearings**

For Professional Services Rendered through May 31, 2025:

| | | |
|---|---|---|
| Fees | | 1,347.50 |
| **TOTAL AMOUNT DUE.......................................................................................** | $ | **1,347.50** |

REMITTANCE COPY

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

**38239** **Coin Cloud- Official Committee of Unsecu**

**June 26, 2025**
**Invoice Number 9160106791**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT 84037**

**For Professional Services Rendered through May 31, 2025:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0017 | Employment and Fee Applications | 4,410.00 | 0.00 | 4,410.00 |

| | | | |
|---|---|---|---|
| | Coin Cloud- Official Committee of Unsecu | Invoice Date | June 26, 2025 |
| | | Invoice Number | 9160106791 |
| **38239-0017** | Employment and Fee Applications | Through | May 31, 2025 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/26/2025 | Draft second interim application (2.3); draft declaration re same (.5); circulate for filing (.1). | CVL | 2.90 | 3,552.50 |
| 03/04/2025 | Emails re interim fee application. | CVL | 0.20 | 245.00 |
| 03/31/2025 | Review stipulation re objections to S&K fee app (.1); sign off on same (.1); review UST questions / comments (.2); discuss with R. Gayda (.1). | CVL | 0.50 | 612.50 |

| | | |
|---|---|---|
| **Total Hours** | | **3.60** |
| **Total Services** | $ | **4,410.00** |
| **TOTAL AMOUNT DUE** | $ | **4,410.00** |

Coin Cloud- Official Committee of Unsecu

**38239-0017** Employment and Fee Applications

**Invoice Date** June 26, 2025
**Invoice Number** 9160106791
**Through** May 31, 2025

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 3.60 | 1,225.00 | 4,410.00 |
| **Total** | | | **3.60** | | **4,410.00** |

SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
(212) 574-1200

**June 26, 2025**
**Invoice Number 9160106791**

**38239-0017 Employment and Fee Applications**

For Professional Services Rendered through May 31, 2025:

| | | |
|---|---|---|
| Fees | | 4,410.00 |
| **TOTAL AMOUNT DUE.......................................................................................** | $ | **4,410.00** |

REMITTANCE COPY

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

**38239** **Coin Cloud- Official Committee of Unsecu**

**August 29, 2025**
**Invoice Number 9160110301**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT 84037**

**For Professional Services Rendered through July 31, 2025:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0005 | Litigation-Contested matter and adversary proceedings | 55,505.00 | 588.37 | 56,093.37 |

| | | | |
|---|---|---|---|
| 38239-0005 | Coin Cloud- Official Committee of Unsecu<br>Litigation-Contested matter and adversary proceedings | **Invoice Date** | August 29, 2025 |
| | | **Invoice Number** | 9160110301 |
| | | **Through** | July 31, 2025 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/03/2025 | Call re McAlary litigation and next steps (.7); discuss settlement offer from McAlary with L. Miller and R. Gayda (.1). | CVL | 0.80 | 980.00 |
| 06/03/2025 | Emails with M. Tucker and R. Gayda re: settlement discussions (0.1); call with M. Tucker re: same (0.7); emails re same (0.1). | LEM | 0.90 | 1,102.50 |
| 06/03/2025 | Attention to McAlary settlement letter. | LEM | 0.20 | 245.00 |
| 06/04/2025 | Review Coin Cloud letter. | CVL | 0.20 | 245.00 |
| 06/04/2025 | Review and comment on settlement response letter. | AJM | 0.10 | 117.50 |
| 06/04/2025 | Draft response letter to McAlary counsel re: settlement negotiations (1.2) and finalize and send out same (0.8). | LEM | 2.00 | 2,450.00 |
| 06/06/2025 | Call with R. Works re: McAlary meet and confer (0.3) and attend same (0.2). | LEM | 0.50 | 612.50 |
| 06/09/2025 | Call with G. Rye re: settlement conference (0.1) and related emails to group (0.1). | LEM | 0.20 | 245.00 |
| 06/25/2025 | Discuss coin cloud mediation with L. Miller. | CVL | 0.30 | 367.50 |
| 06/25/2025 | Attention to settlement conference logistics. | LEM | 0.30 | 367.50 |
| 06/27/2025 | Call re settlement conference. | CVL | 0.50 | 612.50 |
| 06/27/2025 | Call with Debtor's counsel and M. Tucker re: settlement conference. | LEM | 0.40 | 490.00 |
| 06/30/2025 | Emails re Mediation authority (.1); draft email to UCC re same (0.3); follow up with C. Baird (0.1); discuss attendance internally (.1); emails with T. Team (.1). | CVL | 0.70 | 857.50 |
| 06/30/2025 | Draft settlement statement (.4); attend emails re: same (.2). | LEM | 0.70 | 857.50 |
| 07/01/2025 | Review coin cloud confidential settlement statement (.2); discuss the same (.2); markup (.2); prepare settlement for mediation (.1). | CVL | 0.70 | 857.50 |
| 07/01/2025 | Draft mediation letter and appendix (1.7); discuss same (0.3); incorporate edits from C. LoTempio (0.3) and email local counsel and FTI (0.2). | LEM | 2.50 | 3,062.50 |
| 07/02/2025 | Prep for settlement conference (0.1); finalize settlement letter and confidential statement (0.2); attention to appendix (0.1); emails with McAlary counsel re: insurance issues (0.2). | LEM | 0.60 | 735.00 |
| 07/03/2025 | Finalize confidential settlement letter and send to local counsel for service to court. | LEM | 0.40 | 490.00 |
| 07/07/2025 | Call with T. Team re mediation prep (.2); follow up with L. Miller re same (.1). | CVL | 0.30 | 367.50 |

| | | | |
|---|---|---|---|
| 38239-0005 | Coin Cloud- Official Committee of Unsecu<br>Litigation-Contested matter and adversary proceedings | **Invoice Date** | August 29, 2025 |
| | | **Invoice Number** | 9160110301 |
| | | **Through** | July 31, 2025 |

| | | | | |
|---|---|---|---|---|
| 07/07/2025 | Emails regarding settlement conference (0.3); call with T. Team re: same (0.3). | LEM | 0.60 | 735.00 |
| 07/08/2025 | Discuss settlement conference and options (0.4); call with R. Works re: same (0.2). | LEM | 0.60 | 735.00 |
| 07/09/2025 | Prepare for and attend mediation on McAlary litigation. | CVL | 8.00 | 9,800.00 |
| 07/09/2025 | Attend portion of mediation sessions and discuss offers with C. LoTempio. | AJM | 0.70 | 822.50 |
| 07/09/2025 | Prepare for and attend settlement conference (8.0); post-conference follow-up discussions and emails (1.9). | LEM | 9.90 | 12,127.50 |
| 07/10/2025 | Discuss settlement with Miller/LoTempio (.5); emails with Debtors' counsel (.4); call with bank re Cole Kepro (.2). | RJG | 1.10 | 1,870.00 |
| 07/10/2025 | Call with counsel to Fifth Third Bank (.2); emails re same (.1); emails re estate payments (.1); discuss with L. Miller (.1); follow up re mediation internally (.2). | CVL | 0.70 | 857.50 |
| 07/10/2025 | Discuss mediation/settlement issue internally. | AJM | 0.30 | 352.50 |
| 07/10/2025 | Follow-up with R. Works re: transcript and settlement agreement (0.2); emails re: expense payments to McAlary (0.2); discuss conference with R. Gayda and C. LoTempio (0.2). | LEM | 0.60 | 735.00 |
| 07/11/2025 | Email to Committee re update from Mediation (.2); discuss with L. Miller (.2). | CVL | 0.40 | 490.00 |
| 07/14/2025 | Research re CKI receivership proceedings (.4); attention to emails re CKI receivership proceeding (.2); and review motion to termination receivership proceedings with regards to policy claim (.2); discuss internally (.1). | AJM | 0.90 | 1,057.50 |
| 07/15/2025 | Meeting with R. Gayda and A. Matott re cole kepro receivership termination and next steps. | CVL | 0.50 | 612.50 |
| 07/15/2025 | Discuss termination of receivership motion and next steps internally (.5); email R. Works re the same (.2). | AJM | 0.70 | 822.50 |
| 07/17/2025 | Call with C.K. Receiver counsel. | CVL | 0.50 | 612.50 |
| 07/18/2025 | Call with Lee Kellert re CKI secured note. | RJG | 0.50 | 850.00 |
| 07/24/2025 | Review and markup settlement agreement (1.1); discuss with R. Gayda ( .1). | CVL | 1.20 | 1,470.00 |
| 07/24/2025 | Attention to Lux vending subpoena and related emails (0.3); review draft settlement agreement in McAlary adversary (0.7). | LEM | 1.00 | 1,225.00 |
| 07/25/2025 | Review 2004 orders and discuss internally. | CVL | 0.30 | 367.50 |
| 07/25/2025 | Edits to settlement agreement. | LEM | 0.50 | 612.50 |
| 07/28/2025 | Draft NDA in connection with Cole Kepro bank matter. | LEM | 0.50 | 612.50 |

| | | | | |
|---|---|---|---|---|
| 07/28/2025 | Edits to McAlary settlement agreement (0.6); prepare for and attend call re: Lux Vending subpoena (0.4). | LEM | 1.00 | 1,225.00 |
| 07/30/2025 | Review and revise confidentiality agreement with Fifth Third Bank (.9); discuss with L. Miller (.3). | CVL | 1.20 | 1,470.00 |
| 07/30/2025 | Send out McAlary settlement agreement (0.2); respond to McAlary counsel email re same (0.2); draft NDA for Cole Kepro bank issue (0.4). | LEM | 0.80 | 980.00 |

**Total Hours**........................................................................................................ **44.80**

**Total Services**........................................................................................................ $ **55,505.00**

## Disbursements Recorded Through July 31, 2025

| | |
|---|---|
| Computer Assisted Researc | 40.52 |
| Litigation Support Vendor | 547.85 |

**Total Disbursements**..................................................................................$ **588.37**

**TOTAL AMOUNT DUE**..........................................................................$ **56,093.37**

**38239-0005**

Coin Cloud- Official Committee of Unsecu
Litigation-Contested matter and adversary proceedings

**Invoice Date** August 29, 2025
**Invoice Number** 9160110301
**Through** July 31, 2025

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1998 RJG | Partner | Gayda, Robert J. | 1.60 | 1,700.00 | 2,720.00 |
| 1891 CVL | Associate | LoTempio, Catherine V. | 16.30 | 1,225.00 | 19,967.50 |
| 1997 LEM | Counsel | Miller, Laura E. | 24.20 | 1,225.00 | 29,645.00 |
| 2020 AJM | Associate | Matott, Andrew J. | 2.70 | 1,175.00 | 3,172.50 |
| **Total** | | | **44.80** | | **55,505.00** |

SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

**August 29, 2025**
**Invoice Number 9160110301**

**38239-0005** **Litigation-Contested matter and adversary proceedings**

For Professional Services Rendered through July 31, 2025:

| | | |
|---|---|---|
| Fees | | 55,505.00 |
| DISBURSEMENTS | | 588.37 |
| **TOTAL AMOUNT DUE** | $ | **56,093.37** |

REMITTANCE COPY

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway<br>New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

**38239** **Coin Cloud- Official Committee of Unsecu**

**June 26, 2025**
**Invoice Number 9160106791**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT 84037**

**For Professional Services Rendered through May 31, 2025:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0017 | Employment and Fee Applications | 4,410.00 | 0.00 | 4,410.00 |

| | | | |
|---|---|---|---|
| | Coin Cloud- Official Committee of Unsecu | **Invoice Date** | June 26, 2025 |
| | | **Invoice Number** | 9160106791 |
| **38239-0017** | Employment and Fee Applications | **Through** | May 31, 2025 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/26/2025 | Draft second interim application (2.3); draft declaration re same (.5); circulate for filing (.1). | CVL | 2.90 | 3,552.50 |
| 03/04/2025 | Emails re interim fee application. | CVL | 0.20 | 245.00 |
| 03/31/2025 | Review stipulation re objections to S&K fee app (.1); sign off on same (.1); review UST questions / comments (.2); discuss with R. Gayda (.1). | CVL | 0.50 | 612.50 |

| | | |
|---|---|---|
| **Total Hours** | | **3.60** |
| **Total Services** | $ | **4,410.00** |
| **TOTAL AMOUNT DUE** | $ | **4,410.00** |

| | | | |
|---|---|---|---|
| | Coin Cloud- Official Committee of Unsecu | Invoice Date | June 26, 2025 |
| | | Invoice Number | 9160106791 |
| **38239-0017** | Employment and Fee Applications | Through | May 31, 2025 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 3.60 | 1,225.00 | 4,410.00 |
| **Total** | | | **3.60** | | **4,410.00** |

SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

**June 26, 2025**
**Invoice Number 9160106791**

**38239-0017 Employment and Fee Applications**

For Professional Services Rendered through May 31, 2025:

| | | |
|---|---|---|
| Fees | | 4,410.00 |
| **TOTAL AMOUNT DUE.......................................................................................** | $ | **4,410.00** |

REMITTANCE COPY

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway**<br>**New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**

SEWARD & KISSEL

**Seward & Kissel LLP**
One Battery Park Plaza
New York, NY 10004
(212) 574-1200

Coin Cloud- Official Committee of Unsecu
c/o OptConnect
865 West 450 North Suite 1
Kaysville, UT 84037

| | |
|---|---|
| Invoice Date: | May 29, 2026 |
| Invoice Number: | RJG 9160125333 |
| Matter Number: | 038239-0005 |

| | |
|---|---|
| Client: | Coin Cloud- Official Committee of Unsecu |
| Matter: | Litigation-Contested Matter and Adversary Proceedings |

For Professional Services Rendered through April 30, 2026

| | Currency: USD |
|---|---|
| Professional Fees | 72,807.50 |
| **Total Amount Due** | **$72,807.50** |

**Time Detail**

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/04/2025 | CVL | Review decision on Confirmation appeal (.2); circulate the same (.1). | 0.30 |
| 08/05/2025 | LEM | Attention to e-mails regarding settlement draft, Surety mediation. | 0.40 |
| 08/06/2025 | CVL | Emails with local counsel re McAlary Settlement (.3). | 0.30 |
| 08/07/2025 | MW | Draft responses to Lux Vending's subpoena for the production of documents (1.7); prepare documents for production (1.8). | 3.50 |
| 08/07/2025 | LEM | Attention to subpoena from Lux Vending (.2) and responses/objections to same (.8). | 1.00 |
| 08/07/2025 | CVL | Emails re Surety adversary (.2); discuss Lux Co discovery with L. Miller (.3); review materials re same (.2). | 0.70 |
| 08/08/2025 | MW | Prepare documents for production. | 0.80 |
| 08/08/2025 | CVL | Review responses and objections re Lux Vending adversary (.5); circulate internally (.1); discuss finalization of production with L. Miller (.3). | 0.90 |
| 08/08/2025 | LEM | Finalize responses and objections to subpoena (.8); correspondence re same (.2); and send out (.1). | 1.10 |
| 08/11/2025 | CVL | Draft response to McAlary counsel re revisions to settlement agreement (.2); discuss with L. Miller (.1); numerous follow up emails re potential follow up mediation meeting (.3); discuss with L. Miller (.2). | 0.80 |
| 08/11/2025 | LEM | Attention to various e-mails regarding settlement agreement and disputed issues. | 0.50 |
| 08/12/2025 | LEM | E-mails regarding settlement agreement and e-mail to Judge Zive. | 0.30 |
| 08/13/2025 | LEM | Call with local counsel re: McAlary counsel question on settlement dispute (0.2); and e-mails re: same (0.1). | 0.30 |
| 08/14/2025 | LEM | E-mails regarding settlement agreement and outstanding issues. | 0.20 |
| 08/15/2025 | MW | Prepare documents for attorney review and production. | 2.00 |
| 08/15/2025 | LEM | Call with Lux Vending counsel re: subpoena. | 0.10 |
| 08/18/2025 | MW | Prepare documents for attorney review and production. | 2.50 |
| 08/18/2025 | CVL | Discuss markup of Cole Kepro Confi with L. Miller. | 0.30 |
| 08/18/2025 | LEM | Finalize and send out discovery to Lux Vending (1.1); draft letter to Judge Zive re: settlement issues. | 2.20 |
| 08/19/2025 | MW | Draft responses and objections to McAlary's First Requests for Admission, First Request for Production, and First Set of Interrogatories. | 2.50 |
| 08/19/2025 | CVL | Review and markup letter to Zive (.3); discuss with L. Miller (.2); discuss Cole Kepro NDA (.2); discuss discovery for Lux Vending adversary (.2). | 0.90 |
| 08/19/2025 | LEM | Edits to letter to Judge Zive re: settlement agreement (0.4); call with G. Nye re: Surety mediation (0.2); review McAlary discovery requests (0.2); calls with team re: same (0.3). | 1.10 |
| 08/20/2025 | MW | Draft responses and objections to McAlary's First Requests for Admission, First Request for Production, and First Set of Interrogatories | 0.50 |

| Date | Name | Description | Hours |
|---|---|---|---|
| | | (.90); Prepare settlement letter (.10). | |
| 08/20/2025 | LEM | Finalize Zive letter and e-mail to D. Cica. | 0.20 |
| 08/21/2025 | LEM | Call with Judge Zive (0.3); follow-up with C. LoTempio (0.1) and R. Gayda (0.1) re: same; scheduling e-mails regarding Zive settlement conference (0.3). | 0.80 |
| 09/03/2025 | CVL | Prepare for (.2) and attend mediation follow up call re settlement terms (1.0); follow up with R. Gayda re same (.2); discuss with L. Miller (.3). | 1.70 |
| 09/03/2025 | LEM | Prepare for (0.2) and attend (0.8) settlement conference with Judge Zive; related call with Debtor's counsel (0.1); follow-up with C. LoTempio and R. Gayda (0.4). | 1.50 |
| 09/09/2025 | LEM | E-mail to opposing counsel re: McAlary settlement agreement. | 0.10 |
| 09/10/2025 | CVL | Discuss with L. Miller and R. Gayda settlement agreement and Relm issues (.5); follow up with R. Gayda re same (.1). | 0.50 |
| 09/10/2025 | LEM | Edits to settlement agreement with McAlary (0.1) and discuss same with C. LoTempio and R. Gayda (0.4); call with C. Carlyon re: same (0.1). | 0.60 |
| 09/12/2025 | CVL | Review settlement and markup the same (.7); discuss with L. Miller (.1). | 0.80 |
| 09/15/2025 | MW | Draft verification to Committee's Answers to Interrogatories. | 1.00 |
| 09/15/2025 | MO | Search and Retrieval Verification. | 1.00 |
| 09/15/2025 | LEM | Review settlement agreement edits from McAlary counsel. | 0.40 |
| 09/15/2025 | LEM | Draft discovery responses in Surety adversary action. | 1.30 |
| 09/16/2025 | MW | Update draft Responses & Objections to McAlary's Written Discovery Requests to the Committee. | 2.00 |
| 09/16/2025 | LEM | Draft interrogatory responses in Surety action (0.8); draft document request responses in same (0.6); call with C. LoTempio re: McAlary settlement (0.3); call with R. Gayda re: Surety matter and settlement issues (0.1). | 1.80 |
| 09/16/2025 | CVL | Review comments to settlement agreement (.3); discuss with L. Miller (.3); emails re same; discuss Surety adversary with L. Miller and R. Gayda (.1). | 0.70 |
| 09/17/2025 | MW | Finalize Responses & Objections to McAlary Written Discovery Requests to the Committee. | 0.30 |
| 09/17/2025 | LEM | Edits to settlement agreement in McAlary action (0.1); revise Coin Cloud discovery responses in Surety action (0.3). | 0.40 |
| 09/17/2025 | CVL | Review update coin cloud settlement (.2); markup the same (.2); review further comments to the same from L. Miller (.1); discuss response re same (.1). | 0.60 |
| 09/18/2025 | LEM | Call with Relm re: McAlary settlement and related follow-up. | 0.30 |
| 09/18/2025 | CVL | Call with Relm re settlement (.3); follow up re same (.2). | 0.50 |
| 09/19/2025 | LEM | Edits to McAlary settlement agreement. | 0.30 |
| 09/19/2025 | CVL | Review 9019 motion (.2); markup the same (.3); circulate and discuss | 0.90 |

| Date | Name | Description | Hours |
|---|---|---|---|
| | | internally (.1); review settlement markup and update the same (.2); discuss L. Miller (.1). | |
| 09/22/2025 | CVL | Circulate comments to 9019 motion;. | 0.20 |
| 09/23/2025 | LEM | Revise stipulation/order to adjourn conference (0.6); discuss adversary issues with C. LoTempio and R. Gayda (0.2); draft Surety stipulation (0.4); discuss issues re: same with C. LoTempio (0.4). | 1.60 |
| 09/24/2025 | SP | Discuss upcoming Surety Bank mediation with C. LoTempio. | 0.40 |
| 09/24/2025 | CVL | Review stipulation re surety (.3); call with L. Miller and counsel to Lux Vending (.2); discuss mediation with S. Patel re surety (.8); emails with Debtor counsel (.1); R. Gayda (.1); and Committee (.1) re same; follow up with Debtor (.1); COmmittee (.1). | 1.80 |
| 09/24/2025 | LEM | Surety stipulation to withdrawal (0.5); call with Lux Vending regarding McAlary settlement (0.1) and discuss same with C. LoTempio (0.1); discuss Surety mediation with S. Patel and C. LoTempio (0.1); attend meet and confer in Surety adversary (1.3); discuss same (0.2). | 2.30 |
| 09/25/2025 | SP | Prep for; and attend mediation with Surety Bank (3.7); discuss same with C. LoTempio and L. Miller (.2). | 3.90 |
| 09/25/2025 | CVL | Emails to committee re Surety mediaiton (.1); update from S. Patel and L. Miller re ongoing mediation and conclusion of the same (.3); update to Committee re same (.2). | 0.60 |
| 09/25/2025 | LEM | Attention to Relm edits to McAlary settlement (0.4); attend Surety mediation (1.4). | 1.80 |
| 09/26/2025 | CVL | Update 9019 motion (.3); circulate to McAlary counsel (.1) discuss finalization of settlement with L. Miller (.2). | 0.60 |
| 09/26/2025 | LEM | Surety stipulation re: Committee withdrawal (0.1); call with M. Kotwick re: Lux Vending affidavit (0.2) and edits to same (0.3); send to S. Rubin (0.1). | 0.70 |
| 09/28/2025 | CVL | Prepare and circulate email to Committee re approval of settlement agreement re McAlary litigation. | 0.30 |
| 09/29/2025 | LEM | Revise and circulate stipulation re: withdrawal of Committee. | 0.30 |
| 09/30/2025 | CVL | Emails re approval of settlement agreement (.2); draft order re Surety stipulation (.3). | 0.50 |
| 09/30/2025 | LEM | Review discovery process from McAlary adversary and summarize for G. Nye in connection with Surety discovery dispute. | 0.40 |
| 10/02/2025 | LEM | Finalize Surety stipulation for filing (.2); e-mails with G. Nye re: discovery (.2). | 0.40 |
| 10/03/2025 | CVL | Emails re finalization of 9019;. | 0.20 |
| 10/07/2025 | LEM | Execute affidavit in Lux Vending matter. | 0.10 |
| 10/08/2025 | LEM | Review status of OST motion with respect to McAlary settlement. | 0.10 |
| 10/20/2025 | CVL | Review orders approving 9019 (.2); discuss with L. Miller (.1); sign off on same (.1). | 0.40 |
| 10/20/2025 | LEM | E-mails re: order approving 9019 motion. | 0.20 |

| | | | |
|---|---|---|---|
| Client: Coin Cloud- Official Committee of Unsecu | | Invoice Date: | May 29, 2026 |
| Matter: Litigation-Contested Matter and Adversary Proceedings | | Invoice Number: | RJG 405705 |
| | | Matter Number: | 038239-0005 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/22/2025 | LEM | Attend hearing on motion for 9019 approval of settlement. | 0.50 |
| 10/22/2025 | CVL | Prepare for (.3) and hearing on motion for approval of McAlary settlement (.5); review Genesis coin complaint (.2). | 0.90 |
| 10/23/2025 | CVL | Emails re Settlement payment. | 0.30 |
| 11/05/2025 | CVL | Finalize escrow materials; emails with M. Tucker. | 0.20 |
| 11/13/2025 | CVL | Review and revise stipulations for dismissal. | 0.30 |
| 11/13/2025 | LEM | Review and circulate revised dismissal papers for McAlary adversary. | 0.60 |
| 11/17/2025 | RJG | Review email correspondence re arbitration (.7); review award (.8). | 1.50 |
| 11/17/2025 | LEM | Attention to BitAccess decision. | 0.20 |
| 11/18/2025 | RJG | Discuss litigation proceeds (.3); email correspondence re disposition of impunded machine (.2). | 0.50 |
| 11/18/2025 | CVL | Emails re abandonment of confiscated DCM. | 0.30 |
| 11/19/2025 | RJG | Email correspondence re distribution and use of estate proceeds. | 0.50 |
| 12/04/2025 | RJG | Email correspondence re potential claim sale. | 0.50 |
| 12/09/2025 | LEM | Attention to database closure. | 0.20 |
| 02/03/2026 | CVL | Update call re BitAccess judgment (.4); review standing stipulation (.2); circulate same (.1); emails re same (.1). | 0.80 |
| 02/06/2026 | LEM | Attention to NDA in connection with potential asset sale. | 0.40 |
| 02/06/2026 | CVL | Review seaport NDA (.3); discuss with L. Miller (.2); update the same (.1); emails with R. Gayda re same (.1). | 0.70 |
| 02/17/2026 | RJG | Review NDA re claim sale (.3); email w Kellert re Cole Kepro issues (.4). | 0.70 |
| 02/17/2026 | CVL | Revise NDA (.1); coordinate with Debtors counsel re same (.1). | 0.20 |
| 02/24/2026 | LEM | Call with First Insurance re: preference action brought by Debtor (.2) and discuss same with C. LoTempio (.3). | 0.50 |
| 02/24/2026 | CVL | Discuss preference suit with L. Miller (.3 ); review docket and complaint re same (.2). | 0.50 |
| 02/25/2026 | LEM | Call with G. Nye re: First Insurance issue. | 0.30 |
| 02/25/2026 | CVL | Call with G. Naye re preference litigation (.3). | 0.30 |
| 03/03/2026 | LEM | Update to R. Gayda re: First Insurance request. | 0.10 |
| 03/13/2026 | CVL | Review First Insurance agreement (.5); discuss with L. Miller (.2). | 0.50 |
| 03/18/2026 | CVL | Call with Conway. | 0.30 |
| 03/18/2026 | LEM | E-mail with S. Foley re: informal request for documents in First Insurance adversary. | 0.10 |
| 03/24/2026 | CVL | Coordinate materials re Bitaccess litigation. | 0.50 |
| **Total** | | | **70.10** |

| | | |
|---|---|---|
| Client: Coin Cloud- Official Committee of Unsecu | Invoice Date: | May 29, 2026 |
| Matter: Litigation-Contested Matter and Adversary Proceedings | Invoice Number: | RJG 405705 |
| | Matter Number: | 038239-0005 |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Catherine V. LoTempio | Associate | 20.30 | 1,225.00 | 24,867.50 |
| Laura E. Miller | Counsel | 25.70 | 1,225.00 | 31,482.50 |
| Marian Wasserman | Paralegal | 15.10 | 450.00 | 6,795.00 |
| Michael Ohanesian | Managing Clerk | 1.00 | 470.00 | 470.00 |
| Robert J. Gayda | Partner | 3.70 | 1,700.00 | 6,290.00 |
| Shivani Patel | Associate | 4.30 | 675.00 | 2,902.50 |
| **Total** | | **70.10** | | **$72,807.50** |

**Seward & Kissel LLP**
One Battery Park Plaza
New York, NY 10004
(212) 574-1200

# Seward & Kissel Remittance Advice

**Payment Terms: Payment Due in 30 Days from Receipt of this invoice**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and invoice numbers)

| **Payment by Wire/ACH** | **Payment by Check** |
|---|---|
| Seward & Kissel LLP Central Account<br>Citibank, N.A.<br>ABA # 021000089<br>Account #: 4973607720<br>Swift Code: CITIUS33<br>Email Remittance to Collections.list@sewkis.com | Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Attn: Accounting |

Seward & Kissel rarely will change its routing instructions. If you receive a communication instructing you that there has been a change in our routing instructions, please kindly email Collections.list@sewkis.com.

**Seward & Kissel LLP**
**Tax Identification #: 13-5551783**

SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

---

**38239** **Coin Cloud- Official Committee of Unsecu**

**May 29, 2026**
**Invoice Number 9160125332**

**Coin Cloud- Official Committee of Unsecu**
**c/o OptConnect**
**865 West 450 North Suite 1**
**Kaysville UT 84037**

**For Professional Services Rendered through April 30, 2026:**

| Matter Number | Matter Name | Fee Amount | Disbursement Amount | Total Amount |
|---|---|---|---|---|
| 38239-0017 | Employment and Fee Applications | 612.50 | 0.00 | 612.50 |

| | | | |
|---|---|---|---|
| | Coin Cloud- Official Committee of Unsecu | Invoice Date | May 29, 2026 |
| | | Invoice Number | 9160125332 |
| **38239-0017** | Employment and Fee Applications | Through | April 30, 2026 |

| DATE | NARRATIVE | NAME | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/23/2025 | Prepare second interim order for fee application (.4); circulate to R. Works (.1). | CVL | 0.50 | 612.50 |

| | | |
|---|---|---|
| **Total Hours** | | **0.50** |
| **Total Services** | $ | **612.50** |
| **TOTAL AMOUNT DUE** | $ | **612.50** |

| | | | |
|---|---|---|---|
| | Coin Cloud- Official Committee of Unsecu | Invoice Date | May 29, 2026 |
| | | Invoice Number | 9160125332 |
| **38239-0017** | Employment and Fee Applications | Through | April 30, 2026 |

| ATTY NO. / INIT. | TITLE | NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1891 CVL | Associate | LoTempio, Catherine V. | 0.50 | 1,225.00 | 612.50 |
| **Total** | | | **0.50** | | **612.50** |

SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
**(212) 574-1200**

**May 29, 2026**
**Invoice Number 9160125332**

**38239-0017 Employment and Fee Applications**

For Professional Services Rendered through April 30, 2026:

| | | |
|---|---|---|
| Fees | | 612.50 |
| **TOTAL AMOUNT DUE.......................................................................................** | $ | **612.50** |

REMITTANCE COPY

**Payment of bill is due upon receipt.**

**Please return this page when making payment to ensure proper credit.**

**Wire transfer instructions:**

| | |
|---|---|
| **Name of Bank:** | **Citibank, N.A.** |
| **Address of Bank:** | **120 Broadway** |
| | **New York, NY 10271** |
| **ABA Number:** | **021000089** |
| **Name of Account:** | **Seward & Kissel LLP Central Account** |
| **Account Number:** | **4973607720** |
| **Swift Code:** | **CITIUS33** |

**TAX IDENTIFICATION NUMBER 13-5551783**