Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

John R. Ashmead, Esq.
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee of Unsecured Creditors*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>CASH CLOUD, INC. dba COIN CLOUD,<br><br>Debtor. | Case No.: 23-10423-mkn<br>Chapter 11<br><br>**OMNIBUS MONTHLY FEE STATEMENT OF MCDONALD CARANO LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIODS FROM AUGUST 1, 2024, THROUGH SEPTEMBER 30, 2026**<br><br>McDonald Carano LLP, Counsel to Official Committee of Unsecured Creditors<br><br>April 27, 2023 (employment authorized retroactive to February 24, 2023)<br><br>August 1, 2024, through September 30, 2026<br><br>$21,158.00 (80% of $26,447.50)<br><br>$770.12 (100% of expenses) |

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

McDonald Carano LLP ("McDonald Carano" or the "Applicant"), co-counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits this Omnibus Monthly Fee Statement (the "Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the periods commencing August 1, 2024, through, September 30, 2026 (the "Fee Period") pursuant to the *Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331, and Fed. R. Bankr. P. 2016, Authorizing and Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 321] (the "Interim Compensation Procedures Order").

By this Statement, McDonald Carano requests allowance and payment of $21,158.00 (representing 80% of the $26,447.50 in fees incurred) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $770.12 (representing 100% of expenses incurred) as reimbursement for actual and necessary expenses incurred by McDonald Carano during the Fee Period.

Attached hereto as **Exhibit 1** is the name of each professional at McDonald Carano who performed services for the Committee in connection with these Chapter 11 Cases during the Fee Period covered by this Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit 2** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit 3** are the detailed time entries and expenses for the Fee Period (invoices for the period August 1, 2024, through September 30, 2026) redacted only to protect work product and/or privilege.

Some fees and expenses may not be included in this Statement due to delays in the accounting and processing of certain fees and expenses during the Combined Interim Fee Period. McDonald Carano reserves all rights to seek further allowance of such fees and expenses not set forth herein.

In accordance with the Interim Compensation Procedures Order, objections to this Statement, if any, must be served within 20 days of receipt of the Statement. At the expiration of this 20-day review period, the Debtors will promptly pay 80% of the fees and all the disbursements requested in this Statement, except such fees or disbursements as to which an objection has been served.

DATED this 16th day of November 2026.

McDONALD CARANO LLP

By: */s/ Ryan J. Works*

Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for Official Committee of Unsecured Creditors*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

# Exhibit 1

**COMPENSATION BY PROFESSIONAL FOR FEE PERIOD**

| Name | Position | Admission Year | Rate | Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Works, Ryan | Partner | 2004 | $ 650.00 | 28.90 | $ 18,785.00 |
| Dahu, Jimmy | Of Counsel | 2025 | $ 550.00 | 4.90 | $ 2,695.00 |
| Fortin, John | Associate | 2019 | $ 375.00 | 5.00 | $ 1,875.00 |
| Fortin, John | Associate | 2019 | $ 425.00 | 0.50 | $ 212.50 |
| Grubb, Brian | Paralegal | | $ 300.00 | 9.60 | $ 2,880.00 |
| **Total** | | | | **48.90** | **$ 26,447.50** |

# Exhibit 2

## COMPENSATION BY MATTER

| Matter Description | Hours Billed | Total Compensation |
|---|---|---|
| Case Administration (B110) | 10.10 | $5,970.00 |
| Asset Analysis and Recovery (B120) | 1.00 | $650.00 |
| Asset Disposition (B130) | 0.50 | $325.00 |
| Fee/Employment Applications (B160) | 6.80 | $2,565.00 |
| Litigation (Non-Bankruptcy Court) (L) | 6.70 | $2,267.50 |
| Litigation Adversary Cases (LAC) | 9.40 | $5,310.00 |
| Settlement and Compromise (SC) | 14.40 | $9,360.00 |
| **Total =** | **48.90** | **$26,447.50** |

# Exhibit 3

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949
FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12488758
September 10, 2024

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2024:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

---

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 105,257.75 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 105,257.75 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 1,400.00 |
| Total Expenses | $ 17.86 |
| Total This Invoice | $ 1,417.86 |

**TOTAL BALANCE NOW DUE** **$ 106,675.61**

**McDONALD CARANO LLP**

Invoice No. 12488758
September 10, 2024

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 8/08/24 | RJW | LAC | | Prepare for and attend scheduling conference in adversary | .50 | 325.00 |
| 8/19/24 | BAG | B160 | | Draft certificate of no objection re McDonald Carano's thirteenth and fourteenth fee statement (.2); Draft McDonald Carano's fifteenth, sixteenth, and seventeenth fee statement; Prepare exhibits for same (1.2); Review and finalize Seward Kisssel's fee statements for March 2024-July 2024 (.4) | 1.80 | 540.00 |
| 8/20/24 | BAG | B110 | | File and serve monthly fee statements of McDonald Carano and Seward Kissel | .30 | 90.00 |
| 8/27/24 | BAG | B160 | | Assist in finalizing and filing FTI's monthly fee statements | .40 | 120.00 |
| 8/28/24 | RJW | LAC | | Receive and review dozens of emails re discovery issues, protective orders, confidentiality and meetings among counsel and settlement Judge Barash to resolve certain matters | .50 | 325.00 |

Current Professional Services $ 1,400.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Brian Grubb | Paralegal | 300.00 | 2.50 | 750.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 1.00 | 650.00 | .00 |
| Total | | | 3.50 | $ 1,400.00 | $ .00 |

## EXPENSES

| | Description | Amount |
|---|---|---|
| 7/10/24 | On-Line Research, Bankcard Center | 17.86 |

Current Expenses $ 17.86

**MCDONALD CARANO LLP**

Invoice No. 12488758
September 10, 2024

| | |
|---|---|
| TOTAL THIS INVOICE | $ 1,417.86 |

# McDONALD CARANO LLP

Invoice No. 12488758
September 10, 2024

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |
| 12481625 | 5/17/24 | 1,197.11 | .00 | .00 | 1,197.11 |
| 12484192 | 6/17/24 | 3,105.05 | .00 | .00 | 3,105.05 |
| 12485709 | 7/12/24 | 3,358.25 | .00 | .00 | 3,358.25 |
| 12487222 | 8/19/24 | 895.00 | .00 | .00 | 895.00 |

| | |
|---|---|
| Outstanding Balance | $ 105,257.75 |
| Current Invoice | $ 1,417.86 |
| **TOTAL BALANCE DUE** | **$ 106,675.61** |

McDONALD CARANO

YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12488758
September 10, 2024

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2024:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 1,417.86 |
| Balance Outstanding | $ 105,257.75 |
| **TOTAL BALANCE DUE** | **$ 106,675.61** |

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:** **www.mcdonaldcarano.com/online-payments/**

**PAYMENT IS DUE UPON RECEIPT**

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949
FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12490257
October 11, 2024

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2024:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 106,675.61 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 106,675.61 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 1,120.00 |
| Total Expenses | $ .00 |
| Total This Invoice | $ 1,120.00 |

**TOTAL BALANCE NOW DUE** **$ 107,795.61**

# McDONALD CARANO LLP

Invoice No. 12490257
October 11, 2024

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 9/12/24 | BAG | B160 | | Draft certificate of no objection re McDonald Carano's fifteenth, sixteenth, and seventeenth combined fee statement (.2); Draft certificate of no objection re Seward & Kissel's thirteenth, fourteenth and fifteenth combined fee statement (.2); Draft certificate of no objection re Seward & Kissel's sixteenth and seventeenth combined fee statement (.1) | .50 | 150.00 |
| 9/23/24 | BAG | B160 | | Draft certificate of no objection re FTI's sixth through seventeenth fee statements | 1.50 | 450.00 |
| 9/25/24 | RJW | B110 | | Review and make changes to letter to Court re notice of pending decision on matters older than 90 days and cause to sign-send to chambers; emails with Laura Miller re same | .40 | 260.00 |
| 9/27/24 | RJW | LAC | | Review rule 11 letter, proposed motion and call with Laura Miller re same | .40 | 260.00 |

Current Professional Services $ 1,120.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Brian Grubb | Paralegal | 300.00 | 2.00 | 600.00 | .00 |
| Ryan J. Works | Partner | 650.00 | .80 | 520.00 | .00 |
| Total | | | 2.80 | $ 1,120.00 | $ .00 |

TOTAL THIS INVOICE $ 1,120.00

# MCDONALD CARANO LLP

Invoice No. 12490257
October 11, 2024

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |
| 12481625 | 5/17/24 | 1,197.11 | .00 | .00 | 1,197.11 |
| 12484192 | 6/17/24 | 3,105.05 | .00 | .00 | 3,105.05 |
| 12485709 | 7/12/24 | 3,358.25 | .00 | .00 | 3,358.25 |
| 12487222 | 8/19/24 | 895.00 | .00 | .00 | 895.00 |
| 12488758 | 9/10/24 | 1,417.86 | .00 | .00 | 1,417.86 |

| | |
|---|---|
| Outstanding Balance | $ 106,675.61 |
| Current Invoice | $ 1,120.00 |
| **TOTAL BALANCE DUE** | **$ 107,795.61** |

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12490257
October 11, 2024

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2024:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 1,120.00 |
| Balance Outstanding | $ 106,675.61 |
| **TOTAL BALANCE DUE** | **$ 107,795.61** |

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:** **www.mcdonaldcarano.com/online-payments/**

**PAYMENT IS DUE UPON RECEIPT**

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12490999
November 14, 2024

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2024:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

---

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 107,795.61 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 107,795.61 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 2,375.00 |
| Total Expenses | $ 10.72 |
| Total This Invoice | $ 2,385.72 |

**TOTAL BALANCE NOW DUE** **$ 110,181.33**

# McDONALD CARANO LLP

Invoice No. 12490999
November 14, 2024

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/10/24 | RJW | B120 | | Emails and call with Seward & Kissel team re strategy on potential appeal of order denying surcharge | .50 | 325.00 |
| 10/15/24 | JAF | LAC | | Prepare notice of appeal | 1.00 | 375.00 |
| 10/16/24 | RJW | B120 | | Review and make changes to notice of appeal, communications with S&K and John Fortin re same and approve for filing on UCC's confirmation | .50 | 325.00 |
| 10/22/24 | RJW | B110 | | Prepare for and attend Committee conference call with all-hands re status, update and issues going forward | 1.00 | 650.00 |
| 10/24/24 | JAF | LAC | | Prepare shell statement of issues on appeal and designation of record | .50 | 187.50 |
| 10/28/24 | RJW | LAC | | Receive and review motion for sanctions filed by Candace Carlyon and email to co-counsel re same | .50 | 325.00 |
| 10/31/24 | JAF | LAC | | Review and finalize statement of issues | .50 | 187.50 |
| Current Professional Services | | | | | | $ 2,375.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| John Fortin | Associate | 375.00 | 2.00 | 750.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 2.50 | 1,625.00 | .00 |
| Total | | | 4.50 | $ 2,375.00 | $ .00 |

## EXPENSES

| | Description | Amount |
|---|---|---|
| 10/02/24 | Mileage, Beth Roe | 10.72 |
| Current Expenses | | $ 10.72 |

**MCDONALD CARANO LLP**

Invoice No. 12490999
November 14, 2024

| | |
|---|---|
| TOTAL THIS INVOICE | $ 2,385.72 |

# McDONALD CARANO LLP

Invoice No. 12490999
November 14, 2024

**INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |
| 12481625 | 5/17/24 | 1,197.11 | .00 | .00 | 1,197.11 |
| 12484192 | 6/17/24 | 3,105.05 | .00 | .00 | 3,105.05 |
| 12485709 | 7/12/24 | 3,358.25 | .00 | .00 | 3,358.25 |
| 12487222 | 8/19/24 | 895.00 | .00 | .00 | 895.00 |
| 12488758 | 9/10/24 | 1,417.86 | .00 | .00 | 1,417.86 |
| 12490257 | 10/11/24 | 1,120.00 | .00 | .00 | 1,120.00 |

| | |
|---|---|
| Outstanding Balance | $ 107,795.61 |
| Current Invoice | $ 2,385.72 |
| **TOTAL BALANCE DUE** | **$ 110,181.33** |

McDONALD CARANO

YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12490999
November 14, 2024

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2024:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 2,385.72 |
| Balance Outstanding | $ 107,795.61 |
| **TOTAL BALANCE DUE** | **$ 110,181.33** |

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:** **www.mcdonaldcarano.com/online-payments/**

**PAYMENT IS DUE UPON RECEIPT**

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949
FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12492465
December 20, 2024

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2024:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

---

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 110,181.33 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 110,181.33 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 585.00 |
| Total Expenses | $ 323.96 |
| Total This Invoice | $ 908.96 |

**TOTAL BALANCE NOW DUE** **$ 111,090.29**

# MCDONALD CARANO LLP

Invoice No. 12492465
December 20, 2024

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/22/24 | RJW | LAC | | Work on proposed stipulation and order extending briefing schedule on motion for sanctions and cause to file and upload order | .30 | 195.00 |
| 11/26/24 | RJW | LAC | | Receive and review several court orders re lifting stay on appeal | .20 | 130.00 |
| 11/26/24 | RJW | LAC | | Exchange emails with Laura Miller re status of stipulation and proposed order continuing briefing schedule on motion for sanctions and call to chambers re same (.3); receive review and forward Laura Miller order approving same (.1) | .40 | 260.00 |

Current Professional Services $ 585.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Ryan J. Works | Partner | 650.00 | .90 | 585.00 | .00 |
| Total | | | .90 | $ 585.00 | $ .00 |

## EXPENSES

| | Description | Amount |
|---|---|---|
| 9/17/24 | On-Line Research, Bankcard Center | 25.96 |
| 10/17/24 | Filing Fee-Court/Appeal, Bankcard Center | 298.00 |

Current Expenses $ 323.96

TOTAL THIS INVOICE $ 908.96

# McDONALD CARANO LLP

Invoice No. 12492465
December 20, 2024

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |
| 12481625 | 5/17/24 | 1,197.11 | .00 | .00 | 1,197.11 |
| 12484192 | 6/17/24 | 3,105.05 | .00 | .00 | 3,105.05 |
| 12485709 | 7/12/24 | 3,358.25 | .00 | .00 | 3,358.25 |
| 12487222 | 8/19/24 | 895.00 | .00 | .00 | 895.00 |
| 12488758 | 9/10/24 | 1,417.86 | .00 | .00 | 1,417.86 |
| 12490257 | 10/11/24 | 1,120.00 | .00 | .00 | 1,120.00 |
| 12490999 | 11/14/24 | 2,385.72 | .00 | .00 | 2,385.72 |

| | |
|---|---|
| Outstanding Balance | $ 110,181.33 |
| Current Invoice | $ 908.96 |
| **TOTAL BALANCE DUE** | **$ 111,090.29** |

McDONALD CARANO

YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12492465
December 20, 2024

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2024:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 908.96 |
| Balance Outstanding | $ 110,181.33 |
| **TOTAL BALANCE DUE** | **$ 111,090.29** |

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:** **www.mcdonaldcarano.com/online-payments/**

**PAYMENT IS DUE UPON RECEIPT**

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949
FEDERAL TAX ID 88-0074283

| | |
|---|---|
| Coin Cloud Unsecured Creditors Committee | Invoice No. 12497903 |
| DO NOT MAIL | January 27, 2025 |
| DO NOT MAIL | |
| McDonald Carano LLP c/o Ryan J. Works | |
| 2300 West Sahara Avenue, Suite 1200 | |
| Las Vegas, NV 89102 | |

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2024:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

---

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 111,090.29 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 111,090.29 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 1,350.00 |
| Total Expenses | $ .00 |
| Total This Invoice | $ 1,350.00 |

**TOTAL BALANCE NOW DUE** **$ 112,440.29**

# MCDONALD CARANO LLP

Invoice No. 12497903
January 27, 2025

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/10/24 | RJW | LAC | | Receive, review and approve for filing - opposition to motion for sanctions and counter-motion for sanctions against McAlary and counsel | .50 | 325.00 |
| 12/20/24 | JAF | L | | Communicate and strategize with Seward & Kissel team regarding stipulation | .50 | 187.50 |
| 12/23/24 | JAF | L | | Edit and finalize stipulation for BAP | .50 | 187.50 |
| 12/31/24 | RJW | B110 | | Multiple emails and calls with co-counsel at S&K re filing appellee brief in response to McAlary opening brief (.4); draft stipulation and order extending briefing deadline for same and cause to file (.6) | 1.00 | 650.00 |

Current Professional Services $ 1,350.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| John Fortin | Associate | 375.00 | 1.00 | 375.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 1.50 | 975.00 | .00 |
| Total | | | 2.50 | $ 1,350.00 | $ .00 |

TOTAL THIS INVOICE $ 1,350.00

# MCDONALD CARANO LLP

Invoice No. 12497903
January 27, 2025

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |
| 12481625 | 5/17/24 | 1,197.11 | .00 | .00 | 1,197.11 |
| 12484192 | 6/17/24 | 3,105.05 | .00 | .00 | 3,105.05 |
| 12485709 | 7/12/24 | 3,358.25 | .00 | .00 | 3,358.25 |
| 12487222 | 8/19/24 | 895.00 | .00 | .00 | 895.00 |
| 12488758 | 9/10/24 | 1,417.86 | .00 | .00 | 1,417.86 |
| 12490257 | 10/11/24 | 1,120.00 | .00 | .00 | 1,120.00 |
| 12490999 | 11/14/24 | 2,385.72 | .00 | .00 | 2,385.72 |
| 12492465 | 12/20/24 | 908.96 | .00 | .00 | 908.96 |

| | |
|---|---|
| Outstanding Balance | $ 111,090.29 |
| Current Invoice | $ 1,350.00 |
| **TOTAL BALANCE DUE** | **$ 112,440.29** |

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12497903
January 27, 2025

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2024:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 1,350.00 |
| Balance Outstanding | $ 111,090.29 |
| **TOTAL BALANCE DUE** | **$ 112,440.29** |

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:** **www.mcdonaldcarano.com/online-payments/**

**PAYMENT IS DUE UPON RECEIPT**

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12499309
February 21, 2025

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 112,440.29 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 112,440.29 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 2,605.00 |
| Total Expenses | $ .00 |
| Total This Invoice | $ 2,605.00 |

**TOTAL BALANCE NOW DUE** **$ 115,045.29**

# McDONALD CARANO LLP

Invoice No. 12499309
February 21, 2025

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 1/13/25 | JFD | B110 | | Research 9th Circuit authority re Rule 9011 safe harbor in a countermotion for sanctions | .50 | 275.00 |
| 1/13/25 | JFD | B110 | | Send email to Ryan Works re 9th Circuit authority re Rule 9011 safe harbor in a countermotion for sanctions | .10 | 55.00 |
| 1/17/25 | RJW | LAC | | Emails with co-counsel re reply in support of motion for sanctions and opposition to motion to strike and cause to file | .50 | 325.00 |
| 1/20/25 | JAF | LAC | | Communicate with Brian Grubb regarding appellate record | .50 | 187.50 |
| 1/21/25 | JAF | L | | Revise and finalize answering brief and appendices | 1.50 | 562.50 |
| 1/21/25 | BAG | L | | Confer with John Fortin re appeal appendix (.1); Review and prepare documents for inclusion in appeal appendix (2.9); Prepare appendix index (.2); Finalize 3 volumes of appendix (.8) | 4.00 | 1,200.00 |

Current Professional Services $ 2,605.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Brian Grubb | Paralegal | 300.00 | 4.00 | 1,200.00 | .00 |
| John Fortin | Associate | 375.00 | 2.00 | 750.00 | .00 |
| Jimmy Dahu | Of Counsel | 550.00 | .60 | 330.00 | .00 |
| Ryan J. Works | Partner | 650.00 | .50 | 325.00 | .00 |
| Total | | | 7.10 | $ 2,605.00 | $ .00 |

**McDONALD CARANO LLP**

---

Invoice No. 12499309
February 21, 2025

TOTAL THIS INVOICE $ 2,605.00

**McDONALD CARANO LLP**

Invoice No. 12499309
February 21, 2025

**INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |
| 12481625 | 5/17/24 | 1,197.11 | .00 | .00 | 1,197.11 |
| 12484192 | 6/17/24 | 3,105.05 | .00 | .00 | 3,105.05 |
| 12485709 | 7/12/24 | 3,358.25 | .00 | .00 | 3,358.25 |
| 12487222 | 8/19/24 | 895.00 | .00 | .00 | 895.00 |
| 12488758 | 9/10/24 | 1,417.86 | .00 | .00 | 1,417.86 |
| 12490257 | 10/11/24 | 1,120.00 | .00 | .00 | 1,120.00 |
| 12490999 | 11/14/24 | 2,385.72 | .00 | .00 | 2,385.72 |
| 12492465 | 12/20/24 | 908.96 | .00 | .00 | 908.96 |
| 12497903 | 1/27/25 | 1,350.00 | .00 | .00 | 1,350.00 |

| | |
|---|---|
| Outstanding Balance | $ 112,440.29 |
| Current Invoice | $ 2,605.00 |
| **TOTAL BALANCE DUE** | **$ 115,045.29** |

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

**REMITTANCE PAGE**

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12499309
February 21, 2025

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 2,605.00 |
| Balance Outstanding | $ 112,440.29 |
| **TOTAL BALANCE DUE** | **$ 115,045.29** |

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:** **www.mcdonaldcarano.com/online-payments/**

**PAYMENT IS DUE UPON RECEIPT**

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12500858
March 24, 2025

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 115,045.29 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 115,045.29 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 2,600.00 |
| Total Expenses | $ 84.55 |
| Total This Invoice | $ 2,684.55 |

**TOTAL BALANCE NOW DUE** **$ 117,729.84**

# McDONALD CARANO LLP

Invoice No. 12500858
March 24, 2025

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 2/11/25 | RJW | LAC | | Review and analyze applications for 2004 examinations of McDonald Carano, Seward & Kissel and FTI (.2); prepare for and attend conference call with all the above re issues with 2004 applications and proposed strategy going forward (.5); review and make changes to proposed email to Carlyon Cica, send and exchange emails with Candace Carlyon re meeting tomorrow to meet and confer (.3) | 1.00 | 650.00 |
| 2/13/25 | RJW | B110 | | Prepare for and attend hearings and status conference on McAlary adversary case (.7); prepare for and attend settlement conference after (.8) | 1.50 | 975.00 |
| 2/25/25 | RJW | B160 | | Draft changes to first interim fee application, review fee application cover sheet and make changes, and prepare declaration of Michael Tucker in support of same and cause to circulate for approval to file | 1.50 | 975.00 |

Current Professional Services $ 2,600.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Ryan J. Works | Partner | 650.00 | 4.00 | 2,600.00 | .00 |
| Total | | | 4.00 | $ 2,600.00 | $ .00 |

# McDONALD CARANO LLP

Invoice No. 12500858
March 24, 2025

## EXPENSES

| | Description | Amount |
|---|---|---|
| 1/13/25 | On-Line Research, Bankcard Center | 29.02 |
| | Postage | 3.03 |
| | Copying | 52.50 |

| | |
|---|---|
| Current Expenses | $ 84.55 |
| TOTAL THIS INVOICE | $ 2,684.55 |

# MCDONALD CARANO LLP

Invoice No. 12500858
March 24, 2025

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |
| 12481625 | 5/17/24 | 1,197.11 | .00 | .00 | 1,197.11 |
| 12484192 | 6/17/24 | 3,105.05 | .00 | .00 | 3,105.05 |
| 12485709 | 7/12/24 | 3,358.25 | .00 | .00 | 3,358.25 |
| 12487222 | 8/19/24 | 895.00 | .00 | .00 | 895.00 |
| 12488758 | 9/10/24 | 1,417.86 | .00 | .00 | 1,417.86 |
| 12490257 | 10/11/24 | 1,120.00 | .00 | .00 | 1,120.00 |
| 12490999 | 11/14/24 | 2,385.72 | .00 | .00 | 2,385.72 |
| 12492465 | 12/20/24 | 908.96 | .00 | .00 | 908.96 |
| 12497903 | 1/27/25 | 1,350.00 | .00 | .00 | 1,350.00 |
| 12499309 | 2/21/25 | 2,605.00 | .00 | .00 | 2,605.00 |

| | |
|---|---|
| Outstanding Balance | $ 115,045.29 |
| Current Invoice | $ 2,684.55 |
| **TOTAL BALANCE DUE** | **$ 117,729.84** |

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

**REMITTANCE PAGE**

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12500858
March 24, 2025

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 2,684.55 |
| Balance Outstanding | $ 115,045.29 |
| **TOTAL BALANCE DUE** | **$ 117,729.84** |

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:** **www.mcdonaldcarano.com/online-payments/**

**PAYMENT IS DUE UPON RECEIPT**

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12502351
April 15, 2025

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

---

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 117,729.84 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 117,729.84 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 537.50 |
| Total Expenses | $ 209.53 |
| Total This Invoice | $ 747.03 |

**TOTAL BALANCE NOW DUE** **$ 118,476.87**

# McDONALD CARANO LLP

Invoice No. 12502351
April 15, 2025

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 3/20/25 | JAF | LAC | | Revise and edit stipulation to dismiss appeal | .50 | 212.50 |
| 3/26/25 | RJW | B130 | | Prepare for and attend hearings on FTI application for compensation (continued) and Enigma resolution with UCC | .50 | 325.00 |

Current Professional Services $ 537.50

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| John Fortin | Associate | 425.00 | .50 | 212.50 | .00 |
| Ryan J. Works | Partner | 650.00 | .50 | 325.00 | .00 |
| Total | | | 1.00 | $ 537.50 | $ .00 |

## EXPENSES

| Description | Amount |
|---|---|
| Postage | 65.03 |
| Copying | 144.50 |

Current Expenses $ 209.53

TOTAL THIS INVOICE $ 747.03

# McDONALD CARANO LLP

Invoice No. 12502351
April 15, 2025

**INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |
| 12481625 | 5/17/24 | 1,197.11 | .00 | .00 | 1,197.11 |
| 12484192 | 6/17/24 | 3,105.05 | .00 | .00 | 3,105.05 |
| 12485709 | 7/12/24 | 3,358.25 | .00 | .00 | 3,358.25 |
| 12487222 | 8/19/24 | 895.00 | .00 | .00 | 895.00 |
| 12488758 | 9/10/24 | 1,417.86 | .00 | .00 | 1,417.86 |
| 12490257 | 10/11/24 | 1,120.00 | .00 | .00 | 1,120.00 |
| 12490999 | 11/14/24 | 2,385.72 | .00 | .00 | 2,385.72 |
| 12492465 | 12/20/24 | 908.96 | .00 | .00 | 908.96 |
| 12497903 | 1/27/25 | 1,350.00 | .00 | .00 | 1,350.00 |
| 12499309 | 2/21/25 | 2,605.00 | .00 | .00 | 2,605.00 |
| 12500858 | 3/24/25 | 2,684.55 | .00 | .00 | 2,684.55 |

| | |
|---|---|
| Outstanding Balance | $ 117,729.84 |
| Current Invoice | $ 747.03 |
| **TOTAL BALANCE DUE** | **$ 118,476.87** |

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

**REMITTANCE PAGE**

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12502351
April 15, 2025

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 747.03 |
| Balance Outstanding | $ 117,729.84 |
| **TOTAL BALANCE DUE** | **$ 118,476.87** |

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670 ; Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:** **www.mcdonaldcarano.com/online-payments/**

**To read our current Privacy Policy, please visit:** **www.mcdonaldcarano.com/privacy**

**PAYMENT IS DUE UPON RECEIPT**

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12503934
May 9, 2025

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

---

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 118,476.87 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 118,476.87 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 390.00 |
| Total Expenses | $ .00 |
| Total This Invoice | $ 390.00 |

**TOTAL BALANCE NOW DUE** **$ 118,866.87**

# MCDONALD CARANO LLP

Invoice No. 12503934
May 9, 2025

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 4/30/25 | RJW | LAC | | Emails with S&K team and call with Candace Carlyon to request settlement counter-offer (.3); receive, review and forward to S&K team order denying motion for sanctions issued by Judge Gordon (.3) | .60 | 390.00 |

Current Professional Services $ 390.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Ryan J. Works | Partner | 650.00 | .60 | 390.00 | .00 |
| Total | | | .60 | $ 390.00 | $ .00 |

TOTAL THIS INVOICE $ 390.00

# MCDONALD CARANO LLP

Invoice No. 12503934
May 9, 2025

**INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |
| 12481625 | 5/17/24 | 1,197.11 | .00 | .00 | 1,197.11 |
| 12484192 | 6/17/24 | 3,105.05 | .00 | .00 | 3,105.05 |
| 12485709 | 7/12/24 | 3,358.25 | .00 | .00 | 3,358.25 |
| 12487222 | 8/19/24 | 895.00 | .00 | .00 | 895.00 |
| 12488758 | 9/10/24 | 1,417.86 | .00 | .00 | 1,417.86 |
| 12490257 | 10/11/24 | 1,120.00 | .00 | .00 | 1,120.00 |
| 12490999 | 11/14/24 | 2,385.72 | .00 | .00 | 2,385.72 |
| 12492465 | 12/20/24 | 908.96 | .00 | .00 | 908.96 |
| 12497903 | 1/27/25 | 1,350.00 | .00 | .00 | 1,350.00 |
| 12499309 | 2/21/25 | 2,605.00 | .00 | .00 | 2,605.00 |
| 12500858 | 3/24/25 | 2,684.55 | .00 | .00 | 2,684.55 |
| 12502351 | 4/15/25 | 747.03 | .00 | .00 | 747.03 |

| | |
|---|---|
| Outstanding Balance | $ 118,476.87 |
| Current Invoice | $ 390.00 |
| **TOTAL BALANCE DUE** | **$ 118,866.87** |

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

**REMITTANCE PAGE**

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12503934
May 9, 2025

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 390.00 |
| Balance Outstanding | $ 118,476.87 |
| **TOTAL BALANCE DUE** | **$ 118,866.87** |

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:** **www.mcdonaldcarano.com/online-payments/**

**To read our current Privacy Policy, please visit:** **www.mcdonaldcarano.com/privacy**

**PAYMENT IS DUE UPON RECEIPT**

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12507921
July 14, 2025

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

---

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 118,866.87 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 118,866.87 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 2,115.00 |
| Total Expenses | $ .00 |
| Total This Invoice | $ 2,115.00 |

| | |
|---|---|
| **TOTAL BALANCE NOW DUE** | **$ 120,981.87** |

# McDONALD CARANO LLP

Invoice No. 12507921
July 14, 2025

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

**PROFESSIONAL SERVICES**

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 6/06/25 | RJW | B110 | | Call with Laura Miller and then conference call with Candace Carlyon and Michael Tucker re settlement conference | 1.00 | 650.00 |
| 6/11/25 | JFD | B110 | | Exchange emails with Ryan Works and Kimberly Kirn re stipulation to continue June 12 status conference | .10 | 55.00 |
| 6/11/25 | JFD | B110 | | Review and revise stipulation to continue June 12 status conference | .30 | 165.00 |
| 6/25/25 | RJW | SC | | Work on scheduling settlement conference with all parties before Judge Zive in McAlary adversary case (.7); review and circulate order from Judge Nakagawa ordering same (.1); emails re preparation for and attendance at settlement conference (.2) | 1.00 | 650.00 |
| 6/28/25 | BAG | B160 | | Review and respond to emails from Rich Halevy and Michael Tucker re FTI's fee statements (.1); Review FTI's fee statements between August 2024 and April 30, 2025 (.2); Draft certificate of no objection re FTI's fee statement between August 2024 and April 30, 2025 (.6) | .90 | 270.00 |
| 6/30/25 | RJW | SC | | Multiple emails with co-counsel, UCC members and Candace Carlyon re upcoming settlement conference, attendance by committee member, briefing deadlines, etc. | .50 | 325.00 |

Current Professional Services $ 2,115.00

# McDONALD CARANO LLP

Invoice No. 12507921
July 14, 2025

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Brian Grubb | Paralegal | 300.00 | .90 | 270.00 | .00 |
| Jimmy Dahu | Of Counsel | 550.00 | .40 | 220.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 2.50 | 1,625.00 | .00 |
| Total | | | 3.80 | $ 2,115.00 | $ .00 |

TOTAL THIS INVOICE $ 2,115.00

# McDONALD CARANO LLP

Invoice No. 12507921
July 14, 2025

**INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |
| 12481625 | 5/17/24 | 1,197.11 | .00 | .00 | 1,197.11 |
| 12484192 | 6/17/24 | 3,105.05 | .00 | .00 | 3,105.05 |
| 12485709 | 7/12/24 | 3,358.25 | .00 | .00 | 3,358.25 |
| 12487222 | 8/19/24 | 895.00 | .00 | .00 | 895.00 |
| 12488758 | 9/10/24 | 1,417.86 | .00 | .00 | 1,417.86 |
| 12490257 | 10/11/24 | 1,120.00 | .00 | .00 | 1,120.00 |
| 12490999 | 11/14/24 | 2,385.72 | .00 | .00 | 2,385.72 |
| 12492465 | 12/20/24 | 908.96 | .00 | .00 | 908.96 |
| 12497903 | 1/27/25 | 1,350.00 | .00 | .00 | 1,350.00 |
| 12499309 | 2/21/25 | 2,605.00 | .00 | .00 | 2,605.00 |
| 12500858 | 3/24/25 | 2,684.55 | .00 | .00 | 2,684.55 |
| 12502351 | 4/15/25 | 747.03 | .00 | .00 | 747.03 |
| 12503934 | 5/09/25 | 390.00 | .00 | .00 | 390.00 |

| | |
|---|---|
| Outstanding Balance | $ 118,866.87 |
| Current Invoice | $ 2,115.00 |
| **TOTAL BALANCE DUE** | **$ 120,981.87** |

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

**REMITTANCE PAGE**

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12507921
July 14, 2025

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 2,115.00 |
| Balance Outstanding | $ 118,866.87 |
| **TOTAL BALANCE DUE** | **$ 120,981.87** |

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:** **www.mcdonaldcarano.com/online-payments/**

**To read our current Privacy Policy, please visit:** **www.mcdonaldcarano.com/privacy**

**PAYMENT IS DUE UPON RECEIPT**

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12509998
August 12, 2025

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

---

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 120,981.87 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 120,981.87 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 6,695.00 |
| Total Expenses | $ 16.60 |
| Total This Invoice | $ 6,711.60 |

**TOTAL BALANCE NOW DUE** **$ 127,693.47**

**McDONALD CARANO LLP**

Invoice No. 12509998
August 12, 2025

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

**PROFESSIONAL SERVICES**

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 7/09/25 | RJW | SC | | Prepare for and attend settlement conference with Christopher McAlary, Debtor and OUCC | 5.50 | 3,575.00 |
| 7/10/25 | JFD | B110 | | Exchange emails with Ryan Works re settlement and preparation of motion to compromise under Fed. R. Bankr. P. 9019 | .10 | 55.00 |
| 7/16/25 | JFD | B110 | | Commence drafting motion to approve compromise with Christopher McAlary under Bankruptcy Rule 9019 | .60 | 330.00 |
| 7/18/25 | JFD | B110 | | Continue drafting motion to approve compromise with Christopher McAlary under Bankruptcy Rule 9019 | .20 | 110.00 |
| 7/21/25 | JFD | B110 | | Continue drafting motion to approve compromise with Christopher McAlary under Fed. R. Bankr. P. 9019 (.3); send email to Ryan Works re same (.1) | .40 | 220.00 |
| 7/23/25 | RJW | L | | Receive, review and forward to co-counsel, subpoena from LUX Vending and discuss same with Laura Miller and response to same (.1); review emails re meeting to confer next week (.1) | .20 | 130.00 |
| 7/23/25 | JFD | B110 | | Continue drafting motion to compromise with Christopher McAlary under Fed. R. Bankr. P. 9019 | 2.60 | 1,430.00 |
| 7/28/25 | RJW | LAC | | Conference call with Lux Vending team re subpoena for discovery in litigation and potential resolution of issues re same | .30 | 195.00 |
| 7/30/25 | RJW | SC | | Prepare for and attend status conference on settlement agreement with Chris McAlary (.5); work on settlement agreement and motion to approve same (.5) | 1.00 | 650.00 |

# McDONALD CARANO LLP

Invoice No. 12509998
August 12, 2025

| | |
|---|---|
| Current Professional Services | $ 6,695.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Jimmy Dahu | Of Counsel | 550.00 | 3.90 | 2,145.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 7.00 | 4,550.00 | .00 |
| Total | | | 10.90 | $ 6,695.00 | $ .00 |

## EXPENSES

| | Description | Amount |
|---|---|---|
| | Copying | 13.00 |
| 7/03/25 | Mileage | 2.80 |
| 7/31/25 | On-Line Research, Pacer Service Center | .80 |

| | |
|---|---|
| Current Expenses | $ 16.60 |
| TOTAL THIS INVOICE | $ 6,711.60 |

**MCDONALD CARANO LLP**

Invoice No. 12509998
August 12, 2025

**INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |
| 12481625 | 5/17/24 | 1,197.11 | .00 | .00 | 1,197.11 |
| 12484192 | 6/17/24 | 3,105.05 | .00 | .00 | 3,105.05 |
| 12485709 | 7/12/24 | 3,358.25 | .00 | .00 | 3,358.25 |
| 12487222 | 8/19/24 | 895.00 | .00 | .00 | 895.00 |
| 12488758 | 9/10/24 | 1,417.86 | .00 | .00 | 1,417.86 |
| 12490257 | 10/11/24 | 1,120.00 | .00 | .00 | 1,120.00 |
| 12490999 | 11/14/24 | 2,385.72 | .00 | .00 | 2,385.72 |
| 12492465 | 12/20/24 | 908.96 | .00 | .00 | 908.96 |
| 12497903 | 1/27/25 | 1,350.00 | .00 | .00 | 1,350.00 |
| 12499309 | 2/21/25 | 2,605.00 | .00 | .00 | 2,605.00 |
| 12500858 | 3/24/25 | 2,684.55 | .00 | .00 | 2,684.55 |
| 12502351 | 4/15/25 | 747.03 | .00 | .00 | 747.03 |
| 12503934 | 5/09/25 | 390.00 | .00 | .00 | 390.00 |
| 12507921 | 7/14/25 | 2,115.00 | .00 | .00 | 2,115.00 |

| | |
|---|---|
| Outstanding Balance | $ 120,981.87 |
| Current Invoice | $ 6,711.60 |
| **TOTAL BALANCE DUE** | **$ 127,693.47** |

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

**REMITTANCE PAGE**

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12509998
August 12, 2025

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 6,711.60 |
| Balance Outstanding | $ 120,981.87 |
| **TOTAL BALANCE DUE** | **$ 127,693.47** |

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:** **www.mcdonaldcarano.com/online-payments/**

**To read our current Privacy Policy, please visit:** **www.mcdonaldcarano.com/privacy**

**PAYMENT IS DUE UPON RECEIPT**

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12511482
September 10, 2025

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

---

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 127,693.47 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 127,693.47 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 715.00 |
| Total Expenses | $ 18.59 |
| Total This Invoice | $ 733.59 |

**TOTAL BALANCE NOW DUE** **$ 128,427.06**

**McDONALD CARANO LLP**

Invoice No. 12511482
September 10, 2025

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

**PROFESSIONAL SERVICES**

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 8/08/25 | RJW | SC | | Emails with Catherine and Bob re status and update on settlement agreement (.1); emails with Dawn Cica re same and insurance company's review of same (.1) | .20 | 130.00 |
| 8/14/25 | RJW | SC | | Emails with co-counsel, Linda Duffy and Candace Carlyon re scheduling follow-up mediation with Judge Zive re issues of offset by McAlary | .20 | 130.00 |
| 8/19/25 | RJW | SC | | Emails with S&K team and Linda Duffy re continuing settlement conference with Judge Zive | .20 | 130.00 |
| 8/20/25 | RJW | SC | | Receive, review and deliver to chambers, letter re settlement continuation re discrete issue of release and emails with court and S&K team re same | .30 | 195.00 |
| 8/21/25 | RJW | SC | | Multiple emails with S&K team, Dawn Cica and Linda Duffy re continuing settlement conference with Judge Zive re issue of release | .20 | 130.00 |

Current Professional Services $ 715.00

**SUMMARY OF PROFESSIONAL SERVICES**

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Ryan J. Works | Partner | 650.00 | 1.10 | 715.00 | .00 |
| Total | | | 1.10 | $ 715.00 | $ .00 |

**McDONALD CARANO LLP**

Invoice No. 12511482
September 10, 2025

**EXPENSES**

| | Description | Amount |
|---|---|---|
| 6/30/25 | On-Line Research, Bankcard Center | 2.60 |
| 6/30/25 | On-Line Research, Bankcard Center | 13.19 |
| 8/20/25 | Mileage | 2.80 |

| | |
|---|---|
| Current Expenses | $ 18.59 |
| TOTAL THIS INVOICE | $ 733.59 |

# MCDONALD CARANO LLP

Invoice No. 12511482
September 10, 2025

**INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |
| 12481625 | 5/17/24 | 1,197.11 | .00 | .00 | 1,197.11 |
| 12484192 | 6/17/24 | 3,105.05 | .00 | .00 | 3,105.05 |
| 12485709 | 7/12/24 | 3,358.25 | .00 | .00 | 3,358.25 |
| 12487222 | 8/19/24 | 895.00 | .00 | .00 | 895.00 |
| 12488758 | 9/10/24 | 1,417.86 | .00 | .00 | 1,417.86 |
| 12490257 | 10/11/24 | 1,120.00 | .00 | .00 | 1,120.00 |
| 12490999 | 11/14/24 | 2,385.72 | .00 | .00 | 2,385.72 |
| 12492465 | 12/20/24 | 908.96 | .00 | .00 | 908.96 |
| 12497903 | 1/27/25 | 1,350.00 | .00 | .00 | 1,350.00 |
| 12499309 | 2/21/25 | 2,605.00 | .00 | .00 | 2,605.00 |
| 12500858 | 3/24/25 | 2,684.55 | .00 | .00 | 2,684.55 |
| 12502351 | 4/15/25 | 747.03 | .00 | .00 | 747.03 |
| 12503934 | 5/09/25 | 390.00 | .00 | .00 | 390.00 |
| 12507921 | 7/14/25 | 2,115.00 | .00 | .00 | 2,115.00 |
| 12509998 | 8/12/25 | 6,711.60 | .00 | .00 | 6,711.60 |

| | |
|---|---|
| Outstanding Balance | $ 127,693.47 |
| Current Invoice | $ 733.59 |
| **TOTAL BALANCE DUE** | **$ 128,427.06** |

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

**REMITTANCE PAGE**

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12511482
September 10, 2025

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 733.59 |
| Balance Outstanding | $ 127,693.47 |
| **TOTAL BALANCE DUE** | **$ 128,427.06** |

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:** **www.mcdonaldcarano.com/online-payments/**

**To read our current Privacy Policy, please visit:** **www.mcdonaldcarano.com/privacy**

**PAYMENT IS DUE UPON RECEIPT**

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12513017
October 9, 2025

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 128,427.06 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 128,427.06 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 1,170.00 |
| Total Expenses | $ 58.72 |
| Total This Invoice | $ 1,228.72 |

| | |
|---|---|
| **TOTAL BALANCE NOW DUE** | **$ 129,655.78** |

# MCDONALD CARANO LLP

Invoice No. 12513017
October 9, 2025

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 9/03/25 | RJW | SC | | Prepare for and attend continuation of settlement conference to obtain clarity on settlement terms | .80 | 520.00 |
| 9/17/25 | RJW | LAC | | Review, approve and serve discovery responses in Surety Bank litigation | .50 | 325.00 |
| 9/29/25 | RJW | SC | | Work on settlement agreement, motion to approve under FRBP 9019 and related filings for OST (.3); emails re same (.2) | .50 | 325.00 |

Current Professional Services $ 1,170.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Ryan J. Works | Partner | 650.00 | 1.80 | 1,170.00 | .00 |
| Total | | | 1.80 | $ 1,170.00 | $ .00 |

## EXPENSES

| | Description | Amount |
|---|---|---|
| 8/08/25 | Transcripts, Bankcard Center | 56.55 |
| | Postage | 2.17 |

Current Expenses $ 58.72

TOTAL THIS INVOICE $ 1,228.72

**MCDONALD CARANO LLP**

Invoice No. 12513017
October 9, 2025

**INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |
| 12481625 | 5/17/24 | 1,197.11 | .00 | .00 | 1,197.11 |
| 12484192 | 6/17/24 | 3,105.05 | .00 | .00 | 3,105.05 |
| 12485709 | 7/12/24 | 3,358.25 | .00 | .00 | 3,358.25 |
| 12487222 | 8/19/24 | 895.00 | .00 | .00 | 895.00 |
| 12488758 | 9/10/24 | 1,417.86 | .00 | .00 | 1,417.86 |
| 12490257 | 10/11/24 | 1,120.00 | .00 | .00 | 1,120.00 |
| 12490999 | 11/14/24 | 2,385.72 | .00 | .00 | 2,385.72 |
| 12492465 | 12/20/24 | 908.96 | .00 | .00 | 908.96 |
| 12497903 | 1/27/25 | 1,350.00 | .00 | .00 | 1,350.00 |
| 12499309 | 2/21/25 | 2,605.00 | .00 | .00 | 2,605.00 |
| 12500858 | 3/24/25 | 2,684.55 | .00 | .00 | 2,684.55 |
| 12502351 | 4/15/25 | 747.03 | .00 | .00 | 747.03 |
| 12503934 | 5/09/25 | 390.00 | .00 | .00 | 390.00 |
| 12507921 | 7/14/25 | 2,115.00 | .00 | .00 | 2,115.00 |
| 12509998 | 8/12/25 | 6,711.60 | .00 | .00 | 6,711.60 |
| 12511482 | 9/10/25 | 733.59 | .00 | .00 | 733.59 |

| | |
|---|---|
| Outstanding Balance | $ 128,427.06 |
| Current Invoice | $ 1,228.72 |
| **TOTAL BALANCE DUE** | **$ 129,655.78** |

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

**REMITTANCE PAGE**

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12513017
October 9, 2025

FOR PROFESSIONAL SERVICES RENDERED through September 30, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 1,228.72 |
| Balance Outstanding | $ 128,427.06 |
| **TOTAL BALANCE DUE** | **$ 129,655.78** |

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:** **www.mcdonaldcarano.com/online-payments/**

**To read our current Privacy Policy, please visit:** **www.mcdonaldcarano.com/privacy**

**PAYMENT IS DUE UPON RECEIPT**

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12514670
November 7, 2025

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

---

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 129,655.78 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 129,655.78 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ 2,790.00 |
| Total Expenses | $ 20.20 |
| Total This Invoice | $ 2,810.20 |

**TOTAL BALANCE NOW DUE** **$ 132,465.98**

# MCDONALD CARANO LLP

Invoice No. 12514670
November 7, 2025

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Actv | Description of Services | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/02/25 | RJW | LAC | | Review and approve stipulation and proposed order removing UCC from litigation matter | .20 | 130.00 |
| 10/03/25 | RJW | SC | | Review, make changes and approve for filing: motion for approval of settlement agreement on OST, motion for OST, OST and attorney information sheet | 1.50 | 975.00 |
| 10/08/25 | BAG | B160 | | Draft certificate of no objection re FTI's June 2025-August 2025 fee statement | .20 | 60.00 |
| 10/10/25 | RJW | SC | | Review and make changes to motion to approve settlement agreement on OST and supporting declarations/orders in support of same and cause to file | 1.00 | 650.00 |
| 10/17/25 | RJW | SC | | Review and file motion to approve settlement, and related documents for OST, under FRBP 9019 in adversary case | .50 | 325.00 |
| 10/22/25 | RJW | SC | | Prepare for and attend hearing on motion to approve settlement agreement under FRBP 9019 | 1.00 | 650.00 |

Current Professional Services $ 2,790.00

## SUMMARY OF PROFESSIONAL SERVICES

| Timekeeper | Title | Rate | Hours | Amount | N/C $ |
|---|---|---|---|---|---|
| Brian Grubb | Paralegal | 300.00 | .20 | 60.00 | .00 |
| Ryan J. Works | Partner | 650.00 | 4.20 | 2,730.00 | .00 |
| Total | | | 4.40 | $ 2,790.00 | $ .00 |

# MCDONALD CARANO LLP

Invoice No. 12514670
November 7, 2025

**EXPENSES**

| Description | Amount |
|---|---|
| Postage | 20.20 |

| | |
|---|---|
| Current Expenses | $ 20.20 |
| TOTAL THIS INVOICE | $ 2,810.20 |

**MCDONALD CARANO LLP**

Invoice No. 12514670
November 7, 2025

**INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |
| 12481625 | 5/17/24 | 1,197.11 | .00 | .00 | 1,197.11 |
| 12484192 | 6/17/24 | 3,105.05 | .00 | .00 | 3,105.05 |
| 12485709 | 7/12/24 | 3,358.25 | .00 | .00 | 3,358.25 |
| 12487222 | 8/19/24 | 895.00 | .00 | .00 | 895.00 |
| 12488758 | 9/10/24 | 1,417.86 | .00 | .00 | 1,417.86 |
| 12490257 | 10/11/24 | 1,120.00 | .00 | .00 | 1,120.00 |
| 12490999 | 11/14/24 | 2,385.72 | .00 | .00 | 2,385.72 |
| 12492465 | 12/20/24 | 908.96 | .00 | .00 | 908.96 |
| 12497903 | 1/27/25 | 1,350.00 | .00 | .00 | 1,350.00 |
| 12499309 | 2/21/25 | 2,605.00 | .00 | .00 | 2,605.00 |
| 12500858 | 3/24/25 | 2,684.55 | .00 | .00 | 2,684.55 |
| 12502351 | 4/15/25 | 747.03 | .00 | .00 | 747.03 |
| 12503934 | 5/09/25 | 390.00 | .00 | .00 | 390.00 |
| 12507921 | 7/14/25 | 2,115.00 | .00 | .00 | 2,115.00 |
| 12509998 | 8/12/25 | 6,711.60 | .00 | .00 | 6,711.60 |
| 12511482 | 9/10/25 | 733.59 | .00 | .00 | 733.59 |
| 12513017 | 10/09/25 | 1,228.72 | .00 | .00 | 1,228.72 |

| | |
|---|---|
| Outstanding Balance | $ 129,655.78 |
| Current Invoice | $ 2,810.20 |
| **TOTAL BALANCE DUE** | **$ 132,465.98** |

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

## REMITTANCE PAGE

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12514670
November 7, 2025

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 2,810.20 |
| Balance Outstanding | $ 129,655.78 |
| **TOTAL BALANCE DUE** | **$ 132,465.98** |

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:** **www.mcdonaldcarano.com/online-payments/**

**To read our current Privacy Policy, please visit:** **www.mcdonaldcarano.com/privacy**

**PAYMENT IS DUE UPON RECEIPT**

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Invoice No. 12515335
December 9, 2025

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

---

## ACCOUNT SUMMARY

| | |
|---|---|
| Balance Forward as of Previous Invoice | $ 132,465.98 |
| Payments | .00 |
| Adjustments | .00 |
| Balance Outstanding | $ 132,465.98 |

## CURRENT INVOICE

| | |
|---|---|
| Total Professional Services | $ .00 |
| Total Expenses | $ 27.25 |
| Total This Invoice | $ 27.25 |

**TOTAL BALANCE NOW DUE** **$ 132,493.23**

# MCDONALD CARANO LLP

Invoice No. 12515335
December 9, 2025

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**
**EMAIL INVOICES**

**EXPENSES**

| Description | Amount |
| --- | --- |
| Copying | 27.25 |

Current Expenses $ 27.25

TOTAL THIS INVOICE $ 27.25

# MCDONALD CARANO LLP

Invoice No. 12515335
December 9, 2025

**INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ADJUSTMENTS APPLIED | ENDING BALANCE |
|---|---|---|---|---|---|
| 12462749 | 4/28/23 | 23,340.18 | 18,895.68 | .00 | 4,444.50 |
| 12463786 | 5/09/23 | 10,761.45 | .00 | .00 | 10,761.45 |
| 12465454 | 6/14/23 | 7,131.95 | .00 | .00 | 7,131.95 |
| 12466129 | 7/14/23 | 6,010.54 | .00 | .00 | 6,010.54 |
| 12467488 | 8/11/23 | 4,194.68 | .00 | .00 | 4,194.68 |
| 12468950 | 9/14/23 | 13,757.31 | .00 | .00 | 13,757.31 |
| 12471244 | 10/16/23 | 5,053.12 | .00 | .00 | 5,053.12 |
| 12472704 | 11/13/23 | 10,068.53 | .00 | .00 | 10,068.53 |
| 12474270 | 12/08/23 | 20,088.25 | .00 | .00 | 20,088.25 |
| 12475783 | 1/12/24 | 1,865.74 | .00 | .00 | 1,865.74 |
| 12476429 | 2/14/24 | 2,633.67 | .00 | .00 | 2,633.67 |
| 12479438 | 3/20/24 | 7,308.55 | .00 | .00 | 7,308.55 |
| 12480961 | 4/12/24 | 3,384.05 | .00 | .00 | 3,384.05 |
| 12481625 | 5/17/24 | 1,197.11 | .00 | .00 | 1,197.11 |
| 12484192 | 6/17/24 | 3,105.05 | .00 | .00 | 3,105.05 |
| 12485709 | 7/12/24 | 3,358.25 | .00 | .00 | 3,358.25 |
| 12487222 | 8/19/24 | 895.00 | .00 | .00 | 895.00 |
| 12488758 | 9/10/24 | 1,417.86 | .00 | .00 | 1,417.86 |
| 12490257 | 10/11/24 | 1,120.00 | .00 | .00 | 1,120.00 |
| 12490999 | 11/14/24 | 2,385.72 | .00 | .00 | 2,385.72 |
| 12492465 | 12/20/24 | 908.96 | .00 | .00 | 908.96 |
| 12497903 | 1/27/25 | 1,350.00 | .00 | .00 | 1,350.00 |
| 12499309 | 2/21/25 | 2,605.00 | .00 | .00 | 2,605.00 |
| 12500858 | 3/24/25 | 2,684.55 | .00 | .00 | 2,684.55 |
| 12502351 | 4/15/25 | 747.03 | .00 | .00 | 747.03 |
| 12503934 | 5/09/25 | 390.00 | .00 | .00 | 390.00 |
| 12507921 | 7/14/25 | 2,115.00 | .00 | .00 | 2,115.00 |
| 12509998 | 8/12/25 | 6,711.60 | .00 | .00 | 6,711.60 |
| 12511482 | 9/10/25 | 733.59 | .00 | .00 | 733.59 |
| 12513017 | 10/09/25 | 1,228.72 | .00 | .00 | 1,228.72 |
| 12514670 | 11/07/25 | 2,810.20 | .00 | .00 | 2,810.20 |

# MCDONALD CARANO LLP

Invoice No. 12515335
December 9, 2025

| | |
|---|---|
| Outstanding Balance | $ 132,465.98 |
| Current Invoice | $ 27.25 |
| **TOTAL BALANCE DUE** | **$ 132,493.23** |

McDONALD CARANO
YOUR NEVADA LAW FIRM SINCE 1949

FEDERAL TAX ID 88-0074283

**REMITTANCE PAGE**

Invoice No. 12515335
December 9, 2025

Coin Cloud Unsecured Creditors Committee
DO NOT MAIL
DO NOT MAIL
McDonald Carano LLP c/o Ryan J. Works
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2025:

**Re: Client.Matter: 32568 - 1**
**IN RE CASH CLOUD, INC. DBA COIN CLOUD**

| | |
|---|---|
| Balance Due This Invoice | $ 27.25 |
| Balance Outstanding | $ 132,465.98 |
| **TOTAL BALANCE DUE** | **$ 132,493.23** |

**To Ensure Proper Credit Refer to Matter No. 32568 - 1**

**All Checks should be made payable to:**
Please return this page with payment

McDonald Carano LLP
P.O. Box 2670
Reno, Nevada 89505

**For payment by wire or ACH:**
Please email wire confirmation to
accounting@mcdonaldcarano.com

Nevada State Bank
1 West Liberty Street
Reno, Nevada 89501
McDonald Carano LLP
Account No. 0542004190
Routing No. 122400779
Swift Code No. ZFNBUS55

**To pay online via credit/debit card please visit:** **www.mcdonaldcarano.com/online-payments/**

**To read our current Privacy Policy, please visit:** **www.mcdonaldcarano.com/privacy**

**PAYMENT IS DUE UPON RECEIPT**